# EXHIBIT C-1

# BUDGET

**Period Covered:** October 1, 2019 through October 31, 2019[20]

| U.S. Trustee Task Code and Project Category | Estimated Hours |
|---|---:|
| B110 Case Administration | 20.00 |
| B112 General Creditor Inquiries | 5.00 |
| B113 Pleadings Review | 80.00 |
| B120 Asset Analysis and Recovery | 0.00 |
| B130 Asset Disposition | 0.00 |
| B140 Relief from Stay / Adequate Protection Proceedings | 5.00 |
| B150 Meetings of Creditors' Committee and Communications with Creditors | 20.00 |
| B155 Court Hearings | 18.00 |
| B160 Employment / Fee Applications | 12.00 |
| B161 Budgeting (Case) | 5.00 |
| B165 Fee and Employment Applications of Other Professionals | 0.00 |
| B170 Fee and Employment Objections | 3.00 |
| B180 Avoidance Action | 170.00 |
| B185 Assumption / Rejection of Leases and Contracts | 2.00 |
| B190 Other Contested Matters | 170.00 |
| B191 General Litigation | 205.00 |
| B195 Non-Working Travel | 10.00 |
| B210 Debtors' Financial Information and Operations/Fiscal Plan | 2.00 |
| B220 Employee Benefits / Pensions | 15.00 |
| B230 Financing / Cash Collections | 2.00 |
| B231 Security Document Analysis | 2.00 |
| B260 Meetings of and Communications with Debtors/Oversight Board | 5.00 |
| B261 Investigations | 5.00 |
| B310 Claims Administration and Objections | 130.00 |
| B312 Objections to Claims | 0.00 |
| B320 Plan and Disclosure Statement | 20.00 |
| B420 Restructurings | 5.00 |
| **TOTAL HOURS** | **911.00** |
| **TOTAL FEES** | **$196,776.00** |

---

[20] The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) the Commonwealth-COFINA litigation is the only adversary proceeding that will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss. In addition, it is impossible to predict how many hours will be required to prosecute the Committee's anticipated challenge to certain GO bond claims, including because it is impossible to predict the number and extent of objections filed in response thereto. Thus, this proposed budget may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. Similarly, the Committee may need to respond to motions that are not and cannot be anticipated. At this time, the proposed budget is speculative.

**ADDITIONAL OCTOBER 2019 SUB-BUDGETS FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE**

A. **Garden Variety Avoidance Actions Against Vendors of the Commonwealth, the Puerto Rico Highways and Transportation Authority (HTA) and the Employee Retirement System (ERS).**

| U.S. Trustee Task Code and Project Category | Estimated Hours |
|---|---|
| B191   General Litigation | 105 |
| **TOTAL HOURS** | **105** |

B. **Omnibus Objection of Oversight Board and Committee to Certain GO Bond Claims [Docket No. 4784] (the "Omnibus Claims Objection")**

C. **Adversary Proceeding Against Underwriters, Etc.**

| U.S. Trustee Task Code and Project Category | Estimated Hours |
|---|---|
| B191   General Litigation | 25 |
| **TOTAL HOURS** | **25** |

D. **Currently Stayed Co-Plaintiff Adversary Proceedings**

| U.S. Trustee Task Code and Project Category | Estimated Hours |
|---|---|
| B191   General Litigation | 10 |
| **TOTAL HOURS** | **10** |

2

**Period Covered:** November 1, 2019 through November 30, 2019[21]

| U.S. Trustee Task Code and Project Category | Estimated Hours |
|---|---:|
| B110  Case Administration | 32.00 |
| B112  General Creditor Inquiries | 2.00 |
| B113  Pleadings Review | 90.00 |
| B120  Asset Analysis and Recovery | 0.00 |
| B130  Asset Disposition | 0.00 |
| B140  Relief from Stay / Adequate Protection Proceedings | 3.00 |
| B150  Meetings of Creditors' Committee and Communications with Creditors | 17.00 |
| B155  Court Hearings | 20.00 |
| B160  Employment / Fee Applications | 30.00 |
| B161  Budgeting (Case) | 5.00 |
| B165  Fee and Employment Applications of Other Professionals | 0.00 |
| B170  Fee and Employment Objections | 2.00 |
| B180  Avoidance Action | 105.00 |
| B185  Assumption / Rejection of Leases and Contracts | 1.00 |
| B190  Other Contested Matters | 165.00 |
| B191  General Litigation (including Commonwealth-COFINA litigation, mediation process, and handling of adversary proceedings) | 185.00 |
| B195  Non-Working Travel | 8.00 |
| B210  Debtors' Financial Information and Operations/Fiscal Plan | 1.00 |
| B220  Employee Benefits / Pensions | 10.00 |
| B230  Financing / Cash Collections | 1.00 |
| B231  Security Document Analysis | 0.00 |
| B260  Meetings of and Communications with Debtors/Oversight Board. | 3.00 |
| B261  Investigations (including Renewed Rule 2004, Whitefish Contract, and PBA Structure) | 3.00 |
| B310  Claims Administration and Objections | 120.00 |
| B312  Objections to Claims | 0.00 |
| B320  Plan and Disclosure Statement | 45.00 |
| B420  Restructurings | 75.00 |
| **TOTAL HOURS** | **923.00** |
| **TOTAL FEES** | **$199,368.00** |

---

[21] The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) the Commonwealth-COFINA litigation is the only adversary proceeding that will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss. In addition, it is impossible to predict how many hours will be required to prosecute the Committee's anticipated challenge to certain GO bond claims, including because it is impossible to predict the number and extent of objections filed in response thereto. Thus, this proposed budget may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. Similarly, the Committee may need to respond to motions that are not and cannot be anticipated. At this time, the proposed budget is speculative.

**ADDITIONAL NOVEMBER 2019 SUB-BUDGETS FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE**

A. **Garden Variety Avoidance Actions Against Vendors of the Commonwealth, the Puerto Rico Highways and Transportation Authority (HTA), the Employee Retirement System (ERS) and the Puerto Rico Electric Power Authority Company (PREPA)**

| U.S. Trustee Task Code and Project Category | Estimated Hours |
|---|---|
| B191   General Litigation | 105 |
| **TOTAL HOURS** | **105** |

B. **Omnibus Objection of Oversight Board and Committee to Certain GO Bond Claims [Docket No. 4784] (the "Omnibus Claims Objection")**

C. **Adversary Proceeding Against Underwriters, Etc.**

| U.S. Trustee Task Code and Project Category | Estimated Hours |
|---|---|
| B191   General Litigation | 25 |
| **TOTAL HOURS** | **25** |

D. **Currently Stayed Co-Plaintiff Adversary Proceedings**

| U.S. Trustee Task Code and Project Category | Estimated Hours |
|---|---|
| B191   General Litigation | 10 |
| **TOTAL HOURS** | **10** |

**Period Covered:** December 1, 2019 through December 30, 2019[22]

| U.S. Trustee Task Code and Project Category | Estimated Hours |
|---|---:|
| B110 Case Administration | 30.00 |
| B112 General Creditor Inquiries | 2.00 |
| B113 Pleadings Review | 90.00 |
| B120 Asset Analysis and Recovery | 0.00 |
| B130 Asset Disposition | 0.00 |
| B140 Relief from Stay / Adequate Protection Proceedings | 3.00 |
| B150 Meetings of Creditors' Committee and Communications with Creditors | 20.00 |
| B155 Court Hearings | 20.00 |
| B160 Employment / Fee Applications | 10.00 |
| B161 Budgeting (Case) | 3.00 |
| B165 Fee and Employment Applications of Other Professionals | 0.00 |
| B170 Fee and Employment Objections | 2.00 |
| B180 Avoidance Action | 150.00 |
| B185 Assumption / Rejection of Leases and Contracts | 0.00 |
| B190 Other Contested Matters | 190.00 |
| B191 General Litigation (including Commonwealth-COFINA litigation, mediation process, and handling of adversary proceedings) | 200.00 |
| B195 Non-Working Travel2 | 8.00 |
| B210 Debtors' Financial Information and Operations/Fiscal Plan | 0.00 |
| B220 Employee Benefits / Pensions | 8.00 |
| B230 Financing / Cash Collections | 1.00 |
| B231 Security Document Analysis | 0.00 |
| B260 Meetings of and Communications with Debtors/Oversight Board. | 2.00 |
| B261 Investigations (including Renewed Rule 2004, Whitefish Contract, and PBA Structure) | 3.00 |
| B310 Claims Administration and Objections | 120.00 |
| B312 Objections to Claims | 0.00 |
| B320 Plan and Disclosure Statement | 15.00 |
| B420 Restructurings | 50.00 |
| **TOTAL HOURS** | **927.00** |
| **TOTAL FEES** | **$200,232.00** |

---

[22] The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) the Commonwealth-COFINA litigation is the only adversary proceeding that will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss. In addition, it is impossible to predict how many hours will be required to prosecute the Committee's anticipated challenge to certain GO bond claims, including because it is impossible to predict the number and extent of objections filed in response thereto. Thus, this proposed budget may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. Similarly, the Committee may need to respond to motions that are not and cannot be anticipated. At this time, the proposed budget is speculative.

**ADDITIONAL DECEMBER 2019 SUB-BUDGETS FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE**

A. **Garden Variety Avoidance Actions Against Vendors of the Commonwealth, the Puerto Rico Highways and Transportation Authority (HTA), the Employee Retirement System (ERS) and the Puerto Rico Electric Power Authority Company (PREPA)**

| U.S. Trustee Task Code and Project Category | Estimated Hours |
|---|---|
| B191 General Litigation | 105 |
| **TOTAL HOURS** | **105** |

B. **Omnibus Objection of Oversight Board and Committee to Certain GO Bond Claims [Docket No. 4784] (the "Omnibus Claims Objection")**

C. **Adversary Proceeding Against Underwriters, Etc.**

| U.S. Trustee Task Code and Project Category | Estimated Hours |
|---|---|
| B191 General Litigation | 25 |
| **TOTAL HOURS** | **25** |

D. **Currently Stayed Co-Plaintiff Adversary Proceedings**

| U.S. Trustee Task Code and Project Category | Estimated Hours |
|---|---|
| B191 General Litigation | 10 |
| **TOTAL HOURS** | **10** |

E. **Co-Plaintiff Adversary Proceedings related to ERS**

| U.S. Trustee Task Code and Project Category | Estimated Hours |
|---|---|
| B191 General Litigation | 50 |
| **TOTAL HOURS** | **50** |

**Period Covered:** January 1, 2020 through January 31, 2020[23]

| U.S. Trustee Task Code and Project Category | Estimated Hours |
|---|---:|
| B110 Case Administration | 40.00 |
| B112 General Creditor Inquiries | 2.00 |
| B113 Pleadings Review | 90.00 |
| B120 Asset Analysis and Recovery | 0.00 |
| B130 Asset Disposition | 0.00 |
| B140 Relief from Stay / Adequate Protection Proceedings | 5.00 |
| B150 Meetings of Creditors' Committee and Communications with Creditors | 20.00 |
| B155 Court Hearings | 15.00 |
| B160 Employment / Fee Applications | 10.00 |
| B161 Budgeting (Case) | 4.00 |
| B165 Fee and Employment Applications of Other Professionals | 0.00 |
| B170 Fee and Employment Objections | 2.00 |
| B180 Avoidance Action | 151.00 |
| B185 Assumption / Rejection of Leases and Contracts | 0.00 |
| B190 Other Contested Matters | 180.00 |
| B191 General Litigation | 195.00 |
| B195 Non-Working Travel | 8.00 |
| B210 Debtors' Financial Information and Operations/Fiscal Plan | 0.00 |
| B220 Employee Benefits / Pensions | 8.00 |
| B230 Financing / Cash Collections | 1.00 |
| B231 Security Document Analysis | 0.00 |
| B260 Meetings of and Communications with Debtors/Oversight Board | 2.00 |
| B261 Investigations | 3.00 |
| B310 Claims Administration and Objections | 120.00 |
| B312 Objections to Claims | 0.00 |
| B320 Plan and Disclosure Statement | 15.00 |
| B420 Restructurings | 20.00 |
| **TOTAL HOURS** | **891.00** |
| **TOTAL FEES** | **$192,456.00** |

---

[23] The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss. In addition, it is impossible to predict how many hours will be required to prosecute the Committee's challenges to certain GO and ERS bond claims, including because it is impossible to predict the number and extent of objections filed in response thereto. Thus, this proposed budget may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. Similarly, the Committee may need to respond to motions that are not and cannot be anticipated. At this time, the proposed budget is speculative.

**ADDITIONAL JANUARY 2020 SUB-BUDGETS FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE**

A. **Garden Variety Avoidance Actions Against Vendors of the Commonwealth, the Puerto Rico Highways and Transportation Authority (HTA), the Employee Retirement System (ERS) and the Puerto Rico Electric Power Authority Company (PREPA)**

| U.S. Trustee Task Code and Project Category | Estimated Hours |
|---|---|
| B191   General Litigation | 105 |
| **TOTAL HOURS** | **105** |

B. **Adversary Proceedings Challenging Liens Aserted by Holders of GO Bonds ("GO Lien Challenges)**

C. **Omnibus Objection of Oversigh Board and Committee to Certain GO Bond Claims [Docket No. 4784] (the "Omnibus Claims Objection")**

D. **Adversary Proceeding Against Underwriters, Etc.**

| U.S. Trustee Task Code and Project Category | Estimated Hours |
|---|---|
| B191   General Litigation | 25 |
| **TOTAL HOURS** | **25** |

E. **Currently Stayed Co-Plaintiff Adversary Proceedings**

| U.S. Trustee Task Code and Project Category | Estimated Hours |
|---|---|
| B191   General Litigation | 10 |
| **TOTAL HOURS** | **10** |

F. **Co-Plaintiff Adversary Proceedings related to ERS**

| U.S. Trustee Task Code and Project Category | Estimated Hours |
|---|---|
| B191   General Litigation | 50 |
| **TOTAL HOURS** | **50** |

8

# EXHIBIT C-2

## STAFFING PLAN

**Period Covered:** October 1, 2019 through October 31, 2019[24]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period October 1, 2019 through October 31, 2019 |
|---|---|---|
| **Partner** | 4 | $270 |
| **Counsel** | 1 | $260 |
| **Junior Partner** | 3 | $240 |
| **Senior Associate** | 4 | $200 |
| **Associate** | 3 | $170 |
| **Paraprofessionals** | 1 | $95 |

---

[24] The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss and/or pretrial proceedings. Thus, this proposed budget may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. Similarly, the Committee may need to respond to motions that are not and cannot be anticipated. At this time, the proposed budget is speculative.

**Period Covered:** November 1, 2019 through November 30, 2019[25]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period November 1, 2019 through November 30, 2019 |
|---|---|---|
| **Partner** | 4 | $270 |
| **Counsel** | 1 | $260 |
| **Junior Partner** | 2 | $240 |
| **Senior Associate** | 2 | $200 |
| **Associate** | 3 | $170 |
| **Paraprofessionals** | 1 | $95 |

---

[25] The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss and/or pretrial proceedings. Thus, this proposed budget may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. Similarly, the Committee may need to respond to motions that are not and cannot be anticipated. At this time, the proposed budget is speculative.

**Period Covered:** December 1, 2019 through December 31, 2019[26]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period December 1, 2019 through December 31, 2019 |
|---|---|---|
| **Partner** | 4 | $270 |
| **Counsel** | 1 | $260 |
| **Junior Partner** | 2 | $240 |
| **Senior Associate** | 3 | $200 |
| **Associate** | 3 | $170 |
| **Paraprofessionals** | 1 | $95 |

---

[26] The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss and/or pretrial proceedings. Thus, this proposed budget may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. Similarly, the Committee may need to respond to motions that are not and cannot be anticipated. At this time, the proposed budget is speculative.

**Period Covered:** January 1, 2020 through January 31, 2020[27]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period January 1, 2020 through January 31, 2020 |
|---|---|---|
| **Partner** | 4 | $270 |
| **Counsel** | 1 | $260 |
| **Junior Partner** | 2 | $240 |
| **Senior Associate** | 3 | $200 |
| **Associate** | 3 | $170 |
| **Paraprofessionals** | 1 | $95 |

---

[27] The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss and/or pretrial proceedings. Thus, this proposed budget may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. Similarly, the Committee may need to respond to motions that are not and cannot be anticipated. At this time, the proposed budget is speculative.