**EXHIBIT D**

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

**EXHIBIT D-1**

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY AS COMPARED TO BUDGET**

| Task Code and Project Category | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Oct-19** | **Nov-19** | **Dec-19** | **Jan-20** | **Total** | **Oct-19** | **Nov-19** | **Dec-19** | **Jan-20** | **Total** |
| B110 Case Administration | 20.00 | 32.00 | 30.00 | 40.00 | 122.00 | 19.70 | 28.80 | 20.20 | 6.00 | 74.70 |
| B112 General Creditor Inquiries | 5.00 | 2.00 | 2.00 | 2.00 | 11.00 | 0.00 | 0.30 | 2.00 | 0.00 | 2.30 |
| B113 Pleadings Review | 80.00 | 90.00 | 90.00 | 90.00 | 350.00 | 79.90 | 79.90 | 88.20 | 87.00 | 335.00 |
| B120 Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B130 Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B140 Relief from Stay / Adequate Protection Proceedings | 5.00 | 3.00 | 3.00 | 5.00 | 16.00 | 4.70 | 2.50 | 0.00 | 1.50 | 8.70 |
| B150 Meetings of Creditors' Committee and Communications with Creditors | 20.00 | 17.00 | 20.00 | 20.00 | 77.00 | 4.80 | 14.40 | 10.30 | 16.70 | 46.20 |
| B155 Court Hearings | 18.00 | 20.00 | 20.00 | 15.00 | 73.00 | 1.90 | 3.00 | 5.90 | 8.20 | 19.00 |
| B160 Employment / Fee Applications | 12.00 | 30.00 | 10.00 | 10.00 | 62.00 | 0.00 | 29.80 | 0.00 | 2.50 | 32.30 |
| B161 Budgeting (Case) | 5.00 | 5.00 | 3.00 | 4.00 | 17.00 | 1.00 | 2.20 | 2.50 | 1.90 | 7.60 |
| B165 Fee and Employment Applications of Other Professionals | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B170 Fee and Employment Objections | 3.00 | 2.00 | 2.00 | 2.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B180 Avoidance Action | 170.00 | 105.00 | 150.00 | 151.00 | 576.00 | 152.60 | 104.80 | 54.80 | 91.00 | 403.20 |

2

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| B185 Assumption / Rejection of Leases and Contracts | 2.00 | 1.00 | 0.00 | 0.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B190 Other Contested Matters | 170.00 | 165.00 | 190.00 | 180.00 | 705.00 | 167.90 | 73.30 | 47.40 | 96.40 | 385.00 |
| B191 General Litigation | 205.00 | 185.00 | 200.00 | 195.00 | 785.00 | 204.90 | 99.60 | 78.50 | 74.60 | 457.60 |
| B195 Non-Working Travel | 10.00 | 8.00 | 8.00 | 8.00 | 34.00 | 0.80 | 0.00 | 4.40 | 1.50 | 6.70 |
| B210 Debtors' Financial Information and Operations/Fiscal Plan | 2.00 | 1.00 | 0.00 | 0.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B220 Employee Benefits / Pensions | 15.00 | 10.00 | 8.00 | 8.00 | 41.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B230 Financing / Cash Collections | 2.00 | 1.00 | 1.00 | 1.00 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B231 Security Document Analysis | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B260 Meetings of and Communications with Debtors/Oversight Board | 5.00 | 3.00 | 2.00 | 2.00 | 12.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B261 Investigations | 5.00 | 3.00 | 3.00 | 3.00 | 14.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B310 Claims Administration and Objections | 130.00 | 120.00 | 120.00 | 120.00 | 490.00 | 127.30 | 119.60 | 118.70 | 120.00 | 485.60 |
| B312 Objections to Claims | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B320 Plan and Disclosure Statement | 20.00 | 45.00 | 15.00 | 15.00 | 95.00 | 2.70 | 0.50 | 0.00 | 0.00 | 3.20 |
| B420 Restructurings | 5.00 | 75.00 | 50.00 | 20.00 | 150.00 | 5.00 | 5.50 | 16.50 | 6.30 | 33.30 |
| **TOTAL HOURS** | **911.00** | **923.00** | **927.00** | **891.00** | **3,652.00** | **773.20** | **564.20** | **449.40** | **513.60** | **2,300.40** |
| **TOTAL FEES** | **$196,776.00** | **$199,368.00** | **$200,232.00** | **$192,456.00** | **$788,832.00** | **$190,159.00** | **$137,688.50** | **$108,319.50** | **$123,391.00** | **$559,558.00** |

3

**FURTHER BREAKDOWN OF COMPENSATION REQUESTED BY PROJECT CATEGORY AND BY MATTER**

### General (Matter ID: 396-00002)

| Task Code and Project Category | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 22.00 | $5,085.00 |
| B112 - General Creditor Inquiries | 2.30 | $621.00 |
| B113 - Pleadings Review | 154.70 | $37,946.50 |
| B140 - Relief from Stay/Adequate Protection Proceedings | 4.50 | $1,055.00 |
| B150 - Meetings of and Communications with Creditors | 41.60 | $10,510.00 |
| B155 - Court Hearings | 16.80 | $4,100.50 |
| B180 - Avoidance Action | 3.60 | $755.00 |
| B190 - Other Contested Matters | 101.80 | $21,641.50 |
| B191 - General Litigation | 109.50 | $25,828.00 |
| B195 - Non-Working Travel | 3.30 | $445.50 |
| B310 - Claims Administration and Objections | 0.80 | $216.00 |
| B320 - Plan and Disclosure Statement | 3.20 | $794.00 |
| B420 - Restructurings | 6.70 | $1,799.00 |
| **Total** | **470.80** | **$110,797.00** |

### COFINA Dispute Analysis (Matter ID: 396-00003)

| Task Code | Hours | Amount |
|---|---:|---:|
| B113 - Pleadings Review | 1.80 | $456.00 |
| **Total** | **1.80** | **$456.00** |

### Communications w/ Creditors/ Website (other than Committee Members) (Matter ID: 396-00004)

| Task Code | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 0.10 | $9.50 |
| B150 - Meetings of and Communications with Creditors | 0.40 | $84.00 |
| **Total** | **0.50** | **$93.50** |

### PREPA (Matter ID: 396-00006)

| Task Code | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 5.30 | $852.00 |
| B113 - Pleadings Review | 96.60 | $25,222.00 |
| B140 - Relief from Stay/Adequate Protection Proceedings | 0.10 | $27.00 |
| B150 - Meetings of and Communications with Creditors | 3.30 | $891.00 |

| | | |
|---|---:|---:|
| B190 - Other Contested Matters | 58.80 | $15,161.00 |
| B191 - General Litigation | 200.10 | $53,465.50 |
| B310 - Claims Administration and Objections | 0.10 | $27.00 |
| B420 - Restructurings | 26.60 | $6,796.00 |
| **Total** | **390.90** | **$102,441.50** |

**HTA (Matter ID: 396-00007)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B113 - Pleadings Review | 9.50 | $2,475.00 |
| B190 - Other Contested Matters | 1.10 | $297.00 |
| B191 - General Litigation | 4.00 | $1,080.00 |
| **Total** | **14.60** | **$3,852.00** |

**ERS (Matter ID: 396-00008)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 2.70 | $411.50 |
| B113 - Pleadings Review | 46.90 | $11,923.00 |
| B140 - Relief from Stay/Adequate Protection Proceedings | 1.40 | $361.00 |
| B150 - Meetings of and Communications with Creditors | 0.60 | $162.00 |
| B155 - Court Hearings | 2.20 | $576.50 |
| B180 - Avoidance Action | 9.80 | $2,331.00 |
| B190 - Other Contested Matters | 59.30 | $15,641.00 |
| B191 - General Litigation | 65.50 | $17,376.00 |
| B195 - Non-Working Travel | 0.80 | $108.00 |
| B310 - Claims Administration and Objections | 0.10 | $17.00 |
| **Total** | **189.30** | **$48,907.00** |

**Other Adversary Proceedings (Matter ID: 396-00009)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B190 - Other Contested Matters | 10.10 | $2,101.00 |
| **Total** | **10.10** | **$2,101.00** |

**PBAPR (Matter ID: 396-00014)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B113 - Pleadings Review | 1.00 | $200.00 |
| **Total** | **1.00** | **$200.00** |

**Fee Application (Matter ID: 396-00015)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B160 - Fee/Employment Applications | 32.30 | $6,551.00 |
| B161 - Budgeting (Case) | 7.60 | $2,052.00 |
| B191 - General Litigation | 1.00 | $95.00 |
| **Total** | **40.90** | **$8,698.00** |

**Commonwealth Claims Review (Matter ID: 396-00017)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 5.00 | $1,350.00 |
| B113 - Pleadings Review | 1.50 | $405.00 |
| B140 - Relief from Stay/Adequate Protection Proceedings | 0.20 | $40.00 |
| B150 - Meetings of and Communications with Creditors | 0.30 | $81.00 |
| B180 - Avoidance Action | 10.20 | $2,557.00 |
| B190 - Other Contested Matters | 142.90 | $34,818.00 |
| B191 - General Litigation | 64.90 | $14,847.00 |
| B195 - Non-Working Travel | 2.60 | $290.00 |
| B310 - Claims Administration and Objections | 477.90 | $112,036.00 |
| **Total** | **705.50** | **$166,424.00** |

**Avoidance Actions (Matter ID: 396-00018)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 39.60 | $8,665.50 |
| B113 - Pleadings Review | 23.00 | $6,120.00 |
| B140 - Relief from Stay/Adequate Protection Proceedings | 2.50 | $675.00 |
| B180 - Avoidance Action | 379.60 | $92,370.00 |
| B190 - Other Contested Matters | 11.00 | $2,795.00 |
| B191 - General Litigation | 12.60 | $3,174.50 |
| B310 - Claims Administration and Objections | 6.70 | $1,788.00 |
| **Total** | **475.00** | **$115,588.00** |

# EXHIBIT D-2

## SUMMARY OF EXPENSES BY CATEGORY

| Category | Amount |
|---|---:|
| Certification of Translation | $50.00 |
| Conference Call (Multi-party calls) | $57.00 |
| Courier Expense - FedEx / UPS | $175.09 |
| Delivery Expense | $315.00 |
| Filing Fees | $3,605.00 |
| Internal Revenue Stamps | $203.40 |
| Manager's Check expense | $20.00 |
| Meal Expense | $100.53 |
| Outside Photocopying | $3,228.76 |
| Parking expense | $30.00 |
| Photocopies | $1,275.40 |
| Postage Expense | $1,371.12 |
| Service of Subpoenas | $125.00 |
| Transcription of Deposition | $1,752.95 |
| Witness Fee | $690.40 |
| **Total** | **$12,999.65** |