# EXHIBIT E

## BREAKDOWN OF COMPENSATION AND EXPENSE REIMBURSEMENT REQUESTED BY DEBTOR

### October 2019 Fee Statement

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $117,581.00 | $105,822.90 | $3,268.82 | $109,091.72 |
| PREPA | $62,804.00 | $56,523.60 | $2,780.00 | $59,303.60 |
| HTA | $0.00 | $0.00 | $0.00 | $0.00 |
| ERS | $9,774.00 | $8,796.60 | $0.00 | $8,796.60 |
| **Total** | **$190,159.00** | **$171,143.10** | **$6,048.82** | **$177,191.92** |

### November 2019 Fee Statement

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $110,877.50 | $99,789.75 | $4,774.19 | $104,563.94 |
| PREPA | $9,770.00 | $8,793.00 | $125.00 | $8,918.00 |
| HTA | $0.00 | $0.00 | $0.00 | $0.00 |
| ERS | $17,041.00 | $15,336.90 | $22.00 | $15,358.90 |
| **Total** | **$137,688.50** | **$123,919.65** | **$4,921.19** | **$128,840.84** |

1

### December 2019 Fee Statement

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $76,236.50 | $68,612.85 | $253.44 | $68,866.29 |
| PREPA | $21,874.00 | $19,686.60 | $13.80 | $19,700.40 |
| HTA | $595.00 | $535.50 | $0.00 | $535.50 |
| ERS | $9,614.00 | $8,652.60 | $2.00 | $8,654.60 |
| **Total** | **$108,319.50** | **$97,487.55** | **$269.24** | **$97,756.79** |

### January 2020 Fee Statement

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $99,662.50 | $89,696.25 | $943.10 | $90,639.35 |
| PREPA | $7,993.50 | $7,194.15 | $528.00 | $7,722.15 |
| HTA | $3,257.00 | $2,931.30 | $0.00 | $2,931.30 |
| ERS | $12,478.00 | $11,230.20 | $289.30 | $11,519.50 |
| **Total** | **$123,391.00** | **$111,051.90** | **$1,760.40** | **$112,812.30** |