# EXHIBIT F

# LIST OF PROFESSIONALS BY MATTER

| Matter Number | Matter Name | Timekeeper Name | Initials | Position |
|---|---|---|---|---|
| 396-00002 | General | Juan J. Casillas | JJC | Partner |
| | | Luis Llach | LLL | Partner |
| | | Luis Torres | LLTM | Partner |
| | | Amarily Maldonado | AM | Junior Partner |
| | | Natalia Palmer | NP | Junior Partner |
| | | Natalia Del Nido | ND | Senior Associate |
| | | Cristina Fernandez | CF | Associate |
| | | Viviana Currais | VC | Associate |
| | | Paralegal Services | PLS | Paralegal |

| Matter Number | Matter Name | Timekeeper Name | Initials | Position |
|---|---|---|---|---|
| 396-00003 | COFINA Dispute (Analysis / Litigation) | Juan J. Casillas | JJC | Partner |
| | | Cristina Fernandez | CF | Associate |

| Matter Number | Matter Name | Timekeeper Name | Initials | Position |
|---|---|---|---|---|
| 396-00004 | Communications with Creditors/Website | Juan J. Casillas | JJC | Partner |
| | | Cristina Fernandez | CF | Associate |
| | | Natalia Del Nido | ND | Senior Associate |
| | | Paralegal Services | PLS | Paralegal |

| Matter Number | Matter Name | Timekeeper Name | Initials | Position |
|---|---|---|---|---|
| 396-00006 | PREPA | Juan J. Casillas | JJC | Partner |
| | | Luis Llach | LLL | Partner |
| | | Luis L. Torres | LLTM | Partner |
| | | Miguel A. Santiago | MAS | Partner |
| | | Luis Ramos | LRC | Junior Partner |
| | | Juan Nieves | JN | Senior Associate |
| | | Natalia Del Nido | ND | Senior Associate |
| | | Cristina Fernandez | CF | Associate |
| | | Viviana Currais | VC | Associate |
| | | Paralegal Services | PLS | Paralegal |

| Matter Number | Matter Name | Timekeeper Name | Initials | Position |
|---|---|---|---|---|
| 396-00007 | HTA | Juan J. Casillas | JJC | Partner |
| | | Cristina Fernandez | CF | Associate |

1

| | | | | |
|---|---|---|---|---|
| 396-00008 | ERS | Juan J. Casillas | JJC | Partner |
| | | Luis Llach | LLL | Partner |
| | | Miguel A. Santiago | MAS | Partner |
| | | Natalia Palmer | NP | Junior Partner |
| | | Ericka Montull | EM | Senior Associate |
| | | Cristina Fernandez | CF | Associate |
| | | Juan Nieves | JN | Senior Associate |
| | | Paralegal Services | PLS | Paralegal |
| 396-00009 | Other Adversary Proceedings | Luis Llach | LLL | Partner |
| | | Juan R. Gonzalez | JGM | Counsel |
| | | Ericka Montull | EM | Senior Associate |
| 396-00014 | PBAPR | Juan J. Casillas | JJC | Partner |
| | | Cristina Fernandez | CF | Associate |
| 396-00015 | Fee Application | Juan J. Casillas | JJC | Partner |
| | | Luis Llach | LLL | Partner |
| | | Paralegal Services | PL | Paralegal |
| 396-00017 | Commonwealth Claims Review | Juan J. Casillas | JJC | Partner |
| | | Luis Llach | LLL | Partner |
| | | Juan R. Gonzalez | JGM | Counsel |
| | | Israel Fernandez | IF | Junior Partner |
| | | Luis Ramos | LRC | Junior Partner |
| | | Natalia Palmer | NP | Junior Partner |
| | | Ericka Montull | EM | Senior Associate |
| | | Juan Nieves | JN | Senior Associate |
| | | Cristina Fernandez | CF | Associate |
| | | Natalia Del Nido | ND | Senior Associate |
| | | Viviana Currais | VC | Associate |

2

| | | | | |
|---|---|---|---|---|
| 396-00018 | Avoidance Actions | Juan J. Casillas | JJC | Partner |
| | | Luis Llach | LLL | Partner |
| | | Juan R. Gonzalez | JGM | Counsel |
| | | Juan Nieves | JN | Senior Associate |
| | | Cristina Fernandez | CF | Associate |
| | | Natalia Del Nido | ND | Senior Associate |
| | | Paralegal Services | PLS | Paralegal |

Case:17-03283-LTS Doc#:12397-8 Filed:03/16/20 Entered:03/16/20 20:24:00 Desc: Exhibit F Page 3 of 3