## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re**<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**<br><br>As a representative of<br><br>**THE COMMONWEALTH OF PUERTO RICO** *et al.*,<br><br>**Debtors.**[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NINTH MONTHLY FEE STATEMENT OF PJT PARTNERS LP AS INVESTMENT BANKER AND FINANCIAL ADVISOR TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO FOR COMPENSATION AND REIMBURSEMENT OF OUT-OF-POCKET EXPENSES INCURRED FOR THE PERIOD OF OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

### SUMMARY SHEET

| | |
|---|---|
| Name of Applicant: | PJT Partners LP |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board for Puerto Rico Pursuant to PROMESA |
| Period for which Compensation and Reimbursement is Sought: | October 1, 2019 through October 31, 2019 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | Total Before Holdback    (Holdback @ 10%)<br>$1,250,000.00                 ($125,000.00) |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Amount of Expense Reimbursement Sought
As Actual, Reasonable, and Necessary:          $6,434.20


Amount of Cash Payment Sought:          $1,131,434.20

This is a __x__ monthly fee statement ____ interim fee application ____ final fee application

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re**<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**<br><br>As a representative of<br><br>**THE COMMONWEALTH OF PUERTO RICO** *et al.*,<br><br>                   **Debtors.[1]** | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NINTH MONTHLY FEE STATEMENT OF PJT PARTNERS LP AS INVESTMENT BANKER AND FINANCIAL ADVISOR TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO FOR COMPENSATION AND REIMBURSEMENT OF OUT-OF-POCKET EXPENSES INCURRED FOR THE PERIOD OF OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019

PJT Partners LP ("PJT"), investment banker to the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), hereby submits its statement of fees and out-of-pocket expenses (the "Ninth Monthly Fee Statement"), pursuant to sections 316 and 317 of the Puerto Rico Oversight, Management and Economic Stability Act of 2016 ("PROMESA"), section 503(b) of title 11, United States Code (the "Bankruptcy Code") as made applicable to these cases by section 301(a) of PROMESA, Rule 2016 of the Federal Rules of Bankruptcy

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

Procedures (the "Bankruptcy Rules"), Rule 2016-1 of the Local Bankruptcy Rules for the United

States Bankruptcy Court for the District of Puerto Rico (the "Local Rules"), and the Interim

Compensation Order (as hereinafter defined) for allowance of compensation for the period of

October 1, 2019 through October 31, 2019 (the "Ninth Compensation Period"). In support of this

Monthly Fee Statement, PJT states as follows:

## I. **Background**

1. On May 3, 2017, the Oversight Board commenced a title III case for the

Commonwealth of Puerto Rico by filing a voluntary petition for relief pursuant to section 304 (a)

of PROMESA (the "Commonwealth Title III Case"). Thereafter, the Oversight Board

commenced a title III case for each of COFINA, the Employees Retirement System of the

Government of the Commonwealth of Puerto Rico ("ERS Title III Case"), the Puerto Rico

Highways and Transportation Authority ("HTA Title III Case"), and the Puerto Rico Electric

Power Authority ("PREPA Title III Case") (all such cases, together with the Commonwealth

Title III Case, the "Title III Cases").[2] By orders dated June 29, 2017 [Docket No. 537] and

October 6, 2017 [Docket No. 1417], the court approved the joint administration of the Title III

Cases.

2. On August 23, 2017, the court entered the *Order Setting Procedures for Interim

Compensation and Reimbursement of Expenses of Professionals* [Docket No. 1150]. On

November 8, 2017, the court entered the *First Amended Order Setting Procedures for Interim

Compensation and Reimbursement of Expenses of Professionals* [Docket No. 1715]. On June 6,

2019, the court entered the *Second Amended Order Setting Procedures for Interim*

---

[2] Unless otherwise indicated, references to docket numbers shall be to the docket of the Commonwealth Title III Case.

*Compensation and Reimbursement of Expenses of Professionals* [Docket No. 3269] (the "Interim Compensation Order").

3.   The Oversight Board retained PJT as its investment banker pursuant to the terms of the engagement agreement (the "Engagement Agreement") dated February 2, 2019, effective as of February 1, 2019.

## II. PJT's Request for Compensation and Reimbursement of Out-of-Pocket Expenses

4.   For the Ninth Compensation Period, pursuant to the Engagement Agreement and the Interim Compensation Order, PJT (a) (i) is entitled to compensation of monthly fees in the amount of $1,250,000.00, and (ii) is entitled to reimbursement of out-of-pocket expenses incurred in the amount of $6,434.20, and (b) seeks payment in the amount of $1,131,434.20 (reflecting 90% of the fees due and 100% of the total amount of out-of-pocket expenses incurred by PJT during the Ninth Compensation Period). Although every effort has been made to include all expenses incurred during the Ninth Compensation Period, some expenses might not be included in this Monthly Fee Statement due to delays caused in connection with the accounting and processing of such expenses. Accordingly, PJT reserves the right to make further application to this Court for allowance of such expenses incurred during the Ninth Compensation Period but not included herein.

5.   An invoice detailing the fees earned by PJT during the Ninth Compensation Period is attached hereto as Appendix A. A summary of all fees earned during the Ninth Compensation Period is outlined below:

| Ninth Compensation Period | Monthly Fees | Holdback @ 10% | Out-of-Pocket Expenses | Amount(s) Due |
|---|---|---|---|---|
| October 1 – 31, 2019 | $1,250,000.00 | ($125,000.00) | $6,434.20 | **$1,131,434.20** |

6.   The amount of fees and out-of-pocket expenses sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context.  PJT has never billed its clients based on the number of hours expended

by its professionals.  Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients.  PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 691.5 hours expended by PJT professionals in providing investment banking services to the Oversight Board during the Ninth Compensation Period are provided in Appendix B.

7.  A summary of the total amount of hours expended by PJT professionals during the Ninth Compensation Period is provided below:

**Hours Expended By Professional**

| Professional | Title | Total |
|---|---|---|
| Steven Zelin | Partner | 59.5 |
| William Evarts | Vice President | 242.0 |
| Gregory Nelson | Associate | 151.0 |
| Daniel Cajigas | Analyst | 239.0 |
| **Total Hours** | | **691.5** |

### III. Requested Relief

8.   Pursuant to Sections 316 and 317 of PROMESA, the Interim Compensation Order and the Engagement Agreement, with respect to (a) PJT's monthly fees in the amount of $1,250,000.00, and (b) the reimbursement of PJT's out-of-pocket expenses in the amount of $6,434.20, in each case earned or incurred during the Ninth Compensation Period, PJT hereby requests that the applicable Debtors make the following payment to PJT:

|  |  |
|---|---|
| Monthly Fees | $1,250,000.00 |
| Less: 10% Holdback | (125,000.00) |
| Subtotal | 1,125,000.00 |
| Out-Of-Pocket Expenses | 6,434.20 |
| **Total Amount Due** | **$1,131,434.20** |

Dated: March 16, 2020                                    PJT PARTNERS LP

By: /s/ Steven Zelin
       Steven Zelin
       Partner

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re**<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**<br><br>As a representative of<br><br>**THE COMMONWEALTH OF PUERTO RICO** *et al.*,<br><br>**Debtors.**[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## CERTIFICATION FOR FEES AND OUT-OF-POCKET EXPENSES FOR PROFESSIONALS IN RESPECT OF NINTH MONTHLY FEE STATEMENT OF PJT PARTNERS LP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF OUT-OF-POCKET EXPENSES INCURRED

Steven Zelin, being duly sworn, deposes and says:

1. I am a partner with the applicant firm, PJT Partners LP ("PJT").

2. In accordance with sections 316 and 317 of the Puerto Rico Oversight, Management and Economic Stability Act of 2016, Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Puerto Rico (the "Local Rules"), the Office of the United States Trustee guidelines (the "UST Guidelines"), and the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 3269]*, this certification is made with respect to PJT's monthly fee

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

statement dated March 16, 2020 (the "Ninth Monthly Fee Statement"), for allowance of

compensation for the period of October 1, 2019 through October 31, 2019.

3.   In respect of Local Rule 2016-1(a)(4), I certify that:

   a.   I have read the Ninth Monthly Fee Statement;

   b.   To the best of my knowledge, information and belief, formed after reasonable inquiry, the fees sought conforms with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the UST Guidelines, and the Local Rules; and

   c.   The fees and out-of-pocket expenses sought are customarily charged by PJT and generally accepted by PJT's clients.

By: /s/ Steven Zelin
Steven Zelin
Partner

**APPENDIX A**

PJT Partners

PJT

March 16, 2020

Kyle Rifkind
Restructuring Officer and Deputy General Counsel
Financial Oversight and Management Board for Puerto Rico
P.O. Box 192018
San Juan, PR 00919

| | | |
|---|---|---|
| Monthly Fee for the period of October 1, 2019 through October 31, 2019: | $ | 1,250,000.00 |
| Less: Holdback @ 10% | | (125,000.00) |

Out-of-pocket expenses processed through November 11, 2019:[1]

| | | | |
|---|---|---|---|
| Airfare | $ | 4,071.31 | |
| Ground Transportation | | 1,085.24 | |
| Communications | | 98.95 | |
| Meals | | 313.93 | |
| Lodging | | 864.77 | 6,434.20 |
| **Total Amount Due** | | **$** | **1,131,434.20** |

**Please wire transfer funds to:**

First Republic Bank
1230 Avenue of the Americas
New York, NY 10020
ABA# 321 081 669
Credit Account: PJT Partners LP | PJT RSSG Account
Account # 80008146369

**Invoice No. 10011622**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**

Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
(212) 364-7800
PJTUSInvoicing@pjtpartners.com

**Financial Oversight and Management Board for Puerto Rico**
**Summary of Expenses**

| | GL Detail Nov-19 | | Total Expenses |
|---|---|---|---|
| Airfare | $ | 4,071.31 | $ 4,071.31 |
| Ground Transportation | | 1,085.24 | 1,085.24 |
| Communications | | 98.95 | 98.95 |
| Meals with Clients | | 206.48 | 206.48 |
| Employee Meals | | 107.45 | 107.45 |
| Lodging | | 864.77 | 864.77 |
| **Total** | **$** | **6,434.20** | **$ 6,434.20** |

| | | |
|---|---|---|
| **Airfare** | **$** | **4,071.31** |
| **Ground Transportation** | | **1,085.24** |
| **Communications** | | **98.95** |
| **Meals** | | **313.93** |
| **Lodging** | | **864.77** |
| **Total Expenses** | **$** | **6,434.20** |

**Financial Oversight and Management Board for Puerto Rico**
**Detail of Expenses Processed**
**Through November 11, 2019**
**Invoice No. 10011622**

**Airfare**

| | | |
|---|---|---|
| Zelin (travel agency booking fee for flight to Boston, MA from Queens, NY on 04/16/19) | 04/15/19 | 95.00 |
| Zelin (one-way flight to Boston, MA from Queens, NY) | 04/16/19 | 644.19 |
| Zelin (travel agency booking fee for flight to/from San Juan, PR from/to Philadelphia, PA) | 04/24/19 - 04/25/19 | 95.00 |
| Zelin (one-way flight to San Juan, PR from Philadelphia, PA) | 04/24/19 | 846.28 |
| Zelin (one-way flight from San Juan, PR to Queens, NY) | 04/25/19 | 1,564.13 |
| Zelin (travel agency booking fee for flight to/from San Juan, PR from/to Queens, NY on 05/07/19) | 05/02/19 | 95.00 |
| Zelin (round-trip flight to/from San Juan, PR from/to Queens, NY) | 05/07/19 | 731.71 |
| **Subtotal - Airfare** | **$** | **4,071.31** |

**Ground Transportation**

| | | |
|---|---|---|
| Cajigas (weeknight taxi home from office after working late) | 02/07/19 | 34.98 |
| Cajigas (weeknight taxi home from office after working late) | 02/11/19 | 25.19 |
| Cajigas (taxi to client meeting in New York, NY from office) | 02/20/19 | 14.75 |
| Cajigas (taxi to office in New York, NY from client meeting) | 02/20/19 | 16.56 |
| Cajigas (weekend taxi to office from home) | 02/23/19 | 27.27 |
| Cajigas (weekend taxi home from office) | 02/23/19 | 30.74 |
| Cajigas (weekend taxi to office from home) | 02/24/19 | 25.29 |
| Cajigas (weekend taxi home from office) | 02/24/19 | 29.47 |
| Zelin (car service to client meeting in New York, NY) | 04/05/19 | 59.56 |
| Zelin (car service to LaGuardia Airport in Queens, NY from home) | 04/16/19 | 158.35 |
| Zelin (car service to hotel in Boston, MA from airport) | 04/16/19 | 130.00 |
| Zelin (train fare for train to Stamford, CT from Boston, MA) | 04/16/19 | 309.00 |
| Zelin (car service to hotel in San Juan, PR from airport) | 04/24/19 | 112.04 |
| Zelin (car service to hotel in San Juan, PR from airport) | 05/07/19 | 112.04 |
| **Subtotal - Ground Transportation** | | **1,085.24** |

**Communications**

| | | |
|---|---|---|
| Zelin (wi-fi access while traveling) | 05/07/19 | 49.00 |
| Zelin (wi-fi access while traveling) | 05/24/19 | 49.95 |
| **Subtotal - Communications** | | **98.95** |

**Meals with Clients**

| | | |
|---|---|---|
| Zelin (working breakfast meal with F. Batlle in New York, NY) | 05/02/19 | 93.93 |
| Zelin (working dinner meal with W. Evarts & F. Batlle in San Juan, PR) | 05/08/19 | 112.55 |
| **Subtotal - Meals with Clients** | | **206.48** |

**Employee Meals**

| | | |
|---|---|---|
| Zelin (working lunch meal during client meeting in New York, NY) | 03/14/19 | 26.15 |
| Zelin (working dinner meal @ hotel in San Juan, PR) | 05/07/19 | 43.45 |
| Zelin (working dinner meal with W. Evarts @ airport in San Juan, PR) | 05/08/19 | 37.85 |
| **Subtotal - Employee Meals** | | **107.45** |

**Lodging**

| | | |
|---|---|---|
| Zelin (1 day hotel stay in San Juan, Puerto Rico) | 04/24/19 - 04/25/19 | 604.12 |
| Zelin (1 day hotel stay in San Juan, Puerto Rico) | 05/07/19 - 05/08/19 | 260.65 |
| **Subtotal - Lodging** | | **864.77** |
| **Total Expenses** | **$** | **6,434.20** |

**APPENDIX B**

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

| Professional | Title | Hours |
|---|---|---|
| Steve Zelin | Partner | 59.5 |
| William Evarts | Vice President | 242.0 |
| Gregory Nelson | Associate | 151.0 |
| Daniel Cajigas | Analyst | 239.0 |
| **Total** | | **691.5** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Steve Zelin | 10/01/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Steve Zelin | 10/02/19 | 9.0 | Mediation and Related Meetings | CW |
| Steve Zelin | 10/03/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Steve Zelin | 10/04/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Steve Zelin | 10/04/19 | 1.0 | FOMB Board Call | CW/HTA/ERS |
| Steve Zelin | 10/06/19 | 1.0 | Review of Creditor Counterproposal | CW |
| Steve Zelin | 10/09/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Steve Zelin | 10/09/19 | 1.5 | Review of Analysis of Creditor Counterproposal | CW |
| Steve Zelin | 10/10/19 | 3.0 | Review and Comment on Board Analysis | CW |
| Steve Zelin | 10/10/19 | 4.0 | Mediation Meetings | CW |
| Steve Zelin | 10/10/19 | 0.5 | Call with FOMB and AAFAF Advisors | CW |
| Steve Zelin | 10/11/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Steve Zelin | 10/11/19 | 1.0 | Call with FOMB and AAFAF Advisors | CW |
| Steve Zelin | 10/11/19 | 1.0 | FOMB Board Call | CW/HTA/ERS |
| Steve Zelin | 10/11/19 | 2.0 | Calls with FOMB Advisors | CW |
| Steve Zelin | 10/14/19 | 3.0 | Travel to DC | CW/HTA/ERS |
| Steve Zelin | 10/15/19 | 4.0 | Board Meeting | CW |
| Steve Zelin | 10/15/19 | 3.0 | Travel to NYC | CW |
| Steve Zelin | 10/16/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Steve Zelin | 10/17/19 | 2.0 | Discussions re Board Materials | CW/HTA/ERS |
| Steve Zelin | 10/18/19 | 1.0 | Working Group Call | CW |
| Steve Zelin | 10/19/19 | 0.5 | Internal Group Call | CW |
| Steve Zelin | 10/19/19 | 1.0 | Working Group Call | CW |
| Steve Zelin | 10/20/19 | 2.0 | Review Materials | CW |
| Steve Zelin | 10/20/19 | 0.5 | Internal Call | CW |
| Steve Zelin | 10/20/19 | 1.0 | Preparation for Board Call | CW |
| Steve Zelin | 10/21/19 | 1.0 | Review Analysis and Materials | CW |
| Steve Zelin | 10/21/19 | 1.0 | Board Call | CW |
| Steve Zelin | 10/21/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Steve Zelin | 10/21/19 | 1.0 | Call with FOMB and AAFAF | CW/HTA/ERS |
| Steve Zelin | 10/22/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Steve Zelin | 10/23/19 | 0.5 | Working Group Call | CW/HTA/ERS |
| Steve Zelin | 10/24/19 | 4.0 | Mediation | CW |
| Steve Zelin | 10/25/19 | 1.0 | Board Call | CW/HTA/ERS |
| Steve Zelin | 10/31/19 | 1.0 | FOMB Board Call | CW |
| | | **59.5** | | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Willie Evarts | 10/01/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Willie Evarts | 10/01/19 | 5.0 | Calls with AAFAF and CW Advisors | CW |
| Willie Evarts | 10/01/19 | 5.0 | Revisions to Analysis | CW |
| Willie Evarts | 10/01/19 | 2.5 | Preparation of Talking Points | CW |
| Willie Evarts | 10/02/19 | 9.0 | Mediation and Related Meetings | CW |
| Willie Evarts | 10/03/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Willie Evarts | 10/03/19 | 1.5 | Review and edits to information for mediator | CW |
| Willie Evarts | 10/03/19 | 1.0 | Discussion regarding materials for creditor | CW |
| Willie Evarts | 10/03/19 | 5.0 | Review of documents for creditors | CW |
| Willie Evarts | 10/04/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Willie Evarts | 10/04/19 | 1.0 | Correspondence with counsel | HTA |
| Willie Evarts | 10/04/19 | 1.0 | Discussion with AAFAF Advisors | HTA |
| Willie Evarts | 10/04/19 | 1.0 | FOMB Board Call | CW/HTA/ERS |
| Willie Evarts | 10/04/19 | 4.0 | Summary Materials re Cash | CW |
| Willie Evarts | 10/05/19 | 1.0 | Correspondence with AAFAF Advisors | CW/ERS |
| Willie Evarts | 10/05/19 | 1.0 | Discussion with FOMB Advisors | HTA |
| Willie Evarts | 10/05/19 | 3.0 | Review of Analysis | HTA |
| Willie Evarts | 10/06/19 | 4.0 | Review of Analysis | HTA |
| Willie Evarts | 10/06/19 | 2.0 | Internal Discussions re Analysis | HTA |
| Willie Evarts | 10/06/19 | 1.0 | Review of Holdings Information | CW |
| Willie Evarts | 10/06/19 | 2.0 | Review of Creditor Counterproposal | CW |
| Willie Evarts | 10/07/19 | 0.5 | Correspondence with AAFAF Advisors | CW |
| Willie Evarts | 10/07/19 | 3.0 | Review of Creditor Counterproposal Analysis | CW |
| Willie Evarts | 10/07/19 | 4.0 | Internal Meeting with Counsel | CW |
| Willie Evarts | 10/07/19 | 1.0 | Call re Mediation | HTA |
| Willie Evarts | 10/07/19 | 2.0 | Review of Revised Presentation | HTA |
| Willie Evarts | 10/08/19 | 8.0 | Mediation and Related Meetings | HTA |
| Willie Evarts | 10/08/19 | 1.0 | Correspondence and edits to analysis | CW |
| Willie Evarts | 10/08/19 | 1.0 | Mediation Follow-Up Analysis | CW |
| Willie Evarts | 10/09/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Willie Evarts | 10/09/19 | 1.0 | Review and Correspondence re Mediator Memo | CW |
| Willie Evarts | 10/09/19 | 1.0 | Review of Mediation Follow-Up Documents | CW |
| Willie Evarts | 10/09/19 | 3.0 | Review of Analysis of Creditor Counterproposal | CW |
| Willie Evarts | 10/10/19 | 6.0 | Review and Comment on Board Analysis | CW |
| Willie Evarts | 10/10/19 | 1.0 | Discussion re Materials for Creditors | CW |
| Willie Evarts | 10/10/19 | 4.0 | Mediation Meetings | CW |
| Willie Evarts | 10/10/19 | 0.5 | Call with FOMB and AAFAF Advisors | CW |
| Willie Evarts | 10/11/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Willie Evarts | 10/11/19 | 1.0 | Call with FOMB and AAFAF Advisors | CW |
| Willie Evarts | 10/11/19 | 1.0 | FOMB Board Call | CW/HTA/ERS |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Willie Evarts | 10/11/19 | 1.5 | Call with FOMB Executive | CW/HTA/ERS |
| Willie Evarts | 10/11/19 | 1.0 | Coordination with Mediation Team | CW |
| Willie Evarts | 10/11/19 | 2.0 | Calls with FOMB Advisors | CW |
| Willie Evarts | 10/11/19 | 3.0 | Revisions to FOMB Materials | CW/HTA/ERS |
| Willie Evarts | 10/12/19 | 4.0 | Revisions to FOMB Materials | CW/HTA/ERS |
| Willie Evarts | 10/13/19 | 7.0 | Revisions to FOMB Materials | CW/HTA/ERS |
| Willie Evarts | 10/14/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Willie Evarts | 10/14/19 | 7.0 | Revisions to FOMB Materials | CW/HTA/ERS |
| Willie Evarts | 10/14/19 | 5.0 | Travel to DC | CW/HTA/ERS |
| Willie Evarts | 10/14/19 | 1.5 | Calls with FOMB Executives | CW |
| Willie Evarts | 10/15/19 | 5.0 | Court Hearing | CW |
| Willie Evarts | 10/15/19 | 4.0 | Board Meeting | CW |
| Willie Evarts | 10/15/19 | 3.0 | Travel to NYC | CW |
| Willie Evarts | 10/16/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Willie Evarts | 10/16/19 | 2.0 | Meeting with Creditors and Advisors | CW/HTA |
| Willie Evarts | 10/16/19 | 2.0 | Discussions re Cleansing Materials | CW |
| Willie Evarts | 10/16/19 | 1.0 | Call with FOMB Executive | CW |
| Willie Evarts | 10/16/19 | 1.5 | Review of Creditor Committee Presentation | CW |
| Willie Evarts | 10/16/19 | 0.5 | Review of Legal Analysis | CW |
| Willie Evarts | 10/17/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Willie Evarts | 10/17/19 | 2.0 | Discussions re Board Materials | CW/HTA/ERS |
| Willie Evarts | 10/17/19 | 3.0 | Discussions and Calls re Cleansing | CW/HTA/ERS |
| Willie Evarts | 10/17/19 | 2.5 | Comments and Changes to Presentation Materials | CW/HTA/ERS |
| Willie Evarts | 10/18/19 | 3.0 | Meeting with AAFAF and FOMB Advisors | CW |
| Willie Evarts | 10/18/19 | 1.0 | Working Group Call | CW |
| Willie Evarts | 10/19/19 | 5.0 | Comments and Changes to Presentation Materials | CW |
| Willie Evarts | 10/19/19 | 1.0 | Call with FOMB Executive | CW |
| Willie Evarts | 10/19/19 | 0.5 | Internal Group Call | CW |
| Willie Evarts | 10/19/19 | 1.0 | Working Group Call | CW |
| Willie Evarts | 10/20/19 | 0.5 | Internal Call | CW |
| Willie Evarts | 10/20/19 | 2.0 | Preparation for Board Call | CW |
| Willie Evarts | 10/20/19 | 1.5 | Calls with Board Members | CW |
| Willie Evarts | 10/21/19 | 3.0 | Follow-Up Analysis to Board Call | CW |
| Willie Evarts | 10/21/19 | 1.0 | Board Call | CW |
| Willie Evarts | 10/21/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Willie Evarts | 10/21/19 | 0.5 | Calls with Creditors | CW |
| Willie Evarts | 10/21/19 | 0.5 | Internal Group Call | HTA |
| Willie Evarts | 10/21/19 | 1.0 | Call with FOMB and AAFAF | CW/HTA/ERS |
| Willie Evarts | 10/21/19 | 1.0 | Calls re Cleansing Materials | HTA |
| Willie Evarts | 10/22/19 | 1.0 | Working Group Call | CW/HTA/ERS |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Willie Evarts | 10/22/19 | 2.0 | Calls re Cleansing Materials | HTA |
| Willie Evarts | 10/22/19 | 2.0 | Settlement Proposal Preparation | CW |
| Willie Evarts | 10/22/19 | 0.5 | Correspondence regarding meeting | HTA |
| Willie Evarts | 10/22/19 | 0.5 | Call with FOMB Executive | CW |
| Willie Evarts | 10/23/19 | 0.5 | Working Group Call | CW/HTA/ERS |
| Willie Evarts | 10/23/19 | 2.5 | Meeting with AAFAF and FOMB Advisors | CW |
| Willie Evarts | 10/23/19 | 0.5 | Call with FOMB Advisor | HTA |
| Willie Evarts | 10/23/19 | 1.0 | Updates to Settlement Proposal | CW |
| Willie Evarts | 10/23/19 | 0.5 | Call with Creditor | CW |
| Willie Evarts | 10/23/19 | 1.0 | Call with FOMB and AAFAF Advisors | CW |
| Willie Evarts | 10/23/19 | 1.0 | Call with FOMB and AAFAF Advisors | HTA |
| Willie Evarts | 10/24/19 | 4.0 | Mediation | CW |
| Willie Evarts | 10/24/19 | 1.0 | Call with Working Group | CW |
| Willie Evarts | 10/24/19 | 1.0 | Call with Mediator Financial Advisor | CW |
| Willie Evarts | 10/24/19 | 1.0 | Preparation for Call with Mediator FA | CW |
| Willie Evarts | 10/24/19 | 2.0 | Modifications to Settlement Proposal | CW |
| Willie Evarts | 10/24/19 | 0.5 | Review of Materials for Mediator FA | CW |
| Willie Evarts | 10/25/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Willie Evarts | 10/25/19 | 0.5 | Call with Creditor Advisor | CW |
| Willie Evarts | 10/25/19 | 1.0 | Calls with Counsel re Document Production | CW |
| Willie Evarts | 10/25/19 | 1.0 | Board Call | CW/HTA/ERS |
| Willie Evarts | 10/26/19 | 1.0 | Review of Legal Filing | CW |
| Willie Evarts | 10/27/19 | 0.5 | Correspondence with Board Member | CW |
| Willie Evarts | 10/27/19 | 1.0 | Analysis for Board Member | CW |
| Willie Evarts | 10/27/19 | 0.5 | Call with Creditor | CW |
| Willie Evarts | 10/28/19 | 0.5 | Working Group Call | CW/HTA/ERS |
| Willie Evarts | 10/28/19 | 1.0 | Calls with FOMB Advisors | CW |
| Willie Evarts | 10/28/19 | 3.0 | Meeting with FOMB Advisors and Counsel | CW |
| Willie Evarts | 10/28/19 | 1.0 | Analysis for FOMB Counsel | CW |
| Willie Evarts | 10/28/19 | 1.0 | Call with AAFAF and FOMB Advisors | HTA |
| Willie Evarts | 10/29/19 | 0.5 | Working Group Call | CW/HTA/ERS |
| Willie Evarts | 10/29/19 | 0.5 | Call re Settlement Structure | CW |
| Willie Evarts | 10/29/19 | 1.0 | Internal Meeting re Proposal | CW |
| Willie Evarts | 10/29/19 | 2.5 | Meeting with AAFAF and FOMB Advisors | CW |
| Willie Evarts | 10/29/19 | 0.5 | Call re Cleansing Materials | CW/HTA |
| Willie Evarts | 10/29/19 | 1.0 | Internal Working Group Call | CW |
| Willie Evarts | 10/29/19 | 1.0 | Review of Commonwealth Results | CW |
| Willie Evarts | 10/30/19 | 0.5 | Working Group Call | CW/HTA/ERS |
| Willie Evarts | 10/30/19 | 3.0 | Meeting with AAFAF and FOMB Advisors | CW/HTA |
| Willie Evarts | 10/30/19 | 1.0 | Internal Calls | CW |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Willie Evarts | 10/30/19 | 0.5 | Review of Revised Holdings | CW |
| Willie Evarts | 10/30/19 | 1.0 | Review of Materials for Mediator FA | CW |
| Willie Evarts | 10/30/19 | 5.0 | Review of Creditor Counter | CW |
| Willie Evarts | 10/31/19 | 0.5 | Working Group Call | CW/HTA/ERS |
| Willie Evarts | 10/31/19 | 2.0 | Review of Materials Summarizing Proposal | CW |
| Willie Evarts | 10/31/19 | 1.0 | FOMB Board Call | CW |
| Willie Evarts | 10/31/19 | 2.0 | Review of AAFAF Proposal | CW |
| Willie Evarts | 10/31/19 | 2.0 | Revisions to Board Materials | CW |
| Willie Evarts | 10/31/19 | 1.0 | Call with FOMB Advisors | HTA |
| Willie Evarts | 10/31/19 | 1.0 | Call with FOMB and AAFAF Advisors | CW |
| | | **242.0** | | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Gregory Nelson | 10/01/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Gregory Nelson | 10/01/19 | 5.0 | Calls with AAFAF and CW Advisors | CW |
| Gregory Nelson | 10/01/19 | 5.0 | Review Analysis | CW |
| Gregory Nelson | 10/02/19 | 9.0 | Mediation and Related Meetings | CW |
| Gregory Nelson | 10/03/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Gregory Nelson | 10/04/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Gregory Nelson | 10/04/19 | 1.0 | Review FOMB Advisor's Materials | HTA |
| Gregory Nelson | 10/04/19 | 1.0 | Discussion with AAFAF Advisors | HTA |
| Gregory Nelson | 10/04/19 | 1.0 | FOMB Board Call | CW/HTA/ERS |
| Gregory Nelson | 10/05/19 | 1.0 | Review Materials from FOMB Advisors | HTA |
| Gregory Nelson | 10/05/19 | 1.5 | Preparation of Analysis | HTA |
| Gregory Nelson | 10/06/19 | 2.0 | Internal Discussions re Analysis | HTA |
| Gregory Nelson | 10/06/19 | 2.0 | Review of Creditor Counterproposal | CW |
| Gregory Nelson | 10/07/19 | 2.0 | Review of Creditor Counterproposal Analysis | CW |
| Gregory Nelson | 10/08/19 | 1.0 | Review Creditor Proposal | CW |
| Gregory Nelson | 10/09/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Gregory Nelson | 10/10/19 | 2.0 | Review and Comment on Board Analysis | CW |
| Gregory Nelson | 10/10/19 | 1.0 | Discussion re Materials for Creditors | CW |
| Gregory Nelson | 10/10/19 | 4.0 | Mediation Meetings | CW |
| Gregory Nelson | 10/10/19 | 0.5 | Call with FOMB and AAFAF Advisors | CW |
| Gregory Nelson | 10/11/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Gregory Nelson | 10/11/19 | 1.0 | Call with FOMB and AAFAF Advisors | CW |
| Gregory Nelson | 10/11/19 | 1.0 | FOMB Board Call | CW/HTA/ERS |
| Gregory Nelson | 10/11/19 | 2.0 | Calls with FOMB Advisors | CW |
| Gregory Nelson | 10/11/19 | 1.5 | Review FOMB Materials | CW/HTA/ERS |
| Gregory Nelson | 10/12/19 | 2.0 | Revisions to FOMB Materials | CW/HTA/ERS |
| Gregory Nelson | 10/13/19 | 2.0 | Revisions to FOMB Materials | CW/HTA/ERS |
| Gregory Nelson | 10/14/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Gregory Nelson | 10/14/19 | 4.0 | Revisions to FOMB Materials | CW/HTA/ERS |
| Gregory Nelson | 10/14/19 | 5.0 | Travel to DC | CW/HTA/ERS |
| Gregory Nelson | 10/15/19 | 5.0 | Court Hearing | CW |
| Gregory Nelson | 10/15/19 | 4.0 | Board Meeting | CW |
| Gregory Nelson | 10/15/19 | 5.0 | Travel to NYC | CW |
| Gregory Nelson | 10/16/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Gregory Nelson | 10/16/19 | 2.0 | Review Analysis | CW |
| Gregory Nelson | 10/16/19 | 2.0 | Meeting with Creditors and Advisors | CW/HTA |
| Gregory Nelson | 10/16/19 | 2.0 | Review Materials | CW/HTA.ERS |
| Gregory Nelson | 10/17/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Gregory Nelson | 10/17/19 | 3.0 | Review Materials | CW/HTA/ERS |
| Gregory Nelson | 10/17/19 | 2.0 | Discussions re Board Materials | CW/HTA/ERS |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Gregory Nelson | 10/18/19 | 3.0 | Review Presentation Materials | CW/HTA/ERS |
| Gregory Nelson | 10/18/19 | 3.0 | Meeting with AAFAF and FOMB Advisors | CW |
| Gregory Nelson | 10/18/19 | 1.0 | Working Group Call | CW |
| Gregory Nelson | 10/19/19 | 4.0 | Review Presentation Materials | CW |
| Gregory Nelson | 10/19/19 | 0.5 | Internal Group Call | CW |
| Gregory Nelson | 10/19/19 | 1.0 | Working Group Call | CW |
| Gregory Nelson | 10/20/19 | 1.0 | Review Analysis | CW |
| Gregory Nelson | 10/21/19 | 3.0 | Follow-Up Analysis to Board Call | CW |
| Gregory Nelson | 10/21/19 | 1.0 | Board Call | CW |
| Gregory Nelson | 10/21/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Gregory Nelson | 10/21/19 | 0.5 | Internal Group Call | HTA |
| Gregory Nelson | 10/21/19 | 1.0 | Call with FOMB and AAFAF | CW/HTA/ERS |
| Gregory Nelson | 10/22/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Gregory Nelson | 10/22/19 | 2.0 | Review Presentation Materials | CW |
| Gregory Nelson | 10/23/19 | 0.5 | Working Group Call | CW/HTA/ERS |
| Gregory Nelson | 10/23/19 | 2.5 | Meeting with AAFAF and FOMB Advisors | CW |
| Gregory Nelson | 10/23/19 | 1.0 | Updates to Settlement Proposal | CW |
| Gregory Nelson | 10/23/19 | 1.0 | Call with FOMB and AAFAF Advisors | CW |
| Gregory Nelson | 10/23/19 | 1.0 | Call with FOMB and AAFAF Advisors | HTA |
| Gregory Nelson | 10/24/19 | 4.0 | Mediation | CW |
| Gregory Nelson | 10/24/19 | 1.0 | Call with Working Group | CW |
| Gregory Nelson | 10/24/19 | 1.0 | Preparation for Call with Mediator FA | CW |
| Gregory Nelson | 10/24/19 | 0.5 | Review of Materials for Mediator FA | CW |
| Gregory Nelson | 10/25/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Gregory Nelson | 10/25/19 | 1.0 | Board Call | CW/HTA/ERS |
| Gregory Nelson | 10/28/19 | 0.5 | Working Group Call | CW/HTA/ERS |
| Gregory Nelson | 10/28/19 | 1.0 | Calls with FOMB Advisors | CW |
| Gregory Nelson | 10/28/19 | 3.0 | Meeting with FOMB Advisors and Counsel | CW |
| Gregory Nelson | 10/28/19 | 1.0 | Call with AAFAF and FOMB Advisors | HTA |
| Gregory Nelson | 10/29/19 | 0.5 | Working Group Call | CW/HTA/ERS |
| Gregory Nelson | 10/29/19 | 0.5 | Call re Settlement Structure | CW |
| Gregory Nelson | 10/29/19 | 1.0 | Internal Meeting re Proposal | CW |
| Gregory Nelson | 10/29/19 | 2.5 | Meeting with AAFAF and FOMB Advisors | CW |
| Gregory Nelson | 10/29/19 | 1.0 | Internal Working Group Call | CW |
| Gregory Nelson | 10/30/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Gregory Nelson | 10/30/19 | 0.5 | Working Group Call | CW/HTA/ERS |
| Gregory Nelson | 10/30/19 | 3.0 | Meeting with AAFAF and FOMB Advisors | CW/HTA |
| Gregory Nelson | 10/30/19 | 2.0 | Review of Creditor Counter | CW |
| Gregory Nelson | 10/31/19 | 0.5 | Working Group Call | CW/HTA/ERS |
| Gregory Nelson | 10/31/19 | 2.0 | Review of Materials Summarizing Proposal | CW |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Gregory Nelson | 10/31/19 | 1.0 | FOMB Board Call | CW |
| Gregory Nelson | 10/31/19 | 1.0 | Call with FOMB Advisors | HTA |
| Gregory Nelson | 10/31/19 | 1.0 | Call with FOMB and AAFAF Advisors | CW |
| | | **151.0** | | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Daniel Cajigas | 10/01/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Daniel Cajigas | 10/01/19 | 5.0 | Calls with AAFAF and CW Advisors | CW |
| Daniel Cajigas | 10/01/19 | 7.0 | Preparation and Revisions to Analysis | CW |
| Daniel Cajigas | 10/01/19 | 1.5 | Review FOMB Advisor's Materials | CW |
| Daniel Cajigas | 10/01/19 | 0.5 | Coordinate with FOMB Advisors | CW |
| Daniel Cajigas | 10/02/19 | 1.5 | Revisions to Analysis | CW |
| Daniel Cajigas | 10/02/19 | 0.5 | Coordinate Printing of Mediation Materials | CW |
| Daniel Cajigas | 10/02/19 | 9.0 | Mediation and Related Meetings | CW |
| Daniel Cajigas | 10/03/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Daniel Cajigas | 10/03/19 | 2.0 | Prepare Analysis for Mediation Team FA | CW |
| Daniel Cajigas | 10/04/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Daniel Cajigas | 10/04/19 | 2.0 | Review FOMB Advisor's Materials | HTA |
| Daniel Cajigas | 10/04/19 | 3.0 | Prepare Internal Analysis | HTA |
| Daniel Cajigas | 10/04/19 | 1.0 | Discussion with AAFAF Advisors | HTA |
| Daniel Cajigas | 10/04/19 | 1.0 | FOMB Board Call | CW/HTA/ERS |
| Daniel Cajigas | 10/05/19 | 1.0 | Review HTA Fiscal Plan | HTA |
| Daniel Cajigas | 10/05/19 | 1.0 | Review Materials from FOMB Advisors | HTA |
| Daniel Cajigas | 10/05/19 | 1.0 | Discussion with FOMB Advisors | HTA |
| Daniel Cajigas | 10/05/19 | 5.0 | Preparation of Analysis | HTA |
| Daniel Cajigas | 10/06/19 | 3.0 | Preparation and Revisions to Analysis | HTA |
| Daniel Cajigas | 10/06/19 | 2.0 | Internal Discussions re Analysis | HTA |
| Daniel Cajigas | 10/06/19 | 2.0 | Review of Holdings Information | CW |
| Daniel Cajigas | 10/06/19 | 1.0 | Review of Creditor Counterproposal | CW |
| Daniel Cajigas | 10/07/19 | 3.5 | Revisions to Presentation Materials | HTA |
| Daniel Cajigas | 10/07/19 | 5.0 | Preparation of Creditor Counterproposal Analysis | CW |
| Daniel Cajigas | 10/07/19 | 0.5 | Coordinate Printing of Mediation Materials | CW |
| Daniel Cajigas | 10/07/19 | 1.0 | Review Materials from FOMB Advisors | HTA |
| Daniel Cajigas | 10/08/19 | 1.0 | Revise Presentation Materials | HTA |
| Daniel Cajigas | 10/08/19 | 0.5 | Coordinate Printing of Mediation Materials | HTA |
| Daniel Cajigas | 10/08/19 | 2.0 | Review Creditor Proposal | CW |
| Daniel Cajigas | 10/09/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Daniel Cajigas | 10/09/19 | 0.5 | Review Holdings Information | CW |
| Daniel Cajigas | 10/10/19 | 7.5 | Prepare and Revise Board Analysis | CW |
| Daniel Cajigas | 10/10/19 | 1.0 | Discussion re Materials for Creditors | CW |
| Daniel Cajigas | 10/10/19 | 4.0 | Mediation Meetings | CW |
| Daniel Cajigas | 10/10/19 | 0.5 | Call with FOMB and AAFAF Advisors | CW |
| Daniel Cajigas | 10/11/19 | 0.5 | Revise Presentation Materials | CW |
| Daniel Cajigas | 10/11/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Daniel Cajigas | 10/11/19 | 1.0 | Call with FOMB and AAFAF Advisors | CW |
| Daniel Cajigas | 10/11/19 | 1.0 | FOMB Board Call | CW/HTA/ERS |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Daniel Cajigas | 10/11/19 | 2.0 | Calls with FOMB Advisors | CW |
| Daniel Cajigas | 10/11/19 | 2.0 | Revisions to FOMB Materials | CW/HTA/ERS |
| Daniel Cajigas | 10/12/19 | 6.0 | Revisions to FOMB Materials | CW/HTA/ERS |
| Daniel Cajigas | 10/13/19 | 5.0 | Revisions to FOMB Materials | CW/HTA/ERS |
| Daniel Cajigas | 10/14/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Daniel Cajigas | 10/14/19 | 7.0 | Revisions to FOMB Materials | CW/HTA/ERS |
| Daniel Cajigas | 10/14/19 | 5.0 | Travel to DC | CW/HTA/ERS |
| Daniel Cajigas | 10/15/19 | 5.0 | Court Hearing | CW |
| Daniel Cajigas | 10/15/19 | 4.0 | Board Meeting | CW |
| Daniel Cajigas | 10/15/19 | 5.0 | Travel to NYC | CW |
| Daniel Cajigas | 10/15/19 | 4.0 | Prepare Analysis | CW |
| Daniel Cajigas | 10/16/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Daniel Cajigas | 10/16/19 | 3.0 | Revisions to Analysis | CW |
| Daniel Cajigas | 10/16/19 | 2.0 | Meeting with Creditors and Advisors | CW/HTA |
| Daniel Cajigas | 10/16/19 | 5.0 | Preparation of Presentation Materials | CW/HTA.ERS |
| Daniel Cajigas | 10/17/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Daniel Cajigas | 10/17/19 | 7.0 | Revision of Presentation Materials | CW/HTA/ERS |
| Daniel Cajigas | 10/17/19 | 2.0 | Discussions re Board Materials | CW/HTA/ERS |
| Daniel Cajigas | 10/18/19 | 3.0 | Revision of Presentation Materials | CW/HTA/ERS |
| Daniel Cajigas | 10/18/19 | 3.0 | Meeting with AAFAF and FOMB Advisors | CW |
| Daniel Cajigas | 10/18/19 | 1.0 | Working Group Call | CW |
| Daniel Cajigas | 10/19/19 | 7.0 | Revision of Presentation Materials | CW |
| Daniel Cajigas | 10/19/19 | 0.5 | Internal Group Call | CW |
| Daniel Cajigas | 10/19/19 | 1.0 | Working Group Call | CW |
| Daniel Cajigas | 10/20/19 | 3.0 | Preparation of Analysis | CW |
| Daniel Cajigas | 10/21/19 | 5.0 | Follow-Up Analysis to Board Call | CW |
| Daniel Cajigas | 10/21/19 | 1.0 | Board Call | CW |
| Daniel Cajigas | 10/21/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Daniel Cajigas | 10/21/19 | 0.5 | Internal Group Call | HTA |
| Daniel Cajigas | 10/21/19 | 1.0 | Call with FOMB and AAFAF | CW/HTA/ERS |
| Daniel Cajigas | 10/22/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Daniel Cajigas | 10/22/19 | 4.0 | Prepare and revise presentation materials | CW |
| Daniel Cajigas | 10/22/19 | 2.0 | Claims reconciliation | HTA |
| Daniel Cajigas | 10/23/19 | 0.5 | Working Group Call | CW/HTA/ERS |
| Daniel Cajigas | 10/23/19 | 2.5 | Meeting with AAFAF and FOMB Advisors | CW |
| Daniel Cajigas | 10/23/19 | 3.0 | Updates to Settlement Proposal | CW |
| Daniel Cajigas | 10/23/19 | 1.0 | Call with FOMB and AAFAF Advisors | CW |
| Daniel Cajigas | 10/23/19 | 1.0 | Call with FOMB and AAFAF Advisors | HTA |
| Daniel Cajigas | 10/24/19 | 4.0 | Mediation | CW |
| Daniel Cajigas | 10/24/19 | 1.0 | Call with Working Group | CW |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Daniel Cajigas | 10/24/19 | 1.0 | Preparation for Call with Mediator FA | CW |
| Daniel Cajigas | 10/25/19 | 1.0 | Preparation of Analysis for Mediator FA | CW/HTA/ERS |
| Daniel Cajigas | 10/25/19 | 1.0 | Working Group Call | CW/HTA/ERS |
| Daniel Cajigas | 10/25/19 | 2.0 | Preparation of Analysis for Mediator FA | CW/HTA/ERS |
| Daniel Cajigas | 10/25/19 | 1.0 | Board Call | CW/HTA/ERS |
| Daniel Cajigas | 10/28/19 | 0.5 | Working Group Call | CW/HTA/ERS |
| Daniel Cajigas | 10/28/19 | 0.5 | Call with Mediator FA | CW/HTA/ERS |
| Daniel Cajigas | 10/28/19 | 0.5 | Call with Mediator FA | CW/HTA/ERS |
| Daniel Cajigas | 10/28/19 | 1.0 | Calls with FOMB Advisors | CW |
| Daniel Cajigas | 10/28/19 | 3.0 | Meeting with FOMB Advisors and Counsel | CW |
| Daniel Cajigas | 10/28/19 | 1.0 | Call with AAFAF and FOMB Advisors | HTA |
| Daniel Cajigas | 10/28/19 | 1.0 | Review Materials from FOMB Advisors | CW/HTA/ERS |
| Daniel Cajigas | 10/29/19 | 1.5 | Preparation of Analysis | CW |
| Daniel Cajigas | 10/29/19 | 0.5 | Working Group Call | CW/HTA/ERS |
| Daniel Cajigas | 10/29/19 | 0.5 | Call re Settlement Structure | CW |
| Daniel Cajigas | 10/29/19 | 1.0 | Internal Meeting re Proposal | CW |
| Daniel Cajigas | 10/29/19 | 2.5 | Meeting with AAFAF and FOMB Advisors | CW |
| Daniel Cajigas | 10/29/19 | 1.0 | Internal Working Group Call | CW |
| Daniel Cajigas | 10/30/19 | 3.0 | Preparation of Analysis for Mediation Team FA | CW/HTA/ERS |
| Daniel Cajigas | 10/30/19 | 0.5 | Working Group Call | CW/HTA/ERS |
| Daniel Cajigas | 10/30/19 | 3.0 | Meeting with AAFAF and FOMB Advisors | CW/HTA |
| Daniel Cajigas | 10/30/19 | 3.0 | Claims reconciliation | HTA |
| Daniel Cajigas | 10/30/19 | 3.0 | Review of Creditor Counter | CW |
| Daniel Cajigas | 10/31/19 | 0.5 | Working Group Call | CW/HTA/ERS |
| Daniel Cajigas | 10/31/19 | 4.0 | Preparation of Analysis | CW |
| Daniel Cajigas | 10/31/19 | 1.0 | FOMB Board Call | CW |
| Daniel Cajigas | 10/31/19 | 1.0 | Call with FOMB Advisors | HTA |
| Daniel Cajigas | 10/31/19 | 1.0 | Call with FOMB and AAFAF Advisors | CW |
| | | **239.0** | | |