## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re**<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**<br><br>As a representative of<br><br>**THE COMMONWEALTH OF PUERTO RICO** *et al.*,<br><br>**Debtors.[1]** | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**TENTH MONTHLY FEE STATEMENT OF PJT PARTNERS LP
AS INVESTMENT BANKER AND FINANCIAL ADVISOR TO THE FINANCIAL
OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO FOR COMPENSATION
AND REIMBURSEMENT OF OUT-OF-POCKET EXPENSES INCURRED FOR
THE PERIOD OF NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

### SUMMARY SHEET

| | |
|---|---|
| Name of Applicant: | PJT Partners LP |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board for Puerto Rico Pursuant to PROMESA |
| Period for which Compensation and Reimbursement is Sought: | November 1, 2019 through November 30, 2019 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | <u>Total Before Holdback</u>    <u>(Holdback @ 10%)</u><br>$1,250,000.00                   ($125,000.00) |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Amount of Cash Payment Sought:          $1,125,000.00

This is a __x__ monthly fee statement  ____   interim fee application  ____ final fee application

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **In re**<br><br>**THE FINANCIAL OVERSIGHT AND**<br>**MANAGEMENT BOARD FOR PUERTO RICO,**<br><br>As a representative of<br><br>**THE COMMONWEALTH OF PUERTO RICO**<br>***et al.*,**<br><br>**Debtors.**[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**TENTH MONTHLY FEE STATEMENT OF PJT PARTNERS LP**
**AS INVESTMENT BANKER AND FINANCIAL ADVISOR TO THE FINANCIAL**
**OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO FOR COMPENSATION**
**AND REIMBURSEMENT OF OUT-OF-POCKET EXPENSES INCURRED FOR**
**THE PERIOD OF NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

PJT Partners LP ("PJT"), investment banker to the Financial Oversight and Management

Board for Puerto Rico (the "Oversight Board"), hereby submits its statement of fees and out-of-

pocket expenses (the "Tenth Monthly Fee Statement"), pursuant to sections 316 and 317 of the

Puerto Rico Oversight, Management and Economic Stability Act of 2016 ("PROMESA"),

section 503(b) of title 11, United States Code (the "Bankruptcy Code") as made applicable to

these cases by section 301(a) of PROMESA, Rule 2016 of the Federal Rules of Bankruptcy

Procedures (the "Bankruptcy Rules"), Rule 2016-1 of the Local Bankruptcy Rules for the United

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

States Bankruptcy Court for the District of Puerto Rico (the "Local Rules"), and the Interim Compensation Order (as hereinafter defined) for allowance of compensation for the period of November 1, 2019 through November 30, 2019 (the "Tenth Compensation Period"). In support of this Monthly Fee Statement, PJT states as follows:

## I. Background

1. On May 3, 2017, the Oversight Board commenced a title III case for the Commonwealth of Puerto Rico by filing a voluntary petition for relief pursuant to section 304 (a) of PROMESA (the "Commonwealth Title III Case"). Thereafter, the Oversight Board commenced a title III case for each of COFINA, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS Title III Case"), the Puerto Rico Highways and Transportation Authority ("HTA Title III Case"), and the Puerto Rico Electric Power Authority ("PREPA Title III Case") (all such cases, together with the Commonwealth Title III Case, the "Title III Cases").[2] By orders dated June 29, 2017 [Docket No. 537] and October 6, 2017 [Docket No. 1417], the court approved the joint administration of the Title III Cases.

2. On August 23, 2017, the court entered the *Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 1150]. On November 8, 2017, the court entered the *First Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 1715]. On June 6, 2019, the court entered the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 3269] (the "Interim Compensation Order").

---

[2] Unless otherwise indicated, references to docket numbers shall be to the docket of the Commonwealth Title III Case.

3.   The Oversight Board retained PJT as its investment banker pursuant to the terms of the engagement agreement (the "Engagement Agreement") dated February 2, 2019, effective as of February 1, 2019.

**II. PJT's Request for Compensation and Reimbursement of Out-of-Pocket Expenses**

4.   For the Tenth Compensation Period, pursuant to the Engagement Agreement and the Interim Compensation Order, PJT (a) is entitled to compensation of monthly fees in the amount of $1,250,000.00, and (b) seeks payment in the amount of $1,125,000.00 (reflecting 90% of the amounts due). Although every effort has been made to include all expenses incurred during the Tenth Compensation Period, some expenses might not be included in this Monthly Fee Statement due to delays caused in connection with the accounting and processing of such expenses. Accordingly, PJT reserves the right to make further application to this Court for allowance of such expenses incurred during the Tenth Compensation Period but not included herein.

5.   An invoice detailing the fees earned by PJT during the Tenth Compensation Period is attached hereto as Appendix A. A summary of all fees earned during the Tenth Compensation Period is outlined below:

| Tenth Compensation Period | Monthly Fees | Holdback @ 10% | Amount(s) Due |
|---|---|---|---|
| November 1 – 30, 2019 | $1,250,000.00 | ($125,000.00) | **$1,125,000.00** |

6.   The amount of fees and out-of-pocket expenses sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context.  PJT has never billed its clients based on the number of hours expended by its professionals.  Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients.   PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 489.0 hours expended by PJT professionals in

providing investment banking services to the Oversight Board during the Tenth Compensation Period are provided in <u>Appendix B</u>.

7.   A summary of the total amount of hours expended by PJT professionals during the Tenth Compensation Period is provided below:

| Hours Expended By Professional | | |
|---|---|---|
| **Professional** | **Title** | **Total** |
| Steven Zelin | Partner | 54.5 |
| William Evarts | Vice President | 160.0 |
| Gregory Nelson | Associate | 124.0 |
| Daniel Cajigas | Analyst | 150.5 |
| **Total Hours** | | **489.0** |

## III. <u>Requested Relief</u>

8.   Pursuant to Sections 316 and 317 of PROMESA, the Interim Compensation Order and the Engagement Agreement, with respect to PJT's monthly fees in the amount of $1,250,000.00 earned during the Tenth Compensation Period, PJT hereby requests that the applicable Debtors make the following payment to PJT:

| | |
|---|---|
| Monthly Fees | $1,250,000.00 |
| Less: 10% Holdback | (125,000.00) |
| **Total Amount Due** | **$1,125,000.00** |

Dated: March 16, 2020

PJT PARTNERS LP

By: /s/ Steven Zelin
       Steven Zelin
       Partner

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re**<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**<br><br>As a representative of<br><br>**THE COMMONWEALTH OF PUERTO RICO** *et al.*,<br><br>**Debtors.**[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

CERTIFICATION FOR FEES AND OUT-OF-POCKET EXPENSES
FOR PROFESSIONALS IN RESPECT OF TENTH MONTHLY FEE STATEMENT
OF PJT PARTNERS LP FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF OUT-OF-POCKET EXPENSES INCURRED

Steven Zelin, being duly sworn, deposes and says:

1. I am a partner with the applicant firm, PJT Partners LP ("PJT").

2. In accordance with sections 316 and 317 of the Puerto Rico Oversight, Management and Economic Stability Act of 2016, Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Puerto Rico (the "Local Rules"), the Office of the United States Trustee guidelines (the "UST Guidelines"), and the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 3269], this certification is made with respect to PJT's monthly fee

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

statement dated March 16, 2020 (the "Tenth Monthly Fee Statement"), for allowance of compensation for the period of November 1, 2019 through November 30, 2019.

3.  In respect of Local Rule 2016-1(a)(4), I certify that:

    a.  I have read the Tenth Monthly Fee Statement;

    b.  To the best of my knowledge, information and belief, formed after reasonable inquiry, the fees sought conforms with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the UST Guidelines, and the Local Rules; and

    c.  The fees and out-of-pocket expenses sought are customarily charged by PJT and generally accepted by PJT's clients.

By: /s/ Steven Zelin
     Steven Zelin
     Partner

**APPENDIX A**

PJT Partners

PJT

March 16, 2020

Kyle Rifkind
Restructuring Officer and Deputy General Counsel
Financial Oversight and Management Board for Puerto Rico
P.O. Box 192018
San Juan, PR 00919

| | | |
|---|---|---|
| Monthly Fee for the period of November 1, 2019 through November 30, 2019: | $ | 1,250,000.00 |
| Less: Holdback @ 10% | | (125,000.00) |
| **Total Amount Due**[1] | **$** | **1,125,000.00** |

**Please wire transfer funds to:**

First Republic Bank
1230 Avenue of the Americas
New York, NY 10020
ABA# 321 081 669
Credit Account: PJT Partners LP | PJT RSSG Account
Account # 80008146369

**Invoice No. 10011624**

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**

Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
(212) 364-7800
PJTUSInvoicing@pjtpartners.com

**APPENDIX B**

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

| Professional | Title | Hours |
|---|---|---|
| Steve Zelin | Partner | 54.5 |
| William Evarts | Vice President | 160.0 |
| Gregory Nelson | Associate | 124.0 |
| Daniel Cajigas | Analyst | 150.5 |
| **Total** | | **489.0** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Steve Zelin | 11/01/19 | 1.0 | FOMB Board Call | All |
| Steve Zelin | 11/04/19 | 1.0 | FOMB Board Call | All |
| Steve Zelin | 11/04/19 | 2.0 | Meeting with CW advisors | CW |
| Steve Zelin | 11/04/19 | 4.0 | Meeting with FOMB Advisors | CW |
| Steve Zelin | 11/04/19 | 1.0 | Review Presenation Materials | CW |
| Steve Zelin | 11/05/19 | 0.5 | Call with FOMB advisors | CW |
| Steve Zelin | 11/05/19 | 1.0 | FOMB Board Call | All |
| Steve Zelin | 11/05/19 | 6.5 | Mediation sessions and meetings | CW |
| Steve Zelin | 11/05/19 | 3.0 | Meeting with FOMB / CW Advisors | CW |
| Steve Zelin | 11/06/19 | 0.5 | FOMB Board Call | All |
| Steve Zelin | 11/06/19 | 2.0 | Mediation sessions and meetings | CW |
| Steve Zelin | 11/07/19 | 3.0 | Mediation sessions and meetings | HTA |
| Steve Zelin | 11/07/19 | 2.0 | Review Presenation Materials | CW |
| Steve Zelin | 11/10/19 | 1.0 | Review Presentation Materials | CW |
| Steve Zelin | 11/11/19 | 2.0 | Review Analysis | CW |
| Steve Zelin | 11/11/19 | 5.0 | Travel to Puerto Rico | All |
| Steve Zelin | 11/12/19 | 5.0 | FOMB Board Meeting | All |
| Steve Zelin | 11/12/19 | 5.0 | Travel to NYC | All |
| Steve Zelin | 11/13/19 | 2.5 | Meeting with creditors | All |
| Steve Zelin | 11/18/19 | 2.0 | Review Presentation Materials | CW |
| Steve Zelin | 11/20/19 | 3.0 | Meeting with AAFAF Advisors | CW |
| Steve Zelin | 11/22/19 | 0.5 | FOMB Board Call | All |
| Steve Zelin | 11/24/19 | 1.0 | Review Presenation Materials | CW |
| | | **54.5** | | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Willie Evarts | 11/01/19 | 0.5 | Call with AAFAF Advisor | CW |
| Willie Evarts | 11/01/19 | 1.0 | Calls with FOMB Advisors | CW |
| Willie Evarts | 11/01/19 | 0.5 | FOMB Advisor Call | All |
| Willie Evarts | 11/01/19 | 1.0 | FOMB Board Call | All |
| Willie Evarts | 11/01/19 | 5.0 | Review / edit financial analysis | CW |
| Willie Evarts | 11/02/19 | 2.0 | Calls with FOMB Executives and Advisors | CW |
| Willie Evarts | 11/02/19 | 1.0 | Review / edit presentation materials | CW |
| Willie Evarts | 11/03/19 | 2.0 | Calls / Correspondence with FOMB Advisors and Executives | CW |
| Willie Evarts | 11/03/19 | 3.0 | Review / edit presentation materials | CW |
| Willie Evarts | 11/04/19 | 1.0 | Calls with FOMB Executives | CW |
| Willie Evarts | 11/04/19 | 0.5 | FOMB Advisor Call | All |
| Willie Evarts | 11/04/19 | 1.0 | FOMB Board Call | All |
| Willie Evarts | 11/04/19 | 3.0 | Meeting with CW advisors | CW |
| Willie Evarts | 11/04/19 | 4.0 | Meeting with FOMB advisors | CW |
| Willie Evarts | 11/04/19 | 3.0 | Review / edit presentation materials | CW |
| Willie Evarts | 11/05/19 | 0.5 | Call with FOMB advisors | CW |
| Willie Evarts | 11/05/19 | 1.0 | FOMB Board Call | All |
| Willie Evarts | 11/05/19 | 6.5 | Mediation sessions and meetings | CW |
| Willie Evarts | 11/05/19 | 3.0 | Meeting with FOMB / CW Advisors | CW |
| Willie Evarts | 11/06/19 | 2.0 | Calls with FOMB Executives and Advisors | CW |
| Willie Evarts | 11/06/19 | 1.0 | FOMB Advisor Call | CW |
| Willie Evarts | 11/06/19 | 0.5 | FOMB Board Call | All |
| Willie Evarts | 11/06/19 | 2.0 | Mediation sessions and meetings | CW |
| Willie Evarts | 11/06/19 | 2.0 | Review / edit presentation materials | CW |
| Willie Evarts | 11/07/19 | 2.0 | Mediation sessions and meetings | CW |
| Willie Evarts | 11/07/19 | 3.0 | Mediation sessions and meetings | HTA |
| Willie Evarts | 11/07/19 | 1.0 | Review / edit presentation materials | CW |
| Willie Evarts | 11/07/19 | 1.5 | Review materials from CW advisors | HTA |
| Willie Evarts | 11/07/19 | 3.0 | Review municipal market precedents | CW |
| Willie Evarts | 11/08/19 | 2.0 | Analyze creditor counter | CW |
| Willie Evarts | 11/08/19 | 0.5 | FOMB Advisor Call | All |
| Willie Evarts | 11/08/19 | 3.5 | Review / edit presentation materials | CW |
| Willie Evarts | 11/08/19 | 2.0 | Review municipal market precedents | All |
| Willie Evarts | 11/09/19 | 0.5 | Call with creditor advisors | CW |
| Willie Evarts | 11/09/19 | 1.0 | Calls with AAFAF Advisors | CW |
| Willie Evarts | 11/09/19 | 2.0 | Review / edit presentation materials | CW |
| Willie Evarts | 11/09/19 | 2.0 | Review of materials from creditors | CW |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Willie Evarts | 11/10/19 | 0.5 | Call with creditor advisors | CW |
| Willie Evarts | 11/10/19 | 0.5 | Call with FOMB advisors | CW |
| Willie Evarts | 11/10/19 | 1.0 | Call with FOMB advisors and Executive | CW |
| Willie Evarts | 11/10/19 | 5.0 | Review / edit presentation materials | CW |
| Willie Evarts | 11/11/19 | 1.0 | Calls with FOMB Advisors | CW |
| Willie Evarts | 11/11/19 | 1.0 | Calls with FOMB Executive | CW |
| Willie Evarts | 11/11/19 | 0.5 | FOMB Advisor Call | All |
| Willie Evarts | 11/11/19 | 5.0 | Travel to Puerto Rico | All |
| Willie Evarts | 11/12/19 | 5.0 | FOMB Board Meeting | All |
| Willie Evarts | 11/12/19 | 5.0 | Travel to NYC | All |
| Willie Evarts | 11/13/19 | 4.0 | Analysis of creditor proposal | All |
| Willie Evarts | 11/13/19 | 2.5 | Meeting with creditors | All |
| Willie Evarts | 11/13/19 | 1.0 | Review of analysis from FOMB Advisor | All |
| Willie Evarts | 11/14/19 | 0.5 | FOMB Advisor Call | All |
| Willie Evarts | 11/14/19 | 2.0 | Review / edit presentation materials | CW |
| Willie Evarts | 11/14/19 | 1.5 | Review of analysis from FOMB Advisor | CW |
| Willie Evarts | 11/15/19 | 1.0 | Call with AAFAF advisors | CW |
| Willie Evarts | 11/15/19 | 2.0 | Calls and review of materials regaridng PRIDCO | CW |
| Willie Evarts | 11/15/19 | 0.5 | FOMB Advisor Call | All |
| Willie Evarts | 11/16/19 | 1.0 | Call with CW advisors | CW |
| Willie Evarts | 11/17/19 | 3.0 | Review / edit presentation materials | CW |
| Willie Evarts | 11/18/19 | 1.0 | Calls with FOMB Advisors | CW |
| Willie Evarts | 11/18/19 | 1.0 | Calls with FOMB Executive | CW |
| Willie Evarts | 11/18/19 | 1.0 | Calls with FOMB Executive | CW |
| Willie Evarts | 11/18/19 | 0.5 | FOMB Advisor Call | All |
| Willie Evarts | 11/18/19 | 4.0 | Review / edit presentation materials | CW |
| Willie Evarts | 11/19/19 | 1.0 | Calls with FOMB Advisors | CW |
| Willie Evarts | 11/19/19 | 1.0 | Correspondence with FOMB Executive | CW |
| Willie Evarts | 11/19/19 | 0.5 | FOMB Advisor Call | All |
| Willie Evarts | 11/19/19 | 4.0 | Review / edit presentation materials | CW |
| Willie Evarts | 11/20/19 | 1.5 | Calls with Creditor Advisors | All |
| Willie Evarts | 11/20/19 | 0.5 | FOMB Advisor Call | All |
| Willie Evarts | 11/20/19 | 3.0 | Meeting with AAFAF Advisors | CW |
| Willie Evarts | 11/20/19 | 3.0 | Review / Edit Presentation Materials | CW |
| Willie Evarts | 11/21/19 | 1.0 | Call with CW advisors | CW |
| Willie Evarts | 11/21/19 | 0.5 | FOMB Advisor Call | All |
| Willie Evarts | 11/21/19 | 3.0 | Meeting with Mediator | CW |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Willie Evarts | 11/21/19 | 2.5 | Review / edit presentation materials | CW |
| Willie Evarts | 11/21/19 | 1.0 | Review questions from creditor advisors | CW |
| Willie Evarts | 11/22/19 | 1.0 | Call regarding stipulation | CW |
| Willie Evarts | 11/22/19 | 0.5 | FOMB Advisor Call | All |
| Willie Evarts | 11/22/19 | 0.5 | FOMB Board Call | All |
| Willie Evarts | 11/23/19 | 3.5 | Review / edit presentation materials | CW |
| Willie Evarts | 11/24/19 | 1.5 | Calls with FOMB Advisors | CW |
| Willie Evarts | 11/25/19 | 1.0 | Call with creditors | CW |
| Willie Evarts | 11/25/19 | 1.5 | Correspondence re Analysis from FOMB Advisors | CW |
| Willie Evarts | 11/25/19 | 0.5 | FOMB Advisor Call | All |
| Willie Evarts | 11/26/19 | 1.5 | Calls re Blow Out | HTA |
| Willie Evarts | 11/26/19 | 0.5 | FOMB Advisor Call | All |
| Willie Evarts | 11/26/19 | 0.5 | FOMB Advisor Call | All |
| Willie Evarts | 11/26/19 | 1.0 | Responses to questions from press | All |
| Willie Evarts | 11/27/19 | 1.0 | Call with creditors | All |
| Willie Evarts | 11/27/19 | 0.5 | Call with FOMB / CW advisors | All |
| Willie Evarts | 11/27/19 | 0.5 | FOMB Advisor Call | All |
|  |  | **160.0** |  |  |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Gregory Nelson | 11/01/19 | 0.5 | FOMB Advisor Call | All |
| Gregory Nelson | 11/01/19 | 1.0 | FOMB Board Call | All |
| Gregory Nelson | 11/01/19 | 4.5 | Review / edit financial analysis | CW |
| Gregory Nelson | 11/01/19 | 1.0 | Review / edit presentation materials | CW |
| Gregory Nelson | 11/01/19 | 0.5 | Review materials from creditor advisors | HTA |
| Gregory Nelson | 11/01/19 | 1.0 | Review materials from CW advisors | HTA |
| Gregory Nelson | 11/02/19 | 1.0 | Review / edit presentation materials | CW |
| Gregory Nelson | 11/03/19 | 0.5 | Internal correspondence re: financial analysis and materials | CW |
| Gregory Nelson | 11/03/19 | 2.0 | Review / edit presentation materials | CW |
| Gregory Nelson | 11/04/19 | 0.5 | FOMB Advisor Call | All |
| Gregory Nelson | 11/04/19 | 1.0 | FOMB Board Call | All |
| Gregory Nelson | 11/04/19 | 2.0 | Meeting with CW advisors | CW |
| Gregory Nelson | 11/04/19 | 4.0 | Meeting with FOMB Advisors | CW |
| Gregory Nelson | 11/04/19 | 2.0 | Review / edit presentation materials | CW |
| Gregory Nelson | 11/04/19 | 1.0 | Review correspondence from FOMB advisors | All |
| Gregory Nelson | 11/05/19 | 0.5 | Call with FOMB advisors | CW |
| Gregory Nelson | 11/05/19 | 1.0 | FOMB Board Call | All |
| Gregory Nelson | 11/05/19 | 6.5 | Mediation sessions and meetings | CW |
| Gregory Nelson | 11/05/19 | 3.0 | Meeting with FOMB / CW Advisors | CW |
| Gregory Nelson | 11/06/19 | 0.5 | FOMB Board Call | All |
| Gregory Nelson | 11/06/19 | 2.0 | Mediation sessions and meetings | CW |
| Gregory Nelson | 11/06/19 | 2.0 | Review / edit presentation materials | CW |
| Gregory Nelson | 11/06/19 | 0.5 | Review claims analysis | All |
| Gregory Nelson | 11/07/19 | 3.0 | Mediation sessions and meetings | HTA |
| Gregory Nelson | 11/07/19 | 1.0 | Review materials from CW advisors | HTA |
| Gregory Nelson | 11/07/19 | 2.5 | Review municipal bankruptcy precedents | All |
| Gregory Nelson | 11/08/19 | 2.0 | Create / edit presentation materials | CW |
| Gregory Nelson | 11/08/19 | 0.5 | FOMB Advisor Call | All |
| Gregory Nelson | 11/09/19 | 0.5 | Call with creditor advisors | CW |
| Gregory Nelson | 11/10/19 | 0.5 | Call with creditor advisors | CW |
| Gregory Nelson | 11/10/19 | 0.5 | Call with FOMB advisors | CW |
| Gregory Nelson | 11/10/19 | 1.0 | Call with FOMB advisors and Executive | CW |
| Gregory Nelson | 11/10/19 | 1.5 | Review / edit presentation materials | CW |
| Gregory Nelson | 11/10/19 | 2.0 | Review / edit presentation materials | CW |
| Gregory Nelson | 11/11/19 | 0.5 | FOMB Advisor Call | All |
| Gregory Nelson | 11/11/19 | 1.5 | Review financial analysis | CW |
| Gregory Nelson | 11/12/19 | 5.0 | Dial Into Board Meeting | All |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Gregory Nelson | 11/12/19 | 1.0 | Review financial analysis | CW |
| Gregory Nelson | 11/12/19 | 2.0 | Review materials from FOMB advisors | All |
| Gregory Nelson | 11/13/19 | 2.5 | Meeting with creditors | All |
| Gregory Nelson | 11/13/19 | 1.0 | Review legal filings | All |
| Gregory Nelson | 11/14/19 | 0.5 | FOMB Advisor Call | All |
| Gregory Nelson | 11/14/19 | 1.0 | Review / edit presentation materials | CW |
| Gregory Nelson | 11/14/19 | 1.5 | Review legal filings | All |
| Gregory Nelson | 11/15/19 | 1.0 | Call with AAFAF advisors | CW |
| Gregory Nelson | 11/15/19 | 0.5 | Call with CW advisors | CW |
| Gregory Nelson | 11/15/19 | 0.5 | FOMB Advisor Call | All |
| Gregory Nelson | 11/15/19 | 1.0 | Review legal filings | All |
| Gregory Nelson | 11/15/19 | 1.5 | Review legal filings | All |
| Gregory Nelson | 11/15/19 | 0.5 | Review questions from creditor advisors | CW |
| Gregory Nelson | 11/16/19 | 1.0 | Call with CW advisors | CW |
| Gregory Nelson | 11/16/19 | 0.5 | Review legal filings | All |
| Gregory Nelson | 11/17/19 | 0.5 | Internal correspondence re: financial analysis and materials | CW |
| Gregory Nelson | 11/17/19 | 3.0 | Review / edit presentation materials | CW |
| Gregory Nelson | 11/18/19 | 1.0 | Calls with FOMB Executive | CW |
| Gregory Nelson | 11/18/19 | 1.0 | Claims and holdings analysis | All |
| Gregory Nelson | 11/18/19 | 0.5 | FOMB Advisor Call | All |
| Gregory Nelson | 11/18/19 | 1.5 | Review / edit presentation materials | CW |
| Gregory Nelson | 11/18/19 | 2.0 | Review / edit presentation materials | CW |
| Gregory Nelson | 11/19/19 | 0.5 | FOMB Advisor Call | All |
| Gregory Nelson | 11/19/19 | 0.5 | Internal correspondence re: financial analysis and materials | CW |
| Gregory Nelson | 11/19/19 | 2.0 | Review / edit presentation materials | CW |
| Gregory Nelson | 11/19/19 | 3.0 | Review / edit presentation materials | CW |
| Gregory Nelson | 11/20/19 | 0.5 | FOMB Advisor Call | All |
| Gregory Nelson | 11/20/19 | 3.0 | Meeting with AAFAF Advisors | CW |
| Gregory Nelson | 11/20/19 | 0.5 | Review / edit presentation materials | CW |
| Gregory Nelson | 11/20/19 | 1.0 | Review / edit presentation materials | CW |
| Gregory Nelson | 11/20/19 | 1.0 | Review legal filings | All |
| Gregory Nelson | 11/20/19 | 0.5 | Review questions from creditor advisors | CW |
| Gregory Nelson | 11/21/19 | 1.0 | Call with CW advisors | CW |
| Gregory Nelson | 11/21/19 | 0.5 | FOMB Advisor Call | All |
| Gregory Nelson | 11/21/19 | 0.5 | Review questions from creditor advisors | CW |
| Gregory Nelson | 11/22/19 | 0.5 | FOMB Advisor Call | All |
| Gregory Nelson | 11/22/19 | 0.5 | FOMB Board Call | All |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Gregory Nelson | 11/22/19 | 0.5 | Review / edit presentation materials | CW |
| Gregory Nelson | 11/22/19 | 1.0 | Review / edit presentation materials | CW |
| Gregory Nelson | 11/22/19 | 1.0 | Review / edit presentation materials | CW |
| Gregory Nelson | 11/22/19 | 2.5 | Review financial analysis | CW |
| Gregory Nelson | 11/23/19 | 3.0 | Review / edit presentation materials | CW |
| Gregory Nelson | 11/24/19 | 0.5 | Review / edit presentation materials | CW |
| Gregory Nelson | 11/24/19 | 0.5 | Review / edit presentation materials | CW |
| Gregory Nelson | 11/24/19 | 2.5 | Review materials from FOMB advisors | All |
| Gregory Nelson | 11/25/19 | 1.0 | Call with creditors | CW |
| Gregory Nelson | 11/25/19 | 0.5 | FOMB Advisor Call | All |
| Gregory Nelson | 11/25/19 | 2.5 | Review materials from FOMB advisors | All |
| Gregory Nelson | 11/26/19 | 0.5 | FOMB Advisor Call | All |
| Gregory Nelson | 11/26/19 | 0.5 | FOMB Advisor Call | CW |
| Gregory Nelson | 11/26/19 | 0.5 | Review correspondence from FOMB advisors | CW |
| Gregory Nelson | 11/26/19 | 0.5 | Review legal filings | All |
| Gregory Nelson | 11/26/19 | 1.5 | Review legal filings | All |
| Gregory Nelson | 11/27/19 | 1.0 | Call with creditors | CW |
| Gregory Nelson | 11/27/19 | 0.5 | Call with FOMB / CW advisors | CW |
| Gregory Nelson | 11/27/19 | 0.5 | FOMB Advisor Call | All |
| Gregory Nelson | 11/27/19 | 0.5 | Review correspondence from FOMB advisors | CW |
| Gregory Nelson | 11/29/19 | 1.0 | Review email correspondence | All |
|  |  | **124.0** |  |  |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Daniel Cajigas | 11/01/19 | 0.5 | FOMB Advisor Call | All |
| Daniel Cajigas | 11/01/19 | 1.0 | FOMB Board Call | All |
| Daniel Cajigas | 11/01/19 | 6.0 | Prepare Analysis and Presentation Materials | CW |
| Daniel Cajigas | 11/02/19 | 2.0 | Prepare Analysis and Presentation Materials | CW |
| Daniel Cajigas | 11/03/19 | 3.0 | Review / edit presentation materials | CW |
| Daniel Cajigas | 11/04/19 | 0.5 | FOMB Advisor Call | All |
| Daniel Cajigas | 11/04/19 | 1.0 | FOMB Board Call | All |
| Daniel Cajigas | 11/04/19 | 1.0 | Holdings Analysis | CW |
| Daniel Cajigas | 11/04/19 | 2.0 | Meeting with CW advisors | CW |
| Daniel Cajigas | 11/04/19 | 4.0 | Meeting with FOMB Advisors | CW |
| Daniel Cajigas | 11/04/19 | 3.0 | Review / edit presentation materials | CW |
| Daniel Cajigas | 11/04/19 | 1.0 | Review Presenation Materials | CW |
| Daniel Cajigas | 11/05/19 | 0.5 | Call with FOMB advisors | CW |
| Daniel Cajigas | 11/05/19 | 1.0 | FOMB Board Call | All |
| Daniel Cajigas | 11/05/19 | 6.5 | Mediation sessions and meetings | CW |
| Daniel Cajigas | 11/05/19 | 3.0 | Meeting with FOMB / CW Advisors | CW |
| Daniel Cajigas | 11/06/19 | 0.5 | FOMB Board Call | All |
| Daniel Cajigas | 11/06/19 | 2.0 | Mediation sessions and meetings | CW |
| Daniel Cajigas | 11/06/19 | 2.0 | Prepare Analysis | CW |
| Daniel Cajigas | 11/06/19 | 3.0 | Prepare Presentation Materials | CW |
| Daniel Cajigas | 11/07/19 | 3.0 | Mediation sessions and meetings | HTA |
| Daniel Cajigas | 11/07/19 | 1.0 | Review legal filings | CW |
| Daniel Cajigas | 11/07/19 | 1.5 | Review materials from CW advisors | HTA |
| Daniel Cajigas | 11/07/19 | 3.0 | Review municipal market precedents | All |
| Daniel Cajigas | 11/07/19 | 1.5 | Revise Presentation Materials | CW |
| Daniel Cajigas | 11/08/19 | 1.0 | Analyze creditor counter | CW |
| Daniel Cajigas | 11/08/19 | 4.0 | Create / edit presentation materials | CW |
| Daniel Cajigas | 11/08/19 | 0.5 | FOMB Advisor Call | All |
| Daniel Cajigas | 11/08/19 | 2.0 | Review AAFAF Filings | CW |
| Daniel Cajigas | 11/08/19 | 1.0 | Review municipal market precedents | All |
| Daniel Cajigas | 11/09/19 | 0.5 | Call with creditor advisors | CW |
| Daniel Cajigas | 11/09/19 | 3.0 | Prepare and Revise Presentation Materials | CW |
| Daniel Cajigas | 11/09/19 | 1.0 | Review Analysis | CW |
| Daniel Cajigas | 11/09/19 | 1.0 | Review municipal market precedents | All |
| Daniel Cajigas | 11/10/19 | 0.5 | Call with creditor advisors | CW |
| Daniel Cajigas | 11/10/19 | 0.5 | Call with FOMB advisors | CW |
| Daniel Cajigas | 11/10/19 | 1.0 | Call with FOMB advisors and Executive | CW |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Daniel Cajigas | 11/10/19 | 5.0 | Prepare Presentation Materials | CW |
| Daniel Cajigas | 11/11/19 | 0.5 | FOMB Advisor Call | All |
| Daniel Cajigas | 11/11/19 | 0.5 | Prepare Analysis | CW |
| Daniel Cajigas | 11/11/19 | 3.0 | Prepare Analysis | CW |
| Daniel Cajigas | 11/12/19 | 0.5 | Coordinate Daily Advisor Calls | CW |
| Daniel Cajigas | 11/12/19 | 5.0 | Dial Into Board Meeting | All |
| Daniel Cajigas | 11/12/19 | 1.5 | Prepare financial Analysis | CW |
| Daniel Cajigas | 11/12/19 | 1.0 | Review legal filings | CW |
| Daniel Cajigas | 11/13/19 | 2.0 | Analysis of creditor proposal | All |
| Daniel Cajigas | 11/13/19 | 2.5 | Meeting with creditors | All |
| Daniel Cajigas | 11/13/19 | 3.5 | Revise Presentation Materials | CW |
| Daniel Cajigas | 11/14/19 | 0.5 | FOMB Advisor Call | All |
| Daniel Cajigas | 11/14/19 | 3.0 | Prepare and Revise Presentation Materials | CW |
| Daniel Cajigas | 11/15/19 | 1.0 | Call with AAFAF advisors | CW |
| Daniel Cajigas | 11/15/19 | 0.5 | Call with CW advisors | CW |
| Daniel Cajigas | 11/15/19 | 0.5 | FOMB Advisor Call | All |
| Daniel Cajigas | 11/16/19 | 1.0 | Call with CW advisors | CW |
| Daniel Cajigas | 11/17/19 | 2.5 | Prepare Analysis | CW |
| Daniel Cajigas | 11/17/19 | 2.0 | Prepare Presentation Materials | CW |
| Daniel Cajigas | 11/17/19 | 0.5 | Review Holdings Information | CW |
| Daniel Cajigas | 11/18/19 | 1.0 | Calls with FOMB Executive | CW |
| Daniel Cajigas | 11/18/19 | 1.0 | Claims and holdings analysis | All |
| Daniel Cajigas | 11/18/19 | 0.5 | FOMB Advisor Call | All |
| Daniel Cajigas | 11/18/19 | 5.0 | Review / edit presentation materials | CW |
| Daniel Cajigas | 11/18/19 | 2.0 | Review Presenation Materials | CW |
| Daniel Cajigas | 11/19/19 | 0.5 | FOMB Advisor Call | All |
| Daniel Cajigas | 11/19/19 | 0.5 | Revise Presentation Materials | CW |
| Daniel Cajigas | 11/19/19 | 7.0 | Revise Presentation Materials | CW |
| Daniel Cajigas | 11/20/19 | 0.5 | FOMB Advisor Call | All |
| Daniel Cajigas | 11/20/19 | 3.0 | Meeting with AAFAF Advisors | CW |
| Daniel Cajigas | 11/20/19 | 1.0 | Review Presentation Materials | All |
| Daniel Cajigas | 11/20/19 | 2.0 | Revise Presentation Materials | CW |
| Daniel Cajigas | 11/21/19 | 1.0 | Call with CW advisors | CW |
| Daniel Cajigas | 11/21/19 | 0.5 | FOMB Advisor Call | All |
| Daniel Cajigas | 11/21/19 | 0.5 | Review questions from creditor advisors | CW |
| Daniel Cajigas | 11/21/19 | 1.0 | Review questions from creditor advisors | CW |
| Daniel Cajigas | 11/21/19 | 3.0 | Revise Presentation Materials | CW |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Daniel Cajigas | 11/22/19 | 0.5 | FOMB Advisor Call | All |
| Daniel Cajigas | 11/22/19 | 0.5 | FOMB Board Call | All |
| Daniel Cajigas | 11/22/19 | 2.0 | Prepare Analysis | CW |
| Daniel Cajigas | 11/23/19 | 4.0 | Review / edit presentation materials | CW |
| Daniel Cajigas | 11/24/19 | 2.0 | Review / edit presentation materials | CW |
| Daniel Cajigas | 11/25/19 | 1.0 | Call with creditors | CW |
| Daniel Cajigas | 11/25/19 | 0.5 | FOMB Advisor Call | All |
| Daniel Cajigas | 11/26/19 | 0.5 | FOMB Advisor Call | All |
| Daniel Cajigas | 11/26/19 | 0.5 | FOMB Advisor Call | CW |
| Daniel Cajigas | 11/26/19 | 1.0 | Review legal filings | All |
| Daniel Cajigas | 11/27/19 | 1.0 | Call with creditors | CW |
| Daniel Cajigas | 11/27/19 | 0.5 | Call with FOMB / CW advisors | CW |
| Daniel Cajigas | 11/27/19 | 0.5 | FOMB Advisor Call | All |
| | | **150.5** | | |