## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re**<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**<br><br>As a representative of<br><br>**THE COMMONWEALTH OF PUERTO RICO** *et al.*,<br><br>**Debtors.**[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**ELEVENTH MONTHLY FEE STATEMENT OF PJT PARTNERS LP
AS INVESTMENT BANKER AND FINANCIAL ADVISOR TO THE FINANCIAL
OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO FOR COMPENSATION
AND REIMBURSEMENT OF OUT-OF-POCKET EXPENSES INCURRED FOR
THE PERIOD OF DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

### SUMMARY SHEET

| | |
|---|---|
| Name of Applicant: | PJT Partners LP |
| Authorized to Provide<br>Professional Services to: | Financial Oversight and Management Board for Puerto Rico Pursuant to PROMESA |
| Period for which Compensation<br>and Reimbursement is Sought: | December 1, 2019 through December 31, 2019 |
| Amount of Compensation Sought<br>as Actual, Reasonable, and Necessary: | <u>Total Before Holdback</u>      <u>(Holdback @ 10%)</u><br>$1,250,000.00                  ($125,000.00) |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Amount of Expense Reimbursement Sought
As Actual, Reasonable, and Necessary:           $10,492.86


Amount of Cash Payment Sought:                  $1,135,492.86

This is a __x__ monthly fee statement  ____  interim fee application  ____ final fee application

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| **In re**<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**<br><br>As a representative of<br><br>**THE COMMONWEALTH OF PUERTO RICO** *et al.*,<br><br>         **Debtors.**[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## ELEVENTH MONTHLY FEE STATEMENT OF PJT PARTNERS LP AS INVESTMENT BANKER AND FINANCIAL ADVISOR TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO FOR COMPENSATION AND REIMBURSEMENT OF OUT-OF-POCKET EXPENSES INCURRED FOR THE PERIOD OF DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019

PJT Partners LP ("PJT"), investment banker to the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), hereby submits its statement of fees and out-of-pocket expenses (the "Eleventh Monthly Fee Statement"), pursuant to sections 316 and 317 of the Puerto Rico Oversight, Management and Economic Stability Act of 2016 ("PROMESA"), section 503(b) of title 11, United States Code (the "Bankruptcy Code") as made applicable to these cases by section 301(a) PROMESA, Rule 2016 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), Rule 2016-1 of the Local Bankruptcy Rules for the United

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

States Bankruptcy Court for the District of Puerto Rico (the "Local Rules"), and the Interim

Compensation Order (as hereinafter defined) for allowance of compensation for the period of

December 1, 2019 through December 31, 2019 (the "Eleventh Compensation Period"). In

support of this Monthly Fee Statement, PJT states as follows:

## I. **Background**

1. On May 3, 2017, the Oversight Board commenced a title III case for the

Commonwealth of Puerto Rico by filing a voluntary petition for relief pursuant to section 304 (a)

of PROMESA (the "Commonwealth Title III Case"). Thereafter, the Oversight Board

commenced a title III case for each of COFINA, the Employees Retirement System of the

Government of the Commonwealth of Puerto Rico ("ERS Title III Case"), the Puerto Rico

Highways and Transportation Authority ("HTA Title III Case"), and the Puerto Rico Electric

Power Authority ("PREPA Title III Case") (all such cases, together with the Commonwealth

Title III Case, the "Title III Cases").[2] By orders dated June 29, 2017 [Docket No. 537] and

October 6, 2017 [Docket No. 1417], the court approved the joint administration of the Title III

Cases.

2. On August 23, 2017, the court entered the *Order Setting Procedures for Interim

Compensation and Reimbursement of Expenses of Professionals* [Docket No. 1150]. On

November 8, 2017, the court entered the *First Amended Order Setting Procedures for Interim

Compensation and Reimbursement of Expenses of Professionals* [Docket No. 1715]. On June 6,

2019, the court entered the *Second Amended Order Setting Procedures for Interim

Compensation and Reimbursement of Expenses of Professionals* [Docket No. 3269] (the "Interim

Compensation Order").

---

[2] Unless otherwise indicated, references to docket numbers shall be to the docket of the Commonwealth Title III Case.

3.   The Oversight Board retained PJT as its investment banker pursuant to the terms of the engagement agreement (the "Engagement Agreement") dated February 2, 2019, effective as of February 1, 2019.

## II. PJT's Request for Compensation and Reimbursement of Out-of-Pocket Expenses

4.   For the Eleventh Compensation Period, pursuant to the Engagement Agreement and the Interim Compensation Order, PJT (a) (i) is entitled to compensation of monthly fees in the amount of $1,250,000.00, and (ii) is entitled to reimbursement of out-of-pocket expenses incurred in the amount of $10,492.86, and (b) seeks payment in the amount of $1,135,492.86 (reflecting 90% of the fees due and 100% of the total amount of out-of-pocket expenses incurred by PJT during the Eleventh Compensation Period). Although every effort has been made to include all expenses incurred during the Eleventh Compensation Period, some expenses might not be included in this Monthly Fee Statement due to delays caused in connection with the accounting and processing of such expenses. Accordingly, PJT reserves the right to make further application to this Court for allowance of such expenses incurred during the Eleventh Compensation Period but not included herein.

5.   An invoice detailing the fees earned by PJT during the Eleventh Compensation Period is attached hereto as Appendix A. A summary of all fees earned during the Eleventh Compensation Period is outlined below:

| Eleventh Compensation Period | Monthly Fees | Holdback @ 10% | Out-of-Pocket Expenses | Amount(s) Due |
|---|---|---|---|---|
| December 1 – 31, 2019 | $1,250,000.00 | ($125,000.00) | $10,492.86 | **$1,135,492.86** |

6.   The amount of fees and out-of-pocket expenses sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context.  PJT has never billed its clients based on the number of hours expended by its professionals.  Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its

4

clients.  PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 443.0 hours expended by PJT professionals in providing investment banking services to the Oversight Board during the Eleventh Compensation Period are provided in <u>Appendix B</u>.

7.  A summary of the total amount of hours expended by PJT professionals during the Eleventh Compensation Period is provided below:

**Hours Expended By Professional**

| Professional | Title | Total |
|---|---|---|
| Steven Zelin | Partner | 53.5 |
| William Evarts | Vice President | 139.5 |
| Gregory Nelson | Associate | 99.5 |
| Ashim Midha | Associate | 8.5 |
| Daniel Cajigas | Analyst | 142.0 |
| **Total Hours** | | **443.0** |

### III. <u>Requested Relief</u>

8.  Pursuant to Sections 316 and 317 of PROMESA, the Interim Compensation Order and the Engagement Agreement, with respect to (a) PJT's monthly fees in the amount of $1,250,000.00, and (b) the reimbursement of PJT's out-of-pocket expenses in the amount of $10,756.86, in each case earned or incurred during the Eleventh Compensation Period, PJT hereby requests that the applicable Debtors make the following payment to PJT:

| | |
|---|---|
| Monthly Fees | $1,250,000.00 |
| Less: 10% Holdback | (125,000.00) |
| Subtotal | 1,125,000.00 |
| Out-Of-Pocket Expenses | 10,492.86 |
| **Total Amount Due** | **$1,135,492.86** |

Dated: March 16, 2020                                PJT PARTNERS LP

By: /s/ Steven Zelin _____
Steven Zelin
Partner

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **In re** | PROMESA<br>Title III |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | No. 17 BK 3283-LTS |
| | (Jointly Administered) |
| As a representative of | |
| **THE COMMONWEALTH OF PUERTO RICO** ***et al.***, | |
| **Debtors.**[1] | |

---

**CERTIFICATION FOR FEES AND OUT-OF-POCKET EXPENSES
FOR PROFESSIONALS IN RESPECT OF ELEVENTH MONTHLY FEE STATEMENT
OF PJT PARTNERS LP FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF OUT-OF-POCKET EXPENSES INCURRED**

Steven Zelin, being duly sworn, deposes and says:

1.  I am a partner with the applicant firm, PJT Partners LP ("PJT").

2.  In accordance with sections 316 and 317 of the Puerto Rico Oversight, Management and Economic Stability Act of 2016, Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Puerto Rico (the "Local Rules"), the Office of the United States Trustee guidelines (the "UST Guidelines"), and the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 3269], this certification is made with respect to PJT's monthly fee

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

statement dated March 16, 2020 (the "Eleventh Monthly Fee Statement"), for allowance of compensation for the period of December 1, 2019 through December 31, 2019.

3.  In respect of Local Rule 2016-1(a)(4), I certify that:

   a.  I have read the Eleventh Monthly Fee Statement;

   b.  To the best of my knowledge, information and belief, formed after reasonable inquiry, the fees sought conforms with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the UST Guidelines, and the Local Rules; and

   c.  The fees and out-of-pocket expenses sought are customarily charged by PJT and generally accepted by PJT's clients.

By: /s/ Steven Zelin
      Steven Zelin
      Partner

2

**APPENDIX A**

# PJT Partners

PJT

March 16, 2020

Kyle Rifkind
Restructuring Officer and Deputy General Counsel
Financial Oversight and Management Board for Puerto Rico
P.O. Box 192018
San Juan, PR 00919

| | | |
|---|---|---:|
| Monthly Fee for the period of December 1, 2019 through December 31, 2019: | $ | 1,250,000.00 |
| Less: Holdback @ 10% | | (125,000.00) |

Out-of-pocket expenses processed through January 13, 2020:[1]

| | | | |
|---|---|---:|---:|
| Airfare | $ | 3,816.66 | |
| Ground Transportation | | 3,117.35 | |
| Communications | | 105.94 | |
| Meals | | 1,625.26 | |
| Lodging | | 1,827.65 | 10,492.86 |
| **Total Amount Due** | | $ | **1,135,492.86** |

**Please wire transfer funds to:**

First Republic Bank
1230 Avenue of the Americas
New York, NY 10020
ABA# 321 081 669
Credit Account: PJT Partners LP | PJT RSSG Account
Account # 80008146369

**Invoice No. 10011984**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
(212) 364-7800
PJTUSInvoicing@pjtpartners.com

**Financial Oversight and Management Board for Puerto Rico**
**Summary of Expenses**

|  | GL Detail Jan-20 | Total Expenses |
|---|---|---|
| Airfare | $ 3,816.66 | $ 3,816.66 |
| Ground Transportation | 3,117.35 | 3,117.35 |
| Communications | 105.94 | 105.94 |
| Meals with Clients | 1,157.89 | 1,157.89 |
| Employee Meals | 467.37 | 467.37 |
| Lodging | 1,827.65 | 1,827.65 |
| **Total** | **$ 10,492.86** | **$ 10,492.86** |

| | |
|---|---|
| **Airfare** | **$ 3,816.66** |
| **Ground Transportation** | **3,117.35** |
| **Communications** | **105.94** |
| **Meals with Clients** | **1,157.89** |
| **Meals** | **467.37** |
| **Lodging** | **1,827.65** |
| **Total Expenses** | **$ 10,492.86** |

**Financial Oversight and Management Board for Puerto Rico**
**Detail of Expenses Processed**
**Through January 13, 2020**
**Invoice No. 10011984**

## Airfare

| | | |
|---|---|---|
| Evarts (one-way coach class flight to San Juan, PR from Newark, NJ) | 07/22/19 | 497.62 |
| Evarts (online booking fee for flight to/from San Juan, PR from/to Queens, NY on 08/20 - 08/23/19) | 08/14/19 | 6.00 |
| Evarts (round trip coach class flight to/from San Juan, PR from/to Queens, NY) | 08/20/19 - 08/23/19 | 1,498.00 |
| Nelson (travel agency booking fee for flight to San Juan, PR from Newark, NJ on 07/23/19) | 07/18/19 | 35.00 |
| Nelson (one-way coach class flight to San Juan, PF from Newark, NJ) | 07/23/19 | 497.62 |
| Nelson (travel agency booking fee for flight to San Juan, PR from Newark, NJ on 09/25/19) | 09/24/19 | 35.00 |
| Nelson (one-way coach class flight to San Juan, PR from Newark, NJ) | 09/25/19 | 463.42 |
| Nelson (travel agency booking fee for flight to Queens, NY from San Juan, PR on 09/27/19) | 09/27/19 | 35.00 |
| Nelson (one-way coach class flight to Queens, NY from San Juan, PR) | 09/27/19 | 749.00 |
| | **Subtotal - Airfare** | **$        3,816.66** |

## Ground Transportation

| | | |
|---|---|---|
| Cajigas (weeknight taxi home from office after working late) | 06/19/19 | 29.87 |
| Cajigas (weekend taxi to office from home) | 06/23/19 | 28.48 |
| Cajigas (weekend taxi home from office) | 06/23/19 | 28.41 |
| Cajigas (weeknight taxi home from office after working late) | 06/25/19 | 28.78 |
| Cajigas (taxi to client meeting in New York, NY from office) | 07/22/19 | 43.55 |
| Cajigas (weeknight taxi home from office after working late) | 11/08/19 | 34.26 |
| Cajigas (weeknight taxi home from office after working late) | 11/13/19 | 31.44 |
| Cajigas (weeknight taxi home from office after working late) | 11/14/19 | 31.86 |
| Evarts (weeknight taxi home from office after working late) | 07/08/19 | 191.58 |
| Evarts (weeknight taxi home from office after working late) | 07/14/19 | 23.50 |
| Evarts (weeknight taxi home from office after working late) | 07/17/19 | 23.89 |
| Evarts (taxi to client meeting in New York, NY from office) | 07/18/19 | 21.95 |
| Evarts (taxi to client meeting in New York, NY from office) | 07/18/19 | 16.64 |
| Evarts (weeknight taxi home from office after working late) | 07/19/19 | 24.81 |
| Evarts (weekend taxi to office from home) | 07/21/19 | 15.35 |
| Evarts (weekend taxi home from office) | 07/21/19 | 22.62 |
| Evarts (taxi to office from client meeting in New York, NY) | 07/22/19 | 24.50 |
| Evarts (taxi to office from client meeting in New York, NY) | 08/13/19 | 13.55 |
| Evarts (taxi to client meeting in New York, NY from office) | 08/13/19 | 16.56 |
| Evarts (taxi to client meeting in New York, NY from office) | 08/14/19 | 12.36 |
| Evarts (taxi to office from client meeting in New York, NY) | 08/14/19 | 14.16 |
| Evarts (weeknight taxi home from office after working late) | 08/15/19 | 191.54 |
| Evarts (taxi to hotel in San Juan, PR from client meeting) | 08/21/19 | 10.12 |
| Evarts (taxi to airport in San Juan, PR from hotel) | 08/22/19 | 10.46 |
| Evarts (car service home from JFK Airport in Queens, NY) | 08/22/19 | 276.89 |
| Evarts (taxi to client meeting in New York, NY from office) | 08/28/19 | 29.11 |
| Nelson (weeknight taxi home from office after working late) | 03/25/19 | 22.90 |
| Nelson (weeknight taxi home from office after working late) | 03/26/19 | 24.63 |
| Nelson (weeknight taxi home from office after working late) | 03/28/19 | 27.18 |
| Nelson (weeknight taxi home from office after working late) | 05/06/19 | 23.68 |
| Nelson (weeknight taxi home from office after working late) | 05/08/19 | 26.84 |
| Nelson (weeknight taxi home from office after working late) | 06/06/19 | 56.59 |
| Nelson (weeknight taxi home from office after working late) | 07/08/19 | 24.70 |
| Nelson (taxi to client meeting in New York, NY from office) | 07/18/19 | 15.74 |
| Nelson (taxi to office from client meeting in New York, NY) | 07/18/19 | 12.83 |
| Nelson (weeknight taxi home from office after working late) | 07/31/19 | 24.61 |
| Nelson (taxi to client meeting in New York, NY from office) | 08/05/19 | 26.60 |
| Nelson (taxi to client meeting in office in New York, NY) | 08/15/19 | 30.81 |
| Nelson (taxi to office from client meeting in New York, NY) | 08/15/19 | 29.41 |
| Nelson (weeknight taxi home from office after working late) | 08/15/19 | 26.72 |
| Nelson (weeknight taxi home from office after working late) | 08/19/19 | 24.51 |
| Nelson (weeknight taxi home from office after working late) | 08/20/19 | 25.74 |
| Nelson (taxi to client meeting in New York, NY from office) | 08/27/19 | 15.06 |
| Nelson (taxi to office from client meeting in New York, NY) | 08/27/19 | 16.06 |
| Nelson (taxi to client meeting in New York, NY from office) | 08/28/19 | 14.61 |
| Nelson (taxi to office from client meeting in New York, NY) | 08/28/19 | 28.53 |
| Nelson (taxi to client meeting in New York, NY from office) | 09/04/19 | 24.07 |
| Nelson (weeknight taxi home from office after working late) | 09/16/19 | 25.90 |
| Nelson (weeknight taxi home from office after working late) | 09/18/19 | 26.87 |
| Nelson (weeknight taxi home from office after working late) | 09/19/19 | 26.82 |
| Nelson (weeknight taxi home from office after working late) | 09/23/19 | 25.18 |
| Nelson (weeknight taxi home from office after working late) | 09/24/19 | 25.74 |
| Nelson (taxi to Newark Airport in Newark, NJ from home) | 09/25/19 | 98.30 |
| Nelson (taxi to client meeting in San Juan, PR from hotel) | 09/27/19 | 13.20 |
| Nelson (taxi to airport in San Juan, PR from hotel) | 09/27/19 | 11.68 |
| Nelson (train fare to office in New York, NY from JFK Airport in Queens, NY) | 09/27/19 | 7.75 |
| Nelson (weeknight taxi home from office after working late) | 10/01/19 | 24.22 |
| Nelson (weeknight taxi home from office after working late) | 10/07/19 | 24.89 |
| Nelson (taxi to office in New York, NY from client meeting) | 10/08/19 | 32.91 |
| Nelson (weeknight taxi home from office after working late) | 10/11/19 | 24.25 |
| Nelson (travel agency booking fee for train travel to/from Washington, DC from/to New York, NY) | 10/14/19 | 35.00 |
| Nelson (round trip train travel to/from Washington, DC from/to New York, NY) | 10/14/19 | 366.00 |
| Nelson (taxi to hotel in Washington, D.C. from client dinner) | 10/14/19 | 26.26 |
| Nelson (taxi to train station from client meeting in Washington, DC) | 10/15/19 | 26.44 |
| Nelson (taxi to client meeting from train station in Washington, DC) | 10/15/19 | 40.07 |

**Financial Oversight and Management Board for Puerto Rico**
**Detail of Expenses Processed**
**Through January 13, 2020**
**Invoice No. 10011984**

| | | |
|---|---|---|
| Nelson (taxi to client meeting from restaurant in Washington, DC) | 10/15/19 | 8.50 |
| Nelson (weeknight taxi home from office after working late) | 10/16/19 | 30.26 |
| Nelson (weeknight taxi home from office after working late) | 10/21/19 | 26.60 |
| Nelson (weeknight taxi home from office after working late) | 10/28/19 | 22.34 |
| Nelson (weeknight taxi home from office after working late) | 11/04/19 | 25.58 |
| Nelson (weeknight taxi home from office after working late) | 11/06/19 | 28.34 |
| Zelin (car service home from JFK Airport in Queens, NY) | 04/25/19 | 149.52 |
| Zelin (car service to/from restaurant from/to client meeting in New York, NY) | 06/18/19 | 246.67 |
| **Subtotal - Ground Transportation** | | **3,117.35** |
| | | |
| **Communications** | | |
| Evarts (wi-fi access while traveling) | 08/20/19 | 36.00 |
| Evarts (wi-fi access while traveling) | 08/22/19 | 34.00 |
| Nelson (wi-fi access while traveling) | 09/25/19 | 8.99 |
| Nelson (wi-fi access while traveling) | 09/27/19 | 20.00 |
| Nelson (wi-fi access while traveling) | 10/14/19 | 6.95 |
| **Subtotal - Communications** | | **105.94** |
| | | |
| **Meals with Clients** | | |
| Evarts (catered lunch meal for 9 people during client meeting held @ offices of PJT) | 10/07/19 | 254.77 |
| Zelin (catered beverages for 10 people during client meeting held @ offices of PJT) | 10/10/19 | 48.99 |
| Zelin (catered snacks for 10 people during client meeting held @ offices of PJT) | 10/16/19 | 103.43 |
| Zelin (catered lunch meal for 15 people during client meeting held @ offices of PJT) | 10/30/19 | 424.61 |
| Zelin (catered lunch meal for 15 people during client meeting held @ offices of PJT) | 11/21/19 | 272.19 |
| Evarts (catered beverages for 6 people during client meeting held @ offices of PJT) | 11/20/19 | 29.40 |
| Evarts (catered beverages for 5 people during client meeting held @ offices of PJT) | 11/21/19 | 24.50 |
| **Subtotal - Meals with Clients** | | **1,157.89** |
| | | |
| **Employee Meals** | | |
| Evarts (working meal @ airport in San Juan, PR) | 08/22/19 | 39.00 |
| Nelson (working meal @ Newark Airport in Newark, NJ) | 09/26/19 | 16.59 |
| Nelson (working meal @ airport in San Juan, PR) | 09/27/19 | 8.62 |
| Nelson (working breakfast meal while in Washington, DC) | 10/15/19 | 13.98 |
| Nelson (working meal while traveling) | 10/15/19 | 14.25 |
| Nelson (working lunch meal @ in Washington, DC) | 10/15/19 | 21.92 |
| Nelson (working dinner meal @ train station in Washington, DC) | 10/15/19 | 8.10 |
| Zelin (working meal @ hotel in San Juan, PR) | 08/21/19 | 132.62 |
| Zelin (working meal @ hotel in San Juan, PR) | 08/22/19 | 212.29 |
| **Subtotal - Employee Meals** | | **467.37** |
| | | |
| **Lodging** | | |
| Evarts (2 day hotel stay in San Juan, PR) | 08/20/19 - 08/22/19 | 652.28 |
| Nelson (2 day hotel stay in San Juan, PR) | 09/25/19 - 09/27/19 | 521.30 |
| Nelson (1 day hotel stay in San Juan, PR) | 10/14/19 - 10/15/19 | 654.07 |
| **Subtotal - Lodging** | | **1,827.65** |
| | | |
| **Total Expenses** | | **$   10,492.86** |

**APPENDIX B**

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

| Professional | Title | Hours |
|---|---|---|
| Steve Zelin | Partner | 53.5 |
| William Evarts | Vice President | 139.5 |
| Gregory Nelson | Associate | 99.5 |
| Ashim Midha | Associate | 8.5 |
| Daniel Cajigas | Analyst | 142.0 |
| | **Total** | **443.0** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Steve Zelin | 12/02/19 | 0.5 | FOMB Advisor Call | All |
| Steve Zelin | 12/04/19 | 3.0 | Meeting with FOMB and AAFAF advisors | CW |
| Steve Zelin | 12/06/19 | 1.0 | FOMB Board Call | All |
| Steve Zelin | 12/09/19 | 2.0 | Review Filings | All |
| Steve Zelin | 12/10/19 | 1.0 | Call with FOMB executive | CW |
| Steve Zelin | 12/10/19 | 0.5 | FOMB Advisor Call | All |
| Steve Zelin | 12/10/19 | 2.0 | Internal meeting re: presentation materials | CW |
| Steve Zelin | 12/10/19 | 1.0 | Review Presentation Materials | CW |
| Steve Zelin | 12/12/19 | 0.5 | Call with FOMB and Commonwealth advisors | CW |
| Steve Zelin | 12/12/19 | 0.5 | Internal meeting re: presentation materials | CW |
| Steve Zelin | 12/12/19 | 3.0 | Review Presentation Materials | CW |
| Steve Zelin | 12/13/19 | 0.5 | FOMB Advisor Call | All |
| Steve Zelin | 12/13/19 | 2.0 | FOMB Advisor Call | CW |
| Steve Zelin | 12/13/19 | 2.0 | Meeting with FOMB advisors | CW |
| Steve Zelin | 12/13/19 | 2.0 | Review Presentation Materials | All |
| Steve Zelin | 12/14/19 | 0.5 | Call with FOMB advisors | CW |
| Steve Zelin | 12/14/19 | 1.0 | Internal call re: structure | CW |
| Steve Zelin | 12/14/19 | 2.0 | Review Analysis | CW |
| Steve Zelin | 12/15/19 | 1.0 | FOMB Board call | All |
| Steve Zelin | 12/15/19 | 0.5 | Internal call re: presentation materials | CW |
| Steve Zelin | 12/15/19 | 2.0 | Review Presentation Materials | CW |
| Steve Zelin | 12/16/19 | 8.0 | Mediation session | All |
| Steve Zelin | 12/16/19 | 1.0 | Review Presentation Materials | All |
| Steve Zelin | 12/17/19 | 0.5 | FOMB Advisor Call | All |
| Steve Zelin | 12/17/19 | 4.0 | Mediation Session | CW |
| Steve Zelin | 12/18/19 | 0.5 | FOMB Advisor Call | All |
| Steve Zelin | 12/18/19 | 1.5 | FOMB Board Call | All |
| Steve Zelin | 12/18/19 | 2.0 | Review Presentation Materials | CW |
| Steve Zelin | 12/19/19 | 0.5 | FOMB Advisor Call | All |
| Steve Zelin | 12/19/19 | 0.5 | Internal Discussion | CW |
| Steve Zelin | 12/19/19 | 1.0 | Review Analysis | CW |
| Steve Zelin | 12/30/19 | 2.0 | Review of counterproposal | CW |
| Steve Zelin | 12/31/19 | 0.5 | Call with creditor advisors | CW |
| Steve Zelin | 12/31/19 | 1.0 | Internal Discussion | CW |
| Steve Zelin | 12/31/19 | 2.0 | Review Analysis | CW |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| | | 53.5 | | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Willie Evarts | 12/02/19 | 0.5 | Coordination with FOMB Advisors | CW |
| Willie Evarts | 12/02/19 | 0.5 | FOMB Advisor Call | All |
| Willie Evarts | 12/02/19 | 2.0 | Meeting with creditor advisors | CW |
| Willie Evarts | 12/02/19 | 3.0 | Review / edit presentation materials | CW |
| Willie Evarts | 12/03/19 | 0.5 | Call with AAFAF Advisors | CW |
| Willie Evarts | 12/03/19 | 0.5 | Call with creditor advisors | All |
| Willie Evarts | 12/03/19 | 0.5 | Call with FOMB advisors | HTA |
| Willie Evarts | 12/03/19 | 0.5 | FOMB Advisor Call | All |
| Willie Evarts | 12/03/19 | 1.5 | Review / edit presentation materials | CW |
| Willie Evarts | 12/03/19 | 1.0 | Review of FOMB Advisors Analysis | CW |
| Willie Evarts | 12/04/19 | 1.0 | Call with FOMB Advisors re Analysis | CW |
| Willie Evarts | 12/04/19 | 0.5 | FOMB Advisor Call | All |
| Willie Evarts | 12/04/19 | 3.0 | Meeting with FOMB and AAFAF advisors | CW |
| Willie Evarts | 12/04/19 | 1.0 | Review of FOMB Advisors Analysis | CW |
| Willie Evarts | 12/04/19 | 1.5 | Review of FOMB Advisors Presentation | CW |
| Willie Evarts | 12/05/19 | 0.5 | Call with FOMB advisors | CW |
| Willie Evarts | 12/05/19 | 1.0 | Call with FOMB advisors | CW |
| Willie Evarts | 12/05/19 | 1.0 | Call with FOMB and Commonwealth advisors | CW |
| Willie Evarts | 12/05/19 | 1.0 | Call with FOMB and creditor advisors | PRIFA |
| Willie Evarts | 12/05/19 | 0.5 | FOMB Advisor Call | All |
| Willie Evarts | 12/05/19 | 1.5 | Review of FOMB Advisors Analysis | All |
| Willie Evarts | 12/05/19 | 1.5 | Review of settlement agreement | CW |
| Willie Evarts | 12/06/19 | 0.5 | Call with FOMB Advisor re Edits | CW |
| Willie Evarts | 12/06/19 | 0.5 | Coordination with FOMB Advisors | CW |
| Willie Evarts | 12/06/19 | 0.5 | FOMB Advisor Call | All |
| Willie Evarts | 12/06/19 | 1.0 | FOMB Board Call | All |
| Willie Evarts | 12/06/19 | 2.0 | Review / edit presentation materials | CW |
| Willie Evarts | 12/07/19 | 1.0 | Calls with FOMB Advisors | CW |
| Willie Evarts | 12/07/19 | 3.0 | Review / edit presentation materials | CW |
| Willie Evarts | 12/09/19 | 0.5 | Call with FOMB executive | HTA |
| Willie Evarts | 12/09/19 | 0.5 | Call with FOMB Executive | CW |
| Willie Evarts | 12/09/19 | 1.0 | Calls with AAFAF Advisors | CW |
| Willie Evarts | 12/09/19 | 1.0 | Calls with FOMB Advisors | CW |
| Willie Evarts | 12/09/19 | 0.5 | FOMB Advisor Call | All |
| Willie Evarts | 12/09/19 | 4.0 | Review / edit presentation materials | CW |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Willie Evarts | 12/09/19 | 1.0 | Review of AAFAF Proposal | CW |
| Willie Evarts | 12/10/19 | 1.0 | Call with FOMB Executive | CW |
| Willie Evarts | 12/10/19 | 0.5 | FOMB Advisor Call | All |
| Willie Evarts | 12/10/19 | 2.0 | Internal meeting re: presentation materials | CW |
| Willie Evarts | 12/10/19 | 3.0 | Review / edit presentation materials | CW |
| Willie Evarts | 12/10/19 | 1.5 | Review of FOMB Advisor Analysis | CW |
| Willie Evarts | 12/11/19 | 0.5 | FOMB Advisor Call | All |
| Willie Evarts | 12/11/19 | 5.5 | Review / edit presentation materials | CW |
| Willie Evarts | 12/12/19 | 0.5 | Call with FOMB and Commonwealth advisors | CW |
| Willie Evarts | 12/12/19 | 1.0 | Call with FOMB executive | CW |
| Willie Evarts | 12/12/19 | 1.5 | Calls with FOMB Advisors | CW |
| Willie Evarts | 12/12/19 | 0.5 | Internal meeting re: presentation materials | CW |
| Willie Evarts | 12/12/19 | 1.0 | Review / edit presentation materials | CW |
| Willie Evarts | 12/13/19 | 0.5 | FOMB Advisor Call | All |
| Willie Evarts | 12/13/19 | 2.0 | FOMB Advisor Call | CW |
| Willie Evarts | 12/13/19 | 2.0 | Meeting with FOMB advisors | CW |
| Willie Evarts | 12/13/19 | 4.0 | Review / edit presentation materials | CW |
| Willie Evarts | 12/14/19 | 0.5 | Call with FOMB advisors | CW |
| Willie Evarts | 12/14/19 | 1.5 | Calls with AAFAF Advisors | CW |
| Willie Evarts | 12/14/19 | 1.0 | Internal call re: structure | CW |
| Willie Evarts | 12/14/19 | 1.5 | Review / edit presentation materials | CW |
| Willie Evarts | 12/15/19 | 1.0 | FOMB Board call | All |
| Willie Evarts | 12/15/19 | 0.5 | Internal call re: presentation materials | CW |
| Willie Evarts | 12/15/19 | 7.0 | Review / edit presentation materials | CW |
| Willie Evarts | 12/16/19 | 1.0 | Calls with FOMB Advisors and Executive | All |
| Willie Evarts | 12/16/19 | 8.0 | Mediation session | All |
| Willie Evarts | 12/17/19 | 1.5 | Comments on FOMB Advisors Analysis | CW |
| Willie Evarts | 12/17/19 | 0.5 | FOMB Advisor Call | All |
| Willie Evarts | 12/17/19 | 4.0 | Mediation Session | CW |
| Willie Evarts | 12/17/19 | 4.0 | Review financial analysis | CW |
| Willie Evarts | 12/18/19 | 0.5 | FOMB Advisor Call | All |
| Willie Evarts | 12/18/19 | 1.5 | FOMB Board Call | All |
| Willie Evarts | 12/18/19 | 2.0 | Review / edit financial analysis | CW |
| Willie Evarts | 12/18/19 | 4.0 | Review / edit presentation materials | CW |
| Willie Evarts | 12/19/19 | 1.0 | Call with creditor | All |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Willie Evarts | 12/19/19 | 0.5 | Call with creditor advisors | CW |
| Willie Evarts | 12/19/19 | 2.0 | Follow-Up calls with creditor advisors | All |
| Willie Evarts | 12/19/19 | 0.5 | FOMB Advisor Call | All |
| Willie Evarts | 12/19/19 | 0.5 | Internal Discussion | CW |
| Willie Evarts | 12/20/19 | 0.5 | FOMB Advisor Call | All |
| Willie Evarts | 12/22/19 | 0.5 | Internal Discussion | All |
| Willie Evarts | 12/23/19 | 2.0 | Calls with FOMB advisors | All |
| Willie Evarts | 12/23/19 | 3.0 | Internal Discussion | All |
| Willie Evarts | 12/24/19 | 1.5 | Calls with FOMB advisors | All |
| Willie Evarts | 12/25/19 | 1.5 | Coordination with FOMB Advisors and Creditor | CW |
| Willie Evarts | 12/26/19 | 1.0 | Call with FOMB Advisors | CW |
| Willie Evarts | 12/27/19 | 1.0 | Calls with FOMB advisors | CW |
| Willie Evarts | 12/27/19 | 2.0 | Review of proposed response to filing | CW |
| Willie Evarts | 12/30/19 | 3.0 | Review and Edit Presentation Materials | CW |
| Willie Evarts | 12/30/19 | 3.0 | Review of counterproposal | CW |
| Willie Evarts | 12/31/19 | 0.5 | Call with creditor advisors | CW |
| Willie Evarts | 12/31/19 | 2.0 | Calls with FOMB Advisors | CW |
| Willie Evarts | 12/31/19 | 1.0 | Internal Discussion | CW |
| Willie Evarts | 12/31/19 | 4.0 | Review and Edit Presentation Materials | CW |
| | | **139.5** | | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Gregory Nelson | 12/02/19 | 0.5 | FOMB Advisor Call | All |
| Gregory Nelson | 12/02/19 | 2.0 | Meeting with creditor advisors | CW |
| Gregory Nelson | 12/02/19 | 1.5 | Prepare presentation materials | CW |
| Gregory Nelson | 12/02/19 | 2.0 | Review / edit presentation materials | HTA |
| Gregory Nelson | 12/02/19 | 2.5 | Review / edit presentation materials | CW |
| Gregory Nelson | 12/02/19 | 1.5 | Review claims analysis | All |
| Gregory Nelson | 12/03/19 | 0.5 | Call with creditor advisors | All |
| Gregory Nelson | 12/03/19 | 0.5 | Call with FOMB advisors | HTA |
| Gregory Nelson | 12/03/19 | 0.5 | FOMB Advisor Call | All |
| Gregory Nelson | 12/03/19 | 1.0 | Review / edit presentation materials | HTA |
| Gregory Nelson | 12/03/19 | 1.5 | Review / edit presentation materials | HTA |
| Gregory Nelson | 12/03/19 | 2.0 | Review / edit presentation materials | All |
| Gregory Nelson | 12/04/19 | 1.0 | Call with FOMB Advisors re Analysis | CW |
| Gregory Nelson | 12/04/19 | 0.5 | FOMB Advisor Call | All |
| Gregory Nelson | 12/04/19 | 3.0 | Meeting with FOMB and AAFAF advisors | CW |
| Gregory Nelson | 12/04/19 | 1.0 | Review / edit presentation materials | CW |
| Gregory Nelson | 12/04/19 | 2.0 | Review analysis from advisors | CW |
| Gregory Nelson | 12/04/19 | 0.5 | Review correspondence from advisors | CW |
| Gregory Nelson | 12/05/19 | 0.5 | Call with FOMB advisors | CW |
| Gregory Nelson | 12/05/19 | 1.0 | Call with FOMB advisors | CW |
| Gregory Nelson | 12/05/19 | 1.0 | Call with FOMB and AAFAF advisors | CW |
| Gregory Nelson | 12/05/19 | 1.0 | Call with FOMB and creditor advisors | PRIFA |
| Gregory Nelson | 12/05/19 | 0.5 | FOMB Advisor Call | All |
| Gregory Nelson | 12/05/19 | 1.5 | Review / edit financial analysis | CW |
| Gregory Nelson | 12/05/19 | 1.0 | Review / edit presentation materials | CW |
| Gregory Nelson | 12/05/19 | 2.0 | Review / edit presentation materials | CW |
| Gregory Nelson | 12/05/19 | 0.5 | Review correspondence from advisors | CW |
| Gregory Nelson | 12/06/19 | 0.5 | FOMB Advisor Call | All |
| Gregory Nelson | 12/06/19 | 1.0 | FOMB Board Call | All |
| Gregory Nelson | 12/06/19 | 1.0 | Review / edit presentation materials | CW |
| Gregory Nelson | 12/06/19 | 1.0 | Review / edit presentation materials | CW |
| Gregory Nelson | 12/06/19 | 1.5 | Review / edit presentation materials | CW |
| Gregory Nelson | 12/09/19 | 0.5 | Call with FOMB executive | HTA |
| Gregory Nelson | 12/09/19 | 0.5 | FOMB Advisor Call | All |
| Gregory Nelson | 12/09/19 | 2.0 | Review / edit presentation materials | CW |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Gregory Nelson | 12/10/19 | 1.0 | Call with FOMB executive | CW |
| Gregory Nelson | 12/10/19 | 0.5 | FOMB Advisor Call | All |
| Gregory Nelson | 12/10/19 | 2.0 | Internal meeting re: presentation materials | CW |
| Gregory Nelson | 12/10/19 | 0.5 | Review / edit presentation materials | HTA |
| Gregory Nelson | 12/10/19 | 0.5 | Review / edit presentation materials | CW |
| Gregory Nelson | 12/10/19 | 1.0 | Review / edit presentation materials | HTA |
| Gregory Nelson | 12/11/19 | 0.5 | FOMB Advisor Call | All |
| Gregory Nelson | 12/11/19 | 3.0 | Review / edit presentation materials | CW |
| Gregory Nelson | 12/11/19 | 0.5 | Review correspondence from advisors | CW |
| Gregory Nelson | 12/12/19 | 0.5 | Call with FOMB and Commonwealth advisors | CW |
| Gregory Nelson | 12/12/19 | 1.0 | Call with FOMB executive | CW |
| Gregory Nelson | 12/12/19 | 0.5 | Internal meeting re: presentation materials | CW |
| Gregory Nelson | 12/12/19 | 0.5 | Review / edit presentation materials | CW |
| Gregory Nelson | 12/12/19 | 1.0 | Review / edit presentation materials | CW |
| Gregory Nelson | 12/12/19 | 1.0 | Review correspondence from advisors | CW |
| Gregory Nelson | 12/13/19 | 0.5 | FOMB Advisor Call | All |
| Gregory Nelson | 12/13/19 | 2.0 | FOMB Advisor Call | CW |
| Gregory Nelson | 12/13/19 | 2.0 | Meeting with FOMB advisors | CW |
| Gregory Nelson | 12/13/19 | 1.5 | Review / edit presentation materials | CW |
| Gregory Nelson | 12/14/19 | 0.5 | Call with FOMB advisors | CW |
| Gregory Nelson | 12/14/19 | 0.5 | Internal call re: structure | CW |
| Gregory Nelson | 12/14/19 | 1.5 | Review / edit presentation materials | CW |
| Gregory Nelson | 12/14/19 | 1.0 | Review correspondence from advisors | CW |
| Gregory Nelson | 12/15/19 | 1.0 | FOMB Board call | All |
| Gregory Nelson | 12/15/19 | 0.5 | Internal call re: presentation materials | CW |
| Gregory Nelson | 12/15/19 | 1.0 | Review / edit presentation materials | CW |
| Gregory Nelson | 12/15/19 | 4.0 | Review / edit presentation materials | CW |
| Gregory Nelson | 12/16/19 | 8.0 | Mediation session | All |
| Gregory Nelson | 12/17/19 | 0.5 | FOMB Advisor Call | All |
| Gregory Nelson | 12/17/19 | 4.0 | Mediation Session | CW |
| Gregory Nelson | 12/17/19 | 0.5 | Review / edit presentation materials | CW |
| Gregory Nelson | 12/17/19 | 1.0 | Review financial analysis | CW |
| Gregory Nelson | 12/17/19 | 2.0 | Review financial analysis | CW |
| Gregory Nelson | 12/18/19 | 0.5 | FOMB Advisor Call | All |
| Gregory Nelson | 12/18/19 | 1.5 | FOMB Board Call | All |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Gregory Nelson | 12/18/19 | 1.5 | Review / edit presentation materials | CW |
| Gregory Nelson | 12/18/19 | 2.5 | Review / edit presentation materials | CW |
| Gregory Nelson | 12/18/19 | 1.0 | Review analysis from advisors | All |
| Gregory Nelson | 12/18/19 | 0.5 | Review financial analysis | CW |
| Gregory Nelson | 12/18/19 | 1.0 | Review financial analysis | CW |
| Gregory Nelson | 12/19/19 | 0.5 | Call with creditor advisors | CW |
| Gregory Nelson | 12/19/19 | 0.5 | FOMB Advisor Call | All |
| Gregory Nelson | 12/19/19 | 0.5 | Internal Discussion | CW |
| Gregory Nelson | 12/19/19 | 1.0 | Review / edit presentation materials | CW |
| Gregory Nelson | 12/19/19 | 1.0 | Review financial analysis | CW |
| Gregory Nelson | 12/20/19 | 0.5 | FOMB Advisor Call | All |
| | | **99.5** | | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Ashim Midha | 12/22/19 | 3.0 | Internal Discussion | All |
| Ashim Midha | 12/23/19 | 3.0 | Internal Discussion | All |
| Ashim Midha | 12/30/19 | 1.0 | Review and Edit Presentation Materials | CW |
| Ashim Midha | 12/31/19 | 0.5 | Call with creditor advisors | CW |
| Ashim Midha | 12/31/19 | 1.0 | Internal Discussion | CW |
|  |  | **8.5** |  |  |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Daniel Cajigas | 12/02/19 | 0.5 | FOMB Advisor Call | All |
| Daniel Cajigas | 12/02/19 | 2.0 | Meeting with creditor advisors | CW |
| Daniel Cajigas | 12/02/19 | 5.0 | Prepare Presentation Materials | CW |
| Daniel Cajigas | 12/03/19 | 0.5 | Call with creditor advisors | All |
| Daniel Cajigas | 12/03/19 | 0.5 | Call with FOMB advisors | HTA |
| Daniel Cajigas | 12/03/19 | 0.5 | FOMB Advisor Call | All |
| Daniel Cajigas | 12/03/19 | 4.0 | Prepare Analysis and Presentation Materials | All |
| Daniel Cajigas | 12/03/19 | 1.0 | Revise Presentation Materials | All |
| Daniel Cajigas | 12/04/19 | 1.0 | Call with FOMB Advisors re Analysis | CW |
| Daniel Cajigas | 12/04/19 | 0.5 | FOMB Advisor Call | All |
| Daniel Cajigas | 12/04/19 | 3.0 | Meeting with FOMB and AAFAF advisors | CW |
| Daniel Cajigas | 12/04/19 | 2.0 | Review of FOMB Advisors Analysis | CW |
| Daniel Cajigas | 12/05/19 | 0.5 | Call with FOMB advisors | CW |
| Daniel Cajigas | 12/05/19 | 1.0 | Call with FOMB advisors | CW |
| Daniel Cajigas | 12/05/19 | 1.0 | Call with FOMB and AAFAF advisors | CW |
| Daniel Cajigas | 12/05/19 | 1.0 | Call with FOMB and creditor advisors | PRIFA |
| Daniel Cajigas | 12/05/19 | 0.5 | FOMB Advisor Call | All |
| Daniel Cajigas | 12/05/19 | 1.0 | Review of settlement agreement | CW |
| Daniel Cajigas | 12/05/19 | 3.0 | Revise Presentation Materials | CW |
| Daniel Cajigas | 12/06/19 | 0.5 | FOMB Advisor Call | All |
| Daniel Cajigas | 12/06/19 | 1.0 | FOMB Board Call | All |
| Daniel Cajigas | 12/06/19 | 4.0 | Review / edit presentation materials | CW |
| Daniel Cajigas | 12/07/19 | 1.0 | Review / edit presentation materials | CW |
| Daniel Cajigas | 12/09/19 | 0.5 | Call with FOMB executive | HTA |
| Daniel Cajigas | 12/09/19 | 0.5 | FOMB Advisor Call | All |
| Daniel Cajigas | 12/09/19 | 5.0 | Prepare Presentation Materials | CW |
| Daniel Cajigas | 12/09/19 | 1.0 | Review of AAFAF Proposal | CW |
| Daniel Cajigas | 12/10/19 | 1.0 | Call with FOMB executive | CW |
| Daniel Cajigas | 12/10/19 | 0.5 | FOMB Advisor Call | All |
| Daniel Cajigas | 12/10/19 | 2.0 | Internal meeting re: presentation materials | CW |
| Daniel Cajigas | 12/10/19 | 4.0 | Review / edit presentation materials | CW |
| Daniel Cajigas | 12/11/19 | 0.5 | FOMB Advisor Call | All |
| Daniel Cajigas | 12/11/19 | 5.0 | Prepare Presentation Materials | CW |
| Daniel Cajigas | 12/11/19 | 0.5 | Trading Price Analysis | CW |
| Daniel Cajigas | 12/12/19 | 0.5 | Call with FOMB and Commonwealth advisors | CW |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Daniel Cajigas | 12/12/19 | 1.0 | Call with FOMB executive | CW |
| Daniel Cajigas | 12/12/19 | 0.5 | Internal meeting re: presentation materials | CW |
| Daniel Cajigas | 12/12/19 | 2.0 | Review / edit presentation materials | CW |
| Daniel Cajigas | 12/12/19 | 1.5 | Review Cash Analysis | CW |
| Daniel Cajigas | 12/12/19 | 2.0 | Review Fiscal Plan | CW |
| Daniel Cajigas | 12/13/19 | 0.5 | FOMB Advisor Call | All |
| Daniel Cajigas | 12/13/19 | 2.0 | FOMB Advisor Call | CW |
| Daniel Cajigas | 12/13/19 | 2.0 | Meeting with FOMB advisors | CW |
| Daniel Cajigas | 12/13/19 | 4.0 | Review / edit presentation materials | CW |
| Daniel Cajigas | 12/14/19 | 0.5 | Call with FOMB advisors | CW |
| Daniel Cajigas | 12/14/19 | 0.5 | Internal call re: structure | CW |
| Daniel Cajigas | 12/14/19 | 3.0 | Prepare Analysis | CW |
| Daniel Cajigas | 12/14/19 | 2.0 | Revise Presentation Materials | CW |
| Daniel Cajigas | 12/15/19 | 1.0 | FOMB Board call | All |
| Daniel Cajigas | 12/15/19 | 0.5 | Internal call re: presentation materials | CW |
| Daniel Cajigas | 12/15/19 | 8.0 | Prepare and revise Presentation Materials | CW |
| Daniel Cajigas | 12/15/19 | 1.0 | Review Presentation Materials | CW |
| Daniel Cajigas | 12/16/19 | 8.0 | Mediation session | All |
| Daniel Cajigas | 12/16/19 | 1.5 | Revise Presentation Materials | All |
| Daniel Cajigas | 12/17/19 | 0.5 | FOMB Advisor Call | All |
| Daniel Cajigas | 12/17/19 | 4.0 | Mediation Session | CW |
| Daniel Cajigas | 12/17/19 | 5.0 | Prepare analysis | All |
| Daniel Cajigas | 12/18/19 | 0.5 | FOMB Advisor Call | All |
| Daniel Cajigas | 12/18/19 | 1.5 | FOMB Board Call | All |
| Daniel Cajigas | 12/18/19 | 6.0 | Review and Edit Presentation Materials | All |
| Daniel Cajigas | 12/19/19 | 0.5 | Call with creditor advisors | CW |
| Daniel Cajigas | 12/19/19 | 0.5 | FOMB Advisor Call | All |
| Daniel Cajigas | 12/19/19 | 0.5 | Internal Discussion | CW |
| Daniel Cajigas | 12/19/19 | 1.0 | Prepare Analysis | CW |
| Daniel Cajigas | 12/20/19 | 0.5 | FOMB Advisor Call | All |
| Daniel Cajigas | 12/20/19 | 1.0 | Review Presentation Materials | HTA |
| Daniel Cajigas | 12/22/19 | 0.5 | Internal Discussion | All |
| Daniel Cajigas | 12/22/19 | 3.0 | Internal Discussion | All |
| Daniel Cajigas | 12/23/19 | 3.0 | Internal Discussion | All |
| Daniel Cajigas | 12/23/19 | 1.5 | Prepare Analysis | CW |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Daniel Cajigas | 12/30/19 | 3.5 | Prepare Analysis and Presentation Materials | CW |
| Daniel Cajigas | 12/30/19 | 4.0 | Prepare Analysis and Presentation Materials | CW |
| Daniel Cajigas | 12/30/19 | 2.0 | Review Creditor Counterproposal | CW |
| Daniel Cajigas | 12/31/19 | 0.5 | Call with creditor advisors | CW |
| Daniel Cajigas | 12/31/19 | 1.0 | Internal Discussion | CW |
| Daniel Cajigas | 12/31/19 | 2.0 | Prepare and Revise Analysis | CW |
| Daniel Cajigas | 12/31/19 | 2.0 | Prepare Discussion Materials | CW |
| | | **142.0** | | |