## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re**<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**<br><br>As a representative of<br><br>**THE COMMONWEALTH OF PUERTO RICO** *et al.*,<br><br>**Debtors.**[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**TWELFTH MONTHLY FEE STATEMENT OF PJT PARTNERS LP
AS INVESTMENT BANKER AND FINANCIAL ADVISOR TO THE FINANCIAL
OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO FOR COMPENSATION
AND REIMBURSEMENT OF OUT-OF-POCKET EXPENSES INCURRED FOR
THE PERIOD OF JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

### SUMMARY SHEET

| | |
|---|---|
| Name of Applicant: | PJT Partners LP |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board for Puerto Rico Pursuant to PROMESA |
| Period for which Compensation and Reimbursement is Sought: | January 1, 2020 through January 31, 2020 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | <u>Total Before Holdback</u>     <u>(Holdback @ 10%)</u><br>$1,250,000.00              ($125,000.00) |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Amount of Cash Payment Sought:            $1,125,000.00

This is a __x__ monthly fee statement  ____   interim fee application  ____ final fee application

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re**<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**<br><br>As a representative of<br><br>**THE COMMONWEALTH OF PUERTO RICO** *et al.*,<br><br>**Debtors.[1]** | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## TWELFTH MONTHLY FEE STATEMENT OF PJT PARTNERS LP AS INVESTMENT BANKER AND FINANCIAL ADVISOR TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO FOR COMPENSATION AND REIMBURSEMENT OF OUT-OF-POCKET EXPENSES INCURRED FOR THE PERIOD OF JANUARY 1, 2020 THROUGH JANUARY 31, 2020

PJT Partners LP ("PJT"), investment banker to the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), hereby submits its statement of fees and out-of-pocket expenses (the "Twelfth Monthly Fee Statement"), pursuant to sections 316 and 317 of the Puerto Rico Oversight, Management and Economic Stability Act of 2016 ("PROMESA"), section 503(b) of title 11, United States Code (the "Bankruptcy Code") as made applicable to these cases by section 301(a) of PROMESA, Rule 2016 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), Rule 2016-1 of the Local Bankruptcy Rules for the United

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

States Bankruptcy Court for the District of Puerto Rico (the "Local Rules"), and the Interim

Compensation Order (as hereinafter defined) for allowance of compensation for the period of

January 1, 2020 through January 31, 2020 (the "Twelfth Compensation Period"). In support of

this Monthly Fee Statement, PJT states as follows:

## I. **Background**

1. On May 3, 2017, the Oversight Board commenced a title III case for the

Commonwealth of Puerto Rico by filing a voluntary petition for relief pursuant to section 304 (a)

of PROMESA (the "Commonwealth Title III Case"). Thereafter, the Oversight Board

commenced a title III case for each of COFINA, the Employees Retirement System of the

Government of the Commonwealth of Puerto Rico ("ERS Title III Case"), the Puerto Rico

Highways and Transportation Authority ("HTA Title III Case"), and the Puerto Rico Electric

Power Authority ("PREPA Title III Case") (all such cases, together with the Commonwealth

Title III Case, the "Title III Cases").[2] By orders dated June 29, 2017 [Docket No. 537] and

October 6, 2017 [Docket No. 1417], the court approved the joint administration of the Title III

Cases.

2. On August 23, 2017, the court entered the *Order Setting Procedures for Interim

Compensation and Reimbursement of Expenses of Professionals* [Docket No. 1150]. On

November 8, 2017, the court entered the *First Amended Order Setting Procedures for Interim

Compensation and Reimbursement of Expenses of Professionals* [Docket No. 1715]. On June 6,

2019, the court entered the *Second Amended Order Setting Procedures for Interim

Compensation and Reimbursement of Expenses of Professionals* [Docket No. 3269] (the "Interim

Compensation Order").

---

[2] Unless otherwise indicated, references to docket numbers shall be to the docket of the Commonwealth Title III Case.

3.   The Oversight Board retained PJT as its investment banker pursuant to the terms of the engagement agreement (the "Engagement Agreement") dated February 2, 2019, effective as of February 1, 2019.

## II. PJT's Request for Compensation and Reimbursement of Out-of-Pocket Expenses

4.   For the Twelfth Compensation Period, pursuant to the Engagement Agreement and the Interim Compensation Order, PJT (a) is entitled to compensation of monthly fees in the amount of $1,250,000.00, and (b) seeks payment in the amount of $1,125,000.00 (reflecting 90% of the amounts due). Although every effort has been made to include all expenses incurred during the Twelfth Compensation Period, some expenses might not be included in this Monthly Fee Statement due to delays caused in connection with the accounting and processing of such expenses. Accordingly, PJT reserves the right to make further application to this Court for allowance of such expenses incurred during the Twelfth Compensation Period but not included herein.

5.   An invoice detailing the fees earned by PJT during the Twelfth Compensation Period is attached hereto as Appendix A. A summary of all fees earned during the Twelfth Compensation Period is outlined below:

| Twelfth Compensation Period | Monthly Fees | Holdback @ 10% | Amount(s) Due |
|---|---|---|---|
| January 1 – 31, 2020 | $1,250,000.00 | ($125,000.00) | $1,125,000.00 |

6.   The amount of fees and out-of-pocket expenses sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context.  PJT has never billed its clients based on the number of hours expended by its professionals.  Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients.   PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 549.0 hours expended by PJT professionals in

4

providing investment banking services to the Oversight Board during the Twelfth Compensation Period are provided in <u>Appendix B</u>.

    7.  A summary of the total amount of hours expended by PJT professionals during the Twelfth Compensation Period is provided below:

**Hours Expended By Professional**

| Professional | Title | Total |
|---|---|---|
| Steven Zelin | Partner | 58.5 |
| William Evarts | Vice President | 183.5 |
| Ashim Midha | Associate | 116.0 |
| Daniel Cajigas | Analyst | 191.0 |
| **Total Hours** | | **549.0** |

## III. <u>Requested Relief</u>

    8.  Pursuant to Sections 316 and 317 of PROMESA, the Interim Compensation Order and the Engagement Agreement, with respect to PJT's monthly fees in the amount of $1,250,000.00 earned during the Twelfth Compensation Period, PJT hereby requests that the applicable Debtors make the following payment to PJT:

| | |
|---|---|
| Monthly Fees | $1,250,000.00 |
| Less: 10% Holdback | (125,000.00) |
| **Total Amount Due** | **$1,125,000.00** |

Dated: March 16, 2020                        PJT PARTNERS LP

                                            By: /s/ Steven Zelin
                                                   Steven Zelin
                                                   Partner

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | PROMESA<br>Title III |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | No. 17 BK 3283-LTS |
| | (Jointly Administered) |
| As a representative of | |
| **THE COMMONWEALTH OF PUERTO RICO** *et al.*, | |
| **Debtors.**[1] | |

## CERTIFICATION FOR FEES AND OUT-OF-POCKET EXPENSES FOR PROFESSIONALS IN RESPECT OF TWELFTH MONTHLY FEE STATEMENT OF PJT PARTNERS LP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF OUT-OF-POCKET EXPENSES INCURRED

Steven Zelin, being duly sworn, deposes and says:

1.   I am a partner with the applicant firm, PJT Partners LP ("PJT").

2.   In accordance with sections 316 and 317 of the Puerto Rico Oversight, Management and Economic Stability Act of 2016, Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Puerto Rico (the "Local Rules"), the Office of the United States Trustee guidelines (the "UST Guidelines"), and the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 3269], this certification is made with respect to PJT's monthly fee

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

statement dated March 16, 2020 (the "Twelfth Monthly Fee Statement"), for allowance of
compensation for the period of January 1, 2020 through January 31, 2020.

      3.   In respect of Local Rule 2016-1(a)(4), I certify that:

          a.   I have read the Twelfth Monthly Fee Statement;

          b.   To the best of my knowledge, information and belief, formed after reasonable inquiry, the fees sought conforms with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the UST Guidelines, and the Local Rules; and

          c.   The fees and out-of-pocket expenses sought are customarily charged by PJT and generally accepted by PJT's clients.

By: /s/ Steven Zelin
          Steven Zelin
          Partner

2

# APPENDIX A

# PJT Partners

PJT

March 16, 2020

Kyle Rifkind
Restructuring Officer and Deputy General Counsel
Financial Oversight and Management Board for Puerto Rico
P.O. Box 192018
San Juan, PR 00919

| | | |
|---|---|---:|
| Monthly Fee for the period of January 1, 2020 through January 31, 2020: | $ | 1,250,000.00 |
| Less: Holdback @ 10% | | (125,000.00) |
| **Total Amount Due**[1] | **$** | **1,125,000.00** |

**Please wire transfer funds to:**

First Republic Bank
1230 Avenue of the Americas
New York, NY 10020
ABA# 321 081 669
Credit Account: PJT Partners LP | PJT RSSG Account
Account # 80008146369

**Invoice No. 10011991**

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
(212) 364-7800
PJTUSInvoicing@pjtpartners.com

**APPENDIX B**

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| Professional | Title | Hours |
|---|---|---|
| Steve Zelin | Partner | 58.5 |
| William Evarts | Vice President | 183.5 |
| Ashim Midha | Associate | 116.0 |
| Daniel Cajigas | Analyst | 191.0 |
| **Total** | | **549.0** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Steve Zelin | 01/01/20 | 0.5 | FOMB Advisor Call | All |
| Steve Zelin | 01/03/20 | 0.5 | Call with CW Advisors | CW |
| Steve Zelin | 01/03/20 | 1.0 | FOMB Call | All |
| Steve Zelin | 01/05/20 | 0.5 | Internal Discussion | CW |
| Steve Zelin | 01/05/20 | 1.0 | Review Presentation Materials | CW |
| Steve Zelin | 01/07/20 | 2.0 | Review Presentation Materials | CW |
| Steve Zelin | 01/08/20 | 1.0 | Call with FOMB Executive | CW |
| Steve Zelin | 01/09/20 | 1.0 | FOMB Call | CW |
| Steve Zelin | 01/09/20 | 1.5 | Meeting with Creditors and Advisors | CW |
| Steve Zelin | 01/09/20 | 2.0 | Review Presentation Materials | CW |
| Steve Zelin | 01/10/20 | 0.5 | FOMB Advisor Call | All |
| Steve Zelin | 01/10/20 | 1.0 | FOMB Call | All |
| Steve Zelin | 01/10/20 | 0.5 | FOMB Executive Call | CW |
| Steve Zelin | 01/11/20 | 1.0 | FOMB Advisor Call | All |
| Steve Zelin | 01/12/20 | 1.0 | FOMB Advisor Call | All |
| Steve Zelin | 01/12/20 | 2.0 | Review and Presentation Materials | CW |
| Steve Zelin | 01/13/20 | 1.0 | Discussion with FOMB Advisors | All |
| Steve Zelin | 01/13/20 | 12.0 | Mediation | CW |
| Steve Zelin | 01/15/20 | 1.0 | Discussion with FOMB Advisors | All |
| Steve Zelin | 01/15/20 | 3.5 | Mediation | CW |
| Steve Zelin | 01/15/20 | 2.0 | Review Presentation Materials | CW |
| Steve Zelin | 01/19/20 | 1.0 | Internal Discussion | CW |
| Steve Zelin | 01/19/20 | 1.0 | Internal Discussion | CW |
| Steve Zelin | 01/19/20 | 1.0 | Review Discussion Materials | CW |
| Steve Zelin | 01/19/20 | 2.0 | Review Discussion Materials | CW |
| Steve Zelin | 01/19/20 | 2.0 | Review Presentation Materials | CW |
| Steve Zelin | 01/21/20 | 3.0 | FOMB Meeting | All |
| Steve Zelin | 01/21/20 | 4.0 | Return from Washington DC | CW |
| Steve Zelin | 01/21/20 | 4.0 | Travel to Washington DC | CW |
| Steve Zelin | 01/24/20 | 1.0 | FOMB Board Call | CW |
| Steve Zelin | 01/30/20 | 2.0 | Calls re Ruling | ERS |
| Steve Zelin | 01/30/20 | 1.0 | Review 552 Ruling | ERS |
| | | **58.5** | | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Willie Evarts | 01/01/20 | 0.5 | FOMB Advisor Call | All |
| Willie Evarts | 01/01/20 | 4.0 | Review / Edit Presentation Materials | CW |
| Willie Evarts | 01/01/20 | 3.0 | Review financial analysis | CW |
| Willie Evarts | 01/02/20 | 1.0 | Call with FOMB Executive | CW |
| Willie Evarts | 01/02/20 | 1.0 | Calls with AAFAF Advisors | CW |
| Willie Evarts | 01/02/20 | 2.0 | Calls with FOMB Advisors | CW |
| Willie Evarts | 01/02/20 | 2.0 | Review financial analysis | CW |
| Willie Evarts | 01/03/20 | 0.5 | Call with CW Advisors | CW |
| Willie Evarts | 01/03/20 | 1.0 | Call with Mediatior Financial Advisor | CW |
| Willie Evarts | 01/03/20 | 1.0 | FOMB Call | All |
| Willie Evarts | 01/03/20 | 1.0 | Review Analysis | CW |
| Willie Evarts | 01/03/20 | 2.0 | Review creditor feedback | CW |
| Willie Evarts | 01/04/20 | 0.5 | Internal Discussion | CW |
| Willie Evarts | 01/04/20 | 0.5 | Internal Discussion | CW |
| Willie Evarts | 01/04/20 | 3.0 | Review and Revise Presentation Materials | CW |
| Willie Evarts | 01/05/20 | 0.5 | Internal Discussion | CW |
| Willie Evarts | 01/05/20 | 1.5 | Review Analysis | CW |
| Willie Evarts | 01/06/20 | 1.0 | Calls with AAFAF Advisors | CW |
| Willie Evarts | 01/06/20 | 1.0 | Calls with FOMB Advisors | CW |
| Willie Evarts | 01/06/20 | 4.0 | Mediation | CW |
| Willie Evarts | 01/06/20 | 2.0 | Review and Edit Presentation Materials | CW |
| Willie Evarts | 01/06/20 | 1.0 | Review of Materials from Creditor Advisor | CW |
| Willie Evarts | 01/07/20 | 1.0 | Meeting with Creditor | CW |
| Willie Evarts | 01/07/20 | 3.0 | Meeting with FOMB Executive | CW |
| Willie Evarts | 01/07/20 | 3.0 | Review and Edit Presentation Materials | CW |
| Willie Evarts | 01/08/20 | 0.5 | Call with Creditor Advisors | CW |
| Willie Evarts | 01/08/20 | 1.0 | Call with FOMB Executive | CW |
| Willie Evarts | 01/08/20 | 1.5 | Meeting with FOMB Executive | CW |
| Willie Evarts | 01/08/20 | 5.0 | Review / Edit Presentation Materials | CW |
| Willie Evarts | 01/09/20 | 1.5 | Calls with FOMB Advisors | CW |
| Willie Evarts | 01/09/20 | 1.0 | FOMB Call | CW |
| Willie Evarts | 01/09/20 | 1.5 | Meeting with Creditors and Advisors | CW |
| Willie Evarts | 01/09/20 | 3.0 | Review / Edit Presentation Materials | CW |
| Willie Evarts | 01/10/20 | 0.5 | Call with AAFAF Advisors | CW |
| Willie Evarts | 01/10/20 | 0.5 | FOMB Advisor Call | All |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Willie Evarts | 01/10/20 | 1.0 | FOMB Call | All |
| Willie Evarts | 01/10/20 | 0.5 | FOMB Executive Call | CW |
| Willie Evarts | 01/10/20 | 2.5 | Review and Edit Presentation Materials | CW |
| Willie Evarts | 01/10/20 | 2.5 | Review and Edit Presentation Materials | CW |
| Willie Evarts | 01/10/20 | 1.0 | Review of Materials from Creditor Advisors | CW |
| Willie Evarts | 01/11/20 | 1.0 | FOMB Advisor Call | All |
| Willie Evarts | 01/11/20 | 6.0 | Review and Edit Presentation Materials and Analysis | CW |
| Willie Evarts | 01/12/20 | 1.0 | Calls with FOMB Executive | CW |
| Willie Evarts | 01/12/20 | 1.0 | FOMB Advisor Call | All |
| Willie Evarts | 01/12/20 | 3.5 | Prepare Talking Points | CW |
| Willie Evarts | 01/12/20 | 5.0 | Review and Edit Presentation Materials | CW |
| Willie Evarts | 01/13/20 | 1.0 | Discussion with FOMB Advisors | CW |
| Willie Evarts | 01/13/20 | 14.0 | Mediation | CW |
| Willie Evarts | 01/14/20 | 4.0 | Review and Revise Presentation Materials | CW |
| Willie Evarts | 01/15/20 | 1.5 | Calls with FOMB Advisors and Executives | CW |
| Willie Evarts | 01/15/20 | 1.0 | Discussion with FOMB Advisors | All |
| Willie Evarts | 01/15/20 | 3.5 | Mediation | CW |
| Willie Evarts | 01/15/20 | 2.0 | Review and Revise Presentation Materials | CW |
| Willie Evarts | 01/16/20 | 0.5 | Call with Creditor | CW |
| Willie Evarts | 01/16/20 | 1.5 | Calls with FOMB Advisors | CW |
| Willie Evarts | 01/16/20 | 2.0 | Research on settlement construct | CW |
| Willie Evarts | 01/16/20 | 2.0 | Review and Revise Analysis | CW |
| Willie Evarts | 01/16/20 | 1.0 | Review of Analysis from FOMB Advisor | CW |
| Willie Evarts | 01/17/20 | 1.0 | Call with Creditor Advisors | CW |
| Willie Evarts | 01/17/20 | 0.5 | FOMB Advisor Call | All |
| Willie Evarts | 01/17/20 | 0.5 | FOMB Executive Call | All |
| Willie Evarts | 01/17/20 | 2.0 | Review Analysis | CW |
| Willie Evarts | 01/17/20 | 1.0 | Review Materials from FOMB Advisor | CW |
| Willie Evarts | 01/18/20 | 3.0 | Prepare and Revise Presentation Materials | CW |
| Willie Evarts | 01/19/20 | 1.0 | Internal Discussion | CW |
| Willie Evarts | 01/19/20 | 1.0 | Internal Discussion | CW |
| Willie Evarts | 01/19/20 | 3.0 | Review and Edit Presentation Materials | CW |
| Willie Evarts | 01/20/20 | 0.5 | FOMB Advisor Call | CW |
| Willie Evarts | 01/21/20 | 3.0 | FOMB Meeting | CW |
| Willie Evarts | 01/21/20 | 4.0 | Return from Washington DC | CW |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Willie Evarts | 01/21/20 | 2.0 | Review PSA | CW |
| Willie Evarts | 01/21/20 | 4.0 | Travel to Washington DC | CW |
| Willie Evarts | 01/22/20 | 1.0 | Discussion with FOMB Advisors | CW |
| Willie Evarts | 01/23/20 | 0.5 | Discussion with FOMB Advisors | All |
| Willie Evarts | 01/23/20 | 1.0 | Discussion with FOMB Advisors | CW |
| Willie Evarts | 01/23/20 | 2.0 | Review of Press Materials | All |
| Willie Evarts | 01/24/20 | 1.0 | Call with AAFAF Advisors | All |
| Willie Evarts | 01/24/20 | 0.5 | Call with Creditor Advisor | CW |
| Willie Evarts | 01/24/20 | 0.5 | Discussion with FOMB Advisors | All |
| Willie Evarts | 01/24/20 | 1.0 | FOMB Board Call | CW |
| Willie Evarts | 01/24/20 | 3.0 | Review and Comments on PSA | CW |
| Willie Evarts | 01/25/20 | 1.0 | Call re Settlement | CW |
| Willie Evarts | 01/25/20 | 3.0 | Review and Comments on PSA | CW |
| Willie Evarts | 01/26/20 | 1.0 | Call with Creditor Advisor | CW |
| Willie Evarts | 01/26/20 | 3.0 | Review of Press Materials | CW |
| Willie Evarts | 01/27/20 | 2.0 | Discussion with FOMB Advisors | All |
| Willie Evarts | 01/27/20 | 5.0 | Mediation Session | CW |
| Willie Evarts | 01/28/20 | 2.0 | Comments to press materials | CW |
| Willie Evarts | 01/28/20 | 2.0 | Review and Edit Presentation Materials | CW |
| Willie Evarts | 01/29/20 | 0.5 | Discussion with FOMB Advisors | All |
| Willie Evarts | 01/30/20 | 2.0 | Calls re Ruling | ERS |
| Willie Evarts | 01/30/20 | 2.0 | Review 552 Ruling | ERS |
| Willie Evarts | 01/31/20 | 1.0 | Calls with FOMB Advisors | All |
| Willie Evarts | 01/31/20 | 3.0 | Calls with FOMB Press Team | All |
| Willie Evarts | 01/31/20 | 3.0 | Prepare and Revise PSA Exhibit | CW |
| | | **183.5** | | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Ashim Midha | 01/01/20 | 0.5 | FOMB Advisor Call | All |
| Ashim Midha | 01/01/20 | 2.0 | Review financial analysis | CW |
| Ashim Midha | 01/03/20 | 0.5 | Call with CW Advisors | CW |
| Ashim Midha | 01/03/20 | 1.0 | FOMB Call | All |
| Ashim Midha | 01/03/20 | 1.0 | Review Analysis | CW |
| Ashim Midha | 01/04/20 | 0.5 | Internal Discussion | CW |
| Ashim Midha | 01/04/20 | 0.5 | Internal Discussion | CW |
| Ashim Midha | 01/05/20 | 0.5 | Internal Discussion | CW |
| Ashim Midha | 01/05/20 | 2.0 | Review Presentation Materials | CW |
| Ashim Midha | 01/06/20 | 2.0 | Mediation | CW |
| Ashim Midha | 01/06/20 | 1.0 | Review of Materials from Creditor Advisor | CW |
| Ashim Midha | 01/07/20 | 3.0 | Review Presentation Materials | CW |
| Ashim Midha | 01/08/20 | 0.5 | Call with Creditor Advisors | CW |
| Ashim Midha | 01/08/20 | 0.5 | Call with Creditor Advisors | CW |
| Ashim Midha | 01/08/20 | 1.0 | Call with FOMB Executive | CW |
| Ashim Midha | 01/09/20 | 1.0 | FOMB Call | CW |
| Ashim Midha | 01/09/20 | 1.5 | Meeting with Creditors and Advisors | CW |
| Ashim Midha | 01/09/20 | 1.0 | Review Presentation Materials | CW |
| Ashim Midha | 01/10/20 | 0.5 | FOMB Advisor Call | All |
| Ashim Midha | 01/10/20 | 1.0 | FOMB Call | All |
| Ashim Midha | 01/10/20 | 0.5 | FOMB Executive Call | CW |
| Ashim Midha | 01/10/20 | 3.0 | Preparation of Materials RE: Mediation | CW |
| Ashim Midha | 01/10/20 | 2.0 | Review and Edit Presentation Materials | CW |
| Ashim Midha | 01/11/20 | 1.0 | FOMB Advisor Call | All |
| Ashim Midha | 01/11/20 | 3.0 | Prepare and Revise Presentation Materials | CW |
| Ashim Midha | 01/12/20 | 1.0 | FOMB Advisor Call | All |
| Ashim Midha | 01/12/20 | 2.0 | Review and Edit Presentation Materials | CW |
| Ashim Midha | 01/13/20 | 1.0 | Discussion with FOMB Advisors | All |
| Ashim Midha | 01/13/20 | 14.0 | Mediation | CW |
| Ashim Midha | 01/14/20 | 2.0 | Review and Revise Presentation Materials | CW |
| Ashim Midha | 01/15/20 | 1.0 | Discussion with FOMB Advisors | All |
| Ashim Midha | 01/15/20 | 3.5 | Mediation | CW |
| Ashim Midha | 01/15/20 | 4.0 | Review and Revise Presentation Materials | CW |
| Ashim Midha | 01/16/20 | 2.0 | Review and Revise Analysis | CW |
| Ashim Midha | 01/17/20 | 0.5 | Call with Creditor Advisors | All |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Ashim Midha | 01/17/20 | 0.5 | FOMB Advisor Call | All |
| Ashim Midha | 01/17/20 | 0.5 | FOMB Executive Call | All |
| Ashim Midha | 01/19/20 | 1.0 | Internal Discussion | CW |
| Ashim Midha | 01/19/20 | 3.0 | Review and Edit Presentation Materials | CW |
| Ashim Midha | 01/20/20 | 0.5 | FOMB Advisor Call | All |
| Ashim Midha | 01/21/20 | 3.0 | FOMB Meeting | All |
| Ashim Midha | 01/21/20 | 4.0 | Return from Washington DC | CW |
| Ashim Midha | 01/21/20 | 4.0 | Travel to Washington DC | CW |
| Ashim Midha | 01/22/20 | 0.5 | Discussion with Creditor Advisors | CW |
| Ashim Midha | 01/22/20 | 1.0 | Discussion with FOMB Advisors | CW |
| Ashim Midha | 01/22/20 | 2.0 | Meeting with Creditor Advisors | CW |
| Ashim Midha | 01/23/20 | 0.5 | Discussion with FOMB Advisors | All |
| Ashim Midha | 01/23/20 | 1.0 | Discussion with FOMB Advisors | All |
| Ashim Midha | 01/24/20 | 1.0 | Call with AAFAF Advisors | All |
| Ashim Midha | 01/24/20 | 0.5 | Discussion with FOMB Advisors | All |
| Ashim Midha | 01/24/20 | 1.0 | FOMB Board Call | CW |
| Ashim Midha | 01/25/20 | 3.0 | Review and Comments on PSA | CW |
| Ashim Midha | 01/26/20 | 3.0 | Review of Materials | CW |
| Ashim Midha | 01/27/20 | 2.0 | Discussion with FOMB Advisors | All |
| Ashim Midha | 01/27/20 | 5.0 | Mediation Session | CW |
| Ashim Midha | 01/28/20 | 2.0 | Comments to press materials | CW |
| Ashim Midha | 01/28/20 | 2.0 | Review of Materials | CW |
| Ashim Midha | 01/29/20 | 0.5 | Discussion with FOMB Advisors | All |
| Ashim Midha | 01/29/20 | 2.0 | Prepare and Revise PSA Exhibit | CW |
| Ashim Midha | 01/30/20 | 2.0 | Calls re Ruling | ERS |
| Ashim Midha | 01/30/20 | 2.0 | Review 552 Ruling | ERS |
| Ashim Midha | 01/31/20 | 1.0 | Calls with FOMB Advisors | All |
| Ashim Midha | 01/31/20 | 3.0 | Calls with FOMB Press Team | All |
| Ashim Midha | 01/31/20 | 0.5 | Discussion with FOMB Advisors | All |
| Ashim Midha | 01/31/20 | 2.0 | Prepare and Revise PSA Exhibit | CW |
| | | **116.0** | | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Daniel Cajigas | 01/01/20 | 0.5 | FOMB Advisor Call | All |
| Daniel Cajigas | 01/01/20 | 6.0 | Review / Edit Presentation Materials | CW |
| Daniel Cajigas | 01/02/20 | 6.0 | Revise Presentation Materials | CW |
| Daniel Cajigas | 01/03/20 | 0.5 | Call with CW Advisors | CW |
| Daniel Cajigas | 01/03/20 | 1.0 | FOMB Call | All |
| Daniel Cajigas | 01/03/20 | 4.5 | Prepare Analysis and Presentation Materials | CW |
| Daniel Cajigas | 01/04/20 | 0.5 | Internal Discussion | CW |
| Daniel Cajigas | 01/04/20 | 0.5 | Internal Discussion | CW |
| Daniel Cajigas | 01/04/20 | 2.0 | Prepare Presentation Materials | CW |
| Daniel Cajigas | 01/04/20 | 3.0 | Revise Presentation Materials | CW |
| Daniel Cajigas | 01/05/20 | 0.5 | Internal Discussion | CW |
| Daniel Cajigas | 01/05/20 | 2.0 | Revise Presentation Materials | CW |
| Daniel Cajigas | 01/05/20 | 3.0 | Revise Presentation Materials | CW |
| Daniel Cajigas | 01/06/20 | 2.0 | Mediation | CW |
| Daniel Cajigas | 01/06/20 | 1.0 | Prepare Analysis | CW |
| Daniel Cajigas | 01/06/20 | 3.0 | Prepare Mediation Materials | CW |
| Daniel Cajigas | 01/06/20 | 1.5 | Prepare Presentation Materials | CW |
| Daniel Cajigas | 01/06/20 | 1.0 | Review of Materials from Creditor Advisor | CW |
| Daniel Cajigas | 01/07/20 | 6.0 | Prepare and Revise Presentation Materials | CW |
| Daniel Cajigas | 01/07/20 | 1.0 | Revise Analysis | CW |
| Daniel Cajigas | 01/08/20 | 0.5 | Call with Creditor Advisors | CW |
| Daniel Cajigas | 01/08/20 | 0.5 | Call with Creditor Advisors | CW |
| Daniel Cajigas | 01/08/20 | 1.0 | Call with FOMB Executive | CW |
| Daniel Cajigas | 01/08/20 | 7.0 | Prepare and Revise Presentation Materials | CW |
| Daniel Cajigas | 01/09/20 | 1.0 | FOMB Call | CW |
| Daniel Cajigas | 01/09/20 | 1.5 | Meeting with Creditors and Advisors | CW |
| Daniel Cajigas | 01/09/20 | 2.0 | Prepare and Revise Analysis | CW |
| Daniel Cajigas | 01/09/20 | 3.0 | Prepare Presentation Materials | CW |
| Daniel Cajigas | 01/10/20 | 0.5 | FOMB Advisor Call | All |
| Daniel Cajigas | 01/10/20 | 1.0 | FOMB Call | All |
| Daniel Cajigas | 01/10/20 | 0.5 | FOMB Executive Call | CW |
| Daniel Cajigas | 01/10/20 | 3.0 | Prepare Analysis | CW |
| Daniel Cajigas | 01/10/20 | 3.0 | Prepare Presentation Materials | CW |
| Daniel Cajigas | 01/10/20 | 1.5 | Review Official Statements | CW |
| Daniel Cajigas | 01/10/20 | 1.0 | Revise Presentation Materials | CW |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Daniel Cajigas | 01/11/20 | 1.0 | FOMB Advisor Call | All |
| Daniel Cajigas | 01/11/20 | 0.5 | Holdings Analysis | All |
| Daniel Cajigas | 01/11/20 | 8.0 | Prepare and Revise Presentation Materials | CW |
| Daniel Cajigas | 01/12/20 | 1.0 | FOMB Advisor Call | All |
| Daniel Cajigas | 01/12/20 | 8.0 | Review and Edit Presentation Materials | CW |
| Daniel Cajigas | 01/13/20 | 1.0 | Discussion with FOMB Advisors | All |
| Daniel Cajigas | 01/13/20 | 14.0 | Mediation | CW |
| Daniel Cajigas | 01/13/20 | 0.5 | Revise Talking Points | CW |
| Daniel Cajigas | 01/14/20 | 1.0 | Prepare Presentation Materials | CW |
| Daniel Cajigas | 01/14/20 | 1.0 | Prepare Presentation Materials | CW |
| Daniel Cajigas | 01/14/20 | 4.0 | Review and Revise Presentation Materials | CW |
| Daniel Cajigas | 01/15/20 | 1.0 | Discussion with FOMB Advisors | All |
| Daniel Cajigas | 01/15/20 | 3.5 | Mediation | CW |
| Daniel Cajigas | 01/15/20 | 2.0 | Review and Revise Presentation Materials | CW |
| Daniel Cajigas | 01/16/20 | 4.0 | Review and Revise Analysis | CW |
| Daniel Cajigas | 01/16/20 | 1.0 | Review of Analysis from FOMB Advisor | CW |
| Daniel Cajigas | 01/17/20 | 0.5 | Call with Creditor Advisors | All |
| Daniel Cajigas | 01/17/20 | 0.5 | Calls with FOMB Advisor | All |
| Daniel Cajigas | 01/17/20 | 0.5 | FOMB Advisor Call | All |
| Daniel Cajigas | 01/17/20 | 0.5 | FOMB Executive Call | All |
| Daniel Cajigas | 01/17/20 | 2.0 | Prepare Analysis | CW |
| Daniel Cajigas | 01/17/20 | 1.0 | Review Materials from FOMB Advisor | All |
| Daniel Cajigas | 01/17/20 | 2.0 | Review PSA | CW |
| Daniel Cajigas | 01/17/20 | 1.0 | Review Scheduling Order | ERS |
| Daniel Cajigas | 01/18/20 | 0.5 | Calls with FOMB Advisor | All |
| Daniel Cajigas | 01/18/20 | 3.0 | Prepare and Revise Presentation Materials | CW |
| Daniel Cajigas | 01/19/20 | 5.0 | Review and Edit Presentation Materials | CW |
| Daniel Cajigas | 01/20/20 | 0.5 | FOMB Advisor Call | All |
| Daniel Cajigas | 01/21/20 | 2.0 | Claims Reconciliation | CW |
| Daniel Cajigas | 01/21/20 | 3.0 | Review PSA | CW |
| Daniel Cajigas | 01/22/20 | 0.5 | Discussion with Creditor Advisors | CW |
| Daniel Cajigas | 01/22/20 | 1.0 | Discussion with FOMB Advisors | CW |
| Daniel Cajigas | 01/22/20 | 2.0 | Meeting with Creditor Advisors | CW |
| Daniel Cajigas | 01/23/20 | 0.5 | Discussion with FOMB Advisors | All |
| Daniel Cajigas | 01/23/20 | 1.0 | Discussion with FOMB Advisors | All |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Daniel Cajigas | 01/23/20 | 1.0 | Prepare PSA Exhibit | CW |
| Daniel Cajigas | 01/23/20 | 1.0 | Review Creditor Materials | CW |
| Daniel Cajigas | 01/23/20 | 1.5 | Review of Press Materials | CW |
| Daniel Cajigas | 01/23/20 | 1.0 | Review PSA | CW |
| Daniel Cajigas | 01/24/20 | 1.0 | Call with AAFAF Advisors | All |
| Daniel Cajigas | 01/24/20 | 0.5 | Discussion with FOMB Advisors | All |
| Daniel Cajigas | 01/24/20 | 1.0 | FOMB Board Call | CW |
| Daniel Cajigas | 01/24/20 | 3.0 | Review PSA | CW |
| Daniel Cajigas | 01/25/20 | 2.0 | Review and Comments on PSA | CW |
| Daniel Cajigas | 01/26/20 | 2.0 | Prepare Presentation Materials | CW |
| Daniel Cajigas | 01/27/20 | 2.0 | Discussion with FOMB Advisors | All |
| Daniel Cajigas | 01/27/20 | 5.0 | Mediation Session | CW |
| Daniel Cajigas | 01/28/20 | 2.0 | Prepare Analysis | CW |
| Daniel Cajigas | 01/28/20 | 1.0 | Prepare Presentation Materials | CW |
| Daniel Cajigas | 01/28/20 | 2.0 | Prepare Presentation Materials | CW |
| Daniel Cajigas | 01/29/20 | 0.5 | Discussion with FOMB Advisors | All |
| Daniel Cajigas | 01/29/20 | 2.0 | Prepare and Revise PSA Exhibit | CW |
| Daniel Cajigas | 01/30/20 | 2.0 | Calls re Ruling | ERS |
| Daniel Cajigas | 01/30/20 | 1.0 | Prepare and Revise PSA Exhibit | CW |
| Daniel Cajigas | 01/30/20 | 2.0 | Review 552 Ruling | ERS |
| Daniel Cajigas | 01/30/20 | 0.5 | Review Materials from AAFAF Advisor | ERS |
| Daniel Cajigas | 01/31/20 | 1.0 | Calls with FOMB Advisors | All |
| Daniel Cajigas | 01/31/20 | 3.0 | Calls with FOMB Press Team | All |
| Daniel Cajigas | 01/31/20 | 0.5 | Discussion with FOMB Advisors | All |
| Daniel Cajigas | 01/31/20 | 0.5 | ERS Trading Price Analysis | ERS |
| Daniel Cajigas | 01/31/20 | 1.0 | Prepare and Revise PSA Exhibit | CW |
| | | **191.0** | | |