# EXHIBIT D

**Summary of Jenner & Block LLP Blended Hourly Rates**
**(Customary and Comparable Compensation Disclosures)**

| Timekeeper Category | | Worked and Billed in 2018 (excluding Restructuring lawyers) | Blended Hourly Rate — Billed in this Fee Application |
|---|---|---|---|
| **Partner** | | **$769** | **$1024.55** |
| | Partner – Sr. (20+ years) | $820 | $1,161.33 |
| | Partner – Mid (13-19 years) | $726 | $943.20 |
| | Partner – Jr. (0-12 years) | $700 | $878.09 |
| **Associate** | | **$529** | **$723.24** |
| | Associate – Sr. (5+ years) | $621 | $866.38 |
| | Associate – Sr. (4-5years) | 588 | $585.63 |
| | Associate – Jr. (0-3 years) | $506 | $547.42 |
| **Paralegal** | N/A | $284 | $286.45 |
| **Other** | N/A | $370 | $550.28 |
| **Blended Rate for all Attorneys in this Fee Application** | | | $968.16 |
| **Blended Rate for all Attorneys with 15% discount** | | | $822.94 |
| **Blended Rate for All Timekeepers in this Fee Application** | | | $876.58 |
| **Blended Rate for all Timekeepers with 15% discount** | | | $745.09 |

Case Name:　　　　　　In re Commonwealth of Puerto Rico, et al.
Case Number:　　　　　17 BK 3283-LTS
Applicant's Name:　　　Jenner & Block LLP
Date of Application:　　March 16, 2020
Interim or Final:　　　　Interim