# **EXHIBIT E**

## Summary of Jenner & Block LLP Hours Worked and Fees Incurred

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate (2019) | Total Billed Hours (2019) | Hourly Billing Rate (2020) | Total Billed Hours (2020) | Total Fees Requested |
|---|---|---|---|---|---|---|---|---|
| CLIFFORD W. BERLOW | Partner | 2007 | Appellate & Supreme Court Practice | $850 | 5.50 | N/A | N/A | $4675.00 |
| IAN HEATH GERSHENGORN | Partner | 1993 | Appellate & Supreme Court Practice | $1,250 | 6.80 | N/A | N/A | $8500.00 |
| ROBERT D. GORDON | Partner | 1989 | Restructuring & Bankruptcy | $1,150 | 280.10 | $1,225 | 71.70 | $409,947.50 |
| SARAH E. HADDY | Partner | 2009 | Employee Benefits | $860 | 3.30 | N/A | N/A | $2,838.00 |
| MARC B. HANKIN | Partner | 1992 | Restructuring & Bankruptcy | $1,100 | 37.10 | $1,125 | 7.00 | $48,685.00 |
| LINDSAY C. HARRISON | Partner | 2003 | Appellate & Supreme Court Practice | $935 | 16.30 | $1000 | 0.50 | $15,740.50 |
| RICHARD B. LEVIN | Partner | 1975 | Restructuring & Bankruptcy | $1,350 | 0.70 | N/A | N/A | $945.00 |
| EMILY M. LOEB | Partner | 2009 | Investigations, Compliance & Defense | $865 | 3.50 | $950 | 1.80 | $4737.50 |
| LANDON S. RAIFORD | Partner | 2008 | Restructuring & Bankruptcy | $860 | 209.30 | $900 | 131.40 | $298,258.00 |
| DEVI M. RAO | Partner | 2010 | Appellate & Supreme Court Practice | $855 | 4.50 | N/A | N/A | $3,847.50 |
| MELISSA M. ROOT | Partner | 2003 | Restructuring & Bankruptcy | $935 | 191.10 | $975 | 65.40 | $242,443.50 |
| CATHERINE L. STEEGE | Partner | 1982 | Restructuring & Bankruptcy | $1,150 | 121.40 | $1,225 | 27.90 | $173,787.50 |
| ADRIENNE LEE BENSON | Associate | 2015 | Appellate & Supreme Court Practice | $685 | 8.30 | N/A | N/A | $5,685.50 |
| GABRIEL K. GILLET | Associate | 2011 | Appellate & Supreme Court Practice | $805 | 4.90 | N/A | N/A | $3,944.50 |
| CAYMAN C. MITCHELL | Associate | 2018 | Litigation | $500 | 4.80 | N/A | N/A | $2,400.00 |
| ANDREW C. NOLL | Associate | 2014 | Appellate & Supreme Court Practice | $735 | 1.30 | N/A | N/A | $955.50 |
| KATHERINE A. ROSOFF | Associate | 2018 | Litigation | $580 | 21.40 | $665 | 6.60 | $16,801.00 |
| ADAM T. SWINGLE | Associate | 2018 | Restructuring & Bankruptcy | $475 | 26.40 | $570 | 29.50 | $29,355.00 |
| CARL N. WEDOFF | Associate | 2010 | Restructuring and Bankruptcy | $865 | 107.90 | $880 | 33.00 | $122,373.50 |
| WILLIAM A. WILLIAMS | Associate | 2015 | Restructuring & Bankruptcy | $550 | 28.60 | $630 | 0.20 | $15,856.00 |
| LAURA E. PELANEK | Staff Attorney/ Special Counsel | 2004 | Litigation | $485 | 23.00 | $585 | 61.80 | $47,308.00 |
| TOI D. HOOKER | Paralegal | N/A | Restructuring and Bankruptcy | $395 | 45.30 | $400 | 14.70 | $23,773.50 |
| MARC A. PATTERSON | Paralegal | N/A | Restructuring and Bankruptcy | $225 | 73.00 | $230 | 26.00 | $22,405.00 |
| CHARLOTTE M. STRETCH | Paralegal | N/A | Appellate & Supreme Court Practice | $325 | 2.50 | $355 | 2.00 | $1,522.50 |
| ANNETTE M. YOUNG | Paralegal | N/A | Litigation | $225 | 14.10 | N/A | N/A | $3,172.50 |

# **EXHIBIT E**

## Summary of Jenner & Block LLP Hours Worked and Fees Incurred

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MARY E. RUDDY | Library Services | N/A | Information Services | N/A | N/A | $355 | 0.30 | $106.50 |
| JAMES P. WALSH | Library Services | N/A | Information Services | N/A | N/A | $355 | 3.00 | $1065.00 |
| **Sub-Total*** | | | | | **1241.10** | | **482.80** | **$1,511,129.00** |
| Less 15% Fee Discount on all matters except the Non-working Travel Matter | | | | | | | | $210,035.19 |
| Less 50% Discount on Non-working Travel Matter | | | | | | | | $55,447.50 |
| **Total** | | | | | | | **1723.90 Hours** | **$1,245,646.31** |