## EXHIBIT F

### Summary of Jenner & Block LLP Expenses

| Service Description | Amount |
|---|---|
| Audiovisual | $2,367.27 |
| B&W Copy | $4,454.30 |
| Business Meals | $237.70 |
| Color Copy | $201.25 |
| Court Fees | $226.40 |
| Credit - Check Received fron GFR Media LLC | ($2,266.08) |
| In-City Transportation | $151.97 |
| Lexis Research | $1,300.41 |
| Other Professional Services - Alix Partners LLP; Transperfect Translations; | $17,645.40 |
| Overtime Dinner | $40.00 |
| Pacer Charges | $59.00 |
| Postage Expense | $388.30 |
| Special Messenger Service | $95.23 |
| Special Search | $230.00 |
| Telephone Expense | $1,418.21 |
| UPS | $497.53 |
| Westlaw Research | $5,526.36 |
| **Travel** | |
|     Airfare | $10,736.52 |
|     Ground Transportation | $1,788.38 |
|     Hotel | $3,315.10 |
|     Meals | $13,774.48 |
|     Parking | $612.00 |
| **TOTAL** | **$62,799.73** |