# EXHIBIT G

## Schedule of Hours Worked and Aggregate Fees for Each Matter Category

| Matter | Total Billed Hours | Total Fees |
|---|---|---|
| ADV. PROC. 17-213 – ERS v. ALTAIR | 7.00 | $5,591.00 |
| ADV. PROC. 17-219, 17-220 – ALTAIR v. ERS | 1.00 | $400.00 |
| ADV. PROC. 17-228, 17-229 - UTIER | 0.60 | $348.50 |
| ADV. PROC. 17-151, 17-152 - PEAJE | 0.40 | $232.50 |
| ADV. PROC. 17-155, 17-156, 17-159 AMBAC; ASSURED | 0.30 | $292.50 |
| ADV. PROC. 18-149 - FOMB v. PBA | 0.20 | $116.00 |
| CASE ADMINISTRATION/MISCELLANEOUS | 208.70 | $136,619.50 |
| CHALLENGES TO PROMESA | 33.80 | $31,246.50 |
| CLAIMS ISSUES | 7.70 | $7,827.00 |
| COMMITTEE GOVERNANCE AND MEETINGS | 99.80 | $110,549.50 |
| COMMUNICATIONS WITH RETIREES | 99.00 | $112,782.00 |
| COURT HEARINGS | 11.70 | $11,262.00 |
| ECONOMIC AND DISASTER RECOVERY ANALYSIS | 8.20 | $9,580.00 |
| EMPLOYMENT OF PROFESSIONALS (JENNER) | 58.80 | $40,855.00 |
| ERS BOND ISSUES | 800.30 | $666,778.00 |
| FEE APPLICATION AND STATEMENTS | 75.90 | $58,360.50 |
| FISCAL PLAN/PLAN OF ADJUSTMENT | 139.60 | $151,031.00 |
| GO BONDS ISSUES | 15.30 | $13,379.00 |
| MEDIATION | 28.10 | $30,386.50 |
| PREPA | 6.20 | $4,604.00 |
| RULE 2004 INVESTIGATION | 12.30 | $7,993.00 |
| NON-WORKING TRAVEL TIME | 109.00 | $110,895.00 |
| **Sub-Total*** | 1,723.90 | $1,511,129.00 |
| Less 15% Fee Discount on all matters (except Non-Working Travel) | | $210,035.19 |
| Less 50% Discount on Non-Working Travel | | $55,447.50 |
| **Total** | | **$1,245,646.31** |