# **EXHIBIT I**

**Detailed Expense Records for Jenner & Block**

# October 2019

LAW OFFICES
# JENNER & BLOCK LLP
353 N Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 9/10/19 | Special Search; INDEPENDENCE LEGAL SUPPORT, LLC; 09/10/2019, ILL: The Constitution in Congress - the Jeffersonians, 1801-1829. | 25.00 |
| 9/11/19 | Court Fees; Elan Corp Payment; 9/27/2019; Pripusich 9/19 Stmt; COURTSOLUTIONS; Court Call; 09/11/2019 | 70.00 |
| 9/13/19 | Special Search; INDEPENDENCE LEGAL SUPPORT, LLC; 09/13/2019, ILL: A treatise on the de facto doctrine in its relation to public officers and public corporations. (1910) | 25.00 |
| 9/16/19 | Special Search; INDEPENDENCE LEGAL SUPPORT, LLC; 09/16/2019, ILL: Puerto Rico - The trials of the oldest colony in the world (1997); ILL: Defining status - a comprehensive analysis of the US territorial relations (1989); expense and additional time fees | 105.00 |
| 9/26/19 | 09/26/2019 UPS Delivery Service 1Z05V0A3NW98893744 | 8.92 |
| 10/01/19 | Color Copy | .50 |
| 10/01/19 | B&W Copy | 18.10 |
| 10/02/19 | B&W Copy | 52.70 |
| 10/03/19 | B&W Copy | 6.20 |
| 10/07/19 | Washington Express Delivery Service 09/30/2019 | 15.90 |
| 10/07/19 | Washington Express Delivery Service 09/30/2019 | 23.04 |
| 10/07/19 | Other Professional Services; PACER SERVICE CENTER; 10/07/2019 PACER charges 7/1/19 to 9/30/19 | 36.60 |
| 10/07/19 | Other Professional Services; PACER SERVICE CENTER; 10/07/2019 PACER charges 7/1/19 - 9/30/19 | 18.40 |
| 10/07/19 | Pacer Charges; PACER SERVICE CENTER; 10/07/2019 PACER charges 7/1/19 to 9/30/19 | 9.80 |
| 10/10/19 | Travel, ROBERT D. GORDON, 09/24-26/2019; San Juan, PR; attend meeting; Internet connectivity. | 40.00 |
| 10/10/19 | Travel, ROBERT D. GORDON, 09/24-26/2019; San Juan, PR; attend meeting; Lodging. | 349.51 |
| 10/10/19 | Travel, ROBERT D. GORDON, 09/24-26/2019; San Juan, PR; attend meeting; Taxi charges. | 60.00 |
| 10/10/19 | Travel, ROBERT D. GORDON, 09/24-26/2019; San Juan, PR; attend meeting; Taxi charges. | 26.00 |
| 10/10/19 | Coach fare and flight change charge, ROBERT D. GORDON, 09/24-26/2019; San Juan, PR; attend meetings; airfare. | 814.00 |
| 10/10/19 | ROBERT D. GORDON, 09/24-26/2019; San Juan, PR; attend meetings; Four meals 9/24 - $40.00 (one attendee), 9/25 - $24.63 (one attendee), 9/25 - $160 (four attendees), and 9/26 - $39.86 (one attendee). | 264.49 |
| 10/10/19 | Travel, ROBERT D. GORDON, 09/24-26/2019; San Juan, PR; attend meetings; catering and boardroom rental, parking charges and teleconference. | 2,518.35 |
| 10/10/19 | Taxis, MELISSA M. ROOT, 10/03/2019; New York, NY; Hearing. 10/3 - $57.07, 10/3 - $52.90, 10/3 - $25.52. | 135.49 |

Page 31

LAW OFFICES
## JENNER & BLOCK LLP
353 N Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---:|
| 10/10/19 | Coach airfare, MELISSA M. ROOT, 10/03/2019; New York, NY; Hearing. | 591.60 |
| 10/10/19 | Color Copy | 3.25 |
| 10/10/19 | B&W Copy | 3.50 |
| 10/10/19 | B&W Copy | 5.20 |
| 10/11/19 | Other Professional Services; ALIX PARTNERS LLP; 10/11/2019; Invoice for Data Processing/Relativity, Hosting and Project Management Support Services for Sept 1, 2019 through Sept 30, 2019. | 2,550.75 |
| 10/11/19 | Color Copy | 4.75 |
| 10/11/19 | B&W Copy | 22.40 |
| 10/14/19 | 10/14/2019 UPS Delivery Service 1Z05V0A3NW96402634 | 7.90 |
| 10/15/19 | Taxis, CATHERINE L. STEEGE, 10/02-03/2019; New York, NY; attend hearing. 10/2 - $94.06, 10/3 - $30.30, 10/3 - $50.50 | 174.36 |
| 10/15/19 | Three meals. 10/2 - $40.00 (one attendee), 10/2 - $29.67 (one attendee), and 10/3 - $6.53 (one attendee), CATHERINE L. STEEGE, 10/02-03/2019; New York, NY; attend hearing. | 76.20 |
| 10/15/19 | Lodging, CATHERINE L. STEEGE, 10/02-03/2019; New York, NY; attend hearing. | 500.00 |
| 10/15/19 | Coach airfare, CATHERINE L. STEEGE, 10/02-03/2019; New York, NY; attend hearing. | 601.81 |
| 10/15/19 | B&W Copy | 2.10 |
| 10/16/19 | In-City Transportation, MARC B. HANKIN, 10/02/2019; taxi to Proskauer Rose for meeting with FOMB. | 42.21 |
| 10/16/19 | Coach airfare expense for M. Fabre, 0/15-17/2019; New York, NY; attend mediation meeting. | 407.40 |
| 10/16/19 | Travel, ROBERT D. GORDON, 09/24-26/2019; San Juan, PR; attend meeting; Taxi exenses. | 98.95 |
| 10/16/19 | Business Meals, ROBERT D. GORDON, 10/02/2019; Working Breakfast prior to information session. R. Gordon, F. del Castillo, S. Gumbs, and M. Hankin | 157.70 |
| 10/21/19 | Sunnys Worldwide Car Service for Melissa Root on 09/09/2019 from LaGuardia Airport to New York NY 10036 | 84.83 |
| 10/22/19 | B&W Copy | 3.60 |
| 10/23/19 | Color Copy | 59.25 |
| 10/23/19 | B&W Copy | 9.60 |
| 10/25/19 | In-City Transportation, DEVI M. RAO, 10/25/2019 | 7.83 |
| 10/28/19 | B&W Copy | 57.00 |
| 10/29/19 | In-City Transportation, ROBERT D. GORDON, 10/21/2019; attend meeting with GSG. | 26.15 |
| 10/29/19 | Soundpath Teleconferencing 09/18/2019 | 31.03 |
| 10/29/19 | Soundpath Teleconferencing 10/07/2019 | 32.37 |
| 10/29/19 | Soundpath Teleconferencing 09/27/2019 | 35.66 |
| 10/29/19 | Soundpath Teleconferencing 09/23/2019 | 43.29 |
| 10/29/19 | Soundpath Teleconferencing 09/20/2019 | 60.05 |
| 10/29/19 | Soundpath Teleconferencing 09/24/2019 | 79.73 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | |
|---|---|---:|
| 10/29/19 | Soundpath Teleconferencing 09/19/2019 | 91.00 |
| 10/29/19 | Soundpath Teleconferencing 09/16/2019 | 104.99 |
| 10/29/19 | Soundpath Teleconferencing 10/01/2019 | 253.74 |
| 10/29/19 | Business Meals, ROBERT D. GORDON, 10/21/2019; working dinner with H. Mayol. | 80.00 |
| 10/30/19 | 09/30/19 Quarterly Pacer Charge | .90 |
| 10/30/19 | 09/30/19 Quarterly Pacer Charge | 6.30 |
| 10/30/19 | 09/30/19 Quarterly Pacer Charge | 35.50 |
| 10/30/19 | 09/30/19 Quarterly Pacer Charge | 5.50 |
| 10/31/19 | Lexis Research | 181.24 |
| 10/31/19 | Lexis Research | 561.45 |
| 10/31/19 | Westlaw Research | 2,634.44 |
| 10/31/19 | Westlaw Research | 124.00 |
| 10/31/19 | Check Received From GFR Media LLC, check #714562. Group #53475. | -2,266.08 |
| 10/31/19 | Color Copy | 5.00 |
| | TOTAL DISBURSEMENTS | $ 12,221.45 |

MATTER 10113 TOTAL     $ 12,221.45

# November 2019

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                                                                                          **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---|
| 9/17/19 | Special Search; INDEPENDENCE LEGAL SUPPORT, LLC; 09/17/2019; Research/Retrieval: Chapter 28 from ▮▮▮▮▮▮▮▮▮ | 50.00 |
| 10/07/19 | Court Fees; PACER SERVICE CENTER; 10/07/2019 | 16.40 |
| 10/29/19 | Economy airfare, ROBERT D. GORDON, 11/11-12/2019; San Juan, PR; attend meeting. | 1,670.98 |
| 10/29/19 | Economy Airfare, ROBERT D. GORDON, 11/05-06/2019; San Juan, PR; attend meeting. | 1,744.40 |
| 11/01/19 | Color Copy | 3.00 |
| 11/01/19 | B&W Copy | .10 |
| 11/04/19 | B&W Copy | 35.40 |
| 11/05/19 | B&W Copy | 876.30 |
| 11/06/19 | B&W Copy | 36.50 |
| 11/08/19 | Color Copy | 44.25 |
| 11/08/19 | B&W Copy | 13.30 |
| 11/12/19 | In-City Transportation, DEVI M. RAO, 10/15/2019; Lyft from Supreme Court to office. | 7.83 |
| 11/12/19 | B&W Copy | 114.80 |
| 11/13/19 | Economy Airfare, ROBERT D. GORDON, 11/05-06/2019; San Juan, PR; attend meeting. | 198.70 |
| 11/13/19 | Travel, ROBERT D. GORDON, 11/11-12/2019; San Juan, PR; attend meeting. Flight change fee. | 235.00 |
| 11/13/19 | Travel, ROBERT D. GORDON, 11/05-06/2019; San Juan, PR; attend meeting. In-flight wi-fi. | 40.00 |
| 11/14/19 | Other Professional Services; ALIX PARTNERS LLP; 11/14/2019; Relativity vendor invoice for services 10/1/19 - 10/31/19. | 2,400.75 |
| 11/14/19 | Travel, ROBERT D. GORDON, 11/05-06/2019; San Juan, PR; attend meeting; Taxi charges (11/5 - $26.00 and 11/6 - $66.36. | 92.36 |
| 11/14/19 | Travel, ROBERT D. GORDON, 11/05-06/2019; San Juan, PR; attend meeting; Lodging charges. | 189.82 |
| 11/14/19 | Travel, ROBERT D. GORDON, 11/05-06/2019; San Juan, PR; attend meeting; Meal charges. | 46.04 |
| 11/14/19 | Economy airfare, ROBERT D. GORDON, 10/29-30/2019; San Juan, PR; attend meeting; Airfare charges. | 317.40 |
| 11/14/19 | Travel, ROBERT D. GORDON, 11/05-06/2019; San Juan, PR; attend meeting; Catering, boardroom rental and psav equipment rental expenses. | 6,082.04 |
| 11/14/19 | Travel, ROBERT D. GORDON, 11/11-12/2019; San Juan, PR; attend meeting; Lodging charges. | 243.36 |
| 11/14/19 | B&W Copy | 39.90 |
| 11/15/19 | Postage Expense | 313.55 |
| 11/15/19 | Travel, ROBERT D. GORDON, 10/19/2019; In-flight wi-fi. | 9.95 |

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---:|
| 11/15/19 | Travel, ROBERT D. GORDON, 11/11-12/2019; San Juan, PR; attend meeting. In-flight Wi-fi. | 29.95 |
| 11/15/19 | Travel, ROBERT D. GORDON, 11/07/2019; San Juan, PR; attend meeting. In-flight Wi-fi. | 10.00 |
| 11/15/19 | Travel, ROBERT D. GORDON, 11/05-06/2019; San Juan, PR; attend meeting. Taxi charges (in New York). | 80.10 |
| 11/15/19 | B&W Copy | 1,436.60 |
| 11/16/19 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 11/16/2019; Spanish/English translation 10/30/19. | 2,490.00 |
| 11/16/19 | 11/16/2019 UPS Delivery Service 1Z6134380197177050 | 52.77 |
| 11/16/19 | 11/16/2019 UPS Delivery Service 1Z6134380199040069 | 38.91 |
| 11/19/19 | Sunnys Worldwide Car Service for Melissa Root on 10/03/2019 from LaGuardia Airport to New York NY 10036 | 84.83 |
| 11/20/19 | B&W Copy | 15.60 |
| 11/20/19 | B&W Copy | 14.80 |
| 11/21/19 | B&W Copy | .60 |
| 11/22/19 | B&W Copy | 49.00 |
| 11/25/19 | Travel, ROBERT D. GORDON, 11/12/2019; Boardroom, catering and PSAV expense for 11/12 meeting with COR. | 4,372.73 |
| 11/25/19 | B&W Copy | 115.20 |
| 11/26/19 | Soundpath Teleconferencing 11/08/2019 | 22.35 |
| 11/26/19 | Soundpath Teleconferencing 10/30/2019 | 34.27 |
| 11/26/19 | Soundpath Teleconferencing 10/24/2019 | 37.53 |
| 11/26/19 | Soundpath Teleconferencing 11/12/2019 | 112.52 |
| 11/26/19 | Soundpath Teleconferencing 10/14/2019 | 112.90 |
| 11/26/19 | Soundpath Teleconferencing 11/06/2019 | 133.77 |
| 11/26/19 | B&W Copy | 477.00 |
| 11/27/19 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 11/27/2019; Spanish/English translation 11/12/19. | 2,490.00 |
| 11/27/19 | Taxi expense, LANDON S. RAIFORD, 11/20-21/2019; New York, NY; meet with experts. (11/20 - $47.33, $57.50, $71.15; 11/21 - $63.30) | 239.28 |
| 11/27/19 | Lodging, LANDON S. RAIFORD, 11/20-21/2019; New York, NY; meet with experts. | 449.30 |
| 11/27/19 | Airfare, LANDON S. RAIFORD, 11/20-21/2019; New York, NY; meet with experts. (Economy airfare.) | 809.60 |
| 11/30/19 | Westlaw Research | 927.52 |
| | TOTAL DISBURSEMENTS | $ 29,459.26 |

MATTER 10113 TOTAL $ 29,459.26

# December 2019

LAW OFFICES
# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**  **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 9/24/19 | Special Search; INDEPENDENCE LEGAL SUPPORT, LLC; 09/24/2019; Research/Attempt retrieval: Abbe de Fountaine, 9 Hen, VI 32 (1431). | 25.00 |
| 10/30/19 | Court Fees; Elan Corp Payment; 11/27/2019; Pripusich 11/19 Stmt; COURTSOLUTIONS Hearing 10/30/2019 | 70.00 |
| 11/22/19 | 11/22/2019 UPS Delivery Service 1Z05V0A34497354025 | 40.22 |
| 11/26/19 | 11/26/2019 UPS Delivery Service 1Z6134380198303376 | 18.94 |
| 11/26/19 | 11/26/2019 UPS Delivery Service 1Z6134380199331763 | 7.66 |
| 12/02/19 | In-City Transportation, KATHERINE ROSOFF, 12/02/20 19 | 20.90 |
| 12/02/19 | Overtime Dinner Expense, KATHERINE ROSOFF, 11/25/2019 | 20.00 |
| 12/03/19 | B&W Copy | 6.20 |
| 12/04/19 | 12/04/2019 UPS Delivery Service 1Z05V0A3NW97799394 | 29.25 |
| 12/05/19 | US Messenger & Logistics 11/15/2019 | 56.29 |
| 12/05/19 | B&W Copy | 13.10 |
| 12/09/19 | Taxis while in Boston (12/3 - $50.00, 12/3 $25.00 and 12/4 - $55.00), CATHERINE L. STEEGE, 12/03-04/2019; Boston, MA; 1st Circuit Argument. | 130.00 |
| 12/09/19 | Meal while in Boston (12/4 - $18.19 (breakfast) and 12/4 - $40.00 (lunch), CATHERINE L. STEEGE, 12/03-04/2019; Boston, MA; 1st Circuit Argument. | 58.19 |
| 12/09/19 | Lodging, CATHERINE L. STEEGE, 12/03-04/2019; Boston, MA; 1st Circuit Argument. | 350.00 |
| 12/09/19 | Coach airfare, CATHERINE L. STEEGE, 12/03-04/2019; Boston, MA; 1st Circuit Argument. | 253.99 |
| 12/09/19 | Internet connectivity expense while in Boston, MELISSA M. ROOT, 12/03-04/2019; Boston, MA; Hearing. | 28.00 |
| 12/09/19 | Taxi expense while in Boston (12/4 - $57.25, 12/4 - $14.57, 12/4 - $8.88), MELISSA M. ROOT, 12/03-04/2019; Boston, MA; Hearing. | 80.70 |
| 12/09/19 | Meals while in Boston (12/3 - $14.98 (breakfast), 12/3 - $40.00 (lunch) and 12/3 - $38.00 (dinner), MELISSA M. ROOT, 12/03-04/2019; Boston, MA; Hearing. | 92.98 |
| 12/09/19 | Lodging, MELISSA M. ROOT, 12/03-04/2019; Boston, MA; Hearing. | 350.00 |
| 12/09/19 | Coarch airfare, MELISSA M. ROOT, 12/03-04/2019; Boston, MA; Hearing. | 253.99 |
| 12/09/19 | B&W Copy | 22.80 |
| 12/10/19 | Coach fare from Detroit to JFK to board flight to San Juan, ROBERT D. GORDON, 12/16-17/2019; New York, NY to San Juan, PR; attend meeting. | 298.00 |
| 12/10/19 | Coach fare to and from San Juan, ROBERT D. GORDON, 12/16-17/2019; San Juan, PR; attend meeting. | 637.40 |
| 12/10/19 | B&W Copy | 5.30 |
| 12/12/19 | Court Fees; Elan Corp Payment; 12/27/2019; Pripusich 12/19 Stmt; COURTSOLUTIONS Court Solutions 12/12/2019 | 70.00 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---|
| 12/12/19 | Other Professional Services; ALIX PARTNERS LLP; 12/12/2019; Relativity Vendor invoice for services 11/1/19 - 11/30/19. | 2,400.75 |
| 12/16/19 | B&W Copy | 10.20 |
| 12/17/19 | Postage Expense | 74.75 |
| 12/17/19 | B&W Copy | 115.60 |
| 12/17/19 | 12/17/2019 UPS Delivery Service 1Z6134380191851288 | 7.66 |
| 12/17/19 | 12/17/2019 UPS Delivery Service 1Z6134380194182291 | 18.94 |
| 12/19/19 | Taxi expenses (12/10 - $35.38, 12/10 - $26.00, 12/11 - $15.39, 12/11 - $7.33, 12/12 - $9.56) , LANDON S. RAIFORD, 12/10-12/19; San Juan, PR; Attending hearing. | 93.66 |
| 12/19/19 | Internet connectivity, LANDON S. RAIFORD, 12/10-12/19; San Juan, PR; Attending hearing. | 5.52 |
| 12/19/19 | Meal, LANDON S. RAIFORD, 12/10-12/19; San Juan, PR; Attending hearing. | 15.83 |
| 12/19/19 | Lodging, LANDON S. RAIFORD, 12/10-12/19; San Juan, PR; Attending hearing. | 350.00 |
| 12/19/19 | First class airfare (note - coach fare was more expensive than first class fare), LANDON S. RAIFORD, 12/10-12/19; San Juan, PR; Attending hearing. | 1,132.40 |
| 12/21/19 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 12/21/2019; Spanish/English Translation 12/17/2019. | 1,495.00 |
| 12/30/19 | Soundpath Teleconferencing 11/27/2019 | 48.67 |
| 12/30/19 | Soundpath Teleconferencing 12/02/2019 | 56.76 |
| 12/30/19 | Taxi home from airport, ROBERT D. GORDON, 11/11-12/19; San Juan, PR; Attend meeting. | 68.76 |
| 12/30/19 | B&W Copy | 2.30 |
| 12/31/19 | Westlaw Research | 178.26 |
| 12/31/19 | Pacer Charges; PACER SERVICE CENTER; 12/31/2019 | 1.00 |
| 12/31/19 | B&W Copy | 2.90 |
| | TOTAL DISBURSEMENTS | $ 9,017.87 |

MATTER 10113 TOTAL $ 9,017.87

# January 2020

LAW OFFICES
JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**           **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 1/06/20 | B&W Copy | 50.50 |
| 1/07/20 | Other Professional Services; PACER SERVICE CENTER; 01/07/2020 | 5.90 |
| 1/07/20 | Other Professional Services; PACER SERVICE CENTER; 01/07/2020 | 27.00 |
| 1/07/20 | Travel, ROBERT D. GORDON, 12/12/2019; in flight wifi. | 10.00 |
| 1/07/20 | Lodging, ROBERT D. GORDON, 12/16/2019; lodging for Juan Ortiz to attend 12/17 Retiree Committee meeting. | 243.36 |
| 1/07/20 | Lodging, ROBERT D. GORDON, 12/16-17/2019; San Juan, PR; attend meetings. | 256.23 |
| 1/07/20 | In flight wifi, ROBERT D. GORDON, 12/16/2019; San Juan, PR; attend meetings. | 29.95 |
| 1/07/20 | Taxi expense, ROBERT D. GORDON, 12/16-17/2019; San Juan,PR; attend meetings. (12/16-$20.00, $20.00 and 12/17-$82.40) | 122.40 |
| 1/07/20 | Meals, ROBERT D. GORDON, 12/16-17/2019; San Juan, PR; atend meetings. (12/16/20 - $217.85 Meal, R. Gordon, AJ. Bennazar, H. Mayol, ▇▇▇▇▇ S. Gumbs, A. Heeren and K. Hanifin) (12/17/20 - $40.00 Meal, R. Gordon) | 257.85 |
| 1/07/20 | B&W Copy | 11.40 |
| 1/08/20 | B&W Copy | 36.00 |
| 1/08/20 | 01/08/2020 UPS Delivery Service 1Z6134380191005362 | 19.58 |
| 1/08/20 | 01/08/2020 UPS Delivery Service 1Z6134380193948359 | 15.50 |
| 1/09/20 | Color Copy | 67.00 |
| 1/10/20 | Boardroom rental, catering, pvac equipment, ROBERT D. GORDON, 12/16-17/2019; San Juan | 2,896.72 |
| 1/10/20 | B&W Copy | 3.40 |
| 1/13/20 | Taxi, ROBERT D. GORDON, 12/16-17/2019; San Juan, PR; attend meeting. | 25.13 |
| 1/13/20 | B&W Copy | 23.30 |
| 1/14/20 | B&W Copy | 183.70 |
| 1/14/20 | 01/14/2020 UPS Delivery Service 1Z6134380197706326 | 19.54 |
| 1/14/20 | 01/14/2020 UPS Delivery Service 1Z6134380198887531 | 36.42 |
| 1/14/20 | 01/14/2020 UPS Delivery Service 1Z6134381596607712 | 139.90 |
| 1/16/20 | Other Professional Services; ALIX PARTNERS LLP; 01/16/2020; Relativity Vendor invoice for services 12/1/19 - 12/31/19. | 3,730.25 |
| 1/16/20 | Color Copy | 1.75 |
| 1/16/20 | B&W Copy | 102.90 |
| 1/17/20 | Taxi, LANDON S. RAIFORD, 01/15/2020; Boston, MA; Attend hearing. (1/15-$31.68, $20.68 and $52.00) | 104.36 |
| 1/17/20 | Coach Airfare, LANDON S. RAIFORD, 01/15/2020; Boston, MA; Attend hearing. | 300.00 |
| 1/17/20 | B&W Copy | 58.50 |

**LAW OFFICES**
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | |
|---|---|---:|
| 1/21/20 | B&W Copy | 4.80 |
| 1/21/20 | B&W Copy | 250.90 |
| 1/22/20 | B&W Copy | 14.00 |
| 1/22/20 | 01/22/2020 UPS Delivery Service 1Z6134380196563090 | 7.92 |
| 1/22/20 | 01/22/2020 UPS Delivery Service 1Z6134380198212509 | 7.92 |
| 1/22/20 | 01/22/2020 UPS Delivery Service 1Z6134380198472514 | 19.58 |
| 1/24/20 | Taxis, MELISSA M. ROOT, 01/15/2020; Boston, MA; meetings (1/15 - $32.17 and $55.00). | 87.17 |
| 1/24/20 | Meal, MELISSA M. ROOT, 01/15/2020; Boston, MA; meetings ($13.83 Meal, M. Root. $58.50 Meal, M. Root and L. Raiford). | 72.33 |
| 1/24/20 | Coach Airfare, MELISSA M. ROOT, 01/15/2020; Boston, MA; meetings | 300.00 |
| 1/27/20 | In-City Transportation, ADAM T. SWINGLE, 01/23/2020; overtime | 8.49 |
| 1/27/20 | B&W Copy | 99.40 |
| 1/28/20 | Color Copy | 1.00 |
| 1/28/20 | B&W Copy | 9.80 |
| 1/28/20 | B&W Copy | 17.40 |
| 1/29/20 | Soundpath Teleconferencing 01/06/2020 | 57.79 |
| 1/29/20 | Soundpath Teleconferencing 12/17/2019 | 69.79 |
| 1/29/20 | Color Copy | 11.50 |
| 1/29/20 | 12/31/19 Quarterly Pacer Charge | 4.90 |
| 1/29/20 | 12/31/19 Quarterly Pacer Charge | 1.70 |
| 1/29/20 | 12/31/19 Quarterly Pacer Charge | 17.80 |
| 1/29/20 | 12/31/19 Quarterly Pacer Charge Void Check # - 000303203 | -4.90 |
| 1/29/20 | 12/31/19 Quarterly Pacer Charge Void Check # - 000303203 | -1.70 |
| 1/29/20 | 12/31/19 Quarterly Pacer Charge Void Check # - 000303203 | -17.80 |
| 1/29/20 | B&W Copy | .30 |
| 1/30/20 | In-City Transportation, KATHERINE ROSOFF, 01/27-28/2020; overtime | 38.56 |
| 1/30/20 | Overtime Dinner Expense, KATHERINE ROSOFF, 01/27/2020 | 20.00 |
| 1/30/20 | B&W Copy | 4.10 |
| 1/31/20 | Lexis Research | 557.72 |
| 1/31/20 | Westlaw Research | 1,380.72 |
| 1/31/20 | Westlaw Research | 281.42 |
| | TOTAL DISBURSEMENTS | $ 12,101.15 |

MATTER 10113 TOTAL $ 12,101.15