# Exhibit A

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## [PROPOSED] ORDER GRANTING URGENT MOTION TO MODIFY BRIEFING SCHEDULES

Upon consideration of the *Urgent Motion to Modify Briefing Schedules* (the "Urgent Motion")[2] filed by the Ad Hoc Group of General Obligation Bondholders; and the Court having jurisdiction to consider the Urgent Motion and the relief requested therein pursuant to PROMESA section 306(a); it appearing that venue is proper pursuant to PROMESA section 307(a); and the Court having found that the relief requested in the Urgent Motion is in the best interests of the Debtors, their creditors, and other parties in interest; and the Court having found

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III Case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as bankruptcy case numbers due to software limitations).

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Urgent Motion.

that the GO Group provided adequate and appropriate notice of the Urgent Motion under the circumstances and that no other or further notice is required; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Urgent Motion is GRANTED to the extent set forth herein.

2. The deadline for responses or objections to the Cross-Motion is hereby extended until 5:00 p.m. (Atlantic Standard Time) on **March 20, 2020**.

3. The deadline for replies or statements in support of the Cross-Motion is hereby extended until 5:00 p.m. (Atlantic Standard Time) on **March 30, 2020**.

4. The deadline for the UCC to file its reply in support of the UCC Motion is hereby extended until 5:00 p.m. (Atlantic Standard Time) on **March 20, 2020**.

5. The Court shall retain exclusive jurisdiction to hear and determine any and all disputes related to or arising from the implementation, interpretation, and enforcement of this order.

SO ORDERED.

Dated: March _____, 2020

                                                                                           _____
HON. LAURA TAYLOR SWAIN
United States District Judge