**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

2020 MAR 16 PM 2:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Maldonado Nazario, Marta E. | 114260 | 6/29/2018 | Commonwealth of Puerto Rico | ~~$0.00~~ 20,400.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Maldonado Nazario, Marta E. | 114260 | 6/29/2018 | Commonwealth of Puerto Rico | ~~$0.00~~ $20,400.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

*Marta E. Maldonado Nazario*

001045



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-022
Rev. marzo 2017

Estimado(a) participante MARTA E. MALDONADO NAZARIO

De acuerdo a nuestros registros, el balance de aportaciones acumuladas en el SRM es de aproximadamente $66,150.43 al 20 de febrero de 2020. Las aportaciones han devengado intereses por $18,931.24 para un total de cuotas e intereses de $85,081.67.

El tiempo acreditado es de aproximadamente 30 año(s), 5 mes(es), 2 semana(s), 0 día(s).

Los pagos realizados por planes de pago, recaudaciones o pagos pendientes pueden no estar considerados en estos balances. Además, esta información puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el patrono y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema.

Estos cálculos son preliminares, están sujetos a verificación y ajustes cuando radique su Solicitud de Retiro. Deberá permanecer cotizando en el SRM hasta la fecha que proyecta retirarse.

Atentamente,

Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879

☏ 787.777.1414     ✉ 787.759.2883     www.srm.pr.gov



| 080 Dept. de Educacion - Maestros<br>Avenida Teniente Cesar Gonzalez<br>Esquina Calaf<br>HATO REY, PR 00919 | | | Grupo de Pago:<br>Desde:<br>Hasta: | SM -Quincenal<br>01/23/2020<br>02/05/2020 | | Aviso #:<br>Fecha Aviso: | 5866429<br>01/30/2020 |
|---|---|---|---|---|---|---|---|
| MARTA E MALDONADO NAZARIO<br>PO BOX 522<br>VILLALBA, PR 00766-0522<br>SS: -1453 | | # Empleado:<br>Dept:<br>Lugar:<br>Titulo:<br>Sueldo: | :<br>8005137-SANTA ISABEL-PONCE<br>HATILLO<br>DEPARTAMENTO DE EDUCACION<br>$2,871.67 Monthly | | DATA IMP:<br>Estado Civil:<br>Concesiones:<br>Pct. Adcl.:<br>Cant. Adcl.: | Federal<br>Married<br>0 | PR<br>Head of Household<br>2 |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,435.84 | 126.00 | 2,871.68 |
| **Total:** | | | 1,435.84 | 126.00 | 2,871.68 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 20.82 | 41.64 |
| PR Withholding | 36.84 | 73.68 |
| **Total:** | 57.66 | 115.32 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 129.23 | 258.46 |
| **Total:** | 129.23 | 258.46 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 30.00 | 60.00 |
| SC-TRANS OCEANIC LIFE | 3.95 | 7.90 |
| OS-AMPR LOCAL SIND NO AFIL | 4.25 | 8.50 |
| Ahorros-AEELA | 43.08 | 86.16 |
| **Total:** | 81.28 | 162.56 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 120.00 | 120.00 |
| FSED Disability Plan | 24.41 | 48.82 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,435.84 | 0.00 | 57.66 | 210.51 | 1,167.67 |
| Acumulado: | 2,871.68 | 0.00 | 115.32 | 421.02 | 2,335.34 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5866429 | 1,167.67 |
| Total: | 1,167.67 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Dept. de Educacion - Maestros
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
01/30/2020

Aviso No.
5866429

Cant. Deposito: $1,167.67

A la
Cuenta(s) De

MARTA E MALDONADO NAZARIO
PO BOX 522
VILLALBA, PR 00766-0522

Localizacion: HATILLO

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXX | 1,167.67 |
| Total: | | 1,167.67 |

## NO-NEGOCIABLE

| 080 Dept. de Educacion - Maestros<br>Avenida Teniente Cesar Gonzalez<br>Esquina Calaf<br>HATO REY, PR 00919 | | | Grupo de Pago:<br>Desde: 02/06/2020<br>Hasta: 02/20/2020 | SM -Quincenal | | Aviso #: 6116595<br>Fecha Aviso: 02/14/2020 | |
|---|---|---|---|---|---|---|---|
| MARTA E MALDONADO NAZARIO<br>PO BOX 522<br>VILLALBA, PR 00766-0522<br>SS: -1453 | | # Empleado:<br>Dept: 8005137-SANTA ISABEL-PONCE<br>Lugar: HATILLO<br>Titulo: DEPARTAMENTO DE EDUCACION<br>Sueldo: $2,871.67 Monthly | | | DATA IMP:<br>Estado Civil:<br>Concesiones:<br>Pct. Adcl.:<br>Cant. Adcl.: | Federal<br>Married<br>0 | PR<br>Head of Household<br>2 |

### HORAS E INGRESOS

| | | ---- Corriente ---- | | ---- Acumulado ---- | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,435.84 | 192.00 | 4,307.52 |
| Total: | | | 1,435.84 | 192.00 | 4,307.52 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 20.82 | 62.46 |
| PR Withholding | 36.84 | 110.52 |
| Total: | 57.66 | 172.98 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 129.23 | 387.69 |
| Total: | 129.23 | 387.69 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 30.00 | 90.00 |
| SC-TRANS OCEANIC LIFE | 3.95 | 11.85 |
| OS-AMPR LOCAL SIND NO AFIL | 4.25 | 12.75 |
| Ahorros-AEELA | 43.08 | 129.24 |
| Total: | 81.28 | 243.84 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 24.41 | 73.23 |
| SM-First Medical Health Plan | 0.00 | 120.00 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,435.84 | 0.00 | 57.66 | 210.51 | 1,167.67 |
| Acumulado: | 4,307.52 | 0.00 | 172.98 | 631.53 | 3,503.01 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #6116595 | 1,167.67 |
| Total: | 1,167.67 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Dept. de Educacion - Maestros
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
02/14/2020

Aviso No.
6116595

Cant. Deposito: $1,167.67

A la
Cuenta(s) De

MARTA E MALDONADO NAZARIO
PO BOX 522
VILLALBA, PR 00766-0522

Localizacion: HATILLO

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXX | 1,167.67 |
| Total: | | 1,167.67 |

## NO-NEGOCIABLE



# DEPARTAMENTO DE EDUCACIÓN
### Department of Education

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

## Certificado Vitalicio
### Life Certificate

El Secretario de Educación por la presente confiere a
*The Secretary of Education hereby issues to*

**MARTA EVELYN MALDONADO NAZARIO**

el presente Certificado de Maestro que lo faculta para ejercer como
*this Certificate that entitles the holder to perform as*

**MAESTRA DE ESCUELA ELEMENTAL**

**ELEMENTARY SCHOOL TEACHER**

en las escuelas públicas o privadas de Puerto Rico.
*in the School System of Puerto Rico.*

Expedido el    30 de septiembre    de 19 98
Issued on      September 30,          19   98

Dado en San Juan de Puerto Rico, el    9 de noviembre de 19 98
Given at San Juan, Puerto Rico on      November 9,        19   98

Víctor R. Fajardo Vélez
Secretario de Educación
*Secretary of Education*

Número 410                                         Number 410



# CERTIFICADO DE MAESTRO

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE INSTRUCCIÓN PÚBLICA
SAN JUAN DE PUERTO RICO

## LA SECRETARIA DE INSTRUCCIÓN PÚBLICA

POR LA PRESENTE CONFIERE A:

MARTA E. MALDONADO NAZARIO

EL PRESENTE CERTIFICADO DE MAESTRO QUE LO FACULTA PARA EJERCER COMO

MAESTRA DE ESCUELA ELEMENTAL

EN LAS ESCUELAS PÚBLICAS O PRIVADAS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

EXPEDIDO DESDE 13 de julio DE 19 86 HASTA 30 de junio DE 19 92.

DADO EN SAN JUAN DE PUERTO RICO EL 22 de octubre DE 19 86

Número 4672

_____
SECRETARIA DE INSTRUCCIÓN PÚBLICA



## DEPARTAMENTO DE EDUCACIÓN
ESTADO LIBRE ASOCIADO DE PUERTO RICO

# Certificado de Maestro
## El Secretario de Educación

Por la presente confiere a

MARTA E. MALDONADO NAZARIO

El presente Certificado de Maestro que lo faculta para ejercer como

MAESTRA DE ESCUELA ELEMENTAL

en las escuelas públicas o privadas del Estado Libre Asociado de Puerto Rico.

Expedido desde 1 de julio de 19 92 hasta 30 de junio de 19 98.

Dado en San Juan de Puerto Rico, el 24 de junio de 19 93.

Número 4020

Secretario de Educación

# CATHOLIC UNIVERSITY OF PUERTO RICO

PONCE, PUERTO RICO

## MARTA EVELYN MALDONADO NAZARIO

HAVING SATISFACTORILY COMPLETED ALL REQUIREMENTS OF THIS INSTITUTION AS PRESCRIBED IN ITS FOUR YEAR COURSE OF STUDY, AND HAVING BEEN RECOMMENDED BY THE FACULTY OF THE INSTITUTION AND APPROVED BY ITS BOARD OF TRUSTEES, AND HAVING COMPLIED WITH ALL THE PROVISIONS OF THE LAW AND OF UNIVERSITY ORDINANCES, IS HEREBY ADMITTED BY THE UNIVERSITY TO THE DEGREE OF

## BACHELOR OF SCIENCE IN ELEMENTARY EDUCATION

AND IS ENTITLED TO ALL RIGHTS AND PRIVILEGES PERTAINING TO THAT DEGREE IN WITNESS WHEREOF THE GRAND CHANCELLOR AND THE PRESIDENT OF THE UNIVERSITY AFFIX THE SEAL OF THE UNIVERSITY AND GRANT THIS DEGREE AT PONCE, PUERTO RICO, MAY 30, 1986.



*Cum Laude*

GRAND CHANCELLOR

PRESIDENT