Marta E. Maldonado Nazario
Bo. Camarones 10074 carr. 560
Villalba PR, 00766-9113

RETURN RECEIPT REQUESTED

CERTIFIED MAIL
7018 2290 0000 2774 2863

U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
FEB 21, 20
AMOUNT
$8.00
R2303S101580-02

RECEIVED & FILED
2020 MAR 16 PM 2:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

RETURN RECEIPT REQUESTED

Secretaria (clerk's office)
Tribunal de Distrito de Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RETURN RECEIPT REQUESTED