Margarita Nieves Rivas
Reclamación 97766

Date Filed: June 27, 2018

Case Number: 17-03283-LTS

Debators: Commonwealth of Puerto Rico

Asserted Claim: Undetermined

Asunto:

    Envió de réplica a la objeción global a la Secretaria del Tribunal de distrito de los Estados Unidos para el Distrito de Puerto Rico

Numero de Reclamación

    97766

Nombre: Margarita Nieves Rivas

Dirección Postal

    Po Box 515

    Patillas, Puerto Rico 00723-0515

Dirección Física

    Carretera 757 Km. 9.1

    Barrio Mamey

    Patillas, Puerto Rico 00723

Teléfono

    (787) 312 8269

Correo Electrónico

    margaritanievesrivas65@gmail.com

Epígrafe

    Tribual de Distrito de los Estados Unidos para el distrito de Puerto Rico.



Margarita Nieves Rivas
Reclamación 97766

Nombre de los deudores:

   Estado Libre Asociado de Puerto Rico

Numero de Procedimiento

   17-03283-LTS

Título de la Objeción

   Notificación de la centésima decima Primera Objeción Global

Numero de la reclamación

   97766

Nota:

En cada libro enviado, aparece un número de " Proof of Claim" diferente, por tal razón aparece un duplicado. A continuación los "Proof of Claim":

   129713

   110907

   90048

   88214

   106406

   89669

Motivos:

Los motivos por la que el Tribunal no debe declarar no a lugar la Objeción Global en la relación a mi reclamación

1- Tengo derecho a reclamar en mi número de reclamo 97766
2- Esta agencia me garantizaba un aumento de sueldo anual que nunca se efectuó ya que procedían a congelarlos.
3- Trabaje para el Departamento de Educación de Puerto Rico desde 1982 – 2014.
4- Soy maestra jubilada que trabajo por 30 años y 3 meses.
5- Estuve activa en la Carrera Magisterial para ser una maestra: "High Qualify Teacher "
6- Completé la información que se me requirió.
7- El monto de mi reclamación es de $ 66,500.00 más a la que tenga derecho.

*[signature]*

Margarita Nieves Rivas
Reclamación 97766

(Ley 96) 1 de julio de 2002

    Concede un aumento de sueldo de cien dólares a los empleados públicos del Gobierno Central del Estado Libre Asociado de Puerto Rico, efectivo el 1ro de julio de 2002. Los maestros activos en el gobierno al 30 de junio de 2002, se les violento la sección 7 y 16 de nuestra constitución, "Igual paga por igual trabajo e Igual protección de las Leyes.

( Ley Carrera Magisterial)

    Aumento de $500 a los maestros que completen maestría. Fue cancelado por 4 años debido a la Ley 7. Me gradué en junio del 2007, no cobre hasta el 2011. Violaron mis derechos y me quede con un préstamo de estudiante

(Ley numero 164 [2003])

    El 22 de julio de 2003, conceden un aumento de $100 a los empleados Públicos del Gobierno de Puerto Rico, efectivo el 1ro de enero de 2004.

Documentación Justificativa

    A continuación le envió copia de la justificación y original del documento en relación a mi reclamación 97766.

*[signature]*

Margarita Nieves Rivas
Reclamación 97766

1- Clerks Office

United States District Court

Room 150 Federal Building

San Juan Puerto Rico, 00918-1767

2- Counsel for the Oversight Board

Proskaver Rose LLP

Evelyn Times Square

New York, New York 10036-8299

Attn: Martin J. Bienenstock

Paul V. Possinger

Ehud Barak

Maja Zerjal

3- Counsel for the Creditors Committee
Paul Hasting LLP
200 Park Avenue
New York, New York 10166
Attn: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

*RECEIVED & FILED*
*2020 MAR -3 PM 5:45*
*CLERK'S OFFICE*
*U.S. DISTRICT COURT*
*SAN JUAN P.R.*

*[signature]*