4 de marzo de 2020



**De:** María de Lourdes Medina García

**Dirección Residencial:** Urb. La Fe
Calle 13 G- 19
Juana Díaz, P.R. 00795

**Dirección Postal:** HC-04 Box 22013
Juana Díaz, PR. 00795

**Teléfono de contacto:** (787) 930-0322

**A:** Tribunal de Distrito de los Estados Unidos
San Juan, Puerto Rico

**Deudor:** Commonwealth of Puerto Rico

**Procedimiento:** 17 BK 3283- LTS.

**Título Objeción Global**: Centésimo décima tercera objeción global

**# reclamación:** 95121

   Yo, Sra. María de Lourdes Medina García reclamo lo que tengo en derecho a reclamar por los años trabajados y comprendidos en el Sistema de Gobierno del Estado Libre Asociado de P.R. desde el año 1983 hasta el 2010. En dichos años fueron aprobadas leyes concediendo beneficios y aumentos salariales a la clase trabajadora del país, los cuales no me fueron concedidos, ni pagados.

**Leyes que fueron aprobadas:**

**Ley 96**  1 de julio de 2002 – $100.00 mensual
Aprobado por la Ex Gobernadora Sila M. Calderón
Importe aproximado adeudado **$10,000.00**
( julio 2002- diciembre 2010)

**Ley 89**  12 de julio de 1979 – Retribución de uniforme
$50.00 mensual
Importe aproximado adeudado **$16,350.00**
( agosto 1983 –diciembre 2010)

**Ley 164**  22 de julio de 2003 – Efectivo a Enero del 2004
$100.00 mensual
Importe aproximado adeudado **$7,200.00**
( enero 2004- diciembre 2010)