MARIA MEDINA Garcia
HC-04 Box 22013
Juana Diaz P.R
00795-9611




CLERK'S Office
UNITED STATES DisTrict COURT
Room 150 FEDERAL BLDG
SAN JUAN P.R. 00918-1767




RETURN RECEIPT REQUESTED