Réplica de Objeción Global



Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

Re: Reclamación Objeción Global establecido por el Tribunal el 12 de diciembre de 2019. Referente al dinero no pagado por el Estado Libre Asociado de Puerto Rico.

- Numero de procedimiento 17BK03283LTS
- Deudor- Commonwealth of Puerto Rico
- Numero de Reclamación – 55230 – Romerazo Centésima Decima Cuarta Objeción Global de 12 de julio de 1979 – Retribución Uniforme.
- Tribunal de Distrito de los Estados Unidos San Juan, Puerto Rico.
- Los intereses de dinero dejado de devengar. Así como otras leyes aprobadas, que no se me otorgo el dinero que me correspondía.

Nombre – Martha E. Pérez Santiago
       Urb. El Madrigal calle 3 D 11
       Ponce, Puerto Rico 00730-1410
       Email: rlojlo1103@yahoo.com

El Tribunal no puede declarar a lugar la objeción global en relación a mis reclamos en base al derecho y hecho de dinero no pagado por el Estado Libre Asociado de Puerto Rico, siendo empleada del Departamento de Educación de Puerto Rico durante los años que se firmaron estas leyes.

Incluyo: Información desde que comencé a trabajar con el Departamento de Educación y fecha de mi jubilación hasta fecha actual.
1. Certificado del Sistema de Retiro para Maestros de años trabajados.
2. Documento #271-2-TCR-Certifiacdo de junio 14 de 1983 de Departamento de Educación de Puerto Rico.

Espero que esta información sometida pueda ayudar al Comité de Acreedores y a la Junta de Supervisión. Tengo derecho por ley al monto de reclamación que radiqué en junio de 2018 por Título Ley Promesa.

Respetuosamente,

*Sra. Martha E. Pérez Santiago* (firma)

Sra. Martha E. Pérez Santiago
Cel. (787) 391-4766
Email: rlojlo1103@yahoo.com