Martha Pérez Santiago
UAB. EL Madrigal
calle 3 D11
Ponce P.R. 0073-1410




Secretaria (Clerk's office)
Tribunal de Distrito de Los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 MAR 16 PM 2:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR