**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Aponte Cruz, Reuben | 154117 | 7/3/2018 | Commonwealth of Puerto Rico | $32,000,000.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Aponte Cruz, Reuben | 154117 | 7/3/2018 | Commonwealth of Puerto Rico | $32,000,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

***CUST PR 1845 SRF 40241 PackID: 397 MMLID: 2109190-P SVC: 158th Omni
Aponte Cruz, Reuben
HC 645 Box 6422
Trujillo Alto, PR 00976

a. **Sus respuestas deben proporcionar <u>más</u> información que la contenida en la evidencia de reclamos inicial**. Por ejemplo, si antes escribió "Ley 96" como fundamento de su reclamo, rogamos proporcione información más detallada relativa a leyes concretas que pretende invocar, el año de adopción de dicha ley, así como de qué forma y por qué considera que esa ley concreta permite fundamentar su reclamo.

b. Si está disponible y se aplica a su reclamo, rogamos proporcione, asimismo, lo siguiente:

   • Copia de un escrito; por ejemplo, un Escrito de demanda o una Contestación;
   • Cualquier sentencia o acuerdo de conciliación que no hayan sido pagados;
   • Notificación por escrito de la intención de radicar un reclamo acompañada de un comprobante de envío; y
   • Toda la documentación que a su criterio justifica su reclamo.

5. Si no dispone de una copia de su reclamo, podrá descargarla visitando el sitio web de Prime Clerk: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

6. Debe firmar su réplica en el lugar que se indica abajo. Si no lo hace, el secretario no aceptará la réplica a efectos de su radicación.

7. Rogamos radique el formulario cumplimentado y cualquiera de los documentos justificativos siguiendo las instrucciones de la Notificación que acompaña a la Objeción global a su reclamo.

**Cuestionario**

1. Rogamos proporcione el nombre, la dirección, el número de teléfono y la dirección de correo electrónico 1) de la demandante que responda; 2) del abogado o representante designado de la demandante al que los abogados del ELA, de la ACT y del SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción global en nombre de la demandante.

   ☐ **Nombre:** Reuben Aponte Cruz

   ☐ **Dirección:** HC 645 Box 6428, Trujillo Alto, P.R., 00976

   ☐ **Número de teléfono:** 787-385-4191

   ☐ **Dirección de correo electrónico:** raponte#234@yahoo.com

2. **Número de su evidencia de reclamos:** 154117

3. **Los Deudores se han opuesto a su Evidencia de reclamos porque esta no proporciona información suficiente para que los Deudores comprendan el fundamento de su reclamo. Marque la casilla con la que guarde relación su Evidencia de reclamos y explique el motivo por el que se opone a la objeción indicando así el fundamento de su reclamo. Adjunte páginas adicionales si fuera necesario.**

   ☒ Acción judicial pendiente de resolución o finalizada con o contra el Gobierno de Puerto Rico

   ☐ Empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico

   _____

   _____

2

_____

_____

**Adjunte copias de cualquier otra documentación u otras pruebas en apoyo de su reclamo.**

4.  **¿Cuál es el monto de su reclamo (cuánto alega que se le adeuda)?:**

    32,000,000 00

5.  **Empleo. ¿Su reclamo guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico?**

    ☐ No. *Siga con la Pregunta 6.*

    ☒ Sí. **Responda a las Preguntas 5(a) a (d).**

5(a). Indique la agencia o el departamento específicos donde trabaja o ha trabajado:

Departamento de Educación de Puerto Rico

5(b). Indique las fechas de su empleo relativo con su reclamo:

1977 - 2007   = 30 años

5(c). Últimos cuatro dígitos de su número del Seguridad Social:   8970

5(d). ¿Cuál es la naturaleza de sus reclamos relativos al empleo (marque todas las casillas aplicables)?:

    ☐     Pensión

    ☒     Salarios no pagados

    ☐     Días de licencia por enfermedad

    ☐     Quejas con sindicado

    ☐     Vacaciones

    ☐ Otros (proporcione tanta información detallada como pueda. Adjunte páginas adicionales si fuera necesario).

_____

_____

**6. Acción judicial. ¿Su reclamo guarda relación con una acción judicial pendiente de resolución o finalizada?**

    ☐   No.

    ☒   Sí. **Responda a las Preguntas 6(a) a (f).**

6(a). Indique el departamento o la agencia que sean parte en la acción.   Puerto Rico

Departamento de Educación de Puerto Rico

6(b). Indique el nombre y la dirección del tribunal o de la agencia ante los cuales la acción esté pendiente de resolución.

Tribunal de Distrito de los Estados Unidos, para el Distrito de Puerto Rico

3

_____ 6(c).

Número del caso: _NO - 17 BK 3283 - LTS_

6(d). Título, epígrafe o nombre del caso: _Title III Cases - Commonwealth of Puerto Rica_

6(e). Estado del caso (pendiente de resolución, apelado o finalizado):

_apelado_

6(f). ¿Tiene una sentencia que no haya sido pagada? Si No (rodee la opción que proceda)

En caso afirmativo, ¿cuál es la fecha y el monto de la sentencia?
_7-3-2018 — 32,000 000 00_

**FIRME ABAJO SU RÉPLICA**

_Firma_

**Firma**

_Reuben Aponte Ruiz_

**Deletree su nombre**

_13 de marzo 2020_

**Fecha**

4