Reuben Aponte Cruz
HC 645 B×× 6422
TRujillo Alto, P.R.
00976

U.S. POSTAGE PAID
FCM LETTER
CAROLINA, PR
00985
MAR 13, 20
AMOUNT
$4.55
R2305K132908-25

00918

7019 1120 0001 9521 1196

Secretaria (Clerk's office)
Tribunal de Distrito de Estado Unido (United States)
Court
Room 150 Federal Building
San Juan, (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 MAR 16 PM 2: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P R