Martha Pérez Santiago
URB. EL Madrigal
calle 3 D11
Ponce P.R. 0073-1410




U.S. POSTAGE PAID
FCM LG ENV
PONCE, PR
00730
MAR 13, 20
AMOUNT
$1.60
R2305K133237-11

Secretaria (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 MAR 16 PM 2:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR