UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2020 MAR 16 PM 2: 35
CLERK'S OFFICE
DISTRICT COURT

| | |
|---|---|
| In Re: Financial Oversight Management Board for Puerto Rico<br><br>As representative of<br><br>The Commonwealth of Puerto Rico, *et al*<br><br>Debtors | Case: 03283-LTS<br><br>PROMESA Title III |

## MOCIÓN INFORMATIVA

La parte demandante The Commonwealth of Puerto Rico, et al ( *Aracelis Coriano Morales* ) informa a este Honorable Tribunal.

1. Le estamos anejando copia de los documentos solicitados por este tribunal:

Anejo I - Informe de cambio
Anejo II - Documento Certificación Sistema de Retiro para maestros
Anejo III Documento Renta Anual Vitalicia
Anejo IV Talonario de ingresos - Sistema de Retiros, maestros pensionados
Anejo V Carta explicativa por la que no estoy de acuerdo con la objeción
Anejo VI Documento Pago Pensión ingreso nómina
Anejo VII Talonario - Evidencia de Pago Departamento de Educación - maestros

Para que así conste le estamos informando que se anejaron los documentos solicitados, hoy _12_ de marzo de 2020, en Toa Alta, Puerto Rico.

Promesa
Title III
No. 17BK 3283-LTS

*[signature]*

No. Caso: 1703283
Fecha: 6/26/2018
Casos - 58673
       56296
       59030

Caso Prime Clerk

6 de marzo de 2020

Yo, Aracelis Coriano Morales, Maestra Pensionada del Departamento de Educación de Puerto Rico, no estoy de acuerdo con la objeción que se emitió conforme al caso: Titulo III, Puerto Rico, ya que el Estado Libre Asociado de Puerto Rico, privó a los maestros del Departamento de Educación de recibir varios aumentos de sueldo dispuestos por los gobernantes en turno, e incluso, no se nos informó de la existencia de los mismos para nosotros poder solicitarlos.

Los maestros de este Departamento de Educación, como se puede constactar, en muy pocas en ocasiones fuimos beneficiados con aumentos de sueldo justos por la ardua labor realizada. Y en los casos donde se asignó el dinero para recibir este beneficio se nos privó del mismo, y de recibir el dinero retroactivo que nos hubiera ayudado a cotizar ingresos adicionales para la pensión que actualmente recibimos, la cual es estacionaria, o sea que no aumenta por costo de vida.

La clase trabajadora del magisterio de Puerto Rico pertenece a la Clase Social Media, Media Baja o Baja, al igual que la población a la cual servimos. Sin embargo, con mucho sacrificio obtuvimos una preparación universitaria y nos mantuvimos al día en los procesos de Enseñanza Aprendizaje mediante cursos académicos, adiestramientos o búsqueda personal, los cuales en muchos casos eran costeados por los mismos maestros.

Todo aquel que tiene algún familiar maestro en el Departamento de Educación, o conoce alguno de ellos, sabe que una particularidad de estos profesionales, es que utilizan parte de su salario para comprar materiales didácticos, para decorar y hasta para limpiar su salón de clases y también para atender algunas de las necesidades del estudiantado.

Por las razones antes expuestas, considero que el Estado Libre Asociado de Puerto Rico no nos hizo justicia salarial a estos profesionales para recibir los aumentos estipulados por ley, a los cuales teníamos derecho.

A la misma vez recordemos que un aumento salarial es un incentivo y una remuneración justa que recibe un empleado por la labor realizada, y que además le ayuda a mitigar en parte, el aumento del costo de vida de los tiempos actuales.

También promueve el estímulo personal para cada individuo que labora en una de las agencias responsables, en gran medida, de la educación de la sociedad; y por ende, del país en general.

_Aracelis Coriano Morales_
Firma

Caso # 1703283
Fecha 6/26/2018
Casos - 58673
           56296
           59030

Promesa
Title III
No. 17BK 3283 - LTS