## Departamento de Educación
## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### Secretaria Auxiliar de Recursos Humanos
### Informe de Cambios

| | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | ARACELIS CORIANO MORALES | |
| 2. Número de Seguro Social | | |
| 3. Lugar de Nacimiento | BAYAMON, P.R. | |
| 4. Fecha de Nacimiento | | |
| 5. Sexo | F | |
| 6. Estado Civil | | |
| 7. Preparación Académica | BA 15 | |
| 8. Experiencia | 21.0.0.0.0 | |
| 9. Status del Empleado | PERMANENTE | |
| 10. Sueldo Bruto | $2,705.00 | |
| 11. Número de Puesto | R09519 | |
| 12. Categoría del Puesto | M,EDUC. NIÑEZ TEMP. NIVEL ELEM.(K-3) | |
| 13. Fondo | ESTATAL | |
| 14. Cifra de cuenta | E1110-221-0810000-0000-08100-2010-SCHOOLWIDE10 | |
| 15. Fecha de efectividad | 28 de julio de 2010 03:00 pm | |
| 16. Acción | RENUNCIA | |
| 17. Duración | | |
| 18. Causa del Cese | JUBILACIÓN | |
| 19. Ultimo día de Trabajo | 28 de mayo de 2010 03:00 pm | |
| 20. Ultimo día de Pago | 28 de julio de 2010 02:35 pm | AUG 0 2 2010 |
| 21. Prog Esc, Nivel/Grado | | |
| 24. Distrito Escolar | TOA BAJA | |
| 25. Escuela | MARIA C. OSORIO | |

| 26. Dirección Postal: DE H.R. PUERTO RICO 000000000 | 26. Teléfono: |
|---|---|

27. Observaciones: 31/MAYO/2010 (FERIADO). COBRO VAC REG. DE 39DIAS-5HRS-35MIN. DEL 1/JUNIO/2010 AL 28/JULIO/2010 A LAS 2:35 PM. AUT. S/S DEL 28/JULIO/2010 A LAS 2:36 PM. AL 28/JULIO/2010 A LAS 3:00 PM. SRM Y AEELA. SE ACOGE A LOS BENEFICIOS DE LA LEY NUM 91 DE 29 DE MARZO DE 2004 P/ GLOBAL ENF. 90.0.00 (DESDE 02/AGOSTO/2010 08:00 AM - HASTA 07/DICIEMBRE/2010 03:00 PM). AÑOS DE SERVICIO

| | |
|---|---|
| 28. Preparado por: LUZ N GONZALEZ RIVERA | FECHA: 16 de julio de 2010 |
| 29. Verificado por: LUZ N GONZALEZ RIVERA | FECHA: 16 de julio de 2010 |
| 30. Aprobado por: MARÍA LIZARDI VALDÉS Secretario de Educación o su representante | FECHA: 16 de julio de 2010 |

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: SRM**

12 de marzo de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | ARACELIS CORIANO MORALES |
| Seguro Social | : | |
| Categoría | : | MA. EDUCACION TEMPRANA - NIVEL ELEMENTAL (K-3) |
| Distrito Escolar | : | TOA BAJA |
| Sueldo Mensual | : | $2,705.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 28 de julio de 2010 |
| Otros | : | |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

*[Handwritten notes:]*
Promesa
Title III
No. 17BK 3283-LTS

No Caso: 1703283
Fecha: 6/26/2018

Casos - 58673
56296
59030

*[Signature: Aracelis Coriano Morales]*

---

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

RECEIVED AND FILED
2020 FEB 18 AM 10:07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

*Promesa*
*Title III*
*No. 17BK 3283 -LTS*

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Aracelis Coriano Morales**, con número de seguro social que termina en

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 29 de julio de 2010 |
| Tiempo Cotizado para la Pensión | 30 años, 0 mes, 0 sem., 4 día |
| Pensión Mensual Inicial | $1,983.57 |
| Pensión Mensual Actual | $1,983.57 |

Esta certificación se expide hoy, **18 de febrero de 2020** en **San Juan, Puerto Rico**.

*[signature]*
Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

*Caso no 1703283*
*Fecha 6/26/2018*
*Casos - 58673*
*56296*
*59030*

*[signature: Aracelis Coriano Morales]*

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

☎ 787.777.1414    📠 787.764.6910    www.srm.pr.gov

Rev.GIFT 10-OCT-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

**INFORME RENTA ANUAL VITALICIA**

| Mes-Día-Año | |
|---|---|
| Fecha Radicación | 12-MAYO-10 |
| Fecha Vencimiento | 31-AGO-10 |

Núm de Caso: **0227**

CORIANO MORALES ARACELIS
Apellido Paterno, Materno, Nombre e Inicial — U.S. DISTRICT COURT SAN JUAN, PR — Seguro Social

Sexo: ☑ Femenino ☐ Masculino

MA ELEM - TOA BAJA
Categoría y Pueblo

Ley 91 del 2004
Retiro Ley Núm.

Fecha Nacimiento (Mes-Día-Año)

Dirección Postal: RR 07, BOX 17063
TOA ALTA, PR 00953

Tipo de Renta (Pensión):
☑ Años de Servicio y Edad ☐ Edad ☐ Diferida
☐ Incapacidad Ocupacional ☐ Incapacidad No Ocupacional

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Renta |
|---|---|---|---|
| 60 Años 1 Meses 1 Días | 30 Años 0 Meses 0 Sem 4 Días | $ 59,278.04 | Mensual $ 1,983.57 / Anual $ 23,802.84 |

Fecha de Renuncia: 28-jul-10    Último Día de Pago: 28-jul-10
Fecha Efectividad Pensión: 29-jul-10    Cierre de Nómina: 27-AGO-10
Fecha Primer Pago Pensión: 15-Sep-10    Importe $ 1,983.57
Pago Global Retroactivo: Desde 29-jul-10 Hasta 31-AGO-10 Importe Total $ 2,175.54

**DESGLOSE DE DESCUENTOS**

| | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|
| Importe Total (Bruto) | $ 2,175.54 | $ 1,983.57 |

Menos Descuentos:

| Préstamos: | Clave | Descuento | Descuento |
|---|---|---|---|
| Personal (PP) | 47-000 | | |
| Cultural (PC) | 45-000 | - | - |
| Hipotecario (PH) | 36-000 | | |
| Finanzas | 67-059 | | |

PAGADO  27 SEP 2010

Aport. Individual 9% (Clave 26-001)
ASUME
Otros

| Importe Neto | $ 2,175.54 | $ 1,983.57 |

Bonos:
☐ Bono Verano (PBV)    ☐ Bono Medicamentos (PBM)
☐ Bono Navidad (BNP)

Certifico que la información aquí provista es cierta, correcta y completa.

JORGE I. ROHENA GOTAY — Nombre del Empleado — Firma — 19-AGO-10 Fecha

NORMA I. PEÑA AGOSTO — Nombre Supervisor — Firma — Fecha

**PREINTERVENCIÓN DE DOCUMENTOS**

Verificación de:
☑ Exactitud
☑ Legalidad
☑ Firmas
☑ Otros

Oficina
Documentos Preintervenidos
Fecha 20/8/2010

**USO DIRECTOR(A) AREA RETIRO**

Aprobado por:
IVONNE ORTIZ VALLADARES
Nombre Director(a) o Representante Autorizado

Firma — Fecha (Mes-Día-Año)

*Handwritten margin notes:*
Caso no. 170328
Fecha 6/26/20
Casos Reclamos:
58673
56296
5903...

Aracelis Coriano Morales

| Gobierno de Puerto Rico | | | Grupo de Pago: | SM -Quincenal | | Business Unit: | PUERT |
|---|---|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | | Desde: | 02/01/2020 | | Aviso #: | 6077738 |
| | | | Hasta: | 02/15/2020 | | Fecha Aviso: | 02/14/2020 |
| ARACELIS CORIANO MORALES | | # Empleado: | | | DATA IMP: | Federal | PR |
| RR 7 BOX 17063 | | Dept: | 592160-ANOS SERVICIO LEY91 2004 | | Estado Civil: | Married | Married |
| TOA ALTA, PR  00953 | | Lugar: | | | Concesiones: | 0 | 39 + 99 |
| | | Titulo: | Pensionado | | Pct. Adcl.: | | |
| SS: XXX-XX- | | Sueldo: | $1,983.57 Monthly | | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | | |
|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | | |
| Pago de Salarios Regulares | | 991.79 | 247.50 | | 2,975.37 | | |
| Total: | | 991.79 | 247.50 | | 2,975.37 | | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AS-ASOC PENSIONADOS | 1.00 | 3.00 |
| Ahorros-AEELA | 29.75 | 89.25 |
| Total: | 30.75 | 92.25 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-SSS LEY 117 | 0.00 | 100.00 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 991.79 | 0.00 | 30.75 | 961.04 |
| Acumulado: | 2,975.37 | 0.00 | 92.25 | 2,883.12 |

### DISTRIBUCION PAGA NETA

| Aviso | 961.04 |
|---|---|
| Total: | 961.04 |

### PTO HORAS ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

MENSAJE:

*Handwritten notes:*
No Caso 1703283
Fecha 6/26/2018
Casos - 58673
56296
59030

Promesa
Title III
No. 17BK 3283-LTS

| Gobierno de Puerto Rico | Fecha | Aviso No. |
|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | 02/14/2020 | 6077738 |

Cant. Desposito: ___$961.04___

A la
Cuenta(s) De

ARACELIS CORIANO MORALES
RR 7 BOX 17063
TOA ALTA, PR  00953

*[signature: Aracelis Coriano Morales]*

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $961.04 |
| Total: | | $961.04 |

## NO-NEGOCIABLE

| DEPT DE EDUCACION-MAESTROS | | Comp. de Pago: | SM -Quincenal | Aviso #: | |
|---|---|---|---|---|---|
| Avenida Teniente Cesar Gonzalez, Esquina Calaf | | Desde: | 01/22/2009 | Fecha Aviso: | 01/30/2009 |
| HATO REY, PR 00919 | | Hasta: | 02/04/2009 | | |

| ARACELIS CORIANO MORALES | # Empleado: | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| AVE. TENIENTE CESAR GONZALEZ | Dept: | 8007068-Bayamon Toa Alta | Estado Civil: | | Married claiming 1/2 |
| ESQUINA CALAS | Lugar: | Maria C. Osorio | Concesiones: | 0 | 2 |
| HATO REY PR 00919 | Titulo: | DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | | |
| SS: | Sueldo: | $2,705.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,352.50 | 120.00 | 2,705.00 |
| Total: | | | 1,352.50 | 120.00 | 2,705.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 19.61 | 39.22 |
| PR Withholding | 66.41 | 132.82 |
| Total: | 86.02 | 172.04 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 121.73 | 243.46 |
| Total: | 121.73 | 243.46 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SC-AM HERITAGE INSS CO | 20.00 | 40.00 |
| Ahorros-AEELA | 40.58 | 81.16 |
| Total: | 60.58 | 121.16 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 114.96 | 229.92 |
| FSED Disability Plan | 22.99 | 45.98 |
| * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,352.50 | 0.00 | 86.02 | 182.31 | 1,084.17 |
| Acumulado: | 2,705.00 | 0.00 | 172.04 | 364.62 | 2,168.34 |

| PTO HORAS ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|
| Balance Inicial: | 0.0 | Aviso | 1,084.17 |
| + Ganada: | | Total: | 1,084.17 |
| + Compra: | | | |
| - Usada: | | | |
| - Donada: | | | |
| + Ajustes: | | | |
| Balance Final: | 0.0 | | |

*Promesa Title III*
*No. 17 BK 3283-LTS*

*No. Caso-1703283*
*Fecha - 6/26/2018*
*Casos- 58673*
*56296*
*59030*

MENSAJE:

DEPT DE EDUCACION-MAESTROS
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
01/30/2009

Aviso No.

Cant. Deposito: $1,084.17

A la
Cuenta(s) De
ARACELIS CORIANO MORALES
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAS
HATO REY, PR 00919
Localizacion: Maria C. Osorio

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $1,084.17 |
| Total: | | $1,084.17 |

**NO-NEGOCIABLE**