Aracelis Coriano Morales
RR-7 Box 17063
Toa Alta, P.R. 00953

CERTIFIED MAIL

7019 2970 0002 3046 2839



U.S. POSTAGE PAID
FCM LG ENV
BAYAMON, PR
00957
MAR 13, 20
AMOUNT
$7.60
1000  00918  R2305K137366-11

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
Room 150 FEDERAL BLDG
San Juan P.R. 00918-1767

RECEIVED & FILED
2020 MAR 16 PM 2:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.