

RECEIVED & FILED

2020 MAR 16 PM 2:57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

***In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS**

CARMEN LUZ NEGRÓN RIVERA

HC-01 BOX 30313

VILLALBA, PR 00766

(787) 595-1884

kmoralesnegron#@gmail.com

PROMESA

Título III

Núm. 17 BK 3283-LTS

No. de Reclamación: 149732

RÉPLICA A LA ***CENTÉSIMA*** VIGÉSIMO NOVENA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 89 DE 1979 (ROMERAZO), A PARTIR DEL 1980 HASTA EL 2006.

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo anterior como empleada del Departamento de Educación por servicios prestados y que no fueron pagados.

Durante su gobernación, el gobernador Carlos Romero Barceló aprobó una ley (Ley 89 del 12 de julio de 1979) que concedía un

aumento salarial a los maestros del Departamento de Educación (DE) del Gobierno de Puerto Rico de $100.00 mensuales.

Este aumento nunca se pagó.

Durante el término de esa ley (1980-2006), yo era empleado del DE. De acuerdo con mis cálculos, el período comprende 18 años y 8 meses a $1,200.00 por año, lo que representa $22,400 a los que tengo derecho.

Se estima la siguiente cantidad adeudada:

$1,200.00 del año escolar 1980-1981

$1,200.00 del año escolar 1981-1982

$1,200.00 del año escolar 1982-1983

$1,200.00 del año escolar 1983-1984

$1,200.00 del año escolar 1984-1985

$1,200.00 del año escolar 1985-1986

$1,200.00 del año escolar 1986-1987

$1,200.00 del año escolar 1987-1988

$1,200.00 del año escolar 1988-1989

$1,200.00 del año escolar 1989-1990

$1,200.00 del año escolar 1990-1991

$1,200.00 del año escolar 1991-1992

$1,200.00 del año escolar 1992-1993

$1,200.00 del año escolar 1993-1994

$1,200.00 del año escolar 1994-1995

$1,200.00 del año escolar 1995-1996

$1,200.00 del año escolar 1996-1997

$1,200.00 del año escolar 1997-1998

$800.00 del año escolar 1998-1999


Cantidad adeudada estimada: $22,400.


Carmen Luz Negrón Rivera

CERTIFICADO DE MAESTRA OTORGADO POR EL DEPARTAMENTO DE EDUCACIÓN DE PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN

Department of Education

ESTADO LIBRE ASOCIADO DE PUERTO RICO

Commonwealth of Puerto Rico

Certificado Vitalicio

El Secretario de Educacion por la presente confiere a

The Secretary of Education hereby issues to

CARMEN L. NEGRON RIVERA

el presente Certificado de Maestro que lo faculta para ejercer como

this Certificate that entitles the holder to perform as

MAESTRO(A) DE ESCUELA ELEMENTAL

ELEMENTARY SCHOOL TEACHER

en las escuelas publicas o privadas de Puerto Rico

at the School System of Puerto Rico

Expedido el 07 de diciembre de 2012

Issued on December 07 2012

Dado en San Juan de Puerto Rico, el 07 de diciembre de 2012

Given at San Juan Puerto Rico on December 07 2012

Dr. Edward Moreno Alonso

Secretario de Educación Interino

Interim Secretary of Education

Numero de Certificado 390954

Certificate Number: 390954



# COMPROBANTE DEL PAGO DE PENSIÓN DEL SISTEMA DE RETIRO DE MAESTROS DEL GOBIERNO DE PUERTO RICO

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO PENS

| | |
|---|---|
| Grupo de Pago: | 531 - Quincenal |
| Desde: | 11/02/2019 |
| Hasta: | 12/01/2019 |

Aviso #: [illegible]
Fecha Aviso: [illegible]

**CARMEN L NEGRON RIVERA**
HC 1 BOX 3013
VILLALBA PR 00766-9701

SS: XXX-XX-9885

| | |
|---|---|
| # Empleado: | XXXXX9885 |
| Depto: | 192060-Años de Serv 032 |
| Lugar: | [illegible] |
| Puesto: | Pensionado |
| Salario: | [illegible] Monthly |

| DATA IMP | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 19,999 |
| Est. Adic.: | | |
| Cant. Adic.: | | |

**HORAS E INGRESOS**

| Descripción | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Bono Navidad Pensionados | | | 200.00 | | 200.00 |
| Pago de Salarios Regulares | | | 0.00 | 1,[illegible] | 15,019.00 |
| BONO MEDICINA PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | | 200.00 | 1,[illegible] | 15,[illegible] |

**IMPUESTOS**

| Descripción | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

**DEDUCCIONES**

| Descripción | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

**DEDUCCIONES GENERALES**

| Descripción | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA Pens Regular | 0.00 | 3,605.91 |
| SM-First Medical Health Plan | 0.00 | 1,247.50 |
| SC-COOP DE SEGUROS DE VIDA | 0.00 | [illegible] |
| AS-ASOC PENSIONADOS | 0.00 | 22.00 |
| AS-EMP ASOC SEG ASOC EMP ELA | 0.00 | 22.50 |
| AH-AHORRO-AEELA | 0.00 | 1,299.75 |
| Total: | 0.00 | 5,[illegible].12 |

**BENEFICIOS PATRONALES PAGADOS**

| Descripción | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 0.00 | 1,100.00 |

* Tributable

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 200.00 | 0.00 | 0.00 | 200.00 |
| Acumulado: | 15,319.00 | 0.00 | 5,417.12 | 9,921.88 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| Donado: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

| DISTRIBUCIÓN PAGA NETA | |
|---|---|
| Aviso [illegible] | 200.00 |
| Total: | 200.00 |

MENSAJE:

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO PENS

**Fecha**
**11/27/2019**

**Aviso No.**
**4800471**

Cant. Deposito: $200.00

| DISTRIBUCIÓN DE DEPÓSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Número de Cuenta | Cant. Depósito |
| Savings | XXX[illegible]405 | $200.00 |
| Total: | | $200.00 |

TRAY [illegible] 5-DIGIT 00766 [illegible]
CARMEN L NEGRON RIVERA
HC 1 BOX 3013
VILLALBA PR 00766-9701

NO-NEGOCIABLE

Carmen Luz Negrón Rivera
HC01 Box 3013
Villalba, P.R. 00766-9201

U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
MAR 14, 20
AMOUNT
$1.20
R2303S101580-01

1000 00918

Núm. Reclamación
149732

RECEIVED & FILED
2020 MAR 16 PM 2:57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 MAR 16 PM 2:57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

***In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS**

JESÚS MORALES MATOS

HC-01 BOX 30313

VILLALBA, PR 00766

(787) 595-1884

jossean2411@gmail.com

PROMESA

Título III

Núm. 17 BK 3283-LTS

No. de Reclamación: 124192

RÉPLICA A LA ***CENTÉSIMA*** CUADRAGÉSIMA SEGUNDA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DE LA POLICÍA DE PUERTO RICO DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DEL INCENTIVO SALARIAL DE LA LEY 164.

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo anterior como oficial de la Policía de Puerto Rico por servicios prestados y que no fueron pagados.

Durante su gobernación, Sila María Calderón aprobó la Ley 164 que concedía un incentivo salarial de $25.00 mensuales a los miembros de la Policía de Puerto Rico.

Este incentivo nunca se pagó.

Durante el término de esa ley (2001-2005), yo era miembro de la Policía de Puerto Rico. De acuerdo con mis cálculos, el período comprende 4 años (2001-2004) a $300.00 por año, lo que representa $1,200.00 a los que tengo derecho.

Se estima la siguiente cantidad adeudada:

$300.00 del año 2001

$300.00 del año 2002

$300.00 del año 2003

$300.00 del año 2004

Cantidad adeudada estimada: $1,200.

Jesús Morales Matos

# Carta Renuncia de la Policía de Puerto Rico

POLICIA DE PUERTO RICO
Estado Libre Asociado de Puerto Rico
Policía de Puerto Rico

NRH-2-2-1-711

3 de diciembre de 2003

Sgto. Jesús Morales Matos
Placa Número 8-2188
Div. Patrullas Autopista, Salinas
P/C Superintendente Auxiliar en
Administración de Tránsito

Estimado Sargento Morales Matos:

Tengo ante mi consideración su comunicación del 15 de mayo de 2003, en la cual presenta su renuncia al puesto que ocupa en la Policía de Puerto Rico, para acogerse a los beneficios de la Ley de Retiro y años de servicio.

Lamento su determinación de dejar la Policía después de haber prestado valiosos servicios a esta Agencia y a nuestro país. Sin embargo, debido a que la razón es de por sí meritoria no me queda otra alternativa que acceder a sus deseos aceptando su renuncia efectivo el 31 de enero de 2004.

De acuerdo con la Ley Núm. 94 del 19 de junio de 1968, usted es elegible para recibir los beneficios del seguro por años de servicio de la Asociación de Empleados del Gobierno. Además, si usted lo desea puede continuar acogido al seguro por muerte.

Es nuestro ferviente deseo que disfrute por largos años su merecido retiro y esté en la completa seguridad que estaremos siempre dispuestos a servirle, por lo que no vacile en solicitar nuestros servicios cuantas veces usted lo crea conveniente.

Cordialmente,

Lcdo. Víctor M. Rivera González
Superintendente

# Comprobante de Cheque del Sistema de Retiro del Gobierno de Puerto Rico

**Gobierno de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

Grupo de Pago: [illegible]
Desde: [illegible]
Hasta: [illegible]
Entidad: [illegible]
Aviso #: 2768406
Fecha Aviso: 01/29/2018

**JESUS MORALES MATOS**
HC 1 BOX 3013
VILLALBA PR 00766-9701

SS: XXX-XX-462*

# Empleado:
Dept: [illegible]
Lugar: Ley 447 de 15 de mayo de 1951
Título: Pensionado
Sueldo: $1,606.04 Monthly

DATA IMP: Federal PR
Estado Civil: Married Married
Exenciones: 0 0
Ex. Adic.
Cant. Adic.

**HORAS E INGRESOS**

| Descripción | Sueldo | Horas (Corriente) | Ingresos (Corriente) | Horas (Acumulado) | Ingresos (Acumulado) |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 803.02 | 172.90 | 1,606.04 |
| Total | | | 803.02 | 172.90 | 1,606.04 |

**IMPUESTOS**

| Descripción | Corriente | Acumulado |
|---|---|---|
| Total | 0.00 | 0.00 |

**DEDUCCIONES**

| Descripción | Corriente | Acumulado |
|---|---|---|
| Total | 0.00 | 0.00 |

**DEDUCCIONES GENERALES**

| Descripción | Corriente | Acumulado |
|---|---|---|
| SSS-Fed Medical Health Plan | 92.57 | [illegible] |
| AS-ASOC PENSIONADOS | .00 | 2.50 |
| AS-EMP ACCOUNT ASOC EMP ELA | .00 | 2.50 |
| Ahorro-AEELA | 16.00 | 32.15 |
| Total | 103.56 | 207.12 |

**BENEFICIOS PATRONALES PAGADOS**

| Descripción | Corriente | Acumulado |
|---|---|---|
| SSS-Fed Medical Health Plan | 100.00 | 100.00 |

* Tributable

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente | 803.02 | 0.00 | 103.56 | 699.46 |
| Acumulado | 1,606.04 | 0.00 | 207.12 | [illegible] |

| PTO HORAS | ACUM |
|---|---|
| Balance inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donado: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

**DISTRIBUCION PAGA NETA**

| | |
|---|---|
| Aviso #2768406 | 699.46 |
| Total: | 699.46 |

**¡Atención Pensionados!**

Solicitamos a todos los Pensionados que tenían cuentas en los bancos: Doral, Westernbank, RG y Bilbao Vizcaya a realizar los cambios de ruta y tránsito correspondientes con el propósito de que sus depósitos directos no se vean afectados próximamente.

**Para información llame al 787-777-1500**

MENSAJE:

**Gobierno de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

**Fecha**
**01/29/2018**

**Aviso No.**
**2768406**

**DISTRIBUCION DE DEPOSITO DIRECTO**

| Tipo de Cuenta | Número de Cuenta | Cant. Depositada |
|---|---|---|
| Savings | | $699.46 |
| Total: | | $699.46 |

Cant. Depositada: $699.46

JESUS MORALES MATOS
HC 1 BOX 3013
VILLALBA PR 00766-9701

NO-NEGOCIABLE

Jesús Morales Matos
HC01 Box 3013
Villalba, P.R. 00766-9701

U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
MAR 14, 20
AMOUNT
$1.20
R2303S101580-01
1000
00918

# Reclamación 124192

RECEIVED & FILED
2020 MAR 16 PM 2:57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & ~~FILED~~ 
2020 MAR 16 PM 2:57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

***In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS**

JESÚS MORALES MATOS

HC-01 BOX 30313

VILLALBA, PR 00766

(787) 595-1884

jossean2411@gmail.com

PROMESA

Título III

Núm. 17 BK 3283-LTS

No. de Reclamación: 164036

RÉPLICA A LA ***CENTÉSIMA*** VIGÉSIMO NOVENA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DE LA POLICÍA DE PUERTO RICO EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 89 DE 1979 (ROMERAZO), A PARTIR DEL 1980 HASTA EL 2006.

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo anterior como oficial de la Policía de Puerto Rico por servicios prestados y que no fueron pagados.

Durante su gobernación, el gobernador Carlos Romero Barceló aprobó una ley (Ley 89 del 12 de julio de 1979) que concedía un

aumento salarial a los miembros de la Policía del Gobierno de Puerto Rico de $100.00 mensuales.

Este aumento nunca se pagó.

Durante el término de esa ley (1980-2006), yo era miembro de la Policía de Puerto Rico. De acuerdo con mis cálculos, el período comprende 25 años a $1,200.00 por año, lo que representa $30,000 a los que tengo derecho.

Se estima la siguiente cantidad adeudada:

$1,200.00 del año 1980

$1,200.00 del año 1981

$1,200.00 del año 1982

$1,200.00 del año 1983

$1,200.00 del año 1984

$1,200.00 del año 1985

$1,200.00 del año 1986

$1,200.00 del año 1987

$1,200.00 del año 1988

$1,200.00 del año 1989

$1,200.00 del año 1990

$1,200.00 del año1991

$1,200.00 del año1992

$1,200.00 del año1993

$1,200.00 del año1994

$1,200.00 del año1995

$1,200.00 del año1996

$1,200.00 del año1997

$1,200.00 del año1998

$1,200.00 del año 1999

$1,200.00 del año 2000

$1,200.00 del año 2001

$1,200.00 del año 2002

$1,200.00 del año 2003

$1,200.00 del año 2004

Cantidad adeudada estimada: $30,000.

Jesús Morales Matos

# CARTA DE RENUNCIA A LA POLICÍA DE PUERTO RICO

POLICIA DE PUERTO RICO
Estado Libre Asociado de Puerto Rico
Policía de Puerto Rico

NRH-2-2-1-711

3 de diciembre de 2003

Sgto. Jesús Morales Matos
Placa Número 8-2188
Div. Patrullas Autopista, Salinas
P/C Superintendente Auxiliar en
Administración de Tránsito

Estimado Sargento Morales Matos:

Tengo ante mi consideración su comunicación del 15 de mayo de 2003, en la cual presenta su renuncia al puesto que ocupa en la Policía de Puerto Rico, para acogerse a los beneficios de la Ley de Retiro y años de servicio.

Lamento su determinación de dejar la Policía después de haber prestado valiosos servicios a esta Agencia y a nuestro país. Sin embargo, debido a que la razón es de por sí meritoria no me queda otra alternativa que acceder a sus deseos aceptando su renuncia efectivo el 31 de enero de 2004.

De acuerdo con la Ley Núm. 94 del 19 de junio de 1968, usted es elegible para recibir los beneficios del seguro por años de servicio de la Asociación de Empleados del Gobierno. Además, si usted lo desea puede continuar acogido al seguro por muerte.

Es nuestro ferviente deseo que disfrute por largos años su merecido retiro y esté en la completa seguridad que estaremos siempre dispuestos a servirle, por lo que no vacile en solicitar nuestros servicios cuantas veces usted lo crea conveniente.

Cordialmente,

Lcdo. Víctor M. Rivera González
Superintendente

# COMPROBANTE DEL PAGO DE PENSIÓN DEL SISTEMA DE RETIRO DEL GOBIERNO DE PUERTO RICO

**Gobierno de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

| | | | |
|---|---|---|---|
| Grupo de Pago: | 468 Quincenal | Número de Aviso: | [illegible] |
| Desde: | [illegible] | Aviso #: | 2768406 |
| Hasta: | [illegible] | Fecha Aviso: | 01/29/2018 |

**JESUS MORALES MATOS**
HC 1 BOX 3013
VILLALBA PR 00766-9701

SS: XXX-XX-4627

| | |
|---|---|
| # Empleado: | |
| Dept: | [illegible] |
| Lugar: | Ley 447 de 15 de mayo de 1951 |
| Puesto: | Pensionado |
| Sueldo: | $1,606.04 Monthly |

| DATA IMP. | Federal | PR |
|---|---|---|
| Estado Civil | Married | Married |
| Exenciones | 0 | 0 |
| Ext. Adic. | | |
| Cant. Adic. | | |

**HORAS E INGRESOS**

| Descripción | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 803.02 | 152.56 | 1,606.04 |
| Total: | | | 803.02 | 152.56 | 1,606.04 |

**IMPUESTOS**

| Descripción | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

**DEDUCCIONES**

| Descripción | Corriente | Acumulado |
|---|---|---|
| Total | 0.00 | 0.00 |

**DEDUCCIONES GENERALES**

| Descripción | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 85.53 | 171.00 |
| AS-ASOC PENSIONADOS | 1.00 | 2.50 |
| AS-EMP ACCID SEG ASOC EMP ELA | .00 | 2.00 |
| Ahorro-AEELA | 16.00 | 12.17 |
| Total: | 103.56 | 103.12 |

**BENEFICIOS PATRONALES PAGADOS**

| Descripción | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | [illegible] | [illegible] |

* Tributable

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 803.02 | 0.00 | 103.56 | 699.46 |
| Acumulado: | 1,606.04 | 0.00 | [illegible] | [illegible] |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donado: | |
| - Ajustes: | |
| Balance Final: | 0.0 |

| DISTRIBUCION PAGA NETA | |
|---|---|
| Aviso #2768406 | 699.46 |
| Total: | 699.46 |

MENSAJE:

**¡Atención Pensionados!**

Solicitamos a todos los Pensionados que tenían cuentas en los bancos: Doral, Westernbank, RG y Bilbao Vizcaya a realizar los cambios de ruta y tránsito correspondientes con el propósito de que sus depósitos directos no se vean afectados próximamente.

**Para información llame al 787-777-1500**

**Gobierno de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

**Fecha**
**01/29/2018**

**Aviso No.**
**2768406**

**DISTRIBUCIÓN DE DEPÓSITO DIRECTO**

| Tipo de Cuenta | Número de Cuenta | Cant. Depósito |
|---|---|---|
| Savings | | $699.46 |
| Total: | | $699.46 |

Cant. Deposito: $699.46

JESUS MORALES MATOS
HC 1 BOX 3013
VILLALBA PR 00766-9701

NO-NEGOCIABLE

Jesús Morales Matos
HC01 Box 3013
Villalba, P.R. 00766-9201

U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
MAR 14, 20
AMOUNT
$1.20
R2303S101580-01

1000 00918

#Reclamación
164036

RECEIVED & FILED
2020 MAR 16 PM 2:57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767