Luis A. Carrasquillo Cornier
HC 06 Box 4089
Ponce, P.R. 00731

RECEIVED & FILED
2020 MAR 16 PM 2: 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009
19 MAR 2020 PM 1 L
FOREVER / USA

Secretaria Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

