**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 6/29/2018
Proof of Claim No.: 113882

For additional information, please visit
http://cases.primeclerk.com/puertorico, or
call us at **844.822.9231**.

Romerazo

5-113737

Wanda M. Colon Morales
PO Box 1137
Guayama, PR 00785

U.S. POSTAGE >> PITNEY BOWES
ZIP 11232 $ 000.35⁰
02 4W
0000349804 SEP. 04 2018

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,340.00 | 1,116.00 | 24,024.34 |
| Total: | | | 1,340.00 | 1,116.00 | 24,024.34 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 19.43 | 348.35 |
| PR Withholding | 28.82 | 512.67 |
| Total: | 48.25 | 861.02 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 120.60 | 2,162.19 |
| Total: | 120.60 | 2,162.19 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 213.89 | 3,850.02 |
| SM-First Medical Health Plan | 28.50 | 513.00 |
| DM-FONDOS UNIDOS | 0.50 | 9.00 |
| AE-Seguro por Muerte Asoc ELA | 5.00 | 90.00 |
| OS-AMPR LOCAL SIND AFIL | 8.50 | 17.00 |
| Ahorros-AEELA | 40.20 | 720.73 |
| Total: | 296.59 | 5,199.75 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 120.00 | 1,080.00 |
| GPR Plan de Retiro de Maestro | 197.65 | 3,342.59 |
| FSED Disability Plan | 22.78 | 408.41 |

\* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,340.00 | 0.00 | 48.25 | 417.19 | 874.56 |
| Acumulado: | 24,024.34 | 0.00 | 861.02 | 7,361.94 | 15,801.38 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | Aviso #3537120 | 874.56 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | Total: | 874.56 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | |

Los balances de licencias corresponden al periodo de:

MENSAJE:

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
09/30/2016

Aviso No.
3537120

Cant. Deposito:    $874.56

A la
Cuenta(s) De

**WANDA M COLON MORALES**
BO PUENTE DE JOBO
CALLE D 102 BUZON 15
GUAYAMA, PR 00784-0000
Localizacion: WASHINGTON I

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 874.56 |
| Total: | | 874.56 |

## NO-NEGOCIABLE

DEPARTAMENTO DE EDUCACION
SECCIÓN DE NOMBRAMIENTOS Y CAMBIOS
APARTADO 190759

Solicitud No:       910975
Radicada en:     02 dic 2016

SAN JUAN PR 00919 0759

Atención: Sr. Enoch González Vélez

El(la) profesor(a) WANDA M. COLON MORALES con seguro social XXX-XX-8228 ha radicado una Solicitud de Retiro en nuestro Sistema. Al 22 de noviembre de 2016, fecha de su última aportación recibida,

[X] cualifica  [ ] no cualifica para acogerse a la jubilación.

Su tiempo cotizado y edad es el siguiente:

25 Años,   4 Meses,   0 Semanas,   .00 Dias y su edad es 62 años.

Los pagos pendientes no están considerados en esta certificación. Los mismos son:

[ ] Reconocimiento de Tiempo
[ ] Diferencia en % por transferencia recibida
[ ] Reembolso de Cuotas
[X] No aplica

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema.

Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras hasta tanto envien las autorizaciones de descuentos para tramitar su pensión.

Atentamente,

Ivonne L. Ortiz Valladares
Area de Servicios de Retiro

c:   WANDA M. COLON MORALES           XXX-XX-8228
     PO BOX 1137

     GUAYAMA, PR 00785



235 Avenida Arterial Hostos, Edificio Capital Center, Torre Norte, Hato Rey, Puerto Rico 00918
P.O. Box 191879, Hato Rey, PR 00919-1879
srm_correspondenciaconsulta@srm.pr.gov   (787) 777-1414   http://www.srm.pr.gov

## Informe de Cambios

| | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | WANDA M, COLON MORALES | |
| 2. Número de Seguro Social | REDACTED 8228 | |
| 3. Lugar de Nacimiento | ARROYO | |
| 4. Fecha de Nacimiento | 27 de septiembre de 1954 | |
| 5. Sexo | F | |
| 6. Estado Civil | | |
| 7. Preparación Académica | BA 15 | |
| 8. Experiencia | 25.0.0.0.0 | |
| 9. Status del Empleado | PERMANENTE | |
| 10. Sueldo Bruto | $2,680.00 | |
| 11. Número de Puesto | R14679 | |
| 12. Categoría del Puesto | MA. EDUC. TEMPRANA (NIVEL ELEM- K-3) | |
| 13. Fondo | ESTATAL | |
| 14. Cifra de cuenta | E1110-221-0810000-0000-08100-2018-SCHOOLWIDE18 | |
| 15. Fecha de efectividad | 28 de julio de 2017 03:00 pm | |
| 16. Acción | RENUNCIA | |
| 17. Duración | | |
| 18. Causa del Cese | JUBILACIÓN | |
| 19. Ultimo día de Trabajo | 31 de mayo de 2017 03:00 pm | |
| 20. Ultimo día de Pago | 28 de julio de 2017 08:20 am | |
| 21. Prog Esc, Nivel/Grado | | |
| 24. Distrito Escolar | GUAYAMA | |
| 25. Escuela | WASHINGTON I | |

26. Dirección Postal: CALLE D 102 BUZON 15 BO PUENTE DE JOBO GUAYAMA PUERTO RICO 007840000
26. Teléfono: (787)685-3290

27. Observaciones: SRM Y AEELA. SE ACOGE A LOS BENEFICIOS DE LA LEY NUM 160 DE 24 DE DICIEMBRE DE 2013. COBRO VAC REG. 39.0.20 EN JUNIO Y JULIO. AUTORIZADA SIN PAGA 0.5.48 DESDE 28/JULIO/2017 08:21AM HASTA 03:00PM. P/ GLOBAL VAC. REG 0.0.00 Y PAGO DE ENFERMEDAD ELIMINADO SEGUN LEY NUM. 26.) EDAD

28. Preparado por: Luz A. Caraballo Rivero Docente — FECHA: 11 de octubre de 2017
29. Verificado por: Luz A. Caraballo Rivero Docente — FECHA: 11 de octubre de 2017
30. Aprobado por: MARÍA LIZARDI VALDÉS — FECHA: 11 de octubre de 2017
Secretario de Educación o su representante