Wanda M. Colón Morales
P.O. Box 1137
Guayama, P.R.
00785

Clerk's office
United States District Court
Room 150 Federal Bilding
San Juan, Puerto Rico
00918-1767

RECEIVED & FILED
2020 MAR 17 PH 4:14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR