RECEIVED & FIL[ED]
2020 MAR 17 PM 4:14
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

Secretaría ( Clerk's Office)

Tribunal de Distrito de los Estados Unidos

San Juan, Puerto Rico. 00918- 1767

Juana Díaz. P.R.

16 de marzo de 2020

Re. Reclamción Objeción Global establecida por el Tribunal el

12 de diciembre de 2019.

No. 17 BK 3283-LTS

Números de reclamaciones:

119234

Monto reclamados: $7,000.00

Deudor: Commonwealth of P.R.

Fecha de presentación : 6/18/2019

6\28/2020

Señores abogados:

Soy maestra retirada del Departamento de Educación del Estado Libre Asociado de Puerto Rico. Ofrecí mis servicios en el año 1972 hasta el 2000.

Por este medio quiero hacer constar mi preocupación y desacuerdo por decisión tomada por el Tribunal de declarar a lugar la Objeción Global . No pude sustentar mi reclamo y derechos en el momento requerido por la situación por la cual pasamos en Puerto Rico en especial mi región de residencial y por mi estado de salud emocional. Tengo 70 años y ya mi mente se va deteriorando.

Espero puedan considerar mi situación y ayudarme lo más que se pueda.

Agradecida por la atención brindada, queda de ustedes.

Respetuosamente.

Nilda E. Sastre Burgos

S.S

Reclamación : Ley 89

Adjunto : Certificación del Sistema de Retiro