Nelda [illegible]
Urb. Sor Martin I
Calle 3 B-11
Juan Díaz, P.R. 00795

SAN JUAN P&DC 009
MON 16 MAR 2020 PM

RECEIVED & FILED
2020 MAR 17 PM 4:14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Clerk's Office
United States District Court
#150 Chardon Avenue
Federal Building
San Juan, P.R. 00918