

ANGEL L. VALENTIN QUILES
URB. EL CULEBRINAS
CALLE PINO CASA H-20
SAN SEBASTIAN, PR 00685

RECEIVED & FILED
2020 MAR 17 PM 4: 14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

SECRETARIA DE JUNTA DE SUPERVICION
ROOM 150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO 00918-1767

SAN JUAN PR 009
16 MAR 2020 PM 2