**Dubel Rodríguez Romero**
Dr. Manuel Zavala 177 St.
Bda. Guaydia
Guayanilla, PR 00656

RECEIVED & FILED
2020 MAR 17 PM 4: 14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

RE: Ley 89 (EL ROMERAZO)

**Abogado de la Junta de Supervisión**
Proskauer Rose LLP
Eleven Time Square
Nueva York, NY 10036-8299

A/A: Martin J. Bienenstock
   Brian S. Rosen

***RECLAMACION***

A los abogados de la Junta de Supervisión:

El reclamante de epígrafe, muy respetuosamente, Expone, Alega y Solicita:

Que yo no había enviado este escrito en el mes de enero a consecuencia de los temblores de tierra en el pueblo de Guayanilla (pueblo de mi residencia) y mi estado de salud.

Que adjunto envío más evidencia que sostiene mi reclamación de cuando trabajé en el Departamento de Corrección y Rehabilitación como Oficial de Instituciones Juveniles (E.L.A. de P.R.):

- Talonario de cuando empecé en el 1993 (Fecha 31/10/93) (Núm. de Comprobante 311768)

- Talonario (Fecha 30/11/93) (Núm. de Comprobante 314982)

- Talonario (Fecha 31/12/93) (Núm. de Comprobante 318195)

Por todo lo cual, se solicita muy respetuosamente, que se considere la evidencia adjunta y se me otorgue la compensación a la cual yo tenga derecho y etc.

En Guayanilla, Puerto Rico, a 16 de marzo de 2020.

Atentamente,

_Dubel Rodríguez Romero_
**Dubel Rodríguez Romero**
**Reclamante**

Copia: **Secretaría**
   **Tribunal de Distrito de los Estados Unidos**
   Room 150 Federal Building
   San Juan, PR 00918-1767

   **Abogado del Comité de Acreedores**
   Paul Hastings LLP
   200 Park Avenue
   Nueva York, NY 10166
   A/A: Luc A. Despins
       James Bliss
       James Worthington
       G. Alexander Bongrtz