# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## INFORME DE SUELDOS Y DEDUCCIONES

**NOMBRE:** DUBEL RODRIGUEZ ROMERO

| IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|
| | 31 1093 | 311768 | 526661235 |

### DEDUCCIONES

#### ESPECIFICAS — ACUMULADO DURANTE EL AÑO NATURAL

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS (AHORROS / SEGURO) |
|---|---|---|---|---|
| 1548 | 13512 | 14616 | | |

#### MES CORRIENTE

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS |
|---|---|---|---|---|
| 774 | 5370 | 5809 | | 2106 |

| SUELDO BRUTO DEVENGADO (acum) | SUELDO TRIBUTABLE SEGURO SOCIAL (acum) | SUELDO TRIBUTABLE SEGURO SOCIAL (mes) | SUELDO BRUTO DEVENGADO (mes) | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 176632 | 176632 | 70200 | 70200 | 28000 | 14059 | 28141 |

VEASE CLAVES AL DORSO

---

# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## INFORME DE SUELDOS Y DEDUCCIONES

**NOMBRE:** DUBEL RODRIGUEZ ROMERO

| IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|
| | 30 1193 | 314982 | 528281586 |

### DEDUCCIONES

#### ESPECIFICAS — ACUMULADO DURANTE EL AÑO NATURAL

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS (AHORROS / SEGURO) |
|---|---|---|---|---|
| 2322 | 18882 | 20425 | | |

#### MES CORRIENTE

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS |
|---|---|---|---|---|
| 774 | 5370 | 5809 | | 2106 |

| SUELDO BRUTO DEVENGADO (acum) | SUELDO TRIBUTABLE SEGURO SOCIAL (acum) | SUELDO TRIBUTABLE SEGURO SOCIAL (mes) | SUELDO BRUTO DEVENGADO (mes) | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 246832 | 246832 | 70200 | 70200 | 28000 | 14059 | 28141 |

VEASE CLAVES AL DORSO

---

# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## INFORME DE SUELDOS Y DEDUCCIONES

**NOMBRE:** DUBEL RODRIGUEZ ROMERO

| IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|
| | 31 1293 | 318195 | 529910343 |

### DEDUCCIONES

#### ESPECIFICAS — ACUMULADO DURANTE EL AÑO NATURAL

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS (AHORROS / SEGURO) |
|---|---|---|---|---|
| 3096 | 24252 | 26234 | | |

#### MES CORRIENTE

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS |
|---|---|---|---|---|
| 774 | 5370 | 5809 | | 2106 |

| SUELDO BRUTO DEVENGADO (acum) | SUELDO TRIBUTABLE SEGURO SOCIAL (acum) | SUELDO TRIBUTABLE SEGURO SOCIAL (mes) | SUELDO BRUTO DEVENGADO (mes) | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 317032 | 317032 | 70200 | 70200 | 28000 | 14059 | 28141 |

VEASE CLAVES AL DORSO