Dubel Rodriguez Romero
DR: Manuel Zavala #177, ST
Bda: Guaydia, Guayanilla, P.R 00656

(Copia) SECRETARIA
To: Tribunal de Distrito de los EEUU
Room 150 Federal Building
San Juan, P.R 00918-1767