# Exhibit 1-B

## Reminder Notice

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.,*<br><br>Debtor.[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO.<br><br>Debtor. | PROMESA Title III<br><br>Case No. 17 BK 3566-LTS<br><br>(Jointly Administered) |

**NOTICE OF DEADLINE FOR SUBMITTING INFORMATION FORMS FOR RETIREMENT BENEFICIARIES OF THE COMMONWEALTH OF PUERTO RICO AND THE EMPLOYEES RETIREMENT SYSTEM OF <u>THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO</u>**

# FINAL REMINDER

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**TO ALL PARTICIPANTS OF THE EMPLOYEES RETIREMENT SYSTEM FOR THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO ("ERS"), THE JUDICIARY RETIREMENT SYSTEM FOR THE COMMONWEALTH OF PUERTO RICO ("JRS"), AND THE PUERTO RICO TEACHER'S RETIREMENT SYSTEM ("TRS"), PLEASE TAKE NOTICE OF THE FOLLOWING:**

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") has filed the *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* [Case No. 17-bk-3283, ECF No. 11946] (as amended or modified from time to time and including all exhibits thereto, the "Plan") and a related disclosure statement [Case No. 17-bk-3283, ECF No. 11947] (as amended or modified from time to time and including all exhibits thereto, the "Disclosure Statement") pursuant to which the Commonwealth of Puerto Rico (the "Commonwealth") (together with ERS, the "Debtors") and the Puerto Rico Public Buildings Authority ("PBA") seek to adjust their debts under Title III of the *Puerto Rico Oversight, Management, and Economic Stability Act*.[2]

To solicit certain information from certain holders of retirement benefits claims ("Employee Claimants")[3] for which the Debtors have incomplete or outdated information, the Oversight Board is providing this notice (the "Notice"), as well as disseminating the Notice in publications of widespread circulation, to current and former residents of the Commonwealth.

**You may be a current or former participant of ERS, JRS, or TRS, and you may be required to submit a form with information the Debtors are currently missing (the "Information Form"), including:** (a) name; (b) mailing address; (c) email address; (d) date of birth; (e) gender; (f) social security number[4]; and (g) employment information (collectively, the "Requested Information"). The Debtors request that, if at all possible, you submit your Information Form electronically on the website hosted by the Debtors' claims and solicitation agent, Prime Clerk LLC (the "Claims Agent"), at https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index, or by mail.

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101–2241.
[3] In the Plan, Class 39 constitutes the claims of Employee Claimants.
[4] The Debtors seek to obtain the last four digits of claimants' social security numbers in order to match claimants with their employee records.

**OVERVIEW – KEY POINTS**

- This document is a legal notice concerning the Commonwealth and ERS's Title III cases.

- **The Overview on this page describes the key terms of this document. Please read the entire document carefully for further details.**

- In a Title III case under PROMESA, certain retirement beneficiaries of the Commonwealth and ERS may be entitled to vote on any plan of adjustment filed by the Commonwealth and ERS. In order for the Debtors to reduce the number of solicitation packages returned undeliverable, and ensure the claim amounts for such beneficiaries are accurately calculated, the Debtors are requesting that certain claimants submit an Information Form containing the Requested Information. This document explains how to submit Information Forms.

- A plan of adjustment is a document that explains how the Debtors propose to pay the amounts it owes to its creditors. This plan is available for creditors to review at https://cases.primeclerk.com/puertorico/.

- **If you are required to submit an Information Form**, you must do so by **May 21, 2020 at 4:00 p.m., Atlantic Standard Time**. An Information Form is provided with this document.

- Information Forms may be submitted by (a) electronically submitting on the Claims Agent's website at https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index, or (b) mail or hand delivery to the addresses provided in Section 5 of this document. **The Debtors request that, if at all possible, you submit your Information Form electronically on the Claims Agent's website or by mail.**

- After reading this document, if you require additional information regarding this Notice (including whether you are an individual who must submit an Information Form), you may contact the Claims Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com. Please note that the people answering the phone number are not able to provide legal advice. If you have questions about your legal rights, including whether you need to submit an Information Form, you should talk to an attorney.

**Section 1 – The Return Date**

On March ___, 2020, the United States District Court for the District of Puerto Rico (the "District Court") entered an order (the "Pre-Solicitation Procedures Order") in the Debtors' Title III cases fixing the deadlines to submit Information Forms by **4:00 p.m. (Atlantic Standard Time) on May 21, 2020** (the "Return Date").

**Section 2 – Who MUST Submit an Information Form**

If you are an Employee Claimant, you **MUST** submit an **Information Form**, or the Debtors may be unable to solicit your vote on the plan of adjustment filed by the Oversight Board on behalf of the Debtors.

**A holder of a possible claim against the Debtors should consult an attorney if such holder has any questions regarding this Notice, including whether the holder should submit an Information Form.**

**Section 3 – Consequences of Failure to Submit an Information Form by the Return Date**

ANY HOLDER OF A CLAIM WHO FAILS TO TIMELY SUBMIT AN INFORMATION FORM MIGHT NOT RECEIVE BALLOTING MATERIALS TO VOTE ON THE DEBTORS' PLAN, AND IN THAT EVENT SHALL BE BARRED FROM ASSERTING THE SOLICITATION PROCEDURES IN CONNECTION WITH THE PLAN IN CONNECTION WITH CLAIMS HELD BY RETIREMENT BENEFICIARIES WERE INADEQUATE.

**Section 4 – What to Submit**

Each Information Form, to be properly submitted pursuant to this Notice, shall: (i) be written in English or Spanish; (ii) include an original or electronic signature of the claimant or an authorized agent of the claimant; and (iii) substantially conform to the Information Form approved by the Pre-Solicitation Procedures Order.

The Information Form can be obtained, as well as submitted, on the website established and maintained by the Claims Agent at https://cases.primeclerk.com/puertorico/.

**Section 5 – Where and How to Submit**

All Information Forms shall be submitted with the claims and noticing agent, Prime Clerk LLC (the "Claims Agent") pursuant to the procedures provided herein **so as to actually be received** on or before the Return Date.

Information Forms may be submitted through any of the following methods:

(i) **electronically**, by completing the Information Form on the Claims Agent's website at https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index;

(ii) if delivered **by first class mail**, at the following address: Puerto Rico Retirement Benefit Information Processing Center, c/o Prime Clerk LLC, Grand Central Station, PO Box 4708, New York, NY 10163-4708;

(iii) if **by overnight courier**, at the following address: Puerto Rico Retirement Benefit Information Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232; or

(iv) if **by hand delivery**, at any of the following addresses: (a) Puerto Rico Retirement Benefit Information Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232; or (b) the following locations in the Commonwealth, available during the listed dates and times:

| Locations in the Commonwealth Accepting Information Forms by Hand Delivery[5] All locations are expected to be available from March ___, 2020 to May 21, 2020 (except weekends and Court Holidays) ||
|---|---|
| Address | Hours (AST) |
| Citi Towers 250 Ponce de León Ave. Suite 503, Hato Rey, San Juan, PR 00918 | M-F 8:30 a. m. to 5:00 p. m. |
| 151 Calle de San Francisco, 2nd Floor, San Juan, PR 00901 | M-F 8:30 a. m. to 5:00 p. m. |
| Bianca Convention Center Carr 2 KM 143, Floor 1 Añasco, PR 00610 | M-F 8:30 a. m. to 5:00 p. m. |
| Oceana HUB Center 2 Calle Acerina Caguas, PR 00725 | M-F 8:30 a. m. to 5:00 p. m. |
| Joe's Blue MCS Building 880 Tito Castro Avenue, 1st Floor Ponce, PR 00716-4732 | M-F 8:30 a. m. to 5:00 p. m. |

---

[5] The Debtors reserve the right to amend the locations accepting proofs of claim by hand delivery.

Information Forms sent by facsimile, telecopy, or electronic mail transmission will **not** be accepted; provided, however, they may be submitted through Prime Clerk's website: https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index.

*The Debtors request that, if at all possible, you submit your Information Form electronically on the Claims Agent's website or by mail.*

### Section 6 – Additional Information

The Pre-Solicitation Procedures Order may be downloaded and examined free of charge from the Claims Agent website, https://cases.primeclerk.com/puertorico/.

If you require additional information regarding this Notice, you may contact the Claims Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.

Dated:  March __, 2020