## **Exhibit 2**

**Information Form**

**Commonwealth of Puerto Rico Employee Information Questionnaire**
**Cuestionario de Información de los Empleados del Estado Libre Asociado de Puerto Rico**

NAME / Nombre:              <MERGE FIELD>

ADDRESS / Dirección:        <MERGE FIELD>

**Part 1:** **Employee Contact Information:** Is your name and address, listed above, correct?
**Información de Contacto del Empleado:** ¿Su nombre y dirección están correctos según aparecen en la sección anterior?

**If YES, please skip to Part 2.  Si contestó SÍ, pase a la pregunta 3.**

**If NO, please complete Part 1 (Items 1 and 2) below.  Si contestó NO, completar preguntas 1 y 2.**

1. **Employee Name:**
   **Nombre del Empleado:**

2. **Employee Address:**
   **Dirección del Empleado:**

**Part 2:** **Email Address:** If you have an email address, please provide it below.
**Correo Electrónico:** Si tiene una dirección de correo electrónico, por favor proveerla en esta sección.

3. Email Address:
   Correo Electrónico:

**Part 3:** **Demographic Information:** Please complete the section below.
**Información demográfica:** Por favor completar la siguiente sección.

4. Birth Date and Year:
   Fecha y Año de Nacimiento:

5. Gender:  Male / Female:
   Género: Masculino / Femenino:

**Part 4:** **Identification information:** Please complete the section below.
**Información de Identidad:** Por favor completar la siguiente sección.

6. **Last Four Digits of Your Social Security Number:**
   **Los últimos cuatro dígitos de su número de seguro social:**      ____ ____ ____ ____

**Part 5:** **Employment Information:** If you were, or currently are, an employee of any Agency, Department, Public Corporation, Municipality, or other Public Employer of the Commonwealth of Puerto Rico, please provide the following (attach additional pages if necessary)**:**

**Información de Empleo:** Si usted fue, o actualmente es, empleado de cualquier agencia, departamento, corporación pública, municipio u otro empleador público del Estado Libre Asociado de Puerto Rico, proporcione lo siguiente (adjunte páginas adicionales si es necesario)**:**

| Employer / Empleador<br>(Identify the Agency, Department, Public Corporation, Municipality, or other Public Employer of the Commonwealth of Puerto Rico)<br>(Identifique la agencia, departamento, corporación pública, municipio u otro empleador público del Estado Libre Asociado de Puerto Rico) | Hire Date(s)<br><br>Fecha(s) de Contratación | Termination Date(s)<br>(if currently employed by such employer, write "Active")<br>Fecha(s) de terminación<br>(Si está empleado actualmente por ELA, escriba "Activo") |
|---|---|---|
| | | |
| | | |
| | | |

**Instructions**

The Financial Oversight and Management Board for Puerto Rico has filed voluntary petitions under the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), initiating Title III cases under PROMESA for the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico (the "Debtors").

The Debtors are sending you this form to gather information to assist in providing proper notice in connection with the solicitation of a plan of adjustment and a tally of votes in connection with the same. Failure to return this form by the Return Date **does not** mean that you will be barred (i) from receiving benefits, if ultimately entitled, or (ii) casting a ballot in connection with the Debtors' solicitation of votes in support of confirmation of a plan, if eligible.

Please complete and return this Information Form by **4:00 p.m. (AST) on May 21, 2020** through any of the following methods:

(i) **Electronically**: Complete the Information Questionnaire on Prime Clerk's website at https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index

(ii) **Mail**: Send by first class mail, at the following address:

Puerto Rico Retirement Benefit Information Processing Center
c/o Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

(iii) **Overnight Courier / Hand Delivery**: Send by overnight courier or hand delivery to the address above in (ii), or the following locations in the Commonwealth:

| Locations in the Commonwealth Accepting Information Form by Hand Delivery All locations are expected to be available from March ___, 2020 to May 21, 2020 (except weekends and Court Holidays) | |
|---|---|
| Address | Hours (AST) |
| Citi Towers 250 Ponce de León Ave. Suite 503, Hato Rey, San Juan, PR 00918 | M-F 8:30 a. m. to 5:00 p. m. |
| 151 Calle de San Francisco, 2nd Floor, San Juan, PR 00901 | 8:30 a.m. to 5:00 p.m. |
| Bianca Convention Center Carr 2 KM 143, Floor 1 Añasco, PR 00610 | 8:30 a.m. to 5:00 p.m. |
| Oceana HUB Center 2 Calle Acerina Caguas, PR 00725 | 8:30 a.m. to 5:00 p.m. |
| Joe's Blue MCS Building 880 Tito Castro Avenue, 1st Floor Ponce, PR 00716-4732 | 8:30 a. m. to 5:00 p. m. |

For a list of agencies or departments of the Commonwealth of Puerto Rico, please visit https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index.

**Instrucciones**

La Junta de Supervisión y Administración Financiera para Puerto Rico ha presentado peticiones voluntarias en virtud de la Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico (Puerto Rico Oversight, Management, and Economic Stability Act, "PROMESA") y ha iniciado casos en virtud del Título III de la ley PROMESA para el Estado Libre Asociado de Puerto Rico y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, (los "Deudores").

Los Deudores le envían este formulario para recabar información a fin de ayudar a brindar una notificación adecuada en relación con la solicitud de un plan de ajuste y el recuento de votos relacionado. En caso de no devolver este formulario antes de la Fecha de devolución, **no se le impedirá** (i) recibir beneficios, si finalmente tiene derecho a estos, o (ii) si ustedes elegible, emitir un voto en relación con la solicitud de los Deudores de votos a favor de la confirmación de un plan, si cumple los requisitos para hacerlo.

Por favor complete y envíe este formulario antes del **21 de mayo de 2020**, **a las 04:00 p.m. (AST)** a través de cualquiera de los siguientes métodos:

(i) **Electrónicamente:** complete el formulario en el sitio web de Prime Clerk en https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index

(ii) **Correo:** envíe por correo regular de primera clase a la siguiente dirección:

Puerto Rico Retirement Benefit Information Processing Center
c/o Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

(iii) **Mensajería de 24 horas o entrega en persona:** envíe por mensajería de 24 horas o entrega personal a la dirección que aparece arriba en la sección (ii), o a los siguientes lugares en el Estado Libre Asociado:

| Lugares en el Estado Libre Asociado Aceptando Entrega Personal Todos los lugares están disponibles desde las ___ de marzo de 2020 hasta las 21 de mayo de 2020 (excepto fines de semana y días de fiesta por la Corte) | |
|---|---|
| Dirección | Horario (AST) |
| Citi Towers 250 Avenida Ponce de León Suite 503, Hato Rey, San Juan, PR 00918 | L a V 8:30 a. m. a 5:00 p. m. |
| 151 Calle de San Francisco, 2nd Floor, San Juan, PR 00901 | 8:30 a.m. to 5:00 p.m. |
| Centro de Convenciones Bianca Carr 2 KM 143, Floor 1 Añasco, PR 00610 | 8:30 a.m. a 5:00 p.m. |
| Centro Oceana HUB 2 Calle Acerina Caguas, PR 00725 | 8:30 a.m. a 5:00 p.m. |
| Joe's Blue Edificio MCS 880 Avenida Tito Castro, 1st Floor Ponce, PR 00716-4732 | 8:30 a. m. a 5:00 p. m. |

Para obtener una lista de agencias o departamentos del Estado Libre Asociado de Puerto Rico, favor visitar https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index.