UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

             Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER REGARDING OBJECTIONS TO INDIVIDUAL PROOFS OF CLAIM

    The Court has received and reviewed the objections of the Puerto Rico Sales Tax Financing Corporation to certain individual proofs of claim (see Docket Entry Nos. 7392, 7393, 7394, 7396, 7397, 7399, 7400, 7401, 7402, 7404, and 7405, the "Individual Claim Objections"). At the Omnibus Hearing held on July 24, 2019, counsel to the Oversight Board indicated that the Oversight Board would file a withdrawal of the Individual Claim Objections. (See Docket Entry No. 8266 at 26:25-27:3.)

    The Oversight Board is directed to file a proposed form of order withdrawing the Individual Claim Objections by **Friday, March 27, 2020, at 12:00 p.m. (Atlantic Standard**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Time**). If the Oversight Board fails to withdraw the Individual Claim Objections, the Court will terminate the Individual Claim Objections without prejudice for statistical purposes.

       SO ORDERED.

Dated: March 18, 2020

                                                  /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                           United States District Judge