## Attachment 1

## Form of Publication Notice

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>     Debtors. | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF EXTENDED DEADLINES FOR FILING PROOFS OF CLAIM**

# DEADLINE EXTENSION

**TO ALL CREDITORS OF THE DEBTORS, AND TO OTHER PARTIES IN INTEREST, PLEASE TAKE NOTICE OF THE FOLLOWING:**

On September 27, 2019, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") filed a voluntary petition under section 304(a) of *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[1] initiating a Title III case under PROMESA (a "Title III Case") for the Puerto Rico Public Buildings Authority ("PBA"), Federal Tax ID No. 3801, Case No. 19 BK 5523.  **You may be a creditor of PBA, and you may be required to file a proof of claim** ("Proof of Claim").

**The deadline to file a proof of claim has been extended to May 15, 2020 at 4:00 p.m. (Atlantic Time).**

**If you have already filed a Proof of Claim, no further action is required unless directed by court order, notice, or otherwise.**

### Key Points

- In a Title III proceeding under PROMESA, creditors may be required to file claim forms stating the amount of money owed to them as of the day the Title III proceeding was filed.  This document explains how to file claims.

- **Many creditors in the Title III Cases are not required to file a claim.**  For more information, please refer to Claims Agent's website at https://cases.primeclerk.com/puertorico/, call the Claims Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email at puertoricoinfo@primeclerk.com.

- **If you are not required to file a claim, you do not need to complete and return a claim form**, and you will still keep your rights to vote on a plan of adjustment and receive payments under the

---

[1] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

plan.  A plan of adjustment is a document that explains how a Debtor proposes to pay the amounts it owes to its creditors.  Once filed, this plan will be available for creditors to review.  Who gets to vote on the plan will be determined at a later date.  The amount you may receive under the plan also will be determined later.

- **If you are required to file a claim against any of the Debtors**, the deadline to do so has been extended to **May 15, 2020 at 4:00 p.m., Atlantic Standard Time**.  To obtain a form that you may use to file your claim, refer to the contact information below.

- Claims may be filed by (a) electronically filing on the Claims Agent's website at https://cases.primeclerk.com/puertorico/EPOC-Index, or (b) mail or hand delivery to ~~the addresses provided in Section 6 of this document~~ [address].

- PLEASE NOTE THAT, in light of the Governor's March 15, 2020 executive order addressing the situation regarding COVID-19, the collection centers at which claimants may file proofs of claim by hand delivery will not open ~~until~~ before March 31, 2020.  Claimants are encouraged to file proofs of claim electronically or by mail ~~until the opening of the collection centers on March 31, 2020~~.

After reading this notice, if you require additional information, you may contact the Claims Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.  Please note that the people answering the phone number are not able to provide legal advice.  If you have questions about your legal rights, including whether you need to file a claim, you should talk to an attorney.