UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br><br>Re: ECF Nos. 7449,7468, 7712, 7929,<br>8086, 8251, 8306, 8370, 8476, 8514,<br>8586, 8711, 8781, 8851, 9017, 9385,<br>9411, 9671, 10590, 11943, 11969<br><br>(Jointly Administered) |

ORDER GRANTING EIGHTEENTH URGENT
CONSENTED MOTION FOR EXTENSION OF DEADLINES

Upon the *Eighteenth Urgent Consented Motion for Extension of Deadlines* (Docket Entry

No. 12443, the "Extension Motion");[2] and the Court having found it has subject matter jurisdiction

over this matter pursuant to PROMESA section 306; and it appearing that venue in this district is

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case
number and the last four (4) digits of each Debtor's federal tax identification number, as
applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-
LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing
Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of
Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA")
(Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv)
Employees Retirement System of the Government of the Commonwealth of Puerto Rico
("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID:
9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17
BK 4780-LTS) (Last Four Digits of Federal Tax ID:  3747); and (vi) Puerto Rico Public
Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits
of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers
due to software limitations). (Title III case numbers are listed as Bankruptcy Case numbers
due to software limitations).

[2]     Capitalized terms used but not otherwise defined herein have the meanings given to them
in the Extension Motion.

---

proper pursuant to PROMESA section 307; and the Court having found that the relief requested in

the Extension Motion is in the best interests of the Debtor and Movant; and the Court having found

that the Debtor provided adequate and appropriate notice of the Extension Motion under the

circumstances and that no other or further notice is required; and the Court having reviewed the

Extension Motion; and the Court having determined that the factual bases set forth in the Extension

Motion establish just cause for the relief granted herein; and after due deliberation and sufficient

cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Extension Motion is granted as set forth herein.

2. The deadline to either inform the Court of the status of the settlement negotiations, execute a settlement agreement in connection therewith, or to otherwise respond to the Motion, shall be extended to **April 8, 2020**.

3. The deadline for Movant to file a reply to an opposition, if any, shall be extended to **April 15, 2020**.

Dated: March 18, 2020

/s/ Laura Taylor Swain
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE