Ponce, Puerto Rico
17 - Marzo - 2020

RECEIVED & FILED
2020 MAR 18 PM 3:45
CLERK'S OFFICE
SAN JUAN

Al Honorable Tribunal de P.R.

Me dirijo a ustedes para informarles sobre mi caso respecto a la ley Promesa III.

Mi nombre es Amanda Pinto Vega, vivo en la ciudad de Ponce, P.R., tengo 61 años. Trabajo en el Depto. de Salud en Registro Demográfico de Ponce. Llevo laborando para el gobierno 34 años y 6 meses. Me encanta servir a mi pueblo y lo hago con mucho respeto y devoción.

Pero es indignante que mi retiro se ve afectado debido a que el Gobierno de P.R. decidio sin consultar al empleado bajar nuestro pociento de nuestra pension de un 75% que era el porciento que teniamos derecho lo bajo a un 36% es indigno cuando hay otros servidores publicos ya retirados que estan recibiendo una pension de un 75% de su sueldo, y esta bien pues se lo ganaron.

Nos merecemos una pension digna que este a la altura del costo de vida, no he podido retirarme debido a que mi pension no me alcanzaria para cubrir mis gastos, agua, luz, alimentos, gasolina y mis medicamentos

permanentes de mantenimiento pues soy diabetica.

Por eso me dirijo a ustedes muy respetuosamente porque todavia creo en la justicia de mi país.

Espero puedan ayudarme y hacer justicia. Gracias por su atención y ayuda.

Sra. Imanda Pinto Vega
Urb. Morell Campos
14 calle Candorosa
Ponce, P.R. 00730
Tel. (787) 315-4071
Núm. 17 BK 3283 - LTS