Amanda Pinto Vega
Urb. Morell Campos
14 Calle Candorosa
Ponce, P.R. 00730






Clerk's Office
United States District Court
#150 Chardon Avenue
Federal Building
San Juan, P.R. 00918