4. Incluya tantos detalles como pueda en sus réplicas.

   a. **Sus respuestas deben proporcionar más información que la contenida en la evidencia de reclamos inicial.** Por ejemplo, si antes escribió "Ley 96" como fundamento de su reclamo, rogamos proporcione información más detallada relativa a leyes concretas que pretende invocar, el año de adopción de dicha ley, así como de qué forma y por qué considera que esa ley concreta permite fundamentar su reclamo.

   b. Si está disponible y se aplica a su reclamo, rogamos proporcione, asimismo, lo siguiente:
      - Copia de un escrito; por ejemplo, un Escrito de demanda o una Contestación;
      - Cualquier sentencia o acuerdo de conciliación que no hayan sido pagados;
      - Notificación por escrito de la intención de radicar un reclamo acompañada de un comprobante de envío; y
      - Toda la documentación que a su criterio justifica su reclamo.

5. Si no dispone de una copia de su reclamo, podrá descargarla visitando el sitio web de Prime Clerk: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

6. Debe firmar su réplica en el lugar que se indica abajo. Si no lo hace, el secretario no aceptará la réplica a efectos de su radicación.

7. Rogamos radique el formulario cumplimentado y cualquiera de los documentos justificativos siguiendo las instrucciones de la Notificación que acompaña a la Objeción global a su reclamo.

**Cuestionario**

1. Rogamos proporcione el nombre, la dirección, el número de teléfono y la dirección de correo electrónico 1) de la demandante que responda; 2) del abogado o representante designado de la demandante al que los abogados del ELA, de la ACT y del SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción global en nombre de la demandante.

   ☐ Nombre: _Hector M. Padilla Rivera_

   ☐ Dirección: _Calle 1 #9 Bda. Monserrate, Santa Isabel, P.R. 00757_

   ☐ Número de teléfono: _787-484-2774_

   ☐ Dirección de correo electrónico: _____

2. Número de su evidencia de reclamos: _169997_

3. Los Deudores se han opuesto a su Evidencia de reclamos porque esta no proporciona información suficiente para que los Deudores comprendan el fundamento de su reclamo. Marque la casilla con la que guarde relación su Evidencia de reclamos y explique el

2

motivo por el que se opone a la objeción indicando así el fundamento de su reclamo. Adjunte páginas adicionales si fuera necesario.

☑ Acción judicial pendiente de resolución o finalizada con o contra el Gobierno de Puerto Rico

☐ Empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico

*Operador de Equipo pesado, arar el terreno, siembra de Semilla, corte de Semilla, Riego de abono y cosecha de la caña*

Adjunte copias de cualquier otra documentación u otras pruebas en apoyo de su reclamo.

4. ¿Cuál es el monto de su reclamo (cuánto alega que se le adeuda)?:

*Over Time, Vacaciones, Enfermedad, Ponceña, $32,500.00*

5. **Empleo**. ¿Su reclamo guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico?

☐ No. *Siga con la Pregunta 6.*

☐ Sí. **Responda a las Preguntas 5(a) a (d).**

5(a). Indique la agencia o el departamento específicos donde trabaja o ha trabajado:

*Luce & Company, Corporación azucarera*

5(b). Indique las fechas de su empleo relativo con su reclamo:

*1972 - 1989*

5(c). Últimos cuatro dígitos de su número del Seguridad Social: *5852*

5(d). ¿Cuál es la naturaleza de sus reclamos relativos al empleo (marque todas las casillas aplicables)?:

☑ Pensión

☑ Salarios no pagados

☑ Días de licencia por enfermedad

☑ Quejas con sindicado

☐ Vacaciones

☐ Otros (proporcione tanta información detallada como pueda. Adjunte páginas adicionales si fuera necesario).

3

**6. Acción judicial.** ¿Su reclamo guarda relación con una acción judicial pendiente de resolución o finalizada?

☑ No.

☐ Sí. **Responda a las Preguntas 6(a) a (f).**

6(a). Indique el departamento o la agencia que sean parte en la acción.

_Puerto [illegible] Company, [illegible] [illegible]_

6(b). Indique el nombre y la dirección del tribunal o de la agencia ante los cuales la acción esté pendiente de resolución.

_____

6(c). Número del caso:

_169997_

6(d). Título, epígrafe o nombre del caso:

_____

6(e). Estado del caso (pendiente de resolución, apelado o finalizado):

_____

6(f). ¿Tiene una sentencia que no haya sido pagada? Sí / (No) (rodee la opción que proceda)

En caso afirmativo, ¿cuál es la fecha y el monto de la sentencia?

_____

## FIRME ABAJO SU RÉPLICA

_Héctor M. Padilla Rivera_
**Firma**

_Hector M. Padilla Rivera_
**Deletree su nombre**

_3/17/2020_
**Fecha**

4