Case:17-03283-LTS Doc#:12455-1 Filed:03/18/20 Entered:03/19/20 09:03:25 Desc: Envelope Page 1 of 1

From:
Hector M. Padilla Rivera
Calle 1 #9 Bda: Moncerrate
Santa Isabel P.R. 00757

Secretaria
Tribunal de Distrito de Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767