# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et. al.*<br><br>Debtors[1] | PROMESA<br>Title III<br><br>Case No. 17-03283 (LTS)<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA")<br><br>Debtor[2] | PROMESA<br>Title III<br><br>Case No. 17-04780 (LTS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

TO THE HONORABLE COURT

The undersigned hereby certifies that I caused true and correct copies of the *Sevent Interim Fee Application of Filsinger Energy Partners for Allowance of an Administrative Claim for*

---

[1] The Debtors in the relevant Title III cases, along with their respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number are as follows: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

[2] See note 1.

*Compensation and Reimbursement of Expenses Incurred As Chief Financial Advisor to Puerto Rico Electric Power Authority ("PREPA") for the Period from October 1, 2019 through January 31, 2020* as Dkt. No. 12345 in Case No. 17-03283 (LTS) and as Dkt. No. 1937 in Case No. 17-04780 (LTS) (the "Application"), served electronically through the Court's CM/ECF system in Case No. 17-03283 (LTS) and in Case No. 17-04780 (LTS) on March 16, 2020 to each of the parties listed in **Exhibit A** attached hereto.

The service of process required to be completed by U.S. mail and the copy submitted to the chambers of the Honorable Laura Taylor Swain will be completed after March 30, 2020, the last day of the total lockdown ordered by the Puerto Rico government pursuant to Executive Order 2020-023 in response to the global outbreak of COVID-19.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 19th day of March, 2020.

SANCHEZ PIRILLO LLC
270 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. 787-522-6776
Fax 787-522-6777

s/ *Janelle Reyes-Maisonet*
Janelle Reyes-Maisonet
USDC-PR 231102
jreyes@sanpir.com

*Counsel for Filsinger Energy Partners, Inc.*