## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO | Case No. 17-BK-03283 (LTS) |
| as representative of |  |
| THE COMMONWEALTH OF PUERTO RICO, ET AL., |  |
| Debtors.[1] |  |
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO | Case No. 17-BK-03566 (LTS) |
| as representative of |  |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, |  |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

|  |  |
|---|---|
| Debtor. | ) |
|  | ) |
|  | ) |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, | ) Adv. Proc. No. 19-00356 (LTS) |
|  | ) |
| and | ) |
|  | ) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), | ) |
|  | ) |
| as co-trustees of | ) |
|  | ) |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| DEFENDANT 1M, ET AL., | ) |
|  | ) |
| Defendants. | ) |
|  | ) |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, | ) Adv. Proc. No. 19-00357 (LTS) |
|  | ) |
| and | ) |
|  | ) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), | ) |
|  | ) |
| as co-trustees of | ) |
|  | ) |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| STOEVER GLASS & CO., ET AL., | ) |

)
Defendants. )
)

THE SPECIAL CLAIMS COMMITTEE OF THE )  Adv. Proc. No. 19-00359 (LTS)
FINANCIAL OVERSIGHT AND MANAGEMENT )
BOARD FOR PUERTO RICO, ACTING BY AND )
THROUGH ITS MEMBERS, )
)
and )
)
THE OFFICIAL COMMITTEE OF UNSECURED )
CREDITORS OF ALL TITLE III DEBTORS )
(OTHER THAN COFINA), )
)
as co-trustees of )
)
THE EMPLOYEES RETIREMENT SYSTEM OF )
THE GOVERNMENT OF PUERTO RICO, )
)
Plaintiff, )
)
v. )
)
DEFENDANT 1H-78H, )
)
Defendants. )
)
)

THE SPECIAL CLAIMS COMMITTEE OF THE )  Adv. Proc. No. 19-00361 (LTS)
FINANCIAL OVERSIGHT AND MANAGEMENT )
BOARD FOR PUERTO RICO, ACTING BY AND )
THROUGH ITS MEMBERS, )
)
and )
)
THE OFFICIAL COMMITTEE OF UNSECURED )
CREDITORS OF ALL TITLE III DEBTORS )
(OTHER THAN COFINA), )
)
as co-trustees of )
)
THE EMPLOYEES RETIREMENT SYSTEM OF )
THE GOVERNMENT OF PUERTO RICO, )
)
Plaintiff, )

|  |  |  |
|---|---|---|
| v. | ) | |
| | ) | |
| DEFENDANT 1G-50G, et al., | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |
| THE FINANCIAL OVERSIGHT AND | ) | Adv. Proc. No. 19-00366 (LTS) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
|     as representative of | ) | |
| | ) | |
| EMPLOYEES RETIREMENT SYSTEM OF THE | ) | |
| GOVERNMENT OF THE COMMONWEALTH OF | ) | |
| PUERTO RICO, | ) | |
| | ) | |
|     and | ) | |
| | ) | |
| THE OFFICIAL COMMITTEE OF UNSECURED | ) | |
| CREDITORS OF ALL TITLE III DEBTORS (OTHER | ) | |
| THAN COFINA), | ) | |
| | ) | |
|     as section 926 trustee of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO | ) | |
| | ) | |
|     Plaintiffs,[2] | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANDALUSIAN GLOBAL DESIGNATED ACTIVITY | ) | |
| COMPANY; THE BANK OF NEW YORK MELLON; | ) | |
| MASON CAPITAL MASTER FUND LP; OCHER | ) | |
| ROSE, L.L.C.; SV CREDIT, L.P.; CROWN | ) | |
| MANAGED ACCOUNTS FOR AND ON BEHALF | ) | |
| OF CROWN/PW SP; LMA SPC FOR AND ON | ) | |
| BEHALF OF MAP 98 SEGREGATED PORTFOLIO; | ) | |
| OCEANA MASTER FUND LTD.; PENTWATER | ) | |
| MERGER ARBITRAGE MASTER FUND LTD.; | ) | |
| AND PWCM MASTER FUND LTD, | ) | |

---

[2] The Official Committee of Unsecured Creditors serves as section 926 trustee and co-plaintiff in the prosecution of this adversary proceeding pursuant to Docket No. 6990, which is incorporated herein by reference.

|  |  |
|---|---|
| Defendants. | ) |
| | ) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | ) ) ) |
| as representative of | ) ) |
| EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, | ) ) ) ) |
| and | ) ) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), | ) ) ) ) |
| as section 926 trustee of | ) ) |
| THE COMMONWEALTH OF PUERTO RICO | ) ) |
| Plaintiffs,[3] | ) ) |
| v. | ) ) |
| GLENDON OPPORTUNITIES FUND, L.P.; OAKTREE-FORREST MULTI-STRATEGY, LLC (SERIES B); OAKTREE OPPORTUNITIES FUND IX, L.P.; OAKTREE OPPORTUNITIES FUND IX (PARALLEL 2), L.P.; OAKTREE VALUE OPPORTUNITIES FUND, L.P.; PUERTO RICO AAA PORTFOLIO BOND FUND, INC.; PUERTO RICO AAA PORTFOLIO BOND FUND II, INC.; PUERTO RICO AAA PORTFOLIO TARGET MATURITY FUND, INC.; PUERTO RICO FIXED INCOME FUND, INC.; PUERTO RICO FIXED INCOME FUND II, INC.; PUERTO RICO FIXED INCOME FUND III, INC.; PUERTO RICO FIXED INCOME FUND IV, INC.; PUERTO RICO FIXED INCOME FUND V, INC.; PUERTO RICO GNMA & U.S. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Adv. Proc. No. 19-00367 (LTS)

---

[3] The Official Committee of Unsecured Creditors serves as section 926 trustee and co-plaintiff in the prosecution of this adversary proceeding pursuant to Docket No. 6990, which is incorporated herein by reference.

GOVERNMENT TARGET MATURITY FUND, )
INC.; PUERTO RICO INVESTORS BOND FUND I; )
PUERTO RICO INVESTORS TAX-FREE FUND, )
INC.; PUERTO RICO INVESTORS TAX-FREE )
FUND II, INC.; PUERTO RICO INVESTORS TAX- )
FREE FUND III, INC.; PUERTO RICO INVESTORS )
TAX-FREE FUND IV, INC.; PUERTO RICO )
INVESTORS TAX-FREE FUND V, INC.; PUERTO )
RICO INVESTORS TAX-FREE FUND VI, INC.; )
PUERTO RICO MORTGAGE-BACKED & U.S. )
GOVERNMENT SECURITIES FUND, INC.; TAX- )
FREE PUERTO RICO FUND, INC.; TAX-FREE )
PUERTO RICO FUND II, INC.; TAX-FREE PUERTO )
RICO TARGET MATURITY FUND, INC.; UBS IRA )
SELECT GROWTH & INCOME PUERTO RICO )
FUND, )
)
               Defendants. )
)
)
)
)
)

**JOINT MOTION REGARDING DISCOVERY AND BRIEFING SCHEDULE WITH
RESPECT TO CERTAIN ISSUES RAISED IN CERTAIN CONTESTED MATTERS
AND ADVERSARY PROCEEDINGS RELATED TO THE BONDS ISSUED BY THE
EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE
<u>COMMONWEALTH OF PUERTO RICO</u>**

To the Honorable United States District Judge Laura Taylor Swain and the Honorable United

States Magistrate Judge Judith G. Dein:

       1.     The Official Committee of Unsecured Creditors (the "<u>Creditors' Committee</u>"), the

Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the "<u>Retiree</u>

<u>Committee</u>" and, together with the Creditors' Committee, the "<u>Committees</u>"), the Financial

Oversight and Management Board for Puerto Rico (the "<u>FOMB</u>") as the Debtor's representative

pursuant to Section 315(b) of PROMESA, the Special Claims Committee of the Financial

Oversight and Management Board for Puerto Rico (the "<u>SCC</u>"), the Puerto Rico Fiscal Agency

and Financial Advisory Authority ("AAFAF" and, together with the FOMB and the SCC, the "Government Parties"), certain groups of ERS bondholders represented by Jones Day and White & Case LLP (the "ERS Bondholder Groups"),[4] and The Bank of New York Mellon, as Fiscal Agent for the ERS bonds (the "Fiscal Agent" and, together with the ERS Bondholder Groups, the Committees, and the Government Parties, the "Parties") respectfully submit this joint motion regarding the status of briefing and discovery deadlines ordered by the Court in the above-captioned matters.

2.      On February 6, 2020, the Court entered a modified discovery and briefing schedule in the above-captioned matters.  ECF No. 808 in Case No. 17-bk-3566.

3.      On March 17, 2020, the Court entered its *Order Regarding Deadlines and Proceedings in the Title III Cases*, which provides that "all scheduled deadlines and hearing

---

[4] Altair Global Credit Opportunities Fund (A), LLC, Andalusian Global Designated Activity Company, Crown Managed Accounts for and on behalf of Crown/PW SP, Glendon Opportunities Fund, L.P., LMA SPC for and on behalf of Map 98 Segregated Portfolio, Mason Capital Master Fund LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel), L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Huntington Investment Fund II, L.P., Oaktree Opportunities Fund X, L.P., Oaktree Opportunities Fund X (Parallel), L.P., Oaktree Opportunities Fund X (Parallel 2), L.P., Oaktree Value Opportunities Fund Holdings, L.P., Oceana Master Fund Ltd., Ocher Rose, L.L.C., Pentwater Merger Arbitrage Master Fund Ltd., Puerto Rico AAA Portfolio Bond Fund, Inc., Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto Rico AAA Portfolio Target Maturity Fund, Inc., Puerto Rico Fixed Income Fund, Inc., Puerto Rico Fixed Income Fund II, Inc., Puerto Rico Fixed Income Fund III, Inc., Puerto Rico Fixed Income Fund IV, Inc., Puerto Rico Fixed Income Fund V, Inc., Puerto Rico Fixed Income Fund VI, Inc., Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc., Puerto Rico Investors Bond Fund I, Puerto Rico Investors Tax-Free Fund, Inc., Puerto Rico Investors Tax-Free Fund II, Inc., Puerto Rico Investors Tax-Free Fund III, Inc., Puerto Rico Investors Tax-Free Fund IV, Inc., Puerto Rico Investors Tax-Free Fund V, Inc., Puerto Rico Investors Tax- Free Fund VI, Inc., Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc., PWCM Master Fund Ltd., Redwood Master Fund, Ltd, SV Credit, L.P., Tax-Free Puerto Rico Fund, Inc., Tax-Free Puerto Rico Fund II, Inc., Tax-Free Puerto Rico Target Maturity Fund, Inc., and UBS IRA Select Growth & Income Puerto Rico Fund.

dates in the Title III cases and related adversary proceedings shall remain in effect until further order of the Court."  ECF No. 12420 in Case No. 17-bk-3283.

4.     The Parties have conferred concerning the discovery and briefing schedule in these proceedings.  The Parties have at least six remaining fact depositions, some of which are expected to take place in Puerto Rico, to complete in these proceedings before the service of opening and expert rebuttal reports (followed by expert depositions).   The COVID 19 outbreak has already necessitated the adjournment of several previously-scheduled depositions, and has impeded the parties' ability to schedule and/or reschedule the remaining depositions. Accordingly, under the circumstances, the parties have determined that they are unable to complete discovery in accordance with the currently ordered schedule.  The parties are currently conferring on how best to complete fact and expert discovery and the summary judgment submissions as expeditiously as possible.

5.     The Parties therefore agree that the next four deadlines under the currently ordered schedule—namely, the disclosure of experts (on March 20, 2020), the completion of fact discovery (March 30, 2020), the service of opening expert reports (April 1, 2020), and the disclosure of rebuttal experts and service of rebuttal reports (April 15, 2020), ECF No. 808 in Case No. 17-bk-3566—should be adjourned pending further discussions between the Parties to occur within the next week, and further order of this Court.

6.     The Parties will continue to confer regarding how to complete the remaining discovery and summary judgment submissions in these proceedings, and intend to file a joint status report on or before March 25, 2020 that will provide an update on the status of these proceedings, along with any modified schedule any or all of the Parties may propose.

7.     The Parties therefore respectfully request that the Court:

       (i)      Adjourn the deadlines for the disclosure of experts (on March 20, 2020), the completion of fact discovery (March 30, 2020), the service of opening expert reports (April 1, 2020), and the disclosure of rebuttal experts and service of rebuttal reports (April 15, 2020); and

       (ii)     Order a joint status report due March 25, 2020.

8.     For the avoidance of doubt, the Parties reserve all of their rights.

9.     The Parties appreciate the Court's attention to these matters.

10.    WHEREFORE the Parties respectfully request that this Court (i) enter the Proposed Order attached hereto as **Exhibit 1** granting the relief requested herein, and (ii) grant the Parties such other relief as is just and warranted.

*[Remainder of Page Intentionally Left Blank]*

Dated:  March 19, 2020
New York, NY

Respectfully submitted,

/s/ Alfredo Fernández-Martínez
Alfredo Fernández-Martínez
**DELGADO & FERNÁNDEZ, LLC**
PO Box 11750
Fernández Juncos Station
San Juan, Puerto Rico 00910-1750
Tel. (787) 274-1414
Fax: (787) 764-8241
afernandez@delgadofernandez.com
USDC-PR 210511

/s/ Bruce Bennett
Bruce Bennett (*pro hac vice*)
**JONES DAY**
555 South Flower Street Fiftieth Floor
Los Angeles, California 90071
Tel. (213) 489-3939
Fax: (213) 243-2539
bbennett@jonesday.com

Benjamin Rosenblum (*pro hac vice*)
**JONES DAY**
250 Vesey Street
New York, New York 10281
Tel. (212) 326-3939
Fax: (212) 755-7306
brosenblum@jonesday.com

Geoffrey S. Stewart (*pro hac vice*)
Matthew Papez (*pro hac vice*)
Beth Heifetz (*pro hac vice*)
Sparkle L. Sooknanan (*pro hac vice*)
**JONES DAY**
51 Louisiana Ave. N.W.
Washington, DC 20001
Tel. (202) 879-3939
Fax: (202) 626-1700
gstewart@jonesday.com
mpapez@jonesday.com
bheifetz@jonesday.com
ssooknanan@jonesday.com

Respectfully submitted,

/s/  Margaret A. Dale

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
Jeffrey W. Levitan (*pro hac vice*)
Margaret A. Dale (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900
Email: mbienenstock@proskauer.com
Email: brosen@proskauer.com
Email: jlevitan@proskauer.com
Email: mdale@proskauer.com
Luis F. del Valle-Emmanuelli
USDC-PR No. 209514
P.O. Box 79897
Carolina, Puerto Rico 00984-9897
Tel. 787.977.1932
Fax. 787.722.1932
dvelawoffices@gmail.com

OF COUNSEL FOR
A&S LEGAL STUDIO, PSC
434 Avenida Hostos
San Juan, PR 00918
Tel: (787) 751-6764/ 763-0565
Fax: (787) 763-8260

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico*

/s/ Sunni P. Beville

BROWN RUDNICK LLP
Edward S. Weisfelner, Esq. (Pro Hac Vice)
Seven Times Square

10

*Counsel for Altair Global Credit
Opportunities Fund (A), LLC, Andalusian
Global Designated Activity Company,
Crown Managed Accounts for and on behalf
of Crown/PW SP, Glendon Opportunities
Fund, L.P., LMA SPC for and on behalf of
Map 98 Segregated Portfolio, Mason
Capital Master Fund LP, Oaktree-Forrest
Multi-Strategy, LLC (Series B), Oaktree
Opportunities Fund IX, L.P., Oaktree
Opportunities Fund IX (Parallel), L.P.,
Oaktree Opportunities Fund IX (Parallel 2),
L.P., Oaktree Huntington Investment Fund
II, L.P., Oaktree Opportunities Fund X, L.P.,
Oaktree Opportunities Fund X (Parallel),
L.P., Oaktree Opportunities Fund X
(Parallel 2), L.P., Oaktree Value
Opportunities Fund Holdings, L.P., Oceana
Master Fund Ltd., Ocher Rose, L.L.C.,
Pentwater Merger Arbitrage Master Fund
Ltd., PWCM Master Fund Ltd., Redwood
Master Fund, Ltd., and SV Credit, L.P.*


*/s/Alicia I. Lavernge-Ramírez*

José C. Sánchez-Castro
USDC-PR 213312
Alicia I. Lavergne-Ramírez
USDC-PR 215112
**SÁNCHEZ PIRILLO LLC**
270 Muñoz Rivera Avenue, Suite 1110
San Juan, PR 00918
Tel. (787) 522-6776
Fax: (787) 522-6777
jsanchez@sanpir.com
alavergne@sanpir.com


*/s/ Jesse L. Green*

Glenn M. Kurtz (*pro hac vice*)
John K. Cunningham (*pro hac vice*)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10036

New York, NY 10036
Tel: (212) 209-4800
eweisfelner@brownrudnick.com

Sunni P. Beville, Esq. (Pro Hac Vice)
One Financial Center
Boston, MA 02111
Tel: (617) 856-8200
sbeville@prownrudnick.com

*Counsel to the Special Claims Committee*

*/s/ Alberto Estrella*

ESTRELLA, LLC
Alberto Estrella (USDC-PR 209804)
Kenneth C. Suria (USDC-PR 213302)
P.O. Box 9023596
San Juan, Puerto Rico 00902-3596
Tel: (787) 977-5050
Fax: (787) 977-5090

*Local Counsel to the Special Claims Committee*

*/s/ Catherine Steege*

JENNER & BLOCK LLP
Robert Gordon (admitted pro hac vice)
Richard Levin (admitted pro hac vice)
919 Third Ave
New York, NY 10022-3908
rgordon@jenner.com
rlevin@jenner.com
212-891-1600 (telephone)
212-891-1699 (facsimile)

Catherine Steege (admitted pro hac vice)
Melissa Root (admitted pro hac vice)
Landon Raiford (admitted pro hac vice)
353 N. Clark Street
Chicago, IL 60654
csteege@jenner.com
mroot@jenner.com
lraiford@jenner.com
312-222-9350 (telephone)

Tel. (212) 819-8200
Fax (212) 354-8113
gkurtz@whitecase.com
jcunningham@whitecase.com

Jason N. Zakia (*pro hac vice*)
Cheryl T. Sloane (*pro hac vice*)
Jesse L. Green (*pro hac vice*)
**WHITE & CASE LLP**
200 S. Biscayne Blvd., Suite 4900
Miami, FL 33131
Tel. (305) 371-2700
Fax (305) 358-5744
jzakia@whitecase.com

*Counsel for Puerto Rico AAA Portfolio
Bond Fund, Inc.; Puerto Rico AAA
Portfolio Bond Fund II, Inc., Puerto Rico
AAA Portfolio Target Maturity Fund, Inc.;
Puerto Rico Fixed Income Fund, Inc.;
Puerto Rico Fixed Income Fund II, Inc.;
Puerto Rico Fixed Income Fund III, Inc.;
Puerto Rico Fixed Income Fund IV, Inc.;
Puerto Rico Fixed Income Fund V, Inc.;
Puerto Rico Fixed Income Fund VI, Inc.;
Puerto Rico GNMA & U.S. Government
Target Maturity Fund, Inc.; Puerto Rico
Investors Bond Fund I; Puerto Rico
Investors Tax-Free Fund, Inc.; Puerto
Rico Investors Tax-Free Fund II, Inc.;
Puerto Rico Investors Tax-Free Fund III,
Inc.; Puerto Rico Investors Tax-Free Fund
IV, Inc.; Puerto Rico Investors Tax-Free
Fund V, Inc.; Puerto Rico Investors Tax-
Free Fund VI, Inc.; Puerto Rico
Mortgage-Backed & U.S. Government
Securities Fund, Inc.; Tax-Free Puerto
Rico Fund, Inc.; Tax-Free Puerto Rico
Fund II, Inc.; Tax-Free Puerto Rico
Target Maturity Fund, Inc.; and UBS IRA
Select Growth & Income Puerto Rico
Fund*

SEPULVADO,   MALDONADO   &
COURET

312-239-5199 (facsimile)

*/s/ A.J. Bennazar-Zequeira*

BENNAZAR, GARCÍA & MILIÁN, C.S.P
A.J. Bennazar-Zequeira
Héctor M. Mayol Kauffmann
Francisco del Castillo Orozco
Edificio Union Plaza,
1701 Avenida Ponce de León #416
Hato Rey, San Juan
Puerto Rico 00918
ajb@bennazar.org
hector.mayol@bennazar.com
787-754-9191 (telephone)
787-764-3101 (facsimile)

*Counsel for the Official Committee of Retired
Employees of Puerto Rico*

Respectfully submitted,

*/s/ Luc A. Despins*

**PAUL HASTINGS LLP**
Luc A. Despins *(Pro Hac Vice)*
James R. Bliss, Esq. *(Pro Hac Vice)*
James B. Worthington, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured
Creditors*

*/s/ Juan J. Casillas Ayala*

**CASILLAS, SANTIAGO & TORRES LLC**
Juan J. Casillas Ayala, Esq. (USDC – PR
218312)

12

By: ___/s/ Albéniz Couret-Fuentes___
Albéniz Couret-Fuentes
USDC-PR Bar No. 222207
304 Ponce de León Ave. – Suite 990
San Juan, PR 00918
Telephone: (787) 765-5656
Facsimile: (787) 294-0073
Email: acouret@smclawpr.com

REED SMITH LLP
Eric A. Schaffer (*Pro Hac Vice*)
Luke A. Sizemore (*Pro Hac Vice*)
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
Email: eschaffer@reedsmith.com
Email: lsizemore@reedsmith.com

By: ___/s/ C. Neil Gray___
C. Neil Gray (*Pro Hac Vice*)
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Email: cgray@reedsmith.com

*Counsel to The Bank of New York Mellon,
as fiscal agent*

Israel Fernández Rodrígues, Esq. (USDC – PR
22504)
Juan C. Nieves González, Esq. (USDC – PR
231707)
Cristina B. Fernández Niggemann, Esq. (USDC
– PR 306008)
PO Box 195075
San Juan, Puerto Rico 00919-5075
Telephone: (797) 523-3434
Fax: (797) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@ctslawpr.com

*Local Counsel to the Official Committee of
Unsecured Creditors*

/s/ John Arrastia

**GENOVESE JOBLOVE & BATTISTA, P.A.**
John Arrastia, Esq. (*Pro Hac Vice*)
John H. Genovese, Esq. (*Pro Hac Vice*)
Jesus M. Suarez, Esq. (*Pro Hac Vice*)
Mariaelena Gayo-Guitian, Esq. (*Pro Hac Vice*)
100 SE 2nd Street, Suite 4400
Miami, Florida 33131
Tel: 305-349-2300
jarrastia@gjb-law.com
jgenovese@gjb-law.com
jsuarez@gjb-law.com
mguitian@gjb-law.com

*Special Litigation Counsel to the
Official Committee of Unsecured Creditors*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.


Dated: March 19, 2020                                        */s/ Bruce Bennett*
                                                              Bruce Bennett

**EXHIBIT 1 [PROPOSED ORDER]**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO | Case No. 17-BK-03283 (LTS) |
| as representative of | |
| THE COMMONWEALTH OF PUERTO RICO, ET<br>AL., | |
| Debtors.[5] | |

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO | Case No. 17-BK-03566 (LTS) |
| as representative of | |

---

[5] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

THE EMPLOYEES RETIREMENT SYSTEM OF )
THE GOVERNMENT OF THE COMMONWEALTH )
OF PUERTO RICO, )
)
)
Debtor. )

THE SPECIAL CLAIMS COMMITTEE OF THE )     Adv. Proc. No. 19-00356 (LTS)
FINANCIAL OVERSIGHT AND MANAGEMENT )
BOARD FOR PUERTO RICO, ACTING BY AND )
THROUGH ITS MEMBERS, )
)
)
and )
)
THE OFFICIAL COMMITTEE OF UNSECURED )
CREDITORS OF ALL TITLE III DEBTORS )
(OTHER THAN COFINA), )
)
)
as co-trustees of )
)
THE EMPLOYEES RETIREMENT SYSTEM OF )
THE GOVERNMENT OF PUERTO RICO, )
)
)
Plaintiff, )
)
v. )
)
DEFENDANT 1M, ET AL., )
)
)
Defendants. )

THE SPECIAL CLAIMS COMMITTEE OF THE )     Adv. Proc. No. 19-00357 (LTS)
FINANCIAL OVERSIGHT AND MANAGEMENT )
BOARD FOR PUERTO RICO, ACTING BY AND )
THROUGH ITS MEMBERS, )
)
)
and )
)
THE OFFICIAL COMMITTEE OF UNSECURED )
CREDITORS OF ALL TITLE III DEBTORS )
(OTHER THAN COFINA), )
)
)
as co-trustees of )
)
THE EMPLOYEES RETIREMENT SYSTEM OF )
THE GOVERNMENT OF PUERTO RICO, )
)
)
Plaintiff, )

v.                                          )
                                            )
STOEVER GLASS & CO., ET AL.,                )
                                            )
    Defendants.         )
                                            )
_____    )
                                            )
THE SPECIAL CLAIMS COMMITTEE OF THE         )    Adv. Proc. No. 19-00359 (LTS)
FINANCIAL OVERSIGHT AND MANAGEMENT          )
BOARD FOR PUERTO RICO, ACTING BY AND        )
THROUGH ITS MEMBERS,                        )
                                            )
    and                 )
                                            )
THE OFFICIAL COMMITTEE OF UNSECURED         )
CREDITORS OF ALL TITLE III DEBTORS          )
(OTHER THAN COFINA),                        )
                                            )
    as co-trustees of   )
                                            )
THE EMPLOYEES RETIREMENT SYSTEM OF          )
THE GOVERNMENT OF PUERTO RICO,              )
                                            )
    Plaintiff,          )
                                            )
v.                                          )
                                            )
DEFENDANT 1H-78H,                           )
                                            )
    Defendants.         )
                                            )
                                            )
_____    )
                                            )
THE SPECIAL CLAIMS COMMITTEE OF THE         )    Adv. Proc. No. 19-00361 (LTS)
FINANCIAL OVERSIGHT AND MANAGEMENT          )
BOARD FOR PUERTO RICO, ACTING BY AND        )
THROUGH ITS MEMBERS,                        )
                                            )
    and                 )
                                            )
THE OFFICIAL COMMITTEE OF UNSECURED         )
CREDITORS OF ALL TITLE III DEBTORS          )
(OTHER THAN COFINA),                        )
                                            )
    as co-trustees of   )
                                            )
_____    )

17

THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, )
)
)
Plaintiff, )
)
v. )
)
DEFENDANT 1G-50G, et al., )
)
Defendants. )
)

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, )          Adv. Proc. No. 19-00366 (LTS)
)
)
as representative of )
)
EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, )
)
)
)
and )
)
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), )
)
)
)
as section 926 trustee of )
)
THE COMMONWEALTH OF PUERTO RICO )
)
Plaintiffs,[6] )
)
v. )
)
ANDALUSIAN GLOBAL DESIGNATED ACTIVITY COMPANY; THE BANK OF NEW YORK MELLON; MASON CAPITAL MASTER FUND LP; OCHER ROSE, L.L.C.; SV CREDIT, L.P.; CROWN MANAGED ACCOUNTS FOR AND ON BEHALF OF CROWN/PW SP; LMA SPC FOR AND ON BEHALF OF MAP 98 SEGREGATED PORTFOLIO; OCEANA MASTER FUND LTD.; PENTWATER )
)
)
)
)
)
)
)

---

[6] The Official Committee of Unsecured Creditors serves as section 926 trustee and co-plaintiff in the prosecution of this adversary proceeding pursuant to Docket No. 6990, which is incorporated herein by reference.

MERGER ARBITRAGE MASTER FUND LTD.;
AND PWCM MASTER FUND LTD,

       Defendants.

_____

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

    and

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF ALL TITLE III DEBTORS (OTHER
THAN COFINA),

    as section 926 trustee of

THE COMMONWEALTH OF PUERTO RICO

    Plaintiffs,[7]

v.

GLENDON OPPORTUNITIES FUND, L.P.;
OAKTREE-FORREST MULTI-STRATEGY, LLC
(SERIES B); OAKTREE OPPORTUNITIES FUND
IX, L.P.; OAKTREE OPPORTUNITIES FUND IX
(PARALLEL 2), L.P.; OAKTREE VALUE
OPPORTUNITIES FUND, L.P.; PUERTO RICO AAA
PORTFOLIO BOND FUND, INC.; PUERTO RICO
AAA PORTFOLIO BOND FUND II, INC.; PUERTO
RICO AAA PORTFOLIO TARGET MATURITY
FUND, INC.; PUERTO RICO FIXED INCOME
FUND, INC.; PUERTO RICO FIXED INCOME
FUND II, INC.; PUERTO RICO FIXED INCOME

Adv. Proc. No. 19-00367 (LTS)

---

[7] The Official Committee of Unsecured Creditors serves as section 926 trustee and co-plaintiff in
the prosecution of this adversary proceeding pursuant to Docket No. 6990, which is incorporated
herein by reference.

FUND III, INC.; PUERTO RICO FIXED INCOME )
FUND IV, INC.; PUERTO RICO FIXED INCOME )
FUND V, INC.; PUERTO RICO GNMA & U.S. )
GOVERNMENT TARGET MATURITY FUND, )
INC.; PUERTO RICO INVESTORS BOND FUND I; )
PUERTO RICO INVESTORS TAX-FREE FUND, )
INC.; PUERTO RICO INVESTORS TAX-FREE )
FUND II, INC.; PUERTO RICO INVESTORS TAX- )
FREE FUND III, INC.; PUERTO RICO INVESTORS )
TAX-FREE FUND IV, INC.; PUERTO RICO )
INVESTORS TAX-FREE FUND V, INC.; PUERTO )
RICO INVESTORS TAX-FREE FUND VI, INC.; )
PUERTO RICO MORTGAGE-BACKED & U.S. )
GOVERNMENT SECURITIES FUND, INC.; TAX- )
FREE PUERTO RICO FUND, INC.; TAX-FREE )
PUERTO RICO FUND II, INC.; TAX-FREE PUERTO )
RICO TARGET MATURITY FUND, INC.; UBS IRA )
SELECT GROWTH & INCOME PUERTO RICO )
FUND, )
　　　　　　　　　　　　　　　　　　　　　 )
　　　　　　　Defendants. )
　　　　　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　　 )

**[PROPOSED] ORDER REGARDING JOINT MOTION REGARDING DISCOVERY
AND BRIEFING SCHEDULE WITH RESPECT TO CERTAIN ISSUES RAISED IN
CERTAIN CONTESTED MATTERS AND ADVERSARY PROCEEDINGS RELATED
TO THE BONDS ISSUED BY THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO**

Upon consideration of the *Joint Motion of Regarding Discovery and Briefing Schedule
With Respect to Certain Issues Raised in Certain Contested Matters and Adversary Proceedings
Related to the Bonds Issued by the Employees Retirement System of the Government of the
Commonwealth of Puerto Rico* (the "Motion") apprising the Court of the Parties[8] discussions
regarding the schedule in these proceedings and proposing the Parties file a joint status report
concerning; and it appearing that  (i) the Court has subject matter jurisdiction over this Motion

---

[8] Capitalized terms used but not defined herein have the meaning given them in the Motion.

pursuant to 28 U.S.C. § 1331 and 48 U.S.C. § 2166(a); (ii) venue of this proceeding and the Motion is proper under 28 U.S.C. § 1391(b) and 48 U.S.C. § 2167(a); (iii) notice of the Motion was adequate and proper under the circumstances and no further or other notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED** that:

1. The deadlines previously ordered [ECF No. 808 in Case No. 17-bk-3566] for (a) Disclosure of experts (if any) and a summary of the subjects about which they will offer opinions (March 20, 2020); (b) Deadline for completion of fact discovery (March 30, 2020); (c) Service of expert reports (if any) (April 1, 2020); and (d) Disclosure of rebuttal experts and service of rebuttal expert reports (if any) (April 15, 2020) are **ADJOURNED**;

2. The Parties are **ORDERED** to file a joint status report concerning the schedule in these matters along with any modified schedule any or all of the Parties may propose, on or before March 25, 2020.

Dated: _____, 2020.

SO ORDERED:

_____
Honorable Judith G. Dein
United States Magistrate Judge