# **EXHIBIT G**

**CT Corporation**

| | | Service of Process Transmittal |
|---|---|---|
| | | 02/28/2020 |
| | | CT Log Number 537289383 |

**TO:** Robert Rudnicki
Raymond James Financial, Inc.
880 Carillon Pkwy
Saint Petersburg, FL 33716-1100

**RE:** **Process Served in Delaware**

**FOR:** Raymond James & Associates, Inc.  (Domestic State: FL)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | AMBAC ASSURANCE CORPORATION, PLTF. vs. MERRILL LYNCH, ET AL., DFTS. // TO: RAYMOND JAMES & ASSOCIATES, INC |
| **DOCUMENT(S) SERVED:** | . |
| **COURT/AGENCY:** | COMMONWEALTH OF PUERTO RICO COURT OF FIRST INSTANCE SAN JUAN SUPERIOR COURT, PR
Case # SJ2020CV01505 |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Trust Company, Wilmington, DE |
| **DATE AND HOUR OF SERVICE:** | By Regular Mail on 02/28/2020 postmarked on 02/25/2020 |
| **JURISDICTION SERVED:** | Delaware |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | RAUL GONZALEZ TORO
RAUL GONZALEZ TORO LAW OFFICES
208 Ponce de Leon Ave
Popular Center Bldg., Suite 1028
San Juan, PR 00918
787-753-6090 |
| **REMARKS:** | We cannot complete the transmittal because the attached documents are in a foreign language. We are forwarding as process so that you can determine next steps. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/28/2020, Expected Purge Date: 03/04/2020 |
| | Image SOP |
| | Email Notification,  Robert Rudnicki  robert.rudnicki@raymondjames.com |
| | Email Notification,  Cathy Sexton  Cathy.Sexton@Raymondjames.com |
| | Email Notification,  LINDA COUGHLIN  linda.coughlin@raymondjames.com |
| **SIGNED:**
**ADDRESS:** | The Corporation Trust Company
155 Federal St Ste 700
Boston, MA 02110-1727 |
| **For Questions:** | 800-448-5350 |

Page 1 of  2 / AS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**CT Corporation**

**Service of Process Transmittal**
02/28/2020
CT Log Number 537289383

| | |
|---|---|
| **TO:** | Robert Rudnicki<br>Raymond James Financial, Inc.<br>880 Carillon Pkwy<br>Saint Petersburg, FL 33716-1100 |
| **RE:** | **Process Served in Delaware** |
| **FOR:** | Raymond James & Associates, Inc.  (Domestic State: FL) |

MajorAccountTeam1@wolterskluwer.com

**DOCKET HISTORY:**

| DOCUMENT(S) SERVED: | DATE AND HOUR OF SERVICE: | TO: | CT LOG NUMBER: |
|---|---|---|---|
| SUMMONS, COMPLAINT | By Process Server on 02/20/2020 | Robert Rudnicki<br>Raymond James Financial, Inc. | 537234228 |

Page 2 of  2 / AS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE SAN JUAN
PO BOX 190887
SAN JUAN PR 00919-0887



U.S. POSTAGE >> PITNEY BOWES

ZIP 00918 $ 000.50⁰
02 4W
0000368621 FEB. 25. 2020



198013119G C016

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE San Juan
SALA SUPERIOR DE San Juan

| AMBAC ASSURANCE CORPORATION | CASO NÚM. | SJ2020CV01505 (SALÓN 906 ASUNTOS CONTRIBUTIVOS) |
|---|---|---|
| VS MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED Y OTROS | SOBRE: | DAÑOS |

A: RAYMOND JAMES & ASSOCIATES, INC.
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

# NOTIFICACIÓN

A: CITIGROUP GLOBAL MARKETS, INC.
PRINCIPAL EXECUTIVE OFFICE, 388 GREENWICH STREET, NEW YORK, NEW YORK, ESTADOS UNIDOS, 10013

GOLDMAN SACHS & CO. LLC
200 WEST STREET, NEW YORK, NEW YORK, ESTADOS UNIDOS, 10282

J.P. MORGAN SECURITIES LLC, FORMERLY KNOWN AS J.P. MORGAN SECURITIES, INC.
111 EIGHT AVENUE, NEW YORK, NEW YORK, ESTADOS UNIDOS, 10011

MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED
PRINCIPAL EXECUTIVE OFFICE, NEW YORK, NEW YORK, ESTADOS UNIDOS, 10036

MORGAN STANLEY & CO. LLC
28 LIBERTY STREET, NEW YORK, NEW YORK, ESTADOS UNIDOS, 10005

RAUL GONZALEZ TORO
RGTLAW@YMAIL.COM

SAMUEL A. RAMÍREZ & CO., INC.
MCS PLAZA, 255 PONCE DE LEON, SAN JUAN, PUERTO RICO, 00917

UBS FINANCIAL SERVICES INC.
PRINCIPAL EXECUTIVE OFFICE, 1200 HARBOR BOULEVARD, UNION CITY, NEW JERSEY, ESTADOS UNIDOS, 07086

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al (a la) MOCIÓN DE MOCION PARA ACREDITAR DILIGENCIAMIENTO DE EMPLAZAMIENTOS [5] este Tribunal emitió una ORDEN el 24 de febrero de 2020.

Se transcribe la determinación a continuación:
ENTERADO.
SE ORDENA QUE EN TÉRMINO DE CINCO (5) DÍAS PERENTORIOS, SE PRESENTE LA DEMANDA EN EL IDIOMA ESPAÑOL.
SE SEÑALA VISTA PARA EL 1 DE ABRIL DE 2020, A LAS 8:30 A.M. [8]

f/MYRNA E. AYALA DÍAZ

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a esta ORDEN, usted puede presentar un recurso de apelación, revisión o certiorari de conformidad con el procedimiento y en el término establecido por ley, regla o reglamento.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada hoy 25 de febrero de 2020, y que se envió copia de esta notificación a las personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa aplicable. En esta misma fecha fue archivada en autos copia de esta notificación.

En San Juan, Puerto Rico, a 25 de febrero de 2020.

GRISELDA RODRÍGUEZ COLLADO
Nombre del (de la)
Secretario(a) Regional

Por: f/MARTHA ALMODOVAR CABRERA
Nombre y Firma del (de la)
Secretario(a) Auxiliar del Tribunal