## ATTACHMENT A
## TO CIVIL COVER SHEET

| COUNSEL TO PLAINTIFF | COUNSEL TO DEFENDANTS |
|---|---|
| Raúl González Toro<br>RAÚL GONZÁLEZ TORO LAW OFFICES, LLC<br>Popular Center, Suite 1028<br>San Juan, Puerto Rico 00918<br>Telephone: (787) 753-6090<br><br>-and-<br><br>Michael B. Carlinsky<br>Jane M. Byrne<br>Guyon Knight<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010-1601<br>Telephone: (212) 849-7000 | Roberto C. Quiñones-Rivera<br>Leslie Y. Flores-Rodríguez<br>Myrgia M. Palacios-Cabrera<br>MCCONNELL VALDÉS LLC<br>270 Muñoz Rivera Avenue<br>Hato Rey, Puerto Rico 00918<br>Telephone: (787) 250-2631 / 5628<br><br>-and-<br><br>Peter G. Neiman (*pro hac vice* to be filed)<br>Philip D. Anker (*pro hac vice* to be filed)<br>Ross E. Firsenbaum (*pro hac vice* to be filed)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800 |