# LIST OF PARTIES AND THEIR COUNSEL

<u>**PLAINTIFF:**</u>

- Ambac Assurance Corporation

Raúl González Toro
Raúl González Toro Law Offices, LLC
Popular Center, Suite 1028
San Juan, Puerto Rico 00918
Telephone: (787) 753-6090

-and-

Michael B. Carlinsky
Jane M. Byrne
Guyon Knight
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone: (212) 849-7000

*Counsel to Plaintiff*

<u>**DEFENDANTS:**</u>

- Merrill Lynch, Pierce, Fenner & Smith Incorporated
- Citigroup Global Markets Inc.
- Goldman Sachs & Co. LLC
- J.P. Morgan Securities LLC
- Morgan Stanley & Co. LLC
- Samuel A. Ramirez & Co., Inc.
- Raymond James & Associates, Inc.
- UBS Financial Services Inc.

Roberto C. Quiñones-Rivera
Leslie Y. Flores-Rodríguez
Myrgia M. Palacios-Cabrera
MCCONNELL VALDÉS LLC
270 Muñoz Rivera Avenue
Hato Rey, Puerto Rico 00918
Telephone: (787) 250-2631 / 5628

-and-

Peter G. Neiman (*pro hac vice* to be filed)
Philip D. Anker (*pro hac vice* to be filed)
Ross E. Firsenbaum (*pro hac vice* to be filed)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800

*Counsel to Defendants*