**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

```
------------------------------------------------------------------------ x
                                                   :
In re:                                             :
                                                   :
THE FINANCIAL OVERSIGHT AND                        :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                  :    Title III
                                                   :
       as representative of                        :    Case No. 17-BK-3283 (LTS)
                                                   :
THE COMMONWEALTH OF PUERTO RICO, et al.,           :    (Jointly Administered)
                                                   :
       Debtors.¹                                   :
------------------------------------------------------------------------ x
```

**NOTICE OF HEARING ON FIRST INTERIM FEE APPLICATION OF ESTRELLA, LLC, AS LOCAL COUNSEL TO SPECIAL CLAIMS COMMITTEE, FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM SEPTEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

**PLEASE TAKE NOTICE** that a hearing on the annexed *First Interim Fee Application of Estrella, LLC, as Local Counsel to Special Claims Committee, for Services Rendered and Reimbursement of Expenses for Period from September 1, 2019 Through December 31, 2019* (the "Application") filed by the Special Claims Committee of all Title III Debtors (other than COFINA), pursuant to section 1103(a)(1) of the Bankruptcy Code, made applicable to these cases by section 301 of the Puerto Rico Oversight, Management and Economic Stability Act of 2016 or "PROMESA", will be held before the Honorable Laura Taylor Swain, United

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

States District Court Judge, at the United States District Court for the District of Puerto Rico, in Room 3, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, Puerto Rico 00918-1767 on **April 15, 2020 at 10:00 a.m. (AST)** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections ("Objections") to the Application by any party other than the Fee Examiner shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Puerto Rico, shall be filed with the court (a) by attorneys practicing in the District Court, including attorneys admitted *pro hac vice*, electronically in accordance with rule 5 of the Local Rules for the District of Puerto Rico, and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF), to the extent applicable, and shall be served in accordance with the *First Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 1715] (the "Interim Compensation Order"), so as to be so filed and received by Estrella, LLC and the other Notice Parties (as defined in the Interim Compensation Order) no later than **April 7, 2020 at 4:00 a.m. (AST)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Order, if no Objections are timely filed, and if the Fee Examiner issues the Fee Examiner Report (as defined in the Interim Compensation Order) recommending approval of the Application in full or in part, the court may grant the Application without a hearing.

[*intentionally signature block on next page*]

2

Date: March 20, 2020              San Juan, Puerto Rico

*s/ Alberto G. Estrella, Esq.*
Alberto G. Estrella, Esq.

*s/ Kenneth C. Suria, Esq.*
Kenneth C. Suria, Esq.

ESTRELLA, LLC
Alberto G. Estrella, Esq.,
USDC - PR 209804
Kenneth C. Suria, Esq.,
USDC - PR 213302
P.O. 9023596
San Juan, Puerto Rico 00902-3596
Telephone: (787) 977-5050
agestrella@estrellallc.com
kcsuria@estrellallc.com

3