# EXHIBIT A

## Additional Interested Parties as of 2/5/2020

**Administrative Claims**
Bousquets, Victor O. Henson
Cobra Acquisitions LLC
Consul-Tech Caribe Inc.

**Litigation Parties**
Incom Investments Corp.
Quest Diagnostics of Puerto Rico, Inc.

**Litigation Parties (Confidential)[1]**
Defendants __Ai, __Bi, __Bii, and __Di
Defendant 01V-08V
Defendants 01W-55W
Defendants 01X-07X
Defendants 01Y-10Y
Defendant 01Z
Defendant 01AA

**Motion to Withdraw Claims**
Credito Familiar
Munoz, Edgardo

**Notice of Participation**
A&B General Consultants Corp.
Academia Puertorriquena de la Lengua Espanola
Acevedo, Betzaida
Acevedo, German
Acevedo, Nilma
Acosta-Nazario, Andres
Acosta-Nazario, Magaly
Acosta-Nazario, Maribel
Aguilo-Pico, Enid M.
Aguilo-Pico, Magda
Aguirre, Elva M.
Alas, Mecerdes D.
Alfaro, Hiram Piñeiro
Allen, Chet H.
Almacenes Figueroa, Inc.
Almeda, Yanira
Alvarez, Linette
Alvarez, Maria del Carmen

Alvarez-Beamud, Marie I.
Alvarez-Mendez, Carlos
Alvarez-Mendez, Sylvia
Amadeo, Jose E.
Amador-Toledo, Marisabel
Amador-Toledo, Rafaelp
Amos, Betty
Anderson, Cheryl D.
Anderson, Virgle J.
Anglero-Rivera, Luis
Antoni, Carlos M.
Aponte-Rosa, Rafael
Aponte-Valderas, Becky M.
Aponte-Valderas, Jose L.
Aponte-Valderas, Lisa M.
Aponte-Valderas, Luis A.
Arana, Kenia
Arias Guardiola Trust
Armando Rodriguez-Santana Retirement Plan
Arroyo-Calderon, Edgardo
Arzola-Matos, Diana M.
Astacio, Luis
Atienza-Nicolau, Olga
Audrey C. Scott Decd. IRA
Aulet-Castro, Antonio R.
Avila-Medina, Angel G.
Avila-Medina, Fe Mercedes
Ayendez Faccio Trust
Balasquide-Frau, Miriam C.
Ballester, Carmina
Banks, Veronica
Barahona LLC
Barnes-Velez, Juan A.
Barreras, Eliett
Barrios-Lugo, Marta
Bartolomei-Torres, Susu
Belgodere, Felipe
Bello, Harry A.
Beltran-Pascual Family Trust
Bermudez-Ortiz, Jose
Berrios-Rivera, Magalis
Blackburn, Janet
Blanco-Ramos, Carlos
Bou-Pina, Iris
Bratcher, Sue A.
Breese, Thomas
Brewer, Jerline B.
Brulez, Gary
Brulez, Pamela
Bury, John G.
Bury, Natalia

---

[1] With respect to certain adversary proceedings, namely Ad. Proc. Nos. 19-281, 19-282, 19-283, 19-284, 19-285, 19-286, 19-287, 19-288, 19-356, 19-357, 19-358, 19-359, 19-361, the names of defendants are to be treated confidentially. *See* Docket No. 6967. Paul Hastings is providing the names of these defendants, including for purposes of Exhibit B hereto, to the Oversight Board, the U.S. Trustee, and the Fee Examiner.

Busquets, David
Camara-Oppenheimer, Jorge A.
Canales, Freddie
Candelario, Jose H.
Carbia, Consuelo
Carbia, Orlando A.
Cardona, Ricardo
Carlo-Landron, Susan Marie
Carlos R. Mendez Retirement Plan
Carrasquillo-Marcano, Rebecca
Carrera, Ivette
Carro, Manuel Echandi
Carro-Soto, Jose A.
Cartagena, Carmen R.
Carvajal, Agnes de Lourdes
Casquarelli, Charles
Castellano-Rivera, Bevelyn
Castellar, Isabel M.
Castro, Alida
Castrodad-Rivera, Ada A.
Charles I. and Wilma P. Hummert Trust
Cintron, Rita
Cintron-Carrasquillo, Jesus
Cintron-Carrasquillo, Wilna N.
Cintron-Cordero, Domingo
Cintron-Villaronga, Jose
Cirino-Ayala, Pedro A.
Claudio Ballester Rico Estate
Cocero-Sanchez, Angel
Colberg Cabrera Children Trust-Alberto Juan-Colberg
Collazo-Collazo, Cristina
Colon, Feliz Antonio
Colon, Luis A.
Colon, Nelson S.
Colon, Teresita
Colon, Walter E.
Colon-Plumey, Hilda
Colon-Rodriguez, Filiberto
Colon-Rodriguez, Reina
Comas, Emilita
Comas, Herminia
Comas-del Toro, Jesus
Congregacion Hnas. Carmelitas de la Caridad
Cortes-Bartolomei, Bianca
Coss, Lillian
Coss-Rodriguez, Maria del C.
Coty Benmaman Retirement Plan
Cristy, Alfredo J.
Cruz, Luis A.
Cruz, Lydia
Cruz-Bonilla, Ida M.
Cruz-Vidal, Aida
Cuerda-Brugman, Tomas
Dale, Kathy S.
Daniel Barreto-Torres Retirement Plan

Davis, Veronica C.
Davis, Wayne
de Bello, Carmen Q.
de Cardona, Isabel Castellar
De Colon, Alice W. (aka Alice Elaine Colon-Warren)
de Colon, Hada Livia R.
de Colon, Maria A.
de Fortuno, Annette Diaz
de Inclan, Vionette Pietrantoni
De la Haba, Teresa A.
de Martinez, Ama M. Angel
de Munoz, Aida A
de Suarez, Frances Izquierdo
Dean Lavere Cooley Rollover IRA and Family Revocable Living Trust
Dearmond, John E.
Del Valle-De Jesus, Ana D.
del Valle-Rivera, Edwin
Delgado, Julio
Diaz, Francisco Fernandez
Diaz, Ruben
Diaz-Cuevas, Carlos M.
Diaz-de Comas, Luz M.
Diaz-Nieves, Andres
Diaz-Sola, Cecilio
Diez, Fernando A.
Domenech-Morera, Edgar
Duboy, Silvia M.
Dunlavy, Joseph M.
Echeandia, Maria J.
Ellis, E. Clive
Empire Gas Company, Inc.
ENME Real Estate Corp.
Enudio Negron-Angulo Retirement Plan
Estate of Andres Lopez
Fagundo-Alvarez, Alice Miriam
Falcon-Rivera, Miguel A.
Febles-Negron, Elines
Federico A. Souffront-Santiago Retirement Plan
Feliciano-Feliciano, William
Feliciano-Perez, Eladio
Feliciano-Ramos, Brimarie
Fernandez, Carmen Luisa
Fernandez, Jaime (guardian for Roger Breto Fernandez)
Fernandez-Munoz, Socorro
FERPO Consulting Group Inc
Ferrer-Davila, Luis M.
Fideicomiso B & B
Fideicomiso Flores-Morales
Fideicomiso Inigo Fas
Figueroa-Lugo, Felix
Figueroa-Santiago, Nelida
Figueroa-Soldevila, Maria Aracelis
Flores, Samuel Padua
Flores-Fonolloza, Efrain

2

Font, Luis E.
Fourquet-Torres, Juan L.
Freieria-Umpierre, Enrique
Frias, Ana Belen
Frontera, Osvaldo Antommattel
Fuentes, Enrique
Fumero-Vidal, Ricardo A.
Fundacion Bari
G. Vidal-Santoni Trust
Galindez, Julio A.
Garcia Gubern Trust
Garcia, Luis Roberto
Garcia-Barros, Eva Pilar
Garcia-Hernandez, Ada I.
Garcia-Navarreto, Maribel
Garcia-Ramirez, Jaime A.
Garcia-Toledo, Alma
Garcia-Toledo, Maria T.
Garcia-Toledo, Teresa
Gardner, Allison Jean
Garrido-Cintron, Marcos
Garrote, Nora E.
Gay, Susan
GIB Development LLC
Gomez-Hernandez, Juan B.
Gomez-Vallecillo, Hiram
Gonzalez, Ismael
Gonzalez, Lohr H.
Gonzalez, Luis
Gonzalez, Magda
Gonzalez, Sandra
Gonzalez-Ojeda, Domingo A.
Gonzalez-Perez, Eduardo
Gonzalez-Quintana, Hector L.
Gonzalez-Reyes, Carlos J.
Gonzalez-Roig, Emilio
Gonzalez-Torres, Carmen
Goyco-Amador, Jose R.
Goyco-Cortes, Carolina
Gray, Lorraine
Guardiola, Armando
Guillen-Amato, Ileana
Gutierrez-Nunez, Carmen M.
Hans Mercado-Gonzalez Retirement Plan
Hartke, Gary W.
Hawke, Gilberto
Haworth, Steven T.
Hensley, Michael B.
Hernandez, Pedro Rodriguez
Hernandez-Aldarondo, Tomas
Hernan-Saiz, Filomena
Highfields Capital I LP
Hopson, Linda Kay Ellis
Hospicio Emmanuel Deferred COMPFBO Moises Rivera
Ignacio-Torres, Rosa W.

Ileana Enid Cuerda-Reyes Trust
Inclan, Julian S.
Irizarry, Fernando
Irizarry, Lorenzo A.
Irizarry, Wilda A.
Iulo, Frank K.
Ivaem College, Inc
Jansen, Janis L.
Jessee, Taze D.
Jimenez, Teresita
Jimenez-Gandara, Maria Elena
Joglor LLC
Jove-Jimenez, Enrique
Juan Ramon Gomez Retirement Plan
Jubert-Rivera, Nery
Kochen, Brandon
Kreuter, Janina
Landron, Matilde
Laracuente, Gregoria
Latorre-Bosque, Luis A.
Lennox, Jeffrey
Lennox, Linda
Lespier-Santiago, Delbis
Lespier-Santiago, Rosa E.
Levin, John -IRA
Libby, James
Litespeed Master Fund Ltd
Lizardi-Rivera, Rafael I.
Llop, Ibrahim
Lopez, Luis Manuel Carrion
Lopez-Agudo, Fideicomiso
Lopez-de Victoria, Adela A.
Lopez-Gaston, Lidia
Loubriel-Umpierre, Enrique
Lozano-Perez, Tomas
Luis A. Seguinot Retirement Plan
Lunt, Peter H.
Mansfield, Karen
Marchena, Orlando
Marczynski, Christine J.
Mark G. Scolnick 2007 Trust
Mark, Glenda R.
Marlin, Dennis J.
Marlin, Lisa
Marquez-Medina, Alma
Marquez-Rivera, Jose R.
Marrero, Juan M.
Martinez, Manvel
Martinez-Oliver, Fabian
Martinez-Velez, Iraida A.
Mascaro, Roberto
Mathews-Tosado, Melvin
Matos-Alvarado, Mercedes
Matras, Michael
Mattei-Calvo, Hector L.
McDavitt, Thomas D.

3

McMahon, John
McNamara, James
Me Salve Isabela
Meaux-Pereda, Marta T.
Melendez, Ismael
Melendez-Aponte, Cesar E.
Melendez-Aponte, Jose M.
Melero-Munoz, Carmen E.
Mena-Diaz, Eloy
Menda, Brenda
Mendez, Carmen L.
Mendez, Raul
Mendez-Campoamor, Patricia
Mendez-Figueroa, Nelly A.
Mendez-Perez, Ramon
Mendoza-Rivera Estate, Cruz
Mercer, Helen M.
Mezquida, Jose Ramon
Michica International Co. Shareholders Retirement Plan
Michica International Coemployees Retirement Plan
Miguel J. Morales-Vales Retirement Plan
Miller, Lee Ann
Miranda, Isaida Gonzalez
Miriam Loyola-Feliciano Trust
Montanez, Luis G.
Morales Castro Trust
Morales, Daira J.
Morales, Salvador
Morales-Aviles, Blanca I.
Morales-Leon, Yolanda
Morales-Morales, Luz Maria
Morales-Silva, Virginia
Mora-Martinez, Gladys E.
Morell, Magda
Morla-Rios, Everling
Moro-Romero, Julio
Morris-Looney, Nina L.
Mottola, Joseph
Mrockzkowski, Dianna M.
Muñiz, Ramon G.
Munoz-Espinosa, Rafael A.
Nadal, Ramon Vidal
Navarez, Gustavo
Navarreto-Velazquez, Justina
Nazario-Pagan, Maria A.
Nevarez, Elba Iris
New Concepts Machining, Inc.
Nido, Carlos J.
Nieves, Antonia
Nieves-Diaz, Miguel A.
Nieves-Lopez, Gilberto
Nigaglioni, Guillermo A.
Nilda E. Ortiz-Melendez Retirement Plan
Oceguera, Mirta
Ojeda, Carlos J.
Orr, Barbara J.
Orr, Jack L.
Ortiz, Ruth M. Lopez
Ortiz-Quinones, Jose A.
Ortiz-Rivera, Edwin
Osuna, Milagros Del. C
Palou, Pedro J.
Papas, Alquileres
Participant of Cruz Mendoza Rivera's Estate
Pasarell, Janette
Pennington, Max Y.
Perez, Agustin
Perez, Ivette
Perez-Alvarez, Ramon F.
Perez-Fernandez, Jose A.
Perez-Garcia, Julio A.
Perez-Pasarell, Hector X.
Perez-Torres, Matilde S.
Perlman, Alan Jay
Peterson, Darol G.
Petrovich Estates, Isabel C.
Pickarts, Marshall Allan Trust
Picó-Gonzalez, Alberto J.
Pijem-Garcia, Julio S.
Pizarro-Ramirez, Alma
Plan de Pension Ministerial Inc
Playa Azul, CRL
Polifka, James R.
Pollard, Paul David
Quilichini, Florence
Quinones, Rosa V. Dorbatt
Quiñones-Soto, Rafael A.
Rahm, Jeffrey D.
Rahm, Susan D.
Ramirez, Lavinia
Ramirez-De Perez, Fidela
Ramirez-Delgado Trust
Ramirez-Fas, Jose
Ramirez-Zayas, Maria V.
Ramos, Waldo
Ramos-Lopez, Elisa
Ratliff, Blaine
Ratliff, Frances Ely
Raul-Padilla, Luis
Render, Richard E.
Reyes-Cruz, Jose
Richardson, Abraham
Riedl, Ivonne D.
Riestra, Juan
Rivera, Ada Ivette Ortiz
Rivera, Ana T.
Rivera, Lyda Marta Rivera
Rivera, Victor M.
Rivera-Cruz, Jaime
Rivera-de Jesus, Jose J.
Rivera-Garcia, Liajay

Rivera-Mendoza, Alfredo
Rivera-Ortiz, Wilson
Rivera-Santana, Jesus
Robles, Jaime
Robles, Mercedes
Roche U.S. Retirement Plans Master Trust
Rodriguez, Elba E. Melendez
Rodriguez, Frances M.
Rodriguez, Hilda M.
Rodriguez, Ileana V.
Rodriguez, Maria
Rodriguez, Maria R. Estate
Rodriguez-Batis, Edwin
Rodriguez-Diaz, Adelina
Rodriguez-Gonzalez, Maria de L.
Rodriguez-Pagan DECD, Reinaldo
Rodriguez-Pagan, Federico
Rodriguez-Preza, Victor M.
Rodriguez-Quiñones, Jose A.
Rodriguez-Rivera, Domingo
Rodriguez-Rosado, Ramon B.
Rodriguez-Schulze, Carmen
Roman, Carmen L.
Roman-Villanueva, Miguel A.
Roque, Margarita R.
Rosendo, Vidal E.
Rotger-Lopez, Nitza
Ruiz-Mattei, Jose E.
Rydzewski, Arline
Saft, Laura
Sagliocca, Gennaro
Sagliocca, Sherine
Saliva, Julio
Sanchez-Espinal, Ivan
Sandoval-Rivera, William
Santana, Josefina
Santiago-Acevedo, Cesar
Santiago-Alverio, Candido
Santiago-Vazquez, Angel G.
Santoni, Walter
Santos-Colon, Mirta I.
Santos-Santos, Julia V.
Savage, William M.
Scherzer, Jeffrey I.
Scherzer, Michael E.
Scherzer, Pearl Nora
Schmidt Jr., Donald E.
Schmidt, Lilliam
Schmidt, Roland
Shub, Ileana
Scott, James J.
Sea Oil Corp.
Segarra, Carmen M.
Segarra, Jr., David
Sherman, Roger A.
Sifontes, Tomas C.

Signet Investment Corp.
Silva-Molinari, Angel
Simon, Donald E.
Snyder-Zalduondo, Maria C.
Sobsey, Iris
Sosa, Diana M.
Sosa-Rentas, Francisco
Sotomayor-Almodovar, Carmen M.
Sotomayor-Chaves, Francisco A.
Soto-Rivera, Ana N.
Stillwell, Gary D.
Suarez-Ramirez, Dario
Suarez-Ramirez, Margarita
T&A Properties
Tejera-Perez, John
Telenetworks Inc.
The Barron Family Revocable Living Trust
The Mark Trust
The Wheeler Trust
Thompson Rev. Tr., Kathryn R.
Tirso T. Pena-Cardenas Retirement Plan
Toro-Suarez, Maria V.
Torres, Elaine
Torres, Lyzette P.
Torres, Maria S.
Torres, Roberto
Torres-Nieves, Nilda
Torres-Rivera, Carmen E.
Torres-Sepulveda, Agustin
Torres-Soto, Alberto J.
Torres-Suarez, Federico
Torres-Torres, Gerardo
Torres-Zayas, Luis A.
Treadway, John L.
Treadway, Larry
Turci, Francesca
Valdes-Menendez, Leoncio
Valentin-Muñoz, Nereida
Valentin-Torres, Jose A.
Valiente, Gretchen
Vazquez, Maria de L.
Vazquez, Rita
Vazquez-Benitez, Isabel
Vazquez-Rodriguez, Elsie
Vazquez-Rosado, Margarita
Vazquez-Rosado, Salvador
Vazquez-Rosario, Vicente
Vega, Victor M. Vazquez
Velez, Alma E. Quinones
Velez, Eileen I.
Velez-Maldonado, Elio
Velez-Martinez, Mabel
Velez-Reyez, Rafaela
Vera-Cuesta, Roberto
Vicens, Maria E.
Villanueva-Cruz, Paul

Weber, Cynthia A.
Weber, William E.
Welsch, Paulette S.
Wheeler, Larry L.
Wheeler, Vicki L.
Whittlesey, Carol
Wilson, Felicia Ann
Winer, Leon
World Rep LLC
Wray, Michele
Ybanez, Noel
Yordan-Molini, Jaime
Zamora-Ceide, Teresa
Zayas-Alvarez, Edwin
Zayas-Cintron, Ada
Zayas-Cintron, Luz Angelica

**Parties Filing Lift Stay Motions**
Borinquen Broadcasting Co.
Colon-Crispin, Maria
Compres, Jose L. Hernandez
Crespo, Maria Mendez
El Ojo de Agua Development Inc.
Empresas Treviño Ramirez Inc.
FDR 1500, Corp.
Ginorio-Bonilla, Maria N.
Ginorio-Gomez, Victor M.
López, Alexis López
Medina, José E. López
Medina, Sucn. Juan Lao Negron
Merced-Centeno, Carlos L
Moscoso, Patricia
Ortiz, Samuel Hernandez
Ortiz, Sucn. Victor Santiago
Otero, Ricardo Alicea
Rivera, Luis M Jordan
Rivera, Luis Rodríguez
Rivera-Cruz, Xiomara
Rosado, Aurora Colón
Sánchez, Vergil Almodóvar

**Parties Filing Notice of Appearance**
Ad Hoc Group of Fuel Line Lenders:
    Serengeti Asset Management, LP
Ad Hoc Group of PREPA Bondholders:
    Nuveen Asset Management, LLC
    P. Schoenfeld Asset Management LP
Fortuño, Hon. Luis G.
Highfields Capital II LP
Highfields Capital III LP

**PBA Top 20 Creditors**
A & E Group, Corp.
Adm. Servicios Generales
Correction Corporation of America
Crufon Construction Corp.

Deya Elevator Service Inc.
DRC Corporation
Evertec Group LLC
G RG Engineering S E
JLG Consulting Engineering, P.S.C.
Karimar Construction Inc.
Muniz Burgos Contractors, Corp.
Plumbing & Sewer Cleaning Rus Corp.
Polymer Industries Inc.
Quintero Construction S E
Sky High Elevators Corp
Target Engineering S E

**Professionals**
Berkeley Research Group, LLC
Deloitte Consulting LLP
PFM Group Consulting LLC
Special Counsel

**Responses to Omnibus Objections to Claims**
Abreu, Sandra I. Echevarria
Acevedo, Jose J. Sanchez
Acevedo, Juan B. Muniz
Acevedo, Manuel Nieves
Acevedo, Maribel Cruz
Acosta, Brunilda Roman
Acosta, Constancia Rivera
Acosta, Yaritza Gomez
Adames, Awilda Roman
Agosto, Natalia Colon
Agosto, Rosa E. Perez
Alamo, Jose Luis Alvarez
Alejandro, Jasmine Saldivar
Alers, Elva I. Lorenzo
Alicea, Denise E. Delgado
Allende, Nylvia Grant
Almodovar, Lydia E. Olmeda
Alonso, Maria A. Rivera
Alvarado, Betty Alvalle
Amadeo, Christine Carreras
Andujar, Carmen T. Camacho
Andujar, Isaira Rodriguez
Andujar, Virgen Santiago
Aponte, Eva L. Dones
Aponte, Reinaldo Rodriguez
Aponte, Waleska L. Rivera
Arocho, Byviannette Camacho
Arroyo, Ana Colon
Arroyo, Iris Martinez
Auletta, Hedwig M.
Aviles, Cristina Perez
Aviles, Orlando Diaz
Ayala, Carmen Ana Lopez
Ayala, Ivette Lopez
Ayala, Jeannette Falcon
Ayala, Jose Emilio Figueroa

Ayala, Margarita De Jesus
Ayala, Marieli Ferrao
Baez, Astrid M. Ayala
Baez, Ilka J. Ayala
Baez, Nilsa Ivette Ortiz
Balay, Eliezer Rivera
Barreto, Carlos Vargas
Barreto, Zoraida Saavedra
Barrientos, Moraima L. Cruz
Beniquez, Alma N. Mercado
Bernier, Luissette M. Rodriguez
Berrios, Wanda Rivera
Betancourt, Idxia Colon
Bocachica, Grisel Davila
Bocachica, Jose E. Santini
Bones, Carmen Santiago
Bonilla, Milagros Ortiz
Bonilla, Vanessa Tacoronte
Bravo, Saira Rosa
Brito, Carmen S. Cruz
Burgos, Luz Ivette Rodriguez
Burgos, Marilyn J. Lopez
Burgos, Nelida Vega
Caban, Leticia Hernandez
Cabrera, Zayda Ivette Soto
Cadiz, Eladia Ayala
Calderon, Iris Benita Pacheco
Calderon, Isabel M. Aponte
Camacho, Carmen Maria Guadarrama
Camacho, Pedro A. Diaz
Canals, Isamarys Mercado
Cancel, Ivelisse Navarro
Caraballo, Ruth E. Pizarro
Cardona, Luz N. Nievez
Carrero, Enrique Ortiz
Cartagena, Belmaris Lopez
Cartagena, Sheila Cartagena
Casiano, Pedro A.
Castillo, Jackeline Gonzalez
Castro, Maribel Pizarro
Castro, Rey F. Marte
Castro, Yamira Cabrera
Chamorro, Agustina Santos
Charriez, Edith Nieves
Cintron, Maria de Lourdes Vargas
Cintron, Sonia Gonzalez
Clemente, Hilda Penaloza
Clemente, Zaida Ramos
Collet, Juan L. Santiago
Colon, Alberto Leon
Colon, Alejandrino Reyes
Colon, Carmen D. Morales
Colon, Elides De Jesus
Colon, Lydia Portalatin
Colon, Nerybel Garcia
Colon, Wanda I. Morales

Concepcion, Arminda Rivera
Concepcion, Jacob Rivera
Corchado, Marisol Soto
Corcino, Maria De los Angeles Correa
Cordero, Katherine Hargrove
Cordero, Leonarda Cuascut
Correa, Karen J. Bello
Correa, Lydia H. Figueroa
Cortes, Darcy R Marquez
Cortes, Linda M. Hernandez
Cortes, Lucermina Lopez
Costas-Russell, Luis J.
Crespo, Eduardo Velez
Cruz, Alfredo Garcia
Cruz, Ana Hilda Cruz
Cruz, Ana Rosa Cruz
Cruz, Carlos J. Garcia
Cruz, Elba A. Torres
Cruz, Evelyn R Rodriguez
Cruz, Hector Pellot
Cruz, Ines Gonzalez
Cruz, James L. Galarza
Cruz, Marta R. Garcia
Cruz, Myrna Acosta
Cuadrado, Nadiezhda Irizarry
Damiani, Olga Lugo
de Armas, Margarita Cintron
de Duran, Ivette Rodriguez
De Jesus, Julio A. Valdes
De Jesus, Lizelie Nieves
Del Valle, Janet Estada
Delgado, Alfredo Benitez
Diaz, Angela Estrada
Diaz, Anibal Miranda
Diaz, Carmen D. Capeles
Diaz, Gloria Ramirez
Diaz, Marilu Gonzalez
Diaz, Mildred Vazquez
Dieppa, Hilda Massa
Duran, Madeline Medina
Elba, Luis A. Faris
Escalante, Elena Hernandez
Escute, Carmen Nitza Cruz
Estrada, Luz Y. Castro
Falcon, Norma Iris Nunez
Falcon, Wilma Nunez
Feliciano, Nereida Rivera
Fernandez, Evelyn Lozada
Fernandez, Maritza E. Figueroa
Fernandez, Noel Cordero
Ferrer, Ana M. Narvaez
Figueroa, Evelyn Morales
Figueroa, Lydia E. Perez
Figueroa, Moraima Alvarado
Flores, Yvonne Roldan
Fonseca, Amalia Correa

Fontanez, Maritza Maldonado
Franco-Soto, Maria
Fuentes-Felix, Fernando E.
Galindo, Ramon Medina
Garcia, Juan R. Martinez
Garcia, Luis Marcano
Garcia, Maria M. Calderin
Garcia, Mayra Luz Colon
Garcia, Myrna Rivera
Garcia, Vilmarie
Garcia-Rivera, Efrain
Ginorio, Carmen V. Rivera
Gomez, Ricardo Diaz
Gonzalez, Bernardo Acevedo
Gonzalez, Carmen Leonor Jimenez
Gonzalez, Felicita Gonzalez
Gonzalez, Ivy C. Martinez
Gonzalez, Jose Antonio Cintron
Gonzalez, Jose L. Cordova
Gonzalez, Linette Vazquez
Gonzalez, Luz M. Pantoja
Gonzalez, Maria E. Gonzalez
Gonzalez, Maria Soltren
Gonzalez, Rosael Gonzalez
Gonzalez, Ruperta Pizarro
Gonzalez, Sandra Maldonado
Gonzalez, Victoria Quirindongo
Gonzalez-Sepulveda, Karen I.
Gracia, Ada E. Moura
Gracia, Lillian Maura
Guadarrama, Hector Rios
Guardiola, Alvin R. Rivera
Guzman, Ilia Milagros Rivera
Guzman, Joel Negron
Guzman, Nydia M. Alicea
Hays, Nitza Gotay
Hernandez, Angel L. Santiago
Hernandez, Carmen S. Santiago
Hernandez, Iris E. Santiago
Hernandez, Jessica J. Fernandez
Hernandez, Jose A Santiago
Hernandez, Miriam M. Santiago
Hernandez, Myrna Torres
Hernandez, Nilda Estrella Santiago
Hernandez, William Castro
Ilarraza, Carmen Camacho
Irizarry, Angelica Rivera
Irizarry, Gisela O'Ferrall
Jimenez, Francis Velez
Jimenez, Maria A. Hernandez
Jirau, Zaida Hernandez
JRF Gold Distributors Inc.
La Fontaine, Maria De los Angeles Montalvo
Lancara, Efrain O. Cornier
Landrau, Marta R. Gerena
Landron, Darynel Rivera

Lebron, Carmen G. Ruiz
Lebron, Wanda Ivette Abril
Leon, Felix Burgos
Leon, Marietta L. Collazo
Lopez, Anthony Toro
Lopez, Arnaldo Ruiz
Lopez, Eddier J. Muriel
Lopez, Enrique Nieves
Lopez, Fernando L. Levante
Lopez, Justina Contreras
Lopez, Luz C. Ortiz
Lopez, Marciano Santana
Lopez, Maria E. Cruz
Lopez, Maria Luisa Ortiz
Lopez, Maricelis Baez
Lopez, Martha M. Velazquez
Lopez, Mayra Pagan
Lopez, Rosa M. Santoni
Lopez, Sylvia Castillo
Lozada, Hermes R. Garcia
Lozada, Viviana Berrios
Luciano, Ana A. Silva
Lugo, Lourdes C. Rodriguez
Maldonado, Angel L. Rivera
Maldonado, Claudio Burgos
Maldonado, Luis A. Carrasquillo
Maldonado, Mari I. Santiago
Mantilla, Frank Vargas
Mantilla, Maria N. Vendrell
Marquez, Luz Minerva Carmona
Marquez, Nelly R. Lopez
Marrero, Gladyvel Rivera
Martinez, Carmen Rivera
Martinez, Dania M Carpena
Martinez, Elizabeth Velez
Martinez, Julia Perez
Martinez, Julio Rivera
Martinez, Zairy Martinez
Martinez, Zulma Colon
Maysonet, Maria L. Perez
Maysonet, Miguel A. Gonzalez
Medina, Isabel M Jimenez
Medina, Israel Rivera
Medina, Lourdes M. Lazaney
Mejias, Ramonita Correa
Melendez, Carmen M. Torres
Melendez, Joaquin Vazquez
Melendez, Karla M Vazquez
Melon, Ivelisse Velez
Mendez, Gisela J. Cordero
Mendez, Jesus Rabell
Mendez, Yahaira Y. Rosado
Mendez, Yolanda Crespo
Mendoza, Zoraida Hernandez
Mercado, Manuel Vega
Mercado, Victor Berrios

Mesonero, Myriam I Acevedo
Miranda, Catalina Vega
Miranda, Juan C. Calderon
Miranda, Rosa Esther Ramirez
Miro, Gladys Ana Roman
Mojica, Maria Isabel Vazquez
Mojica, Samuel Huertas
Molina, Ana E. Santos
Molina, Luz S. Ortiz
Monsegur, Carmen Montes
Monsegur, Maria I. Montes
Morales, Ana M. Cruz
Morales, Antonio Otero
Morales, Cruz I. De Jesus
Morales, Elisa Morales
Morales, Myriam Panell
Morales, Radames Cintron
Moreno, Hector Francisco Vallejo
Moringlane, William O. Collazo
Mulero, Maria De los Angeles Ateca
Mulero, Viviana Diaz
Munoz, Agnes Caballero
Munoz, Nannette M. Abadia
Muriente, Laura Larragoity
Negron, Carlota Colon
Negron, Josefina Colon
Negron, Rosael Colon
Negron-Rodriguez, Vivian
Nevarez, Alex J. Santana
Nicot, Crucita Torres
Nieto, Edmee Alicea
Nieves, Aida Ortiz
Nieves, Alejandrina Velazquez
Nieves, Hilda L. Mercado
Nieves, Johanna Ross
Nieves, Luis D. Nieves
Nieves, Luz A. Perez
Nieves, Lydia E. Collazo
Nieves, Migdalia Rivera
Nieves, Miguel A Burgos
Nieves, Ramona M. Ruiz
Nogueras, Judith Del C. Guzman
Nunez, Jannette M. Brito
Nunez, Julia A. Medina
Ocasio, Juan J. Cortes
Ocasio, Maritza Batista
Ocasio, Yolanda
Ojeda, Luis Alfredo Sanchez
Oliver, Nancy Gonzalez
Oliveras, Lester Rosa Torres
Olivo, Maria De los Angeles Guzman
O'Neill, Patrick D.
Ortiz, Belen E. Arrieta
Ortiz, Dinah E. Cardona
Ortiz, Gisela Santos
Ortiz, Maria Del Carmen Fuentes

Ortiz, Maria I. Silva
Ortiz, Maria M. Martinez
Ortiz, Miguel A Ofray
Ortiz, Miriam Martinez
Ortiz, Nancy Soto
Ortiz, Norma I. Torres
Ortiz, Octavia Ortiz
Ortiz, Rita M. Torres
Ortiz, Sonia Margarita Maldonado
Otero, Florentina Borres
Otero, Justina Rodriguez
Otero, Mariel Collazo
Pacheco, Juan Camacho
Padilla, Amarilis Rosado
Padilla, Carlos L. Lopez
Padilla, Lydia M. Malpica
Padilla, Olga Colon
Padilla, Raquel A. Pagani
Padilla, Zaida Rossy
Padro, Maria M. Jimenez
Pagan, Javier Mendez
Pagan, Reyes Pagan
Panelli, Yomaira Alvarez
Pena, Felix Ivan
Pena, Hector A Gonzalez
Pereira, Barbara Calderon
Perez, Agustin Figueroa
Perez, Anibal Mendez
Perez, Aurea E. Martinez
Perez, Benigno Vera
Perez, Carmen J Orta
Perez, David Martinez
Perez, Diana I. Hernandez
Perez, Doris Suarez
Perez, Elaine Torres
Perez, Hilda L. Soberal
Perez, Ivan Sanchez
Perez, Jose Alfredo Matias
Perez, Juan Rodriguez
Perez, Maria C. Gutierrez
Perez, Maria De Los Angeles Munoz
Perez, Maribel Reyes
Perez, Maritza Lopez
Perez, Maritza Ramirez
Perez, Marvin Santiago
Perez, Nayda Luz Concepcion
Perez, Norma Matos
Perez, Ramona Velez
Perez, Sonia M. Acevedo
Perez-Cubero, Aurea I.
Perez-Soto, Frances E.
Pitre, Maria M. Cruz
Quinones, Ana Arbona
Quinones, Rafael Santiago
Quintana, Mercedes Ruiz
Ramirez, John F. Rosario

Ramirez, Luisa M. Torres
Ramos, Amparo Rodriguez
Ramos, Damaris Medina
Ramos, Jose G Diaz
Ramos, Mayra E. Torres
Ramos, Omalis Morales
Ramos, Sonia S. Roman
Ramos, Sonia Sanchez
Redinger, Alda C.
Reyes, Kariam S. Vazquez
Reyes, Virgen M. Jimenez
Reyes, Wanda I. Monge
Riefkohl, Gretchen E. Valle
Rios, Angela Oyola
Rivera, Aitza Nieves
Rivera, Ana M Haddock
Rivera, Ana R. Figueroa
Rivera, Angel M Nieves
Rivera, Angela Sanabria
Rivera, Carlos E. Irizarry
Rivera, Dianne Martinez
Rivera, Dora A. Lozada
Rivera, Dora Montanez
Rivera, Esther M. Carrero
Rivera, Eufemia Rivera
Rivera, Gladys E. Santiago
Rivera, Gloria E. Irizarry
Rivera, Irenes Jimenez
Rivera, Ivette Melendez
Rivera, Jo-Ann Calderon
Rivera, Julio Padilla
Rivera, Luz Laboy
Rivera, Magda I. Pacheco
Rivera, Mari Liis Melendez
Rivera, Maria R. Huertas
Rivera, Maria S. Rivera
Rivera, Marilisette Perez
Rivera, Marisol Martinez
Rivera, Marisol Montanez
Rivera, Nilda Colon
Rivera, Noemi Martinez
Rivera, Olga Ortiz
Rivera, Rainier M. Torres
Rivera, Ramon Hernandez
Rivera, Raquel Gonzalez
Rivera, Sonia I. Reyes
Rivera, Wanda Ortiz
Rivera, Wilma Ortiz
Rivera, Yaritza Ortiz
Rodriguez, Amalia N Arce
Rodriguez, Anabel Ramos
Rodriguez, Anette Hernandez
Rodriguez, Carmela Ramos
Rodriguez, Carmen I. Cubero
Rodriguez, Carmen I. Santiago
Rodriguez, Carmen Rosa Carrillo

Rodriguez, Emilio Melia
Rodriguez, Emma A. Rosa
Rodriguez, Genaro M Cedeno
Rodriguez, Gladys M. Olivero
Rodriguez, Gloria Esther Velez
Rodriguez, Haydee Georgi
Rodriguez, Jesus M. Georgi
Rodriguez, Luis Alberto Lopez
Rodriguez, Madeline Rivera
Rodriguez, Magda L. Santana
Rodriguez, Manolin Nelson
Rodriguez, Margarita J. Salichs
Rodriguez, Maria M. Torres
Rodriguez, Maria Rodriguez
Rodriguez, Maria V. Perez
Rodriguez, Mayra I. Chacon
Rodriguez, Nelson Cintron
Rodriguez, Norma I. Tirado
Rodriguez, Norma Iris Castro
Rodriguez, Quetcy Ann Cedeno
Rodriguez, Reinaldo Irizarry
Rodriguez, Sandra Lopez
Rodriguez, Sonia Roque
Rodriguez, Yazmin Lopez
Roig, Elizabeth Gutierrez
Rojas, Josefina Garay
Rosa, Carlos J. Cordero
Rosado, Carlos G. Ortiz
Rosado, Gloria Esther Burgos
Rosado, Maritza Cruz
Rosado, Martha Cruz
Rosado, Migdalia Ortiz
Rosado, Tomas Ortiz
Rosario, Carlos J. Santiago
Rosario, Johnny Cintron
Rosario, Wanda L. Cruz
Ruiz, Fredita Lugo
Ruiz, Marta Perez
Ruiz, Yanitza Hernandez
Saez, Elga I. Mattei
Salas, Ada M. Matias
Salas, Blanca I. Baez
Salas, Jorge L. Perez
Salgado, Ana R. Rolon
Sanchez, Arlene I. Morales
Sanchez, Israel Franco
Sanchez, Jorge L. Haddock
Sanchez, Jose Miguel Hernandez
Sanchez, Marta Rodriguez
Sanchez, Mayra Cancel
Santana, Ines M. Lugo
Santana, Juan M. Cruz
Santiago, Joann M Penaloza
Santiago, Maximo Valle
Santiago, Mercedes Martinez
Santiago, Migdalia Gonzalez

Santiago, Nilda Cruz
Santiago, Rosa B. Berrios
Santiago, Vivian Baez
Santos, Angelica Carrasco
Santos, Evelyn Burgos
Santos, Joel Chevere
Scher, Mark P.
Sepulveda, Yadira I. Passapera
Sepulveda-Santiago, Gladys C.
Serrano, Madeline Santiago
Serrano, Sandra G. Torres
Sierra, Maria Mabel Cardona
Sola, Maria V. Toro
Solis, Myrna E Firpi
Soto, Elsie Carlo
Soto, Robert Cruz
Sotomayor, Blanca E. Rosario
Stefani, Sylvia Roger
Suarez, Gloria I. Torres
Suarez, Marisol Flores
Sustache, Marisela Muriel
Talavera, Ivelisse Perez
Tapia, Margarita Clemente
Toledo, Jose L Alvarado
Toro, Angela Soto
Torrellas, Jose Ramon Perez
Torres, Ana Cancel
Torres, Aracelis Nazario
Torres, Doris L Porto
Torres, Fernando E. Perez
Torres, Francisco De Jesus
Torres, Glendamid Torres
Torres, Ivelisse Berrios
Torres, Josefina Morales
Torres, Lilliam Hernandez
Torres, Luz L. Perez
Torres, Maribel Hernandez
Torres, Maribelle Ruiz
Torres, Rosa J. Alvarado
Torres, Tamara Colon
Torres, Virgen Milagros Velez
Torres, Wanda I. Figueroa
Torres, Wilda Corchado
Torres, Yolanda Colon
Toyens, Adalis Alicea
Troche, Mildred Pacheco
Valentin, Carmen Irizarry
Valentin, Gloria M. Rivera
Valentin, Madelyn Cruz
Valle, Jose R. Rosado

Valle, Maria T. Baerga
Varela, Alberto Feliciano
Vargas, Claribel W Mercado
Vargas, Javier A. Irizarry
Vargas, Maribel S Mercado
Vargas, Yolanda Ortiz
Vazquez, Aida Robledo
Vazquez, Carlos Morales
Vazquez, Elsa E. Torres
Vazquez, Grace
Vazquez, Jorge Luis Gonzalez
Vazquez, Marie C. Santiago
Vazquez, Nancy R. Colon
Vazquez, Raquel A. Belvis
Vega, Blanca M. Cubero
Vega, Carmen B. Estrada
Vega, Migdalia Gonzalez
Velazquez, Nidza Cecilia Henriquez
Velez, Dora M. Torres
Velez, Irene Feliciano
Velez, Vilma Yolanda Gonzalez
Vergara, Isabel Cruz
Villalobos, Gloria M. Rivera
Villanueva, Angel R. Class
Villegas, Lisandra Valentin
Vives, Carmen Rita Velazquez
Walker, Zahira Rodriguez
Zayas, Wanda E. Martinez

**Transfer of Claims**
SC5EJT LLC

**Other**
Crespo, Wilda Hernandez
Grijalva, Raul M
Morales, Joel Rivera
Ortiz, Yisette Gonzalez
Pérez, María de Lourdes Gómez
Puerto Rico Solar Energy Industries Association Corp.
Rivera, Luis M. Jordán
Rivera-Perez, Elba I.
Rodríguez, Lourdes
Serrano, Pedro José Nazario
Solar Energy Industries Association
Soto, Darren
Stocking, Donley J.
Velazquez, Nydia M.
Villanueva, Héctor Cruz