## EXHIBIT B

### Additional Interested Parties or Their Affiliates, Which Paul Hastings Represents or Has Represented in the Past in Matters *Unrelated* to the Title III Cases[1]

| Interested Parties | Relationship to Debtors | Clients & Their Affiliates |
|---|---|---|
| [01W] | Litigation Parties | Not a client. Entities related to parent are current clients. |
| [02W] | Litigation Parties | Not a client. Entities related to parent are current clients. |
| [03W] | Litigation Parties | Not a client. Entities related to parent are current clients. |
| [04W] | Litigation Parties | Not a client. Related entity is a current client. |
| [27W] [08Y] | Litigation Parties | Current client. Entity related to parent is also a current client. |
| [29W] | Litigation Parties | Not a client. Entities related to parent are current clients. |
| [33W] | Litigation Parties | Not a client. Parent is a current client. |
| [01Y] | Litigation Parties | Not a client. A related entity is a former client and related entities are current clients. |
| Badillo Saatchi & Saatchi, Inc. | Litigation Parties | Not a client. Parent is a current client. |
| Berkeley Research Group, LLC | Professionals | Current client. Entities related to parent are also current clients. |
| Dragados USA, Inc. | Parties Filing Lift Stay Motions | Not a client. Entity related to parent is a current client. |
| Nuveen Asset Management LLC | Parties Filing Notice of Appearance | Not a client. Entities related to parent are current clients. |
| Quest Diagnostics of Puerto Rico, Inc. | Litigation Parties | Not a client. Enities related to parent are former clients. |
| P. Schoenfeld Asset Management LP | Parties Filing Notice of Appearance | Former client. Related entities are also former clients. |
| Puerto Rico Solar Energy Industries Association Corp | Other | Not a client. Entities related to parent are former clients. |
| Solar Energy Industries Association | Other | Former client. Related entities are also former clients. |

---

[1]   Please note that several individuals identified in Exhibit A have submitted a Notice of Participation or a response to the omnibus claim objections in the Title III Cases. While Paul Hastings does not believe that it has any connection to these individuals, Paul Hastings does not have sufficient information to definitively determine whether or not it has any connection to these individuals.