# ANEXO A

PLAN

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
DISTRITO DE PUERTO RICO

| | |
|---|---|
| *In re*:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>Deudores. | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrada conjuntamente) |

**PLAN DE AJUSTE CONJUNTO ENMENDADO ELABORADO CONFORME AL TÍTULO III DEL <u>ESTADO LIBRE ASOCIADO DE PUERTO RICO</u>, *ET AL*.**

**PROSKAUER ROSE LLP**
Eleven Times Square
Nueva York, Nueva York 10036
Teléfono: (212) 969-3000
Fax: (212) 969-2900

**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Teléfono: (787) 764-8181
Fax: (787) 753-8944

*Abogados para la Junta de Supervisión y Administración Financiera como representante de los Deudores en sus Causas radicadas conforme al Título III*

Fechado: 28 de febrero de 2020

PLAN DE AJUSTE CONJUNTO ENMENDADO ELABORADO CONFORME AL
TÍTULO III DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, *ET AL.* .......................... i

ARTÍCULO I    DEFINICIONES .................................................................................................. 1

1.1    Reclamación de bonos del ELA 2011 ...................................................................... 1
1.2    Reclamación de Bonos del ELA 2011 (Asegurada) ................................................ 1
1.3    Reclamación de Bonos del ELA 2011 (Elección Imponible) .................................. 1
1.4    Recuperación de Bonos del ELA 2011 ..................................................................... 1
1.5    Bonos del ELA 2011 .................................................................................................. 1
1.6    Reclamación de Bonos de Garantía del ELA 2011 .................................................. 2
1.7    Reclamación de Bonos de Garantía del ELA 2011 (Elección Imponible) .............. 2
1.8    Recuperación de Bonos de Garantía del ELA 2011 ................................................. 2
1.9    Distribución de Bonos Imponibles de Garantía del ELA 2011 ............................... 2
1.10   Reclamación de Bonos Serie D/E/PIB del ELA 2011 .............................................. 2
1.11   Reclamación de Bonos Serie D/E/PIB del ELA 2011 (Asegurada) ........................ 2
1.12   Reclamación de Bonos Serie D/E/PIB del ELA 2011 (Elección Imponible) .......... 3
1.13   Recuperación de Bonos Serie D/E/PIB del ELA 2011 ............................................ 3
1.14   Bonos Serie D/E/PIB del ELA 2011 ......................................................................... 3
1.15   Distribución de Bonos Imponibles Serie D/E/PIB del ELA 2011 ........................... 3
1.16   Distribución de Bonos Imponibles del ELA 2011 ................................................... 3
1.17   Reclamación de Bonos de la AEP 2011 .................................................................... 3
1.18   Recuperación de Bonos de la AEP 2011 ................................................................... 3
1.19   Bonos de la AEP 2011 ............................................................................................... 4
1.20   Reclamación de bonos del ELA 2012 ....................................................................... 4
1.21   Reclamación de Bonos del ELA 2012 (Asegurada) ................................................ 4
1.22   Reclamación de Bonos del ELA 2012 (Elección Imponible) .................................. 4
1.23   Recuperación de Bonos del ELA 2012 ..................................................................... 4
1.24   Bonos del ELA 2012 .................................................................................................. 4
1.25   Reclamación de Bonos de Garantía del ELA 2012 .................................................. 5
1.26   Reclamación de Bonos de Garantía del ELA 2012 (Elección Imponible) .............. 5
1.27   Distribución de Bonos Imponibles de Garantía del ELA 2012 ............................... 5
1.28   Recuperación de Bonos de Garantía del ELA 2012 ................................................. 5
1.29   Distribución de Bonos Imponibles del ELA 2012 ................................................... 5
1.30   Reclamación de Bonos de la AEP 2012 .................................................................... 6
1.31   Recuperación de Bonos de la AEP 2012 ................................................................... 6
1.32   Bonos de la AEP 2012 ............................................................................................... 6
1.33   Reclamación de bonos del ELA 2014 ....................................................................... 6
1.34   Reclamación de Bonos del ELA 2014 (Elección Imponible) .................................. 6
1.35   Recuperación de Bonos del ELA 2014 ..................................................................... 6
1.36   Bonos del ELA 2014 .................................................................................................. 6
1.37   Reclamación de Bonos de Garantía del ELA 2014 .................................................. 6
1.38   Reclamación de Bonos de Garantía del ELA 2014 (Elección Imponible) .............. 7
1.39   Distribución de Bonos Imponibles de Garantía del ELA 2014 ............................... 7
1.40   Distribución de Bonos Imponibles del ELA 2014 ................................................... 7
1.41   AAFAF ....................................................................................................................... 7

# Índice
## (Continuación)

1.42    Orden de la ACR........................................................................7
1.43    Ley 106.....................................................................................7
1.44    Junta de la Ley 106.................................................................7
1.45    Reclamación de Participante del SRE Activo........................7
1.46    Reclamación de Participante del SRJ Activo........................7
1.47    Participante Activo.................................................................7
1.48    Reclamación de Participante del SRM Activo.......................8
1.49    Fecha Límite de Reclamación Administrativa.......................8
1.50    Reclamación de Gastos Administrativos...............................8
1.51    Orden de RAL (Resolución Alternativa de Litigios).............8
1.52    Procedimientos de RAL..........................................................8
1.53    Filial........................................................................................8
1.54    AFSCME..................................................................................8
1.55    Contratos de negociación colectiva de AFSCME..................9
1.56    Reclamaciones de Empleados de AFSCME...........................9
1.57    Acuerdo de Apoyo al Plan de AFSCME...............................9
1.58    Pliego de Términos de AFSCME..........................................9
1.59    Permitida.................................................................................9
1.60    Reclamación Permitida...........................................................9
1.61    Ambac......................................................................................9
1.62    Acuerdo Anexo.....................................................................10
1.63    Litigio Relacionado a Designaciones..................................10
1.64    Activos..................................................................................10
1.65    Assured.................................................................................10
1.66    Acciones de Revocación.......................**Error! Bookmark not defined.**
1.67    Intereses de Acciones de Revocación del ELA....................10
1.68    Intereses de Acciones de Revocación del SRE....................11
1.69    Fideicomiso de Acciones de Revocación.............................11
1.70    Contrato de Fideicomiso de Acciones de Revocación.........11
1.71    Activos del Fideicomiso de Acciones de Revocación..........11
1.72    Beneficiarios del Fideicomiso de Acciones de Revocación........11
1.73    Junta del Fideicomiso de Acciones de Revocación.............11
1.74    Síndico de Acciones de Revocación....................................11
1.75    Intereses del Fideicomiso de Acciones de Revocación........11
1.76    Fecha de Elección.................................................................11
1.77    Papeleta/Formulario de Elección..........................................11
1.78    Código de Quiebras..............................................................12
1.79    Reglamento sobre Quiebras..................................................12
1.80    Fecha Límite.........................................................................12
1.81    Órdenes de Fecha Límite......................................................12
1.82    Contribución de Base............................................................12
1.83    Fecha de Reducción de Beneficios.......................................12
1.84    Recuperación de Beneficios..................................................13
1.85    Reclamación de Bonos.........................................................13

| | | |
|---|---|---|
| 1.86 | Categoría de Recuperación de Bonos | 13 |
| 1.87 | Día Hábil | 13 |
| 1.88 | Mejoras Capital | 13 |
| 1.89 | Efectivo | 13 |
| 1.90 | Causas | **Error! Bookmark not defined.** |
| 1.91 | Bonificación de Navidad | 14 |
| 1.92 | Reclamación | 14 |
| 1.93 | Clase | 14 |
| 1.94 | COFINA | 14 |
| 1.95 | Orden de Confirmación de COFINA | 14 |
| 1.96 | Bonos de Gravamen COFINA Subordinados (Junior) | 14 |
| 1.97 | Escritura de Bonos de Gravamen COFINA Subordinados (Junior) | 15 |
| 1.98 | Legislación de los Bonos de Gravamen COFINA Subordinados (Junior) | 15 |
| 1.99 | Plan de COFINA | 15 |
| 1.100 | Impuestos Pignorados de COFINA | 15 |
| 1.101 | Bonos de Gravamen COFINA Prioritarios (Senior) | 15 |
| 1.102 | Escritura de Bonos de Gravamen COFINA Prioritarios (Senior) | 15 |
| 1.103 | Legislación de Bonos de Gravamen COFINA Prioritarios (Senior) | 15 |
| 1.104 | Estado Libre Asociado | 15 |
| 1.105 | Constitución del ELA | 16 |
| 1.106 | Legislatura del ELA | 16 |
| 1.107 | Fecha de Petición del ELA | 16 |
| 1.108 | Causa radicada conforme al Título III del ELA | 16 |
| 1.109 | Tope global | 16 |
| 1.110 | Fecha de Confirmación | 16 |
| 1.111 | Vista de Confirmación | 16 |
| 1.112 | Orden de Confirmación | 16 |
| 1.113 | Grupo de Deuda Constitucional | 16 |
| 1.114 | Costos de Perfeccionamiento | 16 |
| 1.115 | Partes de los Costos de Perfeccionamiento | 17 |
| 1.116 | Reclamación de Conveniencia | 17 |
| 1.117 | Participación del ELA Transmitida | 17 |
| 1.118 | Acreedor | 17 |
| 1.119 | Comité de Acreedores | 17 |
| 1.120 | Reclamaciones de Asignaciones del ELA | 17 |
| 1.121 | Reclamación de Bonos del ELA | 18 |
| 1.122 | Reclamaciones de Bonos del ELA (Aseguradas) | 18 |
| 1.123 | Plan Fiscal del ELA | 18 |
| 1.124 | Reclamación sin Garantía General del ELA | 18 |
| 1.125 | Reclamaciones de Bonos de Garantía del ELA | 18 |
| 1.126 | Recuperación de GUC del ELA | 18 |
| 1.127 | Reclamación del Centro de Convenciones/ELA | 19 |
| 1.128 | Reclamación de la ACT/ELA | 19 |
| 1.129 | Reclamación de la AMA/ELA | 19 |

1.130   Reclamación de Impuesto de Ron de la AFI/ELA..............................................19
1.131   Deuda .......................................................................................................19
1.132   Política de Gestión de la Deuda .....................................................................19
1.133   Deudores ....................................................................................................19
1.134   Período de la Política de Deuda .....................................................................20
1.135   Ingresos de Política de Deuda ........................................................................20
1.136   Objeciones Relacionadas con Deuda ...............................................................20
1.137   Ley de Responsabilidad en la Emisión de Deuda ...............................................21
1.138   Fondo de Servicio de la Deuda ......................................................................21
1.139   Fondo de Reserva del Servicio de la Deuda .....................................................21
1.140   Requisito del Fondo de Reserva del Servicio de la Deuda ..................................21
1.141   Documentos Definitivos ................................................................................21
1.142   No permitidas .............................................................................................22
1.143   Agente Pagador ..........................................................................................22
1.144   Declaración de Divulgación...........................................................................22
1.145   Vista de Declaración de Divulgación ..............................................................22
1.146   Orden de Declaración de Divulgación .............................................................22
1.147   Reclamación Controvertida ...........................................................................22
1.148   Fecha de Distribución ..................................................................................22
1.149   Fecha de Registro de Distribución ..................................................................23
1.150   Fecha de Entrada en Vigor............................................................................23
1.151   Entidad .....................................................................................................23
1.152   SRE .........................................................................................................23
1.153   Reclamación de Bonos del SRE .....................................................................23
1.154   Efectivo de Garantía de Bonos del SRE ..........................................................23
1.155   Bonos del SRE ...........................................................................................23
1.156   Resolución de Bonos del SRE .......................................................................23
1.157   Distribución de la Resolución de Bonos del SRE...............................................24
1.158   Efectivo del SRE .........................................................................................24
1.159   Reclamación sin Garantía General del SRE ......................................................24
1.160   Fondo de GUC del SRE ................................................................................24
1.161   Litigio del SRE ...........................................................................................24
1.162   Reclamación de Participante del SRE...............................................................25
1.163   Fecha de Petición del SRE ............................................................................25
1.164   Acciones de Recuperación del SRE .................................................................25
1.165   Reserva del SRE .........................................................................................26
1.166   Resolución del SRE .....................................................................................26
1.167   Acción de Expropiación del SRE ....................................................................26
1.168   Causa radicada conforme al Título III del SRE ..................................................26
1.169   Excedente en Caja .......................................................................................26
1.170   Contrato Condicional ...................................................................................26
1.171   FGIC ........................................................................................................26
1.172   Orden Definitiva ..........................................................................................26
1.173   Inversión Inicial ..........................................................................................27

1.174   Plan Fiscal......................................................................................27
1.175   Exceso del Plan Fiscal ....................................................................27
1.176   Rentas Fijas.....................................................................................27
1.177   Ejercicio Fiscal................................................................................27
1.178   BGF..................................................................................................27
1.179   Fondo General.................................................................................27
1.180   Reclamaciones sin Garantía Generales...........................................27
1.181   Reclamación de Bonos de OG .........................................................27
1.182   Reclamación de Bonos de OG (Asegurada) .....................................27
1.183   Bonos de OG ...................................................................................27
1.184   Grupo de OG ...................................................................................27
1.185   Partes del Gobierno.........................................................................27
1.186   Reclamaciones Eximidas por el Gobierno ......................................28
1.187   Partes Eximidas del Gobierno.........................................................28
1.188   Reclamación Gracia Gracia .............................................................28
1.189   Acción del ELA Gracia Gracia ........................................................28
1.190   Acción Federal Gracia Gracia .........................................................29
1.191   Resolución Gracia Gracia ................................................................29
1.192   Préstamo de Helicóptero de la ASG ...............................................29
1.193   ACT..................................................................................................29
1.194   Causa radicada conforme al Título III de la ACT...........................29
1.195   Acreedores del Acuerdo de Apoyo al Plan Iniciales ......................29
1.196   Acciones de Invalidez .....................................................................29
1.197   CTI ...................................................................................................29
1.198   SII ....................................................................................................29
1.199   Contrato de Litisconsorcio ..............................................................29
1.200   Acreedores del Litisconsorcio.........................................................29
1.201   Fecha Límite del Litisconsorcio......................................................30
1.202   SRJ ...................................................................................................30
1.203   Reclamación de Participante del SRJ ..............................................30
1.204   CDCL...............................................................................................30
1.205   Gravamen .........................................................................................30
1.206   Acciones de Impugnación de Gravamen .........................................30
1.207   Lista de Acreedores.........................................................................30
1.208   Normas de Quiebra Locales.............................................................30
1.209   Servicio de la Deuda Anual Máximo ..............................................31
1.210   Monto de Elección de Bonos Imponible Máximo ...........................31
1.211   Bonos para Medicina ......................................................................31
1.212   Beneficio de Seguro Médico ...........................................................31
1.213   Monolíneas.......................................................................................31
1.214   Pensión Base Mensual .....................................................................31
1.215   Modificación de Beneficios Mensuales ..........................................31
1.216   Bonificación de Navidad Mensual ..................................................32
1.217   Bonificación para Medicina Mensual ..............................................32

1.218 Bonificación de Verano Mensual......................................................................32
1.219 National..........................................................................................................32
1.220 Deuda con Garantía Impositiva Neta...............................................................32
1.221 Nuevos Bonos de OG......................................................................................32
1.222 Escritura de Nuevos Bonos de OG..................................................................33
1.223 Legislación de Nuevos Bonos de OG..............................................................33
1.224 Síndico de Nuevos Bonos de OG....................................................................33
1.225 Nuevos Bonos de Refinanciamiento de OG ...................................................33
1.226 Tenedores de Bonos del SRE que no aceptan la Resolución............................33
1.227 Reclamación de Empleados de Desarrollo Normal .........................................33
1.228 Pendiente.......................................................................................................33
1.229 Junta de Supervisión .....................................................................................33
1.230 Participante....................................................................................................34
1.231 PayGo............................................................................................................34
1.232 AEP................................................................................................................34
1.233 Reclamación de Gastos Administrativos de la AEP .........................................34
1.234 Reclamaciones de Bonos de la AEP................................................................34
1.235 Distribución de Bonos de la AEP....................................................................34
1.236 Bonos de la AEP.............................................................................................34
1.237 Efectivo de la AEP.........................................................................................34
1.238 Reclamación con Garantía Prendaria de la ARD/AEP......................................34
1.239 Reclamación sin Garantía de la ARD/AEP......................................................34
1.240 Reclamación sin Garantía General de la AEP ..................................................34
1.241 Litigio de la AEP............................................................................................35
1.242 Fecha de Petición de la AEP...........................................................................35
1.243 Bienes de la AEP............................................................................................35
1.244 Causa radicada conforma al Título III de la AEP.............................................35
1.245 Escritura de Fideicomiso de la Reserva de Pensiones .....................................35
1.246 Fideicomiso de la Reserva de Pensiones .........................................................35
1.247 Persona..........................................................................................................35
1.248 CFP................................................................................................................35
1.249 Plan ...............................................................................................................35
1.250 Complemento del Plan....................................................................................35
1.251 Acuerdo de Apoyo al Plan ..............................................................................36
1.252 APA................................................................................................................36
1.253 AAA...............................................................................................................36
1.254 ADCCPR.........................................................................................................36
1.255 AEE................................................................................................................36
1.256 AFI.................................................................................................................36
1.257 Notas de Bonos Anticipados de la AFI............................................................36
1.258 Litigio de Notas de Bonos Anticipados de la AFI............................................36
1.259 Profesional.....................................................................................................36
1.260 Reclamación Profesional ................................................................................36
1.261 PROMESA........................................................................................................37

1.262 Participación a Prorrata ................................................................37
1.263 Acreedores del Acuerdo de Apoyo al Plan ....................................37
1.264 Acreedores con Tasa de Restricción del Acuerdo de Apoyo al Plan ..................37
1.265 Período de Tasas de Restricción del Acuerdo de Apoyo al Plan ..........37
1.266 Tasas de Restricción del Acuerdo de Apoyo al Plan .......................37
1.267 Obtención del Umbral del Acuerdo de Apoyo al Plan ....................37
1.268 Inversor de Puerto Rico .................................................................38
1.269 Grupo QTCB .................................................................................38
1.270 Porcentaje de Reducción ...............................................................38
1.271 Personas Relacionadas ..................................................................38
1.272 Reclamaciones Eximidas ...............................................................38
1.273 Partes Eximidas .............................................................................39
1.274 Partes que Eximen .........................................................................39
1.275 Estado Libre Asociado Reorganizado ...........................................39
1.276 Deudores Reorganizados ...............................................................39
1.277 Estatutos de los Deudores Reorganizados ....................................39
1.278 Porcentaje de Tasa de Restricción ................................................39
1.279 Reclamación de Bonos del ELA 2011 de Inversión ......................40
1.280 Reclamación de Bonos Serie D/E/PIB del ELA 2011 de Inversión .....40
1.281 Reclamación de Bonos de la AEP 2011 de Inversión ....................40
1.282 Reclamación de Bonos del ELA 2012 de Inversión ......................40
1.283 Reclamación de Bonos de la AEP 2012 de Inversión ....................40
1.284 Reclamación de Bonos del ELA 2014 de Inversión ......................40
1.285 Reclamaciones de Bonos del ELA de Inversión ............................40
1.286 Inversor por Cuenta Propia ...........................................................40
1.287 Reclamaciones de Bonos de la AEP de Inversión .........................40
1.288 Tasa de Apoyo de Inversión ..........................................................40
1.289 Devolución de Tasa de Apoyo de Inversión ..................................41
1.290 Reclamación de Bonos del ELA Antiguos de Inversión ...............41
1.291 Reclamación de Bonos de la AEP Antiguos de Inversión .............41
1.292 Pensionado ....................................................................................41
1.293 Reclamación de Pensionado ..........................................................41
1.294 Comité de Pensionados ..................................................................41
1.295 Acuerdo de Apoyo al Plan del Comité de Pensionados .................41
1.296 Impuesto sobre las Ventas .............................................................41
1.297 Reclamación Subordinada a la Sección 510(b) .............................42
1.298 Ley de Valores ...............................................................................42
1.299 Resolución de Reclamación de Bonos del SRE ............................42
1.300 Agente de ......................................................................................42
1.301 SPU ...............................................................................................42
1.302 Bonos de Verano ...........................................................................42
1.303 Syncora .........................................................................................42
1.304 Sistema 2000 .................................................................................42
1.305 Reclamación de Participantes del Sistema 2000 ...........................42

1.306 Distribuciones de Bonos Imponibles ................................................................42

1.307 Bonos de Gravamen COFINA Subordinados (Junior) Imponibles .....................42

1.308 Reclamaciones del ELA de Elección Imponible ...............................................43

1.309 Nuevos Bonos de OG Imponibles.....................................................................43

1.310 Deuda con Garantía Impositiva ........................................................................43

1.311 Título III............................................................................................................44

1.312 Causas radicadas conforme al Título III ...........................................................44

1.313 Tribunal constituido conforme al Título III ......................................................44

1.314 Total de Beneficios Mensuales .........................................................................44

1.315 SRM ..................................................................................................................44

1.316 Reclamación de Participantes del SRM .............................................................44

1.317 Distribución no Reclamada................................................................................44

1.318 Arrendamiento en curso.....................................................................................44

1.319 Reclamación de Bonos del ELA Antiguos ........................................................45

1.320 Reclamación de Bonos de ELA Antiguos (Asegurada)......................................45

1.321 Reclamación de Bonos del ELA Antiguos (Elección Imponible) ........................45

1.322 Recuperación de Bonos del ELA Antiguos .......................................................45

1.323 Bonos del ELA Antiguos ..................................................................................45

1.324 Recuperación de Bonos de Garantía del ELA Antiguos.....................................46

1.325 Reclamación de Bonos de Garantía del ELA Antiguos......................................47

1.326 Reclamación de Bonos de Garantía del ELA Antiguos (Asegurada)...................47

1.327 Reclamación de Bonos de Garantía del ELA Antiguos (Elección
       Imponible)..........................................................................................................47

1.328 Distribución de Bonos Imponibles de Garantía del ELA Antiguos.....................47

1.329 Reclamación de Bonos de la AEP Antiguos ......................................................47

1.330 Reclamación de Bonos de la AEP Antiguos (Asegurada) ..................................47

1.331 Recuperación de Bonos de la AEP Antiguos .....................................................48

1.332 Bonos de la AEP Antiguos ...............................................................................48

1.333 Distribución de Bonos Imponibles Antiguos .....................................................48

1.334 Otras definiciones..............................................................................................48

1.335 Normas de Interpretación...................................................................................49

ARTÍCULO II    CONCILIACIÓN Y RESOLUCIÓN DE
DISPUTAS/REESTRUCTURACIÓN DE ENTIDADES ........................................................49

2.1    Resolución de Litigios .......................................................................................49

2.2    Admisión de Reclamaciones de Bonos...............................................................50

2.3    Descargos, Interdictos y Exculpaciones ............................................................50

2.4    Compra y Venta de Determinados Activos del SRE ...........................................50

2.5    Transmisión de la Participación del ELA Transmitida........................................51

ARTÍCULO III     DISPOSICIONES PARA EL PAGO DE RECLAMACIONES DE
GASTOS ADMINISTRATIVOS ............................................................................................51

3.1    Reclamaciones de Gastos Administrativos.........................................................51

3.2    Reclamaciones de Reembolso y Compensación Profesional................................52

3.3 Costos de Perfeccionamiento ...............................................................52
3.4 Honorarios Profesionales de AFSCME .................................................52
3.5 Tasa de Restricción del Acuerdo de Apoyo al Plan..............................52
3.6 Tasa de Apoyo de Inversión ..................................................................54
3.7 No Independencia ...................................................................................54

ARTÍCULO IV    CLASIFICACIÓN DE RECLAMACIONES...............................................54

4.1 Las reclamaciones se clasifican de la manera siguiente .......................54
(a) **Clase 1:** Reclamaciones de Bonos de la AEP Antiguos .........................54
(b) **Clase 2:** Reclamaciones de Bonos de la AEP Antiguos (Aseguradas) ...................54
(c) **Clase 3:** Reclamaciones de Bonos de la AEP Antiguos de Inversión ......................54
(d) **Clase 4:** Reclamaciones de Bonos de la AEP 2011 ...............................54
(e) **Clase 5:** Reclamaciones de Bonos de la AEP 2011 de Inversión.............................54
(f) **Clase 6:** Reclamaciones de Bonos de la AEP 2012 ...............................55
(g) **Clase 7:** Reclamaciones de Bonos de la AEP 2012 de Inversión.............................55
(h) **Clase 8:** Reclamación con Garantía Prendaria de la ARD/AEP .............................55
(i) **Clase 9:** Reclamaciones sin Garantía General de la AEP ......................................55
(j) **Clase 10:** Reclamación sin Garantía de ARD/AEP.................................................55
(k) **Clase 11:** Reclamaciones de Bonos del ELA Antiguos ..........................................55
(l) **Clase 12:** Reclamaciones de Bonos del ELA Antiguos de Inversión .......................55
(m) **Clase 13:** Reclamaciones de Bonos de ELA Antiguos (Aseguradas) ......................55
(n) **Clase 14:** Reclamaciones de Bonos del ELA Antiguos (Elección Imponible) .........55
(o) **Clase 15:** Reclamaciones de Bonos de Garantía del ELA Antiguos.......................55
(p) **Clase 16:** Reclamaciones de Bonos de Garantía del ELA Antiguos (Aseguradas) ..55
(q) **Clase 17:** Reclamaciones de Bonos de Garantía del ELA Antiguos (Elección Imponible)..................................................................................55
(r) **Clase 18:** Reclamaciones de Bonos del ELA 2011 ...............................55
(s) **Clase 19:** Reclamaciones de Bonos del ELA 2011 de Inversión ..........................55
(t) **Clase 20:** Reclamaciones de Bonos del ELA 2011 (Aseguradas)............................55
(u) **Clase 21:** Reclamaciones de Bonos del ELA 2011 (Elección Imponible)...............55
(v) **Clase 22:** Reclamaciones de Bonos de Garantía del ELA 2011 ............................55
(w) **Clase 23:** Reclamaciones de Bonos de Garantía del ELA 2011 (Elección Imponible)..................................................................................55
(x) **Clase 24:** Reclamaciones de Bonos Serie D/E/PIB del ELA 2011 .........................55
(y) **Clase 25:** Reclamaciones de Bonos Serie D/E/PIB del ELA 2011 (Aseguradas).....55

(z)      **Clase 26:** Reclamaciones de Bonos Serie P/E/PIB del ELA 2011 de Inversión.......55

(aa)     **Clase 27:** Reclamaciones de Bonos Serie D/E/PIB del ELA 2011 (Elección Imponible).................................................................................................56

(bb)     **Clase 28:** Reclamaciones de Bonos del ELA 2012 ...................................................56

(cc)     **Clase 29:** Reclamaciones de Bonos del ELA 2012 de Inversión .............................56

(dd)     **Clase 30:** Reclamaciones de Bonos del ELA 2012 (Aseguradas).............................56

(ee)     **Clase 31:** Reclamaciones de Bonos del ELA 2012 (Elección Imponible)...............56

(ff)     **Clase 32:** Reclamaciones de Bonos de Garantía del ELA 2012 ...............................56

(gg)     **Clase 33:** Reclamaciones de Bonos de Garantía del ELA 2012 (Elección Imponible).................................................................................................56

(hh)     **Clase 34:** Reclamaciones de Bonos del ELA 2014 ...................................................56

(ii)     **Clase 35:** Reclamaciones de Bonos del ELA 2014 de Inversión .............................56

(jj)     **Clase 36:** Reclamaciones de Bonos del ELA 2014 (Elección Imponible)...............56

(kk)     **Clase 37:** Reclamaciones de Bonos de Garantía del ELA 2014 ...............................56

(ll)     **Clase 38:** Reclamaciones de Bonos de Garantía del ELA 2014 (Elección Imponible).................................................................................................56

(mm)    **Clase 39:** Reclamaciones de Beneficios de Empleados Retirados y Activos ..........56

(nn)     **Clase 40:** Reclamaciones de Empleados de AFSCME .............................................56

(oo)     **Clase 41:** Reclamaciones sin Garantía Generales del ELA.......................................56

(pp)     **Clase 42:** Reclamaciones de la ACT/ELA ...............................................................56

(qq)     **Clase 43:** Reclamaciones de Convenciones/ELA .....................................................56

(rr)     **Clase 44:** Reclamaciones del Impuesto de Ron de la AFI/ELA .............................57

(ss)     **Clase 45:** Reclamaciones de la AMA/ELA ...............................................................57

(tt)     **Clase 46:** Reclamaciones de Asignaciones del ELA.................................................57

(uu)     **Clase 47:** Reclamaciones Subordinadas a 510(b) del ELA.......................................57

(vv)     **Clase 48:** Reclamación de Bonos del SRE ...............................................................57

(ww)    **Clase 49:** Reclamaciones de Bonos del SRE en Resolución.....................................57

(xx)     **Clase 50:** Reclamaciones sin Garantía Generales del SRE ......................................57

(yy)     **Clase 51:** Reclamaciones Gracia Gracia ..................................................................57

(zz)     **Clase 52:** Reclamación de Conveniencia ..................................................................57

ARTÍCULO V      DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BONOS DE LA AEP ANTIGUOS (CLASE 1)...................................57

5.1      Tratamiento de Reclamaciones de Bonos de la AEP Antiguos ..............................57

ARTÍCULO VI    DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE BONOS DE LA AEP ANTIGUOS (ASEGURADAS) (CLASE
2)                   57

    6.1    Tratamiento de Reclamaciones de Bonos de la AEP Antiguos
(Aseguradas) ........................................................................................57

ARTÍCULO VII    DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE BONOS DE LA AEP ANTIGUOS DE INVERSIÓN (CLASE
3)                   57

    7.1    Tratamiento de Reclamaciones de Bonos de la AEP Antiguos de Inversión ........57

ARTÍCULO VIII ..............................................................................................58

DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BONOS
DE LA AEP 2011 (CLASE 4) ...........................................................................58

    8.1    Tratamiento de Reclamaciones de Bonos de la AEP 2011 ...................................58

ARTÍCULO IX    DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE BONOS DE LA AEP 2011 DE INVERSIÓN (CLASE 5) .................58

    9.1    Tratamiento de Reclamaciones de Bonos de la AEP 2011 de Inversión ..............58

ARTÍCULO X    DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE BONOS DE LA AEP 2012 (CLASE 6) ...............................................59

    10.1    Tratamiento de Reclamaciones de Bonos de la AEP 2012 ...................................59

ARTÍCULO XI    DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE BONOS DE LA AEP 2012 DE INVERSIÓN (CLASE 7) .................59

    11.1    Tratamiento de Reclamaciones de Bonos de la AEP 2012 de Inversión ..............59

ARTÍCULO XII    DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES CON GARANTÍA PRENDARIA DE LA AEP/ARD (CLASE 8) ............59

    12.1    Tratamiento de Reclamaciones con Garantía Prendaria de la AEP/ARD .............59

ARTÍCULO XIII    DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES SIN GARANTÍA GENERALES DE LA AEP (CLASE 9) ......................60

    13.1    Tratamiento de Reclamaciones sin Garantía Generales de la AEP ......................60

ARTÍCULO XIV    DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES SIN GARANTÍA DE LA AEP/ARD (CLASE 10) ..................................60

    14.1    Tratamiento de Reclamaciones sin Garantía de la AEP/ARD ...............................60

ARTÍCULO XV    DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE BONOS DEL ELA ANTIGUOS (CLASE 11) ................................60

    15.1    Tratamiento de Reclamaciones de Bonos del ELA Antiguos...............................60
    15.2    Derecho de Elección para Reclamaciones de Bonos del ELA Antiguos
           (Elección Imponible) ......................................................................................60

ARTÍCULO XVI    DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE BONOS DEL ELA ANTIGUOS DE INVERSIÓN (CLASE
12)             61

    16.1    Tratamiento de Reclamaciones de Bonos del ELA Antiguos de Inversión...........61
    16.2    Derecho de Elección para Reclamaciones de Bonos del ELA Antiguos de
           Inversión (Elección Imponible) .....................................................................61

ARTÍCULO XVII    DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE BONOS DEL ELA ANTIGUOS (ASEGURADAS) (CLASE
13)             62

    17.1    Tratamiento de Reclamaciones de Bonos del ELA Antiguos (Aseguradas) .........62

ARTÍCULO XVIII    DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE BONOS DEL ELA ANTIGUOS (ELECCIÓN IMPONIBLE)
(CLASE 14)             62

    18.1    Tratamiento de Reclamaciones de Bonos del ELA Antiguos (Elección
           Imponible)......................................................................................................62

ARTÍCULO XIX    DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE BONOS DE GARANTÍA DEL ELA ANTIGUOS (CLASE 15)........62

    19.1    Tratamiento de Reclamaciones de Bonos de Garantía del ELA Antiguos ............62
    19.2    Derecho de Elección para Reclamaciones de Bonos de Garantía del ELA
           Antiguos (Elección Imponible).......................................................................62

ARTÍCULO XX    DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE BONOS DE GARANTÍA DEL ELA ANTIGUOS
(ASEGURADAS) (CLASE 16)........................................................................................63

    20.1    Tratamiento de Reclamaciones de Bonos de Garantía del ELA Antiguos
           (Aseguradas) ..................................................................................................63

ARTÍCULO XXI    DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE BONOS DE GARANTÍA DEL ELA ANTIGUOS
(ELECCIÓN IMPONIBLE) (CLASE 17)........................................................................63

    21.1    Tratamiento de Reclamaciones de Bonos de Garantía del ELA Antiguos
           (Elección Imponible) ......................................................................................63

ARTÍCULO XXII    DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE BONOS DEL ELA 2011 (CLASE 18) ................................................63

    22.1    Tratamiento de Reclamaciones de Bonos del ELA 2011 ....................................63
    22.2    Derecho de Elección para Reclamaciones de Bonos del ELA 2011
         (Elección Imponible) ..........................................................................................63

ARTÍCULO XXIII    DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE BONOS DEL ELA 2011 DE INVERSIÓN (CLASE 19) ...................64

    23.1    Tratamiento de Reclamaciones de Bonos del ELA 2011 de Inversión ...............64
    23.2    Derecho de Elección para Reclamaciones de Bonos del ELA 2011 de
         Inversión (Elección Imponible) .........................................................................64

ARTÍCULO XXIV    DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE BONOS DEL ELA 2011 (ASEGURADAS) (CLASE 20) .................64

    24.1    Tratamiento de Reclamaciones de Bonos del ELA 2011 (Aseguradas) ..............64

ARTÍCULO XXV    DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE BONOS DEL ELA 2011 (ELECCIÓN IMPONIBLE) (CLASE
21)                     65

    25.1    Tratamiento de Reclamaciones de Bonos del ELA 2011 (Elección
         Imponible) ..........................................................................................................65

ARTÍCULO XXVI    DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE BONOS DE GARANTÍA DEL ELA 2011 (CLASE 22) ...................65

    26.1    Tratamiento de Reclamaciones de Bonos de Garantía del ELA 2011 ..................65
    26.2    Derecho de Elección para Reclamaciones de Bonos de Garantía del ELA
         2011 (Elección Imponible) .................................................................................65

ARTÍCULO XXVII    DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE BONOS DE GARANTÍA DEL ELA 2011 (ELECCIÓN
IMPONIBLE) (CLASE 23) ..............................................................................................66

    27.1    Tratamiento de Reclamaciones de Bonos de Garantía del ELA 2011
         (Elección Imponible) ..........................................................................................66

ARTÍCULO XXVIII    DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE BONOS SERIE D/E/PIB DEL ELA 2011 (CLASE 24) ...................66

    28.1    Tratamiento de Reclamaciones de Bonos Serie D/E/PIB del ELA 2011 .............66
    28.2    Derecho de Elección para Reclamaciones de Bonos Serie D/E/PIB del
         ELA 2011 (Elección Imponible) ........................................................................66

ARTÍCULO XXIX    DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE BONOS SERIE D/E/PIB DEL ELA 2011 (ASEGURADAS)
(CLASE 25)          66

    29.1    Tratamiento de Reclamaciones de Bonos Serie D/E/PIB del ELA 2011
    (Aseguradas) ......................................................................................................66

ARTÍCULO XXX    DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE BONOS SERIE D/E/PIB DEL ELA 2011 DE INVERSIÓN
(CLASE 26)          67

    30.1    Tratamiento de Reclamaciones de Bonos Serie D/E/PIB del ELA 2011 de
    Inversión ...........................................................................................................67
    30.2    Derecho de Elección para Reclamaciones de Bonos Serie D/E/PIB del
    ELA 2011 de Inversión (Elección Imponible)....................................................67

ARTÍCULO XXXI    DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE BONOS SERIE D/E/PIB DEL ELA 2011 (ELECCIÓN
IMPONIBLE) (CLASE 27)........................................................................................68

    31.1    Tratamiento de Reclamaciones de Bonos Serie D/E/PIB del ELA 2011
    (Elección Imponible) .........................................................................................68

ARTÍCULO XXXII    DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE BONOS DEL ELA 2012 (CLASE 28)................................68

    32.1    Tratamiento de Reclamaciones de Bonos del ELA 2012 ....................................68
    32.2    Derecho de Elección para Reclamaciones de Bonos del ELA 2012
    (Elección Imponible) .........................................................................................68

ARTÍCULO XXXIII    DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE BONOS DEL ELA 2012 DE INVERSIÓN (CLASE 29)....................68

    33.1    Tratamiento de Reclamaciones de Bonos del ELA 2012 de Inversión ................68
    33.2    Derecho de Elección para Reclamaciones de Bonos del ELA 2012 de
    Inversión (Elección Imponible) .........................................................................69

ARTÍCULO XXXIV    DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE BONOS DEL ELA 2012 (ASEGURADAS) (CLASE 30) .................69

    34.1    Tratamiento de Reclamaciones de Bonos del ELA 2012 (Aseguradas)...............69

ARTÍCULO XXXV    DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE BONOS DEL ELA 2012 (ELECCIÓN IMPONIBLE) (CLASE
31)          69

    35.1    Disposiciones para el Tratamiento de Reclamaciones de Bonos del ELA
    2012 (Elección Imponible) ................................................................................69

ARTÍCULO XXXVI   DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE BONOS DE GARANTÍA DEL ELA 2012 (CLASE 32)....................70

36.1    Tratamiento de Reclamaciones de Bonos de Garantía del ELA 2012.................70
36.2    Derecho de Elección para Reclamaciones de Bonos de Garantía del ELA
2012 (Elección Imponible) ......................................................................70

ARTÍCULO XXXVII   DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE BONOS DE GARANTÍA DEL ELA 2012 (ELECCIÓN
IMPONIBLE) (CLASE 33) ........................................................................70

37.1    Tratamiento de Reclamaciones de Bonos de Garantía del ELA 2012
(Elección Imponible) ......................................................................70

ARTÍCULO XXXVIII   DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE BONOS DEL ELA 2014 (CLASE 34)................................71

38.1    Tratamiento de Reclamaciones de Bonos del ELA 2014 .....................................71
38.2    Derecho de Elección para Reclamaciones de Bonos del ELA 2014
(Elección Imponible) ......................................................................71

ARTÍCULO XXXIX   DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE BONOS DEL ELA 2014 DE INVERSIÓN (CLASE 35)...................71

39.1    Tratamiento de Reclamaciones de Bonos 2014 de Inversión ...............................71
39.2    Derecho de Elección para Reclamaciones de Bonos del ELA 2014 de
Inversión (Elección Imponible) ......................................................................71

ARTÍCULO XL   DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE BONOS DEL ELA 2014 (ELECCIÓN IMPONIBLE) (CLASE
36)            72

40.1    Disposiciones para el Tratamiento de Reclamaciones de Bonos del ELA
2014 (Elección Imponible) ......................................................................72

ARTÍCULO XLI   DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE BONOS DE GARANTÍA DEL ELA 2014 (CLASE 37)....................72

41.1    Tratamiento de Reclamaciones de Bonos de Garantía del ELA 2014.................72
41.2    Derecho de Elección para Reclamaciones de Bonos de Garantía del ELA
2014 (Elección Imponible) ......................................................................72

ARTÍCULO XLII   DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE BONOS DE GARANTÍA DEL ELA 2014 (ELECCIÓN
IMPONIBLE) (CLASE 38) ........................................................................73

42.1    Tratamiento de Reclamaciones de Bonos de Garantía del ELA 2014
(Elección Imponible) ......................................................................73

ARTÍCULO XLIII   DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE BENEFICIOS DE RETIRO DE EMPLEADOS ACTIVOS Y
RETIRADOS (CLASE 39A A 39E) .............................................................................73

    43.1   Tratamiento de Reclamaciones de Pensionados (Clase 39A) ..............................73
  (b)

    43.2   Tratamiento de Reclamaciones de Participantes del SRE Activos (Clase
         39B) .......................................................................................................................73
  (a)
  (b)

    43.3   Tratamiento de Reclamaciones de Participantes del SRJ Activos (Clase
         39C) .......................................................................................................................74
    43.4   Tratamiento de Reclamaciones de Participantes del SRM Activos (Clase
         39D) ......................................................................................................................74
    43.5   Tratamiento de Reclamaciones de Participantes del Sistema 2000 (Clase
         39E) .......................................................................................................................75

ARTÍCULO XLIV   DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE BONOS DE EMPLEADOS DE AFSCME (CLASE 40) ...................75

    44.1   Tratamiento de Reclamaciones de Empleados de la AFSCME ...........................75

ARTÍCULO XLV   DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES SIN GARANTÍA GENERALES DEL ELA (CLASE 41) .......................77

    45.1   Tratamiento de Reclamaciones sin Garantía Generales del ELA .........................77
    45.2   Limitación de Recuperación .................................................................................77

ARTÍCULO XLVI   DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE LA ACT/ELA (CLASE 42) .......................................................77

    46.1   Tratamiento de Reclamaciones de la ACT/ELA ..................................................77

ARTÍCULO XLVII   DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DEL CENTRO DE CONVENCIONES/ELA (CLASE 43) ....................78

    47.1   Tratamiento de Reclamaciones del Centro de Convenciones/ELA .....................78

ARTÍCULO XLVIII   DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DEL IMPUESTO DE RON DE LA AFI/ELA (CLASE 44) ...................78

    48.1   Tratamiento de Reclamaciones del Impuesto de Ron de la AFI/ELA ..................78

ARTÍCULO XLIX   DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE LA AMA/ELA (CLASE 45) ......................................................78

    49.1   Tratamiento de Reclamaciones de la AMA/ELA ................................................78

ARTÍCULO L    DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE ASIGNACIONES DEL ELA (CLASE 46)..........................................78

    50.1    Tratamiento de Reclamaciones de Asignaciones del ELA ....................................78

ARTÍCULO LI    DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES SUBORDINADAS A 510(b)/ ELA (CLASE 47) .................................79

    51.1    Tratamiento de Reclamaciones Subordinadas a 510(b)/ELA ..............................79

ARTÍCULO LII    DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE BONOS DEL SRE (CLASE 48) .................................................79

    52.1    Tratamiento de Reclamaciones de Bonos del SRE.................................................79
    52.2    Derechos de Elección a la Resolución de las Reclamaciones de Bonos del
        SRE .........................................................................................................................79

ARTÍCULO LIII    DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE BONOS DEL SRE EN RESOLUCIÓN (CLASE 49)..........................79

    53.1    Tratamiento de Reclamaciones de Bonos del SRE.................................................79

ARTÍCULO LIV    DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES SIN GARANTÍA GENERALES DEL SRE (CLASE 50) ........................80

    54.1    Tratamiento de Reclamaciones sin Garantía Generales del SRE .........................80
    54.2    Limitación de Recuperación ................................................................................80

ARTÍCULO LV    DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES GRACIA GRACIA (CLASE 51)....................................................81

    55.1    Tratamiento de Reclamaciones Gracia Gracia......................................................81

ARTÍCULO LVI    DISPOSICIONES PARA EL TRATAMIENTO DE
RECLAMACIONES DE CONVENIENCIA (CLASE 52)...................................................81

    56.1    Tratamiento de Reclamaciones de Conveniencia ..................................................81

ARTÍCULO LVII    DISPOSICIONES CON RESPECTO A LOS NUEVOS BONOS DE
OG, LOS BONOS DE GRAVAMEN COFINA SUBORDINADOS (JUNIOR) Y
ENDEUDAMIENTO ADICIONAL ..........................................................................81

    57.1    Emisión y Distribución de los Nuevos Bonos de OG............................................81
  (h)

    57.2    Emisión de Bonos de Gravamen COFINA Subordinados (Junior) ......................85
    57.3    Beneficios compartidos en relación con el tratamiento exento de
        impuestos de los Nuevos Bonos de OG y los Bonos de Gravamen
        COFINA Subordinados (Junior)..........................................................................88
    57.4    Tope Global sobre toda Deuda con Garantía Impositiva Neta ..............................89

57.5     Adopción y mantenimiento de una Política de Gestión de la Deuda....................89

ARTÍCULO LVIII    TRATAMIENTO DE CONTRATOS CONDICIONALES Y CONTRATOS DE ARRENDAMIENTO EN CURSO....................91

58.1     Rechazo o Asunción de Contratos Condicionales o Contratos de Arrendamiento en Curso Pendientes....................91
58.2     Aprobación del Rechazo o Asunción de Contratos Condicionales o Contratos de Arrendamiento en Curso....................91
58.3     Carácter incluyente ....................92
58.4     Corrección de Incumplimientos....................92
58.5     Pólizas de Seguros ....................92
58.6     Reclamaciones por Daños y Perjuicios debido a Rechazo ....................92
58.7     Obligaciones de Indemnización y Reembolso....................93
58.8     Inexistencia de Fecha de Entrada en Vigor....................93
58.9     Reserva de Derechos....................93
58.10    Contratos de Negociación Colectiva....................93
58.11    Garantía de la AAA ....................93

ARTÍCULO LIX     DISPOSICIONES QUE RIGEN LAS DISTRIBUCIONES ....................94

59.1     Tiempo y Manera de Distribución ....................94
59.2     Puntualidad de los Pagos ....................95
59.3     Distribuciones por parte del Agente Pagador ....................95
59.4     Forma de Pago conforme al Plan ....................95
59.5     Entrega de Distribuciones ....................95
59.6     Cancelación de Pagarés, Instrumentos, Certificados y Otros documentos....................96
59.7     Distribuciones no Entregables/Reservadas ....................97
59.8     Requisitos de Retención y Presentación de Informes ....................97
59.9     Tiempo Límite para Pagos en Efectivo ....................98
59.10    Distribuciones después de la Fecha de Entrada en Vigor ....................98
59.11    Compensaciones ....................98
59.12    Asignación de Distribuciones del Plan entre Capital e Intereses....................99
59.13    Pago de Honorarios y Gastos del Síndico ....................99
59.14    Beneficiario Efectivo ....................99
59.15    Valor de Distribuciones ....................100

ARTÍCULO LX     FIDEICOMISO DE ACCIONES PREVENTIVAS ....................100

60.1     Celebración de Contrato de Fideicomiso de Acciones de Revocación....................100
60.2     Finalidad del Fideicomiso de Acciones de Revocación ....................100
60.3     Activos del Fideicomiso de Acciones de Revocación ....................100
60.4     Administración del Fideicomiso de Acciones de Revocación....................101
60.5     El Síndico de Acciones de Revocación ....................101
60.6     Función del Síndico de Acciones de Revocación....................101

60.7 Poder Fiscal del Síndico de Acciones de Revocación respecto a los Deudores ...................................................................................................101

60.8 Transferibilidad de los Intereses del Fideicomiso de Acciones de Revocación .........................................................................................................102

60.9 Efectivo ...........................................................................................................102

60.10 Distribución de Activos del Fideicomiso de Acciones de Revocación .............102

60.11 Financiación, Costos y Gastos del Fideicomiso de Acciones de Revocación .........................................................................................................102

60.12 Compensación del Síndico de Acciones de Revocación ...................................103

60.13 Contratación de Profesionales/Empleados por parte del Síndico de Acciones de Revocación ..................................................................................103

60.14 Tratamiento del Impuesto Federal a la Renta del Fideicomiso de Acciones de Revocación ..................................................................................103

60.15 Indemnización del Síndico de Acciones de Revocación ...................................107

ARTÍCULO LXI    SEGUIMIENTO Y EXTINCIÓN DE RECLAMACIONES DE LOS DEUDORES        107

61.1 Seguimiento de Reclamaciones .........................................................................107

ARTÍCULO LXII    ACEPTACIÓN O RECHAZO DEL PLAN; EFECTOS DEL RECHAZO POR PARTE DE UNA O MÁS CLASES DE RECLAMACIONES ....................107

62.1 Clases Afectadas ...............................................................................................107

62.2 Aceptación por Clase de Acreedores ................................................................107

62.3 Imposición de Plan Concursal por ....................................................................107

ARTÍCULO LXIII    DERECHOS Y FACULTADES DEL AGENTE PAGADOR ................108

63.1 Exculpación.......................................................................................................108

63.2 Facultades del Agente Pagador ........................................................................108

63.3 Honorarios y Gastos incurridos a partir de la Fecha de Entrada en Vigor .........108

ARTÍCULO LXIV    PROCEDIMIENTOS PARA EL TRATAMIENTO DE RECLAMACIONES CONTROVERTIDAS ...........................................................................108

64.1 Objeciones a Reclamaciones; Seguimiento de Reclamaciones Controvertidas.....................................................................................................108

64.2 Estimación de Reclamaciones ...........................................................................109

64.3 Pagos y Distribuciones de Reclamaciones Controvertidas ...............................109

64.4 Facultad para modificar Listas de Acreedores ..................................................110

64.5 No Devengamiento de Intereses ........................................................................110

64.6 Denegación de Reclamaciones ..........................................................................111

ARTÍCULO LXV    GOBERNANZA Y DISPOSICIONES CON RESPECTO A LA RESERVA DE PENSIONES ...........................................................................................111

65.1 Formación y responsabilidades de la Reserva de Pensiones .............................111

65.2 Financiación del Fideicomiso de la Reserva de Pensiones ..................................111
65.3 Pacto de no Afectación .................................................................................111

ARTÍCULO LXVI   IDENTIFICACIÓN DE RECLAMACIONES AFECTADAS POR
EL PLAN Y NO AFECTADAS POR EL PLAN ...................................................112

66.1 Clases Afectadas ........................................................................................112
66.2 Clases no Afectadas ....................................................................................112

ARTÍCULO LXVII   CONDICIONES PRECEDENTES A LA CONFIRMACIÓN DEL
PLAN                112

67.1 Condiciones Precedentes a la Confirmación del Plan.........................................112
67.2 Renuncia a las Condiciones Precedentes a la Confirmación ...............................113

ARTÍCULO LXVIII   CONDICIONES PRECEDENTES A LA FECHA DE
ENTRADA EN VIGOR .........................................................................................114

68.1 Condiciones Precedentes a la Fecha de Entrada en Vigor ...................................114
68.2 Renuncia a las Condiciones Precedentes ........................................................118
68.3 Efecto de la no incidencia de las Condiciones a la Fecha de Entrada en
Vigor ...........................................................................................................118

ARTÍCULO LXIX   MODIFICACIÓN, REVOCACIÓN O DESISTIMIENTO DEL
PLAN                118

69.1 Modificación del plan .................................................................................118
69.2 Revocación o Desistimiento .........................................................................119
69.3 Modificación de los Documentos del Plan .......................................................119
69.4 No Admisión de Responsabilidad...................................................................119

ARTÍCULO LXX   GOBERNANZA CORPORATIVA Y GESTIÓN DE LOS
DEUDORES REORGANIZADOS ..........................................................................120

70.1 Acción Corporativa.....................................................................................120
70.2 Modificación de Estatutos ............................................................................120
70.3 Disolución del SRE .....................................................................................120
70.4 Funcionarios de los Deudores Reorganizados ..................................................120
70.5 Estructura de Gobernanza de la AEP ..............................................................121

ARTÍCULO LXXI   DISPOSICIONES RELATIVAS A LA JUNTA DE
SUPERVISIÓN Y EL CUMPLIMIENTO DE PROMESA .........................................121

71.1 Efecto de la Confirmación ............................................................................121
71.2 Función permanente de la Junta de Supervisión................................................121
71.3 Invalidez de Leyes .....................................................................................121

ARTÍCULO LXXII   DISPOSICIONES RELATIVAS A LOS COMITÉS ............................122

    72.1   Disolución de los Comités ...................................................................122

ARTÍCULO LXXIII   CONSERVACIÓN DE JURISDICCIÓN ..........................................122

    73.1   Conservación de Jurisdicción ............................................................122

ARTÍCULO LXXIV   DISPOSICIONES VARIAS .........................................................124

    74.1   Titularidad de los Activos ..................................................................124
    74.2   Extinción y Descargo de Reclamaciones y Causas ............................124
    74.3   Interdictos sobre Reclamaciones ........................................................126
    74.4   Integral para el Plan ...........................................................................126
    74.5   Exenciones por parte de los Deudores y los Deudores Reorganizados .............126
    74.6   Interdicto con respecto a las Exenciones ...........................................127
    74.7   Exculpación ........................................................................................127
    74.8   Litigio Relacionado a Designaciones .................................................128
    74.9   Orden de Exclusión ............................................................................129
    74.10  Sin Renuncia ......................................................................................129
    74.11  Interdicto Complementaria .................................................................129
    74.12  Gastos y Honorarios posteriores a la Fecha de Entrada en Vigor ......130
    74.13  Exención de la Ley de Valores ...........................................................130
    74.14  Independencia .....................................................................................131
    74.15  Ley Aplicable .....................................................................................131
    74.16  Cierre de Causa ..................................................................................131
    74.17  Títulos de secciones ...........................................................................131
    74.18  Incongruencias ...................................................................................131
    74.19  Conservación de documentos .............................................................131
    74.20  Efecto Vinculante Inmediato .............................................................131
    74.21  Documentos Adicionales ....................................................................132
    74.22  Reserva de Derechos ..........................................................................132
    74.23  Sucesores y Cesionarios .....................................................................132
    74.24  Notificaciones ....................................................................................132
    74.25  Duración de los Interdictos o Paralizaciones .....................................134
    74.26  Totalidad del acuerdo .........................................................................134
    74.27  Complemento del Plan ........................................................................134

**Página**

MODIFICACIONES PARA RECLAMACIONES DEL SRJ .......................................................2

MODIFICACIONES PARA EL BLOQUEO DE OBLIGACIONES DE BENEFICIOS
DEL SRM ...............................................................................................................................2

MODIFICACIONES A LOS CONTRATOS DE NEGOCIACIÓN COLECTIVA DE
AFCSME...................................................................................................................................1

APÉNDICE I  TÉRMINOS PROPUESTOS PARA LOS BENEFICIOS DEL SISTEMA
DEL SRE ...............................................................................................................................13

APÉNDICE II TÉRMINOS PROPUESTOS PARA ACUERDO DE USO
COMPARTIDO DEL EXCEDENTE DEL PLAN FISCAL AL ALZA.......................................15

La Junta de Supervisión y Administración Financiera para Puerto Rico, como representante de Título III del Estado Libre Asociado de Puerto Rico, el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico y la Autoridad de Edificios Públicos de Puerto Rico conforme a la Sección 315(b) de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico*, por el presente proponen el siguiente plan de ajuste conjunto.

## ARTÍCULO I

### DEFINICIONES

Tal como se usa en el Plan, los siguientes términos tienen los significados respectivos establecidos a continuación y son aplicables tanto a la forma singular como plural de los términos que se definen:

1.1     **Reclamación de bonos del ELA 2011:** Una Reclamación contra el ELA a causa de los Bonos del ELA 2011 que no sea una Reclamación de Bonos del ELA 2011 (Asegurada) o una Reclamación de Bonos del ELA 2011 de Inversión.

1.2     **Reclamación de Bonos del ELA 2011 (Asegurada):** Una reclamación contra el ELA a causa de los Bonos del ELA 2011 cuyo pago de capital e intereses ha sido asegurado por Assured.

1.3     **Reclamación de Bonos del ELA 2011 (Elección Imponible):** Una Reclamación de Bonos del ELA 2011 o Reclamación de Bonos del ELA 2011 de Inversión, cuyo tenedor es un Inversor de Puerto Rico que ha optado de manera afirmativa por recibir una Distribución de Bonos Imponibles, disponiéndose, sin embargo, que en caso de que las Distribuciones de Bonos Imponibles sean optadas por Inversores de Puerto Rico que mantienen Reclamaciones de Bonos del ELA y Reclamaciones de Bonos de Garantía del ELA que excedan el Monto de Elección de Bono Imponible Máximo, tal Reclamación de Bonos del ELA 2011 será una Reclamación de Bonos del ELA 2011 (Elección Imponible) hasta la cuota imponible del Monto de Elección de Bono Imponible Máximo de tal Reclamación de Bonos del ELA 2011 y el resto de este será una Reclamación de Bonos del ELA 2011.

1.4     **Recuperación de Bonos del ELA 2011:** La recuperación acumulada por parte de los tenedores de Reclamaciones de Bonos del ELA 2011 Permitidas, Reclamaciones de Bonos del ELA 2011 (Aseguradas) Permitidas y Reclamaciones de Bonos del ELA 2011 de Inversión Permitidas a causa de cualquiera de dichas Reclamaciones, que asciende a trescientos treinta y cinco millones cuatrocientos ocho mil trescientos treinta y dos dólares y treinta y seis centavos ($ 335,408,332.36), que consisten en (a) sesenta y dos millones setecientos noventa mil setecientos noventa y tres dólares y cincuenta y ocho centavos ($ 62,790,793.58) en Efectivo, (b) ciento treinta y seis millones trescientos cuatro mil seiscientos ochenta dólares y noventa y ocho centavos ($ 136,304,680.98) en capital original de Nuevos Bonos de OG y (c) ciento treinta y seis millones, trescientos doce mil ochocientos cincuenta y siete dólares y ochenta centavos ($ 136.312.857,80) en capital original de Bonos de Gravamen COFINA Subordinados (Junior).

1.5     **Bonos del ELA 2011:** En su conjunto, los Bonos de Refinanciamiento de Mejoras Públicas, Serie 2011 C, emitidos por el ELA en el capital original de $ 442,015,000.00.

1.6 **Reclamación de Bonos de Garantía del ELA 2011:** Una Reclamación contra el ELA a causa de la garantía de fe y crédito y poder impositivo del ELA, según se autorice mediante acción, legislación o resolución de la Legislatura del ELA, de (a) un endeudamiento de filial, agencia o dependencia cuya garantía se ejecutó, otorgó o adoptó conforme a la legislación o resolución durante el período del 1 de enero de 2011 al 31 de diciembre de 2011 inclusive y (b) los Bonos de la AEP 2011; disponiéndose, sin embargo, que, únicamente para fines de distribución según, pero sin votar con respecto a, el Plan, el monto de la Reclamación de Bonos de Garantía del ELA 2011 de un tenedor con respecto a la garantía del ELA de la Reclamación de Bonos de la AEP 2011 se calculará como el monto de la Reclamación de Bonos de la AEP 2011 de tal tenedor menos el monto de la Recuperación de Bonos de la AEP 2011 de tal tenedor.

1.7 **Reclamación de Bonos de Garantía del ELA 2011 (Elección Imponible):** Una Reclamación de Bonos de Garantía del ELA 2011 o Reclamación de Bonos de Garantía del ELA 2011 de Inversión, cuyo tenedor es un Inversor de Puerto Rico que ha optado de manera afirmativa por recibir una Distribución de Bonos Imponibles, disponiéndose, sin embargo, que en caso de que las Distribuciones de Bonos Imponibles sean optadas por Inversores de Puerto Rico que mantienen Reclamaciones de Bonos del ELA y Reclamaciones de Bonos de Garantía del ELA que excedan el Monto de Elección de Bono Imponible Máximo, tal Reclamación de Bonos de Garantía del ELA 2011 será una Reclamación de Bonos del ELA 2011 (Elección Imponible) hasta la cuota imponible del Monto de Elección de Bono Imponible Máximo de tal Reclamación de Bonos de Garantía del ELA 2011 y el resto de esta será una Reclamación de Bonos del ELA 2011.

1.8 **Recuperación de Bonos de Garantía del ELA 2011**: La recuperación acumulada por parte de los tenedores de Reclamaciones de Bonos de Garantía del ELA 2011 Permitidas que asciendan a setecientos dieciocho millones novecientos sesenta y nueve mil cuatrocientos doce dólares con veintidós centavos ($ 718,969,412.22), consiste en (a) ciento treinta y cuatro millones quinientos noventa y seis mil ciento diecinueve dólares con cuarenta centavos ($ 134,596,119.40) en Efectivo, (b) doscientos noventa y dos millones ciento setenta y siete mil ochocientos ochenta y dos dólares con sesenta y cinco centavos ($ 292,177,882.65) en capital original de Nuevos Bonos de OG y (c) doscientos noventa y dos millones ciento noventa y cinco mil cuatrocientos diez dólares con diecisiete centavos ($ 292,195,410.17) en capital original de Bonos de Gravamen COFINA Subordinados (Junior).

1.9 **Distribución de Bonos Imponibles de Garantía del ELA 2011:** La distribución a realizar a cada tenedor de una Reclamación de Bonos de Garantía del ELA 2011 (Elección Imponible) Permitida según los términos y disposiciones de la Sección 27.1 del presente.

1.10 **Reclamación de Bonos Serie D/E/PIB del ELA 2011:** Una Reclamación contra el ELA a causa de los Bonos Serie D/E/PIB del ELA 2011 que no sea una Reclamación de Bonos Serie D/E/PIB del ELA 2011 (Asegurada) ni una Reclamación de Bonos Serie D/E/PIB del ELA 2011 de Inversión.

1.11 **Reclamación de Bonos Serie D/E/PIB del ELA 2011 (Asegurada):** Una reclamación contra el ELA a causa de los Bonos Serie D/E/PIB del ELA 2011 cuyo pago de capital e intereses ha sido asegurado por Assured.

1.12 **Reclamación de Bonos Serie D/E/PIB del ELA 2011 (Elección Imponible):**
Una Reclamación de Bonos Serie D/E/PIB del ELA 2011 o Reclamación de Bonos Serie
D/E/PIB del ELA 2011 de Inversión, cuyo tenedor es un Inversor de Puerto Rico que ha optado
de manera afirmativa por recibir una Distribución de Bonos Imponibles, <u>disponiéndose, sin
embargo</u>, que en caso de que las Distribuciones de Bonos Imponibles sean optadas por
Inversores de Puerto Rico que mantengan Reclamaciones de Bonos del ELA y Reclamaciones de
Bonos de Garantía del ELA que excedan el Monto de Elección de Bono Imponible Máximo, tal
Reclamación de Bonos Serie D/E/PIB del ELA 2011 será una Reclamación de Bonos del ELA
2011 (Elección Imponible) hasta la cuota imponible del Monto de Elección de Bono Imponible
Máximo de tal Reclamación de Bonos Serie D/E/PIB del ELA 2011 y el resto de esta será una
Reclamación de Bonos Serie D/E/PIB del ELA 2011.

1.13 **Recuperación de Bonos Serie D/E/PIB del ELA 2011:** La recuperación
acumulada por parte de los tenedores de Reclamaciones de Bonos Serie D/E/PIB del ELA 2011
Permitidas, Reclamaciones de Bonos Serie D/E/PIB del ELA 2011 (Aseguradas) Permitidas y
Reclamaciones de Bonos Serie D/E/PIB del ELA 2011 de Inversión Permitidas a causa de tales
Reclamaciones, que ascienden a cuatrocientos setenta y seis millones quinientos seis mil
setecientos cincuenta y seis dólares con veintisiete centavos ($ 476,506,756.27), que consisten en
(a) ochenta y nueve millones doscientos cinco mil cuatrocientos ocho dólares con setenta
centavos ($ 89,205,408.70) en Efectivo, (b) ciento noventa y tres millones seiscientos cuarenta y
cuatro mil ochocientos sesenta y cinco dólares con cuarenta y nueve centavos ($ 193,644,865.49)
en capital original de Nuevos Bonos de OG y (c) ciento noventa y tres millones seiscientos
cincuenta y seis mil cuatrocientos ochenta y dos dólares con ocho centavos ($ 193,656,482.08)
en capital original de Bonos de Gravamen COFINA Subordinados (Junior).

1.14 **Bonos Serie D/E/PIB del ELA 2011:** En su conjunto, (a) los Bonos para Mejoras
Públicas de 2011, emitidos por el ELA en el capital original de $ 304,000,000.00, (b) los Bonos
de Refinanciamiento de Mejoras Públicas, Serie 2011D, emitidos por el ELA en el capital
original de $ 52,190,000.00 y (c) los Bonos de Refinanciamiento de Mejoras Públicas, Serie
2011E, emitidos por el ELA en el capital original de $ 245,915,000.00.

1.15 **Distribución de Bonos Imponibles Serie D/E/PIB del ELA 2011:** La
distribución a realizar a cada tenedor de una Reclamación de Bonos Serie D/E/PIB del ELA
2011 (Elección Imponible) Permitida conforme a los términos y disposiciones de la Sección 31.1
del presente.

1.16 **Distribución de Bonos Imponibles del ELA 2011:** La distribución a realizar a
cada tenedor de una Reclamación de Bonos del ELA 2011 (Elección Imponible) Permitida
conforme a los términos y disposiciones de la Sección 25.1 del presente.

1.17 **Reclamación de Bonos de la AEP 2011:** Una Reclamación contra la AEP a
causa de los Bonos de la AEP 2011 que no sea una Reclamación de Bonos de la AEP 2011 de
Inversión.

1.18 **Recuperación de Bonos de la AEP 2011:** La recuperación acumulada por parte
de tenedores de Reclamaciones de Bonos de la AEP 2011 Permitidas que suman el total de las
Reclamaciones de Bonos de la AEP 2011 (Aseguradas) Permitidas y las Reclamaciones de

Bonos de la AEP 2011 de Inversión Permitidas a causa de tales Reclamaciones, trescientos seis millones setecientos sesenta y ocho mil novecientos once dólares con setenta y dos centavos ($ 306,768,911.72) en efectivo.

1.19 **Bonos de la AEP 2011:** En su conjunto, (a) los Bonos de Ingresos de Instalaciones del Gobierno, Serie R, (Bonos Calificados de Construcción de Escuelas), emitidos por la AEP en el capital original de $ 756,449,000.00, (b) los Bonos de Ingresos de Instalaciones del Gobierno, Serie S, emitidos por la AEP en el capital original de $ 303,945,000.00 y (c) los Bonos de Ingresos de Instalaciones del Gobierno, Serie T (Bonos Cualificados para Zonas Académicas) emitidos por la AEP en el capital original de $ 121,528,000.00, cuyo reembolso es garantizado por el ELA.

1.20 **Reclamación de bonos del ELA 2012:** Una Reclamación contra el ELA a causa de los Bonos del ELA 2012 que no sea una Reclamación de Bonos del ELA 2012 (Asegurada) o una Reclamación de Bonos del ELA 2012 de Inversión.

1.21 **Reclamación de Bonos del ELA 2012 (Asegurada):** Una Reclamación contra el ELA a causa de los Bonos del ELA 2012 cuyo pago de capital e intereses ha sido asegurado por Assured.

1.22 **Reclamación de Bonos del ELA 2012 (Elección Imponible):** Una Reclamación de Bonos del ELA 2012 y una Reclamación de Bonos del ELA 2012 de Inversión, cuyo tenedor es un Inversor de Puerto Rico que ha optado de manera afirmativa por recibir una Distribución de Bonos Imponibles, disponiéndose, sin embargo, que en caso de que las Distribuciones de Bonos Imponibles sean optadas por Inversores de Puerto Rico que mantengan Reclamaciones de Bonos del ELA y Reclamaciones de Bonos de Garantía del ELA que excedan el Monto de Elección de Bono Imponible Máximo, tal Reclamación de Bonos del ELA 2012 será una Reclamación de Bonos del ELA 2012 (Elección Imponible) hasta la cuota imponible del Monto de Elección de Bono Imponible Máximo de tal Reclamación de Bonos del ELA 2012 y el resto de esta será una Reclamación de Bonos del ELA 2012.

1.23 **Recuperación de Bonos del ELA 2012**: La recuperación acumulada por los tenedores de Reclamaciones de Bonos del ELA 2012 Permitidas, Reclamaciones de Bonos del ELA 2012 (Aseguradas) Permitidas y Reclamaciones de Bonos del ELA 2012 de Inversión Permitidas a causa de cualquiera de dichas Reclamaciones, que ascienden a dos mil cincuenta y tres millones novecientos diez mil trescientos ochenta y cinco dólares con cuarenta y seis centavos ($ 2,053,910,385.46), que consisten en (a) trescientos ochenta y cuatro millones quinientos seis mil cuatrocientos treinta y siete dólares con sesenta y seis centavos ($ 384,506,437.66) en Efectivo, (b) ochocientos treinta y cuatro millones seiscientos setenta y seis mil novecientos treinta y ocho dólares con once centavos ($ 834,676,938.11) en capital original de Nuevos Bonos de OG y (c) ochocientos treinta y cuatro millones setecientos veintisiete mil nueve dólares con sesenta y nueve centavos ($ 834,727,009.69) en capital original de Bonos de Gravamen COFINA Subordinados (Junior).

1.24 **Bonos del ELA 2012:** En su conjunto, (a) los Bonos de Refinanciamiento de Mejoras Públicas, Serie 2012 A, emitidos por el ELA en el capital original de $ 2,318,190,000.00, (b) los Bonos de Refinanciamiento de Mejoras Públicas, Serie 2012 B,

4

emitidos por el ELA en el capital original de $ 415,270,000.00, (c) el préstamo de helicóptero de la ASG y (d) préstamos de Hacienda (préstamos núm. 200017-215-001-003-53 y 200017-215-001-003-56) que, a la Fecha de Petición del ELA alcanzaban el capital pendiente acumulado de ciento sesenta y nueve millones cuatrocientos treinta y ocho mil treinta y siete dólares con setenta y seis centavos ($ 169,438,037.76).

1.25 **Reclamación de Bonos de Garantía del ELA 2012:** Una Reclamación contra el ELA a causa de la garantía de fe y crédito y poder impositivo del ELA, según se autorice mediante acción, legislación o resolución de la Legislatura del ELA, de (a) un endeudamiento de filial, agencia o dependencia cuya garantía se ejecutó, otorgó o adoptó conforme a la legislación o resolución durante el período del 1 de enero de 2012 al 31 de diciembre de 2013 inclusive y (b) los Bonos de la AEP 2012; disponiéndose, sin embargo, que, únicamente para fines de distribución según, pero sin votar con respecto a, el Plan, el monto de la Reclamación de Bonos de Garantía del ELA 2012 de un tenedor con respecto a la garantía del ELA de los Bonos de la AEP 2012 se medirá como el monto de los Bonos de la AEP 2012 de tal tenedor menos el monto de la Distribución de Bonos de la AEP de tal tenedor a causa de los bonos de la AEP 2012.

1.26 **Reclamación de Bonos de Garantía del ELA 2012 (Elección Imponible):** Una Reclamación de Bonos de Garantía del ELA 2012, cuyo tenedor es un Inversor de Puerto Rico que ha optado de manera afirmativa por recibir una Distribución de Bonos Imponibles, disponiéndose, sin embargo, que en caso de que las Distribuciones de Bonos Imponibles sean optadas por Inversores de Puerto Rico que mantienen Reclamaciones de Bonos del ELA y Reclamaciones de Bonos de Garantía del ELA que excedan el Monto de Elección de Bono Imponible Máximo, tal Reclamación de Bonos de Garantía del ELA 2012 será una Reclamación de Bonos de Garantía del ELA 2012 (Elección Imponible) hasta la cuota imponible del Monto de Elección de Bono Imponible Máximo de tal Reclamación de Bonos de Garantía del ELA 2012 y el resto de esta será una Reclamación de Bonos del ELA 2012.

1.27 **Distribución de Bonos Imponibles de Garantía del ELA 2012:** La distribución a realizar a cada tenedor de una Reclamación de Bonos de Garantía del ELA 2012 (Elección Imponible) Permitida según los términos y disposiciones de la Sección 37.1 del presente.

1.28 **Recuperación de Bonos de Garantía del ELA 2012:** La recuperación acumulada por parte de los tenedores de Reclamaciones de Bonos de Garantía del ELA 2012 Permitidas que ascienden a trescientos treinta y dos millones sesenta y cinco mil cuatrocientos cuarenta y cinco dólares con cincuenta y nueve centavos ($ 332,065,445.59), que consiste en (a) sesenta y dos millones ciento sesenta y cuatro mil novecientos ochenta y un dólares con setenta y un centavos ($ 62,164,981.71) en Efectivo, (b) ciento treinta y cuatro millones novecientos cuarenta y seis mil ciento ochenta y cuatro dólares con veintiocho centavos ($ 134,946,184.28) en capital original de Nuevos Bonos de OG y (c) ciento treinta y cuatro millones novecientos cincuenta y cuatro mil doscientos setenta y nueve dólares con sesenta centavos ($ 134,954,279.60) en capital original de Bonos de Gravamen COFINA Subordinados (Junior).

1.29 **Distribución de Bonos Imponibles del ELA 2012:** La distribución a realizar a cada tenedor de una Reclamación de Bonos del ELA 2012 (Elección Imponible) Permitida conforme a los términos y disposiciones de la Sección 35.1 del presente.

1.30 **Reclamación de Bonos de la AEP 2012:** Una Reclamación contra la AEP a causa de Bonos de la AEP 2012 que no sea una Reclamación de Bonos de la AEP 2012 de Inversión.

1.31 **Recuperación de Bonos de la AEP 2012:** La recuperación acumulada por parte de los tenedores de Reclamaciones de Bonos de la AEP 2011 Permitidas, las Reclamaciones de Bonos de la AEP 2011 (Aseguradas) Permitidas y las Reclamaciones de Bonos de la AEP 2011 de Inversión Permitidas a causa de tales Reclamaciones, ciento cincuenta y cuatro millones ochocientos noventa y nueve mil novecientos dos dólares con veintitrés centavos ($ 154,899,902.23) en Efectivo.

1.32 **Bonos de la AEP 2012:** En su conjunto, los Bonos de Refinanciamiento de Ingresos de Instalaciones del Gobierno, Serie U, emitidos por la AEP en el capital original de $ 582,345,000.00.

1.33 **Reclamación de bonos del ELA 2014:** Una Reclamación contra el ELA a causa de los Bonos del ELA 2014 que no sea una Reclamación de Bonos del ELA 2014 de Inversión.

1.34 **Reclamación de Bonos del ELA 2014 (Elección Imponible):** Una Reclamación de Bonos del ELA 2014 y una Reclamación de Bonos del ELA 2014 de Inversión, cuyo tenedor es un Inversor de Puerto Rico que ha optado de manera afirmativa por recibir una Distribución de Bonos Imponibles, disponiéndose, sin embargo, que en caso de que las Distribuciones de Bonos Imponibles sean optadas por Inversores de Puerto Rico que mantienen Reclamaciones de Bonos del ELA y Reclamaciones de Bonos de Garantía del ELA que excedan el Monto de Elección de Bono Imponible Máximo, tal Reclamación de Bonos del ELA 2014 será una Reclamación de Bonos del ELA 2014 (Elección Imponible) hasta la cuota imponible del Monto de Elección de Bono Imponible Máximo de tal Reclamación de Bonos del ELA 2014 y el resto de esta será una Reclamación de Bonos del ELA 2014.

1.35 **Recuperación de Bonos del ELA 2014:** La recuperación acumulada por los tenedores de Reclamaciones de Bonos del ELA 2014 Permitidas, Reclamaciones de Bonos de Garantía del ELA 2014 Permitidas y Reclamaciones de Bonos del ELA 2014 de Inversión Permitidas a causa de cualquiera de tales Reclamaciones, que ascienden a dos mil setecientos treinta y tres millones doscientos ochenta y tres mil trescientos treinta y un dólares con sesenta y un centavos ($ 2,733,283,331.61), que consisten en (a) quinientos once millones seiscientos ochenta y nueve mil ochocientos veinte dólares con setenta y cuatro centavos ($ 511,689,820.74) en Efectivo, (b) mil ciento diez millones setecientos sesenta y tres mil cuatrocientos treinta y ocho dólares con cincuenta y cuatro centavos ($ 1,110,763,438.54) en capital original de Nuevos Bonos de OG y (c) mil ciento diez millones ochocientos treinta mil setenta y dos dólares con treinta y tres centavos ($ 1,110,830,072.33) en capital original de Bonos de Gravamen COFINA Subordinados (Junior).

1.36 **Bonos del ELA 2014:** En su conjunto, los Bonos de Obligaciones Generales de 2014, Serie A, emitidos por el ELA en el capital original de $ 3,500,000,000.00.

1.37 **Reclamación de Bonos de Garantía del ELA 2014:** Una Reclamación contra el ELA a causa de la garantía de fe y crédito y poder impositivo del ELA, según se autorice

mediante acción, legislación o resolución de la Legislatura del ELA de (a) una filial, agencia o dependencia cuya garantía se ejecutó, otorgó o adoptó durante el período del 1 de enero de 2014 hasta la Fecha de Petición del ELA no inclusive, (b) el bono de la APA que, a la Fecha de Petición del ELA, se encontraba en el capital pendiente de doscientos veinticinco millones quinientos treinta y cuatro mil dólares ($ 225,534,000.00) y (c) las notas de bonos anticipados de la AFI, Serie 2015, que, a la Fecha de Petición del ELA, alcanzaban el capital pendiente de setenta y ocho millones ciento cuarenta y cinco mil dólares ($ 78,145,000.00).

1.38    **Reclamación de Bonos de Garantía del ELA 2014 (Elección Imponible):** Una Reclamación de Bonos de Garantía del ELA 2014, cuyo tenedor es un Inversor de Puerto Rico que ha optado de manera afirmativa por recibir una Distribución de Bonos Imponibles, disponiéndose, sin embargo, que en caso de que las Distribuciones de Bonos Imponibles sean optadas por Inversores de Puerto Rico que mantienen Reclamaciones de Bonos del ELA y Reclamaciones de Bonos de Garantía del ELA que excedan el Monto de Elección de Bono Imponible Máximo, tal Reclamación de Bonos de Garantía del ELA 2014 será una Reclamación de Bonos de Garantía del ELA 2014 (Elección Imponible) hasta la cuota imponible del Monto de Elección de Bono Imponible Máximo de tal Reclamación de Bonos de Garantía del ELA 2014 y el resto de esta será una Reclamación de Bonos del ELA 2014.

1.39    **Distribución de Bonos Imponibles de Garantía del ELA 2014:** La distribución a realizar a cada tenedor de una Reclamación de Bonos de Garantía del ELA 2014 (Elección Imponible) Permitida conforme a los términos y disposiciones de la Sección 42.1 del presente.

1.40    **Distribución de Bonos Imponibles del ELA 2014:** La distribución a realizar a cada tenedor de una Reclamación de Bonos del ELA 2014 (Elección Imponible) Permitida conforme a los términos y disposiciones de la Sección 40.1 del presente.

1.41    **AAFAF:** La Autoridad de Asesoría Financiera y Agencia Fiscal, una empresa pública y dependencia del Estado Libre Asociado, cuyo nombre en inglés es Puerto Rico Fiscal Agency and Financial Advisory Authority.

1.42    **Orden de la ACR:** La Orden específica (A) que autoriza la conciliación administrativa de reclamaciones, (B) que aprueba formas adicionales de notificaciones y (C) que otorga medidas relacionadas con fecha ___ de marzo de 2020 [Causa núm. 17-3283-LTS, expediente electrónico de causa núm. _____].

1.43    **Ley 106:** La Ley 106 de 2017 que creó el sistema de pensión prepaga conocido como «PayGo».

1.44    **Junta de la Ley 106:** La junta creada conforme a la Ley 106.

1.45    **Reclamación de Participante del SRE Activo:** Una Reclamación de un Participante del SRE mantenida por un Participante Activo.

1.46    **Reclamación de Participante del SRJ Activo:** Una Reclamación de un Participante SRJ mantenida por un Participante Activo.

1.47    **Participante Activo:** Un Participante que no es un Pensionado.

1.48    **Reclamación de Participante del SRM Activo:** Una Reclamación de un Participante del SRM mantenida por un Participante Activo.

1.49    **Fecha Límite de Reclamación Administrativa:** A menos que el Tribunal constituido conforme al Título III ordene lo contrario, la fecha establecida por el Tribunal constituido conforme al Título III y establecida en la Orden de Confirmación como el último día para radicar la evidencia de Reclamaciones de Gastos Administrativos; dicha fecha no será posterior a noventa (90) días de la Fecha de Entrada en Vigor, después de dicha fecha, cualquier Reclamación de Gastos Administrativos para la cual no se haya radicado evidencia se considerará excluida para siempre y los Deudores y Deudores Reorganizados no tendrán obligación alguna con respecto a estas; disponiéndose, sin embargo, que no se requiera radicar evidencia de Reclamación de Gastos Administrativos si tal Reclamación de Gastos Administrativos (a) se incurrió (i) conforme a una orden del Tribunal constituido conforme al Título III o (ii) con la autorización por escrito de las Partes del Gobierno relevantes que otorgan tal Reclamación de Gastos Administrativos de manera expresa o (b) es una Reclamación Profesional.

1.50    **Reclamación de Gastos Administrativos:** Una Reclamación contra los Deudores o sus Activos que constituye un costo o gasto administrativo de la Causa radicada conforme al Título III presentado o autorizado a ser presentado, en o antes de la Fecha Límite de Reclamación Administrativa, conforme a las secciones 503(b) y 507(a)(2) del Código de Quiebras que surge durante el período hasta la Fecha de Entrada en Vigor inclusive y que cumple de otro modo con la Legislación de Puerto Rico aplicable, lo que incluye, de manera no taxativa, sujeto a que ocurra la Fecha de Entrada en Vigor, los Costos de Perfeccionamiento y Tarifas del Acuerdo de Apoyo al Plan; disponiéndose, sin embargo, que bajo ninguna circunstancia una Reclamación de Gastos Administrativos incluya la Reclamación de Gastos Administrativos del Acuerdo de Apoyo al Plan.

1.51    **Orden de RAL (Resolución Alternativa de Litigios):** La Orden específica (A) que autoriza procedimientos de resolución alternativa de litigios, (B) que aprueba formas adicionales de notificaciones, (C) que aprueba envíos propuestos y (D) que otorga medidas relacionadas, con fecha ___ de marzo de 2020 [Causa núm. 17-3283-LTS, expediente electrónico de causa núm. _____].

1.52    **Procedimientos de RAL:** Los procedimientos de resolución alternativa de litigios autorizados conforme a la Orden de RAL.

1.53    **Filial:** Con respecto a cualquier Entidad especificada, cualquier otra Entidad que, directa o indirectamente, mediante uno o más intermediarios, controle, sea controlada o esté sujeta al control regular de tal Entidad.

1.54    **AFSCME:** La American Federation of State, County and Municipal Employees (Federación Estadounidense de Empleados Municipales, de Condados y Estatales), en su nombre y en nombre de sus dos secciones locales, SPU, AFSCME Council 95 y Capítulo de Retirados de SPU y sus catorce sindicatos locales afiliados en Puerto Rico.

1.55    **Contratos de negociación colectiva de AFSCME:** Aquellos determinados contratos de negociación colectiva entre AFSCME y el ELA que se encuentran enumerados en el Anexo «L» del presente.

1.56    **Reclamaciones de Empleados de AFSCME:** Una Reclamación que surge o está relacionada con los contratos de negociación colectiva de AFSCME.

1.57    **Acuerdo de Apoyo al Plan de AFSCME:** Ese determinado Acuerdo de Apoyo al Plan, con fecha 7 de junio de 2019, entre la Junta de Supervisión, el Estado Libre Asociado y AFSCME, según se modifique y replantee.

1.58    **Pliego de Términos de AFSCME:** El pliego de términos adjunto como Anexo «A» al Acuerdo de Apoyo al Plan de AFSCME.

1.59    **Permitida:** Con respecto a cualquier Reclamación, tal Reclamación o parte de esta (a) de la cual se radicó evidencia en o antes de la Fecha Límite aplicable o (b) si no se radicó evidencia de Reclamación de manera oportuna, la cual se haya enumerado (o se enumere de aquí en adelante) por parte de los Deudores en la Lista de Acreedores y no se enumera posteriormente como «controvertida», «condicional» o «pendiente» o (c) permitida conforme a (i) la sección 502(h) del Código de Quiebras, aplicable a la Causa radicada conforme al Título III en virtud de la Sección 301 de PROMESA, (ii) los términos del Plan o (iii) una Orden Definitiva; disponiéndose, sin embargo, que, con respecto a cualquier Reclamación descrita en la cláusula (a) o (b) que precede, tal Reclamación se considerará Permitida solo si, y en la medida en que, no se haya interpuesto ninguna objeción a su admisión, ni acción de subordinar de manera equitativa o limitar de otro modo la recuperación con respecto a esta, dentro del plazo de prescripción aplicable establecido en el Plan, el Código de Quiebras, las Normas de Quiebras o una Orden Definitiva, o respecto a la cual se ha interpuesto una objeción y tal Reclamación se concedió total o parcialmente mediante una Orden Definitiva. A los efectos de determinar el monto de una «Reclamación Permitida» con respecto a las distribuciones dentro de una Clase, se deducirá de esta un monto igual al monto de cualquier descuento sobre el valor de la emisión original no devengado a la fecha inmediatamente anterior a la Fecha de Petición del ELA y cualquier Reclamación que los Deudores puedan tener contra un tenedor de esta, en la medida en que tal Reclamación se pueda compensar conforme a la legislación de quiebra y no quiebra aplicable. Sin perjuicio de cualquier disposición que indique lo contrario en el presente (x) las Reclamaciones permitidas únicamente con el fin de votar para aceptar o rechazar el Plan conforme a una orden del Tribunal constituido conforme al Título III no se considerarán como «Permitidas» según el presente a menos que se especifique lo contrario en el presente o por orden del Tribunal constituido conforme al Título III, (y) para cualquier fin conforme al Plan, «Permitida» no incluirá intereses, sanciones ni cargos por mora que surjan de o se relacionen con el período desde y posterior a la Fecha de Petición y (z) «Permitida» no incluirá ninguna Reclamación sujeta a rechazo conforme a la sección 502(d) del Código de Quiebras.

1.60    **Reclamación Permitida:** Una reclamación, en la medida en que es Permitida o se permite.

1.61    **Ambac:** Ambac Assurance Corporation o su sucesor o delegado.

1.62    **Acuerdo Anexo:** Ese determinado Acuerdo Anexo adjuntado como Anexo «G» al Acuerdo de Apoyo al Plan conforme al cual determinados tenedores de Reclamaciones de Bonos del ELA, Reclamaciones de Bonos de Garantía del ELA y Reclamaciones de Bonos de la AEP pueden convertirse en Acreedores del Acuerdo de Apoyo al Plan.

1.63    **Litigio Relacionado a Designaciones:** En su conjunto, el litigio designado (a) *Junta de Supervisión y Administración Financiera para Puerto Rico c. Aurelius Inv., LLC*, núm. 18-1334 (apelación de la Causa núm. 18-1671), actualmente pendiente en El Tribunal Supremo de los Estados Unidos, (b) *Pinto Lugo, et al. c. Estados Unidos* procedimiento contencioso núm. 18-00041, actualmente pendiente en el Tribunal constituido conforme al Título III, (c) *Hermandad De Empleados Del Fondo Del Seguro Del Estado, Inc., et al. c. Estados Unidos*, Causa núm. 19-2243 (apelación del procedimiento contencioso núm. 18-00066), actualmente pendiente en el Tribunal de Apelaciones de los Estados Unidos para el Primer Circuito, (d) *Hernández-Montañez, et al. c. Junta de Supervisión y Administración Financiera para Puerto Rico*, procedimiento contencioso núm. 18-00090, actualmente pendiente en el Tribunal constituido conforme al Título III y (e) todo otro litigio que esté actualmente pendiente o pueda iniciarse durante el período desde y posterior a la fecha del presente hasta la Fecha de Entrada en Vigor inclusive, en donde las reclamaciones o Causas radicadas consistentes con o similares a aquellas presentadas o que podrían presentarse en los litigios mencionados anteriormente se han presentado.

1.64    **Activos:** Con respecto a los Deudores, (i) todos los «bienes» de los Deudores, lo que incluye, de manera no taxativa, los bienes que figuran en los libros contables y registros de los Deudores y la Orden de Confirmación a la Fecha de Entrada en Vigor y (ii) todas las Causas radicadas, y cualquier ingreso ulterior de estas, que hayan o puedan haber iniciado los Deudores u otro representante autorizado a beneficio de los Deudores y sus Acreedores, a menos que se modifique o se exima conforme al Plan o una Orden Definitiva, lo que incluye, de manera no taxativa, cualquier Acción Preventiva.

1.65    **Assured:** Assured Guaranty Municipal Corp., o su sucesor o delegado.

1.66    **Acciones de Revocación:** Aquellas acciones o remedios preventivos, de recuperación, subordinación u otros identificados en el Anexo «E» adjunto a la presente contra cualquier Entidad presentada por los Deudores o en nombre de estos contra una Entidad conforme a las secciones 510, 544, 545, 547, 548, 549, 550, 551, 552 y 553 del Código de Quiebras, aplicable a las Causas radicadas conforme al Título III en virtud de la Sección 301 de PROMESA o legislación aplicable que no sea de quiebra; disponiéndose, sin embargo, que, bajo ninguna circunstancia las «Acciones de Revocación» incluyan ninguna Reclamación o Causa radicada contra ninguna Entidad relacionada con Bonos de OG, bonos de la AEP o notas de bonos anticipados de la AFI.

1.67    **Intereses de Acciones de Revocación del ELA:** El tramo de interés económico en el Fideicomiso de Acciones de Revocación asignado conforme a los términos y disposiciones del Plan al Fondo de GUC (reclamaciones generales no aseguradas, por sus siglas en inglés) del ELA y con relación solo a recuperaciones netas atribuibles a Acciones de Revocación relacionadas a la Causa radicada conforme al Título III del ELA.

1.68 **Intereses de Acciones de Revocación del SRE:** El tramo de interés económico en el Fideicomiso de Acciones de Revocación asignado conforme a los términos y disposiciones del Plan al Fondo de GUC del SRE y con relación solo a recuperaciones netas atribuibles a Acciones de Revocación relacionadas a la Causa radicada conforme al Título III del SRE.

1.69 **Fideicomiso de Acciones de Revocación:** El fideicomiso a crear en o antes de la Fecha de Entrada en Vigor en la cual la Fecha de Entrada en Vigor se transferirá a la autoridad para litigar o conciliar y transigir las Acciones de Revocación.

1.70 **Contrato de Fideicomiso de Acciones de Revocación:** El acuerdo a celebrar y cumplir en o antes de la Fecha de Entrada en Vigor que proporciona, entre otras cosas, el litigio continuado de Acciones preventivas.

1.71 **Activos del Fideicomiso de Acciones de Revocación:** En su conjunto, las Acciones de Revocación y cualquier otra acción que haya sido presentada por o en nombre de los Deudores en busca de recuperaciones afirmativas y cuyas acciones se establecen en los litigios respectivos enumerados en el Anexo «B» de la presente; disponiéndose, sin embargo, que, bajo ninguna circunstancia los «Activos del Fideicomiso de Acciones de Revocación» incluyan acción alguna contra las Partes Eximidas.

1.72 **Beneficiarios del Fideicomiso de Acciones de Revocación:** En su conjunto, los tenedores de Intereses de Acciones de Revocación del ELA e Intereses de Acciones de Revocación del SRE.

1.73 **Junta del Fideicomiso de Acciones de Revocación:** Los tres (3) miembros de la junta designados a la Fecha de Entrada en Vigor para regir el Fideicomiso de Acciones de Revocación con (a) dos (2) directivos seleccionados por el Comité de Acreedores y (b) un (1) directivo seleccionado por la Junta de Supervisión.

1.74 **Síndico de Acciones de Revocación:** El fideicomisario designado conforme a los términos y disposiciones del Contrato de Fideicomiso de Acciones de Revocación, lo que incluye, de manera no taxativa, cualquier sucesor de este.

1.75 **Intereses del Fideicomiso de Acciones de Revocación:** En su conjunto los Intereses del Fideicomiso de Acciones de Revocación del ELA y los Intereses del Fideicomiso de Acciones de Revocación del SRE.

1.76 **Fecha de Elección:** La o las fechas límite establecidas por el Tribunal constituido conforme al Título III y establecidas en la Orden de Declaración de Divulgación para la presentación de Papeletas/Formularios de Elección y la elección de tratamientos alternativos conforme a los términos y disposiciones del Plan.

1.77 **Papeleta/Formulario de Elección:** La papeleta y formulario de elección, cuya forma será aprobada por el Tribunal constituido conforme al Título III, distribuidos a cada tenedor o asegurador, según corresponda, de una Reclamación afectada con derecho a voto sobre el Plan, en cuyo formulario se indique, entre otras cosas, (a) la aceptación o rechazo del Plan y/o

(b), en la medida que proceda, una elección de distribución y tratamiento que pueda ser necesaria conforme a las disposiciones del Plan.

1.78    **Código de Quiebras:** La Ley de Reforma de Quiebras de 1978, y sus modificaciones, en la medida codificada en el Título 11 del Código de los Estados Unidos y aplicable a todas las Causas radicadas conforme al Título III.

1.79    **Reglamento sobre Quiebras:** Las Reglas Federales de Procedimiento de Quiebra, tal como fueron promulgadas por El Tribunal Supremo de los Estados Unidos conforme a la sección 2075 del Título 28 del Código de los Estados Unidos, según aplica a las Causas radicadas conforme al Título III.

1.80    **Fecha Límite:** Las fechas respectivas establecidas por el Tribunal constituido conforme al Título III antes de las cuales deben radicarse las evidencias de la Reclamación con respecto a tales Reclamaciones contra un Deudor, conforme a (a) las Órdenes de Fecha Límite, (b) una Orden Definitiva del Tribunal constituido conforme al Título III o (c) el Plan.

1.81    **Órdenes de Fecha Límite:** Las órdenes del Tribunal constituido conforme al Título III que establecen las fechas límite para la radicación de evidencias de Reclamaciones contra los Deudores o sus Activos, lo que incluye, de manera no taxativa, esa determinada (a) Orden (A) que establece fechas límites y procedimientos para radicar evidencia de Reclamaciones y (B) aprueba el modo y forma de notificación de estas [Causa núm. 17-3283-LTS, expediente electrónico de causa núm. 2521], (b) la Orden (A) que extiende las fechas límites para radicar evidencias de Reclamaciones y (B) aprueba el modo y forma de notificación de estas [Causa núm. 17-3283-LTS, expediente electrónico de causa núm. 3160] y (c) la Orden (A) que establece fechas límites y procedimientos para radicar evidencias de Reclamaciones y (B) aprueba el modo y forma de notificación de estas [Causa núm. 19-5523-LTS, expediente electrónico de causa núm. ____].

1.82    **Contribución de Base:** Ciento setenta y cinco millones de dólares ($ 175,000,000.00), el monto que el ELA contribuirá, o dispondrá que se contribuya, a la Reserva de Pensiones, conforme a los términos y disposiciones de la Sección 65.2 del Plan; disponiéndose, sin embargo, que, en el caso de que para cualquier cierre del año fiscal del año fiscal 2020 hasta el año fiscal 2027 inclusive según se establece en el Plan Fiscal que entra en vigor en la Fecha de Entrada en Vigor, el Excedente del Plan Fiscal proyectado sea igual o mayor a mil setecientos cincuenta millones de dólares ($ 1,750,000,000.00), tal monto aumentará a un monto igual al veinticinco por ciento (25 %) del Excedente del Plan Fiscal proyectado para tal año fiscal.

1.83    **Fecha de Reducción de Beneficios:** La fecha posterior entre el (a) 1 de julio de 2021 y (b) el primer (1er) 1 de julio siguiente a la Fecha de Entrada en Vigor, disponiéndose, sin embargo, que, en el caso en que el período entre la Fecha de Entrada en Vigor y el primer (1er) 1 de julio posterior sea menor que ciento ochenta (180) días, entonces la «Fecha de Reducción de Beneficios» será el primer (1er) día del primer (1er) mes calendario ciento ochenta (180) días después de la Fecha de Entrada en Vigor.

1.84    **Recuperación de Beneficios:** Durante el período que va desde la Fecha de Reducción de Beneficios hasta la finalización del año fiscal 2033 inclusive, en el caso en que, en un año fiscal en particular, el Excedente en Caja sea igual o mayor a cien millones de dólares ($ 100,000,000.00), diez por ciento (10 %) de tal Excedente en Caja será (a) asignado y aplicado a prorrata a cada Participante en base al monto de reducciones totales que experimentó cada Participante durante tal año fiscal conforme a los términos y disposiciones de los Artículos XLIII y XLIV del presente y (b) pago a tal Participante en o antes del 1 de octubre siguiente a la finalización de tal año fiscal; disponiéndose, sin embargo, que tal Recuperación de Beneficios tenga un límite de Reducción de Beneficios mensual por doce (12) para cada Participante para un año fiscal en particular.

1.85    **Reclamación de Bonos:** Una Reclamación a causa de un Bono de OG, un Bono de la AEP, una Reclamación de Bono de Garantía del ELA o un Bono del SRE con el monto de tal Reclamación calculado como el capital pendiente de tales bonos más cualquier interés devengado no pago sobre este, hasta, pero sin incluir, la Fecha de Petición correspondiente para (a) un Bono de OG, la Fecha de Petición del ELA, (b) un Bono de la AEP, la Fecha de Petición de la AEP, (c) una Reclamación de Bono de Garantía del ELA, la Fecha de Petición del ELA y (d) un Bono del SRE, la Fecha de Petición del SRE.

1.86    **Categoría de Recuperación de Bonos:** En su conjunto, las categorías establecidas en el Anexo «L» del presente con respecto a las Clases de Reclamaciones correspondientes y las distribuciones a realizar conforme a los términos y disposiciones del Plan.

1.87    **Día Hábil:** Un día que no sea sábado, domingo, o cualquier otro día en el cual la ley o una orden ejecutiva determine que las instituciones comerciales bancarias de Nueva York, Nueva York y San Juan, Puerto Rico cierren.

1.88    **Mejoras Capitales:** Cualquier proyecto o proyectos financiados, o que se propone sean financiados, total o parcialmente, mediante dinero público, para construir, reconstruir, restaurar, rehabilitar o comprar cualquier equipamiento, bien o instalación, lo que incluye, de manera no taxativa, edificios, instalaciones de parques, infraestructura, sistemas de tecnología de la información u otro equipamiento financiado en una base que no se repite necesariamente y que se utiliza como activo público para el beneficio público.

1.89    **Efectivo:** La moneda de curso legal de los Estados Unidos, lo que incluye, de manera no taxativa, depósitos bancarios, cheques con fondos suficientes y sus equivalentes legales.

**Causas de Acción:** Toda reclamación, causa de acción, derecho de pago, derechos de acción, demanda, deudas, cuotas, sumas de dinero, cuentas, consideración, bono, factura, especialidad, pacto, contrato, controversia, acuerdo, promesa, variación, transgresión, daño y perjuicio, sentencia, remedio, derecho de compensación, reclamación de terceros, reclamación de subrogación, reclamación de contribuciones, reclamación de reembolso, reclamación de indemnización, reconvención y reclamación contra parte (lo que incluye, de manera no taxativa, toda reclamación por incumplimiento de deberes fiduciarios, negligencia, mala praxis, incumplimiento de contrato, complicidad, fraude, inducción, evasión, recuperación, subordinación y toda Acción Preventiva) que esté pendiente o pueda presentarse contra cualquier

Entidad que surja en o antes de la Fecha de Entrada en Vigor, en base al derecho o la equidad, lo que incluye, de manera no taxativa, conforme al Código de Quiebras, conocido, desconocido, sometido a sentencia, no sometido a sentencia, saldado, no saldado, estipulado, condicional, pagadero, no pagadero, objeto de controversia o no, asegurado o no asegurado y ya sea presentada o presentable de manera directa o derivada, en derecho, equidad o de otra forma y ya sea presentada o no presentada a la Fecha de Entrada en Vigor.

1.90 **Bonificación de Navidad:** El bono, de haberlo, pagadero a los empleados actuales, antiguos, activos, inactivos y discapacitados del ELA, sus agencias y dependencias conforme a la Ley núm. 98-1980, reproducida en 3 L.P.R.A. §761, según se modificó por la Ley núm. 3-2013, 3 L.P.R.A §761.

1.91 **Reclamación:** Cualquier derecho a pago o cumplimiento, ya sea si tal derecho es sometido a sentencia o no, saldado, no saldado, estipulado, condicional, vencido, no vencido, objeto de controversia o no, legal, equitativo, asegurado o no asegurado, conocido o desconocido, presentado o no presentado; o cualquier derecho equitativo a un remedio para el incumplimiento o ejecución del cumplimiento, sea o no tal derecho a un remedio equitativo sometido a sentencia o no, estipulado, condicional, vencido, no vencido, objeto de controversia o no, con garantía o sin garantía, toda deuda, demanda, daño y perjuicio, derecho, remedio, pérdida, responsabilidad, obligación, sentencia, acción, Causa radicada, intimación o reclamación de cualquier tipo o naturaleza, en derecho, equidad o de otro modo.

1.92 **Clase:** Una categoría de tenedores de Reclamaciones establecida en el Artículo IV del Plan.

1.93 **COFINA:** La Corporación del Fondo de Interés Apremiante de Puerto Rico, una empresa pública y dependencia del ELA que constituye una entidad política y corporativa independiente y separada del ELA.

1.94 **Orden de Confirmación de COFINA:** Esa determinada Orden y sentencia modificada que confirma el tercer plan de ajuste enmendado elaborado conforme al Título III de la Corporación del Fondo de Interés Apremiante de Puerto Rico, con fecha 5 de febrero de 2019 [Causa núm. 17-3284-LTS, expediente electrónico de causa núm. 561].

1.95 **Bonos de Gravamen COFINA Subordinados (Junior):** En su conjunto, los valores a emitir por parte de COFINA en la Fecha de Entrada en Vigor conforme a los términos y condiciones del Plan, la Orden de Confirmación, la Escritura de Bonos de Gravamen COFINA Subordinados (Junior) y, en la medida en que se promulgue, la Legislación sobre los Bonos de Gravamen COFINA Subordinados (Junior), lo que incluye, de manera no taxativa, cualquier bono de refinanciamiento que pueda emitirse conforme a la Escritura de Bonos de Gravamen COFINA Subordinados (Junior) y la Legislación de Bonos de Gravamen COFINA Subordinados (Junior), cuyos valores serán pagaderos por la Participación del ELA Transmitida, se garantizarán con un segundo gravamen a los Impuestos Pignorados de COFINA y, en todo sentido, estarán sujetos a las obligaciones del Financiación Inicial con respecto a los Bonos de Gravamen COFINA Prioritarios (Senior).

1.96    **Escritura de Bonos de Gravamen COFINA Subordinados (Junior):** La escritura de fideicomiso a celebrarse a la Fecha de Entrada en Vigor conforme a la cual COFINA emitirá los Bonos de Gravamen COFINA Subordinados (Junior) y que incluye todos los términos y disposiciones relacionados a estos, según se modifique, complemente o cambie ocasionalmente conforme a sus términos y condiciones.

1.97    **Legislación de los Bonos de Gravamen COFINA Subordinados (Junior):** La legislación a promulgar como ley en o antes de la Fecha de Entrada en Vigor que autoriza las transacciones contempladas por y conformes al Plan, que prevén la emisión de los Bonos de Gravamen COFINA Subordinados (Junior), la transferencia y cesión de la Participación del ELA Transmitida a COFINA y el otorgamiento de un segundo gravamen estatutario a los Impuestos Pignorados de COFINA, supeditado al gravamen estatutario otorgado conforme a la Legislación de los Bonos de Gravamen COFINA Prioritarios (Senior), al fideicomisario conforme a la Escritura de los Bonos de Gravamen COFINA Subordinados (Junior) a beneficio de los Bonos de Gravamen COFINA Subordinados (Junior) y que incorpora todo otro término establecido en el Plan y la Orden de Confirmación; *disponiéndose, sin embargo*, que, sin perjuicio de lo que antecede, la Legislación de los Bonos de Gravamen COFINA Subordinados (Junior) pueda ser parte e incorporarse a la Legislación de los Nuevos Bonos de OG.

1.98    **Plan de COFINA:** Ese determinado Tercer plan de ajuste enmendado elaborado conforme al Título III de la Corporación del Fondo de Interés Apremiante de Puerto Rico, con fecha 9 de enero de 2019 [Causa núm. 17-3284-LTS, expediente electrónico de causa núm. 436].

1.99    **Impuestos Pignorados de COFINA:** Los ingresos y cobros presentes y futuros generados por la porción del Impuesto sobre las Ventas que corresponde a una tasa impositiva de cinco con cinco por ciento (5.5 %) o el monto menor permitido por el Plan de COFINA, la Orden de Confirmación de COFINA y los documentos e instrumentos ejecutados u otorgados con respecto a este.

1.100    **Bonos de Gravamen COFINA Prioritarios (Senior):** En su conjunto, los títulos emitidos por COFINA conforme al Plan de COFINA, la Orden de Confirmación de COFINA, la Legislación de los Bonos de Gravamen COFINA Prioritarios (Senior) y la Escritura de Bonos de Gravamen COFINA Prioritarios (Senior).

1.101    **Escritura de Bonos de Gravamen COFINA Prioritarios (Senior):** El contrato de fideicomiso conforme al cual COFINA emitió los Bonos de Gravamen COFINA Prioritarios (Senior), según se modifique, complemente o cambie ocasionalmente conforme a sus términos y condiciones.

1.102    **Legislación de Bonos de Gravamen COFINA Prioritarios (Senior):** La Ley 241 de la Asamblea Legislativa de Puerto Rico aprobada el 15 de noviembre de 2018, que modifica la Ley 91 de la Asamblea Legislativa de Puerto Rico, aprobada el 13 de mayo de 2006, y sus modificaciones.

1.103    **Estado Libre Asociado:** El Estado Libre Asociado de Puerto Rico.

1.104    **Constitución del ELA:** La Constitución del Estado Libre Asociado de Puerto Rico.

1.105    **Legislatura del ELA:** La Asamblea Legislativa de Puerto Rico.

1.106    **Fecha de Petición del ELA:** 3 de mayo de 2017.

1.107    **Causa radicada conforme al Título III del ELA:** La Causa radicada conforme al Título III en virtud de PROMESA pendiente para el ELA en el Tribunal constituido conforme al Título III, bajo el epígrafe *In re Junta de Supervisión y Administración Financiera para Puerto Rico, como representante del Estado Libre Asociado de Puerto Rico, et al.*, Causa núm. 17-3283-LTS (D.P.R.).

1.108    **Tope global:** La limitación del Servicio de la deuda anual máximo pagadero sobre la Deuda con garantía impositiva neta que será aplicable además de la limitación impuesta al incurrir en Deuda pública establecida conforme al Artículo VI, Sección 2, de la Constitución de Puerto Rico.

1.109    **Fecha de Confirmación:** La fecha en la cual el Actuario del Tribunal constituido conforme al Título III registra la Orden de Confirmación en el expediente.

1.110    **Vista de Confirmación:** La vista llevada a cabo por el Tribunal constituido conforme al Título III conforme a la sección 1128(a) del Código de Quiebras y la Sección 314 de PROMESA para considerar la confirmación del Plan, según se suspenda o continúe la vista ocasionalmente.

1.111    **Orden de Confirmación:** La orden del Tribunal constituido conforme al Título III que confirma el Plan conforme a la Sección 314 de PROMESA y la sección 1129 del Código de Quiebras, aplicable a las Causas radicadas conforme al Título III en virtud de la Sección 301 de PROMESA.

1.112    **Grupo de Deuda Constitucional:** El Grupo de Deudores Constitucional Ad Hoc que consiste en BlackRock Financial Management Inc., Brigade Capital Management, Brookfield Asset Management Private Institutional Capital Adviser (Credit) LLC, Deutsche Bank Securities Inc., EMSO Asset Management Limited, First Pacific Advisors, LP, Mason Capital Management, LLC, Silver Point Capital, L.P. y VR Advisory Services Ltd., cada uno en representación de sí mismo o en representación de sus clientes participantes o determinados de sus fondos gestionados respectivos y, en cada caso, sus sucesores y cesionarios respectivos con respecto a cesiones realizadas conforme a los términos y condiciones del Acuerdo de Apoyo al Plan.

1.113    **Costos de Perfeccionamiento:** En su conjunto, los montos pagaderos, en Efectivo, a la Fecha de Entrada en Vigor, o tan pronto como sea posible después de esta, pero en ningún caso más de diez (10) Días Hábiles después de la Fecha de Entrada en Vigor, a los Acreedores del Acuerdo de Apoyo al Plan Iniciales conforme a los términos y condiciones del Acuerdo de Apoyo al Plan, el Artículo III del presente y la Orden de Confirmación.

1.114 **Partes de los Costos de Perfeccionamiento:** En su conjunto, los Acreedores del Acuerdo de Apoyo al Plan Iniciales con derecho a recibir Costos de Perfeccionamiento conforme a los términos y disposiciones del Acuerdo de Apoyo al Plan, el Plan y la Orden de Confirmación.

1.115 **Reclamación de Conveniencia:** Una Reclamación sin Garantía General del ELA Permitida o una Reclamación sin Garantía General del SRE Permitida (a) que es igual o menor que diez mil dólares ($ 10,000.00) o (b) el tenedor de esta que, a su juicio, eligió reducir el monto de tal Reclamación sin Garantía General del ELA Permitida o Reclamación sin Garantía General del SRE Permitida, según el caso, a diez mil dólares ($ 10,000.00) conforme a los términos y disposiciones establecidos en la Sección 56.1 del presente; disponiéndose, sin embargo, que, sin perjuicio de lo que antecede, un tenedor de múltiples Reclamaciones sin Garantía Generales del ELA Permitidas o Reclamaciones sin Garantía Generales del SRE Permitidas que son iguales o menores que veinte mil dólares ($ 20,000.00) puede elegir reducir todas dichas Reclamaciones a un monto acumulado de veinte mil dólares ($ 20,000.00).

1.116 **Participación del ELA Transmitida:** El segundo interés en prioridad de pago, financiación y cobros, en toda circunstancia, sujeto y conforme a la Financiación Inicial, en los Impuestos Pignorados de COFINA y todos los derechos a estos, según se describe en el Plan de COFINA, la Orden de Confirmación de COFINA y los documentos e instrumentos ejecutados u otorgados con respecto a estos; tal interés incluye el derecho a recibir los Impuestos Pignorados de COFINA después de satisfacer la Financiación Inicial del cada Ejercicio Fiscal, en un monto de hasta cuarenta y seis con treinta y cinco por ciento (46.35 %) de las Rentas Fijas en cualquier año dado hasta que los Bonos de Gravamen COFINA Subordinados (Junior) se hayan pagado o cumplido en su totalidad conforme a sus términos.

1.117 **Acreedor:** Cualquier Entidad con una Reclamación contra los Deudores o cualquier Activo del Deudor, conforme a la sección 102(2) del Código de Quiebras, contra cualquier otro bien de los Deudores, lo que incluye, de manera no taxativa, una Reclamación contra los Deudores de un tipo especificado en la sección 502(g), 502(h) o 502(i) del Código de Quiebras, en cada caso, únicamente en la calidad de tal Entidad como tal.

1.118 **Comité de Acreedores:** El comité estatutario de tenedores de reclamaciones no aseguradas designado en, entre otros casos, la Causa radicada conforme al Título III del ELA, la Causa radicada conforme al Título III del SRE y la Causa radicada conforme al Título III de la ACT.

1.119 **Reclamaciones de Asignaciones del ELA:** En su conjunto, las Reclamaciones contra el ELA que surgen o están relacionadas con (a) endeudamiento solo pagadero mediante asignaciones de la Legislatura del ELA conforme a préstamos o resoluciones legislativas existentes, lo que incluye, de manera no taxativa, (b) pagarés del ELA o sus agencias o dependencias mantenidos por la CFP para el reembolso del endeudamiento del CFP y (c) préstamos solo pagaderos mediante asignaciones de la Legislatura del ELA conforme a la legislación o resoluciones legislativas existentes mantenidas por la Autoridad de Recuperación de la Deuda del BGF o el Fideicomiso de Entidad Pública del BGF.

1.120 **Reclamación de Bonos del ELA:** En su conjunto, las Reclamaciones contra el ELA que surgen o están relacionadas con Bonos de OG, lo que incluye las Reclamaciones de Bonos del ELA Antiguos, las Reclamaciones de Bonos del ELA 2011, las Reclamaciones de Bonos Serie D/E/PIB del ELA 2011, las Reclamaciones de Bonos del ELA 2012, las Reclamaciones de Bonos del ELA 2014, las Reclamaciones de Bonos del ELA (Aseguradas) y las Reclamaciones de Bonos del ELA de Inversión.

1.121 **Reclamaciones de Bonos del ELA (Aseguradas):** En su conjunto, las Reclamaciones de Bonos del ELA Antiguos (Aseguradas), las Reclamaciones de Bonos del ELA 2011 (Aseguradas), las Reclamaciones de Bonos Serie D/E/PIB del ELA 2011 (Aseguradas) y las Reclamaciones de Bonos del ELA 2012 (Aseguradas).

1.122 **Plan Fiscal del ELA:** Ese determinado Plan fiscal del ELA certificado por la Junta de Supervisión el 9 de mayo de 2019.

1.123 **Reclamación sin Garantía General del ELA:** Una Reclamación contra el ELA que no sea una Reclamación de Bonos de la AEP, una Reclamación de Bonos del ELA, una Reclamación de Bonos de Garantía del ELA, una Reclamación de Beneficios de Empleados Retirados o Activos, una Reclamación de Participantes del SRE, una Reclamación de Participantes del SRJ, una Reclamación de Participantes del SRM, una Reclamación de Empleados de AFSCME, una Reclamación de la ACT/ELA, una Reclamación del Centro de Convenciones/ELA, una Reclamación del Impuesto al Ron de la AFI/ELA, una Reclamación de la AMA/ELA, una Reclamación de Asignaciones del ELA, una Reclamación Subordinada a 510(b) del ELA, una Reclamación Gracia Gracia, una Reclamación de Radicación Tardía, una Reclamación de Conveniencia, cualquier Reclamación sujeta a las disposiciones de la Orden de la ACR o cualquier otra Reclamación que el Tribunal constituido conforme al Título III determina no es una Reclamación sin Garantía General del ELA.

1.124 **Reclamaciones de Bonos de Garantía del ELA:** En su conjunto, las Reclamaciones de Bonos de garantía del ELA Antiguos, las Reclamaciones de Bonos de Garantía del ELA 2011, las Reclamaciones de Bonos de Garantía del ELA 2012, las Reclamaciones de Bonos de Garantía del ELA 2014 y las Reclamaciones de Bonos de Garantía del ELA Antiguos (Aseguradas).

1.125 **Recuperación de GUC del ELA:** La recuperación acumulada por los tenedores de Reclamaciones sin Garantía Generales del ELA Permitidas, Reclamaciones de Convención/ELA Permitidas, Reclamaciones de la ACT/ELA Permitidas, Reclamaciones de la AMA/ELA Permitidas y Reclamaciones de Impuesto al Ron de la AFI/ELA Permitidas que consisten en (a) doscientos sesenta y tres millones trescientos sesenta y cuatro mil setecientos cuarenta y seis dólares con cuarenta y tres centavos ($ 263,364,746.43) en capital original de Nuevos Bonos de OG, (b) doscientos sesenta y tres millones trescientos ochenta mil quinientos cuarenta y cinco dólares con cuarenta y seis centavos ($ 263,380,545.46) en capital original de Bonos de Gravamen COFINA Subordinados (Junior) y (c) las recuperaciones netas por parte del Fideicomiso de Acciones de Revocación asignable a los Intereses de Acciones de Revocación del ELA.

1.126 **Reclamación del Centro de Convenciones/ELA:** La Reclamación contra el ELA que surge o está relacionada con la retención del ELA de determinados fondos históricamente transferidos a la ADCCPR conforme a las disposiciones de la Constitución del ELA, cualquier estatuto, regulación u orden ejecutiva, lo que incluye reclamaciones con respecto a los derechos u obligaciones que surgen de (a) la Sección 8 del Artículo VI de la Constitución del ELA, 13 L.P.R.A. §2271v, 23 L.P.R.A. §104(c) y los Boletines Administrativos del Estado Libre Asociado de Puerto Rico núms. OE-2015-46, OE-2016-14 y OE-2016-31 y (b) el endeudamiento emitido por la ADCCPR conforme a ese determinado Contrato de Fideicomiso con fecha 24 de marzo de 2006, entre la ADCCPR y JPMorgan Chase Bank, N.A., como fideicomisario.

1.127 **Reclamación de la ACT/ELA:** La Reclamación contra el ELA derivada o relacionada con la retención del ELA de determinados fondos históricamente transferidos a la ACT conforme a las disposiciones de la Constitución del ELA, cualquier estatuto, regulación u orden ejecutiva, lo que incluye reclamaciones con respecto a los derechos u obligaciones que surgen de (a) la Sección 8 del Artículo VI de la Constitución del ELA, 9 L.P.R.A. §2021, 13 L.P.R.A. §31751 (a)(3)(C), 23 L.P.R.A. §104(c) y los Boletines Administrativos del Estado Libre Asociado de Puerto Rico núms. OE-2015-46, OE-2016-14, OE-2016-18, OE-2016-30 y OE-2016-31 y (b) el endeudamiento emitido por la ACT conforme a esa determinada (i) Resolución núm. 68-18, adoptada el 13 de junio de 1968 y (ii) Resolución núm. 98-06, adoptada el 26 de febrero de 1998.

1.128 **Reclamación de la AMA/ELA:** La Reclamación contra el ELA derivada o relacionada con la retención del ELA de determinados fondos históricamente transferidos a la AMA con respecto a los derechos u obligaciones que surgen conforme a las disposiciones de la Constitución del ELA, cualquier estatuto, regulación u orden ejecutiva.

1.129 **Reclamación de Impuesto de Ron de la AFI/ELA:** La Reclamación contra el ELA que surge de o se relaciona con la retención del ELA de determinados fondos históricamente transferidos a la AFI conforme a las disposiciones de la Constitución del ELA, cualquier estatuto, regulación u orden ejecutiva, lo que incluye Reclamaciones con respecto a los derechos u obligaciones que surgen de (a) la Sección 8 del Artículo VI de la Constitución del ELA, 3 L.P.R.A. §1914 y los Boletines Administrativos del Estado Libre Asociado de Puerto Rico núms. OE-2015-46, OE-2016-27 y OE-2016-30 y (b) el endeudamiento emitido por la AFI conforme a ese determinado Contrato de Fideicomiso con fecha 1 de octubre de 1988, entre la AFI y U.S. Bank Trust National Association, como fideicomisario sucesor.

1.130 **Deuda:** En su conjunto, bonos, pagarés, préstamos y otras pruebas de endeudamiento a raíz de dinero prestado.

1.131 **Política de Gestión de la Deuda:** La política desarrollada por el ELA con respecto a la emisión de endeudamientos, según se describe en más detalle en la Ley de Responsabilidad en la Emisión de Deuda y en el presente.

1.132 **Deudores:** En su conjunto, el ELA, el SRE y la AEP.

1.133 **Período de la Política de Deuda:** El período que comienza el primer (1er) día calendario inmediatamente después de la Fecha de Entrada en Vigor y que finaliza en la fecha en la cual no hay más Nuevos Bonos de OG Pendientes.

1.134 **Ingresos de Política de Deuda:** En su conjunto, sin duplicados, (a) ingresos derivados de impuestos, tarifas, permisos, licencias, multas u otros cargos impuestos, aprobados o autorizados por la Legislatura del ELA, lo que incluye, de manera no taxativa, cualquier ingreso propiedad de, o cedido a, COFINA o cualquier otra dependencia del ELA, (b) todos los demás ingresos o fondos depositados en el Fondo General o cualquier servicio de la deuda u otro fondo gubernamental del ELA y (c) todos los demás ingresos o fondos identificados como «Ingresos de Política de Deuda» en la Política de Gestión de la Deuda; disponiéndose, sin embargo, que los «Ingresos de Política de Deuda» excluirán (x) ingresos y fondos de (i) las Entidades enumeradas en el Anexo 79 al Plan Fiscal del ELA, (ii) municipalidades del ELA y (iii) la Corporación de Financiamiento Municipal de Puerto Rico, (y) ingresos de la emisión de bonos y otros préstamos permitidos conforme a la ley aplicable y (z) fondos transferidos o recibidos del gobierno federal que no sean ingresos de impuestos federales al consumo de ron producido en el ELA y cubierto al Fondo General; y, disponiéndose, además, que, con fines ilustrativos, con respecto al año 2019 y según refleja el Plan Fiscal del ELA, los «Ingresos de Política de Deuda» fueron de dieciséis mil setecientos ocho millones setenta mil dólares ($ 16,708,070,000.00), lo que incluye, de manera no taxativa, todos los Impuestos sobre las Ventas.

1.135 **Objeciones Relacionadas con Deuda:** En su conjunto, esa determinada (a) Objeción de (I) la Junta de Supervisión y Administración Financiera, actuando mediante su Comité Especial de Reclamaciones y (II) Comité Oficial de Acreedores sin Garantía, conforme a la Sección 502 del Código de Quiebras y la Norma de Quiebras 3007, a Reclamaciones radicadas o presentadas por Tenedores de determinados Bonos de Obligaciones Generales del ELA, con fecha 14 de enero de 2019 [Causa núm. 17-3283-LTS, expediente electrónico de causa núm. 4784], (b) Objeciones del Comité Oficial de Acreedores sin Garantía, conforme a la Sección 502 del Código de Quiebras y la Norma de Quiebras 3007, las Reclamaciones o presentadas [sic] por Tenedores de determinados Bonos de Obligaciones Generales del ELA 2011, con fecha 21 de mayo de 2019 [Causa núm. 17-3283-LTS, expediente electrónico de causa núm. 7057], (c) Objeción del Comité Oficial de Acreedores sin Garantía, conforme a la Sección 502 del Código de Quiebras y la Norma de Quiebras 3007, a Reclamaciones radicadas o presentadas contra el ELA por Tenedores de determinados Bonos de la Autoridad de Edificios Públicos de Puerto Rico, con fecha 18 de julio de 2019 [Causa núm. 17-3283-LTS, expediente electrónico de causa núm. 8141], (d) Objeción de la Coalición de Deuda Constitucional Legítima, conforme a la Sección 502 del Código de Quiebras y la Norma de Quiebras 3007, a Reclamaciones radicadas o presentadas por Tenedores de determinados Bonos emitidos o garantizados por el ELA, con fecha 8 de enero de 2020 [Causa núm. 17-3283-LTS, expediente electrónico de causas núm. 9730], (e) Objeción del Comité Oficial de Acreedores sin Garantía a las Bases del límite de deuda constitucional (I) Reclamación del Banco Gubernamental de Fomento para Puerto Rico [Reclamación número 29485] con base en determinadas notificaciones emitidas por el ELA y en la garantía del ELA de determinados bonos emitidos por Port of American Authority, (II) Reclamación de ScotiaBank de Puerto Rico [Reclamación número 47658] en base a pagaré con plena fe y crédito emitido por la Administración de Servicios Generales de Puerto Rico y (III) Reclamaciones radicadas o presentadas contra el ELA en base a la Garantía del ELA de

determinados pagarés emitidos por la Autoridad de Infraestructura de Puerto Rico, con fecha 8 de enero de 2020 [Causa núm. 17-3283-LTS, expediente electrónico de causa núm. 9735], únicamente según se relaciona con las notas de bonos anticipados de la AFI, (f) Objeción del Comité Oficial de Acreedores sin Garantía, conforme a la Sección 502 del Código de Quiebras y la Norma de Quiebras 3007, a Reclamaciones radicadas o presentadas contra el ELA por Tenedores de Bonos de Obligaciones Generales que alegan prioridad sobre otros acreedores no asegurados del ELA, con fecha 3 de febrero de 2020 [Causa núm. 17-3283-LTS, expediente electrónico de causa núm. 10638] y (g) cualquier otro (i) litigio o acción, lo que incluye, de manera no taxativa, litigios o acciones iniciados para recuperar capital y/o interés con respecto a los Bonos de OG, los Bonos de la AEP y/o las notas de bonos anticipados de la AFI y (ii) cualquier otra objeción o litisconsorcio a estas o cualquier otra objeción o litisconsorcio a estas o cualquier otra objeción o notificación de participación que apoye las medidas solicitadas en tales objeciones radicadas con respecto a la misma forma y conteos de medidas solicitadas que impugna, entre otras cosas, la validez y derechos relacionados de los Bonos de OG, los Bonos de la AEP y o las notas de bonos anticipados de la AFI.

1.136 **Ley de Responsabilidad en la Emisión de Deuda:** El Proyecto de Ley de la Cámara de Representantes 2332 titulado «Ley de Responsabilidad en la Emisión de Deuda», presentado ante la Cámara de Representantes del ELA el 7 de noviembre de 2019, como tal Proyecto de Ley se promulgue.

1.137 **Fondo de Servicio de la Deuda:** El fondo a crear conforme a la Escritura de Nuevos Bonos de OG y mantenido por el Síndico de los Nuevos Bonos de OG en fideicomiso a beneficio de los tenedores de los Nuevos Bonos de OG, al cual el ELA depositará montos mensuales iguales a (a) un sexto (1/6) de la obligación semestral con respecto al pago de interés a devengar sobre los Nuevos Bonos de OG hasta la próxima fecha de pago de intereses y (b) una doceava parte (1/12) de la obligación anual con respecto al pago de capital de los Nuevos Bonos de OG.

1.138 **Fondo de Reserva del Servicio de la Deuda:** El fondo creado conforme a la Escritura de Nuevos Bonos de OG y mantenido por el Síndico de los Nuevos Bonos de OG en fideicomiso a beneficio de los tenedores de los Nuevos Bonos de OG , en el cual se depositará el Requisito del Fondo de Reserva del Servicio de la Deuda.

1.139 **Requisito del Fondo de Reserva del Servicio de la Deuda:** Quinientos treinta y tres millones cuatrocientos veintinueve mil quinientos dólares ($ 533,429,500.00), el monto a depositar (a) en la Fecha de Entrada en Vigor o (b) durante un período de cinco años en cinco (5) cuotas anuales iguales a partir de la Fecha de Entrada en Vigor, cuya elección estará a discreción total y conjunta de la Junta de Supervisión y el ELA, en o antes de la Fecha de Entrada en Vigor, conforme a los términos y condiciones de la Escritura de Nuevos Bonos de OG.

1.140 **Documentos Definitivos:** En su conjunto, los documentos definitivos y acuerdos contemplados por el Plan, lo que incluye, de manera no taxativa, (a) el Plan (lo que incluye cualquier cambio, modificación y complemento de este) y cualquier documentación o acuerdos relacionados a este, (b) la Declaración de Divulgación, la Orden de Declaración de Divulgación, la Orden de Confirmación y los escritos procesales que respaldan su ingreso, (c) la Escritura de Nuevos Bonos de OG y documentos o acuerdos relacionados con este, (d) la forma de los bonos

para los Nuevos Bonos de OG, (e) la Escritura de Bonos de Gravamen COFINA Subordinados (Junior) y documentos o acuerdos relacionados con este, (f) la forma de los bonos para los Bonos de Gravamen COFINA Subordinados (Junior) (g) los documentos o acuerdos relacionados con la Reserva de Pensiones y su gobernanza y (h) cada otro documento que compondrá el Complemento del Plan, en todos los casos, cuya forma y sustancia deberá ser aceptada por la Junta de Supervisión a su sola y total discreción y aceptada de forma razonable por la AAFAF, el Grupo de Deuda Constitucional, el Grupo de OG, la CDCL y el Grupo QTCB.

1.141 **No permitidas:** Con respecto a cualquier Reclamación, una Reclamación o cualquier parte de esta que no sea Permitida y (a) que no sea permitida por una Orden Definitiva, (b) es cero, condicional, objeto de controversia o no y con respecto a la cual no se haya radicado evidencia de reclamaciones o solicitud de pago de una Reclamación de Gastos Administrativos de manera oportuna o que no se consideró radicada de manera oportuna con el Tribunal constituido conforme al Título III, (c) se ha desistido por acuerdo del Deudor aplicable y el tenedor de esta o (d) se ha desistido por el tenedor de esta.

1.142 **Agente Pagador:** Tal Entidad o Entidades designadas por la Junta de Supervisión, luego de consultar con la AAFAF en o antes de la Fecha de Entrada en Vigor para realizar o facilitar las distribuciones conforme con las disposiciones del Plan.

1.143 **Declaración de Divulgación:** La declaración de divulgación con respecto al Plan y aprobada por el Tribunal constituido conforme al Título III conforme a la sección 1125 del Código de Quiebras, aplicable a las Causas radicadas conforme al Título III en virtud de la Sección 301 de PROMESA.

1.144 **Vista de Declaración de Divulgación:** La vista celebrada por el Tribunal constituido conforme al Título III para considerar la adecuación de la información contenida en la Declaración de Divulgación conforme a la sección 1125 del Código de Quiebras, aplicable a la Causa radicada conforme al Título III en virtud de la Sección 301 de PROMESA.

1.145 **Orden de Declaración de Divulgación:** La orden del Tribunal constituido conforme al Título III (a) que aprueba la forma de la Declaración de Divulgación considerando que contiene la información adecuada conforme a las disposiciones de la sección 1125 del Código de Quiebras, aplicable a las Causas radicadas conforme al Título III en virtud de la Sección 301 de PROMESA y (b) que autoriza, entre otras cosas, la forma y manera de solicitud de (a) aceptaciones y rechazos del Plan y (II) elecciones, si corresponde, de las distribuciones según el presente.

1.146 **Reclamación Controvertida:** Una Reclamación contra los Deudores o sus Activos, en la medida en que la admisión de tal Reclamación se someta a una objeción oportuna o solicitud de valoración conforme al Plan, el Código de Quiebras, las Normas de Quiebras o la Orden de Confirmación, o se dispute de otro modo por parte de los Deudores conforme a la ley aplicable, y cuya objeción, solicitud de valoración o controversia no se ha desistido, sin perjuicio, o determinada por una Orden Definitiva.

1.147 **Fecha de Distribución:** Salvo que se establezca de otro modo en el presente, la fecha o fechas determinadas por el ELA, en o después de la Fecha de Entrada en Vigor, en la

cual el Agente Pagador realizará las distribuciones a los tenedores de Reclamaciones Permitidas que tienen derecho a recibir distribuciones según el Plan.

1.148 **Fecha de Registro de Distribución:** La Fecha de Votación o cualquier otra fecha que pueda establecerse mediante otra orden del Tribunal constituido conforme al Título III, lo que incluye la Orden de Confirmación; disponiéndose, sin embargo, que la «Fecha de Registro de Distribución» no aplique a ningún valor público que recibirá distribución conforme al Plan mediante The Depository Trust Company.

1.149 **Fecha de Entrada en Vigor:** El primer (1$^{er}$) día hábil en el que (i) se hayan cumplido o renunciado a todas las condiciones precedentes a la confirmación del Plan especificadas en la Sección 67.1 del Plan, conforme a la Sección 67.2 del Plan y (ii) se hayan cumplido o renunciado a todas las condiciones precedentes a la vigencia del Plan especificadas en la Sección 68.1 del Plan conforme a la Sección 68.2 del Plan.

1.150 **Entidad:** Una persona, una sociedad, una sociedad colectiva, una sociedad limitada, una sociedad de responsabilidad limitada, una asociación de responsabilidad limitada, una asociación, una sociedad por acciones, una empresa conjunta, un patrimonio, un fideicomiso, una organización no constituida, una unidad gubernamental o cualquier subdivisión de esta, lo que incluye, de manera no taxativa, la oficina del Síndico de los Estados Unidos, o cualquier otra entidad.

1.151 **SRE:** El Sistema de Retiro del Gobierno del Estado Libre Asociado de Puerto Rico.

1.152 **Reclamación de Bonos del SRE:** Una Reclamación derivada o relacionada con los Bonos del SRE, lo que incluye, de manera no taxativa, interés devengado a partir de estos durante el período hasta la Fecha de Petición del SRE no inclusive.

1.153 **Efectivo de Garantía de Bonos del SRE:** El monto de Efectivo del SRE que se determina como garantía para el pago de los Bonos del SRE después de que se venda cualquier garantía al ELA conforme a los términos y disposición de la Sección 2.4 del presente.

1.154 **Bonos del SRE:** En su conjunto, (a) los Bonos de Fondo de Pensiones Prioritarios (Senior) sin recurso, Serie A, emitidos por el SRE en el capital original de $ 1,588,810,799.60, (b) los Bonos de Fondo de Pensiones Prioritarios (Senior) sin recurso, Serie B, emitidos por el SRE en el capital original de $ 1,058,634,613.05 y (c) los Bonos de Fondo de Pensiones Prioritarios (Senior)sin recurso, Serie C, emitidos por el SRE en el capital original de $ 300,202,930.00, que, a la Fecha de Petición del SRE, alcanzaban un capital pendiente acumulado de $ 3,168,792,696.00.

1.155 **Resolución de Bonos del SRE:** El acuerdo de resolución elegido, considerado u otro, por los tenedores de Reclamaciones de Bonos del SRE de Resolución Permitidas y, conforme con ello y en contraprestación por eso, a (a) renunciar a sus derechos a recibir distribuciones como tenedor de reclamaciones conforme a la Clase 48 del Plan, (b) eximir y absolver al ELA y los Estados Unidos de América de cualquier Reclamación y Causa radicada

presentada, o que pueda haberse presentado, en la Acción de Expropiación del SRE y el Litigio del SRE y (c) aceptar el Plan como tenedor de una Reclamación en la Clase 49 del Plan.

1.156 **Distribución de la Resolución de Bonos del SRE:** Una distribución a tenedores de Reclamaciones de Bonos del SRE que elijan, consideren u otro, la Resolución de Bonos del SRE en un monto igual a doce con siete por ciento (12.7 %) de las Reclamaciones de Bonos del SRE acumuladas de tales tenedores, lo que incluye pagos de protección apropiada a los tenedores de Reclamaciones de Bonos del SRE conforme a esa determinada (a) Estipulación Conjunta y Orden con fecha 31 de mayo de 2017 y (b) Estipulación Conjunta con respecto a (I) la moción de determinados tenedores de reclamaciones aseguradas del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico para la protección apropiada y medidas de paralización y reserva de derechos y (II) la moción de los Deudores conforme a la Sección 301(a) de PROMESA y las Secciones 105(a), 362(a), 365 y 922 del Código de Quiebras para el dictamen de una orden que confirme la solicitud de la paralización automática, paralización de pre-solicitud de procedimientos y acciones y aplicación de protecciones contractuales con fecha 14 de julio de 2017.

1.157 **Efectivo del SRE:** El monto en Efectivo disponible a la Fecha de Entrada en Vigor que comprende (a) el Efectivo en las cuentas del SRE a la Fecha de Entrada en Vigor y (b) los ingresos de los activos del SRE transferidos al ELA conforme a las disposiciones de la Sección 2.4 del presente.

1.158 **Reclamación sin Garantía General del SRE:** Una Reclamación contra el SRE que no sea una Reclamación de Bonos del SRE.

1.159 **Fondo de GUC del SRE:** La suma de (a) cinco millones de dólares ($ 5,000,000.00) en capital original de Nuevos Bonos de OG más (b) las recuperaciones netas del Fideicomiso de Acciones de Revocación asignable a los Intereses de las Acciones de Revocación del SRE; disponiéndose, sin embargo, que, bajo ninguna circunstancia, tal monto acumulado de contraprestación, lo que incluye, de manera no taxativa, recuperaciones netas del Fideicomiso de Acciones de Revocación asignable a los Intereses de Acciones de Revocación del SRE, exceda los diez millones de dólares ($ 10,000,000.00); y disponiéndose, además, que, en el caso de que el monto acumulable del Fondo de GUC del SRE (y) exceda el monto acumulado de Reclamaciones sin Garantía General del SRE Permitidas o (z) excediese diez millones de dólares ($ 10,000,000.00) salvo por el límite de recuperación estipulado anteriormente, tal monto excedente o Intereses de Acciones de Revocación del SRE, según el caso, se reasignará, prorrateado, a beneficio de los tenedores de Reclamaciones del Centro de Convenciones/ELA Permitidas, Reclamaciones de la ACT/ELA Permitidas, Reclamaciones de la AMA/ELA Permitidas y Reclamaciones del Impuesto al Ron de la AFI/ELA Permitidas.

1.160 **Litigio del SRE:** En su conjunto, el litigio designado (a) *Junta de Supervisión y Administración Financiera para Puerto Rico, como representante del Sistema de Retiro de los Empleados del Estado Libre Asociado de Puerto Rico c. Andalusian Global Designated Activity Co., et al.*, Causas núms. 19-1699, 19-1700 (apelado del procedimiento contencioso núm. 17-00213), actualmente pendiente en el Tribunal de Apelaciones de los Estados Unidos para el Primer Circuito, (b) *Junta de Supervisión y Administración Financiera para Puerto Rico, como representante del Sistema de Retiro de los Empleados del Estado Libre Asociado de Puerto Rico,*

*et al. c. Andalusian Global Designated Activity Co., et al.*, procedimiento contencioso núm. 19-00366, actualmente pendiente en el Tribunal constituido conforme al Título III, (c) la Objeción del Comité Oficial de Acreedores sin Garantía presentada por tenedores de bonos emitidos por el Sistema de Retiro de los Empleados del Gobierno del estado Libre Asociado de Puerto Rico, con fecha 12 de marzo de 2019 [Causa núm. 17-3283-LTS, expediente electrónico de causa núm. 5580], actualmente pendiente en el Tribunal constituido conforme al Título III, (d) la Objeción del Comité Oficial de Retirados del Gobierno del Estado Libre Asociado de Puerto Rico, conforme la Sección 502 del Código de Quiebras y la Norma de Quiebra 3007, a Reclamaciones radicadas o presentadas por tenedores de Bonos del SRE contra el SRE y el ELA, con fecha 23 de abril de 2019 [núm. de expediente 6482], actualmente pendiente en el Tribunal constituido conforme al Título III, (e) *Comité Especial de Reclamaciones de la Junta de Supervisión y Administración Financiera para Puerto Rico, et al., c. Jefferies, LLC, et al.*, procedimiento contencioso núm. 19-00355, actualmente pendiente en el Tribunal constituido conforme al Título III, (f) la Objeción de la Junta de Supervisión y Administración Financiera, conforme a la Sección 502 del Código de Quiebras y la Norma de Quiebra 3007, a reclamaciones radicadas o presentadas contra el ELA por el Bank of New York Mellon, como agente fiscal (Reclamación núm. 16775), con fecha 22 de mayo 2019 [Causa núm. 17-3283-LTS, expediente electrónico de causa núm. 7075], actualmente pendiente en el Tribunal constituido conforme al Título III, (g) *Andalusian Global Designated Activity Co., et al., c. Junta de Supervisión y Administración Financiera para Puerto Rico, et al.*, causa núm. 20-1065, actualmente pendiente en el Tribunal de Apelaciones de los Estados Unidos para el Primer Circuito y (h) *Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura de Puerto Rico c. UBS Fin. Servs. Inc. of Puerto Rico*, Civ. núm. KAC-2011-1067 (803), actualmente pendiente en el Tribunal de Primera Instancia del Estado Libre Asociado de Puerto Rico, sección de San Juan.

1.161   **Reclamación de Participante del SRE:** Una Reclamación a causa de ser o haber sido un participante del SRE en cuanto a beneficios de retirados que se devengaron al 1 de julio de 2013, disponiéndose, sin embargo, que la «Reclamación de Participante del SRE» no incluya Reclamaciones mantenidas por un Participante cuya fecha de contratación fuese el 1 de enero de 2000 o posterior, con base en su participación el Sistema 2000.

1.162   **Fecha de Petición del SRE:** 21 de mayo de 2017, la fecha en que se inició la Causa radicada conforme al Título III del SRE.

1.163   **Acciones de Recuperación del SRE:** En su conjunto, los litigios designados: (a) *Comité Especial de Reclamaciones de la Junta de Supervisión y Administración Financiera para Puerto Rico, et al. c. Jefferies LLC, et al.*, procedimiento contencioso núm. 19-00355; (b) *Comité Especial de Reclamaciones de la Junta de Supervisión y Administración Financiera para Puerto Rico, et al. c. Demandado 1M, et al.*, procedimiento contencioso núm. 19-00356; (c) *Comité Especial de Reclamaciones de la Junta de Supervisión y Administración Financiera para Puerto Rico, et al. c. Stoever Glass & Co., et al.*, procedimiento contencioso núm. 19-00357; (d) *Comité Especial de Reclamaciones de la Junta de Supervisión y Administración Financiera para Puerto Rico, et al. c. Demandado 1F et al.*, procedimiento contencioso núm. 19-00358; (e) *Comité Especial de Reclamaciones de la Junta de Supervisión y Administración Financiera para Puerto Rico, et al. c. Demandado 1H et al.*, procedimiento contencioso núm. 19-00359; (f) *Comité Especial de Reclamaciones de la Junta de Supervisión y Administración Financiera para Puerto Rico, et al. c. Wells Fargo Securities, LLC et al.*, procedimiento contencioso núm. 19-00360; y

(g) *Comité Especial de Reclamaciones de la Junta de Supervisión y Administración Financiera para Puerto Rico, et al. c. Demandado 1G, et al.*, procedimiento contencioso núm. 19-00361, cada uno de los cuales está pendiente en el Tribunal constituido conforme al Título III.

1.164   **Reserva del SRE:** La reserva creada en la Fecha de Entrada en Vigor para albergar las distribuciones a realizar a beneficio de los tenedores de Reclamaciones de Bonos del SRE, a espera de la resolución del Litigio del SRE conforme a una Orden Definitiva.

1.165   **Resolución del SRE:** Esa determinada Resolución de Bonos de Fondo de Pensiones adoptada el 24 de enero de 2008, con respecto a la emisión de los Bonos del SRE.

1.166   **Acción de Expropiación del SRE:** El litigio designado *Altair Global Credit Opportunities Fund (A) LLC c. Estados Unidos*, Causa núm. 17-970C, actualmente pendiente en el Tribunal de Reclamaciones Federales de los Estados Unidos.

1.167   **Caso radicado conforme al Título III del SRE:** El caso radicado conforme al Título III en virtud de PROMESA pendiente para el SRE en el Tribunal constituido conforme al Título III, bajo el epígrafe *In re Junta de Supervisión y Administración Financiera para Puerto Rico, como representante del Sistema de Retiro de los Empleados del Estado Libre Asociado de Puerto Rico*, Causa núm. 17 3566-LTS (D.P.R.).

1.168   **Excedente en Caja**: El monto de excedente en caja real que sobrepase el Excedente del Plan Fiscal proyectado comprendido en el Plan Fiscal para el ELA certificado por la Junta de Supervisión y en vigor a la Fecha de Entrada en Vigor.

1.169   **Contrato Condicional:** Un contrato del cual uno o más de los Deudores es parte y que está sujeto a asunción, asunción y transferencia o rechazo conforme a la sección 365 del Código de Quiebras, salvo según se establezca en la Sección 311 de PROMESA.

1.170   **FGIC:** Financial Guaranty Insurance Company o su sucesor o delegado.

1.171   **Orden Definitiva:** Una orden o sentencia de un tribunal de jurisdicción competente que se ingresó en el expediente llevado por el actuario de tal tribunal y que no se ha revocado, anulado o paralizado y con respecto a la cual (a) ha caducado el período de apelación, petición de revisión o petición de nuevo proceso, presentación de nuevos alegatos o nueva vista y con respecto al cual no se encuentre pendiente ninguna apelación, petición de revisión, procedimientos de remisión u otros procesos para solicitar un nuevo proceso, presentar nuevos alegatos o nueva vista o (b) de haberse presentado una apelación, mandamiento de revisión, nuevo proceso, presentación de nuevos alegatos o nueva vista, (i) tal orden o sentencia se habrá confirmado o remitido total o parcialmente, sin procesos adicionales en remisión, por el tribunal de máxima instancia ante la cual se apeló, se haya negado la revisión o se hayan negado un nuevo proceso, la presentación de nuevos alegatos o nueva vista o que no resultó en modificaciones a tal orden y (ii) el período para realizar cualquier apelación, petición de revisión, nuevo proceso, presentación de nuevos alegatos o nueva vista adicionales haya caducado; disponiéndose, sin embargo, que la posibilidad de que pueda radicarse una moción conforme a la Norma 60 de las Normas Federales de Procedimientos Civiles, o cualquier norma análoga conforme a las Normas de Quiebra o las Normas de Quiebras Locales, con respecto a tal orden

no impedirá que tal orden sea una Orden Definitiva, salvo según dispongan las Normas Federales de Procedimiento de Apelación, las Normas de Quiebra o las Normas de Quiebra Locales.

1.172 **Inversión Inicial:** La asignación de «inversiones iniciales» recaudadas de Impuestos Pignorados de COFINA, lo que incluye, de manera no taxativa, los criterios establecidos en la Sección 16.5 del Plan de COFINA que debe cumplirse para permitir, entre otras cosas, los depósitos trimestrales de «inversiones iniciales» recaudadas de los Impuestos Pignorados de COFINA.

1.173 **Plan Fiscal:** Un «Plan Fiscal» según se define en la Sección 5(10) de PROMESA.

1.174 **Exceso del Plan Fiscal:** El monto establecido en la línea bajo el título «Excedente/Medidas Posteriores (Déficit) (excluyendo Pago de Deudas)» del Plan Fiscal para el ELA certificado por la Junta de Supervisión y en vigor a la Fecha de Entrada en Vigor.

1.175 **Rentas Fijas:** El monto anual en dólares determinado para cada año fiscal conforme a la Ley 241 de la Legislatura del ELA, aprobada el 15 de noviembre de 2018 y sus modificaciones.

1.176 **Ejercicio Fiscal:** Un año fiscal del ELA, que comienza el 1 de julio y finaliza el 30 de julio del siguiente año calendario.

1.177 **BGF:** El Banco Gubernamental de Fomento para Puerto Rico.

1.178 **Fondo General:** El fondo de operaciones principal del ELA.

1.179 **Reclamaciones sin Garantía Generales:** En su conjunto, las Reclamaciones sin Garantía Generales del ELA y las Reclamaciones sin Garantía Generales del SRE.

1.180 **Reclamación de Bonos de OG:** Una Reclamación de Bonos a causa de un Bono de OG que no sea una Reclamación de Bonos de OG (Asegurada).

1.181 **Reclamación de Bonos de OG (Asegurada):** Una Reclamación de Bonos a causa de un Bono de OG, cuyo reembolso previsto fue asegurado por una Monolínea, lo que incluye conforme a una póliza de seguros de mercado secundaria.

1.182 **Bonos de OG:** En su conjunto, los bonos de obligaciones generales emitidos por el ELA.

1.183 **Grupo de OG:** El Grupo Ad Hoc de Tenedores de Bonos de Obligaciones Generales que consiste en Aurelius Capital Management, LP y Autonomy Capital (Jersey) L.P., cada uno en representación de sí mismo o en representación de sus clientes participantes o determinados de sus fondos gestionados respectivos y, en cada caso, sus sucesores y cesionarios respectivos con respecto a cesiones realizadas conforme a los términos y condiciones del Acuerdo de Apoyo al Plan.

1.184 **Partes del Gobierno:** En su conjunto, (a) la Junta de Supervisión, como representante de los Deudores, (b) los comités y subcomités de la Junta de Supervisión, lo que

incluye, de manera no taxativa, el Comité de Reclamaciones Especiales de la Junta de Supervisión, (c) los Deudores y (d) la AAFAF.

1.185 **Reclamaciones Eximidas por el Gobierno:** En su conjunto, toda Reclamación, intimación, derecho, responsabilidad o Causa radicada de todo tipo, índole o naturaleza, en derecho o equidad, conocida o desconocida, presentada o no presentada, que cualquier Persona o cualquiera que reclame mediante esta, en su nombre o en su beneficio tenga, pueda tener o afirme tener, ahora o en el futuro, contra cualquier Parte Eximida del Gobierno derivado, relacionado o conectado con los Deudores, Reclamaciones (lo que incluye, de manera no taxativa, Reclamaciones derivadas o relacionadas con los bonos de la AEP y los Bonos de OG), las Objeciones Relacionadas con Deuda, el Litigio de la AEP y el Litigio del SRE, y que surgen antes de la Fecha de Entrada en Vigor; disponiéndose, sin embargo, que las «Reclamaciones Eximidas por el Gobierno» no incluirán ningún derecho, privilegio, Reclamación, intimación, responsabilidad o Causa radicada de ningún tipo, índole o naturaleza (a) contra (i) los Deudores (o sus sucesores, lo que incluye el ELA Reorganizado) o COFINA derivadas o relacionadas con las obligaciones de los Deudores conforme al Plan o los valores a emitir conforme al Plan o (ii) una Parte del Gobierno no relacionada con los deudores o las Reclamaciones extinguidas conforme a los términos y disposiciones del Plan, (b) derivadas o relacionadas con cualquier acción u omisión que constituye fraude intencional o mala conducta intencional o (c) cualquier Reclamación derivada o relacionada con reclamaciones o bonos emitidos por la ACT, la AMA, el CFP, la AAA, la ADCCPR y la AEE, que no sean Reclamaciones del Centro de Convenciones/ELA, Reclamaciones de la ACT/ELA, Reclamaciones de la AMA/ELA o Reclamaciones del Impuesto al Ron de AFI/ELA.

1.186 **Partes Eximidas del Gobierno:** En su conjunto, las Partes del Gobierno y los Deudores, lo que incluye toda dependencia, municipalidad, empresa pública y agencia pública del ELA junto con los miembros de sus juntas, directivos, mandantes, representantes, funcionarios, empleados, asesores y profesionales correspondientes actuales o antiguos, lo que incluye, de manera no taxativa, todo asesor y profesional contratado por las Partes del Gobierno en relación con las Causas radicadas conforme al Título III en su calidad como tales; disponiéndose, sin embargo, que, sin perjuicio de lo que antecede, «Exenciones del Gobierno» no incluirá a la ACT, la AMA, el CFP, la AAA, la ADCCPR y la AEE únicamente con respecto a cualquier Reclamación o bono emitido por tales Entidades que no sean Reclamaciones del Centro de Convenciones/ELA, Reclamaciones de la ACT/ELA, Reclamaciones de la AMA/ELA y Reclamaciones del Impuesto al Ron de AFI/ELA.

1.187 **Reclamación Gracia Gracia:** Una Reclamación de un miembro de la clase de propietarios de vehículos que haya comprado seguro privado después de pagar la prima de seguros obligatoria, certificada en la Acción del ELA Gracia Gracia y la Acción Federal Gracia Gracia.

1.188 **Acción del ELA Gracia Gracia:** El litigio designado *García Rubiera, et al. c. Asociación de Suscripción Conjunta del Seguro de Responsabilidad Obligatorio, et al.*, número civil: KDP2001-1441(801), actualmente pendiente en el Tribunal de Primera Instancia de Puerto Rico.

1.189 **Acción Federal Gracia Gracia:** El litigio designado *García Rubiera, et al. c. Fortuño, et al.*, Causa núm. 02-1179-GAG, actualmente pendiente en el Tribunal del Distrito de los Estados Unidos del Distrito de Puerto Rico.

1.190 **Resolución Gracia Gracia:** En su conjunto, la resolución pactada y aprobada en (a) la Acción del ELA Gracia Gracia conforme a esa determinada moción conjunta en acuerdo parcial y estipulación, con fecha 29 de marzo de 2016, según se aprobó conforme a esa determinada Sentencia Parcial, con fecha 8 de julio de 2016 y (b) la Acción Federal Gracia Gracia conforme a esa determinada Estipulación para Interdicto Permanente, con fecha 29 de febrero de 2016, según se aprobó conforme a esa determinada Sentencia, con fecha 1 de marzo de 2016.

1.191 **Préstamo de Helicóptero de la ASG:** El préstamo concedido conforme a ese determinado Acuerdo de Crédito, con fecha 26 de diciembre de 2013, entre la Administración de Servicios Generales del ELA y Scotiabank de Puerto Rico que, a la Fecha de Petición del ELA, tenía un capital pendiente de aproximadamente treinta y tres millones doscientos setenta mil cuatrocientos cincuenta y un dólares ($ 33,270,451.00).

1.192 **ACT:** La Autoridad de Carreteras y Transportación de Puerto Rico.

1.193 **Causa radicada conforme al Título III de la ACT:** La Causa radicada conforme al Título III en virtud de PROMESA pendiente en el Tribunal constituido conforme al Título III, bajo el epígrafe *In re Junta de Supervisión y Administración Financiera para Puerto Rico, como representante de la Autoridad de Carreteras y Transportación de Puerto Rico*, Causa núm. 17-3567-LTS (D.P.R.).

1.194 **Acreedores del Acuerdo de Apoyo al Plan Iniciales:** En su conjunto, aquellos Acreedores del Acuerdo de Apoyo al Plan que celebraron el Acuerdo de Apoyo al Plan en o antes del 9 de febrero de 2020.

1.195 **Acciones de Invalidez:** En su conjunto, los procedimientos contenciosos que impugnan la validez de determinados Bonos de OG, Bonos de la AEP y notas de bonos anticipados de la AFI enumerados en el Anexo «C» adjunto al presente.

1.196 **CTI:** El Código Tributario Interno de los Estados Unidos de 1986 y sus ocasionales modificaciones.

1.197 **SII:** El Servicio de Impuestos Internos, una agencia del Departamento del Tesoro de los Estados Unidos.

1.198 **Contrato de Litisconsorcio:** Ese determinado Contrato de Litisconsorcio adjunto como Anexo «F» al Acuerdo de Apoyo al Plan conforme al cual determinados tenedores de Bonos de OG, Bonos de la AEP y notas de bonos anticipados de la AFI pueden convertirse en Acreedores de la AEP.

1.199 **Acreedores del Litisconsorcio:** En su conjunto, aquellos Acreedores del Acuerdo de Apoyo al Plan que celebraron y otorgaron el Contrato de Litisconsorcio o el Contrato Anexo antes de la Fecha Límite del Litisconsorcio.

1.200    **Fecha Límite del Litisconsorcio:** El 28 de febrero de 2020 a las 11:59 p.m., hora de Nueva York o aquella fecha y hora posterior que convenga la Junta de Supervisión y los Acreedores del Acuerdo de Apoyo al Plan Iniciales.

1.201    **SRJ:** Sistema de Retiro para la Judicatura.

1.202    **Reclamación de Participante del SRJ:** Una Reclamación a causa de ser o haber sido un Participante del SRJ para (a) beneficios de pensionado devengados al 3 de mayo de 2017 y (b) cualquier otro beneficio de pensionado adicional en el SRJ que tal Participante tendría derecho a recibir cuando el Participante se retire.

1.203    **CDCL:** La Coalición de Deuda Constitucional Legítima que consiste en Aristeia Capital, LLC, Farmstead Capital Management, FCO Advisors LP, GoldenTree Asset Management LP, Marble Ridge Capital, Monarch Alternative Capital LP, Taconic Capital Advisors L.P., y Whitebox Advisors L.L.C., cada uno en representación de sí mismo o determinados de sus fondos gestionados respectivos y, en cada caso, sus sucesores y cesionarios respectivos con respecto a cesiones realizadas conforme a los términos y condiciones del Acuerdo de Apoyo al Plan.

1.204    **Gravamen:** Cualquier cargo contra o interés en bienes para garantizar el pago de una deuda o el cumplimiento de una obligación.

1.205    **Acciones de Impugnación de Gravamen:** En su conjunto, los procedimientos contenciosos enumerados en el Anexo «D» adjunto al presente.

1.206    **Lista de Acreedores:** La Lista de Acreedores (junto con todos los resúmenes, notas y programas) adjunta como Anexo a la (a) *Notice of Filing of Creditor List for the Commonwealth of Puerto Rico* (Notificación de Radicación de Lista de Acreedores para el ELA de Puerto Rico) presentada en la Causa radicada conforme al Título III del ELA [Causa núm. 17-3283-LTS, expediente electrónico de causa núm. 1215], (b) *Notice of Filing of Creditor List for the Employees Retirement System of the Government of the Commonwealth of Puerto Rico* (Notificación de Radicación de Lista de Acreedores para Sistema de Retiro de los Empleados del Gobierno del ELA de Puerto Rico) presentada en la Causa radicada conforme al Título III del SRE [Causa núm. 17-3566-LTS, expediente electrónico de causa núm. 207] y (c) *Notice of Filing of Creditor List for The Puerto Rico Public Buildings Authority* (Notificación de Radicación de Lista de Acreedores para la Autoridad de Edificios Públicos de Puerto Rico) presentada en la Causa radicada conforme al Título III de la AEP [Causa núm. 19-5523-LTS, expediente electrónico de causa núm. 34] conforme a las secciones 924 y 925 del Código de Quiebras, y las modificaciones, replanteamientos, complementos u otros cambios realizados o que puedan realizarse a las listas, resúmenes, notas o programas por parte de los Deudores.

1.207    **Normas de Quiebra Locales:** Las Normas de Quiebra Locales del Tribunal de Quiebras de los Estados Unidos para el Distrito de Puerto Rico y, en la medida que sea aplicable a la Causa radicada conforme al Título III; las Normas del Tribunal del Distrito para el Distrito de Puerto Rico y todas sus modificaciones ocasionales.

1.208 **Servicio de la Deuda Anual Máximo:** El servicio de la deuda programado anual máximo (lo que incluye pagos de capital e intereses vencidos y pagaderos a bonos que generan interés vigente y, en el caso de los bonos de apreciación de capital o instrumentos similares, el valor al vencimiento debido y pagadero sobre dichos instrumentos) para cualquier año fiscal sobre Deuda con Garantía Impositiva Neta; disponiéndose, sin embargo, que, en el caso de la tasa de Deuda variable, el cálculo asumirá que tal Deuda genera interés a la tasa anual máxima permitida por ley; y disponiéndose, además que, en la medida en que ninguna disposición o aclaración aumente el Tope Global, lo que incluye el sublímite de deuda garantizadas y/o titularizadas sobre los niveles establecidos en la Sección 57.4 del presente, la Política de Gestión de la Deuda puede establecer disposiciones o aclaraciones adicionales con respecto al cálculo del Servicio de la Deuda Anual Máximo.

1.209 **Monto de Elección de Bonos Imponible Máximo:** El monto de Nuevos Bonos de OG necesarios previa consulta con el asesor fiscal de la Sección 103 y la determinación del Servicio de Impuestos Internos, a ser emitido como no exento para fines de impuesto sobre ingresos federal.

1.210 **Bonos para Medicina:** El bono, de haberlo, pagadero a los empleados actuales, antiguos, activos, inactivos y discapacitados del ELA, sus agencias y dependencias conforme a la Ley núm. 155-2003, codificada en 3 L.P.R.A. §757j, según la modifique la Ley núm. 3-2013, 3 L.P.R.A. §761.

1.211 **Beneficio de Seguro Médico:** La asignación mensual de cien dólares ($ 100.00) proporcionada a todos los Participantes del SRM, SRJ y SRE elegibles pre-Ley núm. 3-2013 que tienen una póliza de seguro de salud aprobada por el gobierno, cuya asignación se paga directamente a la compañía de seguros.

1.212 **Monolíneas:** En su conjunto, Ambac, Assured, FGIC, National y Syncora, como aseguradoras de Bonos de OG, Bonos de la AEP u otras Reclamaciones o valores emitidos por los Deudores, según corresponda.

1.213 **Pensión Base Mensual:** El monto del pago de pensión mensual realizado, o a realizar, a un Participante, pero que excluye de manera expresa todo otro beneficio, lo que incluye, de manera no taxativa, la Bonificación de Navidad, la Bonificación de Verano, la Bonificación para Medicina y el Beneficio de Seguro Médico.

1.214 **Modificación de Beneficios Mensuales:** La modificación, que comienza en la Fecha de Reducción de Beneficios, de los pagos de beneficios de retiro mensuales que excedan el umbral según figura a continuación: (a) al reducir la Bonificación de Navidad Mensual hasta que se alcance el umbral o hasta que se alcance el Porcentaje de Reducción, o se elimine por completo la Bonificación de Navidad Mensual, lo que suceda primero al momento en que los Beneficios Mensuales Totales del Participante se reducen, (b) en el caso de que los Beneficios Mensuales Totales del Participante sigan excediendo el umbral y no se alcance el Porcentaje de Reducción después de eliminar la Bonificación de Navidad Mensual, al reducir la Bonificación de Verano Mensual hasta que se alcance el umbral o hasta que se alcance el Porcentaje de Reducción, o se elimine por completo la Bonificación de Verano, lo que suceda primero al momento en que los Beneficios Mensuales Totales del Participante se reducen, (c) en el caso de

que los Beneficios Mensuales Totales del Participante sigan excediendo el umbral y no se alcance el Porcentaje de Reducción después de eliminar la Bonificación de Navidad Mensual y la Bonificación de Verano Mensual, al reducir la Bonificación para Medicina Mensual hasta que se alcance el umbral o hasta que se alcance el Porcentaje de Reducción, o se elimine por completo la Bonificación para Medicina, lo que suceda primero al momento en que los Beneficios Mensuales Totales del Participante se reducen y (d) en el caso de que los Beneficios Mensuales Totales del Participante sigan excediendo el umbral y no se alcance el Porcentaje de Reducción después de eliminar la Bonificación de Navidad Mensual, la Bonificación de Verano Mensual y la Bonificación para Medicina Mensual, al reducir la Pensión Base Mensual hasta que se alcance el Porcentaje de Reducción; disponiéndose, sin embargo, que la aplicación del Porcentaje de Reducción restante a la Pensión Base Mensual no reduzca el Beneficio Mensual Total del Participante por debajo del umbral y disponiéndose, además, que (i) los ajustes al Seguro Social y su recepción y (ii) los Beneficios Médicos Mensuales quedarán excluidos del cálculo que precede; y disponiéndose, además, que, sin perjuicio de lo que se establezca en el presente en contrario, los beneficios de pensión acumulados generados por los Participantes a partir del 4 de mayo de 2017 y posteriormente, no estarán sujetos a reducción.

1.215 **Bonificación de Navidad Mensual:** El monto igual a un doceavo (1/12) de la Bonificación de Navidad anual, de haberla.

1.216 **Bonificación para Medicina Mensual:** El monto igual a un doceavo (1/12) de la Bonificación para Medicina anual, de haberla.

1.217 **Bonificación de Verano Mensual:** El monto igual a un doceavo (1/12) de la Bonificación de Verano anual, de haberla.

1.218 **National:** National Public Finance Guarantee Corporation o su sucesor o delegado.

1.219 **Deuda con Garantía Impositiva Neta:** Cualquier Deuda con Garantía Impositiva, lo que excluye cualquier (a) Deuda garantizada por la fe y crédito y poder impositivo del ELA no pagadera de o garantizada por los Ingresos de la Política de Deuda que requieren su pago continuo a partir de los Ingresos de la Política de Deuda, en la medida en que no se haga uso de la garantía del ELA durante los cinco (5) ejercicios fiscales completados más recientemente y (b) Deuda refinanciada mediante los ingresos de la emisión de pagarés o bonos propuesta.

1.220 **Nuevos Bonos de OG:** En su conjunto, los bonos de obligaciones generales, para cuyo pago el ELA ha pignorado su fe y crédito y poder impositivo conforme a la Constitución de Puerto Rico y la ley aplicable de Puerto Rico, a emitirse en la Fecha de Entrada en Vigor por parte del ELA conforme a los términos y condiciones del Plan, la Orden de Confirmación, la Escritura de Nuevos Bonos de OG y, en la medida en que se promulgue, la Legislación de Nuevos Bonos de OG, lo que incluye, de manera no taxativa, cualquier bono de refinanciamiento que pueda emitirse conforme a la Escritura de Nuevos Bonos de OG y la Legislación de los Nuevos Bonos de OG.

1.221 **Escritura de Nuevos Bonos de OG:** La escritura a celebrarse y otorgarse en o antes de la Fecha de Entrada en Vigor conforme a lo cual el ELA emitirá los Nuevos Bonos de OG y que incluye todos los términos y disposiciones relacionados a estos, según se modifique, complemente o cambie ocasionalmente conforme a sus términos y condiciones.

1.222 **Legislación de Nuevos Bonos de OG:** La legislación a promulgarse en o antes de la Fecha de Entrada en Vigor que autoriza determinadas transacciones contempladas por, y que son coherentes con, el Plan, lo que incluye, de manera no taxativa, legislación que autoriza la emisión de los Nuevos Bonos de OG y la incorporación de cualquier otro término establecido en la Sección 57.1 del presente y la Ley de Responsabilidad en la Emisión de Deuda.

1.223 **Síndico de Nuevos Bonos de OG:** El fideicomisario o fideicomisario sustituto, según el caso, designado conforme a los términos y condiciones de la Escritura de Nuevos Bonos de OG.

1.224 **Nuevos Bonos de Refinanciamiento de OG:** Los valores que pueda emitir el ELA reorganizado a partir de la Fecha de Entrada en Vigor, con el fin de refinanciar, total o parcialmente, los Nuevos Bonos de OG o valores previamente emitidos para refinanciar los Nuevos Bonos de OG, disponiéndose que (a) la fecha de vencimiento final de tales valores de refinanciamiento no sea posterior a treinta (30) años desde la fecha de vencimiento final establecida original de los Nuevos Bonos de OG y (b) al emitir tales valores, el servicio de la deuda anual pagadero en el entonces actual año fiscal y cada año fiscal futuro con respecto a todos los Nuevos Bonos de OG y Nuevos Bonos de OG de Refinanciamiento pendientes después de la emisión de los Nuevos Bonos de OG de Refinanciamiento será igual o menor que el servicio de la deuda anual pagadero en el entonces actual año fiscal y cada año fiscal posterior hasta el año fiscal 2039, respectivamente, con respecto a todos los Nuevos Bonos de OG y Nuevos Bonos de OG de Refinanciamiento pendientes antes de tal emisión.

1.225 **Tenedores de Bonos del SRE que no aceptan la Resolución:** En su conjunto, los tenedores de Reclamaciones de Bonos del SRE que eligen no participar en la resolución, de haberla, aplicable a sus Reclamaciones.

1.226 **Reclamación de Empleados de Desarrollo Normal:** Una Reclamación de un empleado de los Deudores relacionada a asuntos de desarrollo normal del empleo, lo que incluye, de manera no taxativa, una Reclamación relacionada al cese de la relación laboral, pago de feriados, vacaciones, licencia por enfermedad, pagos de atrasos u otras Reclamaciones similares, disponiéndose, sin embargo, que «Reclamación de Empleados de Desarrollo Normal» no incluirá Reclamaciones relacionadas a beneficios para pensionados.

1.227 **Pendiente:** Deuda que (i) no se ha pagado en su totalidad conforme a sus términos o (ii) no se ha anulado legalmente conforme a los requisitos de anulación establecidos en los documentos de emisión definitiva aplicables.

1.228 **Junta de Supervisión:** La Junta de Supervisión y Administración Financiera para Puerto Rico establecida conforme a la Sección 101 de PROMESA, como representante de los Deudores en sus Causas radicadas conforme al Título III correspondientes en virtud de la Sección 315(b) de PROMESA.

1.229    **Participante:** Un empleado actual, antiguo, activo, inactivo o discapacitado del ELA y sus agencias y dependencias, que posee una reclamación devengada para uno o más beneficios de retiro a causa de ser o haber sido un participante del SRE, SRJ o SRM, junto con sus beneficiarios, de haberlos.

1.230    **PayGo:** La pensión prepaga creada conforme a la Ley 106 de 2017.

1.231    **AEP:** La Autoridad de Edificios Públicos de Puerto Rico.

1.232    **Reclamación de Gastos Administrativos de la AEP:** La Reclamación de la AEP contra el ELA con respecto al uso y ocupación del ELA de Bienes de la AEP durante el período desde el inicio de la Causa radicada conforme al Título III del ELA hasta la Fecha de Entrada en Vigor inclusive.

1.233    **Reclamaciones de Bonos de la AEP:** En su conjunto, las Reclamaciones contra la AEP derivadas o relacionadas con los Bonos de la AEP, lo que incluye las Reclamaciones de Bonos de ELA Antiguos, las Reclamaciones de Bonos de ELA Antiguos (Aseguradas), las Reclamaciones de Bonos de la AEP 2011, las Reclamaciones de Bonos de la AEP 2012 y las Reclamaciones de Bonos de la AEP de Inversión.

1.234    **Distribución de Bonos de la AEP:** La distribución de Efectivo a tenedores de Reclamaciones de Bonos de la AEP Permitidas en un monto igual a la Reclamación de Gastos Administrativos de la AEP Permitida.

1.235    **Bonos de la AEP:** En su conjunto, los Bonos de la AEP 2011, los Bonos de la AEP 2012 y los Bonos de la AEP Antiguos.

1.236    **Efectivo de la AEP:** Mil setenta y tres millones de dólares ($ 1,073,000,000.00), el monto que pagó el ELA con relación a la conciliación y resolución de la Reclamación de Gastos Administrativos de la AEP Permitida.

1.237    **Reclamación con Garantía Prendaria de la ARD/AEP:** En su conjunto, los préstamos supuestamente realizados por el BGF a la AEP que, a la Fecha de Petición de la AEP, alcanzaban un capital pendiente de sesenta y seis millones doscientos veintidós mil veintiocho dólares ($ 66,222,028.00), cuyo reembolso se declara está garantizado por los ingresos de la venta o disposición de determinados Bienes de la AEP y subordinado a todos los derechos y recuperaciones con respecto a los Bonos de la AEP.

1.238    **Reclamación sin Garantía de la ARD/AEP:** En su conjunto, los préstamos subordinados supuestamente realizados por el BGF a la AEP que, a la Fecha de Petición de la AEP, alcanzaban un capital pendiente de ciento treinta y cuatro millones trescientos cincuenta y siete mil cuatrocientos noventa y ocho dólares ($ 134,357,498.00).

1.239    **Reclamación sin Garantía General de la AEP:** Una Reclamación contra la AEP que no sea una Reclamación de Bonos de la AEP, una Reclamación de Bonos de la AEP (Asegurada), una Reclamación de Bonos sin Garantía Prendaria de la AEP/ARD y una Reclamación de Bonos sin Garantía de la AEP/ARD, pero que incluye Reclamaciones de Empleados de Desarrollo Normal contra la AEP.

1.240 **Litigio de la AEP:** El procedimiento contencioso designado <u>Junta de Supervisión y Administración Financiera para Puerto Rico c. Autoridad de Edificios Públicos de Puerto Rico</u>, procedimiento contencioso núm. 18-00149, actualmente pendiente en el Tribunal constituido conforme al Título III.

1.241 **Fecha de Petición de la AEP:** 27 de septiembre de 2019, la fecha en que se inició la Causa radicada conforme al Título III de la AEP.

1.242 **Bienes de la AEP:** Todos los bienes sobre los cuales la AEP actualmente tiene algún derecho, título o interés, lo que incluye, de manera no taxativa, los edificios y otras instalaciones que son propiedad de la AEP o que esta arrienda.

1.243 **Causa radicada conforma al Título III de la AEP:** La Causa radicada conforme al Título III en virtud de PROMESA pendiente en el Tribunal constituido conforme al Título III, con el epígrafe <u>*In re* Junta de Supervisión y Administración Financiera para Puerto Rico, como representante de la Autoridad de Edificios Públicos de Puerto Rico</u>, Causa núm. 19-5523-LTS (D.P.R.).

1.244 **Escritura de Fideicomiso de la Reserva de Pensiones:** La escritura de fideicomiso a celebrar y otorgar en o después de la Fecha de Entrada en Vigor, razonablemente aceptable para el Gobierno de Puerto Rico, el Comité de Pensionados y la parte de organizaciones de trabajo para planificar acuerdos de apoyo al Plan, sustancialmente en la forma que se incluye en el Complemento del Plan, que dispone, entre otras cosas, la creación del Fideicomiso de Reserva de Pensiones y que dispone los términos de depósito y extracción de fondos en el Fideicomiso de Reserva de Pensiones a beneficio de los pensionados.

1.245 **Fideicomiso de la Reserva de Pensiones:** El fideicomiso de reserva a crear conforme a los términos y condiciones del Artículo LXV del presente, dicho fideicomiso de reserva se utilizará para pagar las obligaciones de pensiones del ELA conforme a la Ley 106.

1.246 **Persona:** Una persona natural, una sociedad colectiva, una sociedad limitada, una sociedad, una sociedad de responsabilidad limitada, una asociación de responsabilidad limitada, una cooperativa, un fideicomiso, una organización no constituida, una asociación, una sociedad por acciones, una empresa conjunta, un patrimonio, un gobierno o una agencia o subdivisión política de este, o cualquier otra forma de persona jurídica.

1.247 **CFP:** La Corporación para el Financiamiento Público de Puerto Rico.

1.248 **Plan:** El presente Plan de Ajuste Conjunto Enmendado Elaborado Conforme al Título III del Estado Libre Asociado de Puerto Rico, *et al*., lo que incluye, de manera no taxativa, los anexos y programas adjuntos al presente, según se modifique, complemente o cambie ocasionalmente conforme a las disposiciones de PROMESA, el Código de Quiebras y los términos del presente.

1.249 **Complemento del Plan:** Un volumen separado, a radicarse con el Actuario del Tribunal constituido conforme al Título III, lo que incluye, entre otros documentos, formularios de los Nuevos Bonos de OG y los Bonos de Gravamen COFINA Subordinados (Junior) y, si no

se promulgó antes, el proyecto de la Legislación de los Nuevos Bonos de OG y la Legislación de los Bonos de Gravamen COFINA Subordinados (Junior), respectivamente, que, en cada caso, tendrán la forma y contenido razonablemente satisfactoria para la AAFAF, el Grupo de Deuda Constitucional, el Grupo de OG, la CDCL y el Grupo QTCB. El Complemento del Plan (que contiene versiones en borrador o finales de los documentos que anteceden) se radicará con el Actuario del Tribunal constituido conforme al Título III en cuanto sea posible (pero en ningún caso más de siete (7) días) antes de la Fecha de Elección, o en la fecha que establezca el Tribunal constituido conforme al Título III. El Complemento del Plan se considerará incorporado al Plan y parte de este como si estuviese contenido en el presente en su totalidad.

1.250 **Acuerdo de Apoyo al Plan:** Ese determinado Acuerdo de Apoyo al Plan, con fecha 9 de febrero de 2020, entre la Junta de Supervisión y los Acreedores del Acuerdo de Apoyo al Plan, según se modifique, complemente o cambie ocasionalmente conforme a sus términos.

1.251 **APA:** Autoridad del Puerto de las Américas .

1.252 **AAA:** La Autoridad de Acueductos y Alcantarillados de Puerto Rico.

1.253 **ADCCPR:** La Autoridad del Distrito del Centro de Convenciones de Puerto Rico.

1.254 **AEE:** La Autoridad de Energía Eléctrica de Puerto Rico.

1.255 **AFI:** La Autoridad para el Financiamiento de la Infraestructura de Puerto Rico.

1.256 **Notas de Bonos Anticipados de la AFI:** En su conjunto, las Notas de Bonos Anticipados de la AFI, Serie 2015, emitidas conforme a ese determinado Contrato de Fideicomiso con fecha marzo de 2015, entre la AFI y Bank of New York Mellon como fideicomisario.

1.257 **Litigio de Notas de Bonos Anticipados de la AFI:** El litigio designado Junta de Supervisión y Administración Financiera para Puerto Rico c. The Bank of New York Mellon, *et al.*, procedimiento contencioso núm. 19-AP-269-LTS, actualmente pendiente en el Tribunal constituido conforme al Título III.

1.258 **Profesional:** Una Entidad (a) a compensar por servicios proporcionados antes o en la Fecha de Entrada en Vigor conforme a las Secciones 316 y 317 de PROMESA y (i) empleada en las Causas radicadas conforme al Título III por las Partes del Gobierno (a entera discreción de las Partes del Gobierno) o (iii) empleada en las Causas radicadas conforme al Título III por la Junta de Supervisión (a entera discreción de la Junta de Supervisión) o (b) para la cual se Concedió compensación y reembolso por parte del Tribunal constituido conforme al Título III conforme a la sección 503(b)4 del Código de Quiebras.

1.259 **Reclamación Profesional:** Una Reclamación de un Profesional que procura, por parte del Tribunal constituido conforme al Título III, un laudo de compensación por los servicios realizados o el reembolso de los gastos realizados hasta la Fecha de Confirmación inclusive conforme a las Secciones 316 y 317 de PROMESA.

1.260   **PROMESA:** La Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico, ley de derecho público núm. 114-187, 130 Stat. 549 (2016), 48 del Código de los Estados Unidos § 2101 y siguientes, y sus cambios y modificaciones.

1.261   **Participación a Prorrata:** Con respecto a las Reclamaciones Permitidas (a) entre y dentro las Clases dentro de la misma Categoría de Recuperación de Bonos establecidas en el Anexo «L» adjunto al presente, la proporción de una Reclamación Permitida con respecto a la suma de todas las Reclamaciones Permitidas dentro de tal Clase (o dentro de todas las Clases dentro de tal Categoría de Recuperación de Bonos, según corresponda), tomando en cuenta, y reduciendo considerando, el interés no pagadero sobre este a la Fecha de Petición del ELA o la Fecha de Petición de la AEP, según el caso, con respecto a los bonos individuales dentro de tal Clase y (b) entre más de una Clase, pero no dentro de la misma Categoría de Recuperación de Bonos, la proporción que reciben de las Reclamaciones Permitidas dentro de tal Clase de Reclamaciones en contraprestación a la suma de contraprestación recibidas por todas las Reclamaciones dentro de las Clases aplicables.

1.262   **Acreedores del Acuerdo de Apoyo al Plan:** En su conjunto, las partes del Acuerdo de Apoyo al Plan, que no sean Partes del Gobierno.

1.263   **Acreedores con Tasa de Restricción del Acuerdo de Apoyo al Plan:** En su conjunto, los Acreedores del Acuerdo de Apoyo al Plan Iniciales y los Acreedores del Litisconsorcio que ejecutan el Acuerdo de Apoyo al Plan, el Contrato de Litisconsorcio o el Contrato Anexo a o antes de la Obtención del Umbral del Acuerdo de Apoyo al Plan.

1.264   **Período de Tasas de Restricción del Acuerdo de Apoyo al Plan:** El período desde el 9 de febrero de 2020 hasta el que ocurra antes de (a) la Obtención del Umbral del Acuerdo de Apoyo al Plan o (b) la Fecha Límite del Litisconsorcio, inclusive.

1.265   **Tasas de Restricción del Acuerdo de Apoyo al Plan:** En su conjunto, los montos pagaderos, en Efectivo, a la Fecha de Entrada en Vigor a los Acreedores con Tarifa de Restricción del Acuerdo de Apoyo al Plan conforme a los términos y condiciones del Acuerdo de Apoyo al Plan, la Sección 3.5 del presente y la Orden de Confirmación, dichas tasas, acumuladas, no excederán los trescientos cincuenta millones de dólares ($ 350,000,000.00) menos tal monto que sea pagadero a causa de los Costos de Perfeccionamiento; disponiéndose, sin embargo, que, sin perjuicio de lo que antecede, conforme a las disposiciones de la Sección 3.6 del presente, tal monto acumulado pueda aumentarse a causa de la Devolución de Tasas de Apoyo de Inversión, distribuyéndose tal monto adicional conforme a las disposiciones de la Sección 3.6 del presente.

1.266   **Obtención del Umbral del Acuerdo de Apoyo al Plan:** La fecha y hora en las que los Acreedores con Tasa de Restricción del Acuerdo de Apoyo al Plan posean o tengan autoridad y responsabilidad de gestión de inversión debida con respecto a fondos o cuentas que poseen setenta por ciento (70 %) del monto acumulado de las Reclamaciones de Bonos del ELA, Reclamaciones de Bonos de la AEP y Reclamaciones de Bonos de Garantía del ELA (sin duplicados y en la medida en que tales reclamaciones son Reclamaciones de Bonos del ELA (Aseguradas) o Reclamaciones de Bonos de Garantía del ELA (Aseguradas), únicamente en la

medida en que un Acreedor del ELA esté autorizado a votar con respecto a tal reclamación conforme a los documentos de seguro definitivos y la ley aplicable).

1.267 **Inversor de Puerto Rico:** Un tenedor de una Reclamación de Bonos del ELA, una Reclamación de Bonos de la AEP o una Reclamación de Bonos de Garantía del ELA que pertenece, o es propiedad total o cuyo único beneficiario es una o más personas físicas y residente/s del Estado Libre Asociado de Puerto Rico con fines de pago de impuesto sobre ingresos personales de Puerto Rico (según lo determina la Junta de Supervisión a su entera y absoluta discreción).

1.268 **Grupo QTCB:** El Grupo Tenedores de Notas QTCB que consiste en Canyon Capital Advisors LLC, Sculptor Capital LP y Davidson Kempner Capital Management LP, cada uno en representación de sí mismo o en representación de sus clientes participantes o alguno de sus fondos gestionados respectivos y, en cada caso, sus sucesores y cesionarios respectivos con respecto a cesiones realizadas conforme a los términos y condiciones del Acuerdo de Apoyo al Plan.

1.269 **Porcentaje de Reducción:** El menor de (a) (i) el menor de ocho con cinco por ciento (8.5 %) del Beneficio Mensual Total o (ii) la reducción del Beneficio Mensual Total a mil doscientos dólares ($ 1,200.00) por mes y (b) veinticinco por ciento (25 %) de la diferencia del Beneficio Mensual Total más el beneficio de Seguro Médico Mensual, de haberlo, menos (A) mil dólares ($ 1,000.00) para los Participantes sin beneficios de Seguro Social o (B) seiscientos dólares ($ 600.00) por mes para los Participantes con beneficios de Seguro Social; disponiéndose, sin embargo, que, en el caso de que cualquiera de las Clases 36A a 36D rechacen el Plan, el «Porcentaje de Reducción» para tal Clase rechazante será diez por ciento (10.0 %) del Beneficio Mensual Total; y disponiéndose, además, que, para todo fin de cálculo y hasta que se proporcione la información financiera certificada posterior al 1 de julio de 2016, se usarán la pensión del Participante y otra información de beneficios al 1 de julio de 2016 para calcular los beneficios conforme al Plan.

1.270 **Personas Relacionadas:** Con respecto a cualquier Entidad (lo que incluye, para evitar dudas, el ELA y las Partes del Gobierno), sus predecesores, sucesores y cesionarios (de pleno derecho o de otra forma) y sus Filiales actuales y pasadas respectivas y los empleados, gerentes, oficiales designados o electos, directores, funcionarios, directivos, mandantes, miembros, accionistas (sean sus participaciones directas o indirectas), socios, asesores financieros, abogados, contadores, consultores, agentes y profesionales (lo que incluye, de manera no taxativa, todo Profesional contratado por los Deudores y la AAFAF) actuales o pasados u otros representantes, apoderados o gestores de inversión de tal Entidad o sus Filiales actuales y pasadas respectivas, cada uno actuando en tal calidad, y cualquier Entidad que realice una reclamación mediante cualquier de ellos (lo que incluye sus funcionarios, directivos, gerentes, accionistas, socios, empleados, miembros y profesionales respectivos), cada uno en su calidad respectiva.

1.271 **Reclamaciones Eximidas:** En su conjunto, (a) con respecto a aquellas Entidades parte del Acuerdo de Apoyo al Plan, Reclamaciones y Causas radicadas eximidas según el presente y conforme al Acuerdo de Apoyo al Plan, (b) Reclamaciones y Causas radicadas derivadas o relacionadas con o que fueron o pueden haber sido presentadas contra los Deudores

o sus Activos en las Causas radicadas conforme al Título III, (c) Reclamaciones y Causas radicadas que fueron o pueden haber sido presentadas por Deudores (con respecto a las exenciones presentadas por los Deudores) y por los Acreedores o las Partes del Gobierno con respecto a Reclamaciones que tiene contra las Partes Eximidas (con respecto a las exenciones de las Partes que Eximen) y (d) Reclamaciones que de otro modo surgen o se relacionan con las Causas radicadas conforme al Título III, el Plan, el Acuerdo de Apoyo al Plan, el Acuerdo de Apoyo al Plan del Comité de Pensionados, el Acuerdo de Apoyo al Plan de AFSCME y las conciliaciones establecidas en el presente, lo que incluye, de manera no taxativa, con relación o en conexión a cualquiera de las Partes del Gobierno y sus subsidiarias, activos, obligaciones, operaciones o bienes respectivos; _disponiéndose, sin embargo_, que, «Reclamaciones Eximidas» no pretenda incluir, ni tendrá el efecto de incluir, Reclamaciones o Causas radicadas no relacionadas con los Deudores ni Reclamaciones o Causas radicadas por negligencia grave, mala conducta intencional o fraude intencional declarado, o que podría haberse declarado, si está expresado contractual o extracontractualmente y, _disponiéndose, además_, que, «Reclamaciones Eximidas» no pretenda eximir, ni tendrá el efecto de eximir, a cualquier parte de cumplir con sus obligaciones conforme a la Orden de Confirmación o el Plan, lo que incluye, de manera no taxativa, el cumplimiento de obligaciones derivadas o relacionadas con Nuevos Bonos de OG, los Nuevos Bonos de Refinanciamiento, los Bonos de Gravamen COFINA Subordinados (Junior) o bajo cualquier póliza de seguro o documentos relacionados emitidos por una Monolínea.

1.272 **Partes Eximidas:** En su conjunto, únicamente en la medida prevista en el Plan, (a) las Partes del Gobierno, (b) los Acreedores del Acuerdo de Apoyo al Plan, (c) el Comité de Pensionados, (d) AFSCME y (e) con respecto a las cláusulas anteriores (a) a (d), cada una de sus respectivas Personas Relacionadas.

1.273 **Partes que Eximen:** En su conjunto, únicamente en la medida prevista en el Plan, (a) todos los tenedores de Reclamaciones contra los Deudores o sus Activos; (b) las Afiliadas actuales y anteriores de tales tenedores y (c) con respecto a las cláusulas anteriores (a) y (b), cada una de las Personas Relacionadas actuales y anteriores a cada una de tales Entidades.

1.274 **Estado Libre Asociado Reorganizado:** El Estado Libre Asociado, a partir de la Fecha de Entrada en Vigor.

1.275 **Deudores Reorganizados:** Los Deudores, a partir de la Fecha de Entrada en Vigor.

1.276 **Estatutos de los Deudores Reorganizados:** Los estatutos de los Deudores, en la medida que proceda.

1.277 **Porcentaje de Tasa de Restricción:** El porcentaje igual a (x) trescientos cincuenta millones de dólares ($ 350,000,000.00) _menos_ los montos pagaderos a cuenta de los Costos de Perfeccionamiento _divididos_ entre (y) el monto acumulado de Reclamaciones de Bonos del ELA, Reclamaciones de Bonos de la AEP y Reclamaciones de Bonos de Garantía del ELA (sin duplicados y, en la medida en que tales Reclamaciones estén aseguradas por Monolínea, únicamente en la medida en que un Acreedor de la Tasa de Restricción del Acuerdo de Apoyo al Plan esté autorizado a votar cualquier Reclamación conforme a los documentos de

seguro definitivos y la ley aplicable) mantenidas por los Acreedores de Tasa de Restricción del Acuerdo de Apoyo al Plan; disponiéndose, sin embargo, que, para fines de distribución conforme a las disposiciones de la Sección 3.5 del presente, las Reclamaciones respectivas mantenidas por un Acreedor de Tasa de Restricción del Acuerdo de Apoyo al Plan se basarán en su parte prorrateada de las Reclamaciones consideradas permitidas de acuerdo con la Sección 2.2 del presente.

1.278    **Reclamación de Bonos del ELA 2011 de Inversión:** Una Reclamación de Bonos del ELA 2011 de un Inversor por Cuenta Propia, siempre que el monto acumulado de los Bonos de OG de tal tenedor sea igual o menor que un millón de dólares ($ 1,000,000.00).

1.279    **Reclamación de Bonos Serie D/E/PIB del ELA 2011 de Inversión:** Una Reclamación de Bonos Serie D/E/PIB del ELA 2011 de un Inversor por Cuenta Propia, siempre que el monto acumulado de los Bonos de OG de tal tenedor sea igual o menor que un millón de dólares ($ 1,000,000.00).

1.280    **Reclamación de Bonos de la AEP 2011 de Inversión:** Una Reclamación de Bonos de la AEP de un Inversor por Cuenta Propia, siempre que el monto acumulado de los Bonos de la AEP de tal tenedor sea igual o menor que un millón de dólares ($ 1,000,000.00).

1.281    **Reclamación de Bonos del ELA 2012 de Inversión:** Una Reclamación de Bonos de OG 2012 de un Inversor por Cuenta Propia, siempre que el monto acumulado de los Bonos de OG de tal tenedor sea igual o menor que un millón de dólares ($ 1,000,000.00).

1.282    **Reclamación de Bonos de la AEP 2012 de Inversión:** Una Reclamación de Bonos de la AEP 2012 de un Inversor por Cuenta Propia, siempre que el monto acumulado de los Bonos de la AEP de tal tenedor sea igual o menor que un millón de dólares ($ 1,000,000.00).

1.283    **Reclamación de Bonos del ELA 2014 de Inversión:** Una Reclamación de Bonos de OG 2014 de un Inversor por Cuenta Propia, siempre que el monto acumulado de los Bonos de OG de tal tenedor sea igual o menor que un millón de dólares ($ 1,000,000.00).

1.284    **Reclamaciones de Bonos del ELA de Inversión:** En su conjunto, las Reclamaciones de Bonos del ELA Antiguos de Inversión, las Reclamaciones de Bonos del ELA 2011 de Inversión, las Reclamaciones de Bonos Serie D/E/PIB del ELA de Inversión, las Reclamaciones de Bonos del ELA 2012 de Inversión y las Reclamaciones de Bonos del ELA 2014 de Inversión.

1.285    **Inversor por Cuenta Propia:** Una persona natural que compró Bonos de OG, Bonos de la AEP y/o Reclamaciones de Bonos de Garantía del ELA para su propia cuenta de corretaje, cuenta fiduciaria, cuenta de custodia o una cuenta administrada por separado.

1.286    **Reclamaciones de Bonos de la AEP de Inversión:** En su conjunto, las Reclamaciones de Bonos de la AEP Antiguos de Inversión, las Reclamaciones de Bonos de la AEP 2011 de Inversión y las Reclamaciones de Bonos de la AEP 2012 de Inversión.

1.287    **Tasa de Apoyo de Inversión:** En su conjunto, esa parte de las tasas que se pondrá a disposición de los Inversores por Cuenta Propia, conforme a los términos y condiciones

del presente y la Orden de Confirmación, cuyas tasas, en conjunto, no excederán los cincuenta millones de dólares ($ 50,000,000.00); disponiéndose, sin embargo, que, sin perjuicio de lo que antecede, conforme a las disposiciones de la Sección 3.6 del presente y la Orden de Confirmación, dicho monto acumulado se pueda disminuir a causa de la Devolución de la Tarifa de Apoyo de Inversión, distribuyéndose el monto acumulado de la Devolución de la Tarifa de Apoyo de Inversión conforme a las disposiciones de la Sección 3.6 del presente y la Orden de Confirmación.

1.288    **Devolución de Tasa de Apoyo de Inversión:** En su conjunto, esa parte de la Tasa de Apoyo de Inversión no asignada a clases de Inversores por Cuenta Propia, dicha parte será pagadera y reasignada a los Acreedores de la Tasa de Restricción de Acuerdo de Apoyo al Plan y a los miembros de las Clases de Inversores por Cuenta Propia que votaron para aceptar el Plan conforme a las disposiciones de la Sección 3.6 del presente documento y la Orden de Confirmación.

1.289    **Reclamación de Bonos del ELA Antiguos de Inversión:** Una Reclamación de Bonos del ELA de Inversión de un Inversor por Cuenta Propia, siempre que el monto acumulado de los Bonos de OG de tal tenedor sea igual o menor que un millón de dólares ($ 1,000,000.00).

1.290    **Reclamación de Bonos de la AEP Antiguos de Inversión:** Una Reclamación de Bonos de la AEP de Inversión de un Inversor por Cuenta Propia, siempre que el monto acumulado de los Bonos de la AEP de tal tenedor sea igual o menor que un millón de dólares ($ 1,000,000.00).

1.291    **Pensionado:** Una persona que, al 1 de julio de 2019, recibe una pensión o anualidad como Participante del SRE, el SRJ o el SRM, pero excluyendo a cualquier Participante del SRE cuya fecha de contratación fue el 1 de enero de 2000 o posterior; disponiéndose, sin embargo, que en ningún caso un «Pensionado» incluya a un ex-empleado del Gobierno de Puerto Rico que dejó el servicio público y no recibió un reembolso por las contribuciones de esa persona y/o cualquier beneficio acumulado hasta la fecha de cese.

1.292    **Reclamación de Pensionado:** Una Reclamación de Participante del SRE, una Reclamación de Participante del SRJ o una Reclamación de Participante del SRM de un Pensionado.

1.293    **Comité de Pensionados:** El comité de ex-empleados retirados del ELA, sus agencias y dependencias designado por la Oficina del Fiduciario de los Estados Unidos en la Causa radicada conforme al Título III del ELA.

1.294    **Acuerdo de Apoyo al Plan del Comité de Pensionados:** Ese determinado Acuerdo de Apoyo al Plan, con fecha 7 de junio de 2019, entre el Deudor, representado por la Junta de Supervisión, conforme a la Sección 315(b) de PROMESA, y el Comité de Pensionados, y las modificaciones o complementos que realicen las partes a este.

1.295    **Impuesto sobre las Ventas:** El impuesto sobre ventas y uso, lo que incluye cualquier reemplazo o impuesto sobre ventas y uso similar, impuesto por el gobierno de Puerto

Rico conforme a las Secciones 4020.01 y 4020.02 del Subcapítulo D de la Ley núm. 1-2011, según se modifique, y conocido como el Código de Rentas Internas para un Nuevo Puerto Rico.

1.296 **Reclamación Subordinada a la Sección 510(b):** Toda Reclamación, en la medida determinada conforme a una Orden Definitiva, contra los Deudores o sus Activos derivada o relacionada con: (a) la rescisión de una compra o venta de un valor existente de un Deudor o de una Filial de un Deudor, (b) la compra, venta o retención de dicho valor o (c) el reembolso, la indemnización o la contribución concedida conforme a la sección 502 del Código de Quiebras a causa de dicho crédito.

1.297 **Ley de Valores:** La Ley de Valores de 1933, 15 Código de los Estados Unidos § 77a-77aa, según se modifique, o cualquier ley federal, estatal o local similar.

1.298 **Resolución de Reclamación de Bonos del SRE:** Una Reclamación contra el SRE de un tenedor de una Reclamación de Bonos del SRE que elija, considere u otro, participar en la Resolución de Bonos del SRE.

1.299 **Agente de** Solicitud**:** Prime Clerk LLC, el agente para notificaciones, reclamaciones y solicitudes contratado por los Deudores en las Causas radicadas conforme al Título III por orden del Tribunal constituido conforme al Título III.

1.300 **SPU:** Servidores Públicos Unidos.

1.301 **Bonos de Verano:** El bono, de haberlo, pagadero a los empleados actuales, antiguos, activos, inactivos y discapacitados del ELA y sus agencias y dependencias conforme a la Ley núm. 37-2001, codificada en 3 L.P.R.A. §757g, según se modifique conforme a la Ley núm. 3-2013, 3 L.P.R.A. §761.

1.302 **Syncora:** Syncora Guarantee Inc. o su sucesor o delegado.

1.303 **Sistema 2000:** El sistema de contribuciones a las pensiones implementado conforme a la Ley núm. 305-1999, codificada en 3 L.P.R.A. §§786-1 y siguientes, o la Ley 3-2013.

1.304 **Reclamación de Participantes del Sistema 2000:** Una Reclamación que devengó valores en virtud del Sistema 2000 o la Ley 3, por un Participante cuya fecha de contratación era el 1 de enero de 2000 o posterior.

1.305 **Distribuciones de Bonos Imponibles:** En su conjunto, la Distribución de Bonos Imponibles Antiguos, la Distribución de Bonos Imponibles del ELA 2011, la Distribución de Bonos Imponibles Serie D/E/PIB del ELA 2011, la Distribución de Bonos Imponibles del ELA 2012, la Distribución de Bonos Imponibles del ELA 2014, la Distribución de Bonos de Garantía del ELA Imponibles Antiguos, la Distribución de Bonos del ELA 2011 Imponibles, la Distribución de Bonos de Garantía del ELA 2012 Imponibles, y la Distribución de Bonos de Garantía del ELA 2014 Imponibles.

1.306 **Bonos de Gravamen COFINA Subordinados (Junior) Imponibles:** En su conjunto, la parte de los Bonos de Gravamen COFINA Subordinados (Junior) en el monto

acumulado considerado necesario por la Junta de Supervisión, previa consulta con el asesor fiscal de la Sección 103, a emitir con exención fiscal conforme a la legislación de Puerto Rico, pero imponible conforme a la Sección 103 del CTI, dichos Bonos de Gravamen COFINA Subordinados (Junior) se emitirán como bonos de interés actual con una tasa de interés de seis con ciento veinte y cinco por ciento (6.125 %), pagadera semestralmente plazo vencido y con fecha de vencimiento al 1 de julio de 2039, y se pondrán a disposición de los inversores de Puerto Rico con respecto al primer millón de dólares ($ 1,000,000.00) de reservas acumuladas de (1) Reclamaciones de Bonos de la AEP, (2) Reclamaciones de Bonos del ELA y (3) Reclamaciones de Bonos de Garantía del ELA (sin duplicados).

1.307 **Reclamaciones del ELA de Elección Imponible:** En su conjunto, las Reclamaciones de Bonos del ELA Antiguos (Elección Imponible), las Reclamaciones de Bonos de Garantía del ELA Antiguos (Elección Imponible), las Reclamaciones de Bonos del ELA 2011 (Elección Imponible), las Reclamaciones de Bonos de Garantía del ELA 2011 (Elección Imponible), las Reclamaciones de Bonos Serie D/E/PIB del ELA 2011 (Elección Imponible), las Reclamaciones de Bonos del ELA 2012 (Elección Imponible), las Reclamaciones de Bonos de Garantía del ELA 2012 (Elección Imponible), las Reclamaciones de Bonos del ELA 2014 (Elección Imponible) y las Reclamaciones de Bonos de Garantía del ELA 2014 (Elección Imponible).

1.308 **Nuevos Bonos de OG Imponibles:** En su conjunto, la parte de los Nuevos Bonos de OG en el monto acumulado considerado necesario por la Junta de Supervisión, previa consulta con el asesor fiscal de la Sección 103, a emitir con exención fiscal conforme a la legislación de Puerto Rico, pero imponible conforme a la Sección 103 del CTI, dichos Nuevos Bonos de OG se emitirán como bonos de interés actual con una tasa de interés de siete con ciento veinte y cinco por ciento (7.125 %), pagadera semestralmente a plazo vencido y con fecha de vencimiento al 1 de julio de 2039, y se pondrán a disposición de los inversores de Puerto Rico con respecto al primer millón de dólares ($ 1,000,000.00) de reservas acumuladas de (1) Reclamaciones de Bonos de la AEP, (2) Reclamaciones de Bonos del ELA, (3) Reclamaciones de Bonos de Garantía del ELA (sin duplicados).

1.309 **Deuda con Garantía Impositiva:** En su conjunto, sin duplicados, (a) la Deuda directa del ELA para cuyo pago se ha pignorado la fe, crédito y poder impositivo del ELA (lo que incluye los Nuevos Bonos de OG), (b) la Deuda emitida por cualquier Entidad y garantizada por la fe y crédito y poder impositivo del ELA, (c) la Deuda emitida por cualquier Entidad (lo que incluye los Bonos de Gravamen COFINA Prioritarios (Senior) y los Bonos de Gravamen COFINA Subordinados (Junior)), garantizada o no por el ELA, y que está garantizada o es pagadera por parte de (i) los Ingresos de Política de Deuda o (ii) los contratos de arrendamientos con el ELA o cualquier agencia dentro de este, sujeto o no a asignaciones legislativas anuales o periódicas y (d) cualquier otra Deuda identificada como Deuda con Garantía Impositiva en la Política de Gestión de la Deuda; disponiéndose, sin embargo, que lo que prosigue no se considere Deuda con Garantía Impositiva: (1) pagarés de ingresos e impuestos anticipados con una fecha de vencimiento final dentro del mismo año fiscal de su emisión y (2) Deuda emitida para responder directamente a daños y perjuicios o destrucción y riesgos asociados a la salud, seguridad y bienestar de la población de Puerto Rico ocasionada por huracanes, terremotos u otros desastres naturales, pandemias, terrorismo y emergencias similares; y, disponiéndose, además, que, sin limitar lo que precede, la «Deuda con Garantía Impositiva» excluye (y) bonos

de ingresos de una Entidad pagaderos únicamente a partir de cargos al usuario o cargos de titulización y transición impuestos a clientes o ex-clientes de un sistema de transporte o servicios, lo que incluye, de manera no taxativa, la Deuda autosuficiente de la AAA, la AEE, la ACT o cualquier entidad de titulización relacionada, (z) cualquier otra Deuda no pagadera a partir de Ingresos de la Política de Deuda, conforme a la Política de Gestión de la Deuda, en cada caso, en la medida en la cual tal deuda no esté garantizada por la fe y crédito y poder impositivo del ELA y, disponiéndose. además, que en la medida en que ninguna disposición o aclaración aumente el Tope Global, lo que incluye el sublímite de deuda garantizada y/o titularizada sobre los niveles establecidos en la Sección 57.4 del presente, la Política de Gestión de la Deuda puede incluir disposiciones o aclaraciones adicionales con respecto a que Deuda se considera Deuda con Garantía Impositiva.

1.310 **Título III:** Título III de Promesa.

1.311 **Causas radicadas conforme al Título III:** En conjunto, la Causa radicada conforme al Título III del ELA, la Causa radicada conforme al Título III del SRE y la Causa radicada conforme al Título III de la AEP.

1.312 **Tribunal constituido conforme al Título III:** El Tribunal de Distrito de los Estados Unidos del Distrito de Puerto Rico o cualquier otro tribunal que tenga jurisdicción sobre las Causas radicadas conforme al Título III.

1.313 **Total de Beneficios Mensuales:** El importe de los beneficios de pensión mensuales igual a la suma de (a) la Pensión Base Mensual, (b) la Bonificación de Navidad Mensual, de haberla, (c) la Bonificación de Verano Mensual, de haberla y (d) la Bonificación para Medicina Mensual.

1.314 **SRM:** Sistema de Retiro para Maestros.

1.315 **Reclamación de Participantes del SRM:** Una Reclamación a causa de ser o haber sido un Participante del SRM para (a) beneficios de pensionado devengados al 3 de mayo de 2017 y (b) cualquier otro beneficio de pensionado adicional en el SRM que tal Participante tendría derecho a recibir cuando el Participante se retire.

1.316 **Distribución no Reclamada:** Toda distribución a un Acreedor que (a) no haya aceptado una distribución determinada o, en el caso de las distribuciones efectuadas mediante control, no haya negociado dicho control, (b) no haya notificado a los Deudores de la intención de aceptar una distribución determinada, (c) no haya respondido a las solicitudes de información de los Deudores necesarias para facilitar una distribución determinada o (d) haya adoptado cualquier otra medida necesaria para facilitar tal distribución.

1.317 **Arrendamiento en curso:** Un arrendamiento de bienes inmuebles no residenciales en los que uno o más de los Deudores sea parte sujeta a asunción, asunción y transferencia o rechazo conforme a la sección 365 del Código de Quiebras, salvo según se establezca en la Sección 311 de PROMESA.

1.318 **Reclamación de Bonos del ELA Antiguos:** Una Reclamación contra el ELA a causa de los Bonos del ELA Antiguos que no sea una Reclamación de Bonos del ELA Antiguos (Asegurada) o una Reclamación de Bonos del ELA Antiguos de Inversión.

1.319 **Reclamación de Bonos de ELA Antiguos (Asegurada):** Una reclamación contra el ELA a causa de los Bonos del ELA Antiguos cuyo pago de capital e intereses ha sido asegurado mediante una Monolínea.

1.320 **Reclamación de Bonos del ELA Antiguos (Elección Imponible):** Una Reclamación de Bonos del ELA Antiguos o una Reclamación de Bonos del ELA Antiguos de Inversión, cuyo tenedor es un Inversor de Puerto Rico que ha optado de manera afirmativa por recibir una Distribución de Bonos Imponibles, disponiéndose, sin embargo, que en caso de que las Distribuciones de Bonos Imponibles sean optadas por Inversores de Puerto Rico que mantienen Reclamaciones de Bonos del ELA y Reclamaciones de Bonos de Garantía de ELA que excedan el Monto de Elección de Bono Imponible Máximo, tal Reclamación de Bonos del ELA Antiguos será una Reclamación de Bonos del ELA Antiguos (Elección Imponible) hasta tal cuota imponible al Monto de Elección de Bono Imponible Máximo de tal Reclamación de Bonos del ELA Antiguos y el resto de esta será una Reclamación de Bonos del ELA Antiguos.

1.321 **Recuperación de Bonos del ELA Antiguos:** La recuperación acumulada de tenedores de Reclamaciones de Bonos del ELA Antiguos Permitidas, Reclamaciones de Bonos del ELA Antiguos (Aseguradas) Permitidas y Reclamaciones de Bonos del ELA Antiguos de Inversión Permitidas a causa de tales Reclamaciones, que ascienden a cuatro mil trescientos setenta y cuatro millones setecientos nueve mil ciento nueve dólares con veintitrés centavos ($ 4,374,709,109.23), que consisten en (a) ochocientos dieciocho millones novecientos setenta y seis mil doscientos cuarenta y cinco dólares con dieciséis centavos ($ 818,976,245.16) en Efectivo, (b) mil setecientos setenta y siete millones ochocientos trece mil ciento siete dólares con veintiséis centavos ($ 1,777,813,107.26) en capital original de Nuevos Bonos de OG y (c) mil setecientos setenta y siete millones novecientos diecinueve mil setecientos cincuenta y seis dólares con ochenta y un centavos ($ 1,777,919,756.81) en capital original de Bonos de Gravamen COFINA Subordinados (Junior).

1.322 **Bonos del ELA Antiguos:** En su conjunto, los siguientes bonos emitidos por el ELA: (a) los Bonos para Mejoras Públicas de 1988, emitidos por el capital original de quinientos millones de dólares ($ 500,000,000.00), (b) los Bonos para Mejoras Públicas de 1999 emitidos por el capital original de cuatrocientos setenta y cinco millones de dólares ($ 475,000,000.00), (c) los Bonos para Mejoras Públicas de 2001, Serie A, emitidos por el capital original de doscientos setenta y cuatro millones ciento treinta y cinco mil dólares ($ 274,135,000.00), (d) los Bonos para Mejoras Públicas de 2002, Serie A, emitidos por el capital original de cuatrocientos cincuenta y cinco millones de dólares ($ 455,000,000.00), (e) los Bonos para Mejoras Públicas de 2003, Serie A, emitidos por el capital original de cuatrocientos sesenta millones de dólares ($ 460,000,000.00), (f) los Bonos para Mejoras Públicas de 2004, Serie A, emitidos por el capital original de cuatrocientos cincuenta y siete millones ciento setenta y cinco mil dólares ($ 457,175,000.00), (g) los Bonos para Mejoras Públicas de 2005, Serie A, emitidos por el capital original de cuatrocientos cuarenta millones cuatrocientos sesenta mil dólares ($ 440,460,000.00), (h), los Bonos para Mejoras Públicas de 2006, Serie A, emitidos por el capital original de quinientos millones de dólares ($ 500,000,000.00), (i) los Bonos para Mejoras Públicas de 2006,

Serie B, emitidos por el capital original de treinta y nueve millones trescientos ochenta mil dólares ($ 39,380,000.00), (j) los Bonos para Mejoras Públicas de 2007, Serie A, emitidos por el capital original de cuatrocientos ocho millones ochocientos mil dólares ($ 408,800,000.00), (k) los Bonos para Mejoras Públicas de 2008, Serie A, emitidos por el capital original de doscientos cincuenta millones de dólares ($ 250,000,000.00), (l) los Bonos de Refinanciamiento de Mejoras Públicas, Serie 2011A, emitidos por el capital original de trescientos cincuenta y seis millones quinientos veinte mil dólares ($ 356,520,000.00); (m) los Bonos de Refinanciamiento de Mejoras Públicas, Serie 1988, emitidos por el capital original de quinientos tres millones novecientos sesenta y tres mil doscientos sesenta y cuatro dólares ($ 503,963,264.00); (n) los Bonos de Refinanciamiento de Mejoras Públicas, Serie 2000, emitidos por el capital original de cincuenta y cinco millones novecientos diez mil novecientos noventa y tres dólares ($ 55,910,993.00); (o) los Bonos de Refinanciamiento de Mejoras Públicas, Serie 2001, emitidos por el capital original de trescientos treinta y siete millones doscientos treinta y cinco mil dólares ($ 337,235,000.00); (p) los Bonos de Refinanciamiento de Mejoras Públicas, Serie 2002A, emitidos por el capital original de ochocientos treinta y siete millones novecientos sesenta mil dólares ($ 837,960,000.00); (q) los Bonos de Refinanciamiento de Mejoras Públicas, Serie 2003A, emitidos por el capital original de ochenta y nueve millones seiscientos diez mil dólares ($ 89,610,000.00); (r) los Bonos de Refinanciamiento de Mejoras Públicas, Serie 2003C-7, emitidos por el capital original de ciento noventa y cuatro millones seiscientos diez mil dólares ($ 194,610,000.00); (s) los Bonos de Refinanciamiento de Mejoras Públicas, Serie 2006A, emitidos por el capital original de ciento un millones seiscientos noventa y cinco mil dólares ($ 101,695,000.00); (t) los Bonos de Refinanciamiento de Mejoras Públicas, Serie 2006B, emitidos por el capital original de trescientos treinta y cinco millones seiscientos cincuenta mil dólares ($ 335,650,000.00); (u) los Bonos de Refinanciamiento de Mejoras Públicas, Serie 2007A, emitidos por el capital original de novecientos veintiséis millones quinientos setenta mil dólares ($ 926,570,000.00); (v) los Bonos de Refinanciamiento de Mejoras Públicas, Serie 2007A-4, emitidos por el capital original de noventa y tres millones ochocientos treinta y cinco mil dólares ($ 93,835,000.00); (w) los Bonos de Refinanciamiento de Mejoras Públicas, Serie 2008A, emitidos por el capital original de setecientos treinta y cinco millones quince mil dólares ($ 735,015,000.00); (x) los Bonos de Refinanciamiento de Mejoras Públicas, Serie 2008C, emitidos por el capital original de ciento noventa millones ciento treinta y cinco mil dólares ($ 190,135,000.00); (y) los Bonos de Refinanciamiento de Mejoras Públicas, Serie 2009A, emitidos por el capital original de tres millones cuatrocientos veinticinco mil dólares ($ 3,425,000.00); (z) los Bonos de Refinanciamiento de Mejoras Públicas, Serie 2009B, emitidos por el capital original de trescientos setenta y dos millones seiscientos ochenta y cinco mil dólares ($ 372,685,000.00); y (aa) los Bonos de Refinanciamiento de Mejoras Públicas, Serie 2009C, emitidos por el capital original de doscientos diez millones doscientos cincuenta mil dólares ($ 210,250,000.00).

1.323 **Recuperación de Bonos de Garantía del ELA Antiguos**: La recuperación acumulada por parte de los tenedores de Reclamaciones de Bonos de Garantía del ELA Antiguos Permitidas que ascienden a mil cuatrocientos cincuenta y tres millones trescientos once mil novecientos treinta y cinco dólares con treinta y siete centavos ($ 1,453,311,935.37), que consiste en (a) doscientos setenta y dos millones setenta mil ciento noventa y tres dólares con cinco centavos ($ 272,070,193.05) en Efectivo, (b) quinientos noventa millones seiscientos tres mil ciento cincuenta y seis dólares con veintiséis centavos ($ 590,603,156.26) en capital original

de Nuevos Bonos de OG y (c) quinientos noventa millones seiscientos treinta y ocho mil quinientos ochenta y seis dólares con seis centavos ($ 590,638,586.06) en capital original de Bonos de Gravamen COFINA Subordinados (Junior).

1.324 **Reclamación de Bonos de Garantía del ELA Antiguos:** Una Reclamación, que no sea una Reclamación de Bonos de Garantía de del ELA Antiguo (Asegurada), a causa de la garantía de Bonos de la AEP Antiguos por parte del ELA; disponiéndose, sin embargo, que, únicamente a efectos de distribución conforme al Plan, el importe de la Reclamación de Bonos de Garantía del ELA Antiguo de un tenedor con respecto a la garantía de Bonos de la AEP Antiguos por parte del ELA se calcule como el monto de la Reclamación de Bonos de la AEP Antiguos de tal tenedor menos el monto de la Distribución de los Bonos de la AEP Antiguos de tal tenedor a causa de Bonos de la AEP Antiguos; y, disponiéndose, además, que las Reclamaciones de Garantía del ELA Antiguas puedan incluir una obligación, que no sea una Reclamación Bonos de la AEP Antiguos, respecto a la cual el ELA ha pignorado su fe, crédito y poder impositivo autorizado por la Legislatura del ELA al 31 de diciembre de 2012 o antes de tal fecha.

1.325 **Reclamación de Bonos de Garantía del ELA Antiguos (Asegurada):** Una reclamación contra el ELA a causa de la garantía de las Reclamaciones de los Bonos del ELA Antiguos por parte del ELA, cuyo pago de capital e intereses ha sido asegurado mediante una Monolínea.

1.326 **Reclamación de Bonos de Garantía del ELA Antiguos (Elección Imponible):** Una Reclamación de Bonos de Garantía del ELA Antiguos, cuyo tenedor es un Inversor de Puerto Rico que ha optado de manera afirmativa por recibir una Distribución de Bonos Imponibles, disponiéndose, sin embargo, que en caso de que las Distribuciones de Bonos Imponibles sean optadas por Inversores de Puerto Rico que mantienen Reclamaciones de Bonos del ELA y Reclamaciones de Bonos de Garantía del ELA que excedan el Monto de Elección de Bono Imponible Máximo, tal Reclamación de Bonos de Garantía del ELA Antiguos será una Reclamación de Bonos de Garantía del ELA Antiguos (Elección Imponible) hasta la cuota imponible del Monto de Elección de Bono Imponible Máximo de tal Reclamación de Bonos de Garantía del ELA Antiguos y el resto de esta será una Reclamación de Bonos del ELA Antiguos.

1.327 **Distribución de Bonos Imponibles de Garantía del ELA Antiguos:** La distribución a realizar a tal tenedor de una Reclamación de Bonos de Garantía del ELA Antiguos (Elección Imponible) Permitida según los términos y disposiciones de la Sección 21.1 del presente.

1.328 **Reclamación de Bonos de la AEP Antiguos:** Una Reclamación contra la AEP a causa de los Bonos del ELA Antiguos que no sea una Reclamación de Bonos de la AEP Antiguos (Asegurada) o una Reclamación de Bonos de la AEP Antiguos de Inversión.

1.329 **Reclamación de Bonos de la AEP Antiguos (Asegurada):** Una reclamación contra la AEP a causa de Bonos de la AEP Antiguos cuyo pago de capital e intereses ha sido asegurado mediante una Monolínea.

1.330   **Recuperación de Bonos de la AEP Antiguos**: La recuperación acumulada por parte de los tenedores de Reclamaciones de Bonos de la AEP Antiguos Permitidas, Reclamaciones de Bonos de la AEP Antiguos (Aseguradas) Permitidas y Reclamaciones de Bonos de la AEP Antiguos de Inversión Permitidas a causa de tales Reclamaciones, que consisten en seiscientos once millones trescientos treinta y un mil ciento ochenta y seis dólares con cinco centavos ($ 611,331,186.05) en Efectivo.

1.331   **Bonos de la AEP Antiguos:** En su conjunto, (a) los Bonos de Refinanciamiento de Ingresos de Instalaciones del Gobierno, Serie C, emitidos por la AEP por el capital original de $ 185,290,000.00, (b) los Bonos de Ingresos de Instalaciones del Gobierno, Serie D, emitidos por la AEP por el capital original de $ 553,733,794.90, (c) los Bonos de Refinanciamiento de Ingresos de Instalaciones del Gobierno, Serie F, emitidos por la AEP por el capital original de $ 131,445,000.00, (d) los Bonos de Ingresos de Instalaciones del Gobierno, Serie G, emitidos por la AEP por el capital original de $ 62,000,000.00, (e) los Bonos de Refinanciamiento de Ingresos de Instalaciones del Gobierno, Serie H, emitidos por la AEP por el capital original de $ 272,717,418.10, (f) los Bonos de Ingresos de Instalaciones del Gobierno, Serie I, emitidos por la AEP por el capital original de $ 832,385,000.00, (g) los Bonos de Refinanciamiento de Ingresos de Instalaciones del Gobierno, Serie J emitidos por la AEP por el capital original de $ 335,580,000.00 (h) los Bonos de Refinanciamiento de Ingresos de Instalaciones del Gobierno, Serie K, emitidos por la AEP por el capital original de $ 347,065,000.00, (i) los Bonos de Ingresos de Instalaciones del Gobierno, Serie L, emitidos por la AEP por el capital original de $ 6,795,000.00, (j) los Bonos de Refinanciamiento de Ingresos de Instalaciones del Gobierno, Serie M-1, emitidos por la AEP por el capital original de $ 283,550,000.00, (k) los Bonos de Refinanciamiento de Ingresos de Instalaciones del Gobierno, Serie M-2, emitidos por la AEP por el capital original de $ 129,300,000.00, (l) los Bonos de Refinanciamiento de Ingresos de Instalaciones del Gobierno, Serie M-3, emitidos por la AEP por el capital original de $ 150,000,000.00, (m) los Bonos de Ingresos de Instalaciones del Gobierno, Serie N, emitidos por la AEP por el capital original de $ 329,415,000.00, (n) los Bonos de Ingresos de Instalaciones del Gobierno, Serie O, emitidos por la AEP por el capital original de $ 3,025,000.00, (o) los Bonos de Refinanciamiento de Ingresos de Instalaciones del Gobierno, Serie P, emitidos por la AEP por el capital original de $ 330,935,000.00 y (p) los Bonos de Refinanciamiento de Ingresos de Instalaciones del Gobierno, Serie Q, emitidos por la AEP por el capital original de $ 152,540,000.00, cuyo reembolso está garantizado por el ELA.

1.332   **Distribución de Bonos Imponibles Antiguos**: La distribución a realizar a cada tenedor de una Reclamación de Bonos del ELA Antiguos (Elección Imponible) Permitida conforme a los términos y disposiciones de la Sección 18.1 del presente.

1.333   **Otras definiciones:** A menos que el contexto exija otra cosa, todo término en mayúsculas utilizado y no definido en este o en otro lugar del Plan que se define en PROMESA o en el Código de Quiebras tendrá, si se define en PROMESA, el significado asignado a dicho término en PROMESA o, si no se define en PROMESA, pero se define en el Código de Quiebras, tendrá el significado atribuido al mismo en el Código de Quiebras. A menos que se especifique de otro modo, (a) toda referencia a secciones, programas o anexos que figuran en el Plan se refieren a la sección, artículo, programa o anexo correspondiente del Plan, según se modifique, renuncie o cambie ocasionalmente y (b) todas referencia a dólares se refiere a la moneda de curso legal de los Estados Unidos de América. Las palabras «en el presente», «del

presente», «según el presente» y otras expresiones de relevancia similar se refieren al Plan en su conjunto y no a una sección, inciso o cláusula particular contenida en el Plan. Al calcular cualquier plazo prescrito o permitido por el Plan, a menos que se disponga expresamente otra cosa, se aplicarán las disposiciones de la Norma de Quiebras 9006(a).

1.334    **Normas de Interpretación:** A los fines del Plan, (a) a menos que se especifique de otro modo, cualquier referencia en el presente a un contrato, contrato de arrendamiento, instrumento, renuncia, escritura u otro acuerdo o documento que tenga una forma específica o términos y condiciones específicos significa que tal documento tendrá sustancialmente tal forma o tales términos y condiciones, (b) a menos que se especifique de otro modo, cualquier referencia en el presente a una definición, un documento, programa o anexo existente, significará tal documento, programa o anexo en su estado, según se modifique, cambie o complemente, lo que incluye, de manera no taxativa, actualizaciones para ajustarse a los Documentos Definitivos, (c) a menos que se especifique de otro modo, toda referencia en el presente a distribuciones realizadas en un «monto» se calcularán usando el capital de cualquier bono emitido en la Fecha de Entrada en Vigor conforme al Plan más el monto, de haberlo, de Efectivo distribuido de tal manera, (d) a menos que se especifique de otro modo, toda referencia en el presente a «Secciones» y «Artículos» son referencias a Secciones y Artículos, respectivamente, del presente, (e) los epígrafes y títulos de las Secciones y Artículos se insertan por conveniencia para simplificar su referencia y no se pretende sean parte ni afecten la interpretación del Plan, (f) a menos que se especifique de otro modo en el presente, se aplicarán las normas de interpretación establecidas en la sección 102 del Código de Quiebras, (g) a menos que se especifique de otro modo, las referencias a los números de expediente de los documentos radicados en las Causas radicadas conforme al Título III son referencias a los números de expediente del sistema CM/ECF (gestión de causas/expediente electrónico de causa, según sus siglas en inglés) del Tribunal constituido conforme al Título III, (h) las expresiones «incluye» y «que incluye» y variaciones de estos no se considerarán términos taxativos y se considerarán como acompañados por la expresión «de manera no taxativa» e (i) cualquier disposición inmaterial que proporcione validez puede ser interpretada por la Junta de Supervisión de manera coherente con el propósito e intención generales del Plan sin notificación o acción adicional o acción, orden o aprobación del Tribunal constituido conforme al Título III ni de cualquier otra Entidad.

## ARTÍCULO II

### CONCILIACIÓN Y RESOLUCIÓN DE DISPUTAS/REESTRUCTURACIÓN DE ENTIDADES

2.1    **Resolución de Litigios:** El Plan establece los términos y condiciones para una conciliación global y resolución integrada de, entre otros asuntos, controversias presentadas o no presentadas con respecto a los derechos de los tenedores de Reclamaciones de Bonos de OG, Reclamaciones de Bonos de la AEP y notas de bonos anticipados de la AFI, lo que incluye las controversias (a) establecidas en la impugnación de Objeciones Relacionadas con Deuda, entre otras cosas, la validez, prioridad, estado asegurado y derechos relacionados de las Reclamaciones de Bonos del ELA 2011, las Reclamaciones de Bonos Serie D/E/PIB del ELA 2011, las Reclamaciones de Bonos del ELA 2012, las Reclamaciones de Bonos del ELA 2014, las Reclamaciones de Bonos de la AEP 2011, las Reclamaciones de Bonos de la AEP 2012 y las notas de bonos anticipados de la AFI, (b) establecidas en las Acciones de Invalidez, (c)

establecidas en las Acciones de Impugnación de Gravamen, (d) presentadas por determinados tenedores de Reclamaciones de Bonos de OG que hacen valer derechos para recibir ingresos históricamente apropiados de manera condicional por la ADCC, la ACT, la AMA y la AFI, según corresponda, y «recuperadas» por el ELA conforme a las disposiciones de la Constitución del ELA, (e) entre el ELA y la AEP, lo que incluye, de manera no taxativa, la resolución de (i) las reclamaciones y Causas radicadas actualmente en litigio en el Litigio de la AEP, (ii) el monto, de haberlo, de la Reclamación de Gastos Administrativos de la AEP y (iii) la propiedad de los Bienes de la AEP entre el ELA y la AEP y las reclamaciones que la AEP pueda presentar contra el ELA conforme a contratos de arrendamiento, acuerdos y la ley aplicable y (f) establecidas en el Litigio de notas de bonos anticipados de la AFI.

2.2 **Admisión de Reclamaciones de Bonos:** A fines de confirmación y perfeccionamiento del Plan y las distribuciones a realizar según el presente, a menos que se permita otra cosa conforme a una orden del Tribunal constituido conforme al Título III, en la Fecha de Entrada en Vigor, entre otras Reclamaciones, (a) las Reclamaciones de Bonos de la AEP Antiguos y las Reclamaciones de Bonos de la AEP Antiguos (Aseguradas) se considerarán permitidas en el monto acumulado de $ 2,661,239,877.05, (b) las Reclamaciones de Bonos de la AEP 2011 se considerarán permitidas en el monto acumulado de $ 1,335,422,892.78, (c) las Reclamaciones de Bonos de la AEP 2012 se considerarán permitidas en el monto acumulado de $ 674,308,470.06, (d) las Reclamaciones de Bonos del ELA Antiguos y las Reclamaciones de Bonos del ELA Antiguos (Aseguradas) se considerarán permitidas en el monto acumulado de $ 5,842,761,317.99, (e) las Reclamaciones de Bonos del SRE se disputan en el monto acumulado de $ 3,168,698,777.00, (f) las Reclamaciones de Bonos del ELA 2011 se considerarán permitidas en el monto acumulado de $ 476,425,522.28, (g) las Reclamaciones de Bonos Serie D/E/PIB del ELA 2011 se considerarán permitidas en el monto acumulado de $ 645,673,111.48, (h) las Reclamaciones de Bonos del ELA 2012 se considerarán permitidas en el monto acumulado de $ 2,938,901,920.90, (i) las Reclamaciones de Bonos del ELA 2014 se considerarán permitidas en el monto de $ 3,836,611,111.11 y (j) las Reclamaciones de Bonos de Garantía del ELA 2014 se considerarán permitidas en el monto de $ 345,380,885.83.

2.3 **Relevos, Interdictos y Exculpaciones:** Los relevos, interdictos y exculpaciones previstas en el Artículo LXXIV del presente son esenciales para obtener el valor que se indica según el presente y constituyen un componente esencial de las conciliaciones alcanzadas y no pueden separarse de las demás disposiciones del presente Plan.

2.4 **Compra y Venta de Determinados Activos del SRE:** En la Fecha de Entrada en Vigor, el ELA comprará y el SRE venderá, cederá, transferirá y transmitirá, todos los derechos, títulos e intereses del SRE sobre los Activos del SRE, lo que incluye, de manera no taxativa, los Activos sujetos a un gravamen válido y perfeccionado o derecho de garantía, por un precio de compra acumulado igual a la suma de (a) cien por ciento (100 %) del Efectivo en cuentas del SRE a la Fecha de Entrada en Vigor, b) noventa y cinco por ciento (95 %) del valor nominal de los préstamos productivos a empleados del SRE a la Fecha de Entrada en Vigor, (c) cien por ciento (100 %) del precio de mercado de los Bonos de Gravamen COFINA Prioritarios (Senior) en poder del SRE, a la Fecha de Entrada en Vigor y (d) cincuenta por ciento (50 %) del valor contable de la cartera del SRE de participaciones de capital privado mantenidas por el SRE a la Fecha de Entrada en Vigor, y dicho monto será aprobado por el Tribunal constituido conforme al

Título III en la Vista de Confirmación e incorporado a las conclusiones de hecho establecidas en la Orden de Confirmación.

2.5 **Transmisión de la Participación del ELA Transmitida:** En la Fecha de Entrada en Vigor, conforme a la Orden de Confirmación y la Legislación de los Bonos de Gravamen COFINA Subordinados (Junior), y en contraprestación por la emisión y el cumplimiento con respecto de los Bonos de Gravamen COFINA Subordinados (Junior), el ELA transferirá y transmitirá todos los intereses y derechos de propiedad sobre la Participación del ELA Transmitida a COFINA. A partir de la Fecha de Entrada en Vigor y hasta el momento en que los Bonos de Gravamen COFINA Subordinados (Junior) y todo título emitido para refinanciar los Bonos de Gravamen COFINA Subordinados (Junior), junto con los demás montos que puedan ser debidos y adeudados conforme a la Escritura de Bonos de Gravamen COFINA Subordinados (Junior), se hayan pagado o satisfecho íntegramente conforme a los términos y disposiciones de la Escritura de Bonos de Gravamen COFINA Subordinados (Junior), COFINA será el único y exclusivo propietario de la Participación del ELA Transmitida. Tras el pago o satisfacción, la Participación del ELA Trasmitida se transferirá al ELA, como lo demuestra un certificado residual que se celebra y otorga en la Fecha de Entrada en Vigor, y COFINA adoptará, y dispondrá que se adopten, todas las medidas necesarias para causar tal reversión.

## ARTÍCULO III

## DISPOSICIONES PARA EL PAGO DE RECLAMACIONES DE GASTOS ADMINISTRATIVOS

Conforme a la sección 1123(a)(1) del Código de Quiebras, aplicable a la Causa radicada conforme al Título III en virtud de la Sección 301(a) de PROMESA, las Reclamaciones de Gastos Administrativos y las Reclamaciones Profesionales no se han clasificado, por lo que quedan excluidas de las Clases de Reclamaciones establecidas en el Artículo IV del Plan.

3.1 **Reclamaciones de Gastos Administrativos:** En la posterior de (i) la Fecha de Entrada en Vigor y (ii) la fecha en que una Reclamación de Gastos Administrativos se torne una Reclamación Permitida, los Deudores Reorganizados deberán (a) pagar a cada tenedor de una Reclamación de Gastos Administrativos Permitida, en Efectivo, el monto total de tal Reclamación de Gastos Administrativos o (b) satisfacer y cumplir tal Reclamación de Gastos Administrativos Permitida conforme a los términos que no sean más favorables para el demandante que lo que se acuerde entre el tenedor de esta y los Deudores Reorganizados; disponiéndose, sin embargo, que las Reclamaciones de Gastos Administrativos Permitidas que representan el endeudamiento padecido en el ejercicio habitual a la Fecha de Entrada en Vigor por parte de los Deudores deberá pagarse en su totalidad y efectuarse por parte de los Deudores Reorganizados conforme a los términos y sujeto a las condiciones de cualquier acuerdo que rija, inversión que evidencie u otro documento relacionado a tales transacciones; y , disponiéndose, además, que, si tal gasto de ejercicio normal no se factura o no se realiza una solicitud por escrito para su pago en los ciento veinte (120) días posteriores a la Fecha de Entrada en Vigor, tal gasto de ejercicio normal se excluirá y el tenedor de este no tendrá derecho a ni recibirá una distribución conforme al Plan.

3.2     **Reclamaciones de Reembolso y Compensación Profesional:** Todas las Entidades a las que se haya concedido una compensación, lo que incluye, de manera no taxativa, en la mayor medida prevista en las respectivas cartas de compromiso o en instrumentos o acuerdos similares, o el reembolso de gastos por el Tribunal constituido conforme al Título III se abonarán íntegramente, en Efectivo, en los montos permitidos por el Tribunal constituido conforme al Título III (a) tan pronto como sea razonablemente posible después de que se produzca lo posterior de (i) la Fecha de Entrada en Vigor y ii) la fecha en que se considere que la orden del Tribunal constituido conforme al Título III que concede tales Reclamaciones es una orden definitiva, o (b) en otros términos que no sean más favorables para el demandante que los que se establezcan de común acuerdo entre el demandante y las Partes del Gobierno; disponiéndose, sin embargo, que, salvo lo dispuesto en el presente, cada Profesional debe radicar su solicitud de indemnización definitiva de compensación por servicios profesionales prestados y reembolso de gastos a la fecha ciento veinte (120) días después de la Fecha de Entrada en Vigor, o antes de esa fecha. Los Deudores Reorganizados pagarán compensación por los servicios profesionales ampliados y el reembolso de los gastos efectuados después de la Fecha de Entrada en Vigor en el ejercicio habitual y sin necesidad de la aprobación del Tribunal constituido conforme al Título III.

3.3     **Costos de Perfeccionamiento:** Sin perjuicio de lo dispuesto en el Plan en sentido contrario, a fin de compensar a determinadas partes por el costo de negociación, confirmación y consumación del Acuerdo de Apoyo al Plan y del Plan, cada Acreedor Inicial del Acuerdo de Apoyo al Plan tendrá derecho a recibir en la Fecha de Entrada en Vigor, o tan pronto como sea posible, pero a más tardar diez (10) Días Hábiles a partir de la Fecha de Entrada en Vigor, una participación a prorrata de Efectivo, en forma de una Reclamación de Gastos Administrativos Permitida, en un monto igual a uno con veinticinco por ciento (1,25%), truncado en dos puntos decimales, del monto acumulado de Reclamaciones de Bonos de la AEP, Reclamaciones de Bonos del ELA y Reclamaciones de Bonos de Garantía del ELA (aseguradas o no), sin duplicados, en poder de ese Acreedor Inicial del Acuerdo de Apoyo al Plan a las 5:00 p.m. (EST, hora del este occidental, por sus siglas en inglés) del 9 de febrero de 2020.

3.4     **Honorarios Profesionales de AFSCME:** Sin perjuicio de lo dispuesto en el Plan en sentido contrario, se reembolsará a AFSCME sus honorarios y gastos profesionales razonables para compensar a AFSCME por el costo de negociación, confirmación y consumación del Pliego de Términos de AFSCME y el Plan, así como por la resolución de cuestiones relativas a las pensiones.

3.5     **Tasa de Restricción del Acuerdo de Apoyo al Plan:** Sin perjuicio de lo dispuesto en el Plan en sentido contrario, y sujeto a la Obtención del Umbral del Acuerdo de Apoyo al Plan, a cambio de celebrar y otorgar el Acuerdo de Apoyo al Plan (o el Contrato de Litisconsorcio o el Contrato Anexo, según corresponda) en o antes del 28 de febrero de 2020 a las 11:59 p.m. (EST) y aceptando todos sus términos y condiciones, lo que incluye el acuerdo a «inmovilizar» sus bonos conforme a los términos del Acuerdo de Apoyo al Plan, cada uno de los Acreedores de la Tasa de Restricción del Acuerdo de Apoyo al Plan tendrá derecho a recibir la Tasa de Restricción del Acuerdo de Apoyo al Plan en forma de una Reclamación de Gastos Administrativos Permitida pagadera en Efectivo al momento de consumar el Plan igual al Porcentaje de la Tasa de Restricción multiplicada por el monto acumulado de las Reclamaciones de Bonos de la AEP, Reclamaciones de Bonos del ELA y Reclamaciones de Bonos de Garantía

del ELA (sin duplicados y, en la medida en que tales Reclamaciones estén aseguradas por Monolínea, únicamente en la medida en que un Acreedor de Tasa de Restricción del Acuerdo de Apoyo al Plan esté autorizado a votar sobre tal Reclamación conforme a los documentos de seguros definitivos y la ley aplicable) de tal Acreedor de Tasa de Restricción del Acuerdo de Apoyo al Plan al vencer el Período de la Tasa de Restricción del Acuerdo de Apoyo al Plan, disponiéndose, sin embargo, que cada Acreedor de Tasa de Restricción del Acuerdo de Apoyo al Plan que adquirió cualquier Reclamación de Bonos de la AEP, Reclamación de Bonos del ELA o Reclamación de Bonos de Garantía del ELA (sin duplicados y, en la medida en que tales Reclamaciones estén aseguradas por Monolínea, únicamente en la medida en que tal Acreedor de Tasa de Restricción del Acuerdo de Apoyo al Plan esté autorizado a votar sobre tal Bono de OG o Bono de la AEP asegurado por Monolínea conforme a los documentos de seguros definitivos y la ley aplicable) después de la Fecha Límite del Litisconsorcio tendrá derecho a recibir tal Tasa de Restricción del Acuerdo de Apoyo al Plan igual al Porcentaje de la Tasa de Restricción multiplicado por el monto acumulado de las Reclamaciones de Bonos de la AEP, Reclamaciones de Bonos del ELA y Reclamaciones de Bonos de Garantía del ELA (sin duplicados y, en la medida en que tales Reclamaciones estén aseguradas por Monolínea, únicamente en la medida en que un Acreedor de Tasa de Restricción del Acuerdo de Apoyo al Plan esté autorizado a votar sobre tal Reclamación conforme a los documentos de seguros definitivos y la ley aplicable) de tal Acreedor de Tasa de Restricción del Acuerdo de Apoyo al Plan a partir del que ocurra primero de la Obtención del Umbral del Acuerdo de Apoyo al Plan y el ingreso de la Orden de Confirmación; y, disponiéndose, además, que, si un Acreedor de Tasa de Restricción del Acuerdo de Apoyo al Plan vendiese cualquier Reclamación de Bonos de la AEP, Reclamación de Bonos del ELA o Reclamación de Bonos de Garantía del ELA (sin duplicados y, en la medida en que tales Reclamaciones estén aseguradas por Monolínea, únicamente en la medida en que un Acreedor de Tasa de Restricción del Acuerdo de Apoyo al Plan esté autorizado a votar sobre tal Reclamación conforme a los documentos de seguros definitivos y la ley aplicable) por la cual hubiese tenido derecho a recibir la Tasa de Restricción del Acuerdo de Apoyo al Plan, la parte compradora, y no la parte vendedora, tendrá derecho a recibir la Tasa de Restricción del Acuerdo de Apoyo al Plan dado esto; y, disponiéndose, además, que, en toda circunstancia la suma de la Tasa de Restricción del Acuerdo de Apoyo al Plan acumulada más los Costos de Perfeccionamiento no excederán los trescientos cincuenta millones de dólares ($ 350,000,000.00); y, disponiéndose, además, que en el caso en que el Acuerdo de Apoyo al Plan se rescinda conforme a los términos de la Sección 7.1(c)(i) de este o que la Junta de Supervisión rescinda el Acuerdo de Apoyo al Plan por cualquier razón que no sea (i) un incumplimiento del Acuerdo de Apoyo al Plan por parte de una Parte que no sea del Gobierno o (ii) la negación de la confirmación del Plan por parte del Tribunal constituido conforme al Título III, los Costos de Perfeccionamiento hasta cien millones de dólares ($100,000,000.00) se pagarán, proporcionalmente, en Efectivo, como una reclamación de gastos administrativos permitida conforme a un plan de ajuste para el ELA a los Acreedores del Acuerdo de Apoyo al Plan Iniciales; y, disponiéndose, además, que, en toda otra circunstancia, al rescindirse el Acuerdo de Apoyo al Plan, no se deberá ni será pagadero ningún Costo de Perfeccionamiento ni Tasa de Restricción del Acuerdo de Apoyo al Plan a la parte del Acuerdo de Apoyo al Plan que rescinda el Acuerdo de Apoyo al Plan o contra la parte del Acuerdo de Apoyo al Plan con respecto a la cual se rescindió el Acuerdo de Apoyo al Plan; y, disponiéndose, además, que, a fines de distribuciones conforme a las disposiciones de la presente Sección 3.5, las Reclamaciones respectivas de un Acreedor de Tasa de Restricción del Acuerdo de Apoyo al Plan se calculará en

base a su participación a prorrata en las Reclamaciones consideradas como permitidas conforme a la Sección 2.2 del presente.

3.6 **Tasa de Apoyo de Inversión:** Conforme a los términos y disposiciones establecidos en el presente, en el caso en que una Clase de Inversores por Cuenta Propia (Clases 3, 5, 7, 12, 25, 26, 29 y 35) vote para aceptar el Plan, los miembros de tal Clase tendrán derecho a recibir su Participación a Prorrata de la participación asignable de tal Clase de la Tasa de Apoyo de Inversión acumulada hasta cincuenta millones de dólares ($ 50,000,000.00) en un monto igual al Porcentaje de la Tasa de Restricción <u>por</u> el monto acumulado de Reclamaciones de Bonos del ELA de Inversión y Reclamaciones de Bonos de la AEP de Inversión, sin duplicados y, en la medida en que tales Reclamaciones sean aseguradas por Monolínea, únicamente en la medida en que un Inversor por Cuenta Propia esté autorizado a votar sobre tal Reclamación conforme a los documentos de seguros definitivos y la ley aplicable en poder de tal Clase de Inversores por Cuenta Propia aceptante, según el caso; <u>disponiéndose, sin embargo,</u> que, (a) en el caso en que, después de asignar la Tasa de Apoyo de Inversión a los Inversores por Cuenta Propia en las Clases que votaron por la aceptación del Plan, no se asigne la totalidad de los cincuenta millones de dólares ($50,000,000.00), el saldo de la Tasa de Apoyo de Inversión se reasignará y distribuirá proporcionalmente a (i) los Acreedores de la Tasa de Restricción del Acuerdo de Apoyo al Plan y (ii) aquellos Inversores por Cuenta Propia que sean miembros de las Clases que votaron por aceptar el Plan y (b) la Tasa de Apoyo de Inversión asignada a cualquier Clase de Inversores por Cuenta Propia que no vote por aceptar el Plan se reasignará y distribuirá proporcionalmente a (i) los Acreedores de la Tasa de Restricción del Acuerdo de Apoyo al Plan y (ii) aquellos Inversores por Cuenta Propia que sean miembros de Clases que votaron por aceptar el Plan.

3.7 **No Independencia**: La asignación y el pago de los Costos de Perfeccionamiento y de las Tasas de Restricción del Acuerdo de Apoyo al Plan, tal como se establecen en el presente Artículo III, compensan a los Acreedores de la Tasas de Restricción del Acuerdo de Apoyo al Plan por el valor recibido y constituyen un componente esencial de las conciliaciones y resoluciones que se enuncian en el presente y no pueden separarse de los demás términos y disposiciones establecidos en el presente.

## ARTÍCULO IV

## CLASIFICACIÓN DE RECLAMACIONES

4.1 <u>**Las reclamaciones se clasifican de la manera siguiente**</u>:

(a) **Clase 1:** Reclamaciones de Bonos de la AEP Antiguos

(b) **Clase 2:** Reclamaciones de Bonos de la AEP Antiguos (Aseguradas)

(c) **Clase 3:** Reclamaciones de Bonos de la AEP Antiguos de Inversión

(d) **Clase 4:** Reclamaciones de Bonos de la AEP 2011

(e) **Clase 5:** Reclamaciones de Bonos de la AEP 2011 de Inversión

(f) **Clase 6:** Reclamaciones de Bonos de la AEP 2012

(g) **Clase 7:** Reclamaciones de Bonos de la AEP 2012 de Inversión

(h) **Clase 8:** Reclamación con Garantía Prendaria de la ARD/AEP

(i) **Clase 9:** Reclamaciones sin Garantía General de la AEP

(j) **Clase 10:** Reclamación sin Garantía de ARD/AEP

(k) **Clase 11:** Reclamaciones de Bonos del ELA Antiguos

(l) **Clase 12:** Reclamaciones de Bonos del ELA Antiguos de Inversión

(m) **Clase 13:** Reclamaciones de Bonos de ELA Antiguos (Aseguradas)

(n) **Clase 14:** Reclamaciones de Bonos del ELA Antiguos (Elección Imponible)

(o) **Clase 15:** Reclamaciones de Bonos de Garantía del ELA Antiguos

(p) **Clase 16:** Reclamaciones de Bonos de Garantía del ELA Antiguos (Aseguradas)

(q) **Clase 17:** Reclamaciones de Bonos de Garantía del ELA Antiguos (Elección Imponible)

(r) **Clase 18:** Reclamaciones de Bonos del ELA 2011

(s) **Clase 19:** Reclamaciones de Bonos del ELA 2011 de Inversión

(t) **Clase 20:** Reclamaciones de Bonos del ELA 2011 (Aseguradas)

(u) **Clase 21:** Reclamaciones de Bonos del ELA 2011 (Elección Imponible)

(v) **Clase 22:** Reclamaciones de Bonos de Garantía del ELA 2011

(w) **Clase 23:** Reclamaciones de Bonos de Garantía del ELA 2011 (Elección Imponible)

(x) **Clase 24:** Reclamaciones de Bonos Serie D/E/PIB del ELA 2011

(y) **Clase 25:** Reclamaciones de Bonos Serie D/E/PIB del ELA 2011 (Aseguradas)

(z) **Clase 26:** Reclamaciones de Bonos Serie P/E/PIB del ELA 2011 de Inversión

(aa)  **Clase 27:**    Reclamaciones de Bonos Serie D/E/PIB del ELA 2011 (Elección Imponible)

(bb)  **Clase 28:**    Reclamaciones de Bonos del ELA 2012

(cc)  **Clase 29:**    Reclamaciones de Bonos del ELA 2012 de Inversión

(dd)  **Clase 30:**    Reclamaciones de Bonos del ELA 2012 (Aseguradas)

(ee)  **Clase 31:**    Reclamaciones de Bonos del ELA 2012 (Elección Imponible)

(ff)  **Clase 32:**    Reclamaciones de Bonos de Garantía del ELA 2012

(gg)  **Clase 33:**    Reclamaciones de Bonos de Garantía del ELA 2012 (Elección Imponible)

(hh)  **Clase 34:**    Reclamaciones de Bonos del ELA 2014

(ii)  **Clase 35:**    Reclamaciones de Bonos del ELA 2014 de Inversión

(jj)  **Clase 36:**    Reclamaciones de Bonos del ELA 2014 (Elección Imponible)

(kk)  **Clase 37:**    Reclamaciones de Bonos de Garantía del ELA 2014

(ll)  **Clase 38:**    Reclamaciones de Bonos de Garantía del ELA 2014 (Elección Imponible)

(mm) **Clase 39:**    Reclamaciones de Beneficios de Empleados Retirados y Activos

    (i)    **Clase 39A:**   Reclamaciones de Pensionados

    (ii)   **Clase 39B:**   Reclamaciones de Participantes del SRE Activos

    (iii)  **Clase 39C:**   Reclamaciones de Participantes del SRJ Activos

    (iv)   **Clase 39D:**   Reclamaciones de Participantes del SRM Activos

    (v)    **Clase 39E:**   Reclamaciones de Participantes del Sistema 2000

(nn)  **Clase 40:**    Reclamaciones de Empleados de AFSCME

(oo)  **Clase 41:**    Reclamaciones sin Garantía Generales del ELA

(pp)  **Clase 42:**    Reclamaciones de la ACT/ELA

(qq)  **Clase 43:**    Reclamaciones de Convenciones/ELA

| (rr) | **Clase 44:** | Reclamaciones del Impuesto de Ron de la AFI/ELA |
|------|---------------|---------------------------------------------------|
| (ss) | **Clase 45:** | Reclamaciones de la AMA/ELA |
| (tt) | **Clase 46:** | Reclamaciones de Asignaciones del ELA |
| (uu) | **Clase 47:** | Reclamaciones Subordinadas a 510(b) del ELA |
| (vv) | **Clase 48:** | Reclamación de Bonos del SRE |
| (ww) | **Clase 49:** | Reclamaciones de Bonos del SRE en Resolución |
| (xx) | **Clase 50:** | Reclamaciones sin Garantía Generales del SRE |
| (yy) | **Clase 51:** | Reclamaciones Gracia Gracia |
| (zz) | **Clase 52:** | Reclamación de Conveniencia |

## ARTÍCULO V

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BONOS DE LA AEP ANTIGUOS (CLASE 1)

5.1 **Tratamiento de Reclamaciones de Bonos de la AEP Antiguos:** En la Fecha de Entrada en Vigor, cada tenedor de una Reclamación de Bonos de la AEP Antiguos Permitida tendrá derecho a recibir en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos de la AEP Antiguos Permitida de tal tenedor, la Participación a Prorrata de la Recuperación de Bonos de la AEP Antiguos de tal tenedor.

## ARTÍCULO VI

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BONOS DE LA AEP ANTIGUOS (ASEGURADAS) (CLASE 2)

6.1 **Tratamiento de Reclamaciones de Bonos de la AEP Antiguos (Aseguradas):** En la Fecha de Entrada en Vigor, cada tenedor de una Reclamación de Bonos de la AEP Antiguos (Asegurada) Permitida tendrá derecho a recibir en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos de la AEP Antiguos (Asegurada) Permitida de tal tenedor, la Participación a Prorrata de la Recuperación de Bonos de la AEP Antiguos de tal tenedor.

## ARTÍCULO VII

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BONOS DE LA AEP ANTIGUOS DE INVERSIÓN (CLASE 3)

7.1 **Tratamiento de Reclamaciones de Bonos de la AEP Antiguos de Inversión:** En la Fecha de Entrada en Vigor, cada tenedor de una Reclamación de Bonos de la AEP

Antiguos de Inversión Permitida tendrá derecho a recibir en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos de la AEP Antiguos de Inversión Permitida de tal tenedor, la Participación a Prorrata de (a) la Recuperación de Bonos de la AEP Antiguos y (b) la Tasa de Apoyo de Inversión asignable a los tenedores de Reclamaciones de Bonos de la AEP Antiguos de Inversión Permitidas de tal tenedor; disponiéndose, sin embargo, que, en caso de que la Clase 3 vote para rechazar el Plan conforme a la sección 1126 del Código de Quiebras, (y) cada tenedor de una Reclamación de Bonos de la AEP Antiguos de Inversión Permitida tendrá derecho a recibir la Participación a Prorrata de la Recuperación de Bonos de la AEP Antiguos de tal tenedor y (z) la Tasa de Apoyo de Inversión que de otro modo se asignaría a los tenedores de Reclamaciones de Bonos de la AEP Antiguos de Inversión Permitidas se reasignará a los Acreedores de la Tasa de Restricción del Acuerdo de Apoyo al Plan y a los Inversores por Cuenta Propia que sean miembros de las Clases que votaron a favor del Plan y se distribuirá conforme a los términos y disposiciones de la Sección 3.6 del presente.

## ARTÍCULO VIII

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BONOS DE LA AEP 2011 (CLASE 4)

8.1 **Tratamiento de Reclamaciones de Bonos de la AEP 2011:** En la Fecha de Entrada en Vigor, cada tenedor de una Reclamación de Bonos de la AEP 2011 Permitida tendrá derecho a recibir en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos de la AEP 2011 Permitida de tal tenedor, la Participación a Prorrata de la Recuperación de Bonos de la AEP 2011 de tal tenedor.

## ARTÍCULO IX

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BONOS DE LA AEP 2011 DE INVERSIÓN (CLASE 5)

9.1 **Tratamiento de Reclamaciones de Bonos de la AEP 2011 de Inversión:** En la Fecha de Entrada en Vigor, cada tenedor de una Reclamación de Bonos de la AEP 2011 de Inversión Permitida tendrá derecho a recibir en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos de la AEP 2011 de Inversión Permitida de tal tenedor, la Participación a Prorrata de (a) la Recuperación de Bonos de la AEP 2011 y (b) la Tasa de Apoyo de Inversión asignable a los tenedores de Reclamaciones de Bonos de la AEP 2011 de Inversión Permitidas de tal tenedor; disponiéndose, sin embargo, que, en caso de que la Clase 5 vote para rechazar el Plan conforme a las disposiciones de la sección 1126 del Código de Quiebras, (y) cada tenedor de una Reclamación de Bonos de la AEP de Inversión Permitida tendrá derecho a recibir la Participación a Prorrata de la Recuperación de Bonos de la AEP 2011 de tal tenedor y (z) la Tasa de Apoyo de Inversión que de otro modo se asignaría a los tenedores de Reclamaciones de Bonos de la AEP 2011 de Inversión Permitidas se reasignará a los Acreedores de la Tasa de Restricción del Acuerdo de Apoyo al Plan y a los Inversores por Cuenta Propia que sean miembros de las Clases que votaron a favor del Plan y se distribuirá conforme a los términos y disposiciones de la Sección 3.6 del presente.

# ARTÍCULO X

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BONOS DE LA AEP 2012 (CLASE 6)

10.1 **Tratamiento de Reclamaciones de Bonos de la AEP 2012:** En la Fecha de Entrada en Vigor, cada tenedor de una Reclamación de la AEP 2012 Permitida tendrá derecho a recibir en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos de la AEP 2012 Permitida de tal tenedor, la Participación a Prorrata de la Recuperación de Bonos de la AEP 2012 de tal tenedor.

# ARTÍCULO XI

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BONOS DE LA AEP 2012 DE INVERSIÓN (CLASE 7)

11.1 **Tratamiento de Reclamaciones de Bonos de la AEP 2012 de Inversión:** En la Fecha de Entrada en Vigor, cada tenedor de una Reclamación de Bonos de la AEP 2012 de Inversión Permitida tendrá derecho a recibir en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos de la AEP 2012 de Inversión Permitida de tal tenedor, la Participación a Prorrata de (a) la Recuperación de Bonos de la AEP 2012 y (b) la Tasa de Apoyo de Inversión asignable a los tenedores de Reclamaciones de Bonos de la AEP 2012 de Inversión Permitidas de tal tenedor; disponiéndose, sin embargo, que, en caso de que la Clase 7 vote para rechazar el Plan conforme a las disposiciones de la sección 1126 del Código de Quiebras, (y) cada tenedor de una Reclamación de Bonos 2012 de Inversión Permitida tendrá derecho a recibir la Participación a Prorrata de la Recuperación de Bonos de la AEP 2012 de tal tenedor y (z) la Tasa de Apoyo de Inversión que de otro modo se asignaría a los tenedores de Reclamaciones de Bonos 2012 de Inversión Permitidas se reasignará a los Acreedores de la Tasa de Restricción del Acuerdo de Apoyo al Plan y a los Inversores por Cuenta Propia que sean miembros de las Clases que votaron a favor del Plan y se distribuirá conforme a los términos y disposiciones de la Sección 3.6 del presente.

# ARTÍCULO XII

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES CON GARANTÍA PRENDARIA DE LA AEP/ARD (CLASE 8)

12.1 **Tratamiento de Reclamaciones con Garantía Prendaria de la AEP/ARD:** Las Reclamaciones con Garantía Prendaria de la AEP/ARD no recibirán una distribución conforme al Plan y se considerará que el tenedor de las Reclamaciones con Garantía Prendaria de la AEP/ARD ha rechazado el Plan.

## ARTÍCULO XIII

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES SIN GARANTÍA GENERALES DE LA AEP (CLASE 9)

13.1 **Tratamiento de Reclamaciones sin Garantía Generales de la AEP:** En la Fecha de Entrada en Vigor, las Reclamaciones sin Garantía Generales de la AEP Permitidas no se considerarán afectadas y cada tenedor de una Reclamación sin Garantía General de la AEP Permitida tendrá derecho a recibir en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación sin Garantía Generales de la AEP Permitida de dicho tenedor, (a) la reposición conforme a la sección 1124(2) del Código de Quiebras, lo que incluye, de manera no taxativa, pagos en Efectivo necesarios para satisfacer los requisitos de reposición, (b) el pago del monto Concedido de la Reclamación de tal tenedor, en su totalidad, en Efectivo, en la posterior de las siguientes fechas (1) la Fecha de Entrada en Vigor, (2) la fecha en la cual se Concede la Reclamación sin Garantía General de la AEP, (3) la fecha en la cual tal Reclamación sin Garantía General de la AEP Permitida venza y sea pagadera y (4) cualquier otra fecha de mutuo acuerdo de tal tenedor de tal Reclamación sin Garantía General de la AEP y el Deudor o el Deudor Reorganizado, según el caso, o lo antes posible después de la última de estas fechas, o (c) cualquier otro tratamiento de común acuerdo entre tal tenedor de una Reclamación sin Garantía Generales de la AEP y el Deudor o el Deudor Reorganizado, según el caso.

## ARTÍCULO XIV

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES SIN GARANTÍA DE LA AEP/ARD (CLASE 10)

14.1 **Tratamiento de Reclamaciones sin Garantía de la AEP/ARD:** Las Reclamaciones sin Garantía de la AEP/ARD no recibirán una distribución conforme al Plan y se considerará que el tenedor de las Reclamaciones sin Garantía de la AEP/ARD ha rechazado el Plan.

## ARTÍCULO XV

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BONOS DEL ELA ANTIGUOS (CLASE 11)

15.1 **Tratamiento de Reclamaciones de Bonos del ELA Antiguos:** En la Fecha de Entrada en Vigor, y sujeto al derecho de elección establecido en la Sección 15.2 del presente, cada tenedor de una Reclamación de Bonos del ELA Antiguos Permitida tendrá derecho a recibir en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos del ELA Antiguos Permitida de tal tenedor, la Participación a Prorrata de la Recuperación de Bonos del ELA Antiguos de tal tenedor.

15.2 **Derecho de Elección para Reclamaciones de Bonos del ELA Antiguos (Elección Imponible):** Sin perjuicio de las disposiciones de la Sección 15.1 del Plan, cada tenedor de una Reclamación de Bonos del ELA Antiguos Permitida que sea un inversor de Puerto Rico tendrá derecho, a elección de ese tenedor, a optar por recibir distribuciones

conforme a los términos y disposiciones de las Secciones 18.1 y 59.1 del presente. Tal elección deberá realizarse en la Papeleta/Formulario de Elección, ser recibida por la Junta de Supervisión, o por su delegado, en la Fecha de Votación o antes de ella y, de optarse, será considerada aceptación del Plan por parte de tal tenedor. Cualquier elección realizada después de la Fecha de Votación no será vinculante para el ELA, a menos que la Junta de Supervisión renuncie expresamente, por escrito, a la Fecha de Votación; disponiéndose, sin embargo, que bajo ninguna circunstancia la Junta de Supervisión pueda renunciar a ella en la Fecha de Entrada en Vigor o después de esta.

## ARTÍCULO XVI

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BONOS DEL ELA ANTIGUOS DE INVERSIÓN (CLASE 12)

16.1 **Tratamiento de Reclamaciones de Bonos del ELA Antiguos de Inversión** : En la Fecha de Entrada en Vigor, cada tenedor de una Reclamación de Bonos del ELA Antiguos de Inversión Permitida tendrá derecho a recibir en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos del ELA Antiguos de Inversión Permitida de tal tenedor, la Participación a Prorrata de (a) la Recuperación de Bonos del ELA Antiguos y (b) la Tasa de Apoyo de Inversión asignable a los tenedores de Reclamaciones de Bonos del ELA Antiguos de Inversión Permitidas de tal tenedor; disponiéndose, sin embargo, que, en caso de que la Clase 12 vote para rechazar el Plan conforme a las disposiciones de la sección 1126 del Código de Quiebras, (y) cada tenedor de una Reclamación de Bonos del ELA Antiguos de Inversión Permitida tendrá derecho a recibir la Participación a Prorrata de la Recuperación de Bonos del ELA Antiguos de tal tenedor y (z) la Tasa de Apoyo de Inversión que de otro modo se asignaría a los tenedores de Reclamaciones de Bonos del ELA Antiguos de Inversión Permitidas se reasignará a los Acreedores de la Tasa de Restricción del Acuerdo de Apoyo al Plan y a los Inversores por Cuenta Propia que sean miembros de las Clases que votaron a favor del Plan y se distribuirá conforme a los términos y disposiciones de la Sección 3.6 del presente.

16.2 **Derecho de Elección para Reclamaciones de Bonos del ELA Antiguos de Inversión (Elección Imponible):** Sin perjuicio de las disposiciones de la Sección 16.1 del Plan, cada tenedor de una Reclamación de Bonos del ELA Antiguos de Inversión Permitida que sea un inversor de Puerto Rico tendrá derecho, a elección de ese tenedor, a optar por recibir distribuciones conforme a los términos y disposiciones de las Secciones 18.1 y 59.1 del presente. Tal elección deberá realizarse en la Papeleta/Formulario de Elección, ser recibida por la Junta de Supervisión, o por su delegado, en la Fecha de Votación o antes de ella y, de optarse, será considerada aceptación del Plan por parte de tal tenedor. Cualquier elección realizada después de la Fecha de Votación no será vinculante para el ELA, a menos que la Junta de Supervisión renuncie expresamente, por escrito, a la Fecha de Votación; disponiéndose, sin embargo, que bajo ninguna circunstancia la Junta de Supervisión pueda renunciar a ella en la Fecha de Entrada en Vigor o después de esta.

# ARTÍCULO XVII

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BONOS DEL ELA ANTIGUOS (ASEGURADAS) (CLASE 13)

17.1 **Tratamiento de Reclamaciones de Bonos del ELA Antiguos (Aseguradas):** En la Fecha de Entrada en Vigor, cada tenedor de una Reclamación de Bonos del ELA Antiguos (Asegurada) Permitida tendrá derecho a recibir en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos del ELA Antiguos (Asegurada) Permitida de tal tenedor, la Participación a Prorrata de la Recuperación de Bonos del ELA Antiguos de tal tenedor.

# ARTÍCULO XVIII

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BONOS DEL ELA ANTIGUOS (ELECCIÓN IMPONIBLE) (CLASE 14)

18.1 **Tratamiento de Reclamaciones de Bonos del ELA Antiguos (Elección Imponible):** En la Fecha de Entrada en Vigor, cada tenedor de una Reclamación de Bonos del ELA Antiguos (Elección Imponible) Permitida tendrá derecho a recibir en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos del ELA Antiguos (Elección Imponible) Permitida de tal tenedor, su Participación a Prorrata de la Recuperación de Bonos del ELA Antiguos, según se modifique por su Participación a Prorrata de la Distribución de Bonos Imponibles Antiguos.

# ARTÍCULO XIX

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BONOS DE GARANTÍA DEL ELA ANTIGUOS (CLASE 15)

19.1 **Tratamiento de Reclamaciones de Bonos de Garantía del ELA Antiguos:** En la Fecha de Entrada en Vigor, y en plena contraprestación, satisfacción, relevo e intercambio de su Reclamación de Bonos de Garantía del ELA Antiguos Permitida, cada tenedor de una Reclamación de Bonos de Garantía del ELA Antiguos Permitida recibirá la Participación a Prorrata de la Recuperación de Bonos de Garantía del ELA Antiguos de tal tenedor.

19.2 **Derecho de Elección para Reclamaciones de Bonos de Garantía del ELA Antiguos (Elección Imponible):** Sin perjuicio de las disposiciones de la Sección 19.1 del Plan, cada tenedor de una Reclamación de Bonos de Garantía del ELA Antiguos Permitida que sea un inversor de Puerto Rico tendrá derecho, a elección de ese tenedor, a optar por recibir distribuciones conforme a los términos y disposiciones de las Secciones 21.1 y 59.1 del presente. Tal elección deberá realizarse en la Papeleta/Formulario de Elección, ser recibida por la Junta de Supervisión, o por su delegado, en la Fecha de Votación o antes de ella y, de optarse, será considerada aceptación del Plan por parte de tal tenedor. Cualquier elección realizada después de la Fecha de Votación no será vinculante para el ELA, a menos que la Junta de Supervisión renuncie expresamente, por escrito, a la Fecha de Votación; disponiéndose, sin embargo, que

bajo ninguna circunstancia la Junta de Supervisión pueda renunciar a ella en la Fecha de Entrada en Vigor o después de esta.

# ARTÍCULO XX

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BONOS DE GARANTÍA DEL ELA ANTIGUOS (ASEGURADAS) (CLASE 16)

20.1 **Tratamiento de Reclamaciones de Bonos de Garantía del ELA Antiguos (Aseguradas):** En la Fecha de Entrada en Vigor, y en plena contraprestación, satisfacción, relevo e intercambio de su Reclamación de Bonos de Garantía del ELA Antiguos (Asegurada) Permitida, cada tenedor de una Reclamación de Bonos de Garantía del ELA Antiguos (Asegurada) Permitida tendrá derecho a recibir la Participación a Prorrata de la Recuperación de Bonos de Garantía del ELA Antiguos de tal tenedor.

# ARTÍCULO XXI

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BONOS DE GARANTÍA DEL ELA ANTIGUOS (ELECCIÓN IMPONIBLE) (CLASE 17)

21.1 **Tratamiento de Reclamaciones de Bonos de Garantía del ELA Antiguos (Elección Imponible):** En la Fecha de Entrada en Vigor, cada tenedor de una Reclamación de Bonos de Garantía del ELA Antiguos (Elección Imponible) Permitida tendrá derecho a recibir en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos de Garantía del ELA Antiguos (Elección Imponible) Permitida de tal tenedor, la Participación a Prorrata de la Recuperación de Bonos de Garantía del ELA Antiguos de tal tenedor, según se modifique por la Participación a Prorrata de la Distribución de Bonos Imponibles Antiguos de tal tenedor.

# ARTÍCULO XXII

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BONOS DEL ELA 2011 (CLASE 18)

22.1 **Tratamiento de Reclamaciones de Bonos del ELA 2011**: En la Fecha de Entrada en Vigor, y sujeto al derecho de elección establecido en la Sección 22.2 del presente, cada tenedor de una Reclamación de Bonos del ELA 2011 Permitida tendrá derecho a recibir en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos del ELA 2011 Permitida de tal tenedor, la Participación a Prorrata de la Recuperación de Bonos del ELA 2011 de tal tenedor.

22.2 **Derecho de Elección para Reclamaciones de Bonos del ELA 2011 (Elección Imponible)**: Sin perjuicio de las disposiciones de la Sección 22.1 del Plan, cada tenedor de una Reclamación de Bonos del ELA 2011 Permitida que sea un inversor de Puerto Rico tendrá derecho, a elección de ese tenedor, a optar por recibir distribuciones conforme a los términos y disposiciones de las Secciones 24.1 y 59.1 del presente. Tal elección deberá realizarse en la Papeleta/Formulario de Elección, ser recibida por la Junta de Supervisión, o por su delegado, en

la Fecha de Votación o antes de ella y, de optarse, será considerada aceptación del Plan por parte de tal tenedor. Toda elección realizada después de la Fecha de Votación no será vinculante para el ELA, a menos que la Junta de Supervisión renuncie expresamente, por escrito, a la Fecha de Votación; *disponiéndose, sin embargo*, que bajo ninguna circunstancia la Junta de Supervisión pueda renunciar a ella en la Fecha de Entrada en Vigor o después de esta.

## ARTÍCULO XXIII

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BONOS DEL ELA 2011 DE INVERSIÓN (CLASE 19)

23.1 **Tratamiento de Reclamaciones de Bonos del ELA 2011 de Inversión**: En la Fecha de Entrada en Vigor, cada tenedor de una Reclamación de Bonos del ELA 2011 de Inversión Permitida tendrá derecho a recibir en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos del ELA 2011 de Inversión Permitida de tal tenedor, la Participación a Prorrata de (a) la Recuperación de Bonos del ELA 2011 y (b) la Tasa de Apoyo de Inversión asignable a los tenedores de Reclamaciones de Bonos del ELA 2011 de Inversión Permitidas de tal tenedor; *disponiéndose, sin embargo*, que, en caso de que la Clase 19 vote para rechazar el Plan conforme a las disposiciones de la sección 1126 del Código de Quiebras, (y) cada tenedor de una Reclamación de Bonos del ELA de Inversión Permitida tendrá derecho a recibir la Participación a Prorrata de la Recuperación de Bonos del ELA 2011 de tal tenedor y (z) la Tasa de Apoyo de Inversión que de otro modo se asignaría a los tenedores de Reclamaciones de Bonos del ELA 2011 de Inversión Permitidas se reasignará a los Acreedores de la Tasa de Restricción del Acuerdo de Apoyo al Plan y a los Inversores por Cuenta Propia que sean miembros de las Clases que votaron a favor del Plan y se distribuirá conforme a los términos y disposiciones de la Sección 3.6 del presente.

23.2 **Derecho de Elección para Reclamaciones de Bonos del ELA 2011 de Inversión (Elección Imponible)**: Sin perjuicio de las disposiciones de la Sección 23.1 del Plan, cada tenedor de una Reclamación de Bonos del ELA 2011 Permitida que sea un inversor de Puerto Rico tendrá derecho, a elección de ese tenedor, a optar por recibir distribuciones conforme a los términos y disposiciones de las Secciones 25.1 y 59.1 del presente. Tal elección deberá realizarse en la Papeleta/Formulario de Elección, ser recibida por la Junta de Supervisión, o por su delegado, en la Fecha de Votación o antes de ella y, de optarse, será considerada aceptación del Plan por parte de tal tenedor. Toda elección realizada después de la Fecha de Votación no será vinculante para el ELA, a menos que la Junta de Supervisión renuncie expresamente, por escrito, a la Fecha de Votación; *disponiéndose, sin embargo*, que bajo ninguna circunstancia la Junta de Supervisión pueda renunciar a ella en la Fecha de Entrada en Vigor o después de esta.

## ARTÍCULO XXIV

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BONOS DEL ELA 2011 (ASEGURADAS) (CLASE 20)

24.1 **Tratamiento de Reclamaciones de Bonos del ELA 2011 (Aseguradas)**: En la Fecha de Entrada en Vigor, cada tenedor de una Reclamación de Bonos del ELA 2011

(Asegurada) Permitida tendrá derecho a recibir en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos del ELA 2011 (Asegurada) Permitida de tal tenedor, la Participación a Prorrata de la Recuperación de Bonos del ELA 2011 de tal tenedor.

## ARTÍCULO XXV

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BONOS DEL ELA 2011 (ELECCIÓN IMPONIBLE) (CLASE 21)

25.1 **Tratamiento de Reclamaciones de Bonos del ELA 2011 (Elección Imponible):** En la Fecha de Entrada en Vigor, cada tenedor de una Reclamación de Bonos del ELA 2011 (Elección Imponible) Permitida tendrá derecho a recibir en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos del ELA 2011 (Elección Imponible) Permitida de tal tenedor, la Participación a Prorrata de la Recuperación de Bonos del ELA 2011 de tal tenedor, según se modifique por la Participación a Prorrata en la Distribución de Bonos Imponibles del ELA 2011 de tal tenedor.

## ARTÍCULO XXVI

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BONOS DE GARANTÍA DEL ELA 2011 (CLASE 22)

26.1 **Tratamiento de Reclamaciones de Bonos de Garantía del ELA 2011:** En la Fecha de Entrada en Vigor, y sujeto al derecho de elección establecido en la Sección 26.2 del presente, cada tenedor de una Reclamación de Bonos de Garantía del ELA 2011 Permitida tendrá derecho a recibir en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos de Garantía del ELA 2011 Permitida de tal tenedor, la Participación a Prorrata de la Recuperación de Bonos de Garantía del ELA 2011 de tal tenedor.

26.2 **Derecho de Elección para Reclamaciones de Bonos de Garantía del ELA 2011 (Elección Imponible):** Sin perjuicio de las disposiciones de la Sección 25.1 del Plan, cada tenedor de una Reclamación de Bonos de Garantía del ELA 2011 Permitida que sea un inversor de Puerto Rico tendrá derecho, a elección de ese tenedor, a optar por recibir distribuciones conforme a los términos y disposiciones de las Secciones 27.1 y 59.1 del presente. Tal elección deberá realizarse en la Papeleta/Formulario de Elección, ser recibida por la Junta de Supervisión, o por su delegado, en la Fecha de Votación o antes de ella y, de optarse, será considerada aceptación del Plan por parte de tal tenedor. Toda elección realizada después de la Fecha de Votación no será vinculante para el ELA, a menos que la Junta de Supervisión renuncie expresamente, por escrito, a la Fecha de Votación; disponiéndose, sin embargo, que bajo ninguna circunstancia la Junta de Supervisión pueda renunciar a ella en la Fecha de Entrada en Vigor o después de esta.

## ARTÍCULO XXVII

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BONOS DE GARANTÍA DEL ELA 2011 (ELECCIÓN IMPONIBLE) (CLASE 23)

27.1    **Tratamiento de Reclamaciones de Bonos de Garantía del ELA 2011 (Elección Imponible)**: En la Fecha de Entrada en Vigor, cada tenedor de una Reclamación de Bonos de Garantía del ELA 2011 (Elección Imponible) Permitida tendrá derecho a recibir en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos de Garantía del ELA 2011 (Elección Imponible) Permitida de tal tenedor, la Participación a Prorrata de la Recuperación de Bonos de Garantía del ELA 2011 de tal tenedor, según se modifique por la Participación a Prorrata de la Distribución de Bonos de Garantía Imponibles del ELA 2011 de tal tenedor.

## ARTÍCULO XXVIII

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BONOS SERIE D/E/PIB DEL ELA 2011 (CLASE 24)

28.1    **Tratamiento de Reclamaciones de Bonos Serie D/E/PIB del ELA 2011**: En la Fecha de Entrada en Vigor, y sujeto al derecho de elección establecido en la Sección 28.2 del presente, cada tenedor de una Reclamación de Bonos Serie D/E/PIB del ELA 2011 Permitida tendrá derecho a recibir en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos Serie D/E/PIB del ELA 2011 Permitida de tal tenedor, la Participación a Prorrata de la Recuperación de Bonos Serie D/E/PIB del ELA 2011 de tal tenedor.

28.2    **Derecho de Elección para Reclamaciones de Bonos Serie D/E/PIB del ELA 2011 (Elección Imponible)**: Sin perjuicio de las disposiciones de la Sección 28.1 del Plan, cada tenedor de una Reclamación de Bonos Serie D/E/PIB del ELA 2011 Permitida que sea un inversor de Puerto Rico tendrá derecho, a elección de ese tenedor, a optar por recibir distribuciones conforme a los términos y disposiciones de las Secciones 31.1 y 59.1 del presente. Tal elección deberá realizarse en la Papeleta/Formulario de Elección, ser recibida por la Junta de Supervisión, o por su delegado, en la Fecha de Votación o antes de ella y, de optarse, será considerada aceptación del Plan por parte de tal tenedor. Toda elección realizada después de la Fecha de Votación no será vinculante para el ELA, a menos que la Junta de Supervisión renuncie expresamente, por escrito, a la Fecha de Votación; disponiéndose, sin embargo, que bajo ninguna circunstancia la Junta de Supervisión pueda renunciar a ella en la Fecha de Entrada en Vigor o después de esta.

## ARTÍCULO XXIX

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BONOS SERIE D/E/PIB DEL ELA 2011 (ASEGURADAS) (CLASE 25)

29.1    **Tratamiento de Reclamaciones de Bonos Serie D/E/PIB del ELA 2011 (Aseguradas)**: En la Fecha de Entrada en Vigor, cada tenedor de una Reclamación de Bonos Serie D/E/PIB del ELA 2011 (Asegurada) Permitida tendrá derecho a recibir en plena

contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos Serie D/E/PIB del ELA 2011 (Asegurada) Permitida de tal tenedor, la Participación a Prorrata de la Recuperación de Bonos Serie D/E/PIB del ELA 2011 de tal tenedor.

## ARTÍCULO XXX

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BONOS SERIE D/E/PIB DEL ELA 2011 DE INVERSIÓN (CLASE 26)

30.1 **Tratamiento de Reclamaciones de Bonos Serie D/E/PIB del ELA 2011 de Inversión:** En la Fecha de Entrada en Vigor, cada tenedor de una Reclamación de Bonos Serie D/E/PIB del ELA 2011 de Inversión Permitida tendrá derecho a recibir en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos Serie D/E/PIB del ELA 2011 de Inversión Permitida de tal tenedor, la Participación a Prorrata de (a) la Recuperación de Bonos Serie D/E/PIB del ELA 2011 y (b) la Tasa de Apoyo de Inversión asignable a los tenedores de Reclamaciones de Bonos Serie D/E/PIB del ELA 2011 de Inversión Permitidas de tal tenedor; disponiéndose, sin embargo, que, en el caso de que la Clase 26 vote para rechazar el Plan conforme a las disposiciones de la sección 1126 del Código de Quiebras, (y) cada tenedor de una Reclamación de Bonos Serie D/E/PIB del ELA de Inversión Permitida tendrá derecho a recibir la Participación a Prorrata de la Recuperación de Bonos Serie D/E/PIB del ELA 2011 de tal tenedor y (z) la Tasa de Apoyo de Inversión que de otro modo se asignaría a los tenedores de Reclamaciones de Bonos Serie D/E/PIB del ELA 2011 de Inversión Permitidas se reasignará a los Acreedores de la Tasa de Restricción del Acuerdo de Apoyo al Plan y a los Inversores por Cuenta Propia que sean miembros de las Clases que votaron a favor del Plan y se distribuirá conforme a los términos y disposiciones de la Sección 3.6 del presente.

30.2 **Derecho de Elección para Reclamaciones de Bonos Serie D/E/PIB del ELA 2011 de Inversión (Elección Imponible)**: Sin perjuicio de las disposiciones de la Sección 30.1 del Plan, cada tenedor de una Reclamación de Bonos Serie D/E/PIB del ELA 2011 de Inversión Permitida que sea un inversor de Puerto Rico tendrá derecho, a elección de ese tenedor, a optar por recibir distribuciones conforme a los términos y disposiciones de las Secciones 31.1 y 59.1 del presente. Tal elección deberá realizarse en la Papeleta/Formulario de Elección, ser recibida por la Junta de Supervisión, o por su delegado, en la Fecha de Votación o antes de ella y, de optarse, será considerada aceptación del Plan por parte de tal tenedor. Toda elección realizada después de la Fecha de Votación no será vinculante para el ELA, a menos que la Junta de Supervisión renuncie expresamente, por escrito, a la Fecha de Votación; disponiéndose, sin embargo, que bajo ninguna circunstancia la Junta de Supervisión pueda renunciar a ella en la Fecha de Entrada en Vigor o después de esta.

## ARTÍCULO XXXI

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BONOS SERIE D/E/PIB DEL ELA 2011 (ELECCIÓN IMPONIBLE) (CLASE 27)

31.1 **Tratamiento de Reclamaciones de Bonos Serie D/E/PIB del ELA 2011 (Elección Imponible):** En la Fecha de Entrada en Vigor, cada tenedor de una Reclamación de Bonos Serie D/E/PIB del ELA 2011 (Elección Imponible) Permitida tendrá derecho a recibir en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos Serie D/E/PIB del ELA 2011 (Elección Imponible) Permitida de tal tenedor, la Participación a Prorrata de la Recuperación de Bonos Serie D/E/PIB del ELA 2011 de tal tenedor, según se modifique por la Participación a Prorrata de la Distribución de Bonos Imponibles Serie D/E/PIB del ELA 2011 de tal tenedor.

## ARTÍCULO XXXII

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BONOS DEL ELA 2012 (CLASE 28)

32.1 **Tratamiento de Reclamaciones de Bonos del ELA 2012:** En la Fecha de Entrada en Vigor, y sujeto al derecho de elección establecido en la Sección 32.2 del presente, cada tenedor de una Reclamación de Bonos del ELA 2012 Permitida tendrá derecho a recibir en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos del ELA 2012 Permitida de tal tenedor, la Participación a Prorrata de la Recuperación de Bonos del ELA 2012 de tal tenedor.

32.2 **Derecho de Elección para Reclamaciones de Bonos del ELA 2012 (Elección Imponible):** Sin perjuicio de las disposiciones de la Sección 32.1 del Plan, cada tenedor de una Reclamación de Bonos del ELA 2012 Permitida que sea un inversor de Puerto Rico tendrá derecho, a elección de ese tenedor, a optar por recibir distribuciones conforme a los términos y disposiciones de las Secciones 35.1 y 59.1 del presente. Tal elección deberá realizarse en la Papeleta/Formulario de Elección, ser recibida por la Junta de Supervisión, o por su delegado, en la Fecha de Votación o antes de ella y, de optarse, será considerada aceptación del Plan por parte de tal tenedor. Toda elección realizada después de la Fecha de Votación no será vinculante para el ELA, a menos que la Junta de Supervisión renuncie expresamente, por escrito, a la Fecha de Votación; _disponiéndose, sin embargo_, que bajo ninguna circunstancia la Junta de Supervisión pueda renunciar a ella en la Fecha de Entrada en Vigor o después de esta.

## ARTÍCULO XXXIII

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BONOS DEL ELA 2012 DE INVERSIÓN (CLASE 29)

33.1 **Tratamiento de Reclamaciones de Bonos del ELA 2012 de Inversión**: En la Fecha de Entrada en Vigor, cada tenedor de una Reclamación de Bonos del ELA 2012 de Inversión Permitida tendrá derecho a recibir en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos del ELA 2012 de Inversión Permitida de tal tenedor, la

Participación a Prorrata de (a) la Recuperación de Bonos del ELA 2012 y (b) la Tasa de Apoyo de Inversión asignable a los tenedores de Reclamaciones de Bonos del ELA 2012 de Inversión Permitidas de tal tenedor; disponiéndose, sin embargo, que, en caso de que la Clase 29 vote para rechazar el Plan conforme a las disposiciones de la sección 1126 del Código de Quiebras, (y) cada tenedor de una Reclamación de Bonos del ELA de Inversión Permitida tendrá derecho a recibir la Participación a Prorrata de la Recuperación de Bonos del ELA 2012 de tal tenedor y (z) la Tasa de Apoyo de Inversión que de otro modo se asignaría a los tenedores de Reclamaciones de Bonos del ELA 2012 de Inversión Permitidas se reasignará a los Acreedores de la Tasa de Restricción del Acuerdo de Apoyo al Plan y a los Inversores por Cuenta Propia que sean miembros de las Clases que votaron a favor del Plan y se distribuirá conforme a los términos y disposiciones de la Sección 3.6 del presente.

33.2 **Derecho de Elección para Reclamaciones de Bonos del ELA 2012 de Inversión (Elección Imponible):** Sin perjuicio de las disposiciones de la Sección 33.1 del Plan, cada tenedor de una Reclamación de Bonos del ELA 2012 de Inversión Permitida que sea un inversor de Puerto Rico tendrá derecho, a elección de ese tenedor, a optar por recibir distribuciones conforme a los términos y disposiciones de las Secciones 35.1 y 59.1 del presente. Tal elección deberá realizarse en la Papeleta/Formulario de Elección, ser recibida por la Junta de Supervisión, o por su delegado, en la Fecha de Votación o antes de ella y, de optarse, será considerada aceptación del Plan por parte de tal tenedor. Toda elección realizada después de la Fecha de Votación no será vinculante para el ELA, a menos que la Junta de Supervisión renuncie expresamente, por escrito, a la Fecha de Votación; disponiéndose, sin embargo, que bajo ninguna circunstancia la Junta de Supervisión pueda renunciar a ella en la Fecha de Entrada en Vigor o después de esta.

## ARTÍCULO XXXIV

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BONOS DEL ELA 2012 (ASEGURADAS) (CLASE 30)

34.1 **Tratamiento de Reclamaciones de Bonos del ELA 2012 (Aseguradas)**: En la Fecha de Entrada en Vigor, cada tenedor de una Reclamación de Bonos del ELA 2012 (Asegurada) Permitida tendrá derecho a recibir en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos del ELA 2012 (Asegurada) Permitida de tal tenedor, la Participación a Prorrata de la Recuperación de Bonos del ELA 2012 de tal tenedor.

## ARTÍCULO XXXV

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BONOS DEL ELA 2012 (ELECCIÓN IMPONIBLE) (CLASE 31)

35.1 **Disposiciones para el Tratamiento de Reclamaciones de Bonos del ELA 2012 (Elección Imponible):** En la Fecha de Entrada en Vigor, cada tenedor de una Reclamación de Bonos del ELA 2012 (Elección Imponible) Permitida tendrá derecho a recibir en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos del ELA 2012 (Elección Imponible) Permitida de tal tenedor, la Participación a Prorrata de la Recuperación de

Bonos del ELA 2012 de tal tenedor, según se modifique por su Participación Prorrata de la Distribución de Bonos Imponibles del ELA 2012.

## ARTÍCULO XXXVI

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BONOS DE GARANTÍA DEL ELA 2012 (CLASE 32)

36.1 **Tratamiento de Reclamaciones de Bonos de Garantía del ELA 2012:** En la Fecha de Entrada en Vigor, y sujeto al derecho de elección establecido en la Sección 36.2 del presente, cada tenedor de una Reclamación de Bonos de Garantía del ELA 2012 Permitida tendrá derecho a recibir en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos de Garantía del ELA 2012 Permitida de tal tenedor, la Participación a Prorrata de la Recuperación de Bonos de Garantía del ELA 2012 de tal tenedor.

36.2 **Derecho de Elección para Reclamaciones de Bonos de Garantía del ELA 2012 (Elección Imponible):** Sin perjuicio de las disposiciones de la Sección 36.1 del Plan, cada tenedor de una Reclamación de Bonos de Garantía del ELA 2012 Permitida que sea un inversor de Puerto Rico tendrá derecho, a elección de ese tenedor, a optar por recibir distribuciones conforme a los términos y disposiciones de las Secciones 37.1 y 59.1 del presente. Tal elección deberá realizarse en la Papeleta/Formulario de Elección, ser recibida por la Junta de Supervisión, o por su delegado, en la Fecha de Votación o antes de ella y, de optarse, será considerada aceptación del Plan por parte de tal tenedor. Toda elección realizada después de la Fecha de Votación no será vinculante para el ELA, a menos que la Junta de Supervisión renuncie expresamente, por escrito, a la Fecha de Votación; disponiéndose, sin embargo, que bajo ninguna circunstancia la Junta de Supervisión pueda renunciar a ella en la Fecha de Entrada en Vigor o después de esta.

## ARTÍCULO XXXVII

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BONOS DE GARANTÍA DEL ELA 2012 (ELECCIÓN IMPONIBLE) (CLASE 33)

37.1 **Tratamiento de Reclamaciones de Bonos de Garantía del ELA 2012 (Elección Imponible)**: En la Fecha de Entrada en Vigor, cada tenedor de una Reclamación de Bonos de Garantía del ELA 2012 (Elección Imponible) Permitida tendrá derecho a recibir en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos de Garantía del ELA 2012 (Elección Imponible) Permitida de tal tenedor, la Participación a Prorrata de la Recuperación de Bonos de Garantía del ELA 2012 de tal tenedor, según se modifique por la Participación a Prorrata de la Distribución de Bonos de Garantía Imponibles del ELA 2012 de tal tenedor.

# ARTÍCULO XXXVIII

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BONOS DEL ELA 2014 (CLASE 34)

38.1 **Tratamiento de Reclamaciones de Bonos del ELA 2014:** En la Fecha de Entrada en Vigor, y sujeto al derecho de elección establecido en la Sección 38.2 del presente, cada tenedor de una Reclamación de Bonos del ELA 2014 Permitida tendrá derecho a recibir en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos del ELA 2014 Permitida de tal tenedor, la Participación a Prorrata de la Recuperación de Bonos del ELA 2014 de tal tenedor.

38.2 **Derecho de Elección para Reclamaciones de Bonos del ELA 2014 (Elección Imponible):** Sin perjuicio de las disposiciones de la Sección 38.1 del Plan, cada tenedor de una Reclamación de Bonos del ELA 2014 Permitida que sea un inversor de Puerto Rico tendrá derecho, a elección de ese tenedor, a optar por recibir distribuciones conforme a los términos y disposiciones de las Secciones 40.1 y 59.1 del presente. Tal elección deberá realizarse en la Papeleta/Formulario de Elección, ser recibida por la Junta de Supervisión, o por su delegado, en la Fecha de Votación o antes de ella y, de optarse, será considerada aceptación del Plan por parte de tal tenedor. Toda elección realizada después de la Fecha de Votación no será vinculante para el ELA, a menos que la Junta de Supervisión renuncie expresamente, por escrito, a la Fecha de Votación; disponiéndose, sin embargo, que bajo ninguna circunstancia la Junta de Supervisión pueda renunciar a ella en la Fecha de Entrada en Vigor o después de esta.

# ARTÍCULO XXXIX

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BONOS DEL ELA 2014 DE INVERSIÓN (CLASE 35)

39.1 **Tratamiento de Reclamaciones de Bonos 2014 de Inversión:** En la Fecha de Entrada en Vigor, cada tenedor de una Reclamación de Bonos del ELA 2014 de Inversión Permitida tendrá derecho a recibir en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos del ELA 2014 de Inversión Permitida de tal tenedor, la Participación a Prorrata de (a) la Recuperación de Bonos del ELA 2014 y (b) la Tasa de Apoyo de Inversión asignable a los tenedores de Reclamaciones de Bonos del ELA 2014 de Inversión Permitidas de tal tenedor; disponiéndose, sin embargo, que, en caso de que la Clase 35 vote para rechazar el Plan conforme a las disposiciones de la sección 1126 del Código de Quiebras, (y) cada tenedor de una Reclamación de Bonos del ELA de Inversión Permitida tendrá derecho a recibir la Participación a Prorrata de la Recuperación de Bonos del ELA 2014 de tal tenedor y (z) la Tasa de Apoyo de Inversión que de otro modo se asignaría a los tenedores de Reclamaciones de Bonos del ELA 2014 de Inversión Permitidas se reasignará a los Acreedores de la Tasa de Restricción del Acuerdo de Apoyo al Plan y a los Inversores por Cuenta Propia que sean miembros de las Clases que votaron a favor del Plan y se distribuirá conforme a los términos y disposiciones de la Sección 3.6 del presente.

39.2 **Derecho de Elección para Reclamaciones de Bonos del ELA 2014 de Inversión (Elección Imponible):** Sin perjuicio de las disposiciones de la Sección 39.1 del Plan,

cada tenedor de una Reclamación de Bonos del ELA 2014 de Inversión Permitida que sea un inversor de Puerto Rico tendrá derecho, a elección de ese tenedor, a optar por recibir distribuciones conforme a los términos y disposiciones de las Secciones 40.1 y 59.1 del presente. Tal elección deberá realizarse en la Papeleta/Formulario de Elección, ser recibida por la Junta de Supervisión, o por su delegado, en la Fecha de Votación o antes de ella y, de optarse, será considerada aceptación del Plan por parte de tal tenedor. Toda elección realizada después de la Fecha de Votación no será vinculante para el ELA, a menos que la Junta de Supervisión renuncie expresamente, por escrito, a la Fecha de Votación; disponiéndose, sin embargo, que bajo ninguna circunstancia la Junta de Supervisión pueda renunciar a ella en la Fecha de Entrada en Vigor o después de esta.

## ARTÍCULO XL

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BONOS DEL ELA 2014 (ELECCIÓN IMPONIBLE) (CLASE 36)

40.1 **Disposiciones para el Tratamiento de Reclamaciones de Bonos del ELA 2014 (Elección Imponible):** En la Fecha de Entrada en Vigor, cada tenedor de una Reclamación de Bonos del ELA 2014 (Elección Imponible) Permitida tendrá derecho a recibir en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos del ELA 2014 (Elección Imponible) Permitida de tal tenedor, la Participación a Prorrata en la Recuperación de Bonos del ELA 2014 de tal tenedor, según se modifique por la Participación a Prorrata de la Distribución de Bonos Imponibles del ELA 2014 de tal tenedor.

## ARTÍCULO XLI

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BONOS DE GARANTÍA DEL ELA 2014 (CLASE 37)

41.1 **Tratamiento de Reclamaciones de Bonos de Garantía del ELA 2014:** En la Fecha de Entrada en Vigor, y sujeto al derecho de elección establecido en la Sección 41.2 del presente, cada tenedor de una Reclamación de Bonos de Garantía del ELA 2014 Permitida tendrá derecho a recibir en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos de Garantía del ELA 2014 Permitida de tal tenedor, la Participación a Prorrata de la Recuperación de Bonos del ELA 2014 de tal tenedor.

41.2 **Derecho de Elección para Reclamaciones de Bonos de Garantía del ELA 2014 (Elección Imponible):** Sin perjuicio de las disposiciones de la Sección 41.1 del Plan, cada tenedor de una Reclamación de Bonos del ELA 2014 Permitida que sea un inversor de Puerto Rico tendrá derecho, a elección de ese tenedor, a optar por recibir distribuciones conforme a los términos y disposiciones de las Secciones 42.1 y 59.1 del presente. Tal elección deberá realizarse en la Papeleta/Formulario de Elección, ser recibida por la Junta de Supervisión, o por su delegado, en la Fecha de Votación o antes de ella y, de optarse, será considerada aceptación del Plan por parte de tal tenedor. Toda elección realizada después de la Fecha de Votación no será vinculante para el ELA, a menos que la Junta de Supervisión renuncie expresamente, por escrito, a la Fecha de Votación; disponiéndose, sin embargo, que bajo ninguna circunstancia la Junta de Supervisión pueda renunciar a ella en la Fecha de Entrada en Vigor o después de esta.

## ARTÍCULO XLII

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BONOS DE GARANTÍA DEL ELA 2014 (ELECCIÓN IMPONIBLE) (CLASE 38)

42.1 **Tratamiento de Reclamaciones de Bonos de Garantía del ELA 2014 (Elección Imponible):** En la Fecha de Entrada en Vigor, cada tenedor de una Reclamación de Bonos de Garantía del ELA 2014 (Elección Imponible) Permitida tendrá derecho a recibir en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos de Garantía del ELA 2014 (Elección Imponible) Permitida de tal tenedor, la Participación a Prorrata a la Recuperación de Bonos de Garantía del ELA 2014 de tal tenedor, según se modifique por la Participación a Prorrata de la Distribución de Bonos de Garantía Imponibles del ELA 2014 de tal tenedor.

## ARTÍCULO XLIII

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BENEFICIOS DE RETIRO DE EMPLEADOS ACTIVOS Y RETIRADOS (CLASE 39A A 39E)

43.1 **Tratamiento de Reclamaciones de Pensionados (Clase 39A):**

(a) Ajuste de Beneficios. Cada tenedor de una Reclamación de Pensionado Permitida tendrá derecho a recibir a causa de tal Reclamación de Pensionado Permitida sus beneficios modificados conforme a la Modificación Mensual de Beneficios y los términos establecidos en el Anexo «E» adjunto al presente, lo que incluye, de manera no taxativa, la eliminación de cualquier ajuste por costo de vida, sujeto a la Recuperación de Beneficios y al Porcentaje de Reducción previstos en el Plan.

(b) Invalidación. Todas las disposiciones de la Constitución del ELA, los estatutos, las órdenes ejecutivas, las normas, los reglamentos y las políticas del ELA vigentes a la Fecha de Confirmación que creen, exijan o hagan cumplir la pensión de los empleados y otros beneficios que se modifiquen y/o conserven total o parcialmente en el presente, en la medida en que sean incompatibles con el tratamiento de las Reclamaciones de Pensionados Permitidas según el presente, se consideran inválidas al ser incompatibles con PROMESA.

43.2 **Tratamiento de Reclamaciones de Participantes del SRE Activos (Clase 39B):**

(a) Ajuste de Beneficios. Cada tenedor de una Reclamación de Participantes del SRE Activos Permitida tendrá derecho a recibir a causa de tal Reclamación de Participantes del SRE Activos Permitida sus beneficios modificados conforme a la Modificación Mensual de Beneficios, lo que incluye, de manera no taxativa, la eliminación de cualquier ajuste por costo de vida, sujeto a la Recuperación de Beneficios y al Porcentaje de Reducción previstos en el Plan.

(b) Invalidación: Todas las disposiciones de la Constitución del ELA, los estatutos, las órdenes ejecutivas, las normas, los reglamentos y las políticas del ELA vigentes a la

Fecha de Confirmación que creen, exijan o hagan cumplir la pensión de los empleados y otros beneficios que se modifiquen y/o conserven total o parcialmente en el presente, en la medida en que sean incompatibles con el tratamiento de las Reclamaciones de Participantes del SRE Activos Permitidas según el presente, se consideran inválidas al ser incompatibles con PROMESA.

43.3 **Tratamiento de Reclamaciones de Participantes del SRJ Activos (Clase 39C):**

(a) Ajuste de Beneficios. Cada tenedor de una Reclamación de Participantes del SRJ Permitida tendrá derecho a recibir, a causa de dicha Reclamación de Participantes del SRJ Activos Permitida (i) sus beneficios acumulados al 4 de mayo de 2017, modificados conforme a la Modificación de Beneficios Mensual y los términos establecidos en el Anexo «F» adjunto al presente, lo que incluye, de manera no taxativa, la eliminación de cualquier ajuste por costo de vida, sujeto a la Recuperación de Beneficios y al Porcentaje de Reducción previstos en el Plan y (ii) los beneficios adicionales por servicios a partir del 4 de mayo de 2017, bloqueados a la fecha establecida en el pliego de términos adjunto como Anexos «F» al presente, según corresponda, a tal tenedor de una Reclamación de Participantes del SRJ Activos Permitida, lo que incluye los beneficios de Seguro Social definidos allí.

(b) Invalidación. Todas las disposiciones de la Constitución del ELA, los estatutos, las órdenes ejecutivas, las normas, los reglamentos y las políticas del ELA vigentes a la Fecha de Confirmación que creen, exijan o hagan cumplir la pensión de los empleados y otros beneficios que se modifiquen y/o conserven total o parcialmente en el presente, en la medida en que sean incompatibles con el tratamiento de las Reclamaciones de Participantes del SRJ Activos Permitidas según el presente, se consideran inválidas al ser incompatibles con PROMESA.

43.4 **Tratamiento de Reclamaciones de Participantes del SRM Activos (Clase 39D):**

(a) Ajuste de Beneficios. Cada tenedor de una Reclamación de Participantes del SRM Activos Permitida tendrá derecho a recibir, a causa de tal Reclamación de Participantes del SRM Activos Permitida (i) sus beneficios acumulados al 4 de mayo de 2017, modificados conforme a la Modificación de Beneficios Mensual y los términos establecidos en el Anexo «G» adjunto al presente, lo que incluye, de manera no taxativa, la eliminación de cualquier ajuste por costo de vida, sujeto a la Recuperación de Beneficios y al Porcentaje de Reducción previstos en el Plan y (ii) los beneficios adicionales por servicios a partir del 4 de mayo de 2017, bloqueados a la Fecha de Entrada en Vigor establecida en el pliego de términos adjunto como Anexo «G» al presente, según corresponda, a tal tenedor de una Reclamación de Participantes del SRM Activos Permitida, lo que incluye los beneficios de Seguro Social definidos allí.

(b) Invalidación. Todas las disposiciones de la Constitución del ELA, los estatutos, las órdenes ejecutivas, las normas, los reglamentos y las políticas del ELA vigentes a la Fecha de Confirmación que creen, exijan o hagan cumplir la pensión de los empleados y otros beneficios que se modifiquen y/o conserven total o parcialmente en el presente, en la medida en que sean incompatibles con el tratamiento de las Reclamaciones de Participantes del SRM Activos Permitidas según el presente, se consideran inválidas al ser incompatibles con PROMESA.

43.5 **Tratamiento de Reclamaciones de Participantes del Sistema 2000 (Clase 39E):**

(a) Beneficios del Sistema 2000: Salvo por lo dispuesto en las Secciones 43.2(b), 43.3(b) y 43.4(b) del presente, los tenedores de Reclamaciones de Participantes del Sistema 2000 Permitidas recibirán el monto de sus contribuciones a esos planes desde el 2000 hasta el 30 de junio de 2017, más los intereses devengados sobre estas conforme a la ley aplicable para el período hasta la Fecha de Petición del ELA, no inclusive, cuyo monto se depositará en las cuentas de contribución definidas establecidas en virtud de la Ley 106-2017. Si el monto total de las contribuciones, más los intereses devengados a partir de estos según lo descrito anteriormente, es inferior o igual a mil quinientos millones de dólares ($ 1,500,000,000.00), en la Fecha de Entrada en Vigor, cada tenedor de una Reclamación de Participantes del Sistema 2000 Permitida recibirá la Participación a Prorrata de tal monto acumulado de tal tenedor. Si el monto total de las contribuciones descrito en el presente Sección 43.5(a), más los intereses devengados a partir de estos según lo descrito anteriormente, supera los mil quinientos millones de dólares ($ 1,500,000,000.00), la Junta de Supervisión y AFSCME elaborarán un plan de pagos mutuamente aceptable para ambas partes a fin de pagar el saldo restante de las contribuciones (para evitar dudas, la suma que exceda a partir mil quinientos millones de dólares ($ 1,500,000,000.00)) que se describe en la presente Sección 43.5(a). En todo caso, el monto total de las contribuciones descritas en la presente Sección 43.5(a) se abonará a todos los tenedores de Reclamaciones de Participantes del Sistema 2000 Permitidas a más tardar el 31 de diciembre de 2025. A partir de la Fecha de Entrada en Vigor, los tenedores de Participantes [sic] del Sistema 2000 Permitidas con contribuciones del Sistema 2000 desde el 2000 hasta el 30 de junio de 2017 que no reúnan las condiciones para recibir beneficios en virtud de la Ley 1 y la Ley 447 ya no tendrán derecho a beneficios futuros administrados por el sistema, tal como los beneficios por muerte o discapacidad. Los tenedores de Reclamaciones de Participantes del Sistema 2000 Permitidas que ya se hayan retirado y convertido sus contribuciones a una anualidad paga en el sistema no tendrán derecho al tratamiento descrito en la presente Sección 43.5(a) y no recibirán un pago en efectivo, sino que estarán sujetos a la reducción de pensiones aplicable a otros Participantes conforme a los términos y disposiciones de la Sección 43.1 del Plan.

(b) Invalidación: Todas las disposiciones de la Constitución del ELA, los estatutos, las órdenes ejecutivas, las normas, los reglamentos y las políticas del ELA vigentes a la Fecha de Confirmación que creen, exijan o hagan cumplir la pensión de los empleados y otros beneficios que se modifiquen y/o conserven total o parcialmente en el presente, en la medida en que sean incompatibles con el tratamiento proporcionado conforme a la Sección 43.5(a) del presente, se consideran inválidas al ser incompatibles con PROMESA.

## ARTÍCULO XLIV

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BONOS DE EMPLEADOS DE AFSCME (CLASE 40)

44.1 **Tratamiento de Reclamaciones de Empleados de la AFSCME:**

(a)     Contratos de Negociación Colectiva de AFSCME Modificados: Los contratos de negociación colectiva entre el ELA, sus agencias y dependencias correspondientes, por una parte, y AFSCME y sus filiales sindicales, por otra parte, se considerarán rechazadas conforme a la sección 365 del Código de Quiebras y serán sustituidas por contratos de negociación colectiva modificados que se concertarán conforme a los términos y condiciones acordados por AFSCME y la Junta de Supervisión, según se establece en el Anexo «J» adjunto al presente. Sin limitar lo que precede, tales modificaciones incluirán, entre otras cosas (a) un plazo de cinco (5) años, contados a partir de la Fecha de Entrada en Vigor, (b) disposiciones relativas a los despidos y la reducción de personal, (c) términos relativos al Sistema 2000 y (d) disposiciones para compartir el Excedente en Caja. Cada tenedor de una Reclamación de Empleados de AFSCME Permitida tendrá derecho a recibir el tratamiento establecido en las Secciones 44.1(a), (b), (c) y (d) del presente, en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Empleados de AFSCME de tal tenedor que resulte de tal rechazo. El ELA no tendrá obligación de negociar con AFSCME sobre los términos de un contrato de negociación colectiva nuevo o modificado a lo largo del período de tales contratos de negociación colectiva modificados y la falta de negociación durante ese período no constituirá, ni se interpretará como, una práctica laboral injusta conforme a ninguna ley de Puerto Rico. Ningún foro judicial tendrá en cuenta las prácticas anteriores o el historial de negociación al interpretar los términos de los contratos de negociación colectiva modificados establecidos en el Anexo «H» adjunto al presente.

(b)     Distribución Adicional de AFSCME. En o tan pronto como sea razonablemente posible después de la Fecha de Entrada en Vigor, AFSCME y sus empleados miembros, según corresponda, recibirán los pagos y distribuciones adicionales establecidos en el Apéndice II del Anexo «H» adjunto al presente.

(c)     Arbitraje pre-Solicitud y Reclamación de Recurso. Cualquier distribución a causa de Reclamaciones por montos de daños y perjuicios liquidados que resultan de la disposición de acciones previas a la solicitud presentadas conforme a los procedimientos de arbitraje y recursos que surjan de los contratos de negociación colectiva entre el ELA y AFSCME serán presentadas por el ELA al demandante en cada caso en la fecha posterior de (i) treinta (30) días después de tal disposición y (ii) sesenta (60) días después de la Fecha de Entrada en Vigor.

(d)     Invalidación. Todas las disposiciones de la Constitución del ELA, los estatutos, las órdenes ejecutivas, las normas, los reglamentos y las políticas del ELA vigentes a la Fecha de Confirmación que creen, exijan o hagan cumplir la pensión de los empleados y otros beneficios que se modifiquen en el presente, en la medida en que sean incompatibles con el tratamiento proporcionado en la presente Sección 44.1, se consideran inválidas al ser incompatibles con PROMESA y no tendrán validez ni vigencia alguna.

## ARTÍCULO XLV

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES SIN GARANTÍA GENERALES DEL ELA (CLASE 41)

45.1 <u>Tratamiento de Reclamaciones sin Garantía Generales del ELA</u>:

(a) <u>Tratamiento de Reclamaciones sin Garantía Generales del ELA</u>. Sujeto a la elección establecido en la Sección 45.1 del presente, cada tenedor de una Reclamación de Bonos sin Garantía General del ELA Permitida tendrá derecho a recibir, en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos sin Garantía General del ELA Permitida de tal tenedor, la Participación a Prorrata de la Recuperación de GUC del ELA de tal tenedor.

(b) <u>Opción de tratarse como Reclamación de Conveniencia</u>. Sin perjuicio de las disposiciones de la Sección 45.1(a) del Plan, todo tenedor de una Reclamación de Bonos sin Garantía General del ELA Permitida, que no sea una Reclamación de Bonos sin Garantía General del ELA que sea un componente de una Reclamación de Bonos sin Garantía General del ELA mayor, cuyas partes puedan estar en poder de dicho tenedor o de cualquier otro tenedor de una Reclamación Permitida, podrá optar por ser tratado como tenedor de una Reclamación Permitida de Conveniencia. Esa elección debe realizarse por Papeleta y ser recibida por los Deudores en o antes de la Fecha de Votación. Cualquier elección realizada después de la Fecha de Votación no será vinculante para los Deudores a menos que los Deudores renuncien expresamente, por escrito, a la Fecha de Votación; <u>disponiéndose, sin embargo</u>, que bajo ninguna circunstancia los Deudores podrán renunciar a ella en la Fecha de Entrada en Vigor o después de esta.

45.2 <u>Limitación de Recuperación</u>: Sin perjuicio de lo dispuesto en el presente en sentido contrario, en el caso de que se hayan pagado íntegramente las Reclamaciones sin Garantía Generales del ELA Permitidas, entonces ese valor excedente se redistribuirá, a prorrata, en beneficio de los tenedores de las Reclamaciones del Centro de Convenciones/ELA Permitidas, las Reclamaciones de la ACT/ELA Permitidas, la Reclamación de Impuesto de Ron de la AFI/ELA Permitida y las Reclamaciones de la AMA/ELA Permitidas.

## ARTÍCULO XLVI

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE LA ACT/ELA (CLASE 42)

46.1 <u>Tratamiento de Reclamaciones de la ACT/ELA</u>: En la Fecha de Entrada en Vigor, cada tenedor de una Reclamación de la ACT/ELA Permitida tendrá derecho a recibir, en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos de la ACT/ELA Permitida de tal tenedor, la Participación a Prorrata de la Recuperación de GUC del ELA de tal tenedor.

## ARTÍCULO XLVII

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DEL CENTRO DE CONVENCIONES/ELA (CLASE 43)

47.1 **Tratamiento de Reclamaciones del Centro de Convenciones/ELA:** En la Fecha de Entrada en Vigor, cada tenedor de una Reclamación del Centro de Convenciones/ELA Permitida tendrá derecho a recibir, en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos del Centro de Convenciones/ELA Permitida de tal tenedor, la Participación a Prorrata de la Recuperación de GUC del ELA de tal tenedor.

## ARTÍCULO XLVIII

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DEL IMPUESTO DE RON DE LA AFI/ELA (CLASE 44)

48.1 **Tratamiento de Reclamaciones del Impuesto de Ron de la AFI/ELA:** En la Fecha de Entrada en Vigor, cada tenedor de una Reclamación del Impuesto de Ron de la AFI Permitida tendrá derecho a recibir, en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos del Impuesto de Ron de la AFI Permitida de tal tenedor, la Participación a Prorrata de la Recuperación de GUC del ELA de tal tenedor.

## ARTÍCULO XLIX

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE LA AMA/ELA (CLASE 45)

49.1 **Tratamiento de Reclamaciones de la AMA/ELA:** En la Fecha de Entrada en Vigor, cada tenedor de una Reclamación de la AMA/ELA Permitida tendrá derecho a recibir, en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos de la AMA/ELA Permitida de tal tenedor, la Participación a Prorrata de la Recuperación de GUC del ELA de tal tenedor.

## ARTÍCULO L

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE ASIGNACIONES DEL ELA (CLASE 46)

50.1 **Tratamiento de Reclamaciones de Asignaciones del ELA:** Las Reclamaciones de Asignaciones del ELA no recibirán una distribución conforme al Plan y se considerará que cada tenedor de una Reclamación de Asignaciones del ELA ha rechazado el Plan.

# ARTÍCULO LI

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES SUBORDINADAS A 510(b)/ ELA (CLASE 47)

51.1 **Tratamiento de Reclamaciones Subordinadas a 510(b)/ELA:** Las Reclamaciones Subordinadas a 510(b)/ELA no recibirán una distribución conforme al Plan y se considerará que cada tenedor de una Reclamación Subordinada a 510(b)/ELA Permitida ha rechazado el Plan.

# ARTÍCULO LII

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BONOS DEL SRE (CLASE 48)

52.1 **Tratamiento de Reclamaciones de Bonos del SRE:** En la Fecha de Entrada en Vigor, y sujeto al derecho de elección establecido en la Sección 52.2 del Plan, cada tenedor de una Reclamación de Bonos del SRE Permitida tendrá derecho a recibir en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos del SRE Permitida de tal tenedor, la Participación a Prorrata del Efectivo de Garantía de Bonos del SRE de tal tenedor.

52.2 **Derechos de Elección a la Resolución de las Reclamaciones de Bonos del SRE:** Cada tenedor de una Reclamación de Bonos del SRE recibirá una Papeleta/Formulario de Elección y en relación con tal solicitud tendrá derecho a optar por aceptar la Resolución de Bonos del SRE y recibir la Participación a Prorrata de la Distribución de la Resolución de Bonos del SRE de tal tenedor; disponiéndose, sin embargo, que, en caso de que un tenedor de una Reclamación de Bonos del SRE opte por no aceptar la Resolución de Bonos del SRE, tal tenedor será un participante del Litigio del SRE y, en la Fecha de Entrada en Vigor, se colocará en la Reserva del SRE una distribución igual al monto de la Participación a Prorrata de la reserva de garantía del SRE de tal tenedor como si dicha reclamación hubiera sido una Reclamación de Bonos del SRE Permitida a partir de la Fecha de Entrada en Vigor, a la espera del dictamen de una orden definitiva, no apelable, de resolución o liquidación del Litigio del SRE.

# ARTÍCULO LIII

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE BONOS DEL SRE EN RESOLUCIÓN (CLASE 49)

53.1 **Tratamiento de Reclamaciones de Bonos del SRE en Resolución:** En la Fecha de Entrada en Vigor, cada tenedor de una Reclamación de Bonos del SRE en Resolución Permitida tendrá derecho a (a) recibir, en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos del SRE en Resolución Permitida de tal titular, la Distribución de los Bonos del SRE en Resolución y (b) conforme a la Orden de Confirmación, y, en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación de Bonos del SRE en Resolución Permitida de dicho tenedor, (i) que se considere que ha liberado y relevado al ELA y a los Estados Unidos de América de cualquier reclamación y causa de acción que fue

presentada, o que podría haber sido presentada en la Acción de Expropiación del SRE y el Litigio del SRE y (ii) se considere que se han liberado de toda reclamación y causa de acción establecida en las Acciones de Recuperación del SRE.

## ARTÍCULO LIV

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES SIN GARANTÍA GENERALES DEL SRE (CLASE 50)

54.1 <u>Tratamiento de Reclamaciones sin Garantía Generales del SRE</u>:

(a) <u>Tratamiento de Reclamaciones sin Garantía Generales del SRE</u>. En la Fecha de Entrada en Vigor, y sujeto al derecho de elección establecido en la Sección 54.1(b) del presente, cada tenedor de una Reclamación sin Garantía General del SRE Permitida tendrá derecho a recibir, en plena contraprestación, satisfacción, relevo e intercambio de la Reclamación sin Garantía General del SRE Permitida de tal tenedor, la Participación a Prorrata de la Recuperación del Fondo de GUC del SRE de tal tenedor.

(b) <u>Reclamaciones Permitidas de diez mil dólares ($10,000.00) o más/Opción a tratarse como Reclamación de Conveniencia</u>. Sin perjuicio de las disposiciones de la Sección 54.1(a) del Plan, todo tenedor de una Reclamación sin Garantía General del SRE Permitida, que no sea Reclamación sin Garantía General del SRE que sea un componente de una Reclamación sin Garantía General del SRE mayor, cuyas partes puedan estar en poder de dicho tenedor o de cualquier otro tenedor de una Reclamación Permitida, cuya Reclamación sin Garantía General del SRE Permitida sea superior a diez mil dólares ($ 10,000.00), y que opte por reducir el monto de esa Reclamación sin Garantía General del SRE Permitida a diez mil dólares ($ 10,000.00), o si un tenedor de múltiples Reclamaciones sin Garantía Generales del SRE Permitidas opta por reducir el monto de esas múltiples Reclamaciones sin Garantía General del SRE Permitidas a un monto acumulado de veinte mil dólares ($ 20,000.00), a elección de ese titular, tendrá derecho a recibir, sobre la base de tal Reclamación sin Garantía General del SRE Permitida en su forma reducida, distribuciones conforme a la Sección 54.1 del presente. Esa elección debe realizarse en la Papeleta/Formulario de Elección y ser recibida por los Deudores en o antes de la Fecha de Votación. Cualquier elección realizada después de la Fecha de Votación no será vinculante para los Deudores a menos que los Deudores renuncien expresamente, por escrito, a la Fecha de Votación; <u>disponiéndose, sin embargo</u>, que bajo ninguna circunstancia los Deudores podrán renunciar a ella en la Fecha de Entrada en Vigor o después de esta.

54.2 <u>Limitación de Recuperación</u>: Sin perjuicio de lo dispuesto en el presente en contrario, lo que incluye, de manera no taxativa, las distribuciones a realizarse al tenedor de una Reclamación sin Garantía General del SRE Permitida conforme a las disposiciones de la Sección 54.1 del presente, en caso de que la suma de las distribuciones de Efectivo y el Efectivo recibido a causa de recuperaciones netas de Acción Preventivas sean iguales o superiores al cien por ciento (100%) de la Reclamación sin Garantía General del SRE Permitida, los Intereses del Fideicomiso de Acciones de Revocación asignables al Fondo de GUC del SRE y Efectivo distribuirle de otro modo a tal tenedor a causa de sus recuperaciones netas del Fideicomiso de Acciones de Revocación se considerarán redistribuidos, de manera prorrateada, a beneficio de los tenedores de Reclamaciones de Centro de Convenciones/ELA Permitidas, Reclamaciones de

la ACT/ELA Permitidas, Reclamaciones de Impuesto al Ron de la AFI/ELA Permitidas y Reclamaciones de la AMA/ELA Permitidas.

## ARTÍCULO LV

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES GRACIA GRACIA (CLASE 51)

55.1 **Tratamiento de Reclamaciones Gracia Gracia:** En la Fecha de Entrada en Vigor, la Resolución Gracia Gracia se considerará asumida y (a) los miembros de la clase certificada en la Acción de Gracia Gracia del ELA y la Acción Federal Gracia Gracia y el abogado de tales clases tendrán derecho a recibir fondos conforme a los términos y disposiciones de la Resolución Gracia Gracia y (b) conforme a la Orden de Confirmación, todas las mociones, solicitudes, litigios y apelaciones pendientes con respecto a la Acción Gracia Gracia del ELA y la Acción Federal Gracia Gracia se considerarán desistidas con prejuicio.

## ARTÍCULO LVI

## DISPOSICIONES PARA EL TRATAMIENTO DE RECLAMACIONES DE CONVENIENCIA (CLASE 52)

56.1 **Tratamiento de Reclamaciones de Conveniencia:** En la posterior de la Fecha de Entrada en Vigor y la fecha en que dicha Reclamación de Conveniencia Permitida pase a ser una Reclamación Permitida, o tan pronto como sea probable después de esto, el Agente Pagador pagará a cada tenedor de una Reclamación de Conveniencia Permitida, en Efectivo, el monto total de dicha Reclamación de Conveniencia Permitida, en plena satisfacción, resolución, descargo y extinción, y a cambio de dicha Reclamación de Conveniencia Permitida.

## ARTÍCULO LVII

## DISPOSICIONES CON RESPECTO A LOS NUEVOS BONOS DE OG, LOS BONOS DE GRAVAMEN COFINA SUBORDINADOS (JUNIOR) Y ENDEUDAMIENTO ADICIONAL

57.1 **Emisión y Distribución de los Nuevos Bonos de OG:** En la Fecha de Entrada en Vigor, el ELA Reorganizado emitirá Nuevos Bonos de OG tal como se describe más particularmente en el presente. Los vencimientos, tasas de interés y programas de amortización para los Nuevos Bonos de OG se adjuntan al presente como Anexo «I». Todo el servicio de la deuda en los Nuevos Bonos de OG que no se pague en el momento de su vencimiento, ya sea al vencimiento final previsto o antes de su vencimiento final, permanecerá pendiente hasta que se haya pagado íntegramente y se abonará. Se devengarán intereses por el servicio de la deuda atrasado a tipo de interés ordinario, capitalizándose semestralmente, hasta que se paguen o satisfagan íntegramente los Nuevos Bonos de OG correspondientes conforme a sus términos. El interés sobre los Nuevos Bonos de OG se calcularán sobre una base de 30/360. En la medida en que las Partes del Gobierno, cada una actuando a su entera y absoluta discreción, decidan solicitar calificaciones sobre los Nuevos Bonos de OG, las Partes del Gobierno harán todo lo posible comercialmente por obtener calificaciones sobre los Nuevos Bonos de OG, lo que

incluye la pronta respuesta de buena fe a las solicitudes de documento o de otra índole, tan pronto como sea razonablemente posible, según lo determinen únicamente las Partes del Gobierno, previa consulta con hasta dos (2) Acreedores Iniciales del Acuerdo de Apoyo al Plan, designados conjuntamente por el Grupo de Deuda Constitucional, el Grupo de OG, el CDCL y el Grupo QTCB, cada uno de los cuales habrá firmado un acuerdo de confidencialidad, en forma y sustancia satisfactorias para la Junta de Supervisión y restringiendo a esos Acreedores Iniciales del Acuerdo de Apoyo al Plan el comercio de Nuevos Bonos de OG y Bonos de Gravamen COFINA Subordinados (Junior), lo que incluye en base a la sentencia de las Partes del Gobierno con respecto a los beneficios previstos. Una vez que las Partes del Gobierno determinen a qué agencias de calificación han de solicitar calificaciones, las Partes del Gobierno realizarán sus esfuerzos comercialmente razonables para obtener las mejores calificaciones posibles. Sin perjuicio de lo dispuesto en el Plan en sentido contrario, en la medida en que se expidan Nuevos Bonos de OG Imponibles, tales Nuevos Bonos de OG Imponibles se distribuirán a tenedores de Reclamaciones Permitidas en el siguiente orden de prioridad: (1) <u>en primer lugar</u>, a los tenedores de Reclamaciones del ELA de Elección Imponible Permitidas y (2) <u>en segundo lugar</u>, prorrata a todos los demás tenedores de Reclamación Permitidas y receptores de Nuevos Bonos de OG, sin duplicados.

(a) **Nuevos Bonos de OG:** Sin perjuicio a cualquier ajuste previstos en el presente, los Nuevos Bonos de OG tendrá el capital original, la tasa de interés, la fecha de vencimiento y la condición imponible que se indica a continuación: (a) Ochocientos noventa y un millones trescientos veinte mil dólares ($ 891,320,000.00), cinco con setenta y cinco por ciento (5.75 %), 1 de julio de 2021 y exento de impuestos; (b) seiscientos treinta y cuatro millones ciento noventa y cinco mil dólares ($ 634,195,000.00), cinco con setenta y cinco por ciento (5.75 %), 1 de julio de 2023 y exento de impuestos; (c) quinientos cincuenta y ocho millones cuatrocientos cuarenta y cinco mil dólares ($ 558,445,000.00), cinco con setenta y cinco por ciento (5.75 %), 1 de julio de 2025 y exento de impuestos; (d) cuatrocientos sesenta y un millones cuatrocientos veinticinco mil dólares ($ 461,425,000.00), cinco con setenta y cinco por ciento (5.75 %), 1 de julio de 2027 y exento de impuestos; (e) trescientos cincuenta y nueve millones setecientos noventa y cinco mil dólares ($ 359,795,000.00), cinco con setenta y cinco por ciento (5.75 %), 1 de julio de 2029 y exento de impuestos; (f) ochocientos millones seiscientos treinta y cinco mil dólares ($ 800,635,000.00), seis por ciento (6.00 %), 1 de julio de 2033 y exento de impuestos; (g) novecientos setenta y dos millones cuarenta mil dólares ($ 972,040,000.00), cinco con seiscientos veinticinco por ciento (5.625%), 1 de julio de 2039 y exento de impuestos; y (h) seiscientos cincuenta y seis millones cuatrocientos cuarenta mil de dólares ($ 656,440,000.00), siete con ciento veinticinco por ciento (7.125%), 1 de julio de 2039 e imponible. Los Nuevos Bonos de OG no llevarán ninguna tasa de interés por defecto.

(b) **Fecha de Emisión Estimada:** Sin perjuicio de cuando sea la Fecha de Entrada en Vigor, el interés sobre los Nuevos Bonos de OG comenzará a devengarse el 1 de marzo de 2020, fecha que se designará como la fecha «a partir de la cual se calcula el interés» de los Nuevos Bonos de OG.

(c) **Cláusula de Redención/Amortización Voluntaria:** Los Nuevos Bonos de OG serán redimibles, total o parcialmente, en cualquier orden de vencimiento, a la par más los intereses devengados sobre este, con notificación por escrito con treinta (30) días de anticipación, según se indica a continuación:

Bonos de interés actual 2021: No redimibles
Bonos de interés actual 2023: No redimibles
Bonos de interés actual 2025: No redimibles
Bonos de interés actual 2027: No redimibles
Bonos de interés actual 2029: No redimibles
Bonos de interés actual 2033: Redimibles de la siguiente manera:

| Fecha | Precio |
|---|---|
| Del 1 de julio de 2030 hasta el 30 de junio de 2031 inclusive | 103 % de paridades |
| Del 1 de julio de 2031 hasta el 30 de junio de 2032 inclusive | 102 % de paridades |
| Del 1 de julio de 2032 hasta el 30 de junio de 2033 inclusive | 101 % de paridades |
| Del 1 de julio de 2033 en adelante | 100 % de paridades |

Bonos de interés actual 2039 (Imponible y Exento de impuestos): Redimibles de la siguiente manera:

| Fecha | Precio |
|---|---|
| Del 1 de julio de 2030 hasta el 30 de junio de 2031 inclusive | 103 % de paridades |
| Del 1 de julio de 2031 hasta el 30 de junio de 2032 inclusive | 102 % de paridades |
| Del 1 de julio de 2032 hasta el 30 de junio de 2033 inclusive | 101 % de paridades |
| Del 1 de julio de 2033 en adelante | 100 % de paridades |

Si menos que todos los Nuevos Bonos de OG de una serie particular son redimidos para amortización previa, el ELA reorganizado seleccionará el vencimiento o vencimientos de tal serie de Nuevos Bonos de OG a redimir, y Depository Trust Company, en nombre del Síndico de los Nuevos Bonos de OG, seleccionará los Nuevos Bonos de OG dentro del mismo vencimiento de tal serie a ser redimidos por medio de una lotería aleatoria.

(d)     **Asignación Anual Estimada:** Conforme a la Legislación de Nuevos Bonos de OG, el ELA pactará que, hasta que se hayan pagado o satisfecho íntegramente los Nuevos Bonos de OG conforme a sus términos, cada año fiscal, el ELA cumplirá sus obligaciones para con los tenedores de Nuevos Bonos de OG, asignando al pago del capital e intereses con respecto a los Nuevos Bonos de OG emitidos a esos tenedores, en primer lugar, el impuesto sobre la propiedad del 1.03 % gravado conforme a Ley 83-1991 y recaudado por el Centro de Recaudación de Ingresos Municipales del ELA con respecto a los Nuevos Bonos de OG hasta que el monto total de tales impuestos sobre la propiedad se haya pagado a los tenedores de Nuevos Bonos de OG, en segundo lugar, los fondos derivados de la aplicación del Artículo VI, Sección 8 de la Constitución de Puerto Rico hasta que el monto total de tales fondos se haya pagado a los tenedores de Nuevos Bonos de OG y, en tercer lugar, otros recursos del ELA.

(e)     **Depósitos Mensuales de Intereses y Capital:** Hasta que se hayan pagado o satisfecho los Nuevos Bonos de OG en su totalidad conforme a sus términos, en el primer (1$^{er}$) Día Hábil de cada mes calendario, el ELA Reorganizado depositará Efectivo en el Fondo de Servicio de la Deuda con el Síndico de Nuevos Bonos de OG por el monto acumulado igual a (i) un sexto (1/6) de la obligación semestral del ELA reorganizado con respecto al pago de intereses a devengar de los Nuevos Bonos de OG hasta la siguiente fecha de pago de intereses y (ii) un doceavo (1/12) de la obligación anual del ELA Reorganizado con respecto al pago del capital de

los Nuevos Bonos de OG. Tras su depósito, el Síndico de Nuevos Bonos de OG, en nombre de los tenedores de Nuevos Bonos de OG, tendrá un gravamen estatutario válido y perfeccionado y un derecho de garantía sobre los fondos depositados, que se conservarán en fideicomiso en beneficio de los Nuevos Bonos de OG. Sin limitar lo anterior, en la Fecha de Entrada en Vigor, el ELA depositará en el Fondo del Servicio de la Deuda los montos que sean necesarios para responder por los Nuevos Bonos de OG emitidos a la Fecha de Emisión Estimada.

(f) **Pactos para Nuevos Bonos de OG:** En la Fecha de Entrada en Vigor, los Documentos Definitivos, lo que incluye la Escritura de Nuevos Bonos de OG, la Legislación de Nuevos Bonos de OG y/o la Orden de Confirmación, contendrán los términos, condiciones y pactos habituales para bonos de estructura y respaldo similares, lo que incluye, de manera no taxativa, los siguientes pactos y otras disposiciones con respecto a Nuevos Bonos de OG:

(i) **Pacto de no Afectación:** Conforme a la Legislación de Nuevos Bonos de OG y la Escritura de Nuevos Bonos de OG, el ELA Reorganizado pactará en beneficio de todos los tenedores iniciales y posteriores de Nuevos Bonos de OG que, hasta que todas las obligaciones al respecto a estos hayan sido pagadas o satisfechas íntegramente conforme a sus condiciones, el ELA Reorganizado no tomará ninguna medida que (1) afecte los depósitos mensuales de capital e intereses a los que se hace referencia en la Sección 57.1(e) del presente, (2) limite o modifique los derechos conferidos a los Deudores o Deudores Reorganizados conforme al Plan y la Orden de Confirmación para cumplir los términos de cualquier acuerdo con los tenedores de los Nuevos Bonos de OG o (3) afecte los derechos y remedios de los tenedores de los Nuevos Bonos de OG.

(ii) **Pacto de Exención Fiscal:** Conforme a la Escritura de Nuevos Bonos de OG, el ELA Reorganizado pactará en beneficio de todos los tenedores iniciales y posteriores de Nuevos Bonos de OG con exención de impuestos federales que, hasta que todas las obligaciones con respecto a ellos hayan sido pagadas o satisfechas en su totalidad conforme a sus términos, el ELA Reorganizado realizará y llevará a cabo todas las acciones y cuestiones permitidas por la ley y razonablemente necesarias o deseables para asegurar que los intereses pagados a los tenedores de cualesquiera Nuevos Bonos de OG exentos de impuesto federal serán y seguirán siendo excluibles de la renta bruta a efectos del impuesto federal sobre ingresos.

(g) **Fondo de Reserva del Servicio de la Deuda:** Los Nuevos Bonos de OG tendrán un Servicio de la Deuda en el que el Requisito del Servicio de la Deuda (i) se financiará (1) en la Fecha de Entrada en Vigor o (2) en cinco (5) cuotas anuales iguales a lo largo de un período inicial de cinco años a partir de la Fecha de Entrada en Vigor y después de esta, cuya elección se efectuará, a discreción conjunta y absoluta de la Junta de Supervisión y el ELA, en la Fecha de Entrada en Vigor o antes de esta, (ii) una vez depositado, será mantenido en fideicomiso por el Síndico de los Nuevos Bonos de OG a beneficio de los tenedores de los Nuevos Bonos de OG y (iii) estará sujeto a un gravamen de primer rango estatutario una vez depositado con el Síndico de Nuevos Bonos de OG a beneficio de los tenedores de Nuevos Bonos de OG.

(h) **Derechos de Aceleración:** Los Nuevos Bonos de OG no tendrán derechos de aceleración.

(i) **Intereses Residuales del ELA:** Cualquier fondo mantenido por el Síndico de los Nuevos Bonos de OG que exceda los depósitos requeridos conforme a la Escritura de Nuevos Bonos de OG serán liberados de la Escritura de Nuevos Bonos de OG a o bajo la dirección del ELA, lo que incluye en la medida en que permanezcan fondos en el Fondo de Reserva del Servicio de la Deuda después de que se paguen o satisfagan en su totalidad los Nuevos Bonos de OG conforme a sus términos, tales montos se devolverán y serán distribuidos a o bajo la dirección del ELA.

(j) **Derecho Directo de Acción:** Conforme a la Escritura de Nuevos Bonos de OG, y sujeto a los derechos adicionales que en él se estipulan, el Síndico de los Nuevos Bonos de OG tendrá derecho directo de acción para hacer cumplir los términos de la Escritura de Nuevos Bonos de OG, lo que incluye, de manera no taxativa, con respecto a la financiación de depósitos en el Fondo del Servicio de la Deuda y en el Fondo de Reserva del Servicio de la Deuda y buscar remedios específicos de cumplimiento para cualquier incumplimiento de los pactos de la Escritura de Nuevos Bonos de OG.

(k) **Legislación Vigente:** La Escritura de Nuevos Bonos de OG y los Nuevos Bonos de OG emitidos en virtud de este se regirán por las leyes del Estado de Nueva York, sin dar efecto a los principios de conflictos de leyes.

57.2 **Emisión de Bonos de Gravamen COFINA Subordinados (Junior)**: En la Fecha de Entrada en Vigor, el ELA Reorganizado dispondrá que COFINA emita los Bonos de Gravamen COFINA Subordinados (Junior) tal como se describe más particularmente en el presente. Los vencimientos, tasas de interés y programas de amortización para los Bonos de Gravamen COFINA Subordinados (Junior) se adjuntan al presente como Anexo «J». Todo servicio de la deuda sobre los Bonos de Gravamen COFINA Subordinados (Junior) que no se pague en el momento de su vencimiento, ya sea al vencimiento final previsto o antes de su vencimiento final, permanecerá debido y pendiente hasta que se haya pagado íntegramente y se abonará. Se devengarán intereses por el servicio de la deuda atrasado a tipo de interés ordinario, capitalizándose semestralmente, hasta que se paguen o satisfagan íntegramente los Bonos de Gravamen COFINA Subordinados (Junior) correspondientes conforme a sus términos. El interés sobre los Bonos de Gravamen COFINA Subordinados (Junior) se calculará sobre una base de 30/360. En la medida en que las Partes del Gobierno, cada una actuando a su entera y absoluta discreción, decidan solicitar calificaciones sobre los Bonos de Gravamen COFINA Subordinados (Junior), las Partes del gobierno realizarán sus mejores esfuerzos comercialmente razonables para obtener calificaciones sobre los Bonos de Gravamen COFINA Subordinados (Junior), lo que incluye la pronta respuesta de buena fe a las solicitudes de documentos o de otra índole, tan pronto como sea razonablemente posible, según lo determinen únicamente las Partes del Gobierno, previa consulta con hasta dos (2) Acreedores Iniciales del Acuerdo de Apoyo al Plan, designados conjuntamente por el Grupo de Deuda Constitucional, el Grupo de OG, el CDCL y el Grupo QTCB, cada uno de los cuales habrá firmado un acuerdo de confidencialidad, en forma y sustancia satisfactorias para la Junta de Supervisión y restringiendo a esos Acreedores Iniciales del Acuerdo de Apoyo al Plan el comercio de Nuevos Bonos de OG y Bonos de Gravamen COFINA Subordinados (Junior), lo que incluye en base a la sentencia de las Partes del Gobierno con respecto a los beneficios previstos. Una vez que las Partes del Gobierno determinen a qué agencias de calificación han de solicitar calificaciones, las Partes del Gobierno realizarán sus mejores esfuerzos comercialmente razonables para obtener las mejores calificaciones posibles.

Sin perjuicio de lo dispuesto en el Plan en sentido contrario, en la medida en que se expidan Bonos de Gravamen COFINA Subordinados (Junior) Imponibles, tales Bonos de Gravamen COFINA Subordinados (Junior) Imponibles se distribuirán a tenedores de Reclamaciones Permitidas en el siguiente orden de prioridad: (1) en primer lugar, a tenedores de Reclamaciones del ELA de Elección Imponible Permitidas y (2) en segundo lugar, prorrata a todos los demás tenedores de Reclamación Permitidas y receptores de Bonos de Gravamen COFINA Subordinados (Junior), sin duplicados.

(a) **Bonos de Gravamen COFINA Subordinados (Junior):** Sujeto a cualquier ajuste previsto en el presente, los Bonos de Gravamen COFINA Subordinados (Junior) tendrá el capital original, la tasa de interés, la fecha de vencimiento y la condición imponible que se indica a continuación: (a) Cuatrocientos veinticuatro millones novecientos veinticinco mil dólares ($ 424,925,000.00), cinco con por ciento (5.0 %), 1 de julio de 2021 y exento de impuestos; (b) trescientos cuarenta y cuatro millones setenta mil dólares ($ 344,070,000.00), cinco por ciento (5.0 %), 1 de julio de 2023 y exento de impuestos; (c) cuatrocientos cuarenta y ocho millones novecientos setenta y cinco mil dólares ($ 448,975,000.00), cinco por ciento (5.0 %), 1 de julio de 2025 y exento de impuestos; (d) quinientos setenta millones trescientos veinte mil dólares ($ 570,320,000.00), cinco por ciento (5.0 %), 1 de julio de 2027 y exento de impuestos; (e) seiscientos noventa millones sesenta mil dólares ($ 690,060,000.00), cinco por ciento (5.0 %), 1 de julio de 2029 y exento de impuestos; (f) mil trescientos veintitrés millones cuatrocientos cinco mil dólares ($ 1,323,405,000.00), cuatro con setenta y cinco por ciento (4.75 %), 1 de julio de 2033 y exento de impuestos; (g) ochocientos setenta y seis millones quinientos treinta y cinco mil dólares ($ 876,535,000.00), cuatro con ochocientos setenta y cinco por ciento (4.875 %), 1 de julio de 2039 y exento de impuestos; y (h) seiscientos cincuenta y seis millones trescientos veinticinco mil dólares ($ 656,325,000.00), seis con ciento veinticinco por ciento (6.125 %), 1 de julio de 2039 e imponible. Los Bonos de Gravamen COFINA Subordinados (Junior) no llevarán ninguna tasa de interés por defecto.

(b) **Fecha de Emisión Estimada:** Sin perjuicio de cuando sea la Fecha de Entrada en Vigor, el interés sobre los Bonos de Gravamen COFINA Subordinados (Junior) comenzará a devengarse el 1 de marzo de 2020, fecha que se designará como la fecha «a partir de la cual se calcula el interés» de los Bonos de Gravamen COFINA Subordinados (Junior).

(c) **Cláusula de Redención/Amortización Voluntaria:** Los Bonos de Gravamen COFINA Subordinados (Junior) serán redimibles, total o parcialmente, en cualquier orden de vencimiento, a la par más los intereses devengados sobre este, con notificación por escrito con treinta (30) días de anticipación, según se indica a continuación:

Bonos de interés actual 2021: No redimibles
Bonos de interés actual 2023: No redimibles
Bonos de interés actual 2025: No redimibles
Bonos de interés actual 2027: No redimibles
Bonos de interés actual 2029: No redimibles
Bonos de interés actual 2033: Redimibles de la siguiente manera:

| Fecha | Precio |
|---|---|
| Del 1 de julio de 2030 hasta el 30 de junio de 2031 inclusive | 103 % de paridades |
| Del 1 de julio de 2031 hasta el 30 de junio de 2032 inclusive | 102 % de paridades |

| | |
|---|---|
| Del 1 de julio de 2032 hasta el 30 junio de 2033 inclusive | 101 % de paridades |
| Del 1 de julio de 2033 en adelante | 100 % de paridades |

Bonos de interés actual 2039 (Imponible y Exento de impuestos): Redimibles de la siguiente manera:

| Fecha | Precio |
|---|---|
| Del 1 de julio de 2030 hasta el 30 de junio de 2031 inclusive | 103 % de paridades |
| Del 1 de julio de 2031 hasta el 30 de junio de 2032 inclusive | 102 % de paridades |
| Del 1 de julio de 2032 hasta el 30 de junio de 2033 inclusive | 101 % de paridades |
| Del 1 de julio de 2033 en adelante | 100 % de paridades |

(d)  **Pactos para Bonos de Gravamen COFINA Subordinados (Junior):** En la Fecha de Entrada en Vigor, los Documentos Definitivos, lo que incluye la Escritura de Bonos de Gravamen COFINA Subordinados (Junior) y la Legislación de Bonos de Gravamen COFINA Subordinados (Junior), contendrán los términos, condiciones y pactos habituales para bonos de estructura similar, lo que incluye, de manera no taxativa, los siguientes pactos con respecto a los Bonos de Gravamen COFINA Subordinados (Junior):

(i)  **Pacto de no Afectación:** Conforme a la Legislación de Bonos de Gravamen COFINA Subordinados (Junior) y la Escritura de Bonos de Gravamen COFINA Subordinados (Junior), el ELA Reorganizado pactará en beneficio de todos los tenedores iniciales y posteriores de Bonos de Gravamen COFINA Subordinados (Junior) que, hasta que todas las obligaciones al respecto a estos hayan sido pagadas o satisfechas íntegramente conforme a sus condiciones, el ELA Reorganizado no tomará ninguna medida que (1) afecte el derecho de COFINA a recibir los Impuestos Pignorados de COFINA, lo que incluye la Participación del ELA Transmitida, (2) limitar o modificar los derechos conferidos al ELA Reorganizado o a COFINA conforme al Plan y la Orden de Confirmación para cumplir los términos de cualquier acuerdo con los tenedores de los Bonos de Gravamen COFINA Subordinados (Junior), (3) afectar de manera material y adversa el cobro de los Impuestos Pignorados de COFINA durante cualquier año fiscal o (4) afectar los derechos y remedios de los tenedores de los Bonos de Gravamen COFINA Subordinados (Junior) con respecto a los Impuestos Pignorados de COFINA.

(ii)  **Pacto de Exención Fiscal:** Conforme a la Escritura de Bonos de Gravamen COFINA Subordinados (Junior), el ELA Reorganizado y COFINA pactarán en beneficio de todos los tenedores iniciales y posteriores de Bonos de Gravamen COFINA Subordinados (Junior) exentos de impuestos federales que, hasta que todas las obligaciones con respecto a ellos hayan sido pagadas o satisfechas en su totalidad conforme a sus términos, el ELA Reorganizado y COFINA realizarán y llevarán a cabo todas las acciones y cuestiones permitidas por la ley y razonablemente necesarios o deseables para asegurar que los intereses pagados a los tenedores de cualesquiera Bonos de Gravamen COFINA Subordinados (Junior) exentos de impuesto federal serán y seguirán siendo excluibles de la renta bruta a efectos del impuesto federal sobre ingresos.

(e)  **Derechos de Aceleración:** Los Bonos de Gravamen COFINA Subordinados (Junior) no tendrán derechos de aceleración.

(f) **Legislación Vigente:** La Escritura de Bonos de Gravamen COFINA Subordinados (Junior) y los Bonos de Gravamen COFINA Subordinados (Junior) emitidos en virtud de este se regirán por las leyes del Estado de Nueva York, sin dar efecto a los principios de conflictos de leyes.

57.3 **Beneficios compartidos en relación con el tratamiento exento de impuestos de los Nuevos Bonos de OG y los Bonos de Gravamen COFINA Subordinados (Junior)** : Sin perjuicio de los términos y disposiciones de las Secciones 57.1 y 57.2 del presente, en el caso de que las Partes del Gobierno obtengan una determinación del SII o un dictamen del Consejo de Bonos de la Sección 103 (en su conjunto, una «Determinación Favorable») de que la relación entre el monto acumulado de todos los Nuevos Bonos de OG Imponibles y Bonos de Gravamen COFINA Subordinados (Junior) Imponibles a emitirse en la Fecha de Entrada en Vigor (la «Nueva Relación») con respecto al monto total acumulado de todos los Nuevos Bonos de OG y Bonos de Gravamen COFINA Subordinados (Junior) es menor a doce por ciento (12 %) (la «Relación Existente»), los beneficios de tal determinación serán los siguientes: (i) en el caso en que la Determinación Favorable se obtenga en la Fecha de Entrada en Vigor o antes de esta, (A) el ELA recibirá su participación del beneficio en forma de una reducción del flujo de activos anual necesario para pagar el servicio de la deuda de los Nuevos Bonos de OG y Bonos de Gravamen COFINA Subordinados (Junior) que resultaría de la reducción de los cupones de interés de la parte de los Bonos Imponibles que se presentan en el Resumen de Capital y Cupones establecido en el Anexo «I» al Acuerdo de Apoyo al Plan que, dada una Determinación Favorable podrá emitirse exenta de impuestos, tal reducción será de cincuenta puntos de base (0.50 %) en Cupón Imponible de Nuevos Bonos de OG treinta y siete puntos y medio (0.375 %) en el Cupón Imponible de Bonos de Gravamen COFINA Subordinados (Junior) establecido en tal Anexo «I» para la parte afectada favorablemente de tales bonos; y (B) los tenedores de cualquier Reclamación que reciban Nuevos Bonos de OG o Bonos de Gravamen COFINA Subordinados (Junior) conforme al Plan recibirán el saldo del beneficio de tal Determinación Favorable; (ii) en el caso en que tal Determinación Favorable se obtenga después de la Fecha de Entrada en Vigor, entonces los tenedores de Bonos Imponibles afectados por tal determinación (los «Bonos Invitados») serán invitados a cambiar sus bonos por bonos convertidos (la «Oferta de Intercambio») y la tasa de interés de los bonos convertidos se ajustará para que refleje una rentabilidad que no sea de más de veinticinco (25) puntos de base menos que la rentabilidad de los Bonos Invitados del mismo tipo, tasa de interés, serie y vencimiento, tal comparación de rentabilidad se determinará de la forma especificada en el Reglamento del Tesoro de los Estados Unidos (el «Reglamento del Tesoro») promulgado conforme al ,CTI y sus modificaciones; disponiéndose, sin embargo, que toda reducción afecte solo a la parte de los Nuevos Bonos de OG y Bonos de Gravamen COFINA Subordinados (Junior) afectada por la Determinación Favorable; y, disponiéndose, además, que tales bonos convertidos estén acompañados de la opinión favorable del Consejo de Bonos de la Sección 103 sobre que el interés, que no sea el interés devengado antes de la emisión, de tales bonos convertidos, y de tales Bonos Invitados intercambiados por tales bonos convertidos a partir de la fecha original de entrega de tales Bonos Invitados así intercambiados, en la opinión de tal consejo, se excluya de los ingresos brutoss a fines de impuesto federal sobre ingresos de la tributación sobre ingresosestatal de los Estados Unidos, del ELA y local; y (iii) en el caso en que no se obtenga ninguna de las determinaciones que preceden, el pacto y obligación de procurar tales determinaciones llegará a su fin en la primera fecha de (1) el 1 de agosto de 2021, (2) la notificación por parte del SII al ELA de que el

SII no puede emitir una carta en respuesta su consulta favorable, convenio final u otro tipo de determinación del SII con respecto a los asuntos establecidos en el presente inciso, (3) la modificación de la Escritura de Nuevos Bonos de OG y la Escritura de Bonos de Gravamen COFINA Subordinados (Junior) después de recibir una determinación favorable y la consumación de una Oferta de Intercambio.

57.4 **Tope Global sobre toda Deuda con Garantía Impositiva Neta**: Durante el Período de la Política de Deuda, además del límite al incurrimiento de deuda pública de fe y crédito y poder impositivo del ELA establecido en la Constitución del ELA, el ELA adoptará y mantendrá una Política de Gestión de la Deuda que incluya un tope global en el Servicio de la Deuda Anual Máximo pagadero sobre la Deuda con Garantía Impositiva Neta y el ELA y sus dependencias (lo que incluye COFINA) no incurrirá en Deuda con Garantía Impositiva Neta adicional si la emisión propuesta de esta ocasionara una relación de (a) servicio de la Deuda Anual Máximo pagadero en cualquier año fiscal futuro sobre toda la Deuda con Garantía Impositiva Neta Pendiente con relación a (b) el promedio de los Ingresos de la Política de Deuda durante los dos (2) ejercicios fiscales inmediatamente anteriores, según certifique el Secretario del Tesoro del ELA, que exceda nueve con dieciséis por ciento (9.16 %), lo que incluye un sublímite de deuda garantizada y/o titularizada de cero con veinticinco por ciento (0.25 %) de Ingresos de Política de Deuda sobre el porcentaje de Ingresos de Política de Deuda necesarios para pagar los Bonos de Gravamen COFINA Prioritarios (Senior) y los Bonos de Gravamen COFINA Subordinados (Junior). Tal limitación de la Deuda se sumará a cualquier otra limitación impuesta por la ley aplicable y nada de lo dispuesto en el presente se interpretará en el sentido de que sustituye, modifica o revoca la limitación adicional de la Deuda impuesta por la Constitución del ELA a la Deuda pública y las garantías garantizadas por la fe y crédito y poder impositivo del ELA. La certificación de cumplimiento del Secretario del Tesoro con respecto al límite de Deuda conforme a la presente Sección 57.4 será concluyente y vinculante en ausencia de error manifiesto; *disponiéndose, sin embargo,* que, al emitir tal certificación, con respecto al cálculo de los ingresos de las empresas públicas incluidas como Ingresos de la Política de Deuda, el Secretario del Tesoro pueda confiar en las certificaciones de funcionarios de tales empresas públicas.

57.5 **Adopción y mantenimiento de una Política de Gestión de la Deuda**: Durante el Período de Política de Deuda, el ELA mantendrá y cumplirá una Política de Gestión de la Deuda diseñada para asegurar que no se repitan ciertas prácticas pasadas de emisión de Deuda del ELA. Si bien el ELA puede revisar y actualizar su Política de Gestión de la Deuda para reflejar la evolución de las condiciones y normas del mercado de bonos, la Política de Gestión de la Deuda, a menos que la Junta de Supervisión apruebe otra cosa por escrito, incluirá en todo momento los siguientes principios y limitaciones:

(a) **Préstamo a largo plazo sólo para Mejoras Capitales:** Para asegurar que el ELA logre y mantenga un presupuesto estructuralmente equilibrado que sea compatible con el requisito de PROMESA de que Puerto Rico vuelva a asumir responsabilidad fiscal, la Deuda con Garantía Impositiva emitida después de la Fecha de Entrada en Vigor sólo podrá incurrirse para financiar Mejoras Capitales, según lo determine el emisor de tal Deuda y lo apruebe la AAFAF, o para refinanciar Deuda con Garantía Impositiva conforme a los términos y disposiciones de la Sección 57.3(d) del presente. Los ingresos derivados de tal emisión podrán utilizarse para cubrir todos los gastos directos e indirectos que, a discreción razonable del emisor, sean necesarios para

llevar a cabo dichas Mejoras Capitales, lo que incluye, de manera no taxativa, todo gasto incurrido en relación con la misma emisión.

(b) **Limitación de Vencimiento a 30 años en todos los Préstamos con Garantía Impositiva:** Ninguna Deuda con Garantía Impositiva emitida en la Fecha de Entrada en Vigor o después de esta podrá tener un vencimiento final legal posterior a treinta (30) años a partir de la fecha de su emisión original, y ninguna de esas Deudas podrá refinanciarse mediante Deuda que prorrogue dicha fecha de vencimiento final legal más allá de la limitación de fecha de vencimiento inicial de treinta (30) años; disponiéndose, sin embargo, que lo que precede no se aplicará a (a) Deuda con Garantía Impositiva emitida para financiar los servicios públicos de vivienda, sujetos a la limitación establecida en la Constitución del ELA o (b) Deuda con Garantía Impositiva emitida para refinanciar la Deuda Pendiente antes de la Fecha de Entrada en Vigor y que tenía un vencimiento legal de más de treinta (30) años, sujeto a los términos y disposiciones de la Sección 57.3(d) del presente.

(c) **Amortización de Capital Requerida:** No puede emitirse ninguna serie de Deuda con Garantía Impositiva emitida a partir de la Fecha de Entrada en Vigor y después de esta a menos que su capital comience a amortizar en un plazo de dos (2) años a partir de su fecha de emisión original, o cualquier otro período que no exceda los cinco (5) años a partir de la emisión original según lo permita el Código Tributario Interno de los Estados Unidos para financiamiento de exenciones de impuestos de nueva construcción o reconstrucción de Mejoras Capitales, y que continúe amortizando cada año hasta que tal Deuda ya no esté pendiente.

(d) **Refinanciamiento Permitido únicamente para los Ahorros de Flujo de Activos en cada Ejercicio Fiscal:** El refinanciamiento de la Deuda con Garantía Impositiva solo se permite si (i) no se incrementa el monto del capital e intereses del bono pagaderos en cualquier año fiscal y (ii) la refinanciación produce ahorros de valor actual positivos después de tener en cuenta los gastos de transacción en los niveles especificados por el ELA en sus Políticas de Gestión de la Deuda; disponiéndose, sin embargo, que las refinanciaciones sin ahorros de flujo de activos en cada año fiscal estén permitidas si la refinanciación se completa en respuesta directa a un huracán, terremoto, pandemia, terrorismo u otro desastre natural y emergencias similares y el servicio de la deuda debido en cualquier año fiscal futuro no aumenta en más del diez por ciento (10 %) y la financiación requiere según sus términos que se reembolse en su totalidad en un plazo de diez (10) años.

Sin perjuicio de lo anterior, nada de lo dispuesto en el presente prohibirá al ELA adoptar, mantener y cumplir una Política de Gestión de la Deuda que sea más restrictiva que los requisitos establecidos anteriormente. La Política de Gestión de la Deuda se sumará a cualquier otra limitación impuesta por ley y nada de lo contenido en el presente se interpretará como que sustituye, modifica o deroga cualquier restricción adicional impuesta por la Constitución del ELA.

## ARTÍCULO LVIII

## TRATAMIENTO DE CONTRATOS CONDICIONALES Y CONTRATOS DE ARRENDAMIENTO EN CURSO

58.1    **Rechazo o Asunción de Contratos Condicionales o Contratos de Arrendamiento en Curso Pendientes**: Conforme a las secciones 365(b)(2) del Código de Quiebras, aplicable a la Causa radicada conforme al Título III en virtud de la Sección 301 de PROMESA y sujeto a las disposiciones de las Secciones 58.5 y 58.7 del presente, todos los Contratos Condicionales y Contratos de Arrendamiento en Curso que existan entre los Deudores y cualquier Entidad, que no hayan vencido según sus propios términos en la Fecha de Confirmación o antes de esta, se considerarán rechazados por los Deudores a la Fecha de Entrada en Vigor, salgo por cualquier Contrato Condicional y Contrato de Arrendamiento en Curso (a) de la AEP y relacionado al arrendamiento o subarrendamiento de Bienes de la AEP, (b) que se han asumido y cedido o rechazado conforme a una orden del Tribunal constituido conforme al Título III dictada antes de la Fecha de Entrada en Vigor, (c) que está designado específicamente como un contrato o contrato de arrendamiento a asumir o asumido y cedido en los programas del Complemento del Plan o (d) que se ha registrado con la Oficina del Contralor de Puerto Rico o fue aprobado por la Junta de Supervisión o autorizado por el Tribunal constituido conforme al Título III, a menos que se designe específicamente como contrato a ser rechazado en el Complemento al Plan; disponiéndose, sin embargo, que los Deudores reserven el derecho, en la Fecha de Confirmación o antes de esta, de modificar tales programas para eliminar cualquier Contrato Condicional y Contrato de Arrendamiento en Curso de este o agregar cualquier Contrato Condicional y Contrato de Arrendamiento en Curso a este, en cuyo caso tal o tales Contratos Condicionales y Contratos de Arrendamiento en Curso se considerarán, según el caso, rechazados, asumidos o asumidos y cedidos a la Fecha de Entrada en Vigor. Los Deudores (y) notificarán cualquier Contrato Condicional y Contrato de Arrendamiento en Curso que deba asumirse o asumirse y cederse a través de la aplicación de la presente Sección 58.1, al incluir una lista de tales contratos y contratos de arrendamientos en el Complemento del Plan y (z) notificarán cualquier Contrato Condicional y Contrato de Arrendamiento en Curso a rechazar mediante la aplicación de la presente Sección 58.1, mediante una notificación por separado a las contrapartes pertinentes de dichos acuerdos. En la medida en que se introduzcan modificaciones a dichos programas, los Deudores notificarán a las partes del Contrato Condicional y Contrato de Arrendamiento en Curso afectados por cualquier tal modificación. La inclusión de un documento en los programas del Suplemento del Plan o en cualquier notificación separada no constituirá una admisión por parte de los Deudores de que tal documento es un Contrato Condicional y Contrato de Arrendamiento en Curso o de que los Deudores tengan responsabilidad alguna en virtud de ello.

58.2    **Aprobación del Rechazo o Asunción de Contratos Condicionales o Contratos de Arrendamiento en Curso**: El ingreso de la Orden de Confirmación por parte del Tribunal constituido conforme al Título III constituirá la aprobación, conforme a las secciones 365(a) y 1123(b)(2) del Código de Quiebras, del rechazo, asunción o la asunción y la cesión, según el caso, de un Contrato Condicional y un Contrato de Arrendamiento en Curso conforme a la Sección 58.1 del Plan.

58.3    **Carácter incluyente**: A menos que se especifique lo contrario en los programas del Complemento del Plan, cada Contrato Condicional y Contrato de Arrendamiento en Curso enumerado o que se enumerará en estos incluirá todas las modificaciones, cambios, complementos, replanteamientos u otros acuerdos celebrados directa o indirectamente por cualquier acuerdo, instrumento u otro documento que de alguna manera afecte a dicho Contrato Condicional y Contrato de Arrendamiento en Curso, sin tener en cuenta si dicho acuerdo, instrumento u otro documento está incluido en dicho programa.

58.4    **Corrección de Incumplimientos**: Salvo en la medida en que la parte no deudora o las partes en un Contrato Condicional y Contrato de Arrendamiento en Curso hayan acordado un trato diferente a asumirse o asumirse y cederse conforme a la Sección 58.1 del Plan, los Deudores deberán, conforme a las disposiciones de la sección 1123(a)(5)(G) y 1123(b)(2) del Código de Quiebras y de conformidad con los requisitos de la sección 365 del Código de Quiebras, en un plazo mínimo de veinte (20) días antes de la Vista de Confirmación, radicar ante el Tribunal constituido conforme al Título III y entregar por correo de servicios prioritarios a cada parte no Deudora de dichos Contratos Condicionales y Contratos de Arrendamiento en Curso a asumir conforme a la Sección 58.1 del Plan, una notificación, en la que se enumerará el monto de corrección para cada contrato condicional o contrato de arrendamiento en curso a asumir o asumir y ceder. Las partes en tales Contratos Condicionales y Contratos de Arrendamiento en Curso dispondrán de veinte (20) días a partir de la fecha de entrega de dicha notificación para radicar y entregar cualquier objeción a los montos de corrección enumerados por los Deudores. En caso de que se presenten objeciones, el Tribunal constituido conforme al Título III celebrará una vista en una fecha establecida por el Tribunal constituido conforme al Título III. Sin perjuicio de los términos y disposiciones de la Sección 58.1 del Plan, cada uno de los Deudores conservará su derecho a rechazar cualquiera de sus Contratos Condicionales y Contratos de Arrendamiento en Curso que estén sujetos a una controversia sobre los montos necesarios para corregir cualquier incumplimiento hasta la Fecha de Entrada en Vigor.

58.5    **Pólizas de Seguros**: Sujeto a los términos y disposiciones de la Sección 58.7 del presente, cada una de las Pólizas de Seguros de los Deudores y cualquier acuerdo, documento o instrumento relacionado con estas se considerarán Contratos Condicionales según el Plan; disponiéndose, sin embargo, que tal trato no podrá liberar ni eximir ninguna Monolínea con respecto a sus respectivas obligaciones con respecto a los tenedores de Reclamaciones conforme a las pólizas de seguros y la ley aplicable y los documentos que rijan con respecto a ellos, ni se interpretará de tal forma.

58.6    **Reclamaciones por Daños y Perjuicios debido a Rechazo**: Si el rechazo de un Contrato Condicional y Contrato de Arrendamiento en Curso por parte de los Deudores según el presente da lugar a daños y perjuicios a las otras partes en dicho contrato o contrato de arrendamiento, toda reclamación por tales daños y perjuicios, si hasta ahora no ha quedado demostrada por una evidencia de Reclamación radicada, será excluida para siempre y no será ejecutable contra los Deudores, ni sus bienes o agentes, sucesores o cesionarios, lo que incluye, de manera no taxativa, los Deudores Reorganizados, a menos que se radique una evidencia de Reclamación ante el Tribunal constituido conforme al Título III y se comunique a los abogados de la Junta de Supervisión y los Deudores Reorganizados, según el caso, a treinta (30) o días o antes de la última fecha entre (i) la Fecha de Confirmación y (ii) la fecha de ingreso de una orden

por parte del Tribunal constituido conforme al Título III que autoriza el rechazo de un Contrato Condicional y Contrato de Arrendamiento en Curso en particular.

58.7 **Obligaciones de Indemnización y Reembolso**: A los efectos del Plan, (i) en la medida en que sean de carácter condicional, las obligaciones de los Deudores, lo que incluye, de manera no taxativa, las pólizas de seguro de directivos y funcionarios, de indemnizar y reembolsar a sus directivos o funcionarios que fueran directivos o funcionarios, respectivamente, en la Fecha de Petición del ELA, la Fecha de Petición del SRE o la Fecha de Petición de la AEP o antes de estas, según el caso, se considerarán asumidas a partir de la Fecha de Entrada en Vigor y (ii) las obligaciones de indemnización de los Deudores que surgen de la conducta de funcionarios y directivos durante el período a partir de la Fecha de Petición del ELA, a Fecha de Petición del SRE o la Fecha de Petición de la AEP, según el caso, serán Reclamaciones de Gastos Administrativos; disponiéndose, sin embargo, que, bajo ninguna circunstancia, los Deudores o los Deudores Reorganizados, según el caso, sean responsables de cualquier obligación de indemnización, costo o gasto asociado a la negligencia grave, el fraude intencional o la mala conducta intencional de sus respectivos funcionarios o directivos.

58.8 **Inexistencia de Fecha de Entrada en Vigor**: En caso de que no se produzca la Fecha de Entrada en Vigor, el Tribunal constituido conforme al Título III conservará la jurisdicción con respecto a toda solicitud de extensión de la fecha límite para asumir o rechazar Contratos Condicionales y Contratos de Arrendamiento en Curso conforme a la sección 365(d)(4) del Código de Quiebras, a menos que tal o tales fechas límite hayan vencido.

58.9 **Reserva de Derechos**: Nada de lo dispuesto en el Plan o en el Complemento del Plan constituirá una admisión por parte de los Deudores, los Deudores Reorganizados o cualquier otra parte de que dicho contrato o contrato de arrendamiento es, de hecho, un Contrato Condicional o Contrato de Arrendamiento en Curso o que los Deudores tienen responsabilidad alguna en virtud de estos. Si existe una controversia con respecto a si un contrato o contrato de arrendamiento es o fue condicional o no había vencido al momento de la asunción, los Deudores o Deudores Reorganizados dispondrán de cuarenta y cinco (45) días después del ingreso de una Orden Definitiva que resuelva dicha controversia para alterar su tratamiento de tal contrato o contrato de arrendamiento.

58.10 **Contratos de Negociación Colectiva**: Salvo conforme a los Artículos XLIII y XLIV del presente, ninguno de los contratos de negociación colectiva de los Deudores será tratado como Contrato Condicional y ninguno será asumido, rechazado o tratado de otro modo conforme al Plan, pero permanecerá en efecto sujeto, en todos los casos, a la legislación de Puerto Rico y a los Artículos XLIII y XLIV relativas al pago y tratamiento continuo de pensiones y reclamaciones y obligaciones relacionadas.

58.11 **Garantía de la AAA**: Sin perjuicio de lo dispuesto en el Plan en sentido contrario, en la Fecha de Entrada en Vigor, el ELA asumirá todas sus obligaciones conforme a los términos y disposiciones de la Ley núm. 45 de la Legislatura del ELA, aprobada el 28 de julio de 1994, y sus modificaciones, en relación con (a) los Bonos de Refinanciamiento de Ingresos de la AAA, 2008 Serie A, emitidos por el capital original de $ 159,055,000.00 y (b) los Bonos de Refinanciamiento de Ingresos de la AAA, 2008 Serie B, emitidos por el capital

original de $ 125,700,000.00, en cada caso, conforme a (i) la Resolución núm. 1583, adoptada el 7 de diciembre de 1995 y según se modificó y replanteó el 7 de marzo de 2008.

## ARTÍCULO LIX

## DISPOSICIONES QUE RIGEN LAS DISTRIBUCIONES

59.1 **Tiempo y Manera de Distribución**: A menos que se disponga de otro modo en el presente, las distribuciones previstas en el Plan se realizarán a cada tenedor de una Reclamación Permitida de la siguiente manera:

(a) **Distribuciones a Tenedores de Reclamaciones de Bonos de la AEP:** Salvo que se disponga de otro modo en el presente, dentro de los diez (10) Días Hábiles siguientes a la Fecha de Entrada en Vigor, el Agente Pagador distribuirá, o dispondrá que se distribuya, a cada tenedor de una Reclamación de Bonos de la AEP Permitida, y en cada caso coherente con los términos del presente, la Participación a Prorrata de tal Acreedor, de haberla, de la Distribución de Bonos de la AEP, la Tasa de Restricción de la AEP, la Tasa de Apoyo de Inversión, la Devolución de Tasas de Apoyo de Inversión y los Costos de Perfeccionamiento, si corresponde, disponiéndose, sin embargo, que la distribución de la Tasa de Apoyo de Inversión, de haberla, a un tenedor de una Reclamación de Bonos de la AEP Permitida esté sujeta al otorgamiento, antes de la Fecha de Votación, de los bonos aplicables de tal tenedor a través del Programa de Ofertas de Licitación Automático en The Depository Trust Company con una certificación de que tal tenedor es un Inversor por Cuenta Propia.

(b) **Distribuciones a Tenedores de Reclamaciones de Bonos del ELA y Reclamaciones de Bonos de Garantía del ELA:** Salvo que se disponga de otro modo en el presente, dentro de los diez (10) Días Hábiles siguientes a la Fecha de Entrada en Vigor, el Agente Pagador distribuirá, o dispondrá que se distribuya, a cada tenedor de una Reclamación de Bonos del ELA Permitida o una Reclamación de Bonos de Garantía del ELA Permitida, (i) la recuperación aplicable dispuesta según el presente, (ii) la Tasa de Restricción de la AEP, (iii) la Tasa de Apoyo de Inversión, (iv) la Devolución de Tasas de Apoyo de Inversión y (v) los Costos de Perfeccionamiento de tal Acreedor, en cada caso, en la medida que corresponda, disponiéndose, sin embargo, que la distribución de la Tasa de Apoyo de Inversión, de haberla, a un tenedor de una Reclamación de Bonos del ELA Permitida esté sujeta al otorgamiento, en de la Fecha de Votación o antes de esta, de los bonos aplicables de tal tenedor a través del Programa de Ofertas de Licitación Automático en The Depository Trust Company con una certificación de que tal tenedor es un Inversor por Cuenta Propia.

(c) **Distribuciones a Tenedores de Reclamaciones de Bonos del SRE:** Salvo que se disponga de otro modo en el presente, dentro de los diez (10) Días Hábiles siguientes a la Fecha de Entrada en Vigor, el Agente Pagador distribuirá, o dispondrá que se distribuya, a cada tenedor de una Reclamación de Bonos del SRE Permitida, (i) la Participación a Prorrata, de haberla, del Efectivo de Garantía de Bonos del SRE, (ii) la Distribución de la Resolución de Bonos del SRE y (iii) la Distribución de Bonos Imponibles del SRE de tal Acreedor, en cada caso, en la medida que corresponda.

(d) **Distribuciones con respecto a Reclamaciones sin Garantía Generales**: Salvo que se disponga de otro modo en el presente, dentro de los diez (10) Días Hábiles siguientes a la Fecha de Entrada en Vigor, el Agente Pagador distribuirá, o dispondrá que se distribuya, (i) a cada tenedor de una Reclamación de Bonos sin Garantía General del ELA Permitida y Reclamación de Bonos sin Garantía General del SRE Permitida, la Participación a Prorrata de tal Acreedor, de haberla, de la Recuperación de GUC del ELA y el Fondo de GUC del SRE, respectivamente y (ii) a cada tenedor de una Reclamación de Bonos sin Garantía General de la AEP Permitida distribuciones conforme a los términos y disposiciones de la Sección 13.1 del presente.

(e) **Distribución de Efectivo a los Tenedores de Reclamaciones de Gastos Administrativos Permitidas**: Salvo que se disponga de otro modo en el presente, o tan pronto como sea posible después de la fecha posterior de (i) la Fecha de Entrada en Vigor y ii) la fecha en que tal Reclamación se convierta en una Reclamación Permitida, el Agente Pagador distribuirá, o dispondrá que se distribuya, a cada tenedor de una Reclamación de Gastos Administrativos Permitida, Efectivo en el monto de tal Reclamación Permitida.

59.2 **Puntualidad de los Pagos**: Cualquier pago o distribución que deba efectuarse conforme al Plan se considerará puntual si se realiza dentro de los diez (10) Días Hábiles siguientes a la fecha establecida en el Plan. Cuando la distribución que deba efectuarse según el presente Plan venzan en un día que no sea un Día Hábil, dicha distribución se efectuará, sin intereses, en el Día Hábil inmediatamente posterior, pero se considerará que se ha efectuado en la fecha de vencimiento, lo que incluye, de manera no taxativa, considerar que las distribuciones efectuadas conforme a la Sección 59.1(a) del presente se han realizado en la Fecha de Entrada en Vigor.

59.3 **Distribuciones por parte del Agente Pagador**: A menos que se disponga otra cosa en el presente, todas las distribuciones conforme al Plan serán realizadas por el Agente Pagador. Se considerará que el Agente Pagador posee todos los bienes que se distribuirán según el presente en fideicomiso a las Entidades facultadas para recibirlos. El Agente Pagador no tendrá ningún interés económico sobre tales bienes.

59.4 **Forma de Pago conforme al Plan**: A menos que la Entidad que reciba un pago acuerde otra cosa, cualquier pago en Efectivo que deba efectuar el Agente Pagador se efectuará, según decida quien efectúa el pago, mediante cheque de banco nacional o mediante transferencia bancaria desde un banco nacional; disponiéndose, sin embargo, que no se haga ningún pago de Efectivo a un tenedor de una Reclamación Permitida hasta el momento, si es que sucede, en que el monto pagadero a este sea igual o mayor que diez dólares ($ 10.00).

59.5 **Entrega de Distribuciones**: Sujeto a las disposiciones de la Norma 9010 de las Normas de Quiebras, y salvo según se dispone en la Orden de Confirmación o el presente, las distribuciones y entregas a tenedores de Reclamaciones Permitidas se realizarán mediante The Depository Trust Company o en el domicilio de cada tenedor según se establece en los Programas radicados con el Tribunal, a menos que se sustituyan por los domicilios establecidos en las evidencias de Reclamación radicadas por tales tenedores, o en el último domicilio conocido de tal tenedor si no se radica evidencia de Reclamación o si se notificó por escrito a los Deudores de un cambio de domicilio; disponiéndose, sin embargo, que las distribuciones

iniciales por parte del Agente Pagador a beneficio de tenedores de Reclamaciones de Bonos Permitidas se realizarán al fideicomisario o agente fiscal, según corresponda, de tal obligación conforme a los documentos que rigen tales obligaciones; y disponiéndose, además, que el Agente Pagador puede realizar distribuciones de Tasas de Restricción del Acuerdo de Apoyo al Plan, la Devolución de Tasas de Apoyo de Inversión y Costos de Perfeccionamiento en Efectivo a una parte que tenga derecho a estos de una forma de mutuo acuerdo entre tal parte y el Agente Pagador. El fideicomisario o agente fiscal de cada una de esas obligaciones entregará, a su vez, la distribución a los tenedores en la forma prevista en los documentos aplicables que las rijan. Los Deudores, sus agentes y administradores, y el Agente Pagador no estarán obligados a reconocer ninguna transferencia de Reclamación de Bonos después de la Fecha de Registro de Distribución; disponiéndose, sin embargo, que los Nuevos Bonos de OG y los Bonos de Gravamen COFINA Subordinados (Junior) serán transferibles y reconocidos si se realizan conforme a los términos y condiciones de la Escritura de Nuevos Bonos de OG y la Escritura de Bonos de Gravamen COFINA Subordinados (Junior), respectivamente.

59.6 **Cancelación de Pagarés, Instrumentos, Certificados y Otros documentos**: Salvo (a) según se disponga en cualquier contrato, instrumento u otro acuerdo o documento celebrado u otorgado con relación al Plan, (b) para fines de probar el derecho de distribución conforme al Plan o (c) según se disponga de otro modo específicamente en el Plan (lo que incluye cualquier rechazo de Contratos Condicionales o Contratos de Arrendamiento en Curso conforme a la Sección 58.1 del presente), en la Fecha de Entrada en Vigor, los Bonos de la AEP, Bonos del SRE y Bonos de OG y todo instrumento y documento relacionado con estos se considera automáticamente cancelado, rescindido y sin validez ni vigencia alguna contra los Deudores sin medida o acción adicional conforme a cualquier acuerdo, ley, regulación, orden o norma aplicable, y los Deudores y el fideicomisario aplicable, el agente pagador o agente fiscal, según el caso, no tendrán obligaciones ni deberes y responsabilidades continuas según estos y las obligaciones de las partes de los Deudores, según corresponda, conforme a los Bonos de la AEP, Bonos del SRE y Bonos de OG y todo instrumento y documento relacionado con estos se extinguirá; disponiéndose, sin embargo, que, sin perjuicio de lo dispuesto en el presente al contrario, los Bonos de la AEP, Bonos del SRE y Bonos de OG y tales instrumentos y documentos relacionados seguirán siendo válidos únicamente (i) para permitir que el Agente Pagador realice las distribuciones establecidas en el Plan y realice toda otra función administrativa o de otro tipo necesaria con respecto a este, (ii) para permitir que los tenedores de Reclamaciones de Bonos Permitidas reciban distribuciones conforme a los términos y disposiciones del Plan, (iii) para que cualquier fideicomisario, agente, administrador de contratos o entidad similar de todo instrumento y documento relacionado a esto, realice la funciones necesarias, lo que incluye realizar distribuciones, conforme al Plan, y para tener el beneficio de todos los derechos y protecciones y otras disposiciones de tales instrumentos y documentos, según corresponda, y todo otro acuerdo relacionado, (iv) para establecer los términos y condiciones aplicables a las partes de tales documentos e instrumentos que no sean los Deudores o (v) según sea necesario para conservar cualquier reclamación en las pólizas de seguros respectivos y documentos relacionados emitidos por una Monolínea y la Junta de Supervisión solicitará que el ELA y la AEP realicen los esfuerzos razonables para (1) mantener los números de CUSIP existentes para los Bonos de OG y Bonos de la AEP asegurados con Monolínea, respectivamente y(2) tomar las medidas razonables necesarias para preservar y dar pleno vigor y efecto a tales Reclamaciones. Sin perjuicio de lo que antecede, y salvo que se disponga de otro

modo en el Plan, tales bonos o documentos de bonos que queden pendientes no constituirán la base para la afirmación de ninguna Reclamación contra los Deudores o Deudores Reorganizados, según el caso.

59.7 **Distribuciones no Entregables/Reservadas**:

(a) **Retención de Distribuciones no Entregables por parte del Agente Pagador:** Si cualquier distribución a cualquier tenedor es devuelta al Agente Pagador como no entregable, no se realizará ninguna otra distribución a dicho tenedor a menos y hasta que se notifique por escrito al Agente Pagador de la dirección actual de tal tenedor. Sujeto a los términos y disposición de la Sección 59.7(b) del presente, las distribuciones no entregables permanecerán en posesión del Agente Pagador hasta el momento en que una distribución se torne entregable. Todas las Entidades que, en última instancia, reciban Efectivo no entregable no tendrán derecho a ningún interés u otros montos devengados sobre ellos de ningún tipo. Nada de lo dispuesto en el Plan requerirá que el Agente Pagador intente localizar a cualquier tenedor de una Reclamación Permitida.

(b) **Falta de Reclamar Distribuciones no Entregables:** Si (i) el Agente Pagador envía un cheque a un tenedor con respecto a las distribuciones y tal cheque no se hace efectivo en un plazo de ciento veinte (120) días después de la fecha en que se expidió dicho cheque o (ii) cualquier otra forma de distribución a un tenedor es de otro modo imposible de entregar, el Agente Pagador (o su agente debidamente autorizado) deberá, en o antes de la fecha ciento ochenta (180) días posterior a (i) la Fecha de Entrada en Vigor, con respecto a todas las Reclamaciones Permitidas a partir de la Fecha de Entrada en Vigor, (ii) la fecha en que se haga una distribución con respecto a cualquier Reclamación Controvertida que se convierta en Reclamación Permitida después de la Fecha de Entrada en Vigor, radicar una lista en el Tribunal constituido conforme al Título III en la que se indiquen los nombres de las Entidades para las cuales se hayan efectuado distribuciones según el presente que no se hayan hecho efectivas o que hayan sido devueltas como no entregables en la fecha de su entrega. Cualquier tenedor de una Reclamación Permitida en tal lista que no se identifique y haga valer sus derechos conforme al Plan para recibir una distribución dentro de los seis (6) meses posteriores a la fecha establecida en la lista se le extinguirá el derecho a tal distribución no entregable y quedará excluido para siempre de hacer valer cualquier derecho conforme al Plan contra Deudores Reorganizados, los fideicomisarios o sus profesionales, agentes o bienes correspondientes y todo (1) Efectivo en posesión del Agente Pagador o el fideicomisario con respecto a valores existentes, según el caso, se liberará a Deudores Reorganizados para su uso en la liquidación de gastos de operación de Deudores Reorganizados y (2) los Nuevos Bonos de OG y los Bonos de Gravamen COFINA Subordinados (Junior) en posesión del Agente Pagador o fideicomisario con respecto a los valores existentes, según el caso, se liberarán a los Deudores Reorganizados para cancelación o depósito en el tesoro de los Deudores Reorganizados, según determinen los Deudores Reorganizados a su entera y absoluta discreción.

59.8 **Requisitos de Retención y Presentación de Informes**: Cualquier parte que emita cualquier instrumento o realice cualquier distribución según el Plan deberá cumplir con todos los requisitos aplicables de retención y presentación de informes impuestos por cualquier ley fiscal o autoridad fiscal federal, estatal o local de los Estados Unidos, y todas las distribuciones según el Plan estarán sujetas a tales requisitos de retención o presentación de informes. Sin perjuicio de lo

anterior, cada tenedor de una Reclamación Permitida que vaya a recibir una distribución según el Plan tendrá la responsabilidad única y exclusiva de satisfacción y pago de los impuestos gravados a ese tenedor por cualquier unidad gubernamental, lo que incluye los impuestos de rentas, retención y otras obligaciones fiscales, a causa de tal distribución. Cualquier parte que emita cualquier instrumento o realice cualquier distribución según el Plan tiene derecho, pero no la obligación, a no realizar una distribución hasta que tal tenedor haya tomado las disposiciones satisfactorias para dicha parte emisora o pagadora para el pago de tales obligaciones de retención de impuestos y, si cualquier de las partes que emite cualquier instrumento o realiza cualquier distribución según el Plan no realiza las retenciones con respecto a la distribución de tal tenedor, y más tarde es considerada responsable por el monto de dicha retención, el tenedor reembolsará a dicha parte. El Agente Pagador podrá exigir, como condición para la recepción de una distribución, que el tenedor complete el Formulario W-8 o el Formulario W-9 correspondiente, según sea aplicable a cada tenedor. Si el tenedor no cumple dicha solicitud en el plazo de un año, dicha distribución se considerará una Distribución no Reclamada.

59.9    **Tiempo Límite para Pagos en Efectivo**: Los cheques expedidos por el Agente Pagador a causa de las Reclamaciones Permitidas serán nulos si no se hacen efectivos en un plazo de ciento veinte (120) días a partir de la fecha de emisión de estos. El tenedor de la Reclamación Permitida con respecto a la cual se expidió inicialmente dicho cheque presentará directamente las solicitudes de reexpedición de cualquier cheque al Agente Pagador. Toda reclamación con respecto a tal cheque anulado se efectuará en o antes del posterior del (i) primer (1er) aniversario de la Fecha de Entrada en Vigor o (ii) noventa (90) días después de la fecha de emisión de dicho cheque, si dicho cheque representa una distribución final según la presente a causa de dicha Reclamación. Después de tal fecha, todas las Reclamaciones con respecto a los cheques anulados deberán extinguirse y excluirse para siempre y el Agente Pagador conservará todos los fondos relacionados con estas con el único fin de redistribuirlos a los tenedores de Reclamaciones Permitidas conforme a los términos y disposiciones del presente.

59.10    **Distribuciones después de la Fecha de Entrada en Vigor**: Se considerará que las distribuciones efectuadas después de la Fecha de Entrada en Vigor a tenedores de Reclamaciones que no son Reclamaciones Permitidas a la Fecha de Entrada en Vigor, pero que posteriormente pasan a ser Reclamaciones Permitidas, se han realizado conforme a los términos y disposiciones del Artículo LXIV del Plan.

59.11    **Compensaciones**: Salvo que se disponga de otro modo en el Plan o en la Orden de Confirmación, el Agente Pagador puede, conforme a la legislación de quiebras o que no sea de quiebras, compensar contra cualquier Reclamación Permitida y las distribuciones a realizar conforme al Plan a causa de esta (antes de que se realice ninguna distribución a causa de tal Reclamación por parte del Agente Pagador), las reclamaciones, derechos y Causas radicadas de cualquier naturaleza que los Deudores o Deudores Reorganizados puedan tener contra el tenedor de tal Reclamación Permitida, disponiéndose, sin embargo, que ni la falta de realizar tal compensación ni la asignación de ninguna Reclamación según el presente constituirá una renuncia o descargo por parte de los Deudores o Deudores Reorganizados de tales reclamaciones, derechos y Causas radicadas que los Deudores o Deudores Reorganizados puedan poseer contra tal tenedor, y disponiéndose, además, que nada de lo dispuesto en el presente pretende limitar la capacidad de cualquier Acreedor de dar pleno vigor y efecto a derechos de compensación o recuperación conservados o permitidos por las disposiciones de las secciones

553, 555, 559 o 560 del Código de Quiebras o conforme a al derecho de derecho consuetudinario de recuperación; y disponiéndose, además, que nada de lo contenido en la presente Sección 59.11 afectará los descargos e interdictos dispuestos en el Artículo LXXIV del Plan.

59.12 **Asignación de Distribuciones del Plan entre Capital e Intereses**: En la medida en que cualquier Reclamación Permitida con derecho a una distribución según el Plan consista en endeudamiento y otros montos (tal como intereses devengados pero no pagos sobre estas), tal distribución se asignará en primer lugar, a los intereses devengados y no pagados a partir de la fecha inmediatamente anterior a la Fecha de Petición del ELA, la Fecha de Petición del SRE o la Fecha de Petición de la AEP, según corresponda, en segundo lugar, al capital de la Reclamación (según se determine a efectos del impuesto federal sobre ingresos) y luego, en la medida en que la contraprestación exceda el capital de la Reclamación, a esos otros montos; disponiéndose, sin embargo, que el tratamiento por parte de los Deudores y Deudores Reorganizados de cualquier distribución para sus fines fiscales no serán vinculantes para ningún Acreedor en cuanto al tratamiento de tales distribuciones con fines reglamentarios, fiscales o de otro tipo.

59.13 **Pago de Honorarios y Gastos del Síndico**: A más tardar cinco (5) días antes de la Fecha de Entrada en Vigor, los fideicomisarios facilitarán a la Junta de Supervisión y a la AAFAF, en nombre de los Deudores, resúmenes de facturas y documentos justificativos (sujeto a la censura de información para preservar el privilegio abogado-cliente), con respecto a todas las reclamaciones de fideicomisarios incurridas e impagas a tal fecha, junto con una estimación de las reclamaciones de fideicomisarios incurridas desde tal fecha hasta la Fecha de Entrada en Vigor inclusive. En el plazo de quince (15) Días Hábiles a partir de esta, los Deudores notificarán por escrito al fideicomisario correspondiente cualquier controversia con respecto a la razonabilidad de cualquier parte de las reclamaciones del fideicomisario. Toda parte de las reclamaciones del fideicomisario que no sean impugnadas por los Deudores serán pagadas por los Deudores en la Fecha de Entrada en Vigor sin que se haya presentado ninguna solicitud o aprobación del Tribunal constituido conforme al Título III adicional; disponiéndose, sin embargo, que, previa notificación de una controversia, los fideicomisarios (a) presentarán a el Tribunal constituido conforme al Título III una solicitud para que el Tribunal constituido conforme al Título III resuelva dicha controversia o (b) renuncien, por escrito, al pago del monto objeto de controversia; y, disponiéndose, además, que, al dictarse una orden del Tribunal constituido conforme al Título III que autorice el pago de cualquier monto objeto de controversia, previa notificación y vista, a menos que se paralice de otro modo, los Deudores pagarán la parte permitida de dichas reclamaciones de fideicomisarios. En la medida en que se incurra una reclamación de fideicomisario a partir de la Fecha de Entrada en Vigor, los Deudores Reorganizados serán responsables y, previa presentación de documentos justificativos en forma y sustancia satisfactoria para los Deudores Reorganizados (sujeto a la censura de información para preservar el privilegio abogado-cliente), satisfarán tales reclamaciones de fideicomisarios posteriores a la Fecha de Entrada en Vigor; disponiéndose, sin embargo, que, bajo ninguna circunstancia, el Agente Pagador, los Deudores o Deudores Reorganizados sean responsables de cualquier obligación, costo o gasto de indemnización de los fideicomisarios asociados con la negligencia grave, el fraude intencional o la mala conducta intencional de los fideicomisarios al realizar cualquier distribución conforme al Plan.

59.14 **Beneficiario Efectivo**: A todos los efectos del Plan, lo que incluye, de manera no taxativa, a los efectos de las distribuciones conforme a los términos y disposiciones del presente

Artículo LIX, salvo con respecto a las Reclamaciones derivadas de bonos aseguradas por Syncora, se entenderá por «tenedor» de una Reclamación cualquier Entidad que, directa o indirectamente, tenga poder de inversión respecto de cualquier Reclamación, lo que incluye la facultad de enajenar o dirigir la enajenación de tal Reclamación; disponiéndose, sin embargo, que únicamente a los efectos del Artículo LXII del presente y de la sección 1126 del Código de Quiebras, el «tenedor» de cualquier Reclamación de Bonos se determinará conforme a la Sección 301(c)(3) de PROMESA y cualquier ley o documento que rija tales Reclamaciones de Bonos.

59.15 **Valor de Distribuciones**: A efectos del cálculo del valor de las distribuciones efectuadas a tenedores de Reclamaciones Permitidas, (a) el Efectivo se valorará en el monto distribuido y (b) los Nuevos Bonos de OG y los Bonos de Gravamen COFINA Subordinados (Junior) se valorarán en su capital original.

## ARTÍCULO LX

## FIDEICOMISO DE ACCIONES DE REVOCACIÓN

60.1 **Celebración de Contrato de Fideicomiso de Acciones de Revocación**: En o antes de la Fecha de Entrada en Vigor, los Deudores y el Síndico de Acciones de Revocación celebrarán el Contrato de Fideicomiso de Acciones de Revocación y tomarán todas las demás medidas necesarias para establecer el Fideicomiso de Acciones de Revocación y los Intereses del Fideicomiso de Acciones de Revocación en este, que serán en beneficio de los Beneficiarios del Fideicomiso de Acciones de Revocación, tanto si sus Reclamaciones se Permiten antes, en o después de la Fecha de Entrada en Vigor. El Contrato de Fideicomiso de Acciones de Revocación puede otorgar facultades, obligaciones y autoridades además de los expresamente enunciados en el presente, pero sólo en la medida en que esas facultades, obligaciones y autoridades no afecten la condición del Fideicomiso de Acciones de Revocación como «fideicomiso de liquidación» a efectos del impuesto federal sobre ingresos de los Estados Unidos.

60.2 **Finalidad del Fideicomiso de Acciones de Revocación**: El Fideicomiso de Acciones de Revocación se establecerá con el único propósito de realizar Acciones de Revocación y distribuir sus activos, conforme a la sección 301.7701-4(d) del Reglamento del Tesoro, sin ningún objetivo de continuar o participar en la realización de un comercio o negocio, salvo en la medida en que sea razonablemente necesario y coherente con el propósito de liquidar el Fideicomiso de Acciones de Revocación.

60.3 **Activos del Fideicomiso de Acciones de Revocación**: El Fideicomiso de Acciones de Revocación consistirá en los Activos del Fideicomiso de Acciones de Revocación. En la Fecha de Entrada en Vigor, los Deudores transferirán todos los Activos del Fideicomiso de Acciones de Revocación al Fideicomiso de Acciones de Revocación. Los Activos del Fideicomiso de Acciones de Revocación podrán transferirse sujeto a determinadas obligaciones, según lo dispuesto en el Plan o en el Contrato de Fideicomiso de Acciones de Revocación. Dicha transferencia estará exenta de todo impuesto de timbre, transferencia inmobiliaria, información hipotecaria, ventas, uso u otro impuesto similar, conforme a la sección 1146(a) del Código de Quiebras. Tras la entrega de los Activos del Fideicomiso de Acciones de Revocación al Fideicomiso de Acciones de Revocación, los Deudores y sus predecesores, sucesores y

cesionarios, y cada una de las Entidades liberadas conforme a la Sección 74.2 del presente, se liberarán de toda responsabilidad con respecto a la entrega de tales distribuciones.

60.4 **Administración del Fideicomiso de Acciones de Revocación**: El Fideicomiso de Acciones de Revocación será administrado por el Síndico de Acciones de Revocación conforme al Contrato de Fideicomiso de Acciones de Revocación y el Plan. En caso de cualquier incongruencia entre el Plan y el Contrato de Fideicomiso de Acciones de Revocación, regirá el Contrato de Fideicomiso de Acciones de Revocación.

60.5 **El Síndico de Acciones de Revocación**: En el caso de que el Síndico de Acciones de Revocación fallezca, quede incapacitado, se rescinda su contrato, o renuncie por cualquier razón, la Junta del Fideicomiso de Acciones de Revocación designará a un sucesor; disponiéndose, sin embargo, que bajo ninguna circunstancia el Síndico de Acciones de Revocación sea un directivo o funcionario de cualquier Filial del Fideicomiso de Acciones de Revocación.

60.6 **Función del Síndico de Acciones de Revocación**: Con vistas de fomentar y conforme con el propósito del Fideicomiso de Acciones de Revocación y sujeto a los términos de la Orden de Confirmación, el Plan y el Contrato de Fideicomiso de Acciones de Revocación y a la supervisión de la Junta del Fideicomiso de Acciones de Revocación, el Síndico de Acciones de Revocación tendrá, entre otros, los siguientes derechos, facultades y responsabilidades: (i) mantener, gestionar y convertir a Efectivo y distribuir oportunamente los Activos del Fideicomiso de Acciones de Revocación, lo que incluye procurar y resolver las Reclamaciones pertenecientes al Fideicomiso de Acciones de Revocación, (ii) mantener los Activos del Fideicomiso de Acciones de Revocación en beneficio de los Beneficiarios del Fideicomiso de Acciones de Revocación, ya sea si las Reclamaciones son Permitidas en la Fecha de Entrada en Vigor o después de esta, (iii) bajo el criterio de negocios razonable del Síndico de Acciones de Revocación, investigar, procurar, resolver y/o abandonar derechos, Causas radicadas o litigios del Fideicomiso de Acciones de Revocación, (iv) preparar y radicar (o disponer que se prepare y radique), a partir de la Fecha de Entrada en Vigor, todo formulario, declaración e informe regulatorio e impositivo y cualquier otro documento relacionado necesario o que el Síndico de Acciones de Revocación considere apropiado con respecto al Fideicomiso de Acciones de Revocación, (v) bajo el criterio de negocios razonable del Síndico de Acciones de Revocación, controlar, procurar y/o resolver en nombre del Fideicomiso de Acciones de Revocación, objeciones a Reclamaciones de las cuales el Síndico de Acciones de Revocación será responsable, (vi) mantener, gestionar y distribuir oportunamente Ingresos del Fideicomiso de Acciones de Revocación en Efectivo u otro mediante el ejercicio se sus facultades y autoridad y (vii) no prolongar indebidamente la duración del Fideicomiso de Acciones de Revocación. En toda circunstancia, el Síndico de Acciones de Revocación actuará en el interés superior de todos los Beneficiarios del Fideicomiso de Acciones de Revocación y con vistas de fomentar el propósito del Fideicomiso de Acciones de Revocación.

60.7 **Poder Fiscal del Síndico de Acciones de Revocación respecto a los Deudores**: A partir de la Fecha de Entrada en Vigor, el Síndico de Acciones de Revocación preparará y radicará (o dispondrá que se prepare y radique), en nombre de los Deudores, toda declaración de impuestos u otras declaraciones de información fiscal que deban radicarse o que el Síndico de Acciones de Revocación considere apropiado de otro modo.

60.8 **Transferibilidad de los Intereses del Fideicomiso de Acciones de Revocación**: Los Intereses del Fideicomiso de Acciones de Revocación no serán transferibles o cedibles salvo mediante testamento, sucesión intestada o de pleno derecho.

60.9 **Efectivo**: El Síndico de Acciones de Revocación podrá invertir Efectivo (lo que incluye ganancias o ingresos de este) conforme a lo permitido en la sección 345 del Código de Quiebras; disponiéndose, sin embargo, que tales inversiones sean inversiones autorizadas por un fideicomiso de liquidación en el sentido de la de la sección 301.7701-4(d) del Reglamento del Tesoro, tal como se refleja en este, o según las directrices o resoluciones del SII u otras autoridades de control aplicables.

60.10 **Distribución de Activos del Fideicomiso de Acciones de Revocación**: El Síndico de Acciones de Revocación distribuirá a los tenedores de Reclamaciones Permitidas a causa de sus Intereses del Fideicomiso de Acciones de Revocación, en base semestral, todo el Efectivo irrestricto disponible (lo que incluye Efectivo que recibió de los Deudores en la Fecha de Entrada en Vigor y tratar cualquier inversión permisible como Efectivo a los fines de la presente Sección 60.10), salvo por (i) Efectivo reservado conforme al Contrato de Fideicomiso de Acciones de Revocación para financiar las actividades del Fideicomiso de Acciones de Revocación, (ii) los montos que sean asignables o que se retengan para Reclamaciones Controvertidas conforme a la Sección 64.3 del presente para pagar los gastos razonables incurridos o adelantados (lo que incluye, de manera no taxativa, cualquier impuesto gravado o pagadero por parte del Fideicomiso de Acciones de Revocación con respecto a los Activos del Fideicomiso de Acciones de Revocación); disponiéndose, sin embargo, que el Síndico de Acciones de Revocación no estará obligado a realizar una distribución conforme a la presente Sección 60.10 si el monto acumulado neto de Efectivo irrestricto disponible para distribución (tomando en cuenta las exclusiones que preceden) es tal que tornaría la distribución inviable según lo determine razonablemente el Síndico de Acciones de Revocación, con el consentimiento de la Junta del Fideicomiso de Acciones de Revocación, conforme a la ley aplicable, y siempre que tal monto acumulado sea menor que veinticinco millones de dólares ($ 25,000,000.00); y disponiéndose, además, que el Síndico de Acciones de Revocación con el consentimiento de la Junta del Fideicomiso de Acciones de Revocación pueda decidir pasar por alto su primera distribución trimestral a aquellos tenedores cuyos Intereses del Fideicomiso de Acciones de Revocación con respecto a los cuales el Síndico de Acciones de Revocación, a su criterio razonable, no esté preparado administrativamente a realizar tal distribución, en cuyo caso, tal distribución se realizará a tales tenedores tan pronto como sea posible a partir del momento en que el Síndico de Acciones de Revocación esté pronto para realizarla.

60.11 **Financiación, Costos y Gastos del Fideicomiso de Acciones de Revocación**: En la Fecha de Entrada en Vigor, el Fideicomiso de Acciones de Revocación se financiará una única vez por un monto de hasta cinco millones de dólares ($ 5,000,000.00). Los costos y gastos razonables del Fideicomiso de Acciones de Revocación, lo que incluye los honorarios y gastos del Síndico de Acciones de Revocación y sus profesionales contratados, se pagarán con cargo a los Activos del Fideicomiso de Acciones de Revocación. Las tasas y gastos incurridos en relación con el seguimiento y la resolución de cualquier Reclamación se considerarán costos y gastos del Fideicomiso de Acciones de Revocación.

60.12　**Compensación del Síndico de Acciones de Revocación**: La o las personas físicas que cumplan funciones o comprendan el Síndico de Acciones de Revocación tendrán derecho a una compensación razonable por un monto coherente con el de funcionarios similares que desempeñen funciones similares, cuyo pago estará sujeto a la aprobación del Tribunal constituido conforme al Título III.

60.13　**Contratación de Profesionales/Empleados por parte del Síndico de Acciones de Revocación**: Sujeto a la aprobación y el consentimiento de la Junta del Fideicomiso de Acciones de Revocación, el Fideicomiso de Acciones de Revocación podrá contratar y compensar a abogados, otros profesionales y empleados para que asistan a la Junta del Fideicomiso de Acciones de Revocación bajo los términos que el Síndico de Acciones de Revocación considere apropiados sin la aprobación del Tribunal constituido conforme al Título III.

60.14　**Tratamiento del Impuesto Federal a los Ingresos del Fideicomiso de Acciones de Revocación:**

(a)　Activos del Fideicomiso de Acciones de Revocación tratados como propiedad de los Acreedores. Para todos los fines de impuestos federales sobre ingresos de los Estados Unidos, todas las partes (lo que incluye, de manera no taxativa, los Deudores, el Síndico de Acciones de Revocación y los Beneficiarios del Fideicomiso de Acciones de Revocación) tratarán la transferencia de los Activos del Fideicomiso de Acciones de Revocación al Fideicomiso de Acciones de Revocación como (1) una transferencia de los Activos del Fideicomiso de Acciones de Revocación (sujeta a cualquier obligación relacionada con esos activos) directamente a los Beneficiarios del Fideicomiso de Acciones de Revocación y, en la medida en que los activos del Fideicomiso de Acciones de Revocación sean asignables a Reclamaciones Controvertidas, a la Reserva de Reclamaciones del Fideicomiso de Acciones de Revocación, seguido de (2) la transferencia de tales beneficiarios al Fideicomiso de Acciones de Revocación de los Activos del Fideicomiso de Acciones de Revocación (que no sean los Activos del Fideicomiso de Acciones de Revocación asignables a la Reserva de Reclamaciones del Fideicomiso de Acciones de Revocación) a cambio de Intereses del Fideicomiso de Acciones de Revocación. En consecuencia, los Beneficiarios del Fideicomiso de Acciones de Revocación serán tratados a efectos del impuesto federal sobre ingresos de los Estados Unidos como los otorgantes y propietarios de su participación respectiva de los Activos del Fideicomiso de Acciones de Revocación (que no sean Activos del Fideicomiso de Acciones de Revocación asignables a la Reserva de Reclamaciones del Fideicomiso de Acciones de Revocación, como se detalla más adelante). El tratamiento anterior se aplicará también, en la medida en que lo permita la ley aplicable, a efectos de impuestos sobre ingresos estatales y locales.

(b)　Presentación de Informes Fiscales.

(i)　El Síndico de Acciones de Revocación preparará y radicará (o dispondrá que se preparen y radiquen) declaraciones de impuestos para el Fideicomiso de Acciones de Revocación que traten al Fideicomiso de Acciones de Revocación como fideicomiso de otorgante conforme a la sección 1.671-4(a) del Reglamento del Tesoro y conforme a la presente Sección 60.14. El Síndico de Acciones de Revocación también enviará anualmente a cada tenedor de un Interés del Fideicomiso de Acciones de Revocación una

declaración separada sobre los recibos y gastos del Fideicomiso de Acciones de Revocación según se requiere acorde a los impuesto federales sobre ingresos de los Estados Unidos y ordenará a todos esos tenedores que utilicen esa información al preparar sus declaraciones federales del impuesto sobre ingresos de los Estados Unidos o que remitan la información relevante a los tenedores beneficiarios de tales tenedores con instrucciones de utilizar tal información en la preparación de sus declaraciones de impuestos federales sobre ingresos de los Estados Unidos. El Síndico de Acciones de Revocación también radicará (o dispondrá que se radique) cualquier otro informe, declaración o divulgación relacionada con el Fideicomiso de Acciones de Revocación que sea requerido por cualquier unidad gubernamental.

(ii)     El Síndico de Acciones de Revocación valorará entonces de buena fe todos los demás Activos del Fideicomiso de Acciones de Revocación y hará disponible todos los valores disponibles ocasionalmente, en la medida en que sea pertinente, y tales valores serán utilizados sistemáticamente por todas las partes del Fideicomiso de Acciones de Revocación (lo que incluye, de manera no taxativa, los Deudores, el Síndico de Acciones de Revocación y los Beneficiarios de Acciones de Revocación) para todo fin de impuestos federales sobre ingresos de los Estados Unidos.

(iii)     Las asignaciones de ingresos imponibles del Fideicomiso de Acciones de Revocación entre los Beneficiarios del Fideicomiso de Acciones de Revocación (que no sean las ingresos imponibles asignados a la Reserva de Reclamaciones del Fideicomiso de Acciones de Revocación) se determinarán en función de la forma en que se distribuiría un monto de efectivo que represente tales rentas imponibles (si se permitiera distribuir ese efectivo en ese momento) si, inmediatamente antes de tal distribución considerada, el Fideicomiso de Acciones de Revocación hubiese distribuido todos sus activos (valorados en su valor contable fiscal, y que no sean los activos asignados a la Reserva de Reclamaciones del Fideicomiso de Acciones de Revocación) a los tenedores de los Intereses del Fideicomiso de Acciones de Revocación, ajustados acorde a los ingresos imponibles previos y pérdidas y tomando en cuenta todas las distribuciones anteriores y simultáneas del Fideicomiso de Acciones de Revocación. De manera similar, las pérdidas imponibles del Fideicomiso de Acciones de Revocación se asignarán por referencia a la forma en que una pérdida económica se asumiría inmediatamente después de una distribución liquidada hipotética de los Activos del Fideicomiso de Acciones de Revocación restantes. El valor contable de los Activos del Fideicomiso de Acciones de Revocación a efectos del presente apartado será igual a su valor justo de mercado en la Fecha de Entrada en Vigor, ajustado conforme a los principios de contabilidad fiscal prescritos por el CTI, los Reglamentos del Tesoro aplicables y otras autoridades y pronunciamientos administrativos y judiciales aplicables.

(iv)     Sujeto a la orientación definitiva del SII o un tribunal de jurisdicción competente en sentido contrario (lo que incluye la recepción por parte del Síndico de Acciones de Revocación de una carta en respuesta a consulta si el Síndico de Acciones de Revocación así lo solicita, o la recepción de una determinación adversa por el SII tras la auditoría si no es impugnada por el Síndico de Acciones de Revocación), el Síndico de Acciones de Revocación deberá (A) elegir oportunamente tratar cualquier Reserva de Reclamaciones del Fideicomiso de Acciones de Revocación como un «fondo de propiedad controvertida» regido por la sección 1.468B-9 del Reglamento del Tesoro y (B) en la medida en que lo permita la ley aplicable, realizar informes de manera coherente con lo que precede con fines de impuesto sobre

ingresos locales y estatales. Todas las partes (lo que incluye el Síndico de Acciones de Revocación y los Beneficiarios del Fideicomiso de Acciones de Revocación) deberán realizar informes a efectos de impuestos federales, estatales y locales sobre ingresos de los Estados Unidos de conformidad con lo anterior.

(v)   El Síndico de Acciones de Revocación será responsable del pago, con cargo a los Activos del Fideicomiso de Acciones de Revocación, de cualquier impuesto gravado al fideicomiso o a sus activos, lo que incluye la Reserva de Reclamaciones del Fideicomiso de Acciones de Revocación. En el caso de que, y en la medida en que, cualquier Efectivo retenido a causa de Reclamaciones Controvertidas en la Reserva de Reclamaciones del Fideicomiso de Acciones de Revocación sea insuficiente para pagar la parte de tales impuestos atribuibles a los ingresos imponibles derivados de los activos asignables o retenidos a causa de las Reclamaciones Controvertidas (lo que incluye toda renta que pueda derivarse de la distribución de los activos de la Reserva de Reclamaciones del Fideicomiso de Acciones de Revocación), talen impuestos podrán ser (i) reembolsados de cualquier monto en Efectivo posterior retenido a causa de Reclamaciones Controvertidas, o (ii) en la medida en que dichas Reclamaciones Controvertidas se hayan resuelto posteriormente, deducido de cualquier monto que pueda distribuirse de otro modo por el Síndico de Acciones de Revocación como resultado de la resolución de tales Reclamaciones Controvertidas.

(c)   <u>Retención de Impuestos por parte del Síndico de Acciones de Revocación</u>. El Síndico de Acciones de Revocación podrá retener y pagar a la autoridad fiscal relevante todos los montos que deban retenerse conforme al CTI o cualquier disposición de cualquier ley fiscal extranjera, estatal o local con respecto a cualquier pago o distribución a los tenedores de Intereses del Fideicomiso de Acciones de Revocación. Todos esos montos retenidos y pagados a la autoridad tributaria correspondiente (o colocados en cuenta de garantía hasta que se resuelva la necesidad de retenerlas) se tratarán como montos distribuidos a tales tenedores de Intereses del Fideicomiso de Acciones de Revocación a todos los efectos del Contrato de Fideicomiso de Acciones de Revocación y se entenderá que tal monto retenido reducirá el monto efectivamente realizado por el tenedor aplicable en el momento de la distribución. El Síndico de Acciones de Revocación estará autorizado a recopilar la información fiscal de los tenedores de acciones de Intereses del Fideicomiso de Acciones de Revocación (lo que incluye, de manera no taxativa, números de Seguro Social u otros números de identificación fiscal) según el Síndico de Acciones de Revocación considere necesario a su entera discreción para dar pleno vigor y efecto el Plan, la Orden de Confirmación y el Contrato de Fideicomiso de Acciones de Revocación. Para recibir distribuciones en el marco del Plan, todos los tenedores de Intereses del Fideicomiso de Acciones de Revocación deberán identificarse a sí mismos ante el Síndico de Acciones de Revocación y proporcionar información fiscal y los detalles específicos de sus activos, en la medida en que el Síndico de Acciones de Revocación considere apropiado de la manera y conforme a los procedimientos establecidos ocasionalmente por el Síndico de Acciones de Revocación a estos efectos. Este requisito de identificación se aplica generalmente a todos los tenedores de Intereses del Fideicomiso de Acciones de Revocación, lo que incluye aquellos que mantienen sus valores a nombre del corredor. El Síndico de Acciones de Revocación puede rehusarse a realizar la distribución a cualquier tenedor de un Interés del Fideicomiso de Acciones de Revocación que no proporcione tal información de manera oportuna y hasta que tal información sea proporcionada y puede tratar los Intereses del Fideicomiso de Acciones de

Revocación de tal tenedor como controvertidos; disponiéndose, sin embargo, que si tal información no se proporciona al Síndico de Acciones de Revocación en el plazo de seis (6) meses a partir de la solicitud original de proporcionar tal información, no se realizarán más distribuciones a tal tenedor de tal Interés del Fideicomiso de Acciones de Revocación; y disponiéndose, además, que cuando un tenedor de un Interés del Fideicomiso de Acciones de Revocación entregue tal información el Síndico de Acciones de Revocación realizará la distribución a la que el tenedor del Interés del Fideicomiso de Acciones de Revocación tiene derecho, sin interés adicional ocasionado por la demora de tal tenedor de proporcionar la información taxativa; y disponiéndose, además, que si el Síndico de Acciones de Revocación no realiza retenciones con respecto a los montos recibidos o distribuirles con respecto a tal tenedor y el Síndico de Acciones de Revocación se considera responsable posteriormente por el monto de tal retención, tal tenedor deberá reembolsar al Síndico de Acciones de Revocación tal pasivo (en la medida en que tales montos hayan sido realmente distribuidos a tal tenedor).

(d)     El Síndico de Acciones de Revocación y el Fideicomiso de Acciones de Revocación se extinguirá o disolverá, según el caso, en cuanto ocurra el primero de que (i) se hayan distribuido todos los Intereses del Fideicomiso de Acciones de Revocación conforme al Plan y el Contrato de Fideicomiso de Acciones de Revocación, (ii) el Síndico de Acciones de Revocación determine, con el consentimiento de la Junta del Fideicomiso de Acciones de Revocación, que es probable la administración de cualquier Activo del Fideicomiso de Acciones de Revocación restante no produzca ingresos adicionales suficientes del Fideicomiso de Acciones de Revocación para justificar su seguimiento y (iii) se han realizado todas las distribuciones a realizarse por parte del Síndico de Acciones de Revocación según el Plan y el Contrato de Fideicomiso de Acciones de Revocación; disponiéndose, sin embargo, que en ningún caso el Fideicomiso de Acciones de Revocación se disolverá más de tres (3) años después de la Fecha de Entrada en Vigor a menos que el Tribunal de Quiebras, por moción en el período de los seis meses anteriores al tercer (3er) aniversario (o dentro del período de seis meses antes al final de un período de extensión), determine que un período de extensión fijo (que no exceda los tres (3) años, junto con toda extensión previa, sin una carta en respuesta a consulta favorable del SII o una opinión satisfactoria de un asesor al Síndico de Acciones de Revocación y la Junta del Fideicomiso de Acciones de Revocación que una extensión adicional no afectaría de manera adversa el estado del fideicomiso como un Fideicomiso de Acciones de Revocación para fines de impuesto federal sobre ingresos de los Estados Unidos) es necesario para facilitar o completar la recuperación y liquidación de los Activos del Fideicomiso de Acciones de Revocación. Si en cualquier momento el Síndico de Acciones de Revocación determina, confiando en los profesionales que el Síndico de Acciones de Revocación contrate, que el gasto de administrar el Fideicomiso de Acciones de Revocación para hacer una distribución final a sus beneficiarios es probable que supere el valor de los activos que quedan en el Fideicomiso de Acciones de Revocación , el Síndico de Acciones de Revocación podrá solicitar al Tribunal de Quiebras autorización para (i) reservar cualquier monto necesario para disolver el Fideicomiso de Acciones de Revocación, (ii) donar cualquier saldo a una organización caritativa (A) descrita en la sección 501(c)(3) del SII, (B) exenta del impuesto federal sobre ingresos de los Estados Unidos según la sección 501(a) del CTI y (D) que no guarda relación con los Deudores, los Deudores reorganizados, el Fideicomiso de Acciones de Revocación y cualquier persona de confianza del Síndico de Acciones de Revocación y (iii) disolver el Fideicomiso de Acciones de Revocación.

60.15 **Indemnización del Síndico de Acciones de Revocación**: El Síndico de Acciones de Revocación o la o las personas físicas que componen el Síndico de Acciones de Revocación, según el caso, y los empleados, agentes y profesionales del Síndico de Acciones de Revocación, no serán responsables ante los Beneficiarios del Fideicomiso de Acciones de Revocación de las acciones tomadas u omitidas en su calidad de o en nombre del Síndico de Acciones de Revocación, salvo por las acciones derivadas de su propia mala conducta intencional o negligencia grave, y cada uno de ellos tendrá derecho a indemnización y reembolso por honorarios y gastos en la defensa de toda acción o inacción realizada en su calidad de o en nombre del Síndico de Acciones de Revocación, salvo por cualquier acción o inacción que implique mala conducta intencional o negligencia grave. Toda reclamación de indemnización del Síndico de Acciones de Revocación (y de las demás partes con derecho a indemnización según este inciso) se satisfará únicamente con los Activos del Fideicomiso de Acciones de Revocación y tendrá derecho a una distribución prioritaria de estos, antes de los Intereses del Fideicomiso de Acciones de Revocación y cualquier otra reclamación o interés sobre tales activos. El Síndico de Acciones de Revocación tendrá derecho a contar, de buena fe, con el asesoramiento de sus profesionales contratados.

## ARTÍCULO LXI

## SEGUIMIENTO Y EXTINCIÓN DE RECLAMACIONES DE LOS DEUDORES

61.1 **Seguimiento de Reclamaciones**: Salvo como se haya resuelto y liberado en el presente, a partir de la Fecha de Entrada en Vigor, el Síndico de Acciones de Revocación tendrá el derecho y la facultad exclusivos de (a) litigar todas las Acciones de Revocación y (b) conciliar y resolver tales Acciones de Revocación, previa aprobación del Tribunal de Quiebras. Los ingresos netos de cualquier litigio o resolución (después de satisfacer todos los costos y gastos incurridos en relación con este) se transferirán al Fideicomiso de Acciones de Revocación para su distribución conforme al Plan y el Contrato de Fideicomiso de Acciones de Revocación.

## ARTÍCULO LXII

## ACEPTACIÓN O RECHAZO DEL PLAN; EFECTOS DEL RECHAZO POR PARTE DE UNA O MÁS CLASES DE RECLAMACIONES

62.1 **Clases Afectadas** que Votan: Cada tenedor, a la Fecha de Registro de Votación, de una Reclamación de una Clase afectada que no se considere que haya rechazado o aceptado el Plan conforme a las Secciones _____ del Plan de otro modo tendrá derecho a votar por separado para aceptar o rechazar el Plan.

62.2 **Aceptación por Clase de Acreedores**: Se considerará que una Clase afectada de tenedores de Reclamaciones habrá aceptado el Plan si el Plan es aceptado por al menos dos tercios (2/3) en monto en dólares y más de la mitad (1/2) en cantidad de Reclamaciones Permitidas de tal clase que hayan votado para aceptar o rechazar el Plan.

62.3 **Imposición de Plan Concursal por el Tribunal**: En el caso en que cualquier Clase afectada de Reclamaciones no acepte, o se considere que rechaza, el Plan conforme a la sección 1129(a) del Código de Quiebras, los Deudores se reservan el derecho a (i) solicitar que el

Tribunal de Quiebras confirme el Plan conforme a la sección 1129(b) del Código de Quiebras o (ii) sujeto al consentimiento de los acreedores del Acuerdo de Apoyo al Plan, conforme a las disposiciones del Acuerdo de Apoyo al Plan, modificar el Plan.

## ARTÍCULO LXIII

## DERECHOS Y FACULTADES DEL AGENTE PAGADOR

63.1 **Exculpación**: A partir de la Fecha de Entrada en Vigor, el Agente Pagador será exculpado por todas las Entidades, lo que incluye, de manera no taxativa, los tenedores de Reclamaciones y otras partes interesadas, de toda reclamación, Causa radicada y otros alegatos de responsabilidad derivados del cumplimiento de las facultades y obligaciones que se le confieren al Agente Pagador según el Plan o cualquier orden del Tribunal constituido conforme al Título III que se haya dictado conforme al Plan o en cumplimiento de este, o de la ley aplicable, excepto en el caso de acciones u omisiones derivadas de negligencia grave o de mala conducta intencional de tal Agente Pagador. Ningún tenedor de una Reclamación u otra parte interesada tendrá o iniciará ninguna reclamación o causa radicada contra el Agente Pagador debido a que este realice pagos conforme al Plan o implemente las disposiciones del Plan.

63.2 **Facultades del Agente Pagador**: Salvo que se disponga de otro modo según el presente, el Agente Pagador estará facultado para (a) adoptar todas las medidas y ejecutar todos los instrumentos y documentos necesarios para dar pleno vigor y efecto al Plan, (b) realizar las distribuciones contempladas en el Plan, (c) cumplir con el Plan y las obligaciones que este impone; y (d) ejercer las demás facultades que se confieran al Agente Pagador conforme a una orden del Tribunal constituido conforme al Título III, conforme al Plan, o que el Agente Pagador considere necesario y adecuado para implementar las disposiciones del Plan.

63.3 **Honorarios y Gastos incurridos a partir de la Fecha de Entrada en Vigor**: Salvo que el Tribunal constituido conforme al Título III disponga otra cosa, el monto de los honorarios y gastos razonables en que incurra el Agente Pagador a partir de la Fecha de Entrada en Vigor, y reclamación razonable de cualquier compensación y reembolso de gastos, lo que incluye, de manera no taxativa, honorarios y gastos razonables de abogado, en que incurra el Agente Pagador, se abonarán en Efectivo sin órdenes adicionales por parte del Tribunal constituido conforme al Título III.

## ARTÍCULO LXIV

## PROCEDIMIENTOS PARA EL TRATAMIENTO DE RECLAMACIONES CONTROVERTIDAS

64.1 **Objeciones a Reclamaciones; Seguimiento de Reclamaciones Controvertidas**: Salvo en lo que respecta a las Reclamaciones Permitidas, y sujeto a los términos y condiciones de los Procedimientos de RAL y la Orden de RAL, los Deudores Reorganizados, a través de la Junta de Supervisión, y en consulta con la AAFAF, objetarán y asumirán toda objeción pendiente radicada por los Deudores a la admisión de Reclamaciones radicadas ante el Tribunal constituido conforme al Título III con respecto a las cuales dispute la responsabilidad, prioridad o monto, lo que incluye, de manera no taxativa, las objeciones a Reclamaciones que se hayan cedido y la

afirmación de la doctrina de subordinación equitativa con respecto a estas. Todas las objeciones, defensas afirmativas y reconvenciones serán litigadas hasta obtener una Orden Definitiva; disponiéndose, sin embargo, que los Deudores Reorganizados, a través de la Junta de Supervisión, y en consulta con la AAFAF, estarán facultados para radicar, resolver, transigir o desistir toda objeción a Reclamaciones, sin necesidad de aprobación por parte del Tribunal constituido conforme al Título III. A menos que el Tribunal constituido conforme al Título III disponga otra cosa, en la medida en que no sea ya objeto de objeciones por parte de los Deudores, los Deudores Reorganizados radicarán y presentaran todas las objeciones a Reclamaciones lo antes posible, pero, en cada caso, a más tardar ciento ochenta (180) días después de la Fecha de Entrada en Vigoro o en una fecha posterior que pueda aprobar el Tribunal constituido conforme al Título III. Sin perjuicio de lo dispuesto en el Plan en sentido contrario, en la Fecha de Entrada en Vigor, toda Reclamación de Bonos radicada por cualquier Entidad, por montos debidos en virtud de valores existentes, se considerará como no permitida y eliminada y la Junta de Supervisión ordenará a Prime Clerk LLC, su representante designado por el tribunal, que retire tales Reclamaciones de Bonos del registro de reclamaciones mantenido para el Tribunal constituido conforme al Título III.

64.2    **Estimación de Reclamaciones**: Salvo en lo que respecta a las Reclamaciones Permitidas, en la Fecha de Entrada en Vigor y después de esta, y a menos que una orden del Tribunal constituido conforme al Título III lo limite de otro modo, lo que incluye, de manera no taxativa, la Orden de la ACR y la Orden de la ADR, los, Deudores Reorganizados, a través de la Junta de Supervisión, podrán en cualquier momento pedir a el Tribunal constituido conforme al Título III que calcule a efectos de distribución final cualquier Reclamación condicional, pendiente o Controvertida conforme a la sección 502(c) del Código de Quiebras, independientemente de si los Deudores se opusieron previamente a dicha Reclamación o trataron de estimarla, y el Tribunal constituido conforme al Título III retendrá la jurisdicción para considerar cualquier solicitud de estimación de cualquier Reclamación durante el litigio con respecto a cualquier objeción a cualquier Reclamación, lo que incluye, de manera no taxativa, durante la pendencia de cualquier apelación con respecto a tal objeción. A menos que se disponga otra cosa en una orden del Tribunal constituido conforme al Título III, en caso de que el Tribunal constituido conforme al Título III estimase cualquier reclamación condicional, pendiente o Controvertida, el monto estimado constituirá el monto permitido de tal Reclamación o una limitación máxima de tal Reclamación, según determine el Tribunal constituido conforme al Título III; disponiéndose, sin embargo, que, si la estimación constituye la limitación máxima de dicha Reclamación, los Deudores Reorganizados, a través de la Junta de Supervisión, podrán optar por iniciar procedimientos suplementarios para objetar a cualquier admisión definitiva de tal Reclamación; y, disponiéndose, además, que lo que antecede no pretende limitar los derechos concedidos por la sección 502(j) del Código de Quiebras. Todos los procedimientos de objeción, estimación y resolución de Reclamaciones antes mencionados son acumulativos y no se excluyen necesariamente entre sí.

64.3    **Pagos y Distribuciones de Reclamaciones Controvertidas**:

(a)    **Retención de las Reclamaciones Controvertidas:** A partir de la Fecha de Entrada en Vigor y hasta el momento que cada Reclamación Controvertida se haya conciliado y resuelto, estimada por el Tribunal constituido conforme al Título III en un monto que constituye el monto permitido, o Permitida o No Permitida mediante Orden Definitiva del Tribunal

constituido conforme al Título III, los Deudores Reorganizados retendrán, a beneficio de cada tenedor de una Reclamación Controvertida, las distribuciones que se hubiesen realizado a tal tenedor si fuese una Reclamación Permitida en un monto igual o menor que (i) el monto liquidado establecido en la evidencia radicada de la Reclamación con respecto a tal Reclamación Controvertida, (ii) el monto en que el Tribunal constituido conforme al Título III debe estimar las Reclamaciones Controvertidas conforme a la sección 502 del Código de Quiebras constituye y garantiza el monto máximo por el cual tal Reclamación se pueda convertir finalmente en una Reclamación Permitida y (iii) tal otro monto que pueda acordarse por el tenedor de tal Reclamación Controvertida y los Deudores Reorganizados; *disponiéndose, sin embargo*, que la recuperación por parte de cualquier tenedor de una Reclamación Controvertida no excederá el menor de (i), (ii) y (iii) que preceden. En la medida en que cualquiera de los Deudores Reorganizados retenga cualquier Nuevo Bono de OG o Bono de Gravamen COFINA Subordinado (Junior) en nombre de los tenedores de Reclamaciones Controvertidas, hasta que se distribuyan tales Nuevos Bonos de OG o Bonos de Gravamen COFINA Subordinados (Junior), tales Deudores Reorganizados ejercerán el derecho de voto o consentimiento con respecto a tales bonos.

(b) **Admisión de Reclamaciones Controvertidas:** En el momento en que una Reclamación Controvertida se convierta, total o parcialmente, en una Reclamación Permitida, los Deudores Reorganizados distribuirán al tenedor de esta las distribuciones, de haberla, a las que tal tenedor tenga derecho según el Plan, junto con cualesquiera ganancias que se hayan acumulado al respecto (el neto de cualquier gasto, lo que incluye impuestos, correspondientes a estas), pero sólo en la medida en que esas ganancias sean atribuibles al monto de la Reclamación Permitida. Tal distribución, de haberla, se realizará tan pronto como sea posible después de la fecha en que la orden o sentencia del Tribunal constituido conforme al Título III que permite tal Reclamación Controvertida se convierta en una Orden Definitiva, pero en ningún caso más de noventa (90) días después de esto.

64.4 **Facultad para modificar Listas de Acreedores**: Salvo en lo que se refiere a las Reclamaciones de Bonos, los Deudores estarán facultados para modificar la Lista de Acreedores con respecto a cualquier Reclamación y para efectuar distribuciones basadas en tal Lista de Acreedores modificada sin aprobación por parte del Tribunal constituido conforme al Título III. Si tal modificación a la Lista de Acreedores reduce el monto de una Reclamación o cambia la naturaleza o prioridad de una Reclamación, los Deudores notificarán al tenedor de tal Reclamación de tal modificación y tal tenedor dispondrá de veinte (20) días para radicar una objeción a tal modificación ante el Tribunal constituido conforme al Título III. Si no se presenta tal objeción, el Agente Pagador podrá proceder con las distribuciones en base a tal Lista de Acreedores modificada sin aprobación por parte del Tribunal constituido conforme al Título III.

64.5 **No Devengamiento de Intereses**: A menos que se disponga específicamente de otro modo en el presente o por orden del Tribunal constituido conforme al Título III, los intereses posteriores a la solicitud con respecto a Reclamaciones, Permitidas o no, no se devengarán ni pagarán, y ningún tenedor de una Reclamación, Permitida o no, tendrá derecho a intereses devengados en la Fecha de Petición del ELA, la Fecha de Petición del SRE o la Fecha de Petición de la AEP o después de estas, según el caso, o sobre cualquier Reclamación o derecho. Además, y sin limitar lo anterior, no se devengarán ni se pagarán intereses sobre ninguna Reclamación Controvertida con respecto al período comprendido entre la Fecha de

Entrada en Vigor y la fecha en que se realice una distribución final a causa de tal Reclamación Controvertida, siempre y cuando dicha Reclamación Controvertida se convierta en una Reclamación Permitida.

64.6 **Denegación de Reclamaciones**: Se denegarán todas las Reclamaciones de cualquier Entidad a la que los Deudores soliciten bienes conforme a las secciones 550 o 553 del Código de Quiebras o que los Deudores aleguen sea cesionaria de una transferencia evitable conforme a las secciones 544, 545, 547, 548 o 549 del Código de Quiebras si: a) la entidad, por una parte, y los Deudores, por otra parte, acuerdan o el Tribunal constituido conforme al Título III haya determinado mediante Orden Definitiva que dicha Entidad o cesionario está obligado a entregar cualquier bien o fondos en virtud de cualquiera de las secciones antes mencionados del Código de Quiebras y (b) tal Entidad o cesionario no ha entregado esos bienes en la fecha establecida en tal acuerdo u Orden Definitiva.

## ARTÍCULO LXV

## GOBERNANZA Y DISPOSICIONES CON RESPECTO A LA RESERVA DE PENSIONES

65.1 **Formación y responsabilidades de la Reserva de Pensiones**: En la Fecha de Entrada en Vigor o antes de esta, el ELA adoptará todas las medidas necesarias para establecer el Fideicomiso de Reserva de Pensiones, lo que incluye, de manera no taxativa, ejecutar y otorgar la Escritura del Fideicomiso de la Reserva de Pensiones.

65.2 **Financiación del Fideicomiso de la Reserva de Pensiones**: En la Fecha de Entrada en Vigor, el ELA contribuirá, o dispondrá que se contribuya, a la Reserva de Pensiones cinco millones de dólares ($ 5,000,000.00) para financiar las tasas, costos y gastos administrativos iniciales del Fideicomiso de la Reserva de Pensiones. A partir del año fiscal de 2020 y hasta la conclusión del año fiscal de 2027, el ELA reorganizado realizará, o dispondrá que se realicen, contribuciones anuales (pero en ningún caso a más tardar el 1 de octubre siguiente al cierre de cada año fiscal) al Fideicomiso de la Reserva de Pensiones por un monto igual a (a) la Contribución Base, (b) el monto adicional calculado como el más bajo del excedente primario real para tal año fiscal y el excedente primario previsto del Plan Fiscal para tal año fiscal, menos la suma de (i) la Contribución Base para dicho año fiscal, _más_ (ii) la obligación del servicio de la deuda del ELA conforme al plan para tal año fiscal, _más_ (iii) doscientos millones de dólares ($ 200,000,000.00); _disponiéndose, sin embargo_, que, en todos los casos, esa suma adicional no pueda ser inferior a cero dólares ($ 0.00) y (c) sujeto a las leyes aplicables, lo que incluye, de manera no taxativa, los Títulos I y II de PROMESA, los montos adicionales que el ELA Reorganizado, a su discreción, opte por depositar en el Fideicomiso de la Reserva de Pensiones. El Fideicomiso de la Reserva de Pensiones será administrado por una entidad independiente cuyos miembros cumplirán las normas de independencia, profesionalidad, experiencia y calificación estándar establecidas en la Escritura del Fideicomiso de la Reserva de Pensiones y estarán sujetas a todas las leyes y disposiciones de contratación, ética y conflictos de intereses del ELA.

65.3 **Pacto de no Afectación**: El ELA pactará en la Escritura del Fideicomiso de la Reserva de Pensiones a beneficio de todos los Participantes que, con respecto a pagos y otras

obligaciones debidas a los Participantes conforme al Plan, lo que incluye, de manera no taxativa, las obligaciones PayGo y todos los componentes del Beneficio de Retiro Mensual Total después de cualquier ajuste conforme al Plan, todas dichas obligaciones se mantendrán y no se alterarán, modificarán o cambiarán de otro modo hasta que todas esas obligaciones hayan sido satisfechas en su totalidad conforme a las disposiciones del Plan y los Documentos Definitivos y la Legislación de los Nuevos Bonos de OG, aplicable por cualquiera de la Junta de Supervisión, cualquier Pensionado afectado y, con respecto a tal disposición, la Escritura del Fideicomiso de la Reserva de Pensiones no será modificada ni cambiada por el ELA salvo (i) con el consentimiento previo por escrito de la Junta de Supervisión (si existe) y una mayoría en número de los Pensionados que reciben beneficios conforme al Plan, los Documentos Definitivos, la Legislación de Nuevos Bonos de OG y la Legislación de Bonos de Gravamen COFINA Subordinados (Junior) al momento de tal modificación propuesta o (ii) conforme a una nueva causa radicada conforme al Título III para el ELA y un plan de ajuste confirmado y en vigor.

## ARTÍCULO LXVI

### IDENTIFICACIÓN DE RECLAMACIONES AFECTADAS POR EL PLAN Y NO AFECTADAS POR EL PLAN

66.1 **Clases Afectadas**: Las Reclamaciones de las Clases 1 a 8 y 10 a 50 se ven afectadas y reciben distribuciones conforme al Plan, por lo que tienen derecho a votar para aceptar o rechazar el Plan; disponiéndose, sin embargo, que, en base las elecciones realizadas en la Papeleta/Formulario de Elección, se considera que las Clases 14, 17, 21, 23, 27, 31, 33, 38 y 49 han aceptado el Plan. Las Reclamaciones de las Clases 8, 10, 46 y 47 se ven afectadas y no reciben una distribución conforme al Plan y, por lo tanto, se considera que las Clases 8, 10, 46 y 47 han rechazado el Plan.

66.2 **Clases no Afectadas**: Las Reclamaciones de las Clases 9, 51 y 52 no se ven afectadas conforme al Plan y se considera que han aceptado el Plan y no tienen derecho a votar para aceptar o rechazar el Plan.

## ARTÍCULO LXVII

### CONDICIONES PRECEDENTES A LA CONFIRMACIÓN DEL PLAN

67.1 **Condiciones Precedentes a la Confirmación del Plan**: La confirmación del Plan está sujeta a la satisfacción de las siguientes condiciones precedentes:

(a) **Certificación del Plan Fiscal:** La Junta de Supervisión deberá haber certificado un Plan Fiscal coherente con el Plan y haber certificado la presentación del Plan, así como cualquier modificación del Plan hasta la Fecha de Confirmación, conforme a las Secciones 104(j) y 313 de PROMESA.

(b) **Órdenes Requeridas:** El Actuario del Tribunal constituido conforme al Título III deberá haber dictado una orden u órdenes (lo que incluye, de manera no taxativa, la Orden de Declaración de Divulgación y la Orden de Confirmación que prevean lo siguiente:

(i)     Aprobar la Declaración de Divulgación en el sentido de que contiene «información adecuada» conforme a la sección 1125 del Código de Quiebras;

(ii)     Autorizar la solicitud de votos y elecciones con respecto al Plan;

(iii)     Determinar que todos los votos y elecciones o las elecciones consideradas sean vinculantes y hayan sido debidamente tabulados;

(iv)     Confirmar y dar efecto a los términos y disposiciones del Plan, lo que incluye los descargos establecidos en el Artículo LXXIV del Plan;

(v)     Determinar que las conciliaciones y resoluciones establecidas en el Plan son apropiadas, razonables y aprobadas y que autorizan las transacciones previstas en este;

(vi)     Determinar que todas las pruebas, normas y cargas aplicables con respecto al Plan han sido debidamente satisfechas y cumplidas por la Junta de Supervisión, los Deudores y el Plan;

(vii)     Aprobar los documentos del Complemento del Plan, que no sean la Legislación de Nuevos Bonos de OG y la Legislación de Bonos de Gravamen COFINA Subordinados (Junior) (en la medida en que estén incluidos en el Complemento del Plan) y los Estatutos de los Deudores Reorganizados y determinar que tales documentos son válidos y vinculantes para las partes involucradas en estos;

(viii)     Determinar que la Legislación de Nuevos Bonos de OG y la Legislación de Bonos de Gravamen COFINA Subordinados (Junior), cada una en la medida en que se promulgue, son un medio válido para la implementación del Plan y la emisión de los Nuevos Bonos de OG y Bonos de Gravamen COFINA Subordinados (Junior), respectivamente; y

(ix)     Autorizar a los Deudores Reorganizados a ejecutar, ingresar y otorgar los documentos en el Complemento del Plan, así como a ejecutar, implementar y tomar todas las medidas que sean necesarias o apropiadas de otro modo para dar efecto a las transacciones contempladas en el Plan, así como a los documentos del Complemento del Plan.

(c)     **Forma de las Órdenes:** La Orden de Confirmación y el Plan se encuentran cada uno en forma y sustancia razonablemente aceptables para la Junta de Supervisión, los Deudores y los Acreedores del Acuerdo de Apoyo al Plan Iniciales.

(d)     **Orden de Confirmación:** La Orden de Confirmación incluye (i) determinaciones de que todas las resoluciones y conciliaciones contenidas en el Plan cumplen las normas aplicables según las secciones 365, 1123(b)(3) y 1129 del Código de Quiebras y la Norma de Quiebras 9019, en la medida en que sea aplicable, (ii) los descargos, exculpaciones e interdictos establecidos en el Artículo LXXIV del Plan y (iii) las disposiciones aplicables establecidas en la Sección 67.1 (b) del presente.

67.2     **Renuncia a las Condiciones Precedentes a la Confirmación**: En la medida de lo posible y legalmente permisible, la Junta de Supervisión podrá renunciar, total o parcialmente,

a cada una de las condiciones precedentes de la Sección 67.1 del presente, sujeto al consentimiento previo por escrito de los Deudores y los Acreedores del Acuerdo de Apoyo al Plan Iniciales, cuyo consentimiento no se negará sin fundamentos. Toda renuncia a una condición precedente podrá efectuarse en cualquier momento mediante la radicación de una notificación ante el Tribunal constituido conforme al Título III ejecutada por la Junta de Supervisión.

## ARTÍCULO LXVIII

## CONDICIONES PRECEDENTES A LA FECHA DE ENTRADA EN VIGOR

68.1 **Condiciones Precedentes a la Fecha de Entrada en Vigor**: La Fecha de Entrada en Vigor y la consumación sustancial del Plan están sujetas a la satisfacción de las siguientes condiciones precedentes:

(a) **Certificación del Plan Fiscal:** La Junta de Supervisión deberá haber determinado que el Plan es coherente con el Plan Fiscal de los Deudores y haber certificado la presentación del Plan, así como cualquier modificación del Plan hasta la Fecha de Confirmación, conforme a las Secciones 104(j) y 313 de PROMESA. El Plan Fiscal certificado a la Fecha de Entrada en Vigor incluirá disposiciones para el pago del capital e intereses con respecto a los Nuevos Bonos de OG.

(b) **Dictamen de la Orden de Confirmación:** El Actuario del Tribunal constituido conforme al Título III deberá haber dictado la Orden de Confirmación conforme a la Sección 314 de PROMESA y la sección 1129 del Código de Quiebras, aplicables a las Causas radicadas conforme al Título III en virtud de la Sección 301 de PROMESA, que tendrán la forma y sustancia razonablemente aceptables para la Junta de Supervisión y los Acreedores del Acuerdo de Apoyo al Plan Iniciales, y la Orden de Confirmación dispondrá lo siguiente:

(i) Autorizar a los Deudores y a los Deudores Reorganizados, según el caso, a tomar todas las medidas necesarias para celebrar, implementar y consumar los contratos, instrumentos, descargos, contratos de arrendamientos, escrituras y otros acuerdos o documentos creados en relación con el Plan;

(ii) Decretar que las disposiciones de la Orden de Confirmación y del Plan no son divisibles y son mutuamente dependientes;

(iii) Autorizar a los Deudores y a los Deudores Reorganizados, según el caso, a (1) realizar todas las distribuciones y emisiones que se requieran según el Plan y (2) celebrar todo acuerdo y transacción, según se establece en el Complemento del Plan;

(iv) Autorizar la implementación del Plan conforme a sus términos;

(v) Determinar que los Nuevos Bonos de OG y los pactos por parte del ELA, en beneficio de los tenedores de los Nuevos Bonos de OG, según lo dispuesto en la Legislación de los Nuevos Bonos de OG y la Escritura de Nuevos Bonos de OG o la Orden de

Confirmación, constituyen obligaciones válidas, vinculantes, legales y ejecutables del ELA, según la legislación de Puerto Rico y la ley federal;

(vi)     Determinar que el ELA deberá haber pignorado su fe y crédito y poder impositivo según la Constitución de Puerto Rico y la ley aplicable de Puerto Rico para el pago del capital e intereses de los Nuevos Bonos de OG;

(vii)     Determinar que, conforme a la Legislación de Nuevos Bonos de OG, una vez depositados los fondos en el Fondo del Servicio de la Deuda y en el Fondo de Reserva del Servicio de la Deuda, se impondrán los gravámenes estatutarios de primer rango sobre dichos fondos con el fin de garantizar el pago de los Nuevos Bonos de OG, cuyos gravámenes estatutarios de primer rango sobre tales fondos permanecerán en pleno vigor hasta que se hayan pagado o satisfecho íntegramente los Nuevos Bonos de OG conforme a sus términos;

(viii)     Autorizar la venta, transferencia y transmisión de la Participación del ELA Transmitida a COFINA en contraprestación por la emisión y cumplimiento con respecto a los Bonos de Gravamen COFINA Subordinados (Junior);

(ix)     Determinar que los Bonos de Gravamen COFINA Subordinados (Junior) y los pactos entre COFINA y el ELA, según corresponda, y los gravámenes y pignoraciones de los Impuestos Pignorados de COFINA (y toda otra disposición establecida para pagar o asegurar el pago de los Bonos de Gravamen COFINA Subordinados (Junior)) en beneficio de los tenedores de los Bonos de Gravamen COFINA Subordinados (Junior), según se dispone en la Legislación de los Bonos de Gravamen COFINA Subordinados (Junior) y la Escritura de Bonos de Gravamen COFINA Subordinados (Junior) o la Orden de Confirmación, constituyen obligaciones válidas, vinculantes, legales y ejecutables de COFINA y el ELA, según corresponda, según la legislación de Puerto Rico y la ley federal, y la Participación del ELA Transmitida (y cualquier garantía sustituida en los términos y condiciones proporcionados en el presente o en la Legislación de los Bonos de Gravamen COFINA Subordinados (Junior)) es de propiedad de COFINA, lisos y llanos de cualquier gravamen, reclamación y otros intereses de acreedores del ELA o cualquier dependencia del ELA, que no sea por (1) el derecho del ELA a recibir la Participación del ELA Transmitida después del pago o satisfacción de los Bonos de Gravamen COFINA Subordinados (Junior) y cualquier valor emitido para refinanciar los Bonos de Gravamen COFINA Subordinados (Junior), en su totalidad conforme a sus términos (2) gravámenes y reclamaciones proporcionados a los tenedores de Bonos de Gravamen COFINA Prioritarios (Senior) según la Legislación de los Bonos de Gravamen COFINA Prioritarios (Senior), el Plan de COFINA, la Orden de Confirmación de COFINA y la Escritura de Bonos de Gravamen COFINA Prioritarios (Senior) y (3) los tenedores de Bonos de Gravamen COFINA Subordinados (Junior) según el Plan y la Orden de Confirmación, y no se considerarán «recursos disponibles» o «ingresos disponibles» del Gobierno de Puerto Rico, como se usa en la Sección 8 del Artículo VI de la Constitución de Puerto Rico o como se usa de otro modo en la Constitución de Puerto Rico (ya sea interpretada conforme a la versión en español o en inglés de la Constitución de Puerto Rico);

(x)     Determinar que, conforme a la Legislación de los Bonos de Gravamen COFINA Subordinados (Junior), se han otorgado los Bonos de Gravamen COFINA

Subordinados (Junior) y están garantizados por un gravamen estatutario de segundo rango sobre los Impuestos Pignorados de COFINA como se describe en la Sección 57.2 del presente, cuyo gravamen permanecerá en pleno vigor hasta que los Bonos de Gravamen COFINA Subordinados (Junior) hayan sido pagados o satisfechos íntegramente conforme a sus términos;

(xi)     Determinar que el gravamen estatutario sobre los Impuestos Pignorados de COFINA, según lo dispuesto en la Legislación de Bonos de Gravamen COFINA Subordinados (Junior), y todas las demás disposiciones para pagar o asegurar el pago de los Bonos de Gravamen COFINA Subordinados (Junior), es válido, vinculante, legal y exigible, lo que incluye, de manera no taxativa, pactos para no afectar tales bienes, mantener la exención fiscal disponible y establecer las condiciones con respecto a la sustitución de garantías previstas en la Orden de Confirmación de COFINA;

(xii)    Determinar que la transferencia de la Participación del ELA Transmitida (y cualquier sustitución de garantía en los términos y condiciones previstos en el presente o en la Legislación de los Bonos de Gravamen COFINA Subordinados (Junior)) conforme a la Legislación de los Bonos de Gravamen COFINA Subordinados (Junior) y el Plan es apropiada y vinculante y específicamente ejecutable contra COFINA, el ELA y el ELA Reorganizado, sus respectivos acreedores, sujeto a (1) las reclamaciones y gravámenes de los tenedores de los Bonos de Gravamen COFINA Subordinados (Junior) y (2) el derecho del ELA a recibir la Participación del ELA Transmitida tras el pago o satisfacción de los Bonos de Gravamen COFINA Prioritarios (Senior) en su totalidad conforme a sus términos, y es una disposición válida realizada para pagar o asegurar el pago de los Bonos de Gravamen COFINA Subordinados (Junior);

(xiii)   Determinar que la Orden de Confirmación es completa, definitiva, concluyente y vinculante y no estará sujeta a impugnación de garantías ni otra impugnación en ningún tribunal u otro foro por parte de (1) los Deudores, (2) los Deudores Reorganizados, (3) el ELA y sus dependencias, (4) COFINA, (5) cada Entidad que hace valer reclamaciones u otros derechos contra el ELA u otra dependencia del ELA, lo que incluye cada tenedor de una reclamación de bonos y cada tenedor de un interés económico (directa o indirectamente, como mandante, agente, contraparte, subrogatario, asegurador u otro) con respecto a bonos emitidos por los Deudores, COFINA o cualquier agencia del ELA o con respecto a cualquier fideicomisario, cualquier agente de garantías, cualquier fideicomisario de escritura, cualquier agente fiscal y cualquier banco que recibe o mantiene fondos relacionados con tales bonos, esté o no tal reclamación u otros derechos de tal Entidad afectados conforme al Plan y, si están afectados, ya sea que tal Entidad aceptó el Plan o no, (6) cualquier otra Entidad y (7) c los herederos, sucesores, cesionarios, fideicomisarios, albaceas, administradores, funcionarios, directivos, agentes, representantes, abogados, beneficiario o tutores correspondientes de cada uno de los que antecede;

(xiv)    Disponer que cada Plan Fiscal, certificado a la Fecha de Entrada en Vigor o después de esta, incluya disposiciones para el capital e intereses pagadero con respecto a los Nuevos Bonos de OG;

(xv)     Determinar que el primer gravamen estatutario sobre los fondos depositados en el Fondo de Servicio de la Deuda y el Fondo de Reserva del Servicio de la

Deuda, conforme a lo dispuesto en la Legislación de los Nuevos Bonos de OG, y todas las demás disposiciones para pagar los Nuevos Bonos de OG son válidos, vinculantes, legales y ejecutables, lo que incluye, de manera no taxativa, pactos para no afectar tales bienes, mantener la exención fiscal disponible y establecer las condiciones relativas a la sustitución de garantías (lo que incluye, de manera no taxativa, el gravamen estatutario sobre estos como protección adecuada de los derechos de propiedad del presente y en la Orden de Confirmación;

(xvi)    Disponer que la paralización automática de cualquier procedimiento de insolvencia futuro iniciado en nombre del ELA (ya sea según el Título III de PROMESA o de otro modo) se considerará renunciado con respecto a los fondos depositados en el Fondo del Servicio de la Deuda y en el Fondo de Reserva del Servicio de la Deuda a partir del inicio de este;

(xvii)    Determinar que, a los efectos de la Sección 209 de PROMESA, para que la extinción de la deuda ocurra a la Fecha de Entrada en Vigor es necesario que la Junta de Supervisión certifique que los gastos no superan los ingresos del ELA, según se determine de conforme a las normas de contabilidad de valores devengados modificadas;

(xviii)    Disponer que las conciliaciones y resoluciones establecidas en el Plan y la Orden de Confirmación con respecto a la prioridad de los Nuevos Bonos de OG en virtud de PROMESA, la Constitución de Puerto Rico u otra ley aplicable no serán vinculantes para ninguna de las partes interesadas (lo que incluye cualquier sucesor de la Junta de Supervisión) en un procedimiento posterior de Título III (u otro procedimiento de insolvencia); y

(xix)    Determinar que el Plan es coherente con los Planes Fiscales de los Deudores y que satisface la Sección 314(b)(7) de PROMESA.

(c)    **Sin Interdictos:** La Orden de Confirmación no se paralizará en ningún caso.

(d)    **Autorizaciones:** Toda (1) autorización, consentimiento, aprobación regulatoria, resolución o documento, si los hubiere, que sean necesarios para implementar y dar pleno vigor y efecto al Plan, lo que incluye, de manera no taxativa, la Legislación de los Nuevos Bonos de OG y la Legislación de Gravamen COFINA Subordinados, han sido obtenidos o promulgados o ingresados y no revocados o revertidos y (2) salvo en la medida expresamente estipulada en el presente y no incompatible con ninguna otra disposición del Plan, a menos que PROMESA o una autoridad similar lo permitan o exijan de otro modo, el cumplimiento de cualquier otra acción legislativa u otra acción gubernamental necesaria para consumar el Plan.

(e)    **Otorgamiento de Documentos; otras Acciones:** Se da pleno vigor y efecto, se celebran y se otorgan, según aplicable, y están en pleno vigor, todas las acciones y todos los contratos, instrumentos, resoluciones, descargos y otros acuerdos o documentos, lo que incluye los Documentos Definitivos, la Legislación de los Nuevos Bonos de OG y la Legislación de Bonos de Gravamen COFINA Subordinados (Junior), necesarios para aplicar los términos y disposiciones del Plan, lo que incluye los Documentos Definitivos, la Legislación de los Nuevos Bonos de OG y la Legislación de Bonos de Gravamen COFINA Subordinados (Junior).

(f) **Dictámenes:** Se han emitido al fideicomisario correspondiente o a otras partes con respecto a los Documentos Definitivos y el Plan opiniones legales habituales y consuetudinarias para emisiones similares a los Nuevos Bonos de OG y los Bonos de Gravamen COFINA Subordinados (Junior) por un asesor externo de los Deudores sobre cuestiones no abordadas expresamente en la Orden de Confirmación, en forma y en sustancia razonablemente aceptables para los Acreedores del Acuerdo de Apoyo al Plan Iniciales.

(g) **Reclamaciones constitucionales:** El Tribunal constituido conforme al Título III habrá dictado una orden por la que se determine que cualquier reclamación presentada contra los Deudores, los Deudores Reorganizados y cualquier otra empresa pública o dependencia del ELA en base a cualquier bono emitido o garantizado, o préstamo concedido o garantizado por tal entidad, se considerará una Reclamación anterior a la Fecha de Petición y se clasificará en las Clases _____ (salvo por las Reclamaciones de Bonos del SRE Permitidas en la medida en que tengan garantía prendaria) y será extinguible y extinguida conforme al Plan o la Orden de Confirmación y los Deudores, los Deudores Reorganizados y cualquier otra empresa pública o dependencia del ELA no tendrán responsabilidad alguna por tal Reclamación.

68.2 **Renuncia a las Condiciones Precedentes**: Sujeto a las disposiciones del Acuerdo de Apoyo al Plan, la Junta de Supervisión podrá renunciar a cualquiera de las condiciones de la Fecha de Entrada en Vigor establecidas en la Sección 68.1 del presente en cualquier momento sin notificación alguna a otras partes interesadas, que no sean los Acreedores del Acuerdo de Apoyo al Plan y las Partes del Gobierno, y sin ninguna notificación adicional, o acción, orden o aprobación por parte del Tribunal constituido conforme al Título III, y sin otra acción oficial que la de proceder a confirmar y consumar el Plan.

68.3 **Efecto de la no incidencia de las Condiciones a la Fecha de Entrada en Vigor**: Si antes de la Fecha de Entrada en Vigor, la Orden de Confirmación es anulada conforme a una Orden Definitiva, entonces, salvo lo dispuesto en cualquier orden del Tribunal constituido conforme al Título III que anule la Orden de Confirmación, el Plan será nulo en todos los aspectos, y nada de lo que figure en el Plan o Declaración de Divulgación: (a) constituirá una renuncia o descargo de cualquier Reclamación, o Causa radicada, (b) perjudicará de cualquier manera los derechos de los Deudores, la Junta de Supervisión o cualquier otra Entidad o (c) constituirá una admisión, reconocimiento, oferta o compromiso de cualquier tipo por parte de los Deudores, la Junta de Supervisión o cualquier otra Entidad.

## ARTÍCULO LXIX

## MODIFICACIÓN, REVOCACIÓN O DESISTIMIENTO DEL PLAN

69.1 **Modificación del plan**: Sujeto a (a) las Secciones 104(j) y 313 de PROMESA y las secciones 942 y 1127(d) del Código de Quiebras, aplicables a las Causas radicadas conforme al Título III en virtud de la Sección 301 de PROMESA y (b) los términos y disposiciones del Acuerdo de Apoyo al Plan, el Acuerdo de Apoyo al Plan de AFSCME, el Acuerdo de Apoyo al Plan del Comité de Pensionados, la Junta de Supervisión podrá alterar, modificar o cambiar el Plan o los Anexos en cualquier momento antes o después de la Fecha de Confirmación, pero antes de la Fecha de Entrada en Vigor. Se considerará que un tenedor de una Reclamación que ha

aceptado el Plan ha aceptado el Plan según se altere, modifique o cambie, siempre que la alteración, modificación o cambio propuesto no modifique de manera significativa y negativa el tratamiento de la Reclamación de tal Tenedor.

69.2 **Revocación o Desistimiento**:

(a) Sujeto a los términos y disposiciones del Acuerdo de Apoyo al Plan, el Acuerdo de Apoyo al Plan de AFSCME, el Acuerdo de Apoyo al Plan del Comité de Pensionados, la Junta de Supervisión podrá revocar o desistir el Plan antes de la Fecha de Confirmación.

(b) Si el Plan se revoca o desiste antes de la Fecha de Confirmación, o si el Plan no entra en vigor por cualquier motivo, el Plan será considerado nulo. En tal caso, nada de lo dispuesto en el presente se considerará como una renuncia o descargo de cualquier reclamación por parte de los Deudores o de cualquier otra Entidad, o que perjudique de ninguna manera los derechos de los Deudores o de cualquier otra Entidad en cualquier otro procedimiento que afecte a los Deudores.

69.3 **Modificación de los Documentos del Plan**: A partir de la Fecha de Entrada en Vigor, la autoridad para modificar, cambiar o complementar el Complemento del Plan, los Anexos al Complemento del Plan y los Anexos del Plan, así como cualquier documento adjunto a cualquiera de los anteriores, será la prevista en tal Complemento del Plan, Anexo al Complemento del Plan o Anexo al Plan y sus respectivos adjuntos, según el caso.

69.4 **No Admisión de Responsabilidad:**

(a) La presentación del presente Plan no pretende ser, ni se interpretará como, una admisión o prueba en cualquier demanda, acción, procedimiento o controversia pendiente o posterior de cualquier responsabilidad, infracción u obligación alguna (lo que incluye los fundamentos de cualquier reclamación o defensa) por parte de cualquier Entidad con respecto a cualquiera de los asuntos abordados en el presente Plan.

(b) Ninguna parte del presente Plan (lo que incluye, de manera no taxativa, los Anexos adjuntos al presente), ni ninguna resolución concertada, hecho realizado o documento otorgado en relación con el presente Plan: (i) es o puede considerarse que es o puede utilizarse como admisión o prueba de la validez de cualquier reclamación, o de cualquier acusación formulada en cualquiera de las Acciones Conexas o de cualquier infracción o responsabilidad de cualquier Entidad, (ii) es o puede considerarse que es o puede utilizarse como admisión o prueba de cualquier responsabilidad, culpa u omisión de cualquier Entidad en cualquier procedimiento civil, penal o administrativo ante cualquier tribunal, organismo administrativo u otro tribunal (iii) es o puede considerarse que es o puede utilizarse como admisión o prueba contra los Deudores Reorganizados, los Deudores o cualquier otra Entidad con respecto a la validez de cualquier Reclamación. Ninguna parte del presente Plan o cualquier resolución concertada, hecho realizado o documento otorgado en relación con el presente Plan será admisible en procedimiento alguno para ningún fin, salvo para llevar a cabo los términos del presente Plan, y salvo que, una vez confirmado, cualquier Entidad pueda presentar este Plan en cualquier acción con cualquier propósito, lo que incluye, de manera no taxativa, para respaldar

una defensa o reconvención en base los principios de *res judicata,* doctrina de los actos propios colateral, descargo, resolución de buena fe, inadmisión o reducción de sentencia o cualquier otra teoría de la preclusión de reclamación o preclusión de asunto o defensa de reconvención similar.

## ARTÍCULO LXX

## GOBERNANZA CORPORATIVA Y GESTIÓN DE LOS DEUDORES REORGANIZADOS

70.1    **Acción Corporativa**: En la Fecha de Entrada en Vigor, se autorizarán y aprobarán en todo sentido, todos los asuntos previstos en el Plan que de otro modo requerirían la aprobación de los directivos de los Deudores o los Deudores Reorganizados, lo que incluye, de manera no taxativa, en la medida en que proceda, la autorización para expedir o disponer que se expidan los Nuevos Bonos de OG y los Bonos de Gravamen COFINA Subordinados (Junior), la autorización para incluir en los Documentos Definitivos, la adopción de los Estatutos de los Deudores Reorganizados, y la elección o designación, según el caso, de directivos y funcionarios de los Deudores Reorganizados conforme al Plan, según corresponda, conforme a la Legislación de los Nuevos Bonos de OG, la Legislación de los Bonos de Gravamen COFINA Subordinados (Junior) y los nuevos documentos de gobernanza corporativa, según corresponda, y sin ninguna medida adicional por parte de ninguna Entidad según cualquier otra ley, reglamento, orden o norma aplicable. Se considerará que los otros asuntos previstos en el Plan que impliquen la estructura corporativa de los Deudores Reorganizados o la acción corporativa por parte de los Deudores Reorganizados, según corresponda, habrán ocurrido, estarán autorizados y estarán en vigor conforme a la Legislación de los Nuevos Bonos de OG y la Legislación de los Bonos de Gravamen COFINA Subordinados (Junior) y los nuevos documentos de gobernanza corporativa, según corresponda, y sin exigir la adopción de nuevas medidas por parte de ninguna Entidad según cualquier otra ley, reglamento, orden o norma aplicable. Sin limitar lo anterior, a partir de la Fecha de Confirmación, los Deudores y los Deudores Reorganizados tomarán todas las medidas que se consideren apropiadas para consumar las transacciones contempladas en el presente conforme a la Legislación de Nuevos Bonos de OG, la Legislación de los Bonos de Gravamen COFINA Subordinados (Junior) y los nuevos documentos de gobernanza corporativa, según corresponda.

70.2    **Modificación de Estatutos**: En la medida en que sea aplicable, los estatutos de los Deudores Reorganizados se modificarán a partir de la Fecha de Entrada en Vigor para disponer sustancialmente lo que se establece en los Estatutos de los Deudores Reorganizados.

70.3    **Disolución del SRE**: En o tan pronto como sea posible después de la Fecha de Entrada en Vigor, el SRE se disolverá y todos los directivos y funcionarios existentes del SRE serán relevados de cualquier función y obligación adicional que tengan. Al momento de tal disolución, todos los activos restantes del SRE se transferirán al ELA.

70.4    **Funcionarios de los Deudores Reorganizados**: En la medida en que proceda, la junta directiva de los Deudores Reorganizados elegirá a los funcionarios de los Deudores Reorganizados a partir de la Fecha de Entrada en Vigor.

70.5 **Estructura de Gobernanza de la AEP**: No se introducirán cambios en la estructura de gobernanza de la AEP ni en los contratos de negociación colectiva de la AEP durante o después de la Causa radicada conforme al Título III de la AEP, a menos que tales cambios sean aprobados por la Junta de Supervisión y la AAFAF.

## ARTÍCULO LXXI

## DISPOSICIONES RELATIVAS A LA JUNTA DE SUPERVISIÓN Y EL CUMPLIMIENTO DE PROMESA

71.1 **Efecto de la Confirmación**: Nada de lo dispuesto en el presente Plan ni en la Orden de Confirmación extinguirá, sustituirá, alterará o modificará de otro modo las facultades y responsabilidades de la Junta de Supervisión conforme a PROMESA ni las obligaciones de cada uno de los Deudores Reorganizados en virtud de PROMESA. A partir de la Fecha de Entrada en Vigor, los Deudores Reorganizados seguirán teniendo todas sus obligaciones conforme a PROMESA, lo que incluye, de manera no taxativa, los términos y condiciones de los Títulos I y II de esta.

71.2 **Función permanente de la Junta de Supervisión**: Nada de lo dispuesto en el Plan ni en la Orden de Confirmación extinguirá ninguna de las obligaciones de cada Deudor en virtud de PROMESA y, a partir de la Fecha de Entrada en Vigor, continuarán las facultades y responsabilidades de la Junta de Supervisión según PROMESA, y las funciones y obligaciones de los Deudores continuarán y no se verán afectadas por el Plan y su consumación.

71.3 **Invalidez de Leyes**: A partir de la Fecha de Entrada en Vigor, y en la medida en que no se haya invalidado previamente conforme a una orden del Tribunal constituido conforme al Título III, todas las leyes del Estado Libre Asociado de Puerto Rico, con excepción de los presupuestos certificados por la Junta de Supervisión, incompatibles con Promesa, se considerarán inválidas. Tales leyes invalidadas incluyen, de manera no taxativa, las leyes promulgadas antes del 30 de junio de 2016, que transfieren, apropian o requieren apropiaciones del ELA o una de sus dependencias a cualquier agencia o dependencia, ya sea para permitir que dicha agencia o dependencia pague o satisfaga un endeudamiento o para cualquier otro propósito, y esas leyes no serán ejecutables para facilitar el pago de tal endeudamiento, directa o indirectamente, y no serán ejecutables si su ejecución fuera incompatible con cualquier disposición de PROMESA que tenga aplicabilidad y eficacia continua. Sin limitar en modo alguno lo anterior, (a) las leyes del ELA invalidadas debido a PROMESA incluyen, de manera no taxativa, las enumeradas en el Anexo «K» del presente y (b) todo litigio en el que cualquier Parte del Gobierno sea una parte, sobre si la legislación del ELA enumerada en el Anexo «K» del presente es considerada inválida frente a PROMESA será desestimada, con perjuicio, a partir de la Fecha de Entrada en Vigor, y las partes de esta deberán notificar sin demora a la Junta de Sobrepeso [sic] su desestimación.

## ARTÍCULO LXXII

## DISPOSICIONES RELATIVAS A LOS COMITÉS

72.1 **Disolución de los Comités**: En la Fecha de Entrada en Vigor, cada Comité de Acreedores y el Comité de Pensionados se (a) disolverán y se considerará que han cumplido todas sus funciones y obligaciones correspondientes y (b) liberarán y extinguirán de cualquier medida o actividad que se haya adoptado o deba adoptarse en relación con las Causas radicadas conforme al Título III. En la medida en que, a la fecha inmediatamente anterior a la Fecha de Entrada en Vigor, el Comité de Acreedores o el Comité de Pensionados fuera parte en un asunto impugnado o procedimiento contencioso en relación con las Causas radicadas conforme al Título III, lo que incluye, de manera no taxativa, las Objeciones Relacionadas con Deuda, el Litigio de la AEP, las Acciones de Invalidez, las Acciones de Impugnación de Gravamen, el Litigio del SRE, el Litigio de la Cláusula de Designaciones y cualquier objeción a reclamar, a partir de la Fecha de Entrada en Vigor y en la medida en que aún no sea parte en ella, se considerará que los Deudores Reorganizados o el Síndico habrán asumido tal función y responsabilidad en cuanto a tal asunto impugnado y, conforme a tal asunción, el Comité de Acreedores o el Comité de Pensionados, según el caso, quedarán exentos de cualquier función, responsabilidad u obligación al respecto.

## ARTÍCULO LXXIII

## CONSERVACIÓN DE JURISDICCIÓN

73.1 **Conservación de Jurisdicción**: El Tribunal constituido conforme al Título III conservará y tendrá jurisdicción exclusiva sobre cualquier asunto que surja en virtud de PROMESA, derivado o relacionado con las Causas radicadas conforme al Título III y el Plan o que esté relacionado lo siguiente:

(a)     permitir, denegar, determinar, liquidar, clasificar, estimar o establecer la prioridad, la situación de garantía o no garantía, o el monto de cualquier Reclamación no conciliada o resuelta por el presente, lo que incluye, de manera no taxativa, la resolución de toda solicitud de pago de cualquier Reclamación y la resolución de toda objeción a la situación de garantía o no garantía, prioridad, monto o admisión de Reclamaciones no conciliadas o resueltas por el presente;

(b)     resolver cualquier asunto relacionado con Contratos Condicionales o Contratos de Arrendamiento en Curso, lo que incluye, de manera no taxativa, (a) la asunción o asunción y cesión de cualquier Contrato Condicional o Contrato de Arrendamiento en Curso en el que sean parte los Deudores o respecto de los cuales los Deudores puedan ser responsables y dar vista, determinar y, en caso necesario, liquidar, cualquier Reclamación derivada de estos, lo que incluye conforme a la sección 365 del Código de Quiebras, (b) cualquier obligación contractual potencial en virtud de cualquier Contrato Condicional o Contrato de Arrendamiento en Curso que se asume y asuma y ceda y (c) cualquier controversia con respecto a si un contrato o contrato de arrendamiento es o era condicional o ha caducado;

(c)     velar por que las distribuciones a los tenedores de Reclamación Permitidas se lleven a cabo conforme a las disposiciones del Plan y resolver todas las controversias derivadas o relacionadas con las distribuciones en el marco del Plan;

(d)     resolver, decidir o solucionar toda moción, procedimiento contencioso, cuestiones impugnadas o litigadas, y cualquier otro asunto, y conceder o denegar cualquier solicitud relativa a los Deudores o a los Deudores Reorganizados que puedan estar pendientes en la Fecha de Entrada en Vigor o que se presenten posteriormente;

(e)     decidir y resolver todos los asuntos relacionados con la concesión y denegación, total o parcial, de cualquier solicitud de compensación o reembolso de gastos a los Profesionales autorizados conforme a PROMESA, el Plan o las órdenes dictadas por el Tribunal constituido conforme al Título III;

(f)     dictar e implementar las órdenes que sean necesarias o apropiadas para ejecutar, implementar, consumar o hacer cumplir las disposiciones de (a) contratos, instrumentos, descargos, escrituras y otros acuerdos o documentos aprobados por Orden Definitiva en las Causas radicadas conforme al Título III y (b) el Plan, la Orden de Confirmación, los Documentos Definitivos y cualquier otro contrato, instrumento, valor, descargo, escritura y otros acuerdos o documentos creados en relación con el Plan,

(g)     resolver todo caso, controversia, demanda, disputa u otras impugnaciones de cualquier tipo que puedan surgir en relación con la consumación, interpretación o ejecución del Plan, la Orden de Confirmación, los Documentos Definitivos o cualquier otro contrato, instrumento, valor, descargo u otro acuerdo o documento que se celebre u otorgue conforme al Plan o los derechos de cualquier Entidad derivados u obligaciones contraídas en relación con el Plan o tales documentos;

(h)     aprobar cualquier modificación del Plan o aprobar cualquier modificación de la Orden de Confirmación o cualquier contrato, instrumento, valor, descargo u otro acuerdo o documento creado en relación con el Plan o la Orden de Confirmación, o remediar cualquier defecto u omisión o conciliar cualquier inconsistencia en cualquier orden, el Plan, la Orden de Confirmación o cualquier contrato, instrumento, valor, descargo u otro acuerdo o documento creado en relación con el Plan o la Orden de Confirmación, o dictar cualquier orden en apoyo de la confirmación conforme a las secciones 945 y 1142(b) del Código de Quiebras, de la manera que sea necesaria o apropiada para consumar el Plan;

(i)     resolver, decidir o solucionar cualquier asunto relacionado con el cumplimiento por parte de los Deudores del Plan y la Orden de Confirmación de conformidad con la sección 945 del Código de Quiebras;

(j)     determinar cualesquiera otros asuntos que puedan surgir en relación o en conexión el Plan, la Declaración de Divulgación, la Orden de Confirmación o cualquier contrato, instrumento, descargo u otro acuerdo o documento celebrado u otorgado en relación con el Plan, la Declaración de Divulgación o la Orden de Confirmación, en cada caso, únicamente en la medida en que dicho documento no prevea que otro tribunal o tribunales tengan jurisdicción exclusiva;

(k)     dictar e implementar otras órdenes, o adoptar las demás medidas que sean necesarias o apropiadas para hacer cumplir o restringir la injerencia de cualquier entidad en la consumación o ejecución del Plan o la Orden de Confirmación, lo que incluye, de manera no taxativa, las disposiciones de las Secciones 74.2 y 74.3 del presente;

(l)     resolver todas las controversias, demandas o cuestiones que puedan surgir en relación con la validez de las medidas adoptadas por cualquier Entidad conforme al Plan o en cumplimiento del Plan o la Orden de Confirmación, lo que incluye, de manera no taxativa, la emisión de Nuevos Bonos de OG y Bonos de Gravamen COFINA Subordinados (Junior), y dictar las órdenes o medidas necesarias o apropiadas con respecto a dicha resolución; determinar cualquier otro asunto que pueda surgir en relación o en conexión con el Plan, la Declaración de Divulgación, la Orden de Confirmación, los Documentos Definitivos o cualquier otro contrato, instrumento, valor, descargo u otro acuerdo o documento creado en relación con el Plan, en cada caso, únicamente en la medida en que tal documento no prevea que otro tribunal o tribunales tengan jurisdicción exclusiva;

(m)     dictar e implementar las órdenes que sean necesarias o apropiadas si la Orden de Confirmación es modificada, paralizada, revertida, revocada o anulada por cualquier motivo;

(n)     dictar una orden o un decreto definitivo que concluyan o cierren las Causas radicadas conforme al Título III en virtud de la sección 945(b) del Código de Quiebras;

(o)     ejecutar y aclarar toda orden dictada anteriormente por el Tribunal de Distrito en las Causas radicadas conforme al Título III; y

(p)     dar vista a cualquier otro asunto sobre el que el Tribunal constituido conforme al Título III tenga jurisdicción según las Secciones 305 y 306 de PROMESA.

## ARTÍCULO LXXIV

## DISPOSICIONES VARIAS

74.1     **Titularidad de los Activos**: Salvo según se dispone en la Orden de Confirmación, en la Fecha de Entrada en Vigor, la titularidad de todos los Activos y bienes de los Deudores incluidos en el Plan se otorgarán a los Deudores Reorganizados, lisos y llanos de todo Gravamen (salvo por Gravámenes concedidos conforme al Plan y la Orden de Confirmación).

74.2     **Extinción y Descargo de Reclamaciones y Causas radicadas:**

(a)     Salvo según se disponga expresamente en el Plan o en la Orden de Confirmación, todas las distribuciones y derechos otorgados en virtud del Plan serán, y se considerarán, a cambio, y en total satisfacción, resolución, extinción y descargo, de todas las Reclamaciones o Causas radicadas contra las Partes Eximidas que hayan surgido, total o parcialmente, antes de la Fecha de Entrada en Vigor, con respecto a las Causas radicadas conforme al Título III, los Deudores o Deudores Reorganizados o cualquiera de sus respectivos

Activos, bienes o intereses de cualquier naturaleza, lo que incluye los intereses devengados sobre tales Reclamaciones a partir de la Fecha de Petición, e independientemente de que algún bien haya sido distribuido o retenido conforme al Plan a causa de tales Reclamaciones o Causas radicadas. En la Fecha de Entrada en Vigor, toda reclamación, causa radicada y cualquier otra deuda que surja se considerará extinguida y descargada, total o parcialmente, antes de la Fecha de Entrada en Vigor (incluso antes de la fecha de petición) contra los Deudores y Deudores Reorganizados, así como toda deuda del tipo especificado en las secciones 502(g), 502(h) o 502(i) del Código de Quiebras, independientemente de que (a) se radique o no una evidencia de reclamación en base a tal deuda, o se considere radicada en virtud de la sección 501 del Código de Quiebras, (b) una Reclamación en base a tal deuda se permita o no en virtud de la sección 502 del Código de Quiebras (o se resuelva de otro modo), o (c) el tenedor de una Reclamación basada en tal deuda haya votado o no a favor del Plan.

(b)     Se impedirá a todas las Entidades de presentar toda Reclamación contra los Deudores y los Deudores Reorganizados, y cada uno de sus respectivos Activos, bienes y derechos, remedios, Reclamaciones o Causas radicadas o responsabilidades de cualquier naturaleza, en relación con las Causas radicadas conforme al Título III, los Deudores o Deudores Reorganizados o cualquiera de sus respectivos Activos y bienes, lo que incluye los intereses devengados sobre tales Reclamaciones a partir de la Fecha de Petición, e independientemente de que se hayan distribuido o retenido bienes conforme al Plan a causa de tales Reclamaciones u otras obligaciones, demandas, sentencias, daños y perjuicios, deudas, derechos, remedios, causas radicadas o responsabilidades. De acuerdo con lo anterior, salvo según se dispone expresamente en el Plan o en la Orden de Confirmación, la Orden de Confirmación constituirá una determinación judicial, a partir de la Fecha de Entrada en Vigor, de la extinción y descargo de todas esas Reclamaciones, Causas radicadas o deudas de o contra los Deudores y los Deudores Reorganizados conforme a las secciones 524 y 944 del Código de Quiebras, aplicables a la Causa radicada conforme al Título III en virtud de la Sección 301 de PROMESA, y tal extinción anulará y extinguirá toda sentencia obtenida contra los Deudores o los Deudores Reorganizados y sus respectivos Activos y bienes, en cualquier momento, en la medida en que tal sentencia se relacione con una Reclamación extinguida, deuda o responsabilidad. A la Fecha de Entrada en Vigor, y en contraprestación al valor previsto en el Plan, cada tenedor de una Reclamación de cualquier Clase en virtud del presente Plan habrá y por la presente se considerará que extinguirá y liberará para siempre a los Deudores y a los Deudores Reorganizados, y sus respectivos Activos y bienes y todas esas Reclamaciones.

(c)     Sin perjuicio de cualquier otra disposición de la presente Sección 74.2, conforme a las disposiciones del Acuerdo de Apoyo al Plan, se considerará que cada uno de los Acreedores del Acuerdo de Apoyo al Plan y sus respectivas Personas Relacionadas, únicamente en su calidad de Acreedores de los Deudores, (i) han liberado y pactado no demandar, ni tratar de obtener de otro modo indemnización por daños y perjuicios ni solicitar cualquier otro tipo de medida contra cualquiera de las Partes Eximidas del Gobierno en base o en relación con las Reclamaciones Eximidas por el Gobierno o cualquier de las Reclamaciones o Causas radicadas presentadas o que pudiesen haberse presentado, (ii) no ayuden directa o indirectamente a ninguna persona a adoptar ninguna medida con respecto a las Reclamaciones Eximidas por el Gobierno que esté prohibida por la presente Sección 74.2.

74.3 **Interdictos sobre Reclamaciones**: Salvo que se disponga de manera expresa de otro modo en la Sección 74.2 del Plan, la Orden de Confirmación o tal otra Orden Definitiva del Tribunal constituido conforme al Título III que sea aplicable, todas las Entidades que hayan mantenido, mantengan o puedan mantener Reclamaciones o cualquier otra deuda o responsabilidad que se extinga o exima conforme a la Sección 74.2 del presente o que hayan mantenido, mantengan o puedan mantener Reclamaciones o cualquier otra deuda o responsabilidad que se extinga o exima conforme a la Sección 74.2 del presente tienen permanentemente prohibido, a partir de la Fecha de Entrada en Vigor, (a) comenzar o continuar, directo indirectamente, de cualquier forma, cualquier acción u otro procedimiento (lo que incluye, de manera no taxativa, cualquier procedimiento judicial, de arbitraje, administrativo u otro) de cualquier tipo en tal Reclamación u otra deuda o responsabilidad que se extinga conforme al Plan contra cualquiera de las Partes Eximidas o cualquiera de sus activos o bienes correspondientes, (b) la ejecución, laudo, cobro o recuperación de cualquier forma o por cualquier medio de cualquier sentencia, adjudicación, decreto u otra orden contra cualquier de las Partes Eximidas o cualquiera de sus activos o bienes correspondientes a causa de cualquier Reclamación u otra deuda o responsabilidad extinta conforme al Plan, (c) crear, perfeccionar o ejecutar cualquier gravamen de cualquier tipo contra cualquiera de las Partes Eximidas o cualquiera de sus activos o bienes correspondientes a causa de cualquier Reclamación u otra deuda o responsabilidad extinta conforme al Plan y (d) salvo en la medida dispuesta, permitida o ponderada en las secciones 553, 555, 556, 559, o 560 del Código de Quiebras o conforme al derecho de derecho consuetudinario de recuperación, haciendo valer cualquier derecho a compensación, subrogación o recuperación de cualquier tipo con respecto a cualquier obligación debida por cualquiera de las Partes Eximidas o cualquiera de sus activos o bienes correspondientes con respecto a cualquier Reclamación u otra deuda o responsabilidad extinta conforme al Plan. Tal interdicto se extenderá a todos los sucesores y cesionarios de las Partes Eximidas y sus respectivos activos y bienes.

74.4 **Integral para el Plan**: Cada una de las disposiciones relativas a la extinción, interdictos, exculpación y exención previstas en el presente Artículo LXXIV es una parte integral del Plan y es esencial para su implementación. Cada una de las Partes Eximidas tendrá derecho a solicitar de manera independiente la ejecución de las disposiciones de extinción, interdictosy exención establecidas en el presente Artículo LXXIV.

74.5 **Exenciones por parte de los Deudores y los Deudores Reorganizados**: Salvo que se disponga expresamente de otro modo en el Plan o en la Orden de Confirmación, en la Fecha de Entrada en Vigor, y por contraprestación suficiente, se considerará que cada uno de los Deudores y Deudores Reorganizados, el Agente Pagador y cada una de las Personas Relacionadas a los Deudores y Deudores Reorganizados ha y por el presente renuncia, exime, exonera y extingue por siempre, finalmente, íntegramente, de manera incondicional e irrevocable a las Partes Eximidas de toda Reclamación o Causa radicada que los Deudores y Deudores Reorganizados y el Agente Pagador o cualquier de estos, o cualquiera que reclame mediante estos, en su nombre o en su beneficio, tenga o puede tener o afirma que tiene, ahora o en el futuro, contra cualquier Parte Eximida que sean Reclamaciones Eximidas o que se relacionen, estén conectadas, surjan o estén basadas de otro modo, total o parcialmente, en cualquier acción, omisión, transacción, evento u otra circunstancia relacionada a las Causas radicadas conforme al Título III, los Deudores que existan en la Fecha de Entrada en Vigor o antes de esta y/o cualquier

126

Reclamación acción, hecho, transacción, incidencia, declaración u omisión supuesta o que se podría haber supuesto o relacionada, lo que incluye, de manera no taxativa, cualquier Reclamación, intimación, derecho, responsabilidad o causa radicada por indemnización, contribución o cualquier otra base legal o de equidad por daños y perjuicios, costos o tasas.

74.6 **Interdicto con respecto a las Exenciones**: A partir de la Fecha de Entrada en Vigor, todas las Entidades que mantengan, hayan mantenido o puedan mantener una Reclamación Eximida que haya sido eximida conforme a la Sección 74.5 del Plan, están y estarán paralizadas, restringidas, prohibidas y excluidas permanentemente, para siempre y por completo de adoptar cualquiera de las siguientes medidas, directa o indirectamente, derivadas o de otra índole, a causa o en base al objeto de tales Reclamaciones Eximidas extintas: (i) iniciar, conducir o continuar de cualquier manera, directa o indirectamente, cualquier demanda, acción u otro procedimiento (lo que incluye, de manera no taxativa, cualquier procedimiento judicial, de arbitraje, administrativo o de otro tipo) en cualquier foro, (ii) ejecutar, embargar (lo que incluye, de manera no taxativa, cualquier embargo previo), recaudar, o de cualquier manera tratar de recuperar cualquier sentencia, laudo, decreto u otra orden, (iii) crear, perfeccionar o de cualquier manera ejecutar en cualquier asunto, directa o indirectamente, cualquier Gravamen, (iv) compensar, procurar reembolsos o contribuciones de o subrogación contra, o reembolsar de cualquier manera, directa o indirectamente, cualquier monto contra cualquier responsabilidad u obligación debida a cualquier Entidad eximida en virtud de la Sección 74.5 del presente y (v) iniciar o continuar de cualquier manera, en cualquier lugar de cualquier procedimiento judicial, de arbitraje o administrativo en cualquier foro, que no cumpla o sea incompatible con las disposiciones del Plan o la Orden de Confirmación.

74.7 **Exculpación:**

(a) **Partes del Gobierno:** La Junta de Supervisión, la AAFAF, los Deudores, COFINA y cada una de sus respectivas Personas Relacionadas, actuando únicamente en su calidad de tal en cualquier momento y hasta la Fecha de Entrada en Vigor inclusive, no tendrán ni incurrirán en responsabilidad alguna ante ninguna Entidad por ninguna acción realizada u omitida en relación con las Causas radicadas conforme al Título III, la formulación, preparación, difusión, implementación, confirmación o aprobación del Plan o cualquier conciliación o resolución contenida en él, la Declaración de Divulgación, o cualquier contrato, instrumento, descargo u otro acuerdo o documento previsto o contemplado en relación con la consumación de las transacciones establecidas en el Plan; disponiéndose, sin embargo, que las disposiciones anteriores de la presente Sección 74.7 no afectarán la responsabilidad de ninguna Entidad que de otro modo resultaría de tal acción u omisión en la medida en que se determine mediante Orden Definitiva que dicha acción u omisión constituye fraude intencional o mala conducta intencional. Nada de lo dispuesto en las disposiciones que preceden de la presente Sección 74.7(a) menoscabará el derecho de cualquiera de las Partes del Gobierno y de los funcionarios y directivos de las Partes del Gobierno que cumplen funciones en estos en cualquier momento y hasta la Fecha de Entrada en Vigor, así como de cada uno de sus respectivos profesionales, a recurrir al asesoramiento de un abogado como defensa con respecto a sus funciones y responsabilidades en virtud del Plan.

(b) **Acreedores del Acuerdo de Apoyo al Plan:** Cada uno de los Acreedores del Acuerdo de Apoyo al Plan únicamente en su calidad de parte del Acuerdo de Apoyo al Plan y

un Acreedor, según corresponda, desde la Fecha de Petición y hasta la Fecha de Entrada en Vigor inclusive y cada una de sus Personas Relacionadas correspondientes no tendrán ni incurrirán en responsabilidad alguna ante ninguna Entidad por ninguna acción realizada u omitida en relación con las Causas radicadas conforme al Título III, la mediación, negociación, formación, preparación, difusión, implementación, confirmación o aprobación del Plan o cualquier conciliación o resolución contenida en él, la Declaración de Divulgación, el Acuerdo de Apoyo al Plan, los Documentos Definitivos o cualquier otro contrato, instrumento, descargo u otro acuerdo o documento previsto o contemplado en relación con la consumación de la transacción establecida en el Plan; disponiéndose, sin embargo, que las disposiciones que preceden de la presente Sección 74.7(b) no afectarán la responsabilidad de ninguna Entidad que de otro modo resultaría de tal acción u omisión en la medida en que se determine mediante Orden Definitiva que dicha acción u omisión constituye fraude intencional o mala conducta intencional.

(c)     **Comité de Pensionados:** Cada uno de los miembros del Comité de Pensionados únicamente en su calidad de miembro del Comité de Pensionados y un Acreedor, según corresponda, desde la Fecha de Petición y hasta la Fecha de Entrada en Vigor inclusive y cada una de las Personas Relacionadas del Comité de Pensionados, no tendrán ni incurrirán en responsabilidad alguna ante ninguna Entidad por ninguna acción realizada u omitida en relación con las Causas radicadas conforme al Título III, la formación, preparación, difusión, implementación, confirmación o aprobación del Plan o cualquier conciliación o resolución contenida en él, la Declaración de Divulgación, el Acuerdo de Apoyo al Plan del Comité de Pensionados o cualquier contrato, instrumento, descargo u otro acuerdo o documento previsto o contemplado en relación con la consumación de las transacciones establecidas en el Plan y el Acuerdo de Apoyo al Plan del Comité de Pensionados; disponiéndose, sin embargo, que las disposiciones que preceden de la presente Sección 74.7(c) no afectarán la responsabilidad de ninguna Entidad que de otro modo resultaría de tal acción u omisión en la medida en que se determine mediante Orden Definitiva que dicha acción u omisión constituye fraude intencional o mala conducta intencional.

(d)     **AFSCME:** Cada uno de AFSCME únicamente en su calidad de partes del Acuerdo de Apoyo al Plan de AFSCME y un Acreedor, según corresponda, desde la Fecha de Petición y hasta la Fecha de Entrada en Vigor inclusive y cada una de sus Personas Relacionadas correspondientes no tendrán ni incurrirán en responsabilidad alguna ante ninguna Entidad por ninguna acción realizada u omitida en relación con las Causas radicadas conforme al Título III, la formación, preparación, difusión, implementación, confirmación o aprobación del Plan o cualquier conciliación o resolución contenida en él, la Declaración de Divulgación, el Acuerdo de Apoyo al Plan de AFSCME, o cualquier contrato, instrumento, descargo u otro acuerdo o documento previsto o contemplado en relación con la consumación de la transacción establecidas en el Plan y el Acuerdo de Apoyo al Plan de AFSCME; disponiéndose, sin embargo, que las disposiciones que preceden de la presente Sección 74.7(d) no afectarán la responsabilidad de ninguna Entidad que de otro modo resultaría de tal acción u omisión en la medida en que se determine mediante Orden Definitiva que dicha acción u omisión constituye fraude intencional o mala conducta intencional.

74.8     **Litigio Relacionado a Designaciones**: Sin perjuicio a lo dispuesto en el presente en sentido contrario, en el caso de que se dicte una Orden Definitiva en relación con el Litigio

Relacionado a Designaciones después del ingreso de la Orden de Confirmación, en contraprestación a las distribuciones realizadas, a realizar, o que se considere se han realizado conforme a los términos y disposiciones del Plan y los documentos e instrumentos relacionados a estos, todos los Acreedores u otras Entidades que reciban, o se considere que han recibido, distribuciones conforme a o como resultado del Plan, consienten y acuerdan en que tal Orden Definitiva no revertirá, afectará ni modificará de ninguna manera las transacciones contempladas en el Plan y la Orden de Confirmación, lo que incluye, de manera no taxativa, los descargos, exculpaciones e interdictos previstos conforme al Artículo LXXIV del Plan.

74.9     **Orden de Exclusión**: En la medida limitada establecida en el Plan, todas las Entidades tienen permanentemente prohibida, excluida o restringida la institución, seguimiento, procuramiento o litigio de cualquier modo sobre toda Reclamación, intimación, derecho, responsabilidad o causa radicada de cualquier tipo, índole o naturaleza, en derecho o equidad, conocida o desconocida, directa o derivada, presentada o no, contra cualquiera de las Partes eximidas, en base, con relación, derivado o en conexión con cualquiera de las Reclamaciones Eximidas, confirmación y consumación del Plan, la negociación y consumación del Acuerdo de Apoyo al Plan, o cualquier reclamación, acción, hecho, transacción, incidencia, declaración u omisión relacionada con o supuesta o que se podría haber supuesto en las Causas radicadas conforme al Título III, lo que incluye, de manera no taxativa, cualquier reclamación, intimación, derecho, responsabilidad o causa radicada para indemnizar, contribuir o cualquier otra base en derecho o equidad para daños y perjuicios, costos o tasas incurridas que surjan directa o indirectamente de o se relacionen de otro modo con las Causas radicadas conforme al Título III, ya sea directa o indirectamente por parte de cualquier Persona en beneficio directo o indirecto de la Parte Eximida derivado o relacionado a las reclamaciones, acciones, hechos, transacciones, incidencias, declaraciones u omisiones que son, podrían haber sido o podrían ser supuestas en las Acciones conexas o cualquier otra acción presentada o que pueda presentarse por, mediante, en nombre de o en beneficio de cualquiera de las Partes Eximidas (ya sea que surge de una ley extranjera, federal o estatal e independientemente de dónde se presente).

74.10     **Sin Renuncia**: Sin perjuicio de cualquier disposición que indique lo contrario en las Secciones 74.5 y 74.6 del presente, los descargos e interdictosestablecidos en esas secciones no limitarán, reducirán ni afectarán de ningún otro modo los derechos de la Junta de Supervisión, la AAFAF, los Deudores Reorganizados o los Acreedores del Acuerdo de Apoyo al Plan para ejecutar, demandar, resolver o conciliar los derechos, reclamaciones y otros asuntos expresamente retenidos por cualquiera de ellos, ni se considerará que lo hagan.

74.11     **Interdicto Complementaria**o: Sin perjuicio de cualquier disposición del presente en sentido contrario, salvo en la medida limitada prevista en el Plan, todas las Entidades, lo que incluye las Entidades que actúen en su nombre, que en la actualidad posean o presenten, hayan poseído o presenten, o puedan poseer o presentar, cualquier Reclamación Eximida contra cualquiera de las Partes Eximidas en base a, atribuible a derivado o relacionado con las Causas radicadas conforme al Título III o cualquier Reclamación contra los Deudores, cuando sea y dondequiera que surja o se presente, ya sea en los Estados Unidos o en cualquier otro lugar del mundo, ya sea en forma contractual, extracontractual, de garantía, estatuto o cualquier otra teoría de derecho, equidad o de otra índole será y se considerará paralizada, restringida y prohibida en cuanto a la adopción de cualquier medida contra cualquiera de las Partes Eximidas con el fin de recaudar, recuperar o recibir directa o indirectamente cualquier pago o recuperación con respecto

a cualquier Reclamación Eximida que surja antes a la Fecha de Entrada en Vigor (lo que incluye antes de la Fecha de Petición), lo que incluye, de manera no taxativa:

(a) Iniciar o continuar de cualquier manera cualquier acción u otro procedimiento de cualquier tipo con respecto a cualquier Reclamación Eximida contra cualquiera de las Partes Eximidas o los activos o bienes de cualquier Parte Eximida;

(b) Ejecutar, embargar, recaudar o recuperar, por cualquier medio o forma, cualquier sentencia, laudo, decreto u orden contra cualquiera de las Partes Eximidas o los activos o bienes de cualquier Parte Eximida con respecto a cualquier Reclamación Eximida;

(c) Crear, perfeccionar o hacer cumplir cualquier Gravamen de cualquier tipo contra cualquiera de las Partes Eximidas o los activos o bienes de cualquier Parte Eximida con respecto a cualquier Reclamación Eximida;

(d) A menos que se disponga expresamente otra cosa en el Plan o en la Orden de Confirmación, presentar, implementar o dar pleno vigor y efecto a cualquier compensación, derecho de subrogación, indemnización, contribución o reembolso de cualquier tipo contra cualquier obligación debida a cualquiera de las Partes Eximidas o contra los bienes de cualquier Parte Eximida respecto de cualquier Reclamación Eximida; y

(e) Tomar cualquier acción, de cualquier forma, en cualquier lugar, que no se ajuste o cumpla con las disposiciones del Plan o la Orden de Confirmación, disponiéndose, sin embargo, que el cumplimiento por parte de los Deudores de los requisitos formales de la Norma de Quiebras 3016 no constituirá una admisión de que el Plan proporciona ningún interdicto contra una conducta no prohibida de otro modo en virtud del Código de Quiebras.

74.12 **Gastos y Honorarios posteriores a la Fecha de Entrada en Vigor**: A partir de la Fecha de Entrada en Vigor, los Deudores Reorganizados contratarán, en el ejercicio habitual de la actividad y sin necesidad de aprobación por parte del Tribunal constituido conforme al Título III, profesionales y pagarán los honorarios y gastos profesionales razonables incurridos por los Deudores Reorganizados en relación con la implementación y consumación del Plan sin aprobación adicional por parte del Tribunal constituido conforme al Título III. Sin limitar lo anterior, a partir de la Fecha de Entrada en Vigor, los Deudores Reorganizados deberán, en el ejercicio habitual de la actividad y sin necesidad de aprobación por parte del Tribunal constituido conforme al Título III, pero a más tardar de cuarenta y cinco (45) días a partir de la presentación de facturas o declaraciones con respecto a la incurrencia de honorarios y gastos a los Deudores Reorganizados, pagar los honorarios razonables y documentados y reembolsar los gastos de la Junta de Supervisión y de sus profesionales relacionados con la implementación y consumación del Plan y en relación con sus funciones y responsabilidades conforme a PROMESA y los términos y disposiciones del Plan.

74.13 **Exención de la Ley de Valores**: Conforme a la sección 1145 del Código de Quiebras y/o a la Sección 3(a)(2) de la Ley de Valores, la oferta, emisión y distribución de los Nuevos Bonos de OG y los Bonos de Gravamen COFINA Subordinados (Junior) conforme a los términos del presente estarán exentas del registro en virtud de la Ley de Valores y cualquier ley estatal o local que exija el registro para la oferta, emisión o distribución de valores, lo que

incluye, de manera no taxativa, los requisitos de registro de la Sección 5 de la Ley de Valores y cualquier otra ley estatal o federal aplicable que exija el registro y/o la entrega o calificación de prospectos antes de la oferta, emisión, distribución o venta de valores.

74.14 **Independencia**: Sujeto a los términos y disposiciones del Acuerdo de Apoyo al Plan, si, antes de la Fecha de Confirmación, el Tribunal constituido conforme al Título III considera que cualquier término o disposición del Plan es inválido, nulo o inaplicable, el Tribunal constituido conforme al Título III tendrá la facultad de alterar e interpretar tal término o disposición para que sea válido o ejecutable en la mayor medida posible, de conformidad con el propósito original del término o disposición que se considere inválida, nula o inaplicable, y entonces tal término o disposición será aplicable en su forma alterada o interpretada.

74.15 **Ley Aplicable**: Salvo en la medida en que sea aplicable otra ley federal, o en la medida en que un anexo del presente o cualquier documento que se concierte en relación con la presente disponga otra cosa, los derechos, deberes y obligaciones que surgen del presente Plan se regirán por y se interpretarán y ejecutaran conforme a PROMESA (lo que incluye las disposiciones del Código de Quiebras aplicables en virtud de la Sección 301 de PROMESA) y, en la medida en que no sean incompatibles con ellas, las leyes del Estado Libre Asociado de Puerto Rico que dan efecto a los principios de conflictos de leyes.

74.16 **Cierre de Causa**: La Junta de Supervisión, inmediatamente después de la plena administración de las Causas radicadas conforme al Título III, someterá ante el Tribunal constituido conforme al Título III todos los documentos exigidos por la Norma de Quiebras 3022 y cualquier orden aplicable del Tribunal constituido conforme al Título III. Sin perjuicio del cierre de las Causas radicadas conforme al Título III, el Tribunal constituido conforme al Título III conservará la jurisdicción de todas las cuestiones establecidas en el Artículo LXXIII del Plan.

74.17 **Títulos de secciones**: Los títulos de las secciones contenidos en el presente Plan son solamente para referencia y no afectarán de ningún modo el significado o interpretación del Plan.

74.18 **Incongruencias**: En la medida en que haya incongruencias entre (a) la información contenida en la Declaración de Divulgación y los términos y disposiciones del Plan, regirán los términos y disposiciones contenidos en el presente y entre (b) los términos y disposiciones del Plan y los términos y disposiciones de la Orden de Confirmación, regirán los términos y disposiciones de la Orden de Confirmación y se considerarán una modificación del Plan; disponiéndose, sin embargo, que bajo ninguna circunstancia la Orden de Confirmación modifique los términos económicos establecidos en el presente documento sin el consentimiento de la Junta de Supervisión.

74.19 **Conservación de documentos**: A partir de la Fecha de Entrada en Vigor, los Deudores podrán mantener documentos conforme a su política estándar de conservación de documentos, según sean alterados, modificados, cambiados o complementados por los Deudores.

74.20 **Efecto Vinculante Inmediato**: Conforme a la sección 944(a) del Código de Quiebras, aplicable a las Causas radicadas conforme al Título III en virtud de la Sección 301 de PROMESA, y sin perjuicio de las Normas de Quiebras 3020(e), 6004(h) o 7062 o de otro modo,

al producirse la Fecha de Entrada en Vigor, los términos del Plan y del Complemento del Plan serán inmediatamente efectivos y ejecutables y se considerarán vinculantes para todos los tenedores de Reclamaciones y sus respectivos sucesores y cesionarios, independientemente de que la Reclamación de dicho tenedor se vea afectada en virtud del Plan y de que dicho tenedor haya aceptado o no el Plan. Los descargos, exculpaciones y resoluciones efectuados en virtud del Plan serán operativos y estarán sujetos a ejecución por el Tribunal constituido conforme al Título III, a partir de la Fecha de Entrada en Vigor, lo que incluye conforme a las disposiciones cautelares del Plan. Una vez aprobadas, las conciliaciones y resoluciones incorporadas en el Plan, junto con el tratamiento de cualquier Reclamación Permitida asociada, no serán objeto de impugnación de garantías u otra impugnación por parte de ninguna Entidad en ningún tribunal u otro foro. Como tal, toda Entidad que se oponga a los términos de cualquier conciliación y resolución establecidas en el Plan debe (a) impugnar dicha conciliación y resolución antes de la confirmación del Plan y (b) demostrar la legitimidad adecuada para objetar y que la conciliación y resolución de que se trate no cumplen las normas que rigen resoluciones en virtud de la Norma de Quiebras 9019 y otras leyes aplicable.

74.21 **Documentos Adicionales**: En la Fecha de Entrada en Vigor o antes de esta, la Junta de Supervisión podrá radicar ante un Actuario del Tribunal constituido conforme al Título III los acuerdos y otros documentos que sean necesarios o apropiados para dar pleno vigor y efecto y probar adicionalmente los términos y condiciones del Plan. Los Deudores y todos los tenedores de Reclamaciones que reciban distribuciones conforme al Plan y todas las demás partes interesadas, ocasionalmente, podrán preparar, celebrar y otorgar cualquier acuerdo o documento y adoptar cualquier otra medida que sea necesaria o aconsejable para dar pleno vigor y efecto a las disposiciones y la intención del Plan.

74.22 **Reserva de Derechos**: Salvo lo dispuesto expresamente en el presente, el Plan no tendrá validez ni vigencia a menos que el Tribunal constituido conforme al Título III dicte la Orden de Confirmación. Ninguna radicación del Plan, ninguna declaración o disposición contenida en el Plan, ni la adopción de ninguna medida por parte de los Deudores con respecto al Plan, la Declaración de Divulgación, o el Complemento del Plan será o se considerará como una admisión o renuncia a ningún derecho de los Deudores con respecto a los tenedores de Reclamaciones antes de la Fecha de Entrada en Vigor. Salvo lo dispuesto expresamente en el presente, los derechos y facultades del gobierno de Puerto Rico en virtud de la Constitución de Puerto Rico y PROMESA, lo que incluye, de manera no taxativa, en virtud de las Secciones 303 y 305 de PROMESA, están expresamente reservados (sujetos a cualquier limitación al respecto impuesta por la Constitución de Puerto Rico, la Constitución de los Estados Unidos o PROMESA), y nada de lo dispuesto en el presente se considerará una renuncia a ninguno de tales derechos y facultades.

74.23 **Sucesores y Cesionarios**: Salvo que se disponga expresamente de otro modo en el Plan, los derechos, beneficios y obligaciones de cualquier Entidad nombrada o mencionada en el Plan o la Orden de Confirmación serán vinculantes para cualquier heredero, albacea, administrador, sucesor o cesionario, Filial, funcionario, directivo, agente, representante, abogado, beneficiario o tutor, de haberlos, de cada entidad y será para beneficio de estos.

74.24 **Notificaciones**: Todas las notificaciones, solicitudes, intimaciones u otros documentos exigidos por el Plan o la Orden de Confirmación que deban notificarse o entregarse

a la Junta de Supervisión, a los Deudores o a la AAFAF para que surtan efecto se realizarán por escrito, lo que incluye mediante transmisión por fax y, a menos que se disponga expresamente de otro modo en el presente, se considerará que se han entregado o realizado debidamente en el momento de la entrega efectiva o, en caso de notificación por transmisión o fax, cuando se reciban y confirmen telefónicamente, dirigidas de la siguiente manera:

| En caso de ser para la Junta de Supervisión, a: | Junta de Supervisión y Administración Financiera de Puerto Rico<br>Avenida Muñoz Rivera 268, Oficina 1107<br>San Juan, PR 00918-1813<br>A la atención de: Natalie A. Jaresko, Directora Ejecutiva |
|---|---|

– con copia a –

PROSKAUER ROSE LLP
Eleven Times Square
Nueva York, NY 10036
A la atención de: Martin J. Bienenstock, Abogado
       Brian S. Rosen, Abogado
Teléfono: (212) 969-3000
Fax: (212) 969-2900

– con copia a –

| Si a los Deudores, a: | El Estado Libre Asociado de Puerto Rico<br>a través de la Autoridad de Asesoría Financiera y Agencia Fiscal<br>Roberto Sánchez Vilella (Minillas) Government Center<br>Avenida De Diego, parada 22<br>San Juan, Puerto Rico 00907<br>A la atención de: Oficina del Director Ejecutivo |
|---|---|

– con copia a –

PROSKAUER ROSE LLP
Eleven Times Square
Nueva York, NY 10036
A la atención de: Martin J. Bienenstock, Abogado
       Brian S. Rosen, Abogado
Teléfono: (212) 969-3000
Fax: (212) 969-2900

– y –

O'MELVENY & MYERS LLP
Seven Times Square
Nueva York, NY 10036
A la atención de: John Rapisardi, Abogado
Nancy Mitchell, Abogada
Maria DiConza, Abogada
Teléfono: (212) 326-2000
Fax: (212) 326-2061

Si a la AAFAF, a:
La Autoridad de Asesoría Financiera y Agencia Fiscal
Roberto Sánchez Vilella (Minillas) Government Center
Avenida De Diego, parada 22
San Juan, Puerto Rico 00907

– con copia a –

O'MELVENY & MYERS LLP
Seven Times Square
Nueva York, NY 10036
A la atención de: John Rapisardi, Abogado
Nancy Mitchell, Abogada
Maria DiConza, Abogada
Teléfono: (212) 326-2000
Fax: (212) 326-2061

74.25 **Duración de los Interdictos o Paralizaciones**: A menos que se disponga otra cosa en el presente o en la Orden de Confirmación, todos los interdictos o paralizaciones en vigor en las Causas radicadas conforme al Título III (en virtud de las secciones 105, 362 o 922 del Código de Quiebras o cualquier orden del Tribunal constituido conforme al Título III) y que existen a la Fecha de Confirmación (lo que excluye cualquier interdicto o paralización contenida en el Plan o en la Orden de Confirmación) permanecerán en pleno vigor hasta la Fecha de Entrada en Vigor. Todos los interdictos o paralizaciones contenidas en el Plan o en la Orden de Confirmación permanecerán en pleno vigor conforme a sus condiciones.

74.26 **Totalidad del acuerdo**: Salvo que se indique de otro modo, el Plan sustituye a todas las negociaciones, promesas, pactos, acuerdos, entendimientos y representaciones anteriores y contemporáneas sobre tales temas, todos los cuales se han fusionado e integrado al Plan.

74.27 **Complemento del Plan**: Todos los documentos incluidos en el Complemento del Plan se incorporan al Plan y forman parte de él, como si se establecieran íntegramente en el Plan. Una vez radicado el Complemento del Plan ante el Actuario del Tribunal constituido conforme al Título III, se distribuirán copias de los documentos que en él figuran, previa solicitud por escrito al abogado de la Junta de Supervisión en el domicilio que precede o descargando esos documentos de [https://cases.primeclerk.com/ puertorico/] o del sitio web del Tribunal constituido conforme al Título III, disponible a través de PACER. A menos que el Tribunal

constituido conforme al Título III ordene otra cosa, en la medida en que cualquier documento del Complemento del Plan sea incompatible con los términos de cualquier parte del Plan que no constituya el Complemento del Plan, prevalecerá la parte del Plan que no constituya el Complemento del Plan; disponiéndose, sin embargo, que, en lo que respecta a los asuntos regidos por la Escritura de Nuevos Bonos de OG, en la medida en que cualquier disposición del Plan sea incompatible con la Escritura de Nuevos Bonos de OG o la Escritura de Bonos de Gravamen COFINA Subordinados (Junior), prevalecerá la Escritura de Nuevos Bonos de OG o la Escritura de Bonos de Gravamen COFINA Subordinados (Junior), según el caso.

Fechado:     San Juan, Puerto Rico
          28 de febrero de 2020

                **EL ESTADO LIBRE ASOCIADO DE PUERTO RICO**, a través de la Junta de Supervisión y Administración Financiera para Puerto Rico como su representante

                Por: /f/ Natalie A. Jaresko            
                    Nombre: Natalie A. Jaresko
                    Cargo: Directora Ejecutiva

                **EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**, a través de la Junta de Supervisión y Administración Financiera para Puerto Rico como su representante

                Por: /f/ Natalie A. Jaresko            
                    Nombre: Natalie A. Jaresko
                    Cargo: Directora Ejecutiva

                **LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO**, a través de la Junta de Supervisión y Administración Financiera para Puerto Rico como su representante

                Por: /f/ Natalie A. Jaresko            
                    Nombre: Natalie A. Jaresko
                    Cargo: Directora Ejecutiva

## ANEXO A.

PROGRAMA DE ACCIONES PREVENTIVAS

A incluir

## ANEXO B.

PROGRAMA DE ACCIONES PREVENTIVAS DE RECUPERACIÓN

A incluir

# ANEXO C.

PROGRAMA DE ACCIONES DE INVALIDEZ

## Acciones de Invalidez

*Comité Especial de Reclamaciones de la Junta de Supervisión y Administración Financiera para Puerto Rico y el Comité Oficial de Acreedores no Asegurados del Estado Libre Asociado de Puerto Rico c. Jefferies LLC*, procedimiento contencioso núm. 19-00281

*Comité Especial de Reclamaciones de la Junta de Supervisión y Administración Financiera para Puerto Rico y el Comité Oficial de Acreedores no Asegurados del Estado Libre Asociado de Puerto Rico c. BNY Mellon/POP Sec*, procedimiento contencioso núm. 19-00282

*Comité Especial de Reclamaciones de la Junta de Supervisión y Administración Financiera para Puerto Rico y el Comité Oficial de Acreedores no Asegurados del Estado Libre Asociado de Puerto Rico c. First Southwest Co.*, procedimiento contencioso núm. 19-00283

*Comité Especial de Reclamaciones de la Junta de Supervisión y Administración Financiera para Puerto Rico y el Comité Oficial de Acreedores no Asegurados del Estado Libre Asociado de Puerto Rico c. Demandados 1E-59E*, procedimiento contencioso núm. 19-00284

*Comité Especial de Reclamaciones de la Junta de Supervisión y Administración Financiera para Puerto Rico y el Comité Oficial de Acreedores no Asegurados del Estado Libre Asociado de Puerto Rico c. Demandados 1A-100A*, procedimiento contencioso núm. 19-00285

*Comité Especial de Reclamaciones de la Junta de Supervisión y Administración Financiera para Puerto Rico y el Comité Oficial de Acreedores no Asegurados del Estado Libre Asociado de Puerto Rico c. Demandados 1B-100B*, procedimiento contencioso núm. 19-00286

*Comité Especial de Reclamaciones de la Junta de Supervisión y Administración Financiera para Puerto Rico y el Comité Oficial de Acreedores no Asegurados del Estado Libre Asociado de Puerto Rico c. Demandados 1C-53C*, procedimiento contencioso núm. 19-00287

*Comité Especial de Reclamaciones de la Junta de Supervisión y Administración Financiera para Puerto Rico y el Comité Oficial de Acreedores no Asegurados del Estado Libre Asociado de Puerto Rico c. Demandados 1D-73D*, procedimiento contencioso núm. 19-00288

## ANEXO D.

PROGRAMA DE ACCIONES DE IMPUGNACIÓN DE GRAVAMEN

# Acciones de Impugnación de Gravamen

*Junta de Supervisión y Administración Financiera para Puerto Rico, como representante del Estado Libre Asociado de Puerto Rico, et al., y el Comité Oficial de Acreedores no Asegurados de todos los Deudores conforme al Título III (diferentes a COFINA) c. Autonomy Master Fund Ltd.*, procedimiento contencioso núm. 19-00291

*Junta de Supervisión y Administración Financiera para Puerto Rico, como representante del Estado Libre Asociado de Puerto Rico, et al., y el Comité Oficial de Acreedores no Asegurados de todos los Deudores conforme al Título III (diferentes a COFINA) c. Cooperativa de Ahorro t Crédito de Rincón*, procedimiento contencioso núm. 19-00292

*Junta de Supervisión y Administración Financiera para Puerto Rico, como representante del Estado Libre Asociado de Puerto Rico, et al., y el Comité Oficial de Acreedores no Asegurados de todos los Deudores conforme al Título III (diferentes a COFINA) c. Ortiz de la Renta*, procedimiento contencioso núm. 19-00293

*Junta de Supervisión y Administración Financiera para Puerto Rico, como representante del Estado Libre Asociado de Puerto Rico, et al., y el Comité Oficial de Acreedores no Asegurados de todos los Deudores conforme al Título III (diferentes a COFINA) c. Martínez Sánchez*, procedimiento contencioso núm. 19-00294

*Junta de Supervisión y Administración Financiera para Puerto Rico, como representante del Estado Libre Asociado de Puerto Rico, et al., y el Comité Oficial de Acreedores no Asegurados de todos los Deudores conforme al Título III (diferentes a COFINA) c. Valdivieso*, procedimiento contencioso núm. 19-00295

*Junta de Supervisión y Administración Financiera para Puerto Rico, como representante del Estado Libre Asociado de Puerto Rico, et al., y el Comité Oficial de Acreedores no Asegurados de todos los Deudores conforme al Título III (diferentes a COFINA) c. Friedman*, procedimiento contencioso núm. 19-00296

*Junta de Supervisión y Administración Financiera para Puerto Rico, como representante del Estado Libre Asociado de Puerto Rico, et al., y el Comité Oficial de Acreedores no Asegurados de todos los Deudores conforme al Título III (diferentes a COFINA) c. Blackrock Fin. Mgmt.*, procedimiento contencioso núm. 19-00297

RESUMEN DE LOS TÉRMINOS DE LAS MODIFICACIONES A LAS RECLAMACIONES DE PENSIONADOS

**TERMINOS PROPUESTOS POR LA JSAF PARA LA REESTRUCTURACIÓN DE LAS OBLIGACIONES DE PENSIONADOS**

*En autos caratulados Estado Libre Asociado de Puerto Rico, Causa radicada conforme al Título III núm. 17 BK 3283-LTS*
*27 de abril de 2019*

ESTE RESUMEN DE LOS TÉRMINOS NO ES UNA OFERTA EN CUANTO A NINGÚN VALOR NI UNA INCITACIÓN DE ACEPTACÓN DE UN PLAN DE AJUSTE PARA LOS FINES DE PROMESA, LAS SECCIONES 1125 Y 1126 DEL CÓDIGO DE QUIEBRAS U OTROS. DE EXISTIR TAL OFERTA O INCITACIÓN, ESTA CUMPLICRÁ CON TODAS LAS LEYES DE VALORES Y/O DISPOSICIONES DE PROMESA Y EL CÓDIGO DE QUIEBRAS APLICABLES. NADA DE LO QUE FIGURA EN EL PRESENTE RESUMEN DE TÉRMINOS SE CONSIDERARÁ ADMISIÓN DE HECHO O RESPONSABILIDAD O, HASTA LA FECHA DE ENTRADA EN VIGOR DEL ACUERDO EN LOS TÉRMINOS DESCRITOS EN EL PRESENTE DOCUMENTO, CONSIDERADO VINCULANTE PARA CUALQUIERA DE LAS PARTES DEL PRESENTE.

Este es un resumen de términos propuestos indicativos para reestructurar las obligaciones a pensionados pendientes para el ELA de Puerto Rico. Este resumen es solo para fines de resolución y no es un compromiso por ninguna de las partes para celebrar una transacción. El acuerdo de las partes estará sujeto a la ejecución y entrega de documentación definitiva. Si se ejecuta, prevalecerán los términos de tal documentación definitiva.

El presente resumen y las discusiones relacionadas son confidenciales y tienen derecho a la protección de la Regla 408 de las Reglas Federales de Evidencia y de cualquier otro estatuto o doctrina aplicable que proteja el uso o la divulgación de información confidencial o las discusiones para llegar a un acuerdo. Los términos propuestos permanecen sujetos a negociación y análisis adicionales, y nada de lo aquí expuesto será una admisión de hecho o cualquier responsabilidad, una renuncia a cualquier derecho o reclamación, ni se considerará vinculante para ninguna de las partes.

| Definiciones | |
|---|---|
| **Pensionados** | Todos los empleados actuales, antiguos, activos, inactivos o discapacitados (y sus beneficiarios) quienes, al 3 de mayo de 2017, tuviesen un beneficio de pensión o anualidad acumulado (o fuesen beneficiarios de este) como participantes de uno de los siguientes:<br><br>• Sistema de Retiro de Empleados (SRE)<br>• Sistema de Retiro para Maestros (SRM)<br>• Sistema de Retiro para la Judicatura (SRJ); |

| | |
|---|---|
| | salvo por los empleados activos que sean participantes del programa del Sistema 2000 y cuyos beneficios de pensión acumulados sean sujetos a un acuerdo distinto establecido en su nombre por AFSCME con la JSAF en nombre del ELA, en la medida en que proceda. |
| **Asignación y Pago de Beneficios Residuales** | El Beneficio de Retiro Mensual Total debido a cada Pensionado después de cumplir con los términos del presente serán apropiados y pagos en base prepaga («PayGo») cada año por el ELA hasta que se hayan pagado todos los beneficios debidos a cada Pensionado. |
| **Pensión Base Mensual** | La Pensión Base Mensual es el pago de pensión mensual realizado al Pensionado, lo que excluye todo otro beneficio, como la Bonificación de Navidad, la Bonificación de Verano, la Bonificación para Medicina y el beneficio de Seguro Médico. |
| **Beneficio de Retiro Mensual Total** | El Beneficio de Retiro Mensual Total que se medirá en comparación con el Umbral con el fin de aplicar reducciones conforme a la Fórmula de Reducción Total se calcula al sumar el beneficio de Retiro Mensual Total más la Bonificación de Navidad anual (de haberla) dividida por 12 (la «Bonificación de Navidad Mensual»), más la Bonificación de Verano anual (de haberla) dividida por 12 (la «Bonificación de Verano Mensual»), más la Bonificación para Medicina anual (de haberla) dividida por 12 (la «Bonificación para Medicina Mensual»), pero excluyendo el beneficio de Seguro Médico. |
| **Fecha de Inicio de la Reducción de Beneficios** | La fecha en la cual la reducción descrita en la Fórmula de Reducción Total se aplicará por primera vez a los beneficios que paga el ELA. |
| **Junta de Pensiones PayGo** | La entidad de supervisión de pensiones independiente a crearse conforme al Plan de Ajuste del ELA de forma aceptable para la JSAF, el Comité de Pensionados y el Gobierno, para controlar la administración de PayGo en beneficio de los Pensionados a partir de la confirmación del Plan de Ajuste. |

**APÉNDICE A LOS TÉRMINOS PARA LA REESTRUCTURACIÓN DE LAS OBLIGACIONES A PENSIONADOS (AL 27 DE ABRIL DE 2019**

*En autos caratulados Estado Libre Asociado de Puerto Rico, Causa radicada conforme al Título III núm. 17 BK 3283-LTS*
*23 de agosto de 2019*

El presente Apéndice aborda el número limitado de Pensionados que sufrirían reducciones menores a sus beneficios de retiro conforme al enfoque propuesto originalmente por la Junta de Supervisión y Administración Financiera (la «JSAF») en sus Planes Fiscales certificados a la fecha (la «Propuesta Original de la JSAF») con respecto a las reducciones que se sufrirían conforme al enfoque del Acuerdo de Apoyo al Plan (el «PSA», por sus siglas en inglés) celebrado por la JSAF y el Comité Oficial de Empleados Retirados de Puerto Rico (el «Comité de Pensionados») (la «Propuesta Original del Acuerdo de Apoyo al Plan»). [1] Este Apéndice incorpora los términos de la Propuesta Original de la JSAF al Acuerdo de Apoyo al Plan y asegura que, sujeto a cualquier disposición específica del Acuerdo de Apoyo al Plan mismo, lo que incluye, de manera no taxativa la sección 5.17, cada Pensionado que tiene una Reclamación de Pensionado afectada recibirá el tratamiento más favorable ya sea conforme a la Propuesta Original del Acuerdo de Apoyo al Plan o la Propuesta Original de la JSAF. Los términos del presente solo pretenden complementar, y no modificar, los términos del Acuerdo de Apoyo al Plan existente, lo que incluye el Anexo A al Acuerdo de Apoyo al Plan.

| Apéndice a las Definiciones | |
|---|---|
| **Reducción de Beneficios Mensuales Propuesta Originalmente por el Acuerdo de Apoyo al Plan** | El monto de reducción, en dólares estadounidenses, al Beneficio de Retiro Mensual Total como resultado de la Fórmula de Reducción Total (según el Anexo A al Acuerdo de Apoyo al Plan). |
| **Reducción de Beneficios Mensuales Propuesta Originalmente por la JSAF** | El monto de reducción, en dólares estadounidenses, al Beneficio de Retiro Mensual de la Propuesta Original de la JSAF como resultado de la Fórmula de Reducción Total Propuesta Originalmente por la JSAF. |
| **Reducción de Beneficio Mensual Efectivo** | El menor de (i) la Reducción del Beneficio Mensual Propuesta Originalmente por el Acuerdo de Apoyo al Plan y (ii) la Reducción del Beneficio Mensual Propuesta Originalmente por la JSAF. |
| **Beneficio de Retiro Mensual Propuesto Originalmente por la JSAF (el «Beneficio de** | La suma de (i) el Beneficio de Retiro Mensual Total y (ii) el Beneficio de Seguro Médico Mensual, si el Pensionado recibe tal beneficio. |

---

[1] Todas las expresiones en mayúscula que no se definen en el presente tienen los significados que se les atribuye en los Términos para la Reestructuración de Obligaciones a Pensionados adjuntos como Anexo A al Acuerdo de Apoyo al Plan.

| | |
|---|---|
| **Retiro Mensual de la Propuesta Original de la JSAF»)** | |
| **Umbral por sobre el cual aplican las Reducciones Propuestas Originalmente por la JSAF (el «Umbral de la Propuesta Original de la JSAF»)** | $ 1,000 por mes para los Pensionados sin beneficios de Seguro Social o $ 600 por mes para los Pensionados con beneficios de Seguro Social. |

| **Apéndice a las Disposiciones de la Propuesta** | |
|---|---|
| **Fórmula de Reducción Propuesta Originalmente por la JSAF** | El monto de la Reducción de Beneficios Mensuales Propuesta Originalmente por la JSAF se calculará de la siguiente manera: |
| | *Etapa 1:* Sustraer el Umbral de la Propuesta Original de la JSAF $ 1,000 si el Pensionado no tiene derecho a Seguro Social o $ 600 si el Pensionado tiene derecho a Seguro Social) del Beneficio de Retiro Mensual de la Propuesta Original de la JSAF. Si la cifra resultante es $ 0.00 o menos, el Pensionado no se someterá a reducción de beneficios alguna. |
| | *Etapa 2:* Si la cifra resultante de la Etapa 2 es más que $ 0.00, calcular el Beneficio de Retiro Mensual Propuesto Originalmente por la JSAF al multiplicar la cifra resultante por 25 %. Este monto es la Reducción de Beneficios Mensuales Propuesta Originalmente por la JSAF. |
| **Fórmula de Reducción Total Efectiva** | La Reducción del Beneficio Mensual, que es la reducción de beneficios mensuales aplicables al Pensionado es la menor de (i) la Reducción del Beneficio Mensual Propuesta Originalmente por el Acuerdo de Apoyo al Plan y (ii) la Reducción del Beneficio Mensual Propuesta Originalmente por la JSAF. |
| | Si el monto menor es la Reducción del Beneficio Mensual Propuesta Originalmente por el Acuerdo de Apoyo al Plan, se aplicarán al Pensionado todas las disposiciones según la Fórmula de Reducción Total (según el Anexo A al Acuerdo de Apoyo al Plan). |
| | Si el monto menor es la Reducción del Beneficio Mensual Propuesta Originalmente por la JSAF, el Pensionado sufrirá una reducción del beneficio de un monto igual a la Reducción del Beneficio Mensual Propuesta Originalmente por la JSAF. El orden en el cual cada componente de los beneficios del Pensionado se reduce o elimina será igual al dispuesto en la Fórmula de Reducción Total. |
| | Bajo ninguna circunstancia los Pensionados recibirán una reducción de beneficios de pensión mayor como resultado de la Propuesta Original del |

| | Acuerdo de Apoyo al Plan en comparación con la Propuesta Original de la JSAF. |
|---|---|

# **ANEXO F.**

MODIFICACIÓN A LA LEGISLACIÓN DEL SRJ

## MODIFICACIONES PARA RECLAMACIONES DEL SRJ

Lo que sigue es un resumen de modificaciones con respecto a los beneficios pendientes del Sistema de Retiro de la Judicatura del Estado Libre Asociado de Puerto Rico («SRJ») según aplica a jueces que ejercen sin mandato fijo.

Los miembros de SRJ contratados (a) antes del 1 de julio de 2014 actualmente acumulan beneficios conforme a una fórmula de beneficio definido («BD») y (b) a partir del 1 de julio de 2014 actualmente acumulan beneficios conforme a una fórmula de BD alternativa y combinada con una fórmula de contribución definida («CD») híbrida. Para evitar crear futuras responsabilidades en cuanto a pensiones y para estabilizar el sistema a beneficio de tanto los contribuyentes como los futuros pensionados, se modificará la acumulación de beneficios del plan del SRJ. Al modificarse, los miembros del SRJ conservarán los beneficios que han acumulado a la fecha, sujeto a la fórmula de reducción del beneficio establecida en el Plan Fiscal de octubre de 2018. Los beneficios futuros se basarán en las contribuciones y ganancias en nuevas cuentas de retiro de CD separadas financiadas por las contribuciones de empleados. Como resultado, los empleados tendrán la certeza de que el retorno de sus contribuciones e inversiones estará salvaguardado a futuro, asegurando la seguridad de su retiro.

| Definiciones | |
|---|---|
| **Sistema de Pensiones** | Los términos del presente documento y las referencias al Sistema de Pensiones corresponden a bloquear las obligaciones en cuanto a pensiones para los miembros del SRJ. |
| **Edad de Elegibilidad para Retiro** | La edad en la que un miembro puede comenzar a recibir un beneficio de pensión mensual. |
| **Fecha de Bloqueo** | La Fecha de Entrada en Vigor. |
| **Beneficio de Retiro** | El monto de beneficio pagadero a un miembro del SRJ cada mes. |
| **Servicio Acreditable** | A fines de calcular el Servicio Acreditable, los años y meses (en lo que se cuentan las fracciones de meses como meses de servicio completos) comienzan en la Fecha de Crédito. Los años y meses trabajados después de la fecha de entrada en vigor del bloqueo no serán considerados salvo según se establezca a continuación en las «Disposiciones de la Propuesta». |
| **Fecha de Crédito** | La Fecha de Crédito para miembros del SRJ con menos de ocho (8) años de Servicio Acreditable como juez a la fecha de entrada en vigor del bloqueo, o para aquellos contratados a partir del 1 de julio de 2014, es la fecha de designación como juez, y para todos los otros miembros del SRJ será la fecha en que comenzaron a trabajar para el Gobierno de Puerto |

| Definiciones | |
|---|---|
| | Rico (siempre que las contribuciones acumuladas por servicios al gobierno previos se transfieran al Sistema de Pensión. |
| **Sueldo más alto** | El sueldo más alto que recibe un juez. No se considerará la compensación adquirida después del a fecha de entrada en vigor del bloqueo. (Aplicable para miembros del SRJ contratados antes del 1 de julio de 2014). |
| **Compensación Promedio** | El promedio de los últimos sesenta (60) meses de sueldo que recibió un miembro del SRJ por Servicio Acreditable. (Aplicable para miembros del SRJ contratados a partir del 1 de julio de 2014). |
| **Cuenta de Contribución Definida** | La cuenta individual nocional establecida para cada miembro del SRJ a partir del 1 de julio de 2014. Tales cuentas serán acreditadas con las contribuciones e intereses del miembro del SRJ. Las nuevas cuentas se establecerán a partir de la Fecha de Entrada en Vigor para miembros del SRJ contratados antes del 1 de julio de 2014, en cuanto al bloqueo de la fórmula de BD. |
| **Edad de Elegibilidad para Retiro Base** | Edad a la cual el miembro del SRJ llega a los sesenta (60) años de edad y diez (10) años de Servicio Acreditable. (Aplicable para miembros del SRJ contratados antes del 1 de julio de 2014). |
| **Edad de Elegibilidad para Retiro Opcional** | Para jueces con al menos ocho (8) años de Servicio Acreditable como juez, la realización de: <br><br> a.     Treinta (30) años de Servicio Acreditable total o <br><br> b.     Cincuenta y cinco (55) años de edad con ochenta y dos (82) años de edad combinada más Servicio Acreditable («Puntos»). <br><br> (Aplicable para miembros del SRJ contratados antes del 1 de julio de 2014). |

| Tiempo | |
|---|---|
| **Bloqueo de la Pensión** | El bloqueo de la acumulación del beneficio de pensión del SRJ entra en vigor a la Fecha de Entrada en Vigor. |
| **Implementación** | El bloqueo del monto del beneficio que se describe a continuación será aplicable a los beneficios generados y pagos según el plan a partir de la Fecha de Bloqueo y sujeto también a la fórmula de reducción del beneficio establecida en el Plan Fiscal de mayo de 2019. |

| Disposiciones de la Modificación | |
|---|---|
| **Bloqueo de Acumulación de Beneficios e Implementación de Cuenta de CD** | Bloqueo de beneficios acumulados a la fecha de bloqueo. Los nuevos saldos de cuenta de CD serán financiados con las contribuciones de empleados a establecer con relación al bloqueo. La contribución de empleados requerida total para cada juez se mantendrá en los niveles de contribución actuales. |
| **Mejora de la Elegibilidad de Retiro si está dentro de seis (6) meses de Elegibilidad de Retiro no Reducido** | Para miembros del SRJ contratados antes del 1 de julio de 2014, si no tiene ya derecho a retiro a partir del bloqueo, a los miembros del SRJ contratados antes del 1 de julio de 2014 se les permitirá generar el derecho a retiro siempre que el miembro del SRJ llegue a alguno de los siguientes dentro de los seis (6) meses de la Fecha de Bloqueo:<br><br>a.  Edad de Elegibilidad para Retiro Base,<br>b.  Edad de Elegibilidad para Retiro Opcional o<br>c.  Realización de 20 años de servicio acreditable. |
| **Retraso en la Elegibilidad de Retiro para todos los demás** | Para las personas físicas contratadas antes del 1 de julio de 2014 que no cumplen los criterios establecidos anteriormente, la elegibilidad de retiro se retrasará en hasta tres (3) años. El retiro también se retrasará para miembros del SRJ con cese de actividad laboral que todavía no han comenzado. |
| **Eliminación del Ajuste de Costo de Vida (COLA, por sus siglas en inglés)** | El COLA estatutario del tres por ciento (3 %) que ha sido otorgado cada tres (3) años desde 2002 se eliminará para todos los miembros del SRJ a partir de la Fecha de Bloqueo. |
| **Eliminación de Bonificaciones** | Ya no se pagarán las bonificaciones de Navidad, de Verano y para Medicina a los miembros del SRJ que se retiren después de la fecha de bloqueo. Además, las contribuciones al Plan de Seguro Médico también se eliminarán para retiros realizados después de la fecha de bloqueo. |
| **Eliminación de Beneficios por Discapacidad Mejorados** | Los miembros del SRJ que cesen su actividad laboral debido a discapacidad a partir de la Fecha de Bloqueo no tendrán derecho a los mismos beneficios que otros miembros del SRJ que cesen su actividad laboral. |
| **Eliminación de Beneficios por muerte ocupacional y un año de sueldo para** | Los ceses de actividad laboral debido a muerte tendrían derecho a un reembolso de las contribuciones acumuladas. |

| Disposiciones de la Modificación | |
|---|---|
| **futuras muertes durante el servicio** | |
| **Eliminación del Beneficio de muerte posterior al retiro gratuito** | La forma de pago normal del beneficio anual dispuesto para futuros retiros será una anualidad vitalicia única. Los miembros del SRJ podrán elegir un beneficio conjunto y a favor del superviviente que será el beneficio actuarial equivalente a la forma normal de pago. |

| Disposiciones más detalladas de las Modificaciones | |
|---|---|
| **Implicaciones específicas de la Edad de Elegibilidad para Retiro si es contratado antes del 1 de julio de 2014** | A. Los miembros del SRJ que tienen derecho a retirarse antes de la Fecha de Bloqueo seguirán teniendo derecho a retirarse en cualquier momento.<br><br>B. Los miembros del SRJ que llegarían a cualquiera de las siguientes a la fecha seis (6) meses después de la Fecha de Bloqueo o después de esta si se hubiese seguido acumulado el servicio después de la fecha de bloqueo continuarán teniendo derecho a retirarse en cualquier momento:<br><br>a. Edad de Elegibilidad para Retiro Base<br>b. Edad de Elegibilidad para Retiro Opcional<br>c. Realización de 20 años de servicio acreditable<br><br>C. Los miembros del SRJ que no tienen derecho a retirarse a la Fecha de Bloqueo y que no cumplirán los criterios establecidos en el punto B. anterior a los seis (6) meses después de la Fecha de Bloqueo tendrán derecho a retirarse a la fecha en que el miembro del SRJ hubiese alcanzado diez (10) años de Servicio Acreditable si el bloqueo no hubiese ocurrido y que tengan las edades que se muestran en la siguiente tabla: |

| Edad alcanzada a la Fecha de Bloqueo | Edad de Elegibilidad para Retiro seis meses después de la Fecha de Bloqueo |
|---|---|
| 57 y mayor | 61 |
| 56 | 62 |
| 55 o menor | 63 |

| | |
|---|---|
| **Implicaciones específicas del Beneficio de Retiro si es contratado antes del 1 de julio de 2014** | **Retiros a la fecha seis (6) meses posterior a la Fecha de Bloqueo o antes de esta:**<br><br>A. Si un miembro del SRJ alcanza la Edad de Elegibilidad para Retiro Opcional, el beneficio pagadero será igual al setenta y cinco por ciento (75 %) del Sueldo más alto (sesenta por ciento (60 %) del Sueldo más alto si se contrató después del 24 de diciembre de 2013). |

B.      Si un miembro del SRJ alcanza la Edad de Elegibilidad Base, pero no ha alcanzado la Edad de Elegibilidad para Retiro Opcional, la porción del beneficio pagadero será igual al veinticinco por ciento (25 %) del Sueldo más alto, más cinco por ciento (5 %) del Sueldo más alto por cada año de Servicio Acreditable por encima de diez (10) con un máximo de setenta y cinco por ciento (75 %) del Sueldo más alto (sesenta por ciento (60 %) del Sueldo más alto si se contrató después del 24 de diciembre de 2013).

C.      Si un miembro del SRJ ha alcanzado setenta (70) años edad con menos de diez (10) años de Servicio Acreditable al retiro, el beneficio pagadero es el veinticinco por ciento (25 %) del Sueldo más alto, prorrateado para cada año de Servicio Acreditable menor que los diez (10).

D.      Si un miembro del SRJ ha alcanzado al menos veinte (20) años de Servicio Acreditable, pero no ha alcanzado la Edad de Elegibilidad Base ni la Edad de Elegibilidad para Retiro Opcional, el beneficio pagadero es el veinticinco por ciento (25 %) del Sueldo más alto, más cinco por ciento (5 %) del Sueldo más alto por cada año de Servicio Acreditable por encima de diez (10) con un máximo de setenta y cinco por ciento (75 %) del Sueldo más alto (sesenta por ciento (60 %) del Sueldo más alto si se contrató después del 24 de diciembre de 2013), reducido de manera actuarial a la edad de retiro actual de la anterior de la fecha en que el miembro del SRJ habría alcanzado los (60) años de edad o la Edad de Elegibilidad para Retiro Opcional en base a su servicio al momento de retirarse.

**Retiro seis meses después de la Fecha de Bloqueo:**

A.      Si un miembro del SRJ ha alcanzado la Edad de Elegibilidad para Retiro Opcional a la Fecha de Bloqueo (o hubiese alcanzado la Edad de Elegibilidad para Retiro Opcional a la fecha seis (6) meses posterior a la Fecha de Bloqueo), el beneficio pagadero será igual al setenta y cinco por ciento (75 %) del Sueldo más alto (sesenta por ciento (60 %) del Sueldo más alto si se contrató después del 24 de diciembre de 2013).

B.      Si un miembro del SRJ ha alcanzado la Edad de Elegibilidad Base a la Fecha de Bloqueo (o hubiese alcanzado la Edad de Elegibilidad Base al 31 de diciembre de 2019), el beneficio pagadero será igual al veinticinco por ciento (25 %) del Sueldo más alto, más cinco por ciento (5 %) del Sueldo más alto por cada año de Servicio Acreditable por encima de diez (10) con un máximo de setenta y cinco por ciento (75 %)

| | |
|---|---|
| **Disposiciones más detalladas de las Modificaciones** | |
| | del Sueldo más alto (sesenta por ciento (60 %) del Sueldo más alto si se contrató después del 24 de diciembre de 2013).

C.    Si un miembro del SRJ ha alcanzado al menos veinte (20) años de Servicio Acreditable a la Fecha de Bloqueo (o hubiese alcanzado al menos veinte (20) años de Servicio Acreditable al 31 de diciembre de 2019) y el miembro del SRJ alcanzó al menos siete años y medio (7.5) de Servicio Acreditable como juez a la Fecha de Bloqueo, el beneficio pagadero es igual al setenta y cinco por ciento (75 %) del Sueldo más alto (sesenta por ciento (60 %) del Sueldo más alto si se contrató después del 24 de diciembre de 2013), reducido de manera actuarial a la fecha de inicio del beneficio desde la fecha anterior del a fecha en que el miembro del SRJ habría alcanzado los (60) años de edad o la Edad de Elegibilidad para Retiro Opcional en base a su servicio a la Fecha de Bloqueo.

D.    Si un miembro del SRJ ha alcanzado al menos veinte (20) años de Servicio Acreditable a la Fecha de Bloqueo (o hubiese alcanzado al menos veinte (20) años de Servicio Acreditable al 31 de diciembre de 2019) y el miembro del SRJ no alcanzó al menos siete años y medio (7.5) de Servicio Acreditable como juez a la Fecha de Bloqueo, el beneficio pagadero es igual al setenta y cinco por ciento (75 %) del Sueldo más alto (sesenta por ciento (60 %) del Sueldo más alto si se contrató después del 24 de diciembre de 2013), reducido de manera actuarial a la fecha de inicio de los sesenta (60) años de edad.

E.    Si un miembro del SRJ ha alcanzado al menos diez (10) años de Servicio Acreditable a la Fecha de Bloqueo y no hubiese alcanzado al menos veinte (20) años de Servicio Acreditable al 31 de diciembre de 2019, el beneficio pagadero será igual al veinticinco por ciento (25 %) del Sueldo más alto, más cinco por ciento (5 %) del Sueldo más alto por cada año de Servicio Acreditable por encima de diez (10) con un máximo de setenta y cinco por ciento (75 %) del Sueldo más alto (sesenta por ciento (60 %) del Sueldo más alto si se contrató después del 24 de diciembre de 2013).

F.    Si un miembro del SRJ no ha alcanzado al menos diez (10) años de Servicio Acreditable a la Fecha de Bloqueo y se retira después de la fecha en que el participante hubiese acumulado diez (10) años de servicio si no se hubiese dado el bloqueo, el beneficio pagadero es igual al veinticinco por ciento (25 %) del Sueldo más alto, prorrateado para cada año de Servicio Acreditable menor que los diez (10). |
| **Implicaciones específicas de la Edad de** | A.    Los miembros del SRJ que tienen derecho a retirarse o hubiesen tenido derecho a retirarse antes de la fecha seis (6) meses posterior a la Fecha de Bloqueo seguirán teniendo el derecho a retirarse en cualquier |

| Disposiciones más detalladas de las Modificaciones | |
|---|---|
| **Elegibilidad para Retiro si es contratado a partir del 1 de julio de 2014** | momento. La elegibilidad actual es llegar a los cincuenta y cinco (55) años de edad con doce (12) años de Servicio Acreditable.<br><br>B.　Los miembros del SRJ que no cumplirían los criterios para tener derecho a retirarse a la fecha seis (6) meses posterior a la Fecha de Bloqueo tendrán derecho a retirarse al alcanzar los sesenta y cinco (65) años de edad con doce (12) años de Servicio Acreditable. |
| **Implicaciones específicas del Monto de Beneficio de Retiro si es contratado a partir del 1 de julio de 2014** | A.　Los miembros del SRJ seguirán recibiendo un beneficio de un uno con cinco por ciento (1.5 %) de Compensación Promedio más el valor anualizado del saldo de la Cuenta Híbrida de CD al momento del retiro.<br><br>B.　Los miembros del SRJ que hubiesen alcanzado la elegibilidad de retiro antes de la fecha seis (6) meses posterior a la Fecha de Bloqueo y que no han alcanzado todavía los sesenta (60) años de edad recibirán un beneficio de uno con cinco por ciento (1.5 %) de Compensación Promedio reducido en 1/180 por cada uno de los primeros sesenta (60) meses y por 1/360 por cada uno de los siguientes sesenta (60) meses por los cuales la fecha de retiro precede la edad de sesenta y cinco (65) años de edad, más el valor anualizado del saldo de la Cuenta Híbrida de CD. |

# **ANEXO G.**

MODIFICACIÓN A LA LEGISLACIÓN DEL SRM

# MODIFICACIONES PARA EL BLOQUEO DE OBLIGACIONES DE BENEFICIOS DEL SRM[2]

Lo que sigue es un resumen de las modificaciones con respecto a un bloqueo de los beneficios pendientes del SRM.

Los miembros del SRM contratados antes del 1 de agosto del 2014 están actualmente acumulando beneficios conforme a una fórmula de beneficio definido («BD»). Para evitar crear futuras responsabilidades de pensiones y para estabilizar el sistema a beneficio de tanto los contribuyentes como los futuros pensionados, la acumulación de beneficios del plan del SRM se bloqueará en la Fecha de Entrada en Vigor (la «Fecha de Bloqueo»). Tal bloqueo será aplicable a todos los miembros del SRT sin importar su cargo o categoría profesional. Los miembros del SRM conservarán los beneficios que han acumulado a la fecha, sujeto a la fórmula de reducción del beneficio establecida en el Plan. Los beneficios futuros se basarán en las contribuciones y ganancias en nuevas cuentas de retiro de contribución definida («CD») separadas financiadas por las contribuciones de empleados. Como resultado, los empleados tendrán la certeza de que el retorno de sus contribuciones e inversiones estará salvaguardado a futuro, asegurando la seguridad de su retiro.

| Definiciones | |
|---|---|
| **Sistema de Pensiones** | Los términos del presente documento y las referencias al Sistema de Pensiones corresponden a bloquear las obligaciones en cuanto a pensiones para los miembros del SRM. |
| **Edad de Elegibilidad para Retiro** | La edad en la que un miembro puede comenzar a recibir un beneficio de pensión mensual. |
| **Beneficio de Retiro** | El monto de beneficio pagadero a un miembro cada mes. |
| **Servicio Acreditable** | Los años y meses de participación en el plan, durante los cuales se realizaron contribuciones, que comienzan en la fecha de la primera designación original para prestar servicios. A fines de calcular el Servicio Acreditable, quince (15) días calendario de un mes del año escolar equivaldrán a un (1) mes calendario trabajado durante el año escolar para maestros y veintiún (21) días calendario de un mes equivaldrán a un (1) mes calendario trabajado para todos los demás miembros. Los días y meses trabajados después de la fecha de entrada en vigor del bloqueo no serán considerados salvo según se establezca a continuación en las «Disposiciones de la Propuesta». |

---

[2] El informe de valuación actuarial de Milliman al 30 de junio de 2017, que usa los datos recolectados del censo del 1 de julio de 2016, que es el conjunto de datos más recientes disponibles actualmente. Si se vuelve disponible un nuevo conjunto de datos de 2017 o 2018, los valores se actualizarán acorde.

| Definiciones | |
|---|---|
| **Compensación Promedio** | El promedio de los treinta y seis (36) meses de compensaciones más altos que recibió el miembro por Servicio Acreditable. No se considerará la compensación adquirida después del a fecha de entrada en vigor del bloqueo. |
| **Cuenta de Contribución Definida** | La cuenta individual nocional establecida para cada miembro a partir del 1 de agosto de 2014. Tales cuentas serán acreditadas con las contribuciones e intereses del miembro. Las nuevas cuentas se establecerán a partir del 1 de enero de 2020[3] para miembros contratados antes del 1 de agosto de 2014, en cuanto al bloqueo de la fórmula de BD. |

| Tiempo | |
|---|---|
| **Bloqueo de la Pensión** | El bloqueo de la acumulación del beneficio de pensión del SRM entrará en vigor en la Fecha de Bloqueo. |
| **Fecha de Beneficios de Pensión** | El conjunto de datos usado para calcular el bloqueo de los beneficios de pensión necesario de base en el conjunto de datos de pensionados del 1 de julio de 2016 proporcionado por el Sistema de Pensiones, que es el último conjunto de datos disponible actualmente. Si se vuelve disponible un nuevo conjunto de datos de 2017 o 2018, los valores se actualizarán acorde. |
| **Implementación** | El bloqueo del monto del beneficio que se describe a continuación será aplicable a los beneficios generados y pagos según el plan a partir de la Fecha de Bloqueo y sujeto también a la fórmula de reducción del beneficio establecida en el Plan. |

| Disposiciones de la Modificación | |
|---|---|
| **Bloqueo de Acumulación de Beneficios e Implementación de Cuenta de CD** | Bloqueo de beneficios acumulados a la Fecha de Bloqueo, según se establece a continuación. Los nuevos saldos de cuenta de CD a financiar con las contribuciones de empleados se establecerán con relación al bloqueo. La contribución de empleado mínima será del 8.5 %, según define el Artículo 3.4 de la Ley 106-2017, ajustada para las retenciones de Seguro Social, si corresponden. |
| **Retraso en la Elegibilidad de** | Para miembros contratados antes del 1 de agosto de 2014, que no tienen derecho a retiro a la fecha de bloqueo, la elegibilidad de retiro se |

---

[3] Ver nota 3 a continuación.

| Disposiciones de la Modificación | |
|---|---|
| **Retiro para todos los demás** | retrasará tres (3) años. El retiro también se retrasará para miembros con cese de actividad laboral que todavía no han comenzado. |
| **Eliminación de Beneficio Mínimo** | Se eliminará el beneficio mínimo mensual de $ 400 para miembros contratados antes del 1 de agosto de 2014 para miembros que se retiren a partir de la Fecha de Bloqueo. |
| **Eliminación de Adquisición de Servicios** | Los miembros activos contratados antes del 1 de agosto de 2014, con derecho a servicio antes de su contratación han tenido la opción de elegir la adquisición de servicios en el SRM. Esto se logró mediante la transferencia de activos o mediante contribuciones pagaderas por el miembro. Esta disposición eliminará futuras adquisiciones de servicios a partir de la Fecha de Bloqueo. |
| **Eliminación de Beneficios por Discapacidad Mejorados** | Los miembros activos contratados antes del 1 de agosto de 2014 que rescindan el contrato de empleado debido a discapacidad han podido recibir un beneficio mensual inmediato igual al beneficio devengado sin reducciones de 1.8 % de la Compensación Promedio por año de Servicio Acreditable. Los ceses de actividad laboral por discapacidad a partir del 1 de enero de 2020 tendrán derecho a los mismos beneficios que otros participantes con cese de actividad laboral (es decir, beneficios de retiro diferidos sin mejora). |
| **Suspensión de Beneficios** | Se suspenderán los beneficios de los pensionados del SRM que reciben beneficios de pensión que regresan al Departamento de Educación o una escuela subsidiada como maestro durante su reinserción laboral. |
| **Transferencia de Contribución Definida de Planes Anteriores** | Después de la Fecha de Bloqueo, las nuevas contrataciones activas con beneficios de pensión con derecho a traspaso de un empleador anterior tendrá derecho a transferir esos montos a su cuenta de CD ya sea como una única transferencia al registrarse en el plan o mediante compensación diferida de elección inicial mediante nómina, sujeto a prestaciones impositivas. |

| Disposiciones más detalladas de las Modificaciones | |
|---|---|
| **Implicaciones específicas de la Edad de Elegibilidad para Retiro si es contratado antes** | A.     Los miembros que cumplen con las siguientes combinaciones de edad y servicio antes del 1 de enero de 2020 seguirán teniendo derecho a retirarse en cualquier momento:<br><br>a.     Al menos 60 años de edad con al menos diez (10) años de Servicio Acreditable |

| Disposiciones más detalladas de las Modificaciones | |
|---|---|
| del 1 de agosto de 2014 | b. Al menos 47 años de edad con al menos veinticinco (25) años de Servicio Acreditable<br><br>B. Los miembros que no tienen derecho a retirarse al 1 de enero de 2020, tendrán derecho a retirarse al cumplir diez (10) años de Servicio Acreditable y alcanzar 63 años de edad. |
| Implicaciones específicas del Beneficio de Retiro si es contratado antes del 1 de agosto de 2014 | **Retiros posteriores al 31 de diciembre de 2019:**<br><br>Los beneficios mínimos ya no aplicarán para futuros pensionados.<br><br>El bloqueo también elimina el pago acelerado de beneficios por discapacidades futuras y la capacidad de adquirir servicio adicional.<br><br>A. Si un miembro tiene al menos 50 años de edad y ha alcanzado al menos treinta (30) años de Servicio Acreditable al 1 de enero de 2020, el beneficio acumulado es igual al setenta y cinco (75 %) de la Compensación Promedio al 31 de diciembre de 2019.<br><br>B. Si un miembro tiene menos de 50 años de edad y ha alcanzado al menos treinta (30) años de Servicio Acreditable al 1 de enero de 2020, el beneficio acumulado es igual al sesenta y cinco (65 %) de la Compensación Promedio al 31 de diciembre de 2019.<br><br>C. Si un miembro tiene al menos 50 años de edad al 1 de enero de 2020 y no alcanza al menos treinta (30) años de Servicio Acreditable al 1 de enero de 2020, el beneficio acumulado es igual al 1.8 por ciento de la Compensación Promedio al 31 de diciembre de 2019 multiplicado por los años de Servicio Acreditable al 31 de diciembre de 2019.<br><br>D. Si un miembro tiene menos al 50 años de edad al 1 de enero de 2020 y no alcanza al menos treinta (30) años de Servicio Acreditable al 1 de enero de 2020, el beneficio acumulado es igual al noventa y cinco (95 %) del 1.8 por ciento de la Compensación Promedio al 31 de diciembre de 2019 multiplicado por los años de Servicio Acreditable al 31 de diciembre de 2019. |
| Implicaciones si es contratado a partir del 1 de agosto de 2014 | No se realizarán cambios a la Elegibilidad de Retiro para miembros contratados a partir del 1 de agosto de 2014. La Elegibilidad de Retiro sigue siendo 62 años de edad con al menos cinco (5) años de Servicio Acreditable.<br><br>El Beneficio de Retiro se basará en el valor de la Cuenta de Contribución Definida a la Fecha de Bloqueo. |

| Disposiciones más detalladas de las Modificaciones | |
|---|---|
| | A.     Si el valor de la Cuenta es menor a $ 10,000, será pagadera a tanto alzado.<br><br>B.     Si el valor de la Cuenta es de $ 10,000 o más, la Cuenta se convierte en una anualidad mensual pagadera durante la vida del miembro. |

| Disposiciones varias | |
|---|---|
| **Seguro Social** | La Junta de Supervisión y el Gobierno tomaran las medidas necesarias para asegurar que todos los miembros contratados después de la Fecha de Bloqueo y todos los maestros menores a 45 años de edad a la Fecha de Bloqueo estén inscritos en el Seguro Social de manera obligatoria y todos los maestros de 45 años de edad o mayores pueden elegir si inscribirse en el Seguro Social de manera voluntaria y tal inscripción en el Seguro Social para tales miembros entrará en vigor antes de la Fecha de Bloqueo. La inscripción en el Seguro Social se define como el envío de los impuestos de nómina de Seguro Social del empleador y el empleado de tal forma que se informan y acreditan ante el Seguro Social. La AFT, AMPR y AMPR-LS tomarán las medidas necesarias para dar apoyo a los esfuerzos del ELA y sus agentes para inscribir en el Seguro Social dentro de los sesenta (60) días posteriores a la Fecha de Entrada en Vigor a todo miembro que no tenga derecho a devengar créditos de Seguro Social, siempre que los que tengan 45 o más años de edad elijan inscribirse. |
| **Ley 160** | Para evitar dudas, cualquier contribución realizada a las cuentas de la Ley 160 no estará sujeta a ninguna reducción de beneficio de pensión. |

# ANEXO H.

TÉRMINOS DEL RESUMEN DEL CONTRATO DE NEGOCIACIÓN COLECTIVA DE AFCSME

# MODIFICACIONES A LOS CONTRATOS DE NEGOCIACIÓN COLECTIVA DE AFCSME

Lo que sigue es un resumen de modificaciones acordadas a los contratos de negociación colectiva (en su conjunto los «contratos de negociación colectiva de AFSCME») entre AFSCME y el ELA. Las disposiciones de los contratos de negociación colectiva de AFSCME existentes que no estén en conflicto con los términos y condiciones establecidos a continuación se mantendrán iguales y en pleno vigor en los nuevos contratos de negociación colectiva de AFSCME. Solo aquellos contratos de negociación colectiva de AFSCME enumerados a continuación se modificarán en este momento.

| Definiciones | |
|---|---|
| **Administración** | La gestión de la división (agencia/agrupamiento) a la que se asigna el empleado. |
| **Departamento** | La división (agencia/agrupamiento) a la que se asigna el empleado. |
| **Empresas Asociadas a Sindicatos** | ▪ Junta de Libertad Condicional y Local 3584 / Sindicato de Servidores Públicos<br>▪ Departamento de Asuntos del Consumidor y Local 3986 / Sindicato de Servidores Públicos<br>▪ Departamento de Corrección y Rehabilitación y Local 3500-Unidad B Funcionarios de Custodia (ACU) / Sindicato de Servidores Públicos<br>▪ Departamento de Corrección y Rehabilitación / Administración de Instituciones Juveniles y Local 3559 (ACU) / Sindicato de Servidores Públicos<br>▪ Departamento de Educación y Local 3840 que cubre solo a empleados dentro de la jurisdicción de AFSCME de PASO<br>▪ Departamento de Recursos Naturales y Ambientales y Local 2082-Unidad A / Sindicato de Servidores Públicos<br>▪ Departamento de Recursos Naturales y Ambientales y Local 3647 (Cuerpo de Vigilantes) / Sindicato de Servidores Públicos<br>▪ Departamento de Transportación y Obras Públicas y Local 3889 / Sindicato de Servidores Públicos<br>▪ Departamento del Trabajo y Recursos Humanos / Administración de Rehabilitación Vocacional y Local 3251 / Sindicato de Servidores Públicos<br>▪ Departamento de la Familia y Local 3227-Unidad A / Sindicato de Servidores Públicos<br>▪ Departamento de la Familia y Local 3234-Unidad B (UPETEC) / Sindicato de Servidores Públicos<br>▪ Instituto de Ciencias Forenses y Local 2099 / Sindicato de Servidores Públicos<br>▪ Departamento de Corrección y Rehabilitación / Programa de Servicios con Antelación al Juicio y Local 3573 (ACU) / Sindicato de Servidores Públicos<br>▪ Negociado de Transporte y otros Servicios Públicos y Local 3897 / Sindicato de Servidores Públicos |

| Tiempo | |
|---|---|
| **Plazos** | Contratos de negociación colectiva a cinco (5) años en vigor a partir del 1 de julio de 2019. |

| Implementación | El Plan. |
|---|---|

| **Disposiciones más detalladas de la propuesta** |
|---|

| **Ceses de actividad laboral/ Despidos** | **Sección 1** Para evitar el despido involuntario de personal y para darle al personal notificación adecuada de reasignaciones y traslados, el Sindicato y la Junta de Supervisión acuerdan tratar la modificación del reglamento que implementa la Ley 8-2017 con el Gobierno.<br><br>**Sección 2** En el caso de que la Administración necesite realizar reducciones de personal (despidos) para cumplir las disposiciones del Plan Fiscal aprobado, las partes acuerdan lo siguiente:<br><br>A.    **Suspensión Temporal.** El inicio inmediato del plan de despidos supondrá la suspensión automática de cualquier cláusula, regla y/o disposición aplicable a empleados y/o cargos incluidos en el presente acuerdo, incluidos en leyes, contratos de negociación colectiva, acuerdos, acuerdos complementarios, políticas, guías de empleo, circulares, cartas de contrato, certificaciones, reglamentos, normas y condiciones de empleo, cartas regulatorias, planes de clasificación y/o planes de retribución que estén en conflicto con el presente Artículo.<br><br>La suspensión de las cláusulas y disposiciones dispuestas en el presente será por un período de cinco (5) años y la Administración puede reducir este período después de que la Junta de Supervisión certifique el cumplimiento de los objetivos del Plan Fiscal de la Administración y/o el Departamento.<br><br>B.    **Reasignación y Traslado.** La Administración puede implementar cualquier reasignación de cargos y traslado de personal cuando así lo requieran sus intereses presupuestarios para evitar despidos. Si las reasignaciones y/o traslados son necesarias y viables conforme al presupuesto, la Administración reasignará/trasladará al o a los voluntarios más capacitados que de otra forma estarían sujetos a despido. Si no hay voluntarios capacitados suficientes, se reasignará/trasladará el empleado calificado de mayor antigüedad de forma involuntaria. Un empleado que se traslada de manera involuntaria debido a que su cargo es eliminado, puede pedir el cargo que tuvo anteriormente, si la Administración lo vuelve a crear en el plazo de dos (2) años después del traslado. El empleado debe realizar la solicitud correspondiente a la División de Recursos Humanos. La antigüedad será el criterio determinante en la medida que el cargo sea solicitado por más de un empleado trasladado. La presente disposición establecerá el orden de la reasignación, traslado y movilidad voluntaria e involuntaria, pero esto no se interpretará como una limitación al derecho de la Administración de implementar planes de movilidad conforme a la Ley 8-2017.<br><br>C.    **Despidos.**<br><br>a.    En virtud del estado de emergencia fiscal, la escasez de recursos fiscales, la gravedad de los problemas que la Administración enfrenta y la urgencia de rectificar los problemas fiscales, se exime de medidas exhaustivas tal como la re-capacitación |

de empleados, el disfrute de vacaciones acumuladas, el disfrute de licencia no gozada, una reducción de carga horaria o baja de categoría, antes de implementar los despidos.

b.      La Administración notificará en primer lugar el despido a todos los empleados de la unidad correspondiente que a la fecha de entrada en vigor del presente Acuerdo tengan una designación temporal o irregular, para que no sea necesario respetar, con respecto a estos empleados, el criterio de antigüedad. La notificación se realizará mediante entrega en mano o correo certificado, con acuse de recibo, al domicilio que figura en los expedientes de la Administración.

c.      Los despidos de empleados con designación permanente o sin sujeción a plazo se realizarán conforme exclusivamente al criterio de antigüedad por clasificación ocupacional afectada por el despido y acorde con la necesidad de asegurar la continuidad y calidad de los servicios de la Administración, por lo que aquellos con menor antigüedad en cada clasificación ocupacional afectada serán los primeros en ser despedidos.

d.      Para determinar la antigüedad de los empleados afectados, se considerarán todos los servicios proporcionados por los empleados afectados en el servicio público, independientemente de las disposiciones de los contratos de negociación colectiva, reglamentos, circulares y otros documentos normativos.

e.      La Administración notificará los despidos con al menos treinta (30) días corridos de anticipación a la fecha de entrada en vigor, mediante comunicación por escrito dirigida al empleado y al Sindicato, que indique la fecha de entrada en vigor de este.

f.      El empleado afectado y el Sindicato pueden solicitar una revisión a la determinación final realizada por la Administración, solo en cuanto a su antigüedad y la clasificación ocupacional, dentro de un período no mayor a treinta (30) días corridos desde la recepción de la notificación de la Administración.

| | |
|---|---|
| **Plan de Asistencia Sanitaria / Servicios Médicos** | **Sección 1** La Administración cubrirá el coto de la Cobertura Básica, igual a $ 170.00 por mes o tal monto mayor que la Administración pueda autorizar legalmente, lo que incluye servicios de farmacia, y todos los empleados, independientemente de su estado civil o relación tendrán derecho a esta contribución. La Administración reconocerá una única contribución patronal por empleado. |
| | **Sección 2** Los empleados han optado sindicarse y tendrán derecho a que un representante exclusivo negocie en su nombre en cuanto a todos los asuntos respecto a los beneficios de salud y la contratación de un plan médico. El representante exclusivo designará un Comité de Evaluación de Planes Médicos para representar los diferentes sectores e intereses de los miembros. Tal comité será responsable de analizar y evaluar todos los planes médicos que existen en el mercado para seleccionar |

aquellos que ofrecen las primas menores y más razonables, la mejor cobertura y beneficios de servicios de salud y la mejor cobertura de medicamentos.

**Sección 3** El representante exclusivo convocará a los miembros a Asamblea en la que presentará los planes médicos seleccionados por el Comité para que la Asamblea, mediante voto expreso de la mayoría que constituye quórum a tales efectos, seleccione el plan médico que más se ajuste a sus necesidades. Una vez que se haya seleccionado el plan médico en una Asamblea legalmente convocada, será obligatorio para todos los miembros representado por tal representante exclusivo, salvo según dispone la Ley 95-1963 y sus modificaciones.

| **Feriados** | **Sección 1** Los feriados incluyen las veinticuatro (24) horas, después de la medianoche, del día calendario en cuestión. |

**Sección 2** La Administración reconoce que los días enumerados a continuación serán feriados pagos para empleados cubiertos por los contratos de negociación colectiva de AFSCME; disponiéndose, sin embargo, que la Administración tendrá el derecho de asignar trabajo a los miembros de la Unidad Correspondiente en cualquiera de estos, cuando se necesiten sus servicios. El tiempo trabajado se compensará multiplicando por una vez y media (1½) el tiempo trabajado. Los años en que haya elecciones generales, el Día de las Elecciones se considerará incluido entre los feriados enumerados a continuación.

|     | **Fecha** | **Feriado** |
| --- | --- | --- |
| 1 | 1 de enero | Año Nuevo |
| 2 | 6 de enero | Día de los Reyes Magos |
| 3 | Tercer lunes de enero | Día de Martin Luther King |
| 4 | Tercer lunes de febrero | Día de los Presidentes / George Washington |
| 5 | 2 de marzo | Día de la Ciudadanía Americana |
| 6 | 22 de marzo | Día de la Abolición de la Esclavitud |
| 7 | Variable | Viernes Santo |
| 8 | Último lunes de mayo | Día de los Caídos |
| 9 | 4 de julio | Día de la Independencia |
| 10 | Primer lunes de setiembre | Día de los Trabajadores |
| 11 | 12 de octubre | Día de la Raza (Descubrimiento de América) |
| 12 | 11 de noviembre | Día del Veterano |
| 13 | 19 de noviembre | Descubrimiento de Puerto Rico |
| 14 | Cuarto jueves de noviembre | Día de Acción de Gracias |
| 15 | 25 de diciembre | Navidad |

| Disposiciones más detalladas de la propuesta | |
|---|---|
| | **Sección 3** La Administración reconoce que los feriados que caen en domingo se celebrarán el día siguiente y los feriados que caen en sábado se celebrarán el día hábil anterior.

**Sección 4** Las jornadas o medias jornadas que por proclama del Gobernador de Puerto Rico o el Presidente de los Estados Unidos se declaren feriados a respetar en Puerto Rico también se considerarán feriados pagos y se incluirán en la lista que precede, siempre que no se descuenten de la licencia ordinaria. |
| **Licencia por enfermedad** | **Sección 1** Todos los miembros de la Unidad Correspondiente cubiertos por los contratos de negociación colectiva de AFSCME contratados antes del 4 de febrero de 2017 tendrán derecho a generar licencia por enfermedad a razón de un día y medio (1½) por cada mes de servicio. Los miembros contratados a partir del 4 de febrero de 2017 generarán licencia a razón de un día (1) por cada mes de servicio.

**Sección 2** La licencia por enfermedad se acumulará hasta un máximo de noventa (90) días hábiles al final de cada año calendario. La acumulación comenzará una vez que el empleado haya prestado servicios durante un período de tres (3) meses y será efectiva de manera retroactiva hasta la fecha en que el empleado comenzó su servicio público.

**Sección 3** Los días de licencia por enfermedad generados no gozados no se saldarán de ninguna manera.

**Sección 4** La licencia por enfermedad se utilizará:

A.      Cuando el empleado está enfermo, incapacitado física o mentalmente, o expuesto a una enfermedad contagiosa que requiere su ausencia de la oficina para proteger su saludo o la de otros.

B.      Un máximo de cinco (5) días al año se pueden usar también para lo siguiente, siempre que el empleado haya generado un saldo mínimo de doce (12) días:

a.      El cuidado de sus hijos enfermos.

b.      El control de personas enfermas mayores o discapacitadas dentro de su núcleo familiar, hasta el cuarto grado de consanguinidad, el segundo de afinidad, personas que viven dentro de la misma casa, personas de los cuales el empleado tenga custodia legal o curatela.

c.      Primera comparecencia de cualquier demandante, víctima o denunciante ante el Departamento, Agencia, Sociedad o Dependencia Pública del Estado Libre Asociado de Puerto Rico en asuntos relacionados con pensiones alimenticias, |

violencia doméstica, acoso sexual en el trabajo o discriminación por razones de género.

C.      El empleado deberá presentar pruebas emitidas por la autoridad competente que reconozca tal comparecencia.

D.      Para los efectos de la presente Sección, se aplicarán las siguientes definiciones:

a.      «Persona mayor»: una persona de sesenta (60) años o más.

b.      «Persona con discapacidades»: cualquier persona con una discapacidad física, mental o sensorial que limita sustancialmente una (1) o más actividades de su vida.

**Sección 5** Solo en casos de ausencias por enfermedad mayores a tres (3) días consecutivos deberá el empleado presentar un certificado médico que justifique tal ausencia. Sin perjuicio de esto, el empleado o cualquiera de sus familiares debe notificar a su supervisor inmediato de su ausencia. Esto aplicará o se interpretará de manera coherente con la Ley sobre Estadounidenses con Discapacidades, mejor conocida como ADA (por sus siglas en inglés), la Ley de Licencia Familiar y Médica de 1993 o cualquier otra ley aplicable.

**Sección 6** En el caso en que un empleado agote su licencia por enfermedad y continúe enfermo, podrá usar la licencia que haya generado, conforme a las disposiciones del presente Contrato Colectivo.

**Sección 7** La contabilización de licencia por enfermedad se realizará en base al trabajo diario del día laboral asignado al empleado, entendiéndose que no se contabilizarán días libres en los casos en que el empleado trabaja turnos rotativos o en feriados.

**Sección 8** Cuando un miembro de la Unidad Correspondiente cubierto por los contratos de negociación colectiva de AFSCME esté en uso de su licencia por enfermedad, tendrá derecho a generar licencia por enfermedad y regular durante el tiempo en que goce de su licencia por enfermedad, siempre que se reintegre a sus funciones al culminar tal goce.

**Sección 9** La Administración podrá adelantar licencia por enfermedad hasta un máximo de dieciocho (18) días hábiles a cualquier miembro de la Unidad Correspondiente cubierto por estos contratos de negociación colectiva que la soliciten al presentar justificación apropiada. Estos deben haber trabajado para la Administración por un (1) año o más. La licencia adelantada solo podrá otorgarse una vez que se hayan agotado las licencias por enfermedad y regular generadas.

**Sección 10**

A.      **Licencia para padres con niños con discapacidades mentales y/o físicas.** A fin de protegerse como agencia ejemplar en el trato de personas con discapacidades, la Administración autorizará como licencia oficial un (1) día por mesa a padres de

niños con discapacidades para que puedan llevar a sus hijos a citas médicas y tratamientos. Los padres deberán notificar la fecha de la cita o tratamiento tan pronto la sepan y a su vez deberán proporcionar un certificado del proveedor de servicios de salud y/o terapéuticos del menor que oficialmente lo clasifique como una persona con discapacidades.

También deberán presentar un certificado médico que pruebe que el empleado acompañó a su hijo a la cita o tratamiento médico. En el caso en que ambos padres o tutores sean miembros de la Unidad Correspondiente, la licencia será compartida por ambos en la forma que prefieran.

B.      **Licencia para Personas Mayores.** Del mismo modo, la Administración autorizará que este mismo día se puede usar para citas médicas y tratamientos para Personas Mayores. La persona a cargo deberá notificar la fecha de la cita o tratamiento tan pronto la sepa. El empleado a su vez deberá proporcionar un certificado de nacimiento de la persona mayor que compruebe que tiene sesenta (60) años o más. Deben cumplir las disposiciones de la Sección 11.

**Sección 11** La Administración autorizará al padre o madre del niño a quedarse con ellos cuando se encuentren hospitalizados. El padre o madre debe presentar pruebas de las hospitalización y la duración de la hospitalización. La Administración autorizará que los días que el empleado se tome para cuidar de su hijo enfermo se descuenten de su licencia por enfermedad. Un empleado que solicite licencia deberá haber generado un saldo de licencia por enfermedad de quince (15) o más días.

| | |
|---|---|
| **Licencia vacacional** | **Sección 1** Todos los miembros de la Unidad Correspondiente cubiertos por los contratos de negociación colectiva de AFSCME tendrán derecho a generar licencia vacacional a razón de un día y un cuarto (1¼) por cada mes de servicio. Los empleados con horas de trabajo regulares reducidas o a medio tiempo acumularán licencia vacacional de manera proporcional a la cantidad de horas que generalmente proporcionan servicios. La acumulación comenzará una vez que el empleado haya prestado servicios durante un período de tres (3) meses y será efectivo de manera retroactiva hasta la fecha en que el empleado comenzó su servicio público. |

**Sección 2** La licencia vacacional se acumulará hasta un máximo de sesenta (60) días hábiles al final de cada año calendario.

**Sección 3** Todos los empleados tendrán derecho a disfrutar de su licencia vacacional generada durante un período de quince (15) días hábiles durante cada año calendario, de los cuales no menos de diez (10) días serán consecutivos. Por acuerdo entre el Director y/o Supervisor y el empleado, se le pueden otorgar períodos menores a diez (10) días hábiles de vacaciones, pero nunca menores a cinco (5) días.

Los empleados que, debido a necesitarse sus servicios y a solicitud de la Administración, no puedan gozar de su licencia vacacional durante un año calendario en particular, estarán exentos de la presente disposición. En este caso, el Departamento

deberá realizar los ajuste necesarios para que el empleado pueda gozar al menos licencia generada que exceda el límite de sesenta (60) días en la fecha más pronta posible dentro de los tres (3) primeros meses del siguiente año calendario.

**Sección 4** El goce de la licencia vacacional regular no se interrumpirá ni reprogramará para ningún miembro de la Unidad Correspondiente cubierto por estos contratos de negociación colectiva. Las únicas excepciones son emergencias claras e inevitables con respecto a la necesidad de servicios. La Administración deberá reponer el tiempo usado por el empleado.

**Sección 5** La Administración formulará un Plan Vacacional cada año calendario, conforme a las necesidades de servicio y coordinado con los empleados de la Unidad Correspondiente cubiertos por este contrato colectivo y sus supervisores correspondientes, que establezca el o los períodos en los que cada empleado gozará de sus vacaciones. El Plan deberá establecerse al 31 de diciembre de cada año para que entre en vigor el primero (1) de enero de cada año. Ambas partes acuerdan dar cumplimiento al Plan. Mediante acuerdo entre el Director y/o Supervisor y el empleado, este podrá disfrutar de un máximo de dos (2) períodos vacacionales por año calendario.

**Sección 6** La Administración formulará y administrará el Plan Vacacional unificando las observaciones, recomendaciones y preferencias de los empleados con las necesidades de servicio para que estos no pierdan su licencia vacacional al final del año calendario y gocen de su licencia vacacional regular anualmente sin que afecte el servicio.

Si existe un conflicto entre dos (2) o más empleados en cuanto a la fecha en la que tomar sus vacaciones, el Director y/o Supervisor determinará, conforme a la necesidad de servicio, qué empleado tomará su licencia primero. En caso en que el conflicto es que ambos eligieron la misma fecha y no pueden tomar licencia al mismo tiempo, el empleado con mayor antigüedad será quien tome su licencia primero y posteriormente se alternará.

**Sección 7** La Administración informará el saldo de licencia vacacional generada a todos los miembros de la Unidad Correspondiente cubierta por estos contratos de negociación colectiva un total de tres (3) veces al año. En caso de cualquier error de cálculo, la información podrá corregirse por iniciativa de cualquiera de las Partes. Cualquier solicitud de revisión por parte del empleado deberá realizarse por escrito dentro de los quince (15) días hábiles anteriores ante el Director de la División de Recursos Humanos de la Administración. El Director tendrá quince (15) días hábiles para responder a la solicitud. Si el empleado no queda satisfecho, puede usar el Procedimiento de Recursos y Reclamos establecido en este Contrato Colectivo.

**Sección 8** La Administración evaluará, si se lo solicita el empleado, el otorgamiento de licencia regular mayor a quince (15) días por año calendario y hasta un máximo de cincuenta (50) días en cualquier año calendario a aquellos empleados que hayan

acumulado licencia. El empleado deberá mantener un mínimo de cinco (5) días de licencia vacacional regular. Al otorgar tal licencia, la Administración considerará las necesidades del servicio y cualquier otro factor establecido por la ley aplicable.

**Sección 9** Cuando un miembro de la Unidad Correspondiente cubierto por los contratos de negociación colectiva esté en uso de su licencia regular, tendrá derecho a generar licencia por enfermedad y regular durante el tiempo en que goce de su licencia regular, siempre que se reintegre a sus funciones al culminar tal goce.

**Sección 10** Debido a circunstancias especiales, la Administración puede adelantar licencia regular a cualquier miembro de la Unidad Correspondiente cubierta por los contratos de negociación colectiva que lo solicite y haya trabajado para la Administración por más de un (1) año, hasta un máximo de quince (15) días hábiles, siempre que el empleado vuelva al servicio. La Administración evaluará tal solicitud conforme a las necesidades de servicio.

**Sección 11** Cualquier empleado al que se le haya otorgado licencia vacacional adelantada y se aparte del servicio, de manera voluntaria o involuntaria, antes de prestar los servicios durante el período necesario para generar la cantidad total de licencia adelantada no generada otorgada, tendrá que reembolsar al Gobierno de Puerto Rico cualquier monto que se le haya pagado por tal licencia adelantada.

**Sección 12** A elección del miembro de la Unidad Correspondiente cubierta por contratos de negociación colectiva, el pago de vacaciones programadas regulares será efectivo antes de comenzar su goce. Dichas solicitudes deben realizarse cuarenta y cinco (45) días corridos antes de la fecha de comienzo de las vacaciones.

**Sección 13** En aquellos casos en los cuales el Gobernador de Puerto Rico emita una proclama u orden administrativa que otorgue licencia oficial sin descontar vacaciones, esta será aplicable a todos los miembros de la Unidad Correspondiente cubierta por contratos de negociación colectiva que estén haciendo uso de licencia regular. Cuando el empleado esté gozando de su licencia vacacional regular, el período de sus vacaciones se extenderá según la licencia oficial otorgada.

**Sección 14** Cualquier miembro de la Unidad Correspondiente cubierta por contratos de negociación colectiva que se enferme durante su licencia regular puede solicitar que el período de enfermedad se descuente de su licencia por enfermedad generada. El empleado debe certificar su enfermedad al tiempo de realizar la solicitud.

**Sección 15** Los miembros de la Unidad Correspondiente cubierta por contratos de negociación colectiva tendrán derecho a autorizar a la Administración a que ceda cinco (5) días por mes de su licencia vacacional acumulada a favor de otros empleados de la agencia. Será de acuerdo con las disposiciones establecidas por la Ley núm. 44 del 22 de mayo de 1996 y sus modificaciones, conocida como «Ley de Cesión de Licencia por Vacaciones».

| | |
|---|---|
| **Disposiciones más detalladas de la propuesta** | |
| **Terminología adicional para Licencia por Enfermedad, Vacaciones y Feriados** | **Sección 1** Para evitar dudas, en la medida en que existan incongruencias entre el presente Acuerdo y las disposiciones de la Ley 26-2017 en cuanto a Feriados, Licencia por enfermedad, Licencia vacacional y otras Licencias, las disposiciones de la Ley 26 según se promulgaron en 2017 serán aplicables a la duración del presente Acuerdo. Las modificaciones a la Ley 26-2017 para mejorar beneficios en cuanto a Feriados, Licencia por enfermedad, Licencia vacacional y otras Licencias se incorporarán al presente Acuerdo si el Gobierno las adopta legalmente. |
| **Bonificaciones** | **Sección 1** En la medida en que las bonificaciones no se proporcionen de otro modo en contratos de negociación colectiva se proporcionen legalmente para empleados del ELA en situación similar, se proporcionarán los términos económicos que sean más beneficios a los empleados de la unidad de negociaciones de AFSCME/SPU. |
| **Representación Institucional** | **Sección 1** La Administración dispondrá la designación de una junta de representación de la fuerza laboral Sindicato que consiste en cuatro (4) miembros que sean personas físicas, designadas por el Sindicato para que representen a la fuerza laboral.<br><br>**Sección 2** Los miembros pueden designarse durante plazos de doce (12) meses y el Sindicato puede volver a designarlos.<br><br>**Sección 3** Los miembros se reunirán con los representantes de la Junta de Supervisión anualmente para discutir y compartir perspectivas sobre el plan fiscal y el presupuesto del ELA.<br><br>**Sección 4** Las reuniones anuales con representantes de la Junta de Supervisión se dispondrán a los miembros al permitir que los miembros asistan otorgándoles medio día de licencia remunerada, además de su licencia vacacional normal. |
| **Totalidad del Acuerdo** | **Sección 1** Las disposiciones del presente pliego de términos, junto con los contratos de negociación colectiva más recientes, constituirán los contratos de negociación colectiva a partir del 1 de julio de 2019; <u>disponiéndose, sin embargo,</u> que regirán las disposiciones del presente pliego de términos si existe algún conflicto con los contratos de negociación colectiva más recientes. Durante la duración del Acuerdo, no se realizarán cambios al salario base, otras compensaciones, licencias, feriados o beneficios sin conformidad expresa del Sindicato. Además, no se implementará ningún otro cambio incongruente con los términos del pliego de términos sin conformidad expresa del Sindicato. Nada de lo comprendido en el presente Acuerdo se interpretará de tal forma que impida que los empleados representados por el Sindicato reciban cualquier beneficio que se otorga legalmente por el Gobernador o la Administración a otros empleados del Gobierno. |
| **Deducción de Cuotas, Cargos** | **Sección 1** Durante el término de estos acuerdos y durante cualquier extensión de estos, el Departamento deducirá del salario de cada empleado de la unidad de negociación que autorice una deducción a la nómina de pagos o cuotas sindicales de la forma |

prevista por el sindicato las cuotas regulares que el Sindicato certifique conforme a sus reglamentos y las disposiciones aplicables de la Ley 45 y sus modificaciones. El Sindicato informará el monto de las cuotas al Departamento. A tales fines, el Departamento notificará al Departamento del Tesoro de los cargos de cuotas a deducir de empleados incluidos en la Unidad Correspondiente dentro de treinta (30) días hábiles a partir de la fecha en que el Sindicato informa al Departamento el monto a deducir.

**Sección 2** El Departamento enviará mensualmente una copia al Sindicato de la lista proporcionada por el Departamento del Tesoro, con los nombres de cada empleado incluido en la Unidad Correspondiente con el número de Seguro Social y el monto deducido por los cargos de cuotas.

**Sección 3** El Departamento informará a los nuevos empleados del derecho conferido por la Ley núm. 45 y sus modificaciones al momento se asigne a un cargo incluido en la Unidad Correspondiente y le proporcionará al sindicato la oportunidad de conocer a los nuevos empleados o, a elección del sindicato, con un documento de bienvenida preparado por el Sindicato que explica los derechos de los miembros del sindicato según la Ley 45 del 25 de febrero de 1988 y sus modificaciones. La Administración no disuadirá a los empleados de unirse al sindicato.

**Sección 4** El Departamento tendrá quince (15) días hábiles para informar al Sindicato por escrito el nombre, número de Seguro Social, cargo, fecha de contratación y sueldo de los nuevos empleados que vienen a ocupar cargos incluidos en la Unidad Correspondiente.

**Sección 5** La autorización a deducir cuotas de membresía está en vigor y es irrevocable conforme a los términos establecidos en la autorización del empleado, pero se debe permitir a los empleados que rescindan su autorización antes de la renovación al menos anualmente.

**Sección 6** En el caso de que el Sindicato deje de ser el representante exclusivo de la Unidad Correspondiente, las deducciones retenidas de empleados por cuotas se detendrán de inmediato en la fecha en que el Sindicato ya no sea el representante exclusivo.

**Sección 7** El Departamento resumirá la deducción de cuotas para los empleados cuyos cargos están incluidos en la Unidad Correspondiente una vez que regresen de su licencia sin goce de sueldo y notificará a la Oficina de Recursos Humanos para que pueda realizar el cambio en la nómina e incluya tal deducción en un período no mayor a treinta (30) días hábiles desde la fecha de regreso del empleado.

**Sección 8** En el caso en que el Sindicato solicite la deducción de cuotas y se determine que las cuotas se establecen y/o deducen ilegalmente, el Sindicato eximirá al Departamento de cualquier responsabilidad y realizará los reembolsos que

| **Disposiciones más detalladas de la propuesta** | |
|---|---|
| | correspondan tan pronto como sea necesario. Si se determina que el error es atribuible al Departamento, el Sindicato solo reembolsará lo que se dedujo de forma errónea y no será responsable por los gastos y tasas incurridos. |

# APÉNDICE I

## TÉRMINOS PROPUESTOS PARA LOS BENEFICIOS DEL SISTEMA DEL SRE

Lo que figura a continuación es un resumen de términos indicativos para el Sistema de Retiro de los Empleados (SRE) del Gobierno de Puerto Rico para:

1.                              miembros del Sistema 2000;

2.                              participantes que participaron exclusivamente del beneficio de la Ley 3, pero no de los niveles de beneficios de la Ley 1 o la Ley 447; y

3.                              Participantes de la Ley 3 que participaron en los niveles de beneficios de la Ley 1 o la Ley 447.

Estos términos no abordan los beneficios obtenidos según la Ley 1 o la Ley 447.

| Definiciones | |
|---|---|
| **Sistema de Pensiones** | El Sistema de Retiro de los Empleados (SRE) del Gobierno de Puerto Rico. |
| **Miembros del Sistema 2000** | En general, aquellos miembros contratados el 1 de enero del 2000 o después de esta fecha y el 30 de junio de 2013 o antes de esta fecha. Además, a los efectos del presente Acuerdo, los empleados contratados el 1 de julio de 2013 o después de esta fecha y el 30 de junio de 2017 o antes de esta fecha se tratarán de la misma manera que los miembros del Sistema 2000. |
| **Tipo de Plan** | Los planes del Sistema 2000 y la Ley 3 son planes de beneficios definidos, híbridos y contributorios. |
| **Fecha de Entrada en Vigor del Plan** | El Sistema de Pensiones fue establecido en 1951 por la Ley 447 para que entrara en vigor el 1 de enero de 1952. El Plan se modificó por última vez en virtud de la Ley 3, aprobada el 4 de abril de 2013. |
| **Elegibilidad para Membresía** | Los miembros del SRE y sus Dependencias incluyen todos los empleados temporales no municipales y regulares a tiempo completo que no contribuyen a otros Sistemas de Retiro (Artículos 1-104 y 1-105). |
| **Contribuciones** | Las Contribuciones a los beneficios del Sistema 2000 y la Ley 3 se realizan exclusivamente a partir de deducciones de la nómina de empleados obligatorias de 8.275 por ciento hasta 2013 y 10 por ciento del pago después de esta fecha (comenzando con la adopción de la Ley 3-2013), sin que se apliquen contribuciones patronales complementarias ni intereses acreditables conforme a los términos de las Leyes. |

| Tiempo | |
|---|---|

| Fecha de entrada en vigor | 1 de julio de 2019. |
|---|---|
| Implementación | Aplicable a los beneficios generados en virtud del Plan el 30 de junio de 2017 o antes de esta fecha. |

| Disposiciones de la propuesta | |
|---|---|
| **Dividir efectivo por adelantado** | Dividir todas las contribuciones del Sistema 2000 del 2000 al 2013 (sin reducción), todas las contribuciones de la Ley 3-2013 de participantes del Sistema 2000 y todas las contribuciones de participantes de la Ley 3 (que no participaron en la Ley 1 ni la Ley 447) hasta 2017 (sin reducción), con interés hasta la Fecha de Petición del ELA. Llevar los saldos a las cuentas de Contribución Definida actualmente establecidas en virtud de la Ley 106-2017. A partir de la Fecha de Entrada en Vigor, los participantes con contribuciones del Sistema 2000 desde el 2000 al 2013 y contribuciones de la Ley 3-2013 hasta el 2017 que no reúnan las condiciones para recibir beneficios en virtud de la Ley 1 y la Ley 447 ya no tendrán derecho a beneficios futuros administrados por el sistema, tal como las disposiciones por muerte o discapacidad, etc.

Los participantes que ya se hayan retirado y convertido sus contribuciones a una anualidad pagada por el sistema no tienen derecho al tratamiento descrito en la presente sección. No recibirán un pago en efectivo y estarán sujetos a la reducción de pensión aplicable a otros pensionados. |
| **Exención de la Fórmula de Reducción** | El pago hasta el valor de las contribuciones acumuladas total (sin reducción), con interés hasta la Fecha de Petición del ELA, no inclusive, para las contribuciones de la Ley 1 y la Ley 447 realizadas en la Ley 3 después del 1 de julio de 2013. Los beneficios de la Ley 1 y la Ley 447 acumulados antes del 1 de julio de 2013 continúan sujetos a la reducción. |

| Disposiciones más detalladas de la Propuesta al 1 de julio de 2015 | | | | |
|---|---|---|---|---|
| | Sistema 2000 | | | |
| | **Miembros activos** | **Miembros retirados** | **Miembros discapacitados** | **Beneficiarios en pago** |
| Conteo | 65,605 | 273 | 72 | 81 |
| Edad promedio | 42.7 | 67.8 | 54.2 | 62.5 |
| Salario Promedio | $ 24,891 | | | |
| Servicio acreditable promedio | 9.5 | | | |
| Beneficio del sistema básico mensual promedio | | $ 758 | $ 853 | $ 997 |
| Beneficio administrado por el sistema mensual promedio | | $ 16 | $ 9 | $ 8 |

**APÉNDICE II**
**TÉRMINOS PROPUESTOS PARA ACUERDO DE USO COMPARTIDO DEL EXCEDENTE DEL PLAN FISCAL AL ALZA**

A continuación figura un resumen de los términos indicativos propuestos para el Acuerdo de Uso Compartido del Excedente del Plan Fiscal al Alza de AFSCME.

| Definiciones | |
|---|---|
| **Acuerdo de Uso Compartido del Excedente del Plan Fiscal** | Acuerdo con Sindicatos y miembros participantes del Sindicato para cada año fiscal del presente Acuerdo para proporcionar participación del Sindicato en el uso compartido de cualquier excedente que supere el Plan Fiscal Certificado en vigor a la fecha de entrada en vigor para el Plan de Ajuste del ELA. |
| **Sindicatos** | AFSCME |
| **Miembros Participantes del Sindicato** | Todos los miembros de sindicatos y empleados en unidades de negociación representadas por sindicatos registrados al comienzo del año fiscal con trabajo continuo y estado activo al momento del pago. |
| **Agente Independiente** | Una empresa de Contabilidad Pública Certificada con licencia para proporcionar servicios de contabilidad. |
| **Base en Efectivo** | El cálculo del excedente del Plan Fiscal utilizará las rentas y gastos registrados como recibidas o pagas. |
| **Fórmula de Excedente en Caja** | Si el Excedente en Caja es menor que cien millones de dólares ($ 100,000,000.00), no se distribuirá monto alguno. Si el Excedente en Caja es igual o mayor que cien millones de dólares ($ 100,000,000.00), se asignará veinticinco (25 %) de tal Excedente en Caja al fondo de Bonificación de Participación al Alza. |

| Tiempo | |
|---|---|
| **Implementación** | A alinearse con la implementación de cambios propuestos a los contratos de negociación colectiva, así como también el acuerdo global con AFSCME, actualmente orientado a la Fecha de Entrada en Vigor. |
| **Medición Anual** | El exceso del Plan Fiscal a calcular en base en Efectivo no posterior al 30 de setiembre de cada año fiscal por parte de un Agente Independiente. |
| **Período de Pago** | **Bonificación por firma:** Pagadero a los participantes representados por el Sindicato a más tardar sesenta (60) días después de la Fecha de Entrada en Vigor del Plan de Ajuste. |

| Tiempo | |
|---|---|
| | **Para las Bonificaciones de Participación al Alza:** Pagadero al 1 de diciembre a los participantes representados por el Sindicato en base a los cálculos del período anterior y completado a la fecha de Medición Anual.<br><br>**Para la tasa de apoyo:** Pagadero al Sindicato a más tardar sesenta (60) días después de la Fecha de Entrada en Vigor del Plan de Ajuste. |

| Disposiciones de la propuesta | |
|---|---|
| **Bonificación por firma (ver Resume de bonificaciones)** | A la Fecha de Entrada en Vigor, una única bonificación por firma de quinientos ($ 500.00) dólares a cada uno de los participantes representados por el Sindicato. |
| **Bonificación de Participación al Alza** | Para el término del contrato de negociación colectiva, si se alcanza o excede la fórmula de Excedente en Caja, se realizará una distribución a todos los participantes representados por el Sindicato y todo otro empleado del ELA elegible designado por la Junta de Supervisión cada año del fondo de Bonificación de Participación al Alza. Todos los beneficiarios de esta Bonificación de Participación al Alza tendrán la opción de asignar cualquier parte de su Bonificación de Participación al Alza a su cuenta de Contribución Definida y cualquier remanente se distribuirá en efectivo. |
| **Tasa de Apoyo** | Un pago único de cinco millones de dólares ($ 5,000,000.00) al Sindicato, a designar para el beneficio de asistencia sanitaria de sus participantes representados, como compensación por sus esfuerzos como negociador principal y firmante del presente Acuerdo. |
| **Tasa Adicional** | Un pago único de cinco millones de dólares ($ 5,000,000.00) al Sindicato, a desembolsar como bonificación en efectivo a sus participantes representados. Por consiguiente, las bonificaciones que los participantes representados por el Sindicato reciben conforme al presente Acuerdo son una bonificación única de $ 1000 (aproximadamente) y una Bonificación de Participación al Alza. Además, en la medida en que los empleados del ELA en situación similar reciban una bonificación, tal como una Bonificación de Navidad, se proporcionarán los términos económicos que sean más beneficios a los empleados de la unidad de negociaciones de AFSCME/SPU. |
| **Pago de Arbitraje pre-Solicitud y Reclamaciones de Recursos** | Cualquier distribución en virtud y conforme al Plan a causa de reclamaciones por montos de daños y perjuicios liquidados que resultan de la disposición de acciones previas a la solicitud presentadas conforme a los procedimientos de arbitraje y recursos que surjan de los contratos de negociación colectiva entre el ELA y la o las filiales de AFSCME en Puerto Rico serán presentadas por el ELA al demandante en |

| | cada caso en la fecha posterior de (i) 30 días después de tal disposición o (ii) 60 días después de la Fecha de Entrada en Vigor del Plan. |
|---|---|

## ANEXO I.

PROGRAMA DE FLUJOS DE ACTIVOS DE NUEVOS BONOS DE OG

| Ejercicio Fiscal (7/1) | Flujos de activos del servicio de la deuda anual exento de impuestos | | | Flujos de activos del servicio de la deuda anual imponible | | | Flujos de activos del servicio de la deuda anual acumulado | | |
|---|---|---|---|---|---|---|---|---|---|
| | Capital | Intereses | Total Servicio de la Deuda | Capital | Intereses | Total Servicio de la Deuda | Capital | Intereses | Total Servicio de la Deuda |
| Total | $ 4,677,855,000 | $ 2,158,588,904 | $ 6,836,443,904 | $ 656,440,000 | $ 796,679,263 | $ 1,453,119,263 | $ 5,334,295,000 | $ 2,955,268,167 | $ 8,289,563,167 |
| 2020 | $ 551,600,000 | $ 89,921,067 | $ 641,521,067 | | $ 15,590,450 | $ 15,590,450 | $ 551,600,000 | $ 105,511,517 | $ 657,111,517 |
| 2021 | 339,720,000 | 238,046,200 | 577,766,200 | | 46,771,350 | 46,771,350 | 339,720,000 | 284,817,550 | 624,537,550 |
| 2022 | 325,360,000 | 218,512,300 | 543,872,300 | | 46,771,350 | 46,771,350 | 325,360,000 | 265,283,650 | 590,643,650 |
| 2023 | 308,835,000 | 199,804,100 | 508,639,100 | | 46,771,350 | 46,771,350 | 308,835,000 | 246,575,450 | 555,410,450 |
| 2024 | 289,945,000 | 182,046,088 | 471,991,088 | | 46,771,350 | 46,771,350 | 289,945,000 | 228,817,438 | 518,762,438 |
| 2025 | 268,500,000 | 165,374,250 | 433,874,250 | | 46,771,350 | 46,771,350 | 268,500,000 | 212,145,600 | 480,645,600 |
| 2026 | 244,300,000 | 149,935,500 | 394,235,500 | | 46,771,350 | 46,771,350 | 244,300,000 | 196,706,850 | 441,006,850 |
| 2027 | 217,125,000 | 135,888,250 | 353,013,250 | | 46,771,350 | 46,771,350 | 217,125,000 | 182,659,600 | 399,784,600 |
| 2028 | 186,730,000 | 123,403,563 | 310,133,563 | | 46,771,350 | 46,771,350 | 186,730,000 | 170,174,913 | 356,904,913 |
| 2029 | 173,065,000 | 112,666,588 | 285,731,588 | | 46,771,350 | 46,771,350 | 173,065,000 | 159,437,938 | 332,502,938 |
| 2030 | 183,020,000 | 102,715,350 | 285,735,350 | | 46,771,350 | 46,771,350 | 183,020,000 | 149,486,700 | 332,506,700 |
| 2031 | 193,995,000 | 91,734,150 | 285,729,150 | | 46,771,350 | 46,771,350 | 193,995,000 | 138,505,500 | 332,500,500 |
| 2032 | 205,640,000 | 80,094,450 | 285,734,450 | | 46,771,350 | 46,771,350 | 205,640,000 | 126,865,800 | 332,505,800 |
| 2033 | 217,980,000 | 67,756,050 | 285,736,050 | | 46,771,350 | 46,771,350 | 217,980,000 | 114,527,400 | 332,507,400 |
| 2034 | 139,575,000 | 54,677,250 | 194,252,250 | $ 91,480,000 | 46,771,350 | 138,251,350 | 231,055,000 | 101,448,600 | 332,503,600 |
| 2035 | 147,430,000 | 46,826,156 | 194,256,156 | 97,995,000 | 40,253,400 | 138,248,400 | 245,425,000 | 87,079,556 | 332,504,556 |
| 2036 | 156,355,000 | 38,533,219 | 194,888,219 | 104,980,000 | 33,271,256 | 138,251,256 | 261,335,000 | 71,804,475 | 333,139,475 |
| 2037 | 165,865,000 | 29,738,250 | 195,603,250 | 112,460,000 | 25,791,431 | 138,251,431 | 278,325,000 | 55,529,681 | 333,854,681 |
| 2038 | 176,010,000 | 20,408,344 | 196,418,344 | 120,470,000 | 17,778,656 | 138,248,656 | 296,480,000 | 38,187,000 | 334,667,000 |
| 2039 | 186,805,000 | 10,507,781 | 197,312,781 | 129,055,000 | 9,195,169 | 138,250,169 | 315,860,000 | 19,702,950 | 335,562,950 |

* Fecha de Emisión Estimada 1/3/20

Sujeto a la Regla Federal de Evidencia 408 y equivalentes en ley estatal / Preliminar y sujeto a revisiones materiales
Preparado a solicitud del Abogado e incluye información privilegiada

| Resumen detallado de Bonos de plazo exentos de impuestos | | | | | | | Flujos de activos del servicio de la deuda anual exento de impuestos | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ejercicio Fiscal (7/1) | Vencimiento | Plazo Vencimiento | Fondo de Amortización Obligatorio | Plazo Capital | Cupón | 1ª Convocatoria Fecha** | Ejercicio Fiscal (7/1) | Capital | Intereses | Total Servicio de la Deuda |
| Total | | | $ 4,677,855,000 | $ 4,677,855,000 | | | | $ 4,677,855,000 | $ 2,158,588,904 | $ 6,836,443,904 |
| 2020 | 01/07/2020 | 2021 | $ 551,600,000 | | 5.750 % | | 2020 | $ 551,600,000 | $ 89,921,067 | $ 641,521,067 |
| 2021 | 01/07/2021 | 2021 | 339,720,000 | $ 891,320,000 | 5.750 % | | 2021 | 339,720,000 | 238,046,200 | 577,766,200 |
| 2022 | 01/07/2022 | 2023 | 325,360,000 | | 5.750 % | | 2022 | 325,360,000 | 218,512,300 | 543,872,300 |
| 2023 | 01/07/2023 | 2023 | 308,835,000 | $ 634,195,000 | 5.750 % | | 2023 | 308,835,000 | 199,804,100 | 508,639,100 |
| 2024 | 01/07/2024 | 2025 | 289,945,000 | | 5.750 % | | 2024 | 289,945,000 | 182,046,088 | 471,991,088 |
| 2025 | 01/07/2025 | 2025 | 268,500,000 | $ 558,445,000 | 5.750 % | | 2025 | 268,500,000 | 165,374,250 | 433,874,250 |
| 2026 | 01/07/2026 | 2027 | 244,300,000 | | 5.750 % | | 2026 | 244,300,000 | 149,935,500 | 394,235,500 |
| 2027 | 01/07/2027 | 2027 | 217,125,000 | $ 461,425,000 | 5.750 % | | 2027 | 217,125,000 | 135,888,250 | 353,013,250 |
| 2028 | 01/07/2028 | 2029 | 186,730,000 | | 5.750 % | | 2028 | 186,730,000 | 123,403,563 | 310,133,563 |
| 2029 | 01/07/2029 | 2029 | 173,065,000 | $ 359,795,000 | 5.750 % | | 2029 | 173,065,000 | 112,666,588 | 285,731,588 |
| 2030 | 01/07/2030 | 2033 | 183,020,000 | | 6.000 % | 01/07/2030 | 2030 | 183,020,000 | 102,715,350 | 285,735,350 |
| 2031 | 01/07/2031 | 2033 | 193,995,000 | | 6.000 % | 01/07/2030 | 2031 | 193,995,000 | 91,734,150 | 285,729,150 |
| 2032 | 01/07/2032 | 2033 | 205,640,000 | | 6.000 % | 01/07/2030 | 2032 | 205,640,000 | 80,094,450 | 285,734,450 |
| 2033 | 01/07/2033 | 2033 | 217,980,000 | $ 800,635,000 | 6.000 % | 01/07/2030 | 2033 | 217,980,000 | 67,756,050 | 285,736,050 |
| 2034 | 01/07/2034 | 2039 | 139,575,000 | | 5.625 % | 01/07/2030 | 2034 | 139,575,000 | 54,677,250 | 194,252,250 |
| 2035 | 01/07/2035 | 2039 | 147,430,000 | | 5.625 % | 01/07/2030 | 2035 | 147,430,000 | 46,826,156 | 194,256,156 |
| 2036 | 01/07/2036 | 2039 | 156,355,000 | | 5.625 % | 01/07/2030 | 2036 | 156,355,000 | 38,533,219 | 194,888,219 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2037 | 01/07/2037 | 2039 | 165,865,000 | | 5.625% | 01/07/2030 | 2037 | 165,865,000 | 29,738,250 | 195,603,250 |
| 2038 | 01/07/2038 | 2039 | 176,010,000 | | 5.625% | 01/07/2030 | 2038 | 176,010,000 | 20,408,344 | 196,418,344 |
| 2039 | 01/07/2039 | 2039 | 186,805,000 | $ 972,040,000 | 5.625% | 01/07/2030 | 2039 | 186,805,000 | 10,507,781 | 197,312,781 |

*Fecha de Emisión Estimada 1/3/20
**Redimible el 1/7/2030 a 103; Redimible el 1/7/2031 a 102; Redimible el 1/7/2032 a 101; Redimible el 1/7/2033 a 100


Sujeto a la Regla Federal de Evidencia 408 y equivalentes en ley estatal / Preliminar y sujeto a revisiones materiales
Preparado a solicitud del Abogado e incluye información privilegiada

| Ejercicio Fiscal (7/1) | Vencimiento | Plazo Vencimiento | Fondo de Amortización Obligatorio | Plazo Capital | Cupón | 1ª Convocatoria Fecha** | Ejercicio Fiscal (7/1) | Capital | Intereses | Total Servicio de la Deuda |
|---|---|---|---|---|---|---|---|---|---|---|
| Total | | | $ 656,440,000 | $ 656,440,000 | | | Total | $ 656,440,000 | $ 796,679,263 | $ 1,453,119,263 |
| 2020 | 01/07/2020 | | | | | | 2020 | | $ 15,590,450 | $ 15,590,450 |
| 2021 | 01/07/2021 | | | | | | 2021 | | 46,771,350 | 46,771,350 |
| 2022 | 01/07/2022 | | | | | | 2022 | | 46,771,350 | 46,771,350 |
| 2023 | 01/07/2023 | | | | | | 2023 | | 46,771,350 | 46,771,350 |
| 2024 | 01/07/2024 | | | | | | 2024 | | 46,771,350 | 46,771,350 |
| 2025 | 01/07/2025 | | | | | | 2025 | | 46,771,350 | 46,771,350 |
| 2026 | 01/07/2026 | | | | | | 2026 | | 46,771,350 | 46,771,350 |
| 2027 | 01/07/2027 | | | | | | 2027 | | 46,771,350 | 46,771,350 |
| 2028 | 01/07/2028 | | | | | | 2028 | | 46,771,350 | 46,771,350 |
| 2029 | 01/07/2029 | | | | | | 2029 | | 46,771,350 | 46,771,350 |
| 2030 | 01/07/2030 | | | | | | 2030 | | 46,771,350 | 46,771,350 |
| 2031 | 01/07/2031 | | | | | | 2031 | | 46,771,350 | 46,771,350 |
| 2032 | 01/07/2032 | | | | | | 2032 | | 46,771,350 | 46,771,350 |
| 2033 | 01/07/2033 | | | | | | 2033 | | 46,771,350 | 46,771,350 |
| 2034 | 01/07/2034 | 2039 | $ 91,480,000 | | 7.125 % | 01/07/2030 | 2034 | $ 91,480,000 | 46,771,350 | 138,251,350 |
| 2035 | 01/07/2035 | 2039 | 97,995,000 | | 7.125 % | 01/07/2030 | 2035 | 97,995,000 | 40,253,400 | 138,248,400 |
| 2036 | 01/07/2036 | 2039 | 104,980,000 | | 7.125 % | 01/07/2030 | 2036 | 104,980,000 | 33,271,256 | 138,251,256 |
| 2037 | 01/07/2037 | 2039 | 112,460,000 | | 7.125 % | 01/07/2030 | 2037 | 112,460,000 | 25,791,431 | 138,251,431 |
| 2038 | 01/07/2038 | 2039 | 120,470,000 | | 7.125 % | 01/07/2030 | 2038 | 120,470,000 | 17,778,656 | 138,248,656 |
| 2039 | 01/07/2039 | 2039 | 129,055,000 | $ 656,440,000 | 7.125 % | 01/07/2030 | 2039 | 129,055,000 | 9,195,169 | 138,250,169 |

Resumen detallado de Bonos de plazo imponibles — Flujos de activos del servicio de la deuda anual imponibles

* Fecha de Emisión Estimada 1/3/20

**Redimible el 1/7/2030 a 103; Redimible el 1/7/2031 a 102; Redimible el 1/7/2032 a 101; Redimible el 1/7/2033 a 100

Sujeto a la Regla Federal de Evidencia 408 y equivalentes en ley estatal / Preliminar y sujeto a revisiones materiales

Preparado a solicitud del Abogado e incluye información privilegiada

**ANEXO J.**

PROGRAMA DE FLUJOS DE ACTIVOS DE LOS BONOS DE GRAVAMEN COFINA SUBORDINADOS (JUNIOR)

| | Flujos de activos del servicio de la deuda anual exento de impuestos | | | Flujos de activos del servicio de la deuda anual imponible | | | Flujos de activos del servicio de la deuda anual acumulado | | |
|---|---|---|---|---|---|---|---|---|---|
| Ejercicio Fiscal (7/1) | Capital | Intereses | Total Servicio de la Deuda | Capital | Intereses | Total Servicio de la Deuda | Capital | Intereses | Total Servicio de la Deuda |
| Total | $ 4,678,290,000 | $ 2,112,115,083 | $ 6,790,405,083 | $ 656,325,000 | $ 683,654,125 | $ 1,339,979,125 | $ 5,334,615,000 | $ 2,795,769,208 | $ 8,130,384,208 |
| 2020 | $ 287,625,000 | $ 76,503,440 | $ 364,128,440 | | $ 13,399,969 | $ 13,399,969 | $ 287,625,000 | $ 89,903,408 | $ 377,528,408 |
| 2021 | 137,300,000 | 215,129,069 | 352,429,069 | | 40,199,906 | 40,199,906 | 137,300,000 | 255,328,975 | 392,628,975 |
| 2022 | 159,870,000 | 208,264,069 | 368,134,069 | | 40,199,906 | 40,199,906 | 159,870,000 | 248,463,975 | 408,333,975 |
| 2023 | 184,200,000 | 200,270,569 | 384,470,569 | | 40,199,906 | 40,199,906 | 184,200,000 | 240,470,475 | 424,670,475 |
| 2024 | 210,395,000 | 191,060,569 | 401,455,569 | | 40,199,906 | 40,199,906 | 210,395,000 | 231,260,475 | 441,655,475 |
| 2025 | 238,580,000 | 180,540,819 | 419,120,819 | | 40,199,906 | 40,199,906 | 238,580,000 | 220,740,725 | 459,320,725 |
| 2026 | 268,885,000 | 168,611,819 | 437,496,819 | | 40,199,906 | 40,199,906 | 268,885,000 | 208,811,725 | 477,696,725 |
| 2027 | 301,435,000 | 155,167,569 | 456,602,569 | | 40,199,906 | 40,199,906 | 301,435,000 | 195,367,475 | 496,802,475 |
| 2028 | 336,380,000 | 140,095,819 | 476,475,819 | | 40,199,906 | 40,199,906 | 336,380,000 | 180,295,725 | 516,675,725 |
| 2029 | 353,680,000 | 123,276,819 | 476,956,819 | | 40,199,906 | 40,199,906 | 353,680,000 | 163,476,725 | 517,156,725 |
| 2030 | 346,490,000 | 105,592,819 | 452,082,819 | | 40,199,906 | 40,199,906 | 346,490,000 | 145,792,725 | 492,282,725 |
| 2031 | 337,065,000 | 89,134,544 | 426,199,544 | | 40,199,906 | 40,199,906 | 337,065,000 | 129,334,450 | 466,399,450 |
| 2032 | 326,170,000 | 73,123,956 | 399,293,956 | | 40,199,906 | 40,199,906 | 326,170,000 | 113,323,863 | 439,493,863 |
| 2033 | 313,680,000 | 57,630,881 | 371,310,881 | | 40,199,906 | 40,199,906 | 313,680,000 | 97,830,788 | 411,510,788 |
| 2034 | 205,680,000 | 42,731,081 | 248,411,081 | $ 93,795,000 | 40,199,906 | 133,994,906 | 299,475,000 | 82,930,988 | 382,405,988 |
| 2035 | 185,435,000 | 32,704,181 | 218,139,181 | 99,540,000 | 34,454,963 | 133,994,963 | 284,975,000 | 67,159,144 | 352,134,144 |
| 2036 | 162,355,000 | 23,664,225 | 186,019,225 | 105,640,000 | 28,358,138 | 133,998,138 | 267,995,000 | 52,022,363 | 320,017,363 |
| 2037 | 136,815,000 | 15,749,419 | 152,564,419 | 112,110,000 | 21,887,688 | 133,997,688 | 248,925,000 | 37,637,106 | 286,562,106 |
| 2038 | 108,635,000 | 9,079,688 | 117,714,688 | 118,975,000 | 15,020,950 | 133,995,950 | 227,610,000 | 24,100,638 | 251,710,638 |
| 2039 | 77,615,000 | 3,783,731 | 81,398,731 | 126,265,000 | 7,733,731 | 133,998,731 | 203,880,000 | 11,517,463 | 215,397,463 |

\* Fecha de Emisión Estimada 1/3/20

Sujeto a la Regla Federal de Evidencia 408 y equivalentes en ley estatal / Preliminar y sujeto a revisiones materiales
Preparado a solicitud del Abogado e incluye información privilegiada

| Ejercicio Fiscal (7/1) | Vencimiento | Plazo Vencimiento | Resumen detallado de Bonos de plazo exentos de impuestos | | | | Ejercicio Fiscal (7/1) | Flujos de activos del servicio de la deuda anual exento de impuestos | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Fondo de Amortización Obligatorio | Plazo Capital | Cupón | 1ª Convocatoria Fecha** | | Capital | Intereses | Total Servicio de la Deuda |
| Total | | | $ 4,678,290,000 | $ 4,678,290,000 | | | | $ 4,678,290,000 | $ 2,112,115,083 | $ 6,790,405,083 |
| 2020 | 01/07/2020 | 2021 | $ 287,625,000 | | 5.000 % | | 2020 | $ 287,625,000 | $ 76,503,440 | $ 364,128,440 |
| 2021 | 01/07/2021 | 2021 | 137,300,000 | $ 424,925,000 | 5.000 % | | 2021 | 137,300,000 | 215,129,069 | 352,429,069 |
| 2022 | 01/07/2022 | 2023 | 159,870,000 | | 5.000 % | | 2022 | 159,870,000 | 208,264,069 | 368,134,069 |
| 2023 | 01/07/2023 | 2023 | 184,200,000 | $ 344,070,000 | 5.000 % | | 2023 | 184,200,000 | 200,270,569 | 384,470,569 |
| 2024 | 01/07/2024 | 2025 | 210,395,000 | | 5.000 % | | 2024 | 210,395,000 | 191,060,569 | 401,455,569 |
| 2025 | 01/07/2025 | 2025 | 238,580,000 | $ 448,975,000 | 5.000 % | | 2025 | 238,580,000 | 180,540,819 | 419,120,819 |
| 2026 | 01/07/2026 | 2027 | 268,885,000 | | 5.000 % | | 2026 | 268,885,000 | 168,611,819 | 437,496,819 |
| 2027 | 01/07/2027 | 2027 | 301,435,000 | $ 570,320,000 | 5.000 % | | 2027 | 301,435,000 | 155,167,569 | 456,602,569 |
| 2028 | 01/07/2028 | 2029 | 336,380,000 | | 5.000 % | | 2028 | 336,380,000 | 140,095,819 | 476,475,819 |
| 2029 | 01/07/2029 | 2029 | 353,680,000 | $ 690,060,000 | 5.000 % | | 2029 | 353,680,000 | 123,276,819 | 476,956,819 |
| 2030 | 01/07/2030 | 2033 | 346,490,000 | | 4.750 % | 01/07/2030 | 2030 | 346,490,000 | 105,592,819 | 452,082,819 |
| 2031 | 01/07/2031 | 2033 | 337,065,000 | | 4.750 % | 01/07/2030 | 2031 | 337,065,000 | 89,134,544 | 426,199,544 |
| 2032 | 01/07/2032 | 2033 | 326,170,000 | | 4.750 % | 01/07/2030 | 2032 | 326,170,000 | 73,123,956 | 399,293,956 |
| 2033 | 01/07/2033 | 2033 | 313,680,000 | $ 1,323,405,000 | 4.750 % | 01/07/2030 | 2033 | 313,680,000 | 57,630,881 | 371,310,881 |
| 2034 | 01/07/2034 | 2039 | 205,680,000 | | 4.875 % | 01/07/2030 | 2034 | 205,680,000 | 42,731,081 | 248,411,081 |
| 2035 | 01/07/2035 | 2039 | 185,435,000 | | 4.875 % | 01/07/2030 | 2035 | 185,435,000 | 32,704,181 | 218,139,181 |
| 2036 | 01/07/2036 | 2039 | 162,355,000 | | 4.875 % | 01/07/2030 | 2036 | 162,355,000 | 23,664,225 | 186,019,225 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2037 | 01/07/2037 | 2039 | 136,815,000 | | 4.875 % | 01/07/2030 | 2037 | 136,815,000 | 15,749,419 | 152,564,419 |
| 2038 | 01/07/2038 | 2039 | 108,635,000 | | 4.875 % | 01/07/2030 | 2038 | 108,635,000 | 9,079,688 | 117,714,688 |
| 2039 | 01/07/2039 | 2039 | 77,615,000 | $ 876,535,000 | 4.875 % | 01/07/2030 | 2039 | 77,615,000 | 3,783,731 | 81,398,731 |

\* Fecha de Emisión Estimada 1/3/20

\*\*Redimible el 1/7/2030 a 103; Redimible el 1/7/2031 a 102; Redimible el 1/7/2032 a 101; Redimible el 1/7/2033 a 100

Sujeto a la Regla Federal de Evidencia 408 y equivalentes en ley estatal / Preliminar y sujeto a revisiones materiales
Preparado a solicitud del Abogado e incluye información privilegiada

| | Resumen detallado de Bonos de plazo imponibles | | | | | | Flujos de activos del servicio de la deuda anual imponibles | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ejercicio Fiscal (7/1) | Vencimiento | Plazo Vencimiento | Fondo de Amortización Obligatorio | Plazo Capital | Cupón | 1ª Convocatoria Fecha** | Ejercicio Fiscal (7/1) | Capital | Intereses | Total Servicio de la Deuda |
| Total | | | $ 656,325,000 | $ 656,325,000 | | | Total | $ 656,325,000 | $ 683,654,125 | $ 1,339,979,125 |
| 2020 | 01/07/2020 | | | | | | 2020 | | $ 13,399,969 | $ 13,399,969 |
| 2021 | 01/07/2021 | | | | | | 2021 | | 40,199,906 | 40,199,906 |
| 2022 | 01/07/2022 | | | | | | 2022 | | 40,199,906 | 40,199,906 |
| 2023 | 01/07/2023 | | | | | | 2023 | | 40,199,906 | 40,199,906 |
| 2024 | 01/07/2024 | | | | | | 2024 | | 40,199,906 | 40,199,906 |
| 2025 | 01/07/2025 | | | | | | 2025 | | 40,199,906 | 40,199,906 |
| 2026 | 01/07/2026 | | | | | | 2026 | | 40,199,906 | 40,199,906 |
| 2027 | 01/07/2027 | | | | | | 2027 | | 40,199,906 | 40,199,906 |
| 2028 | 01/07/2028 | | | | | | 2028 | | 40,199,906 | 40,199,906 |
| 2029 | 01/07/2029 | | | | | | 2029 | | 40,199,906 | 40,199,906 |
| 2030 | 01/07/2030 | | | | | | 2030 | | 40,199,906 | 40,199,906 |
| 2031 | 01/07/2031 | | | | | | 2031 | | 40,199,906 | 40,199,906 |
| 2032 | 01/07/2032 | | | | | | 2032 | | 40,199,906 | 40,199,906 |
| 2033 | 01/07/2033 | | | | | | 2033 | | 40,199,906 | 40,199,906 |
| 2034 | 01/07/2034 | 2039 | $ 93,795,000 | | 6.125 % | 01/07/2030 | 2034 | $ 93,795,000 | 40,199,906 | 133,994,906 |
| 2035 | 01/07/2035 | 2039 | 99,540,000 | | 6.125 % | 01/07/2030 | 2035 | 99,540,000 | 34,454,963 | 133,994,963 |
| 2036 | 01/07/2036 | 2039 | 105,640,000 | | 6.125 % | 01/07/2030 | 2036 | 105,640,000 | 28,358,138 | 133,998,138 |
| 2037 | 01/07/2037 | 2039 | 112,110,000 | | 6.125 % | 01/07/2030 | 2037 | 112,110,000 | 21,887,688 | 133,997,688 |
| 2038 | 01/07/2038 | 2039 | 118,975,000 | | 6.125 % | 01/07/2030 | 2038 | 118,975,000 | 15,020,950 | 133,995,950 |
| 2039 | 01/07/2039 | 2039 | 126,265,000 | $ 656,325,000 | 6.125 % | 01/07/2030 | 2039 | 126,265,000 | 7,733,731 | 133,998,731 |

\* Fecha de Emisión Estimada 1/3/20

\*\*Redimible el 1/7/2030 a 103; Redimible el 1/7/2031 a 102; Redimible el 1/7/2032 a 101; Redimible el 1/7/2033 a 100

Sujeto a la Regla Federal de Evidencia 408 y equivalentes en ley estatal / Preliminar y sujeto a revisiones materiales
Preparado a solicitud del Abogado e incluye información privilegiada

# **ANEXO K.**

PROGRAMA DE ESTATUTOS INVALIDADOS

**Lista de los Estatutos Principales Invalidados por PROMESA[4]**

**I.     Estatutos de créditos pignorados y de buena fe del ELA**
  A.  Bonos de Obligaciones Generales
    1.  Ley 33 aprobada el 7 de diciembre de 1942.
    2.  Ley 2 aprobada el 10 de octubre de 1985.
    3.  Ley 1 aprobada el 26 de junio de 1987 y sus modificaciones.
    4.  Ley 47 aprobada el 30 de junio de 2013.
    5.  Ley 242 aprobada el 13 de diciembre de 2011.
    6.  Ley 45 aprobada el 30 de junio de 2013.
    7.  Ley 34 aprobada el 4 de marzo de 2014.
    8.  Ley 79 aprobada el 1 de junio de 2011.
    9.  Ley 243 aprobada el 9 de agosto de 2008.
    10. Ley 74 aprobada el 23 de julio de 2007 y sus modificaciones.
    11. Ley 43 aprobada el 1 de agosto de 2005 y sus modificaciones.
    12. Ley 216 aprobada el 19 de agosto de 2004.
    13. Ley 100 aprobada el 12 de julio de 2002 y sus modificaciones.
    14. Ley 161 aprobada el 5 de julio de 2003.
    15. Ley 149 aprobada el 9 de agosto de 2002 y sus modificaciones.
    16. Resolución conjunta núm. 57 aprobada el 12 de julio de 1993.
    17. Ley 54 aprobada el 6 de julio de 2001.
    18. Ley 118 aprobada el 13 de julio de 2000.
    19. Ley 153 aprobada el 16 de julio de 1999.
    20. Ley 219 aprobada el 9 de agosto de 1998.
    21. Ley 81 aprobada el 14 de agosto de 1997.
    22. Ley 119 aprobada el 9 de agosto de 1995.
    23. Ley 46 aprobada el 28 de julio de 1994.
    24. Ley 39 aprobada el 13 de mayo de 1976 y sus modificaciones
    25. Ley 83 aprobada el 30 de agosto de 1991.

  B.  Préstamos de Obligaciones Generales
    1.  Préstamo de Helicóptero a Policía de la ASG - Resolución Conjunta núm. 99-2013 aprobada el 9 de diciembre de 2013.
    2.  Prestamos del BGF al ELA
      1.  Ley 33 aprobada el 7 de diciembre de 1942.
      2.  Ley 47 aprobada el 30 de junio de 2013.
      3.  Ley 242 aprobada el 13 de diciembre de 2011.
      4.  Ley 45 aprobada el 30 de junio de 2013. [Préstamo por $ 245 millones para el Fondo de Reconstrucción Fiscal.]
      5.  Resolución conjunta núm. 104 aprobada el 13 de diciembre de 2013. [Línea de crédito de $ 15 millones para el Distrito Capital de la Legislatura.]
      6.  Resolución conjunta núm. 96 aprobada el 27 de noviembre de 2013. [Línea de crédito de $ 30 millones.]

---

[4] Cualquier estatuto que disponga una asignación no incluida en el presupuesto certificado por la JSAF se considera inválido.

C. Garantía del ELA - Bonos de la Autoridad de Edificios Públicos
    1. Ley 17 aprobada el 11 de abril de 1968 y sus modificaciones.


D. Garantía del ELA - APLA
    1. Ley 409 aprobada el 22 de septiembre de 2004.


E. Garantía del ELA - Notas de bonos anticipados de la AFI
    1. Ley 1 aprobada el 1 de enero de 2015.

F. [Garantía del ELA - AAA
    1. Ley 45 aprobada el 28 de julio de 1994.]


## II. Estatutos que asignan ingresos del ELA

A. ACT
    1. Ley 9 aprobada el 12 de agosto de 1982; 9 L.P.R.A. § 2021 [tasas de licencia sobre vehículos]
    2. 13 L.P.R.A. § 31751(a)(1). [productos de petróleo, diésel y gasoil.]
    3. 13 L.P.R.A. § 31751(a)(3). [impuesto a los cigarrillos]

B. AFI
    1. Ley 44 aprobada el 21 de junio de 1988 y sus modificaciones; 3 L.P.R.A. § 1914. [cubierta de ron]

C. Notas de Bonos Anticipados de la AFI
    1. Ley 1 aprobada el 1 de enero de 2015; 13 L.P.R.A. § 31751a(a). [productos de petróleo]

D. AMA
    1. 13 L.P.R.A. § 31751(a)(4). [impuesto a los cigarrillos]

E. ATI
    1. 13 L.P.R.A. § 31751(a)(5). [impuesto a los cigarrillos]


F. ADCC
    1. 13 L.P.R.A. § 2271v(a). [impuesto a habitaciones de hotel]

G. Ley 147 promulgada el 18 de junio de 1980 y sus modificaciones
    1.23 L.P.R.A. § 104.[5] [asignación judicial]

H. UPR
    1.18 L.P.R.A. § 621-1.[6]

I. Ley 83 aprobada el 30 de agosto de 1991 y sus modificaciones
    1.21 L.P.R.A. §§ 5002, 5004, 5006, 5815.[7]

J. Ley 221 aprobada el 15 de mayo de 1948 y sus modificaciones
    1.15 L.P.R.A. § 74(d).[8]

K. Ley 18 aprobada el 24 de enero de 2014 y sus modificaciones

---

[5] En el Ejercicio Fiscal 2019, las asignaciones en virtud de 23 L.P.R.A. § 104 llegarían a más de $ 250 millones, si no se considera inválido.

[6] En el Ejercicio Fiscal 2019, las asignaciones en virtud de 18 L.P.R.A. § 621 -1 llegarían a más de $ 750 millones, si no se considera inválido.

[7] En el Ejercicio Fiscal 2019, las asignaciones en virtud de 21 L.P.R.A. §§ 5002, 5004 llegarían a más de $ 100 millones, si no se considera inválido. En el Ejercicio Fiscal 2019, las asignaciones en virtud de 21 L.P.R.A. §§ 5006, 5815 llegarían a más de $ 200 millones, si no se considera inválido.

[8] En el Ejercicio Fiscal 2019, las asignaciones en virtud de 15 L.P.R.A. § 74(d) llegarían a más de $ 250 millones, si no se considera inválido.

1.21 L.P.R.A. § 6742.[9]
L. Ley 214 aprobada el 18 de agosto de 2004 y sus modificaciones
1.23 L.P.R.A. § 695
M. Ley 41 aprobada el 22 de julio de 2011 y sus modificaciones
1.12 L.P.R.A. §8105
N. Ley 1 aprobada el 31 de enero de 2011 y sus modificaciones
1.13 L.P.R.A. § 33231(l)

## III.    Estatutos del SRM y el SRJ

A. [Ley 106 aprobada el 23 de agosto de 2017]
B. [Ley 160 aprobada el 24 de diciembre de 2013.]
C. Ley 91 del 24 de marzo de 2004.
D. Ley 12 aprobada el 19 de octubre de 1954.

---

[9] En el Ejercicio Fiscal 2019, las asignaciones en virtud de 21 L.P.R.A. § 6742 llegarían a más de $ 120 millones, si no se considera inválido.

# ANEXO L.

CATEGORÍAS DE RECUPERACIÓN DE BONOS

| Categoría de Recuperación de Bonos | Clases Incluidas |
|---|---|
| **Reclamaciones de Bonos de la AEP Antiguos** | 1, 2 y 3 |
| **Reclamaciones de Bonos de la AEP 2011** | 4 y 5 |
| **Reclamaciones de Bonos de la AEP 2012** | 6 y 7 |
| **Reclamaciones de Bonos del ELA Antiguos** | 11, 12, 13 y 14 |
| **Reclamaciones de Bonos Serie D/E/PIB del ELA 2011** | 24, 25, 26 y 27 |
| **Reclamaciones de Bonos del ELA 2011** | 18, 19, 20 y 21 |
| **Reclamaciones de Bonos del ELA 2012** | 28, 29, 30 y 31 |
| **Reclamaciones de Bonos del ELA 2014** | 34, 35, 36, 37 y 38 |
| **Reclamaciones de Bonos de Garantía del ELA Antiguos** | 15, 16 y 17 |
| **Reclamaciones de Bonos de Garantía del ELA 2011** | 22 y 23 |
| **Reclamaciones de Bonos de Garantía del ELA 2012** | 32 y 33 |