# **A N E X O  C**

AAP DEL COMITÉ DE RETIRADOS

## ACUERDO DE APOYO AL PLAN

El presente Acuerdo de Apoyo al Plan, con fecha de de 7 de junio de 2019 (en su versión enmendada, complementada o de otro modo modificada de tiempo en tiempo, e incluidos todos los anexos, adjuntos y suplementos, el presente "Acuerdo"), se celebra, por un lado, entre i) el estado Libre Asociado de Puerto Rico (el "ELA" o el "Deudor"), por medio de la Junta de Supervisión y Administración Financiera para Puerto Rico, como representante del ELA (la "Junta de Supervisión"), conforme al artículo 315(b) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[1] y, por el otro, ii) el Comité Oficial de Retirados del Estado Libre Asociado de Puerto Rico nombrado mediante la Causa del ELA radicada conforme al Título III (según se define abajo) (el "Comité de Retirados", y cada uno, junto con el Deudor, denominados "Parte" y conjuntamente, "Partes"). Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en el Preámbulo o en la Cláusula I abajo.

## PREÁMBULO:

A. Uno de los gastos más importantes asumidos por el ELA y sus corporaciones públicas son beneficios de pensiones pagaderos a los empleados retirados. Los empleados del ELA, junto con los empleados de determinadas corporaciones públicas y municipios, participan en los tres sistemas principales de retiro, que son los siguientes: el Sistema de Retiro de los Empleados Públicos ("SRE"), el Sistema de Retiro de la Rama Judicial ("SRJ") y el Sistema de Retiro para Maestros ("SRM", y junto con el SRE y el SRJ, los "Sistemas de Retiro"). Los Sistemas de Retiro afrontan graves problemas de financiamiento. Los pasivos de las pensiones representan una parte importante de la carga de la deuda del ELA.

B. El 30 de junio de 2016, el Presidente de los Estados Unidos promulgó PROMESA como ley (Ley de Derecho Público 114-187).

C.        PROMESA creó la Junta de Supervisión y otorgó a dicho organismo determinadas competencias en materia de finanzas y proceso de reestructuración en relación con el ELA y sus dependencias.

D. El 3 de mayo de 2017, la Junta de Supervisión radicó una petición conforme al Título III en nombre del ELA (la "Causa radicada conforme al Título III") ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal Título III").



E. La Junta de Supervisión es el representante del ELA en el Caso radicado conforme al Título III, de conformidad con el artículo 315(b) de PROMESA.

F. El 15 de junio de 2017, el Comité de Retirados fue nombrado por el Fideicomisario Estadounidense, conforme al artículo 1102(a)(1) del Código de Quiebras (según se define abajo), aplicable al Caso radicado conforme al Título III en virtud del artículo 301(a) de PROMESA. Los miembros del Comité de Retirados se integran aproximadamente por 167,000 empleados retirados del ELA y de varios organismos gubernamentales y sus beneficiarios supérstites, incluidos maestros retirados del ELA, agentes de policía, bomberos, jueces, secretarios municipales, ingenieros y otros trabajadores gubernamentales de todas las categorías.

---

[1]PROMESA ha sido codificada en el Título 48 U.S.C., §§2101-2241.

G.  Con anterioridad a la fecha del presente documento, las Partes y sus representantes participaron en unas negociaciones sobre la reestructuración de las obligaciones vencidas de beneficios de retiro adeudadas a los retirados (según se define abajo) lo cual, entre otras cosas, condujo a la hoja de condiciones adjunta al presente documento como Anexo "A" (la "Hoja de Condiciones").

H.  En nombre y representación del ELA, la Junta de Supervisión otorga y formaliza el presente Acuerdo.

POR CONSIGUINTE, las Partes, en contraprestación por los compromisos asumidos en el presente, pactan en lo siguiente:

ARTÍCULO I
DEFINICIONES

Sección 1.01 Preámbulo. El preámbulo consignado anteriormente se incorpora al presente por remisión y se considera parte integral de este Acuerdo.

Sección 1.02 Definiciones. Las siguientes definiciones serán de aplicación a este Acuerdo y a todos sus adjuntos, anexos y suplementos:

"**Acuerdo**" tiene el significado establecido en el Preámbulo.

"**Decisión sobre cláusula de designaciones**" se refiere a la decisión en el caso Aurelius Inv., LLC c. Puerto Rico, 915 F.3d 838, 863 (1º Cir. 2019), nueva audiencia denegada, orden judicial 18-1671 (1º Cir. de marzo de 2019), sobre la base de la cual el 23 de abril de 2019 la Junta de Supervisión presentó una petición para un recurso de queja ante la Suprema Corte de los Estados Unidos a fin de impugnar la decisión sobre la cláusula de designaciones y solicitó paralizar la ejecución de dicha decisión a la espera de la decisión de la Suprema Corte de Estados Unidos.

"**Código de Quiebras**" se refiere al Título 11 del Código de los Estados Unidos (U.S.C.), artículos 101 y sgtes., en la medida en que sea aplicable a la causa del ELA radicada conforme al Título III en virtud del artículo 301 a) de PROMESA.

"**Reglas de quiebras**" se refiere a las Reglas Federales para Procedimientos de Quiebra, según sean de aplicación a la causa del ELA radicada conforme al Título III en virtud del artículo 310 de PROMESA.



"**Día hábil**" se refiere a cualquier día distinto a los sábados, los domingos y cualquier día feriado o día en que la ley u otras medidas gubernamentales autoricen a las instituciones bancarias en Nueva York (Nueva York) a cerrar.

"**ELA**" tiene el significado establecido en el Preámbulo.

"**Orden de confirmación**" se refiere a la orden del tribunal constituido conforme al Título III que confirma el Plan en virtud del artículo 314 de PROMESA y el artículo 1129 del Código de Quiebras, el cual es de aplicación a la causa radicada conforme al Título III de conformidad con el artículo 301 a) de PROMESA.

"**Deudor**" tiene el significado establecido en el Preámbulo.

2

"**Documentos definitivos**" se referirá a este Acuerdo, lo que incluye, sin limitación, cualesquiera acuerdos, instrumentos, anexos o suplementos relacionados, incluidas las Directrices para la creación de la Junta de Pensiones del plan de ajuste de Puerto Rico y las Directrices para los retiros del fondo de reserva de pensiones relativo al plan de ajuste de Puerto Rico (véase la sección 3.04 abajo), y todos los documentos necesarios o deseables para implementar las condiciones y disposiciones contenidas en este Acuerdo, en el Plan (incluidas cualesquiera enmiendas, modificaciones o suplementos que se le introduzcan), en la Declaración de Divulgación, en la Orden de la Declaración de Divulgación o en la Orden de Confirmación.

"**Declaración de divulgación**" se refiere a la declaración de divulgación presentada por la Junta de Supervisión con respecto al Plan ante el Tribunal constituido conforme al Título III de conformidad con el artículo 1125 del Código de Quiebras, el cual es de aplicación al Caso radicado conforme al Título III de conformidad con el artículo 301 a) de PROMESA.

"**Orden de la declaración de divulgación**" se refiere a la orden del Tribunal constituido conforme al Título III que a) aprueba la Declaración de Divulgación y el carácter adecuado de la información contenida en ella, de conformidad con el artículo 1125 del Código de Quiebras, el cual es de aplicación a la causa radicada conforme al Título III en virtud del artículo 301 a) de PROMESA, y b) autoriza, entre otras cosas, la forma y la manera de las solicitudes de aceptación o rechazo del Plan.

"**Fecha de entrada en vigor**" se refiere a la fecha en la cual todas las condiciones suspensivas para la eficacia del Plan se han cumplido o en la que cada entidad haya renunciado a la exigibilidad de tales condiciones mediante una renuncia válida a la condición en cuestión.

"**SRE**" tiene el significado establecido en el Preámbulo.

"**Orden Final**" se refiere a una orden o sentencia de un tribunal que tenga competencia que haya sido consignada en el registro mantenido por el secretario de dicho tribunal y que no haya sido revocada, anulada o paralizada, y con respecto a la cual a) el plazo para apelar, presentar una petición de avocamiento o solicitar un nuevo juicio, una nueva presentación de alegatos o una nueva audiencia haya vencido, y respecto de la cual no esté pendiente de resolución ninguna apelación, petición de avocamiento u otro procedimiento para celebrar un nuevo juicio, presentar nuevos alegatos o convocar una nueva audiencia, o b) en caso de que se haya interpuesto una apelación, una solicitud de avocamiento, una nueva presentación de alegatos o una nueva audiencia, i) dicha orden o sentencia deberá haber sido ratificada por el tribunal de máxima jerarquía ante el cual se haya presentado el recurso de apelación, se haya denegado la petición de avocamiento o se haya rechazado el nuevo juicio, la nueva presentación de argumentos o la nueva audiencia o no haya tenido como resultado la modificación de dicha orden, y ii) el plazo para presentar cualquier apelación, petición de avocamiento o solicitud de nuevo juicio, nueva presentación de alegatos o nueva audiencia haya vencido; con la salvedad, de que la posibilidad de que se presente, con relación a tal orden, una moción en virtud de la regla 60 del Reglamento Federal de Procedimiento Civil o cualquier regla similar de conformidad con el Reglas de Quiebras, no impedirá que dicha orden sea una orden final, a excepción de lo que se establezca en el Reglamento Federal del Procedimiento de Apelaciones, en las Reglas de Quiebras o en las reglas locales aplicables en materia de quiebras.

"**SRJ**" tiene el significado establecido en el Preámbulo.

"**Litigios contra la Junta de Supervisión**" se refiere, colectivamente, a los litigios a)
(a)   Aurelius Investment, LLC y otros c. Junta de Supervisión y Administración Financiera de Puerto Rico y otros, casos núms. 18-1671; 18-8014, b) Assured Guaranty Corp. y otros c. Junta de Supervisión y Administración Financiera de Puerto Rico y otros, caso núm. 18-1746, c) Unión de Trabajadores de la Industria Eléctrica y Riego (UTIER) c. Autoridad de Energía Eléctrica de Puerto Rico

<span id="image-anchor"></span>

y otros, caso núm. 18-1787, d) <u>René Pinto Lugo y otros c. Gobierno de los Estados Unidos de América y otros</u>, procedimiento contencioso núm. 18-041-LTS, e) <u>Hermandad de Empleados del Fondo del Seguro del Estado. Inc. (UECFSE) y otros c. Gobierno de los Estados Unidos de América y otros</u>, procedimiento contencioso núm. 18-066-LTS, f) <u>el honorable Rafael Hernández-Montanez y otros c. Junta de Supervisión y Administración Financiera de Puerto Rico</u>, procedimiento contencioso núm. 18-090-LTS, y g) cualquier otro litigio que actualmente esté pendiente de resolución o que se instituya entre la fecha del presente y la Fecha de entrada en vigor en virtud de los cuales se presenten reclamos o causas radicadas que se relacionen con los que se hayan presentado o pudieran haberse presentado en los litigios mencionados, o que sean similares a ellos.

"**<u>Junta de Supervisión</u>**" tiene el significado establecido en el Preámbulo.

"**<u>Partes</u>**" tiene el significado establecido en el Preámbulo.

"**<u>Fondo de Reserva de Pensiones</u>**" tiene el significado establecido en la Hoja de Condiciones.

"**<u>Plan</u>**" se refiere al plan de ajuste del ELA presentado por la Junta de Supervisión ante el Tribunal constituido conforme al Título III en el marco del Caso radicado conforme al Título III de conformidad con el artículo 312 de PROMESA, con las modificaciones que la Junta de Supervisión le introduzca oportunamente, y que incorpora los términos y disposiciones de este Acuerdo, en la versión que incluya las modificaciones que la Junta de Supervisión pueda introducir periódicamente en dicho plan, pudiendo ser un plan conjunto de ajuste con las dependencias y las empresas públicas del ELA.

"**<u>Beneficio de pensiones anterior a la petición</u>**" se refiere al total del beneficio mensual de retiro acumulado de una persona retirada a 3 de mayo de 2017.

"**<u>PROMESA</u>**" tiene el significado establecido en el Preámbulo.

"**<u>Junta de Pensiones del Plan de Ajuste de Puerto Rico</u>**" tiene el significado establecido en la sección 5.03.

"**<u>Fondo de Reserva de Pensiones relativo al Plan de Ajuste de Puerto Rico</u>**" tiene el significado establecido en la sección 5.03.

"**<u>Retirados</u>**" se refiere a todos los empleados retirados (a partir de la Fecha de retiro) del ELA, incluidas sus agencias, dependencias y municipios que, a 3 de mayo de 2017, fueran titulares de un Beneficio de pensiones anterior a la petición como participantes en el SRE, el SRM y el SRJ y beneficiarios de dichos empleados retirados.

"**<u>Reclamos de los Retirados</u>**" se refiere a los reclamos a los que tienen derecho los Retirados en relación con el Total del beneficio mensual de retiro.

"**<u>Comité de Retirados</u>**" tiene el significado establecido en el Preámbulo.

"**<u>Fecha de retiro</u>**" se refiere a la fecha fijada para determinar si un empleado está retirado y, por tanto, es Retirado a efectos de votar sobre el Plan en tal calidad.

"**<u>Hoja de Condiciones</u>**" tiene el significado establecido en el Preámbulo.

"**<u>Caso radicado conforme al Título III</u>**" tiene el significado establecido en el Preámbulo.



"**Total del beneficio mensual de retiro**" tiene el significado establecido en la Hoja de Condiciones.

"**SRM**" tiene el significado establecido en el Preámbulo.

Sección 1.03 <u>Otros términos</u>. Podrán definirse otros términos en otros lugares de este Acuerdo y, a menos que se indique otra cosa, la definición brindada será la que rija en todo el Acuerdo. Según se utiliza en este Acuerdo, cualquier mención de leyes federales, estatales, locales o extranjeras, incluida cualquier ley aplicable, también incluirá las modificaciones de tales leyes y todas las normas y disposiciones promulgadas en conformidad con ellas, a menos que el contexto exija otra cosa. Se considerará que las palabras "incluye", "incluyen" e "incluido" están seguidas por la "expresión sin limitación". Los pronombres en los géneros masculino, femenino o neutro incluirán a los demás géneros, y las palabras en el singular incluirán al plural y viceversa, a menos que el contexto exija otra cosa. Las expresiones "este Acuerdo", "aquí", "del presente", "por el presente" y otras similares se referirán a este Acuerdo en su conjunto y no a ninguna subdivisión en particular de él, a menos que se indique expresamente dicha limitación.

Sección 1.04 <u>Interpretaciones</u>. Ambas Partes han participado en la negociación y redacción de este Acuerdo. Ante ambigüedades o dudas respecto de su intención o interpretación, este Acuerdo será interpretado como el resultado de la redacción conjunta de ambas Partes, y no se asignará ninguna obligación de aportar pruebas ni se hará ninguna presunción a favor o en contra de ninguna parte por motivo de haber sido el autor de cualquiera de las disposiciones de este Acuerdo.

Sección 1.05 <u>Documentos definitivos</u>. Todos los Documentos definitivos adoptarán la forma y el contenido que resulten satisfactorios para la Junta de Supervisión y para el Comité de Retirados exclusivamente en la medida en que guarden relación con el tratamiento de los Reclamos de los Retirados, de los Retirados o del Comité de los Retirados.

Sección 1.06 <u>Anexos</u>. Todos los anexos, adjuntos, páginas de firmas y suplementos que se adjuntan al presente se incorporan expresamente a este Acuerdo y son parte integral de él, y todas las referencias a este Acuerdo incluirán dichos anexos, adjuntos y suplementos.

ARTÍCULO II
DECLARACIONES Y GARANTÍAS

Sección 2.01 <u>Declaraciones y garantías de la Junta de Supervisión</u>. La Junta de Supervisión, en su propio nombre y en calidad de representante del ELA conforme a la totalidad de las disposiciones aplicables del Título III de PROMESA, declara y garantiza que, en la fecha del presente, y sujeto la Decisión sobre la Cláusula de Designaciones: a) cuenta con todos los consentimientos, aprobaciones, facultades y autoridad necesarias para celebrar, otorgar y formalizar este Acuerdo en representación del ELA y para cumplir sus obligaciones de conformidad con el presente y llevar a cabo las transacciones contempladas aquí; b) los instrumentos y documentos que deben otorgarse en vinculación con el presente i) han sido autorizados de manera válida y correcta por ella, y ii) no van en contra de sus documentos constitutivos ni de ningún acuerdo sustancial que se le aplique de manera específica, ni de ninguna ley, norma o disposición a que deba ajustarse; y c) a excepción del Litigio contra la Junta de Supervisión, no existe ningún procedimiento, litigio o procedimiento contencioso pendiente de resolución que se haya iniciado en su contra ante ningún tribunal, árbitro o entidad administrativa o gubernamental (ni está al tanto de que pudiera iniciarse uno) que pudiera impedirle celebrar este Acuerdo o cumplir con las obligaciones que este le impone.

Sección 2.02 <u>Declaraciones y garantías del Comité de Retirados</u>. El Comité de Retirados por el presente declara y garantiza que, en la fecha del presente: a) está debidamente constituido de conformidad con todas las condiciones y disposiciones de PROMESA y ha obtenido todos los consentimientos, aprobaciones, facultades y autoridades necesarias para otorgar este Acuerdo y para llevar a cabo las transacciones contempladas en el presente; b) tiene plenas facultades de autoridad para otorgar, formalizar y cumplir con las obligaciones que le impone este Acuerdo, y el otorgamiento, formalización y cumplimiento del presente, y los instrumentos y documentos que deben otorgarse en vinculación con este Acuerdo i) han sido autorizados de manera válida y correcta por él, y ii) no van en contra de sus documentos constitutivos ni de ningún acuerdo que se le aplique de manera específica, ni de ninguna ley, norma o disposición a que deba ajustarse; y c) no existe ningún procedimiento, litigio o procedimiento contencioso pendiente de resolución que se haya iniciado en su contra ante ningún tribunal, árbitro o entidad administrativa o gubernamental que pudiera impedirle celebrar este Acuerdo o cumplir con las obligaciones que este le impone.

Sección 2.03 <u>Representaciones de las Partes en este Acuerdo</u>. Cada Parte declara y reconoce que a) al otorgar este Acuerdo no se está basando, ni se ha basado, en ninguna declaración o afirmación realizada por la otra Parte ni por ninguno de sus representantes, agentes o apoderados con respecto al objeto, los fundamentos o las repercusiones de este Acuerdo, a excepción de lo que se establece específicamente en él; b) al otorgar este Acuerdo, se ha basado por completo en su propio criterio, convicciones e intereses y en los consejos de sus asesores, y ha tenido suficiente tiempo para analizar los términos de este Acuerdo antes de formalizarlo; y c) ha analizado este Acuerdo, lo comprende en todos sus aspectos y acepta voluntariamente todas las disposiciones contenidas en él.

ARTÍCULO III.
CONVENIOS

Sección 3.01 <u>Pactos del ELA</u>. Por el presente el ELA pacta en lo siguiente:



(a)     La Junta de Supervisión, en representación del ELA, adoptará todas las medidas que razonablemente sean necesarias para inscribir en Plan y la Declaración de Divulgación, aprobar la Declaración de Divulgación, registrar la Orden de Confirmación (incluida cualquier disposición del Plan sobre liberación mutua de responsabilidades y exculpación), ejecutar, poner en marcha y administrar el Plan (incluido el otorgamiento y formalización de los Documentos Definitivos) y cumplir todas las condiciones suspensivas antes de la Fecha de Entrada en Vigor, lo que incluye, entre otras cosas, tramitar los acuerdos necesarios con otras entidades, según lo determine la Junta de Supervisión a su exclusivo criterio (no instará a ninguna persona a que adopte ninguna medida que pudiera ir en contra de tales fines), <u>estableciéndose</u> que la Declaración de Divulgación, el Plan (y su ejecución, puesta en marcha y administración) y los demás Documentos Definitivos deberán ser congruentes con los términos de este Acuerdo. Dichas acciones incluirán, entre otras cosas, las siguientes: A) proporcionar al Comité de Retirados borradores de la Declaración de Divulgación, del Plan, de la Orden de Confirmación y de otros Documentos Definitivos, a más tardar cuando dichos Documentos Definitivos se suministren a otros acreedores o al Comité de Acreedores no Asegurados, si bien con un límite temporal máximo de siete (7) días antes de radicar tales Documentos Definitivos ante el Tribunal constituido conforme al Título III, según proceda, y así brindarle al Comité de Retirados la oportunidad razonable para examinarlos y comunicarle comentarios a la Junta de Supervisión con anterioridad a dicha radicación, (B) radicar ante el Tribunal constituido conforme al Título III

6

la Declaración de Divulgación, el Plan, la Orden de Confirmación y otros Documentos Definitivos, según proceda, en congruencia con la sección 1.05 de este Acuerdo, y C) procurar la aprobación de la Declaración de Divulgación y la confirmación del Plan mediante vistas, de acuerdo con las órdenes aplicables dictadas en el Caso radicado conforme al Título III; con la salvedad de que la Junta de Supervisión pueda radicar más tarde versiones enmendadas de la Declaración de Divulgación y del Plan en la forma y el contenido que guarden coherencia con el presente Acuerdo.

(b)     En un plazo de diez (10) días desde la fecha de formalización de este Acuerdo, la Junta de Supervisión comunicará al Comité de Retirados un resumen de la proyección de sus obligaciones anuales relativas al servicio de la deuda, así como las normas o material de referencia utilizados en la elaboración de dichos pagos proyectados. Dicho resumen debe incluir, sin limitación, la identificación de la previsión de los pagos anuales agregados del servicio de la deuda, por año fiscal, hasta 2050 o un período más largo conforme al criterio de la Junta de Supervisión o de sus expertos. Además, dichos resúmenes deben contener datos pertinentes; por ejemplo, proyecciones de los ingresos, suposiciones relativas a pronósticos económicos y gastos proyectados en relación con los servicios del gobierno. La Junta de Supervisión notificará e informará al Comité de Retirados sobre cualquier cambio sustancial que afecte a la previsión de pagos anuales de servicio de la deuda y a los factores relacionados con la determinación de tales pagos, a medida que varía la postura de la Junta de Supervisión. Todas las consultas y los intercambios de la información proporcionados y proyectados en las presentes disposiciones quedarán sujetos a un acuerdo de confidencialidad que resulte aceptable, dentro de lo razonable, para las Partes, incluidas las limitaciones pertinentes dirigidas a los destinatarios de tal información. La Junta de Supervisión acepta consultar de buena fe con el Comité de Retirados para abordar cualquier inquietud que el Comité de Retirados tenga con respecto a dichos pagos proyectados del servicio de la deuda y con cualquier cambio previsto que afecte a dichos pagos del servicio de la deuda.

(c)     Sin perjuicio de cualesquiera otros requisitos de PROMESA relativos a la confirmación de un ajuste del plan, el Plan radicado por la Junta de Supervisión no propondrá ninguna clasificación de Reclamos de los Retirados que no esté acordada con el Comité de Retirados; con la, salvedad de que por medio del presente el Comité de Retirados acepta la clasificación de todos los Retirados que reciben una reducción de su Total del beneficio mensual de retiro de conformidad con el presente Acuerdo en una única clase conforme al Plan; y con la salvedad de que todos los Retirados que no reciben la reducción de su Total del beneficio mensual de retiro en virtud de este Acuerdo se considerarán no afectados.

Sección 3.02 Pactos del Comité de Retirados. Por el presente el Comité de Retirados pacta en lo siguiente:



(a)     El Comité de Retirados apoyará la radicación, la confirmación y la ejecución del Plan; la aprobación de la Declaración de Divulgación; la emisión de la Orden de Confirmación (incluida cualquier disposición del Plan sobre liberación mutua de responsabilidades y exculpación) y la ejecución, la puesta en marcha y la administración del Plan, y no realizará ninguna acción (ni instará a ninguna persona a que lo haga) que vulnere o frustre la ejecución de las condiciones de este Acuerdo (o que se espere que lo haga, dentro de lo razonable), o que impida o evite dichas radicaciones, confirmaciones, ejecuciones, aprobaciones, emisiones, ejecuciones, puestas en marcha o administraciones de los referidos documentos, lo que incluye, entre otras cosas, iniciar o seguir procesando cualquier litigio, procedimiento, acción o asunto contra el ELA o la Junta de Supervisión; ello también incluye el apoyo al otorgamiento y formalización de los Documentos Definitivos y el cumplimiento de todas las condiciones antes de la Fecha de Entrada en Vigor (y no instará a ninguna persona a que adopte ninguna medida que pudiera ir en contra de tales fines), estableciéndose, que la Declaración de Divulgación, la Orden de Confirmación, el Plan (y su ejecución, puesta en marcha y administración) y los demás Documentos Definitivos deberán ser congruentes con los términos de este Acuerdo.

(b)      Siempre que la Declaración de Divulgación, el Plan, la Orden de Confirmación y los demás Documentos Definitivos sean congruentes con los términos de este Acuerdo, el Comité de Retirados i) instará enérgicamente a que sus miembros apoyen los términos de la reestructuración de las obligaciones relativas al retiro, conforme a lo establecido en el presente Acuerdo, ii) publicará una declaración de apoyo al presente Acuerdo y al Plan en el sitio web del Comité de Retirados, iii) asegurará la disponibilidad, dentro de lo razonable, del Comité de Retirados a sus miembros para fomentar el apoyo a la Hoja de Condiciones, al Plan, a la Declaración de Divulgación, a la Orden de Confirmación y a otros Documentos Definitivos, así como para responder a preguntas sobre dichos documentos, iv) apoyará a la legislación, en su caso, que resulte necesaria o deseable para poner en marcha las transacciones previstas en el presente Acuerdo, y v) proporcionará al ELA una carta que pueda ser distribuida con la Declaración de Divulgación, el Plan y la papeleta para votar, y que instará a los Retirados a que acepten el Plan.

(c)      Sin perjuicio de lo dispuesto en las subsecciones anteriores, los pactopactos del Comité de Retirados contenidos en el presente documento para instar a sus miembros acreedores a que voten a favor del Plan quedan sujetas expresamente a las disposiciones de la sección 3.05 de este Acuerdo.

Sección 3.03 Compromiso de apoyo al Plan. A partir de la fecha del presente, y siempre y cuando a) el presente Acuerdo no haya sido revocado, y b) ni la Declaración de Divulgación, ni el Plan ni ninguno de los Documentos Definitivos propuestos haya sido presentado, enmendado o modificado de una manera que vaya en contra del tratamiento que se establece en el presente para los Reclamos, el Comité de Retirados i) promoverá A) la aprobación de la Declaración de Divulgación de conformidad con el artículo 1125 del Código de Quiebras, y B) la confirmación del Plan de conformidad con el artículo 1129 del Código de Quiebras; ii) expresará públicamente su apoyo a los términos de este Acuerdo y fomentará públicamente el apoyo y el voto oportuno al Plan por parte de los miembros del Comité de Retirados, iii) no modificará ni se retractará de dicho apoyo o fomento (ni hará nada que tenga tales consecuencias), iv) instará a sus miembros a que voten para apoyar cualquier modificación en el Plan, siempre y cuando dicha modificación sea congruente con las condiciones que se establecen en el presente y en la Hoja de Condiciones, v) no se opondrá a ninguna moción ni a otras solicitudes de remedio por parte de la Junta de Supervisión, en sus capacidades personales o representativas, salvo que el remedio solicitado fuera incongruente con el presente Acuerdo o afectara a los derechos o intereses de los Retirados (según se definen en la Hoja de Condiciones) o del Comité de Retirados.

Sección 3.04 El Fondo de Reserva de Pensiones relativo al Plan de Ajuste de Puerto Rico y la Junta de Pensiones del Plan de Ajuste de Puerto Rico. Las Partes harán todo lo que esté en sus manos, dentro de lo razonable, para llegar a un acuerdo sobre principales condiciones con respecto a a) la creación, las responsabilidades y los derechos de la Junta de Pensiones del Plan de Ajuste de Puerto Rico, y su función relativa a la conservación y el aseguramiento de los derechos de todos los Retirados (según la definición contenida en la Hoja e Condiciones) conforme al Plan en relación con el pago de los beneficios de retiro, el pago de la Restauración de los Beneficios (según la definición contenida en la Hoja de Condiciones) y el financiamiento, la inversión y la gestión del Fondo de Reserva de Pensiones relativo al Plan de Ajuste de Puerto Rico, lo cual se plasmará en un documento que se llamará "Directrices para la creación de la Junta de Pensiones del Plan de Ajuste de Puerto Rico", y b) las directrices en virtud de las cuales la Junta de Pensiones del Plan de Ajuste de Puerto Rico permitirá los retiros del Fondo de Reserva de Pensiones relativo al Plan de Ajuste de Puerto Rico por parte del ELA, lo cual se plasmará en un documento llamado "Directrices para los Retiros del Fondo de Reserva de Pensiones relativo al Plan de Ajuste de Puerto Rico". Las Partes harán todo lo que esté en sus manos, dentro de lo razonable, para llegar con celeridad a un acuerdo sobre dichas Directrices, si bien, en cada caso, a más tardar

siete (7) días antes de la radicación inicial del Plan. Las referidas Directrices serán considerados anexos del presente documento, así como Documentos Definitivos, de conformidad con las secciones 1.05 y 1.06 *supra*.

Sección 3.05 <u>Solicitud de votos en vinculación con el Plan</u>. Cada una de las Partes reconoce que a) no se solicitarán votos de los Retirados para el Plan hasta que el Tribunal constituido conforme al Título III haya aprobado la Declaración de Divulgación, la cual, junto con los materiales de propuesta, deberán enviarse a las partes que tengan derecho a recibirlos, y b) este Acuerdo no constituye una oferta para emitir o vender títulos valores a ninguna persona o entidad, ni la presentación de una oferta para adquirir o comprar títulos valores en una jurisdicción donde dicha oferta o propuesta sería ilícita. SIN PERJUICIO DE LO QUE SE DISPONGA EN ESTE ACUERDO, NADA DE LO CONTENIDO EN EL PRESENTE EXIGIRÁ A NINGUNA DE LAS PARTES ADOPTAR NINGUNA MEDIDA QUE PROMESA, LA LEY DE TÍTULOS VALORES DE 1933 (CON SUS MODIFICACIONES), LA LEY DE LA BOLSA DE VALORES DE 1934 (CON SUS MODIFICACIONES), CUALQUIER NORMA O DISPOSICIÓN PROMULGADA EN CONFORMIDAD CON ELLAS, CUALQUIER OTRA LEY O DISPOSICIONES APLICABLES, O CUALQUIER ORDEN O INSTRUCCIÓN DE CUALQUIER TRIBUNAL O AUTORIDAD GUBERNAMENTAL ESTATAL O FEDERAL, PROHÍBAN.

ARTÍCULO IV
RESCISIÓN

Sección 4.01 <u>Rescisión del Acuerdo</u>. Este Acuerdo podrá ser rescindido de las siguientes maneras:

a) por el Comité de Retirados, A) previa notificación por escrito dirigida a la Junta de Supervisión (dicha notificación se remitirá a exclusivo criterio del Comité de Retirados, de conformidad con las disposiciones relativas a notificaciones contenidas en la sección 5.12 del presente documento) de que la Junta de Supervisión radicó una moción o escrito ante el Tribunal constituido conforme al Título III que sea incongruente con el presente Acuerdo en cualquier aspecto sustancial, siempre que tal moción o escrito no hayan sido retirados en un plazo de diez (10) Días Hábiles desde que la Junta de Supervisión haya recibido la referida notificación por escrito; <u>estableciéndose</u> que el Comité de Retirados podrá oponerse a tal moción o escrito sobre la base de que estos son incongruentes con el Acuerdo, y dicha oposición no constituirá ningún incumplimiento ni causará ninguna rescisión de este Acuerdo, o B) si el grupo calificado relativo a los Reclamos de los Retirados vota en el sentido de rechazar el Plan; <u>estableciéndose además</u> que la paralización automática aplicable conforme al artículo 362 del Código de Quiebras no prohibirá al Comité de Retirados iniciar cualquier acción necesaria para llevar a cabo la rescisión de este Acuerdo de conformidad con los términos contenidos en el presente documento.



(b)      A instancias de la Junta de Supervisión:

     i.     Si el grupo calificado relativo a los Reclamos de los Retirados vota en el sentido de rechazar el Plan en congruencia con el presente Acuerdo y la Hoja de Condiciones;

     ii.     Previa notificación por escrito dirigida al Comité de Retirados (de conformidad con las disposiciones relativas a notificaciones contenidas en la sección 5.12 del presente documento) de que el Comité de Retirados radicó una moción o escrito ante el Tribunal constituido conforme al Título III que sea incongruente con el presente Acuerdo en cualquier aspecto sustancial, siempre que tal moción o escrito no hayan sido retirados en un plazo de diez (10) Días Hábiles desde que el Comité de Retirados haya recibido tal notificación; <u>si bien</u>, <u>estableciéndose</u> la Junta de Supervisión podrá oponerse a tal moción o escrito sobre la base de que estos son incongruentes con el presente

9

Acuerdo, y dicha oposición no constituirá ningún incumplimiento ni causará ninguna rescisión de este Acuerdo;

iii.    Si el Tribunal constituido conforme al Título III u otro tribunal con competencia emite una Orden Definitiva denegando la confirmación de Plan por motivos que, en opinión de la Junta de Supervisión, impedirían a la Junta de Supervisión proponer otro Plan congruente con este Acuerdo que tuviera posibilidades de ser confirmado; o

iv.    Venza el último plazo para que ocurra cualquier condición suspensiva necesaria para la eficacia del Plan, y en opinión de la Junta de Supervisión no sea práctico procurar la confirmación de otro Plan que se ajuste a este Acuerdo.

(c)    A instancias de cualquiera de las Partes, previa notificación por escrito a la contraparte (de conformidad con las disposiciones relativas a notificaciones contenidas en la sección 5.12 del presente documento), si i) la otra Parte incumple gravemente cualquiera de los pactos establecidos en el artículo III del presente, o cualquiera de los compromisos que haya asumido en virtud de este Acuerdo, y dicho incumplimiento grave no se subsane en un plazo de diez (10) Días Hábiles desde la recepción de dicha notificación, o ii) un tribunal con competencia emite un fallo, una sentencia o una orden que hace ilegal llevar a cabo cualquiera de las transacciones o cumplir cualquiera de las condiciones suspensivas contempladas en el Plan (o impide o prohíbe hacerlo), en vinculación con el tratamiento de las pensiones, cuando dicho fallo, sentencia u orden no sea revocado o anulado en un plazo de noventa (90) días naturales desde la emisión y no sea pasible de paralización, y la Junta de Supervisión o el Comité de Retirados crean que sería impracticable obtener la confirmación de otro Plan que sea congruente con este Acuerdo; estableciéndose la rescisión de este Acuerdo por cualquiera de las Partes implicará su rescisión para ambas; y estableciéndose además que la paralización automática aplicable conforme al artículo 362 del Código de Quiebras no prohibirá al Comité de Retirados iniciar cualquier acción necesaria para llevar a cabo la rescisión de este Acuerdo de conformidad con los términos contenidos en el presente documento. El Acuerdo quedará automáticamente extinguido en la Fecha de Entrada en Vigor.

Sección 4.02 Efectos de la rescisión. Ante la rescisión de este Acuerdo, con sujeción al derecho de cualquiera de las Partes de solicitar el cumplimiento estricto y medidas cautelares en relación con el presente Acuerdo si se producen infracciones de este en virtud de la sección 5.15, y a menos que se cumpla estrictamente lo dispuesto en este instrumento y se apliquen las medidas cautelares, a) este Acuerdo se convertirá nulo y dejará de ser exigible, sin que ninguna de las Partes (ni ninguno de sus directores, socios, directivos, empleados, consultores, contratistas, agentes, asesores jurídicos o financieros y otros representantes) incurra en responsabilidad alguna; b) ninguna de las Partes tendrá frente a la otra ningún tipo de obligación que se derive de este Acuerdo, ni tendrá ningún otro derecho, beneficio o privilegio en virtud del presente, a excepción de las obligaciones y disposiciones que se establecen en las secciones 5.04, 5.07 y 5.15 y el presente apartado b) de la sección 4.02, disposiciones que seguirán en vigencia tras la rescisión de este Acuerdo y que conservarán su pleno vigor y efectos de conformidad con los términos del presente; y c) ambas Partes tendrán todos los derechos que habrían tenido, y podrán adoptar todas las medidas que habrían tenido derecho a adoptar, de no haber suscrito este Acuerdo, y ninguna doctrina de prescripción liberatoria o de los actos propios implicará una renuncia a tales derechos.



ARTÍCULO V
DISPOSICIONES MISCELÁNEAS

Sección 5.01 Obligaciones del ELA.

(a)     Sin perjuicio de lo que disponga este Acuerdo, ninguna disposición de este Acuerdo exigirá al ELA ni a la Junta de Supervisión adoptar ninguna medida —o abstenerse de adoptarla— si va en contra de las obligaciones legales, fiduciarias o de cualquier otro tipo que le impongan la ley (según lo determine de forma razonable y de buena fe la Junta de Supervisión en su capacidad personal y como representante tras haber consultado con su representación legal).

(b)     El único recurso a disposición del Comité de Retirados, en caso de que el ELA incumpla con este Acuerdo, será solicitar el cumplimiento estricto y remedios de interdicto de conformidad con lo dispuesto en la sección 5.15 de este Acuerdo o rescindir el mismo, independientemente de que el incumplimiento del ELA sea con relación obligaciones fiduciarias o legales.

Sección 5.02 Obligaciones del Comité de Retirados.

(a)     Sin perjuicio de lo que disponga este Acuerdo, ninguna disposición de este Acuerdo exigirá al Comité de Retirados, en su capacidad de un comité legal de los retirados en el marco de la Causa de acción radicada conforme al Título III, adoptar ninguna medida —o abstenerse de adoptarla— si va en contra de las obligaciones legales, fiduciarias o de cualquier otro tipo que le imponga la ley (según lo determine de forma razonable y de buena fe El Comité de Retirados tras haber consultado con su representación legal).

(b)     El único recurso a disposición del ELA y de sus representantes, en caso de que el Comité de Retirados incumpla con este Acuerdo, será solicitar el cumplimiento estricto y remedios de interdicto de conformidad con lo dispuesto en la sección 5.15 de este Acuerdo o rescindir el mismo, independientemente de que incumplimiento del Comité de Retirados sea con relación a sus obligaciones fiduciarias o legales.

Sección 5.03 Enmiendas. Este Acuerdo podrá modificarse, enmendarse o complementarse únicamente mediante un acuerdo por escrito firmado por ambas Partes. Sin limitar ninguna modificación, enmienda y suplemento adicionales:

(a)   Las referencias a la "Junta de Pensiones de PayGo" en la Hoja de Condiciones se reemplazarán por "Junta de Pensiones del Plan de Ajuste de Puerto Rico".
(b)   Las referencias a "Pensión Mensual Base" en la Hoja de Condiciones aludirán al monto mensual del componente de la pensión del Beneficio de Pensiones anterior a la Petición recibido o por recibir por el Retirado.
(c)   El "Fondo de Reserva de Pensiones", según definido en la Hoja de Condiciones, también podrá denominarse en el presente documento como el "Fondo de Reserva de Pensiones del Plan de Ajuste de Puerto Rico".



Sección 5.04 No se admite ninguna responsabilidad.

a) Conforme a la Regla 408 de Evidencia Federal, y a cualquier otra regla de evidencia aplicable, salvo en relación con una controversia sobre un incumplimiento de este Acuerdo o la interpretación o la ejecución de los términos del mismo, (y) este Acuerdo, cualquiera de sus términos o disposiciones y cualquiera de las negociaciones relacionadas con el presente no serán admisibles en ninguna controversia,

litigio, procedimiento o disputa, y nada de lo contenido en el presente podrá interpretarse como una admisión de cualquiera de las Partes con respecto a cualquier materia, entendiéndose que las declaraciones y resoluciones alcanzadas en el presente acuerdo fueron el resultado de negociaciones y concesiones de las posiciones de cada una de las Partes, y (z) ninguna de las Partes podrá recurrir a este Acuerdo como prueba en contra de la otra Parte con ningún fin.

b) Ni los miembros de la Junta de Supervisión ni los miembros del Comité de Retirados, ninguno de sus directivos, empleados, profesionales u otros representantes, tendrán responsabilidad alguna por cualquier reclamo en relación con el presente Acuerdo, ni por ninguna acción realizada por cualquiera de dichos miembros, directivos, empleados, profesionales u otros representantes para dar efecto al presente Acuerdo, o en relación con cualquier obligación derivada de este; el Plan contendrá disposiciones que exculparán y exonerarán a dichos miembros, directivos, empleados, profesionales u otros representantes de cualquiera de dichos reclamos y obligaciones. Nada de lo contenido en el presente invalidará la protección que el artículo 105 de PROMESA brinda a la Junta de Supervisión y a sus miembros y empleados.

Sección 5.05 <u>Negociaciones de buena fe</u>. Las Partes reconocen que cada una está siendo representada por un abogado, y que han recibido asesoramiento jurídico independiente con respecto a la conveniencia de celebrar este Acuerdo; las negociaciones relacionadas con este Acuerdo se condujeron regularmente y se desarrollaron en igualdad de condiciones; cada una de las Partes otorga este Acuerdo como expresión de su libre voluntad; cada una está al tanto de todos los hechos pertinentes y los derechos que le asisten, y no ha sido influida indebidamente ni inducida a otorgar este Acuerdo como resultado de cualquier acto o acción de la otra Parte o cualquiera de sus empleados, agentes, apoderados o representantes legales. Asimismo, las Partes reconocen que otorgaron este Acuerdo con la intención de evitar los gastos e inconvenientes de los litigios y otras controversias, y para llegar a una resolución permanente y definitiva con respecto a los reclamos entre el ELA y los miembros del Comité de Retirados. Además, las Partes también reconocen que, en lo relacionado con la Causa de acción radicada conforme al Título III y la negociación y formalización de este Acuerdo, incluyendo, sin limitación, la Hoja de Condiciones, las Partes actuaron en todo momento (a) de buena fe y (b) únicamente en nombre de sus respectivos miembros.

Sección 5.06 <u>Terceros beneficiarios</u>. Nada de lo contenido en este Acuerdo, expreso o implícito, tiene por objeto conferir u otorgar a ninguna Persona distinta a las Partes en este—y sus respectivos sucesores y cesionarios— ningún derecho, remedio o reclamo en virtud de este Acuerdo o de cualquier pacto, acuerdo o estipulación del presente; y los pactos, estipulaciones y acuerdos contenidos en este Acuerdo redundan y redundarán en el único y exclusivo beneficio de las Partes del presente y sus respectivos sucesores y cesionarios.

Sección 5.07 <u>Ley aplicable; retención de jurisdicción; emplazamiento</u>. El presente Acuerdo se regirá e interpreta rá de conformidad con la legislación interna del estado de Nueva York y la legislación federal aplicable, sin tener en cuenta los principios de conflictos entre legislación que exigirían aplicar la legislación de otra jurisdicción. Al otorgar y formalizar este Acuerdo, por el presente cada Parte se obliga de manera irrevocable e incondicional a presentar cualquier acción judicial, demanda o procedimiento que surja entre ellas con respecto a cualquier asunto que se relacione con este Acuerdo, o que se radique a fin de reconocer o ejecutar cualquier sentencia dictada en cualquiera de tales acciones judiciales, demandas o procedimientos, ante el Tribunal constituido conforme al Título III únicamente a tales efectos y, al otorgar y formalizar este Acuerdo, cada una de ellas acepta de manera irrevocable la jurisdicción de dicho Tribunal, y se somete a ella, de manera general e incondicional, con respecto a cualquier

acción judicial, demanda o procedimiento, con sujeción a los derechos de cada Parte de conformidad con la ley aplicable. En caso de iniciar cualquier acción judicial, demanda o procedimiento (a) se podrá emplazar, y obtener jurisdicción sobre cualquiera de las Partes del presente en cualquiera de tales acciones judiciales, demandas o procedimientos, enviando por correo a la Parte, a la dirección que haya establecido en la sección 5.12 del presente, una copia del emplazamiento, la demanda y los demás documentos necesarios para interponer dicha acción judicial, demanda o procedimiento, a menos que dicha Parte haya indicado otra dirección en una notificación enviada a las demás partes de conformidad con la sección 5.12 del presente, y (b) en la medida permitida por la ley aplicable, cada Parte renuncia a cualquier derecho que pueda tener a un juicio con jurado en cualquier procedimiento judicial que surja directa o indirectamente de este Acuerdo y de las declaraciones, pactos y otras obligaciones consignadas aquí.

Sección 5.08 Encabezamientos. Los encabezamientos de las secciones, párrafos y subsecciones de este Acuerdo se incluyen únicamente con fines de conveniencia, no forman parte de este Acuerdo y no modifican de manera alguna los términos ni la interpretación de las disposiciones del Acuerdo.

Sección 5.09 Acuerdo vinculante; sucesores y cesionarios. Este Acuerdo surtirá efectos y será vinculante únicamente tras su otorgamiento y formalización por las Partes que se enumeran en la página de firmas. El presente Acuerdo será vinculante con respecto a las partes, y redundará en su beneficio y en el de sus respectivos sucesores y cesionarios. Sujeto a lo dispuesto en la sección 4.01 de este Acuerdo, en caso de que cualquier disposición de este Acuerdo, o su aplicación a cualquier persona o entidad o circunstancia, se considere inválida o inexigible, en su totalidad o en parte, dicha invalidez e inexigibilidad afectará únicamente dicha disposición (o parte de ella), y las secciones restantes de dicha disposición y este Acuerdo continuarán teniendo pleno vigor y eficacia, siempre y cuando los aspectos económicos y jurídicos fundamentales de las transacciones contempladas aquí o en la Hoja de Condiciones no se vean afectados de una manera que perjudique sustancialmente a cualquiera de las Partes. Sujeto a lo dispuesto en la sección 4.01 del presente, en caso de que se determine dicha invalidez, las Partes negociarán de buena fe para modificar este Acuerdo de forma tal que alcancen, en la medida que sea posible, sus intenciones originales de una manera razonablemente aceptable, a fin de que las transacciones contempladas en el presente se lleven a cabo como estaba originalmente previsto.

Sección 5.10 Acuerdo total. El presente Acuerdo, incluyendo, sin limitación, la Hoja de Condiciones, constituye el acuerdo total entre las Partes con respecto al objeto del mismo y la Hoja de Condiciones, y reemplaza todas las negociaciones, declaraciones, promesas o garantías anteriores (orales o de otro tipo) realizadas por cualquiera de las Partes con respecto a dicho objeto. Ninguna de las Partes ha suscrito este Acuerdo basándose en ninguna declaración, promesa o garantía previa (orales o de otro tipo) de la contraparte, a excepción de los compromisos expresamente asumidos por cada una de ellas en el presente.

Sección 5.11 Copias. El presente Acuerdo podrá ser otorgado en varias copias, cada una de las cuales será considerada un original, siendo la totalidad de las mismas, cuando sean reunidas, consideradas un único instrumento. Las copias firmadas transmitidas por telecopia u otro servicio de transmisión electrónica serán consideradas copias originales firmadas, siempre cuando se confirme la recepción de tales copias.

Sección 5.12 Notificaciones. Todos los pedidos, notificaciones, solicitudes, consentimientos y otras comunicaciones que se cursen en virtud del presente deberán ser por escrito y se considerarán entregadas (i) cuando se entreguen personalmente mediante un servicio de correo o mensajería, ii) cuando se reciban efectivamente (mediante acuse de recibo

de otro modo) durante horas laborables, o en el primer día hábil siguiente si se transmiten por vía electrónica (por correo electrónico), por fax o telecopia, con acuse de recibo, o (iii) tres (3) días hábiles luego de haber sido debidamente depositadas en una oficina de correo para su envío mediante correo certificado o registrado, con franqueo prepagado y solicitud de acuse de recibo, a las siguientes direcciones, o a las direcciones que puedan indicarse en el futuro por escrito:

a) Para el ELA, a la representación legal de la Junta de Supervisión:

PROSKAUER ROSE LLP
Eleven Times Square
Nueva York, NY 10036
A/A: Martin J. Bienenstock, Esq.
Correo electrónico: mbienenstock@proskauer.com

PROSKAUER ROSE LLP
70 W Madison St., Suite 3800
Chicago, IL 60602
A/A: Paul V. Possinger, Esq.
Correo electrónico: ppossinger@proskauer.com

b) Para el Comité de Retirados, a la representación legal del Comité de Retirados:

JENNER & BLOCK LLP
919 Third Ave
Nueva York, NY 10022
A/A: Robert D. Gordon, Esq.
Correo electrónico: rgordon@jenner.com
A/A: Richard Levin, Esq.                                    .
Correo electrónico: rlevin@jenner.com

JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
A/A: Catherine L. Steege, Esq.
Correo electrónico: csteege@jenner.com
A/A: Melissa M. Root, Esq.
Correo electrónico: mroot@jenner.com

BENNAZAR, GARCÍA & MILIÁN, C.S.P.
Edificio Unión Plaza
Office 1701
416 Avenida Ponce de León
Hato Rey, San Juan
Puerto Rico 00918
A/A: A. J. Bennazar-Zequeira, Esq.
Correo electrónico: ajb@bennazar.org



A/A: Héctor M. Mayol Kauffmann, Esq. Correo
electrónico: hector.mayol@bennazar.org

<u>Sección 5.13 No se renuncia a los remedios</u>. A excepción de lo que establezca expresamente este Acuerdo, nada de lo contenido en el presente tiene por objeto renunciar a ningún derecho o capacidad de las Partes de proteger y preservar los derechos, remedios e intereses (contractuales o de otro tipo) que les otorga el Título III o cualquier otra disposición de PROMESA o cualquier otra ley o disposición, ni limitarlos, obstaculizarlos o restringirlos.

<u>Sección 5.14 Los remedios son acumulativos</u>. Todos los derechos, facultades y remedios provistos de conformidad con los términos y disposiciones de este Acuerdo o que estén disponibles en virtud del mismo, sea conforme a ley o a los principios de equidad, serán acumulativos y no alternativos, y el hecho de que cualquiera de las Partes ejerza cualquier derecho, facultad o remedio no impedirá que pueda ejercer al mismo tiempo o más adelante cualquier otro derecho, facultad remedio.

<u>Sección 5.15 Cumplimiento estricto</u>. Las Partes reconocen que la concesión daños pecuniarios es un remedio insuficiente y que posiblemente no esté disponible o no pueda cobrarse en caso de que cualquiera de ellas incumpla con este Acuerdo, y la Parte inocente tendrá derecho a solicitar el cumplimiento estricto y remedios de interdicto para hacer o no hacer como remedio ante cualquier incumplimiento de este Acuerdo, lo que incluye, a modo de ejemplo, una orden del Tribunal constituido conforme al Título III o cualquier otro tribunal con competencia que exija a la Parte que corresponda que cumpla sin demora con cualquiera de las obligaciones que le impone el presente. Sin perjuicio de cualquier disposición contraria este Acuerdo, el cumplimiento estricto, las órdenes o interdictos para hacer o no hacer y otros remedios similares, así como el derecho a rescindir este Acuerdo según sus términos y disposiciones, serán los únicos remedios disponibles para las Partes en caso de incumplimiento del presente, y ninguna de ellas tendrá derecho al pago de daños pecuniarios por cualquier incumplimiento de este Acuerdo. En cualquier acción judicial por cumplimiento estricto, la parte demandada tendrá derecho a levantar una defensa basándose en que el cumplimiento de dichas obligaciones implicaría una violación de sus deberes fiduciarios o legales, y sobre cualquier otro fundamento aplicable.

<u>Sección 5.16 Garantías adicionales</u>. Cada una de las Partes de este Acuerdo otorgará y formalizará, o dispondrá que se otorguen y formalicen, los instrumentos que sean necesarios para dar efecto a los fines y propósitos de este Acuerdo y cumplir sus condiciones, y adoptará las medidas que la otra Parte razonablemente le solicite a tal fin.



<u>Sección 5.17 Disposición sobre el Plan</u>. Si el Plan dispone un tratamiento alternativo de los Reclamos de los Retirados, en el caso de que el Grupo Calificado de los Retirados rechacen el Plan, no se considerará que tales disposiciones constituyan un incumplimiento de este Acuerdo; <u>estableciéndose, sin embargo</u>, que, en aras de evitar dudas, dicho tratamiento alternativo no forma parte específicamente de este Acuerdo, por lo que el Comité de Retirados no tiene la obligación de apoyar tal trato alternativo; <u>estableciéndose además</u> que si el Comité de Retirados se opone a la imposición de dicho trato alternativo por medio de la disposición de *cramdown* del artículo 1129(b) del Código de Quiebras, según incorporado a PROMESA conforme al artículo 301(a) del mismo cuerpo legal, tal oposición no constituirá ningún incumplimiento ni causará ninguna rescisión de este Acuerdo por parte del Comité de Retirados; y estableciéndose también que el ELA acepta que dicho trato alternativo, en su caso, no afectará al tratamiento conforme a la Hoja de Condiciones de Retirados (según la definición contenida en la Hoja de Condiciones) que no se verán impedidos por el Plan ni por el presente Acuerdo.

*[El resto de la página se deja en blanco intencionalmente]*

**EN TESTIMONIO DE LO CUAL**, las Partes del presente han dispuesto la firma de este Acuerdo en la fecha que se indica *supra*.

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, como representante del Estado Libre Asociado de Puerto Rico según el Título III

Por:

Nombre:Natalie A. Jaresko
Cargo: Directora ejecutiva

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN PARA PUERTO RICO, en su capacidad personal, únicamente en relación con las secciones 2.01 y 2.03 *supra*

Por:

Nombre:   Natalie   A.   Jaresko
Cargo: Directora ejecutiva

COMITÉ OFICIAL DE LOS EMPLEADOS RETIRADOS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

Por:

Nombre:   Miguel   J.   Fabre-Ramírez
Cargo: Presidente

**SENSIBLE - CONFIDENCIAL - SUJETO A LA REGLA 408 DE EVIDENCIA FEDERAL ("FRE", por sus siglas en inglés)**

**LA JSAF PROPUSO TÉRMINOS PARA REESTRUCTURAR DE LAS OBLIGACIONES DE LOS RETIRADOS**

*In re Causa del ELA radicada conforme al Título III núm. 17 BK 3283-LTS*

*27 de abril de 2019*

ESTE RESUMEN DE CONDICIONES NO ES UNA OFERTA CON RESPECTO A NINGÚN TÍTULO DE VALOR NI UNA SOLICITUD DE ACEPTACIÓN DE UN PLAN DE AJUSTE EN VIRTUD DE PROMESA, LOS ARTÍCULOS 1125 Y 1126 DEL CÓDIGO DE QUIEBRAS U OTRA NORMA. CUALQUIERA DE TALES OFERTAS O SOLICITUDES SE AJUSTARÁ A TODAS LAS LEYES APLICABLES SOBRE TÍTULOS DE VALORES Y A LAS DISPOSICIONES DE PROMESA Y DEL CÓDIGO DE QUIEBRAS. NADA DE LO CONTENIDO EN ESTE RESUMEN DE CONDICIONES SERÁ UNA ADMISIÓN DE UN HECHO NI UNA ACEPTACIÓN DE RESPONSABILIDAD, NI TAMPOCO, HASTA LA LLEGADA DE LA FECHA DE ENTRADA EN VIGOR DE CONFORMIDAD CON LOS TÉRMINOS DESCRITOS EN EL PRESENTE, SE CONSIDERARÁ VINCULANTE CON RESPECTO A NINGUNA DE LAS PARTES DEL PRESENTE.

A continuación figura un resumen de los términos indicativos propuestos relativos a la reestructuración de las obligaciones vencidas de los retirados relativas al Estado Libre Asociado de Puerto Rico. El presente resumen tiene propósitos transaccionales únicamente y no obliga a las partes a celebrar ninguna transacción. El acuerdo entre las partes quedará establecido una vez se otorgue y formalice la documentación definitiva. Tras su otorgamiento, los términos de dicha documentación definitiva serán vinculantes.

Este resumen y las conversaciones relacionadas son confidenciales y pueden acogerse a las protecciones que dispone la Regla 408 de Evidencia Federal y cualquier otro estatuto doctrina aplicable que proteja el uso y la divulgación de información confidencial o de conversaciones de transacción. Los términos propuestos seguirán sujetos a negociación y análisis, y nada de lo contenido en el presente podrá interpretarse como una admisión de haber incurrido en ningún tipo de acto u obligación, ni como una renuncia a ningún derecho o reclamo, ni tendrá carácter vinculante para ninguna de las partes.

| Definiciones | |
|---|---|
| Retirados | Todos los empleados actuales, anteriores, activos, inactivos y discapacitados (así como sus beneficiarios) que al 3 de mayo de 2017 poseían un beneficio de pensiones acumulado (o que eran beneficiarios de este) como participantes en uno de los siguientes sistemas:<br><br>• Sistema de Retiro de los Empleados Públicos (SRE)<br><br>• Sistema de Retiro de Maestros (SRM)<br><br>• Sistema de Retiro de la Rama Judicial (SRJ);<br><br>excepto por los empleados activos que son participantes en el programa del Sistema 2000 y cuyos beneficios de pensiones acumulados quedan sujetos a un acuerdo por separado alcanzado en su nombre por AFSCME con la JSAF en representación del ELA, en la medida que sea aplicable. |
| Asignación y pago de beneficios residuales | El Total residual del beneficio mensual de retiro adeudado a cada Retirado, una vez que se hayan cumplido los términos del presente, se asignará y pagará anualmente por el ELA, sobre la base de *Pay As You Go* ("PayGo"), hasta que la totalidad de dichos beneficios adeudados a cada Retirado hayan sido pagados. |
| Pensión Mensual Base | La Pensión Mensual Base es el pago mensual de pensiones realizado a un Retirado, excluyendo los demás beneficios, tales como la Bonificación de Navidad, la Bonificación de Verano, la Bonificación Médica y el Beneficio de Seguro Médico. |
| Total del Beneficio Mensual de Retiro | El Total del beneficio Mensual de Retiro, que se medirá en relación con el límite a efectos de aplicar recortes conforme a la Fórmula Total de Recortes, se calcula sumando el beneficio de Pensión Mensual Base y la Bonificación de Navidad anual (si alguna) dividida entre 12 (la "Bonificación de navidad |



ANEXO A
SENSIBLE - CONFIDENCIAL - SUJETO A LA REGLA 408 DE EVIDENCIA FEDERAL
("FRE", POR SUS SIGLAS EN INGLÉS)

|  |  |
|---|---|
|  | Mensual"), más la Bonificación de Verano anual (si alguna) dividida entre 12 (la "Bonificación de Verano Mensual"), más la Bonificación Médica anual (si alguna) dividida entre 12 (la "Bonificación Médica Mensual"), pero excluyendo todo beneficio de Seguro Médico. |
| Fecha de Inicio de Reducción de Beneficios | La fecha en la que la reducción/recorte indicados en la Fórmula Total de Recortes se aplique por primera vez a los beneficios pagados por el ELA. |
| Junta de Pensiones de PayGo | Entidad independiente de supervisión de pensiones a ser creada en virtud del Plan de Ajuste del ELA en una forma aceptable para la JSAF, los Retirados y el Gobierno, para vigilar la administración de PayGo en beneficio de los Retirados a partir de la confirmación del Plan de Ajuste. |



**ANEXO A**

**SENSIBLE - CONFIDENCIAL - SUJETO A LA REGLA 408 DE EVIDENCIA FEDERAL ("FRE", POR SUS SIGLAS EN INGLÉS)**

| Calendario | |
|---|---|
| Fecha relativa a Beneficios de Pensiones | Los beneficios de pensiones acumulados devengados por los Retirados antes del 4 de mayo de 2017 quedan sujetos a reducción/recorte por el monto indicado en la Fórmula Total de Recortes.<br><br>Los beneficios de pensiones acumulados devengados por los Retirados el 4 de mayo de 2017 o con posterioridad a dicha fecha no quedan sujetos a la reducción que se indica en la Fórmula Total de Recortes. El conjunto de datos utilizado para calcular la reducción de los beneficios de pensiones necesaria se basa en el conjunto de datos del 1 de julio de 2015 proporcionado por el SRE, el SRM y el SRJ, el cual representa los datos más recientes disponibles. En el caso de que un conjunto de datos de 2016 o 2017 se haga disponible, los valores se actualizarán de manera correspondiente. |
| Implementación | La Fecha de Inicio de Reducción de Beneficios será la más tarde entre el el 1 de julio de 2020 o el primer 1 de julio que siga a la fecha de entrada en vigor de un Plan de Ajuste relativo al ELA; estableciéndose, sin embargo, que si el período entre dicha fecha de entrada en vigor y el subsiguiente 1 de julio es menor que 180 días, la Fecha de Inicio de Reducción de Beneficios será el primer día del primer mes natural que sea al menos 180 días posterior de la referida fecha de entrada en vigor. |

| Disposiciones de la propuesta | |
|---|---|
| Porcentaje de recorte | Hasta el 8.5% del Total del Beneficio Mensual de Retiro, sujeto a la Fórmula Total de Recortes. |
| Tipo de recorte | Plano; el mismo porcentaje de reducción aplicado al beneficio de la Pensión Mensual Base en el caso de todos los participantes, con sujeción al Límite. |
| Límite por encima del cual se aplican recortes (el "Límite") | $1,200 al mes |
| Indexación del Límite y recálculo del beneficio anual | Sin indexación para futuros cambios en el Nivel Federal de Pobreza.<br><br>Además, sin recálculo anual de beneficios una vez aplicado el porcentaje de recorte. |
| Ajuste relativo al Seguro Social | Se excluye del cálculo. |
| Seguro Médico | El beneficio de Seguro Médico Mensual se excluye del cálculo del Total del Beneficio Mensual de Retiro y no queda sujeto a la Fórmula Total de Recortes. El beneficio de Seguro Médico Mensual redundará en beneficio de los Retirados y quedará sujeto a cualquier medida relativa al plan de ajuste u otras disposiciones que protejan los beneficios proporcionados a los Retirados frente a eliminaciones, modificaciones o alteraciones. |



ANEXO A
SENSIBLE - CONFIDENCIAL - SUJETO A LA REGLA 408 DE EVIDENCIA FEDERAL ("FRE", POR SUS SIGLAS EN INGLÉS)

| Fórmula Total de Recortes | La reducción del Total del Beneficio Mensual de Retiro se calculará de la siguiente manera (la "Reducción de Beneficios Mensuales"): |
|---|---|
| | *Paso 1*: Reducir la Bonificación de Navidad Mensual hasta alcanzar el Límite o el Porcentaje de Recorte, o hasta que la Bonificación de Navidad Mensual sea completamente eliminada, lo que ocurra antes a medida que se reduce el Total del Beneficio Mensual de Retiro. |
| | *Paso 2*: Si el Total del Beneficio Mensual de Retiro del Retirado sigue siendo mayor que el Límite y no se ha alcanzado el Porcentaje de Recorte tras la eliminación de la Bonificación de Navidad Mensual, reducir la Bonificación de Verano Mensual hasta alcanzar el Límite o el Porcentaje de Recorte o hasta que la Bonificación de Verano sea completamente eliminada, lo que ocurra antes a medida que se reduce el Total del Beneficio Mensual de Retiro. |
| | *Paso 3*: Si el Total del Beneficio Mensual de Retiro del Retirado sigue siendo mayor que el Límite y no se ha alcanzado el Porcentaje de Recorte tras la eliminación de la Bonificación de Navidad Mensual y de la Bonificación de Verano Mensual, reducir la Bonificación Médica Mensual hasta alcanzar el Límite o el Porcentaje de Recorte o hasta que la Bonificación Médica Mensual sea completamente eliminada, lo que ocurra antes a medida que se reduce el Total del Beneficio Mensual de Retiro. |
| | *Paso 4*: Si el Total del Beneficio Mensual de Retiro del Retirado sigue siendo mayor que el Límite y no se ha alcanzado el Porcentaje de Recorte tras la eliminación de la Bonificación de Navidad Mensual, de la Bonificación de Verano Mensual y de la Bonificación Médica Mensual reducir la Pensión Mensual Base hasta alcanzar el Porcentaje de Recorte; estableciéndose, sin embargo, que la aplicación del resto del Porcentaje de Recorte a la Pensión Mensual Base no reducirá el Total del Beneficio Mensual de Retiro por debajo del Límite. |
| | El Porcentaje de Recorte no se aplicará, en ningún caso, de tal manera que el Total del Beneficio Mensual de Retiro de un Retirado concreto sea recortado por debajo del Límite. Si el Total del Beneficio Mensual de Retiro de un Retirado queda por debajo del Límite, la Reducción de Beneficios Mensuales será igual a cero. |

ANEXO A
**SENSIBLE - CONFIDENCIAL - SUJETO A LA REGLA 408 DE EVIDENCIA FEDERAL ("FRE", POR SUS SIGLAS EN INGLÉS)**

| | |
|---|---|
| **Restauración de Beneficios/Participación al alza** | Los Retirados que queden sujetos a una Reducción de Beneficios Mensuales basado en la Fórmula Total de Recortes mencionada serán elegibles para recibir una restauración total o parcial de su Reducción de Beneficios Mensuales en un año fiscal determinado (la "Restauración de Beneficios").<br><br>El Superávit por Exceso de Dinero en Efectivo se define como el exceso de dinero en efectivo real por encima y más allá del Superávit del Plan Fiscal contenido en el Plan Fiscal Certificado vigente a la fecha de entrada en vigor del Plan de Ajuste del ELA.[2]<br><br>La Restauración de Beneficios tendrá lugar si en un año fiscal concreto posterior a la confirmación se da un Superávit por Exceso de Dinero en Efectivo, según se indica abajo.<br><br>Si el Superávit por Exceso de Dinero en Efectivo es inferior a $100 millones, no se distribuirá ningún monto.<br><br>Si el Superávit por Exceso de Dinero en Efectivo es de $ 100 millones o superior, el 10% del Superávit por Exceso de Dinero en Efectivo se asignará a la Restauración de Beneficios y se pagará a cada Retirado el 1 de octubre o antes del siguiente año fiscal. La asignación de la Restauración de Beneficios a cada Retirado se hará de forma prorrateada sobre la base del monto del total de recortes aplicados a cada Retirado.<br><br>La Restauración de Beneficios de cada Retirado tendrá un límite máximo de la Reducción de Beneficios Mensuales multiplicada por 12 para dicho Retirado.<br><br>El año final del programa de Restauración de Beneficios será el AF2033, y los pagos relativos a la Restauración de Beneficios correspondientes a dicho año fiscal vencerán el 1 de octubre de 2033. |
| **Fondo de Reserva de Pensiones** | En la fecha de entrada en vigor del Plan de Ajuste confirmado del ELA, este último creará un Fondo de Reserva de Pensiones. Dicho Fondo de Reserva de Pensiones se mantendrá en fideicomiso y únicamente redundará en beneficio de los Retirados; lo gestionará un asesor de inversiones externo mutuamente aceptado por la JSAF, el Gobierno y la Junta de Pensiones de PayGo, y elegido a través de un proceso de solicitud de propuestas. El financiamiento del costo administrativo relativo al asesor de inversiones vendrá del Fondo de Reserva de Pensiones.<br><br>El Plan de Ajuste del ELA dispondrá que el ELA realizará aportaciones anuales al Fondo de Reserva de Pensiones del Fondo General del ELA hasta el AF2027 por un monto que no sea inferior a $175 millones al año; estableciéndose además que en el caso de cualquier año fiscal que finalice después de la fecha de entrada en vigor contenida en el Plan Fiscal Certificado vigente a fecha de entrada en vigor del Plan de Ajuste del ELA en el que el que Superávit del Plan Fiscal previsto sea al menos de $1,750 millones, el ELA realizará una aportación al Fondo de Reserva de Pensiones del Fondo General del ELA por un monto equivalente al 25% del Superávit del Plan Fiscal previsto en ese año. La aportación anual se realizará antes del 1 de octubre luego del final de cada año fiscal. Además, el |



---

[2] Para evitar dudas, el Superávit del Plan Fiscal se referirá a la entrada relativa al "Superávit/(Déficit) posterior a las medidas (excl. Pagos de la Deuda)". Por ejemplo, con respecto al Plan Fiscal de octubre de 2018, se refiere a la pestaña "Presentación del PF Revisado - 40 años" en el modelo del plan fiscal proporcionado en apoyo del Plan Fiscal de octubre de 2018 el 6 de febrero de 2019. (20181023_Model Commonwealth Fiscal Plan v CERTIFIED pensions_v6.xlsx).

**ANEXO A**
**SENSIBLE - CONFIDENCIAL - SUJETO A LA REGLA 408 DE EVIDENCIA**
**FEDERAL ("FRE", POR SUS SIGLAS EN INGLÉS)**

| | |
|---|---|
| | ELA realizará una aportación única en la fecha de entrada en vigor del Plan de Ajuste al Fondo de Reserva de Pensiones por el monto de $5 millones para cubrir los cargos, costos y gastos administrativos adelantados de la Junta de Pensiones de PayGo.<br><br>Los retiros del Fondo de Reserva de Pensiones, incluidos los retornos sobre inversiones, se realizarán por montos que se determinarán por la Junta de Pensiones de PayGo, previa consulta con el ELA, para reducir los desembolsos de fondos en efectivo del Fondo General en relación con los gastos anuales de PayGo relativos a los retirados en los años en los que se prevea un déficit presupuestario. Cualquier retiro del Fondo de Reserva de Pensiones requerirá la aprobación de la Junta de Pensiones de PayGo y solo se utilizará por el ELA para el pago de PayGo. |
| Disposiciones misceláneas | Con sujeción a cualquier artículo ulterior, y sin limitar el preámbulo, los documentos definitivos reflejarán las siguientes disposiciones a incorporarse en el Plan de Ajuste del ELA:<br>a) Hasta el máximo legalmente permitido, y habiendo aceptado la JSAF, en su propio nombre y en el del ELA, a todos los efectos, incluido el artículo 305 de PROMESA, la totalidad de las obligaciones de pago y otras obligaciones debidas a los Retirados en virtud del Plan de Ajuste (incluidas las obligaciones ELA relativas al PayGo y la totalidad de los componentes del Total del Beneficio Mensual de Retiro residual tras la aplicación de la Fórmula Total de Recortes), seguirán siendo exigibles (hasta su satisfacción) por parte de la JSAF, la Junta de Pensiones de PayGo y cualquiera de los Retirados afectados, y el ELA no modificará el Plan de Ajuste (i) sin el consentimiento de la JSAF (en el caso de que siga vigente en el momento de la modificación propuesta), de la Junta de Pensiones de PayGo y de los Retirados que continúen recibiendo beneficios en virtud del Plan de Ajuste en el momento de la modificación propuesta, o (ii) de conformidad con una nueva Causa de acción radicada conforme al Título III y un Plan de Ajuste vigente y confirmado;<br>b) La creación de la Junta de Pensiones de PayGo en una forma aceptable para la JSAF, los Retirados y el Gobierno para vigilar la administración de PayGo tras la confirmación de un Plan de Ajuste en beneficio de los Retirados. Dicha Junta recibirá financiamiento de la Reserva de Beneficios de Pensiones para (i) costos administrativos, incluidos cargos y nóminas de los miembros y del personal de la Junta; (ii) cargos y gastos razonables de una auditoría anual para verificar los estados financieros del ELA, lo que incluye, sin limitación, el cálculo del Superávit por Exceso de Dinero en Efectivo a efectos de la Restauración de Beneficios y el Superávit del Plan Fiscal a efectos del Fondo de Reserva de Pensiones; (iii) cargos y gastos relativos al procesamiento de un mandato judicial u otro litigio por la Junta para hacer valer los derechos de los Retirados en virtud del Plan de Ajuste (otorgándosele explícitamente legitimación a la Junta en virtud del Plan) o con fines de defensa contra una demanda judicial; y (iv) indemnización y cargos y gastos relacionados de conformidad con las disposiciones pertinentes de indemnización y exención de responsabilidad que protejan a los miembros de la Junta. |



**Apéndice**
**Cálculos ilustrativos[1]**

| | Valor Total de Pensiones | Bonificación de Navidad [2] | Verano [3] | Bonificación Médica y/o de | Pensión Mensual Base | Seguro Médico Mensual | Comentarios |
|---|---|---|---|---|---|---|---|
| A Actual | $875 | $17 | | $8 | $850 | $0 | Sin recortes porque |
| Reducción | 0 | 0 | | _0 | 0 | 0 | beneficio inferior a $1,200 |
| Tras el recorte | $875 | $17 | | $8 | $850 | $0 | |
| | | | | | | | |
| B Actual | $1,625 | $17 | | $8 | $1,500 | $100 | |
| Reducción | 130 | 17 | | 8 | 105 | 0 | Recorte del Total del Beneficio Mensual |
| Tras el recorte | $1,495 | $0 | | $0 | $1,395 | $100 | de Retiro del 8.5%, incluida la total |
| | | | | | | | eliminación de las bonificaciones, ya que |
| | | | | | | | el monto restante tras el recorte sigue |
| | | | | | | | siendo superior a $1,200 |
| | | | | | | | |
| C Actual | $1,235 | $ 17 | | $8 | $1,210 | $ 0 | Todas las bonificaciones eliminadas pero |
| Reducción | 35 | 17 | | 8 | 10 | 0 | |
| Tras el recorte | $1,200 | $ 0 | | $0 | $1,200 | $ 0 | el Total del Beneficio Mensual de Retiro |
| | | | | | | | recortado por menos que el 8.5% para |
| | | | | | | | estar por encima de $1,200 |
| | | | | | | | |
| D Actual | $1,205 | $ 17 | | $8 | $1,180 | $ 0 | |
| Reducción | 5 | 5 | | 0 | 0 | _ 0 | Recorte de $5 de Bonificación de Navidad |
| Tras el recorte | $1,200 | $ 12 | | $8 | $1,180 | $ 0 | para estar por encima de $1,200 |

| Recorte máximo del 8.5% del Total del Beneficio Mensual de Retiro siempre que el monto restante tras el recorte siga siendo superior a $1,200 | Recorte si el total sigue siendo superior a $1,200 | Recorte si el total sigue siendo superior a $1,200 | El recorte plano del 8.5% del Total del Beneficio Mensual de Retiro, menos bonificaciones ya eliminadas, siempre que el total siga siendo superior a $1,200 | Se excluye del cálculo de recortes |
|---|---|---|---|---|

[1] Los ejemplos son ilustrativos en relación con todos los sistemas y tienen por objetivo demostrar la metodología indicada en el Resumen de Condiciones. Las bonificaciones que están disponibles para participantes individuales dependen de varios factores; por ejemplo, la fecha de retiro y el sistema de retiro para beneficio del participante.

[2] Monto mensual equivalente a $200 anuales.

[3] Monto mensual equivalente a $100 anuales. La Bonificación de Verano, si aplica, se recorta antes de la Bonificación Médica, de conformidad con la Fórmula Total de Recortes.

ANEXO A

**SENSIBLE - CONFIDENCIAL - SUJETO A LA REGLA 408 DE EVIDENCIA FEDERAL ("FRE", POR SUS SIGLAS EN INGLÉS)**

**TÉRMINOS PROPUESTOS POR LA JSAF PARA REESTRUCTURAR LAS OBLIGACIONES DE LOS RETIRADOS**

*In re Causa de acción del ELA radicada conforme al Título III núm. 17 BK 3283-LTS*

*27 de abril de 2019*

ESTE RESUMEN DE CONDICIONES NO ES UNA OFERTA CON RESPECTO A NINGÚN TÍTULO DE VALOR NI UNA SOLICITUD DE ACEPTACIÓN DE UN PLAN DE AJUSTE EN VIRTUD DE PROMESA, LOS ARTÍCULOS 1125 Y 1126 DEL CÓDIGO DE QUIEBRAS U OTRA NORMA. CUALQUIERA DE TALES OFERTAS O SOLICITUDES SE AJUSTARÁ A TODAS LAS LEYES APLICABLES SOBRE TÍTULOS DE VALORES Y A LAS DISPOSICIONES DE PROMESA Y DEL CÓDIGO DE QUIEBRAS. NADA DE LO CONTENIDO EN ESTE RESUMEN DE CONDICIONES SERÁ UNA ADMISIÓN DE UN HECHO NI UNA ACEPTACIÓN DE RESPONSABILIDAD, NI TAMPOCO, HASTA LA LLEGADA DE LA FECHA DE ENTRADA EN VIGOR DE CONFORMIDAD CON LOS TÉRMINOS DESCRITOS EN EL PRESENTE, SE CONSIDERARÁ VINCULANTE CON RESPECTO A NINGUNA DE LAS PARTES DEL PRESENTE.

A continuación figura un resumen de los términos indicativos propuestos relativos a la reestructuración de las obligaciones vencidas de los retirados relativas al Estado Libre Asociado de Puerto Rico. El presente resumen tiene propósitos transaccionales únicamente y no obliga a las partes a celebrar ninguna transacción. El acuerdo entre las partes quedará establecido una vez se otorgue y formalice la documentación definitiva. Tras su otorgamiento, los términos de dicha documentación definitiva serán vinculantes.

Este resumen y las conversaciones relacionadas son confidenciales y pueden acogerse a las protecciones que dispone la Regla 408 de Evidencia Federal y cualquier otro estatuto doctrina aplicable que proteja el uso y la divulgación de información confidencial o de conversaciones de transacción. Los términos propuestos seguirán sujetos a negociación y análisis, y nada de lo contenido en el presente podrá interpretarse como una admisión de haber incurrido en ningún tipo de acto u obligación, ni como una renuncia a ningún derecho o reclamo, ni tendrá carácter vinculante para ninguna de las partes.



| Definiciones | |
|---|---|
| Retirados | Todos los empleados actuales, anteriores, activos, inactivos y discapacitados (así como sus beneficiarios) que al 3 de mayo de 2017 poseían un beneficio de pensiones acumulado (o que eran beneficiarios de este) como participantes en uno de los siguientes sistemas: <br>• Sistema de Retiro de los Empleados Públicos (SRE) <br>• Sistema de Retiro de Maestros (SRM) <br>• Sistema de Retiro de la Rama Judicial (SRJ); <br>excepto por los empleados activos que son participantes en el programa del Sistema 2000 y cuyos beneficios de pensiones acumulados quedan sujetos a un acuerdo por separado alcanzado en su nombre por AFSCME con la JSAF en representación del ELA, en la medida que sea aplicable. |
| Asignación y pago de beneficios residuales | El Total residual del beneficio mensual de retiro adeudado a cada Retirado, una vez que se hayan cumplido los presentes términos, se asignará y pagará anualmente por el ELA, sobre la base de Pay As You Go ("PayGo"), hasta que la totalidad de dichos beneficios adeudados a cada Retirado hayan sido pagados. |
| Pensión Mensual Base | La Pensión Mensual Base es el pago mensual de pensiones realizado a un Retirado, excluyendo los demás beneficios; por ejemplo, la Bonificación de Navidad, la Bonificación de verano, la Bonificación Médica y el Beneficio de Seguro Médico. |
| Total del Beneficio Mensual de Retiro | El Total del beneficio Mensual de Retiro, que se medirá en relación con el Límite para los efectos de aplicar recortes conforme a la Fórmula Total de Recortes, se calcula sumando el beneficio de Pensión Mensual Base y la Bonificación de Navidad anual (si alguna) dividida entre 12 (la "Bonificación de Navidad |

**SENSIBLE - CONFIDENCIAL - SUJETO A LA REGLA 408 DE EVIDENCIA FEDERAL ("FRE", POR SUS SIGLAS EN INGLÉS)**

| | |
|---|---|
| | Mensual"), más la Bonificación de Verano anual (si alguna) dividida entre 12 (la "Bonificación de Verano Mensual"), más la Bonificación Médica anual (si alguna) dividida entre 12 (la "Bonificación Médica Mensual"), pero excluyendo todo beneficio de Seguro Médico. |
| Fecha de Inicio de Reducción de Beneficios | La fecha en la que la reducción/recorte indicados en la Fórmula Total de Recortes se aplique por primera vez a los beneficios pagados por el ELA. |
| Junta de Pensiones de PayGo | Entidad independiente de supervisión de pensiones a ser creada en virtud del Plan de Ajuste del ELA en una forma aceptable para la JSAF, los Retirados y el Gobierno, para vigilar la administración de PayGo en beneficio de los Retirados a partir de la confirmación del Plan de Ajuste. |



**ANEXO A**

**SENSIBLE - CONFIDENCIAL - SUJETO A LA REGLA 408 DE EVIDENCIA FEDERAL
("FRE", POR SUS SIGLAS EN INGLÉS)**

Calendario

| | |
|---|---|
| Fecha relativa a Beneficios de Pensiones | Los beneficios de pensiones acumulados devengados por los Retirados antes del 4 de mayo de 2017 quedan sujetos a reducción/recorte por el monto indicado en la Fórmula Total de Recortes.<br><br>Los beneficios de pensiones acumulados devengados por los Retirados en o después del 4 de mayo de 2017 no quedan sujetos a la reducción que se indica en la Fórmula Total de Recortes. El conjunto de datos utilizado para calcular la reducción de los beneficios de pensiones necesaria se basa en el conjunto de datos del 1 de julio de 2015 proporcionado por el SRE, el SRM y el SRJ, el cual representa los datos más recientes disponibles. En el caso de que un conjunto de datos de 2016 o de 2017 se haga disponible, los valores se actualizarán de manera correspondiente. |
| Implementación | La Fecha de Inicio de Reducción de Beneficios será la más tarde entre el 1 de julio de 2020 o el primer 1 de julio que siga a la fecha de entrada en vigor de un Plan de Ajuste relativo al ELA; estableciéndose, sin embargo, que si el período entre dicha fecha de entrada en vigor y el subsiguiente 1 de julio es menor que 180 días, la Fecha de Inicio de Reducción de Beneficios será el primer día del primer mes natural que sea al menos 180 días posterior de la referida fecha de entrada en vigor. |

Disposiciones de la propuesta

| | |
|---|---|
| Porcentaje de recorte | Hasta el 8.5% del Total del Beneficio Mensual de Retiro, sujeto a la Fórmula Total de Recortes. |
| Tipo de recorte | Plano; el mismo porcentaje de reducción aplicado al beneficio de la Pensión Mensual Base en el caso de todos los participantes, con sujeción al Límite. |
| Límite por encima del cual se aplican recortes (el "Límite") | $1,200 al mes |
| Indexación del Límite y recálculo del beneficio anual | Sin indexación en lo relativo a futuros cambios en el Nivel Federal de Pobreza.<br><br>Además, sin recálculo anual de beneficios una vez aplicado el porcentaje de recorte. |
| Ajuste relativo al Seguro Social | Se excluye del cálculo. |
| Seguro Médico | El beneficio de Seguro Médico Mensual se excluye del cálculo del Total del Beneficio Mensual de Retiro y no queda sujeto a la Fórmula Total de Recortes. El beneficio de Seguro Médico Mensual redundará en beneficio de los Retirados y quedará sujeto a cualquier medida relativa al plan de ajuste u otras disposiciones que protejan los beneficios proporcionados a los Retirados frente a eliminaciones, modificaciones o alteraciones. |



ANEXO A

SENSIBLE - CONFIDENCIAL - SUJETO A LA REGLA 408 DE EVIDENCIA FEDERAL
("FRE", POR SUS SIGLAS EN INGLÉS)

| Fórmula Total de Recortes | La reducción del Total del Beneficio Mensual de Retiro se calculará de la siguiente manera (la "Reducción de Beneficios Mensuales"): |
| --- | --- |

La reducción del Total del Beneficio Mensual de Retiro se calculará de la siguiente manera (la "Reducción de Beneficios Mensuales"):

*Paso 1*: Reducir la Bonificación de Navidad Mensual hasta alcanzar el Límite o el Porcentaje de Recorte, o hasta que la Bonificación de Navidad Mensual sea completamente eliminada, lo que ocurra antes a medida que se reduce el Total del Beneficio Mensual de Retiro.

*Paso 2*: Si el Total del Beneficio Mensual de Retiro del Retirado sigue siendo mayor que el Límite y no se ha alcanzado el Porcentaje de Recorte tras la eliminación de la Bonificación de Navidad Mensual, reducir la Bonificación de Verano Mensual hasta alcanzar el Límite o el Porcentaje de Recorte o hasta que la Bonificación de Verano sea completamente eliminada, lo que ocurra antes a medida que se reduce el Total del Beneficio Mensual de Retiro.

*Paso 3*: Si el Total del Beneficio Mensual de Retiro del Retirado sigue siendo mayor que el Límite y no se ha alcanzado el Porcentaje de Recorte tras la eliminación de la Bonificación de Navidad Mensual y de la Bonificación de Verano Mensual, reducir la Bonificación Médica Mensual hasta alcanzar el Límite o el Porcentaje de Recorte o hasta que la Bonificación Médica Mensual sea completamente eliminada, lo que ocurra antes a medida que se reduce el Total del Beneficio Mensual de Retiro.

*Paso 4*: Si el Total del Beneficio Mensual de Retiro del Retirado sigue siendo mayor que el Límite y no se ha alcanzado el Porcentaje de Recorte tras la eliminación de la Bonificación de Navidad Mensual, de la Bonificación de Verano Mensual y de la Bonificación Médica Mensual reducir la Pensión Mensual Base hasta alcanzar el Porcentaje de Recorte; estableciéndose, sin embargo, que la aplicación del resto del Porcentaje de Recorte a la Pensión Mensual Base no reducirá el Total del Beneficio Mensual de Retiro por debajo del Límite.

El Porcentaje de Recorte no se aplicará, en ningún caso, de tal manera que el Total del Beneficio Mensual de Retiro de un Retirado concreto sea recortado por debajo del Límite. Si el Total del Beneficio Mensual de Retiro de un Retirado queda por debajo del Límite, la Reducción de Beneficios Mensuales será igual a cero.



**ANEXO A**

**SENSIBLE - CONFIDENCIAL - SUJETO A LA REGLA 408 DE EVIDENCIA FEDERAL ("FRE", POR SUS SIGLAS EN INGLÉS)**

| | |
|---|---|
| Restauración de Beneficios/Participación al alza | Los Retirados que queden sujetos a una Reducción de Beneficios Mensuales basado en la Fórmula Total de Recortes mencionada serán elegibles para recibir una restauración total o parcial de su Reducción de Beneficios Mensuales en un año fiscal determinado (la "Restauración de Beneficios"). |
| | El Superávit por Exceso de Dinero en Efectivo se define como el exceso de dinero en efectivo real por encima y más allá del Superávit del Plan Fiscal contenido en el Plan Fiscal Certificado vigente a la fecha de entrada en vigor del Plan de Ajuste del ELA.[2] |
| | La Restauración de Beneficios tendrá lugar si en un año fiscal concreto posterior a la confirmación se da un Superávit por Exceso de Dinero en Efectivo, según se indica abajo. |
| | Si el Superávit por Exceso de Dinero en Efectivo es inferior a $100 millones, no se distribuirá ningún monto. |
| | Si el Superávit por Exceso de Dinero en Efectivo es de $100 millones o superior, el 10% del Superávit por Exceso de Dinero en Efectivo se asignará a la Restauración de Beneficios y se pagará a cada Retirado en o antes del 1 de octubre del siguiente año fiscal. La asignación de la Restauración de Beneficios a cada Retirado se hará de forma prorrateada basado en el monto del total de recortes aplicados a cada Retirado. |
| | La Restauración de Beneficios de cada Retirado tendrá un límite máximo de la Reducción de Beneficios Mensuales multiplicada por 12 para cada Retirado. |
| | El año final del programa de Restauración de Beneficios será el AF2033, y los pagos relativos a la Restauración de Beneficios correspondientes a dicho año fiscal vencerán el 1 de octubre de 2033. |
| Fondo de Reserva de Pensiones | En la fecha de entrada en vigor del Plan de Ajuste confirmado del ELA, el ELA creará un Fondo de Reserva de Pensiones. Dicho Fondo de Reserva de Pensiones se mantendrá en fideicomiso y únicamente redundará en beneficio de los Retirados; lo gestionará un asesor de inversiones externo mutuamente aceptado por la JSAF, el Gobierno y la Junta de Pensiones de PayGo, y elegido a través de un proceso de solicitud de propuestas. El financiamiento del costo administrativo relativo al asesor de inversiones vendrá del Fondo de Reserva de Pensiones. |
| | El Plan de Ajuste del ELA dispondrá que el ELA realizará aportaciones anuales al Fondo de Reserva de Pensiones del Fondo General del ELA hasta el AF2027 por un monto que no sea inferior a $175 millones al año; estableciéndose además que en el caso de cualquier año fiscal que finalice después de la fecha de entrada en vigor contenida en el Plan Fiscal Certificado vigente a la fecha de entrada en vigor del Plan de Ajuste del ELA en el que el Superávit del Plan Fiscal previsto sea al menos de $1,750 millones, el ELA realizará una aportación al Fondo de Reserva de Pensiones del Fondo General del ELA por un monto equivalente al 25% del Superávit del Plan Fiscal previsto en ese año. La aportación anual se realizará antes del 1 de octubre luego del final de cada año fiscal. Además, el |

---

[2] Para evitar dudas, el Superávit del Plan Fiscal se referirá a la entrada relativa al "Superávit/(Déficit) posterior a las medidas (excl. Pagos de la Deuda)". Por ejemplo, con respecto al Plan Fiscal de octubre de 2018, se refiere a la pestaña "Presentación del PF Revisado - 40 años" en el modelo del plan fiscal proporcionado en apoyo del Plan Fiscal de octubre de 2018 el 6 de febrero de 2019. (20181023_Model Commonwealth Fiscal Plan_vCERTIFIED_pensions_v6.xlsx).

**ANEXO A**

**SENSIBLE - CONFIDENCIAL - SUJETO A LA REGLA 408 DE EVIDENCIA FEDERAL ("FRE", POR SUS SIGLAS EN INGLÉS)**

| | |
|---|---|
| | ELA realizará una aportación única en la fecha de entrada en vigor relativa al Plan de Ajuste al Fondo de Reserva de Pensiones por el monto de $5 millones para cubrir los cargos, costos y gastos administrativos adelantados de la Junta de Pensiones de PayGo.<br><br>Las retiradas del Fondo de Reserva de Pensiones, incluidos los retornos sobre inversiones, se realizarán por montos que se determinarán por la Junta de Pensiones de PayGo, previa consulta con el ELA, para reducir los desembolsos de fondos en efectivo del Fondo General en relación con los gastos anuales de PayGo relativos a los retirados en los años en los que se prevea un déficit presupuestario. Cualquier retirada del Fondo de Reserva de Pensiones requerirá la aprobación de la Junta de Pensiones de PayGo y solo se utilizará por el ELA para el pago de PayGo. |
| Disposiciones misceláneas | Sujeto a cualquier articulado ulterior, y sin limitar el preámbulo, los documentos definitivos reflejarán las siguientes disposiciones a incorporarse en el Plan de Ajuste del ELA:<br>(a) En la máxima medida legalmente permitida, y habiendo aceptado la JSAF, en su propio nombre y en el del ELA, a todos los efectos, incluido el artículo 305 de PROMESA, la totalidad de las obligaciones de pago y otras obligaciones debidas a los Retirados en virtud del Plan de Ajuste (incluidas las obligaciones del ELA relativas al PayGo y la totalidad de los componentes del Total del Beneficio Mensual de Retiro residual tras la aplicación de la Fórmula Total de Recortes), seguirán siendo exigibles (hasta su satisfacción) por parte de la JSAF, la Junta de Pensiones de PayGo y cualquiera de los Retirados afectados, y el ELA no modificará el Plan de Ajuste (i) sin el consentimiento de la JSAF (en el caso de que siga vigente en el momento de la modificación propuesta), de la Junta de Pensiones de PayGo y de los Retirados que continúen recibiendo beneficios en virtud del Plan de Ajuste en el momento de la modificación propuesta, o (ii) de conformidad con una nueva Causa de acción radicada conforme al Título III y un Plan de Ajuste vigente y confirmado;<br>(b) La creación de la Junta de Pensiones de PayGo en una forma aceptable para la JSAF, los Retirados y el Gobierno para vigilar la administración de PayGo tras la confirmación de un Plan de Ajuste en beneficio de los Retirados. Dicha Junta recibirá financiamiento de la Reserva de Beneficios de Pensiones para (i) costos administrativos, incluidos cargos y nóminas de los miembros y del personal de la Junta; (ii) cargos y gastos razonables de una auditoría anual para verificar los estados financieros del ELA, lo que incluye, sin limitación, el cálculo del Superávit por Exceso de Dinero en Efectivo a efectos de la Restauración de Beneficios y el Superávit del Plan Fiscal a efectos del Fondo de Reserva de Pensiones; (iii) cargos y gastos relativos al procesamiento de un mandato judicial u otro litigio por la Junta para hacer valer los derechos de los Retirados en virtud del Plan de Ajuste (otorgándose explícitamente legitimación a la Junta en virtud del Plan) o con fines de defensa contra una demanda judicial; y (iv) indemnización y cargos y gastos relacionados de conformidad con las disposiciones pertinentes de indemnización y exención de responsabilidad que protejan a los miembros de la Junta. |



**Apéndice**
**Cálculos ilustrativos**[1]

| | Valor Total de Pensiones | Bonificación de Navidad [2] | Bonificación Médica y/o de Verano [3] | Pensión Mensual Base | Seguro Médico Mensual | Comentarios |
|---|---|---|---|---|---|---|
| A Actual | $875 | $17 | $8 | $850 | $0 | Sin recortes porque |
| Reducción | 0 | 0 | _0 | 0 | 0 | beneficio inferior a $1,200 |
| Tras el recorte | $875 | $17 | $8 | $850 | $0 | |
| | | | | | | |
| B Actual | $1,625 | $17 | $8 | $1,500 | $100 | |
| Reducción | 130 | 17 | 8 | 105 | 0 | Recorte del Total del Beneficio Mensual |
| Tras el recorte | $1,495 | $0 | $0 | $1,395 | $100 | de Retiro del 8.5%, incluida la total |
| | | | | | | eliminación de las bonificaciones, ya que |
| | | | | | | el monto restante tras el recorte sigue |
| | | | | | | siendo superior a $1,200 |
| | | | | | | |
| C Actual | $1,235 | $ 17 | $8 | $1,210 | $  0 | Todas las bonificaciones eliminadas pero |
| Reducción | 35 | 17 | 8 | 10 | 0 | |
| Tras el recorte | $1,200 | $ 0 | $0 | $1,200 | $  0 | el Total del Beneficio Mensual de Retiro |
| | | | | | | recortado por menos que el 8.5% para |
| | | | | | | estar por encima de $ 1,200 |
| | | | | | | |
| D Actual | $1,205 | $ 17 | $8 | $1,180 | $  0 | |
| Reducción | 5 | 5 | 0 | 0 | _ 0 | Recorte de $5 de Bonificación de Navidad |
| Tras el recorte | $1,200 | $ 12 | $8 | $1,180 | $  0 | para estar por encima de $1,200 |
| | | | | | | |
| | Recorte máximo del 8.5% del Total del Beneficio Mensual de Retiro siempre que el monto restante tras el recorte siga siendo superior a $1,200 | Recorte si el total sigue siendo superior a $1,200 | Recorte si el total sigue siendo superior a $1,200 | El recorte plano del 8.5% del Total del Beneficio Mensual de Retiro, menos bonificaciones ya eliminadas, siempre que el total siga siendo superior a $1,200 | Se excluye del cálculo de recortes | |

[1] Los ejemplos son ilustrativos en relación con todos los sistemas y tienen por objetivo demostrar la metodología indicada en el Resumen de Condiciones. Las bonificaciones que están disponibles para participantes individuales dependen de varios factores; por ejemplo, la fecha de retiro y el sistema de retiro para beneficio del participante.

[2] Monto mensual equivalente a $200 anuales.

[3] Monto mensual equivalente a $100 anuales. La Bonificación de Verano, en su caso, se recorta antes de la Bonificación Médica, de conformidad con la Fórmula Total de Recortes.

APÉNDICE DE LAS CONDICIONES PARA LA REESTRUCTURACIÓN DE LAS OBLIGACIONES DE LOS RETIRADOS

(A 27 DE ABRIL DE 2019)

*In re Causa del ELA radicada conforme al Título III núm. 17 BK 3283-LTS*

*23 de agosto de 2019*

El presente Apéndice se dirige al número limitado de Retirados que sufrirían unos niveles más bajos de recortes de sus beneficios de retiro conforme al enfoque propuesto inicialmente por la Junta de Supervisión y Administración Financiera para Puerto Rico (la "JSAF") en su Plan Fiscal certificado hasta la fecha (la "Propuesta Inicial de la JSAF") en comparación con los recortes que se sufrirían conforme al enfoque adoptado en el Acuerdo de Apoyo al Plan (el "AAP") celebrado entre la JSAF y el Comité Oficial de los Empleados Retirados de Puerto Rico (el "Comité de Retirados") (la "Propuesta Inicial conforme al AAP"). [1] El presente Apéndice incorpora al AAP las condiciones de la Propuesta Inicial de la JSAF y asegura que, con sujeción a las disposiciones específicas del propio AAP, lo que incluye, sin limitación, la sección 5.17, cada Retirado que posea un Reclamo de los Retirados que no haya sido afectado reciba un trato más favorable conforme a la Propuesta Inicial conforme al AAP o la Propuesta Inicial de la JSAF. Las condiciones del presente únicamente tienen por objetivo complementar (no modificar) las condiciones del AAP existente, incluido el Anexo A del AAP.

| Apéndice relativo a las definiciones | |
|---|---|
| Reducción de Beneficios Mensuales inicialmente propuesta por el AAP | El monto de la reducción, en dólares estadounidenses, del Total del Beneficio Mensual de Retiro como consecuencia de la aplicación de la Fórmula relativa al Total de Recortes (según el Anexo A del AAP) |
| Reducción de Beneficios Mensuales inicialmente propuesta por la JSAF | El monto de la reducción, en dólares estadounidenses, del Total del Beneficio Mensual de Retiro conforme a la propuesta inicial de la JSAF como consecuencia de la aplicación de la Fecha de Recorte inicialmente propuesta por la JSAF |
| Reducción de Beneficios Mensuales Real | El monto que resulte menor de i) la Reducción de Beneficios Mensuales inicialmente propuesta por el AAP y ii) la Reducción de Beneficios Mensuales inicialmente propuesta por la JSAF |
| El Total del Beneficio Mensual de Retiro conforme a la propuesta inicial de la JSAF (el "Beneficio Mensual de Retiro conforme a la Propuesta Inicial de la JSAF") | La suma i) del Total del Beneficio Mensual de Retiro y ii) del Beneficio de Seguro Médico Mensual, si el Retirado recibe dicho beneficio |
| Umbral por encima del cual se aplican los Recortes Inicialmente Propuestos por la JSAF (el "Umbral Inicialmente Propuesto por la JSAF") | $1,000 al mes en el caso de los Retirados sin beneficios del Seguro Social o $600 al mes en el caso de los Retirados con beneficios del Seguro Social |

| Apéndice relativo a las Disposiciones de la Propuesta | |
|---|---|
| Fórmula de Recorte Inicialmente por la JSAF | El monto de Reducción de Beneficios Mensuales Inicialmente Propuesta por la JSAF se calculará de la siguiente manera: |

---

[1] Todos los términos en mayúscula utilizados que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en las Condiciones para la Reestructuración de las Obligaciones de los Retirados adjuntas como Anexo A del AAP.

| | |
|---|---|
| | *Paso 1*: Restar el Umbral Inicialmente Propuesto por la JSAF ($1,000 si el Retirado no reúne los requisitos para el Seguro Social o $600 si el Retirado reúne los requisitos para el Seguro Social) del Total del Beneficio Mensual de Retiro Inicialmente Propuesto por la JSAF. Si el resultado es $0.00 o menos, el Retirado no quedará sujeto a ninguna reducción de beneficios.<br><br>*Paso 2*: Si el resultado relativo al Paso 2 es mayor que $0.00, calcular la Reducción de Beneficios Mensuales Inicialmente Propuesta por la JSAF al multiplicar el resultado por el 25%. Dicho monto será la Reducción de Beneficios Mensuales Inicialmente Propuesta por la JSAF. |
| Fórmula relativa al Total de Recortes real | La Reducción de Beneficios Mensuales Real, que constituye la reducción de beneficios mensuales aplicable al Retirado, es el monto que resulte menor entre i) la Reducción de Beneficios Mensuales Inicialmente Propuesta por el AAP y ii) la Reducción de Beneficios Mensuales Inicialmente Propuesta por la JSAF.<br><br>Si el monto menor es la Reducción de Beneficios Mensuales Inicialmente Propuesta por el AAP, la totalidad de las disposiciones relativas a la Fórmula relativa al Total Recortes (según el Anexo A del AAP) se aplicarán a los Retirados.<br><br>Si el monto menor es la Reducción de Beneficios Mensuales Inicialmente Propuesta por la JSAF, los Retirados experimentarán una reducción de beneficios por el importe equivalente a la Reducción de Beneficios Mensuales Inicialmente Propuesta por la JSAF. El orden que seguirá la reducción o eliminación de cada componente de los beneficios será el mismo que el indicado en la Fórmula relativa al Total de Recortes.<br><br>Los Retirados no sufrirán, en ningún caso, una reducción mayor de sus beneficios de pensiones como resultado de la Propuesta Inicial conforme al AAP en comparación con la Propuesta Inicial de la JSAF. |