## ANEXO D

AAP de AFSCME

## ACUERDO DE APOYO AL PLAN

El presente Acuerdo de Apoyo al Plan, fechado el 7 de junio de 2019 (con las modificaciones, adiciones u otras modificaciones que se le introduzcan oportunamente, el "Acuerdo"), es celebrado entre i) el Estado Libre Asociado de Puerto Rico (el "ELA" o el "Deudor", por intermedio de la Junta de Supervisión y Administración Financiera para Puerto Rico, en calidad de representante del ELA (la "Junta de Supervisión") , de conformidad con el artículo 315 b) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[1], y ii) el Sindicato Internacional de la Federación Estadounidense de Empleados Estatales, de Condado y Municipales, AFL-CIO ("AFSCME", y junto con el Deudor, una "Parte" a título individual y "Partes" a título colectivo). Los términos en mayúsculas que se utilicen pero no se definan en el presente tendrán los significados que se les asignan en el artículo I del presente.

### PREÁMBULO:

A.  El 30 de junio de 2016 el presidente de los Estados Unidos autorizó la promulgación de la ley PROMESA (P.L. 114-187).

B.  PROMESA dio origen a la Junta de Supervisión y le atribuyó determinadas facultades con respecto a las finanzas y el proceso de reestructuración relativo al ELA y sus dependencias.

C.  El 3 de mayo de 2017, la Junta de Supervisión radicó una petición conforme al Título III en nombre del ELA (la "Causa radicada conforme al Título III") ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal constituido conforme al Título III").

D.  De conformidad con el artículo 315 b) de PROMESA, la Junta de Supervisión es la representante del ELA en la Causa radicada conforme al Título III.
22

E.  AFSCME, un sindicato de empleados que representa a los funcionarios públicos en todo el país y está afiliado con AFL-CIO, tiene dos capítulos locales en Puerto Rico: Servidores Públicos Unidos, Consejo AFSCME 95 ("SPU"), y Capítulo de Retirados de SPU, el capítulo independiente de AFSCME para los empleados retirados del Estado Libre Asociado de Puerto Rico (colectivamente con el SPU, los "Capítulos Locales"). Según la legislación del ELA, SPU y catorce (14) sindicatos locales afiliados (los "Sindicatos Locales") se desempeñan como los representantes exclusivos en las negociaciones colectivas para unos 12.000 empleados activos del ELA, que van desde trabajadores sociales a oficiales de centros correccionales y enfermeras que cuidan a reclusos juveniles en el ELA.

F.  Antes de la fecha del presente, las Partes y sus representantes entablaron negociaciones para reestructurar las pensiones pendientes y las obligaciones de los acuerdos de negociación colectiva del ELA. Durante tales negociaciones, la Junta de Supervisión fue informada de que AFSCME y los Sindicatos Locales se oponían a que se redujeran los beneficios de pensiones ofrecidos a los miembros de los sindicatos locales. Fruto de las negociaciones, se acordó la hoja de condiciones que se adjunta al presente como Anexo "A" (la "Hoja de Condiciones").

G.  En representación del ELA, la Junta de Supervisión otorga y formaliza el presente Acuerdo.

---

[1]La ley PROMESA ha sido codificada en los artículos 2101-2241 del Título 48 del Código de los Estados Unidos (USC).

Por consiguiente, las Partes, en contraprestación por los compromisos asumidos en el presente, convienen en lo siguiente:

# ARTÍCULO I
## DEFINICIONES

Artículo 1.01    Preámbulo. El preámbulo consignado anteriormente se incorpora al presente por remisión y se considera parte integrante de este Acuerdo.

Artículo 1.02    Definiciones. Las siguientes definiciones serán de aplicación a este Acuerdo y a todos sus adjuntos, anexos y suplementos:

"**AFSCME**" tiene el significado establecido en el Preámbulo.

"**Acuerdo**" tiene el significado establecido en el Preámbulo.

"**Decisión sobre cláusula de designaciones**" se refiere a la decisión en la causa Aurelius Inv., LLC c. Puerto Rico, 915 F.3d 838,863 (1º. Cir. 2019), nueva vista denegada, orden judicial 18-1671 (1º. Cir., 7 de marzo de 2019), sobre la base de la cual el 23 de abril de 2019 la Junta de Supervisión presentó una petición para un recurso de *certiorari* ante la Suprema Corte de los Estados Unidos a fin de impugnar la decisión sobre la cláusula de designaciones y solicitó paralizar la ejecución de dicha decisión a la espera de la decisión de la Suprema Corte de Estados Unidos.

"**Código de Quiebras**" se refiere al Título 11 del Código de los Estados Unidos, artículos 101 y sgtes. del Título 11 del USC, en la medida en que sea aplicable a la Causa del ELA radicada conforme al Título III en virtud del artículo 301 a) de PROMESA.

"**Reglamento sobre quiebras**" se refiere a las Reglas Federales para Procedimientos de Quiebra, según sean de aplicación a la Causa del ELA radicada conforme al Título III en virtud del artículo 310 de PROMESA.

"**Día hábil**" se refiere a cualquier día distinto a los sábados, los domingos y cualquier día feriado o día en que la ley u otras medidas gubernamentales autoricen a las instituciones bancarias en Nueva York (Nueva York) a cerrar.

"**CBA**" se refiere a cualquier acuerdo o acuerdos de negociación colectiva entre el ELA y AFSCME o cualquiera de los sindicatos locales que esté en vigencia a la fecha del presente.

"**Reclamos**" se refiere a cualquier reclamo de AFSCME, los sindicatos locales o sus miembros contra el ELA que surja i) virtud de los CBA, ii) como resultado de la ejecución de las transacciones contempladas en la hoja de condiciones, incluidos, sin limitación, cualesquiera reclamos que surgen a raíz del rechazo de cualquier CBA, iii) según se establezca en la Evidencia de reclamos radicada por AFSCME en la Causa radicada conforme al Título III alrededor del 29 de junio de 2018, o iv) como resultado de la reestructuración de las obligaciones de pensiones del ELA que se establecen en la Hoja de condiciones sobre pensiones.

"**ELA**" tiene el significado establecido en el Preámbulo.

"**Orden de confirmación**" se refiere a la orden del Tribunal constituido conforme al Título III que confirma el Plan en virtud del artículo 314 de PROMESA y el artículo 1129 del Código de Quiebras, el cual es de aplicación a la Causa radicada conforme al Título III de conformidad con el artículo 301 a) de PROMESA, orden que en sus aspectos formales y esenciales es razonablemente satisfactoria para la Junta de Supervisión y AFSCME, únicamente en la medida en que se relacione con el tratamiento de los Reclamos que se consignan en el presente y en la Hoja de Condiciones o los afecte sustancialmente.

"**Deudor**" tiene el significado establecido en el Preámbulo.

"**Documentos definitivos**" se referirá, en este Acuerdo (incluidos, sin limitación, cualesquiera acuerdos relacionados, entre otros, los nuevos CBA), a los instrumentos, suplementos o anexos que sean necesarios o deseables para dar efecto a los términos y condiciones que se establecen en el presente, en la Hoja de Condiciones, en el Plan (incluidas cualesquiera enmiendas, modificaciones o suplementos que se le introduzcan), en la Declaración de Divulgación, en la Orden de la Declaración de Divulgación o en la Orden de Confirmación (o que por otros motivos se relacionen con tales documentos), cada uno de los cuales tendrá términos y condiciones que se ajustarán a este Acuerdo y a PROMESA en todos sus aspectos y que serán en su forma y esencia razonablemente satisfactorios para la Junta de Supervisión y para AFSCME, únicamente en la medida en que se relacionen con los Reclamos que se consignan en el presente y en la Hoja de Condiciones, incluido, sin limitación, el trato que se establece en la Hoja de Condiciones sobre Pensiones.

"**Declaración de divulgación**" se refiere a la declaración de divulgación con respecto al Plan que la Junta de Supervisión presente ante el Tribunal constituido conforme al Título III de conformidad con el artículo 1125 del Código de Quiebras, el cual es de aplicación a la Causa radicada conforme al Título III de conformidad con el artículo 301 a) de PROMESA, declaración que en sus aspectos formales y esenciales es razonablemente satisfactoria para la Junta de Supervisión y AFSCME, únicamente en la medida en que se relacione con el tratamiento de los Reclamos que se consignan en el presente y en la Hoja de Condiciones o que afecte sustancialmente.

"**Orden de la declaración de divulgación**" se refiere a la orden del Tribunal constituido conforme al Título III que a) aprueba la Declaración de Divulgación y el carácter adecuado de la información contenida en ella, de conformidad con el artículo 1125 del Código de Quiebras, el cual es de aplicación a la Causa radicada conforme al Título III en virtud del artículo 301 a) de PROMESA, y b) autoriza, entre otras cosas, la forma y la manera de las solicitudes de aceptación o rechazo del Plan, orden que en sus aspectos formales y esenciales es razonablemente satisfactoria para la Junta de Supervisión y AFSCME, únicamente en la medida en que se relacione con el tratamiento de los Reclamos que se consignan en el presente y en la Hoja de Condiciones o los afecte sustancialmente.

"**Fecha de entrada en vigor**" se refiere a la fecha en la cual todas las condiciones suspensivas para la eficacia del Plan se han cumplido o en la que cada entidad haya renunciado a la exigibilidad de tales condiciones mediante una renuncia válida a la condición en cuestión.

"**Orden definitiva**" se refiere a una orden o sentencia de un tribunal competente que haya sido consignada en el registro mantenido por el secretario de dicho tribunal y que no haya sido revocada, anulada o paralizada, y con respecto a la cual a) el plazo para apelar, radicar una petición de avocamiento o solicitar un nuevo juicio, una nueva radicación de alegatos o una nueva vista haya vencido, y respecto de la cual no esté pendiente de resolución ninguna apelación, petición de avocamiento u otro procedimiento para celebrar un nuevo juicio, radicar nuevos alegatos o convocar una nueva vista, o b) en caso de que se haya interpuesto una apelación, una solicitud de avocamiento, una nueva radicación de alegatos o una nueva vista, i) dicha orden o sentencia deberá haber sido ratificada por el tribunal de máxima jerarquía ante el cual se haya radicado el recurso de apelación, se haya denegado la petición de avocamiento o se haya rechazado el nuevo juicio, la nueva radicación de argumentos o la nueva vista o no haya tenido como resultado la modificación de dicha orden, y ii) el plazo para radicar cualquier apelación, petición de avocamiento o solicitud de nuevo juicio, nueva radicación de alegatos o nueva vista haya vencido; con la salvedad de que la posibilidad de que se radique, con relación a tal orden, una moción en virtud de la regla 60 de Reglamento Federal de Procedimiento Civil o cualquier regla similar de conformidad con el Reglamento de Quiebras, no impedirá que dicha orden sea una orden definitiva, a excepción de lo que se establezca en el Reglamento Federal del Procedimiento de Apelaciones, en la Reglamento de Quiebras o en las reglas locales aplicables en materia de quiebras.

"**Litigios contra la Junta de Supervisión**" se refiere, colectivamente, a los litigios a) Aurelius Investment LLC y otros c. Junta de Supervisión y Administración Financiera para Puerto Rico y otros, causas núms.18-1671;

18-8014, b) <u>Assured Guaranty Corp. y otros c. Junta de Supervisión y Administración Financiera para Puerto Rico y otros</u>, causa núm. 18-1746, c) <u>Unión de Trabajadores de la Industria Eléctrica y Riego (UTIER) c. Autoridad de Energía Eléctrica de Puerto Rico y otros</u>, causa núm. 18-1787, d) <u>René Pinto Lugo y otros c. Gobierno de los Estados Unidos de América y otros</u>, procedimiento contencioso núm. 18-041-LTS, e) <u>Hermandad de Empleados del Fondo del Seguro del Estado, Inc. (UECFSE) y otros c. Gobierno de los Estados Unidos de América y otros</u>, procedimiento contencioso núm. 18-066-LTS, f) <u>el honorable Rafael Hernández-Montanez y otros c. Junta de Supervisión y Administración Financiera para Puerto Rico</u>, procedimiento contencioso núm. 18-090-LTS, y g) cualquier otro litigio que actualmente esté pendiente de resolución o que se instituya entre la fecha del presente y la Fecha de Entrada en Vigor en virtud de los cuales se inicien reclamos o causas radicadas que se relacionen con los que se hayan presentado o pudieran haberse presentado en los litigios mencionados, o que sean similares a ellos.

"**CBA nuevos**" se refiere a los acuerdos de negociación colectiva con AFSCME o con los sindicatos locales que incluyan las condiciones consignadas en el Apéndice I de la Hoja de Condiciones.

"**Junta de Supervisión**" tiene el significado establecido en el Preámbulo.

"**Partes**" tiene el significado establecido en el Preámbulo.

"**Hoja de Condiciones de las Pensiones**" se refiere a la hoja de condiciones sobre la propuesta para el tratamiento que se brindará a los beneficios de retiro para los empleados activos y retirados del ELA, adjunta como Anexo I.

"**Plan**" se refiere al plan de ajuste del ELA radicado por la Junta de Supervisión ante el Tribunal constituido conforme al Título III en el marco de la Causa radicada conforme al Título III de conformidad con el artículo 312 de PROMESA, con las modificaciones que la Junta de Supervisión le introduzca oportunamente, y que incorpora los términos y disposiciones del presente y los de la Hoja de Condiciones y la Hoja de Condiciones de las Pensiones, cuya forma y sustancia, únicamente en lo referido al tratamiento de los Reclamos, la Hoja de Condiciones y la Hoja de Condiciones de las Pensiones, será razonablemente satisfactoria para AFSCME, pudiendo ser un plan de ajuste conjunto con las dependencias y las empresas públicas del ELA.

"**PROMESA**" tiene el significado establecido en el Preámbulo.

"**Hoja de Condiciones**" tiene el significado establecido en el Preámbulo.

"**Causa radicada conforme al Título III**" tiene el significado establecido en el Preámbulo.

Sección 1.03 <u>Otros términos</u>. Podrán definirse otros términos en otros lugares de este Acuerdo y, a menos que se indique otra cosa, la definición brindada será la que rija en todo el Acuerdo. Todos los términos en mayúsculas utilizados pero no definidos en el presente tendrán los significados que se les asignan en la Hoja de Condiciones. Según se utiliza en este Acuerdo, cualquier mención de leyes federales, estatales, locales o extranjeras, incluida cualquier ley aplicable, también incluirá las modificaciones de tales leyes y todas las normas y disposiciones promulgadas de conformidad con ellas, a menos que el contexto exija otra cosa. Se considerará que las palabras "incluye", "incluyen" e "incluido" estarán seguidas por la "expresión sin limitación". Los pronombres en los géneros masculino, femenino o neutro incluirán a los demás géneros, y las palabras en el singular incluirán al plural y viceversa, a menos que el contexto exija otra cosa. Las expresiones "este Acuerdo", "aquí", "del presente", "por el presente" y otras similares se referirán a este Acuerdo en su conjunto y no a ninguna subdivisión en particular de él, a menos que se indique expresamente dicha intención.

Sección 1.04 <u>Interpretaciones</u>. Ambas Partes han participado en la negociación y redacción de este Acuerdo. Ante ambigüedades o dudas respecto de su intención o interpretación, este Acuerdo será interpretado como el resultado de la redacción conjunta de ambas Partes, y no se asignará ninguna obligación de aportar pruebas ni se hará ninguna presunción a favor o en contra de ninguna parte por motivo de haber sido la autora de cualquiera de las disposiciones de este Acuerdo.

Sección 1.05 <u>Anexos.</u> Todos los anexos, adjuntos, páginas de firmas y suplementos que se adjuntan al presente se incorporan a título expreso a este Acuerdo y son parte integrante de él, y todas las referencias a este Acuerdo incluirán dichos anexos, adjuntos y suplementos.

# ARTÍCULO II
## DECLARACIONES Y GARANTÍAS

Sección 2.01 <u>Declaraciones y garantías de la Junta de Supervisión.</u> La Junta de Supervisión declara y garantiza que, en la fecha del presente, y con sujeción a la Decisión sobre la Cláusula de Designaciones: a) cuenta con todos los consentimientos, aprobaciones, facultades y autoridad necesarias para celebrar, otorgar y formalizar este Acuerdo en representación del ELA y para cumplir sus obligaciones de conformidad con el presente y llevar a cabo las transacciones contempladas aquí; b) los instrumentos y documentos que deben otorgarse en vinculación con el presente i) han sido autorizados de manera válida y correcta por ella, y ii) no van en contra de sus documentos constitutivos ni de ningún acuerdo sustancial que se le aplique de manera específica, ni de ninguna ley, norma o disposición a que deba ajustarse; y c) a excepción del litigio contra la Junta de Supervisión, no existe ningún procedimiento, litigio o procedimiento contencioso pendiente de resolución que se haya iniciado en su contra ante ningún tribunal, árbitro o entidad administrativa o gubernamental (ni está al tanto de que pudiera iniciarse uno) que pudiera impedirle celebrar este Acuerdo o cumplir con las obligaciones que este le impone.

Sección 2.02 <u>Declaraciones y garantías de AFSCME.</u> AFSCME por el presente declara y garantiza que, en la fecha del presente: a) está debidamente constituida en conformidad con todas las Leyes aplicables y ha obtenido todos los consentimientos, aprobaciones, facultades y autoridades necesarias para otorgar este Acuerdo en representación de sí misma y para llevar a cabo las transacciones contempladas en el presente; b) tiene plenas facultades y autoridad para otorgar, formalizar y cumplir con las obligaciones que le impone este Acuerdo, y el otorgamiento, formalización y cumplimiento del presente, y los instrumentos y documentos que deben otorgarse en vinculación con este Acuerdo i) han sido autorizados de manera válida y correcta por ella, y ii) no van en contra de sus documentos constitutivos ni de ningún acuerdo que se le aplique de manera específica, ni de ninguna ley, norma o disposición a que deba ajustarse, y c) no existe ningún procedimiento, litigio o procedimiento contencioso pendiente de resolución que se haya iniciado en su contra ante ningún tribunal, árbitro o entidad administrativa o gubernamental que pudiera impedirle celebrar este Acuerdo o cumplir con las obligaciones que este le impone. AFSCME por el presente declara y conviene en que promoverá la ratificación de la Hoja de Condiciones por los miembros e instará activamente a los miembros de los Sindicatos Locales a que voten a favor de ratificar la Hoja de Condiciones.

Sección 2.03 <u>Declaraciones de las Partes en este Acuerdo.</u> Cada Parte declara y reconoce que a) al otorgar este Acuerdo no se está basando, ni se ha basado, en ninguna declaración o afirmación realizada por la otra Parte ni por ninguno de sus representantes, agentes o apoderados con respecto al objeto, los fundamentos o las repercusiones de este Acuerdo, a excepción de lo que se establece específicamente en él; b) al otorgar este Acuerdo, se ha basado por completo en su propio criterio, convicciones e intereses y en los consejos de sus asesores, y ha tenido suficiente tiempo para analizar los términos de este Acuerdo antes de formalizarlo; y c) ha analizado este Acuerdo, lo comprende en todos sus aspectos y acepta voluntariamente todas las disposiciones contenidas en él.

# ARTÍCULO III
## CONVENIOS

Sección 3.01 <u>Convenios del ELA.</u> Por el presente el ELA conviene en lo siguiente:

(a)   La Junta de Supervisión, en representación del ELA, adoptará todas las medidas que razonablemente sean necesarias para inscribir en Plan y la Declaración de Divulgación, aprobar la Declaración de Divulgación, registrar la Orden de Confirmación (incluida cualquier disposición del Plan sobre liberación mutua de responsabilidades y exculpación), ejecutar, poner en marcha y administrar el Plan (incluido el otorgamiento y formalización de los Documentos Definitivos) y cumplir todas las condiciones suspensivas antes de la Fecha de Entrada en Vigor, lo que incluye, entre otras cosas, tramitar los acuerdos necesarios con otras entidades, según lo determine la Junta de Supervisión a su exclusivo criterio, y se abstendrá de instar a ninguna persona a que adopte ninguna medida que pudiera ir en contra de tales fines; estableciéndose que la Declaración de Divulgación, el Plan (y su ejecución, puesta en marcha y administración) y los demás Documentos Definitivos deberán ser congruentes con los términos del presente y la Hoja de Condiciones. Dichas acciones incluirán, entre otras cosas, las siguientes: A) radicar a AFSCME la Declaración de Divulgación, el Plan y la Orden de Confirmación, en esencia de manera congruente con este Acuerdo, incluida la Hoja de Condiciones, y de una manera razonablemente aceptable para la Junta de Supervisión, y únicamente en la medida en que se relacionen con el tratamiento de los Reclamos o los afecten sustancialmente, la Hoja de Condiciones y la Hoja de Condiciones de las Pensiones, y B) procurar la aprobación de la Declaración de Divulgación y la confirmación del Plan durante vistas, de acuerdo con las órdenes aplicables dictadas en la Causa radicada conforme al Título III; con la salvedad de que nada de lo contenido en el presente o en la Hoja de Condiciones limitará el derecho de la Junta de Supervisión de clasificar los reclamos como sea necesario para dar efecto a los términos y disposiciones de la Hoja de Condiciones.

Sección 3.02 Convenios de AFSCME. Por el presente AFSCME conviene en lo siguiente:

(a)   AFSCME adoptará todas las medidas necesarias para que los Sindicatos Locales insten a sus respectivos miembros a apoyar el Plan y votar para que se lo acepte, y no adoptará ninguna medida que pudiera ir en menoscabo del cumplimiento de los términos del presente o de la Hoja de Condiciones o la Hoja de Condiciones de las Pensiones (ni instará a ninguna persona a que lo haga), ni impedirá (lo que incluye, entre otras cosas, mediante instituir o impulsar cualquier litigio, procedimiento, acción judicial o causa contra el ELA o la Junta de Supervisión) la radicación, confirmación y puesta en marcha del Plan, la administración de la Causa radicada conforme al Título III, la aprobación de la Declaración de Divulgación, el registro de la Orden de Confirmación (incluida cualquier disposición de liberación mutua y exculpación en el Plan) y la ejecución, puesta en marcha y administración del Plan, lo que incluye el otorgamiento y formalización de los Documentos Definitivos y el cumplimiento de todas las condiciones suspensivas antes de la Fecha de Entrada en Vigor, estableciéndose que las mencionadas Declaración de Divulgación, Orden de Confirmación y el Plan (y su ejecución, puesta en marcha y administración), y los Documentos Definitivos, deberán ser congruentes con los términos del presente y con la Hoja de Condiciones y la Hoja de Condiciones de las Pensiones.

(b)   AFSCME adoptará todas las medidas razonablemente necesarias para que los Sindicatos Locales i) insten activamente a sus miembros a que apoyen y voten a favor de la conformación de los CBA nuevos, según lo dispuesto en la Hoja de Condiciones, ii) publiquen una declaración de apoyo hacia la Hoja de Condiciones, los CBA nuevos y el Plan en el sitio de AFSCME, iii) envíen representantes a hablar con sus miembros para fomentar el apoyo y contestar preguntas con respecto a la Hoja de Condiciones, el Plan, la Declaración de Divulgación, la Declaración de Divulgación, los CBA nuevos y otros Documentos Definitivos, iv) apoyen la legislación, de haberla, que sea necesaria o deseable para dar efecto las transacciones contempladas en la Hoja de Condiciones, y v) envíen al ELA una carta que pueda distribuirse junto con la Declaración de Divulgación en la que se inste a los

7

miembros de AFSCME a aceptar el Plan para el tratamiento de cualquier reclamo que puedan tener contra el ELA, lo que incluye, sin limitación, el trato que se dará a los reclamos relacionados con los beneficios de retiro, según se establece en la Hoja de Condiciones (no es necesario que dicha carta explique el tratamiento que recibirán los reclamos relacionados con procedimientos de arbitraje y presentación de quejas, o los reclamos individuales no relacionados con el empleo); estableciéndose, sin embargo, que las mencionadas Declaración de Divulgación, Órdenes de Confirmación y el Plan (y su ejecución, puesta en marcha y administración), y los Documentos Definitivos, deberán ser congruentes con las condiciones del presente y la Hoja de Condiciones.

(c)     Sin perjuicio de lo establecido en las subsecciones anteriores, el compromiso de AFSCME en el presente de instar a los miembros de los Sindicatos Locales a que voten a favor de la Hoja de Condiciones, los CBA nuevos y el Plan se rige expresamente por lo dispuesto en la sección 4.02 este Acuerdo.

ARTÍCULO IV<br>PLAN Y APOYO AL PLAN

Sección 4.0 l     Compromiso de apoyo al Plan. A partir de la fecha del presente, y siempre y cuando a) el presente Acuerdo no haya sido revocado, y b) ni la Declaración de Divulgación, ni el Plan ni ninguno de los Documentos Definitivos propuestos haya sido radicado, enmendado o modificado de una manera que vaya en contra del tratamiento que se establece en el presente para los Reclamos, AFSCME i) promoverá A) la aprobación de la Declaración de Divulgación de conformidad con el artículo 1125 del Código de Quiebras, y B) la confirmación del Plan de conformidad con el artículo 1129 del Código de Quiebras; ii) expresará públicamente su apoyo a las condiciones del presente y de la Hoja de Condiciones, e instará públicamente a los miembros de los Sindicatos Locales a que apoyen y voten por la aprobación del Plan en la medida en que tengan reclamos que les den derecho a votar para aceptar o rechazar el Plan en una o más clases, iii) no modificará ni se retractará de dicho apoyo o fomento (ni hará nada que tenga tales consecuencias), iv) instará a los miembros de los Sindicatos Locales a que voten para apoyar cualquier modificación en el Plan, siempre y cuando dicha modificación sea congruente con las condiciones que se establecen en el presente, en la Hoja de Condiciones y en la Hoja de Condiciones de las Pensiones, v) votará para que sus Reclamos se ajusten al Plan y a cualquier Plan modificado en la medida en que la Declaración de Divulgación sea aprobada de antemano por el Tribunal constituido conforme al Título III y que el Plan sea congruente con el Documento Definitivo, y vi) no A) se opondrá ni tomará ninguna medida que pudiera ir en contra de la aprobación de la Declaración de Divulgación o la confirmación del Plan, ni B) se opondrá a ninguna otra medida, moción u otro tipo de solicitud de remedio de la Junta de Supervisión en su capacidad personal o como representante, a menos que el remedio solicitado impida cumplir este Acuerdo, o si AFSCME de buena fe cree que el remedio solicitado tendría efectos adversos sobre ella, los Sindicatos Locales o sus miembros.

Sección 4.02 Solicitud de votos en vinculación con el Plan. Cada una de las Partes reconoce que a) no se solicitarán votos de los miembros de AFSCME para el Plan hasta que el Tribunal constituido conforme al Título III haya aprobado la Declaración de Divulgación, la cual, junto con los materiales de propuesta, deberán enviarse a las partes que tengan derecho a recibirlos, y b) este Acuerdo no constituye una oferta para emitir o vender títulos valores a ninguna persona o entidad, ni la presentación de una oferta para adquirir o comprar títulos valores en una jurisdicción donde dicha oferta o propuesta sería ilícita. SIN PERJUICIO DE LO QUE SE DISPONGA EN ESTE ACUERDO, NADA DE LO CONTENIDO EN EL PRESENTE EXIGIRÁ A NINGUNA DE LAS PARTES ADOPTAR NINGUNA MEDIDA QUE PROMESA, LA LEY DE TÍTULOS VALORES DE 1933 (CON SUS MODIFICACIONES), LA LEY DE LA BOLSA DE VALORES DE 1934 (CON SUS MODIFICACIONES), CUALQUIER NORMA O DISPOSICIÓN PROMULGADA DE CONFORMIDAD CON ELLAS, CUALQUIER

OTRA LEY O DISPOSICIONES APLICABLES, O CUALQUIER ORDEN O INSTRUCCIÓN DE CUALQUIER TRIBUNAL O AUTORIDAD GUBERNAMENTAL ESTATAL O FEDERAL, PROHÍBAN.

# ARTÍCULO V
# RESCISIÓN

**Sección 5.01** <u>Rescisión del Acuerdo</u>. Este Acuerdo podrá ser rescindido de las siguientes maneras:

(a) a iniciativa de AFSCME, previa notificación por escrito a la Junta de Supervisión a los efectos de que la Junta de Supervisión ha radicado una moción u otra solicitud de remedio ante el Tribunal constituido conforme al Título III que impediría cumplir con alguna obligación esencial de este Acuerdo, incluidos los Documentos Definitivos, cuando dicha moción o solicitud de remedio no sea retirada y) como máximo cinco (5) días hábiles tras la recepción por la Junta de Supervisión de la notificación por escrito de AFSCME (de conformidad con lo dispuesto sobre el envío de notificaciones en la Sección 6.12 del presente) de que dicha moción o solicitud de remedio impediría cumplir con alguna obligación esencial de este Acuerdo, o z) tras la emisión de una orden del Tribunal constituido conforme al Título III que otorgue dicha moción o solicitud, lo que ocurra primero.

(b) A instancias de la Junta de Supervisión, si:

    i. Los Sindicatos Locales no solicitan a sus miembros los votos necesarios para ratificar la Hoja de Condiciones y autorizar a los CBA nuevos a tiempo que los Reclamos puedan votar sobre el Plan; y

    ii. Vence el último plazo para que ocurra cualquier condición suspensiva necesaria para la eficacia del Plan, y en opinión de la Junta de Supervisión, no sea práctico procurar la confirmación de otro Plan que se ajuste a este Acuerdo.

(c) A instancias de cualquiera de las Partes, previa notificación por escrito a la contraparte, si:

    i. Los Sindicatos Locales no solicitan a sus miembros los votos necesarios para ratificar la Hoja de Condiciones y autorizar a los CBA nuevos;

    ii. Cualquier clase conformada únicamente por Reclamos vota para rechazar el Plan que se ajusta a este Acuerdo y a la Hoja de Condiciones;

    iii. El Tribunal constituido conforme al Título III u otro tribunal con competencia emite una orden definitiva denegando la confirmación del Plan por motivos que, en opinión de cualquiera de las partes, impedirían a la Junta de Supervisión proponer otro Plan congruente con este Acuerdo que tuviera posibilidades de ser confirmado;

    iv. La otra Parte incumple gravemente cualquiera de los convenios establecidos en el artículo III o IV del presente, o cualquiera de los compromisos que haya asumido en virtud de este Acuerdo, y

    v. Un tribunal con competencia emite una resolución, una sentencia o una orden que hace

ilegal llevar a cabo cualquiera de las transacciones o cumplir cualquiera de las condiciones suspensivas contempladas en el Plan (o impide o prohíbe hacerlo), lo que incluye cualquier resolución, sentencia u orden que exija el cumplimiento de una ley, norma o disposición del ELA que se promulgue posteriormente que impida cumplir con este Acuerdo, cuando dicha resolución, sentencia u orden no se haya revocado o anulado como máximo sesenta (60) días luego de la emisión y no sea pasible de paralización, y cualquiera de las Partes crea que sería impracticable obtener la confirmación de otro Plan que sea congruente con este Acuerdo.

(d)   La rescisión de este Acuerdo por cualquiera de las Partes implicará su rescisión para ambas. La paralización automática aplicable en virtud del artículo 362 del Código de Quiebras no impedirá a AFSCME adoptar cualquier medida que sea necesaria para dar efecto a la rescisión de este Acuerdo de conformidad con sus términos. El Acuerdo quedará automáticamente extinguido en la Fecha de Entrada en Vigor que corresponda.

Sección 5.02. <u>Efectos de la rescisión</u>. Ante la rescisión de este Acuerdo, con sujeción al derecho de cualquiera de las Partes de solicitar el cumplimiento estricto del presente si se producen infracciones en virtud de la sección 6.15, y a menos que se cumpla estrictamente con lo dispuesto en este instrumento, a) este Acuerdo perderá su vigor y efectos y dejará de ser exigible, sin que ninguna de las Partes (ni ninguno de sus directores, socios, directivos, empleados, consultores, contratistas, agentes, asesores jurídicos o financieros y otros representantes) incurra en responsabilidad alguna; b) ninguna de las Partes tendrá frente a la otra ningún tipo de obligación que se derive de este Acuerdo, ni tendrá ningún otro derecho, beneficio o privilegio en virtud del presente, a excepción de las obligaciones y disposiciones que se establecen en las secciones 6.04, 6.07 y 6.15 y el presente apartado b) de la sección 5.02, disposiciones que seguirán en vigencia tras la rescisión de este Acuerdo y que conservarán su pleno vigor y efectos de conformidad con los términos del presente; y c) ambas Partes tendrán todos los derechos que habrían tenido, y podrán adoptar todas las medidas que habrían tenido derecho a adoptar, de no haber suscrito este Acuerdo, y ninguna doctrina de prescripción liberatoria o de los actos propios implicará una renuncia a tales derechos. A excepción de lo relacionado con controversias derivadas de incumplimientos de este Acuerdo, su cumplimiento o su interpretación tras su rescisión, y) este Acuerdo, todos sus términos o disposiciones y todas las negociaciones relacionadas con el presente no serán admisibles en ninguna disputa, litigio, procedimiento o controversia, y nada de lo contenido en el presente podrá interpretarse como una admisión de cualquiera de las Partes con respecto a cualquier cuestión, entendiéndose que las declaraciones y resoluciones consignadas en el presente fueron el resultado de negociaciones y concesiones de las posiciones de cada una de las Partes, y z) ninguna de las Partes podrá recurrir a este Acuerdo como elemento probatorio en contra de la otra Parte con ningún fin que no sea establecer si se ha producido un incumplimiento, exigir el cumplimiento de este Acuerdo o interpretarlo.

## <u>ARTÍCULO VI</u>
## <u>DISPOSICIONES VARIAS</u>

Sección 6.01 <u>Obligaciones del ELA</u>

(a)   Sin perjuicio de lo que disponga este Acuerdo, ni el ELA ni sus representantes tendrán la obligación de adoptar ninguna medida —o abstenerse de adoptarla— si va en contra de las obligaciones legales, fiduciarias o de cualquier otro tipo que le imponga la ley (según lo determine de forma razonable y de buena fe la Junta de Supervisión en su capacidad personal y como representante tras haber consultado con su asesor jurídico).

(b)   El único remedio a disposición de AFSCME en caso de que el ELA incumpla con este Acuerdo será solicitar el cumplimiento estricto de conformidad con lo dispuesto en la sección 6.15 o rescindir el presente, independientemente de que el ELA haya incumplido con sus obligaciones fiduciarias o legales.

Sección 6.02 <u>Obligaciones de AFSCME</u>

(a)   Sin perjuicio de lo que disponga este Acuerdo, AFSCME no tendrá la obligación de adoptar ninguna medida —o abstenerse de adoptarla— si va en contra de las obligaciones legales, fiduciarias o de cualquier otro tipo que le imponga la ley (según lo determine de forma razonable y de buena fe AFSCME tras haber consultado con su asesor jurídico).

(b)   El único remedio a disposición del ELA en caso de que AFSCME incumpla con este Acuerdo será solicitar el cumplimiento estricto de conformidad con lo dispuesto en la sección 6.15 o rescindir el presente, independientemente de que AFSCME haya incumplido con sus obligaciones fiduciarias o legales.

Sección 6.03 <u>Enmiendas.</u> Este Acuerdo, incluida, entre otras cosas, la Hoja de Condiciones, podrá modificarse, enmendarse o complementarse únicamente mediante un acuerdo por escrito firmado por ambas Partes. Sin perjuicio de lo anterior, la Hoja de Condiciones de las Pensiones podrá ser modificada sin la necesidad de obtener la aprobación de AFSCME. Si el tratamiento de los reclamos relacionados con los beneficios de retiro que se establece en la Hoja de Condiciones de las Pensiones se modifica de una forma que perjudique a los titulares de los reclamos, AFSCME no estará obligada a instar a sus miembros a que acepten dicho tratamiento de no mediar un acuerdo posterior, con la salvedad de que sus demás obligaciones en virtud del Acuerdo conservarán su pleno vigor y efectos.

Sección 6.04 <u>No se admite ninguna responsabilidad.</u>

(a)   El otorgamiento de este Acuerdo no constituirá ni una admisión de responsabilidad ni una prueba en ninguna demanda, acción judicial, procedimiento o controversia —pendiente de resolución o futura— con respecto a cualquier responsabilidad, acto ilícito u obligación (lo que incluye los aspectos de fondo de cualquier reclamo o defensa) de una Parte frente a la otra o a cualquier Persona, en lo relacionado con cualquiera de las cuestiones abarcadas en el presente.

(b)   Ni los miembros de la Junta de Supervisión ni los miembros de AFSCME, ni ninguno de sus directivos, empleados, profesionales u otros representantes, tendrán responsabilidad alguna por cualquier reclamo u obligación en virtud del presente. Nada de lo contenido en el presente invalidará la protección que el artículo 105 de PROMESA brinda a la Junta de Supervisión y a sus miembros y empleados.

(c)   Nada de lo contenido en este Acuerdo (incluidos, sin limitación, el Preámbulo y los Anexos), ni los convenios consignados en él, ni ningún acto realizado o documento otorgado de conformidad con él o para promover sus fines i) es una admisión o prueba de la validez de cualquier reclamo o alegación, ni de acto ilícito u obligación de ninguna de las Partes, ni podrá considerarse de ese modo o usarse con dicho fin; ii) es una admisión o prueba de ninguna obligación, falta u omisión de ninguna de las Partes en cualquier procedimiento civil, penal o administrativo ante ninguna corte, dependencia administrativa o cualquier otro tribunal, ni podrá considerarse de ese modo o usarse con dicho fin; ni

11

iii) es una admisión o prueba contra el ELA o la Junta de Supervisión con respecto a la validez de cualquier reclamo, ni podrá considerarse de ese modo o usarse con dicho fin.

Sección 6.05 Negociaciones de buena fe. Las Partes reconocen que cada una está siendo representada por un abogado, y que han recibido asesoramiento jurídico independiente con respecto a la conveniencia de celebrar este Acuerdo; las negociaciones relacionadas con este Acuerdo fueron regulares y se desarrollaron en igualdad de condiciones; cada una de las Partes otorga este Acuerdo como expresión de su libre voluntad; cada una está al tanto de todos los hechos pertinentes y los derechos que le asisten, y no ha sido influida indebidamente ni inducida a otorgar este Acuerdo como resultado de cualquier acto o acción de la otra Parte o cualquiera se empleados, agentes, apoderados o representantes. Asimismo, las Partes reconocen que otorgaron este Acuerdo debido a intención de evitar los gastos e inconvenientes de los litigios y otras controversias, para establecer los términos de los CBA nuevos, y para llegar a una resolución permanente y definitiva con respecto a los reclamos entre el ELA y los miembros de AFSCME. Además, las Partes también reconocen que, en lo relacionado con la Causa radicada conforme al Título III y la negociación y formalización de este Acuerdo, incluida, sin limitación, la Hoja de Condiciones, las Partes actuaron en todo momento a) de buena fe y b) únicamente en nombre de sus respectivos miembros.

Sección 6.06 Terceros beneficiarios. Nada de lo contenido en este Acuerdo, expreso o implícito, tiene por objeto conferir u otorgar a ninguna Persona distinta a las Partes en el presente —y sus respectivos sucesores y cesionarios— ningún derecho, remedio o reclamo en virtud de este Acuerdo o de cualquier convenio, acuerdo o estipulación del presente; y los convenios, estipulaciones y acuerdos contenidos en este Acuerdo redundan y redundarán en el único y exclusivo beneficio de las Partes del presente y sus respectivos sucesores y cesionarios.

Sección 6.07 Ley aplicable: Retención de jurisdicción: Notificación de procedimientos. El presente Acuerdo se regirá e interpretará de conformidad con la legislación interna del estado de Nueva York y la legislación federal aplicable, sin tener en cuenta los principios de elección de sistemas jurídicos que exigirían aplicar la legislación de otra jurisdicción. Al otorgar y formalizar este Acuerdo, por el presente cada Parte se obliga de manera irrevocable e incondicional a presentar cualquier acción judicial, demanda o procedimiento que surja entre ellas con respecto a cualquier asunto que se relacione con este Acuerdo, o que se radique a fin de reconocer o ejecutar cualquier sentencia dictada en cualquiera de tales acciones judiciales, demandas o procedimientos, ante el Tribunal constituido conforme al Título III únicamente a tales efectos y, al otorgar y formalizar este Acuerdo, cada una de ellas acepta de manera irrevocable la jurisdicción de dicho tribunal, y se somete a ella, de manera general e incondicional, con respecto a cualquier acción judicial, demanda o procedimiento, con sujeción a los derechos de cada Parte de conformidad con la ley aplicable. En caso de iniciar cualquier acción judicial, demanda o procedimiento a) se podrá cursar una notificación del proceso, y obtener la jurisdicción personal sobre cualquiera de las Partes del presente en cualquiera de tales acciones judiciales, demandas o procedimientos, enviando por correo a la Parte, a la dirección que haya establecido en la sección 6.12 del presente, una copia de la citación, la demanda y los demás documentos necesarios para interponer dicha acción judicial, demanda o procedimiento, a menos que dicha Parte haya indicado otra dirección en una notificación enviada a las demás partes de conformidad con la sección 6.12 del presente, y b) en la máxima medida permitida por la ley aplicable, cada Parte renuncia a cualquier derecho que pueda tener a un juicio con jurado en cualquier procedimiento judicial que surja directa o indirectamente de este Acuerdo y de las declaraciones, convenios y otras obligaciones consignadas aquí.

Sección 6.08 Encabezamientos. Los encabezamientos de las secciones, párrafos y subsecciones de este Acuerdo se incluyen únicamente con fines de conveniencia, no forman parte de este Acuerdo y no modifican de manera alguna los términos y las disposiciones del presente, ni afectarán su interpretación.

Sección 6.09 Acuerdo vinculante: Sucesores y cesionarios. Este Acuerdo surtirá efectos y será vinculante únicamente tras su otorgamiento y formalización por las Partes que se enumeran en la página de firmas. El presente

Acuerdo será vinculante con respecto a las partes, y redundará en su beneficio y en el de sus respectivos sucesores y cesionarios. Con sujeción a la sección 5.01 del presente, en caso de que cualquier disposición de este Acuerdo, o su aplicación a cualquier persona o entidad o circunstancia, se considere inválida o inexigible, en su totalidad o en parte, dicha invalidez e inexigibilidad afectará únicamente dicha disposición (o parte de ella), y las secciones restantes de dicha disposición y este Acuerdo continuarán teniendo pleno vigor y efectos, siempre y cuando los aspectos económicos y jurídicos fundamentales de las transacciones contempladas aquí o en la Hoja de Condiciones no se vean afectados de una manera que perjudique sustancialmente a cualquiera de las Partes. Con sujeción a la sección 5.01 del presente, en caso de que se determine dicha invalidez, las Partes negociarán de buena fe para modificar este Acuerdo de forma tal de alcanzar, en la máxima medida posible, sus intenciones originales de una manera razonablemente aceptable, a fin de que las transacciones contempladas en el presente se lleven a cabo como estaba originalmente previsto en la máxima medida posible.

Sección 6.10 Acuerdo total. El presente Acuerdo, lo que incluye, sin limitación, la Hoja de Condiciones, constituye el acuerdo total entre las Partes con respecto al objeto del presente y la Hoja de Condiciones, y reemplaza todas las negociaciones, declaraciones, promesas o garantías anteriores (orales o de otro tipo) realizadas por cualquiera de las Partes con respecto a su objeto. Ninguna de las Partes ha suscrito este Acuerdo sobre la base de ninguna declaración, promesa o garantía previa (orales o de otro tipo) de la contraparte, a excepción de los compromisos expresamente asumidos por cada una de ellas en el presente.

Sección 6.11 Copias. El presente Acuerdo podrá ser otorgado en varias copias, cada una de las cuales será considerada un original, siendo la totalidad de las mismas, cuando sean reunidas, consideradas un único instrumento. Las copias firmadas transmitidas por telecopia u otro servicio de transmisión electrónica serán consideradas copias originales firmadas, siempre cuando se confirme la recepción de tales copias.

Sección 6.12 Notificaciones. Todos los pedidos, notificaciones, solicitudes, consentimientos y otras comunicaciones que se cursen en virtud del presente deberán ser por escrito y se considerarán entregadas i) cuando se entreguen personalmente mediante un servicio de correo o mensajería, ii) cuando se reciban efectivamente (según constancia de recepción) durante el horario comercial normal, o en el primer día hábil siguiente si se transmiten por vía electrónica (por correo electrónico), por fax o telecopia, con acuse de recibo, o iii) tres (3) días hábiles luego de haber sido debidamente depositadas en una oficina de correo para su envío mediante correo certificado o registrado, con franqueo prepagado y solicitud de acuse de recibo, a las siguientes direcciones, o a las direcciones que puedan indicarse en el futuro por escrito:

(a) Para el ELA, al abogado de la Junta de Supervisión:

PROSKAUER ROSE LLP
Eleven Times Square
Nueva York, NY 1 0036
Atención: Martin J. Bienenstock, Esq.
Correo electrónico: mbienenstock@proskauer.com y

PROSKAUER ROSE LLP
70 W Madison St., Suite 3800
Chicago, IL 60602
Atención: Paul V. Possinger, Esq.
Correo electrónico: ppossinger@proskauer.com

(b) Para AFSCME, al abogado de AFSCME:

STROOCK & STROOCK & LAVAN LLP

180 Maiden Lane
Nueva York, Nueva York l 0038
Atención: Kenneth Pasquale
Sherry J. Millman
Correo electrónico: kpasquale@stroock.com
smillman@stroock.com

Sección 6.13      No se renuncia a las reparaciones. A excepción de lo que establezca expresamente este Acuerdo, nada de lo contenido en el presente tiene por objeto  hacer que las Partes renuncien a ningún derecho o capacidad de proteger y preservar los derechos, reparaciones e intereses (contractuales o de otro tipo) que les otorga el Título III o cualquier otra disposición de PROMESA o cualquier otra ley o disposición, ni limitarlos, obstaculizarlos o restringirlos.

Sección 6.14      Las reparaciones son acumulativas. Todos los derechos, facultades y reparaciones provistas de conformidad con los términos y disposiciones de este Acuerdo o que estén disponibles en virtud del presente, sea según la ley o los principios de equidad, serán acumulativos y no alternativos, y el hecho de que cualquiera de las Partes ejerza cualquier derecho, facultad o remedio no impedirá que pueda ejercer al mismo tiempo o más adelante cualquier otro derecho, facultad o remedio.

Sección 6.15      Cumplimiento estricto. Las Partes reconocen que el pago de daños pecuniarios es un remedio insuficiente y que posiblemente no esté disponible o no pueda cobrarse en caso de que cualquiera de ellas incumpla con este Acuerdo, y la Parte inocente tendrá derecho a solicitar el cumplimiento estricto y que se dicten medidas de hacer o no hacer como remedio ante cualquier incumplimiento de este Acuerdo, lo que incluye, a modo de ejemplo, una orden del Tribunal constituido conforme al Título III o cualquier otro tribunal con competencia que exija a la Parte que corresponda que cumpla sin demora con cualquiera de las obligaciones que le impone el presente. Sin perjuicio de cualquier disposición en contrario en este Acuerdo, el cumplimiento estricto, las medidas de hacer o no hacer y otros remedios similares, así como el derecho a rescindir este Acuerdo según sus términos y disposiciones, serán los únicos remedios disponibles para las Partes en caso de incumplimiento del presente, y ninguna de ellas tendrá derecho al pago de daños pecuniarios por ningún incumplimiento de este Acuerdo. En cualquier acción judicial por cumplimiento estricto, la parte demandada tendrá derecho a articular su defensa sobre la base de que cumplir dichas obligaciones implicaría una violación de sus deberes fiduciarios o legales, y sobre cualquier otro fundamento aplicable.

Sección 6.16      Garantías adicionales. Cada una de las Partes del presente otorgará y formalizará, o dispondrá que se otorguen y formalicen, los instrumentos que sean necesarios para dar efecto a los fines y propósitos de este Acuerdo y cumplir sus condiciones, y adoptará las medidas que la otra Parte razonablemente le solicite a tal fin.

*[El resto de la página se deja en blanco intencionalmente]*

**EN TESTIMONIO DE LO CUAL**, las Partes del presente han dispuesto la firma del presente Acuerdo en la fecha que se indica al inicio.

Por: JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN
    FINANCIERA PARA PUERTO RICO, como representante
    del Estado Libre Asociado de Puerto Rico según el Título III
    [Firmado] [ilegible], Natalie A. Jaresko, Directora Ejecutiva

Por: SINDICATO INTERNACIONAL DE LA FEDERACIÓN
    AMERICANA DE EMPLEADOS ESTATALES, DE
    CONDADOS Y MUNICIPALES, AFL-CIO
    [Firmado:] [ilegible], Steven Kreisberg, Director de Investigaciones y
    Acuerdos Colectivos

**Anexo A**

NY 77702447v2

**PRIVADO – CONFIDENCIAL – SUJETO A LA REGLA FRE 408**

### RESUMEN DE DISPOSICIONES SOBRE LAS PROPUESTAS

*En la causa del Estado Libre Asociado de Puerto Rico, Causa radicada conforme al Título III núm. 17 BK 3283-LTS, 24 de junio de 2019.*

ESTE RESUMEN DE CONDICIONES NO ES UNA OFERTA CON RESPECTO A NINGÚN TÍTULO VALOR NI UNA SOLICITUD DE ACEPTACIÓN DE UN PLAN DE AJUSTE EN VIRTUD DE PROMESA, LOS ARTÍCULOS 1125 Y 1126 DEL CÓDIGO DE QUIEBRAS U OTRA NORMA. CUALQUIERA DE TALES OFERTAS O SOLICITUDES SE AJUSTARÁ A TODAS LAS LEYES APLICABLES SOBRE TÍTULOS VALORES Y A LAS DISPOSICIONES DE PROMESA Y DEL CÓDIGO DE QUIEBRAS. NADA DE LO CONTENIDO EN ESTE RESUMEN DE CONDICIONES SERÁ UNA ADMISIÓN DE UN HECHO NI UNA ACEPTACIÓN DE RESPONSABILIDAD, NI TAMPOCO, HASTA LA LLEGADA DE LA FECHA DE ENTRADA EN VIGOR DE CONFORMIDAD CON LOS TÉRMINOS DESCRITOS EN EL PRESENTE, SE CONSIDERARÁ VINCULANTE CON RESPECTO A NINGUNA DE LAS PARTES DEL PRESENTE.

Sigue un resumen de las disposiciones relativas a las propuestas para las negociaciones sindicales para la Federación Americana de Empleados Estatales, de Condados y Municipales ("AFSCME" o "Sindicato") con respecto a:

- Acuerdos de negociación colectiva (CBA)
- Prestaciones del sistema ERS
- Acuerdo de Reparto del Superávit del Plan Fiscal

En el apéndice hay disponible información adicional, incluidas definiciones y los plazos para cada una de las propuestas.

A los efectos del Acuerdo, la palabra "Sindicato" se refiere a AFSCME/SPU y a sus entidades locales asociadas.

Según se utiliza en este Acuerdo, la palabra lícito (por ejemplo, "lícitamente" enmendado, "lícitamente" dispuesto, "lícitamente" ejecutado, etc.) se refiere a condiciones laborales cuya puesta en práctica no prohíba un tribunal con competencia.

Las partes convienen en que los términos de todos los aspectos de este Acuerdo, a excepción de los Términos de las prestaciones ERS en el Apéndice II, no se ofrecerán a empleados representados por ningún otro representante exclusivo, sino solo de empleados representados por un representante exclusivo que:

1. haya convenido expresamente en ceñirse a las disposiciones de este Acuerdo; y
2. se haya comprometido expresamente a apoyar el Plan de Ajuste.

Si el Gobierno propone condiciones laborales más ventajosas para los empleados no representados, o para empleados representados por un representante exclusivo certificado en virtud de la Ley 45 (con la excepción de los miembros del Sistema de Retiro para Maestros [TRS], o empleados que habrían podido ingresar al TRS de no haber sido por la adopción de la Ley 3-2013), y dichas prestaciones económicas más ventajosas se ponen en marcha de manera lícita, dichas prestaciones se brindarán a los empleados de AFSCME/SPU que participan en la negociación colectiva.

Las partes también convienen en que la Junta de Supervisión reembolsará a AFSCME los honorarios

**PRIVADO – CONFIDENCIAL – SUJETO A LA REGLA FRE 408**

profesionales y los gastos razonables en que haya incurrido para hacer valer sus intereses en lo relacionado con la negociación y ejecución de este Acuerdo y la resolución de las cuestiones vinculadas a las pensiones.

El presente resumen no obliga a las partes a celebrar ninguna transacción, sino que tiene meros fines de conciliación. El acuerdo entre las partes quedará establecido una vez se otorgue y formalice la documentación definitiva. Tras su otorgamiento, los términos de dicha documentación definitiva tendrán precedencia.

Este resumen y las conversaciones relacionadas son confidenciales y pueden acogerse a las protecciones que dispone la Regla 408 del Reglamento Federal en materia de Pruebas y cualquier otro estatuto o doctrina aplicable que proteja el uso y la divulgación de información confidencial o de las conversaciones de conciliación. Los términos propuestos podrán seguir siendo negociados y analizados, y nada de lo contenido en el presente podrá interpretarse como una admisión de haber incurrido en ningún tipo de acto u obligación, ni como una renuncia a ningún derecho o reclamo, ni tendrá carácter vinculante para ninguna de las partes.

Como contraprestación por que el ELA convenga en esta hoja de condiciones, AFSCME conviene en que apoyará y adoptará todas las medidas razonables, necesarias o apropiadas desde el punto de vista comercial para facilitar, ejecutar y poner en marcha un plan de ajuste propuesto por la Junta de Supervisión en representación del ELA y cualquier sistema de retiro aplicable a los empleados representados por AFSCME (un "POA") que se ajuste a las disposiciones de PROMESA, lo que incluye, sin limitación, cooperar con la Junta de Supervisión para redactar y otorgar cualquier documentación que sea necesaria y enviar a sus miembros activos y retirados cualquier notificación, orden, instrucción o directiva que sea razonable, necesaria o apropiada desde el punto de vista comercial para apoyar, facilitar, poner en marcha, ejecutar y promover la aceptación del POA, o de otras maneras darle efecto, lo que incluye, a modo de ejemplo, incluir una carta de AFSCME en el paquete de presentación del POA para recomendarles a sus miembros activos y retirados con derecho a voto que lo acepten. Asimismo, AFSCME conviene en que no adoptará ninguna medida que razonablemente pudiera esperarse que impida, demore, obstaculice o interfiera con la confirmación, ejecución y puesta en marcha del POA.

A su vez, la Junta de Supervisión propondrá para su inclusión en el POA del ELA, a la espera de la documentación definitiva, términos a los efectos de que:

En la máxima medida permitida por la ley, y una vez que la Junta de Supervisión haya dado su consentimiento a todos los efectos (incluido el artículo 305 de PROMESA), todos los pagos y demás obligaciones en virtud del Plan de Ajuste, incluidos aquellos que deban realizarse en virtud de [estos CBA modificados], podrán ser exigidos, hasta su pago, por la Junta de Supervisión o cualquiera de los acreedores, y el ELA solo podrá modificar el Plan de Ajuste con el consentimiento de los acreedores o de conformidad con una nueva Causa radicada conforme al Título III y un Plan de Ajuste confirmado y en vigencia. El ELA renuncia expresamente a cualquier reclamo que pudiera asistirle a los efectos de que [estos CBA enmendados] son inválidos como cuestión de derecho de Puerto Rico.

El presente Acuerdo será vinculante para el ELA y la Junta de Supervisión y cualquiera de sus respectivos sucesores y cesionarios. La Junta de Supervisión hará esfuerzos razonables para obtener el consentimiento de cualquier Junta de Supervisión que la suceda en este Acuerdo. AFSCME no estará obligada a ceñirse a este Acuerdo en caso de que cualquier ley necesaria para dar efecto a sus términos no se promulgue, o en caso de que se promulguen leyes que en esencia impidieran a cualquiera de las partes cumplir las obligaciones que le impone este Acuerdo.

**PRIVADO – CONFIDENCIAL – SUJETO A LA REGLA FRE 408**

La Junta de Supervisión consultará con AFSCME durante las negociaciones de los términos del POA y al redactar el POA y la orden de confirmación para solicitarle sugerencias y comentarios con respecto al servicio de la deuda y los estándares de confirmación aplicables. A tales efectos, la Junta de Supervisión entregará a AFSCME un informe con las previsiones sobre sus obligaciones anuales de servicio de la deuda y los estándares o marcos de referencia utilizados para elaborar dichas proyecciones como máximo diez (10) días tras el otorgamiento de esta hoja de condiciones. Dicho informe incluirá, entre otras cosas, un desglose de las proyecciones anuales acumuladas en concepto de pagos de servicio de la deuda por ejercicio fiscal hasta 2050, o el período más largo que definan la Junta de Supervisión y sus profesionales. El informe incluirá datos pertinentes, por ejemplo, proyecciones de ingresos, supuestos sobre la situación de la economía y gastos previstos en concepto de servicios gubernamentales. Ante cambios en su situación, la Junta de Supervisión notificará e informará a AFSCME sobre cualquier modificación sustancial en las previsiones de pagos anuales en concepto de servicio de la deuda y en los factores que influyen en la determinación de tales pagos. En todas las deliberaciones, la Junta de Supervisión conviene en que tendrá en cuenta los comentarios de AFSCME antes de tomar una decisión final respecto a los pagos futuros del servicio de la deuda. Todas las consultas e intercambios de información contemplados o establecidos en esta disposición estarán sujetos a la firma de un acuerdo de confidencialidad razonablemente aceptable para las partes, que incluirá limitaciones apropiadas respecto de quiénes podrán recibir dicha información.

De manera similar a las mejores prácticas que aplican los Estados con respecto al financiamiento gradual de sus planes de pensión, la Junta de Supervisión propondrá en el POA del ELA y, según corresponda, en cualquier POA de sistemas de retiro que corresponda, términos a los efectos de que:

Una vez que la Junta de Supervisión haya dado su consentimiento a todos los efectos (incluido el artículo 305 de PROMESA), todos los pagos y demás obligaciones en virtud del Plan de Ajuste, incluidas las obligaciones PayGo del ELA, podrán ser exigidos, hasta su pago, por la Junta de Supervisión o cualquiera de los acreedores, y el ELA solo podrá modificar el Plan de Ajuste con el consentimiento de los acreedores o de conformidad con una nueva Causa radicada conforme al Título III y un Plan de Ajuste confirmado y en vigencia.

El ELA establecerá un Fondo de Reserva de Pensiones. Dicho Fondo de Reserva de Pensiones será mantenido en régimen de fideicomiso para el exclusivo beneficio de los beneficiarios de PayGo, y lo administrará un asesor independiente en inversiones que acordarán mutuamente la Junta y la entidad independiente de supervisión de pensiones; el asesor será seleccionado mediante un proceso de presentación de ofertas.

El Plan de Ajuste para el ELA establecerá que el ELA efectuará contribuciones anuales al Fondo de Reserva de Pensiones a partir del Fondo General del ELA hasta el ejercicio fiscal 2027 por un monto mínimo de $175 millones por año, y establecerá que para cualquier ejercicio fiscal que termine con posterioridad a la fecha de entrada en vigor consignada en el Plan Fiscal Certificado que esté en efecto en la fecha de entrada en vigor del Plan de Ajuste para el ELA en que el Superávit del Plan Fiscal sea como mínimo $1,750 millones, el ELA efectuará una contribución al Fondo de Reserva de Pensiones a partir del Fondo General del ELA por un monto equivalente al 25 % del Superávit del Plan Fiscal previsto para ese año.

Los montos que se paguen a partir del Fondo de Reserva de Pensiones, incluidos los retornos sobre las inversiones, se retirarán según una fórmula que se determinará oportunamente, a fin de reducir las erogaciones de efectivo que el ELA deba hacer a partir del Fondo General para los gastos anuales del

**PRIVADO – CONFIDENCIAL – SUJETO A LA REGLA FRE 408**

programa PayGo. Todos los retiros del Fondo de Reserva de Pensiones exigirán la aprobación de la entidad independiente de supervisión de pensiones, y el ELA los utilizará únicamente para el pago del programa PayGo.

NY 77702447v2

**PRIVADO – CONFIDENCIAL – SUJETO A LA REGLA FRE 408**

**APÉNDICE I:**
**CAMBIOS PROPUESTOS A LOS ACUERDOS DE NEGOCIACIÓN COLECTIVA**

Sigue un resumen de los cambios propuestos a los CBA para AFSCME y el Estado libre Asociado de Puerto Rico. Las disposiciones de los CBA que no entren en conflicto con este Acuerdo no sufrirán cambios y permanecerán en pleno vigor y efecto. Se revisaron únicamente los CBA de los afiliados consignados en la tabla de definiciones a continuación.

| Definiciones | |
| --- | --- |
| **Administración** | La gerencia de la división (agencia/agrupación) a la que el empleado esté asignado. |
| **Departamento** | La división (agencia/agrupación) a la que el empleado esté asignado. |
| **Sindicatos afiliados** | <ul><li>Junta de Libertad Condicional y Sindicato Local 3584 / Funcionarios Públicos Unidos</li><li>Departamento de Asuntos del Consumidor y Sindicato Local 3986 / Funcionarios Públicos Unidos</li><li>Departamento de Corrección y Rehabilitación y Sindicato Local 3500-Unidad B Funcionarios Correccionales (ACU) / Funcionarios Públicos Unidos</li><li>Departamento de Corrección y Rehabilitación / División de Instituciones Juveniles y Sindicato Local 3559 / Funcionarios Públicos Unidos</li><li>Departamento de Educación y Sindicato Local 3840 que abarca únicamente a los empleados dentro de la jurisdicción de AFSCME de PASO</li><li>Departamento de Recursos Naturales y Ambientales y Sindicato Local 2082-Unidad A / Funcionarios Públicos Unidos</li><li>Departamento de Recursos Naturales y Ambientales y Sindicato Local 3647 (Ranger Corps) / Funcionarios Públicos Unidos</li><li>Departamento de Transporte y Obras Públicas y Sindicato Local 3889 / Funcionarios Públicos Unidos</li><li>Departamento de Trabajo y Recursos Humanos / Administración de Rehabilitación Vocacional y Sindicato Local 3251 / Funcionarios Públicos Unidos</li><li>Departamento de la Familia y Sindicato Local 3227-Unidad A / Funcionarios Públicos Unidos</li><li>Departamento de Corrección y Rehabilitación y Sindicato Local 3234-Unidad B (UPETEC) / Funcionarios Públicos Unidos</li><li>Oficina de Ciencias Forenses y Sindicato Local 2099 / Funcionarios Públicos Unidos</li><li>Departamento de Corrección y Rehabilitación / Programa de Servicios Previos Juicios y Sindicato Local 3573 / Funcionarios Públicos Unidos</li><li>Departamento de Transporte y Otros Servicios Públicos y Sindicato Local 3897 / Funcionarios Públicos Unidos</li></ul> |

| Plazo | |
| --- | --- |
| **Condiciones** | CBA a cinco (5) años a partir del 1 de julio de 2019 |

**PRIVADO – CONFIDENCIAL – SUJETO A LA REGLA FRE 408**

| Ejecución | Plan de Ajuste del ELA |
|---|---|

| **Disposiciones más detalladas de la propuesta** | |
|---|---|
| **Despidos/ reducciones de personal** | **Sección 1** A fin de evitar el despido involuntario de personal y notificar debidamente a los empleados las reasignaciones y reubicaciones, el Sindicato y la Junta convienen en analizar con el Gobierno la posibilidad de modificar las disposiciones que implementan la Ley 8-2017.<br>**Sección 2** En caso de que la Administración necesite reducir el personal (despidos) para cumplir las disposiciones del Plan Fiscal aprobado, las partes convienen en lo siguiente:<br><br>A. **Paralización temporal.** El comienzo inmediato del plan de despidos implicará la paralización automática de cualquier cláusula, precepto o disposición aplicable a los empleados o a otros cargos contemplados en este Acuerdo o contenidos en las leyes y en acuerdos de negociación colectiva, acuerdos, acuerdos complementarios, políticas, manuales para empleados, circulares, cartas de contratación, certificaciones, disposiciones, reglas y condiciones de empleo, cartas regulatorias, planes de clasificación o planes de retribución que no se ajusten a este artículo.<br><br>La paralización de las cláusulas y disposiciones contemplada en el presente se extenderá por un plazo de cinco (5) años, y la Administración podrá reducir dicho período una vez que la Junta de Supervisión y Administración Financiera certifique que se han cumplido los objetivos de la Administración o del Plan Fiscal del Departamento.<br><br>B. **Reasignación y reubicación.** La Administración podrá reasignar los cargos y reubicar al personal de la manera que estime conveniente cuando sus intereses presupuestarios lo exijan para evitar despidos. Si se necesita reasignar o reubicar personal y el presupuesto lo permite, la Administración reasignará o reubicará a los voluntarios más calificados que de otra forma habrían sido despedidos. Si no hay voluntarios calificados suficientes, el empleado calificado con menos antigüedad será reasignado o reubicado, aun si no lo solicitó. Un empleado que sea relocalizado sin haberlo solicitado debido a que su posición fue eliminada podrá solicitar el cargo que ocupaba antes si la Administración lo crea de nuevo dentro de los primeros dos (2) años tras la relocalización. El empleado deberá presentar la solicitud correspondiente a la División de Recursos Humanos. La antigüedad será el criterio determinante en caso de que más de un empleado solicite el mismo cargo. La antigüedad también se utilizará para determinar el orden de las reasignaciones, reubicaciones y movilizaciones voluntarias e involuntarias de empleados, pero no se interpretará como una limitación al derecho de la Administración de llevar adelante planes de movilización al amparo de la Ley 8-2017.<br><br>C. **Despidos.** |

**PRIVADO – CONFIDENCIAL – SUJETO A LA REGLA FRE 408**

| | |
|---|---|
| | a. Debido a la situación de emergencia fiscal, la escasez de recursos fiscales, la gravedad de los problemas que enfrenta la Administración y la necesidad urgente de corregir los problemas fiscales, la Administración no está obligada a agotar medidas tales como volver a capacitar a los empleados, permitirles el goce de vacaciones acumuladas y licencias no pagadas, reducir su horario laboral o bajarlos de categoría antes de recurrir al despido. |
| | b. En primer lugar, la Administración notificará de su despido a todos los empleados de la unidad correspondiente que a la fecha de entrada en vigor de este Acuerdo tengan un contrato a término o irregular, por lo que no será necesario observar, con respecto a tales empleados, el criterio de antigüedad. La notificación se entregará en mano o mediante correo certificado, con solicitud de acuse de recibo, a la dirección que figure en los archivos de la Administración. |
| | c. Los despidos de los empleados de carrera o con cargos permanentes se realizarán ajustándose exclusivamente al criterio de antigüedad, en función del tipo de trabajo afectado por el despido y en consonancia con la necesidad de garantizar la continuidad y la calidad de los servicios de la Administración, lo que significa que quienes tengan menos antigüedad en cada cargo afectado serán los primeros en ser despedidos. |
| | d. A fin de determinar la antigüedad de los empleados afectados, se tendrán en cuenta todos los servicios provistos por los empleados afectados en la esfera pública, independientemente de lo que dispongan los acuerdos de negociación colectiva, las normas, las circulares y otros documentos normativos. |
| | e. La administración notificará los despidos como mínimo treinta (30) días calendario antes de la fecha en que se hagan efectivos enviando una comunicación escrita al empleado y al Sindicato, en la que se indicará la fecha del despido. |
| | f. El empleado afectado y el Sindicato podrán solicitar una revisión de la determinación final de la Administración, únicamente en lo referido a su antigüedad y su categoría laboral, dentro de un plazo que no podrá exceder los treinta (30) días calendario a partir de la fecha en que reciban la notificación de la Administración. |
| **Plan de atención de salud/servicios médicos** | **Sección 1** La Administración cubrirá el costo de la Cobertura Básica equivalente a $170.00 por mes o el monto superior a esa cifra que la Administración pueda autorizar lícitamente; la cobertura incluirá los servicios de farmacia, y todos los empleados, independientemente de su estado civil, tendrán derecho a la contribución. La Administración reconocerá una única contribución de empleador por empleado. |

**PRIVADO – CONFIDENCIAL – SUJETO A LA REGLA FRE 408**

| | |
|---|---|
| | **Sección 2** Los empleados han optado por sindicalizarse y tendrán derecho a tener un representante exclusivo que negocie en su nombre todos los aspectos relativos a las prestaciones de salud y la contratación de un plan de salud. El representante exclusivo designará a un Comité de Evaluación de Planes de Salud que represente los diferentes sectores e intereses de los miembros. Este comité se encargará de analizar y evaluar todos los planes de salud en el mercado para seleccionar aquellos que ofrezcan las primas más bajas y razonables, los mejores servicios de cobertura y prestaciones de salud y la mejor cobertura de medicamentos.<br><br>**Sección 3** El representante exclusivo convocará a los miembros a una asamblea en la que presentará los planes de salud seleccionados por el Comité, a fin de que la asamblea, mediante el voto expreso de la mayoría que constituya un quórum a tales efectos, seleccione el plan de salud que mejor se ajuste a sus necesidades. Una vez seleccionado el plan de salud en una asamblea lícitamente convocada, todos los miembros representados por el representante exclusivo estarán obligados a afiliarse al plan, a excepción de lo dispuesto por la Ley 95-1963 y sus modificaciones. |
| **Feriados** | **Sección 1** Los días feriados incluirán el periodo completo de veinticuatro (24) horas, luego de la medianoche, del día calendario en cuestión.<br><br>**Sección 2** La Administración reconoce que los días enumerados a continuación serán feriados pagados para los empleados abarcados en este Acuerdo de Negociación Colectiva. No obstante, la Administración podrá asignar trabajo a los miembros de la unidad apropiada en cualquiera de esos días cuando sea necesario brindar servicios. El tiempo trabajado se pagará a razón de una vez y media (1½) el tiempo trabajado. En los años en que haya elecciones generales, el día de elecciones estará incluido en los feriados que se enumeran a continuación. |

<table>
<thead>
<tr><th></th><th>Fecha</th><th>Feriado</th></tr>
</thead>
<tbody>
<tr><td>1</td><td>1 de enero</td><td>Día de Año Nuevo</td></tr>
<tr><td>2</td><td>6 de enero</td><td>Día de Reyes</td></tr>
<tr><td>3</td><td>Tercer lunes de enero</td><td>Día del Dr. Martín Luther King</td></tr>
<tr><td>4</td><td>Tercer lunes de febrero</td><td>George Washington / Día de los Presidentes</td></tr>
<tr><td>5</td><td>2 de marzo</td><td>Día del Ciudadano Estadounidense</td></tr>
<tr><td>6</td><td>22 de marzo</td><td>Día de Abolición de la Esclavitud</td></tr>
<tr><td>7</td><td>Depende del año</td><td>Viernes Santo</td></tr>
<tr><td>8</td><td>Último lunes de mayo</td><td>Día de los Caídos</td></tr>
<tr><td>9</td><td>4 de julio</td><td>Día de la Independencia</td></tr>
<tr><td>10</td><td>Primer lunes de septiembre</td><td>Día de los Trabajadores</td></tr>
<tr><td>11</td><td>12 de octubre</td><td>Día de la Raza (descubrimiento de América)</td></tr>
<tr><td>12</td><td>11 de noviembre</td><td>Día de los Veteranos</td></tr>
<tr><td>13</td><td>19 de noviembre</td><td>Descubrimiento de Puerto Rico</td></tr>
<tr><td>14</td><td>Cuarto jueves de noviembre</td><td>Día de Acción de Gracias</td></tr>
<tr><td>15</td><td>25 de diciembre</td><td>Navidad</td></tr>
</tbody>
</table>

PRIVADO – CONFIDENCIAL – SUJETO A LA REGLA FRE 408

|  | |
|---|---|
|  | **Sección 3** La Administración reconoce que los feriados que caigan en día domingo se disfrutarán el siguiente día hábil, y los que caigan en día sábado se disfrutarán el día hábil anterior. |
|  | **Sección 4** Los días o medios días que el gobernador de Puerto Rico o el presidente de los Estados Unidos proclame como feriados que deben observarse en Puerto Rico también se considerarán feriados pagados y se incluirán en la lista anterior, siempre y cuando no se descuenten de las licencias ordinarias. |
| **Licencia por enfermedad** | **Sección 1** Todos los miembros de la unidad apropiada abarcada por este Acuerdo Colectivo que hayan sido contratados antes del 4 de febrero de 2017 tendrán el derecho a acumular licencia por enfermedad a razón de un día y medio (1½) por cada mes de trabajo. Los miembros contratados el 4 de febrero de 2017 o después de esa fecha acumularán la licencia a razón de un (1) día por cada mes del servicio. |
|  | **Sección 2** Podrá acumularse un máximo de noventa (90) días hábiles de licencia por enfermedad por cada año calendario. Los días comenzarán a acumularse una vez el empleado haya trabajado por tres (3) meses, y serán válidos de forma retroactiva hasta la fecha en que el empleado comenzó su labor como funcionario público. |
|  | **Sección 3** No se pagará ninguna liquidación por los días de licencia por enfermedad acumulados pero no usados. |
|  | **Sección 4** La licencia por enfermedad se utilizará: |
|  | A. Cuando el empleado esté enfermo, sufriendo alguna afección física o mental, o expuesto a una enfermedad contagiosa que exija que no se presente a trabajar para proteger su salud o la de otras personas. |
|  | B. También podrá usarse un máximo de cinco (5) días por año para las siguientes actividades, siempre cuando el empleado haya acumulado una cantidad mínima de doce (12) días: |
|  |     a. Cuidar y atender a hijos enfermos |
|  |     b. Cuidar a personas enfermas, mayores o discapacitadas en el núcleo familiar, hasta el cuarto grado de consanguinidad, segundo de afinidad, personas que vivan en la misma casa, o personas de las que el empleado sea el custodio legal o el tutor. |
|  |     c. Primera comparecencia de cualquier solicitante, víctima o denunciante ante cualquier departamento, agencia, corporación o dependencia pública del Estado Libre Asociado de Puerto Rico en causas vinculadas con el pago de manutención, violencia doméstica, acoso sexual laboral o discriminación por motivos de género. |

**PRIVADO – CONFIDENCIAL – SUJETO A LA REGLA FRE 408**

C. El empleado presentará las constancias correspondientes emitidas por la autoridad competente que solicite dicha comparecencia.

D. A los efectos de esta sección, serán de aplicación las siguientes definiciones:

    a. "Persona mayor": cualquier persona mayor de sesenta (60) años.

    b. "Personas con discapacidades": cualquier persona con discapacidades físicas, mentales o sensoriales que limiten de manera sustancial una (1) o más actividades esenciales para su vida.

**Sección 5** El empleado deberá presentar un certificado médico únicamente si se ausenta del trabajo por más de tres (3) días consecutivos debido a una enfermedad. No obstante lo anterior, el empleado o un familiar deberá notificar a su supervisor inmediato sobre su ausencia. Estas disposiciones se aplicarán o interpretarán de manera congruente con la Ley de Estadounidenses con Discapacidades, mejor conocida como ADA, la Ley de Licencias Familiares y Médicas de 1993 o cualquier otra ley aplicable.

**Sección 6** En caso de que el empleado utilice toda su licencia por enfermedad y continúe enfermo, podrá usar la licencia que tenga acumulada, de conformidad con lo dispuesto en este Acuerdo Colectivo.

**Sección 7** Se descontarán días de licencia por enfermedad en función del trabajo diario asignado al empleado, en el entendido de que no se descontará ninguna licencia por los días en que el empleado no venga a trabajar (cuando se trate de empleados con turnos rotativos) o por vacaciones.

**Sección 8** Cuando un miembro de la Unidad Apropiada abarcada por este Acuerdo de Negociación Colectiva esté usando su licencia por enfermedad, tendrá derecho a acumular días de licencia regular y por enfermedad durante el plazo que esté usando su licencia por enfermedad, siempre y cuando se reintegre a su puesto una vez termine la licencia.

**Sección 9** La Administración podrá adelantar hasta un máximo de dieciocho (18) días hábiles de la licencia por enfermedad a cualquier miembro de la Unidad Apropiada abarcada por este Acuerdo Colectivo que lo solicite presentando una justificación apropiada. Deberá haber trabajado para la Administración como mínimo un (1) año. Para recibir un adelanto de licencia, el empleado deberá haber agotado primero la totalidad de su licencia por enfermedad y su licencia regular.

**Sección 10**

    **A. Licencia para padres con hijos con discapacidades físicas o mentales.** En aras de ser una agencia ejemplar en lo referido al trato de las personas con discapacidades, la Administración brindará oficialmente un (1) día por mes a los empleados que tengan hijos con discapacidades para que puedan llevarlos a sus consultas y tratamientos. Los padres deberán notificar la fecha de la consulta o tratamiento tan pronto como la sepan, y también deberán presentar una constancia

**PRIVADO – CONFIDENCIAL – SUJETO A LA REGLA FRE 408**

| | |
|---|---|
| | del centro terapéutico o de salud del menor que certifique que es una persona con discapacidades. También deberán presentar un certificado médico que demuestre que el empleado acompañó a su hijo/a a la consulta o tratamiento médico. En caso de que ambos padres o custodios trabajen en la Unidad Apropiada, ambos compartirán la licencia entre sí, de la forma que prefieren hacerlo. |
| | **B. Licencia para atención de personas mayores.** En la misma línea, la Administración autorizará el uso de ese día para asistir a consultas y tratamientos de personas mayores. La persona a cargo deberá notificar la fecha de la consulta o tratamiento tan pronto como la sepa. A su vez, el empleado deberá presentar un certificado de nacimiento de la persona que demuestre que es mayor de sesenta (60) años. Las personas deberán cumplir lo dispuesto en la sección 11. |
| | **Sección 11** La Administración autorizará a quienes sean padres o madres a quedarse con sus hijos en caso de que sean hospitalizados. El padre o madre deberá presentar una constancia de la hospitalización y su duración. La Administración autorizará que los días que el empleado utilice para cuidar de su hijo/a enfermo/a se descuenten de su licencia por enfermedad. Para solicitar esta licencia, el empleado deberá haber acumulado un mínimo de quince (15) días de licencia por enfermedad. |
| **Licencia por vacaciones** | **Sección 1** Todos los miembros de la Unidad Apropiada abarcada por este Acuerdo Colectivo tendrán derecho a acumular vacaciones regulares a razón de un día y un cuarto (1 ¼) por cada mes de trabajo. Los empleados de tiempo parcial o con horario reducido acumularán días de vacaciones en proporción a la cantidad de horas que trabajen. Los días comenzarán a acumularse tras tres (3) meses de trabajo, y tendrán efecto retroactivo hasta la fecha en que el empleado comenzó a trabajar en la administración pública. |
| | **Sección 2** podrán acumularse un máximo de sesenta (60) días hábiles de licencia regular por vacaciones por cada año calendario. |
| | **Sección 3** Los empleados podrán utilizar hasta quince (15) días de sus vacaciones acumuladas durante cada año calendario, con un mínimo de diez (10) días consecutivos. Previo acuerdo entre el Director y/o Supervisor y el empleado, podrán otorgarse periodos de vacaciones inferiores a los diez (10) días hábiles, pero nunca menos de cinco (5) días. |
| | Los empleados que debido a la necesidad de servicios y ante solicitud de la Administración no puedan salir de vacaciones durante el año calendario quedarán exentos de esta disposición. En ese caso, el Departamento deberá hacer los ajustes necesarios para que el empleado pueda disfrutar, como mínimo, los días de licencia acumulados que excedan el límite de sesenta (60) días en la fecha más temprana posible dentro de los primeros tres (3) meses del siguiente año calendario. |
| | **Sección 4** El disfrute de las vacaciones regulares no debe ser interrumpido ni reprogramado para ningún miembro de la Unidad Apropiada abarcada por este Acuerdo Colectivo. Las únicas excepciones son emergencias claras e inevitables relacionadas con la necesidad de prestar servicios. La Administración le restituirá al empleado el tiempo que haya utilizado |

PRIVADO – CONFIDENCIAL – SUJETO A LA REGLA FRE 408

en esos casos.

**Sección 5** Cada año calendario la Administración elaborará un Plan de Vacaciones según sus necesidades de servicios y en coordinación con los empleados de la Unidad Apropiada abarcada por este Acuerdo Colectivo y sus respectivos supervisores, a los efectos de definir en qué períodos cada empleado se tomará sus vacaciones. El Plan se elaborará para el 31 de diciembre de cada año para que entre en vigencia el 1 de enero de cada año. Ambas partes convienen en que se ceñirán al Plan. Previo acuerdo entre el Director y/o el Supervisor y el empleado, el empleado podrá salir de vacaciones como máximo dos (2) veces al año.

**Sección 6** La Administración elaborará y administrará el Plan de Vacaciones buscando armonizar las observaciones, recomendaciones y preferencias de los empleados con las necesidades de servicio, de forma tal que al final del año calendario hayan utilizado las vacaciones que les corresponden sin afectar el servicio.

En caso de conflictos entre dos o más empleados con respecto a la fecha de vacaciones, corresponderá al Director y/o Supervisor, en función de las necesidades del servicio, decidir qué empleado saldrá primero de licencia. En caso de que el conflicto se reduzca a que ambos eligieron la misma fecha y no puedan salir de licencia al mismo tiempo, el empleado con mayor antigüedad saldrá primero, y de allí en adelante se turnarán.

**Sección 7** Tres (3) veces al año la Administración informará a todos los integrantes de la Unidad Apropiada abarcada por este Acuerdo Colectivo cuántos días de vacaciones han acumulado. En caso de errores de cálculo, cualquiera de las Partes podrá solicitar las correcciones que correspondan. Los empleados deberán presentar sus solicitudes de revisión por escrito al Director de la División de Recursos Humanos de la Administración dentro de un plazo máximo de quince (15) días hábiles. El Director dispondrá de quince (15) días hábiles para responder a la solicitud. Si la respuesta no es de su satisfacción, el empleado podrá valerse del Procedimiento de Presentación de Quejas y Reclamos que se establece en este Acuerdo Colectivo.

**Sección 8** Si lo solicita el empleado, la Administración evaluará la posibilidad de otorgar licencias regulares que excedan los quince (15) días calendario en un año, hasta un máximo de cincuenta (50) días en cualquier año calendario, a aquellos empleados con licencia acumulada. El empleado mantendrá un mínimo de cinco (5) días de licencia regular por vacaciones. Al otorgar dicha licencia, la Administración tendrá en cuenta las necesidades de servicios y otros factores que establezca la legislación aplicable.

**Sección 9** Cuando un miembro de la Unidad Apropiada abarcada por este Acuerdo de Negociación Colectiva esté usando su licencia regular, tendrá derecho a acumular días de licencia regular y por enfermedad durante el plazo que esté usando su licencia regular, siempre y cuando se reintegre a su puesto una vez termine la licencia.

**Sección 10** Ante circunstancias especiales, la Administración podrá adelantar un máximo de quince (15) días laborales de su licencia regular a cualquier miembro de la Unidad Apropiada abarcada por este Acuerdo Colectivo que lo solicite y que haya trabajado para

**PRIVADO – CONFIDENCIAL – SUJETO A LA REGLA FRE 408**

| | |
|---|---|
| | la Administración por más de un año, siempre y cuando el empleado vaya a reintegrarse a su puesto. La Administración evaluará dicha solicitud en función de las necesidades de servicio.

**Sección 11** Cualquier empleado a quien se haya otorgado un adelanto de licencia y deje de trabajar para la Administración, voluntaria o involuntariamente, antes de brindar servicios por el período necesario para acumular la cantidad total de días adelantados pero no generados, deberá reembolsar al Gobierno de Puerto Rico cualquier suma que se le haya pagado por el adelanto de licencia.

**Sección 12** A elección del miembro de la Unidad Apropiada abarcada por este Acuerdo Colectivo, el pago por las vacaciones regulares programadas se realizará antes de salir de vacaciones. La solicitud deberá presentarse cuarenta y cinco (45) días calendario antes de la fecha de comienzo de las vacaciones.

**Sección 13** Cuando el Gobernador de Puerto Rico emita una proclamación u orden administrativa para otorgar tiempo libre oficial sin deducirlo de las vacaciones, todos los miembros de la Unidad Apropiada abarcada por este Acuerdo Colectivo que estén gozando de su licencia regular podrán beneficiarse de dicha concesión. Cuando el empleado esté haciendo uso de sus vacaciones regulares, el plazo de las vacaciones se extenderá en consonancia con el tiempo libre oficial otorgado.

**Sección 14** Cualquier miembro de la Unidad Apropiada abarcada por este Acuerdo Colectivo que se enferme mientras está de licencia regular podrá solicitar que los días de su enfermedad se descuenten de licencia por enfermedad acumulada. El empleado deberá presentar una constancia de su enfermedad junto con la solicitud.

**Sección 15** Los miembros de la Unidad Apropiada abarcada por este Acuerdo Colectivo tendrán el derecho de autorizar a la Administración a que asigne cinco (5) días por mes de su licencia por vacaciones acumulada a favor de otros empleados de la agencia. Lo anterior se realizará de conformidad con lo dispuesto en la Ley 26 del 22 de mayo de 1996, con sus modificaciones, conocida como "Ley de Cesión de Vacaciones". |
| **Disposiciones adicionales en materia de feriados y licencias por enfermedad y vacaciones** | **Sección 1** Para despejar dudas, si surgen conflictos entre lo dispuesto en este Acuerdo y las disposiciones de la Ley 26-2017 con respecto a días feriados, vacaciones, licencias por enfermedad y otras licencias, las disposiciones de la Ley 26, según fue promulgada en 2017, tendrán precedencia durante el plazo de este Acuerdo. Las modificaciones a la Ley 26-2017 para mejorar los beneficios por feriados, vacaciones, licencia por enfermedad y otras licencias se incorporarán a este Acuerdo si son lícitamente adoptadas por el Gobierno. |
| **Bonificaciones** | **Sección 1** En caso de que se brinden lícitamente a empleados del ELA en situaciones similares bonificaciones no contempladas en este Acuerdo, dichas prestaciones económicas también se brindarán a los empleados de AFSCME/SPU pertenecientes a la unidad abarcada en el presente. |
| **Representación institucional** | **Sección 1** La Administración dispondrá la designación de un comité de representación sindical conformado por cuatro (4) personas que el Sindicato nombrará para que representen a los empleados. |

**PRIVADO – CONFIDENCIAL – SUJETO A LA REGLA FRE 408**

|  |  |
|---|---|
|  | **Sección 2** Los miembros podrán ser designados para ocupar su cargo por doce (12) meses, y el Sindicato podrá reelegirlos.

**Sección 3** Los miembros se reunirán con representantes de la Junta de Supervisión y Administración Financiera todos los años para intercambiar opiniones sobre el plan fiscal y el presupuesto del ELA.

**Sección 4** Los miembros podrán asistir a reuniones anuales con representantes de la Junta de Supervisión y Administración Financiera, para lo que se le dará medio día de tiempo libre pagado, además de sus días de vacaciones regulares. |
| **Acuerdo total** | **Sección 1** Las disposiciones de esta hoja de condiciones, en combinación con los CBA más recientes, constituirán los CBA que comenzarán a regir el 1 de julio de 2019, con la condición de que esta hoja de condiciones tendrá precedencia en caso de conflictos con los CBA más recientes. Durante el plazo del Acuerdo, no habrá cambios en los salarios básicos ni en ninguna otra compensación, licencia o prestación sin el consentimiento expreso del Sindicato. Además, no se introducirá ninguna modificación que vaya en contra de los términos de este Acuerdo sin el consentimiento expreso del Sindicato. Nada de lo contenido en este Acuerdo se interpretará a los efectos de impedir que los empleados representados por el Sindicato reciban los beneficios que la Administración o el Gobernador otorguen lícitamente a otros empleados del Gobierno. |
| **Deducción de cuotas y cargos** | **Sección 1** Durante el plazo de este Acuerdo y cualquier prórroga de él, el Departamento deducirá del salario de cada empleado abarcado en el acuerdo colectivo que lo autorice mediante un formulario provisto por el Sindicato las cuotas regulares que el Sindicato certifique de conformidad con su reglamentación y las disposiciones aplicables de la Ley 45, con sus modificaciones. El Sindicato informará al Departamento a cuánto asciende el monto de las cuotas. A tales efectos, el Departamento informará al Departamento del Tesoro qué cargos por cuotas deben deducirse del salario de los empleados incluidos en la Unidad Apropiada dentro de un plazo de treinta (30) días a partir de la fecha en que el Sindicato informe al Departamento qué monto debe deducirse.

**Sección 2** Todos los meses, el Departamento enviará al Sindicato una copia de la lista provista por el Departamento del Tesoro, en la que consignará el nombre de cada empleado incluido en la Unidad Apropiada, con el número de Seguro Social y el monto deducido por las cuotas.

**Sección 3** El Departamento informará a los nuevos empleados del derecho que les confiere la Ley 45, con sus modificaciones, cuando el empleado sea asignado a un cargo incluido en la Unidad Apropiada, y dará al Sindicato la oportunidad de reunirse con los nuevos empleados o, si lo prefiere, de enviarles un documento de bienvenida que haya preparado para explicar los derechos de los trabajadores sindicalizados en virtud de la Ley 45 del 25 de febrero de 1998, con sus modificaciones. La Administración no desalentará a los empleados de que se unan al sindicato.

**Sección 4** El Departamento dispondrá de quince (15) días hábiles para informar al Sindicato por escrito los nombres, números de Seguro Social, cargos, fechas de ingreso y |

PRIVADO – CONFIDENCIAL – SUJETO A LA REGLA FRE 408

|  | salarios de los empleados nuevos que vayan a ocupar cargos incluidos en la Unidad Apropiada.<br><br>**Sección 5** La autorización para deducir las cuotas del Sindicato estará en vigor y será irrevocable en virtud de los términos establecidos en la autorización del empleado, pero se debe dar a los empleados la posibilidad de rescindir su autorización antes de su renovación como mínimo todos los años.<br><br>**Sección 6** En caso de que el Sindicato deje de ser el representante exclusivo de la Unidad Apropiada, las deducciones que se hagan del salario de los empleados para el pago de cuotas se detendrán automáticamente una vez que el Sindicato deje de ser el representante exclusivo.<br><br>**Sección 7** El Departamento reiniciará la deducción de las cuotas para los empleados cuyos cargos estén incluidos en la Unidad Apropiada una vez que regresen de su licencia sin goce de sueldo y notifiquen a la Oficina de Recursos Humanos, a fin de que pueda efectuar el cambio en la nómina y comenzar nuevamente con las deducciones dentro de un plazo máximo de treinta (30) días hábiles luego de la fecha de reintegro del empleado.<br><br>**Sección 8** En caso de que el Sindicato solicite la deducción de cuotas y se determine que las cuotas han sido fijadas o deducidas de manera ilícita, el Sindicato eximirá al Departamento de cualquier tipo de responsabilidad y reembolsará de manera ordenada las sumas que correspondan tan pronto como se le soliciten. Si se determina que el error es responsabilidad del Departamento, el sindicato únicamente reembolsará las sumas que hayan sido erróneamente deducidas, sin ser responsable por los gastos y cargos en que se haya incurrido. |

# APÉNDICE II[1]
## CONDICIONES PROPUESTAS PARA LAS PRESTACIONES DEL SISTEMA ERS

A continuación sigue un resumen de los términos indicativos propuestos para el Sistema de Retiro de los Empleados del Gobierno de Puerto Rico (ERS) para:

1. Participantes en el sistema de retiro establecido en virtud de la Ley 305-1999 (miembros de "Sistema 2000");
2. Participantes que participaron exclusivamente en las prestaciones en virtud de la Ley 3, pero no en los beneficios otorgados por la Ley 1 o la Ley 447; y
3. Participantes en virtud de la Ley 3 que participaron en los beneficios otorgados por la Ley 1 o la Ley 447.

Estas condiciones no se relacionan con las prestaciones otorgadas en virtud de la Ley 1 y la Ley 447.

| Definiciones | |
| --- | --- |
| **Sistema de pensiones** | El Sistema de Retiro de los Empleados del Gobierno de Puerto Rico (ERS). |
| **Miembros de Sistema 2000** | En general, los miembros contratados entre el 1 de enero de 2000 y el 30 de junio de 2013. Además, a los efectos de este Acuerdo, los empleados contratados entre el 1 de julio de 2013 y el 30 de junio de 2017 recibirán el mismo trato que los miembros de Sistema 2000. |
| **Tipo de plan** | Los planes Sistema 2000 y de la Ley 3 son planes contributivos de prestaciones de tipo híbrido. |
| **Fecha de entrada en vigor del plan** | El Sistema de Pensiones fue establecido en 1951 por la Ley 447 y entró en vigor el 1 de enero de 1952. El Plan fue modificado por última vez en virtud de la Ley 3, aprobada el 4 de abril de 2013. |
| **Condiciones para la membresía** | Los miembros del ERS y sus dependencias incluyen a todos los empleados temporales de tiempo completo y no municipales que no estén contribuyendo a otros sistemas de retiro (artículos 1-104 y 1-105). |
| **Contribuciones** | Las contribuciones para las prestaciones de Sistema 2000 y Ley 3 se realizan exclusivamente a partir de las deducciones obligatorias de salario de los empleados, de 8,275 % hasta 2013 y 10 % luego de esa fecha (comenzando con la aprobación de la Ley 3-2013), sin que se apliquen igualaciones del empleador ni intereses sobre el saldo de crédito de conformidad con lo dispuesto en las leyes. |

| Plazo | |
| --- | --- |
| **Fecha de entrada** | 1 de julio de 2019 |

---

[1]Informe actuarial de valuación de Milliman al 30 de junio de 2016 sobre la base de los datos del censo realizado el 1 de julio de 2015, el conjunto de datos más recientes disponibles. Si se recopilan nuevos conjuntos de datos para 2016 o 2017, los valores se actualizarán en consonancia con ellos.

NY 77702447v2

| | |
|---|---|
| **en vigor** | |
| **Aplicación** | Se aplica a las prestaciones ganadas en virtud del Plan como máximo hasta el 30 de junio de 2017. |

| **Condiciones de la propuesta** | |
|---|---|
| **Separar el dinero en efectivo de antemano** | Separar el total de las contribuciones a Sistema 2000 desde 2000 hasta 2013 (sin reducciones), el total de las contribuciones a Sistema 2000 de los participantes según la Ley 3-2013, y el total de las contribuciones de los participantes según la Ley 3 (que no hayan participado ni en virtud de la Ley 1 ni la Ley 447) hasta 2017 (sin reducciones). No se pagarán intereses históricos sobre el saldo de crédito. Transferir los saldos a las cuentas de Contribución Definida que se están estableciendo en virtud de la Ley 106-2017. El monto total separado de conformidad con esta disposición se limitará a $1.360 millones.

En caso de que el monto total de contribuciones que se describe en esta sección exceda los $1,360 millones, en la Fecha de Entrada en Vigor del Plan de Ajuste cada participante recibirá una participación prorrateada basada en el total de contribuciones del participante. Si el total de contribuciones que se describe en esta sección excede el límite de $1.360 millones pero no supera los $1.500 millones, 25 % de las contribuciones restantes no pagadas se pagarán a más tardar el 31 de diciembre de 2020; 25 % de las contribuciones restantes no pagadas se pagarán a más tardar el 31 de diciembre de 2021; 25 % de las contribuciones restantes no pagadas se pagarán a más tarde del 31 de diciembre de 2022, y el restante 25 % de las contribuciones no pagadas se pagará a más tardar el 31 de diciembre de 2023.

En caso de que el monto total de contribuciones que se describe en esta sección exceda los $1.500 millones, la Junta y el Sindicato convienen en elaborar un plan de pagos aceptable para ambas para pagar el saldo restante de las contribuciones (es decir, el monto que supere los $1,500 millones) que se describe en esta sección.

En todos los casos, el monto total de las contribuciones que se describe en esta sección se pagará a los participantes habilitados a más tardar el 31 de diciembre de 2025.

A la Fecha de Entrada en Vigor del Plan de Ajuste, los participantes con contribuciones de Sistema 2000 desde 2000 hasta el 2013, y contribuciones según la Ley 3-2013 hasta 2017 que no estén habilitados para recibir beneficios según la Ley 1 y Ley 447, ya no tendrán derecho en el futuro a prestaciones brindadas por el sistema, por ejemplo, prestaciones por muerte y discapacidad, etc.

Los participantes que ya se hayan retirado y hayan convertido sus contribuciones en una renta vitalicia pagada por el sistema no tendrán derecho al tratamiento descrito en esta sección. No recibirán ningún pago en efectivo y estarán sujetos a la reducción de las pensiones aplicable a otros retirados. |

| Fórmula para exoneración de la reducción | Pagar hasta el total de las contribuciones acumuladas (sin reducciones), sin incluir intereses históricos sobre el saldo de crédito, para todas las contribuciones según la Ley 1 y la Ley 447 realizadas en virtud de la Ley 3 luego del 1 de julio de 2013. Las prestaciones según la Ley 1 y la Ley 447 acumuladas antes del 1 de julio de 2013 seguirán estando sujetas a la reducción. |
|---|---|

**Disposiciones más detalladas de la propuesta al 1 de julio de 2015**

|  | Sistema 2000 | | | |
|---|---|---|---|---|
|  | Miembros activos | Miembros retirados | Miembros discapacitados | Beneficiarios del pago |
| Cantidad | 65.605 | 273 | 72 | 81 |
| Edad promedio | 42,7 | 67,8 | 54,2 | 62,5 |
| Salario promedio | $ 24.891 | | | |
| Promedio de servicio acreditable | 9,5 | | | |
| Prestación mensual promedio del sistema básico | | $758 | $853 | $997 |
| Prestación mensual promedio administrada por el sistema | | $16 | $9 | $8 |

**APÉNDICE III**
**CONDICIONES PROPUESTAS PARA EL ACUERDO DE REPARTO DEL SUPERÁVIT DEL PLAN FISCAL**

A continuación sigue un resumen de los términos indicativos propuestos para el Acuerdo de Reparto del Superávit de Plan Fiscal de AFSCME.

| Definiciones | |
|---|---|
| **Acuerdo de Reparto del Superávit del Plan Fiscal** | Acuerdo con los Sindicatos y sus miembros para cada ejercicio fiscal de este Acuerdo para permitir a los Sindicatos participar en el reparto de cualquier superávit que supere la cifra prevista en el Plan Fiscal Certificado que esté en efecto en la fecha de entrada en vigor del Plan de Ajuste para el ELA. |
| **Sindicatos** | AFSCME |
| **Participantes y miembros en el Sindicato** | Todos los miembros y empleados activos y sindicalizados representados por unidades de negociación registradas al inicio del ejercicio fiscal, que sigan siendo empleados activos al momento del pago. |
| **Agente independiente** | Firma de contadores públicos certificados que brinda servicios contables. |
| **Criterio de caja** | El cálculo del superávit del Plan Fiscal se basará en los ingresos y egresos registrados. |
| **Fórmula de superávit por exceso de dinero en efectivo** | El superávit por exceso de dinero en efectivo se define como un superávit en efectivo que supera el superávit proyectado del Plan Fiscal consignado en el plan fiscal certificado que esté en vigor en la Fecha de Entrada en Vigor del Plan de Ajuste para el ELA.<br><br>Si el superávit por exceso de dinero en efectivo no supera los $100 millones, no se distribuirá ningún monto. Si el superávit por exceso de dinero en efectivo supera los $100 millones, 25 % de dicho superávit se destinará al fondo de Bonificación por Participación en Superávits. |

| Plazo | |
|---|---|
| **Aplicación** | Estará alineado con la aplicación de los cambios propuestos a los CBA, así como el acuerdo general con AFSCME, actualmente previsto para el 1 de julio de 2019. |
| **Medición anual** | Un Agente Independiente calculará el superávit del Plan Fiscal según un método de contabilidad de caja a más tardar el 30 de septiembre de cada ejercicio fiscal. |

| Período de pago | **Bonificación para nuevos empleados:** Deberá pagarse a los participantes representados por el Sindicato a más tardar 60 días luego de la Fecha de Entrada en Vigor del Plan de Ajuste. |
| | **Bonificación por participación en superávits:** Deberá pagarse el 1 de diciembre a los participantes representados por el Sindicato, sobre la base de cálculos basados en el período anterior hasta la fecha de Medición Anual. |
| | **Cargo por apoyo:** Deberá pagarse al Sindicato 60 días luego de la Fecha de Entrada en Vigor del Plan de Ajuste. |

| **Condiciones de la propuesta** | |
| --- | --- |
| **Bonificación para nuevos empleados (ver resumen de bonificaciones)** | Bonificación para nuevos empleados por única vez ($500) a cada uno de los participantes representados por el Sindicato. |
| **Bonificación por participación en superávits** | Durante el plazo de este CBA, si se alcanza o se supera el umbral de la fórmula de superávit por exceso de dinero en efectivo, se pagará todos los años, a partir del fondo de Bonificación por Participación en Superávits, una distribución a todos los participantes representados por el Sindicato y a todos los demás empleados del ELA que cumplan las condiciones. Todos quienes reciban la Bonificación por Participación en Superávits tendrán la opción de asignar cualquier parte de su bonificación a su cuenta de Contribución Definida, y cualquier suma remanente se les entregará en efectivo. |
| **Cargo por apoyo** | Un pago de única vez de $5 millones al Sindicato, que se utilizará para brindar prestaciones de salud a los participantes que representa, en reconocimiento por sus esfuerzos como el principal negociador y signatario de este Acuerdo. |
| **Cargo adicional** | Un pago de única vez de $5 millones al Sindicato, que se desembolsará de la manera que el Sindicato indique, relacionado con los esfuerzos del Sindicato para cumplir las obligaciones que le impone este Acuerdo. |
| **Pago de reclamos arbitrales y por agravios previos a la petición** | El ELA pagará al reclamante cualquier distribución que corresponda en virtud del Plan por motivo de reclamos por una indemnización pactada en el contrato que se deriven de la resolución de acciones judiciales previas a la petición radicadas de conformidad con los procedimientos de arbitraje y radicación de quejas, que hayan surgido en virtud de los CBA entre el ELA y los afiliados locales de AFSCME en Puerto Rico, en cada caso i) 30 días después de la resolución en cuestión, o ii) 60 días después de la Fecha de Entrada en Vigor del Plan, lo que ocurra en último lugar. |

| Resumen de bonificaciones[3] | El Sindicato ha anunciado su intención de distribuir el Cargo Adicional como una bonificación en efectivo a favor de los participantes que representa. En consecuencia, las bonificaciones que el Sindicato declaró que los participantes están recibiendo de conformidad con este Acuerdo son una bonificación de única vez de $1000 (aproximadamente) y cualquier Bonificación por Participación en Superávits. Además, en la medida en que empleados del ELA en una situación similar reciban lícitamente una bonificación, por ejemplo, una bonificación por Navidad, dichas prestaciones económicas más ventajosas serán provistas a los empleados de la unidad abarcada por el acuerdo colectivo AFSCME/SPU. |
|---|---|

---

[3] Nada de lo contenido en este Anexo tiene por objeto modificar los términos del Acuerdo. Se presenta meramente como un resumen de ciertas disposiciones ya enumeradas.

PRIVADO Y CONFIDENCIAL -- SUJETO A LA REGLA/FRE 408

**Anexo 1**

PRIVADO Y CONFIDENCIAL SUJETO A LA REGLA FRE 408

**CONDICIONES PROPUESTAS POR LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO PARA REESTRUCTURAR LAS OBLIGACIONES HACIA LOS RETIRADOS**
*En la causa del Estado Libre Asociado de Puerto Rico, Causa radicada conforme al Título*
*III núm. 17 BK 3283-LTS, 27 de abril de 2019.*

ESTE RESUMEN DE CONDICIONES NO ES UNA OFERTA CON RESPECTO A NINGÚN TÍTULO VALOR NI UNA SOLICITUD DE ACEPTACIÓN DE UN PLAN DE AJUSTE EN VIRTUD DE PROMESA, LOS ARTÍCULOS 1125 Y 1126 DEL CÓDIGO DE QUIEBRAS U OTRA NORMA. CUALQUIERA DE TALES OFERTAS O SOLICITUDES SE AJUSTARÁ A TODAS LAS LEYES APLICABLES SOBRE TÍTULOS VALORES Y A LAS DISPOSICIONES DE PROMESA Y DEL CÓDIGO DE QUIEBRAS. NADA DE LO CONTENIDO EN ESTE RESUMEN DE CONDICIONES SERÁ UNA ADMISIÓN DE UN HECHO NI UNA ACEPTACIÓN DE RESPONSABILIDAD, NI TAMPOCO, HASTA LA LLEGADA DE LA FECHA DE ENTRADA EN VIGOR DE CONFORMIDAD CON LOS TÉRMINOS DESCRITOS EN EL PRESENTE, SE CONSIDERARÁ VINCULANTE CON RESPECTO A NINGUNA DE LAS PARTES DEL PRESENTE.

Este es un resumen de términos indicativos propuestos para reestructurar las obligaciones pendientes hacia los retirados del Estado Libre Asociado de Puerto Rico. El presente resumen no obliga a las partes a celebrar ninguna transacción, sino que tiene meros fines de conciliación. El acuerdo entre las partes quedará establecido una vez se otorgue y formalice la documentación definitiva. Tras su otorgamiento, los términos de dicha documentación definitiva tendrán precedencia.

Este resumen y las conversaciones relacionadas son confidenciales y pueden acogerse a las protecciones que dispone la Regla 408 del Reglamento Federal en materia de Pruebas y cualquier otro estatuto o doctrina aplicable que proteja el uso y la divulgación de información confidencial o de conversaciones de conciliación. Los términos propuestos podrán seguir siendo negociados y analizados, y nada de lo contenido en el presente podrá interpretarse como una admisión de haber incurrido en ningún tipo de acto u obligación, ni como una renuncia a ningún derecho o reclamo, ni tendrá carácter vinculante para ninguna de las partes.

| DEFINICIONES | |
|---|---|
| **Retirados** | Todos los empleados actuales, exempleados, empleados activos e inactivos y discapacitados (y sus beneficiarios) que al 3 de mayo de 2017 tuviesen acumulados beneficios de pensión (o fueran beneficiarios de ellos) como participantes de uno de los siguientes: <br><br>• Sistema de Retiro de Empleados (ERS) <br>• Sistema de Retiro para Maestros (TRS) <br>• Sistema de Retiro de Empleados Judiciales (JRS): <br><br>excepto por los empleados activos que participen en el programa Sistema 2000 y cuyos beneficios acumulados de pensiones se rijan por un acuerdo separado que AFSCME haya alcanzado en su nombre con la Junta de Supervisión (como representante del ELA), en la medida de lo posible. |
| **Asignación y pago de prestaciones residuales** | El ELA asignará y pagará la Prestación Total Mensual por Retiro restante que deba pagarse a cada Retirado luego de haber cumplido los términos del presente mediante un sistema de reparto (PayGo) todos los años hasta que todos los beneficios adeudados al Retirado en cuestión se le hayan pagado. |

| | |
|---|---|
| **Pensión Mensual Básica** | La Pensión Mensual Básica es el pago de pensión mensual que se realiza a favor del Retirado, sin incluir ninguna otra prestación, por ejemplo, las bonificaciones por Navidad, verano, medicina y seguros médicos. |
| **Prestación Total Mensual por Retiro** | La Prestación Total Mensual por Retiro que se medirá con respecto al Umbral a los efectos de aplicar recortes de conformidad con la Fórmula de Recortes Totales se calcula sumando la Pensión Mensual Básica más la bonificación anual por Navidad (de haberla) dividida por 12 (la "bonificación mensual por Navidad"), más la bonificación anual de verano (de haberla) dividida por 12 (la "bonificación mensual por verano"), más la bonificación anual por gastos médicos (de haberla) dividida por 12 (la bonificación mensual por gastos médicos), sin incluir ninguna prestación mensual por seguro médico. |
| **Fecha de comienzo de la reducción de las prestaciones** | La fecha en que se aplicará por primera vez a las prestaciones que paga el ELA la reducción/recorte que se describe en la Fórmula de Recorte Total. |
| **Junta de Pensiones PayGo** | La entidad independiente de supervisión de pensiones que se creará de conformidad con el Plan de Ajuste del ELA en una forma aceptable para la Junta de Supervisión, los Retirados y el Gobierno para monitorear la administración del programa PayGo para el beneficio de los Retirados tras la confirmación del Plan de Ajuste. |

| Plazos | |
|---|---|
| **Fecha de prestaciones de pensiones** | El total de prestaciones por pensiones ganadas por los Retirados antes del 4 de mayo de 2017 es pasible de una reducción/recorte por el monto que se escribe la Fórmula de Recortes Totales.<br><br>Las prestaciones acumuladas por pensiones que los Retirados ganen después del 4 de mayo de 2017 no están sujetas a la reducción que establece la Fórmula de Recorte Total. El conjunto de datos utilizado para cálculo de la reducción necesaria en las prestaciones por pensiones se basa en el conjunto de datos del 1 de julio de 2015 provisto por ERS, TRS y JRS, el conjunto de datos más recientes disponibles. Si se recopilan nuevos conjuntos de datos para 2016 o 2017, los valores se actualizarán en consonancia con ellos. |
| **Aplicación** | La Fecha de Comienzo de la Reducción de las Prestaciones será el 1 de julio de 2020 o el primer 1 de julio que siga a la fecha de entrada en vigor de un Plan de Ajuste del ELA, lo que ocurra en último lugar; sin embargo, se establece que si el período entre dicha fecha de entrada en vigor y la fecha 1 de julio posterior no supera los 180 días, la Fecha de Comienzo de la Reducción de las Prestaciones será el primer día del primer mes calendario que comience al menos 180 días luego de dicha fecha de entrada en vigor. |

| Condiciones de la propuesta | |
|---|---|
| **Porcentaje de recorte** | Hasta 8,5% de la Prestación Total Mensual por Retiro, con sujeción a la Fórmula de Recorte Total. |
| **Tipo de recorte** | Único; se aplicará el mismo porcentaje de recorte a la prestación mensual base por retiro de todos los participantes, con sujeción al Umbral. |
| **Umbral sobre el cual se aplican los recortes (el "Umbral")** | $1,200 por mes |
| **Indexación del Umbral y nuevo cálculo de las prestaciones anuales** | No habrá indexaciones de los cambios futuros en el Nivel de Pobreza Federal. Además, no se recalcularán las prestaciones anuales una vez que se aplique el Porcentaje de Recorte. |
| **Ajuste por Seguro Social** | No se incluye en el cálculo. |
| **Seguro médico** | La prestación mensual por seguro médico no está incluida en el cálculo de la Prestación Total Mensual por Retiro, y no está sujeta a la Fórmula de Recorte Total. La prestación mensual por seguro médico redundará en beneficio de los Retirados y estará sujeta a las medidas de restricción del plan de ajuste u otras disposiciones necesarias para impedir la eliminación, modificación o alteración de las prestaciones otorgadas a los Retirados. |
| **Fórmula de Recorte Total** | La reducción en la Prestación Total Mensual por Retiro se calculará de la siguiente manera ("Reducción de Prestaciones Mensuales"): |

|  | *Paso 1:* Reducir la Bonificación Mensual por Navidad hasta alcanzar el Umbral o el Porcentaje de Recorte o hasta que la Bonificación Mensual por Navidad sea eliminada por completo, lo que sea que ocurra primero, a medida que la Prestación Total Mensual por Retiro se reduce. |
|  | *Paso 2:* Si la Prestación Total Mensual por Retiro en cuestión sigue estando por encima del Umbral y no se ha alcanzado el Porcentaje de Recorte tras eliminar la Bonificación Mensual por Navidad, reducir la Bonificación Mensual por Verano hasta alcanzar el Umbral o el Porcentaje de Recorte, o hasta que la Bonificación por Verano quede completamente eliminada, lo que sea que ocurra primero, a medida que la Prestación Total Mensual por Retiro se reduce. |
|  | *Paso 3:* Si la Prestación Total Mensual por Retiro en cuestión sigue estando por encima del Umbral y no se ha alcanzado el Porcentaje de Recorte tras eliminar la Bonificación Mensual por Navidad y la Bonificación Mensual por Verano, reducir la Bonificación Mensual por Medicina hasta alcanzar el Umbral o el Porcentaje de Recorte, o hasta que la Bonificación Mensual por Medicina quede completamente eliminada, lo que sea que ocurra primero, a medida que la Prestación Total Mensual por Retiro se reduce. |
|  | *Paso 4:* Si la Prestación Total Mensual por Retiro en cuestión sigue estando por encima del Umbral y no se ha alcanzado el Porcentaje de Recorte tras eliminar la Bonificación Mensual por Navidad, la Bonificación Mensual por Verano y la Bonificación Mensual por Medicina, reducir la Pensión Mensual Básica hasta alcanzar el Porcentaje de Recorte, con la condición de que la aplicación del Porcentaje de Recorte restante a la Pensión Mensual Básica no reducirá la Prestación Total Mensual por Retiro por debajo del Umbral. |
|  | Bajo ninguna circunstancia el Porcentaje de Recorte se aplicará de forma tal que la Prestación Total Mensual por Retiro de una persona quede por debajo del Umbral. Si la Prestación Total Mensual por Retiro de una persona queda por debajo del Umbral, la Reducción de las Prestaciones Mensuales equivaldrá a cero. |
| **Restitución de las prestaciones / Participación en superávits** | Los Retirados que queden sujetos a una Reducción de las Prestaciones Mensuales por motivo de la Fórmula de Recorte Total descrita tendrán derecho a una restitución parcial o total de la reducción en cuestión para cualquier ejercicio fiscal (la "Restitución de las Prestaciones"). |
|  | El superávit por exceso de dinero en efectivo se define como un superávit en efectivo que supera el superávit proyectado del Plan Fiscal consignado en el plan fiscal certificado que esté en vigor en la Fecha de Entrada en Vigor del Plan de Ajuste para el ELA[2]. |
|  | La restitución de las prestaciones ocurrirá si, en cualquier ejercicio fiscal posterior a la confirmación, se produce un superávit de dinero en efectivo tal como se explica |

---

[2] Para despejar dudas, superávit del Plan Fiscal se refiere a la línea "Superávit (déficit) posterior a las medidas (con exclusión del pago de deuda)". Por ejemplo, con respecto al Plan Fiscal de octubre de 2018 , se refiere a la pestaña "Presentación revisada del Plan Fiscal - 40 años" en el modelo del plan fiscal provisto en apoyo del Plan Fiscal de octubre de 2018 el 6 de febrero de 2019 (20181023 Model Commonwealth Fiscal Plan_vCERTIFIED_pensions_v6.xlsx)

| | |
|---|---|
| | más adelante. |
| | Si el superávit por exceso de dinero en efectivo no supera los $100 millones, no se distribuirá ningún monto. |
| | Si el superávit por exceso de dinero en efectivo supera los $100 millones, 10 % de dicho superávit se asignará a la restitución de las prestaciones y se pagará a cada Retirado a más tardar el 1 de octubre del siguiente ejercicio fiscal. La asignación de la restauración de las prestaciones a cada Retirado será un cálculo prorrateado con respecto al total de recortes sufrido por cada Retirado. |
| | La restauración de prestaciones para cada Retirado tendrá un límite máximo que se calculará multiplicando Reducción de las Prestaciones Mensuales por 12. |
| | El último año del Programa de Restitución de Prestaciones será el ejercicio fiscal 2033, y cualquier pago de prestaciones por restitución relativo a ese ejercicio fiscal se realizará como máximo el 1 de octubre de 2033. |
| **Fondos de Reserva de Pensiones** | En la fecha de entrada en vigor de un Plan de Ajuste confirmado para el ELA, el ELA establecerá un Fondo de Reserva de Pensiones. Dicho Fondo de Reserva de Pensiones será mantenido en régimen de fideicomiso para el exclusivo beneficio de los Retirados, y lo administrará un asesor independiente en inversiones que acordarán mutuamente la Junta, el Gobierno y la Junta de Pensiones PayGo seleccionado a través de propuestas. Los costos relacionados con el asesor de inversiones se cubrirán a partir del Fondo de Reserva de Pensiones. |
| | El Plan de Ajuste para el ELA establecerá que el ELA efectuará contribuciones anuales al Fondo de Reserva de Pensiones a partir del Fondo General del ELA hasta el ejercicio fiscal 2027 por un monto mínimo de $175 millones por año, y establecerá que para cualquier ejercicio fiscal que termine con posterioridad a la fecha de entrada en vigor consignada en el Plan Fiscal Certificado que esté en efecto en la fecha de entrada en vigor del Plan de Ajuste para el ELA en que el Superávit del Plan Fiscal sea como mínimo $1.750 millones, el ELA efectuará una contribución al Fondo de Reserva de Pensiones a partir del Fondo General del ELA por un monto equivalente al 25 % del Superávit del Plan Fiscal previsto para ese año. La contribución anual se efectuará como máximo el 1 de octubre tras el cierre de cada ejercicio fiscal. |
| | Además, el ELA hará una contribución de una única vez al Fondo de Reserva de Pensiones en la fecha de entrada en vigor del Plan de Ajuste por una suma de $5 millones para cubrir los cargos, costos y gastos administrativos iniciales de la Junta de Pensiones PayGo. |
| | Los retiros del Fondo de Reserva de Pensiones, incluidos los retornos sobre las inversiones, se realizarán según las sumas que determine la Junta de Pensiones PayGo, en consulta con el ELA, a fin de reducir las erogaciones que el ELA deba hacer a partir del Fondo General para cubrir los gastos del programa PayGo para Retirados en los años en que se prevea que habrá un déficit presupuestario. Todos los retiros del Fondo de Reserva de Pensiones exigirán la aprobación de la Junta de Pensiones de PayGo, y el ELA los utilizará únicamente para el pago del programa PayGo. |

| Disposiciones varias | Con sujeción a la incorporación de nuevos artículos, y sin limitar el preámbulo, la documentación definitiva reflejará las siguientes disposiciones que se incluirán en un Plan de Ajuste confirmado para el ELA: |
|---|---|
| | (a) En la máxima medida permitida por la ley, y una vez que la Junta de Supervisión y Administración Financiera haya dado su consentimiento en nombre de sí misma y del ELA a los efectos del artículo 305 de PROMESA, todos los pagos y demás obligaciones que se adeuden a los Retirados en virtud del Plan de Ajuste, incluidas las obligaciones del ELA frente al programa PayGo y todos los componentes restantes de las Prestaciones Totales Mensuales por Retiro tras aplicar la Fórmula de Recorte Total, seguirán siendo exigibles (hasta que sean pagadas) por la Junta de Supervisión, la Junta de Pensiones PayGo y cualquier Retirado afectado, y el ELA no podrá modificar el Plan de Ajuste i) sin el consentimiento de la Junta de Supervisión (si sigue existiendo cuando se proponga el cambio), la Junta de Pensiones PayGo y los Retirados que sigan recibiendo beneficios en virtud del Plan de Ajuste al momento del cambio propuesto, ni ii) en virtud de una nueva Causa radicada conforme al Título III y un Plan de Ajuste confirmado y en vigencia;

(b) El establecimiento de la Junta de Pensiones PayGo en una forma aceptable para la Junta de Supervisión, los Retirados y el Gobierno para monitorear la administración del programa PayGo tras confirmar un Plan de Ajuste para el beneficio de los Retirados. Dicha Junta de Pensiones recibirá financiamiento de la Reserva de Prestaciones de Pensiones para i) sus costos administrativos, incluidos los honorarios y los costos de nómina para los miembros de la Junta y el personal; ii) los honorarios y gastos razonables de auditorías anuales para verificar los estados financieros del ELA, incluido, sin limitación, el cálculo del superávit por exceso de dinero en efectivo para la restitución de prestaciones y del superávit del Plan Fiscal para el Fondo de Reserva de Pensiones; iii) los honorarios y gastos necesarios para que la Junta pueda llevar adelante cualquier procedimiento judicial de reclamo (*mandamus*) u otro litigio para hacer valer los derechos de los Retirados en virtud del Plan de Ajuste (con la atribución explícita de facultades a la Junta en el Plan), o defenderse de cualquier demanda; y iv) cargos y gastos por indemnización y similares de conformidad con disposiciones lícitas de liberación de responsabilidad e indemnidad que protejan a los miembros en la Junta. |

**Anexo**
**Cálculos ilustrativos[1]**

| | Valor total de la pensión | Bonificación por Navidad[2] | Bonificación por medicina o verano[3] | Pensión Mensual Básica | Seguro médico mensual | Comentario |
|---|---|---|---|---|---|---|
| A Actual | $ 875 | $ 17 | $ 8 | $850 | $ 0 | Sin recorte, ya que la prestación está por debajo de los $1.200 |
| Reducción | 0 | 0 | 0 | 0 | 0 | |
| Tras el recorte | $ 875 | $ 17 | $ 8 | $850 | $ 0 | |
| B Actual | $1,625 | $ 17 | $ 8 | $1,500 | $100 | La Prestación Total Mensual por Retiro se reduce en un 8,5 %, incluida la eliminación total de las bonificaciones, ya que el monto restante tras el recorte sigue estando por encima de los $ 1.200 |
| Reducción | 130 | 17 | 8 | 105 | 0 | |
| Tras el recorte | $1,495 | $ 0 | $ 0 | $1,395 | $100 | |
| C Actual | $1,235 | $ 17 | $ 8 | $1,210 | $ 0 | Se eliminaron todas las bonificaciones, pero la Prestación Total Mensual por Retiro se reduce en menos del 8,5 % para que quede por encima de $ 1.200 |
| Reducción | 35 | 17 | 8 | 10 | 0 | |
| Tras el recorte | $1,200 | $ 0 | $ 0 | $1,200 | $ 0 | |
| D Actual | $1,205 | $ 17 | $ 8 | $1,180 | $ 0 | Recorte de $ 5 de la bonificación por Navidad para permanecer por encima de $ 1.200 |
| Reducción | $35 | 5 | 0 | 0 | 0 | |
| Tras el recorte | $1,200 | $ 12 | $ 8 | $1,180 | $ 0 | |
| | Recorte máximo del 8,5 % a la Prestación Total Mensual por Retiro, siempre que el monto restante después del recorte siga superando los $ 1.200 | Recorte si el total sigue por encima de $ 1.200 | Recorte si el total sigue por encima de $ 1.200 | Recorte fijo del 8,5 % a la Prestación Total Mensual por Retiro menos las bonificaciones ya eliminadas, siempre que el total siga superando los $ 1.200 | Excluido de los cálculos de recorte | |

---

[1] Los ejemplos son ilustrativos para todos los sistemas y tienen por objeto demostrar la metodología que se describe en el Resumen de condiciones. Las bonificaciones disponibles para cada participante dependen de varios factores, como la fecha de retiro y el sistema de retiro que paga la prestación del participante.

[2] Equivalente mensual de $200 por año.

[3] Equivalente mensual de $100 por año. La Bonificación por Verano, si es aplicable, se recorta antes que la Bonificación por Medicina, de conformidad con la Fórmula de Recorte Total.

RESUMEN DE DISPOSICIONES SOBRE LAS PROPUESTAS
*En la causa del Estado Libre Asociado de Puerto Rico, Causa radicada conforme al Título III núm. 17 BK 3283-LTS, 24 de junio de 2019.*

ESTE RESUMEN DE CONDICIONES NO ES UNA OFERTA CON RESPECTO A NINGÚN TÍTULO VALOR NI UNA SOLICITUD DE ACEPTACIÓN DE UN PLAN DE AJUSTE EN VIRTUD DE PROMESA, LOS ARTÍCULOS 1125 Y 1126 DEL CÓDIGO DE QUIEBRAS U OTRA NORMA. CUALQUIERA DE TALES OFERTAS O SOLICITUDES SE AJUSTARÁ A TODAS LAS LEYES APLICABLES SOBRE TÍTULOS VALORES Y A LAS DISPOSICIONES DE PROMESA Y DEL CÓDIGO DE QUIEBRAS. NADA DE LO CONTENIDO EN ESTE RESUMEN DE CONDICIONES SERÁ UNA ADMISIÓN DE UN HECHO NI UNA ACEPTACIÓN DE RESPONSABILIDAD, NI TAMPOCO, HASTA LA LLEGADA DE LA FECHA DE ENTRADA EN VIGOR DE CONFORMIDAD CON LOS TÉRMINOS DESCRITOS EN EL PRESENTE, SE CONSIDERARÁ VINCULANTE CON RESPECTO A NINGUNA DE LAS PARTES DEL PRESENTE.

Sigue un resumen de las disposiciones relativas a las propuestas para las negociaciones sindicales para la Federación Americana de Empleados Estatales, de Condados y Municipales ("AFSCME o "Sindicato") con respecto a:

- Acuerdos de negociación colectiva (CBA)
- Prestaciones del sistema ERS
- Acuerdo de Reparto del Superávit del Plan Fiscal

En el apéndice hay disponible información adicional, incluidas definiciones y los plazos para cada una de las propuestas.

A los efectos del Acuerdo, la palabra "Sindicato" se refiere a AFSCME/SPU y a sus entidades locales asociadas.

Según se utiliza en este Acuerdo, la palabra lícito (por ejemplo, "lícitamente" enmendado, "lícitamente" dispuesto, "lícitamente" ejecutado, etc.) se refiere a condiciones laborales cuya puesta en práctica no prohíba un tribunal con competencia.

Las partes convienen en que los términos de todos los aspectos de este Acuerdo, a excepción de los Términos de las prestaciones ERS en el Apéndice II, no se ofrecerán a empleados representados por ningún otro representante exclusivo, sino solo de empleados representados por un representante exclusivo que:

1. haya convenido expresamente en ceñirse a las disposiciones de este Acuerdo; y
2. se haya comprometido expresamente a apoyar el Plan de Ajuste.

Si el Gobierno propone condiciones laborales más ventajosas para los empleados no representados, o para empleados representados por un representante exclusivo certificado en virtud de la Ley 45 (con la excepción de los miembros del Sistema de Retiro para Maestros [TRS], o empleados que habrían podido ingresar al TRS de no haber sido por la adopción de la Ley 3-2013), y dichas prestaciones económicas más ventajosas se ponen en marcha de manera lícita, dichas prestaciones se brindarán a los empleados de AFSCME/SPU que participan en la negociación colectiva.

Las partes también convienen en que la Junta de Supervisión reembolsará a AFSCME los honorarios profesionales y los gastos razonables en que haya incurrido para hacer valer sus intereses en lo relacionado con la negociación y ejecución de este Acuerdo y la resolución de las cuestiones vinculadas a las pensiones.

El presente resumen no obliga a las partes a celebrar ninguna transacción, sino que tiene meros fines de conciliación. El acuerdo entre las partes quedará establecido una vez se otorgue y formalice la documentación definitiva. Tras su otorgamiento, los términos de dicha documentación definitiva tendrán precedencia.

Este resumen y las conversaciones relacionadas son confidenciales y pueden acogerse a las protecciones que dispone la Regla 408 del Reglamento Federal en materia de Pruebas y cualquier otro estatuto o doctrina aplicable que proteja el uso y la divulgación de información confidencial o de conversaciones de conciliación. Los términos propuestos podrán seguir siendo negociados y analizados, y nada de lo contenido en el presente podrá interpretarse como una admisión de haber incurrido en ningún tipo de acto u obligación, ni como una renuncia a ningún derecho o reclamo, ni tendrá carácter vinculante para ninguna de las partes.

Como contraprestación por que el ELA convenga en esta hoja de condiciones, AFSCME conviene en que apoyará y adoptará todas las medidas razonables, necesarias o apropiadas desde el punto de vista comercial para facilitar, ejecutar y poner en marcha un plan de ajuste propuesto por la Junta de Supervisión en representación del ELA y cualquier sistema de retiro aplicable a los empleados representados por AFSCME (un "POA") que se ajuste a las disposiciones de PROMESA, lo que incluye, sin limitación, cooperar con la Junta de Supervisión para redactar y otorgar cualquier documentación que sea necesaria y enviar a sus miembros activos y retirados cualquier notificación, orden, instrucción o directiva que sea razonable, necesaria o apropiada desde el punto de vista comercial para apoyar, facilitar, poner en marcha, ejecutar y promover la aceptación del POA, o de otras maneras darle efecto, lo que incluye, a modo de ejemplo, incluir una carta de AFSCME en el paquete de presentación del POA para recomendarles a sus miembros activos y retirados con derecho a voto que lo acepten. Asimismo, AFSCME conviene en que no adoptará ninguna medida que razonablemente pudiera esperarse que impida, demore, obstaculice o interfiera con la confirmación, ejecución y puesta en marcha del POA.

A su vez, la Junta de Supervisión propondrá para su inclusión en el POA del ELA, a la espera de la documentación definitiva, términos a los efectos de que:

En la máxima medida permitida por la ley, y una vez la Junta de Supervisión haya dado su consentimiento a todos los efectos (incluido el artículo 305 de PROMESA), todos los pagos y demás obligaciones en virtud del Plan de Ajuste, incluidos aquellos que deban realizarse en virtud de [estos CBA modificados], podrán ser exigidos, hasta su pago, por la Junta de Supervisión o cualquiera de los acreedores, y el ELA solo podrá modificar el Plan de Ajuste con el consentimiento de los acreedores o de conformidad con una nueva Causa radicada conforme al Título III y un Plan de Ajuste confirmado y en vigencia. El ELA renuncia expresamente a cualquier reclamo que pudiera asistirle a los efectos de que [estos CBA enmendados] son inválidos como cuestión de derecho de Puerto Rico.

El presente Acuerdo será vinculante para el ELA y la Junta de Supervisión y cualquiera de sus respectivos sucesores y cesionarios. La Junta de Supervisión hará esfuerzos razonables para obtener el consentimiento de cualquier Junta de Supervisión que la suceda en este Acuerdo. AFSCME no estará obligada a ceñirse a este Acuerdo en caso de que cualquier ley necesaria para dar efecto a sus términos no se promulgue, o en caso de que se promulguen leyes que en esencia impidieran a cualquiera de las partes cumplir las obligaciones que le impone este Acuerdo.

La Junta de Supervisión consultará con AFSCME durante las negociaciones de los términos del POA y al redactar

el POA y la orden de confirmación para solicitarle sugerencias y comentarios con respecto al servicio de la deuda y los estándares de confirmación aplicables. A tales efectos, Junta de Supervisión entregará a AFSCME un informe con las previsiones sobre sus obligaciones anuales de servicio de la deuda y los estándares o marcos de referencia utilizados para elaborar dichas proyecciones como máximo diez (10) días tras el otorgamiento de esta hoja de condiciones. Dicho informe incluirá, entre otras cosas, un desglose de las proyecciones anuales acumuladas en concepto de pagos de servicio de la deuda por ejercicio fiscal hasta 2050, o el período más largo que definan la Junta de Supervisión y sus profesionales. El informe incluirá datos pertinentes, por ejemplo, proyecciones de ingresos, supuestos sobre la situación de la economía y gastos previstos en concepto de servicios gubernamentales. Ante cambios en su situación, la Junta de Supervisión notificará e informará a AFSCME sobre cualquier modificación sustancial en las previsiones de pagos anuales en concepto de servicio de la deuda y en los factores que influyen en la determinación de tales pagos. En todas las deliberaciones, la Junta de Supervisión conviene en que tendrá en cuenta los comentarios de AFSCME antes de tomar una decisión final respecto a los pagos futuros del servicio de la deuda. Todas las consultas e intercambios de información contemplados o establecidos en esta disposición estarán sujetos a la firma de un acuerdo de confidencialidad razonablemente aceptable para las partes, que incluirá limitaciones apropiadas respecto de quiénes podrán recibir dicha información.

De manera similar a las mejores prácticas que aplican los Estados con respecto a la financiación gradual de sus planes de pensión, la Junta de Supervisión propondrá en el POA del ELA y, según corresponda, en cualquier POA de sistemas de retiro que corresponda, términos a los efectos de que:

Una vez que la Junta de Supervisión haya dado su consentimiento a todos los efectos (incluido el artículo 305 de PROMESA), todos los pagos y demás obligaciones en virtud del Plan de Ajuste, incluidas las obligaciones PayGo del ELA, podrán ser exigidos, hasta su pago, por la Junta de Supervisión o cualquiera de los acreedores, y el ELA solo podrá modificar el Plan de Ajuste con el consentimiento de los acreedores o de conformidad con una nueva Causa radicada conforme al Título III y un Plan de Ajuste confirmado y en vigencia.

El ELA establecerá un Fondo de Reserva de Pensiones. Dicho Fondo de Reserva de Pensiones será mantenido en régimen de fideicomiso para el exclusivo beneficio de los beneficiarios de PayGo, y lo administrará un asesor independiente en inversiones que acordarán mutuamente la Junta y la entidad independiente de supervisión de pensiones; el asesor será seleccionado mediante un proceso de presentación de ofertas.

El Plan de Ajuste para el ELA establecerá que el ELA efectuará contribuciones anuales al Fondo de Reserva de Pensiones a partir del Fondo General del ELA hasta el ejercicio fiscal 2027 por un monto mínimo de $175 millones por año, y establecerá que para cualquier ejercicio fiscal que termine con posterioridad a la fecha de entrada en vigor consignada en el Plan Fiscal Certificado que esté en efecto en la fecha de entrada en vigor del Plan de Ajuste para el ELA en que el Superávit del Plan Fiscal sea como mínimo $1,750 millones, el ELA efectuará una contribución al Fondo de Reserva de Pensiones a partir del Fondo General del ELA por un monto equivalente al 25 % del Superávit del Plan Fiscal previsto para ese año.

Los montos que se paguen a partir del Fondo de Reserva de Pensiones, incluidos los retornos sobre las inversiones, se retirarán según una fórmula que se determinará oportunamente, a fin de reducir las erogaciones de efectivo que el ELA deba hacer a partir del Fondo General para los gastos anuales del programa PayGo. Todos los retiros del Fondo de Reserva de Pensiones exigirán la aprobación de la entidad independiente de supervisión de pensiones, y el ELA los utilizará únicamente para el pago del programa PayGo.

PRIVADO Y CONFIDENCIAL SUJETO A LA REGLA 408 FRE

## APÉNDICE I:
## CAMBIOS PROPUESTOS A LOS ACUERDOS DE NEGOCIACIÓN COLECTIVA

Sigue un resumen de los cambios propuestos a los CBA para AFSCME y el Estado libre Asociado de Puerto Rico. Las disposiciones de los CBA que no entren en conflicto con este Acuerdo no sufrirán cambios y permanecerán en pleno vigor y efectos. Se revisaron únicamente los CBA de los afiliados consignados en la tabla de Definiciones a continuación.

| Definiciones | |
|---|---|
| **Administración** | La gerencia de la división (agencia/agrupación) a la que el empleado esté asignado. |
| **Departamento** | La división (agencia/agrupación) a la que el empleado esté asignado. |
| **Sindicatos afiliados** | <ul><li>Junta de Libertad Condicional y Sindicato Local 3584 / Funcionarios Públicos Unidos</li><li>Departamento de Asuntos del Consumidor y Sindicato Local 3986 / Funcionarios Públicos Unidos</li><li>Departamento de Corrección y Rehabilitación y Sindicato Local 3500-Unidad B Funcionarios Correccionales (ACU) / Funcionarios Públicos Unidos</li><li>Departamento de Corrección y Rehabilitación / División de Instituciones Juveniles y Sindicato Local 3559 / Funcionarios Públicos Unidos</li><li>Departamento de Educación y Sindicato Local 3840 que abarca únicamente a los empleados dentro de la jurisdicción de AFSCME de PASO</li><li>Departamento de Recursos Naturales y Ambientales y Sindicato Local 2082-Unidad A / Funcionarios Públicos Unidos</li><li>Departamento de Recursos Naturales y Ambientales y Sindicato Local 3647 (Ranger Corps) / Funcionarios Públicos Unidos</li><li>Departamento de Transporte y Obras Públicas y Sindicato Local 3889 / Funcionarios Públicos Unidos</li><li>Departamento de Trabajo y Recursos Humanos / Administración de Rehabilitación Vocacional y Sindicato Local 3251 / Funcionarios Públicos Unidos</li><li>Departamento de la Familia y Sindicato Local 3227-Unidad A / Funcionarios Públicos Unidos</li><li>Departamento de la Familia y Sindicato Local 3234-Unidad B (UPETEC) / Funcionarios Públicos Unidos</li><li>Oficina de Ciencias Forenses y Sindicato Local 2099 / Funcionarios Públicos Unidos</li><li>Departamento de Corrección y Rehabilitación / Programa de Servicios Previos Juicios y Sindicato Local 3573 / Funcionarios Públicos Unidos</li><li>Departamento de Transporte y Otros Servicios Públicos y Sindicato Local 3897 / Funcionarios Públicos Unidos</li></ul> |
| **Plazo** | |
| **Condiciones** | CBA a cinco (5) años a partir del 1 de julio de 2019 |
| **Implementación** | Plan de Ajuste del ELA |
| **Disposiciones más detalladas de la propuesta** | |
| **Despidos/redu** | **Sección 1** A fin de evitar el despido involuntario de personal y notificar debidamente a los |

| cciones de personal | empleados sobre las reasignaciones y reubicaciones, el Sindicato y la Junta convienen en analizar con el Gobierno la posibilidad de modificar las disposiciones que implementan la Ley 8-2017. |
|---|---|

**Sección 2** En caso de que la Administración necesite reducir el personal (despidos) para cumplir las disposiciones del Plan Fiscal aprobado, las partes convienen en lo siguiente:

A. **Paralización temporal.** El comienzo inmediato del plan de despidos implicará la paralización automática de cualquier cláusula, precepto o disposición aplicable a los empleados o a otros cargos contemplados en este Acuerdo o contenidos en las leyes y en acuerdos de negociación colectiva, acuerdos, acuerdos complementarios, políticas, manuales para empleados, circulares, cartas de contratación, certificaciones, disposiciones, reglas y condiciones de empleo, cartas regulatorias, planes de clasificación o planes de retribución que no se ajusten a este artículo.

La paralización de las cláusulas y disposiciones contemplada en el presente se extenderá por un plazo de cinco años, y la Administración podrá reducir dicho período una vez la Junta de Supervisión y Administración Financiera certifique que se han cumplido los objetivos de la Administración o del Plan Fiscal del Departamento.

B. **Reasignación y reubicación.** La Administración podrá reasignar los cargos y reubicar al personal de la manera que estime conveniente cuando sus intereses presupuestarios lo exijan para evitar despidos. Si se necesita reasignar o reubicar personal y el presupuesto lo permite, la Administración reasignará o reubicará a los voluntarios más calificados que de otra forma habrían sido despedidos. Si no hay voluntarios calificados suficientes, el empleado calificado con menos antigüedad será reasignado o reubicado, aun si no lo solicitó. Un empleado que sea relocalizado sin haberlo solicitado debido a que su posición fue eliminada podrá solicitar el cargo que ocupaba antes si la Administración lo crea de nuevo dentro de los primeros dos (2) años tras la relocalización. El empleado deberá presentar la solicitud correspondiente a la División de Recursos Humanos. La antigüedad será el criterio determinante en caso de que más de un empleado solicite el mismo cargo. La antigüedad también se utilizará para determinar el orden de las reasignaciones, reubicaciones y movilizaciones voluntarias e involuntarias de empleados, pero no se interpretará como una limitación al derecho de la Administración de llevar adelante planes de movilización al amparo de la Ley 8-2017.

C. **Despidos.**

a. Debido a la situación de emergencia fiscal, la escasez de recursos fiscales, la gravedad de los problemas que enfrenta la Administración y la necesidad urgente de corregir los problemas fiscales, la Administración no está obligada a agotar medidas tales como volver a capacitar a los empleados, permitirles el goce de vacaciones acumuladas y licencias no pagadas, reducir

NY 77702447v2

| | |
|---|---|
| | su horario laboral o bajarlos de categoría antes de recurrir al despido. |
| | b.  En primer lugar, la Administración notificará de su despido a todos los empleados de la unidad correspondiente que a la fecha de entrada en vigor de este Acuerdo tengan un contrato a término o irregular, por lo que no será necesario observar, con respecto a tales empleados, el criterio de antigüedad. La notificación se entregará en mano o mediante correo certificado, con solicitud de acuse de recibo, a la dirección que figure en los archivos de la Administración. |
| | c.  Los despidos de los empleados de carrera o con cargos permanentes se realizarán ajustándose exclusivamente al criterio de antigüedad, en función del tipo de trabajo afectado por el despido y en consonancia con la necesidad de garantizar la continuidad y la calidad de los servicios de la Administración, lo que significa que quienes tengan menos antigüedad en cada cargo afectado serán los primeros en ser despedidos. |
| | d.  A fin de determinar la antigüedad de los empleados afectados, se tendrán en cuenta todos los servicios provistos por los empleados afectados en la esfera pública, independientemente de lo que dispongan los acuerdos de negociación colectiva, las normas, las circulares y otros documentos normativos. |
| | e.  La administración notificará los despidos como mínimo treinta (30) días calendario antes de la fecha en que se hagan efectivos enviando una comunicación escrita al empleado y al Sindicato, en la que se indicará la fecha del despido. |
| | f.  El empleado afectado y el Sindicato podrán solicitar una revisión de la determinación final de la Administración, únicamente en lo referido a su antigüedad y su categoría laboral, dentro de un plazo que no podrá exceder los treinta (30) días calendario a partir de la fecha en que reciban la notificación de la Administración. |
| **Plan de atención de salud/servicios médicos** | **Sección 1** La administración cubrirá el costo de la Cobertura Básica equivalente a $170.00 por mes o el monto superior a esa cifra que la Administración pueda autorizar lícitamente; la cobertura incluirá los servicios de farmacia, y todos los empleados, independientemente de su estado civil, tendrán derecho a la contribución. La Administración reconocerá una única contribución de empleador por empleado.<br><br>**Sección 2** Los empleados han optado por sindicalizarse y tendrán derecho a tener un representante exclusivo que negocie en su nombre todos los aspectos relativos a las prestaciones de salud y la contratación de un plan de salud. El representante exclusivo designará a un Comité de Evaluación de Planes de Salud que represente los diferentes |

PRIVADO Y CONFIDENCIAL SUJETO A LA REGLA 408 FRE

| | |
|---|---|
| | sectores e intereses de los miembros. Este comité se encargará de analizar y evaluar todos los planes de salud en el mercado para seleccionar aquellos que ofrezcan las primas más bajas y razonables, los mejores servicios de cobertura y prestaciones de salud y la mejor cobertura de medicamentos.<br><br>**Sección 3** El representante exclusivo convocará a los miembros a una asamblea en la que presentará los planes de salud seleccionados por el Comité, a fin de que la asamblea, mediante el voto expreso de la mayoría que constituya un quórum a tales efectos, seleccione el plan de salud que mejor se ajuste a sus necesidades. Una vez seleccionado el plan de salud en una asamblea lícitamente convocada, todos los miembros representados por el representante exclusivo estarán obligados a afiliarse al plan, a excepción de lo dispuesto por la Ley 95-1963 y sus modificaciones. |
| **Feriados** | **Sección 1** Los días feriados incluirán el periodo completo de veinticuatro (24) horas, luego de la medianoche, del día calendario en cuestión.<br><br>**Sección 2** La Administración reconoce que los días enumerados a continuación serán feriados pagados para los empleados abarcados en este Acuerdo de Negociación Colectiva. No obstante, la Administración podrá asignar trabajo a los miembros de la unidad apropiada en cualquiera de esos días cuando sea necesario brindar servicios. El tiempo trabajado se pagará a razón de una vez y media (1½) el tiempo trabajado. En los años en que haya elecciones generales, el día de elecciones estará incluido en los feriados que se enumeran a continuación.<br><br><table><tr><th></th><th>Fecha</th><th>Feriado</th></tr><tr><td>1</td><td>1 de enero</td><td>Día de Año Nuevo</td></tr><tr><td>2</td><td>6 de enero</td><td>Día de Reyes</td></tr><tr><td>3</td><td>Tercer lunes de enero</td><td>Día del Dr. Martín Luther King</td></tr><tr><td>4</td><td>Tercer lunes de febrero</td><td>George Washington / Día de los Presidentes</td></tr><tr><td>5</td><td>2 de marzo</td><td>Día del Ciudadano Estadounidense</td></tr><tr><td>6</td><td>22 de marzo</td><td>Día de Abolición de la Esclavitud</td></tr><tr><td>7</td><td>Depende del año</td><td>Viernes Santo</td></tr><tr><td>8</td><td>Último lunes de mayo</td><td>Día de los Caidos</td></tr><tr><td>9</td><td>4 de julio</td><td>Día de la Independencia</td></tr><tr><td>10</td><td>Primer lunes de septiembre</td><td>Día de los Trabajadores</td></tr><tr><td>11</td><td>12 de octubre</td><td>Día de la Raza (descubrimiento de América)</td></tr><tr><td>12</td><td>11 de noviembre</td><td>Día de los Veteranos</td></tr><tr><td>13</td><td>19 de noviembre</td><td>Descubrimiento de Puerto Rico</td></tr><tr><td>14</td><td>Cuarto jueves de noviembre</td><td>Día de Acción de Gracias</td></tr><tr><td>15</td><td>25 de diciembre</td><td>Navidad</td></tr></table> |
| | **Sección 3** La Administración reconoce que los feriados que caigan en día domingo se disfrutarán el siguiente día hábil, y los que caigan en día sábado se disfrutarán el día hábil anterior.<br><br>**Sección 4** Los días o medios días que el gobernador de Puerto Rico o el presidente de los Estados Unidos proclame como feriados que deben observarse en Puerto Rico también se |

| | |
|---|---|
| | considerarán feriados pagados y se incluirán en la lista anterior, siempre y cuando no se descuenten de las licencias ordinarias. |
| **Licencia por enfermedad** | **Sección 1** Todos los miembros de la unidad apropiada abarcada por este Acuerdo Colectivo que hayan sido contratados antes del 4 de febrero de 2017 tendrán el derecho a acumular licencia por enfermedad a razón de un día y medio (1½) por cada mes de trabajo. Los miembros contratados el 4 de febrero de 2017 o después de esa fecha acumularán la licencia a razón de un (1) día por cada mes del servicio.<br><br>**Sección 2** Podrá acumularse un máximo de noventa (90) días hábiles de licencia por enfermedad por cada año calendario. Los días comenzarán a acumularse una vez el empleado haya trabajado por tres (3) meses, y serán válidos de forma retroactiva hasta la fecha en que el empleado comenzó su labor como funcionario público.<br><br>**Sección 3** No se pagará ninguna liquidación por los días de licencia por enfermedad acumulados pero no usados.<br><br>**Sección 4** La licencia por enfermedad se utilizará:<br><br>A. Cuando el empleado esté enfermo, sufriendo alguna afección física o mental, o expuesto a una enfermedad contagiosa que exija que no se presente a trabajar para proteger su salud o la de otras personas.<br><br>B. También podrá usarse un máximo de cinco (5) días por año para las siguientes actividades, siempre cuando el empleado haya acumulado una cantidad mínima de doce (12) días:<br><br>    a. Cuidar y atender a hijos enfermos<br><br>    b. Cuidar a personas enfermas, mayores o discapacitadas en el núcleo familiar, hasta el cuarto grado de consanguinidad, segundo de afinidad, personas que vivan en la misma casa, o personas de las que el empleado sea el custodio legal o el tutor.<br><br>    c. Primera comparecencia de cualquier solicitante, víctima o denunciante ante cualquier departamento, agencia, corporación o dependencia pública del Estado Libre Asociado de Puerto Rico en causas vinculadas con el pago de manutención, violencia doméstica, acoso sexual laboral o discriminación por motivos de género.<br><br>B. El empleado presentará las constancias correspondientes emitidas por la autoridad competente que solicite dicha comparecencia.<br><br>C. A los efectos de esta sección, serán de aplicación las siguientes definiciones:<br><br>    a. "Persona mayor": cualquier persona mayor de sesenta (60) años.<br><br>    b. "Personas con discapacidades": cualquier persona con discapacidades |

físicas, mentales o sensoriales que limiten de manera sustancial una (1) o más actividades esenciales para su vida

**Sección 5** El empleado deberá presentar un certificado médico únicamente si se ausenta del trabajo por más de tres (3) días consecutivos debido a una enfermedad. No obstante lo anterior, el empleado o un familiar deberá notificar a su supervisor inmediato sobre su ausencia. Estas disposiciones se aplicarán o interpretarán de manera congruente con la Ley de Estadounidenses con Discapacidades, mejor conocida como ADA, la Ley de Licencias Familiares y Médicas de 1993 o cualquier otra ley aplicable.

**Sección 6** En caso de que el empleado utilice toda su licencia por enfermedad y continúe enfermo, podrá usar la licencia que tenga acumulada, en conformidad con lo dispuesto en este Acuerdo Colectivo.

**Sección 7** Se descontarán días de licencia por enfermedad en función del trabajo diario asignado al empleado, en el entendido de que no se descontará ninguna licencia por los días en que el empleado no venga a trabajar (cuando se trate de empleados con turnos rotativos) o por vacaciones.

**Sección 8** Cuando un miembro de la Unidad Apropiada abarcada por este Acuerdo de Negociación Colectiva esté usando su licencia por enfermedad, tendrá derecho a acumular días de licencia regular y por enfermedad durante el plazo que esté usando su licencia por enfermedad, siempre y cuando se reintegre a su puesto una vez termine la licencia.

**Sección 9** La Administración podrá adelantar hasta un máximo de dieciocho (18) días hábiles la licencia por enfermedad a cualquier miembro de la Unidad Apropiada abarcada por este Acuerdo Colectivo que lo solicite presentando una justificación apropiada. Deberá haber trabajado para la Administración como mínimo un (1) año. Para recibir un adelanto de licencia, el empleado deberá haber agotado primero la totalidad de su licencia por enfermedad y su licencia regular.

**Sección 10**

    **A. Licencia para padres con hijos con discapacidades físicas o mentales.** En aras de ser una agencia ejemplar en lo referido al trato de las personas con discapacidades, la Administración brindará oficialmente un (1) día por mes a los empleados que tengan hijos con discapacidades para que puedan llevarlos a sus consultas y tratamientos. Los padres deberán notificar la fecha de la consulta o tratamiento tan pronto como la sepan, y también deberán presentar una constancia del centro terapéutico o de salud del menor que certifique que es una persona con discapacidades.

También deberán presentar un certificado médico que demuestre que el empleado acompañó a su hijo/a a la consulta o tratamiento médico. En caso de que ambos padres o custodios trabajen en la Unidad Apropiada, ambos compartirán la licencia entre sí, de la forma que prefieren hacerlo.

| | |
|---|---|
| | **B. Licencia para atención de personas mayores.** En la misma línea, la Administración autorizará el uso de ese día para asistir a consultas y tratamientos de personas mayores. La persona a cargo deberá notificar a la fecha de la consulta o tratamiento tan pronto como la sepa. A su vez, el empleado deberá presentar un certificado de nacimiento de la persona que demuestre que es mayor de sesenta (60) años. Las personas deberán cumplir lo dispuesto en la sección 11. <br><br> **Sección 11** La Administración autorizará a quienes sean padres o madres a quedarse con sus hijos en caso de que sean hospitalizados. El padre o madre deberá presentar una constancia de la hospitalización y su duración. La Administración autorizará que los días que el empleado utilice para cuidar de su hijo/a enfermo/a se descuenten de su licencia por enfermedad. Para solicitar esta licencia, el empleado deberá haber acumulado un mínimo de quince (15) días de licencia por enfermedad. |
| **Licencia por vacaciones** | **Sección 1** Todos los miembros de la Unidad Apropiada abarcada por este Acuerdo Colectivo tendrán derecho a acumular vacaciones regulares a razón de un día y un cuarto (1 ¼) por cada mes de trabajo. Los empleados de tiempo parcial o con horario reducido acumularán días de vacaciones en proporción a la cantidad de horas que trabajen. Los días comenzarán a acumularse tras tres (3) meses de trabajo, y tendrán efecto retroactivo hasta la fecha en que el empleado comenzó a trabajar en la administración pública. <br><br> **Sección 2** podrán acumularse un máximo de sesenta (60) días hábiles de licencia regular por vacaciones por cada año calendario. <br><br> **Sección 3** Los empleados podrán utilizar hasta quince (15) días de sus vacaciones acumuladas durante cada año calendario, con un mínimo de diez (10) días consecutivos. Previo acuerdo entre el Director y/o Supervisor y el empleado, podrán otorgarse periodos de vacaciones inferiores a los diez (10) días hábiles, pero nunca menos de cinco (5) días. <br><br> Los empleados que debido a la necesidad de servicios y ante solicitud de la Administración no puedan salir de vacaciones durante el año calendario quedarán exentos de esta disposición. En ese caso, el Departamento deberá hacer los ajustes necesarios para que el empleado pueda disfrutar, como mínimo, los días de licencia acumulados que excedan el límite de sesenta (60) días en la fecha más temprana posible dentro de los primeros tres (3) meses del siguiente año calendario. <br><br> **Sección 4** El disfrute de las vacaciones regulares no debe ser interrumpido ni reprogramado para ningún miembro de la Unidad Apropiada abarcada por este Acuerdo Colectivo. Las únicas excepciones son emergencias claras e inevitables relacionadas con la necesidad de prestar servicios. La Administración le restituirá al empleado el tiempo que haya utilizado en esos casos. <br><br> **Sección 5** Cada año calendario la Administración elaborará un Plan de Vacaciones según sus necesidades de servicios y en coordinación con los empleados de la Unidad Apropiada abarcada por este Acuerdo Colectivo y sus respectivos supervisores, a los efectos de definir en qué períodos cada empleado se tomará sus vacaciones. El Plan se elaborará para el 31 de diciembre de cada año para que entre en vigencia el 1 de enero de cada año. Ambas partes |

convienen en que se ceñirán al Plan. Previo acuerdo entre el Director y/o/o el Supervisor y el empleado, el empleado podrá salir de vacaciones como máximo dos (2) veces al año.

**Sección 6** La Administración elaborará y administrará el Plan de Vacaciones buscando armonizar las observaciones, recomendaciones y preferencias de los empleados con las necesidades de servicio, de forma tal que al final del año calendario hayan utilizado las vacaciones que les corresponden sin afectar el servicio.

En caso de conflictos entre dos o más empleados con respecto a la fecha de vacaciones, corresponderá al Director y/o Supervisor, en función de las necesidades del servicio, decidir qué empleado saldrá primero de licencia. En caso de que el conflicto se reduzca a que ambos eligieron la misma fecha y no puedan salir de licencia al mismo tiempo, el empleado con mayor antigüedad saldrá primero, y de allí en adelante se turnarán.

**Sección 7** Tres (3) veces al año la Administración informará a todos los integrantes de la Unidad Apropiada abarcada por este Acuerdo Colectivo cuántos días de vacaciones han acumulado. En caso de errores de cálculo, cualquiera de las Partes podrá solicitar las correcciones que correspondan. Los empleados deberán presentar sus solicitudes de revisión por escrito al Director de la División de Recursos Humanos de la Administración dentro de un plazo máximo de quince (15) días hábiles. El Director dispondrá de quince (15) días hábiles para responder a la solicitud. Si la respuesta no es de su satisfacción, el empleado podrá valerse del Procedimiento de Presentación de Quejas y Reclamos que se establece en este Acuerdo Colectivo.

**Sección 8** Si lo solicita el empleado, la Administración evaluará la posibilidad de otorgar licencias regulares que excedan los quince (15) días calendario en un año, hasta un máximo de cincuenta (50) días en cualquier año calendario, a aquellos empleados con licencia acumulada. El empleado mantendrá un mínimo de cinco (5) días de licencia regular por vacaciones. Al otorgar dicha licencia, la Administración tendrá en cuenta las necesidades de servicios y otros factores que establezca la legislación aplicable.

**Sección 9** Cuando un miembro de la Unidad Apropiada abarcada por este Acuerdo de Negociación Colectiva esté usando su licencia regular, tendrá derecho a acumular días de licencia regular y por enfermedad durante el plazo que esté usando su licencia regular, siempre y cuando se reintegre a su puesto una vez termine la licencia.

**Sección 10** Ante circunstancias especiales, la Administración podrá adelantar un máximo de quince (15) días laborales de su licencia regular a cualquier miembro de la Unidad Apropiada abarcada por este Acuerdo Colectivo que lo solicite y que haya trabajado para la Administración por más de un año, siempre y cuando el empleado vaya a reintegrarse a su puesto. La Administración evaluará dicha solicitud en función de las necesidades de servicio.

**Sección 11** Cualquier empleado a quien se haya otorgado un adelanto de licencia y deje de trabajar para la Administración, voluntaria o involuntariamente, antes de brindar servicios por el período necesario para acumular la cantidad total de días adelantados pero no generados, deberá reembolsar al Gobierno de Puerto Rico cualquier suma que se le haya

| | |
|---|---|
| | pagado por el adelanto de licencia.<br><br>**Sección 12** A elección del miembro de la Unidad Apropiada abarcada por este Acuerdo Colectivo, el pago por las vacaciones regulares programadas se realizará antes de salir de vacaciones. La solicitud deberá presentarse cuarenta y cinco (45) días calendario antes de la fecha de comienzo de las vacaciones.<br><br>**Sección 13** Cuando el Gobernador de Puerto Rico emita una proclamación u orden administrativa para otorgar tiempo libre oficial sin deducirlo de las vacaciones, todos los miembros de la Unidad Apropiada abarcada por este Acuerdo Colectivo que estén gozando de su licencia regular podrán beneficiarse de dicha concesión. Cuando el empleado esté haciendo uso de sus vacaciones regulares, el plazo de las vacaciones se extenderá en consonancia con el tiempo libre oficial otorgado.<br><br>**Sección 14** Cualquier miembro de la Unidad Apropiada abarcada por este Acuerdo Colectivo que se enferme mientras está de licencia regular podrá solicitar que los días de su enfermedad se descuenten de licencia por enfermedad acumulada. El empleado deberá presentar una constancia de su enfermedad junto con la solicitud.<br><br>**Sección 15** Los miembros de la Unidad Apropiada abarcada por este Acuerdo Colectivo tendrán el derecho de autorizar a la Administración a que asigne cinco (5) días por mes de su licencia por vacaciones acumulada a favor de otros empleados de la agencia. Lo anterior se realizará de conformidad con lo dispuesto en la Ley 44 del 22 de mayo de 1996, con sus modificaciones, conocida como "Ley de Cesión de Vacaciones". |
| **Disposiciones adicionales en materia de feriados y licencias por enfermedad y vacaciones** | **Sección 1** Para despejar dudas, si surgen conflictos entre lo dispuesto en este Acuerdo y las disposiciones de la Ley 26-2017 con respecto a días feriados, vacaciones, licencias por enfermedad y otras licencias, las disposiciones de la Ley 26, según fue promulgada en 2017, tendrán precedencia durante el plazo de este Acuerdo. Las modificaciones a la Ley 26-2017 para mejorar los beneficios por feriados, vacaciones, licencia por enfermedad y otras licencias se incorporarán a este Acuerdo si son lícitamente adoptadas por el Gobierno. |
| **Bonificaciones** | **Sección 1** En caso de que se brinden lícitamente a empleados del ELA en situaciones similares bonificaciones no contempladas en este Acuerdo, dichas prestaciones económicas también se brindarán a los empleados de AFSCME/SPU pertenecientes a la unidad abarcada en el presente. |
| **Representación institucional** | **Sección 1** La Administración dispondrá la designación de un comité de representación sindical conformado por cuatro (4) personas que el Sindicato nombrará para que representen a los empleados.<br><br>**Sección 2** Los miembros podrán ser designados para ocupar su cargo por doce (12) meses, y el Sindicato podrá reelegirlos.<br><br>**Sección 3** Los miembros se reunirán con representantes de la Junta de Supervisión y Administración Financiera todos los años para intercambiar opiniones sobre el plan fiscal y el presupuesto del ELA. |

| | |
|---|---|
| | **Sección 4** Los miembros podrán asistir a reuniones anuales con representantes de la Junta de Supervisión y Administración Financiera, para lo que se le dará medio día de tiempo libre pagado, además de su días de vacaciones regulares. |
| **Acuerdo total** | **Sección 1** Las disposiciones del esta hoja de condiciones, en combinación con los CBA más recientes, constituirán los CBA que comenzarán a regir el 1 de julio de 2019, con la condición de que esta hoja de condiciones tendrá precedencia en caso de conflictos con los CBA más recientes. Durante el plazo del Acuerdo, no habrá cambios en los salarios básicos ni en ninguna otra compensación, licencias o prestaciones sin el consentimiento expreso del Sindicato. Además, no se introducirá ninguna modificación que vaya en contra de los términos de este Acuerdo sin el consentimiento expreso del Sindicato. Nada de lo contenido en este Acuerdo se interpretará a los efectos de impedir que los empleados representados por el Sindicato reciban los beneficios que la Administración o el Gobernador otorguen lícitamente a otros empleados del Gobierno. |
| **Deducción de cuotas y cargos** | **Sección 1** Durante el plazo de este Acuerdo y cualquier prórroga de él, el Departamento deducirá del salario de cada empleado abarcado en el acuerdo colectivo que lo autorice mediante un formulario provisto por el Sindicato las cuotas regulares que el Sindicato certifique de conformidad con su reglamentación y las disposiciones aplicables de la Ley 45, con sus modificaciones. El Sindicato informará al Departamento a cuánto asciende el monto de las cuotas. A tales efectos, el Departamento informará al Departamento del Tesoro qué cargos por cuotas deben deducirse del salario de los empleados incluidos en la Unidad Apropiada dentro de un plazo de treinta (30) días a partir de la fecha en que el Sindicato informe al Departamento qué monto debe deducirse.<br><br>**Sección 2** Todos los meses, el Departamento enviará al Sindicato una copia de la lista provista por el Departamento del Tesoro, en la que consignará el nombre de cada empleado incluido en la Unidad Apropiada, con el número de Seguro Social y el monto deducido por las cuotas.<br><br>**Sección 3** El Departamento informará a los nuevos empleados del derecho que les confiere la Ley 45, con sus modificaciones, cuando el empleado sea asignado a un cargo incluido en la Unidad Apropiada, y dará al Sindicato la oportunidad de reunirse con los nuevos empleados o, si lo prefiere, de enviarles un documento de bienvenida que haya preparado para explicar los derechos de los trabajadores sindicalizados en virtud de la Ley 45 del 25 de febrero de 1998, con sus modificaciones. La Administración no desalentará a los empleados de que se unan al sindicato.<br><br>**Sección 4** El Departamento dispondrá de quince (15) días hábiles para informar al Sindicato por escrito los nombres, números de Seguro Social, cargos, fechas de ingreso y salarios de los empleados nuevos que vayan a ocupar cargos incluidos en la Unidad Apropiada.<br><br>**Sección 5** La autorización para deducir las cuotas del Sindicato estará en vigor y será irrevocable en virtud de los términos establecidos en la autorización del empleado, pero se debe dar a los empleados la posibilidad de rescindir su autorización antes de su renovación como mínimo todos los años. |

PRIVADO Y CONFIDENCIAL – SUJETO A LA REGLA FRE 408

**Sección 6** En caso de que el Sindicato deje de ser el representante exclusivo de la Unidad Apropiada, las deducciones que se hagan del salario de los empleados para el pago de cuotas se detendrán automáticamente una vez que el Sindicato deje de ser el representante exclusivo.

**Sección 7** El Departamento reiniciará la deducción de las cuotas para los empleados cuyos cargos estén incluidos en la Unidad Apropiada una vez que regresen de su licencia sin goce de sueldo y notifiquen a la Oficina de Recursos Humanos, a fin de que pueda efectuar el cambio en la nómina y comenzar nuevamente con las deducciones dentro de un plazo máximo de treinta (30) días hábiles luego de la fecha de reintegro del empleado.

**Sección 8** En caso de que el Sindicato solicite la deducción de cuotas y se determine que las cuotas han sido fijadas o deducidas de manera ilícita, el Sindicato eximirá al Departamento de cualquier tipo de responsabilidad y reembolsará de manera ordenada las sumas que correspondan tan pronto como se le soliciten. Si se determina que el error es responsabilidad del Departamento, el sindicato únicamente reembolsará las sumas que hayan sido erróneamente deducidas, sin ser responsable por los gastos y cargos en que se haya incurrido.

# APÉNDICE II[1]
## CONDICIONES PROPUESTAS PARA LAS PRESTACIONES DEL SISTEMA ERS

A continuación sigue un resumen de los términos indicativos propuestos para el Sistema de Retiro de los Empleados del Gobierno de Puerto Rico (ERS) para:

1. Participantes en el sistema de retiro establecido en virtud de la Ley 305-1999 (miembros de "Sistema 2000");
2. Participantes que participaron exclusivamente en las prestaciones en virtud de la Ley 3, pero no en los beneficios otorgados por la Ley 1 o la Ley 447; y
3. Participantes en virtud de la Ley 3 que participaron en los beneficios otorgados por la Ley 1 o la Ley 447.

Estas condiciones no se relacionan con las prestaciones otorgadas en virtud de la Ley 1 y la Ley 447.

| Definiciones | |
|---|---|
| **Sistema de pensiones** | El Sistema de Retiro de los Empleados del Gobierno de Puerto Rico (ERS). |
| **Miembros de Sistema 2000** | En general, los miembros contratados entre el 1 de enero de 2000 y el 30 de junio de 2013. Además, a los efectos de este Acuerdo, los empleados contratados entre el 1 de julio de 2013 y el 30 de junio de 2017 recibirán el mismo trato que los miembros de Sistema 2000. |
| **Tipo de plan** | Los planes Sistema 2000 y de la Ley 3 son planes contributivos de prestaciones de tipo híbrido. |
| **Fecha de entrada en vigor del plan** | El Sistema de Pensiones fue establecido en 1951 por la Ley 447 y entró en vigor el 1 de enero de 1952. El Plan fue modificado por última vez en virtud de la Ley 3, aprobada el 4 de abril de 2013. |
| **Condiciones para la membresía** | Los miembros del ERS y sus dependencias incluyen a todos los empleados temporales de tiempo completo y no municipales que no estén contribuyendo a otros sistemas de retiro (artículos 1-104 y 1-105). |
| **Contribuciones** | Las contribuciones para las prestaciones de Sistema 2000 y Ley 3 se realizan exclusivamente a partir de las deducciones obligatorias de salario de los empleados, de 8,275 % hasta 2013 y 10 % luego de esa fecha (comenzando con la aprobación de la Ley 3-2013), sin que se apliquen igualaciones del empleador ni intereses sobre el saldo de crédito de conformidad con lo dispuesto en las leyes. |
| Plazo | |
| **Fecha de entrada en vigor** | 1 de julio de 2019 |
| **Aplicación** | Se aplica a las prestaciones ganadas en virtud del Plan como máximo hasta el 30 de junio |

---

[1]Informe actuarial de valuación de Milliman al 30 de junio de 2016 sobre la base de los datos del censo realizado el 1 de julio de 2015, el conjunto de datos más recientes disponibles. Si se recopilan nuevos conjuntos de datos para 2016 o 2017, los valores se actualizarán en consonancia con ellos.

| | de 2017. |
|---|---|

| **Condiciones de la propuesta** | |
|---|---|
| **Separar el dinero en efectivo de antemano** | Separar el total de las contribuciones a System 2000 desde 2000 hasta 2013 (sin reducciones), total de las contribuciones a System 2000 de los participantes según la Ley 3-2013, y total de las contribuciones de los participantes según la Ley 3 (que no hayan participado ni en virtud de la Ley 1 ni la Ley 447) hasta 2017 (sin reducciones). No se pagarán intereses históricos sobre el saldo de crédito. Transferir los saldos a las cuentas de Contribución Definida que se están estableciendo en virtud de la Ley 106-2017. El monto total separado de conformidad con esta disposición se limitará a $1,360 millones.

En caso de que el monto total de contribuciones que se describe en esta sección exceda los $1,360 millones, en la Fecha de Entrada en Vigor del Plan de Ajuste cada participante recibirá una participación prorrateada basada en el total de contribuciones del participante. Si el total de contribuciones que se describe en esta sección excede el límite de $1,360 millones pero no supera los $1.500 millones, 25 % de las contribuciones restantes no pagadas se pagarán a más tardar el 31 de diciembre de 2020; 25 % de las contribuciones restantes no pagadas se pagarán a más tardar el 31 de diciembre de 2021; 25 % de las contribuciones restantes no pagadas se pagarán a más tarde del 31 de diciembre de 2022, y el restante 25 % de las contribuciones no pagadas se pagará a más tardar el 31 de diciembre de 2023.

En caso de que el monto total de contribuciones que se describe en esta sección exceda los $1,500 millones, la Junta y el Sindicato convienen en elaborar un plan de pagos aceptable para ambas partes para pagar el saldo restante de las contribuciones (es decir, el monto que supere los $1,500 millones) que se describe en esta sección.

En todos los casos, el monto total de las contribuciones que se describe en esta sección se pagará a los participantes habilitados a más tardar el 31 de diciembre de 2025.

A la Fecha de Entrada en Vigor del Plan de Ajuste, los participantes con contribuciones de System 2000 desde 2000 hasta el 2013, y contribuciones según la Ley 3-2013 hasta 2017 que no estén habilitados para recibir beneficios según la Ley 1 y Ley 447, ya no tendrán derecho en el futuro a prestaciones brindadas por el sistema, por ejemplo, prestaciones por muerte y discapacidad, etc.

Los participantes que ya se hayan jubilado y hayan convertido sus contribuciones en una renta vitalicia pagada por el sistema no tendrán derecho al tratamiento descrito en esta sección. No recibirán ningún pago en efectivo y estarán sujetos a la reducción de las pensiones aplicable a otros retirados. |
| **Fórmula para exoneración de la reducción** | Pagar hasta el total de las contribuciones acumuladas (sin reducciones), sin incluir intereses históricos sobre el saldo de crédito, para todas las contribuciones según la Ley 1 y la Ley 447 realizadas en virtud de la Ley 3 luego del 1 de julio de 2013. Las prestaciones según la Ley 1 y la Ley 447 acumuladas antes del 1 de julio de 2013 seguirán estando |

| | sujetas a la reducción. |
|---|---|

**Disposiciones más detalladas de la propuesta al 1 de julio de 2015**

| | Sistema 2000 | | | |
|---|---|---|---|---|
| | Miembros activos | Miembros retirados | Miembros discapacitados | Beneficiarios del pago |
| Cantidad | 65.605 | 273 | 72 | 81 |
| Edad promedio | 42,7 | 67,8 | 54,2 | 62,5 |
| Salario promedio | $ 24.891 | | | |
| Promedio de servicio acreditable | 9,5 | | | |
| Prestación mensual promedio del sistema básico | | $758 | $853 | $997 |
| Prestación mensual promedio administrada por el sistema | | $16 | $9 | $8 |

**APÉNDICE III**
**CONDICIONES PROPUESTAS PARA EL ACUERDO DE REPARTO DEL SUPERÁVIT DEL PLAN FISCAL**

A continuación sigue un resumen de los términos indicativos propuestos para el Acuerdo de Reparto del Superávit Fiscal de AFSCME.

| Definiciones | |
|---|---|
| **Acuerdo de reparto del superávit fiscal** | Acuerdo con los Sindicatos y sus miembros para cada ejercicio fiscal de este Acuerdo para permitir a los Sindicatos participar en el reparto de cualquier superávit que supere la cifra prevista en el Plan Fiscal Certificado que esté en efecto en la fecha de entrada en vigor del Plan de Ajuste para el ELA. |
| **Sindicatos** | AFSCME |
| **Participantes y miembros en el Sindicato** | Todos los miembros y empleados activos y sindicalizados representados por unidades de negociación registradas al inicio del ejercicio fiscal, que sigan siendo empleados activos al momento del pago. |
| **Agente independiente** | Firma de contadores públicos certificados que brinda servicios contables. |
| **Criterio de caja** | El cálculo del superávit del Plan Fiscal se basará en los ingresos y egresos registrados. |
| **Fórmula de superávit por exceso de dinero en efectivo** | El superávit por exceso de dinero en efectivo se define como un superávit en efectivo que supera el superávit proyectado del Plan Fiscal consignado en el plan fiscal certificado que esté en vigor en la Fecha de Entrada en Vigor del Plan de Ajuste para el ELA. <br><br> Si el superávit por exceso de dinero en efectivo no supera los $100 millones, no se distribuirá ningún monto. Si el superávit por exceso de dinero en efectivo supera los $100 millones, 25 % de dicho superávit se destinará al fondo de Bonificación por Participación en Superávits. |
| **Plazo** | |
| **Implementación** | Estará alineado con la aplicación de los cambios propuestos a los CBA, así como el acuerdo general con AFSCME, actualmente previsto para el 1 de julio de 2019. |
| **Medición anual** | Un Agente Independiente calculará el superávit del Plan Fiscal según un método de contabilidad de caja a más tardar el 30 de septiembre de cada ejercicio fiscal. |

| Período de pago | **Bonificación para nuevos empleados:** Deberá pagarse a los participantes representados por el Sindicato a más tardar 60 días luego de la Fecha de Entrada en Vigor del Plan de Ajuste. |
|---|---|
| | **Bonificación por participación en superávits:** Deberá pagarse el 1 de diciembre a los participantes representados por el Sindicato, sobre la base de cálculos basados en el período anterior hasta la fecha de Medición Anual. |
| | **Cargo por apoyo:** Deberá pagarse al Sindicato 60 días luego de la Fecha de Entrada en Vigor del Plan de Ajuste. |

| **Condiciones de la propuesta** | |
|---|---|
| **Bonificación para nuevos empleados (ver resumen de bonificaciones)** | Bonificación para nuevos empleados por única vez ($500) a cada uno de los participantes representados por el Sindicato. |
| **Bonificación por participación en superávits** | Durante el plazo de este CBA, si se alcanza o se supera el umbral de la fórmula de superávit por exceso de dinero en efectivo, se pagará todos los años, a partir del fondo de Bonificación por Participación en Superávits, una distribución a todos los participantes representados por el Sindicato y a todos los demás empleados del ELA que cumplan las condiciones. Todos quienes reciban la Bonificación por Participación en Superávits tendrán la opción de asignar cualquier parte de su bonificación a su cuenta de Contribución Definida, y cualquier suma remanente se les entregará en efectivo. |
| **Cargo por apoyo** | Un pago de única vez de $5 millones al Sindicato, que se utilizará para brindar prestaciones de salud a los participantes que representa, en reconocimiento por sus esfuerzos como el principal negociador y signatario de este Acuerdo. |
| **Cargo adicional** | Un pago de única vez de $5 millones al Sindicato, que se desembolsará de la manera que el Sindicato indique, relacionado con los esfuerzos del Sindicato para cumplir las obligaciones que le impone este Acuerdo. |
| **Pago de reclamos arbitrales y por agravios previos a la petición** | El ELA pagará al reclamante cualquier distribución que corresponda en virtud del Plan por motivo de reclamos por una indemnización pactada en el contrato que se deriven de la resolución de acciones judiciales previas a la petición radicadas de conformidad con los procedimientos de arbitraje y radicación de quejas, que hayan surgido en virtud de los CBA entre el ELA y los afiliados locales de AFSCME en Puerto Rico, en cada caso i) 30 días después de la resolución en cuestión, o ii) 60 días después de la Fecha de Entrada en Vigor del Plan, lo que ocurra en último lugar. |

NY 77702447v2

| Resumen de bonificaciones[3] | El Sindicato ha anunciado su intención de distribuir el Cargo Adicional como una bonificación en efectivo a favor de los participantes que representa. En consecuencia, las bonificaciones que el Sindicato declaró que los participantes están recibiendo de conformidad con este Acuerdo son una bonificación de única vez de $1000 (aproximadamente) y cualquier Bonificación por Participación en Superávits. Además, en la medida en que empleados del ELA en una situación similar reciban lícitamente una bonificación, por ejemplo, una bonificación por Navidad, dichas prestaciones económicas más ventajosas serán provistas a los empleados de la unidad abarcada por el acuerdo colectivo AFSCME/SPU. |
|---|---|

---

[3] Nada de lo contenido en este Anexo tiene por objeto modificar los términos del Acuerdo. Se presenta meramente como un resumen de ciertas disposiciones ya enumeradas.

NY 77702447v2