**ANEXO G**

INFORME DE LA JUNTA DE SUPERVISIÓN SOBRE PENSIONES

# Informe relativo al artículo 211 de PROMESA sobre los Sistemas de retiro de Puerto Rico

Septiembre de 2019



ANÁLISIS DE PENSIONES DE PUERTO RICO en virtud de PROMESA, art. 211                     Página i

# Cláusula de exención de responsabilidad

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión) contrató a Ernst & Young Puerto Rico ("EY") para que realizara un análisis de determinadas pensiones de Puerto Rico (el "Informe") de conformidad a lo dispuesto en el artículo 211 de la Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico ("PROMESA").

La naturaleza y el ámbito de los servicios prestados por EY fueron determinados por la Junta de Supervisión y quedan reflejados en el contrato entre EY y la Junta de Supervisión de fecha 15 de febrero de 2017, y en la novena enmienda con fecha de 11 de diciembre de 2018 (los "Contratos"). Los procedimientos de EY se limitaron a los solicitados por la Junta de Supervisión que se describen en los propios Contratos. EY desempeñó su labor únicamente para el uso y beneficio de la Junta de Supervisión, por lo que no debe utilizarse ni invocarse por ninguna otra persona o entidad. Otras personas que lean el presente Informe y que no sean parte en los Contratos lo harán por su propia cuenta y riesgo, por lo que no estarán legitimadas para invocarlo con ningún fin. EY no asume ningún deber, obligación ni responsabilidad ante ninguna de las partes que pueda obtener acceso al Informe.

La naturaleza de los servicios de EY fue consultiva. Aunque la labor de EY en relación con el presente Informe se realizó de conformidad con las normas del Instituto Americano de Contadores Públicos Certificados (el "AICPA", por sus siglas en inglés), EY no ha emitido ningún informe o dictamen de garantía en virtud de los Contratos. Los servicios de EY tampoco constituyen ningún tipo de auditoría, evaluación, examen, previsión, pronóstico ni ninguna otra forma de atestación, según la definición de dichos términos por el AICPA. Ninguno de los servicios prestados por EY ha constituido una opinión o asesoramiento jurídico. El presente Informe no se emite en relación con ninguna emisión de deuda ni ninguna otra operación financiera.

La Junta de Supervisión cuenta con los conocimientos, la experiencia y la capacidad para sacar sus propias conclusiones. Toda suposición, previsión, pronóstico, recomendación, conclusión u opinión contenidos en el presente Informe son exclusivamente de la Junta de Supervisión.

Al ayudar a elaborar el presente Informe, EY se basó en la información y los datos subyacentes proporcionados por la Junta de Supervisión, sus asesores, el Gobierno de Puerto Rico (el "Gobierno") o las fuentes en dominio público. Dicha información fue dada por actual, correcta y completa. Véase el Apéndice A para obtener una lista de tales fuentes. EY no ha llevado a cabo una evaluación o verificación independientes en cuanto a la completud, corrección o validez de la información obtenida. En consecuencia, EY no proporciona ninguna garantía sobre la información presentada ni en relación con esta.

Por lo general, habrá diferencias entre los resultados previstos y los reales, puesto que a menudo los sucesos y las circunstancias no se desarrollan conforme a lo previsto, de manera que dichas diferencias podrían ser sustanciales. Por lo tanto, no se proporciona ninguna garantía en cuanto a la consecución de los resultados previstos, por lo que no se ha de basar en ningún resultado previsto o pronosticado contenidos en el presente documento, dado que tal información queda sujeta a cambios sustanciales y es posible que no refleje los resultados reales. EY no asumirá ninguna responsabilidad por la consecución de los resultados pronosticados.

# Índice

Resumen ejecutivo ....................................................................................................................................... iii

    Sección uno: Estructura jurídica y análisis operativo de los Sistemas de retiro .................................. iv

    Sección dos: Disposiciones de beneficios heredados y beneficios existentes ...................................... vii

    Sección tres: Financiamiento histórico y pronóstico actuarial a 30 años ............................................ ix

    Sección cuatro: Futuras fuentes de financiamiento y sostenibilidad .................................................. xi

Sección uno: Estructura jurídica y funcionamiento de los Sistemas de retiro ........................................ 1

    1.1    Creación del SRE, SRM y SRJ ...................................................................................................... 1

    1.2    Análisis operativo ........................................................................................................................ 3

    1.3    Conversión a PayGo ..................................................................................................................... 5

    1.4    Administración actual de los cargos de PayGo .......................................................................... 5

Sección dos: Disposiciones de beneficios heredados y beneficios existentes ......................................... 7

    2.1    Fórmulas definidas de beneficios tradicionales heredados ...................................................... 7

    2.2    Bonificaciones y otros pagos especiales .................................................................................... 7

    2.3    Programas de retiro anticipado y baja voluntaria ..................................................................... 8

    2.4    Cambios de expectativa de vida ................................................................................................ 8

    2.5    Cuentas híbridas ......................................................................................................................... 9

    2.6    Impactos de la Ley 3-2013 y la Ley 106-2017 ......................................................................... 11

    2.7    Cuentas de aportaciones definidas .......................................................................................... 13

    2.8    Falta de ajustes por costo de vida (los "COLA", por sus siglas en inglés) ............................... 13

    2.9    Préstamos a participantes ........................................................................................................ 14

    2.10    Acceso a Seguro Social ............................................................................................................. 15

Sección tres: Estrategia histórica de financiamiento y pronóstico actuarial a 30 años ....................... 17

    3.1    Prácticas históricas de financiamiento .................................................................................... 17

    3.2    Aportaciones históricas de los empleadores ........................................................................... 20

    3.3    Bonos de obligación de pensiones .......................................................................................... 21

    3.4    Cambios en la demografía del plan .......................................................................................... 23

    3.5    Pronóstico de los costos futuros del plan ................................................................................ 23

    3.6    Valor presente de los costos futuros del plan ......................................................................... 25

    3.7    Riesgos relativos a la estructura de PayGo .............................................................................. 26

Sección cuatro: Futuras fuentes de financiamiento y sostenibilidad .................................................... 27

    4.1    Superávit del plan fiscal ............................................................................................................ 27

    4.2    Fondo de reserva de pensiones ............................................................................................... 28

    4.3    Evaluación de la sostenibilidad ............................................................................................... 29

Apéndice A: Fuentes ............................................................................................................................... 30

Apéndice B: Disposiciones detalladas del plan ...................................................................................... 32

Apéndice C: Normas sobre pensiones públicas del Consejo Coordinador de Pensiones Públicas ....... 39

Apéndice D: Desglose de los costos anuales previstos de PayGo ......................................................... 40

Apéndice E: Distribución de los beneficios del sistema por edad y monto ............................................ 41

Apéndice F: Suposiciones relativas al análisis de la Ley 3 y la Ley 106 ................................................ 44

Apéndice G: Calendario de los acontecimientos legislativos relativos al SRE y al SRM ....................... 46

Apéndice H: Empleadores del SRE .......................................................................................................... 47

# Resumen ejecutivo

La Junta de Supervisión contrató a EY para elaborar el presente Informe sobre determinados sistemas de pensiones de Puerto Rico conforme a lo dispuesto en el artículo 211 de PROMESA. Los sistemas de pensiones examinados en el presente son los siguientes:

► Sistema de Retiro de los Empleados del Gobierno ("SRE"),

► Sistema de Retiro para Maestros ("SRM"), y

► Sistemas de Retiro de la Rama Judicial ("SRJ")

En el presente informe se referirá conjuntamente al SRE, al SRM y al SRJ como "Sistemas de retiro". Los siguientes sistemas de retiro del sector público de Puerto Rico no son examinados en el presente Informe:

► Sistema de Retiro de la Universidad de Puerto Rico ("SR-UPR"),

► Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica de Puerto Rico ("SRE-AEE")

Las secciones del presente Informe muestran los siguientes aspectos de los Sistemas de retiro:

1. Estructura jurídica y funcionamiento de los Sistemas de retiro

2. Disposiciones de beneficios heredados y beneficios existentes

3. Financiamiento histórico y pronóstico actuarial a 30 años

4. Futuras fuentes de financiamiento y sostenibilidad

Nuestras conclusiones quedan justificadas en el cuerpo del presente Informe y se complementan en los apéndices que contienen información más detallada. Las consideraciones relativas a la adecuación de ingresos de los retirados dependen de varios factores y quedan más allá del ámbito del presente Informe.

Rogamos consulte con detenimiento la Cláusula de exención de responsabilidad en relación con el uso, la invocación y la corrección del presente Informe.

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



## Sección uno: Estructura jurídica y análisis operativo de los Sistemas de retiro

| Tema | Observaciones principales |
|---|---|
| **Sistema de Retiro de los Empleados del Gobierno ("SRE")** | ▶ El SRE, el sistema primario de retiro de Puerto Rico que engloba a varios empleadores, fue creado por la Ley 447 de 1951 ("Ley 447") como Unidad Integrante del Gobierno de Puerto Rico. |
| | ▶ El SRE es un sistema que engloba a varios empleadores e históricamente fue administrado por una junta de gerencia independiente con aportaciones combinadas de empleadores y empleados. El sistema administra pensiones para 242,000 miembros activos, retirados y supérstites de 197 empleadores.[1] |
| | ▶ Desde su creación, el SRE fue sometido a varios cambios legislativos. No obstante, a pesar de dichos cambios y por una serie de motivos, los activos del SRE prácticamente han sido agotados. Desde el 30 de junio de 2016, los activos brutos restantes del SRE ascendían aproximadamente a los $2,400 millones con una deuda actuarial estimada de $36,400 millones. Los activos netos eran de $1,200 millones en negativo en la misma fecha debido a la emisión de los bonos de obligación de pensiones con un valor de $3,100 millones en 2008.[2] |
| | ▶ El SRE experimenta una falta sustancial de financiamiento. |
| **Sistema de Retiro para Maestros ("SRM") y Sistemas de Retiro de la Rama Judicial ("SRJ")** | ▶ El SRM, creado por la Ley 218 de 1951 (estructura y beneficios, derogada y sustituida por la Ley 91 de 2004) y el SRJ, creado por la Ley 12 de 1954, también fueron constituidos como Unidades Integrantes del Gobierno de Puerto Rico y han sufrido varias reformas legislativas a lo largo del tiempo. |
| | ▶ A pesar de los reiterados esfuerzos para incrementar la situación a largo plazo de financiamiento de dichos sistemas de pensiones, los activos del SRM y del SRJ están casi completamente agotados. A fecha de 30 de junio de 2016, por ejemplo, los activos brutos del SRM ascendían aproximadamente a $895.5 millones con una deuda actuarial estimada de $18,200 millones.[3] |
| | ▶ El SRM y el SRJ experimentan una falta sustancial de financiamiento. |
| **Falta de Financiamiento del sistema** | ▶ Varios factores contribuyeron a la situación de falta de financiamiento de los Sistemas de retiro, lo que incluye: niveles inadecuados de aportación de los empleadores, la adopción de leyes especiales que concedieron nuevos beneficios sin el financiamiento adecuado de dichos beneficios, programas de retiro anticipado, la emisión de deuda que el SRE en última instancia no pudo sostener, préstamos hipotecarios, personales y culturales concedidos a los participantes en cada sistema de retiro, entre otras acciones. |

[1] Comunicación con el personal del SRE.

[2] Sistema de Retiro de los Empleados del Gobierno de Puerto Rico, Informe de Valuación Actuarial del 30 de junio de 2016.

[3] Sistema de Retiro para Maestros de Puerto Rico, Informe de Valuación Actuarial del 30 de junio de 2016.

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



ANÁLISIS DE PENSIONES DE PUERTO RICO en virtud de PROMESA, art. 211                    Página v

**Seguro Social**

► Salvo en el caso de los empleados de la Policía, los participantes en el SRE de los demás empleadores han estado pagando históricamente los impuestos de Seguro Social.

► El 19 de julio de 2019, el que fuera Gobernador en ese momento, Ricardo Rosselló, adoptó la Ley 71 de 2019 que redujo la aportación obligatoria relativa al retiro de empleados en el caso de los agentes de policía del 8.5% al 2.3% (opcional en el caso de los agentes que tuvieran menos de 10 años hasta el retiro obligatorio).[4] La reducción de la aportación relativa al retiro impidió que dichos agentes de policía pudieran tener, al amparo de la legislación federal, un plan de sustitución de retiro calificado en virtud de la Ley de Aportaciones Federales al Seguro Social (la "FICA", por sus siglas en inglés). En consecuencia, salvo que los agentes de policía recibieran una exención, en adelante todos los agentes de policía tendrán que contribuir al Seguro Social. Después de 40 trimestres de aportaciones, dichos empleados tendrán derecho a los beneficios del Seguro Social de conformidad con la legislación federal.

► Al igual que en el caso de los agentes de policía, históricamente los maestros y los jueces en Puerto Rico tampoco han estado contribuyendo al Seguro Social, por lo que no se reúnen los requisitos para tener los beneficios del Seguro Social. El Plan fiscal certificado exige que los maestros y los jueces menores de 45 años empiecen a contribuir al Seguro Social antes del 1 de enero de 2020, pero la legislación puertorriqueña todavía no ha sido modificada de tal manera que exija a dichas personas contribuir al Seguro Social.

► La aportación de los empleados al Seguro Social se calcula como un porcentaje del salario total, mientras que la aportación de los empleados al sistema de Beneficios definidos se calcula como un porcentaje de la paga base, sin incluir las horas extras.[5]

**Limitación de datos**

► Existen determinadas limitaciones con los datos de pensiones existentes, lo cual genera variabilidad que afecta a las previsiones relativas a los Sistemas de retiro. Aunque los datos permiten obtener pronósticos y determinaciones direccionalmente confiables relativas a las deudas actuariales utilizadas para realizar el análisis actuarial de los sistemas, existen lagunas en los registros de determinados datos en relación con ciertas categorías de participantes en cada sistema, como se refleja en los informes de valuación actuarial.[6]

► Por ejemplo, hay lagunas en los registros relativos al censo en el caso de los participantes con derechos adquiridos diferidos. En consecuencia, los actuarios del SRE incrementarán la deuda actuarial en relación con ciertos participantes para aproximar el valor de deudas de dichos participantes.[7] Por lo tanto, la valuación de dicha parte de la obligación exige que la Junta de Supervisión incorpore suposiciones adicionales. Además, determinados elementos de la administración del plan se hacen más difíciles debido a la calidad deficiente de los datos.

---

[4]  El Departamento de Policía de Puerto Rico ("DPPR") ha iniciado un proceso para que los agentes de policía con menos de diez años hasta el retiro puedan elegir si se afilian o no se afilian al seguro social. El DPPR emitió notificaciones de registro correspondientes a 5,284 agentes de policía, de los cuales 4,005 agentes se inscribieron, 342 agentes no se inscribieron y 937 agentes no contestaron. Las determinaciones definitivas relativas a la afiliación de dicho colectivo continúan procesándose.

[5]  Los impuestos laborales del seguro social se calculan sobre la totalidad de la paga recibida por el empleado (Publicación de Seguro Social 15, Circular E). Las aportaciones individuales a los planes de retiro se calculan sobre la remuneración base sin incluir horas extras y bonificaciones (Ley 106-17, artículo 1.6(d) y (u)).

[6]  La publicación de los informes actuariales a menudo se retrasa, lo cual genera falta de transparencia en relación con las obligaciones de los sistemas. A fecha del presente informe, el último informe actuarial publicado del SRE corresponde al año fiscal de 2016.

[7]  Sistema de Retiro de los Empleados del Gobierno de Puerto Rico, Informe de Valuación Actuarial del 30 de junio de 2016

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



| Cumplimiento y coordinación | ► La estructura de PayGo requiere una coordinación constante entre Hacienda y la Junta de Retiro de nueva creación, y depende de las entidades participantes (el Gobierno, las corporaciones locales y los municipios) para realizar pagos completos y a tiempo para financiar PayGo. |
| Flujos de pago de pensiones | ► Desde la adopción de la Ley 106-2017, entraron en vigor varias leyes locales para destinar nuevos recaudos al financiamiento de las pensiones heredadas, a eximir a determinados empleadores vinculados con el SRE de pagar comisiones de PayGo a partir del AF 2020 o a asignar dinero del Fondo General a los participantes de aportaciones definidas. Dichas normas incluyen la Ley 257-2018, la Ley 297-2018, la Ley 29-2019, la Ley 81-2019 y la Resolución Conjunta 43-2019 (radicada como la Resolución Conjunta de la Cámara 513), entre otras. |

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.

EY

## Sección dos: Disposiciones de beneficios heredados y beneficios existentes

| Tema | Observaciones principales |
|---|---|
| **Fórmulas de beneficios** | ► En el caso de todos los Sistemas de retiro, las fórmulas de beneficios de pensiones varían en función de la fecha de contratación del empleado. En 1999, por ejemplo, el programa de beneficios definidos del SRE estaba cerrado al personal de nueva contratación y fue reemplazado por un programa híbrido de cuentas de aportaciones en efectivo. En consecuencia, a partir de 2000 los beneficios se basaban en las aportaciones de los empleados, pero los ingresos retenidos se depositaban en la cuenta fiduciaria de pensiones existente del SRE. En el caso del SRM y el SRJ se adoptó una estructura similar en 2014, pero una resolución judicial posterior limitó el cambio al personal de nueva contratación únicamente.<br><br>► Además, se realizaron cambios que afectaron a los niveles de beneficios en los Sistemas de retiro a lo largo del tiempo, lo cual incrementó los costos de los beneficios, por ejemplo:<br><br>o Programas de incentivos de retiro anticipado<br><br>o Ajustes por costo de vida (los "COLA", por sus siglas en inglés)<br><br>o Varias bonificaciones; por ejemplo, bonificaciones de la Aportación al Seguro Médico y bonificaciones correspondientes a la Navidad y el Verano |
| **Reducciones de beneficios desde la Ley 3-2013 y la Ley 106-2017** | ► En los últimos años, la Ley 3-2013 y la Ley 106-2017 se tradujeron en una de las mayores reducciones de beneficios hasta esta fecha. Aunque dichas normas afectaron a los participantes de diferentes formas, algunos participantes vieron que sus beneficios se redujeron hasta en un 82%. El impacto y la magnitud de esas reducciones se analizan más adelante, en la sección 2.5.<br><br>► Las referidas Leyes impusieron varios cambios destacables: aumentar aún más la edad de retiro, eliminar o reducir los beneficios de leyes especiales, eliminar las pensiones por méritos, endurecer aún más los requisitos relativos a la aportación de los empleados y anualizar los pagos de beneficios.<br><br>► Desde 2007 los retirados del SRE y del SRM, con limitadas excepciones, tampoco han recibido los Ajustes por costo de vida (los "COLA", por sus siglas en inglés), cuya ausencia se podría considerar de manera efectiva una reducción adicional de beneficios. Sin los COLA algunos pensionados podrían sufrir una pérdida de un 39% en cuanto a su poder adquisitivo pasados 30 años luego de su retiro. La sección 2.7 más adelante contiene un análisis detallado de la pérdida de poder adquisitivo. |
| **Beneficios de leyes especiales** | ► Determinados beneficios se pagan directamente por los Sistemas de retiro, no por los empleadores patrocinadores, lo cual empeora todavía más la situación de financiamiento de los planes. Aunque algunas bonificaciones fueron eliminadas de manera prospectiva en el caso de los miembros del SRJ contratados luego del 24 de diciembre de 2013, y en el caso de los miembros del SRE y del SRM retirados luego del 1 de julio de 2013 y el 1 de agosto de 2013, respectivamente, dichos montos se siguen pagando a los miembros que se retiraron antes de que tales cambios entraran en vigor. |

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



ANÁLISIS DE PENSIONES DE PUERTO RICO en virtud de PROMESA, art. 211                                              Página viii

| | |
|---|---|
| **Cuentas de aportaciones definidas** | ► Con la creación de PayGo en virtud de la Ley 106-2017, se establecerían nuevas cuentas de aportaciones definidas ("AD") para todos los trabajadores activos que en ese momento no acumularan una pensión conforme a una fórmula de beneficios definidos.<br><br>► La Junta de Retiro (conforme a la definición en la Ley 106-2017) tiene competencias para gestionar la implementación de los planes de beneficios AD, lo que incluye la contratación de proveedores de servicios y las instituciones financieras para operar el plan. |
| **Aportaciones de los empleados** | ► Desde la adopción de la Ley 106-2017, las aportaciones de los empleados al plan AD se han ido depositando en una cuenta aparte custodiada por Hacienda con el fin de financiar las cuentas AD individuales en el futuro.<br><br>► En enero de 2019, las aportaciones acumuladas hasta la fecha, junto con las aportaciones corrientes, fueron depositadas en Fideicomiso temporero.<br><br>► La implementación definitiva de los planes de beneficios AD conllevará que los fondos sean transferidos de los Fideicomisos provisionales a un fideicomiso AD con cuentas individuales, y que sean gestionados por un administrador externo. |
| **Gestión de proveedores para los planes de aportaciones definidas y de beneficios definidos** | ► El 15 de febrero de 2019, el Gobierno anunció que Alight Solutions Caribe Inc. fue seleccionada para implementar, administrar y gestionar el plan AD. Además, Gavion LLC fue seleccionada como asesor de inversiones, Banco Popular fue seleccionado como el fiduciario y Bank of New York Mellon fue seleccionado como custodio.<br><br>► El plan de implementación de la Junta de Retiro exige que los participantes en el plan AD obtengan acceso a sus nuevas cuentas entre el 30 de septiembre de 2019 y el 15 de octubre de 2019, momento en el que los saldos en Fideicomisos provisionales se transferirán al fideicomiso relativo al plan AD.<br><br>► Está previsto poner en marcha un proceso estructurado para seleccionar un proveedor externo que administre los programas históricos de beneficios definidos ("BD"). No obstante, tal proceso todavía no se ha iniciado. |

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.

EY

ANÁLISIS DE PENSIONES DE PUERTO RICO en virtud de PROMESA, art. 211                    Página ix

## Sección tres: Financiamiento histórico y pronóstico actuarial a 30 años

**Tema**                    **Observaciones principales**

**Aportaciones de los empleadores**

► Las aportaciones de los empleadores han sido definidas históricamente por ley como un porcentaje de la remuneración de los empleados en el sistema.

► Con la población decreciente de participantes activos y la creciente población de retirados que reciben beneficios de retiro, las aportaciones basadas en la nómina eran insuficientes para financiar los Sistemas de retiro sobre una base determinada de manera actuarial.

► Durante decenios dichos montos fueron marcadamente inferiores que las aportaciones al retiro actuarialmente necesarias determinadas anualmente y comunicadas por los actuarios del sistema.

► Las variaciones en las suposiciones actuariales (por ejemplo, aumentos de la expectativa de vida) se tradujeron en un incremento de los pagos de beneficios que superaron los pronósticos anteriores.

**Bonos de obligación de pensiones**

► En 2008 el SRE emitió aproximadamente $3,000 millones en Bonos de obligación de pensiones (los "BOP").

► Conforme a la paralización automática según el Título III y la Ley de Moratoria, en la actualidad el SRE no está realizando pagos relativos a dicha deuda.

**Reformas legislativas anteriores**

► A medida que la situación de financiamiento de los Sistemas de retiro se ha ido empeorando, se pusieron en marcha varias iniciativas legislativas para mejorar el porcentaje financiado y la sostenibilidad de los planes.

o En 2013, por ejemplo, los Sistemas de retiro establecieron aportaciones adicionales de los empleadores para mantener la solvencia de los sistemas; tales como Aportaciones Uniformes Adicionales (AUA) en el caso del SRE y la Aportación Anual Adicional (AAA) en el caso del SRM y el SRJ.

► Con la excepción del Gobierno Central, muchos empleadores realizaron las aportaciones que se les exigían. No obstante, las aportaciones realizadas luego de los cambios introducidos por la ley de pensiones de 2013 fueron poco adecuadas desde la perspectiva de los niveles mínimos legalmente exigidos y determinados de manera actuarial.

► Desde el 30 de junio de 2016, los montos anteriores adeudados de las AUA alcanzaron los $180 millones en el caso del SRE y los montos anteriores adeudados de las AAA superaron los $24 millones en el caso del SRJ y el SRM.

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



ANÁLISIS DE PENSIONES DE PUERTO RICO en virtud de PROMESA, art. 211                    Página x

**Pagos pronosticados de beneficios del Plan Fiscal**

▶ Está previsto que el total de los pagos de beneficios del Plan Fiscal relativo a los Sistemas de retiro bajo el régimen de PayGo se mantenga estable, por encima de los $2,100 millones anuales en el caso de los empleadores del Plan Fiscal hasta el AF 2031.[8] Esto es así porque los empleados activos con beneficios definidos acumulados finalmente se retiran y empiezan a recibir sus beneficios de pensiones.

▶ Luego del AF 2031, los pagos de beneficios empiezan a reducirse considerablemente debido al cierre y la congelación de las acumulaciones heredadas de beneficios definidos del SRE el 1 de julio de 2013, y el cierre por parte del SRM de la estructura de beneficios definidos al personal de nueva contratación a partir del 1 de agosto de 2014, además de la congelación del SRM prevista por el Plan Fiscal certificado a partir del 1 de enero de 2020.

▶ El Plan Fiscal certificado supone que el SRJ también será congelado a parir del 1 de enero de 2020, lo cual incluye el cierre del plan al personal de nueva afiliación. Hasta que se produzca la congelación, los participantes en el SRJ seguirán recibiendo beneficios bajo una fórmula de beneficios definidos para que los pagos de beneficios se mantengan estables durante un período más largo, aunque representen un 3% de la previsión de los pagos acumulados de beneficios.

---

[8] Además de los pagos de pensiones incluidos en el Plan Fiscal certificado, los gastos de PayGo cubren pagos para entidades, corporaciones públicas y municipios no afiliados al Plan Fiscal, por un monto de $345 millones anuales aproximadamente, y bajan a partir del AF 2031. El Gobierno factura mensualmente a dichas entidades no afiliadas al Plan Fiscal (así como a las entidades que no sean del Gobierno Central) a efectos de reembolso.

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



## Sección cuatro: Futuras fuentes de financiamiento y sostenibilidad

| Tema | Observaciones principales |
|---|---|
| **Fuente de gastos de PayGo** | ► El Plan Fiscal certificado prevé los pagos de beneficios de PayGo como gasto operativo corriente. <br><br> ► Sin embargo, el Plan Fiscal certificado también refleja que en ausencia de otras iniciativas gubernamentales, se prevé que los gastos de PayGo constituyan más del 20% de los gastos del Fondo General. <br><br> ► Además, se espera que el ELA tenga unos gastos operativos que superen los recaudos a partir del AF 2038 sin perjuicio de la congelación del SRE de 2013, congelaciones propuestas de las acumulaciones corrientes del SRM y del SRJ, y recortes propuestos de los beneficios anteriormente acumulados. |
| **Medidas presupuestarias adicionales recomendadas por la Junta de Supervisión** | ► Debido a la falta de financiamiento y los déficits fiscales previstos para el AF 2038, el Plan Fiscal certificado enumera acciones adicionales que el Gobierno podría realizar para alcanzar equilibrio presupuestario y poder pagar todos los gastos presupuestarios, incluidos los beneficios de pensiones, en los años de déficit. |
| **Variabilidad de previsiones** | ► Una serie de variables también afectan de manera sustancial a las previsiones financieras a largo plazo relativas al Plan Fiscal certificado. Por ejemplo, cambios estructurales de la economía y alteraciones de carácter demográfico podrían traducirse en un menor crecimiento previsto y así socavar los superávits. |
| **Fondo de reserva de pensiones** | ► Como parte del acuerdo alcanzado con el Comité Oficial de Retirados ("COR"), la Junta de Supervisión aceptó establecer un fondo de reserva de pensiones que se mantendría en fideicomiso y redundaría exclusivamente en beneficio de los retirados, y que se financiaría a través de los superávits anuales del plan fiscal previstos para el AF 2027. A partir de ese momento, los montos serán retirados según una fórmula que se determine y que cumpla con las obligaciones anuales de PayGo del ELA en los años cuando el Plan Fiscal certificado prevea déficits. <br><br> ► El fondo de reserva de pensiones tiene como objetivo contribuir a la sostenibilidad a largo plazo de los Sistemas de retiro al constituir una fuente adicional de financiamiento de beneficios de retiro en el futuro, lo que incluye el período en el que el Plan Fiscal certificado prevea tener déficits anuales en el caso del ELA. <br><br> ► Cambios en la previsión de los superávits disponibles afectarían a la capacidad de dicho fondo de reserva de pensiones de cumplir con los futuros gastos de PayGo. <br><br> ► La capacidad de afrontar los gastos de PayGo por montos previstos en el Plan Fiscal certificado depende en última instancia de la gestión y la planificación generales de las futuras previsiones de déficits. |

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



# Sección uno: Estructura jurídica y funcionamiento de los Sistemas de retiro

## 1.1     Creación del SRE, SRM y SRJ

Los Sistemas de retiro fueron introducidos a través de la legislación adoptada entre 1951 y 1954. Los beneficios proporcionados a los miembros de los Sistemas de retiro se establecen por ley y han sido modificados a lo largo del tiempo desde su introducción inicial.

El SRE fue creado por la Ley 447 de 1951, según enmendada, para proporcionar pensiones y otros beneficios a los empleados del Gobierno retirados, incluidas las corporaciones públicas y municipios de Puerto Rico. El SRE está estructurado como un plan de beneficios de costo compartido que abarca a varios empleadores. Las modificaciones importantes más recientes de los beneficios prestados conforme al SRE se adoptaron mediante la Ley 3 de 2013 ("Ley 3"), que enmendó a la Ley 447, la Ley 1 y la Ley 305. Entre otras medidas, la Ley 3 redujo beneficios, incrementó las aportaciones de los empleados y, en el caso de los empleados activos que tenían derecho al programa de beneficios definidos, reemplazó la mayor parte de los elementos de beneficios definidos con una estructura de aportaciones definidas. Para obtener información más detallada sobre el análisis del impacto de la Ley 3 consulte la sección 2.

El SRM fue creado en 1951 por la Ley 218 de 1951, según enmendada, para proporcionar pensiones y otros beneficios a los maestros y otros empleados del Departamento de Educación de Puerto Rico. Los cambios importantes más recientes de los beneficios proporcionados conforme al SRM se adoptaron en virtud de la Ley 160 de 2013. Cuando se adoptó, la Ley 160 congeló los beneficios acumulados de los participantes activos, transfirió a los miembros a un plan de aportaciones definidas, eliminó pensiones por méritos, aumentó la edad de retiro, incrementó aportaciones necesarias, incrementó aportaciones de los empleadores, modificó o eliminó beneficios de leyes especiales, y modificó beneficios para discapacitados o supérstites.[9] Sin embargo, el 11 de abril de 2014 el Tribunal Supremo de Puerto Rico anuló los artículos de la Ley 160-2013 que modificaron los beneficios de pensiones de los maestros activos que eran participantes en el SRM en ese momento, alegando motivos de que el ELA no había demostrado que las modificaciones mantendrían la solvencia del SRM. En consecuencia, los maestros contratados antes de la adopción de la Ley 160-2013 siguen disfrutando de sus beneficios de retiro anteriores.

El SRJ fue creado en 1954 por la Ley 12 de 1954 para proporcionar pensiones y otros beneficios a jueces u otros empleados de la Rama Judicial del ELA. Los cambios importantes más recientes de los beneficios proporcionados conforme al SRJ se adoptaron en virtud de la Ley 162 de 2013. Cuando se adoptó, la Ley 162 creó un plan híbrido, redujo beneficios para discapacitados, redujo beneficios de pensión y beneficios para supérstites, incrementó las aportaciones de los empleados y eliminó bonificaciones de Navidad, de verano y médicas. El 21 de febrero de 2014, el Tribunal Supremo de Puerto Rico confirmó la constitucionalidad de la Ley 162-2013, pero únicamente en relación con los jueces nombrados el 24 de diciembre de 2013 o después, fecha de adopción de la referida Ley. En consecuencia, los jueces nombrados antes de la adopción de la Ley 162-2013 siguen disfrutando de sus beneficios de retiro anteriores.

Un resumen de la composición de los miembros de cada plan se muestra más adelante basado en la base de los datos de censo más reciente proporcionados por el actuario del sistema (*Anexo 1*). Además, los empleadores participantes en el Planes de retiro se muestran en el Apéndice H.

---

[9]   Ley 160-2013

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



## ANEXO 1: DATOS DE CENSO RELATIVOS A LOS SISTEMAS DE RETIRO A 1 DE JULIO DE 2015-2016

| Sistemas de retiro | SRE | | SRM[10] | SRJ |
|---|---|---|---|---|
| | Entidades CW del Plan Fiscal | Total | | |
| Miembros activos | 71,194 | 118,657 | 32,952 | 364 |
| Pensionados y beneficiarios | 96,267 | 122,757 | 43,305 | 514 |
| Miembros terminados con derechos adquiridos | Se desconoce[11] | Se desconoce | 1,100 | 39 |
| Edad media de los pensionados | 70.6 | 70.7 | 69.6 | 73.3 |
| Promedio del beneficio mensual | $1,017 | $995 | $1,428 | $4,495 |
| Beneficio medio mensual | $675 | $651 | $1,435 | $5,409 |
| Fecha de censo | 1 de julio de 2016 | | 1 de julio de 2016 | 1 de julio de 2015 |
| Fecha de recepción de los datos de censo | 29 de octubre de 2018 | | 5 de abril de 2019 | 21 de junio de 2018 |

Los retirados más recientes del SRE y del SRM siguen viviendo en Puerto Rico. Los datos más recientes de los Sistemas de retiro indican que probablemente unos 114,000 retirados del SRE y unos 42,000 maestros retirados todavía vivan en Puerto Rico.[12]

Se pretendía que los Sistemas de retiro se financiaran sobre la base de las aportaciones de los empleadores y los empleados legalmente establecidas a través de fideicomisos legales separados. La sección 3 del presente Informe contiene información más detallada sobre las prácticas reales de financiamiento histórico.

En 2017 el Gobierno adoptó la Ley 106-2017 ("Ley 106"), una "Ley para Garantizar el Pago a Nuestros Pensionados y Establecer un Nuevo Plan de Aportaciones Definidas para los Servidores Públicos". La legislación tuvo varias implicaciones fiscales, entre ellas:

▶ Estableció el sistema PayGo mediante el cual los reembolsos a todos los retirados actuales y a sus supérstites, así como a futuros retirados y a sus supérstites en relación con sus beneficios acumulados (diferentes a los beneficios cubiertos por el nuevo plan AD) se realizarán conforme a lo dispuesto en el Plan Fiscal certificado;

▶ Eliminó aportaciones de los empleadores que el Gobierno ha estado realizando a los Sistemas de retiro, y las reemplazó con los pagos a la cuenta PayGo;

▶ Estableció los planes prospectivos de Aportación Definida ("AD") que se financiaría con las aportaciones de los empleados actuales (salvo algunos participantes en el SRM y el SRJ cubiertos bajo planes de beneficios definidos); y

▶ Estableció sanciones contra los dirigentes de las agencias y funcionarios públicos que no remitan a sus cuentas las aportaciones de cada participante en los plazos establecidos.

---

[10]   Excluye a maestros contratados después del 1 de agosto de 2014 en virtud de la Ley 160-2013 cuyos saldos de las cuentas híbridas tenían que transferirse a las cuentas AD conforme a la Ley 106-2017.

[11]   Los informes de valuación presumen tasas del 2.5% o del 5.0% como marcadores de las deudas vinculadas con los miembros terminados con derechos adquiridos que podrían reclamar beneficios en el futuro, dependiendo del año que se considere.

[12]   Luis Collazo, director ejecutivo de la Junta de Retiro, 12 de febrero de 2019.

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



## 1.2   Análisis operativo

Antes de la adopción de la Ley 106, los Sistemas de retiro funcionaban como cualquier sistema estadounidense de pensiones públicas financiado mediante un fideicomiso legal, y por lo general seguían las directrices del Consejo Coordinador de Pensiones Públicas ("PPCC", por sus siglas en inglés). El PPCC establece las Normas sobre pensiones públicas (las "Normas") para así reflejar unas expectativas mínimas relativas a la gestión, la administración y el financiamiento del sistema público de retiro. Las Normas actúan como punto de referencia para evaluar los planes públicos de beneficios definidos. El PPCC insta a todos los sistemas públicos de retiro, así como a los gobiernos estatales y locales que los patrocinan, a que cumplan con las Normas. Véase el Apéndice C para obtener información más detallada sobre dichas Normas.

A nivel operativo, los Sistemas de retiro cumplieron hasta cierto punto con dichas Normas. Los sistemas llevaron a cabo valuaciones actuariales y auditorías, elaboraron por escrito políticas de inversiones y normas fiduciarias, encargaron periódicamente evaluaciones del rendimiento de sus asesores de inversiones, celebraron con regularidad reuniones del consejo de fiduciarios y mantuvieron comunicaciones con sus miembros. Por otro lado, las siguientes prácticas administrativas y operativas constituyen retos para el funcionamiento del plan y para la elaboración de informes financieros:

1. Gran parte de los datos de censo siguen en formato papel y algunos de los datos son incompletos. Los datos que tendrían que estar fácilmente disponibles como parte de la administración continua del plan no son objeto de seguimiento, por lo que el actuario se ve obligado a realizar aproximaciones para adaptar las deudas del plan a dichos factores desconocidos. Por ejemplo, los beneficios para los miembros del SRE que dejaron de ser empleados del Gobierno pero que siguen teniendo derecho a futuras pensiones, denominados participantes terminados con derechos adquiridos, no son objeto de seguimiento explícitamente.

   Los actuarios del sistema incluyen un marcador de deuda adicional acumulada de entre 2.5% y el 5.0% atribuible a dichos miembros, o aproximadamente $900 millones a 30 de junio de 2017. Se necesitan estimaciones similares para aproximar otros elementos de datos faltantes; por ejemplo si los pensionados actuales han optado por una forma de pago que seguirá en el caso de un supérstite tras la muerte y el valor de las bonificaciones que se están pagando actualmente a determinados pensionados. Aunque dichas aproximaciones se basan en la experiencia con el plan, son estimaciones realizadas con datos incompletos que normalmente serían objeto de seguimiento en otros sistemas. Tales limitaciones de datos podrían conducir a ineficiencias en la administración del plan y constituyen un riesgo de tergiversar las obligaciones del plan.

2. Los retos relativos a los datos de censo podrían llevar a dictámenes de auditoría con reservas y a retrasos en la emisión de valuaciones actuariales. Dichos retrasos podrían afectar a la auditoría de cada beneficio patrocinado por el empleador bajo el plan de pensiones.

   Los estados financieros auditados de la Autoridad de Carreteras y Transportación ("ACT") ofrecen un ejemplo. En los estados financieros auditados más recientes de la ACT el auditor emitió un dictamen con reservas[13] en el que manifestó que lo hizo, en parte, porque la ACT no había adoptado las disposiciones de varias Declaraciones de GASB, lo que incluye:

   ▶ *Declaración de GASB núm. 73* - Elaboración de informes contables y financieros relativos a pensiones y activos relacionados que no se encuentran en el ámbito de competencia de la Declaración de GASB núm. 68, y modificaciones de determinadas disposiciones contenidas en las Declaraciones de GASB núms. 67 y 68, y

   ▶ *Declaración de GASB núm. 75* - Elaboración de informes contables y financieros relativos a beneficios posteriores al empleo diferentes de pensiones

---

[13]   Un dictamen con reservas es una declaración emitida tras una auditoría que sugiere que la información proporcionada es limitada en cuanto a su alcance.

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



ANÁLISIS DE PENSIONES DE PUERTO RICO en virtud de PROMESA, art. 211                                          Página 4

El dictamen de auditoría señala que la ACT no pudo adoptar dichas normas de GASB porque la información de pensiones auditada del SRE no estaba fácilmente disponible. En consecuencia, el dictamen de auditoría pone de manifiesto que la ACT no registró la parte proporcional de su deuda de pensiones ni las entradas diferidas totales de recursos relativos a obligaciones de beneficios posteriores al empleo, como tampoco lo hizo con las salidas diferidas de recursos y los gastos relativos a las obligaciones de pensiones y de beneficios totales posteriores al empleo.

El dictamen de auditoría señala además que la ACT tampoco reconoce el efecto de los cambios del período actual en cuanto a la deuda neta de pensiones y las obligaciones de beneficios posteriores al empleo conforme a su relación con las entradas diferidas de recursos, las salidas diferidas de recursos y el gasto de pensiones correspondiente al año que finalizó el 30 de junio de 2018.

3.   Los requisitos del plan no se administraron en todo momento como lo exige la ley. Por ejemplo, estaba previsto que las aportaciones de los miembros al SRM se incrementaran desde el 10.0% hasta el 13.12% a partir de 1 de julio de 2017. El artículo 5.5 de la Ley 160-2013 describe el monto del incremento como el 82.0% de la aportación máxima del empleador establecida en el artículo 4.3(b) en el mismo cuerpo legal para el EF17 - EF18. La aportación máxima del empleador para ese año fiscal fue del 16% del salario mensual conforme a la Ley 160-2013. En consecuencia, el incremento calculado para ese año fiscal habría sido del 13.12%. Los administradores de la Junta de Retiro confirmaron que la tasa de aportación de los empleados no se incrementó y se mantuvo en el 10.0%.

Además, tras la adopción de la Ley 32-2013, los empleadores gubernamentales tenían la obligación de realizar pagos de Aportaciones Uniformes Adicionales (AUA) al SRE. La AUA inicial al SRE correspondiente al año fiscal de 2014 fue establecida por la Ley 244-2014 como $120 millones, de los cuales aproximadamente $83.3 millones eran asignables al Gobierno Central y a sus corporaciones públicas subvencionadas, y se iban a financiar del Fondo General, y cuyo saldo era asignable a los municipios y a otras corporaciones públicas participantes. En el año fiscal de 2015 y hasta el año fiscal de 2033, la AUA al SRE tenía que determinarse de manera actuarial antes del inicio de cada año fiscal como un monto necesario para evitar que la previsión de los activos brutos del SRE durante cualquier otro año fiscal subsiguiente cayera por debajo de los $1,000 millones. Aunque varios municipios y empleadores de corporaciones públicas realizaron sus pagos pertinentes en los años iniciales, como se muestra abajo (*Anexo 2*), gran parte de la AUA ha sido impagada.

### ANEXO 2: APORTACIÓN UNIFORME ADICIONAL AL SISTEMA DE RETIRO DE LOS EMPLEADOS



Los montos correspondientes a 2017-2020 fueron determinados como parte de los resultados de valuación del 1 de julio de 2016. La Ley 106-2017 eliminó por completo dichas fuentes de financiamiento, incluida la eliminación del financiamiento de futuros miembros en relación con esos beneficios determinados que ya no se acumulan.

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.

## 1.3   Conversión a PayGo

La Ley 106-2017, una Ley para "Garantizar el Pago a Nuestros Pensionados y Establecer un Nuevo Plan de Aportaciones Definidas para los Servidores Públicos", entre otras acciones, creó una nueva estructura de pensiones, PayGo.

Conforme a dicho método el Departamento de Hacienda de Puerto Rico ("Hacienda") creó una cuenta de pagos separada, separada de otros activos gubernamentales, que recibiría aportaciones como la única fuente de financiamiento para desembolsar los beneficios de pensiones. Todas las demás aportaciones de los empleadores a los Sistemas de retiro fueron eliminadas, incluidas las aportaciones legales de nómina y las aportaciones complementarias de los empleadores, concebidas anteriormente para mejorar los niveles de financiamiento del plan (véase la discusión en la sección 3 del presente Informe). En el caso de las agencias que ya no existen, pero que todavía cuentan con retirados, Hacienda separa una línea presupuestaria para pagos a dichos retirados.

Conforme a PayGo, la corporación pública y las entidades municipales participantes reciben una factura por un monto equivalente al monto anual pagadero a cada retirado y supérstite de tal agencia. La parte que recibe la factura conforme a PayGo la paga de los Fondos Generales o de los Fondos de Rentas Especiales de las referidas entidades.

## 1.4   Administración actual de los cargos de PayGo

Normalmente, los fondos de pensiones reciben las aportaciones de los empleadores como un porcentaje de la nómina o según se defina de otro modo, y realizan los pagos de beneficios desde un fideicomiso cuando tales pagos vencen. No obstante, para que el sistema PayGo pueda realizar correctamente los pagos de beneficios, existe una dependencia de las entidades participantes para que estas hagan pagos de forma oportuna y completa de la parte que les corresponda de los costos de PayGo para ese año. Conforme al sistema PayGo del ELA, dichas entidades incluyen al Gobierno Central, corporaciones públicas y municipios. Véase el Apéndice D para obtener un desglose de los gastos de pensiones presupuestados en el AF 2020.

El artículo 1.6(g) de la Ley 106 dispone que todos los municipios y corporaciones públicas participantes en el SRE deben pagar el cargo PayGo. El artículo 2.1(f) también dispone que cada entidad gubernamental destinará los fondos necesarios para el pago del cargo PayGo en sus presupuestos anuales de fondo general.

A pesar de lo dispuesto en los artículos 1.6(g) y 2.1(f) de la Ley 106, el informe de "PayGo y deuda de contribución individual por entidad", de fecha 30 de junio de 2019 (Informe PayGo del AF 2019), radicado mensualmente por la Autoridad de Asesoría Financiera y Agencia Fiscal (AAFAF) de Puerto Rico a la Junta de Supervisión, indica que hay aproximadamente $93 millones en deuda acumulada de 24 corporaciones públicas y $126 millones de 50 municipios desde la implementación del sistema PayGo en 2017. Para más información véase más adelante (Anexo 3).

ANEXO 3: CORPORACIONES PÚBLICAS Y MUNICIPIOS QUE DEBEN MÁS DE $1M EN PAYGO (EN MILES DE $)[14]

| CORPORACIONES PÚBLICAS Entidad | | | | MUNICIPIOS | | | |
|---|---|---|---|---|---|---|---|
| (en miles de $) EF2018 | EF2019 | Total | | Entidad (en miles de $) | EF2018 | EF2019 | Total |
| Autoridad de Puertos de PR | $ 22,686 | $ 546 | $ 23,232 | San Juan | $ 20,433 | $ 56,026 | $ 76,459 |
| Autoridad Metropolitana de Autobuses | 13,588 | 2,361 | 15,949 | Toa Baja | 3,388 | 3,459 | 6,847 |
| Co. de Fomento Industrial | - | 11,584 | 11,584 | Arecibo | 2,947 | 3,526 | 6,473 |
| Admin. Desarr. Emp. Agrop. | - | 10,748 | 10,748 | Mayagüez | 1,514 | 4,590 | 6,104 |
| | | | | Ponce | - | 4,874 | 4,874 |
| AAA de PR | 3,287 | 2,219 | 5,506 | Carolina | - | 4,874 | 4,874 |
| Autoridad de Tierras | 2,488 | 2,950 | 5,438 | Caguas | 2,271 | 565 | 2,836 |
| Servicio de Extensión Agríc. | - | 4,838 | 4,838 | Cayey | 1,031 | 1,530 | 2,561 |
| Oficina del Contralor | 3,912 | - | 3,912 | | | | |
| | | | | Guaynabo | - | 2,100 | 2,100 |
| Corporación del Fondo del Seguro del Estado | 1,258 | 2,431 | 3,689 | Santa Isabel | 727 | 899 | 1,626 |
| Co. de Comercio y Exportación | 2,303 | 404 | 2,707 | Cabo Rojo | 730 | 822 | 1,552 |
| CRIM | 1,677 | 422 | 2,099 | | | | |
| | | | | Subtotal | $ 33,041 | $ 83,265 | $ 116,306 |
| Administración de Terrenos de PR | 1,982 | - | 1,982 | Otros municipios | 3,830 | 6,197 | 10,027 |
| Subtotal | $ 53,180 | $ 38,504 | $ 91,684 | | | | |
| Otras entidades | 185 | 778 | 963 | Total general | $ 36,871 | $ 89,462 | $ 126,333 |
| **Total general** | **$ 53,365** | **$ 39,282** | **$ 92,647** | | | | |

[14] Fuente: Autoridad de Asesoría Financiera y Agencia Fiscal, PayGo y deuda de contribución individual por entidad, 15 de septiembre de 2019

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



El pago por parte de la totalidad de los empleadores que no sean del Gobierno Central de los cargos de PayGo constituye el mecanismo utilizado para financiar los pagos de pensiones a los retirados y supérstites vinculados con dichos empleadores. Aunque PROMESA exige el adecuado financiamiento de las pensiones, y la Junta de Supervisión ha manifestado que seguirá asegurándose de que las pensiones se financien de manera adecuada, en el artículo 16 del Plan Fiscal Certificado se presume que dichos costos serán pagados en su totalidad por cada una de las respectivas entidades. En consecuencia, no existen asignaciones en el Presupuesto certificado para financiar los beneficios de PayGo destinados a los retirados de los municipios y las corporaciones públicas que no realicen los pagos sin los desembolsos oportunos por parte de dichos municipios y corporaciones.

Mediante carta de fecha 30 de abril de 2019, la Junta de Supervisión señaló que el pago continuo de los beneficios de retiro sin el reembolso por parte de los empleadores morosos constituye un gasto no autorizado conforme al Presupuesto certificado, y que se deben adoptar todas las medidas para cobrar dichas deudas morosas o para compensar dichos gastos incrementales no presupuestados en otras partidas del Presupuesto. Dicho arreglo también exige una coordinación importante entre Hacienda y la Junta de Retiro, lo cual constituye una interdependencia poco común en el caso de fondos de pensiones públicas; sobre todo, en el caso de los fondos de ese tamaño.

Recientemente, se han adoptado una serie de leyes que modifican los cargos de PayGo en virtud de la Ley 106 o proponen la asignación de las cantidades del Fondo General hacia los beneficios de retiro. Dichas leyes incluyen las siguientes:

▶ Ley 257-2018: entre otras acciones, dedica el 50% de los recaudos anticipados de los impuestos sobre la legalización de máquinas de juegos al azar al financiamiento de las pensiones de la Policía.

▶ Ley 297-2018: entre otras acciones, dedica los recaudos anticipados de la imposición de las sanciones de $250 a $500 en virtud de dicha ley a la cuenta PayGo conforme a la Ley 106.

▶ Ley 29-2019: entre otras acciones, elimina la responsabilidad de los municipios de reembolsar al Gobierno los cargos de PayGo incurridos en el AF 2020. En julio de 2019 la Junta de Supervisión radicó una demanda contra el Gobierno en la que solicitó que se ordenara la ejecución de la Ley 29-2019. El 22 de agosto de 2019, el Tribunal constituido conforme al Título III rechazó la moción del Gobierno en la que solicitaba que se desestimara la demanda de la Junta de Supervisión sobre dicho asunto.

▶ Ley 81-2019: entre otras acciones, dedica el 50% de los recaudos anticipados de la legalización de las apuestas en establecimientos físicos y en línea durante acontecimientos deportivos profesionales y universitarios, así como relativos a videojuegos y ligas de concursos deportivos de fantasía, al financiamiento de las pensiones (luego de financiar la comisión establecida por la Ley).

▶ La Resolución Conjunta 43-2019 (radicada como Resolución Conjunta de la Cámara 513): deposita $1,400 millones del Fondo General en un fideicomiso de pensiones relativo a los empleados del Gobierno para restablecer las aportaciones anteriores realizadas por funcionarios públicos a cuentas de retiro individuales conforme al programa híbrido de aportaciones definidas del Sistema 2000 vigente desde 2000 hasta 2017. La Junta de Supervisión se opone a la adopción de las medidas y manifiesta que "los artículos 4 y 202 de PROMESA lo impedirían, pues sería una violación de dichos artículos".[15]

---

[15]    Fuente: Carta de fecha 2 de julio de 2019 de Natalie Jaresko, Directora Ejecutiva de la Junta de Supervisión, al Gobernador en ese momento, Rosselló.

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



# Sección dos: Disposiciones de beneficios heredados y beneficios existentes

## 2.1    Fórmulas definidas de beneficios tradicionales heredados

Los Sistemas de retiro estaban estructurados inicialmente como planes de beneficios definidos (BD) tradicionales. Conforme al plan BD, una fórmula define el beneficio pagadero luego de retirarse, y el empleador asume la responsabilidad de garantizar el financiamiento adecuado para entregar los montos correspondientes a los beneficios. En Puerto Rico, las fórmulas BD estaban determinadas sobre la base de los años de servicio y los niveles de remuneración. Las fórmulas BD están disponibles a los miembros del sistema de la siguiente manera:

► En el caso del SRE, existe una fórmula BD para los miembros contratados antes del 1 de enero de 2000, y se aplican fórmulas diferentes al personal contratado antes del 1 de abril de 1990 (miembros conforme a la Ley 447) frente al personal contratado con posterioridad al 1 de abril de 1990 (miembros conforme a la Ley 1).

► Actualmente, los miembros del SRM contratados antes del 1 de agosto de 2014 acumulan beneficios conforme a una fórmula BD.

► Todos los miembros del SRJ sactualmente acumulan beneficios según una fórmula BD. Los miembros contratados el 1 de julio de 2014 o después de dicha fecha cuentan con una fórmula BD reducida. Los miembros del SRJ contratados después del 1 de julio de 2014 también acumulan beneficios en virtud de una cuenta híbrida separada.

## 2.2    Bonificaciones y otros pagos especiales

Las Leyes Especiales, que constituyen una serie de beneficios posteriores al empleo concedidos a los participantes en el SRE, el SRM y el SRJ a través de la legislación habilitante adoptada durante las legislaturas anteriores, proporcionan a los participantes beneficios de retiro incrementales más allá de aquellos beneficios concedidos conforme a las estructuras de beneficios originales. Parece ser que muchas Leyes Especiales han sido introducidas y aprobadas a lo largo de los años sin la puesta en marcha de unas fuentes de financiamiento viables a largo plazo. Las mejoras de los beneficios y los beneficios conforme a leyes especiales incluyen lo siguiente:

► Incrementos anteriores *ad hoc*: el legislativo incrementó periódicamente pensiones para algunos retirados

► Beneficios adicionales relativos a la pensión mínima: se trata de unos beneficios pagados a los participantes en el plan que complementan los beneficios principales de pensión que recibe el participante. Se pagan a los participantes en el SRE retirados antes del 1 de julio de 2013 y a los participantes en el SRM contratados antes del 1 de agosto de 2014

► Bonificaciones de Navidad: se paga una bonificación anual de $200 a cada retirado, beneficiario y miembro discapacitado en el caso de los miembros del SRE retirados antes del 1 de julio de 2013, y los miembros del SRM retirados antes del 1 de agosto de 2013, y de $600 a los retirados del SRJ contratados antes del 24 de diciembre de 2013

► Bonificaciones médicas: una bonificación anual de $100 para cada retirado, beneficiario y miembro discapacitado para cubrir costos relativos a la salud, pagada en julio, siempre que el miembro se haya retirado antes de determinadas fechas de retiro. No es necesario evidenciar la cubierta

► Bonificaciones de verano: los retirados del SRJ contratados antes del 24 de diciembre de 2013 reciben una bonificación anual de $100 que se paga en julio

► Ajustes por costo de vida (los "COLA", por sus siglas en inglés): el Legislativo incrementó periódicamente pensiones en un 3% para los miembros retirados y discapacitados. El primer incremento tuvo lugar en virtud de la Ley 10-1992. Los incrementos del 3% subsiguientes fueron concedidos cada tercer año desde 1992; el último incremento del 3% se produjo mediante la Ley 35 de 2007 para los participantes en el plan de beneficios definidos del SRE

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



► Aportaciones al plan de seguro médico: cubre el pago de hasta $100 al mes al plan de seguro médico elegible seleccionado por el miembro, siempre que el miembro se haya retirado antes del 1 de julio de 2013 en el caso de los participantes en el SRJ y el SRE, y antes del 1 de agosto de 2013 en el caso de los miembros del SRM.

► Beneficios por discapacidad para puestos de alto riesgo: policías, bomberos y otros empleados que ocupen puestos específicos de alto riesgo y que sufran una discapacidad en el ejercicio de sus labores debido a las causas especificadas en la Ley 127-1958 reciben el 80% (el 100% en el caso de los miembros conforme a la Ley 447) de la compensación a partir de la fecha de la discapacidad; dicho beneficio se paga como una anualidad

► Beneficios mínimos adicionales por fallecimiento: conforme a la Ley 160-2013 (SRM) y la Ley 12-1954 (SRJ), los beneficiarios de los participantes fallecidos contratados antes del 1 de agosto de 2014 tienen derecho a determinados pagos de beneficios que en ningún momento serán inferiores a los $1,000

Los beneficios de leyes especiales estaban estructurados para ser pagados en parte por los Sistemas de retiro y en parte por los empleadores del miembro. La parte correspondiente al empleador también se pagaba a través del fideicomiso de cada uno de los respectivos planes y se denominaban "Beneficios Administrados por el Sistema". Estaba previsto que el Fondo General o la corporación pública del municipio de sus exempleados consignaran en los fideicomisos dichos Beneficios Administrados por el Sistema. Sin embargo, las asignaciones no siempre eran suficientes para financiar los beneficios, por lo que se utilizaron activos del plan para financiar dichos beneficios especiales. Conforme a los informes actuariales más recientes, los Beneficios Administrados por el Sistema representan cerca de $3,700 millones en deuda total del SRE, del SRM y del SRJ.[16]

## 2.3   Programas de retiro anticipado y baja voluntaria

El Gobierno también adoptó varios programas de retiro anticipado para reducir el tamaño de la mano de obra gubernamental. Los efectos de varios programas de separación voluntaria (los "PSV") y de las ofertas de retiro anticipado afectan la previsión de las pensiones PayGo. En 2019, se ofrecieron tres PSV independientes que abarcaban a un total de 5,455 empleados que recibían $14.3 millones de pagos. Desde 1994, se han implementado más de 20 programas de retiro anticipado.[17]

Aunque dichas medidas redujeron los gastos de nómina, que representan una parte sustancial de los gastos gubernamentales, también en el caso del Fondo General, los programas de retiro anticipado también redujeron los recaudos de los Sistemas de retiro, puesto que redujeron las aportaciones de los empleados y de los empleadores. Además, los desembolsos resultantes de los beneficios de retiro por parte de los Sistemas de retiro desencadenados por dichos programas por lo general no se acompañaban por un financiamiento por adelantado ni por el reembolso oportuno por parte de los empleadores participantes, lo cual se traducía en un efecto de flujo de caja negativo. Dichos incrementos tampoco quedan reflejados en las estimaciones actuales de PayGo calculadas por los actuarios del sistema.

## 2.4   Cambios de expectativa de vida

Otro factor que contribuyó al deterioro de la situación de financiamiento del Sistema de retiro fue el incremento de la expectativa de vida promedio en Puerto Rico y en los Estados Unidos. Por lo general, los beneficios del Sistema de retiro son pagaderos durante la vida del pensionado y, en determinados casos, siguen pagándose a un supérstite luego del fallecimiento del pensionado. El incremento de la expectativa de vida causa que los pensionados retirados reciban beneficios durante más años de lo que estaba previsto.

[16]   "Informe de Valuación Actuarial". 30 de junio de 2016, Sistema de Retiro de la Rama Judicial de Puerto Rico; "Informe de Valuación Actuarial". 30 de junio de 2016, Sistema de Retiro para Maestros de Puerto Rico; "Informe de Valuación Actuarial". 30 de junio de 2016, Sistema de Retiro de los Empleados del Gobierno de Puerto Rico.

[17]   Exposición de motivos de la Ley 3-2017.

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



Al desarrollar las responsabilidades y las Aportaciones Anuales Necesarias (las "AAN") de los Sistemas de Retiro, los actuarios del sistema utilizaron un cuadro de mortalidad con las suposiciones relativas a las tasas de mortalidad por diferentes edades y por pensionados varones y mujeres. Las suposiciones se basan en los conocimientos sobre la población cubierta y en las tendencias industriales en cuanto a la mortalidad. Basado en el informe de valuación actuarial elaborado en 1965 para el SRE[18], la expectativa de vida en cobro de pensiones para una persona de 55 años en ese momento era de 22.6 años para varones y de 26.7 años para mujeres. En 2019, las suposiciones relativas a la mortalidad han mejorado al utilizar: i) los datos reales del sistema para determinar las tasas base de mortalidad, y ii) las expectativas en cuanto a las mejoras de la mortalidad futura que han sido incorporadas en base a unos estudios publicados por la Sociedad de Actuarios. El efecto resultante consiste en que el número previsto de años de pago se ha incrementado por el 35% en el caso de varones para situarse en los 30.6 años, y por el 30% en el caso de mujeres para situarse en los 33.4 años.

## 2.5   Cuentas híbridas

Como se señaló anteriormente, cada sistema proporciona diferentes tipos de beneficios en función de la fecha de contratación de cada miembro. Históricamente, los sistemas de pensiones han exigido realizar aportaciones de los participantes, independientemente de la fórmula de beneficios en vigor.

Debido a un incremento continuo de la deuda no financiada, la estructura inicial de beneficios definidos se cerró a nuevos miembros del plan que se afiliaran al SRE en o antes del 1 de enero de 2000. Con el fin de proporcionar una alternativa de retiro, la estructura de beneficios de pensiones sufrió modificaciones adicionales mediante la Ley 305 de 1999 para habilitar un programa de balance en efectivo, similar al plan de balance en efectivo, que se financiaría exclusivamente mediante las aportaciones de los empleados participantes. Dicho Programa de Cuentas de Ahorro para el Retiro ("Sistema 2000") se creó para proporcionar beneficios financiados por los empleados y administrados por el SRE.

Conforme al Sistema 2000, las aportaciones de los empleadores se fijaron en el 9.275% para los participantes en el Sistema 2000 y se utilizaban para financiar la deuda actuarial acumulada del SRE. Además, de acuerdo con el Sistema 2000 los beneficios por discapacidad se proporcionaban a través de un programa de seguro privado a largo plazo para discapacitados a aquellos miembros del plan que optaban voluntariamente por afiliarse en tal programa.

En el caso de los empleados del SRE contratados en o antes del 1 de enero de 2000, las aportaciones obligatorias de los participantes se remitían a una cuenta "híbrida" o a una cuenta nocional de retiro, en la que se abonaban los intereses nocionales devengados, y que tras el retiro se convertirían en una anualidad vitalicia. Además, los participantes conforme a la Ley 447 de 1951 y la Ley 1 de 1990 tuvieron sus beneficios reemplazados con dicha estructura efectiva a partir del 1 de julio de 2013 en adelante en relación con la congelación de sus acumulaciones de beneficios conforme a las tradicionales fórmulas BD heredadas. La Ley 3 de 2013 también modificó la ley del SRE para crear un Programa Híbrido de Aportaciones Definidas (en adelante, el "Programa Híbrido") a través del cual se crearon cuentas de aportaciones individuales para la totalidad de los participantes activos afiliados al SRE. De conformidad con las modificaciones de 2013, en el caso de los empleados que participan en el Programa de Ahorros (los "Participantes en el Sistema 2000"), estaba previsto que los fondos asignados a las cuentas de ahorro fueran transferidos a las cuentas de aportaciones relativas al Programa Híbrido. En la práctica, gran parte de las aportaciones de los empleados se utilizaron para pagar beneficios a los pensionados actuales en lugar de reservarse para futuros retirados.

Otras características del Sistema 2000 consisten en lo siguiente:

▶   Ausencia de igualación o de aportación por parte del empleador;
▶   Las cuentas de aportación no fueron segregadas, puesto que estaba previsto que las cuentas fueran nocionales;
▶   En la mayoría de los casos, los participantes no reunían los requisitos para recibir fondos en un formato de pago único; y
▶   Los participantes recibían estados trimestrales que mostraban su saldo nocional.

---

[18]   Basado en la interpolación de las tasas de mortalidad en relación con las edades de muestra en el Informe de Cálculo Actuarial para el año fiscal que finalizó el 30 de junio de 1965, sin ninguna previsión de mejoras de la mortalidad.

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente las de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



ANÁLISIS DE PENSIONES DE PUERTO RICO en virtud de PROMESA, art. 211                                      Página 10

Basado en los datos de los Sistemas de retiro, el valor acumulado de las cuentas híbridas del SRE a 30 de junio de 2018, incluidos créditos de interés, era aproximadamente de $2,300 millones, como se muestra abajo (*Anexo 4*).

ANEXO 4: CUENTAS HÍBRIDAS DEL SRE A 30 DE JUNIO DE 2018 (EN MILES DE $)

|  | Aportaciones de los empleados | Interés nocional acumulado | Total |
|---|---|---|---|
| Ley 447 | $212,010 | 14,749 | $226,759 |
| Ley 1 | 493,784 | 34,818 | 528,602 |
| Sistema 2000 | 1,308,893 | 180,499 | 1,489,392 |
| Ley 3 | 48,689 | 2,097 | 50,786 |
| Total | $2,063,376 | $232,163 | $2,295,539 |

Tras la adopción de la Ley 3, el SRE estableció que los créditos de interés nocional en las cuentas híbridas se definirían como el 80% de la tasa anual de retorno sobre el fideicomiso de pensiones. Con el establecimiento del sistema PayGo en virtud de la Ley 106 y la liquidación de los activos del plan, los intereses no se han abonado a las cuentas híbridas desde el 1 de julio de 2017.

Para los participantes en el SRM también se habilitó una estructura basada en cuentas nocionales. La habilitó la Ley 160. Sin embargo, el 11 de abril de 2014 el Tribunal Supremo de Puerto Rico anuló los artículos de la Ley 160 que modificaron los beneficios de pensiones de los maestros activos que eran participantes en el SRM en ese momento, alegando que los motivos ofrecidos por el ELA no demostraban que las modificaciones mantendrían la solvencia del SRM. En consecuencia, el SRM administraba dos estructuras de beneficios: i) un plan contributivo y de beneficios definidos, para los participantes activos contratados en o antes del 31 de julio de 2014, y ii) un plan contributivo híbrido para los participantes contratados en o antes del 1 de agosto de 2014.

En diciembre de 2013, el ELA también adoptó la Ley 162 a modo de una reforma integral del SRJ. La Ley 162-2013 pretendía establecer un nuevo sistema híbrido de retiro para los jueces nombrados a partir del 1 de julio de 2014, que incluía tanto el componente de beneficios definidos como el de aportaciones definidas. El 21 de febrero de 2014, el Tribunal Supremo de Puerto Rico confirmó la constitucionalidad de la Ley 162, únicamente en relación con los jueces nombrados el 24 de diciembre de 2013 o después, fecha de adopción de la referida Ley. En consecuencia, los jueces nombrados antes de la adopción de la Ley 162 siguen disfrutando de sus beneficios de retiro anteriores.

En el caso de los jueces nombrados en el momento de la aprobación de la Ley 162 o con posterioridad a dicha fecha, el Tribunal Supremo de Puerto Rico interpretó que la Ley 162 creaba dos regímenes de beneficios; uno para los jueces nombrados entre el 24 de diciembre de 2013 y el 30 de junio de 2014, a los que se aplicaría el régimen modificado de beneficios, y otro para los jueces nombrados el 1 de julio de 2014 o con posterioridad a dicha fecha, a los que serían de aplicación la totalidad de las disposiciones de la Ley 162. En el caso de todos los participantes existentes que se unieron al SRJ entre el 24 de diciembre de 2013 y el 30 de junio de 2014, el plan de beneficios definidos siguió existiendo, pero con un máximo de pensión del 60% del salario. Para la totalidad de los nuevos participantes que se unieron al SRJ a partir del 1 de julio de 2014, se adoptó un nuevo plan híbrido. Los participantes en el SRJ contratados a partir del 1 de julio de 2014 también tienen sus aportaciones que son objeto de seguimiento en las cuentas nocionales, aunque incluso el personal contratado a partir de 2014 también cobra beneficios conforme a una fórmula de beneficios definidos. Aproximadamente 50 nuevos jueces fueron contratados entre el 1 de julio de 2014 y el 1 de julio de 2016, lo cual se tradujo en unas aportaciones acumuladas de los empleados vinculadas con las cuentas híbridas de aproximadamente $700,000.

El uso de las cuentas nocionales en relación con las cuales se hace seguimiento del interés nocional no constituye una estructura de beneficios poco común. Sin embargo, el hecho de que dichas cuentas eran nocionales y que no eran efectivamente objeto de seguimiento no ha sido asimilado de manera adecuada por los participantes en el plan. La constante disminución de los activos del plan, como se muestra con detalle en la sección 3, resultó en que el Sistema de retiro utilizara aportaciones realizadas por los empleados que participaban conforme a la estructura de cuentas nocionales para pagar beneficios adeudados de manera inmediata en lugar de invertirlos en cuentas de beneficios por cobrar en relación con dichos empleados en el futuro.

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



ANÁLISIS DE PENSIONES DE PUERTO RICO en virtud de PROMESA, art. 211                    Página 11

A continuación se muestra un resumen de la situación de dichas cuentas nocionales:

► Cuentas nocionales relativas al Sistema 2000 y la Ley 3-2013: el valor de las referidas cuentas nocionales sigue siendo objeto de seguimiento por parte del SRE. Como se define en la sección 3.5, como parte del Acuerdo de Apoyo al Plan ("AAP") con la Federación Estadounidense de los Empleados Estatales, Contales y Municipales ("AFSCME"), el valor de dichas cuentas, sin incluir intereses, se transferirá a las cuentas AD y no será objeto de recortes. El valor de las cuentas en relación con los participantes de pleno derecho conforme a la Ley 3-2013 no será objeto de recortes.

► Cuentas nocionales relativas a la Ley 447-1951 y la Ley 1-1990 del SRE: según se identifica en el AAP con la AFSCME, los beneficios vinculados con las aportaciones de los empleados posteriores al 1 de julio de 2013 en el caso de los participantes conforme a la Ley 447 y la Ley 1 se mantendrán en el sistema PayGo, pero no serán objeto de recortes.

► Cuentas nocionales relativas a los miembros del SRM contratados a partir del 1 de agosto de 2014: en vigor a partir del 1 de julio de 2017, en relación con la Ley 106, el valor de dichas cuentas nocionales se transferiría a cuentas de aportaciones definidas. En consecuencia, el sistema del SRM no tiene ninguna obligación vinculada con dichos beneficios híbridos. Los costos de PayGo descritos en la sección 3.5 y la sección 3.6 el presente Informe reflejan la segregación de dichas cuentas híbridas del SRM, por lo que no incluyen el valor anualizado de las referidas cuentas híbridas en las previsiones de PayGo.

► Cuentas nocionales relativas a los miembros del SRJ: el valor de dichas cuentas nocionales sigue siendo objeto de seguimiento por parte del SRJ. El interés nocional no se ha aplicado desde la adopción de la Ley 106.
Basado en las disposiciones del plan actual, cuando las personas con dichos saldos nocionales se retiren, el SRJ pagará una anualidad calculada sobre la base del monto de las aportaciones realizadas al plan por cada una de las personas.

## 2.6   Impactos de la Ley 3-2013 y la Ley 106-2017

Los miembros conforme a la Ley 447, la Ley 1 y el Sistema 2000, siendo cada uno de los grupos más joven que el anterior, se vieron afectados de forma diferente por las modificaciones de la Ley 3 y la Ley 106. El anexo que figura abajo muestra el impacto de esas dos leyes sobre un participante *promedio* en dichas tres poblaciones base de participantes en pensiones (*Anexo 5*). Véase el Anexo F para obtener información detallada sobre las suposiciones y las disposiciones del plan utilizadas para elaborar dichas ilustraciones.

ANEXO 5: MUESTRA DE REDUCCIONES DE BENEFICIOS DE LOS PARTICIPANTES DEBIDO A LA LEY 3 Y LA LEY 106



La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



## *Muestra de miembros según la Ley 447*

Las pérdidas más importantes sufridas por dicha muestra de participantes incluyen:

► La Ley 3 retrasó la edad de retiro a 61 años, lo cual postergó la fecha en la que los participantes podían empezar a cobrar los beneficios de pensiones.

► La congelación de las acumulaciones de pensiones conforme a la Ley 3 impidió que los participantes pasaran a cobrar una pensión por méritos mejorada que estaba disponible para los participantes antes de la Ley 3 con 30 años de servicio (la mejora anterior a la Ley 3 se puede apreciar por el gran incremento de los niveles de beneficio entre 2015 y 2016 en las columnas gris claro).

► Los pagos de bonificaciones fueron eliminados en el caso de aquellos que no estuvieran retirados cuando entró en vigor la Ley 3.

► Las únicas acumulaciones después de la Ley 3 están vinculadas con las cuentas nocionales anualizadas, que se congelaron como consecuencia de la Ley 106. La falta de acumulaciones y de intereses en las cuentas nocionales a partir de 2017 se muestra con las columnas amarillas después de la Ley 3.

► Las reducciones adicionales, como la eliminación de los beneficios gratuitos para supérstites, no están reflejadas en las estimaciones anuales calculadas que se muestran arriba, pero se describen en los impactos demográficos y jurídicos más adelante.

El beneficio de pensiones anual relativo a 61 años en el caso de dicha muestra de participantes de $26,830 se redujo efectivamente por un 42% como consecuencia de la congelación conforme a la Ley 3. La Ley 106 eliminó el beneficio de interés nocional de las cuentas híbridas, reduciendo así el beneficio anual hasta $14,829 que supuso una reducción acumulada del 44%.

## *Muestra de miembros según la Ley 1*

Las pérdidas más importantes sufridas por dicha muestra de participantes incluyen:

► La Ley 1 proporcionó las opciones de retiro anticipado a un nivel actuarialmente equivalente al nivel normal de retiro. La Ley 3 retrasó la elegibilidad de inicio de retiro hasta la edad de 65 años, eliminando así la posibilidad de que los miembros tuvieran la opción de retirarse a una edad más temprana.

► Los pagos de bonificaciones fueron eliminados en el caso de aquellos que no estuvieran retirados cuando entró en vigor la Ley 3.

► Las únicas acumulaciones después de la Ley 3 están vinculadas con las cuentas nocionales anualizadas, que se congelaron como consecuencia de la congelación conforme a la Ley 106. La falta de acumulaciones y de intereses en las cuentas nocionales a partir de 2017 se muestra con las columnas amarillas después de la Ley 3.

El beneficio de pensiones anual relativo a 65 años en el caso de dicha muestra de participantes de $18,898 se redujo efectivamente por un 31% como consecuencia de la congelación conforme a la Ley 3. La Ley 106 eliminó el beneficio de interés nocional de las cuentas híbridas, reduciendo así el beneficio anual hasta $8,868 que supuso una reducción acumulada del 53%.

## *Muestra de miembros según el Sistema 2000*

Las pérdidas más importantes sufridas por dicha muestra de participantes incluyen:

► La edad de retiro para miembros del Sistema 2000 fue retrasada (la edad de 65 años en el caso de este participante), eliminando así la posibilidad de retirarse a una edad más temprana.

► Los pagos de bonificaciones fueron eliminados en el caso de aquellos que no estuvieran retirados cuando entró en vigor la Ley 3.

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente las de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



► Puesto que los beneficios conforme al Sistema 2000 se basaban en las cuentas nocionales anualizadas y los participantes son relativamente más jóvenes (y habrían previsto acumulaciones en las cuentas durante muchos años), la congelación de dichas cuentas como consecuencia de la Ley 106 se traduce en una reducción importante de los beneficios pagaderos por el plan de pensiones. La eliminación de dichas acumulaciones de beneficios a partir de 2017 se muestra mediante las columnas amarillas después de la Ley 3.

El beneficio de pensión anual relativo a la edad de 65 años en el caso de esta muestra de participantes de $13,214 se redujo efectivamente por un 15% como consecuencia de la eliminación de bonificaciones conforme a la Ley 3. La falta de acumulaciones y de intereses en las cuentas nocionales durante más de dos decenios tras la Ley 106 redujo el beneficio anual a los $2,322 que supuso una reducción acumulada del 82%.

## 2.7    Cuentas de aportaciones definidas

En relación con la creación del sistema PayGo en virtud de la Ley 106, se establecerían nuevas cuentas AD para todos los trabajadores activos que en ese momento no acumularan una pensión conforme a una fórmula de beneficios definidos. La Ley 106 exige que las deducciones obligatorias del salario cobradas a los empleados individuales que participan en su nuevo plan de retiro AD se retengan en las cuentas de retiro de nueva creación segregadas y controladas por el empleado. Además, como se señaló anteriormente, la Ley 106 especifica que los saldos de las cuentas híbridas en relación con los miembros del SRM se transfieran a las nuevas cuentas AD.

Los participantes que sigan acumulando beneficios conforme al SRM y el SRJ tienen la opción de participar en los nuevos planes AD si realizan aportaciones a dichos planes además de las contribuciones de miembros debidos a sus planes BD. El Plan Fiscal certificado refleja una congelación de futuras acumulaciones conforme a dichos sistemas efectiva a partir del 1 de enero de 2020 y supone que se crearán en el futuro unas cuentas AD para todos los miembros de los referidos sistemas.

En julio de 2019, tras seguir un proceso de petición de ofertas, Alight Solutions Caribe Inc. fue seleccionada para ejercer de administrador del plan en el caso de los planes AD del Gobierno. El administrador del plan se encarga de la implementación, la administración y la gestión del plan de pensiones AD. Gavion, LLC fue seleccionada como asesor de inversiones encargado de gestionar las alternativas de inversiones para los participantes en los planes AD.[19] Gavion es el actual asesor de inversiones del SRE y del SRJ. Además, el Gobierno eligió a Banco Popular como fideicomisario del fideicomiso AD y al Bank of New York Mellon como custodio de los activos de las cuentas AD individuales en el marco de dicho fideicomiso. La Junta de Retiro tiene previsto afiliar a la totalidad de los exparticipantes activos del SRE a los planes AD durante el período que empieza el 30 de septiembre de 2019 y finaliza el 14 de octubre de 2019. Una vez cerrado el período de afiliación, la Junta de Retiro tiene previsto transferir los saldos de ambos Fideicomisos Provisionales al nuevo fideicomiso AD que engloba las cuentas AD individuales.

## 2.8    Falta de ajustes por costo de vida (los "COLA", por sus siglas en inglés")

La mayoría de los retirados no han recibido los COLA desde 2007. Basado en las suposiciones y metodologías actuariales, se espera, dentro de lo razonable, que un pensionado viva aproximadamente 30 años tras el retiro. En consecuencia, sin los COLA el pensionado que se retiró en 2007 ha sufrido efectivamente una reducción del 19% en su poder adquisitivo hasta 2019. En 2037 (30 años de luego del retiro), los retirados habrán sufrido una reducción acumulada del 39% en su poder adquisitivo (como se muestra en el *Anexo 6*). En consecuencia, la ausencia de los COLA podría considerarse efectivamente otra forma de reducción de beneficios de pensiones.



[19]   El 1 de julio de 2019, CBIZ, Inc. (NYSE: CBIZ) adquirió esencialmente la totalidad de los activos de Gavion, LLC.

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



ANÁLISIS DE PENSIONES DE PUERTO RICO en virtud de PROMESA, art. 211                    Página 14

ANEXO 6: PODER ADQUISITIVO CON $100 (AF 2007 - AF 2037)



Nota: La inflación entre 2019 y 2037 corresponde con la inflación prevista en el Plan Fiscal certificado.

## 2.9  Préstamos a participantes

En 1956, Luis Muñoz Marín, el primer gobernador electo de Puerto Rico, adoptó una ley que instauró préstamos para excursiones culturales dirigidos a pensionados. Puerto Rico atravesaba "una etapa de rápido desarrollo social, económico y político", decía la ley, y debería tener por objetivo que "el máximo número posible de puertorriqueños viajen a países extranjeros". Desde ese momento, los participantes en los Sistemas de retiro podían contraer préstamos contra el saldo de sus aportaciones de miembros acumuladas a los Sistemas de retiro. Aunque algunos préstamos concedidos eran préstamos hipotecarios a largo plazo, la mayoría de ellos constituían préstamos personales y culturales.

Históricamente, el monto máximo que se podía conceder en préstamo a los miembros del plan en concepto de préstamos hipotecarios era de $100,000 y de $5,000 en el caso de un préstamo personal o de un préstamo para un viaje cultural. En 2007, el SRE incrementó él límite máximo de préstamos personales de $5,000 a $15,000. Esto se tradujo en una salida importante de fondos en efectivo de los Sistemas de retiro. En 2011, dicho límite máximo se retrotrajo a los $5,000. La Ley 106 paralizó la concesión de todos los préstamos futuros conforme a dichos programas. La cartera de préstamos alcanzó su punto álgido en 2011 y a partir de ese momento ha estado en liquidación, como se muestra abajo (*Anexo 7*).

ANEXO 7: PRÉSTAMOS DEL SRE PENDIENTES, AF 2000-3er trimestre de 2019 (MIL MILLONES DE $)



Dichos préstamos constituyen activos de los respectivos planes (que conforme a la Ley 106 se pagarán en las cuentas PayGo). Se trata de activos no líquidos que quedan sujetos a la eficacia de las funciones de servicio, crédito y cobro llevadas a cabo en los Sistemas de retiro. Estos préstamos constituyen una parte significativa de los activos restantes del plan, según se muestra abajo (*Anexo 8*).

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.

EY

ANEXO 8: PRÉSTAMOS COMO PORCENTAJE DE LOS ACTIVOS DEL PLAN (EN MILLONES DE $)

| En millones de $ | SRE[20] | SRM[19] | SRJ[19] | % del total |
|---|---|---|---|---|
| Préstamos a participantes | $380,0 | $198,5 | $0,4 | 73,4% |
| Efectivo y equivalentes | 0,0 | 129,0 | 0,0 | 16,4% |
| Inversiones alternativas | 78,8 | 2,2 | 0,0 | 10,3% |
| Total de activos del plan | $458,8 | $329,7 | $0,4 | 100,0% |

Los reembolsos de los préstamos se tenían que realizar mediante las deducciones de la nómina, la deducción de los pagos de beneficios (limitada al 33% del beneficio bruto), o el incremento obligatorio de la aportación de pensiones del empleado. En el caso del fallecimiento del prestatario antes de que se produjera el pleno repago de su préstamo, existía un riesgo de que el beneficio de pensiones del supérstite se perdiera. Para proteger los Sistemas de retiro y los beneficios del supérstite, determinados préstamos conllevaban la contratación de un seguro voluntario u obligatorio de hasta el 0.25% anual del saldo del préstamo.

En 2013 y 2014, el SRE vendió a dos instituciones financieras préstamos con un total de $88 millones y $100 millones. Dichos préstamos se vendieron por su valor nominal y el SRE ganó un 2% de cargo de servicio.

## 2.10  Acceso a Seguro Social

El Seguro Social es obligatorio en el caso de los empleados del Gobierno estatal y local, salvo que:

i)      Dichos empleados sean miembros de un sistema de retiro público calificado, o
ii)     Estén cubiertos en virtud de un Acuerdo relativo al artículo 218

En Puerto Rico, los maestros y los jueces en la actualidad se encuentran exentos del Seguro Social gracias al acuerdo relativo al artículo 218 entre Puerto Rico y la Administración del Seguro Social, que no cubría a los empleados con un plan de retiro alternativo calificado relativo a la FICA cuando el Seguro Social se extendió inicialmente a los empleados del Gobierno de Puerto Rico el 1 de julio de 1952. Los maestros y los jueces tampoco son elegibles para recibir los beneficios del Seguro Social, salvo que tengan diez años de antigüedad laboral en un puesto con otro empleador que esté cubierto por el Seguro Social.[21]

El Plan Fiscal certificado incluye la inscripción de todos los agentes de policía al Seguro Social el 1 de julio de 2019 y la de los maestros y los jueces menores de 45 años a partir del 1 de enero de 2020. Actualmente, el Gobierno no ha hecho pública la adopción de ninguna medida que convirtiera a los maestros y a los jueces en elegibles para el Seguro Social.

Hasta hace poco, los agentes de policía que participaban en el SRE tampoco realizaban aportaciones al Seguro Social. Sin embargo, el 19 de julio de 2019 el entonces gobernador Rosselló adoptó la Ley 71 de 2019 que redujo las aportaciones obligatorias de retiro de los empleados en el caso de los agentes de policía del 8.5% al 2.3%. La adopción de la Ley 71-2019 descalificó a los agentes de policía de tener un plan de retiro de reemplazo calificado conforme a la FICA en virtud de la legislación federal, que constituía la base para que pudieran excluirse de realizar aportaciones al Seguro Social.

El Negociado de la Policía de Puerto Rico ("NPPR") ha iniciado un proceso para que los agentes de policía con menos de diez años hasta el retiro puedan elegir si se afilian o no se afilian al seguro social. El NPPR envió notificaciones de inscripción a 5,284 agentes de policía, de los cuales 4,005 se inscribieron, 342 no se inscribieron y 937 no contestaron. Las determinaciones definitivas relativas a la afiliación de dicho colectivo continúan procesándose.

---

20   Informe Trimestral de Activos del SRE a 31/03/2019; Informe Trimestral de Activos del SRM a 30/06/2019; Informe Trimestral de Activos del SRJ a 30/06/2019.

21   Los empleados deben obtener 40 créditos según la tasa de $1,360 por crédito, hasta un máximo de 4 créditos al año. De forma convencional, esto equivale a diez años de pago de impuestos de seguro social. "Beneficios de Retiro de 2019", Administración del Seguro Social, Publicación 05-10035, https://www.ssa.aov/pubs/EN-05-10035.pdf

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



En consecuencia, salvo que un agente de la Policía reciba una exención, en adelante todos los agentes de policía tendrán que empezar a contribuir al Seguro Social. Después de diez años de aportaciones, dichos agentes de policía tendrán derecho a los beneficios del Seguro Social de conformidad con la legislación federal.

Además de la aportación al Seguro Social por parte de los empleados, los empleadores también tienen la obligación de aportar el 6.2% de la remuneración del empleado. El presupuesto certificado correspondiente al año fiscal 2020 incluye una asignación para cubrir la aportación al Seguro Social del empleador en el caso de los agentes de policía efectiva a partir del 1 de julio de 2019, y en el caso de los miembros activos del SRM y del SRJ efectiva desde el 1 de enero de 2020. Dicho importe equivale a $46.7 millones en el AF 2020, que incluye $13.1 millones para el SRM y el SRJ y $33.6 millones para la Policía.

De forma separada, el Gobierno adoptó recientemente una norma, la Ley 74-2019. que permite que los agentes de policía soliciten una extensión de la edad obligatoria de retiro de 58 años a 62 años en el caso de los agentes de policía con 30 años de servicio. Una de las consecuencias de dicha ley es que los agentes de policía podrían tener trimestres adicionales de empleo para realizar aportaciones al Seguro Social si se aprueba el retraso en el retiro.

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



# Sección tres: Estrategia histórica de financiamiento y pronóstico actuarial a 30 años

## 3.1    Prácticas históricas de financiamiento

El PPCC insta a todos los sistemas públicos de retiro, y los gobiernos estatales y locales que los patrocinan, a que cumplan ciertas normas mínimas relativas a la gestión, la administración y el financiamiento del sistema público de retiro. Las normas de financiamiento consisten en cumplir uno o varios de los siguientes criterios:

▶   Una ratio financiada del 100%;

▶   Las tasas de aportación son equivalentes o superiores al 100% de la aportación actuarialmente definida ("AAD") (y denominada, en otros contextos, la Aportación Actuarialmente Necesaria o la "AAN")); o

▶   Un organismo gubernamental aprobó un plan para conseguir uno o ambos de dichos criterios en un plazo de 5 años.

Estas normas no se han cumplido en el caso de los Sistemas de retiro. En consecuencia, a lo lago de los años las posiciones financiadas del plan han ido decreciendo.

Las páginas a continuación contienen un resumen de la posición financiada de los Sistemas de retiro, basada en la información más reciente revelada en relación con un año determinado, así como las suposiciones y los métodos elegidos por los actuarios del sistema en ese momento.

Las Normas de Práctica Actuarial describen una aportación anual recomendada de los empleadores al fondo sobre una base actuarial razonable que, de pagarse, se traduce en un pleno financiamiento del plan. Realizar aportaciones de los empleadores de manera continua, calculadas por el actuario, marca una trayectoria del plan de tal manera que conduce al pleno financiamiento de manera sostenible. Estar plenamente (o al 100%) financiado quiere decir que si las suposiciones actuariales se cumplen, los activos se ciñen a su objetivo en cuanto al cumplimiento de las obligaciones relativas a pensiones sobre la base de la política actuarial de financiamiento. Sin embargo, la AAN no ha recibido aportaciones para los planes del ELA.

El financiamiento del SRE, del SRM y del SRJ estaba impulsado principalmente por los requisitos legales que consistían en una combinación de aportaciones de los miembros y los empleadores de los sistemas. Dichas contribuciones estaban estructuradas principalmente como un porcentaje de la nómina y que estaba previsto que se incrementaran en los años venideros tras la adopción de la Ley 3-2013 (SRE), la Ley 160-2013 (SRM) y la Ley 162-2013 (SRJ). En el año fiscal 2017, las aportaciones de los empleadores tenían que ser por ley del 15.525%, del 14.75% y del 30.34% en el caso del SRE, del SRM y del SRJ, respectivamente. Históricamente, los empleadores patrocinadores han cumplido generalmente con los requisitos de financiamiento de referencia.

No obstante, tan temprano como en 2007, los actuarios del sistema habían expresado sus puntos de vista de que los requisitos legales de aportaciones no eran suficientes para satisfacer las necesidades futuras del plan. Por ejemplo, en la página 6 del informe de valuación actuarial relativo al SRE, de fecha 30 de junio de 2007, se indica lo siguiente:

> *"Basado en los actuales requisitos legales aplicables a los miembros y a los empleadores, se prevé que la Deuda Actuarial Acumulada no Financiada ("UAAL", por sus siglas en inglés) crezca indefinidamente en el futuro en lugar de ir amortizándose. Efectivamente, esto quiere decir que las aportaciones legales, aplicables a los miembros y a los empleadores, realizadas al Sistema de Retiro de los Empleados del Gobierno de Puerto Rico (SREGPR) no son adecuadas para financiar los Beneficios Básicos del Sistema del SREGPR. De modo que el SREGPR no recibe suficiente financiamiento. En consecuencia, las futuras aportaciones programadas, que equivalen a los requisitos legales de financiamiento, no serán adecuadas para acumular activos suficientes y así realizar los pagos de futuros beneficios cuando estos sean pagaderos".*

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



En la página 8 de ese mismo informe se señala lo siguiente:

"*Recomendamos que los requisitos legales de financiamiento se eleven significativamente más allá del reciente incremento de la tasa de aportación de los empleadores, hasta el 9.725% a la luz de lo siguiente:*

► *Los flujos de caja netos negativos previstos;*
► *La caída de la previsión de la situación de financiamiento;*
► *La Aportación Anual Necesaria basada en las Declaraciones de GASB 25 y 27.*"

Se indicaron recomendaciones similares en los años subsiguientes, incluido el informe de valuación de 2009 que realizó una recomendación teniendo en consideración "*Los flujos de caja netos negativos previstos, que se espera que en 2014 agoten los activos netos del Sistema (siempre que se cumpla el retorno sobre inversiones relativo a la suposición del 7.5%)*".

A medida que pasaba el tiempo, se iba adoptando la legislación para incrementar los niveles de financiamiento. Sin embargo, dicha legislación no aumentó los requisitos legales de financiamiento para equipararlos con la aportación actuarial anual necesaria, por lo que no evitó la constante salida de los activos del plan. Además, dichos requisitos de financiamiento adicionales no siempre se cumplieron, como se muestra en los anexos que figuran más adelante.

Durante el año fiscal 2010-2011, se adoptó la Ley 116-2011 que aumentó las aportaciones de los empleadores desde el 9.275% de la remuneración hasta el 10.275% de la remuneración a partir del 1 de julio de 2011. Para los próximos cuatro años fiscales, las aportaciones necesarias de los empleadores se incrementarían anualmente por un 1% de la remuneración. Para los próximos cuatro años fiscales, las aportaciones necesarias de los empleadores se incrementarían anualmente por un 1.25% de la remuneración, alcanzando así una tasa final de aportaciones del 20.525% a partir del 1 de julio de 2020 (artículo 2-116 en su versión modificada por la Ley 11 de 2011 y la Ley 3 de 2013).

Desde el 1 de julio de 2013, los activos del sistema recibirían una aportación complementaria de $2,000 para el pago de unos beneficios especiales por parte de los empleadores todos los años fiscales para cada pensionado (incluidos supérstites que reciban beneficios) que estuviera beneficiándose anteriormente como miembro conforme a la Ley 447 o la Ley 1 mientras se mantuviera como empleado activo. Dicha aportación complementaria se pagaría del Fondo General en el caso de los exempleados del Gobierno, o por la corporación pública o el municipio en el caso de sus exempleados (Ley 3 de 2013).

Del mismo modo, la Ley 160-2013 introdujo aportaciones complementarias de $1,675 en el caso del SRM para el pago de beneficios especiales por pensionado (incluidos supérstites) jubilados antes del 1 de agosto de 2014. El excedente de las aportaciones complementarias sobre los Beneficios Administrados por el Sistema se mantendría en el sistema para ayudar a pagar la deuda no financiada.

En 2013, se implementaron cambios importantes en cuanto al financiamiento de las pensiones. Además de modificar beneficios, la referida legislación creó una "Aportación Uniforme Adicional" (la "AUA") en el caso del SRE, de $120 millones, determinada anualmente por el actuario como el monto necesario para evitar que los activos del fondo caigan por debajo de los $1,000 millones. Los cálculos preliminares mostraron que dicha AUA se incrementaría para alcanzar los $600 millones al año. Sin embargo, dicho financiamiento complementario necesario nunca se implementó de forma completa. La mayoría de los empleadores no pagaron la AUA. A 30 de junio de 2016, había $180 millones adeudados e inmediatamente pagaderos en concepto de Contribuciones Uniformes Adicionales por parte de los empleadores seleccionados. La Ley 106 rescindió el requisito de que la AUA se pagara en el fideicomiso insolvente del SRE, pues la creación de un plan prefinanciado ya no era factible, dado el agotamiento completo de los activos del plan.

Se adoptó un enfoque similar en el caso del SRM ("Aportación Anual Adicional") basado en un límite mínimo de $300 millones, y del SRJ (con un límite mínimo de $20 millones). En el caso del SRJ, a 30 de junio de 2017, el pago adeudado en concepto de aportaciones impagadas era de $23.7 millones. Dichos cálculos de aportaciones complementarias relativas al SRM iban a iniciarse antes del comienzo del años fiscal de 2018-2019, pero fueron eliminados junto con la conversión a PayGo.

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



A continuación se muestra el cronograma que destaca los principales momentos de financiamiento en toda la historia de los Sistemas de retiro (*Anexo 9*). En el Apéndice G se muestra un cronograma más detallado de dichos momentos en relación con el SRE y el SRM.

ANEXO 9: CRONOGRAMA DE PRINCIPALES MOMENTOS DE FINANCIAMIENTO



El que las aportaciones de los empleadores y de los empleados activos no alcanzaran la AAN en el caso de cada plan constituyó un factor que afectó al rápido agotamiento de los activos de pensiones, lo cual dejó el Sistema de retiro esencialmente falto de financiamiento. La situación de financiamiento del SRE y del SRM desde el EF 2000 se muestra abajo (*Anexo 10*).

ANEXO 10: SALDO DE ACTIVOS NETOS (EN MILES DE $) DEL SRE Y DEL SRM, Y TASA DE FINANCIAMIENTO (EN MIL MILLONES DE $)



The Pew Charitable Trusts analizó la falta de financiamiento de las pensiones estatales correspondiente al año fiscal de 2017, el año más reciente en relación con el cual se disponía de datos completos en el caso de los 50 estados. El análisis realizado por Pew concluyó que muchos sistemas de retiro estatales han adoptado un rumbo insostenible, se han quedado por debajo de sus objetivos de inversiones y no han podido destinar fondos suficientes para financiar las promesas de pensiones realizadas a los empleados públicos. Aunque las aportaciones de los contribuyentes se han duplicado a lo largo de la última década en términos relativos con respecto a los recaudos estatales, el total se quedó por debajo de lo que se necesita para mejorar la situación de financiamiento. Cuando comparamos los Sistemas de retiro con otros sistemas de retiro estatales, vemos lo mal que se están financiando los Sistemas de retiro. Como se muestra abajo, los Sistemas de retiro se quedan muy por debajo de Kentucky, que en 2017 tuvo la tasa más baja de financiamiento de los 50 estados (*Anexo 11*).

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



ANÁLISIS DE PENSIONES DE PUERTO RICO en virtud de PROMESA, art. 211                                Página 20

ANEXO 11: COMPARATIVA DE RATIOS DE FINANCIAMIENTO DE PENSIONES ESTATALES[22]



## 3.2   Aportaciones históricas de los empleadores

Históricamente, la aportación anual actuarialmente necesaria fue mayor que las aportaciones legalmente exigidas y las aportaciones de los empleadores efectivamente realizadas. Aunque a lo largo del tiempo se adoptaron varias medidas para mejorar la situación de financiamiento de los Sistemas de retiro, ninguna de las recomendaciones de mejores prácticas propuestas por PPCC fueron implementadas. Los déficits financieros y operativos condujeron directamente al agotamiento de los activos del fondo hasta el punto de que seguir el itinerario de la AAN no constituía un modelo viable.

Los resúmenes de los montos históricos legalmente exigidos, de la aportación anual actuarialmente requerida y de las aportaciones efectivamente realizadas, basados en la información explícitamente identificada en los informes actuariales anuales o extrapolada con la ayuda de la plantilla de trabajadores, la nómina y otros datos incluidos en dichos informes, se muestran abajo en relación con el SRE y el SRM (*Anexo 12*). Los montos legalmente exigidos incluyen las aportaciones previstas basadas en la nómina, las aportaciones complementarias previstas, las aportaciones relativas al retiro anticipado, las AUA (para el SRE) o las AAA (para el SRM y el SRJ). Como se muestra en el anexo, los incrementos de las aportaciones legalmente exigidas a partir de principios de 2013 resultaron insuficientes teniendo en cuenta la contribución anual actuarialmente requerida; los montos efectivamente aportados resultaron menores que la aportación anual actuarialmente requerida y la aportación legalmente exigida una vez entraron en vigor la AAA y la AUA. La aportación anual actuarialmente requerida, las aportaciones efectivas y los montos legalmente exigidos solo reflejan los beneficios objeto de responsabilidad de los sistemas, por lo que excluyen los beneficios administrados por el sistema.

22    Fuente: "Falta de financiamiento de las pensiones estatales: 2017". 27 de junio de 2019. Pew Charitable Trust.

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



ANÁLISIS DE PENSIONES DE PUERTO RICO en virtud de PROMESA, art. 211     Página 21

ANEXO 12: COMPARATIVA HISTÓRICA DE LAS APORTACIONES EFECTIVAS DEL SRE Y DEL SRM VS. LA APORTACIÓN ACTUARIALMENTE REQUERIDA Y LA APORTACIÓN LEGALMENTE EXIGIDA (EN MILES DE MILLONES DE $) [23], [24]





## 3.3    Bonos de obligación de pensiones

El 27 de febrero de 2007, la administración del SRE y el Banco Gubernamental de Fomento, actuando como agente fiscal del SRE, ofreció a la Junta Directiva del SRE una operación financiera para la emisión de bonos para financiar las pensiones. El SRE autorizó la emisión de una o varias series de bonos (los "Bonos") y así incrementar los fondos disponibles para el pago de los beneficios de pensiones y para reducir la deuda actuarial de pensiones acumulada y no financiada.

El 31 de enero de 2008, el Sistema emitió las primeras series de los Bonos, que ascendían aproximadamente a un monto de $1,589 millones agregados del principal correspondientes a Bonos Preferentes para Financiar Pensiones, Series A. El 2 de junio de 2008, el Sistema emitió las segundas series de los Bonos, que ascendían aproximadamente a un monto de $1,059 millones agregados del principal correspondientes a Bonos Preferentes para Financiar Pensiones, Series B. Por último, el 30 de junio de 2008, el Sistema emitió las terceras y las últimas series de los Bonos, que ascendían aproximadamente a un monto de $300 millones agregados del principal correspondientes a Bonos Preferentes para Financiar Pensiones, Series C.

Basado en la información facilitada por los asesores de la Junta Directiva, los Bonos constituyen obligaciones del Sistema limitadas y no susceptibles a recurso, pagaderas y garantizadas únicamente mediante la prenda de las aportaciones de los empleadores realizadas luego de la fecha de emisión de los bonos. Los Bonos no son pagaderos de las inversiones del SRE ni de las aportaciones de los empleados al SRE. El calendario de reembolso de los bonos se muestra abajo (*Anexo 13*).

---

[23] No incluye los montos correspondientes a la Aportación al Plan de Seguro Médico

[24] En 2015, el sistema empezó a elaborar informes conforme a GASB 67, lo cual no exigía cálculos de la AAN si las aportaciones legales no se basaban en la AAN. En consecuencia, los actuarios del sistema dejaron de calcular la AAN en relación con los beneficios de pensiones. A partir de 2014, las AAN se calculaban sobre la base de la Deuda Total de Pensiones, la Posición Fiduciaria Neta y los Costos de Servicio revelados en los informes de valuación conforme a GASB 67. La AAN correspondiente a 1999-2014 ha sido proporcionada por Milliman.

[25] El total de la contribución legalmente exigida incluye las aportaciones previstas basadas sobre la nómina, las aportaciones complementarias previstas, las aportaciones relativas al retiro anticipado y las AAA (para el SRM) o las AUA (para el SRE)

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



ANÁLISIS DE PENSIONES DE PUERTO RICO en virtud de PROMESA, art. 211                    Página 22

---

ANEXO 13: DEUDA RELATIVA A BONOS DE OBLIGACIÓN DE PENSIONES DEL SRE Y SERVICIO CONFORME AL TÍTULO III[26][27]



Tras la emisión de los BOP, el SRE mantuvo una parte importante de sus activos del plan en inversiones en efectivo, en lugar de invertir los fondos procedentes de los bonos en inversiones de alto rendimiento. Abajo se muestra una comparativa de una parte de los activos en efectivo del plan frente a las necesidades de liquidez del plan (*Anexo 14*). Por los diferentes motivos arriba mencionados, los activos del plan se redujeron a una parte muy pequeña de los pasivos del plan. En los últimos años, los activos del plan han sido inferiores al monto de la deuda restante relativa a los BOP.

ANEXO 14: COMPARATIVA DE LAS INVERSIONES A CORTO PLAZO DEL SRE CON LAS NECESIDADES DE LIQUIDEZ DEL PLAN (EN MILES DE MILLONES DE $)

|  | 30 de junio de 2009 | 30 de junio de 2010 | 30 de junio de 2011 |
|---|---|---|---|
| Efectivo (A) | $1.30 | $1.1 | $1.0 |
| Activos del plan (excluyendo pasivos de los BOP) | 3.9 | 4.6 | 4.7 |
| Gastos del plan (pagos de beneficios, gastos y servicio de la deuda) (B) | (1.3) | (1.5) | (1.7) |
| Aportaciones de los empleadores y miembros (C) | 0.8 | 0.9 | 1.0 |
| Necesidades de liquidez (D = B + C) | (0.5) | (0.6) | (0.7) |
| Fondos en efectivo disponibles por encima de las necesidades netas de liquidez (A + D) | 0.8 | $0.5 | $0.3 |

---

[26] Fuente: Declaración Oficial relativa a la oferta de los bonos de financiamiento de pensiones, Series C, de fecha 26 de junio de 2008.

[27]  El principal que se muestra arriba incluye el saldo inicial del principal relativo a los bonos de revalorización de capital (los "BRC") emitidos por el SRE. Los BRC estaban concebidos para crecer hasta su amortización, cuyo valor no se muestra en el cuadro.

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



ANÁLISIS DE PENSIONES DE PUERTO RICO en virtud de PROMESA, art. 211                    Página 23

## 3.4   Cambios en la demografía del plan

Un plan de pensiones que paga beneficios a los retirados en forma de anualidad, cuanto más tiempo existe más se acerca a su fase de finalización. En otras palabras, la ratio de pensionados a participantes activos va creciendo a medida que pasa el tiempo. Cuanto más se acerca un plan a su fase de finalización tanto menos aportarán las aportaciones de los participantes activos a sufragar el costo del plan; sobre todo cuando el plan atraviesa dificultades (por ejemplo, pérdida de inversiones), pues las pérdidas tienen que compensarse a través de futuras aportaciones. Dicha dinámica es más pronunciada cuando los pensionados viven más gracias a las mejoras en la tasa de mortalidad.

Abajo se muestra una comparativa de evolución de la ratio del número de pensionados a participantes activos en cada plan basada de los informes de valuación actuarial históricos (*Anexo 15*).

ANEXO 15: PARTICIPANTES ACTIVOS COMPARADOS CON RETIRADOS, SUPÉRSTITES Y TRABAJADORES DISCAPACITADOS EN VARIOS SISTEMAS DE PENSIONES (# EN 000 DE PARTICIPANTES)




Como se muestra arriba, ha habido una reducción importante de participantes activos a lo largo de los últimos años, parcialmente debido a la legislación que permitía retiros anticipados más favorables, pero también debido a la caída en toda la isla de la población en edad laboral. En este momento los retirados, supérstites y trabajadores discapacitados superan en número a los participantes activos. Debido a que la población cuenta con una alta concentración de retirados, el costo relativo de financiamiento de estos planes sigue siendo alto en relación con el total de la nómina. La incapacidad de reponer, a través de las aportaciones, los activos utilizados para el pago de beneficios a los retirados se traducen en un declive en las posiciones de financiamiento.

El Apéndice E contiene información adicional sobre la distribución de beneficios para los actuales pensionados por edad y monto de beneficios.

## 3.5   Pronóstico de los costos futuros del plan

Conforme al sistema PayGo, los pagos previstos interanuales representan los costos previstos de futuro financiamiento del sistema. El actuario del sistema en el caso del SRE, del SRM y del SRJ realiza valuaciones actuariales anuales que estiman los pagos futuros de beneficios a los participantes basado en su expectativa de vida y la información demográfica actual. Dichos pronósticos utilizan los datos de censo para realizar previsiones de los futuros beneficios pagaderos por cada sistema. Los pronósticos reflejan la provisión de beneficios por cada plan y las suposiciones en cuanto a la futura situación demográfica; por ejemplo, la duración de empleo y futuras tasas de mortalidad.

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.

EY

Los pronósticos basados en los datos de censo disponibles más recientes fueron proporcionados a la Junta de Supervisión, junto con los datos de censo subyacentes. Los actuarios de la Junta de Supervisión utilizaron los datos de censo, junto con las disposiciones y suposiciones del plan indicadas en los informes de valuación actuarial, para llevar a cabo un pronóstico independiente de los beneficios pagaderos conforme a cada sistema (los "Pronósticos de la Junta"). Los Pronósticos de la Junta abarcan la totalidad del SRM y del SRJ y únicamente los costos de los empleadores participantes en el SRE.

Los Pronósticos de la Junta reprodujeron los pronósticos de los actuarios del Sistema, incluidas las suposiciones utilizadas por el actuario del sistema para compensar las por faltas de datos descritas en la sección 1.2, con una tolerancia actuarial razonable que tiene en cuenta las diferencias entre modelos actuariales.

El Plan Fiscal certificado refleja varias medidas diseñadas para reducir los costos de las pensiones a través de las congelaciones y los recortes de los futuros montos de beneficios. Desde la publicación del Plan Fiscal certificado, la Junta de Supervisión celebró acuerdos con el Comité Oficial de Retirados (el "COR") y con la AFSCME. Abajo se muestra una comparativa de las medidas relativas a pensiones, inicialmente reflejadas en el plan fiscal del 9 de mayo de 2019, con las principales disposiciones incluidas en los acuerdos (*Anexo 16*).

ANEXO 16: COMPARATIVA DE LAS MEDIDAS RELATIVAS A PENSIONES DEL PLAN FISCAL DEL 9 DE MAYO DE 2019 CON LOS ACUERDOS DE APOYO AL PLAN RECIENTES (LOS "AAP")

| | Plan fiscal del 9 de mayo de 2019 | Acuerdo de Apoyo al Plan |
|---|---|---|
| COR | Recorte de pensiones aplicable a beneficios devengados antes del 4 de mayo de 2017 equivalente al 25% del excedente de la pensión mensual superior a los $600/mes ($1,000/mes en el caso de los miembros que no tenían acceso al Seguro Social mientras acumulaban su pensión mensual). | 8.5% de recorte de pensiones en relación con el beneficio total, sujeto a un límite mínimo de $1,200. |
| AFSCME | La totalidad de los beneficios devengados hasta el 4 de mayo de 2017 quedan sujetos a las normas sobre los recortes, incluidos los beneficios relativos a las cuentas híbridas del SRE. | Las aportaciones de los empleados en el caso de los plenos participantes en el Sistema 2000, así como los plenos participantes conforme a la Ley 3 contratados a partir del 1 de julio de 2013, se transferirán a las cuentas AD y no quedarán sujetas a recortes. Los beneficios vinculados con las aportaciones de los empleados posteriores al 1 de julio de 2013 en el caso de los participantes conforme a la Ley 447 y la Ley 1 se mantendrán en el sistema PayGo, pero no quedarán sujetos a recortes. |

De conformidad con el AAP con la AFSCME, los Pronósticos de la Junta experimentaron ajustes adicionales para excluir beneficios previstos pagaderos a los participantes conforme al Sistema 2000 y la Ley 3 ("Pronósticos de la Junta Ajustados"). El anexo que figura abajo muestra los pronósticos de pago de beneficios relativos al Sistema de retiro conforme a los Pronósticos de la Junta Ajustados. Los Pronósticos de la Junta Ajustados reflejan los gastos de pensiones previstos sin la aplicación de los AAP, salvo la eliminación de los participantes plenos conforme al Sistema 2000 y la Ley 3 por AAP de la AFSCME. Los pronósticos posteriores al AAP (los "Pronósticos relativos al AAP") reflejan la congelación en el caso del SRM y del SRJ, y en lugar de las disposiciones de recortes reflejadas inicialmente en el plan fiscal del 9 de mayo de 2019, reflejan las condiciones de los AAP arriba mencionados[28] (*Anexo 17*). El efecto de congelación de los beneficios definidos conforme al plan del SRM es el factor más importante que impulsa las reducciones de los Pronósticos de la Junta Ajustados a los Pronósticos Relativos al APP.

---

[28]  El Acuerdo todavía queda sujeto a un voto de consentimiento por parte de los retirados afectados.

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



ANEXO 17: PRONÓSTICOS DE LA JUNTA AJUSTADOS COMPARADOS CON LOS PRONÓSTICOS RELATIVOS AL AAP (EN MILES DE MILLONES DE $)



## 3.6  Valor presente de los costos futuros del plan

GASB 68 y 45 proporcionan unas directrices para la valuación de los pasivos de los planes públicos. Conforme a dichas normas, se fija la siguiente tasa de descuento:

► *Seleccionada basada en tasas de retorno previstas a largo plazo relativas a los activos del fideicomiso antes de la fecha prevista de agotamiento de activos.*

► *Seleccionada basada en tasas predominantes de bonos municipales tras la fecha de agotamiento.*

Puesto que los planes se financian sobre la base de PayGo, esto se traduciría en una tasa de descuento GASB basada en tasas de bonos municipales a fecha de valuación. Aunque los cálculos conforme al artículo 211 no se atienen a dichas normas, sí que proporcionan unas directrices generales basadas en los estándares de la industria.

El valor actual al 1 de julio de 2019 de los costos PayGo desde el AF 2020 hasta el AF 2058 utilizando la tasa de descuento del 3.50% sobre basado en las tasas de bonos municipales que se muestran abajo (*Anexo 18*). El 3.50% se basa en el Índice de Bonos Municipales Bond Buyer 20 a 30 de junio de 2019, que coincide con la fecha en la que se descontaron los pagos y la metodología utilizada para la selección histórica de las tasas de interés GASB.

ANEXO 18: VALOR ACTUAL (VA) DE LOS COSTOS PAYGO DESDE EL EF 2020 HASTA EL EF 2058 (EN MILES DE MILLONES DE $) AL 3.50%

| Sistema de Retiro | SRE | SRM | SRJ |
|---|---|---|---|
| VA de los costos de referencia de PayGo | $23.0 | $18.4 | $0.8 |
| VA de los costos de PayGo con la congelación | 23.0 | 14.6 | 0.5 |
| VA de los costos de PayGo con la congelación y el recorte | 21.8 | 13.7 | 0.5 |
| Fecha de censo | 1 de julio de 2016 | 1 de julio de 2016 | 1 de julio de 2015 |
| Fecha de recepción de los datos de censo | 29 de octubre de 2018 | 5 de abril de 2019 | 21 de junio de 2018 |

PROMESA exige que la Junta de Supervisión elija una tasa de descuento para medir el valor justo de mercado de la obligación de los planes de pensiones. La Junta de Supervisión ha comunicado[29] que su postura consiste en que los pagos de pensiones prometidos constituyen una obligación y que es relativamente seguro que el ELA las pague

[29]  Conversaciones con la Junta de Supervisión sostenidas el 25 de septiembre de 2019

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



y que la prima de riesgo debería reflejar adecuadamente dicha seguridad. En este sentido, la Junta ha optado por utilizar la Curva de Rendimientos relativa a la Emisión del Cupón Nominal del Tesoro de los EE. UU. (la "TNC", por sus siglas en inglés) de junio de 2019[30] para medir el valor justo de mercado de los costos de PayGo previstos. Dicha postura es congruente con un Informe elaborado por el Grupo Eminente de la Sociedad de Actuarios sobre el Financiamiento de las pensiones Públicas (el "Grupo") en el que el Grupo señaló que conforme a su opinión la suposición relativa a la tasa de retorno debería basarse, de manera preliminar, en la tasa actual libre de riesgo (por ejemplo, en la curva de rendimiento del Tesoro de los EE. UU.), más primas de riesgos explícitos, o en técnicas similares sobre previsión.

Basado en la suposición de descuento elegida por la Junta de Supervisión, el valor justo de mercado a 1 de julio de 2019 de los costos de PayGo desde el AF 2020 hasta el AF 2058 fue calculado descontando los costos de PayGo previstos en un año determinado con la tasa media al contado mensual de la Curva de rendimiento TNC. El valor justo de mercado resultante de los planes, tras reflejar las congelaciones y los recortes previstos, era de $25,000 millones, $15,700 millones y $600 millones en el caso del SRE, del SRM y del SRJ, respectivamente.

La utilización de curva de rendimiento es una práctica extendida al descontar los flujos de caja de las pensiones previstas. Se puede determinar una tasa de descuento media ponderada única para representar la tasa única equivalente que produzca el mismo valor actual que la curva de rendimiento completa. Puesto que las tasas al contado de las curvas de rendimiento varían por su duración, la tasa de descuento media ponderada generada por una curva de rendimiento determinada variará en función de la duración de los flujos de caja que se descuenten. La tasa de descuento media ponderada relativa al valor justo de mercado agregado de los costos PayGo con las congelaciones y los recortes es del 2.41%.

Los cambios en las suposiciones relativas a la tasa de descuento afectarán al valor actual de los costos futuros del plan. Sin embargo, los cambios en las suposiciones relativas a la tasa de descuento no afectarán a los costos de PayGo indicados en el Anexo 17, puesto que estos se han elaborado sobre una base nominal.

## 3.7   Riesgos relativos a la estructura de PayGo

Aunque el financiamiento PayGo proporciona un mecanismo para pagar beneficios libres de limitaciones normalmente impuestas por un fideicomiso prefinanciado al permitir a las entidades gubernamentales tener que pagar únicamente la parte de los beneficios de los retirados conforme a su vencimiento (y así aliviar hasta cierto punto la situación presupuestaria), dicho financiamiento queda sujeto a varios factores de riesgo, entre otros:

► La variabilidad en costos podría acarrear que los costos reales fueran diferentes de los montos presupuestados, por lo que hará falta poner en marcha mecanismos para cubrir dichos déficits. Y el hecho de si el ELA tiene déficit o superávit afectará a su capacidad de hacerlo.

► Las desviaciones significativas en costos son potencialmente impredecibles, por lo que es posible que no sea factible calcular el impacto de dichos acontecimientos.

► Las entidades podrían disolverse o convertirse en insolventes antes de que puedan pagar sus obligaciones, y dichos pagos pasan a formar parte de la responsabilidad de Hacienda.

► Los costos son potencialmente más altos a largo plazo en virtud de un enfoque de PayGo que conforme a un enfoque de prefinanciamiento de conformidad con el cual los activos financiados se revalorizan y acumulan ingresos de inversiones.

► El plazo de la pensión es generalmente más largo en duración que los típicos procesos presupuestarios.

► El desplazamiento cronológico entre las preferencias recientes de los empleados relativas al retiro anticipado y el cálculo de los pronósticos actuariales significa que los desembolsos por parte de los empleadores participantes podrían ser infravalorados.

---

30   Curva Nominal de Rendimiento del Tesoro de 2019   https://www.treasury.gov/resource-center/economic-policy/corp-bond-yield/paaes/TNC-YC.aspx (Datos TNC Nominales)

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



# Sección cuatro: Futuras fuentes de financiamiento y sostenibilidad

## 4.1   Superávit del plan fiscal

Como se explicó anteriormente, la Ley 106 creó PayGo como mecanismo de pago de beneficios de pensiones. Conforme a PayGo, una parte de los beneficios anuales pagados a los participantes en el plan pasa a ser gasto del Fondo General en los años venideros que se presupuesta como parte de costo operativo del ELA. La parte restante se presupuesta como un fondo de recaudos especial fundamentada en el pago completo de los cargos PayGo por parte de las corporaciones públicas y los municipios empleadores afiliados al SRE. La Ley 106 confirmó además la eliminación de las aportaciones basadas en la nómina, de las aportaciones complementarias de los empleadores, la AUA del SRE y la AAA tanto del SRM como del SRJ.

El Plan Fiscal certificado de la Junta de Supervisión muestra los recaudos y los gastos de referencia del ELA (incluido el efecto de cualquier medida fiscal prevista) e identifica superávits/déficits previstos para un período de 30 años. Está previsto que el ELA adopte una posición de superávit hasta el AF 2037. Transcurrido dicho plazo, está previsto que los gastos operativos superen los recaudos a lo largo del resto del período proyectado.

El cuadro a continuación muestra el total del superávit previsto hasta el AF 2038 (donde el primer año se observan déficits operativos), así como los futuros déficits durante los siguientes diez años (*Anexo 19*).

ANEXO 19: PREVISIÓN DE RECAUDOS Y GASTOS OPERATIVOS DEL ELA Y SUPERÁVITS/(DÉFICITS) NETOS (EN MILLONES DE $)

| Años fiscales | Recaudos | Gasto de pensiones | Medidas relativas a pensiones[31] | Total de gastos | Superávits/(déficits) |
|---|---|---|---|---|---|
| 2018 - 2037 | $445,799 | ($46,520) | $3,785 | ($417,325) | $28,474 |
| 2038 - 2049 | $312,447 | ($23,237) | $3,550 | ($318,752) | ($6,305) |

Los déficits futuros podrían afectar a la capacidad del ELA de cumplir con los pagos de pensiones previstos. Una discusión adicional sobre la sostenibilidad de dicha estrategia de financiamiento se muestra en la sección 3 del presente Informe.

El Gobierno tendrá que adoptar medidas adicionales para alcanzar el equilibrio presupuestario en los años subsiguientes, muchas de las cuales ya se han explicado por la Junta de Supervisión, pero en relación con las cuales todavía no ha habido ningún compromiso por parte del Gobierno. Dichas medidas incrementales están concebidas para aumentar la competitividad del ELA, para mejorar su economía y para generar superávits más allá del EF 2037.

Aunque el Plan Fiscal prevé un superávit hasta el EF 2037, una serie de variables tienen un impacto material sobre la previsión financiera a largo plazo. Por ejemplo, un crecimiento menor que el previsto producido por las reformas estructurales y los cambios demográficos sin precedentes podría afectar a los recaudos y a los gastos y podría reducir los superávits y, por tanto, el financiamiento relativo a los beneficios pagaderos conforme a PayGo.

Los beneficios pagaderos conforme al sistema PayGo constituyen una parte importante (pero, en descenso) de los futuros gastos operativos previstos. Los costos de los beneficios de pensiones se incrementarán desde el 11.2% del total de gastos operativos del ELA en el AF 2018 hasta el 12% del total de gastos operativos en el AF 2022, antes de caer gradualmente. El incremento a corto plazo de los gastos es atribuible a los constantes retiros de los participantes en los planes de beneficios definidos.

---

31    Refleja las medidas de pensiones basadas en el plan fiscal del 9 de mayo de 2019.

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



ANÁLISIS DE PENSIONES DE PUERTO RICO en virtud de PROMESA, art. 211                    Página 28

Considerar únicamente aquellos beneficios que se acumulan hasta el 1 de enero de 2020 al congelar el SRM y el SRJ, reduce el incremento a corto plazo de los costos de pensiones a partir del EF 2020, y disminuye la cola de la obligación de retiro. Esto produce el efecto de reducir los costos de pensiones por un margen cada vez mayor a lo largo del período de previsión. El Plan Fiscal incluye una congelación de dichas acumulaciones (incluido el cierre del SRJ a nuevos entrantes a partir del 1 de enero de 2020) y un recorte de beneficios devengados en el pasado, y ya se reflejan en los déficits previstos que se muestran abajo (*Anexo 20* y *Anexo 21*).

ANEXO 20: COSTOS DE PENSIONES PREVISTOS COMO                    ANEXO 21: GASTOS DE PENSIONES PREVISTOS Y
% DEL TOTAL DE GASTOS DEL PLAN FISCAL                    SUPERÁVITS/(DÉFICITS) DEL ELA
(EN MILES DE MILLONES DE $)                    (EN MILES DE MILLONES DE $)



Como se aprecia arriba, el costo previsto de los planes de retiro sigue superando los $2,000 millones en el AF 2038 cuando se prevé que se produzcan los primeros déficits operativos. Para poder realizar futuros pagos, será necesario que el ELA encuentre formas de gestionar los déficits previstos y de identificar las oportunidades de incrementar los recaudos, de reducir los gastos previstos o de hacer uso de los superávits existentes para reducir el efecto de futuros déficits. Obsérvese que varias medidas relativas a pensiones, incluida la congelación de los beneficios del SRM/SRJ y los recortes de beneficios ya se han tenido en cuenta al elaborar las previsiones relativas al plan fiscal.

## 4.2    Fondo de reserva de pensiones

Además de las condiciones contenidas en el acuerdo del COR que explican los recortes de los beneficios acumulados, el Acuerdo incluye disposiciones para crear un fondo de reserva de pensiones que se financiará mediante los superávits fiscales previstos que se utilizarán para proporcionar financiamiento adicional de PayGo. El fondo de reserva de pensiones se describe de la siguiente manera:

▶    En la fecha de entrada en vigor del Plan de Ajuste (PA) confirmado del ELA, este último creará un Fondo de Reserva de Pensiones que se mantendrá en fideicomiso y redundará exclusivamente en beneficio de los beneficiarios de PayGo.

▶    El ELA realizará aportaciones anuales al Fondo de Reserva de Pensiones del Fondo General del ELA hasta el AF 2027 por un monto no inferior a los $175 millones al año. Si el Superávit del Plan Fiscal previsto alcanza al menos los $1,750 millones en cualquier año, el 25% del monto se aportará al Fondo de Reserva de Pensiones en lugar de los $175 millones anteriores. La aportación anual se realizará antes del 1 de octubre luego del final de cada año fiscal.

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



► El ELA realizará una aportación única de $5 millones en la fecha de entrada en vigor para cubrir los cargos, los costos y los gastos administrativos anticipados de la Junta de Reserva de Pensiones.

► Las retiradas del Fondo de Reserva de Pensiones, incluidos los retornos sobre inversiones, se realizarán por montos que se determinarán por la Junta de Reserva de Pensiones, previa consulta con el ELA, para reducir los desembolsos de fondos en efectivo del Fondo General en relación con los gastos anuales de PayGo relativos a los retirados en los años en los que se prevea un déficit presupuestario. Las retiradas del Fondo de Reserva de Pensiones requerirán la aprobación de la Junta de Reserva de Pensiones y solo se utilizarán por el ELA para el pago de PayGo.

Dichas disposiciones fueron negociadas y los costos de PayGo reflejaban congelaciones y recortes tal como se contemplaba por los montos incluidos en el Plan Fiscal actual. Los cambios en dichos costos y en el superávit previsto afectarían a la capacidad del referido fondo de reserva de pensiones para afrontar los futuros costos de PayGo.

## 4.3    Evaluación de la sostenibilidad

El nivel actual de déficits pronosticados incluye una suposición de que la deuda de PayGo vinculada con la totalidad de los empleadores, incluidas entidades de planes no fiscales, se paga al 100% por dichos empleadores. Esto incluye reembolsos cobrados a las corporaciones públicas y municipios por gastos relacionados con PayGo. Sin embargo, como se señaló anteriormente, actualmente existe un déficit acumulado en los pagos de pensiones PayGo por parte de municipios y corporaciones públicas que supera los $264 millones a 30 de junio de 2019.

Los pronósticos de pensiones PayGo también quedan sujetos a riesgos vinculados con que los comportamientos/la situación económica actuales sean diferentes de las suposiciones realizadas a la hora de hacer previsiones. Los pronósticos del Plan Fiscal certificado incluyen estimaciones de futuros costos de pensiones basados en las suposiciones relativas a la demografía de los empleados, incluidos, entre otros, ingresos, retiros y mortalidad. Dichos comportamientos también podrían vincularse con otras suposiciones económicas que afectan a la economía y a la población de Puerto Rico. En la medida en que la situación real sea diferente que la prevista, los costos reales se desviarán de las estimaciones.

La sostenibilidad del actual sistema de pensiones conforme a PayGo también depende de la gestión y la planificación generales de las futuras previsiones de déficits. Los futuros costos pronosticados del plan superan con creces el período de tiempo en el que los recaudos previstos son suficientes para cubrir los gastos. Factores desconocidos, como el impacto de los programas de transición voluntaria, que no se reflejan en las estimaciones actuales de PayGo calculadas por los actuarios del sistema, también afectarán a la exactitud de las actuales previsiones presupuestarias.

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



# Apéndice A: Fuentes

## Informes de valuación actuarial

Se ha recurrido a informes de valuación actuarial correspondientes al período desde las fechas de fin de años fiscales hasta 30 de junio de 2016, elaborados por los actuarios del sistema, en relación con información histórica; por ejemplo, Aportaciones Anuales de Retiro, disposiciones del plan, montos reales de aportación y datos demográficos.

Se puede acceder a los informes de valuación actuarial aquí:

SRE y SRJ: https://www.retiro.pr.gov/estados-financieros/

SRM: https://www.srm.pr.gov/Paginas/InformacionGeneral/EstadosFinancieros.aspx

No ha habido informes actuariales todos los años. Cuando no se disponga de información, se indica "N/A".

## Plan fiscal certificado

Se ha acudido al plan fiscal más reciente, certificado por la Junta de Supervisión, de fecha 9 de mayo de 2019, en relación con futuros pronósticos; por ejemplo, los costos de PayGo y futuros superávits y déficits del ELA.

Se puede acceder al plan fiscal utilizando la siguiente dirección:

https://drive.google.com/file/d/13wuVn04--JKMEPKu-u-diZJHqTK-55aV/view

## Otras fuentes seleccionadas

▶ Legislación contenida en el cuerpo del presente Informe:

o Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico
o Ley 447 de 1951
o Ley 218 de 1951
o Ley 91 de 2004
o Ley 12 de 1954
o Ley 71 de 2019
o Ley 106 de 2017
o Ley 257 de 2018
o Ley 29 de 2019
o Ley 81 de 2019
o Ley 3 de 2013

o Ley 218 de 1951
o Ley 160 de 2013
o Ley 12 de 1954
o Ley 162 de 2013
o Resolución Conjunta 43-2019
o Ley 127 de 1958
o Sistema 2000
o Ley 74 de 2019
o Ley 116 de 2011
o Ley 114 de 2011
o Ley 11 de 2011
o Ley 162 de 2013
o Ley 1 de 1990

▶ Anexo 10 de Caso #17-03283-LTS, docket núm.: 5581-10; Radicado el:12/03/19. Disponible aquí: https://cases.primeclerk.com/puertorico/Home-DownloadPDF?id1=OTA2MDIx&id2=0

▶ "Beneficios de Retiro de 2019", Administración del Seguro Social, Publicación 05-10035, https://www.ssa.gov/pubs/EN-05-10035.pdf

▶ "Informe de Valuación Actuarial". 30 de junio de 2016, Sistema de Retiro de la Rama Judicial de Puerto Rico

▶ "Informe de Valuación Actuarial". 30 de junio de 2016, Sistema de Retiro para Maestros de Puerto Rico

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



ANÁLISIS DE PENSIONES DE PUERTO RICO en virtud de PROMESA, art. 211                                    Página 31

▶   "Informe de Valuación Actuarial". 30 de junio de 2016, Sistema de Retiro de los Empleados del Gobierno de Puerto Rico

▶   Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico, PayGo y deuda de contribución individual por entidad, 15 de
    septiembre de 2019

▶   Acuerdo de Apoyo al Plan celebrado entre la Junta de Supervisión por un lado, como representante del ELA, y la Unión
    Internacional, AFL-CIO, de la Federación Estadounidense de los Empleados Estatales, Contales y Municipales ("AFSCME") por el
    otro, de fecha 7 de junio de 2019

▶   Acuerdo de Apoyo al Plan celebrado entre la Junta de Supervisión por un lado, como representante del ELA, y el Comité Oficial de
    Retirados del Estado Libre Asociado de Puerto Rico nombrado en virtud de la Causa del ELA radicada conforme al Título III por
    el otro, de fecha 7 de junio de 2019

▶   Declaración Oficial: Bonos de Obligación de Pensiones, 2008

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni
asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento
son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula
de exención de responsabilidad que figura en el presente Informe.



# Apéndice B: Disposiciones detalladas del plan

A continuación se muestra una serie de disposiciones relativas a beneficios aplicables a los miembros de los sistemas:

| | SRE | | SRM | | SRJ | |
|---|---|---|---|---|---|---|
| | Contratados el 1 de enero de 2000 o después[32] | Contratados antes del 1 de enero de 2000[11] | Contratados el 1 de agosto de 2014 o después | Contratados antes del 1 de agosto de 2014 | Contratados el 1 de julio de 2014 o después | Contratados antes del 1 de julio de 2014 |
| Estructura de beneficios | <u>Híbrida</u>: Aportaciones de los empleados y el interés, pagaderos como una anualidad | <u>Híbrida</u>: Aportaciones de los empleados y el interés a partir de julio de 2013  <br><br> <u>Beneficio definido</u> hasta julio de 2013[33] | <u>Híbrida</u>: Aportaciones de empleados y el interés, pagaderos como una anualidad | <u>Beneficio definido</u> | <u>Híbrida</u>: Aportaciones de los empleados y el interés, pagaderos como una anualidad  <br><br> y  <br><br> <u>Beneficio definido</u> | <u>Beneficio definido</u> |
| Fórmula de beneficios definidos | N/A | 1.5% x pago medio anual a 5 años x años de servicio. Beneficios mejorados al alcanzar 30 años de servicio. | N/A | 1.8% x pago medio anual a 3 años x años de servicio, mejorado con 30 años de servicio | 1.5% x pago medio anual a 5 años x años de servicio | 25% x pago medio a 1 año + 5% al año de servicio por encima de 10 *75% del pago máximo de beneficios[34] |
| Congelado | No | BD efectivo a partir del 1 de julio de 2013 | No | No | No | No |
| Seguro Social | Policía - 7/2019+ Otros - Sí | | No | No | No | No |
| Beneficios de leyes especiales | Bonificación de Navidad ($200 anuales) Bonificación médica ($100 anuales) Plan de Seguro Médico (MIPC $100 mensuales) Los COLA (hasta 2007) Beneficios mínimos | | Bonificación de Navidad ($200 anuales) Bonificación médica ($100 anuales) MIPC ($100 mensuales), Los COLA (hasta 2007) Beneficios mínimos | | Bonificación de Navidad ($600 anuales)[35] Bonificación de verano ($100 anuales)[35] Bonificación médica ($100 anuales)[35] MIPC ($100 mensuales) COLA Beneficios mínimos | |

---

[32]   A alcaldes o a personas que ostenten cargos de alto riesgo podrían aplicarse disposiciones diferentes

[33]   Los beneficios varían en el caso de los participantes conforme a la Ley 447 (contratados antes del 1 de abril de 1990) y la Ley 1

[34]   El 60% en el caso de los jueces nombrados entre el 24 de diciembre de 2013 y el 30 de junio de 2014

[35]   Eliminado en el caso de jueces nombrados después del 23 de diciembre de 2014

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente las de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



| | SRE | | SRM | | SRJ | |
|---|---|---|---|---|---|---|
| | Contratados el 1 de enero de 2000 o después[36] | Contratados antes del 1 de enero de 2000[11] | Contratados el 1 de agosto de 2014 o después | Contratados antes del 1 de agosto de 2014 | Contratados el 1 de julio de 2014 o después | Contratados antes del 1 de julio de 2014 |
| Beneficios complementarios | Beneficios basados en el salario por fallecimiento y discapacidad destinados a miembros de alto riesgo conforme a la Ley 127. De lo contrario, devolución de las aportaciones con intereses | La Ley 127 según se señaló anteriormente. Otros reciben devolución de aportaciones acumuladas con intereses, más cualquier beneficio acumulado conforme a la Ley 1 y la Ley 447 | Ninguno más allá de la devolución de las aportaciones con intereses | Beneficio por discapacidad sobre la base del servicio y del salario en el momento de la discapacidad; devolución de las aportaciones acumuladas con intereses al fallecimiento | Beneficio basado en discapacidad sobre la base del servicio y del salario en el momento de la discapacidad; devolución de las aportaciones acumuladas con intereses al fallecimiento | Beneficios por fallecimiento y discapacidad sobre la base del servicio y del salario en el momento del fallecimiento o de la discapacidad; |

La sección a continuación contiene disposiciones más detalladas relacionadas con los Sistemas de retiro.

# Sistema de Retiro de los Empleados (SRE)

Actualmente el SRE tiene tres grupos básicos de empleados:

| | Miembros conforme a la Ley 447 | Miembros conforme a la Ley 1 | Sistema 2000 |
|---|---|---|---|
| Fecha de contratación | Antes de abril de 1990 | Desde el 1 de abril de 1990 hasta 1999 | El 1 de enero de 2000 o después[37] |
| Fórmula de beneficios | 1.5% al año de la remuneración media a tres años anterior a 2013 correspondiente al servicio anterior a 2013 | 1.5% al año de la remuneración media a cinco años anterior a 2013 correspondiente al servicio anterior a 2013 | Las cuentas nocionales son objeto de seguimiento sobre la base de las aportaciones reales de los miembros realizadas a través de las deducciones de la nómina. Los ingresos nocionales se abonan en las cuentas y posteriormente, una vez que se produce el retiro, se convierten en anualidades vitalicias sobre la base de unos cuadros actuariales. |
| Elegibilidad para el retiro antes de la congelación de 2013 | 58 con 10 años de servicio, o cualquier edad con 30 años de servicio <br><br> Beneficio mejorado si se retira con 30 años de servicio <br> ▶ 65% de pago medio a menos de 55 años <br> ▶ 75% de pago medio a más de 55 años | A los 55 años con 25 años de servicio, o a los 65 años con 10 años de servicio, o | 55 años en el caso de funcionarios públicos con cargos de alto riesgo y, de otro modo, el cumplimiento de los 60 años |

---

[36]   A alcaldes o a personas que ostenten cargos de alto riesgo podrían aplicarse disposiciones diferentes

[37]   Los miembros del Sistema 2000 y los contratados después de junio de 2013 son miembros conforme a la Ley 3, pero las disposiciones de sus beneficios son similares a las disposiciones del Sistema 2000, por lo que las alusiones a los miembros del Sistema 2000 generalmente abarcan dicho grupo.

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



| | Miembros conforme a la Ley 447 | Miembros conforme a la Ley 1 | Sistema 2000 |
|---|---|---|---|
| Características adicionales del plan | ▶ Posibilidad de elegir un plan coordinado con el Seguro Social<br>▶ Beneficios basados en remuneración media a tres años en lugar de a cinco años<br>▶ Elegibilidad para el retiro a los 50 años con 25 años de servicio en el caso de un cargo de alto riesgo | ▶ Ciertos beneficios mejorados están disponibles en el caso de alcaldes, agentes de policía y bomberos.<br>▶ Antes de 2013 dichos miembros eran elegibles para retirarse de la siguiente forma:<br>▶ A cualquier edad con 30 años de servicio en el caso de funcionarios públicos con un cargo de alto riesgo, o<br>▶ A los 50 años con ocho años de servicio en el caso de alcaldes. | Si sus saldos son inferiores a los $10,000, se les realiza un pago único en lugar de una anualidad. |
| Elegibilidad para el retiro después de la congelación de 2013 | Retraso equivalente a 3 años. | Retraso equivalente a 3 años. Disposiciones relativas a 50 años y a alcaldes eliminadas | Retraso equivalente a 5 años. |

La Ley 3-2013 paralizó las acumulaciones de beneficios definidos en el caso de los miembros conforme a la Ley 1 y la Ley 447. A partir de ese momento, aquellos miembros también tenían saldos de cuentas nocionales (como el Sistema 2000) basados exclusivamente en sus propias aportaciones. Antes de la Ley 3-2013, los miembros podían elegir entre más de una posibilidad de opciones hipotéticas de inversión para determinar los ingresos en sus saldos de cuantas híbridas. A partir de la Ley 3-2013, los intereses relativos a la totalidad de los saldos de cuentas híbridas del SRE pasaron a basarse en el 80% de la tasa de retorno sobre el total de fideicomiso de pensiones del SRE.

El SRE, al igual que muchos otros planes de pensiones públicas, también proporciona beneficios complementarios, lo que incluye:

▶ Beneficios por discapacidad
▶ Beneficios por fallecimiento
▶ Beneficios por despido

Además, el SRE también administra una serie de "Beneficios de Leyes Especiales" en el caso de los retirados, los supérstites y los miembros discapacitados. Se incluyen:

▶ Bonificación de Navidad de $200 anuales
▶ Bonificaciones médicas de $100 cada julio
▶ Aportación al Plan de Seguro Médico de $100 al mes para los que elijan la cobertura
▶ Ajustes por costo de vida pagados periódicamente hasta 2007
▶ Beneficios mínimos
▶ Beneficios de alto riesgo por discapacidad

Dichos Beneficios de Leyes Especiales estaban estructurados para ser pagados en parte por los sistemas y en parte por los empleadores del miembro. La parte correspondiente al empleador también se pagaba a través del fideicomiso de cada uno de los respectivos planes y se denominaban "Beneficios Administrados por el Sistema". Dichos Beneficios Administrados por el Sistema se tenían que pagar del Fondo General en el caso de los exempleados del Gobierno o por las corporaciones públicas del municipio en el caso de sus exempleados. La Ley 3-2013 también eliminó la mayor parte de los Beneficios de Leyes Especiales en el caso de los que se retiraron después de junio de 2013.

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



La lista seleccionada de las Leyes Especiales relativas al SRE adoptadas desde 1958, y modificadas por la Ley 3-2013, incluye:

| COLA | Bonificación de Navidad | Viudedad | Plan Médico |
|---|---|---|---|
| Ley núm. 10-1992 | Ley núm. 98-1980, | Ley núm. 105-1969, | Ley núm. 95-1963, |
| Ley núm. 207-1995 | en su versión modificada | en su versión modificada | en su versión modificada |
| Ley núm. 134-1996 | | | |
| Ley núm. 221-1998 | | | |
| Ley núm. 40-2001 | | | |
| Ley núm. 157-2003 | | | |
| Ley núm. 35-2007 | | | |

Otras

Ley núm. 127-1958 - Beneficios para participantes de alto riesgo

Ley núm. 37-2001 - Bonificación de verano

Ley núm. 524-2004 - Incremento de $250 de beneficios por fallecimiento

Ley núm. 3-2013 - Incremento de pensión mínima de $500

Ley núm. 155-2003- Bonificación médica

Las aportaciones relativas al SRE se realizaron tanto por los miembros como por los empleadores. En la mayoría de los casos las aportaciones de los miembros son del 10% de la remuneración y quedan sujetas a revisión. Las aportaciones de los empleadores no fueron determinadas actuarialmente, sino que se basaron en la remuneración por disposición legal. A partir del 1 de julio de 2016, la tasa de aportación de los empleadores fue del 15.525% de la paga, y estaba previsto que se incrementara por el 1.25% de la paga al año, alcanzando en última instancia el 20.525% de la paga en julio de 2020.

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



# Sistema de Retiro para Maestros (SRM)

Actualmente, el SRM cuenta con dos grupos básicos de empleados y con dos grupos de pensionados:

1. Los que fueron contratados antes de agosto de 2014 devengan beneficios conforme a una fórmula de beneficios definidos.

   Dichos miembros devengan esos beneficios definidos sobre la base de su servicio. El beneficio definido es pagadero en forma de anualidad vitalicia, y el beneficio básico es equivalente al 1.8% de la media a tres años de su remuneración por año de servicio. No obstante, se aplican varias excepciones a la fórmula del 1.8%, como se indica en el siguiente cuadro:

| Edad alcanzada | Años de servicio | Beneficio como porcentaje de la remuneración media |
|---|---|---|
| 50 | al menos 30 | 75% |
| Menos de 50 | al menos 30 | 65% |
| 50 | menos de 30 | 1.8% por año de servicio |
| 47 pero menos de 50 | menos de 30 | 95% del 1.8% por año de servicio |

2. Los que fueron contratados después de julio de 2014 devengan beneficios conforme a cuentas nocionales, como el Sistema 2000 basado en la Ley 160-2013.

   Los beneficios de dichos miembros no reciben pensiones de beneficios definidos tradicionales y se basan exclusivamente en sus propias aportaciones realizadas a través de deducciones de la nómina. Los ingresos se abonan en las cuentas y posteriormente, una vez que se produce el retiro, se convierten en anualidades vitalicias sobre la base de unos cuadros actuariales. Si sus saldos son inferiores a los $10,000, se les realiza un pago único en lugar de una anualidad.

La Ley 160-2013 también eliminó beneficios de leyes especiales en el caso de futuros retirados endureció los requisitos relativos a las aportaciones de los empleadores. Los maestros contratados antes de agosto 2014 siguen acumulando beneficios conforme al plan de beneficios definidos.

El SRM, al igual que el SRE y muchos otros planes de pensiones públicas, también proporciona beneficios complementarios, lo que incluye:

- ► Beneficios por discapacidad
- ► Beneficios por fallecimiento
- ► Beneficios por despido

Al igual que el SRE, el SRM también administra varios "Beneficios de Leyes Especiales" para los retirados, los supérstites y los miembros discapacitados, que fueron reducidos o eliminados en 2013. Se incluyen:

- ► Bonificación de Navidad de $200 anuales
- ► Bonificaciones médicas de $100 cada julio
- ► Aportación al Plan de Seguro Médico de $100 al mes para los que elijan la cobertura
- ► Ajustes por costo de vida pagados periódicamente hasta 2007
- ► Beneficios mínimos

Al igual que en el caso del SRE, dichos Beneficios de Leyes Especiales generalmente estaban estructurados para ser pagados en parte por los sistemas y en parte por los empleadores del miembro. La parte correspondiente al empleador también se pagaba a través del fideicomiso de cada uno de los respectivos planes y se denominaban "Beneficios Administrados por el Sistema". Dichos Beneficios Administrados por el Sistema se tenían que pagar del Fondo General en el caso de los exempleados del Gobierno o por las corporaciones públicas del municipio en el caso de sus exempleados.

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



Las aportaciones relativas al SRM se realizaron tanto por los miembros como por los empleadores. Las aportaciones de los miembros relativas al plan de beneficios definidos son del 9% de la remuneración. Estaba previsto que las aportaciones de los miembros conforme al plan híbrido subieran, desde el 10.00% de la paga en junio de 2017 hasta el 13.12% de la paga en el período entre julio de 2017 y junio de 2020, llegando al 14.02% de la paga a partir de julio de 2020. Obsérvese que las aportaciones relativas al SRM son mayores que las relativas al SRE. Esto es así gracias a los beneficios más altos debido al hecho de que los miembros del SRM no participan en el Seguro Social. Al igual que en el caso de otros planes, las aportaciones de los empleadores no han sido determinadas actuarialmente, sino que fueron determinados por disposición legal sobre la base de la remuneración. A partir del 1 de julio de 2016, la tasa de aportación de los empleadores fue del 14.75% de la paga, y estaba previsto que se incrementara por el 1.25% de la paga al año, alcanzando en última instancia el 20.525% de la paga en julio de 2020. Sin embargo, como se señaló anteriormente, la Ley 106 implementó el enfoque de PayGo, lo cual se tradujo en que los empleadores ya no realizaran aportaciones a los fondos, aunque asumieran los costos de los beneficios atribuibles a sus retirados.

La lista de las Leyes Especiales más importantes relativas al SRM adoptadas desde 1963, en su versión modificada por la ley 160-2013, es la siguiente:

Ley núm. 49-1980, en su versión modificada: Bonificación de Navidad

Ley núm. 162-2003, en su versión modificada: Bonificación médica

Ley núm. 38-2001, en su versión modificada: Bonificación de verano

Ley núm. 95-1963, en su versión modificada: Aportación al Plan de Seguro Médico

Ley núm. 62-1992, en su versión modificada: Ajustes por costo de vida

Ley núm. 160-2013: incremento de pensión mínima de $500

La lista de las Leyes Especiales más importantes relativas al SRJ adoptadas desde 1969, en su versión modificada por la ley 162-2013, es la siguiente:

Ley núm. 98-1980, en su versión modificada: Bonificación de Navidad

Ley núm. 155-2003, en su versión modificada: Bonificación médica

Ley núm. 37-2001, en su versión modificada: Bonificación de verano

Ley núm. 10-1992, en su versión modificada: Ajustes por costo de vida

Ley núm. 105-1969, en su versión modificada: Beneficios por viudedad

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



ANÁLISIS DE PENSIONES DE PUERTO RICO en virtud de PROMESA, art. 211                                        Página 38

# Sistema de Retiro de la Rama Judicial (SRJ)

Actualmente el SRJ tiene tres grupos básicos de empleados:

| Fecha de contratación | Antes del 24 de diciembre de 2013 | Entre el 24 de diciembre de 2013 y el 30 de junio de 2014 | Después del 30 de junio de 2014 |
|---|---|---|---|
| Fórmula de beneficios | El 25%, más el 5% por cada año de servicio a partir de diez años, con un mínimo del 75% de la paga | El 25%, más el 5% por cada año de servicio a partir de diez años, con un mínimo del 60% de la paga | El 1.50% de una media de cinco años de la remuneración por año de servicio, más anualidad basada sobre cuentas nocionales. |
| Elegibilidad para el retiro | A 60 años con al menos 10 años de servicio | A 60 años con al menos 10 años de servicio | A 65 años con 12 años de servicio |
| Características adicionales del plan | Se proporcionan beneficios mejorados en el caso de jueces nombrados antes del 29 de junio de 2007 a un plazo indefinido ▶ Se aplican disposiciones de retiro opcional a partir de la edad de 55 años, pero antes de llegar a la edad de 60 años, en el caso de aquellos que tengan 20 años de servicio y cuya edad más los años de servicio sumen 82 | | Los saldos de las cuentas nocionales son pagaderos como anualidades al retiro calculadas sobre la base de las tablas actuariales. |
| Elegibilidad para el retiro después de la congelación de 2013 | Retraso equivalente a 3 años. | Retraso equivalente a 3 años. Disposiciones relativas a 50 años y a alcaldes eliminadas | Retraso equivalente a 5 años. |
| Aportaciones de los empleados | 8% de la paga | 10% de la paga | 12% de la paga |

La Ley 162-2013 también eliminó Beneficios de Leyes Especiales en el caso de futuros retirados endureció los requisitos relativos a las aportaciones de los empleadores. Además, la Ley 160-2013 también introdujo elementos que redujeron beneficios de aquellos que fueron empleados anteriormente, pero el Tribunal Supremo dictó una sentencia contra dichos elementos en 2014. Esto creó un tercer grupo de aquellos que fueron nombrados entre el 24 de diciembre de 2013 y el 30 de junio de 2014. El referido grupo recibió los mismos beneficios que los que hayan sido contratados antes, pero con un beneficio máximo del 60% de la paga en lugar del 75% de la paga.

El SRJ, al igual que el SRE, el SRM y muchos otros planes de pensiones públicas, también proporciona beneficios complementarios, lo que incluye:

▶  Beneficios por discapacidad
▶  Beneficios por fallecimiento
▶  Beneficios por despido

Al igual que el SRM y el SRE, el SRJ también administra varios "Beneficios de Leyes Especiales" para los retirados, los supérstites y los miembros discapacitados, contratados antes del 24 de diciembre de 2013. Se incluyen:

▶  Bonificación de Navidad de $600 anuales
▶  Bonificación de verano de $100 anuales
▶  Bonificaciones médicas de $100 cada julio
▶  Aportación al Plan de Seguro Médico de $100 al mes para los que elijan la cobertura
▶  Ajustes por costo de pagados periódicamente, también en el caso de los contratados después de junio de 2014
▶  Beneficios mínimos

Al igual que en el caso del SRM y el SRE, dichos Beneficios de Leyes Especiales estaban estructurados para ser pagados en parte por los sistemas y en parte por los empleadores del miembro. La parte correspondiente al empleador también se pagaba a través del fideicomiso de cada uno de los respectivos planes y se denominaban "Beneficios Administrados por el Sistema". Dichos Beneficios Administrados por el Sistema se tenían que pagar del Fondo General en el caso de los exempleados del Gobierno o por las corporaciones públicas del municipio en el caso de sus exempleados.

A partir del 1 de julio de 2008, la tasa de aportación de los empleadores es del 30.34% de la remuneración. Sin embargo, como se señaló anteriormente, la Ley 106 implementó el enfoque de financiamiento de PayGo, lo cual se tradujo en que los empleadores ya no realizaran aportaciones a los fondos, aunque asumieran los costos de los beneficios atribuibles a sus retirados.

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



# Apéndice C: Normas sobre pensiones públicas del Consejo Coordinador de Pensiones Públicas

El Consejo Coordinador de Pensiones Públicas ("PPCC") estableció las Normas sobre pensiones públicas (las "Normas") para así reflejar unas expectativas mínimas relativas a la gestión, la administración y el financiamiento del sistema público de retiro. Las Normas actúan como punto de referencia para evaluar los planes públicos de beneficios definidos.

El PPCC insta a todos los sistemas públicos de retiro, así como a los gobiernos estatales y locales que los patrocinan, a que cumplan con las Normas.

Las normas abarcan cinco áreas de evaluación. Dichas áreas son las siguientes:

1.  Programa de beneficios integral. El sistema debe habilitar un programa de beneficios integral que incluya beneficios de retiro de servicio, beneficios por fallecimiento durante el servicio, beneficios por discapacidad, adquisición de derechos y disposiciones que concedan un ajuste por costo de vida.

2.  Actuarial. La Valuación Actuarial debe llevarse a cabo al menos cada dos años aplicando principios y prácticas actuariales generalmente reconocidos y aceptados.

3.  Auditorías. El sistema debe obtener un dictamen sin reservas de una auditoría independiente realizada de conformidad con las normas gubernamentales de auditoría generalmente aceptadas en los Estados Unidos.

4.  Inversiones. El sistema debe cumplir con las políticas sobre inversiones y con las normas fiduciarias que consten por escrito. Además, el sistema debe obtener una evaluación anual de rendimiento de inversiones realizada por una entidad externa de análisis de inversiones.

5.  Comunicaciones. Los miembros deben recibir un manual o un resumen de la descripción del plan, actualizaciones periódicas de los documentos y una declaración anual de beneficios. Las reuniones de la junta de administración del sistema se celebrarán al menos trimestralmente previa notificación pública pertinente.

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



# Apéndice D: Desglose de los costos anuales previstos de PayGo



*Elementos del presupuesto consolidado de PayGo para el AF20*
*En millones de $*

Nota: Debido al redondeo, es posible que los números que se muestran no correspondan exactamente con los totales proporcionados.
1. Los costos de pensiones del EF18 incluyen algunas aportaciones de los empleadores relativas a pagos de pensiones.
2. Incluye $345 millones en cargos del Fondo de Rentas Especiales (FRE) de PayGo relativos al Sistema de Retiro de los Empleados (SRE), en concordancia con el Plan Fiscal certificado, de fecha 9 de mayo de 2019. El ELA procesa los pagos de pensiones del SRE en nombre los municipios y determinadas dependencias fuera del ELA. Está previsto que la totalidad de los municipios y de otras dependencias contribuyentes fuera del ELA paguen a Hacienda sus obligaciones relativas a PayGo en el presupuesto del AF20 a procesar por el ELA.
3. Abarca 33 agencias adicionales, incluidos Puertos, la AFV, ACM y la CFI de Puerto Rico, entre otras.
4. Abarca el Centro de Recaudación de Ingresos Municipales (CRIM), la Corporación Pública para la Supervisión y Seguro de Cooperativas de Puerto Rico (COSSEC) y Metropistas, entre otros.
Fuente: Presupuesto certificado del AF20

| Asignaciones PayGo del Fondo General | |
|---|---|
| Departamento de Educación (Incl. el SRM y el SRE) | $1,062 |
| Custodia de Menores | 197 |
| Negociado de la Policía de Puerto Rico | 194 |
| Departamento de Salud | 74 |
| Departamento de Hacienda | 47 |
| Departamento de Corrección | 36 |
| Departamento de Justicia | 30 |
| Departamento del Trabajo y Recursos Humanos | 25 |
| Otras agencias | 332 |
| Total general del Fondo | $1,997 |

| Asignaciones PayGo del FRE | |
|---|---|
| Corporación del Fondo del Seguro del Estado | $96 |
| Autoridad de los Puertos | 25 |
| Otras agencias y dependencias[2][3] | 113 |
| Total del FRE (dentro del Plan Fiscal CW) | $234 |
| Municipios | 192 |
| AAA de PR | 96 |
| ACT | 36 |
| Otras corporaciones públicas fuera del Plan Fiscal[4] | 21 |
| Total del FRE (fuera del Plan Fiscal CW) | $345 |
| Total del FRE PayGo | $579 |

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la Cláusula de exención de responsabilidad que figura en el presente Informe.



ANÁLISIS DE PENSIONES DE PUERTO RICO en virtud de PROMESA, art. 211 Página 41

# Apéndice E: Distribución de los beneficios del sistema por edad y monto

Sistema de Retiro de los Empleados a 1 de julio de 2016[38]

| Edad/beneficio mensual ($) | 0 - 500 | 500 - 1,000 | 1,000 - 1,100 | 1,100 - 1,135 | 1,135 - 1,315 | 1,315 - 1,500 | 1,500 + | Total pensionados |
|---|---|---|---|---|---|---|---|---|
| <50 | 2,727 | 455 | 21 | 14 | 23 | 31 | 42 | 3,313 |
| 50-55 | 1,542 | 687 | 64 | 31 | 166 | 147 | 661 | 3,298 |
| 55-60 | 1,146 | 1,710 | 309 | 142 | 699 | 867 | 4,679 | 9,552 |
| 60-65 | 1,473 | 5,453 | 600 | 232 | 1,206 | 1,717 | 7,926 | 18,607 |
| 65-70 | 2,174 | 11,777 | 1,033 | 417 | 2,089 | 1,620 | 6,066 | 25,176 |
| 70-75 | 1,768 | 13,467 | 925 | 396 | 1,304 | 1,098 | 3,176 | 22,134 |
| 75-80 | 2,412 | 11,104 | 616 | 236 | 722 | 532 | 1,559 | 17,181 |
| 80-85 | 1,934 | 8,283 | 401 | 135 | 377 | 294 | 716 | 12,140 |
| 85-90 | 1,476 | 4,917 | 171 | 44 | 168 | 89 | 260 | 7,125 |
| 90-95 | 814 | 2,202 | 52 | 15 | 58 | 37 | 91 | 3,269 |
| 95-100 | 224 | 551 | 7 | 6 | 13 | 5 | 14 | 820 |
| >100 | 50 | 83 | 2 | | 2 | 2 | 3 | 142 |
| Total # ppts | 17,740 | 60,689 | 4,201 | 1,668 | 6,827 | 6,439 | 25,193 | 122,757 |
| % del total | 14% | 49% | 3% | 1% | 6% | 5% | 21% | |

38  Incluye información sobre entidades relacionadas con el plan fiscal y sobre entidades que no están relacionadas con este. Basado en la información proporcionada por el actuario del plan utilizado con fines de valuación. Los montos medios de beneficios excluyen las bonificaciones de Leyes especiales.

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la página final del presente Informe.



ANÁLISIS DE PENSIONES DE PUERTO RICO en virtud de PROMESA, art. 211                    Página 42

Sistema de Retiro para Maestros a 1 de julio de 2016[39]

| Edad/beneficio mensual ($) | 0 - 500 | 500 - 1,000 | 1,000 - 1,100 | 1,100 - 1,135 | 1,135 - 1,315 | 1,315 - 1,500 | 1,500 + | Total pensionados |
|---|---|---|---|---|---|---|---|---|
| <50 | 163 | 133 | 21 | 6 | 38 | 7 | 9 | 377 |
| 50-55 | 87 | 133 | 52 | 13 | 249 | 103 | 700 | 1,337 |
| 55-60 | 157 | 218 | 74 | 29 | 303 | 230 | 4,249 | 5,260 |
| 60-65 | 337 | 707 | 202 | 75 | 454 | 263 | 7,250 | 9,288 |
| 65-70 | 465 | 805 | 199 | 87 | 692 | 2,579 | 3,837 | 8,664 |
| 70-75 | 528 | 1,006 | 313 | 96 | 746 | 1,845 | 1,482 | 6,016 |
| 75-80 | 721 | 1,420 | 369 | 156 | 737 | 705 | 518 | 4,626 |
| 80-85 | 805 | 1,508 | 554 | 115 | 386 | 259 | 171 | 3,798 |
| 85-90 | 674 | 1,194 | 222 | 44 | 169 | 70 | 46 | 2,419 |
| 90-95 | 356 | 634 | 82 | 18 | 51 | 21 | 19 | 1,181 |
| 95-100 | 103 | 130 | 19 | 4 | 15 | 4 | 2 | 277 |
| >100 | 27 | 26 | 4 | 0 | 2 | 1 | 2 | 62 |
| Total # ppts | 4,423 | 7,914 | 2,111 | 643 | 3,842 | 6,087 | 18,285 | 43,305 |
| % del total | 10% | 18% | 5% | 1% | 9% | 14% | 42% | |

[39]    Basando en la información proporcionada por el actuario del plan utilizado con fines de valuación. Los montos medios de beneficios excluyen las bonificaciones de Leyes especiales.

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la página final del presente Informe.



ANÁLISIS DE PENSIONES DE PUERTO RICO en virtud de PROMESA, art. 211                    Página 43

Sistema de Retiro de la Rama Judicial a 1 de julio de 2015[40]

| Edad/benefici o mensual ($) | 0 - 500 | 500 - 1,000 | 1,000 - 1,100 | 1,100 - 1,135 | 1,135 - 1,315 | 1,315 - 1,500 | 1,500 + | Total pensionados |
|---|---|---|---|---|---|---|---|---|
| <50 | | | | | | | 3 | 3 |
| 50-55 | | | | | | | 1 | 1 |
| 55-60 | | | 1 | | | | 14 | 15 |
| 60-65 | | 1 | | 1 | | 1 | 57 | 60 |
| 65-70 | | 2 | | | 1 | | 81 | 84 |
| 70-75 | | 1 | 1 | 1 | 1 | | 68 | 72 |
| 75-80 | 1 | 3 | | | 2 | 3 | 64 | 73 |
| 80-85 | 1 | 3 | | | 2 | 2 | 49 | 57 |
| 85-90 | | 1 | 1 | | 1 | 2 | 21 | 26 |
| 90-95 | 1 | 1 | 1 | | 1 | 2 | 9 | 15 |
| 95-100 | | | | | | | 2 | 2 |
| >100 | | 1 | | | | | 1 | 2 |
| Total # ppts | 3 | 13 | 4 | 2 | 8 | 10 | 370 | 410 |
| % del total | 1% | 3% | 1% | 0% | 2% | 2% | 90% | |

[40] Basado en la información proporcionada por el actuario del plan utilizado con fines de valuación. Los montos medios de beneficios excluyen las bonificaciones de Leyes especiales.

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la página final del presente Informe.



# Apéndice F: Suposiciones relativas al análisis de la Ley 3 y la Ley 106

Suposiciones de carácter demográfico relativas a la Ley 447 e impacto de la Ley

| | |
|---|---|
| Fecha de contratación | Antes de abril de 1990 |
| Núm. de miembros | ~19,000 miembros |
| Perfil medio cuando se adoptó la Ley 3-2013 | 54 años de edad, 27 años de servicio con un salario medio de $33, 106 |
| Impacto de la Ley 3-2013 | ► Los beneficios acumulados fueron congelados y los miembros pasaron a una cuenta híbrida, con el compromiso de pago al retirarse mediante una anualidad vitalicia<br>► El beneficio para supérstites fue eliminado, lo cual supone un riesgo para cónyuges y familiares cuando la persona retirada fallece<br>► La pensión por discapacidad fue eliminada<br>► La edad de retiro se incrementó hasta los 59, 60 o 61 años en función de la edad a 30 de junio de 2013<br>► Se eliminó la pensión por méritos, cuando un porcentaje del salario anual relativo a la fórmula de acumulación de beneficios de pensión se incrementa hasta un máximo del 75% al alcanzarse 30 años de servicio y la edad de 55 años.<br>► Determinadas bonificaciones y aportaciones médicas fueron eliminadas |
| Impacto de la Ley 106-207 | ► Las cuentas híbridas fueron congeladas a partir del 30 de junio y los miembros pasaron al plan de aportaciones definidas |

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la página final del presente Informe.



## Suposiciones de carácter demográfico relativas a la Ley 1 e impacto de la Ley

| Miembros conforme a la Ley 1 | |
|---|---|
| Fecha de contratación | Abril de 1990 a diciembre de 1999 |
| Núm. de miembros | ~43,000 miembros |
| Perfil medio cuando se adoptó la Ley 3-2013 | 49 años de edad, 19 años de servicio con un salario medio de $29,871 |
| Impacto de la Ley 3-2013 | ▶ Los beneficios acumulados fueron congelados y los miembros pasaron a una cuenta híbrida, que se paga al retirarse mediante una anualidad vitalicia<br>▶ Los beneficios para supérstites y la pensión por discapacidad fueron eliminados<br>▶ La edad de retiro se mantuvo en 65 años, pero la opción de retiro anticipado fue eliminada<br>▶ Determinadas bonificaciones y aportaciones médicas fueron eliminadas |
| Impacto de la Ley 106-207 | ▶ Las cuentas híbridas fueron congeladas a partir del 30 de junio de 2017 y los miembros pasaron al plan de aportaciones definidas |

## Suposiciones de carácter demográfico relativas al Sistema 2000 e impacto de la Ley

| Miembros conforme al Sistema 2000 | |
|---|---|
| Fecha de contratación | A partir de enero de 2000 |
| Núm. de miembros | ~64,000 miembros |
| Perfil medio cuando se adoptó la Ley 3-2013 | 42 años de edad, 8 años de servicio con un salario medio de $24,719 |
| Impacto de la Ley 3-2013 | ▶ La edad de retiro se incrementó desde los 60 hasta los 61 a 65 años, en función de la edad del miembro a 30 de junio de 2013<br>▶ Determinadas bonificaciones y aportaciones médicas fueron eliminadas |
| Impacto de la Ley 106-207 | ▶ Las cuentas híbridas fueron congeladas a partir del 30 de junio de 2017 y los miembros pasaron al plan de aportaciones definidas |

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la página final del presente Informe.



# Apéndice G: Calendario de los acontecimientos legislativos relativos al SRE y SRM



## SRE

**Ley 447**

Creó el plan de beneficios definidos. Proporciona el 75% de la pensión a los participantes con 30 años de servicio o el 75% de la pensión a los que tengan 30 años de servicio y que tengan 55 años de edad al retirarse

**Ley 1**

Redujo la estructura de beneficios definidos conforme a la Ley 447. Incrementó el período de garantía y redujo los niveles de beneficios en el caso de los participantes contratados el 1 de abril de 1990 o después

**Ley 305**

Cerró la estructura de beneficios definidos y creó el Programa de Cuentas de Ahorro para el Retiro (llamado el "Sistema 2000")

**Emisión de los BOP**

A principios de 2008, el SRE emitió Bonos de Obligación de Pensiones (BOP) por un valor de $2,950 millones, incluidos bonos a plazo y bonos de revalorización de capital

**Ley 116**

Introdujo un incremento gradual de las aportaciones de los empleadores; desde el 9.3% vigente en ese momento hasta el 20.5% en el AF20

**Ley 3**

Creó un "Programa Híbrido" para todos los empleados y futuros participantes activos en el SRE, transfiriendo los saldos de las Cuentas de Ahorro para el Retiro al nuevo programa, congelando los beneficios relativos a la Ley 447 y la Ley 1 a partir del 30 de junio de 2013 y la totalidad de los beneficios acumulados conforme a la fórmula de aportaciones definidas que se pagaban como anualidad por un valor superior a los $10,000. Las bonificaciones también fueron eliminadas en el caso de los participantes que se retiraron a partir del 30 de junio de 2013

**Título III**

Los procedimientos radicados conforme al Título III de PROMESA se iniciaron en mayo de 2017

**Ley 106**

Adoptó reformas de pensiones, incluida la transición del sistema de pensiones a PayGo, y creó planes de aportaciones definidas en el caso de algunos trabajadores activos y personal de nueva contratación

**Recortes propuestos**

El Plan Fiscal del ELA de 2019 contiene una reducción media del 10% de los beneficios relativos a la totalidad de los planes

## SRM

**Ley 218**

Creó el sistema de pensiones para los maestros de escuelas públicas. El nivel de aportaciones no proporcional con los beneficios pagados por el Sistema, y no se ajustó a los cambios económicos o actuariales que afectaron al nivel de beneficios.

**Ley 91**

Realizó cambios administrativos al sistema, pero sin reducir beneficios. Participantes de 55 años con 30 años de servicio, con derecho a una anualidad equivalente al 75% de su salario medio

**Ley 114**

Incrementa las aportaciones de los empleadores desde el 8.5% de la nómina cubierta hasta el 19.75% para el AF21 y hasta el 20.525% para el AF22

**Ley 160**

Trató de congelar los beneficios de retiro que los participantes en el SRM habrían acumulado conforme al sistema de beneficios definidos a 31 de julio de 2014, y a partir de ese momento reemplaza dicho sistema de beneficios definidos con un plan de aportaciones definidas

**Sentencia del Tribunal Supremo**

En abril de 2014, el Tribunal Supremo de Puerto Rico anuló determinadas partes de la Ley 160, limitando así las reformas al personal de nueva contratación. Algunos recortes de beneficios fueron confirmados para todos

**Ley 106**

Transición del sistema de pensiones a PayGo

**Recortes propuestos**

El Plan Fiscal del ELA de 2019 contiene una congelación de las acumulaciones de pensión de beneficios definidos y una reducción media del 10% de los beneficios de todos los planes

**Fechas (línea de tiempo):** 1951, 1990, 1999, 2004, 2008, 2011, 2013, 2014, 2017, 2019

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la página final del presente Informe.



# Apéndice H: Empleadores del SRE

**Empleadores que figuran en el Plan Fiscal**

| SRE | Gob. | Empleador | SRE | Gob. | Empleador |
|---|---|---|---|---|---|
| 220 | 25 | Banco de Vivienda y Agencia para el Financiamiento de Puerto Rico | 167 | 25 | Departamento de Servicios Sociales |
| 226 | 25 | Corporación de Crédito para el Desarrollo Agrícola y Comercial de Puerto Rico | 168 | 78 | Departamento de la Vivienda |
| 433 | 152 | Oficina de Administración de Procedimientos | 169 | 43 | Guardia Nacional de Puerto Rico |
| 101 | 100 | Senado de Puerto Rico | 170 | 81 | Departamento de Educación (maestros) |
| 102 | 100 | Comisión Conjunta sobre Informes especiales del Contralor | 171 | 81 | Departamento de Educación (no maestros) |
| 103 | 100 | Cámara de Representantes de Puerto Rico | 172 | 277 | Corporación para el Desarrollo Rural de Puerto Rico |
| 104 | 100 | Junta de Revisión de los Distritos Senatoriales | 173 | 87 | Departamento de Recreación y Deportes |
| 105 | 25 | Comisión Permanente de Sistemas de Retiro | 174 | 87 | Compañía de Parques Nacionales de Puerto Rico |
| 107 | 25 | Admin. de Desarrollo y Mejoramiento de Vivienda | 175 | 89 | Administración de la Industria y el Deporte Hípico |
| 108 | 100 | Actividades Legislativas Conjuntas | 176 | 67 | Departamento del Trabajo y Recursos Humanos de Puerto Rico |
| 109 | 16 | Oficina de Gerencia y Presupuesto | 178 | 25 | Comisión de Variedad de Puerto Rico |
| 110 | 25 | Admin. del Fondo de Compensación al Paciente | 179 | 25 | Comisión de Asuntos Laborales |
| 112 | 29 | Administración de Asuntos Federales de Puerto Rico | 180 | 25 | Comisión para la Protección y Fortalecimiento de la Familia |
| 113 | 25 | Comisión de la Lucha contra el Crimen | 188 | 25 | Administración de Desarrollo Económico |
| 114 | 8 | Oficina del Contralor | 194 | 75 | Comisionado de Instituciones Financieras |
| 115 | 90 | Administración de Servicios Médicos de Puerto Rico | 196 | 82 | Instituto de Cultura Puertorriqueña |
| 116 | 25 | Sistema de Retiro para Maestros | 198 | 25 | Oficina para el servicio a la infancia y desarrollo comunitario |
| 117 | 25 | Sistema de Retiro para Maestros - pensionados | 199 | 277 | Administración para el Desarrollo Empresarial Agropecuario (ADEA) |
| 118 | 95 | Administración de Servicios de Salud Mental y contra la Adicción | 202 | 141 | Corporación de Comunicaciones |
| 119 | 96 | Oficina de la Procuradora de las Mujeres | 203 | 162 | Autoridad de edificios Públicos (AEP) |
| 120 | 137 | Administración de Corrección | 205 | 285 | Autoridad de Transporte Integrado de Puerto Rico (autobuses metropolitanos) |
| 122 | 10 | Tribunal General de Justicia | 206 | 168 | Autoridad de los Puertos de Puerto Rico |
| 123 | 11 | Comisión para la Seguridad en el Tránsito | 207 | 165 | Autoridad de Tierras |
| 124 | 137 | Oficina de Asuntos de la Juventud | 209 | 25 | Autoridad de Transporte Marítimo de Puerto Rico |
| 125 | 25 | Negociado de Energía de Puerto Rico | 210 | 184 | Autoridad de Desperdicios Sólidos |
| 126 | 14 | Junta de Calidad Ambiental de Puerto Rico | 211 | 177 | Autoridad de Tierras de Puerto Rico |
| 127 | 15 | Oficina del Gobernador | 212 | 192 | Corporación del Centro de Bellas Artes |
| 129 | 273 | Administración de Reglamentos y Permisos | 213 | 67 | Administración del Permiso para Trabajar |
| 130 | 18 | Junta de Planificación de Puerto Rico | 214 | 79 | Administración de Compensación por Accidentes de Automóviles |
| 131 | 119 | Junta de Apelaciones sobre Construcciones y Lotificaciones | 216 | 25 | Admin. de Servicios Comunales |
| 132 | 21 | Agencia Estatal para el Manejo de Emergencias y Administración de Desastres | 217 | 191 | Corporación de las Artes Musicales |
| 133 | 22 | Oficina del Comisionado de Seguros | 218 | 287 | Asociación de Empleados del Estado Libre Asociado |
| 134 | 23 | Departamento de Estado de Puerto Rico | 219 | 172 | Banco Gubernamental de Fomento |
| 135 | 24 | Departamento de Hacienda de Puerto Rico | 221 | 258 | Compañía de Comercio y Exportación |
| 136 | 25 | Comisión para Ventilar Querellas Municipales | 224 | 180 | Compañía de Turismo de Puerto Rico |
| 137 | 279 | Comisión Apelativa del Servicio Público | 225 | 25 | Corporación Renovación Urbana y Vivienda |
| 138 | 30 | Centro de la Oficina Consultiva Laboral | 227 | 188 | Centro Cardiovascular de Puerto Rico y del Caribe |
| 139 | 28 | Comisión Estatal de Elecciones | 229 | 25 | Corporación Azucarera de Puerto Rico |
| 140 | 928 | Sistema de Retiro de los Empleados del Gobierno y el Sistema de Retiro de la Rama | 230 | 25 | Corporación para el Desarrollo y Administración de los Recursos Marinos |
| 141 | 25 | Central Retiro Pensionados (Pensioned Central Withdrawal) | 231 | 25 | Corporación para el Desarrollo y Administración de los Recursos Minerales |
| 142 | 31 | Administración de Servicios Generales | 232 | 25 | Seguridad Laboral Negociada |
| 143 | 67 | Administración para el Adiestramiento de Futuros Empresarios y Trabajadores | 234 | 25 | Nuevo Centro Corporativo de San Juan |
| 144 | 34 | Comisión de Investigación, Procesamiento y Apelación | 235 | 186 | Autoridad de Conservación y Desarrollo de Culebra |
| 145 | 35 | Oficina Exención Contributiva Industrial | 236 | 25 | Servicio de Extensión Agrícola |
| 146 | 16 | Oficina del Comisionado de Asuntos Municipales | 237 | 119 | Departamento de Desarrollo Económico y Comercio de Puerto Rico |
| 147 | 37 | Comisión de Derechos Civiles | 238 | 25 | Fideicomiso para el Desarrollo de los Parques Nacionales |
| 148 | 38 | Departamento de Justicia de Puerto Rico | 239 | 25 | Gen. Centro Estudios Especiales Gobierno |
| 149 | 40 | Negociado de la Policía de Puerto Rico | 240 | 25 | Junta de Empleo y Educación |
| 150 | 42 | Negociado del Cuerpo de Bomberos de Puerto Rico | 242 | 193 | Oficina de Ética Gubernamental |
| 151 | 60 | Oficina del Procurador del Ciudadano | 243 | 189 | Negociado de Ciencias Forenses |
| 152 | 49 | Departamento de Transportación y Obras Públicas de Puerto Rico | 244 | 25 | Comité Coordinador de Información Ocupacional de Puerto Rico (PROICC) |
| 153 | 50 | Departamento de Recursos Naturales y Ambientales de Puerto Rico | 245 | 195 | Banco de Desarrollo para Puerto Rico |
| 154 | 55 | Departamento de Agricultura de Puerto Rico | 246 | 137 | Administración de Instituciones Juveniles |
| 155 | 25 | Administración de Desarrollo Comercial | 247 | 105 | Compañía de Fomento Industrial de Puerto Rico |
| 158 | 25 | Administración de Desarrollo Cooperativo | 248 | 137 | Corporación de Empresas de Adiestramiento y Trabajo |
| 159 | 25 | Junta Azucarera de Puerto Rico | 249 | 196 | Corporación para la Difusión Pública de Puerto Rico |
| 160 | 65 | Comisión de Servicio Público | 252 | 139 | Junta de Libertad Bajo Palabra |
| 161 | 68 | Junta de Relaciones del Trabajo | 253 | 25 | Negociado para el Fomento de Oportunidades de Trabajo |
| 162 | 69 | Departamento de Asuntos del Consumidor | 255 | 100 | Comisión sobre Informes Especiales |
| 163 | 70 | Corporación del Fondo del Seguro del Estado | 257 | 25 | Departamento de Asuntos de la Comunidad Puertorriqueña |
| 164 | 71 | Departamento de Salud | 259 | 153 | Oficina para Personas con Discapacidad |
| 165 | 25 | Admin. de Servicios de Salud | 260 | 152 | Oficina del Procurador de Personas Pensionadas y de la Tercera Edad |
| 166 | 25 | Oficina del Inspector de Cooperativas | 261 | 25 | Oficina de Coordinación de Ayuda y Servicios a los Ciudadanos de los Residenciales Públicos (OCASCIR) |



La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la página final del presente Informe.



ANÁLISIS DE PENSIONES DE PUERTO RICO en virtud de PROMESA, art. 211                                      Página 48

**Empleadores que figuran en el Plan Fiscal (continuación)**

| SRE | Gob. Empleador | SRE | Gob. | Empleador |
|---|---|---|---|---|
| 262 | 155 Oficina Estatal de Conservación Histórica de Puerto Rico | 411 | 137 | Oficina de Servicios con Antelación al Juicio |
| 264 | 100 Oficina de Servicios Legislativos | 413 | 25 | Corporación para el Desarrollo de la Industria Cinematográfica |
| 265 | 100 Superintendencia del Capitolio | 415 | 25 | Administración de Rehabilitación de Comunidades |
| 266 | 106 Administración de Vivienda Pública | 416 | 25 | Comisión Especial Permanente sobre los Sistemas de Retiro |
| 267 | 25 Oficina Permanente de la Vivienda | 417 | 220 | Corporación de Servicios de Salud Correccional |
| 268 | 120 Oficina del Procurador del Veterano | 418 | 100 | Comisión Especial Conjunta sobre Donativos Legislativos |
| 269 | 141 Junta Reglamentadora de Telecomunicaciones | 419 | 279 | Comisión de Relaciones del Trabajo del Servicio Público |
| 270 | 198 Corporación de Seguros Agrícolas | 422 | 231 | Oficina del Procurador del Paciente |
| 271 | 138 Fideicomiso Institucional de la Guardia Nacional de Puerto Rico | 423 | 221 | Negociado del Cuerpo de Emergencias Médicas |
| 272 | 109 Escuela de Artes Plásticas y Diseño de Puerto Rico | 426 | 25 | Universidad de Justicia Criminal de Puerto Rico |
| 273 | 25 Consejo de Desarrollo Estratégico de Puerto Rico | 427 | 241 | Administración para el Cuidado y Desarrollo Integral de la Niñez |
| 275 | 23 Consejo de Educación General de Puerto Rico | 428 | 273 | Oficina de Gerencia de Permisos |
| 292 | 187 Administración de Seguros de Salud de Puerto Rico | 429 | 273 | Oficina del Inspector General de Permisos |
| 293 | 23 Consejo de Educación de Puerto Rico | 431 | 34 | Comisión Apelativa del Servicio Público |
| 295 | 215 Corporación del Conservatorio de Música de Puerto Rico | 432 | 272 | Oficina del Inspector General de Puerto Rico |
| 296 | 121 Junta de Gobierno del Servicio 9-1-1 | 436 | 290 | Oficina Estatal de Política Pública Energética |
| 297 | 11 Comisión de Seguridad y Protección | 437 | 153 | Procurador de las Personas con Impedimentos |
| 298 | 176 Universidad de Puerto Rico (UPR) | 438 | 329 | Oficina para el Desarrollo Socioeconómico y Comunitario |
| 401 | 37 Comisión de Derechos Civiles | 439 | 30 | Oficina de Administración y Transformación de los Recursos Humanos de Puerto Rico |
| 404 | 137 Departamento de Corrección y Rehabilitación | 500 | 238 | Autoridad del Puerto de las Américas |
| 406 | 122 Departamento de la Familia de Puerto Rico | 502 | 285 | Autoridad de Transporte Integrado de Puerto Rico (marítimo) |
| 407 | 123 Administración de Familias y Niños | 507 | 289 | Comisión de Energía |
| 408 | 124 Administración Para el Sustento de Menores (ASUME) | 508 | 290 | Administración de Asuntos Energéticos |
| 409 | 126 Administración de Rehabilitación Vocacional | 511 | 235 | Corporación para el Financiamiento de la Vivienda |
| 410 | 127 Administración de Desarrollo Socioeconómico de la Familia | 512 | 161 | Autoridad para el Financiamiento de la Infraestructura de Puerto Rico |
|  |  | 888 | 25 | Agencias del Gobierno Central - transferencias |

**Empleadores municipales**

| SRE | Gob. | Empleador | SRE | Gob. | Empleador | SRE | Gob. | Empleador |
|---|---|---|---|---|---|---|---|---|
| 301 | 208 | Adjuntas | 326 | 208 | Fajardo | 351 | 208 | Naguabo |
| 302 | 208 | Aguada | 377 | 208 | Florida | 352 | 208 | Naranjito |
| 303 | 208 | Aguadilla | 327 | 208 | Guanica | 353 | 208 | Orocovis |
| 304 | 208 | Aguas Buenas | 328 | 208 | Guayama | 354 | 208 | Patillas |
| 305 | 208 | Aibonito | 329 | 208 | Guayanilla | 355 | 208 | Peñuelas |
| 306 | 208 | Anasco | 330 | 208 | Guaynabo | 356 | 208 | Ponce |
| 307 | 208 | Arecibo | 331 | 208 | Gurabo | 357 | 208 | Quebradillas |
| 308 | 208 | Arroyo | 332 | 208 | Hatillo | 358 | 208 | Rincón |
| 309 | 208 | Barceloneta | 333 | 208 | Hormigueros | 359 | 208 | Río Grande |
| 310 | 208 | Barranquitas | 334 | 208 | Humacao | 360 | 208 | Sabana Grande |
| 311 | 208 | Bayamón | 335 | 208 | Isabela | 361 | 208 | Salinas |
| 312 | 208 | Cabo Rojo | 336 | 208 | Jayuya | 362 | 208 | San Germán |
| 313 | 208 | Caguas | 337 | 208 | Juana Díaz | 363 | 208 | San Juan |
| 314 | 208 | Camuy | 338 | 208 | Juncos | 364 | 208 | San Lorenzo |
| 378 | 208 | Canovanas | 339 | 208 | Lajas | 365 | 208 | San Sebastián |
| 315 | 208 | Carolina | 340 | 208 | Lares | 366 | 208 | Santa Isabel |
| 316 | 208 | Cataño | 341 | 208 | Las Marias | 367 | 208 | Toa Alta |
| 317 | 208 | Cayey | 342 | 208 | Las Piedras | 368 | 208 | Toa Baja |
| 318 | 208 | Ceiba | 343 | 208 | Loiza | 369 | 208 | Trujillo Alto |
| 319 | 208 | Ciales | 344 | 208 | Luquillo | 370 | 208 | Utuado |
| 320 | 208 | Cidra | 345 | 208 | Manati | 371 | 208 | Vega Alta |
| 321 | 208 | Coamo | 346 | 208 | Maricao | 372 | 208 | Vega Baja |
| 322 | 208 | Comerio | 347 | 208 | Maunabo | 373 | 208 | Vieques |
| 323 | 208 | Corozal | 348 | 208 | Mayagüez | 374 | 208 | Villalba |
| 324 | 208 | Culebra | 349 | 208 | Moca | 375 | 208 | Yabucoa |
| 325 | 208 | Dorado | 350 | 208 | Morovis | 376 | 208 | Yauco |

**Empleadores del SRE fuera del Plan Fiscal**

| SRE | Gob. | Empleador | SRE | Gob. | Empleador | SRE | Gob. | Empleador |
|---|---|---|---|---|---|---|---|---|
| 279 | 25 | CRIM | 208 | 66 | ACT | 506 | N/A | Metropistas |
| 228 | 212 | COSSEC | 379 | 25 | Ponce Muelle |  |  |  |
| 201 | 163 | AAA de PR | 218 | N/A | AEELA |  |  |  |

La información contenida en el presente Informe no fue elaborada ni verificada por EY. Invocación limitada. No constituye dictamen de auditoría ni asesoramiento jurídico. Todas las suposiciones, previsiones, pronósticos, recomendaciones, conclusiones u opiniones contenidos en el presente documento son exclusivamente los de la Junta de Supervisión y Administración Financiera. Rogamos consulte las limitaciones y restricciones explicadas en la página final del presente Informe.



EY | Assurance | Tax | Transactions | Advisory

Sobre EY

EY es una empresa líder en servicios de seguros, impuestos, transacciones y asesoría. Los conocimientos que aportamos y los servicios que prestamos ayudan a crear seguridad y confianza en los mercados de capital y economías en todo el mundo. Creamos líderes excepcionales que trabajan en equipo para cumplir con nuestros compromisos adquiridos ante todas las partes interesadas. En este sentido, desempeñamos un papel esencial para que el mundo sea un lugar mejor para nuestros compañeros de trabajo, nuestros clientes y nuestras comunidades.

EY es una empresa global, y puede ser representada por una o varias empresas integrantes de Ernst & Young Global Limited, cada una de las cuales tiene su propia personalidad jurídica. Ernst & Young Global Limited, una sociedad limitada por garantía constituida en el Reino Unido, no presta servicios a los clientes. En el siguiente enlace podrá consultar toda la información sobre la forma en la que EY recopila y utiliza los datos personales, así como la descripción de los derechos que asisten a las personas físicas al amparo de la legislación en materia de protección de datos: ey.com/privacy. Para más información sobre nuestra empresa visite ey.com.

Ernst & Young LLP es una sociedad integrante de Ernst & Young Global Limited que opera en los Estados Unidos y presta servicios a los clientes.

© 2019 Ernst & Young LLP.
Todos los derechos reservados.

1909-3264839
ED None