**ANEXO I**

LISTA DE ENTIDADES QUE INTEGRAN EL GOBIERNO CENTRAL DEL ELA

Case:17-03283-LTS Doc#:12480-9 Filed:03/20/20 Entered:03/20/20 17:15:06 Desc: Anexo I Page 1 of 4

**Lista de entidades que integran el Gobierno Central del ELA**[1]

| Núm. | Organismo (en español) | Organismo (en inglés) |
|---|---|---|
| 1 | Administración de Asuntos Federales de Puerto Rico (PRFAA) | PR Federal Affairs Administration |
| 2 | Administración de Desarrollo Socioeconómico de la Familia (ADSEF) | Socioeconomic Development of the Family Administration |
| 3 | Administración de Familias y Niños (ADFAN) | Family and Children Administration |
| 4 | Administración de la Industria y el Deporte Hípico (AIDH) | Horse Racing Administration |
| 5 | Administración de Recursos Naturales | Natural Resources Administration |
| 6 | Administración de Rehabilitación Vocacional (ARV) | Vocational Rehabilitation Administration |
| 7 | Administración de Servicios de Salud Mental y Contra la Adicción (ASSMCA) | Mental Health Services and Addiction Control Administration |
| 8 | Administración de Servicios Generales (ASG) | General Services Administration |
| 9 | Administración de Vivienda Pública (AVP) | Public Housing Administration |
| 10 | Administración para el Cuidado y Desarrollo Integral de la Niñez (ACUDEN) | Childcare and Childhood Integral Development Administration |
| 11 | Administración para el Sustento de Menores (ASUME) | Child Support Administration |
| 12 | Cámara de Representantes | House of Representatives |
| 13 | Comisión Apelativa del Servicio Público (CASP) | Public Service Appellate Commission |
| 14 | Comisión de Derechos Civiles (CDC) | Human Rights Commission |
| 15 | Comisión de Desarrollo Cooperativo de Puerto Rico (CDCOOP) | Cooperative Development Commission |
| 16 | Comisión de Investigación, Procesamiento y Apelación (CIPA) | Investigation, Processing and Appellate Commission |
| 17 | Comisión de Servicio Público (CSP) | Public Service Commission |
| 18 | Comisión Estatal de Elecciones de Puerto Rico (CEEPR) | State Elections Commission |
| 19 | Comisión Industrial de Puerto Rico (CIPR) | Industrial Commission |
| 20 | Comisión para la Seguridad en el Tránsito | Transit Safety Commission |
| 21 | Consejo de Educación de Puerto Rico (CEPR) | Puerto Rico Education Council |
| 22 | Defensoría de las Personas con Impedimentos (OPPI) | Office of the OMBUDSMAN - Persons with Disabilities |
| 23 | Departamento de Agricultura (DA) | Department of Agriculture |
| 24 | Departamento de Asuntos del Consumidor (DACO) | Department of Consumer Affairs |
| 25 | Departamento de Corrección y Rehabilitación (DCR) | Department of Correction and Rehabilitation |

[1] El Gobierno Central fue descrito en la *Moción informativa sobre las entidades que constituyen el Gobierno Central del ELA* [ECF núm. 2828] (la "Moción informativa sobre el Gobierno Central"). La Moción informativa sobre el Gobierno Central enumeró 88 entidades que integraban el ELA. A partir de ese momento, tres entidades se han fusionado con otras entidades o han sido disueltas conforme a la normativa legal del ELA: i) la Administración de Desarrollo Laboral se fusionó para convertirse en el Departamento de Desarrollo Económico y Comercio; ii) la Oficina de Gerencia Municipal se fusionó para convertirse en la Oficina de Gerencia y Presupuesto; y iii) la Administración de Energía de Puerto Rico fue disuelta en virtud de la Ley 17-2019. Además, la Comisión para la Seguridad en el Tránsito no tiene cuentas bancarias propias, ya que sus actividades financieras las gestiona la Administración de Compensaciones por Accidentes de Automóviles ("ACAA") de Puerto Rico, lo cual va más allá del ámbito del presente análisis. La ley habilitante de la Comisión para la Seguridad en el Tránsito dispone que el financiamiento que la ACAA asigna a la Comisión para la Seguridad en el Tránsito seguirá bajo la custodia de la ACCA. La Junta Reglamentadora de Servicio Público fue agregada a la lista porque fue creada por el Plan de Reorganización núm. 8, de fecha 1 de marzo de 2018.

| Núm. | Organismo (en español) | Organismo (en inglés) |
|---|---|---|
| 26 | Departamento de Desarrollo Económico y Comercio (DDEC) | Department of Economic Development and Commerce |
| 27 | Departamento de Educación (DE) | Department of Education |
| 28 | Departamento de Estado | Department of State |
| 29 | Departamento de Familia (DF) | Department of Family |
| 30 | Departamento de Hacienda | Department of Treasury |
| 31 | Departamento de Justica (DJ) | Department of Justice |
| 32 | Departamento de Justicia - Oficina del Procurador General | Department of Justice - Office of the Inspector General |
| 33 | Departamento de Recreación y Deportes (DRD) | Department of Sports and Recreation |
| 34 | Departamento De Recursos Naturales Y Ambientales (DRNA) | Department of Natural and Environmental Resources |
| 35 | Departamento de Salud (DS) | Department of Health |
| 36 | Departamento de Seguridad Pública de Puerto Rico | Department of Public Safety |
| 37 | Departamento de Transportación y Obras Públicas (DTOP) | Transportation and Public Works |
| 38 | Departamento de Vivienda (DV) | Department of Housing |
| 39 | Departamento del Trabajo y Recursos Humanos (DTRH) | Department of Labor and Human Resources |
| 40 | Gobernador | Office of the Governor |
| 41 | Guardia Nacional de Puerto Rico (GNPR) | National Guard of Puerto Rico |
| 42 | Instituto de Estadísticas de Puerto Rico | Statistics Institute of PR |
| 43 | Junta de Calidad Ambiental (JCA) | Environmental Quality Board |
| 44 | Junta de Libertad Bajo Palabra (JLBP) | Parole Board |
| 45 | Junta de Planificación (JP) | Planning Board |
| 46 | Junta de Relaciones del Trabajo (JRT) | Labor Relations Board |
| 47 | Junta Reglamentadora de Servicio Público | Public Service Regulatory Board |
| 48 | Negociado de Ciencias Forenses de Puerto Rico (ICF) | Forensics Science Bureau |
| 49 | Negociado de Energía de Puerto Rico | Puerto Rico Energy Bureau |
| 50 | Negociado de Investigaciones Especiales (NIE) | Bureau of Special Investigations |
| 51 | Negociado de la Policía de Puerto Rico (PPR) | Puerto Rico Police Bureau |
| 52 | Negociado de Sistemas de Emergencia 9-1-1 | 911 Emergency System Bureau |
| 53 | Negociado de Telecomunicaciones (NET) | Telecommunications Bureau |
| 54 | Negociado del Cuerpo de Bomberos de Puerto Rico | Corps of Firefighters Bureau |
| 55 | Negociado del Cuerpo de Emergencias Médicas de Puerto Rico (CEM) | Corps of Medical Emergencies Bureau |
| 56 | Negociado para el Manejo de Emergencias y Administración de Desastres (AEMEAD) | Emergency and Disaster Management Bureau |
| 57 | Oficina De Administración De Los Tribunales (OAT) | Office of Court Administration |
| 58 | Oficina de Administración y Transformación de los Recursos Humanos del Gobierno de Puerto Rico (OCALARH/OATRH) | Office of Administration and Transformation of Human Resources in the Government of Puerto Rico |
| 59 | Oficina de Ética Gubernamental de Puerto Rico (OEGPR) | Government Ethics Office |
| 60 | Oficina de Exención Contributiva Industrial (OECI) | Office of Industrial Tax Exemption |
| 61 | Oficina de Gerencia de Permisos (OGPe) | Permits Management Office |
| 62 | Oficina de Gerencia y Presupuesto (OGP) | Office of Management and Budget |

| Núm. | Organismo (en español) | Organismo (en inglés) |
|---|---|---|
| 63 | Oficina de la Procuradora de las Mujeres (OPM) | Office of the OMBUDSMAN - Women |
| 64 | Oficina de Servicios Legislativos (OSLPR) | Office of Legislative Services |
| 65 | Oficina del Comisionado de Instituciones Financieras (OCIF) | Office of the Commissioner of Financial Institutions |
| 66 | Oficina del Comisionado de Seguros (OCS) | Office of the Commissioner of Insurance |
| 67 | Oficina del Contralor (OCPR) | Controller's Office |
| 68 | Oficina del Contralor Electoral (OCE) | Office of Electoral Comptroller |
| 69 | Oficina del OMBUDSMAN | Office of the OMBUDSMAN |
| 70 | Oficina del Procurador de las Personas de Edad Avanzada (OPPEA) | Office of the OMBUDSMAN - Elders and Pensioners |
| 71 | Oficina del Procurador del Paciente (OPP) | Office of the OMBUDSMAN - Patients and Health |
| 72 | Oficina del Procurador del Veterano (OPV) | Office of the OMBUDSMAN - Veterans |
| 73 | Oficina Estatal de Conservación Histórica (OECH) | State Historic Conservation Office |
| 74 | Oficina Estatal de Política Pública Energética (OPEPPE) | State Office of Energy Public Policy |
| 75 | Oficina Independiente de Protección al Consumidor (OIPC) | Independent Consumer Protection Office |
| 76 | Oficina para el Desarrollo Socioeconómico y Comunitario de Puerto Rico (ODSEC) | Office for Community and Socioeconomic Development of Puerto Rico |
| 77 | Panel Fiscal Especial Independiente (PFEI) | Office of the Solicitor - Special Independent Prosecutor |
| 78 | Programa de Desarrollo de la Juventud (OAJ) | Program of Youth Affairs |
| 79 | Programa de Servicios con Antelación al Juicio (PSAJ) | Pretrial Services Program |
| 80 | Secretaria de la Gobernación | Chief of Staff |
| 81 | Senado | Senate |
| 82 | Sistemas de Información de Justicia Criminal (SIJC) | Criminal Justice Information System |
| 83 | Superintendente del Capitolio | Superintendent of the Capitol |
| 84 | Tribunal de Apelaciones | Court of Appeals |
| 85 | Tribunal de Primera Instancia | Court of First Instance |
| 86 | Tribunal Supremo | Supreme Court |