**ANEXO J**

LISTA DE CUENTAS BANCARIAS, SALDOS Y CATEGORIZACIONES DE RESTRICCIONES PRELIMINARES DE LOS DEUDORES A 31 DE DICIEMBRE DE 2019

Anexo | Lista de organismos

**Organismos del ELA:**

| Número | Saldo ($) a 31/12/2019 | Categorización |
|---|---|---|
| 1. | $2,785,756,268 | Sin restricciones (salvo lo dispuesto en la nota al pie 1): cuenta CUT con fondos mancomunados[1] |
| 2. | $2,278,568,222 | Sin restricción (salvo lo dispuesto en la nota al pie 1): cuenta CUT con fondos mancomunados |
| 3. | $2,000,000,000 | Sin restricciones (salvo lo dispuesto en la nota al pie 1): cuenta CUT con fondos mancomunados |
| 4. | $1,014,350,993 | Sin restricciones (salvo lo dispuesto en la nota al pie 1): cuenta CUT con fondos mancomunados |
| 5. | $684,689,388 | **Con restricciones: Normativa legal federal** - reservado o destinado al fondo de fideicomiso de desempleo conforme al artículo 904 de la Ley de Seguro Social (42 U.S.C. § 1104) |
| 6. | $650,000,000 | Sin restricciones: cuenta CUT con fondos designados en el plan fiscal certificado para reserva de emergencia |
| 7. | $556,372,759 | **Con restricciones: Fondos de terceros** - fondos consignados al plan de contribuciones definidas creado por la Ley 106-2017 |
| 8. | $268,087,796 | Sin restricciones |
| 9. | $253,479,438 | **Se alega que tienen restricciones: Contrato con terceros** -con sujeción al litigio de los tenedores de bonos del SRE[2] |
| 10. | $146,590,118 | **Se alega que tienen restricciones: Contrato con terceros** - con sujeción al litigio[3] |
| 11. | $125,350,834 | Sin restricciones (salvo lo dispuesto en la nota al pie 1): cuenta CUT con fondos mancomunados |
| 12. | $112,674,128 | Sin restricciones |
| 13. | $109,243,942 | Sin restricciones (salvo lo dispuesto en la nota al pie 1): cuenta CUT con fondos mancomunados |
| 14. | $108,774,248 | **Con restricciones: Fondos federales** - fondos federales del Departamento de Vivienda y Desarrollo Urbano de los Estados Unidos ("HUD") destinados al programa 14.850 de vivienda pública para personas con bajos ingresos |
| 15. | $99,751,628 | **Con restricciones: Fondos de terceros** - cuenta de custodia de los fondos de terceros en las causas judiciales activas |

[1]  Hay siete cuentas bancarias que integran la Cuenta Única del Tesoro (CUT). La CUT contiene fondos mancomunados, una parte de los cuales podría estar restringida. A 31 de diciembre de 2019, se estima que aproximadamente $100 millones constituyen fondos federales restringidos de todas las cuentas CUT. Determinados fondos contenidos en la CUT también están sujetos a litigios iniciados por algunos aseguradores monolínea, entre otros, sobre presuntos intereses relativos a títulos valores y/o bienes de ciertos fondos que históricamente fueron asignados de forma condicional a la ACT, la ADCC y la AFI. Los aseguradores monolínea, entre otros, reclaman intereses sobre unos títulos valores y/o bienes i) en relación con, al menos, $1,397 millones en las cuentas del ELA que, según alegan, deben utilizarse para pagar los bonos de la ACT, ii) en relación con rentas de impuestos relativos a la ocupación de hoteles que fueron transferidas, de forma presuntamente ilegal, al ELA en lugar de destinarse al pago de los bonos de la ADCC, y iii) en relación con, al menos, los primeros $117 millones de impuestos sobre el ron recibidos por el ELA en cada ejercicio fiscal que, según alegan, deben destinarse al pago de los bonos de la AFI. *Véase, por ejemplo, Junta de Supervisión y Administración Financiera para Puerto Rico c. Assurance Corp., et al.*, Proc. Adv. núm. 20-00004; *Junta de Supervisión y Administración Financiera para Puerto Rico c. Ambac Assurance Corp., et al.*, Proc. Adv. núm. 20-00005; *Junta de Supervisión y Administración Financiera para Puerto Rico, et al. c. Ambac Assurance Corp., et al.*, Proc. Adv. núm. 20-00007; *Moción de Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation y Financial Guaranty Insurance Company para la Liberación de la Paralización Automática o, de forma alternativa, la Protección Adecuada* [ECF núm. 10102]; *la Moción de Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., y de Bank of New York Mellon sobre la aplicación de la paralización automática a los Bonos de la ADCC de Garantía de Renta* [ECF núm. 10104]; *Moción de autorización para enmendar la Moción de Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., y Financial Guaranty Insurance Company sobre la aplicación de la paralización automática a los bonos de la AFI de garantía de renta relativos a Impuestos sobre el Ron* [ECF núm. 10109] que enmienda *la Moción de Ambac Assurance Corporation y su **escrito de** alegatos en apoyo de su moción sobre la aplicación de la paralización automática a los bonos de la AFI de garantía de renta relativos a impuestos sobre el ron* [ECF núm. 7176].

[2]  Dicha cuenta guarda relación con los fondos que quedan sujetos a litigios con los tenedores de bonos del SRE sobre el alcance del derecho de garantía de los tenedores de bonos del SRE (Proc. Adv. núm. 19-00366-LTS y 19-00367-LTS).

[3]  Dicha cuenta guarda relación con los fondos que quedan sujetos a litigios iniciados por determinados aseguradores monolínea, entre otros, sobre presuntos derechos de garantía. *Véase nota 1 supra*.

Anexo | Lista de organismos

| Número | Saldo ($) a 31/12/2019 | Categorización |
|---|---|---|
| 16. | $94,564,740 | **Con restricciones: Fondos federales** - fondos para hacer frente a desastres de FEMA |
| 17. | $90,225,783 | **Con restricciones: Fondos federales** - fondos federales de HUD destinados al programa 14.850 de vivienda pública para personas con bajos ingresos |
| 18. | $84,446,498 | No concluyente (Lotería) |
| 19. | $83,791,406 | No concluyente (Lotería) |
| 20. | $69,824,711 | **Con restricciones: Fondos de terceros** - cuenta de custodia de los fondos de terceros en las causas judiciales activas |
| 21. | $62,335,145 | **Con restricciones: Fondos de terceros** - cuenta de custodia de los fondos de terceros en las causas judiciales activas |
| 22. | $52,424,611 | **Con restricciones: Fondos de terceros** - cuanta de custodia para el cobro de manutención de menores y pensión alimenticia |
| 23. | $48,863,264 | **Con restricciones: Fondos de terceros** - fondos consignados al plan de contribuciones definidas creado por la Ley 106-2017 |
| 24. | $43,815,698 | **Con restricciones: Fondos federales** - fondos federales de HUD destinados al programa 14.850 de vivienda pública para personas con bajos ingresos |
| 25. | $41,957,627 | Sin restricciones |
| 26. | $38,338,990 | Sin restricciones |
| 27. | $38,221,372 | Sin restricciones |
| 28. | $36,380,172 | No concluyente (Lotería) |
| 29. | $33,909,829 | **Con restricciones: Ingresos de bonos libres de impuestos** - ingresos de bonos sujetos a limitaciones establecidas en el Código de Rentas Internas |
| 30. | $29,603,380 | **Con restricciones: Fondos federales** - fondos federales de HUD destinados al programa 14.850 de vivienda pública para personas con bajos ingresos |
| 31. | $29,155,830 | **Con restricciones: Fondos federales** - fondos federales de HUD destinados al programa 14.850 de vivienda pública para personas con bajos ingresos |
| 32. | $26,529,890 | **Con restricciones: Fondos de terceros** - fondos consignados al plan de contribuciones definidas creado por la Ley 106-2017 |
| 33. | $26,126,490 | **Con restricciones: Fondos federales** - fondos federales de HUD destinados al programa 14.850 de vivienda pública para personas con bajos ingresos |
| 34. | $24,877,130 | No concluyente |
| 35. | $24,153,283 | **Con restricciones: Normativa legal federal** - fondos reservados para los servicios de 911 conforme a la normativa legal federal (Ley. Púb. núm. 110-283) |
| 36. | $23,754,581 | Sin restricciones |
| 37. | $21,582,166 | **Con restricciones: Orden del Tribunal** - fondos reservados para nuevos gastos que benefician a los reclusos en el sistema penitencial de Puerto Rico conforme a la orden del tribunal federal de fecha 1 de septiembre de 2016 en la causa civil núm. 79-2004 |
| 38. | $18,702,762 | Sin restricciones |
| 39. | $18,496,280 | **Con restricciones: Fondos federales** - fondos federales de HUD destinados al programa 14.850 de vivienda pública para personas con bajos ingresos |
| 40. | $17,859,270 | **Con restricciones: Contratos con terceros** - en poder del fideicomisario en relación con los bonos de la Administración de Vivienda Pública con sujeción a un derecho de garantía |
| 41. | $17,216,787 | **Con restricciones: Fondos federales** - fondos federales de HUD destinados al programa 14.850 de vivienda pública para personas con bajos ingresos |
| 42. | $16,576,264 | **Con restricciones: Contratos con terceros** - en poder del fideicomisario en relación con los bonos de la Administración de Vivienda Pública con sujeción a un derecho de garantía |
| 43. | $14,511,481 | **Con restricciones: Fondos de terceros** - cuenta de custodia de los fondos de terceros en las causas judiciales activas |

Anexo | Lista de organismos

| Número | Saldo ($) a 31/12/2019 | Categorización |
|---|---|---|
| 44. | $12,417,828 | **Con restricciones: Fondos de terceros** - cuenta de custodia relativa a fondos depositados de terceros conforme a la Ley núm. 69-1991 |
| 45. | $11,900,615 | **Con restricciones: Fondos de terceros** - cuenta de custodia de los fondos de terceros en las causas judiciales activas |
| 46. | $9,955,039 | **Con restricciones: Fondos de terceros** - cuenta de custodia relativa a fondos depositados de terceros conforme a la Ley núm. 69-1991 |
| 47. | $9,446,838 | Sin restricciones |
| 48. | $9,303,807 | Sin restricciones |
| 49. | $8,965,831 | **Con restricciones: Fondos federales** - fondos federales de HUD destinados al programa 14.850 de vivienda pública para personas con bajos |
| 50. | $8,740,061 | **Con restricciones: Normativa legal federal** - depósitos de terceros reservados para la prestación de servicios universales de telecomunicación conforme a la normativa legal federal (47 U.S.C. § 254(f)) |
| 51. | $8,649,763 | Sin restricciones |
| 52. | $8,430,996 | **Con restricciones: Fondos de terceros** - cuenta de custodia de los ingresos procedentes de la conciliación por mediación conforme a 3 L.P.R.A. § 320 |
| 53. | $8,313,199 | Sin restricciones |
| 54. | $8,164,898 | **Con restricciones: Fondos Federales** - fondos federales de HUD destinados al programa 14.850 de vivienda pública para personas con |
| 55. | $8,109,035 | Sin restricciones |
| 56. | $7,983,156 | **Con restricciones: Contratos con terceros** - en poder del fideicomisario en relación con los bonos de la Administración de Vivienda Pública con sujeción a un derecho de garantía |
| 57. | $7,964,406 | **Con restricciones: Fondos de terceros** - cuenta de custodia de los fondos de terceros en las causas judiciales activas |
| 58. | $7,819,256 | Sin restricciones |
| 59. | $6,998,554 | **Con restricciones: Contratos con terceros** - en poder del fideicomisario en relación con los bonos de la Administración de Vivienda Pública con sujeción a un derecho de garantía |
| 60. | $6,701,902 | Sin revisar[4] |
| 61. | $6,641,765 | Sin revisar |
| 62. | $6,292,529 | Sin revisar |
| 63. | $5,926,024 | Sin revisar |
| 64. | $5,911,043 | Sin revisar |
| 65. | $5,888,235 | Sin revisar |
| 66. | $5,526,697 | Sin revisar |
| 67. | $5,236,321 | Sin revisar |
| 68. | $5,041,626 | Sin revisar |

[4] Solo se revisaron las cuentas con un balance superior a $6.9 millones a efectos de evaluar las restricciones. A 31 de diciembre de 2019, las cuentas con balances superiores a $6.9 millones y que, por tanto, fueron revisadas a afectos de evaluar el estado de restricciones, representaron aproximadamente $12,465 millones (incluidos $8,963 millones mantenidos en las siete cuentas CUT) de un total de $12,630 millones, o un 98.7% de los fondos mantenidos en las cuentas del ELA. Las cuentas que no han sido revisadas sobre la base del umbral de monto se muestran en las casillas grises.

Anexo | Lista de organismos

| Número | Saldo ($) a 31/12/2019 | Categorización |
|---|---|---|
| 69. | $5,010,261 | Sin revisar |
| 70. | $4,243,032 | Sin revisar |
| 71. | $4,021,766 | Sin revisar |
| 72. | $3,928,843 | Sin revisar |
| 73. | $3,520,120 | Sin revisar |
| 74. | $3,287,205 | Sin revisar |
| 75. | $3,272,420 | Sin revisar |
| 76. | $3,132,820 | Sin revisar |
| 77. | $3,053,731 | Sin revisar |
| 78. | $2,975,903 | Sin revisar |
| 79. | $2,944,791 | Sin revisar |
| 80. | $2,861,921 | Sin revisar |
| 81. | $2,534,602 | Sin revisar |
| 82. | $2,326,036 | Sin revisar |
| 83. | $2,282,710 | Sin revisar |
| 84. | $2,163,069 | Sin revisar |
| 85. | $2,148,951 | Sin revisar |
| 86. | $2,100,259 | Sin revisar |
| 87. | $2,056,824 | Sin revisar |
| 88. | $2,030,304 | Sin revisar |
| 89. | $1,966,665 | Sin revisar |
| 90. | $1,778,546 | Sin revisar |
| 91. | $1,771,208 | Sin revisar |
| 92. | $1,566,383 | Sin revisar |
| 93. | $1,541,996 | Sin revisar |
| 94. | $1,512,198 | Sin revisar |
| 95. | $1,490,987 | Sin revisar |
| 96. | $1,466,600 | Sin revisar |
| 97. | $1,457,536 | Sin revisar |
| 98. | $1,443,794 | Sin revisar |
| 99. | $1,421,498 | Sin revisar |
| 100. | $1,400,000 | Sin revisar |
| 101. | $1,286,612 | Sin revisar |
| 102. | $1,277,313 | Sin revisar |
| 103. | $1,107,770 | Sin revisar |
| 104. | $942,194 | Sin revisar |
| 105. | $887,199 | Sin revisar |

Anexo | Lista de organismos

| Número | Saldo ($) a 31/12/2019 | Categorización |
|---|---|---|
| 106. | $859,492 | Sin revisar |
| 107. | $748,951 | Sin revisar |
| 108. | $690,010 | Sin revisar |
| 109. | $682,516 | Sin revisar |
| 110. | $681,899 | Sin revisar |
| 111. | $657,913 | Sin revisar |
| 112. | $639,492 | Sin revisar |
| 113. | $606,495 | Sin revisar |
| 114. | $573,975 | Sin revisar |
| 115. | $566,667 | Sin revisar |
| 116. | $544,466 | Sin revisar |
| 117. | $534,325 | Sin revisar |
| 118. | $513,008 | Sin revisar |
| 119. | $487,603 | Sin revisar |
| 120. | $482,191 | Sin revisar |
| 121. | $462,683 | Sin revisar |
| 122. | $456,518 | Sin revisar |
| 123. | $450,013 | Sin revisar |
| 124. | $447,578 | Sin revisar |
| 125. | $441,883 | Sin revisar |
| 126. | $435,108 | Sin revisar |
| 127. | $428,930 | Sin revisar |
| 128. | $409,410 | Sin revisar |
| 129. | $370,959 | Sin revisar |
| 130. | $370,587 | Sin revisar |
| 131. | $355,539 | Sin revisar |
| 132. | $354,647 | Sin revisar |
| 133. | $354,564 | Sin revisar |
| 134. | $353,261 | Sin revisar |
| 135. | $342,257 | Sin revisar |
| 136. | $299,450 | Sin revisar |
| 137. | $294,700 | Sin revisar |
| 138. | $285,753 | Sin revisar |
| 139. | $280,583 | Sin revisar |
| 140. | $278,050 | Sin revisar |
| 141. | $275,881 | Sin revisar |
| 142. | $265,719 | Sin revisar |

Anexo | Lista de organismos

| Número | Saldo ($) a 31/12/2019 | Categorización |
|---|---|---|
| 143. | $263,865 | Sin revisar |
| 144. | $256,684 | Sin revisar |
| 145. | $256,015 | Sin revisar |
| 146. | $255,011 | Sin revisar |
| 147. | $247,740 | Sin revisar |
| 148. | $219,878 | Sin revisar |
| 149. | $216,235 | Sin revisar |
| 150. | $215,913 | Sin revisar |
| 151. | $205,095 | Sin revisar |
| 152. | $200,403 | Sin revisar |
| 153. | $199,074 | Sin revisar |
| 154. | $198,196 | Sin revisar |
| 155. | $197,547 | Sin revisar |
| 156. | $184,439 | Sin revisar |
| 157. | $181,987 | Sin revisar |
| 158. | $176,401 | Sin revisar |
| 159. | $174,083 | Sin revisar |
| 160. | $170,922 | Sin revisar |
| 161. | $151,216 | Sin revisar |
| 162. | $147,120 | Sin revisar |
| 163. | $145,001 | Sin revisar |
| 164. | $143,489 | Sin revisar |
| 165. | $143,233 | Sin revisar |
| 166. | $142,352 | Sin revisar |
| 167. | $140,251 | Sin revisar |
| 168. | $131,504 | Sin revisar |
| 169. | $130,999 | Sin revisar |
| 170. | $128,464 | Sin revisar |
| 171. | $126,025 | Sin revisar |
| 172. | $124,403 | Sin revisar |
| 173. | $123,369 | Sin revisar |
| 174. | $122,332 | Sin revisar |
| 175. | $118,655 | Sin revisar |
| 176. | $115,560 | Sin revisar |
| 177. | $108,169 | Sin revisar |
| 178. | $103,210 | Sin revisar |
| 179. | $102,542 | Sin revisar |

Anexo | Lista de organismos

| Número | Saldo ($) a 31/12/2019 | Categorización |
|---|---|---|
| 180. | $101,379 | Sin revisar |
| 181. | $100,858 | Sin revisar |
| 182. | $100,784 | Sin revisar |
| 183. | $97,211 | Sin revisar |
| 184. | $88,867 | Sin revisar |
| 185. | $88,430 | Sin revisar |
| 186. | $86,843 | Sin revisar |
| 187. | $79,444 | Sin revisar |
| 188. | $76,616 | Sin revisar |
| 189. | $76,324 | Sin revisar |
| 190. | $75,469 | Sin revisar |
| 191. | $71,792 | Sin revisar |
| 192. | $70,488 | Sin revisar |
| 193. | $70,129 | Sin revisar |
| 194. | $68,066 | Sin revisar |
| 195. | $67,345 | Sin revisar |
| 196. | $66,848 | Sin revisar |
| 197. | $64,956 | Sin revisar |
| 198. | $63,285 | Sin revisar |
| 199. | $62,543 | Sin revisar |
| 200. | $56,776 | Sin revisar |
| 201. | $56,140 | Sin revisar |
| 202. | $55,972 | Sin revisar |
| 203. | $54,668 | Sin revisar |
| 204. | $53,543 | Sin revisar |
| 205. | $53,338 | Sin revisar |
| 206. | $53,316 | Sin revisar |
| 207. | $52,000 | Sin revisar |
| 208. | $51,985 | Sin revisar |
| 209. | $49,021 | Sin revisar |
| 210. | $47,861 | Sin revisar |
| 211. | $45,616 | Sin revisar |
| 212. | $44,013 | Sin revisar |
| 213. | $43,102 | Sin revisar |
| 214. | $42,966 | Sin revisar |
| 215. | $42,564 | Sin revisar |
| 216. | $40,906 | Sin revisar |

Anexo | Lista de organismos

| Número | Saldo ($) a 31/12/2019 | Categorización |
|---|---|---|
| 217. | $39,841 | Sin revisar |
| 218. | $39,206 | Sin revisar |
| 219. | $39,076 | Sin revisar |
| 220. | $38,884 | Sin revisar |
| 221. | $38,477 | Sin revisar |
| 222. | $37,753 | Sin revisar |
| 223. | $36,413 | Sin revisar |
| 224. | $36,408 | Sin revisar |
| 225. | $35,897 | Sin revisar |
| 226. | $34,779 | Sin revisar |
| 227. | $34,472 | Sin revisar |
| 228. | $30,760 | Sin revisar |
| 229. | $28,611 | Sin revisar |
| 230. | $28,337 | Sin revisar |
| 231. | $27,479 | Sin revisar |
| 232. | $24,245 | Sin revisar |
| 233. | $24,204 | Sin revisar |
| 234. | $23,967 | Sin revisar |
| 235. | $20,878 | Sin revisar |
| 236. | $20,702 | Sin revisar |
| 237. | $19,674 | Sin revisar |
| 238. | $19,131 | Sin revisar |
| 239. | $18,288 | Sin revisar |
| 240. | $17,794 | Sin revisar |
| 241. | $17,362 | Sin revisar |
| 242. | $17,359 | Sin revisar |
| 243. | $17,319 | Sin revisar |
| 244. | $17,200 | Sin revisar |
| 245. | $16,796 | Sin revisar |
| 246. | $16,420 | Sin revisar |
| 247. | $16,166 | Sin revisar |
| 248. | $15,778 | Sin revisar |
| 249. | $15,606 | Sin revisar |
| 250. | $15,388 | Sin revisar |
| 251. | $14,825 | Sin revisar |
| 252. | $13,878 | Sin revisar |
| 253. | $13,619 | Sin revisar |

Anexo | Lista de organismos

| Número | Saldo ($) a 31/12/2019 | Categorización |
|---|---|---|
| 254. | $13,224 | Sin revisar |
| 255. | $13,153 | Sin revisar |
| 256. | $13,094 | Sin revisar |
| 257. | $12,845 | Sin revisar |
| 258. | $12,282 | Sin revisar |
| 259. | $11,143 | Sin revisar |
| 260. | $10,574 | Sin revisar |
| 261. | $10,272 | Sin revisar |
| 262. | $10,006 | Sin revisar |
| 263. | $8,223 | Sin revisar |
| 264. | $7,066 | Sin revisar |
| 265. | $7,057 | Sin revisar |
| 266. | $6,617 | Sin revisar |
| 267. | $6,439 | Sin revisar |
| 268. | $6,235 | Sin revisar |
| 269. | $6,097 | Sin revisar |
| 270. | $6,054 | Sin revisar |
| 271. | $5,673 | Sin revisar |
| 272. | $5,487 | Sin revisar |
| 273. | $5,088 | Sin revisar |
| 274. | $5,086 | Sin revisar |
| 275. | $5,034 | Sin revisar |
| 276. | $4,909 | Sin revisar |
| 277. | $4,880 | Sin revisar |
| 278. | $4,753 | Sin revisar |
| 279. | $4,735 | Sin revisar |
| 280. | $4,668 | Sin revisar |
| 281. | $4,561 | Sin revisar |
| 282. | $4,315 | Sin revisar |
| 283. | $3,989 | Sin revisar |
| 284. | $3,829 | Sin revisar |
| 285. | $3,754 | Sin revisar |
| 286. | $3,697 | Sin revisar |
| 287. | $3,600 | Sin revisar |
| 288. | $3,535 | Sin revisar |
| 289. | $3,515 | Sin revisar |
| 290. | $3,473 | Sin revisar |

Anexo | Lista de organismos

| Número | Saldo ($) a 31/12/2019 | Categorización |
|---:|---:|---|
| 291. | $2,971 | Sin revisar |
| 292. | $2,873 | Sin revisar |
| 293. | $2,839 | Sin revisar |
| 294. | $2,712 | Sin revisar |
| 295. | $2,649 | Sin revisar |
| 296. | $2,509 | Sin revisar |
| 297. | $2,389 | Sin revisar |
| 298. | $2,347 | Sin revisar |
| 299. | $2,320 | Sin revisar |
| 300. | $2,281 | Sin revisar |
| 301. | $2,080 | Sin revisar |
| 302. | $1,907 | Sin revisar |
| 303. | $1,723 | Sin revisar |
| 304. | $1,583 | Sin revisar |
| 305. | $1,561 | Sin revisar |
| 306. | $1,492 | Sin revisar |
| 307. | $1,355 | Sin revisar |
| 308. | $1,333 | Sin revisar |
| 309. | $1,277 | Sin revisar |
| 310. | $1,236 | Sin revisar |
| 311. | $1,130 | Sin revisar |
| 312. | $1,022 | Sin revisar |
| 313. | $1,000 | Sin revisar |
| 314. | $966 | Sin revisar |
| 315. | $958 | Sin revisar |
| 316. | $957 | Sin revisar |
| 317. | $957 | Sin revisar |
| 318. | $957 | Sin revisar |
| 319. | $957 | Sin revisar |
| 320. | $957 | Sin revisar |
| 321. | $834 | Sin revisar |
| 322. | $801 | Sin revisar |
| 323. | $762 | Sin revisar |
| 324. | $760 | Sin revisar |
| 325. | $642 | Sin revisar |
| 326. | $630 | Sin revisar |
| 327. | $601 | Sin revisar |

Anexo | Lista de organismos

| Número | Saldo ($) a 31/12/2019 | Categorización |
|---|---|---|
| 328. | $593 | Sin revisar |
| 329. | $588 | Sin revisar |
| 330. | $567 | Sin revisar |
| 331. | $434 | Sin revisar |
| 332. | $423 | Sin revisar |
| 333. | $423 | Sin revisar |
| 334. | $422 | Sin revisar |
| 335. | $405 | Sin revisar |
| 336. | $382 | Sin revisar |
| 337. | $354 | Sin revisar |
| 338. | $327 | Sin revisar |
| 339. | $220 | Sin revisar |
| 340. | $218 | Sin revisar |
| 341. | $203 | Sin revisar |
| 342. | $200 | Sin revisar |
| 343. | $168 | Sin revisar |
| 344. | $163 | Sin revisar |
| 345. | $100 | Sin revisar |
| 346. | $86 | Sin revisar |
| 347. | $86 | Sin revisar |
| 348. | $75 | Sin revisar |
| 349. | $59 | Sin revisar |
| 350. | $59 | Sin revisar |
| 351. | $53 | Sin revisar |
| 352. | $50 | Sin revisar |
| 353. | $46 | Sin revisar |
| 354. | $26 | Sin revisar |
| 355. | $14 | Sin revisar |
| 356. | $6 | Sin revisar |
| 357. | $5 | Sin revisar |
| 358. | $4 | Sin revisar |
| 359. | $4 | Sin revisar |
| 360. | $4 | Sin revisar |
| 361. | $4 | Sin revisar |
| 362. | $4 | Sin revisar |
| 363. | $3 | Sin revisar |
| 364. | $3 | Sin revisar |

Anexo | Lista de organismos

| Número | Saldo ($) a 31/12/2019 | Categorización |
|---|---|---|
| 365. | $3 | Sin revisar |
| 366. | $2 | Sin revisar |
| 367. | $2 | Sin revisar |
| 368. | $1 | Sin revisar |
| 369. | $1 | Sin revisar |
| 370. | $0 | Sin revisar |
| 371. | $0 | Sin revisar |
| 372. | $0 | Sin revisar |
| 373. | $0 | Sin revisar |
| 374. | $0 | Sin revisar |
| 375. | $0 | Sin revisar |
| 376. | $0 | Sin revisar |
| 377. | $0 | Sin revisar |
| 378. | $0 | Sin revisar |
| 379. | $0 | Sin revisar |
| 380. | $0 | Sin revisar |
| 381. | $0 | Sin revisar |
| 382. | $0 | Sin revisar |
| 383. | $0 | Sin revisar |
| 384. | $0 | Sin revisar |
| 385. | $0 | Sin revisar |
| 386. | $0 | Sin revisar |
| 387. | $0 | Sin revisar |
| 388. | $0 | Sin revisar |
| 389. | $0 | Sin revisar |
| 390. | $0 | Sin revisar |
| 391. | $0 | Sin revisar |
| 392. | $0 | Sin revisar |
| 393. | $0 | Sin revisar |
| 394. | $0 | Sin revisar |
| 395. | $0 | Sin revisar |
| 396. | $0 | Sin revisar |
| 397. | $0 | Sin revisar |
| 398. | $0 | Sin revisar |
| 399. | $0 | Sin revisar |
| 400. | $0 | Sin revisar |
| 401. | $0 | Sin revisar |

Anexo | Lista de organismos

| Número | Saldo ($) a 31/12/2019 | Categorización |
|---|---|---|
| 402. | $0 | Sin revisar |
| 403. | $0 | Sin revisar |
| 404. | $0 | Sin revisar |
| 405. | $0 | Sin revisar |
| 406. | $0 | Sin revisar |
| 407. | $0 | Sin revisar |
| 408. | $0 | Sin revisar |
| 409. | $0 | Sin revisar |
| 410. | $0 | Sin revisar |
| 411. | $0 | Sin revisar |
| 412. | $0 | Sin revisar |
| 413. | $0 | Sin revisar |
| 414. | $0 | Sin revisar |
| 415. | $0 | Sin revisar |
| 416. | $0 | Sin revisar |
| 417. | $0 | Sin revisar |
| 418. | $0 | Sin revisar |
| 419. | $0 | Sin revisar |
| 420. | $0 | Sin revisar |
| 421. | $0 | Sin revisar |
| 422. | $0 | Sin revisar |
| 423. | $0 | Sin revisar |
| 424. | $0 | Sin revisar |
| 425. | $0 | Sin revisar |
| 426. | $0 | Sin revisar |
| 427. | $0 | Sin revisar |
| 428. | $0 | Sin revisar |
| 429. | $0 | Sin revisar |
| 430. | $0 | Sin revisar |
| 431. | $0 | Sin revisar |
| 432. | $0 | Sin revisar |
| 433. | $(8)[5] | Sin revisar |
| 434. | Pendiente[6] | Sin revisar |
| 435. | Pendiente | Sin revisar |

[5] Saldo negativo debido a cargos por sobregiro.
[6] Pendiente de confirmación de saldo a 31 de diciembre de 2019.

Anexo | Lista de organismos

| Número | Saldo ($) a 31/12/2019 | Categorización |
|---|---|---|
| 436. | Pendiente | Sin revisar |
| 437. | Pendiente | Sin revisar |
| 438. | Pendiente | Sin revisar |
| 439. | Pendiente | Sin revisar |
| 440. | Pendiente | Sin revisar |
| 441. | Pendiente | Sin revisar |
| 442. | Pendiente | Sin revisar |
| 443. | Pendiente | Sin revisar |
| 444. | Pendiente | Sin revisar |
| 445. | Pendiente | Sin revisar |
| 446. | Pendiente | Sin revisar |
| 447. | Pendiente | Sin revisar |
| 448. | Pendiente | Sin revisar |
| 449. | Pendiente | Sin revisar |
| 450. | Pendiente | Sin revisar |
| 451. | Pendiente | Sin revisar |
| 452. | Pendiente | Sin revisar |
| 453. | Pendiente | Sin revisar |
| 454. | Pendiente | Sin revisar |
| 455. | Pendiente | Sin revisar |
| 456. | Pendiente | Sin revisar |
| 457. | Pendiente | Sin revisar |
| 458. | Pendiente | Sin revisar |
| 459. | Pendiente | Sin revisar |
| 460. | Pendiente | Sin revisar |
| 461. | Pendiente | Sin revisar |
| 462. | Pendiente | Sin revisar |
| 463. | Pendiente | Sin revisar |
| 464. | Pendiente | Sin revisar |
| 465. | Pendiente | Sin revisar |
| 466. | Pendiente | Sin revisar |
| 467. | Pendiente | Sin revisar |
| 468. | Pendiente | Sin revisar |
| 469. | Pendiente | Sin revisar |
| 470. | Pendiente | Sin revisar |

Anexo | Lista de organismos **SRE:**

| Número | Saldo ($) a 31/12/2019 | Categorización |
|---|---:|---|
| 1. | $126,269,924 | **Se alega que tienen restricciones: Contrato con terceros** - ingresos procedentes de inversiones sujetos al litigio de los tenedores de bonos del SRE[7] |
| 2. | $110,153,585 | **Se alega que tienen restricciones: Contrato con terceros** - ingresos procedentes de inversiones sujetos al litigio de los tenedores de bonos del SRE |
| 3. | $94,434,302 | **Se alega que tienen restricciones: Contrato con terceros** - No concluyente, fondos sujetos al litigio de los tenedores de bonos del SRE |
| 4. | $64,656,121 | **Se alega que tienen restricciones: Contrato con terceros** - No concluyente, fondos sujetos al litigio de los tenedores de bonos del SRE |
| 5. | $24,056,354 | **Se alega que tienen restricciones: Contrato con terceros** - ingresos procedentes de inversiones sujetos al litigio de los tenedores de bonos del SRE |
| 6. | $2,030,681 | Sin revisar[8] |
| 7. | $1,753,551 | Sin revisar |
| 8. | $1,280,166 | Sin revisar |
| 9. | $335,968 | Sin revisar |
| 10. | $79,243 | Sin revisar |
| 11. | $67,650 | Sin revisar |
| 12. | $20,994 | Sin revisar |
| 13. | $2,251 | Sin revisar |
| 14. | $0 | Sin revisar |
| 15. | $0 | Sin revisar |
| 16. | $0 | Sin revisar |
| 17. | $0 | Sin revisar |
| 18. | $0 | Sin revisar |
| 19. | $0 | Sin revisar |
| 20. | $0 | Sin revisar |
| 21. | Pendiente[9] | Sin revisar |
| 22. | Pendiente | Sin revisar |

[7] Todas las cuentas del SRE que se alega que son restringidas guardan relación con los fondos que quedan sujetos al litigio con los tenedores de bonos del SRE sobre el alcance del derecho de garantía de los tenedores de bonos del SRE (Proc. Adv. núm. 19-00366-LTS y 19-00367-LTS).

[8] Solo se revisaron las cuentas con un saldo superior a $6.9 millones a efectos de evaluar las restricciones. A 31 de diciembre de 2019, las cuentas con saldos superiores a $6.9 millones y que, por tanto, fueron revisadas a afectos de evaluar el estado de restricciones, representaron aproximadamente $419.6 millones de un total de $425.1 millones, o un 98.7% de los fondos mantenidos en las cuentas del SRE. Las cuentas que no han sido revisadas sobre la base del umbral de monto se muestran en las casillas grises.

[9] Pendiente de confirmación de balance a 31 de diciembre de 2019.

Anexo | Lista de organismos **AEP:**

| Número | Saldo ($) a 31/12/2019 | Categorización |
|---:|---:|:---|
| 1. | $41,111,378 | Sin restricciones |
| 2. | $12,909,833 | Sin restricciones |
| 3. | $12,582,009 | Sin restricciones |
| 4. | $8,939,969 | Sin restricciones |
| 5. | $7,455,745 | **Con restricciones: Fondos Federales** - fondos para hacer frente a desastres de FEMA |
| 6. | $6,218,619 | Sin revisar[10] |
| 7. | $5,823,046 | Sin revisar |
| 8. | $3,963,144 | Sin revisar |
| 9. | $3,211,241 | Sin revisar |
| 10. | $1,416,854 | Sin revisar |
| 11. | $103,056 | Sin revisar |
| 12. | $74,749 | Sin revisar |
| 13. | $10,050 | Sin revisar |
| 14. | $9,288 | Sin revisar |
| 15. | $6,792 | Sin revisar |
| 16. | $4,576 | Sin revisar |
| 17. | $1,821 | Sin revisar |
| 18. | $1,291 | Sin revisar |
| 19. | $965 | Sin revisar |
| 20. | $500 | Sin revisar |
| 21. | $343 | Sin revisar |
| 22. | $0 | Sin revisar |
| 23. | $0 | Sin revisar |
| 24. | $0 | Sin revisar |
| 25. | $0 | Sin revisar |
| 26. | $0 | Sin revisar |
| 27. | $0 | Sin revisar |
| 28. | $0 | Sin revisar |
| 29. | $0 | Sin revisar |
| 30. | $0 | Sin revisar |

[10] Solo se revisaron las cuentas con un saldo superior a $6.9 millones a efectos de evaluar las restricciones. A 31 de diciembre de 2019, las cuentas con saldos superiores a $6.9 millones y que, por tanto, fueron revisadas a afectos de evaluar el estado de restricciones, representaron aproximadamente $83.0 millones de un total de $103.8 millones, o un 79.9% de los fondos mantenidos en las cuentas de la AEP. Las cuentas que no han sido revisadas sobre la base del umbral de monto se muestran en las casillas grises.

Anexo | Lista de organismos

| Número | Saldo ($) a 31/12/2019 | Categorización |
|---|---|---|
| 31. | $0 | Sin revisar |
| 32. | $0 | Sin revisar |
| 33. | $0 | Sin revisar |
| 34. | Pendiente[11] | Sin revisar |
| 35. | Pendiente | Sin revisar |

[11] Pendiente de confirmación de balance a 31 de diciembre de 2019.