ASOCIADO DE PUERTO RICO
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Análisis y examen de la gerencia (no auditado)

30 de junio de 2016

# SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Estados financieros básicos e información complementaria requerida

30 de junio de 2016

(con informe de auditores independientes al respecto)

ASOCIADO DE PUERTO RICO

(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Análisis y examen de la gerencia (no auditado)

30 de junio de 2016

## SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

(Una unidad componente del Estado Libre Asociado de Puerto Rico)

### Índice

Informe de los auditores independientes ................................................................3

Análisis y examen de la gerencia ........................................................................5

Estados financieros básicos ...............................................................................16

    Estado de posición fiduciaria neta ............................................................16

    Estado de cambios en la posición fiduciaria neta ..................................18

    Notas a los estados financieros básicos .................................................19

**Información complementaria obligatoria** ..........................................................54

Beneficios de pensiones ...................................................................................54

    Anexo de cambios en la obligación neta por pensiones de los empleadores e índices relacionados ..................................................................................54

    Anexo de retorno sobre la inversión .......................................................55

Otros beneficios de atención de salud posteriores al empleo ...............................56

    Anexo de contribuciones de los empleadores ........................................56

    Anexo de evolución del financiamiento....................................................57

Notas a la información complementaria obligatoria ............................................59

**ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Análisis y examen de la gerencia (no auditado)

30 de junio de 2016



KPMG LLP
American International Plaza
Oficina 1100
Avenida Muñoz Rivera 250
San Juan, PR 00918-1819

### Informe de los auditores independientes

A la Junta de Retiro del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico:

Hemos auditado los estados financieros adjuntos, pertenecientes al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el Sistema), que constan del estado de situación fiduciaria neta al 30 de junio de 2016, el estado relacionado de cambios en la posición fiduciaria neta para el ejercicio terminado en esa fecha y las correspondientes notas a los estados financieros, que en su conjunto constituyen los estados financieros básicos del Sistema.

**Responsabilidad de la gerencia con respecto a los estados financieros**

Corresponde a la gerencia elaborar los estados financieros y presentarlos de manera honesta, de conformidad con los principios de contabilidad generalmente aceptados de los Estados Unidos; esto incluye diseñar, aplicar y mantener los controles internos necesarios para elaborar y presentar estados financieros honestos que no tengan declaraciones erróneas sustanciales, sea por motivo de fraude o error.

**Responsabilidad de los auditores**

Nuestra responsabilidad es expresar un dictamen sobre estos estados financieros consolidados sobre la base de nuestra auditoría. Realizamos nuestras auditorías de acuerdo con las normas de auditoría generalmente aceptadas en los Estados Unidos de América. Dichas normas exigen que planifiquemos y realicemos la auditoría de forma tal de obtener garantías razonables de que los estados financieros no contienen declaraciones erróneas de importancia.

Una auditoría implica realizar ciertos procedimientos para obtener pruebas sobre los montos y la información consignada en los estados financieros. Los procedimientos elegidos dependen del criterio de los auditores, lo que incluye evaluar el riesgo de que los estados financieros contengan declaraciones erróneas graves, sea debido a fraude o error. Al realizar tales evaluaciones de riesgos, y con el objetivo de diseñar procedimientos de auditoría que sean apropiados en función de las circunstancias, el auditor toma en cuenta los controles internos que aplica la entidad al preparar y presentar con honestidad los estados financieros, pero no expresamos ninguna opinión sobre la eficacia de tales controles. En consecuencia, no expresamos ninguna opinión en ese sentido. Una auditoría también implica evaluar lo apropiado de las políticas contables utilizadas y lo razonable de las principales estimaciones contables de la gerencia, así como analizar la presentación general de los estados financieros consolidados.

Creemos que las pruebas de auditoría que hemos obtenido son suficientes y apropiadas como fundamento para nuestro dictamen de auditoría.

**Dictamen**

En nuestra opinión, los estados financieros a que se hace referencia en este informe reflejan de manera honesta, en todos los aspectos principales, la posición fiduciaria neta del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico al 30 de junio de 2016 y los cambios en su posición fiduciaria neta para el ejercicio terminado en esa fecha, de conformidad con los principios de contabilidad generalmente aceptados en los Estados Unidos.

**Cuestiones fundamentales**

*Incertidumbre sobre las posibilidades de seguir funcionando en el futuro*

**ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Análisis y examen de la gerencia (no auditado)

30 de junio de 2016

Los estados financieros adjuntos han sido elaborados en el entendido de que el Sistema seguirá funcionando en el futuro. Como se analiza en las notas 3 y 14 a los estados financieros básicos, el Sistema está gravemente desfinanciado, vendió las inversiones que le quedaban por monto global de unos $297 millones, y en el ejercicio Fiscal 2018 comenzó a funcionar en una modalidad de reparto (Pay-As-You-Go). Además, el 3 de mayo y el 21 de mayo de 2017, la Junta de Supervisión y Administración Financiera para Puerto Rico interpuso ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico causas en nombre del Estado Libre Asociado de Puerto Rico (ELA) y el Sistema, respectivamente, solicitando remedios al amparo del Título III de la Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico. En vista de ello, la gerencia del Sistema ha expresado que existen importantes dudas sobre sus posibilidades de seguir funcionando. La evaluación de la gerencia respecto de los hechos y las condiciones, y sus planes relacionados con dichos asuntos, también se describen en la nota 3. Los estados financieros no incluyen ningún ajuste que contemple dicha incertidumbre. Nuestro dictamen no se modifica en lo relacionado con este asunto.

**Otros asuntos**

*Información complementaria obligatoria*

Los principios de contabilidad generalmente aceptados en los Estados Unidos exigen que se presenten como complemento a los estados financieros básicos el análisis y el examen de la gerencia que figuran en las páginas 3 a 15 y los anexos que figuran en las páginas 67 a 70. Si bien dicha información no es parte de los estados financieros básicos, la Junta Gubernamental de Normas Contables exige su inclusión, por cuanto la considera que es fundamental para ubicar los estados financieros básicos en el contexto operativo, económico e histórico apropiado. Hemos aplicado determinados procedimientos limitados a la información complementaria que se exige en las normas de auditoría generalmente aceptadas en los Estados Unidos de América, a saber, consultar con la gerencia sobre los métodos para elaborar la información, y cotejar la información para determinar si es congruente con las respuestas de la gerencia a nuestras consultas, los estados financieros básicos y otros datos que obtuvimos al auditarlos. No expresamos ninguna opinión ni brindamos ninguna garantía con respecto a la información debido a que los procedimientos, que son limitados, no nos aportan suficientes pruebas para hacerlo.

San Juan (Puerto Rico)
5 de octubre de 2018

*KPMG LLP*

Se estampó el sello núm. E351461 de la Sociedad de Contadores Públicos Certificados de Puerto Rico a la copia de este informe.

**ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Análisis y examen de la gerencia (no auditado)

30 de junio de 2016

**Análisis y examen de la gerencia**

**Introducción**

El siguiente análisis y examen del desempeño financiero del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el Sistema) brinda información general sobre sus actividades para el año fiscal terminado el 30 de junio de 2016. Tiene por objeto explicar y ayudar a comprender mejor los datos presentados en los estados financieros básicos y en la información complementaria obligatoria. Este análisis y examen debe leerse junto con los estados financieros del Sistema.

El Sistema es un fideicomiso que el Estado Libre Asociado de Puerto Rico (el ELA) creó en 1951 de conformidad con la Ley núm. 447 del 15 de mayo de 1951, y sus modificaciones, para pagar pensiones y otros beneficios a los empleados retirados del ELA y de sus empresas públicas y municipios. Hasta el 23 de agosto de 2017, la Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura (la Administración de ERS y JRS) administró el Sistema.

Antes de 23 de agosto de 2017, el Sistema administraba un plan de pensiones de múltiples empleadores y reparto de costos que constaba de tres estructuras de pago de beneficios: i) un programa de pago de beneficios de empleadores múltiples y de reparto de costos, ii) un programa de contribuciones definidas (el programa Sistema 2000), y iii) un programa contributivo híbrido. El Sistema también administraba los beneficios de atención de salud posteriores al empleo que el ELA brindaba a los miembros retirados del plan a través del programa de Contribuciones a Planes de Seguro Médico del Sistema de Retiro de los Empleados del Gobierno de Puerto Rico y sus Dependencias (ERS MIPC).

El Sistema es un componente fundamental de los informes financieros elaborados por el ELA, y se consigna en sus estados financieros básicos como un fondo de fideicomiso de pensiones.

**Información general sobre los estados financieros básicos**

El análisis y examen a continuación tiene por objeto presentar los estados financieros básicos del Sistema. Los estados financieros básicos se elaboran de conformidad con los principios de contabilidad generalmente aceptados de los Estados Unidos, según se apliquen a las organizaciones gubernamentales en virtud de los pronunciamientos de la Junta Gubernamental de Normas Contables, e incluyen lo siguiente:

- El Estado de Posición Fiduciaria Neta presenta la posición financiera del Sistema a final del año fiscal. Brinda información sobre i) la naturaleza y las cantidades de recursos y la capacidad actual de prestación de servicios del Sistema (activos); ii) los activos netos que el Sistema consume y que corresponden a un ejercicio futuro (salida diferida de recursos); iii) las obligaciones de utilizar recursos que el Sistema tiene pocas o ninguna posibilidad de evitar (pasivo), y iv) los activos netos que el Sistema adquiere y que corresponden a un ejercicio futuro (ingreso diferido de recursos); la diferencia entre los activos/salida diferida de recursos y los pasivos/ingreso diferido de recursos se consigna como la posición neta. Las inversiones se registran según su valor razonable. Todos los demás activos y pasivos se determinan según el criterio de lo devengado.

- El Estado de Cambios en la Posición Fiduciaria Neta presenta los resultados de las actividades durante el año fiscal. Todos los cambios que afectan a los activos/salidas diferidas de recursos y los pasivos/entradas diferidas de recursos del Sistema se registran según el criterio de lo devengado, es decir, reflejando cuándo ocurrió la actividad, independientemente de cuándo se produjeron los flujos de caja relacionados. Los cambios en los valores razonables de las inversiones se incluyen en la actividad del ejercicio como apreciación (depreciación) neta en el valor razonable de las inversiones.

- Las notas a los estados financieros básicos brindan información adicional que es fundamental para entender en todos sus aspectos los datos consignados en los estados financieros. Las notas presentan información sobre las políticas contables del Sistema y sobre los principales saldos de las cuentas y las actividades, los riesgos más importantes, las obligaciones, las contingencias y los hechos posteriores, de haberlos.

**ASOCIADO DE PUERTO RICO**

(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Análisis y examen de la gerencia (no auditado)

30 de junio de 2016

La información complementaria obligatoria se presenta luego de las notas a los estados financieros básicos. Si bien no es parte de los estados financieros básicos, la Junta Gubernamental de Normas Contables exige dicha información. Presenta datos relativos a los métodos actuariales y los supuestos que utiliza el Sistema y sobre los cambios en las obligaciones netas de los empleadores con respecto a las pensiones y los índices relacionados, las contribuciones de los empleadores a los beneficios por pensiones, y el retorno de las inversiones de los beneficios por pensiones, así como datos sobre otros beneficios posteriores al empleo que ofrece el Sistema.

*Aspectos financieros destacados*

Hasta el 23 de agosto de 2017, el Sistema pagó beneficios por retiro a los empleados del ELA. El total de activos del Sistema al 30 de junio de 2016 y 2015 ascendía, respectivamente, a unos $2.284 millones y unos $2.697 millones.

Al 30 de junio de 2016, los activos totales del Sistema constaban de lo siguiente:

- $667 millones en inversiones en bonos, acciones y fondos de fideicomiso colectivos sin contraprestación
- $47 millones en inversiones en sociedades limitadas
- $597 millones en préstamos a miembros e intereses por cobrar
- $963 millones en caja y equivalentes de caja, cuentas por cobrar y garantías por transacciones de préstamo de títulos
- $10 millones en capital y otros activos

Los activos totales del Sistema al 30 de junio de 2016 se presentan en el siguiente cuadro (cifras en millones):



Al 30 de junio de 2015, los activos totales del Sistema constaban de lo siguiente:

- $1.263 millones en inversiones en bonos, acciones y fondos de fideicomiso colectivos sin contraprestación
- $54 millones en inversiones en sociedades limitadas
- $608 millones en préstamos a miembros e intereses por cobrar
- $761 millones en caja y equivalentes de caja, cuentas por cobrar y garantías por transacciones de préstamo de títulos
- $11 millones en capital y otros activos

**ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Análisis y examen de la gerencia (no auditado)

30 de junio de 2016

Los activos totales del Sistema al 30 de junio de 2015 se presentan en el siguiente cuadro (cifras en millones):



- El Sistema viene arrastrando un déficit desde el año fiscal 2015. El total del pasivo del Sistema excedió sus activos totales, y representó un déficit neto fiduciario de unos $1.266 millones al 30 de junio de 2016, frente a un déficit neto fiduciario de unos $668 millones al 30 de junio de 2015.

- El déficit fiduciario neto del Sistema como porcentaje del total de sus obligaciones por las pensiones fue de -3,47% al 30 de junio de 2016 y de 2,05% al 30 de junio de 2015.

- El ERS MIPC, el otro programa de beneficios de salud posteriores al empleo del Sistema, es financiado por el ELA en una modalidad de reparto y, por ende, carece de fondos.

Los siguientes cuadros brindan un resumen comparativo de los estados financieros de la posición fiduciaria neta del Sistema y los cambios en la posición fiduciaria neta para los ejercicios fiscales 2016 y 2015:

**Resumen comparativo de la posición fiduciaria neta: Beneficios por pensiones**

|  | 2016 | 2015 | Cambio total en dólares | Cambio total en porcentaje |
|---|---|---|---|---|
|  | | (En miles de dólares) | | |
| Activos: | | | | |
| Caja y equivalentes de caja, cuentas por cobrar y garantías por transacciones de préstamo de títulos | $ 962.706 | 761.235 | 201.471 | 26,5 % |
| Inversiones | 714.214 | 1.316.611 | (602.397) | (45.8) |
| Préstamos a miembros e intereses por cobrar - neto | 596.997 | 607.617 | (10.620) | (1,7) |
| Activos de capital y otros | 10.487 | 11.306 | (819) | (7,2) |
| Total de activos | 2.284.404 | 2.696.769 | (412.365) | (15,3) |
| Pasivo: | | | | |
| Cuentas por pagar y pasivos acumulados | 104.315 | 9.329 | 94.986 | 1.018,2 |
| Intereses a pagar sobre bonos | 14.094 | 13.876 | 218 | 1,6 |
| A pagar por títulos de inversión comprados | 1.609 | 7.754 | (6.145) | (79,2) |
| Obligaciones por préstamo de títulos | 19.754 | 80.071 | (60.317) | (75,3) |
| Adeudado al ELA | 91.474 | 76.613 | 14.861 | 19,4 |
| Fondos de garantía por préstamos hipotecarios y reserva de seguros de garantía para préstamos a miembros del plan | 10.467 | 10.212 | 255 | 2,5 |
| Bonos por pagar | 3.134.902 | 3.105.448 | 29.454 | 0,9 |
| Otros pasivos | 173.673 | 61.738 | 111.935 | 181,3 |
| Obligaciones totales | 3.550.288 | 3.365.041 | 185.247 | 5,5 |
| Posición neta (déficit) | $ (1.265.884) | (668.272) | (597.612) | 89,4% |

**ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Análisis y examen de la gerencia (no auditado)

30 de junio de 2016

**Resumen comparativo de cambios en la posición fiduciaria neta: beneficios por pensiones**

|  | 2016 | 2015 | Cambio total en dólares | Cambio total en porcentaje |
|---|---|---|---|---|
|  | | (En miles de dólares) | | |
| Adiciones: | | | | |
| Contribuciones: | | | | |
| Contribuciones de empleadores: | | | | |
| Beneficios básicos | $ 582.803 | 479.911 | 102.892 | 21,4% |
| Beneficios especiales | 196.674 | 186.136 | 10.538 | 5,7 |
| Contribuciones de los miembros | 333.633 | 339.650 | (6.017) | (1,8) |
| Ingresos netos por inversiones | 37.345 | 29.258 | 8.087 | 27,6 |
| Otros ingresos | 52.791 | 28.499 | 24.292 | 85,2 |
| Total adiciones | 1.203.246 | 1.063.454 | 139.792 | 13,1 |
| Deducciones: | | | | |
| Beneficios pagados a los participantes | 1.532.640 | 1.541.324 | (8.684) | (0,6) |
| Reembolsos de contribuciones | 34.937 | 31.351 | 3.586 | 11,4 |
| Intereses sobre bonos por pagar | 196.211 | 194.400 | 1.811 | 0,9 |
| Aspectos generales y administrativos | 27.670 | 33.623 | (5.953) | (17,7) |
| Otros gastos | 9.401 | 11.694 | (2.293) | (19,6) |
| Total deducciones | 1.800.859 | 1.812.392 | (11.533) | (0,6) |
| Disminución neta en la posición neta | (597.613) | (748.938) | 151.325 | (20,2) |
| Posición neta (déficit): | | | | |
| Principio de año | (668.272) | 80.666 | (748.938) | (928,4) |
| Fin de año | $ (1.265.885) | (668.272) | (597.613) | 89,4% |

**Empresa en marcha**

El análisis en la nota 3 a los estados financieros brinda información sobre la incertidumbre en cuanto a si el Sistema podrá seguir funcionando.

Se trata de un sistema de retiro maduro con una importante población de retirados. Las obligaciones netas por pensiones del Sistema y su situación fiduciaria neta deficitaria como porcentaje de sus obligaciones totales por pensiones (el índice de capitalización) al 30 de junio de 2016 ascendían a unos $37.699 millones y –3,47%, respectivamente. El Sistema viene arrastrando un déficit desde el año fiscal 2015. Frente a los requisitos de financiamiento que establece la ley, los beneficios pagados por el Sistema y sus gastos administrativos anuales fueron considerablemente más elevados que las contribuciones que recibió de miembros y empleadores. Debido a la reducida base de activos, los ingresos por concepto de inversiones fueron insuficientes para cubrir el flujo de caja negativo. Los activos ilíquidos (las cuentas por cobrar de empleadores, los préstamos netos a miembros y los intereses por cobrar correspondientes, las inversiones en COFINA y las inversiones en sociedades limitadas) constituían aproximadamente $997 millones (44%) del total de activos del Sistema al 30 de junio de 2016. Debido a sus problemas de liquidez, el Sistema podría verse obligado a vender sus activos ilíquidos, en particular los préstamos otorgados a miembros, posiblemente con importantes quitas, lo que agravaría aún más su situación.

Como se analiza en las notas 3 y 14 a los estados financieros básicos, en julio de 2017 el Sistema vendió inversiones por unos $297 millones y comenzó a funcionar en una modalidad de reparto (Pay-As-You-Go).

Los requisitos de financiamiento del Sistema, junto con los requisitos de financiamiento del Sistema de Retiro para la Judicatura del Estado Libre Asociado de Puerto Rico (JRS) y del Sistema de Retiro para Maestros de Puerto Rico (TRS; colectivamente con el Sistema y JRS, los Sistemas de Retiro), podrían tener un efecto negativo sobre el Fondo General del ELA (el Fondo General) debido a que el ELA es quien brinda la mayor parte de los fondos para cada uno de los Sistemas de Retiro y tiene la obligación de hacer contribuciones para financiarlos.

En años recientes, el ELA y los demás empleadores participantes se han enfrentado a importantes desafíos fiscales y económicos, entre otras cosas debido a los continuos déficits presupuestales, una prolongada

**ASOCIADO DE PUERTO RICO**

(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Análisis y examen de la gerencia (no auditado)

30 de junio de 2016

recesión económica, una elevada tasa de desempleo, una reducción de la población y elevados niveles de deuda y obligaciones por el pago de pensiones. Los estados financieros del ELA al 30 de junio de 2015 revelaron que existen serias dudas sobre la capacidad del ELA de continuar funcionando.

El 30 de junio de 2016, el congreso de los Estados Unidos promulgó la Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico (PROMESA), que paralizó con efectos inmediatos todos los litigios contra el ELA y sus dependencias, incluido el Sistema, por el pago de deudas. El 1 de mayo de 2017, la paralización dispuesta por PROMESA venció, lo que permitió retomar los importantes litigios contra el ELA y sus dependencias. El 3 de mayo de 2017, la Junta de Supervisión y Administración Financiera para Puerto Rico (la Junta de Supervisión), a solicitud del ELA, radicó ante el Tribunal de Distrito para el Distrito de Puerto Rico una causa conforme al Título III en nombre del ELA, en la que presentó una solicitud de remedio al amparo de dicho título. El 21 de mayo de 2017, la Junta de Supervisión, a solicitud del Sistema, radicó una causa conforme al Título III en nombre del Sistema presentando una solicitud de remedio similar de conformidad con el Título III de PROMESA.

El 23 de agosto de 2017, el ELA promulgó la Ley para Garantizar el Pago a Nuestros Pensionados y Establecer un Nuevo Plan de Contribuciones Definidas para los Servidores Públicos (Ley núm. 106 de 2017), que reformó el sistema de pensiones del ELA al, entre otras cosas, reemplazar las juntas directivas del Sistema, JRS y TRS por una Junta de Retiro del Gobierno de Puerto Rico (la Junta de Retiro) y estableció una "Cuenta para el Pago de Pensiones Acumuladas" separada para implementar el método "pay-as-you-go" (PayGo) para el pago de las pensiones. La Ley núm. 106 de 2017 dio origen al marco jurídico que permite al ELA hacer pagos a los pensionados a través del sistema PayGo.

**Resumen comparativo del análisis de la posición fiduciaria neta: beneficios por pensiones**

Los estados financieros básicos del Sistema para el año fiscal terminado el 30 de junio de 2016 presentan una reducción en la posición neta de aproximadamente $598 millones, lo que se traduce en un déficit en la posición neta de unos $1.266 millones al 30 de junio de 2016, frente a una posición neta de unos $668 millones al 30 de junio de 2015. La reducción en la posición neta (es decir, el aumento en el déficit) en el año fiscal 2016 fue el resultado de que los egresos (principalmente en concepto de beneficios pagados a los participantes) superaron a los ingresos (principalmente en concepto de contribuciones de los empleadores y empleados participantes). La reducción en la posición neta responde principalmente a una disminución en las inversiones de unos $602 millones en el año fiscal 2016.

Las contribuciones totales de los empleadores participantes y de los miembros aumentaron en unos $107 millones, de $1.005 millones durante el año fiscal 2015 a unos $1.113 millones durante el año fiscal 2016. El total neto de ingresos en concepto de inversiones y préstamo de títulos aumentó en unos $8 millones, de unos $29 millones durante el año fiscal 2015 a unos $37 millones durante el año fiscal 2016. El Sistema reconoció una apreciación neta en el valor razonable de las inversiones de unos $870.000 durante 2016, frente a una depreciación neta de unos $46 millones en 2015. Además, el Sistema reconoció una pérdida por deterioro con respecto a depósitos en un banco gubernamental por unos $21 millones durante el año fiscal 2016. Para información adicional respecto de las inversiones del Sistema y las transacciones de préstamo de títulos, consultar la nota 6.

El total de deducciones se redujo en unos $12 millones durante el año fiscal 2016, principalmente a raíz de una disminución de unos $9 millones en los beneficios que se pagaron a uno de los participantes y una reducción de alrededor de $6 millones en los gastos generales y administrativos. El total global de beneficios pagados a los participantes fue de unos $1.533 millones para el año fiscal 2016, frente a unos $1.541 millones para el año fiscal 2015. Los gastos generales y administrativos fueron de unos $28 millones para el año fiscal 2016, frente a unos $34 millones para el año fiscal 2015.

Durante el año fiscal 2017, la Junta de Fiduciarios aprobó la emisión de bonos pagaderos a fin de aumentar los fondos disponibles para el pago de pensiones a ciertos beneficiarios y reducir el total de obligaciones actuariales sin financiamiento. Al 30 de junio de 2016, el monto total por los bonos pagaderos en circulación era de unos $3.135 millones.

**ASOCIADO DE PUERTO RICO**

(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Análisis y examen de la gerencia (no auditado)

30 de junio de 2016

**Otros beneficios por cuidados de salud posteriores al empleo**

Durante el año fiscal 2016 se pagaron otros beneficios por cuidados de salud posteriores al empleo en el marco del ERS MIPC por unos $94 millones, una reducción de alrededor de $3 millones, o un 3,7 %, frente a los $97 millones que se pagaron durante el año fiscal 2015. Tal como lo establece la Ley núm. 3, a partir del 1 de julio de 2013 dejaron de pagarse beneficios a los nuevos retirados.

**Análisis financiero del Sistema**

Para el 30 de junio de 2016 y 2015, el Sistema tenía unos $597 millones y $608 millones, respectivamente, en préstamos e intereses por cobrar a miembros del plan, lo que representa un 46 % y un 32 %, respectivamente, del total de la cartera de inversiones, préstamos incluidos. Para el 30 de junio de 2016, los préstamos e intereses por cobrar a miembros se componían de $170 millones en préstamos hipotecarios, $351 millones en préstamos personales, $45 millones en préstamos para viajes culturales y $34 millones en intereses por cobrar, menos una previsión de $3 millones para ajustes y pérdidas por realización. Para el 30 de junio de 2015, los préstamos e intereses por cobrar a miembros se componían de $171 millones en préstamos hipotecarios, $360 millones en préstamos personales, $41 millones en préstamos para viajes culturales y $37 millones en intereses por cobrar, menos una previsión de $2 millones para ajustes y pérdidas por realización. Para el 30 de junio de 2016 y de 2015, el valor razonable de las inversiones del Sistema en sociedades limitadas ascendía a unos $47 millones, que representaban alrededor de 4 % y 3 % de la cartera de inversiones al 30 de junio de 2016 y de 2015, respectivamente.

El Sistema recibe ingresos adicionales por concepto de inversiones al otorgar en préstamo títulos de inversión a corredores a través de su programa de préstamo de títulos en custodia. Los corredores constituyen garantías a favor del Sistema y en general utilizan los títulos obtenidos en préstamo para cubrir ventas al descubierto y transacciones fallidas. Las garantías en efectivo recibidas de los corredores se invierten en fondos de inversión a corto plazo para ganar intereses. Para los ejercicios fiscales terminados el 30 de junio de 2016 y 2015, el ingreso neto generado por las actividades de préstamo de títulos ascendió a unos $ 113.000 y $ 165.000, respectivamente.

**Información general sobre la cartera de inversiones y los mercados de capital**

El total de activos de inversión del Sistema, incluidos los préstamos otorgados a miembros, las garantías constituidas en el marco de las transacciones de préstamo de títulos y la caja y los equivalentes de caja (cartera de inversiones, préstamos incluidos) al 30 de junio de 2016 era de unos $1.985 millones. Al 30 de junio de 2016, los préstamos otorgados a miembros ascendían a $597 millones.

**ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Análisis y examen de la gerencia (no auditado)

30 de junio de 2016

Al 30 de junio de 2016, la conformación de la cartera de inversiones del Sistema, préstamos a miembros incluidos, era de un 64% en inversiones de renta fija, incluidos los préstamos por cobrar, 15% en títulos de renta variable, 18% en caja e inversiones a corto plazo, y 3% en otras inversiones, como puede verse en el siguiente gráfico:



*Información general sobre la economía y los mercados de capital*

Las condiciones relativamente benignas del mercado a finales de 2015 no fueron más que un breve interludio en circunstancias en general desafiantes, con un mercado caracterizado por la incertidumbre y la volatilidad. Las fluctuaciones súbitas del mercado y la aversión al riesgo marcaron la pauta, en un contexto en que los mercados financieros mundiales debieron enfrentarse a la fragilidad de crecimiento económico mundial, las medidas adoptadas por los bancos centrales, la volatilidad cambiaria, la debilidad de los precios de la energía y las materias primas, las inquietudes de carácter geopolítico y la elección presidencial en los Estados Unidos. Tras un comienzo en general positivo del segundo trimestre de 2016, la incertidumbre y la volatilidad regresaron hacia el final del trimestre. Entre los principales acontecimientos estuvieron el inesperado resultado de la votación por el Brexit y el deterioro continuo del rendimiento de los bonos globales.

En este contexto, la volatilidad cambiaria aumentó, en particular a raíz de la votación del Brexit, y el dólar estadounidense tuvo un comportamiento variable. Los precios de las materias primas siguieron en una senda alcista. Durante el trimestre más reciente, el dólar estadounidense se fortaleció frente a la libra esterlina y el euro. Por otro lado, el yen japonés aumentó más de 9 % frente al dólar, y las monedas de otros numerosos mercados emergentes también se fortalecieron. Los precios mundiales de las materias primas aumentaron, en particular los de la energía, y llevaron al índice Bloomberg de rendimiento total de los productos básicos (BCOMTR, anteriormente DJUBS) a un aumento de más del 12%. Durante junio, los precios del petróleo crudo (WTI) aumentaron alrededor de 26% con respecto a la marca de $50, si bien terminaron el trimestre en $48. Los precios del gas natural también experimentaron un marcado aumento durante el trimestre. A raíz de la

**ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)
Análisis y examen de la gerencia (no auditado)
30 de junio de 2016

mayor incertidumbre, los precios del oro aumentaron sus ganancias en alrededor de un 7,2%.

Durante el segundo trimestre, los mercados mundiales bursátiles tuvieron resultados mixtos. El índice ACWI ex U.S. se redujo un 0,6% expresado en dólares de los Estados Unidos (0,1% local), y acumula una disminución de 1% (-4,1 % local) en lo que va del ejercicio. Con predominio de los países latinoamericanos, el índice MSCI de mercados emergentes finalizó el trimestre con una ganancia de 0,7%. En los mercados estadounidenses, el índice S&P500 aumentó un 2,5% (dividendos incluidos), para una rentabilidad de 3,8% en lo que va del ejercicio. Para el trimestre, los sectores con el mejor desempeño (S&P 500), a saber, energía, telecomunicaciones y empresas de suministro público, dieron mayor prioridad a la obtención de rendimientos. Al 30 de junio de 2016, los fondos de inversión en bienes raíces (REIT) habían aumentado sus ganancias en un 13,5 %. Las acciones de pequeña capitalización tuvieron rendimientos superiores. La ganancia del índice Russell 2000 para el trimestre fue del 3,8%, con lo que regresó al terreno positivo para el ejercicio cerrado al 30 de junio de 2016, mientras que el índice NASDAQ disminuyó un 1,1 %, reduciendo su índice de retorno en lo que va del ejercicio a -3,2 %. Los valores tuvieron rendimientos claramente superiores para el trimestre y para el ejercicio hasta el 30 de junio de 2016.

Como ya se mencionó, el rendimiento de los bonos globales siguió disminuyendo durante el trimestre. Para el 30 de junio de 2016, el rendimiento de los bonos del Tesoro de los Estados Unidos a 10 años disminuyó alrededor de 28 puntos básicos, hasta 1,5 %. El índice agregado de bonos de Barclays aumentó un 2,2 % para el trimestre, con lo que las ganancias en lo que va del ejercicio ascienden a 5,3 %. Asimismo, el rendimiento de los bonos gubernamentales en Europa siguió disminuyendo, y hasta el rendimiento de los bonos alemanes ingresó en terreno negativo. Los márgenes de crédito se redujeron en los mercados de Estados Unidos, en un contexto de sólido aumento del sector de alto rendimiento liderado por el complejo energético, cuyas ganancias estuvieron en el orden de los dos dígitos. El índice de alto rendimiento BoAML U.S. aumentó un 5,9%, para un rendimiento del 9,3% en lo que va del ejercicio. El índice S&P/LTSA de préstamos apalancados aumentó un 2,9%.

*Aspectos generales del desempeño de los índices industriales*

**Desempeño general del Fondo**

La cartera de inversiones total del Sistema, incluidos los préstamos a los miembros, tuvo un retorno de 2,8%, mientras que el total de inversiones, sin incluir los préstamos, tuvo un retorno de 3,4% durante el año fiscal 2016, ligeramente por debajo (0,6 %) del marco de referencia. El bajo desempeño se debió principalmente a la menor participación de los títulos de renta variable nacionales frente a la mayor importancia que se otorgó a los objetivos de largo plazo.

*Información general los títulos de renta variable en Estados Unidos para el año fiscal 2016*

El componente de títulos nacionales de renta variable del Sistema tuvo un retorno de 3,7% durante el año fiscal, con lo que superó el marco de referencia, a saber, el fondo índice Russell 3000, por 0,1 %. El buen desempeño se debió al impacto de la distribución temporal de los flujos de caja y los retiros. Durante el periodo, el fondo índice Russell 3000 se ajustó a su marco de referencia. Durante el ejercicio, se canjearon aproximadamente $175 millones del componente de títulos nacionales de renta variable para cubrir las necesidades de efectivo del Sistema. Para el 30 de junio de 2016, el monto total de los títulos nacionales de renta variable del Sistema era de unos $160 millones y representaba alrededor del 11 % de la cartera total de inversiones del Sistema, incluidos los préstamos a los miembros.

*Información general sobre los títulos internacionales de renta variable para el año fiscal 2016*

Los títulos internacionales de renta variable, según el índice MSCI ACW ex-U.S., tuvieron un retorno negativo de 1 %. Los títulos internacionales de renta variable desarrollados tuvieron un retorno negativo de 0,8 %, según el índice MSCI EAFE. Durante el período, Japón fue la región que tuvo los mejores resultados. Los títulos de renta de los mercados emergentes, según el índice MSCI de mercados emergentes, tuvieron un retorno de 1,2 %.

12

**ASOCIADO DE PUERTO RICO**

(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Análisis y examen de la gerencia (no auditado)

30 de junio de 2016

Durante el año fiscal terminado el 30 de junio de 2016, el componente de títulos internacionales de renta variable del Sistema dio un retorno negativo de 0,8 %, superando el marco de referencia por 0,2 %. El mejor desempeño se debió a un error de seguimiento ligeramente positivo durante el ejercicio. Durante el ejercicio, se canjearon aproximadamente \$49,0 millones del componente para cubrir las necesidades de efectivo del Sistema. A finales del año fiscal, el componente tenía unos \$59,2 millones en activos, que representaban un 4% de la cartera total de inversiones del Sistema, incluidos los préstamos a los miembros.

*Información general sobre los títulos de renta fija en los Estados Unidos durante el año fiscal 2016*

El mercado amplio de títulos de renta fija en los Estados Unidos, medido según el índice agregado de bonos de Barclays, tuvo un retorno de 4,9% durante el ejercicio. El índice de Barclays de créditos intermedios, el índice de referencia para el Sistema para su cartera de inversiones de renta fija, estuvo ligeramente a la zaga del mercado amplio de títulos de renta fija en los Estados Unidos y tuvo un retorno de 4,9 %. Todos los sectores subyacentes generaron retornos positivos durante el período, y los sectores de bonos del gobierno y títulos valores respaldados por bienes raíces fueron los de mejor desempeño. Los bonos de duración más prolongada tuvieron mejores rendimientos que los de duración más breve, mientras que los de mayor calidad superaron a los de menor calidad.

El componente de renta fija del Sistema tuvo ganancias de 5,2% durante el año fiscal terminado el 30 de junio de 2016, superando ligeramente su marco de referencia por 0,3%. Chicago Equity Partners fue el único gestor con resultados claramente sólidos, mientras que los resultados de Mesirow, Taplin Canida & Habacht, Popular, Santander Barrow Hanley fueron más bajos. Durante el periodo, el fondo índice de créditos intermedios SSGA se mantuvo dentro de su marco de referencia. A final del año fiscal, los activos de la cartera de inversión de renta fija totalizaban unos \$361,2 millones en activos, que representaban un 24,1% de la cartera total inversiones del Sistema, incluidos los préstamos a los miembros. Durante el ejercicio, se canjearon aproximadamente \$553 millones del componente para cubrir las necesidades de efectivo del Sistema.

*Otras inversiones y transacciones de préstamos a miembros*

Al 30 de junio de 2016, el Sistema tenía aproximadamente \$597 millones en préstamos otorgados a los miembros, que representaban un 40% del total de la cartera de inversiones, incluidos los préstamos. Los saldos de los préstamos a los miembros al 30 de junio de 2016 estaban \$11 millones por debajo del ejercicio anterior.

A finales del año fiscal 2016, el Sistema tenía una exposición a sociedades limitadas de inversiones en capitales privados de unos \$48 millones, que representaban un 3,4% de la cartera total de inversión en el Sistema, incluidos los préstamos a los miembros.

A los efectos de cubrir el déficit de contribuciones de empleados y empleadores del ELA con respecto al pago de beneficios a los participantes, durante el año fiscal 2016 el Sistema liquidó parte de su cartera de inversiones y transfirió aproximadamente \$637 millones al ELA.

**Situación de financiamiento**

El Sistema fue creado en 1951 en virtud de la Ley núm. 447, y desde el comienzo ha tenido problemas de planificación. Frente al nivel de beneficios, los niveles de contribuciones eran y siguen siendo relativamente bajos. A medida que más personas ingresaban a la administración pública y luego se retiraban amparándose en las numerosas estructuras de beneficios del Sistema, la brecha entre los activos disponibles para pagar los beneficios y las obligaciones actuariales comenzó a aumentar.

Durante 2007, en un esfuerzo por aumentar los fondos disponibles para pagar las pensiones y reducir el total de obligaciones actuariales no financiadas por el pago de pensiones, el Sistema autorizó la emisión de una o más series de bonos (los Bonos). Como resultado de esas emisiones, el Sistema se comprometió a destinar las contribuciones futuras de los empleadores al pago de los Bonos, invirtió las sumas recaudadas por su emisión, y utilizó esas inversiones (y la rentabilidad que produjeron) para pagar las pensiones a los

**ASOCIADO DE PUERTO RICO**

(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Análisis y examen de la gerencia (no auditado)

30 de junio de 2016

beneficiarios. Específicamente, el 31 de enero de 2008 el Sistema emitió la primera serie de bonos, por un capital de unos $1.589 millones en Bonos Preferentes de Obligaciones de Pensiones Serie A. El 2 de junio de 2008, el Sistema emitió una segunda serie de tales bonos, por un capital de unos $1.059 millones en Bonos Preferentes de Obligaciones de Pensiones Serie B. Finalmente, el 30 de junio de 2008, el Sistema emitió la tercera y última serie de tales Bonos, por un capital de unos $300 millones en Bonos Preferentes de Obligaciones de Pensiones Serie C.

A pesar de estos esfuerzos, las obligaciones actuariales del Sistema continuaron en su senda ascendente a raíz del continuo aumento en la cantidad de pensionados cubiertos y los mayores salarios de los nuevos pensionados, lo que se tradujo en pensiones aún más altas de conformidad con la Ley núm. 447. El hecho es que el problema de financiamiento del Sistema no puede resolverse con los mercados de capital por sí solos.

Además, el ELA ha promulgado una serie de leyes para enfrentar los problemas de financiamiento que el Sistema ha experimentado. Por ejemplo, en 2011 el ELA promulgó la Ley núm. 116, en virtud de la cual se aumentó la contribución de los empleadores de 9,275 % a 10,275 % de la remuneración pagada a los empleados para el año fiscal 2011-2012, un 1% anual para cada uno de los siguientes cuatro años, y un 1,25% anual para cada uno de los cinco años después de eso, con lo que la contribución total al 1 de julio de 2020 será de 20,525%. Otras medidas adoptadas para mejorar la situación financiera del Sistema son: 1) mejorar el cobro de las contribuciones atrasadas recibiéndolas directamente del Centro de Recaudación de Ingresos Municipales (CRIM) cuando un municipio no envíe sus contribuciones dentro de un plazo de 30 días tras la fecha de vencimiento del pago, o del Departamento de Hacienda del ELA en el caso de las empresas públicas; 2) aplicar la Ley núm. 70, que estableció los incentivos para el retiro anticipado; 3) revisar la Política de Préstamos Personales para Empleados reduciendo los préstamos para fines personales y culturales a un máximo de $5.000 cada uno, frente a los montos anteriores de $15.000 y $10.000, respectivamente, y 4) recibir aproximadamente $162,5 millones en bonos emitidos por la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA).

En 2013, el ELA promulgó la Ley núm. 3 para reformar el Sistema, que entre otras cosas redujo los beneficios, aumentó las contribuciones de los empleados y, en el caso de los empleados en actividad que tuvieran derecho al programa de beneficios definidos, reemplazó la mayoría de los aspectos de beneficios definidos del sistema con un sistema de contribuciones definidas. Los requisitos de financiamiento que establecía la ley antes de esta reforma hacían que los pagos anuales de beneficios y los gastos administrativos del Sistema fueran considerablemente más elevados que las contribuciones que recibía de los miembros y los empleadores.

La Ley núm. 3 enmendó la Ley núm. 447, la Ley núm. 1 de 1990 y la Ley núm. 305 (colectivamente, las Leyes ERS) a fin de establecer, entre otras cosas, un programa de contribuciones definidas similar al programa Sistema 2000 (el Programa Híbrido de Contribución Definida) que sería administrado por el Sistema. Todos los empleados regulares contratados por primera vez a partir del 1 de julio de 2013 ingresaron al Programa Híbrido de Contribución Definida. Además, la Ley núm. 3 congeló todos los beneficios por retiro acumulados hasta el 30 de junio de 2013 en el marco del Programa de Beneficios Definidos, y con posterioridad a ello, todos los beneficios futuros acumulados según la fórmula de contribución definida utilizada para los participantes del programa Sistema 2000. Suspender las acumulaciones futuras de beneficios definidos que establecían la Ley núm. 447 y la Ley núm. 1 y convertirse a un plan híbrido financiado por los miembros disminuirá los pagos por beneficios a medida que los niveles vayan reduciéndose, y permitirá que la totalidad de las contribuciones futuras de los empleadores estén disponibles para pagar los beneficios y la deuda por los bonos emitidos.

El 27 de junio de 2017, el Departamento de Hacienda emitió la Carta Circular núm. 1300-46-17 para transmitir a las dependencias del gobierno central, a las empresas públicas y a los municipios los nuevos procedimientos de ejecución que se adoptarían a partir del 1 de julio de 2017, a saber, un nuevo mecanismo "pay-as-you-go" (PayGo) para el Sistema. Con el comienzo del año fiscal 2018, se eliminaron las contribuciones de los empleadores, las contribuciones ordenadas por leyes especiales y la Contribución Adicional Uniforme. El Sistema determinará y administrará qué monto por retirado le corresponderá pagar a cada dependencia, empresa pública y municipio.

**ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Análisis y examen de la gerencia (no auditado)

30 de junio de 2016

Además del establecimiento del mecanismo PayGo, la Ley núm. 106 reformó los sistemas de retiro del ELA para que sus participantes activos depositaran sus contribuciones individuales en un Plan de Contribuciones Definidas nuevo de cuya administración se encargará una entidad privada. La Ley núm. 106 dio origen al marco jurídico que permite al ELA hacer pagos a los pensionados a través del sistema PayGo. En cada uno de los presupuestos para los ejercicios fiscales 2018 y 2019 se destinaron unos $2.000 millones para tal fin. La Ley núm. 106 también dio origen a un Plan de Contribuciones Definidas, similar a un plan 401(k), que exige contribuciones de los funcionarios públicos debido a que los beneficios futuros no serán pagados por los sistemas de retiro.

Al 30 de junio de 2016, el plan de pensiones del Sistema constaba de tres estructuras de beneficios distintas, que se administran según las especificaciones que les corresponden en cada Ley ERS. Para todos los miembros del plan, las contribuciones de los empleados van de 8,275 % a 10 % del salario del empleado, según lo especifique este. En todas las estructuras, las contribuciones de los empleadores durante el ejercicio terminado el 30 de junio 2016 fueron 13,275 % del salario del empleado. Sobre la base de la última valuación actuarial, al 30 de junio de 2016 el total de la obligación neta por pago de pensiones correspondiente a los empleadores ascendía a unos $37.660 millones, con un déficit en la posición fiduciaria neta del plan de pensiones (como porcentaje de la obligación total por pago de pensiones) de -3,37 %. La obligación por el pago de beneficios para la atención de salud posterior al empleo en virtud del programa ERS MIPC ascendía a unos $1.349 millones al 30 de junio de 2016 y carecía completamente de financiamiento.

**Activos de capital**

El total de las inversiones del Sistema en activos de capital (sin incluir la depreciación acumulada) era de unos $9,7 millones y $10, 5 millones al 30 de junio de 2016 y al 30 de junio de 2015, respectivamente. Los activos de capital incluyan terrenos, edificaciones y mejoras, construcciones en progreso y equipos. Las edificaciones y las mejoras se refieren a las instalaciones en que el Sistema desarrolla sus operaciones.

**Administración de la deuda**

Las obligaciones de deuda a largo plazo incluyen bonos preferentes del Sistema por un monto total de capital de unos $3.135 millones y $3.105 millones al 30 de junio de 2016 y 30 de junio de 2015, respectivamente. El Sistema ha emitido tres series de bonos municipales con ingresos denominados "Bonos Preferentes de Obligaciones de Pensiones", el producido de los cuales se ha utilizado principalmente para aumentar los fondos actualmente disponibles para pagar las pensiones a ciertos beneficiarios y reducir el total de sus obligaciones actuariales no financiadas. Los bonos son obligaciones del Sistema limitadas y sin derecho a interponer recursos, que se pagan (y se garantizan) únicamente a partir de las contribuciones que los empleadores se comprometieron a realizar tras la fecha de emisión de la primera serie de bonos y de fondos mantenidos en depósito en el Bank of New York Mellon (el Agente Fiscal). Los Bonos no se pagan a partir de las contribuciones que los empleados participantes realizan al Sistema, ni de los activos adquiridos con el producido de los Bonos ni de las contribuciones de los empleadores que el Agente Fiscal envía al Sistema tras satisfacer los requisitos de reservas, ni a partir de ningún otro de los activos del Sistema. Actualmente los bonos tienen la calificación "C" de Moody's Investors Service y de "CC" de Standard & Poor's Ratings Services. Para información adicional respecto de las obligaciones a largo plazo del Sistema, consultar la nota 10. Para información adicional respecto de la suspensión de los pagos mensuales al fiduciario de los bonos del Sistema en julio de 2016 y otros acontecimientos posteriores, consultar la nota 14.

**Solicitudes de información**

Este informe financiero tiene por objeto brindar un panorama general de las finanzas del Sistema, cumplir las leyes y normas relacionadas y demostrar el compromiso existente hacia la rendición pública de cuentas. Las preguntas con respecto a la información provista en este informe o los pedidos de información adicional deberán remitirse a la Administración de los Sistemas de Retiro de los Empleados de Gobierno y la Judicatura del Estado Libre Asociado de Puerto Rico, Avenida José de Diego, Parada 22 Centro Gubernamental Minillas Edificio Torre Norte, Piso 11, San Juan, Puerto Rico, 00940.

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Estado de posición fiduciaria neta

30 de junio de 2016

(cifras en miles)

## Estados financieros básicos

## Estado de posición fiduciaria neta

| | Pensiones | Beneficios de salud posteriores al empleo | Total |
|---|---|---|---|
| Activos: | | | |
| Caja y equivalentes de caja: | | | |
| Depósitos en el Banco Gubernamental de Fomento para Puerto Rico (BGF): | | | |
| Sin restricciones  $ | 162.324 | — | 162.324 |
| Restringido | 48.441 | — | 48.441 |
| Depósitos en bancos comerciales: | | | — |
| Sin restricciones | 242.779 | — | 242.779 |
| Restringido | 12.608 | — | 12.608 |
| Fondos del mercado monetario: | | | |
| Sin restricciones | 59.361 | — | 59.361 |
| Restringido | 126.528 | — | 126.528 |
| Letra del Tesoro de EE. UU.- Restringido | 170 | — | 170 |
| Total caja y equivalentes de caja | 652.211 | — | 652.211 |
| Cuentas por cobrar netas: | | | |
| Empleadores: sin incluir previsión para cuentas incobrables de $250.834 | 258.801 | | 258.801 |
| A recibir del Sistema de Retiro para la Judicatura del Estado Libre Asociado de Puerto Rico | 7.854 | | 7.854 |
| Inversiones vendidas | 738 | — | 738 |
| Ingresos acumulados por inversiones | 8.348 | — | 8.348 |
| Otros | 15.000 | — | 15.000 |
| Total cuentas por cobrar, neto | 290.741 | | 290.741 |
| Garantía de las transacciones de préstamo de títulos | 19.754 | — | 19.754 |
| Inversiones: | | | |
| Bonos y pagarés | 445.891 | — | 445.891 |
| Fondos de fideicomiso colectivos sin contraprestación | 219.585 | — | 219.585 |
| Inversiones en sociedades limitadas | 47.461 | — | 47.461 |
| Acciones | 1.277 | — | 1.277 |
| Total de inversiones | 714.214 | | 714.214 |
| Préstamos a miembros e intereses por cobrar - neto | 596.997 | | 596.997 |
| Activos de capital - neto | 9.733 | — | 9.733 |
| Otros activos | 754 | — | 754 |
| Total de activos | 2.284.404 | | 2.284.404 |

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Estado de posición fiduciaria neta

30 de junio de 2016
(cifras en miles)

## Estado de posición fiduciaria neta

| | Pensiones | Beneficios de salud posteriores al empleo | Total |
|---|---|---|---|
| Pasivo: | | | |
| Cuentas por pagar y pasivos acumulados $ | 104.315 | — | 104.315 |
| Intereses a pagar sobre bonos | 14.094 | — | 14.094 |
| A pagar por títulos de inversión comprados | 1.609 | — | 1.609 |
| Obligaciones por préstamo de títulos | 19.754 | — | 19.754 |
| Adeudado al ELA | 91.474 | — | 91.474 |
| Fondos de garantía por préstamos hipotecarios y reserva de seguros de garantía para préstamos de miembros | 10.467 | | 10.467 |
| Bonos por pagar | 3.134.902 | — | 3.134.902 |
| Otros pasivos | 173.674 | — | 173.674 |
| Obligaciones totales | 3.550.289 | — | 3.550.289 |
| Contingencias (nota 13) | | | |
| Posición deficitaria neta sin restricciones $ | (1.265.885) | — | (1.265.885) |

Ver notas adjuntas a los estados financieros básicos.

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Estado de cambios en la posición fiduciaria neta

30 de junio de 2016
(cifras en miles)

## Estado de cambios en la posición fiduciaria neta

| | | Pensiones | Beneficios de salud posteriores al empleo | Total |
|---|---|---|---|---|
| Adiciones: | | | | |
| Contribuciones: | | | | |
| Contribuciones de empleadores: | | | | |
| Beneficios básicos, netos de previsión para contribuciones incobrables de $ 40.085 | $ | 582.803 | | 582.803 |
| Beneficios especiales | | 196.674 | 93.728 | 290.402 |
| Contribuciones de los miembros | | 333.633 | — | 333.633 |
| Total contribuciones | | 1.113.110 | 93.728 | 1.206.838 |
| Ingresos por inversiones: | | | | |
| Apreciación neta en el valor razonable de las inversiones | | 870 | — | 870 |
| Pérdida por deterioro sobre depósitos en bancos gubernamentales (nota 6) | | (20.935) | — | (20.935) |
| Intereses | | 59.651 | — | 59.651 |
| Dividendos | | 277 | — | 277 |
| Menos gastos de inversión, distintos de los préstamos de títulos | | (2.631) | — | (2.631) |
| Ingresos netos por inversiones, distintos a préstamos de títulos | | 37.232 | | 37.232 |
| Ingresos por préstamo de títulos | | 113 | | 113 |
| Menos gastos por préstamo de títulos | | — | — | — |
| Ingresos netos por préstamos de títulos | | 113 | — | 113 |
| Ingresos netos por inversiones | | 37.345 | — | 37.345 |
| Otros ingresos | | 52.791 | — | 52.791 |
| Total adiciones | | 1.203.246 | 93.728 | 1.296.974 |
| Deducciones: | | | | |
| Beneficios pagados a los participantes: | | | | |
| Rentas vitalicias | | 1.322.408 | — | 1.322.408 |
| Beneficios especiales | | 196.674 | 93.728 | 290.402 |
| Beneficios por fallecimiento | | 13.558 | — | 13.558 |
| Reembolsos de contribuciones | | 34.937 | — | 34.937 |
| Intereses sobre bonos por pagar | | 196.211 | — | 196.211 |
| Aspectos generales y administrativos | | 27.670 | — | 27.670 |
| Otros gastos | | 9.401 | — | 9.401 |
| Total deducciones | | 1.800.859 | 93.728 | 1.894.587 |
| Disminución neta en la posición neta | | (597.613) | — | (597.613) |
| Posición neta (déficit): | | | | |
| Principio de año | | (668.272) | — | (668.272) |
| Fin de año | $ | (1.265.885) | — | (1.265.885) |

Ver notas adjuntas a los estados financieros básicos.

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Notas a los estados financieros básicos

30 de junio de 2016

**Notas a los estados financieros básicos**

**(1) Organización**

El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el Sistema) es un fideicomiso que la legislatura del Estado Libre Asociado de Puerto Rico (el ELA) creó el 15 de mayo de 1951 de conformidad con la Ley núm. 447 (Ley núm. 447), y sus modificaciones, para pagar pensiones y otros beneficios a los empleados retirados del ELA y de sus empresas públicas y municipios. Antes de 23 de agosto de 2017, el Sistema administraba un plan de pensiones de múltiples empleadores y reparto de costos (el Plan de Pensiones). El Sistema también administra los beneficios de atención de salud posteriores al empleo que el ELA brinda a los miembros retirados del plan (a través del programa de Contribuciones a Planes de Seguro Médico del Sistema de Retiro de los Empleados del Gobierno de Puerto Rico y sus Dependencias - ERS MIPC), un plan no financiado de múltiples empleadores y reparto de costos de otros beneficios definidos posteriores al empleo.

El Sistema es un aspecto fundamental de los informes financieros elaborados por el ELA, y se consigna en sus estados financieros básicos como un fondo de fideicomiso de pensiones. El Sistema es un plan gubernamental de retiro, y en ese sentido está excluido de las disposiciones de la Garantía de los Ingresos por Retiro de 1974 (ERISA). Los ingresos ganados por el Sistema están exentos de los impuestos federales y de Puerto Rico.

De conformidad con la Ley núm. 447, el Sistema era dirigido por una junta de fiduciarios de 11 miembros (la Junta de Fiduciarios) conformada por i) los siguientes miembros de oficio (o a quienes ellos hubiesen designado): el Secretario de Hacienda del ELA, el Presidente del Banco Gubernamental de Fomento de Puerto Rico (BGF), el Comisionado de Asuntos Municipales y el Director de la Oficina de Recursos Humanos del ELA; ii) tres miembros designados por períodos de tres años por el Gobernador del ELA (el Gobernador), dos de ellos miembros del Sistema y otro del Sistema de Retiro para la Judicatura del Estado Libre Asociado de Puerto Rico (JRS), cada uno con al menos 10 años de servicio acreditado; iii) dos miembros tenían que ser pensionados del Sistema y de JRS; iv) el Presidente de la Federación de Alcaldes, y v) el Presidente de la Asociación de Alcaldes. Al 30 de junio de 2016, el Sistema estaba bajo la dirección de la Junta.

El 23 de agosto de 2017, la Ley núm. 106 reemplazó a la Junta con una nueva Junta de Retiro de Gobierno de Puerto Rico (la Junta de Retiro) que se encarga de dirigir todos los sistemas de retiro del ELA. La Junta de Retiro está compuesta por 13 miembros de i) los siguientes miembros de oficio (o a quienes ellos hubiesen designado): el Director Ejecutivo de la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico, el Secretario de Hacienda del ELA, el Director de la Oficina de Gerencia y Presupuesto, el Director de la Oficina de Administración y Transformación de los Recursos Humanos del Gobierno de Puerto Rico, el Presidente de la Federación de Alcaldes y el Presidente de la Asociación de Alcaldes; ii) un representante para los maestros proveniente del Departamento de Educación, uno para las empresas públicas y uno para la Judicatura, todos ellos designados por el Gobernador; y iii) otros cuatro representantes del interés público designado por el Gobernador. A la fecha de estos estados financieros, hay tres vacantes en la Junta de Retiro. Por información adicional sobre la Ley núm. 106, consultar la nota 12.

Antes del 23 de agosto de 2017, el Sistema y JRS, también una dependencia del ELA, eran gestionados por la Administración de los Sistemas de Retiro de los Empleados de Gobierno y la Judicatura del Gobierno de Puerto Rico (la Administración ERS y JRS). Durante el ejercicio terminado el 30 de junio de 2016, la Administración ERS y JRS asignaron el 97,93 % de sus gastos generales y administrativos al Sistema. La metodología utilizada para determinar la asignación de gastos se basa en el total de contribuciones al Sistema de los empleadores y los empleados participantes, dividido por el total global combinado de las contribuciones al Sistema y a JRS de los empleadores y los empleados participantes.

**(2) Resumen de las políticas contables más importantes**

A continuación se describen las principales políticas contables utilizadas por el Sistema en la elaboración de sus estados financieros:

**(a)      *Fundamentos de la presentación***

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Notas a los estados financieros básicos

30 de junio de 2016

Los estados financieros adjuntos han sido elaborados según el principio de lo devengado de conformidad con los principios de contabilidad generalmente aceptados de los Estados Unidos, según se apliquen a las organizaciones gubernamentales en virtud de los pronunciamientos de la Junta Gubernamental de Normas Contables. Las contribuciones de los miembros al Plan se reconocen en el período en que vencen. Las contribuciones de los empleadores se reconocen cuando vencen y el empleador tiene la obligación legal de realizarlas. Los beneficios y los reembolsos se reconocen cuando vencen y se vuelven exigibles.

*(b)*     *Uso de estimaciones*

La elaboración de los estados financieros básicos de conformidad con los principios de contabilidad generalmente aceptados exige que la gerencia haga importantes estimaciones y supuestos sobre la presentación de informes sobre los activos y los pasivos y con respecto al establecimiento de contingencias. Las estimaciones más importantes del Sistema se relacionan con el total de sus obligaciones por concepto de pago de pensiones y la valoración de ciertas inversiones. Debido a la naturaleza inherente de las estimaciones, los resultados reales podrían ser distintos.

*(c)*     *Caja y equivalentes de caja*

Los equivalentes de caja incluyen todos los instrumentos de deuda con un elevado grado de liquidez, con vencimientos originales de tres meses o menos desde la fecha de adquisición, y constan de fondos del mercado de dinero, bonos del Tesoro de los Estados Unidos y certificados de depósito en el BGF de Puerto Rico (una dependencia del ELA) y en bancos comerciales. El dinero en efectivo restringido depositado en el BGF de Puerto Rico consiste en pagos de amortización recibidos de prestatarios de préstamos hipotecarios (cuentas de custodia), cheques vencidos no reclamados por los miembros del plan restringidos a reembolsos, y sumas temporales que deban transferirse al Bank of New York Mellon (fiduciario) restringidas para cumplir con requisitos de pago de deudas por bonos. Los fondos restringidos del mercado de dinero consisten en fondos en poder del fiduciario para mantener los fondos para el servicio de la deuda y los fondos de reserva para el pago de los bonos pagaderos del Sistema.

*(d)  Inversiones*

Las inversiones se registran según su valor razonable. El valor razonable de las inversiones se basa en los precios ofertados, si están disponibles. El Sistema tiene inversiones en sociedades limitadas y en fondos de fideicomiso colectivo sin contraprestación por un valor aproximado de $47 millones y $220 millones respectivamente, al 30 de junio de 2016. Ante la ausencia de valores razonables que puedan determinarse fácilmente, el valor razonable de las inversiones en las sociedades limitadas se ha estimado sobre la base de la información provista por los administradores de los fondos subyacentes. Los fondos del fideicomiso colectivo sin contraprestación se informan según su valor actual neto (VAN). El VAN incluye el valor de mercado de los títulos valores en el fondo más cualesquiera cuentas por cobrar, cuentas por pagar y gastos acumulados del fondo.

Las compras y las ventas de títulos valores se registran según la fecha de la transacción. Las ganancias y las pérdidas realizadas por la venta de títulos valores y los cambios no realizados en el valor razonable de los títulos valores en circulación se incluyen en la apreciación (depreciación) neta en el valor razonable de las inversiones. Las ganancias y las pérdidas realizadas se computan como la diferencia entre el producido de la venta y el costo de la inversión vendida, que se determina mediante el método de promedio de costos. Los ingresos por concepto de intereses se registran como ganados según el método de lo devengado. Los ingresos por dividendos se registran en la fecha ex-dividendo.

*(e)  Préstamos a los miembros*

Los préstamos hipotecarios, personales y para viajes culturales a los miembros del plan se registran como el saldo de capital pendiente menos una previsión por incobrabilidad. El monto máximo que se otorgó a los miembros del plan en préstamos hipotecarios fue de $100.000 y de $5.000 para préstamos personales y para viajes culturales.

Al 30 de junio de 2016, el Sistema gestiona préstamos hipotecarios por un capital total de unos $170 millones, relacionados con ciertos préstamos hipotecarios vendidos a la Asociación Federal de Hipotecas Nacionales a una tasa de 0,25 %. El acuerdo de venta estipula que el Sistema debe recomprar los préstamos que tengan

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Notas a los estados financieros básicos

30 de junio de 2016

atrasos superiores a los 90 días.

### (f)  Reserva de seguro de garantía para los préstamos a los miembros

Las primas cobradas y los beneficios reclamados se registran como adiciones y deducciones, respectivamente. La reserva de garantía por seguros de vida sobre los préstamos otorgados a los miembros se revisa todos los años y se ajusta en función del monto anual más alto reclamado en un período de cinco años, incrementado según un porcentaje que establece la gerencia.

### (g)  Activos de capital

Los activos de capital incluyen las edificaciones, las mejoras, los muebles y los equipos. El Sistema define los activos de capital como aquellos activos con un costo inicial individual de $500 o más en la fecha de adquisición y una vida útil mínima de cuatro años. Los activos de capital se registran según sus costos históricos, o sus costos históricos estimados, en caso de que los costos históricos no estén disponibles. Los activos de capital donados se registran según su valor razonable estimado al momento de la donación.

Los activos de capital se deprecian según el método lineal a lo largo de la vida útil estimada del activo. No se registra ninguna depreciación por las obras de construcción en progreso. Las vidas útiles estimadas de los activos de capital son las siguientes:

|  | Años |
|---|---|
| Edificaciones | 50 |
| Mejoras a edificaciones | 10 |
| Equipos, muebles, accesorios y vehículos | 5-10 |

### (h)  Beneficios por despido

El Sistema contabiliza los beneficios por despido de conformidad con la Declaración núm. 47 del Consejo de Normas Contables Gubernamentales, *Registro de beneficios por despido*. De conformidad con lo dispuesto por la Declaración núm. 47 del Consejo, el Sistema, en cuanto empleador, debe reconocer una obligación y un gasto por concepto de beneficios por despido voluntario (por ejemplo, los incentivos por retiro anticipado) cuando la oferta es aceptada y el monto puede estimarse. Debe reconocerse una obligación y un gasto por concepto de beneficios por despido involuntario (por ejemplo, beneficios por desvinculación) cuando las personas autorizadas para obligar al Gobierno a regirse por el plan lo han aprobado, cuando el plan ha sido comunicado a los empleados, y cuando el monto puede estimarse.

### (i)  Pronunciamientos contables recientes

Se han publicado las siguientes normas contables nuevas, si bien no estuvieron en vigor durante el año fiscal terminado el 30 de junio de 2016.

• Declaración GASB núm. 74, *Presentación de informes financieros para planes de beneficios posteriores al empleo distintos a los planes de pensiones.* Esta declaración reemplaza las Declaraciones núm. 43, *Presentación de informes financieros para planes de beneficios posteriores al empleo distintos a los planes de pensiones,* con sus modificaciones, y núm. 57, *Medidas OPEB por planes para empleadores de agentes y empleadores múltiples de agentes.* También incluye requisitos para planes de contribuciones definidas para otros beneficios posteriores al empleo (OPEB) que reemplazan los requisitos para los planes OPEB contemplados en la declaración núm. 25, *Informes financieros para planes de pensión con beneficios definidos y divulgaciones en las notas para los planes de contribuciones definidas,* con sus modificaciones, *Declaración núm. 43 y declaración núm. 50, Divulgación de información sobre pensiones.* El alcance de esta Declaración incluye los planes OPEB —beneficio definido y contribución definida— administrados a través de fideicomisos que cumplen los siguientes criterios:

-   Las contribuciones de empleadores y entidades contribuyentes no empleadoras al plan OPEB y las ganancias sobre dichas contribuciones son irrevocables.

-   Los activos del plan OPEB están dedicados a brindar otros beneficios posteriores al empleo a los

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Notas a los estados financieros básicos

30 de junio de 2016

miembros del plan de conformidad con las condiciones en materia de beneficios.

- La ley protege los activos del plan OPEB contra los acreedores de los empleadores, de las entidades contribuyentes no empleadoras y del administrador del plan OPEB. Si el plan es un plan OPEB de beneficios definidos, la ley también protege los activos del plan de los acreedores de los miembros del plan.

Esta Declaración también incluye requisitos sobre la elaboración de informes financieros para activos acumulados a los efectos de brindar otros beneficios posteriores al empleo con beneficios definidos a través de planes OPEB que no estén administrados mediante fideicomisos que se ajusten a los criterios indicados. Las disposiciones de esta declaración surtirán efectos en ejercicios fiscales que comiencen después del 15 de junio de 2016. El Sistema está evaluando las repercusiones de esta nueva declaración.

• Declaración GASB núm. 82, *Cuestiones sobre pensiones: una enmienda a las Declaraciones GASB núms. 67, 68 y 73*. Esta Declaración se aboca a ciertas cuestiones que se han planteado respecto de las Declaraciones GASB núms. 67, 68 y 73. Esta Declaración ha sido diseñada para mejorar la coherencia en la aplicación de las normas sobre pensiones mediante aclarar o enmendar ámbitos relacionados de orientación existente. En particular, esta Declaración trata sobre cuestiones relacionadas con 1) la presentación de medidas relacionadas con las nóminas en la información complementaria obligatoria, 2) la selección de supuestos y el tratamiento de las desviaciones respecto de la orientación en las Normas Actuariales de Práctica para la elaboración de informes financieros, y 3) la clasificación de los pagos realizados por los empleadores para cumplir los requisitos de contribuciones para los empleados miembros del plan. Antes de la emisión del esta Declaración, las Declaraciones GASB núms. 67 y 68 exigían la presentación de la nómina de empleados cubiertos, a saber, la nómina de empleados que reciben pensiones a través del plan de pensiones, así como las ratios que utilizan esa medida, en anexos de información complementaria obligatoria. Esta Declaración modifica las Declaraciones GASB núms. 67 y 68, en el sentido de que exige la presentación de una nómina cubierta, definida como la nómina en que se basan las contribuciones a un plan de pensiones, y los ratios que utilizan esa medida. La Declaración aclara que una desviación (de la manera que se utiliza el término en las Normas Actuariales de Práctica emitidas por la Junta de Normas Actuariales) con respecto a la orientación en una Norma Actuarial de Práctica no se considera que cumpla los requisitos de las Declaraciones GASB núms. 67, 68 o 73 a los efectos de la selección de los supuestos que se utilizan para determinar el total de la obligación por pago de pensiones y las medidas relacionadas. Esta Declaración aclara que los pagos que realiza un empleador para cumplir los requisitos de contribuciones que las condiciones del plan de pensiones definen como las obligaciones de contribución de los miembros del plan deben clasificarse como contribuciones de los miembros del plan a los efectos de la Declaración GASB núm. 67 y como contribuciones de empleados a los efectos de la Declaración GASB núm. 68. También exige que los gastos y desembolsos de un empleador por dichos montos se reconozcan en el período al cual se imputa la contribución y se clasifiquen de la misma manera que el empleador clasifica las compensaciones similares distintas a las pensiones (por ejemplo, como salarios y sueldos o como beneficios adicionales). Esta Declaración no entrará en vigor hasta el año fiscal 2017, a excepción de aquellos de sus requisitos referidos a la selección de supuestos cuando la obligación de un empleador por el pago de pensiones se mide a partir de una fecha distinta a la fecha de finalización de su año fiscal más reciente. En esas circunstancias, los requisitos para la selección de supuestos son aplicables a ese empleador en el primer ejercicio contable en que la fecha de determinación de la obligación por pago de pensiones sea el 15 de junio de 2017 o una fecha posterior. El Sistema está evaluando las repercusiones de esta nueva declaración.

• Declaración GASB núm. 85, *Omnibus 2017*. Esta Declaración tiene por objeto abordar determinadas cuestiones relacionadas con las prácticas que se han constatado durante la aplicación y ejecución de determinadas declaraciones GASB. Esta Declaración trata sobre una variedad de temas, incluidas cuestiones relacionadas con la combinación de las unidades constitutivas, la medición y aplicación del valor razonable y los beneficios posteriores al empleo (incluidas las pensiones y los beneficios OPEB). Las disposiciones de esta declaración surtirán efectos en ejercicios fiscales que comiencen después del 15 de junio de 2017. El Sistema está evaluando las repercusiones de esta nueva declaración.

• Declaración GASB núm. 87, *Arrendamientos*. Esta Declaración busca satisfacer con mayor eficacia las necesidades de información de los usuarios de los estados financieros mejorando los informes

22

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Notas a los estados financieros básicos

30 de junio de 2016

contables y financieros de los Gobiernos en lo referido a sus arrendamientos. Esta declaración aumenta la utilidad de los estados financieros de los Gobiernos al exigirles que reconozcan determinados derechos y obligaciones por arrendamientos que anteriormente se clasificaban como arrendamientos operativos y se reconocían como entradas o salidas de recursos en función de las disposiciones de pago en el contrato. Establece un modelo único para contabilizar los arrendamientos sobre el principio fundamental de que un arrendamiento es el financiamiento del derecho de utilizar el activo en cuestión. De conformidad con esta Declaración, el arrendatario debe reconocer una obligación por el arrendamiento y un derecho intangible a utilizar el activo arrendado, y el arrendador debe reconocer un arrendamiento por cobrar y un ingreso diferido de recursos, lo que mejora la pertinencia y la coherencia de la información sobre las actividades de arrendamiento de los Gobiernos. Las disposiciones de esta declaración surtirán efectos en los ejercicios fiscales que comiencen después del 15 de diciembre de 2019. El Sistema está evaluando las repercusiones de esta nueva declaración.

- Declaración GASB núm. 88 *Determinadas divulgaciones relacionadas con el endeudamiento, incluidos los préstamos directos y las colocaciones directas.* El principal objetivo de esta Declaración es mejorar la información que se consigna en las notas a los estados financieros gubernamentales con relación al endeudamiento, incluidos los préstamos directos y las colocaciones directas. También aclara qué obligaciones deben incluir los Gobiernos en la información que publican sobre su endeudamiento. A los efectos de la información que se consigna en las notas a los estados financieros, la Declaración define el endeudamiento como una responsabilidad que surge de una obligación contractual de pagar dinero en efectivo (u otros activos que puedan utilizarse en su lugar) en una o más cuotas para liquidar monto que se fija en la fecha en que se asume la obligación contractual. La Declaración exige que en las notas a los estados financieros se revele información adicional esencial vinculada con la deuda, entre otras cosas, las líneas de crédito no utilizadas; los activos constituidos como garantía por la deuda; y las condiciones establecidas en los acuerdos de deuda con relación a hechos de incumplimiento grave que tengan consecuencias financieras, hechos graves que motiven la rescisión y que tengan consecuencias financieras, y las principales cláusulas de aceleración subjetiva. En lo relacionado con las notas a los estados financieros que se relacionan con las deudas, esta Declaración también exige que se brinde la información existente e información adicional sobre los préstamos directos y las colocaciones de deuda directas de forma separada de otras deudas. Las disposiciones de esta declaración surtirán efectos en ejercicios fiscales que comiencen después del 15 de junio de 2018. El Sistema está evaluando las repercusiones de esta nueva declaración.

**(3) Empresa en marcha**

Al 30 de junio de 2016, el Sistema estaba gravemente desfinanciado. Al 30 de junio de 2016, la obligación neta del Sistema por pago de pensiones es de unos $37.699 millones, y su posición fiduciaria neta era de unos $1.266 millones negativos. En años recientes, el ELA y los demás empleadores participantes se han enfrentado a complejos desafíos fiscales y económicos debido a, entre otras cosas, la persistencia de los déficit fiscales, una prolongada recesión económica, elevadas tasas de desempleo, una disminución de la población, y elevados niveles de endeudamiento y obligaciones por pago de pensiones que han limitado considerablemente su capacidad de hacer contribuciones como empleadores al Sistema. Por ende, el total anual de beneficios y gastos administrativos pagados por el Sistema han superado con creces las contribuciones de los miembros y los empleadores, lo que ha llevado al Sistema a una situación deficitaria en el año fiscal 2016.

El 2 de mayo de 2017, la protección legal que la Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico (PROMESA) brindaba al ELA frente a las demandas por deudas venció. El 3 de mayo de 2017, el ELA presentó una petición de protección al amparo del Título III de PROMESA para garantizar la prestación de los servicios esenciales al público, el pago de las obligaciones de nómina del Gobierno y el pago a los proveedores.

Frente a la probabilidad de que el Sistema cayera en situación de insolvencia y ante la imposibilidad de llegar a un acuerdo consensuado de reestructuración con los acreedores del Sistema, el 21 de mayo de 2017 el Gobernador envió una carta a la Junta de Supervisión y Administración Financiera para Puerto Rico creada por PROMESA (la Junta de Supervisión) para comunicar que el Sistema deseaba instaurar un plan de ajuste de sus deudas de conformidad con el Título III de PROMESA. También el 21 de mayo de 2017, la Junta de Supervisión presentó una petición para el Sistema ante el Tribunal de Distrito de los Estados Unidos para el Distrito de

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Notas a los estados financieros básicos

30 de junio de 2016

Puerto Rico, dando inicio a la causa radicada conforme al Título III para el Sistema. El 15 de junio de 2017, el Fiduciario de los Estados Unidos designó un Comité Oficial de Empleados Retirados en las causas del ELA radicadas conforme al Título III. Como se describe en mayor profundidad de la nota 14.E, en julio de 2017 el Sistema vendió inversiones por un monto total de alrededor de $297 millones.

*Conclusión de la gerencia con respecto a las perspectivas del Sistema como empresa en marcha*

Debido a las dificultades fiscales y financieras que tanto el ELA como el Sistema han enfrentado, la gerencia cree que existen dudas serias sobre la capacidad de Sistema de continuar funcionando.

*Plan de remediación de la gerencia*

El 27 de junio de 2017, el Departamento de Hacienda emitió la Carta Circular núm. 1300-46-17 para comunicar a las agencias del gobierno central, las empresas públicas y los municipios los nuevos procedimientos de ejecución para adoptar, a partir del 1 de julio de 2017, un nuevo mecanismo PayGo para el pago de pensiones. Posteriormente, el 23 de agosto de 2017, el Gobernador autorizó la promulgación de la Ley núm. 106, que estableció por ley el sistema PayGo para el pago de los beneficios acumulados por pensiones y reformó los Sistemas de Retiro del ELA para que los participantes activos pudieran depositar sus contribuciones individuales en un nuevo Plan de Contribuciones Definidas, entre otros cambios importantes. Para información adicional sobre el mecanismo PayGo y la Ley núm. 106, consultar la nota 14.

La Ley núm. 106 también suspendió el programa de préstamos del Sistema, y busca reducir los gastos generales y administrativos, principalmente no reemplazando a los empleados que se retiran al alcanzar la edad de jubilación y reduciendo los contratos por servicios profesionales.

## (4) Descripción del plan

*Beneficios por pensiones*

El Sistema administra distintas estructuras de beneficios de conformidad con la Ley núm. 447 (con sus modificaciones), entre otras, un programa de reparto de costos y empleadores múltiples con beneficios definidos, un programa de contribuciones definidas (el programa Sistema 2000) y un programa híbrido de contribuciones. Los beneficios otorgados varían en función de la fecha de contratación del miembro. Prácticamente la totalidad de los empleados de tiempo completo del ELA y sus dependencias (73 agencias del ELA, 78 municipios y 55 empresas públicas, incluido el Sistema) están abarcadas en el Sistema. Todos los empleados regulares, designados y temporales del ELA tienen la obligación de ingresar al Sistema al momento de la contratación. El Gobernador, los secretarios del ELA y los directores de las empresas públicas y las dependencias del Gobierno, entre otros, pueden optar por no ingresar al Sistema.

Para el 1 julio de 2015, los integrantes del Sistema eran:

| | |
|---|---|
| Retirados y beneficiarios que actualmente reciben beneficios | 109.649 |
| Empleados participantes actuales - beneficio definido | 54.074 |
| Empleados participantes actuales - Sistema 2000 y Ley núm. 3 | 65.605 |
| Miembros discapacitados que reciben beneficios | 15.444 |
| Total de miembros | 244.772 |

Los beneficios previstos a los miembros del Sistema son establecidos por el ELA como cuestión de ley, y únicamente la Asamblea Legislativa de Puerto Rico (la Asamblea Legislativa), previa aprobación del Gobernador, puede modificarlos. La Ley núm. 3, junto con otros recientes cambios a nivel de diseño y financiamiento, introdujo profundas reformas en el Sistema. Este resumen detalla las disposiciones de la Ley núm. 3.

Ciertas disposiciones son distintas para los tres grupos de miembros que ingresaron al sistema antes del 1 de julio de 2013, a saber:

- Los miembros de la Ley núm. 447 en general son los contratados antes del 1 de abril de 1990 (programa contributivo de beneficios definidos).

24

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Notas a los estados financieros básicos

30 de junio de 2016

• Los miembros de la Ley núm. 1 en general son los contratados entre el 1 de abril de 1990 y el 31 de diciembre de 1999 (programa contributivo de beneficios definidos).

• Los miembros de la Ley núm. 305 (o Sistema de 2000) en general son los contratados entre el 1 de enero de 2000 y el 30 de junio de 2013 (programa de contribuciones definidas).

Los empleados regulares contratados por primera vez el 1 de julio de 2013 o después de esa fecha, y los exempleados que participaron en el programa de beneficios definidos o en el programa Sistema 2000 que fueron recontratados en 1 de julio de 2013 o después de esa fecha, pasaron a ser miembros del Programa Híbrido de Contribuciones. Además, los empleados que al 30 de junio de 2013 estaban participando en programas anteriores pasaron a ser miembros de Programa Híbrido de Contribuciones el 1 de julio de 2013.

Todos los miembros tienen un derecho irrenunciable al valor de su cuenta. Los miembros tienen tres opciones para invertir sus contribuciones. Los ingresos por inversiones se acreditan a la cuenta del miembro de manera semestral. En ELA no garantiza el pago de beneficios a la fecha de retiro.

El Sistema combina e invierte los activos del programa de beneficios definidos, el programa de contribuciones definidas y el Programa Híbrido de Contribuciones. Los futuros pagos de beneficios se realizarán a partir del mismo conjunto de activos.

Este resumen de las disposiciones del plan del Sistema busca describir las características esenciales del plan. Todos los requisitos para participar y los montos de los beneficios se determinarán en estricto cumplimiento con la documentación aplicable del plan.

*(a)      Retiros según el servicio*

1)   *Derechos de los miembros amparados en la Ley núm. 447.* Los miembros amparados en la Ley núm. 447 con derecho a retirarse el 30 de junio de 2013 conservarán su derecho a retirarse en cualquier momento. Antes del 1 de julio de 2013, los miembros amparados en la Ley núm. 447 podían retirarse 1) con 55 años de edad y 25 años de servicio acreditado; 2) con 58 años de edad y 10 años de servicio acreditado; 3) con cualquier edad y 30 años de servicio acreditado; 4) para los empleados públicos en cargos de alto riesgo (miembros del cuerpo de policía y de bomberos del ELA, miembros del cuerpo de policía y de bomberos a nivel municipal y miembros de la oficina de custodia), 50 años de edad y 25 años de servicio acreditado, y 5) para los alcaldes de los municipios, 50 años de edad y 8 años de servicios acreditados como alcalde. Además, los miembros amparados en la Ley núm. 447 que llegaron a 30 años de servicio acreditado al 31 de diciembre de 2013 pueden retirarse en cualquier momento.

Los miembros amparados en la Ley núm. 447 que no tengan derecho a retirarse al 30 de junio de 2013 y que no alcanzaron los 30 años de servicio acreditado al 31 de diciembre de 2013 tienen derecho a retirarse una vez alcancen la edad exigida para el retiro que se indica en el cuadro a continuación, con 10 años de servicio acreditado.

| Fecha de nacimiento | Edad cumplida al 30 de junio de 2013 | Edad habilitada para el retiro |
| --- | --- | --- |
| 1 de julio de 1957 o posterior | 55 o menos | 61 |
| 1 de julio de 1956 a 30 de junio de 1957 | 56 | 60 |
| Antes del 1 de julio de 1956 | 57 y más | 59 |

Además de los requisitos en el cuadro anterior, la Ley núm. 447 establece que los funcionarios públicos en cargos de alto riesgo que no tuvieran derecho a retirarse el 30 de junio de 2013 y que no llegaran a los 30 años de servicio acreditado al 31 de diciembre de 2013 tienen derecho a retirarse directamente del servicio activo al llegar a la edad de 55 años con 30 años de servicio acreditado.

(2)   *Derechos para los miembros amparados en la Ley núm. 1.* Los miembros amparados en la Ley núm. 1 con derecho a retirarse el 30 de junio de 2013 conservarán su derecho a retirarse en cualquier momento. Antes del 1 de julio de 2013, los miembros amparados en la Ley núm. 1 podían retirarse 1) con 55 años de edad

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Notas a los estados financieros básicos

30 de junio de 2016

y 25 años de servicio acreditado; 2) con 65 años de edad y 10 años de servicio acreditado; 3) para los empleados públicos en cargos de alto riesgo cualquier edad con 30 años de servicio acreditado, y 4) para los alcaldes de los municipios, 50 años de edad y 8 años de servicios acreditados como alcalde.

Los miembros amparados en la Ley núm. 1 que al 30 de junio de 2013 no tuvieran derecho a retirarse podrán hacerlo al alcanzar los 65 años de edad y 10 años de servicio acreditado. Además, los funcionarios públicos en cargos de alto riesgo que no tuvieran derecho a retirarse al 30 de junio de 2013 tienen derecho a retirarse directamente del servicio activo al llegar a la edad de 55 años con 30 años de servicio acreditado.

(3)   *Derechos para los miembros del Sistema 2000.* Los miembros de Sistema 2000 con derecho a retirarse el 30 de junio de 2013 conservarán su derecho a retirarse en cualquier momento. Antes del 1 de julio de 2013, los miembros de Sistema 2000 podían retirarse al alcanzar los 55 años de edad en el caso de los funcionarios públicos en cargos de alto riesgo, y los 60 en otros casos.

Los miembros de Sistema 2000 que al 30 de junio de 2013 no cumplían los requisitos para retirarse podrán hacerlo al alcanzar los 55 años de edad para los funcionarios públicos en cargos de alto riesgo, y en otros casos, al alcanzar la edad de retiro que se indica en el cuadro a continuación.

| Fecha de nacimiento | Edad cumplida al 30 de junio de 2013 | Edad habilitada para el retiro |
|---|---|---|
| 1 de julio de 1957 o posterior | 55 o menos | 65 |
| 1 de julio de 1956 a 30 de junio de 1957 | 56 | 64 |
| 1 de julio de 1955 a 30 de junio de 1956 | 57 | 63 |
| 1 de julio de 1954 a 30 de junio de 1955 | 58 | 62 |
| Antes del 1 de julio de 1954 | 59 y más | 61 |

(4)   *Requisitos para los miembros contratados después del 30 de junio de 2013.*  Haber alcanzado los 58 años de edad para los funcionarios públicos en cargos de alto riesgo, y los 67 años para otros casos.

*(b)*      *Beneficios de la renta vitalicia por retiro*

Las rentas vitalicias se pagan durante la vida del miembro y equivalen al valor anualizado del saldo en la cuenta híbrida de contribuciones al momento del retiro, más (para los miembros al amparo de la Ley núm. 447 y la Ley núm. 1) el beneficio acumulado que se determine al 30 de junio de 2013. Si el saldo en la cuenta híbrida de contribuciones no supera los $10.000, se pagará de una sola vez en lugar de como renta vitalicia.

(1)   *Beneficios acumulados al 30 de junio de 2013 para los miembros amparados en la Ley núm. 447.* El beneficio acumulado al 30 de junio de 2013 se determinará sobre la base de la remuneración promedio para los miembros amparados en la Ley núm. 447, los años de servicio acreditado y la edad que el miembro haya alcanzado al 30 de junio de 2013. En el caso de los alcaldes amparados en la Ley núm. 447, la remuneración más alta como alcalde se determina al 30 de junio de 2013.

Si el miembro amparado en la Ley núm. 447 tiene un mínimo de 30 años de servicio acreditado al 30 de junio de 2013, el beneficio acumulado equivaldrá al 65% de la remuneración promedio si el miembro tenía menos de 55 años al 30 de junio de 2013, o 75% de la remuneración promedio si tenía como mínimo 55 años para esa fecha. Para los participantes que opten por coordinar con los servicios de seguro social (el Plan de Coordinación), el beneficio se recalcula en la Edad de Retiro de Seguro Social, según se defina, como un 1,5% de la remuneración promedio hasta $6.600, multiplicado por los años de servicio acreditado hasta 30 años, más 65% (75% si el miembro tenía como mínimo 55 años al 30 de junio de 2013) de la remuneración promedio que exceda los $6.600.

Si el miembro amparado en la Ley núm. 447 tiene menos de 30 años de servicio acreditado al 30 de junio de 2013, y alcanza los 30 años de servicio acreditado al 31 de diciembre de 2013, el beneficio acumulado equivaldrá al 55% de la remuneración promedio si el miembro tenía menos de 55 años al 30 de junio de 2013, o 60% de la remuneración promedio si tenía como mínimo 55 años para esa fecha. Para los participantes que opten por el Plan de Coordinación, el beneficio se recalcula en la Edad de Retiro de Seguro Social como un 1,5% de la remuneración promedio hasta $6.600, multiplicado por los años de servicio acreditado hasta 30 años,

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Notas a los estados financieros básicos

30 de junio de 2016

más 55% (60% si el miembro tenía como mínimo 55 años al 30 de junio de 2013) de la remuneración promedio que exceda los $6.600. Las contribuciones de los miembros amparados en la Ley núm. 447 que tengan derecho a este beneficio transitorio durante el período comprendido entre el 1 de julio de 2013 y la fecha en que se alcancen los 30 en el servicio acreditado se considerarán contribuciones previas al 1 de julio de 2013; las contribuciones a la cuenta híbrida de contribuciones comienzan luego de que el miembro alcance los 30 años de servicio acreditado.

Si el miembro amparado en la Ley núm. 447 tenía menos de 30 años de servicio acreditado al 31 de diciembre de 2013, el beneficio acumulado equivaldrá a 1,5% de la remuneración promedio multiplicada por los años de servicio acreditado hasta 20 años, más un 2% de la remuneración promedio multiplicada por los años de servicio acreditado que excedan los 20 años. El beneficio máximo es 75% de la remuneración promedio. A excepción de los policías y los bomberos del ELA, el beneficio se reduce de manera actuarial por cada año que comiencen a realizarse pagos antes de la edad de 58 años. Para los participantes que opten por el Plan de Coordinación, el beneficio básico se recalcula en la Edad de Retiro de Seguro Social como un 1% de la remuneración promedio hasta $6.600, multiplicado por los años de servicio acreditado hasta 20 años, más un 1,5% de la remuneración promedio hasta $6.600, multiplicado por los años de servicio acreditado que excedan los 20 años, más un 1,5% de la remuneración promedio que exceda los $6.600, multiplicado por los años de servicio acreditado hasta 20 años, más un 2% de la remuneración promedio que exceda los $6.600, multiplicada por los años de servicio acreditado que excedan los 20 años. A excepción de los policías y los bomberos, el beneficio se reduce de manera actuarial por cada año que comiencen a realizarse pagos antes de la edad de 58 años.

Para los alcaldes amparados en la Ley núm. 447 con un mínimo de 8 años de servicio acreditado como alcalde, el beneficio acumulado no será inferior al 5% de la remuneración más alta que haya recibido como alcalde por cada año de servicio acreditado hasta 10 años, más un 1,5% de la remuneración más alta como alcalde por cada año de servicio acreditado en funciones distintas a la de alcalde hasta un máximo de 20 años, más un 2% de la remuneración más alta como alcalde por cada año de servicio acreditado que exceda los 20 años en funciones distintas a la de la alcalde. El servicio acreditado en funciones distintas a la de alcalde incluye los servicios acreditados como alcalde que excedan los 10 años. El beneficio máximo es 90% de la remuneración más alta como alcalde.

   (2)   *Beneficios acumulados al 30 de junio de 2013 para los miembros amparados en la Ley núm. 1.* El beneficio acumulado al 30 de junio de 2013 se determinará sobre la base de la remuneración promedio para los miembros amparados en la Ley núm. 1, los años de servicio acreditado y la edad que el miembro haya alcanzado al 30 de junio de 2013. En el caso de los alcaldes amparados en la Ley núm. 1, la remuneración más alta como alcalde se determina al 30 de junio de 2013.

Si el miembro amparado en la Ley núm. 1 es un oficial de policía o un bombero con un mínimo de 30 años de servicio acreditado al 30 de junio de 2013, el beneficio acumulado equivaldrá al 65% de la remuneración promedio si el miembro tenía menos de 55 años al 30 de junio de 2013, o 75% de la remuneración promedio si tenía como mínimo 55 años para esa fecha.

Para todos los demás miembros amparados en la Ley núm. 1, el beneficio acumulado equivaldrá a 1,5% de la remuneración promedio multiplicada por los años de servicio acreditado. El beneficio se reduce de manera actuarial por cada año que comiencen a realizarse pagos antes de la edad de 65 años.

Para los alcaldes amparados en la Ley núm. 1 con un mínimo de 8 años de servicio acreditado como alcalde, el beneficio acumulado no será inferior al 5% de la remuneración más alta que haya recibido como alcalde por cada año de servicio acreditado hasta 10 años, más un 1,5% de la remuneración más alta como alcalde por cada año de servicio acreditado en funciones distintas a la de alcalde hasta un máximo de 20 años, más un 2% de la remuneración más alta como alcalde por cada año de servicio acreditado que exceda los 20 años en funciones distintas a la de la alcalde. El servicio acreditado en funciones distintas a la de alcalde incluye los servicios acreditados como alcalde que excedan los 10 años. El beneficio máximo es 90% de la remuneración más alta como alcalde.

*(c)      Retiro obligatorio*

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Notas a los estados financieros básicos

30 de junio de 2016

Todos los funcionarios públicos amparados en la Ley núm. 447 y la Ley núm. 1 que ocupen cargos de alto riesgo deberán retirarse al alcanzar la edad de 58 años y 30 años de servicio acreditado. El miembro podrá solicitar una prórroga de dos años al Superintendente de la Policía de Puerto Rico, al Jefe del Cuerpo de Bomberos o la autoridad de supervisión que corresponda.

*(d)* **Beneficios por despido**

*(1)* *Retiro de la suma total*

***Miembros habilitados***: Los miembros podrán retirar la suma total si dejan su cargo antes de haber cumplido 5 años de servicio o si el saldo en la cuenta híbrida de contribuciones no supera los $10.000.

***Beneficio***. El beneficio equivale a un pago global del saldo en la cuenta híbrida de contribuciones a la fecha en que el empleado deje de trabajar definitivamente.

*(2)* *Retiro diferido*

***Miembros habilitados***: El miembro podrá acceder al beneficio al terminar su etapa de trabajo con cinco o más años de servicio (10 años de servicio acreditado para los miembros amparados por la Ley núm. 447 y la Ley núm. 1) antes de alcanzar la edad necesaria para retirarse, siempre y cuando no haya retirado una suma global de las contribuciones acumuladas y la cuenta híbrida de contribuciones.

***Beneficio***. Se pagará una renta vitalicia durante la vida del miembro a partir de la edad de retiro habilitada que corresponda, equivalente al valor anualizado del saldo en la cuenta híbrida de contribuciones al momento del retiro, más (para los miembros amparados en la Ley núm. 447 y la Ley núm. 1) el beneficio acumulado que se determine al 30 de junio de 2013.

*(e)* **Beneficios por fallecimiento**

*(1)* *Beneficio por fallecimiento anterior al retiro*

***Miembros habilitados***: Cualquier miembro actual no retirado tiene derecho a recibir el beneficio.

***Beneficio***. Un reembolso de la cuenta híbrida de contribuciones, más las contribuciones acumuladas para los miembros amparados por la Ley núm. 447 y la Ley núm. 1.

*(2)* *Beneficio por fallecimiento en situaciones de alto riesgo al amparo de la Ley núm. 127*

***Miembros habilitados***: Los efectivos de la policía, los bomberos y otros empleados que ocupen determinados cargos de alto riesgo y fallezcan en el desarrollo de su tarea debido a los motivos establecidos en la Ley núm. 127 de 1958, con sus modificaciones.

***Beneficio para el cónyuge***. Un 50% de la remuneración del participante a la fecha de su fallecimiento, que se pagará como renta vitalicia hasta que el cónyuge fallezca o vuelva a casarse.

***Beneficio para los hijos***. Un 50% de la remuneración del participante a la fecha de su fallecimiento, que se pagará como renta vitalicia y se distribuirá de forma prorrateada entre todos los hijos con derecho a recibirlo. La renta vitalicia se pagará de por vida en el caso de los hijos con discapacidades, hasta los 18 años para los hijos sin discapacidades que no estén estudiando, y hasta los 25 años para los hijos sin discapacidades que estén estudiando.

***Beneficio en ausencia de cónyuge o hijos***. Los padres del miembro recibirán cada uno un 50% de la remuneración del participante a la fecha de su fallecimiento, que se pagará de por vida como renta vitalicia.

***Aumentos posteriores al fallecimiento***. A partir del 1 de julio de 1996, y a partir de allí cada tres años, los beneficios por fallecimiento descritos anteriormente tienen un aumento de 3%, siempre y cuando los beneficiarios hubieran estado recibiendo pagos por un mínimo de tres años.

El costo de los beneficios se paga a partir del Fondo General del ELA.

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Notas a los estados financieros básicos

30 de junio de 2016

*(3)*      *Beneficios por fallecimiento posterior al retiro para miembros retirados antes del 1 de julio de 2013*

***Miembros habilitados***. Cualquier miembro retirado o discapacitado que reciba un beneficio mensual, que no haya elegido una pensión por supervivencia y cuyos beneficios hayan comenzado antes del 1 de julio de 2013.

***Beneficio***. El beneficio será como se indica a continuación (Ley núm. 105, con las modificaciones introducidas por la Ley núm. 4).

(i)    Para las personas casadas o con hijos dependientes al momento del fallecimiento, el ingreso anual para la viuda, el viudo o los hijos dependientes equivaldrá al 60% (50% para quienes estén en el Plan de Coordinación, 30% antes del 1 de enero de 2004) del beneficio por retiro, que se pagará de por vida al cónyuge superviviente o a los hijos discapacitados, y hasta los 18 años (o los 25 en el caso de quienes estén cursando estudios) para los hijos no discapacitados. En caso de estar en el Plan de Coordinación, el beneficio para el cónyuge superviviente no comenzará hasta que cumpla 60 años, y el cónyuge deberá haber estado casado con el miembro como mínimo 10 años para tener derecho a recibirlo. El porcentaje se incrementará de 30% a 50% si el Plan de Coordinación es financiado por el Fondo General del ELA para los exfuncionarios gubernamentales, o por las empresas públicas o los municipios para sus exempleados.

(ii)    Cuando no exista la relación descrita arriba, el beneficio equivaldrá al saldo remanente de contribuciones acumuladas al momento del retiro tras deducir los ingresos anuales vitalicios pagados, y se pagará a un beneficiario o a la sucesión del miembro. Bajo ninguna circunstancia el beneficio podrá ser inferior a los $1.000. Tanto el Fondo General del ELA (en el caso de exempleados gubernamentales) como la empresa pública o municipio que corresponda (para sus exempleados) pagará la diferencia de hasta $250 entre 1) las contribuciones acumuladas menos los ingresos anuales vitalicios pagados, y 2) $1.000. El Sistema pagará el resto.

*(4)*      *Beneficios por fallecimiento posterior al retiro para miembros retirados después del 30 de junio de 2013*

***Miembros habilitados***. Cualquier miembro retirado discapacitado que haya comenzado a recibir un beneficio mensual después del 30 de junio de 2013.

***Beneficio***. Si al momento del retiro el miembro optó por transferir una porción de la renta vitalicia a un beneficiario seleccionando una opción de forma de pago equivalente desde el punto de vista actuarial, el beneficio será el beneficio para el superviviente que se haya seleccionado.

Para todos los miembros, el excedente, de haberlo, de la cuenta de contribuciones híbridas, más las contribuciones acumuladas para los miembros amparados en la Ley núm. 447 y la Ley núm. 1 al momento del retiro con respecto al total de pagos de rentas vitalicias recibidos por el miembro y cualquier beneficiario según los términos de la forma de pago opcional, deberá pagarse al beneficiario o a la sucesión del miembro.

*(5)*   Quienes estén recibiendo beneficios por fallecimiento en el desempeño de la labor al 30 de junio de 2013 continuarán teniendo derecho a recibir esos beneficios.

***(f)***      ***Beneficios por discapacidad***

*(1)*      *Discapacidad*

***Miembros habilitados****:* Todos los miembros tienen derecho a recibir los beneficios cuando sufren una discapacidad.

***Beneficio***. El saldo de la cuenta de contribuciones híbridas pagado en su totalidad una única vez, una renta vitalicia inmediata o una renta vitalicia diferida, lo elija el participante. Los miembros amparados en la Ley núm. 447 y la Ley núm. 1 seguirán teniendo derecho a recibir el beneficio acumulado al 30 de junio de 2013, comenzando a partir de la edad de retiro habilitada que corresponda.

*(2)*      *Incapacidad por tareas de alto riesgo al amparo de la Ley núm. 127.*

***Miembros habilitados****:* Los efectivos de la policía, los bomberos y otros empleados que ocupen determinados

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Notas a los estados financieros básicos

30 de junio de 2016

cargos de alto riesgo y queden discapacitados en el desarrollo de su tarea debido a los motivos establecidos en la Ley núm. 127 de 1958, con sus modificaciones.

***Beneficio***. Un 80% (100% para los miembros amparados en la Ley núm. 447) de la remuneración a la fecha de la discapacidad, que se pagará como una renta vitalicia. Si el miembro muere mientras está discapacitado, la renta se seguirá pagando a sus beneficiarios. Los beneficiarios incluyen al cónyuge sobreviviente o sus hijos discapacitados (de por vida), los hijos no discapacitados hasta los 18 años (25 si están cursando estudios) y los padres si no hay otros beneficiarios. A partir del 1 de julio de 1996, y a partir de allí cada tres años, los beneficios por discapacidad tienen un aumento de 3%, siempre y cuando el miembro (o el beneficiario) hubieran estado recibiendo pagos por un mínimo de tres años (Ley núm. 127 de 1958, con sus modificaciones). El costo de los beneficios se paga a partir del Fondo General del ELA.

*(3)* Quienes cumplan los requisitos para recibir beneficios por discapacidad ocupacional o no ocupacional al 30 de junio de 2013 continuarán teniendo derecho a recibir esos beneficios.

*(g)* **Beneficios especiales**

*1) Beneficios mínimos*

(i)     Aumentos pasados necesarios

De tiempo en tiempo, la Asamblea Legislativa aumenta las pensiones para ciertos retirados, tal como se describe en la Ley núm. 124 aprobada el 8 de junio de 1973 y la Ley núm. 23 aprobada el 23 de septiembre de 1983. Un 50% de los beneficios los paga el Fondo General del ELA y el otro 50% en el Sistema.

(ii)    Beneficio mínimo para miembros que se retiraron antes del 1 de julio de 2013 (Ley núm. 156 del 2003, Ley núm. 35 del 2007 y Ley núm. 3).

El ingreso mínimo mensual vitalicio para los miembros que se retiraron o quedaron discapacitados antes del 1 de julio de 2013 es $500 por mes a partir del 1 de julio de 2013 ($400 por mes a partir del 1 de julio de 2007 y $300 por mes hasta el 30 de junio de 2007). El aumento en el beneficio mensual mínimo de $200 por mes a $300 por mes lo paga el Fondo General del ELA para los exfuncionarios del Gobierno y de determinadas empresas públicas sin sus propias tesorerías, o determinadas empresas públicas que tienen sus propias tesorerías o los municipios para sus exempleados. El aumento en el beneficio mensual mínimo de $300 por mes a $400 por mes lo paga el Sistema para los exfuncionarios del Gobierno y de determinadas empresas públicas sin sus propias tesorerías, o determinadas empresas públicas que tienen sus propias tesorerías o los municipios para sus exempleados.

(iii)   Beneficio mínimo del Plan de Coordinación

Se paga un beneficio mensual mínimo al llegar a la Edad de Retiro de Seguro Social, de forma tal que el beneficio, al sumarse al Beneficio de Seguro Social, no sea menos que el beneficio pagadero antes de la Edad de Retiro de Seguro Social.

(2)    *Ajustes por costo de vida a los beneficios de pensiones*

De tiempo en tiempo, la Asamblea Legislativa aumenta las pensiones en un 3% para los miembros retirados y discapacitados. Los beneficiarios no tienen derecho a recibir ajustes por costo de vida una vez fallecido el retirado. El primer aumento fue otorgado de la Ley núm. 10 de 1992. Posteriormente, se han otorgado aumentos del 3% cada tres años desde 1992, el último de los cuales se decidió el 24 de abril de 2007 y entró en vigor el 1 de julio de 2007 (retroactivo al 1 de enero de 2007) para miembros retirados y discapacitados que para el 1 de enero de 2004 ya estuvieran recibiendo un beneficio mensual. Además, a partir del 1 de julio de 2008, cualquier miembro retirado o discapacitado que al 1 de enero de 2004 estuviese recibiendo una renta vitalicia mensual de menos de $1.250, recibió un aumento de hasta 3%, sin exceder el límite mensual de $1.250. Los ajustes por costo de vida otorgados en 1992 a todos los retirados y en 1998 a los retirados que sean exfuncionarios gubernamentales o municipales serán pagados por el Sistema. Todos los demás ajustes por costo de vida otorgados a partir de 1995 los pagará el Fondo General del ELA para los exfuncionarios del Gobierno y de determinadas empresas públicas sin sus propias tesorerías, o determinadas empresas públicas que tienen sus

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Notas a los estados financieros básicos

30 de junio de 2016

propias tesorerías o los municipios para sus exempleados.

(3)     Beneficios por bonificaciones especiales

i)       Bonificación por Navidad (Ley núm. 144, modificada por la Ley núm. 3).

Una bonificación anual de $200 por cada miembro retirado, beneficiario y discapacitado que se paga en diciembre, siempre y cuando el miembro se haya retirado antes del 1 de julio de 2013. El beneficio se paga a partir de las contribuciones complementarias recibidas del Fondo General del ELA para los exfuncionarios del Gobierno y de determinadas empresas públicas sin sus propias tesorerías, o determinadas empresas públicas que tienen sus propias tesorerías o los municipios para sus exempleados.

ii)      Bonificación por medicación (Ley núm. 155, modificada por la Ley núm. 3)

Una bonificación anual de $100 por cada miembro retirado, beneficiario y discapacitado que cubre los costos de salud y se paga en julio, siempre y cuando el miembro se haya retirado antes del 1 de julio de 2013. No es necesario presentar ninguna prueba de cobertura. El monto se prorratea si hay más de un beneficiario. El beneficio se paga a partir de las contribuciones complementarias recibidas del Fondo General del ELA para los exfuncionarios del Gobierno y de determinadas empresas públicas sin sus propias tesorerías, o determinadas empresas públicas que tienen sus propias tesorerías o los municipios para sus exempleados.

*(h)     Contribuciones*

*(1)     Contribuciones de los miembros*

A partir del 1 de julio de 2013, las contribuciones de los miembros equivalen a un 10% de su remuneración. Sin embargo, para los miembros amparados en la Ley núm. 447 que seleccionaron el Plan de Coordinación, las contribuciones son de 8,5% de su remuneración hasta $6.600, más un 10% de la remuneración que exceda los $6.600 durante el año fiscal 2014-2015, y 10% de la remuneración para el año fiscal 2015-2016, luego de lo cual los miembros podrán hacer contribuciones voluntarias adicionales a su cuenta híbrida de contribuciones.

Hasta el 1 de julio de 2013, las contribuciones de los miembros amparados en la Ley núm. 447 que habían seleccionado el Plan de Coordinación eran 5,775% de la remuneración hasta $6.600, más 8,275% de la remuneración que excediese de los $6.600. Las contribuciones de todos los demás miembros eran un 8,275% de su remuneración. Los miembros de Sistema 2000 también podían hacer contribuciones voluntarias de hasta 1,725% de su remuneración antes del 1 de julio de 2013.

*(2)     Contribuciones de los empleadores (artículo 2-116, con las modificaciones introducidas por la Ley núm. 116 de 2010 y la Ley núm. 3)*

Antes del 1 de julio de 2011, las contribuciones del empleador eran un 9,275% de la remuneración. A partir del 1 de julio de 2011, las contribuciones pasaron a ser 10,275% de la remuneración. Para los siguientes cuatro ejercicios fiscales con fecha de vigencia 1 de julio, las contribuciones del empleador aumentarán un 1% de la remuneración todos los años. Para los siguientes cinco ejercicios fiscales, las contribuciones del empleador aumentarán un 1,25% de la remuneración todos los años, hasta alcanzar una tasa de contribución del empleador de 20,525% a partir del 1 de julio de 2020.

*(3)     Contribuciones complementarias del Fondo General del ELA, ciertas empresas públicas y los municipios (ley núm. 3).*

A partir del 1 de julio de 2013, el Sistema recibirá una contribución complementarias de $2.000 en cada año fiscal por cada pensionado (incluidas las personas que reciban beneficios de supervivencia) que anteriormente, mientras era empleado activo, estuviera amparado en la Ley núm. 447 o la Ley núm. 1. Esta contribución complementaria la paga el Fondo General del ELA para los exfuncionarios del Gobierno y de determinadas empresas públicas sin sus propias tesorerías, o determinadas empresas públicas que tienen sus propias tesorerías o los municipios para sus exempleados.

*(4)     Contribución Adicional Uniforme (Ley núm. 32, con sus modificaciones)*

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Notas a los estados financieros básicos

30 de junio de 2016

El actuario externo del Sistema certificará la contribución adicional uniforme en cada año fiscal a partir de 2015-2016, de forma tal de evitar que los activos brutos proyectados del Sistema, durante cualquier año fiscal posterior, caigan por debajo de los $1.000 millones. La contribución adicional uniforme la pagarán el Fondo General del ELA, las empresas públicas con sus propias tesorerías y los municipios. El total de las contribuciones adicionales uniformes para los ejercicios fiscales 2015, 2016 y 2017 fue de $776 millones. Como se describe con mayor detalle en las notas 3 y 14(c), en junio de 2017 se eliminó la contribución adicional uniforme.

## (i)     Programa de retiro anticipado

La Junta de Calidad Ambiental de Puerto Rico puso en marcha un programa de retiro anticipado para sus empleados al amparo de la Ley núm. 224 del 9 de agosto de 2008. La Junta ya ha hecho el pago inicial y reembolsaría el saldo remanente sobre las rentas vitalicias y otros beneficios pagados por el Sistema en cuatro cuotas, cada 31 de julio desde 2009 hasta 2012. La Junta estaba atrasada en el pago del plan de retiro, por lo que solicitó un nuevo plan de pagos. La Junta de Fiduciarios del Sistema aprobó un plan de pagos de 24 meses, a partir de marzo de 2014, para el saldo adeudado por el programa de retiro.

El 2 de julio de 2010, el ELA promulgó la Ley núm. 70, en virtud de la cual estableció un programa que otorga beneficios de retiro anticipado o incentivos económicos para la renuncia voluntaria a los empleados que cumplan los requisitos, según se los defina. La Ley núm. 70 de 2010 (Ley núm. 70) también estableció que los beneficios por retiro anticipado se brindarán a los empleados habilitados que tengan entre 15 y 29 años de servicio acreditado, y que consistirán en beneficios mensuales que irán del 37,5% al 50% del salario mensual del empleado. Los beneficios de conformidad con este programa los pagarán el Fondo General del ELA y las empresas públicas, que cubrirán a sus respectivos empleados hasta que el miembro del plan alcance lo que ocurra primero de: i) cumplir 55 años para los miembros amparados en la Ley núm. 447 o 65 años para los miembros amparados en la Ley núm. 1, o ii) la fecha en que el miembro del plan hubiera alcanzado los 30 años de servicio de haber seguido trabajando. Además, las empresas públicas también tendrán la obligación de continuar efectuando al Sistema las contribuciones patronales de los empleados que correspondan. El Fondo General del ELA deberá seguir realizando las contribuciones patronales que le correspondan. Posteriormente, el Sistema será responsable por el pago de los beneficios. Al 30 de junio de 2016, el Sistema registró obligaciones por unos $16 millones por su responsabilidad como empleador según la Ley núm. 70.

Las obligaciones de realizar contribuciones al Sistema están establecidas como cuestión de ley, y no se determinan actuarialmente. Las contribuciones por beneficios especiales, de unos $196,7 millones en 2016, reflejan principalmente las contribuciones del Fondo General de ELA, de las empresas públicas y de los municipios para el pago de los beneficios especiales señalados anteriormente, otorgados según leyes especiales. El Sistema recibe financiamiento para el pago de los beneficios especiales a través de asignaciones legislativas que se hacen cada 1 de julio y se destinan al Fondo General del ELA para pagar a exfuncionarios del Gobierno y de determinadas empresas públicas sin sus propias tesorerías, o a determinadas empresas públicas que tienen sus propias tesorerías o los municipios para pagar a sus exempleados. Las asignaciones legislativas se consideran estimaciones de los pagos que el Sistema debe realizar por los beneficios especiales. Los fondos faltantes en las expropiaciones legislativas son cubiertos usando los fondos del propio Sistema hasta que se recuperen mediante futuras asignaciones legislativas. Cualquier excedente de las asignaciones legislativas recibidas con respecto a los beneficios especiales pagados se combina con los activos mantenidos en fideicomiso para pagar otros beneficios de pensiones.

## (j)     Otros beneficios posteriores al empleo (OPEB) - Beneficios de atención de salud

El programa ERS-MIPC es un plan no financiado de múltiples empleadores y reparto de costo de otros beneficios posteriores al empleo patrocinado por el ELA. El programa ERS-MIPC paga hasta $100 por mes al plan de seguro médico habilitado que selecciona el miembro, siempre y cuando este se haya retirado antes del 1 de julio de 2013 (Ley núm. 483, con las modificaciones introducidas por la Ley núm. 3). Casi todos los empleados a tiempo completo del gobierno primario del ELA y ciertos municipios de Puerto Rico y ciertas unidades constitutivas del ELA que no tenían su propio plan de beneficios posteriores al empleo quedaron amparados en el OPEB.

Los empleados del ELA ingresaron al plan al momento de comenzar a trabajar. Los miembros del plan

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Notas a los estados financieros básicos

30 de junio de 2016

adquirieron el derecho a recibir beneficios una vez que alcanzaron las edades de retiro para comenzar a recibir el pago de pensiones.

Para el 1 julio de 2015, estos eran los miembros:

| Membresía: | |
| --- | --- |
| Miembros retirados | 94.979 |
| Miembros discapacitados | 15.444 |
| Membresía total | 110.423 |

El requisito de realizar contribuciones a través del ERS-MIPC fue establecido por la Ley núm. 95 aprobada el 29 de junio de 1963. Este plan OPEB es financiado por el ELA mediante una modalidad de reparto (pay-as-you-go). El miembro del plan no está obligado a realizar ninguna contribución durante vida laboral activa. Los retirados contribuyen el monto de la prima del seguro de salud que la contribución del ELA no cubre. Como resultado, estos planes OPEB carecen por completo de financiamiento. Durante el año fiscal terminado el 30 de junio de 2016, las contribuciones OPEB fueron de $94 millones.

El Sistema recibe financiamiento para el pago de los beneficios OPEB a través de asignaciones legislativas que se hacen cada 1 de julio y se destinan al Fondo General del ELA para pagar a exfuncionarios del Gobierno y de determinadas empresas públicas sin sus propias tesorerías, o a determinadas empresas públicas que tienen sus propias tesorerías o los municipios para pagar a sus exempleados. Las asignaciones legislativas se consideran estimaciones de los pagos que el Sistema debe realizar por los beneficios de atención de salud a lo largo del ejercicio.

**(5)  Obligación neta por pensiones**

Los componentes de la obligación neta por pensiones al 30 de junio de 2016 fueron los siguientes (en miles de dólares):

| | |
| --- | --- |
| Obligación total por pensiones | $ 36.432.873 |
| Déficit fiduciario neto del plan | (1.265.885) |
| Obligación neta por pensiones | $ 37.698.758 |
| Déficit fiduciario neto del plan como porcentaje de la obligación total por pensiones | (3,47)% |

**(a)    *Métodos actuariales y supuestos***

La fecha de recolección de los datos del censo es a principios del ejercicio. Para calcular los resultados para las obligaciones al 30 de junio de 2016, se proyectan las obligaciones del Sistema a partir de la fecha de recolección de los datos del censo (1 de julio de 2015) por un año, usando métodos prospectivos y sobre la base del supuesto de que no se producirán ni pérdidas ni ganancias por las obligaciones.

La valuación actuarial se basó sobre los siguientes supuestos actuariales:

| | |
| --- | --- |
| Inflación | 2,50% |
| Índice de bonos municipales | 2,85%, según el Índice de comprador de bonos municipales 20 de obligación general |
| Aumentos salariales previstos | 3,00% por año No se prevén aumentos en las remuneraciones hasta el 1 de julio de 2021 como resultado de la Ley núm. 3-2017 y el estado actual de la economía. |
| Mortalidad | **Mortalidad previa al retiro:** |
| | Para los empleados generales no amparados en la Ley núm. 127, se ajustaron las tasas de mortalidad RP-2014 para hombres y mujeres para reflejar la escala de mejora en la tasa de mortalidad MP-2016 a partir del año base 2006, y |

33

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Notas a los estados financieros básicos

30 de junio de 2016

se proyectaron hacia adelante usando la escala MP-2016 en función de las generaciones. Para los miembros amparados en la Ley núm. 127, se ajustaron las tasas RP-2014 de mortalidad de empleados para hombres y mujeres de la clase obrera (cuello azul) para reflejar la escala de mejora de la tasa de mortalidad MP-2016 a partir del año base 2006, y se proyectaron hacia adelante usando la escala MP-2016 en función de las generaciones. Los cuadros generacionales reflejan las mejoras en la tasa de mortalidad tanto antes como después de la fecha de medición.

Un 100% de los fallecimientos durante la vida laboral activa se consideran como fallecimientos ocupacionales para los miembros amparados en la Ley núm. 127.

**Mortalidad saludable posterior al retiro:**

Se asume que los índices varían en función del género para los retirados y beneficiarios saludables sobre la base de un estudio de la experiencia del plan entre 2007 y 2012 y las nuevas expectativas con respecto a las futuras mejoras en las tasas de mortalidad. Los índices básicos de 2010 equivalen a un 92% de los índices del cuadro de mortalidad UP-1994 para los hombres y un 95% de los índices del cuadro de mortalidad UP-1994 para las mujeres; ambos se proyectaron desde 1994 hasta 2010 utilizando la escala AA. Los índices básicos se proyectan utilizando la escala MP-2016 de mejora en las tasas de mortalidad en función de las generaciones. Como cuadro generacional, refleja las mejoras en la tasa de mortalidad tanto antes como después de la fecha de medición.

**Mortalidad por discapacidad posterior al retiro:**

Se asume que los índices varían en función del género para los retirados y beneficiarios discapacitados sobre la base de un estudio de la experiencia del plan entre 2007 y 2012 y las nuevas expectativas con respecto a las futuras mejoras en las tasas de mortalidad. Los índices básicos de 2010 equivalen a un 105% de los índices del cuadro de mortalidad UP-1994 para los hombres y un 115% de los índices del cuadro de mortalidad UP-1994 para las mujeres. Los índices básicos se proyectan utilizando la escala MP-2016 de mejora en las tasas de mortalidad en función de las generaciones. Como cuadro generacional, refleja las mejoras en la tasa de mortalidad tanto antes como después de la fecha de medición.

La mayoría de los demás supuestos demográficos utilizados en la valuación al 30 de junio de 2016 se basaron en los resultados de un estudio de la experiencia actuarial realizado en 2009, que utilizó datos al 30 de junio de 2003, al 30 de junio de 2005 y el 30 de junio de 2007.

*(b) Tasa de retorno a largo plazo prevista*

La tasa de retorno a largo plazo prevista sobre las inversiones para el pago de beneficios de pensiones se determinó de conformidad con la asignación de activos de la cartera que la Junta de Fiduciarios del Sistema

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Notas a los estados financieros básicos

30 de junio de 2016

adoptó durante diciembre de 2013 y los supuestos actuariales sobre los mercados de capital al 30 de junio de 2016. Además, el supuesto refleja que los préstamos a los miembros representan alrededor al 20% de la cartera y que tienen un retorno aproximado de 9,1% sin volatilidad. La tasa de retorno a largo plazo prevista sobre las inversiones en los beneficios de pensiones, de 6,55% al 30 de junio de 2016, equivale al servicio de la deuda más elevado con respecto a los bonos preferentes de obligaciones de pensiones que deben pagarse, que va de 5,85% a 6,55% anual.

La política del plan de pensiones con respecto a la asignación de los activos invertidos es establecida por la Junta de Fiduciarios del Sistema, que también puede modificarla. Los activos del plan se gestionan de conformidad con su rendimiento global, con el objetivo a largo plazo de lograr y mantener un impacto positivo sobre la situación financiera del Sistema para los beneficios previstos a través de los programas de pago de pensiones. La Junta de Fiduciarios del Sistema adoptó la siguiente política de asignación de activos al 30 de junio de 2016:

| | Asignación objetivo | Tasa de retorno a largo plazo prevista |
|---|---|---|
| Clase de activos: | | |
| Títulos nacionales de renta variable | 25% | 6,4% |
| Títulos internacionales de renta variable | 10 | 6,7 |
| Renta fija | 64 | 6,3 |
| Caja | 1 | 3,0 |
| Total | **100 %** | |

La tasa de retorno a largo plazo prevista sobre las inversiones para el pago de beneficios de pensiones se determinó a través de un modelo de bloques en el que se calculan los mejores rangos estimados para las tasas futuras de retorno previstas (retornos previstos, sin incluir los gastos y la inflación relacionados con las inversiones del plan de pensiones) para cada una de las principales clases de activos. Estos rangos se combinan para determinar la tasa de retorno a largo plazo prevista mediante ponderar las tasas de retorno reales previstas para el futuro en función del porcentaje objetivo de asignación de activos, para luego añadir la inflación prevista.

**(c)  Tasa de descuento**

La base de activos para proyectar la fecha de agotamiento es la posición fiduciaria neta del Sistema (el activo bruto más las salidas diferidas de recursos, menos el pasivo bruto, incluidos los bonos preferentes de obligaciones por pensiones por pagar, más las entradas diferidas de recursos). Según este cálculo, la posición fiduciaria neta del Sistema se agotó en el año fiscal 2015.

No se proyectó que la posición fiduciaria neta del Sistema estaría disponible para realizar todos los pagos futuros previstos de beneficios a los empleados actualmente activos e inactivos. Por ende, se aplicó el índice de bonos municipales libres de impuestos (Índice de comprador de bonos municipales 20 de obligación general) a todos los períodos de pagos proyectados de beneficios para determinar la obligación total por el pago de pensiones. La tasa de descuento fue de 2,85% al 30 de junio de 2016.

Debido a las actuales dificultades fiscales, presupuestarias y financieras, la persistencia de los déficits fiscales y los riesgos de liquidez del ELA y los municipios, y a la posibilidad de que la situación financiera no mejore en el corto plazo, la fecha de agotamiento proyectada en el informe actuarial no incluye ningún monto por la contribución adicional uniforme exigida por la Ley núm. 32

La valuación actuarial al 30 de junio de 2016 refleja un aumento de $4.361 millones en las obligaciones netas por el pago de pensiones derivado de un cambio por $3.854 millones en los supuestos, principalmente relacionado con la disminución en la tasa de descuento que establece la Declaración GASB núm. 67, de 3,80% en el año fiscal 2015 a 2,85% en el año fiscal 2016, y una posición fiduciaria neta deficitaria del plan de unos $1.266 millones al 30 de junio de 2016, cuyos efectos fueron contrarrestados mediante una disminución de $252 millones en el total de la obligación por el pago de pensiones a raíz de diferencias entre la experiencia prevista y la real.

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Notas a los estados financieros básicos

30 de junio de 2016

## (d)    Sensibilidad de la obligación neta por el pago de pensiones a los cambios en la tasa de descuento

A continuación se presenta la obligación neta por el pago de pensiones calculada según la tasa de descuento de 2,85%, y cuál sería dicha obligación utilizando una tasa de descuento un 1% más baja (1,85%), o un 1% más alta (3,85%) que la tasa actual (en miles de dólares):

|  | 1% de disminución (1,85%) | Tasa de descuento corriente (2,85%) | 1% de aumento (3,85%) |
|---|---|---|---|
| Obligación neta por pensiones | $43.200.603 | $37.698.758 | $33.149.507 |

## (6)  Caja y equivalentes de caja, inversiones y transacciones de préstamo de títulos

*Caja y equivalentes de caja*

La caja y los equivalentes de caja al 30 de junio de 2016 consistían en lo siguiente (cifras en miles):

|  | Valor en libros | Saldo en el banco depositario | Monto no garantizado |
|---|---|---|---|
| Depósitos en el BGF | $   210.765 | 228.034 | 228.034 |
| Depósitos en bancos comerciales de Puerto Rico | 255.387 | 249.605 | — |
| Fondos del mercado de dinero | 185.889 | — | — |
| Letras del Tesoro de EE. UU. | 170 | — | — |
| Total | $   652.211 | 477.639 | 228.034 |

El riesgo por créditos en custodia por depósitos es el riesgo de que, ante un incumplimiento de una institución financiera depositaria, el Sistema no sea capaz de recuperar los depósitos o las garantías que estén en posesión de un tercero. El ELA exige que los fondos públicos depositados en bancos comerciales de Puerto Rico estén plenamente garantizados por el monto depositado además del seguro federal sobre los depósitos. Todas las garantías constituidas están en poder del Secretario de Hacienda del ELA. Los depósitos en el BGF, en bancos comerciales no puertorriqueños y en fondos del mercado de dinero no están garantizados, ya que estas entidades no están obligadas a cumplir con el requisito de constitución de garantías.

La caja y los equivalentes de caja restringidos ascendían a unos $187,7 millones al 30 de junio de 2016 y consistían en lo siguiente:

- Aproximadamente $85,4 millones están restringidos para su uso en el servicio de la deuda de los bonos pagaderos, y un 100% de dichos fondos estaban depositados en régimen de fideicomiso en fondos del mercado de dinero.
- Unos $102,2 millones en fondos están restringidos para la amortización de hipotecas y préstamos personales administrados por los gestores de hipotecas y el Sistema, para cheques vencidos no reclamados por los miembros del plan y para otros fines; alrededor de $83,3 millones estaban depositados en régimen de fideicomiso en fondos de mercado de dinero, unos $6,3 millones estaban depositados en el BGF, y aproximadamente $12,6 millones estaban depositados en bancos comerciales de Puerto Rico.

*Pérdidas por créditos en custodia sobre depósitos en el BGF*

La gerencia concluyó que la información disponible antes de la emisión de los estados financieros del Sistema para el ejercicio terminado el 30 de junio de 2016 indica que es probable que a dicha fecha exista una pérdida con respecto a los depósitos del Sistema en el BGF.

El ELA y sus entidades públicas no han podido devolver los préstamos que tomaron del BGF, lo que ha afectado considerablemente su liquidez y su capacidad de honrar sus obligaciones.

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Notas a los estados financieros básicos

30 de junio de 2016

El BGF enfrenta graves riesgos e incertidumbres, y actualmente carece de la liquidez necesaria para cumplir sus obligaciones a su vencimiento. De conformidad con la legislación promulgada en abril de 2016, y como se explica en la nota 14, el Gobernador del ELA ordenó al BGF suspender los desembolsos de préstamos, impuso restricciones sobre el retiro y la transferencia de los depósitos en el BGF y dictó una moratoria sobre sus obligaciones de deuda, entre otras medidas.

Debido a que el ELA no pagó la asignación al BGF, y a la incapacidad del BGF de reestructurar su deuda debido a la profunda crisis fiscal que atraviesa el ELA, el BGF cayó en mora con respecto a sus obligaciones de deuda el 1 de mayo de 2016. En abril de 2016, el Gobernador impuso al BGF restricciones operativas de emergencia y una moratoria sobre sus deudas.

Debido a las condiciones y los acontecimientos descritos anteriormente, la gerencia del BGF cree que existen serias dudas en cuanto a la capacidad del BGF de continuar funcionando.

El 28 de abril de 2017, la Junta de Supervisión aprobó la propuesta de liquidación incluida en el plan fiscal del BGF, según la cual la institución reducirá de forma paulatina y ordenada sus operaciones en un período de diez años.

Tras evaluar la disponibilidad y la posibilidad de recuperar tales fondos, en los estados financieros del Sistema se ha registrado una pérdida por créditos en custodia con respecto a tales depósitos, de la manera que se ilustra a continuación (cifras en miles):

**Depósitos en BGF al 30 de junio de 2016**

| Tipo de depósito: | Valor en libros antes de la pérdida por deterioro | Pérdida por créditos en custodia | Valor en libros |
|---|---|---|---|
| Cuentas con intereses | $ 189.614 | (20.935) | 168.679 |
| Depósito a plazo fijo | 42.086 | — | 42.086 |
| Total | $ 231.700 | (20.935) | 210.765 |

Además, la gerencia estima que para el año fiscal del Sistema terminado el 30 de junio de 2017 se registrarán pérdidas adicionales por unos $9 millones por créditos en custodia sobre los depósitos en el BGF, correspondientes a nuevos certificados de depósito abiertos durante los ejercicios fiscales, con lo que el total de pérdidas por créditos en custodia sobre los depósitos mantenidos en el BGF alcanzará los $30 millones al 30 de abril de 2017. El saldo realizable sobre los depósitos mantenidos en el BGF al 30 de junio de 2016 se determinó en función del dinero efectivamente recibido del BGF con respecto a tales depósitos tras la fecha de fin del ejercicio del 30 de junio de 2016.

*Inversiones*

Para el ejercicio terminado el 30 de junio de 2016, la tasa anual de rendimiento ponderada por dinero sobre las inversiones, sin incluir los gastos relacionados, fue de 6,55%. La tasa de rendimiento ponderada por dinero expresa el rendimiento de la inversión, sin incluir los gastos correspondientes, ajustada según las sumas efectivamente invertidas.

Las inversiones de Sistema están expuestas a riesgos por créditos en custodia, riesgos crediticios, riesgos por concentración de crédito, riesgos cambiarios y riesgos por tasas de interés. A continuación se describen tales riesgos al 30 de junio de 2016:

*(a)    Riesgo por créditos en custodia*

El riesgo por créditos en custodia por inversiones es el riesgo de que, ante un incumplimiento de la contraparte en una transacción, el Sistema no sea capaz de recuperar el valor de la inversión o las garantías que estén en posesión de un tercero. Al 30 de junio de 2016, las inversiones en títulos valores estaban registradas a nombre del Sistema y estaban en poder de los bancos de custodia del Sistema, a excepción de los títulos valores otorgados en préstamo. Los títulos valores otorgados en préstamo no están expuestos a riesgos por créditos en custodia. Las garantías en efectivo recibidas en el marco de transacciones de préstamo de títulos, cuando se

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Notas a los estados financieros básicos

30 de junio de 2016

invierten en inversiones a corto plazo, están expuestas a riesgos por créditos por custodia.

### (b)    Riesgo crediticio

El riesgo crediticio es el riesgo de que un emisor u otra contraparte en una inversión no cumplan sus obligaciones. Todos los títulos valores de renta fija deben tener grado inversor al momento de su compra. Al menos dos agencias calificadoras reconocidas a nivel nacional deberán calificar todas las emisiones con grado inversor. Se espera que la cartera mantenga una calidad crediticia media ponderada mínima de "A-" o superior.

Las calificaciones de calidad crediticia de los bonos y los pagarés al 30 de junio de 2016 son las siguientes (cifras en miles):

| Tipo de inversión | AAA | AA+ a AA- | A+ a A- | BBB+ a BBB- | BB+ a BB- | B+ a B- | CCC- | No calificado | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Calificación (1) | | | | | |
| Bonos y pagarés: | | | | | | | | | |
| Obligaciones de agencias patrocinadas por el Gobierno de EE. UU.: | | | | | | | | | |
| Federal Home Loan Bank (FHLB) | $ — | 2.908 | — | — | — | — | — | — | 2.908 |
| Federal National Mortgage Association (FNMA) | | 4.117 | | | | | | | 4.117 |
| Federal Home Loan Mortgage Corporation (FHLMC) | | 2.519 | | | | | | | 2.519 |
| Federal Farm Credit Banks (FFCB) | — | 3.678 | — | — | — | — | — | — | 3.678 |
| Valores respaldados por hipotecas y activos | | | | | | | | | |
| FNMA | — | 3.663 | — | — | — | — | — | 250 | 3.913 |
| FHLMC | — | 1.646 | — | — | — | — | — | — | 1.646 |
| Hipotecas comerciales | | | | | | | | 1.533 | 1.533 |
| Bonos y pagarés corporativos de EE. UU. | 8.489 | 37.691 | 86.587 | 86.039 | 5.793 | — | 224 | 7.226 | 232.049 |
| Bonos corporativos no estadounidenses | — | 2.181 | 23.651 | 17.237 | 4.792 | 1.788 | — | 1.891 | 51.540 |
| Bonos municipales de EE. UU. | 1.108 | 1.424 | — | 1.157 | — | — | — | — | 3.689 |
| Bonos COFINA | — | — | — | — | — | — | 93.484 | — | 93.484 |
| Total de bonos y pagarés | 9.597 | 59.827 | 110.238 | 104.433 | 10.585 | 1.788 | 93.708 | 10.900 | 401.076 |
| Total | $ 9.597 | 59.827 | 110.238 | 104.433 | 10.585 | 1.788 | 93.708 | 10.900 | 401.076 |

(1) Calificación de Standard and Poor's o calificación equivalente de Moody's Investor Service o Fitch Ratings.

Alrededor de $44,8 millones del total de inversiones del Sistema consisten en títulos del Gobierno de los Estados Unidos y de la Asociación Federal de Hipotecas Nacionales respaldados por hipotecas, que como no comportan riesgos no han sido incluidos en el cuadro anterior.

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Notas a los estados financieros básicos

30 de junio de 2016

*(c)      Concentración del riesgo crediticio*

La concentración del riesgo crediticio es el riesgo de pérdida para el Sistema relacionado con la magnitud de sus inversiones en un único emisor. Al 30 de junio de 2016, no hay inversiones en un mismo emisor que representen más del 5% de las inversiones totales del Sistema, a excepción de sus inversiones en determinados bonos emitidos por la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA) (los Bonos COFINA).

De conformidad con la Ley núm. 96 del 16 de junio de 2011, durante el año fiscal terminado el 30 de junio de 2011 el Sistema recibió una contribución especial de unos $163 millones de la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, una de las dependencias del ELA. La contribución se invirtió en bonos COFINA con una tasa de aumento de 7% y vencimientos entre 2043 y 2048. COFINA es una dependencia fundamental del ELA. Como lo exige la Ley núm. 96 del 16 de junio de 2011, el Sistema no puede deshacerse voluntariamente de los bonos COFINA a menos que el BGF dé su autorización. Al 30 de junio de 2016, los bonos COFINA tenían un valor razonable de unos $93,5 millones.

*(d)      Riesgo por tasas de interés*

El riesgo por tasas de interés es el riesgo de que cambios en las tasas de interés afecten negativamente el valor razonable de una inversión. De conformidad con su política de inversiones, el Sistema gestiona su exposición a la reducción de los valores razonables de sus inversiones estructurando su cartera de forma tal que los títulos valores venzan en el momento adecuado para cubrir las necesidades de caja para el pago de los beneficios, evitando de esa forma tener que venderlos en el mercado abierto antes de su vencimiento. Las inversiones en títulos de renta variable no están sujetas a la política de vencimiento máximo debido a que no tienen fecha de vencimiento. Se espera que el Sistema logre preservar su capital y generar ingresos realizando inversiones en una cartera diversificada de títulos de renta fija y de crédito a mediano plazo, de grado inversor y comercializables.

El vencimiento contractual de las inversiones al 30 de junio de 2016 se resume en el siguiente cuadro (cifras en miles). Los vencimientos previstos diferirán de los vencimientos contractuales debido a que las contrapartes tienen el derecho a comprar o pagar de antemano las obligaciones con o sin sanciones por compra o pago anticipado.

| | Vencimiento (en años) | | | | |
|---|---|---|---|---|---|
| Tipo de inversión | Dentro de un año | Tras una a cinco años | Tras cinco a diez años | Tras diez años | Total |
| Bonos y pagarés: | | | | | |
| Títulos del Gobierno de EE. UU.: | | | | | |
| Letras del Tesoro de EE. UU. | $        8.018 | 31.329 | — | — | 39.347 |
| Bonos del Tesoro de EE. UU. | — | 2.207 | — | — | 2.207 |
| Letras de agencias patrocinadas por el gobierno de EE. UU.: | | | | | |
| FHLB | — | 2.908 | — | — | 2.908 |
| FNMA | — | 4.117 | — | — | 4.117 |
| FHLMC | — | 2.519 | — | — | 2.519 |
| FFCB | 1.945 | 1.733 | — | — | 3.678 |
| Valores respaldados por hipotecas y activos: | | | | | |
| GNMA | 1.213 | 2.048 | — | — | 3.261 |
| FNMA | 2.003 | 1.910 | — | — | 3.913 |
| FHLMC | 986 | 660 | — | — | 1.646 |
| Hipotecas comerciales | — | 1.533 | — | — | 1.533 |
| Bonos y pagarés corporativos de EE. UU. | 23.304 | 196.242 | 10.415 | 2088 | 232.049 |
| Bonos corporativos no estadounidenses | 4.194 | 38.332 | 6.948 | 2.066 | 51.540 |
| Bonos municipales de EE. UU. | 611 | 3.078 | — | — | 3.689 |
| Bonos COFINA | — | — | | 93.484 | 93.484 |
| **Total de bonos y pagarés** | **$        42.274** | **288.616** | **17.363** | **97.638** | **445.891** |

| Tipo de inversión | Vencimiento (en años) | | | | |
|---|---|---|---|---|---|
| | Dentro de un año | Tras uno a cinco años | Tras cinco a diez años | Tras diez años | Total |
| Acciones, fondos fiduciarios de capital colectivos y sin contraprestación e inversiones en sociedades limitadas: | | | | | |
| Acciones en empresas de EE. UU. | | | | $                1.277 | |

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Notas a los estados financieros básicos

30 de junio 2016

| | |
|---|---:|
| Fondos fiduciarios de capital colectivo y sin contraprestación: | |
| EE. UU. - Fondo SSgARussell 3000 | 160.370 |
| No EE. UU. — Fondo SSgAMSCI ACWI ExUSA | 59.251 |
| Inversiones en sociedades limitadas | 47.461 |
| Total acciones, fondos fiduciarios de capital colectivos y sin contraprestación e inversiones en sociedades limitadas | 268.323 |
| **Total de inversiones** | **$    714.214** |

(1) El fondo fiduciario colectivo sin contraprestación de renta fija se clasificó en función de la duración efectiva.

## *(e)*    **Riesgos cambiarios**

El riesgo cambiario es el riesgo de que cambios en el tipo de cambio afecten negativamente el valor razonable de una inversión o un depósito. Al 30 de junio de 2016, el Fondo SSgA MSCI ACWI Ex USA es vulnerable al riesgo cambiario. Al 30 de junio de 2016, la composición de las inversiones subyacentes en el Fondo SSgA MSCI Ex USA son las siguientes:

| País | Fondo SSgA MSCI ACWI EX USA |
|---|---:|
| Japón | 17% |
| Reino Unido | 14 |
| Canadá | 7 |
| Francia | 7 |
| Suiza | 7 |
| Alemania | 6 |
| China | 6 |
| Australia | 5 |
| Corea | 3 |
| Taiwán | 3 |
| España | 2 |
| Hong Kong | 2 |
| India | 2 |
| Suecia | 2 |
| Otros | 17 |
| Total | 100 % |

*i) Fondos de fideicomiso colectivos sin contraprestación*

Al 30 de junio de 2016, el Sistema tenía acciones en el Fondo índice no prestatario SSgA Russell 3000 (Fondo SSgA Russelll 3000) y en el Fondo no prestatario SSgA MSCI ACWI Ex USA (Fondo SSgA MSCI ACWI Ex USA) como se ilustra a continuación (cifras en miles):

| Nombre del fondo | Acciones | Valor |
|---|---:|---:|
| Fondo SSgA Russell 3000 | 7.288 | $ 160.370 |
| Fondo SSgA MSCI ACWI EX USA | 3.618 | 59.215 |
| Total fondos de fideicomiso colectivos sin contraprestación | | $ 219.585 |

El objetivo de inversión del Fondo Russell 3000 es aproximarse en la máxima medida posible, antes de deducir los gastos, al desempeño del Índice Russell 3000 a largo plazo. Las acciones pueden canjearse diariamente según su valor actual neto, y no se imponen restricciones al canje.

El objetivo de inversión del SSgA MSCI ACWI Ex USA es aproximarse en la máxima medida posible, antes de deducir los gastos, al desempeño del Índice MSCI ACWI Ex USA a largo plazo. Las acciones pueden canjearse dos veces por mes según su valor actual neto, y no se imponen restricciones al canje.

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Notas a los estados financieros básicos

30 de junio de 2016

Al 30 de junio de 2016, las inversiones subyacentes de los fondos SSgA Russell 3000 y SSgA MSCI ACWI Ex USA estaban destinadas a los siguientes sectores:

| Sector | SSgA Russell 3000 Fund | SSgA MSCI ACWI Ex USA Fund |
|---|---|---|
| Tecnología de la información | 19 % | 8 % |
| Finanzas | 17 | 28 |
| Atención de salud | 14 | 9 |
| Consumo discrecional | 13 | 12 |
| Insumos industriales | 10 | 11 |
| Productos de primera necesidad | 9 | 10 |
| Energía | 7 | 7 |
| Materiales | 4 | 7 |
| Empresas públicas | 4 | 3 |
| Telecomunicaciones | 3 | 5 |
| **Total** | **100 %** | **100 %** |

*(ii)      Inversiones en sociedades limitadas*

El valor razonable de las inversiones en sociedades limitadas al 30 de junio de 2016 era de unos $47 millones. Las asignaciones de las ganancias y las pérdidas netas a los socios de tales sociedades se basan en los porcentajes que se establecen en los acuerdos societarios. Las inversiones en sociedades limitadas no son calificadas por organizaciones calificadoras reconocidas a nivel nacional.

De conformidad con los acuerdos societarios, las inversiones del Sistema solo pueden amortizarse mediante las distribuciones de los gestores de los fondos, generalmente mediante la venta de sus tenencias o la distribución de dividendos. Al 30 de junio de 2016, el Sistema no tiene la intención de vender sus inversiones en las sociedades limitadas por un monto distinto al que figura en los estados financieros.

Al 30 de junio de 2016, la fecha pactada, el total comprometido, las contribuciones de 2016, las contribuciones al costo a la fecha y el valor razonable estimado de las inversiones en las sociedades limitadas son los siguientes (cifras en miles):

| | Fecha de compromiso | Total del compromiso | Contribuciones de 2016 | Contribuciones a la fecha al costo | Valor razonable estimado |
|---|---|---|---|---|---|
| Grupo Guayacán, Inc.- | | | — | | |
| Guayacán Fund of Funds II, LP | Agosto de 1999 $ | 25.000 | | 23.681 | 1.743 |
| Advent-Morro Equity Partner, Inc.: | | | | | |
| Guayacán Private Equity Fund, LP | January1997 | 5.000 | | 4.645 | 2.161 |
| Guayacán Capital Funds II, LP | Abril de 2007 | 25.000 | 3.196 | 24.547 | 25.701 |
| Venture Capital Fund, Inc. | Noviembre de 1995 | 800 | — | 800 | 744 |
| GF Capital Management and Advisors, LLC - GF Capital Private Equity Fund LP | Diciembre de 2006 | 25.000 | — | 25.793 | 17.112 |
| Chase Capital Partners Private: Equity Fund of Funds Corporate | | | | | |
| Martineau BayResort, s. en c. (s.e.) | Julio de 1998 | 1.796 | — | 1.796 | — |
| **Total** | | **$ 82.596** | **3.196** | **81.262** | **47.461** |

*(iii)      Transacciones de préstamo de títulos*

El Sistema participa en un programa de préstamo de títulos valores, en virtud del cual los títulos se transfieren a un corredor independiente a cambio de garantías en la forma de efectivo, títulos de deuda pública o cartas de crédito bancarias irrevocables, con un acuerdo simultáneo de en el futuro devolver las garantías entregadas por dichos títulos. Las garantías se valúan diariamente según su valor de mercado, y el agente envía solicitudes a los corredores para que constituyan garantías adicionales, si se necesita. El banco custodio es el agente para el programa de préstamo de títulos.

A finales del año fiscal 2016, no había exposición por riesgo crediticio para los prestatarios debido a que los montos que el Sistema les adeuda a los prestatarios (las garantías) excedían los montos que los prestatarios se le adeudan al Sistema (los títulos valores otorgados en préstamo). Al 30 de junio de 2016, las garantías recibidas representaban un 103,8% del valor razonable del total de títulos valores otorgados en préstamo.

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Notas a los estados financieros básicos

30 de junio de 2016

Los títulos valores otorgados en préstamo para lo que se recibieron garantías al 30 de junio de 2016 eran los siguientes (cifras en miles):

| Descripción | | Valor razonable de los títulos subyacentes |
|---|---|---|
| Títulos del Gobierno de EE. UU.: | | |
| Letras del Tesoro de EE. UU. | $ | 110 |
| Pagarés del Tesoro de EE. UU. | | 2.351 |
| Pagarés de agencias patrocinadas por el gobierno de EE. UU. | | |
| Bonos y pagarés corporativos de EE. UU. | | 14.634 |
| Bonos y pagarés corporativos de fuera de EE. UU. | | 1.940 |
| Total | $ | 19.035 |

La garantía subyacente para tales títulos tenía un valor razonable de unos $19,8 millones al 30 de junio de 2016. Las sumas recibidas en concepto de garantía se invirtieron en un fondo del mercado de dinero patrocinado por el banco custodio. Al 30 de junio de 2016, el fondo de inversiones a corto plazo consistía en títulos valores comprados en virtud de acuerdos de reventa.

De conformidad con los términos del acuerdo de préstamo de títulos, el Sistema está totalmente indemnizado por eventuales incumplimientos de los prestatarios en devolver títulos otorgados en préstamo (en la medida en que las garantías no sean suficientes para reemplazar prestados) o si los emisores de los títulos no pagan al Sistema distribuciones mientras los títulos estén en préstamo. Además, el Sistema está indemnizado contra pérdidas en caso de que el agente de préstamo no trámite las garantías adecuadas y necesarias en el momento oportuno.

## (7) Cuentas por cobrar de los empleadores

Al 30 de junio de 2016, las cuentas por cobrar de los empleadores consistían en lo siguiente (cifras en miles):

| | | |
|---|---|---|
| Programas de retiro anticipado | $ | 2.733 |
| Leyes especiales | | 64.012 |
| Contribuciones de empleados y empleadores | | 383.889 |
| Intereses sobre pagos atrasados | | 59.001 |
| Total cuentas por cobrar de empleadores | | 509.635 |
| Menos previsión por ajustes y pérdidas por realización | | (250.834) |
| Total cuentas por cobrar de empleadores – Neto | $ | 258.801 |

De conformidad con la Ley núm. 447, los empleadores deben pagar todos los meses los montos correspondientes a las contribuciones y las amortizaciones de los préstamos, como máximo el día 15 del mes siguiente. Luego de esa fecha, se cobran los intereses establecidos por el Sistema.

Como se describe con mayor detalle en la nota 3, el ELA y muchas de sus dependencias, que son los empleadores del Sistema, se han enfrentado a importantes retos fiscales y económicos. Además, en meses recientes, la rebaja de la calificación y la ampliación de los diferenciales crediticios para la deuda del sector público y las empresas públicas del ELA han aumentado los problemas de liquidez y fuentes de financiamiento de los empleadores. En consecuencia, la mayoría de las cuentas por cobrar provenientes de los empleadores están atrasadas con respecto a las fechas de pago. En otros casos, las sumas atrasadas han sido renegociadas para pagarlas más adelante.

Al 30 de junio de 2016, el Sistema registró una previsión de unos $251 millones por ajustes y pérdidas de realización con respecto a las contribuciones adicionales uniformes que el ELA debía pagar para los ejercicios fiscales 2015 y 2016 debido a que, como se explica en la nota 3, existen dudas en cuanto a poder cobrarlas.

Si bien se han adoptado ciertas medidas para mejorar las perspectivas de cobro de tales montos, el plazo de que disponen los empleadores para pagar sus deudas afecta las necesidades de liquidez del Sistema. En opinión de la gerencia, a excepción de las contribuciones adicionales uniformes del ELA de unos $251 millones,

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Notas a los estados financieros básicos

30 de junio de 2016

será posible cobrar otros montos adeudados por los empleadores; con todo, si alguna de esas sumas se vuelve incobrable en el futuro, esta situación podría afectar el pago de los beneficios a los miembros o el pago de los bonos emitidos por el Sistema.

**(8) Préstamos a miembros e intereses por cobrar**

Los préstamos por cobrar otorgados a miembros del plan están garantizados por las contribuciones de los miembros y por otras fuentes, incluidas escrituras hipotecarias y un monto sin restricciones que se mantiene en cuentas en custodia. Además, los préstamos adeudados se cobran a través de deducciones de la nómina. El monto máximo más reciente de préstamos otorgados a los miembros fue de $100.000 para préstamos hipotecarios y $5.000 para fines personales y viajes culturales. En diciembre de 2013 dejaron de otorgarse préstamos hipotecarios, y en noviembre de 2016 se suspendieron los préstamos para fines personales y viajes culturales. Durante los ejercicios terminados el 30 de junio de 2014 y 2013, se vendieron a dos instituciones financieras paquetes de préstamos personales con saldos de capital de unos $100 millones y $88 millones, respectivamente. Según los acuerdos de gestión, el Sistema se encarga de gestionar, administrar y cobrar los préstamos y los saldos pendientes de capital a partir de la fecha de cierre por un cargo de gestión de 2%.

La previsión por ajustes y pérdidas por realización es una previsión general para todas las categorías de préstamos e intereses por cobrar, con la excepción de los préstamos hipotecarios, y también una previsión específica para los saldos de los préstamos del proyecto especial de cobro.

Al 30 de junio de 2016, la composición de los préstamos e intereses por cobrar a los miembros del plan es la siguiente (cifras en miles):

| Préstamos por cobrar: | | |
|---|---|---|
| Personales | $ | 350.651 |
| Hipotecarios | | 169.658 |
| Excursiones culturales | | 45.289 |
| Total de préstamos a miembros del plan | | 565.598 |
| Intereses acumulados por cobrar | | 34.177 |
| Menos previsión para ajustes y pérdidas en la realización | | (2.778) |
| Total de préstamos e intereses por cobrar de los miembros del plan - neto | $ | 596.997 |

**(9) Otros activos**

Al 30 de junio de 2016, hay otros activos que consisten principalmente en propiedades recuperadas y ejecutadas adquiridas mediante procesos de ejecución hipotecaria relacionados con préstamos hipotecarios atrasados. El valor de las propiedades ejecutadas equivale al saldo pendiente de capital del préstamo hipotecario relacionado al momento de la ejecución. Estas propiedades se venden mediante remates a través de los cuales se busca recuperar el saldo pendiente de capital con respecto al préstamo hipotecario. Al momento de la venta, se reconoce una pérdida o una ganancia.

La diferencia entre reconocer las pérdidas al momento de la venta y no al momento de la ejecución, como lo exigen los principios de contabilidad generalmente aceptados, no son sustanciales. La gerencia cree que el valor neto en libros de estas propiedades se aproxima a su valor razonable.

**(10) Bonos por pagar**

Bonos Preferentes de Obligaciones de Pensiones - El 27 de febrero de 2007, la Administración ERS y JRS y el BGF, en su calidad de agente fiscal (el Agente Fiscal), presentaron a la Junta del Sistema una transacción financiera para la emisión de bonos para financiar las pensiones y reducir el total de obligaciones actuariales sin financiamiento del Sistema. Los bonos son obligaciones del Sistema limitadas y sin derecho a interponer recursos, que se pagan (y se garantizan) únicamente a partir de las contribuciones que los empleadores se comprometen a realizar tras la fecha de emisión de la primera serie de bonos y de fondos mantenidos en depósito en el Bank of New York Mellon, el agente fiscal de las inversiones del Sistema (el Agente Fiscal). Los Bonos no se pagan a partir de las contribuciones que los empleados participantes realizan al Sistema, ni de los activos adquiridos con el producido de los Bonos ni de las contribuciones de los empleadores que el Agente Efectivo Fiscal envía al Sistema tras satisfacer los requisitos de reservas, ni a partir de ningún otro de los activos del Sistema. El Sistema invirtió el producido de los bonos y utilizó esas inversiones (y la rentabilidad que

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Notas a los estados financieros básicos

30 de junio de 2016

produjeron) para pagar las pensiones a los beneficiarios.

El 31 de enero de 2008 el Sistema emitió la primera serie de bonos, por un capital de unos $1.589 millones en Bonos de Obligaciones de Pensiones serie A (los bonos serie A). El 2 de junio de 2008, el Sistema emitió una segunda serie de tales bonos, por un capital de unos $1.059 millones en Bonos de Obligaciones de Pensiones serie B (los bonos serie B). Finalmente, el 30 de junio de 2008, el Sistema emitió la tercera y última serie de tales Bonos, por un capital de unos $300 millones en Bonos de Obligaciones de Pensiones serie C (los bonos serie C).

A continuación figura un resumen de los cambios en el saldo de capital a pagar sobre los bonos (cifras en miles):

|  | Vencimiento | Saldo al 30 de junio de 2015 | Acumulación | Saldo al 30 de junio de 2016 |
|---|---|---|---|---|
| 5,85% a 6,45% Plazo y apreciación del capital Bonos Serie A | 2023-2058 | $ 1.614.623 | 4.449 | 1.619.072 |
| 6,25% a 6,55% Plazo y apreciación del capital Bonos Serie B | 2028-2058 | 1.195.722 | 24.563 | 1.220.285 |
| 6,15% a 6,50% Plazo y apreciación del capital Bonos Serie C | 2028-2043 | 301.449 | 229 | 301.678 |
| Descuentos sobre los bonos |  | (6.346) | 213 | (6.133) |
| **Total** |  | **$ 3.105.448** | **29.454** | **3.134.902** |

Al 30 de junio de 2016, el saldo pendiente de capital sobre los bonos es el siguiente (cifras en miles):

| Descripción | | |
|---|---|---|
| Bonos Serie A: | | |
| Bonos de Apreciación de Capital,  vencimiento 2028, intereses de 6,20% | $ | 75.302 |
| Bonos a plazo, vencimiento 2023, intereses de 5,85% | | 200.000 |
| Bonos a plazo, vencimiento de 2031 a 2038, intereses de 6,15% | | 679.000 |
| Bonos a plazo, vencimiento de 2039 a 2042, intereses de 6,20% | | 332.770 |
| Bonos a plazo, vencimiento de 2055 a 2058, intereses de 6,45% | | 332.000 |
| Total de Bonos Serie A en circulación | | 1.619.072 |
| Bonos Serie B: | | |
| Bonos de Apreciación de Capital, vencimiento de 2028 a 2030, intereses de 6,40% | | 234.706 |
| Bonos de Apreciación de Capital, vencimiento de 2031 a 2034, intereses de 6,45% | | 169.479 |
| Bonos a plazo, vencimiento 2031, intereses de 6,25% | | 117.100 |
| Bonos a plazo, vencimiento de 2036 a 2039, intereses de 6,30% | | 270.000 |
| Bonos a plazo, vencimiento de 2055 a 2058, intereses de 6,55% | | 429.000 |
| Total de Bonos Serie B en circulación | | 1.220.285 |
| Bonos Serie C: | | |
| Bonos de Apreciación de Capital,  vencimiento 2030, intereses de 6,50% | | 3.678 |
| Bonos a plazo, vencimiento 2028, intereses de 6,15% | | 110.000 |
| Bonos a plazo, vencimiento 2038, intereses de 6,25% | | 45.000 |
| Bonos a plazo, vencimiento 2043, intereses de 6,30% | | 143.000 |
| Total de Bonos Serie C en circulación | | 301.678 |
| Total de bonos en circulación | | 3.141.035 |
| Menos descuento sobre bonos | | (6.133) |
| Bonos por pagar - neto | $ | 3.134.902 |

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Notas a los estados financieros básicos

30 de junio de 2016

*Bonos serie A* - El monto global acumulado de los bonos de la serie A emitidos ascendió a unos $1.589 millones, de los cuales $1.544 millones se emitieron como bonos a plazo fijo (los Bonos a Plazo Fijo serie A) y $45 millones se emitieron como bonos de apreciación de capital (los Bonos de Apreciación de Capital serie A). Los intereses sobre los Bonos a Plazo Fijo serie A se pagan de manera mensual, el primer día de cada mes. Los intereses sobre los Bonos de Apreciación de Capital serie A no se pagan de manera corriente, sino que se añaden al capital de los Bonos de Apreciación de Capital cada 1 de enero y cada 1 de julio (las Fechas de Acumulación), y se consideran como si se acumularan en montos diarios iguales entre las Fechas de Acumulación, hasta que se pagan a su vencimiento o al momento de la amortización. Los intereses se computarán sobre un año de 360 días, conformado por doce meses de 30 días.

A opción del Sistema, los bonos de la serie A están sujetos a amortización de cualquier procedencia, en su totalidad o en parte, en cualquier momento a partir del 1 de julio de 2018, a un precio de amortización equivalente al monto de capital (en el caso de los Bonos de Apreciación de Capital serie A, el monto acumulado) de los bonos serie A, más los intereses acumulados hasta la fecha de amortización, y sin primas.

Además, los siguientes Bonos a Plazo Fijo serie A están sujetos a una amortización obligatoria que en parte comienza el 1 de julio de 2021, en la medida de las necesidades del fondo de reserva para tales bonos que se establece a continuación, a un precio de amortización equivalente al 100% del monto de capital más los intereses acumulados, de la siguiente manera (cifras en miles):

| Periodo de amortización | Bonos afectados | Monto |
|---|---|---|
| 1 de julio de 2021 | Bonos a plazo (vencimiento final 1 de julio de 2023) | $ 50.000 |
| 1 de julio de 2022 | Bonos a plazo (vencimiento final 1 de julio de 2023) | 70.000 |
| 1 de julio de 2023 | Bonos a plazo (vencimiento final 1 de julio de 2023) | 80.000 |
| | Subtotal | 200.000 |
| 1 de julio de 2031 | Bonos a plazo (vencimiento final 1 de julio de 2038) | 3.000 |
| 1 de julio de 2032 | Bonos a plazo (vencimiento final 1 de julio de 2038) | 4.500 |
| 1 de julio de 2033 | Bonos a plazo (vencimiento final 1 de julio de 2038) | 4.000 |
| 1 de julio de 2034 | Bonos a plazo (vencimiento final 1 de julio de 2038) | 133.500 |
| 1 de julio de 2035 | Bonos a plazo (vencimiento final 1 de julio de 2038) | 133.500 |
| 1 de julio de 2036 | Bonos a plazo (vencimiento final 1 de julio de 2038) | 133.500 |
| 1 de julio de 2037 | Bonos a plazo (vencimiento final 1 de julio de 2038) | 133.500 |
| 1 de julio de 2038 | Bonos a plazo (vencimiento final 1 de julio de 2038) | 133.500 |
| | Subtotal | 679.000 |
| Total | | $ 879.000 |

*Bonos serie B* - El monto global acumulado de los bonos de la serie B emitidos ascendió a unos $1.059 millones, de los cuales $816 millones se emitieron como bonos a plazo fijo (los Bonos a Plazo Fijo serie B) y $243 millones se emitieron como bonos de apreciación de capital (los Bonos de Apreciación de Capital serie B). Los intereses sobre los Bonos a Plazo Fijo serie B se pagan de manera mensual, el primer día de cada mes. Los intereses sobre los Bonos de Apreciación de Capital serie B no se pagan de manera corriente, sino que se añaden al capital de los Bonos de Apreciación de Capital serie B cada 1 de enero y cada 1 de julio (las Fechas de Acumulación), y se consideran como si se acumularan en montos diarios iguales entre las Fechas de Acumulación, hasta que se pagan a su vencimiento o al momento de la amortización. Los intereses se computarán sobre un año de 360 días, conformado por doce meses de 30 días.

A opción del Sistema, los bonos de la serie B están sujetos a amortización de cualquier procedencia, en su totalidad o en parte, en cualquier momento a partir del 1 de julio de 2018, a un precio de amortización equivalente al monto de capital (en el caso de los Bonos de Apreciación de Capital serie B, el monto acumulado) de los bonos serie B, más los intereses acumulados hasta la fecha de amortización, y sin primas.

*Bonos serie C* - El monto global acumulado de los bonos de la serie C emitidos ascendió a unos $300 millones, de los cuales $298 millones se emitieron como bonos a plazo fijo (los Bonos a Plazo Fijo serie B) y $2 millones se emitieron como bonos de apreciación de capital (los Bonos de Apreciación de Capital serie C). Los intereses sobre los Bonos a Plazo Fijo serie C se pagan de manera mensual, el primer día de cada mes. Los intereses

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Notas a los estados financieros básicos

30 de junio de 2016

sobre los Bonos de Apreciación de Capital serie C no se pagan de manera corriente, sino que se añaden al capital de los Bonos de Apreciación de Capital serie C cada 1 de enero y cada 1 de julio (las Fechas de Acumulación), y se consideran como si se acumularan en montos diarios iguales entre las Fechas de Acumulación, hasta que se pagan a su vencimiento o al momento de la amortización. Los intereses se computarán sobre un año de 360 días, conformado por doce meses de 30 días.

A opción del Sistema, los bonos de la serie C están sujetos a amortización de cualquier procedencia, en su totalidad o en parte, en cualquier momento a partir del 1 de julio de 2018, a un precio de amortización equivalente al monto de capital (en el caso de los Bonos de Apreciación de Capital serie C, el monto acumulado) de los bonos serie C, más los intereses acumulados hasta la fecha de amortización, y sin primas.

Además, los siguientes Bonos a Plazo Fijo serie C están sujetos a una amortización obligatoria que en parte comienza el 1 de julio de 2021, en la medida de las necesidades del fondo de reserva para tales bonos que se establece a continuación, a un precio de amortización equivalente al 100% del monto de capital más los intereses acumulados, de la siguiente manera (cifras en miles):

| Período de amortización | Bonos afectados | Monto |
|---|---|---|
| 1 de  julio de 2024 | Bonos a plazo (vencimiento final 1 de julio de 2028) | $ 18.700 |
| 1 de  julio de 2025 | Bonos a plazo (vencimiento final 1 de julio de 2028) | 22.000 |
| 1 de  julio de 2026 | Bonos a plazo (vencimiento final 1 de julio de 2028) | 29.150 |
| 1 de  julio de 2027 | Bonos a plazo (vencimiento final 1 de julio de 2028) | 36.300 |
| 1 de  julio de 2028 | Bonos a plazo (vencimiento final 1 de julio de 2028) | 3.850 |
| | Subtotal | 110.000 |
| 1 de  julio de 2029 | Bonos a plazo (vencimiento final 1 de julio de 2038) | 100 |
| 1 de  julio de 2030 | Bonos a plazo (vencimiento final 1 de julio de 2038) | 540 |
| 1 de  julio de 2031 | Bonos a plazo (vencimiento final 1 de julio de 2038) | 100 |
| 1 de  julio de 2032 | Bonos a plazo (vencimiento final 1 de julio de 2038) | 3.420 |
| 1 de  julio de 2033 | Bonos a plazo (vencimiento final 1 de julio de 2038) | 4.320 |
| 1 de  julio de 2034 | Bonos a plazo (vencimiento final 1 de julio de 2038) | 100 |
| 1 de  julio de 2035 | Bonos a plazo (vencimiento final 1 de julio de 2038) | 11.940 |
| 1 de  julio de 2036 | Bonos a plazo (vencimiento final 1 de julio de 2038) | 2.160 |
| 1 de  julio de 2037 | Bonos a plazo (vencimiento final 1 de julio de 2038) | 7.920 |
| 1 de  julio de 2038 | Bonos a plazo (vencimiento final 1 de julio de 2038) | 14.400 |
| | | 45.000 |
| | Subtotal | |
| 1 de  julio de 2039 | Bonos a plazo (vencimiento final 1 de julio de 2043) | $ 28.600 |
| 1 de  julio de 2040 | Bonos a plazo (vencimiento final 1 de julio de 2043) | 28.600 |
| 1 de  julio de 2041 | Bonos a plazo (vencimiento final 1 de julio de 2043) | 28.600 |
| 1 de  julio de 2042 | Bonos a plazo (vencimiento final 1 de julio de 2043) | 28.600 |
| 1 de  julio de 2043 | Bonos a plazo (vencimiento final 1 de julio de 2043) | 28.600 |
| | | 143.000 |
| Total | | $ 298.000 |

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Notas a los estados financieros básicos

30 de junio de 2016

Las necesidades de servicio de la deuda en años futuros con respecto a los bonos del Sistema al 30 de junio de 2016 son las siguientes (cifras en miles):

| Años terminados al 30 de junio de: | Capital | Intereses | Total |
|---|---|---|---|
| 2017 | $ — | 166.519 | 166.519 |
| 2018 | — | 166.519 | 166.519 |
| 2019 | — | 166.519 | 166.519 |
| 2020 | — | 166.519 | 166.519 |
| 2021 | — | 166.519 | 166.519 |
| 2022-2026 | 200.000 | 797.495 | 997.495 |
| 2027-2031 | 808.280 | 753.800 | 1.562.080 |
| 2032-2036 | 613.560 | 739.532 | 1.353.092 |
| 2037-2041 | 1.240.170 | 520.143 | 1.760.313 |
| 2042-2046 | 218.100 | 305.430 | 523.530 |
| 2047-2051 | — | 285.084 | 285.084 |
| 2052-2056 | 183.200 | 273.171 | 456.371 |
| 2057-2061 | 577.800 | 77.838 | 655.638 |
|  | 3.841.110 | $ 4.585.088 | 8.426.198 |
| Menos: |  |  |  |
| Intereses no acumulados | (700.075) |  |  |
| Descuento no amortizado | (6.133) |  |  |
| Total | $ 3.134.902 |  |  |

*Compromisos de contribución de los empleadores de conformidad con los acuerdos de garantía.* El Sistema celebró un Acuerdo de Garantía con el Agente Fiscal para el beneficio de los bonistas, en virtud del cual el Sistema se comprometió a otorgarle al Agente Fiscal, y le otorgó, derechos de garantía con respecto a las contribuciones de los empleadores realizadas luego del 31 de enero de 2008, la fecha de emisión de la primera serie de bonos, y con respecto a los fondos en depósito con el Agente Fiscal en varias cuentas establecidas de conformidad con la Resolución de los Bonos de Obligaciones de Pensiones (la Resolución).

La Resolución y el Acuerdo de Garantía constituyen un contrato entre el Sistema y el Agente Fiscal en representación de los titulares de los bonos. El compromiso, los convenios y los acuerdos del Sistema que figuran en la Resolución y en el Acuerdo de Garantía redundarán en los mismos beneficios, protecciones y garantías para todos los titulares de los bonos, independientemente del momento de emisión o vencimiento, y estarán al mismo nivel, sin preferencias, prioridades o distinciones de un bono con respecto a otro, a excepción de lo que se establezca o autorice expresamente en la Resolución. Las contribuciones anuales de los empleadores que se realicen posterioridad al 31 de enero de 2008, la fecha de emisión de la primera serie de bonos, de conformidad con la Ley, y los montos en depósito en las diferentes cuentas creadas de conformidad con la Resolución para el beneficio de los titulares de los bonos, se comprometen para cubrir los requisitos anuales de servicio de la deuda que correspondan. Es un compromiso irrevocable que seguirá en vigor mientras haya bonos en circulación en virtud de la Resolución.

Desde agosto de 2016, y a partir de allí todos los meses, el agente fiscal de conformidad con la Resolución de los bonos del Sistema notificó al Sistema que no había transferido las contribuciones obligatorias de los empleadores en el último día hábil de cada mes. El agente fiscal no busca cobrar ni recuperar ninguna deuda de ELA o sus dependencias (incluido el Sistema), ni ejecutar ninguna sentencia en su contra, ni hacerse con el control o la posesión de ninguna de sus propiedades, ni tampoco busca ejercer ningún acto que PROMESA, la Ley de Emergencia Financiera y Responsabilidad Fiscal de Puerto Rico del 29 de enero de 2017 (Ley núm. 5 o la Ley de Emergencia Financiera), la Ley de Moratoria de Emergencia y Rehabilitación Financiera de Puerto Rico del 6 de abril de 2016 (Ley núm. 21, o la Ley de Moratoria), o cualquier orden ejecutiva relacionada, hayan suspendido. En virtud de PROMESA, la Ley de Emergencia Financiera, la Ley de Moratoria y cualquier orden ejecutiva, el agente fiscal en este momento no ejercerá ninguno de sus derechos ni remedios contra el Estado Libre Asociado de Puerto Rico ni contra ninguna de sus dependencias, incluido el Sistema.

**(11) Reserva de seguro de garantía para los préstamos a los miembros**

El Sistema brinda una cobertura de seguro de vida que garantiza el pago del saldo pendiente de capital sobre los préstamos hipotecarios, personales y para viajes culturales ante el fallecimiento del miembro en cuestión. El

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Notas a los estados financieros básicos

30 de junio de 2016

pago de esta cobertura corre por cuenta de los miembros del plan que accedieron a los préstamos. El costo del seguro de vida se determina de manera actuarial, y no varía en función de la edad, el sexo o la condición de salud.

**(12)  Situación y evolución del financiamiento de otros beneficios por cuidados de salud posteriores al empleo**

La situación de financiamiento de los otros beneficios por cuidados de salud posteriores al empleo (OPEB) del Sistema al 30 de junio de 2016, la fecha de valuación actuarial más reciente, es la siguiente (en miles de dólares):

| | Valor actuarial de los activos del plan | Total de Obligaciones Actuariales (AAL) | Total de Obligaciones Actuariales no Financiadas (UAAL) | Ratio financiado | Nómina anual cubierta | UAAL como porcentaje de la nómina anual cubierta |
|---|---|---|---|---|---|---|
| $ | — | 1.349.503 | 1.349.503 | — % | $   3.344.382 | 40,4% |

El anexo sobre la evolución del financiamiento, que se presenta como información complementaria obligatoria luego de las notas a los estados financieros básicos, presenta datos sobre tendencias para varios años en cuanto a si el valor actuarial de los activos del plan está aumentando o disminuyendo a lo largo del tiempo frente a responsabilidad actuarial acumulada por los beneficios.

La ley núm. 3 eliminó la contribución de $100 por mes para el plan de seguro médico para quienes se retiraron a partir del 1 de julio de 2013.

La fecha de recolección de los datos del censo es a principios del ejercicio. Para calcular los resultados para las obligaciones al 30 de junio de 2016, se proyectan las obligaciones del Sistema a partir de la fecha de recolección de los datos del censo (1 de julio de 2015) por un año, usando métodos prospectivos y sobre la base del supuesto de que no se producirán ni pérdidas ni ganancias por las obligaciones. El periodo de amortización para la Declaración GASB núm. 45 ha sido reducido para ajustarlo a la expectativa de vida prevista de los miembros activos actuales.

La valuación actuarial se basó sobre los siguientes supuestos actuariales:

| | |
|---|---|
| Método actuarial de costos | Normal de edad de ingreso |
| Método de amortización | 18 años cerrado (a partir del 1 de julio de 2014), dólar constante |
| Período de amortización restante | 18 años |
| Método de valuación de activos | No aplicable |
| Supuestos actuariales: | |
| Retorno de la inversión: | 3,10% |
| Aumentos salariales previstos | No aplicable |
| Aumento previsto de la plantilla | No aplicable |
| Inflación | No aplicable |
| Ajuste por costo de vida | No aplicable |

Las valuaciones actuariales de un plan en funcionamiento suponen estimar el valor neto de los montos informados y elaborar supuestos sobre la probabilidad de que ocurran determinados hechos en el futuro distante. Algunos ejemplos son los supuestos sobre las tasas de empleo y mortalidad en el futuro. Los montos determinados se revisan continuamente comparando los resultados reales con las previsiones, y se hacen nuevas estimaciones sobre el futuro.

Los cálculos se basan en los tipos de beneficios provistos según los términos del plan sustantivo al momento de cada valuación y en el patrón de reparto de costos entre el empleador y los miembros del plan hasta ese momento. La proyección de beneficios OPEB a los efectos de la elaboración de informes financieros no incluye de manera explícita los posibles efectos futuros que las limitaciones legales o contractuales al financiamiento podrían tener sobre el patrón de reparto de costos entre el empleador y los miembros del plan.

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Notas a los estados financieros básicos

30 de junio de 2016

Los cálculos actuariales reflejan una perspectiva a largo plazo. En virtud de esa perspectiva, los métodos y los supuestos actuariales utilizados incluyen técnicas diseñadas para reducir la volatilidad a corto plazo en las obligaciones actuales acumuladas y en el valor actuarial de los activos.

Los supuestos sobre las tasas de mortalidad para los beneficios OPEB son los mismos que para los beneficios de pensiones. Para información adicional, consultar la nota 5.

**(13)  Contingencias**

**A.  Litigios radicados por acreedores contra el Sistema antes del comienzo de las causas radicadas conforme al Título III**

El Sistema es parte demandada en una demanda radicada por los pensionados del Sistema. Radicaron el reclamo en representación del Sistema contra los garantes de ciertos bonos de pensiones del Sistema y algunos exmiembros de la Junta de Fiduciarios del Sistema. En la demanda se reclamaron $800 millones en daños y perjuicios por una emisión de bonos por $3.000 millones en 2008 que, según los demandantes, puso en riesgo la solvencia del Sistema. En diciembre de 2016, el Tribunal de Primera Instancia permitió al Sistema comenzar a participar en la demanda como parte demandante.

**B.  Litigios radicados por acreedores contra el Sistema tras el comienzo de las Causas radicadas conforme al Título III**

*Empleados del Sistema de Retiro del Gobierno del Estado Libre Asociado de Puerto Rico y otros c. Altair Global Credit Opportunities Fund (A), LLC y otros,* Procedimiento contencioso núm. 17-00213 (D.P.R. 21 de julio de 2017).

El 21 de julio de 2017, el Sistema comenzó un procedimiento contencioso contra los derechos de garantía de los tenedores de bonos del Sistema sobre varios de sus activos, para lo cual radicó una acción declaratoria de alivio (la Demanda de Protección Adecuada del Sistema). El Sistema aduce que los derechos de garantía de sus tenedores de bonos no están perfeccionados debido a que sus estados financieros no describen de manera adecuada las garantías, y los intentos de los tenedores de bonos del Sistema en 2015 y 2016 por corregir las deficiencias en las declaraciones mediante enmiendas tuvieron defectos. El Sistema también se opone, entre otras cosas, a los presuntos derechos de garantía de las demandadas con respecto a las contribuciones de los empleados posteriores a la petición.

El 17 de agosto de 2018, el tribunal constituido conforme al Título III otorgó una sentencia parcial sumaria a favor del Sistema. Entre otras cosas, el tribunal sostuvo que los derechos de retención de los tenedores de bonos del Sistema no están perfeccionados, que el artículo 544 del Código de Quiebras permite pasar por alto sus derechos de garantía, y que sus reclamos se tratarán como reclamos generales no garantizados.

*Altair Global Credit Opp. Fund (A), LLC y otros c. Estado Libre Asociado de Puerto Rico y otros,* Procedimientos contenciosos *núms. 17-00219-LTS, 17-00220-LTS* (D.P.R. 27 de julio de 2017).

El 27 de julio de 2017, un grupo de tenedores de bonos del Sistema interpuso un procedimiento contencioso (colectivamente, el Litigio PayGo) contra el ELA y el Sistema para lograr que se declarase que la Resolución Conjunta 188 y la Ley núm. 106 (colectivamente, el Estatuto PayGo), que exige que el Sistema liquide sus activos para volcarlos al Fondo General, es nulo *ab initio* porque infringe la paralización automática que dispone el Título III y la Cláusula Contractual y la Cláusula de Asignaciones de la Constitución de los Estados Unidos.

El 17 de noviembre de 2017, la Junta de Supervisión (junto con la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico y el Comité de Retirados) radicaron una moción para desestimar el Litigio PayGo. El 2 de febrero de 2018, el tribunal constituido conforme al Título III emitió una orden para informar a las partes de que aceptaba la moción para desestimar. A la fecha del presente, el tribunal constituido conforme al Título III no ha emitido ningún dictamen sobre la moción para desestimar de la Junta de Supervisión.

Además, el Sistema participa en calidad de demandado o codemandado en varias demandas radicadas como consecuencia del desarrollo ordinario de sus operaciones. Sobre la base del asesoramiento de sus abogados y

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Notas a los estados financieros básicos

30 de junio de 2016

tomando en cuenta las coberturas de seguro, la gerencia opina que las obligaciones que eventualmente pudieran atribuírsele, si acaso, no tendrán efectos importantes sobre la situación financiera del Sistema.

**(14)  Acontecimientos posteriores**

Se analizaron algunos acontecimientos posteriores hasta el 5 de octubre de 2018 para determinar si alguno de ellos debería reconocerse o revelarse en los estados financieros básicos del ejercicio 2016. Los acontecimientos posteriores que se describen a continuación se relacionan principalmente con las actividades de deuda, incluida la rebaja de la calificación crediticia y otros acontecimientos fiscales relacionados, y determinados aspectos de legislación, tanto local como federal, que en opinión de la gerencia son de interés público.

**A.  Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico**

El 30 de junio de 2016, el presidente de los Estados Unidos promulgó la ley PROMESA (codificada en los artículos 2101 a 2241 del Título 48 del Código de los Estados Unidos). En términos generales, PROMESA busca mejorar la disciplina fiscal y económica del ELA y de sus dependencias, entre otras cosas a través de: i) el establecimiento de la Junta de Supervisión, cuyas responsabilidades incluyen certificar los planes fiscales y los presupuestos para el ELA y sus entidades relacionadas; ii) una paralización temporal de todas las demandas de acreedores radicadas forme al Título IV de PROMESA, que expiró el 1 de mayo de 2017; y iii) dos métodos alternativos para ajustar el endeudamiento insostenible: a) un proceso de modificación voluntaria de la deuda al amparo del Título VI de PROMESA, que establece un proceso de reestructuración en gran medida extrajudicial de la deuda a través del cual una supermayoría de los acreedores puede aceptar las modificaciones al endeudamiento financiero; y b) un procedimiento de cuasi quiebra en virtud del Título III de PROMESA que establece un proceso judicial de reestructuración de la deuda en esencia basado en las disposiciones incorporadas del Código de Quiebra de los Estados Unidos (artículo 101 y sgtes. del Título 11 del U.S.C.).

El Título III de PROMESA establece un proceso judicial para reestructuración de las deudas de Puerto Rico y otros territorios de los Estados Unidos basado en el proceso que establece el capítulo 9 del Código de Quiebra de los Estados Unidos. Para ser un deudor amparado en el Título III, el territorio y sus dependencias deben: i) contar con una Junta de Supervisión o ser designado como "entidad cubierta"; ii) disponer que la Junta de Supervisión emita una certificación de reestructuración de conformidad con el artículo 206 b) de PROMESA, y iii) tener el "deseo de aplicar un plan para ajustar su deuda". PROMESA art. 302. La Junta de Supervisión tiene autoridad exclusiva para radicar una petición voluntaria de protección al amparo del Título III de PROMESA. *Véase* PROMESA art. 304 a).

En una causa radicada conforme al Título III, la Junta de Supervisión actúa como representante del deudor y está facultada para adoptar la medida necesaria para promover la causa conforme el Título III. *Véase* PROMESA art. 315. Inmediatamente tras radicar la petición conforme al Título III, el artículo 362 del Código de Quiebras (que está incluido en las causas radicadas conforme al Título III en virtud de PROMESA) paraliza automáticamente todos los litigios contra el deudor (la Paralización conforme el Título III). Tras el comienzo de la causa radicada conforme al Título III, el Juez Presidente del Tribunal Supremo de los Estados Unidos debe designar a un juez de distrito para que presida el procedimiento radicado conforme al Título III. PROMESA también establece que el comienzo de una causa radicada conforme al Título III "no limita ni reduce las facultades de un territorio cubierto de controlar mediante legislación o de otras maneras el ejercicio de los poderes políticos o gubernamentales del territorio o la dependencia territorial". PROMESA art. 303.

El aspecto fundamental de la causa radicada conforme Título III es la confirmación de un plan para ajustar las deudas del deudor. La Junta de Supervisión tiene facultades exclusivas para radicar y modificar un plan de ajuste antes de la confirmación. *Véase* PROMESA art. 312. Para ser confirmado, la propuesta del plan de ajuste debe ajustarse a los requisitos que se establecen en el artículo 314 de PROMESA.

El Título IV de PROMESA contiene numerosas disposiciones varias, incluida una paralización temporal de los litigios relacionados con reclamos por responsabilidad, la exoneración de la aplicación de ciertas leyes sobre horarios y salarios, el establecimiento de una Fuerza de Tareas del Congreso sobre el Crecimiento Económico de Puerto Rico (la Fuerza de Tareas), el requisito de que Controlador General de los Estados Unidos presente dos informes ante el Congreso con respecto a los niveles de deuda pública de los

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Notas a los estados financieros básicos

30 de junio de 2016

territorios de los Estados Unidos, y la puesta en práctica en Puerto Rico del programa HUBZone del gobierno federal para las pequeñas empresas.

De conformidad con su artículo 405, la promulgación de PROMESA impuso de manera inmediata y automática una paralización temporal (la Paralización conforme al Título IV) del 30 de junio de 2016 (la fecha de promulgación de promesa) al 15 de febrero de 2017 de todos los litigios por "reclamos por responsabilidad" radicados contra el Gobierno de Puerto Rico y sus dependencias luego del 18 de diciembre de 2015. *Véase* PROMESA art. 405(d)(1)(A). Un reclamo por responsabilidad se define como cualquier derecho a recibir un pago o un remedio equitativo por incumplimientos relacionados con "bonos, préstamos, cartas de crédito, otros títulos de endeudamiento, obligaciones de seguros u otros endeudamientos financieros por dinero tomado en préstamo, incluidos derechos u obligaciones, sea que tales derechos u obligaciones surjan a raíz de un contrato, la ley u otra fuente de derecho relacionada con ellos", de los cuales el ELA o cualquiera de sus dependencias haya sido el emisor, el deudor o el garante, cuando se haya incurrido en tales obligaciones antes del 30 de junio de 2016. PROMESA art. 405(a)-(b). La Paralización conforme al Título IV podía ser prorrogada por única vez por la Junta de Supervisión (prórroga de 75 días) o por el tribunal de distrito (prórroga de 60 días). El 28 de enero de 2017, la Junta de Supervisión prorrogó la paralización por 75 días hasta el 1 de mayo de 2017, fecha en la que la Paralización conforme al Título IV venció. Cualquier parte sujeta a la Paralización conforme al Título IV podría haber presentado una moción ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico para solicitar una exención de dicha paralización por una "causa justa". PROMESA art. 405(e).

**B. Comienzo de las causas radicadas conforme al Título III por parte de la Junta de Supervisión**

El 1 de mayo de 2017, la Paralización conforme al Título IV llegó a su fin, lo que permitió retomar los importantes litigios que tenedores de bonos y otros acreedores habían radicado contra el ELA. El 3 de mayo de 2017, la Junta de Supervisión, a solicitud del ELA, radicó ante el Tribunal de Distrito para el Distrito de Puerto Rico una causa conforme al Título 3 al someter una petición de remedio conforme al Título III de PROMESA. El 5 de mayo de 2017, la Junta de Supervisión, a solicitud de COFINA, radicó una causa conforme al Título III al someter una petición de remedio similar conforme al Título III de PROMESA. El 11 de mayo de 2017, el Juez Presidente del Tribunal Supremo de los Estados Unidos, John Roberts, designó a la jueza de distrito Laura Taylor Swain como jueza de las causas radicadas conforme al Título III.

El 21 de mayo de 2017, la Junta de Supervisión, a solicitud del Sistema y de la Autoridad de Carreteras y Transporte de Puerto Rico, radicó una causa conforme al Título III al someter una petición de remedio similar conforme al Título III de PROMESA. El 3 de julio de 2017, la Junta de Supervisión, a solicitud de la Autoridad de Energía Eléctrica de Puerto Rico, radicó una causa conforme al Título III al someter una petición de remedio similar conforme al Título III de PROMESA. Todos los casos mencionados, radicados conforme al Título III, han sido consolidados únicamente por motivos de conveniencia procesal, y están siendo dirimidos conjuntamente en la causa núm. 17-3283-LTS ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico. El 15 de junio de 2017, el Fiduciario de los Estados Unidos designó un Comité Oficial de Empleados Retirados (el Comité de Retirados) en las causas del ELA radicadas conforme al Título III.

Estas causas conforme al Título III fueron radicadas, en parte, debido al vencimiento el 1 de mayo de 2017 de la Paralización conforme al Título IV. El Título III de PROMESA incorpora las disposiciones de paralización automática de los artículos 362 y 922 del Código de Quiebras, que son de aplicación a las causas radicadas conforme al Título III en virtud del artículo 301 a) de PROMESA. En consecuencia, al radicar las causas conforme al Título III, la Paralización conforme al Título III entró automáticamente en vigor con respecto a los litigios de los acreedores.

**C. Principales mociones impugnadas en las causas radicadas conforme al Título III**

El 17 de julio de 2017, el tribunal constituido conforme al Título III emitió una orden para aprobar un acuerdo (la Estipulación Conjunta) entre el Sistema y algunos de sus bonistas. En la Estipulación Conjunta, las partes convinieron en que el Sistema pagaría los intereses que vencerían el 1 de octubre de 2017 a partir de su Cuenta Separada Previa a la Petición (que se estableció conforme a una estipulación y orden de fecha 17 de enero de 2017), y que dichos pagos brindarían una protección adecuada a los bonistas del

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Notas a los estados financieros básicos

30 de junio de 2016

Sistema con respecto a la Paralización conforme al Título III hasta el 31 de octubre de 2017.

El 28 de noviembre de 2017, un grupo de bonistas el Sistema radicó una moción en el marco de la causa radicada conforme al Título III del Sistema para exigirle al Sistema que continuara pagando los intereses corrientes de manera mensual a los bonistas, a la espera de la resolución de las mociones de la sentencia sumaria emitida en la Demanda para la Protección Adecuada del Sistema. Tras una audiencia celebrada el 20 de diciembre de 2017, el tribunal constituido conforme al Título III emitió un breve dictamen oral para exigirle al Sistema que, de conformidad con la Estipulación Conjunta, pagara mensualmente los intereses a sus bonistas a partir de la Cuenta Separada Previa a la Petición hasta lo primero en ocurrir entre i) que el tribunal constituido conforme al Título III emitiese una sentencia sumaria con respecto a la Demanda para la Protección Adecuada del Sistema, o ii) los fondos de la Cuenta Separada Previa la Petición se agotasen.

El 3 de julio de 2018, un grupo de bonistas del Sistema radicó una moción en el marco de la causa radicada conforme al Título III (Moción de los Bonistas para Exención de la Paralización) en la que argumentaron que la Cuenta Separada Previa a la Petición se quedaría sin fondos en agosto de 2018, dejando a los bonistas del Sistema sin la protección del pago mensual de intereses, con lo que sus intereses, que deben ser protegidos como cuestión constitucional, quedarían desprotegidos. Los bonistas del Sistema afirman que es necesario que se los exima de la paralización conforme al Título III para preservar el *statu quo* a la espera de la resolución del tribunal constituido conforme al Título III con respecto a las solicitudes de las partes en la Demanda para la Protección Adecuada del Sistema. Alternativamente, los bonistas del Sistema solicitaron una protección adecuada para sus derechos de retención sobre los bienes del Sistema, con respecto a los cuales el ELA ahora aduce que tiene intereses.

Como se explica en la nota 13, el 17 de agosto de 2018 el tribunal constituido conforme al Título III adujo, en el marco de la Demanda para la Protección Adecuada del Sistema, que los derechos de retención de los bonistas no están perfeccionados, que el artículo 544 del Código de Quiebras permite pasar por alto sus derechos de garantía, y que sus reclamos se tratarán como reclamos generales no garantizados. El 21 de agosto de 2018, el tribunal constituido conforme al Título III dictó una orden a tales efectos y denegó la Moción de los Bonistas para Exención de la Paralización.

D. **La Ley de Moratoria de Emergencia y Rehabilitación Financiera de Puerto Rico, la Ley de Emergencia Financiera y Responsabilidad Fiscal de Puerto Rico y las órdenes ejecutivas relacionadas**

De conformidad con la Ley de Moratoria, el Gobernador emitió una serie de órdenes ejecutivas para declarar un período de emergencia, una moratoria y varias otras medidas relativas a determinadas obligaciones del ELA y varias de sus dependencias, entre ellas el Sistema. De conformidad con dichas órdenes ejecutivas, determinadas entidades del ELA: i) no han hecho pagos de deuda, o ii) han hecho pagos de deuda con fondos depositados con los fiduciarios de sus bonos, o iii) no han recibido o transferido determinados montos. Dichas órdenes ejecutivas también han impuesto severas restricciones a los desembolsos de fondos depositados en el BGF, y han paralizado el otorgamiento de préstamos por parte del BGF. Las órdenes ejecutivas restringieron las posibilidades del Sistema de retirar fondos depositados en el BGF y de recibir desembolsos por préstamos de esa institución. También suspendieron la obligación del ELA de transferir determinados montos que anteriormente se asignaban al Sistema.

La Ley núm. 5 rechazó ciertas disposiciones de la Ley de Moratoria y autorizó medidas de emergencia adicionales. Sin embargo, de conformidad con la Ley núm. 5, las órdenes ejecutivas emitidas de conformidad con la Ley de Moratoria continuarían en vigor hasta que fueran enmendadas, rescindidas o reemplazadas. El período de emergencia estipulado por la Ley núm. 5 expirará el 31 de diciembre de 2018, a menos que el Gobernador decida prorrogarlo. Algunas facultades adicionales conferidas al Gobernador en virtud de la Ley de núm. 5 incluyen las de: i) ejercer facultades como síndico para rectificar la emergencia financiera; ii) ejercer la supervisión general de las funciones y las actividades de todas las entidades del gobierno que integran la Rama Ejecutiva, y iii) emitir órdenes ejecutivas para aplicar y velar por el cumplimiento de la Ley de núm. 5.

E. **Venta de las inversiones del Sistema**

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Notas a los estados financieros básicos

30 de junio de 2016

El 23 de junio de 2017, la Asamblea Legislativa aprobó otras asignaciones para el año fiscal 2018 en virtud de la resolución conjunta 188, que entre otras cosas ordenó al Sistema, a JRS y a TRS que liquidaran sus activos y transfirieran el producido neto al Secretario de Hacienda. El 20 de julio de 2017, el Sistema vendió inversiones por un monto global de unos $297 millones.

**F.   Reforma del programa de pensiones PayGo**

El 27 de junio de 2017, el Departamento de Hacienda emitió la Carta Circular núm. 1300-46-17 para transmitir a las dependencias del gobierno central, a las empresas públicas y a los municipios los nuevos procedimientos de ejecución que se adoptarían a partir del 1 de julio de 2017, a saber, un nuevo mecanismo "pay-as-you-go" (PayGo) para el Sistema.

Posteriormente, el 23 de agosto de 2017, el Gobernador promulgó la Ley para Garantizar el Pago a Nuestros Pensionados y Establecer un Nuevo Plan de Contribuciones Definidas para los Servidores Públicos (Ley de núm. 106), que reformó el Sistema de Retiro del ELA. La Ley núm. 106 eliminó los programas de pensiones existentes hasta ese momento para quienes fueran participantes del Sistema al 30 de junio de 2017. Los miembros de los programas anteriores y los miembros nuevos contratados a partir del 1 de julio de 2017 ahora están inscritos en un nuevo programa de contribuciones definidas. La Ley núm. 106 también estableció el mecanismo PayGo para el pago de beneficios acumulados por pensiones, y eliminó las contribuciones de los empleadores y otras contribuciones similares. En cada uno de los presupuestos para los ejercicios fiscales 2018 y 2019 se destinaron unos $2.000 millones para el pago de los beneficios PayGo.

Además, la Ley núm. 106 modificó la estructura de gobernanza del Sistema. De conformidad con dicha ley, la Junta de Fiduciarios del Sistema fue reemplazada con una nueva Junta de Retiro, que actualmente se encarga de dirigir todos los Sistemas de Retiro del ELA.

La Ley núm. 106 también ordenó la paralización de los programas de préstamos del Sistema y dispuso la fusión de las estructuras administrativas de los sistemas de retiro. A discreción de la Junta de Retiro, la gestión de la actual cartera de préstamos del Sistema podrá tercerizarse. De conformidad con la Ley núm. 106, los empleados del Sistema que no permanezcan en la nueva estructura administrativa serán transferidos a otras agencias públicas de conformidad con la Ley núm. 8 del 8 de febrero de 2017.

Para información adicional respecto del litigio relacionado con la Ley núm. 106 y el sistema PayGo, consultar la nota 13.

**G.   Rebaja de calificación crediticia de los bonos**

El 24 de junio de 2016, Fitch Ratings Inc. rebajó la calificación crediticia de los bonos del Sistema de "CC" a "C", con perspectivas "negativas". Fitch hizo referencia a "el fracaso de las negociaciones entre el ELA y los principales bonistas, el reciente fallo del Tribunal Supremo de los Estados Unidos sobre la legislación del ELA en materia de quiebras y la lentitud del proceso para promulgar legislación federal en apoyo del ELA" como indicadores de que reestructurar la deuda, diferirla o declararse en cesación de pagos era inevitable. El 5 de abril de 2017, Moody's Investor Service rebajó la calificación de los bonos del Sistema de "C" a "Ca" y les asignó perspectiva "negativa", en referencia a las "persistentes presiones sobre la base económica de Puerto Rico que indican una disminución en la capacidad percibida de repago". La calificación de Standard & Poor's Ratings Services para los bonos actualmente es de "CC."

**H.   Repercusiones de los huracanes Irma y María**

El 20 de septiembre de 2017, el huracán María tocó tierra en Puerto Rico. A raíz del huracán, la sede central del Sistema sufrió graves daños. Para continuar operando, el Sistema tuvo que reubicar sus oficinas y celebró un acuerdo de alquiler con la Autoridad de Edificios Públicos de Puerto Rico. Como resultado de la relocalización, el Sistema eliminó algunos de sus contratos anteriores por servicios auxiliares y negoció otros nuevos. A la fecha del presente, la gerencia está trabajando para determinar la gravedad de los daños ocasionados por los huracanes.

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Anexo de cambios en la obligación neta por pensiones de los empleadores e índices relacionados

Beneficios de pensiones (no auditados)

Años terminados el 30 de junio de 2016 y de 2015

(en miles de dólares)

## Beneficios de pensiones

## Anexo de cambios en la obligación neta por pensiones de los empleadores e índices relacionados

| | | Monto 2016 | Monto 2015 |
|---|---|---|---|
| Obligación total por pensiones: | | | |
| Costo del servicio | $ | 496.732 | 425.564 |
| Intereses | | 1.230.843 | 1.279.556 |
| Diferencias entre la experiencia prevista y la anual | | (252.405) | (463.898) |
| Cambios en los supuestos | | 3.853.693 | 2.781.098 |
| Pagos de beneficios, incluidos reembolsos de contribuciones | | (1.565.152) | (1.572.675) |
| Cambio neto en la obligación total por pensiones | | 3.763.711 | 2.449.645 |
| Obligación total por pensiones - inicio | | 32.669.162 | 30.219.517 |
| Obligación total por pensiones - final | | 36.432.873 | 32.669.162 |
| Posición fiduciaria neta del plan (déficit) | | | |
| Contribuciones del empleador - netas de previsión | | 779.477 | 673.926 |
| Contribuciones de los miembros | | 333.633 | 339.650 |
| Ingresos netos por inversiones | | 870 | 29.258 |
| Otros ingresos | | 110.201 | 28.499 |
| Pagos de beneficios, incluidos reembolsos de contribuciones de miembros | | (1.565.152) | (1.572.675) |
| Gastos administrativos | | (27.670) | (33.623) |
| Intereses sobre bonos por pagar | | (196.211) | (194.400) |
| Otros gastos | | (32.761) | (19.573) |
| Cambio neto en la posición fiduciaria neta del plan | | 597.613 | 748.938 |
| Posición fiduciaria neta total - inicio | | (668.272) | 80.666 |
| Posición fiduciaria neta total (déficit) - final (b) | | (1.265.885) | (668.272) |
| Obligación neta por pensiones del empleador - final (a)-(b) | $ | 37.698.758 | 33.337.434 |
| Posición fiduciaria neta (déficit) del plan  como porcentaje de la obligación total por pensiones | | (3,47)% | (2,05)% |
| Nómina de empleados cubiertos | $ | 3.344.382 | 3.319.280 |
| Responsabilidad neta por pensiones de los empleadores como porcentaje de la nómina de empleados cubiertos | | 1.127,23% | 1.004,36% |

Nota: El cronograma incluye información para diez años. Se mostrarán años adicionales a medida que estén disponibles.

Ver notas adjuntas a la información complementaria obligatoria y en informe de los auditores independientes.

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Anexo de retorno sobre la inversión – Beneficios de pensiones (no auditados)

Años terminados el 30 de junio de 2016 y de 2015

### Anexo de retorno sobre la inversión

|  | 2016 | 2017 |
|---|---|---|
| Tasa de retorno anual ponderada por dinero, sin gastos de inversión | 6,7% | 4,2% |

Nota: El cronograma incluye información para diez años. Se mostrarán años adicionales a medida que estén disponibles.

Ver notas adjuntas a la información complementaria obligatoria y en informe de los auditores independientes.

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Anexo de contribuciones de los empleadores – OPEB (no auditados)

(en miles de dólares)

## Otros beneficios de atención de salud posteriores al empleo

## Anexo de contribuciones de los empleadores

| Año fiscal terminado el (1) | Contribuciones anuales requeridas | Contribuciones reales de los empleadores | Porcentaje de contribución |
|---|---|---|---|
| 30 de junio de 2016 | $ 107.739 | 93.728 | 87,0 |
| 30 de junio de 2015 | 103.878 | 97.374 | 93,7 |
| 30 de junio de 2014 | 88.508 | 102.085 | 115,3 |
| 30 de junio de 2013 | 154.999 | 91.823 | 59,2 |
| 30 de junio de 2012 | 133.654 | 94.664 | 70,8 |
| 30 de junio de 2011 | 129.395 | 93.851 | 72,5 |
| 30 de junio de 2010 | 128.294 | 88.599 | 69,1 |

(1) Las contribuciones anuales requeridas del Sistema para los ejercicios terminados el 30 de junio de 2016 y de 2015 se determinaron sobre la base de la valuación actuarial a principio del ejercicio, que se actualizó para trasladar hasta el 30 de junio de 2016 y 2015 la situación de financiamiento, asumiendo que no se producirían pérdidas ni ganancias por las obligaciones. Las valuaciones actuariales de los ejercicios anteriores se hicieron usando los datos censales de final de ejercicio.

Ver notas adjuntas a la información complementaria obligatoria y en informe de los auditores independientes.

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Anexo de evolución del financiamiento – OPEB (no auditados)

(en miles de dólares)

## Anexo de evolución del financiamiento

| Fecha de valuación actuarial (1) | Valor actuarial de los activos del plan | Total de Obligaciones Actuariales (AAL) | Total de Obligaciones Actuariales no Financiadas (UAAL) | Ratio financiada | Nómina anual cubierta | Porcentaje UAAL de la nómina anual cubierta |
|---|---|---|---|---|---|---|
| 30 de junio de 2016 $ | — | 1.349.503 | 1.349.503 | — % $ | 3.344.382 | 40,4% |
| 30 de junio de 2015 | — | 1.428.788 | 1.428.788 | — | 3.319.280 | 43,0 |
| 30 de junio de 2014 | — | 1.438.475 | 1.438.475 | — | 3.489.096 | 41,2 |
| 30 de junio de 2013 | — | 1.482.879 | 1.482.879 | — | 3.489.096 | 42,5 |
| 30 de junio de 2012 | — | 2.120.970 | 2.120.970 | — | 3.570.339 | 59,4 |
| 30 de junio de 2011 | — | 1.758.389 | 1.758.389 | — | 3.666.402 | 48,0 |
| 30 de junio de 2010 | — | 1.699.373 | 1.699.373 | — | 3.818.332 | 44,5 |

(1) La situación de financiamiento de los beneficios OPEB del Sistema al 30 de junio de 2016 y de 2015 se determinó mediante la valuación actuarial a principio del ejercicio, que se actualizó para trasladar al 30 de junio de 2016 y 2015 la situación de financiamiento, asumiendo que no se producirían pérdidas ni ganancias por las obligaciones. Las valuaciones actuariales de los ejercicios anteriores se hicieron usando los datos censales de final de ejercicio.

Ver notas adjuntas a la información complementaria obligatoria y en informe de los auditores independientes.

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Notas a la información complementaria obligatoria

30 de junio de 2016

# INFORMACIÓN COMPLEMENTARIA OBLIGATORIA

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Notas a la información complementaria obligatoria

30 de junio de 2016

**Notas a la información complementaria obligatoria**

**(1)  Cambios en las condiciones de los beneficios**

Desde la valuación previa, no se han producido cambios en las condiciones del plan.

**(2)  Cambios en los supuestos**

Los supuestos actuariales se revisan regularmente para que reflejen más fielmente la situación actual y los acontecimientos que se prevén para el futuro.

Para los ejercicios fiscales 2016 y 2015, el retorno sobre las inversiones se estimó en 6,55% para ambos ejercicios. Por consiguiente, el retorno previsto sobre las inversiones para la cuenta híbrida de contribuciones definidas (80% de las previsiones de retorno neto sobre las inversiones) para los ejercicios fiscales 2016 y 2015 es de 5,24% para ambos ejercicios.

La escala de mejora proyectada en los índices de mortalidad fue actualizada de la escala MP-2015 a la escala MP-2016, publicada por la sociedad de actuarios en octubre de 2016. Además, como la escala MP-2015 es una escala de mortalidad bidimensional, los índices básicos de mortalidad para las previsiones de mortalidad posteriores al retiro se establecieron según los índices de 2010, el año central del estudio de la experiencia del Sistema 2007-2012 sobre el que se basaron los índices. Además, los índices de mortalidad previos al retiro también se actualizaron para reflejar los cuadros de mortalidad actualizados que publicó la Sociedad de Actuarios.

La base de activos para proyectar la fecha de agotamiento es la posición fiduciaria neta del Sistema (el activo bruto más las salidas diferidas de recursos, menos el pasivo bruto, incluidos los bonos preferentes de obligaciones por pensiones por pagar, más las entradas diferidas de recursos). Según este cálculo, la posición fiduciaria neta del Sistema se agotó en el año fiscal 2015.

Asimismo, debido a las actuales dificultades fiscales, presupuestarias y financieras, la persistencia de los déficits fiscales y los riesgos de liquidez del ELA y los municipios, y a la posibilidad de que la situación financiera no mejore en el corto plazo, la fecha de agotamiento proyectada en el informe actuarial no incluye ningún monto por la contribución adicional uniforme exigida por la Ley núm. 32.

No se proyectó que la posición fiduciaria neta del Sistema estaría disponible para realizar todos los pagos futuros previstos de beneficios a los empleados actualmente activos e inactivos. Por ende, se aplicó el índice de bonos municipales libres de impuestos (Índice de comprador de bonos municipales 20 de obligación general) a todos los períodos de pagos proyectados de beneficios para determinar la obligación total por el pago de pensiones.

La tasa de descuento utilizada para determinar el total de obligaciones por pago de pensiones cayó de un 3,80% al 30 de junio de 2015 a un 2,85% al 30 de junio de 2016, calculada según la Declaración GASB núm. 67. La tasa de descuento utilizada al 30 de junio de 2014 fue de 4,29%. Según la Declaración GASB núm. 67, el supuesto sobre el retorno de las inversiones es un dato de entrada que se utiliza para calcular la tasa de interés equivalente única según la cual se descuentan estos beneficios para determinar la obligación total por pago de pensiones. De conformidad con las Declaraciones GASB núms. 25 y 27, se utilizó el supuesto sobre el retorno de la inversión para descontar todos los Beneficios Básicos del Sistema de Pensiones y los Beneficios de Pensión Administrados por el Sistema que se proyectan para determinar el total de obligaciones actuariales. Para los ejercicios fiscales 2008 a 2010 y para los ejercicios fiscales 2011, 2012 y 2013, las tasas de descuento calculadas según las Declaraciones GASB núms. 25 y 27 fueron de 7,50%, 6,40%, 6,00% y 6,40%, respectivamente.

Además, las valuaciones para los ejercicios fiscales 2016 y 2015 reflejan un congelamiento de los salarios hasta el 1 de julio de 2017, situación que responde a la Ley núm. 66 y a las condiciones económicas actuales de Puerto Rico.

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**
(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Notas a la información complementaria obligatoria

30 de junio de 2016

### (3) Cambios en los métodos actuariales desde la valuación anterior

Desde la valuación anterior, no ha habido cambios en los métodos.

En los ejercicios fiscales 2016 y 2015, la fecha de recolección de los datos del censo es a principios del ejercicio. La obligación total por pago de pensiones a finales del ejercicio se determinó según la valuación actuarial a partir de la fecha de recolección de los datos del censo, a principios del ejercicio, y luego se proyectó hasta finales del ejercicio, usando métodos prospectivos y sobre la base del supuesto de que no se producirán ni pérdidas ni ganancias por las obligaciones.

La valuación actuarial al 30 de junio de 2016 refleja un aumento de $4.361 millones en las obligaciones netas por el pago de pensiones derivado de un cambio por $3.854 millones en los supuestos, principalmente relacionado con la disminución en la tasa de descuento que establece la Declaración GASB núm. 67, de 3,80% en el año fiscal 2015 a 2,85% en el año fiscal 2016, y una posición fiduciaria neta deficitaria del plan de unos $1.266 millones al 30 de junio de 2016.

### (4) Métodos y supuestos utilizados en la valuación actuarial del Sistema

Se utilizaron los siguientes métodos y supuestos actuariales en la valuación actuarial del Sistema del 30 de junio de 2016:

| Método actuarial de costos | Edad normal de ingreso |
|---|---|
| Método de valuación de activos | Valor de mercado de los activos |
| Inflación | 2,50% |
| Índice de bonos municipales | 2,85%, según el Índice de comprador de bonos municipales 20 de obligación general |
| Aumentos salariales previstos | 3,00% por año. No se prevén aumentos en las remuneraciones hasta el 1 de julio de 2021 como resultado de la Ley núm. 3-2017 y el estado actual de la economía. |
| Mortalidad | **Mortalidad previa al retiro**<br>Para los empleados generales no amparados en la Ley núm. 127, se ajustaron las tasas de mortalidad RP-2014 para hombres y mujeres para reflejar la escala de mejora en la tasa de mortalidad MP-2016 a partir del año base 2006, y se proyectaron hacia adelante usando la escala MP-2016 en función de las generaciones. Para los miembros amparados en la Ley núm. 127, se ajustaron las tasas RP-2014 de mortalidad de empleados para hombres y mujeres de la clase obrera (cuello azul) para reflejar la escala de mejora de la tasa de mortalidad MP-2016 a partir del año base 2006, y se proyectaron hacia adelante usando la escala MP-2016 en función de las generaciones. Los cuadros generacionales reflejan las mejoras en la tasa de mortalidad tanto antes como después de la fecha de medición. |

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

(Una unidad componente del Estado Libre Asociado de Puerto Rico)

Notas a la información complementaria obligatoria

30 de junio de 2016

Un 100% de los fallecimientos durante la vida laboral activa se consideran como fallecimientos ocupacionales para los miembros amparados en la Ley núm. 127.

**Mortalidad saludable posterior al retiro:**

Se asume que los índices varían en función del género para los retirados y beneficiarios saludables sobre la base de un estudio de la experiencia del plan entre 2007 y 2012 y las nuevas expectativas con respecto a las futuras mejoras en las tasas de mortalidad. Los índices básicos de 2010 equivalen a un 92% de los índices del cuadro de mortalidad UP-1994 para los hombres y un 95% de los índices del cuadro de mortalidad UP-1994 para las mujeres; ambos se proyectaron desde 1994 hasta 2010 utilizando la escala AA. Los índices básicos se proyectan utilizando la escala MP-2016 de mejora en las tasas de mortalidad en función de las generaciones. Como cuadro generacional, refleja las mejoras en la tasa de mortalidad tanto antes como después de la fecha de medición.

**Mortalidad por discapacidad posterior al retiro:**

Se asume que los índices varían en función del género para los retirados y beneficiarios discapacitados sobre la base de un estudio de la experiencia del plan entre 2007 y 2012 y las nuevas expectativas con respecto a las futuras mejoras en las tasas de mortalidad. Los índices básicos de 2010 equivalen a un 105% de los índices del cuadro de mortalidad UP-1994 para los hombres y un 115% de los índices del cuadro de mortalidad UP-1994 para las mujeres. Los índices básicos se proyectan utilizando la escala MP-2016 de mejora en las tasas de mortalidad en función de las generaciones. Como cuadro generacional, refleja las mejoras en la tasa de mortalidad tanto antes como después de la fecha de medición.