

# GOBIERNO DE PUERTO RICO

### Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico

## Portada de Información de Divulgación del Mercado Secundario Municipal

## Junta Municipal de Reglamentación de Valores (MSRB)

## Sistema Electrónico de Acceso al Mercado Municipal (EMMA)

**ESTA PRESENTACIÓN SE RELACIONA CON UNA EMISIÓN ÚNICA DE BONOS:**

Nombre de la emisión de bonos exactamente como aparece en la portada de la Declaración Oficial:

Números CUSIP* de nueve dígitos a los que se refiere la información, si los hay:

**ESTA PRESENTACIÓN SE RELACIONA CON TODOS O VARIOS VALORES EMITIDOS POR EL EMISOR, O TODOS O VARIOS VALORES DE UN ACREEDOR ESPECÍFICO:**

Nombre del emisor: **Autoridad de Edificios Públicos de Puerto Rico**

Nombre de otra persona obligada (si corresponde):

Número(s) CUSIP* de seis dígitos: **745235**

**TIPO DE INFORMACIÓN PROPORCIONADA:**

A. ☐ **Información financiera anual y datos operativos conforme a la Regla 15c2-12**
   **Período fiscal cubierto:**

B. ☒ **Estados financieros auditados o CAFR conforme a la Regla 15c2-12**
   **Período fiscal cubierto:   2015-16**

C. ☐ **Notificación de la no presentación de la información financiera anual según requerida:**

Declaro que estoy autorizado por el emisor, el deudor o su agente para distribuir esta información públicamente.

*/f/ Sebastián M. Torres Rodríguez*
Sebastián M. Torres Rodríguez
Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico
       Como Agente Fiscal del Estado Libre Asociado

Fecha: 8 de abril de 2019



# AUTORIDAD DE EDIFICIOS PÚBLICOS

(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)

*INFORME DE AUDITORÍA INDEPENDIENTE*
*Y*
*ESTADOS FINANCIEROS BÁSICOS Y*
*OTRA INFORMACIÓN SUPLEMENTARIA*

Para los añofiscales terminados el 30 de junio de 2016 y 2015

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
ÍNDICE
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

| | Páginas |
|---|---|
| INFORME DE AUDITORÍA INDEPENDIENTE | 1 - 4 |
| DISCUSIÓN Y ANÁLISIS DE LA ADMINISTRACIÓN (sin auditar) | 5 - 20 |
| ESTADOS FINANCIEROS BÁSICOS: | |
| Estados de Situación Neta | 21 - 22 |
| Estados de Ingresos, Gastos y Cambios en la Situación Neta | 23 |
| Estados de Flujos de Efectivo | 24 - 25 |
| Notas a los Estados Financieros | 26 - 60 |
| INFORMACIÓN SUPLEMENTARIA REQUERIDA - | |
| Apéndice de Progreso de Financiamiento para Beneficios de Atención Médica Posteriores al Empleo | 62 |
| OTRA INFORMACIÓN SUPLEMENTARIA: | |
| Apéndice de Cuentas de Fondos de Amortización de Bonos | 64 |
| Apéndice de Ingresos Operativos de Alquiler | 65 |
| INFORME DE AUDITORÍA INDEPENDIENTE DEL CONTROL INTERNO SOBRE INFORMES FINANCIEROS Y SOBRE EL CUMPLIMIENTO Y OTROS ASUNTOS CON BASE EN UNA AUDITORÍA DE LOS ESTADOS FINANCIEROS REALIZADA CONFORME A LAS *NORMAS DE AUDITORÍA GUBERNAMENTAL* | 66 - 71 |



BDO PUERTO RICO, PSC
1302 Ponce De Leon Ave.
Suite 101
San Juan, Puerto Rico 00907
Tel: 787-754-3999
Fax: 787-754-3105
www.bdopr.com

BDO USVI, LLC
Foothills Professional Building
9151 Estate Thomas, Suite 201
St. Thomas, VI 00802
Tel: 340-776-0640
Fax: 340-779-8653
www.bdousvi.com

## INFORME DE AUDITORÍA INDEPENDIENTE

A la Junta Directiva de la
Autoridad de Edificios Públicos
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico):

**Informe sobre los Estados Financieros**

Hemos auditado los estados financieros básicos adjuntos de la Autoridad de Edificios Públicos (la "Autoridad"), una unidad componente del Estado Libre Asociado de Puerto Rico, que comprende los estados de situación neta al 30 de junio de 2016 y 2015, los estados relacionados de ingresos, gastos y cambios en la situación neta, estados de flujos de efectivo de los años terminados en esas fechas y las notas relacionadas a los estados financieros básicos, que en conjunto comprenden los estados financieros básicos de la Autoridad.

**Responsabilidad de la Administración por los Estados Financieros**

La administración es responsable de la preparación y presentación razonable de estos estados financieros de acuerdo con los principios de contabilidad generalmente aceptados en los Estados Unidos de América. Esto incluye el diseño, la implementación y el mantenimiento de controles internos relevantes para la preparación y presentación razonable de estados financieros que estén libres de errores importantes, ya sea debido a fraude o error.

***Responsabilidad de los Auditores***

Nuestra responsabilidad es emitir un dictamen sobre estos estados financieros básicos basado en nuestras auditorías. Realizamos nuestras auditorías de acuerdo con las normas de auditoría generalmente aceptadas en los Estados Unidos de América y las normas aplicables a las auditorías financieras contenidas en las *Normas de Auditoría Gubernamental*, emitidas por la Contraloría General de los Estados Unidos. Esas normas requieren que planifiquemos y realicemos la auditoría para obtener una seguridad razonable sobre si los estados financieros están libres de errores importantes.

Una auditoría comprende realizar procedimientos para obtener evidencia de auditoría sobre los montos y divulgaciones en los estados financieros. Los procedimientos seleccionados dependen del juicio del auditor e incluyen la evaluación de los riesgos de que existan errores materiales en los estados financieros, ya sea debido a fraude o error. Al realizar esas evaluaciones de riesgos, el auditor toma en consideración los controles internos de la entidad relevantes para la preparación y presentación razonable de los estados financieros con el fin de diseñar procedimientos de auditoría que sean apropiados para las circunstancias, pero no con el propósito de emitir un dictamen sobre la efectividad del control interno de la entidad. En consecuencia, no emitimos tal dictamen. Una auditoría también incluye la evaluación de la idoneidad de las políticas contables utilizadas y la razonabilidad de las estimaciones contables significativas realizadas por la administración, así como la evaluación de la presentación general de los estados financieros.

Consideramos que la evidencia de auditoría que hemos obtenido es suficiente y apropiada para proporcionarnos una base para nuestro dictamen de auditoría.

**Bases para el Dictamen Calificado y Divulgación de Notas Sobre Pensiones**

BDO, Puerto Rico, PSC, una Corporación de Servicios Profesionales de Puerto Rico, y BDO USVI, LLC, una Compañía de Responsabilidad Limitada de las Islas Vírgenes de los Estados Unidos, son miembros de BDO International Limited, una compañía del Reino Unido limitada por garantía, y forma parte de la red internacional BDO de firmas independientes miembro.

BDO es el nombre de marca para la red BDO y para cada Miembro de BDO.



A la Junta Directiva de la
Autoridad de Edificios Públicos
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico):
Página 2

Tal y como se discute en la Nota 20 de los estados financieros básicos, la Autoridad no ha implementado los requisitos de la Declaración Núm. 68 de la Junta de Normas de Contabilidad Gubernamental (GASB, por sus siglas en inglés), *Contabilidad e Informes Financieros para Pensiones, una enmienda de la Declaración GASB Núm. 27 (Declaración 68)*. En consecuencia, la Autoridad no ha podido determinar y contabilizar su parte proporcional del pasivo neto por pensiones, la entrada diferida de recursos y la salida diferida de recursos relacionados a los costos de pensión, y no ha reconocido el efecto de los cambios del período actual en el pasivo neto por pensiones, salida diferida de recursos y entrada diferida de recursos, ya que estos se relacionan con los costos de pensión. Los principios contables generalmente aceptados en los Estados Unidos de América requieren que el pasivo, la salida diferida de recursos y la entrada diferida de recursos relacionados con las pensiones, según corresponda, se reconozcan de acuerdo con los parámetros establecidos en la Declaración Núm. 68, así como el efecto de los cambios en el período actual de los montos mencionados anteriormente que deben reconocerse en los gastos de pensión durante el período actual. El reconocimiento de estos montos aumentaría los pasivos, aumentaría la salida diferida de recursos, aumentaría la entrada diferida de recursos, aumentaría el déficit y cambiaría el gasto de pensión. No se han determinado los montos por los cuales esta desviación afectaría los pasivos, la salida diferida de recursos, la entrada diferida de recursos, el déficit y los gastos de pensión.

Las notas adjuntas a los estados financieros básicos no revelan la información sobre el costo de pensión requerida por la Declaración Núm. 68. En nuestro dictamen, la divulgación de esta información es requerida por los principios contables generalmente aceptados en los Estados Unidos de América.

**Opinión Calificada**

En nuestro dictamen, excepto por los posibles efectos del asunto descrito anteriormente en el párrafo Base para la Opinión Calificada y Divulgación de Notas sobre Pensiones, los estados financieros mencionados anteriormente presentan razonablemente, en todos los aspectos materiales, la posición financiera de la Autoridad de Edificios Públicos al 30 de junio de 2016 y los cambios en su situación financiera para el año terminado en dicha fecha, de acuerdo con los principios de contabilidad generalmente aceptados en los Estados Unidos de América.

**Párrafo de Énfasis**

*Deterioro Financiero del Estado Libre Asociado de Puerto Rico (Estado Libre Asociado) y del Banco Gubernamental de Fomento para Puerto Rico (BGF)*

Como se discute en las Notas 3, 6 y 11 de los estados financieros básicos, la Autoridad tiene balances y transacciones importantes con el Estado Libre Asociado y el BGF. Al 30 de junio de 2016, la condición financiera y la liquidez del Estado Libre Asociado y el BGF han deteriorado y, por tanto, la cobrabilidad de los montos por cobrar del Estado Libre Asociado por los pagos a realizar al BGF puede verse afectada. Considerando la relación de la Autoridad con el Estado Libre Asociado y el BGF, la condición financiera y la liquidez de la Autoridad podrían verse similarmente afectadas. La Autoridad ha evaluado los posibles efectos de las restricciones presupuestarias y los riesgos de liquidez que enfrentan el Estado Libre Asociado y el BGF en sus estados financieros y operaciones básicas, y ha concluido que, al 30 de junio de 2016, la Autoridad continuará operando como un negocio en marcha por un período no menor a doce meses después de dicha fecha.

*Otros Asuntos*

BDO, Puerto Rico, PSC, una Corporación de Servicios Profesionales de Puerto Rico, y BDO USVI, LLC, una Compañía de Responsabilidad Limitada de las Islas Vírgenes de los Estados Unidos, son miembros de BDO International Limited, una compañía del Reino Unido limitada por garantía, y forma parte de la red internacional BDO de firmas independientes miembro.

BDO es el nombre de marca para la red BDO y para cada Miembro de BDO.



A la Junta Directiva de la
Autoridad de Edificios Públicos
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico):
Página 3

*Omisión de Información Suplementaria Requerida*

La Autoridad ha omitido el *Apéndice de la Parte Proporcional del Pasivo Neto por Pensiones de la Autoridad de Edificios Públicos*, y el *Apéndice de Contribuciones de la Autoridad de Edificios Públicos al Plan de Pensión de los Empleados*, información que los principios de contabilidad generalmente aceptados en los Estados Unidos de América requieren que se presente para suplementar los estados financieros básicos. Dicha información, si bien no forma parte de los estados financieros básicos, es requerida por la Junta de Normas de Contabilidad Gubernamental, que considera que es una parte esencial de la información financiera para poder ubicar los estados financieros básicos en un contexto operativo, económico o histórico apropiado. Nuestro dictamen sobre los estados financieros básicos no se ve afectado por la falta de esta información.

*Información Suplementaria Requerida*

Los principios de contabilidad generalmente aceptados en los Estados Unidos de América requieren que la discusión y el análisis de la administración en las páginas 5 a la 20 y el apéndice de progreso de financiamiento para beneficios de atención médica posteriores al empleo en la página 62 se presenten para suplementar los estados financieros básicos. Dicha información, aunque no forma parte de los estados financieros básicos, es requerida por la Junta de Normas de Contabilidad Gubernamental, que considera que es una parte esencial de la información financiera para poder ubicar los estados financieros básicos en un contexto operativo, económico o histórico apropiado. Hemos aplicado ciertos procedimientos limitados a la información suplementaria requerida de acuerdo con las normas de auditoría generalmente aceptadas en los Estados Unidos de América. Dichos procedimientos consistieron en hacer consultas a la administración sobre los métodos utilizados para preparar la información y comparar la información para asegurar que fuese consistente con las respuestas de la administración a nuestras consultas, los estados financieros básicos y otro datos que obtuvimos durante nuestra auditoría de los estados financieros básicos. No emitimos un dictamen ni brindamos garantía alguna sobre la información porque los procedimientos limitados no nos proporcionan evidencia suficiente para emitir un dictamen o brindar garantía alguna.

*Otra Información Suplementaria*

Nuestras auditorías se llevaron a cabo con el propósito de emitir un dictamen sobre los estados financieros que colectivamente comprenden los estados financieros básicos de la Autoridad. El apéndice de las cuentas de fondos de amortización de bonos y el apéndice de ingresos operativos de alquiler en las páginas 64 y 65, respectivamente, se presentan con fines de proveer análisis adicional y no son una parte requerida de los estados financieros básicos.

BDO, Puerto Rico, PSC, una Corporación de Servicios Profesionales de Puerto Rico, y BDO USVI, LLC, una Compañía de Responsabilidad Limitada de las Islas Vírgenes de los Estados Unidos, son miembros de BDO International Limited, una compañía del Reino Unido limitada por garantía, y forma parte de la red internacional BDO de firmas independientes miembro.

BDO es el nombre de marca para la red BDO y para cada Miembro de BDO.



A la Junta Directiva de la
Autoridad de Edificios Públicos
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico):
Página 4

El apéndice de las cuentas de fondos de amortización de bonos y el apéndice de los ingresos operativos de alquiler son responsabilidad de la administración, y se derivaron de y se relacionan directamente con la contabilidad subyacente y otros registros utilizados para preparar los estados financieros básicos. Dicha información ha sido sometida a los procedimientos de auditoría aplicados en la auditoría de los estados financieros básicos y ciertos procedimientos adicionales, incluyendo la comparación y conciliación directa de dicha información con la contabilidad subyacente y otros récords utilizados para preparar los estados financieros básicos, o con los propios estados financieros, y otros procedimientos adicionales de acuerdo con las normas de auditoría generalmente aceptadas en los Estados Unidos de América. En nuestra opinión, la información suplementaria se presenta razonablemente, en todos los aspectos materiales, en relación con los estados financieros básicos en su conjunto.

Otra Información Requerida por las *Normas de Auditoría Gubernamental*

De acuerdo con las *Normas de Auditoría Gubernamental*, también hemos emitido nuestro informe con fecha del 25 de abril de 2018, y con nuestra determinación sobre el control interno de la Autoridad sobre la información financiera, y sobre nuestras pruebas en cuanto a su cumplimiento con ciertas disposiciones legales, reglamentarias, contractuales y de acuerdos de subvención y otros asuntos. El propósito de ese informe es describir el alcance de nuestras pruebas de control interno sobre la información financiera y el cumplimiento y los resultados de esas pruebas, y no proporcionar una opinión en cuanto al control interno sobre la información financiera o sobre el cumplimiento. Ese informe es una parte integral de una auditoría realizada conforme a las *Normas de Auditoría Gubernamental* al considerar el control interno de la Autoridad sobre la información financiera y el cumplimiento.

*BDO Puerto Rico P.S.C.*

San Juan, Puerto Rico

25 de abril de 2018
Contadores Públicos Certificados
(de Puerto Rico)

Licencia Núm. 53, vence el 1 de diciembre de 2018
Se ha colocado el sello Núm. E315301 de la Sociedad
de Contadores Públicos Certificados de P.R. en la copia
del archivo de este informe.

BDO, Puerto Rico, PSC, una Corporación de Servicios Profesionales de Puerto Rico, y BDO USVI, LLC, una Compañía de Responsabilidad Limitada de las Islas Vírgenes de los Estados Unidos, son miembros de BDO International Limited, una compañía del Reino Unido limitada por garantía, y forma parte de la red internacional BDO de firmas independientes miembro.

BDO es el nombre de marca para la red BDO y para cada Miembro de BDO.

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
DISCUSIÓN Y ANÁLISIS DE LA ADMINISTRACIÓN (SIN AUDITAR)
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

**Introducción**

Como administración de la Autoridad de Edificios Públicos ("la Autoridad"), ofrecemos a los lectores de los estados financieros de la Autoridad este resumen narrativo y análisis de las actividades financieras de la Autoridad para los años fiscales terminados el 30 de junio de 2016 y 2015. Alentamos a los lectores a considerar la información presentada aquí junto con los estados financieros básicos tomados en su totalidad.

**Aspectos Financieros Más Destacados**

- El déficit de la Autoridad aumentó en $255.8 millones o un 87.4% durante el año finalizado el 30 de junio de 2016. Para el año finalizado el 30 de junio de 2015, el déficit aumentó en $12.2 millones o 4.4%. Para el año finalizado el 30 de junio de 2016, la Autoridad reportó una disminución en los ingresos de alquiler de $201.5 millones. Para el añofinalizado el 30 de junio de 2015, la Autoridad reportó una disminución en los ingresos de alquiler de $4.8 millones. Durante el año finalizado el 30 de junio de 2016, la Autoridad redujo los ingresos de alquiler en $222.5 millones a resultado de un estimado más conservador de los montos incobrables adeudados por el Estado Libre Asociado. Durante el año finalizado el 30 de junio de 2015, la Autoridad redujo los ingresos por alquiler en $2.5 millones por los montos incobrables estimados. Durante el año finalizado el 30 de junio de 2016, la Autoridad cargó el alquiler para el servicio de la deuda en $13.4 millones para el reembolso de la Línea de Crédito del BGF. Durante el año finalizado el 30 de junio de 2016, los gastos operativos disminuyeron en $2.6 millones o 1.2%. Durante el año finalizado el 30 de junio de 2015, los gastos operativos disminuyeron en $13.3 millones o 5.7%.

- Los ingresos operativos de la Autoridad disminuyeron de $186.8 millones para el año finalizado el 30 de junio de 2015 a un exceso de gastos sobre los ingresos que ascendieron a $12.1 millones para el año finalizado el 30 de junio de 2016, principalmente debido a la reducción de los ingresos por alquiler de $222. 5 millones, por montos incobrables estimados.

- Los ingresos no operativos de la Autoridad disminuyeron de $42.1 millones alaño finalizado el 30 de junio de 2015 a $37.7 millones al año finalizado el 30 de junio de 2016, debido principalmente a la disminución en las subvenciones operativas de $4.4 millones recibidas del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") para pagar los gastos de intereses generados en el año anterior por la línea de crédito operativa con el BGF.

- Los gastos no operativos de la Autoridad aumentaron de $241.2 millones al año finalizado el 30 de junio de 2015 a $281.3 millones alaño finalizado el 30 de junio de 2016, principalmente debido a la pérdida por riesgo de crédito de contraparte en depósitos mantenidos con el BGF por un monto de $40.6 millones.

**Resumen de los Estados Financieros Básicos**

Los estados financieros básicos de la Autoridad consisten en: Discusión y Análisis de la Administración ("DyAA"), Estados Financieros Básicos, Notas a los Estados Financieros, Información Suplementaria Requerida y Otra Información Suplementaria.

**Discusión y Análisis de la Administración**

5

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
DISCUSIÓN Y ANÁLISIS DE LA ADMINISTRACIÓN (SIN AUDITAR)
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

La discusión de la administración proporciona un análisis para ayudar a los lectores a enfocarse en los asuntos y actividades financieras importantes e identificar cualquier cambio significativo en la situación financiera. Su objetivo es servir como una introducción a los estados financieros básicos de la Autoridad.

### Estados Financieros Básicos

El *Estado de Situación Neta* presenta información financiera sobre todos los activos, salida diferida de recursos y pasivos de la Autoridad con la diferencia reportada como situación neta. Con el tiempo, los aumentos o disminuciones en la situación neta pueden servir como un indicador útil de si la situación financiera de la Autoridad está mejorando o deteriorándose. La situación neta aumenta cuando los ingresos exceden los gastos. Los aumentos a los activos, sin un aumento correspondiente a los pasivos, dan como resultado un aumento neto de la situación, lo que también indica una mejor situación financiera.

El *Estado de Ingresos, Gastos y Cambios en la Situación Neta* presenta información que muestra cómo la situación neta de la Autoridad cambió durante el período y se informa tan pronto como ocurre el evento subyacente, independientemente del momento en que ocurran los flujos de efectivo relacionados. Por lo tanto, en este estado financiero se informan ingresos y gastos para algunos conceptos que solo darán lugar a flujos de efectivo en períodos fiscales futuros.

El *Estado de Flujos de Efectivo* informa sobre los recibos de efectivo, pagos en efectivo y cambios netos en efectivo resultantes de las operaciones, actividades de financiamiento no relacionadas con el capital, actividades de financiamiento relacionadas con el capital y actividades de inversión.

Las *Notas a los Estados Financieros* proporcionan información adicional que es esencial para la plena comprensión de los datos proporcionados en los estados financieros básicos.

### Información Suplementaria Requerida

La información suplementaria requerida proporciona información sobre el progreso de la Autoridad en el financiamiento de los beneficios de atención médica posteriores al empleo para los empleados.

### Otra Información Suplementaria

Además de los estados financieros básicos, las notas adjuntas y la información suplementaria requerida, varios apéndices presentan cierta información sobre los cambios en las cuentas de fondos de amortización de bonos y el detalle de los ingresos operativos por alquiler.

### Análisis Financiero General

Como se señaló anteriormente, la situación neta al transcurrir del tiempo puede servir como un indicador útil de la situación financiera de un gobierno. En el caso de la Autoridad, el déficit al 30 de junio de 2016, 2015 y 2014 arrojó aproximadamente $548.5 millones, $292.7 millones y $280.5 millones, respectivamente.

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
DISCUSIÓN Y ANÁLISIS DE LA ADMINISTRACIÓN (SIN AUDITAR)
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

**Estados de Situación Neta**

A continuación se presenta información financiera resumida de los estados de situación neta de la
Autoridad:

| | 30 de junio de | | |
|---|---|---|---|
| | **2016** | **2015** | **2014** |
| **Activo** | | | |
| Activo corriente | $ 123, 085,453 | $ 160,856,633 | $ 178,375,177 |
| Activo fijo | 3,509,135,717 | 3,584,576,037 | 3,595,354,158 |
| Otro activo no corriente | 203,911,657 | 433,538,581 | 499,394,050 |
| Activo Total | 3,836,132,827 | 4,178,971,251 | 4,273,123,385 |
| Pérdida diferida en bonos anulados | 98,828,558 | 107,602,547 | 116,376,535 |
| Activo total y salida diferida de recursos | 3,934,961,385 | 4,286,573,798 | 4,389,499,920 |
| **Pasivo** | | | |
| Pasivo corriente | $ 263,510,085 | $ 274,382,923 | $ 266,895,799 |
| Pasivo no corriente | 4,219,982,964 | 4,304,905,231 | 4,403,071,175 |
| Pasivo Total | 4,483,493,049 | 4,579,288,154 | 4,669,966,974 |
| **Déficit** | | | |
| Inversión neta en activos fijos | (103,044,918) | 31,690,664 | 20,160,084 |
| Restringido | - | 8,800,871 | 11,525,693 |
| Déficit | (445,486,746) | (333,205,891) | (312,152,831) |
| Déficit Total | $ (548,531,664) | $ (292,714,356) | $ (280,467,054) |

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
DISCUSIÓN Y ANÁLISIS DE LA ADMINISTRACIÓN (SIN AUDITAR)
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

**Activo corriente (en millones)**



| | Efectivo | Alquiler por cobrar, neto | Otras cuentas por cobrar | Otro activo corriente |
|---|---|---|---|---|
| 2016 | $11.7 | $107.9 | $2.5 | $1.0 |
| 2015 | 60.4 | 97.0 | 2.1 | 1.4 |
| 2014 | 135.1 | 40.4 | 0.7 | 2.2 |

Al comparar el 30 de junio de 2016 con el 30 de junio de 2015, el activo corriente disminuyó en $37.8 millones o 23.5%. Esta disminución resulta principalmente por una disminución en el efectivo y equivalentes de efectivo de aproximadamente $48.7 millones, principalmente relacionados con la disminución en el saldo de los certificados de depósito y la pérdida por riesgo de crédito de contraparte en depósitos mantenidos con el BGF por un monto de $40.6 millones.

Al comparar el 30 de junio de 2015 con el 30 de junio de 2014, el activo corriente disminuyó en aproximadamente $17.5 millones o 9.8%. Esta disminución resulta principalmente por una disminución en el efectivo y equivalentes de efectivo de aproximadamente $74.7 millones, como resultado de la disminución en el saldo de los certificados de depósito depositado en la banca comercial y el BGF.

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
DISCUSIÓN Y ANÁLISIS DE LA ADMINISTRACIÓN (SIN AUDITAR)
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

**Activo fijo (en millones)**



| | Terrenos | Construcción en proceso | Edificios, netos | Equipos y vehículos, netos |
|---|---|---|---|---|
| 2016 | $129.6 | $62.1 | $3,314.1 | $3.3 |
| 2015 | 129.6 | 111.9 | 3,340.0 | 3.1 |
| 2014 | 129.5 | 136.4 | 3,326.4 | 3.1 |

La construcción en progreso consiste principalmente de los costos incurridos – incluyendo los intereses capitalizados y los costos administrativos – en la construcción de nuevas instalaciones o la mejora de instalaciones existentes. Durante el año que terminó el 30 de junio de 2012, la Autoridad comenzó con el Programa Escuelas para el Siglo XXI (el "Programa Escolar"), que consiste en la construcción o mejora de más de 100 escuelas públicas.

La Autoridad contrató los servicios de la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico ("AFI"), una unidad componente del Estado Libre Asociado, para servir como gerente de construcción. Según el contrato, la AFI es responsable de la gestión del programa, incluyendo, entre otros, la contratación de contratistas y/o subcontratistas generales, inspección, supervisión y aceptación de las escuelas remodeladas y, en ciertos casos, proporciona mantenimiento a las escuelas. La AFI factura a la Autoridad el costo del programa más una tarifa administrativa.

Al 30 de junio de 2016, 2015 y 2014, la construcción en curso incluye aproximadamente $399 mil, $31.9 millones y $88.9 millones, respectivamente, relacionados con el Programa Escolar.

Cuando se completan las instalaciones en construcción, el costo de la instalación se transfiere a la cuenta de edificios donde la Autoridad comienza a registrar la depreciación de la instalación y cobra el alquiler a los inquilinos de la instalación.

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
DISCUSIÓN Y ANÁLISIS DE LA ADMINISTRACIÓN (SIN AUDITAR)
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

**Otro activo no corriente (en millones)**



| | Efectivo restringido | Alquiler por cobrar, neto | Por cobrar del Estado Libre Asociado de Puerto Rico, neto | Costo de bonos emitidos y seguro prepago de bonos | Otros |
|---|---|---|---|---|---|
| 2016 | $191.1 | $- | $- | $7.4 | $5.4 |
| 2015 | 263.6 | 54.8 | 101.0 | 8.1 | 6.1 |
| 2014 | 341.8 | 43.5 | 98.9 | 8.7 | 6.6 |

El efectivo restringido consiste principalmente en efectivo o efectivo invertido depositado en fondos de amortización de bonos y fondos de construcción. Los montos depositados en fondos de amortización de bonos están restringidos para el pago de capital e intereses de bonos. Las cantidades depositadas en los fondos de construcción están restringidas para el pago de los costos incurridos en la construcción de nuevas instalaciones o las mejoras de las instalaciones existentes.

Durante los años terminados el 30 de junio de 2016 y 2015, el efectivo y los equivalentes de efectivo restringidos disminuyeron en aproximadamente $68.9 millones y $78.2 millones o 27% y 23%, respectivamente, principalmente debido a una disminución en el fondo de construcción para el dinero utilizado para financiar el costo de las instalaciones construidas durante el año, especialmente las escuelas bajo el Programa Escolar y la pérdida por riesgo de crédito de contraparte por valor de $12.4 millones durante el año 2016.

Los alquileres por cobrar incluidos como activo no corriente representan la parte del monto adeudado por agencias, corporaciones públicas y municipios del Estado Libre Asociado que la administración de la Autoridad cree que no se cobrará durante los próximos doce (12) meses. Durante el año finalizado el 30 de junio de 2016, los alquileres por cobrar no corrientes se reservaron por completo como incobrables. Durante el año que finalizó el 30 de junio de 2015, las cuentas por cobrar no corrientes aumentaron en $11.4 millones, debido a la reducción de los pagos realizados por el Estado Libre Asociado. Al 30 de junio de 2015, este monto es neto de una reserva estimada para montos incobrables de $20. 9 millones.

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
DISCUSIÓN Y ANÁLISIS DE LA ADMINISTRACIÓN (SIN AUDITAR)
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

Las cuentas por cobrar del Estado Libre Asociado al 30 de junio de 2016, 2015 y 2014 consisten en los costos incurridos en proyectos que no se completaron y que fueron cancelados por el Estado Libre Asociado. La Oficina de Gerencia y Presupuesto de Puerto Rico (OGP) acordó que, sujeto a ciertos procedimientos de auditoría, le pagará este monto a la Autoridad. Al 30 de junio de 2016, el monto de $102.5 millones está totalmente reservado.

Otros activos no corrientes al 30 de junio de 2016, 2015 y 2014 consisten principalmente en pagarés por cobrar a agencias gubernamentales, el costo de propiedades mantenidas para la venta y los costos incurridos en la construcción de instalaciones para otras agencias gubernamentales.

**Pasivos corrientes (en millones)**



| | Cuentas por pagar | Gastos acumulados | Línea de Crédito | Bonos e intereses por pagar | Alquiler cobrado por adelantado | Por pagar a contratistas |
|---|---|---|---|---|---|---|
| 2016 | $21.0 | $13.4 | $- | $221.0 | $2.2 | $5.9 |
| 2015 | 36.6 | 15.2 | - | 207.6 | 4.9 | 10.1 |
| 2014 | 37.9 | 16.3 | 0.3 | 197.8 | 9.9 | 6.5 |

Las cuentas por pagar consisten en montos adeudados a proveedores por la adquisición de bienes y servicios. Además, incluye montos adeudados a agencias gubernamentales y corporaciones públicas por electricidad y otros servicios relacionados y el monto adeudado a AFI.

Durante el año finalizado el 30 de junio de 2016, el alquiler cobrado por adelantado disminuyó en $2.7 millones o 55.1%.

Durante el año finalizado el 30 de junio de 2015, el alquiler cobrado por adelantado disminuyó en $4.7 millones o 49% en comparación con el año fiscal 2014. La OGP redujo sus pagos en el año fiscal 2014-2015 por el exceso de dinero pagado en años anteriores.

Los gastos acumulados por pagar incluyen la parte actual de las ausencias compensadas, otros beneficios posteriores al empleo, los beneficios por terminación voluntaria y otros gastos acumulados tales como las retenciones de impuestos sobre la nómina y la parte actual de contingencias legales acumuladas.
Los bonos e intereses por pagar consisten en la porción actual de los montos adeudados al 30 de junio de 2016 y 2015 de acuerdo con el cronograma de pago de la deuda.

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
DISCUSIÓN Y ANÁLISIS DE LA ADMINISTRACIÓN (SIN AUDITAR)
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

Las cuentas por pagar a los contratistas representan el saldo de los proyectos en construcción. Normalmente, los contratistas presentan facturas de progreso para los proyectos en proceso y la Autoridad paga estas facturas, excepto la parte de retención. Esta retención se utiliza como garantía de que el contratista completará el proyecto de acuerdo con los requisitos del contrato. Normalmente, la retención se pagará una vez completados y aceptados los proyectos, según lo determinen los ingenieros de la Autoridad.

**Pasivo no corriente (en millones)**



| | Bonos por pagar | Línea de Crédito | Otros |
|---|---|---|---|
| 2016 | $3,987.2 | $182.2 | $50.6 |
| 2015 | 4,077.0 | 178.2 | 49.7 |
| 2014 | 4,169.4 | 175.5 | 58.2 |

La disminución de los bonos por pagar durante los años terminados el 30 de junio de 2016 y 2015, consiste en los pagos realizados durante cada año fiscal de acuerdo con el cronograma de pagos relacionado.

La Autoridad tiene varios acuerdos de línea de crédito con el BGF. Algunos de los acuerdos son para proporcionar financiamiento provisional para la construcción de las instalaciones de la Autoridad, mientras que otros son para financiar operaciones, incluyendo el financiamiento de los requisitos de servicio de la deuda en virtud de los acuerdos de bonos.

Otros pasivos no corrientes al 30 de junio de 2016 y 2015 consisten principalmente en la porción no corriente de beneficios para empleados posteriores al retiro, reclamaciones legales, beneficios por terminación voluntaria y anticipos de otras agencias. Estos montos aumentaron en $945 mil en total: disminución de $1.5 millones en beneficios por terminación voluntaria, aumento de S 1.9 millones en otros beneficios posteriores al empleo, aumento de S 1.3 millones en ausencias compensadas, aumento de la reserva legal de $1.3 millones, disminución de
$2.4 millones adeudados a contratistas y aumento de anticipos de otras agencias gubernamentales de $277 mil. Estas cantidades se mantuvieron comparables durante los años fiscales 2016 y 2015.

Estados de Ingresos, Gastos y Cambios en el Déficit

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
DISCUSIÓN Y ANÁLISIS DE LA ADMINISTRACIÓN (SIN AUDITAR)
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

A continuación se presenta información financiera resumida de los estados de ingresos, gastos y cambios en el déficit de la Autoridad:

| | Años finalizados el 30 de junio de | | |
| | 2016 | 2015 | 2014 |
|---|---|---|---|
| **INGRESOS** | | | |
| Operativos | 205,780,405 | 407,268,438 | 412,834,715 |
| No operativos | 37,656,576 | 42,134,794 | 253,196,092 |
| Total | 243,436,981 | 449,403,232 | 666,030,807 |
| **GASTOS** | | | |
| Operativos | 217,905,876 | 220,476,925 | 234,533,733 |
| No operativos | 281,348,413 | 241,173,609 | 250,341,474 |
| Total | 499,254,289 | 461,650,534 | 484,875,207 |
| Cambio en situación neta | (255,817,308) | (12,247,302) | 181,155,600 |
| **Déficit** | | | |
| Principio del año | (292,714,356) | (280,467,054) | (461,622,654) |
| Final del año | $ (548,531,664) | $ (292,714,356) | $ (280,467,054) |

**Ingresos operativos**

Los ingresos operativos consisten principalmente en cargos de alquiler a agencias, corporaciones públicas y municipios del Estado Libre Asociado. Los ingresos operativos disminuyeron $201.5 millones de 2015 a 2016 principalmente como resultado de gastos por montos incobrables reconocidos de $222.5 por alquileres por cobrar de agencias y corporaciones públicas del Estado Libre Asociado.

Los ingresos operativos disminuyeron $5.6 millones de 2014 a 2015 como resultado de la reducción en el alquiler estimado realizado por el Estado Libre Asociado. Además, durante el año finalizado el 30 de junio de 2015, los ingresos por alquiler son netos de una reserva estimada para montos incobrables de $2.5 millones.

13

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
DISCUSIÓN Y ANÁLISIS DE LA ADMINISTRACIÓN (SIN AUDITAR)
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

**Gastos (en millones)**

La siguiente gráfica revela los principales componentes de los gastos operativos para los años terminados el 30 de junio de 2016, 2015 y 2014:



| | Salarios y beneficios | Depreciación | Servicios públicos | Reparaciones | Reserva legal | Otros |
|---|---|---|---|---|---|---|
| 2016 | $79.9 | $91.6 | $15.5 | $14.7 | $1.8 | $14.4 |
| 2015 | 81.8 | 91.0 | 21.8 | 12.9 | (2.7) | 15.7 |
| 2014 | 83.0 | 87.3 | 22.5 | 23.2 | 0.3 | 18.2 |

Durante el año finalizado el 30 de junio de 2016, los gastos operativos disminuyeron en $2.6 millones o 1.2% en comparación con el año fiscal 2015. Los salarios y beneficios disminuyeron en aproximadamente $1.9 millones. El gasto de reserva legal aumentó $4.5 millones debido a un aumento en la provisión de contingencias legales. El gasto por depreciación aumentó en $645 mil debido al aumento en los proyectos transferidos cuando se completaron y comenzaron a depreciarse. Los gastos de reparación y mantenimiento aumentaron en $1.8 millones. Los otros gastos disminuyeron en $1.7 millones. Los servicios públicos disminuyeron en aproximadamente $6.3 millones.

Durante el año finalizado el 30 de junio de 2015, los gastos operativos disminuyeron en $13.3 millones o 5.7% en comparación con el año fiscal 2014. Los salarios y beneficios disminuyeron en aproximadamente $1.2 millones. El gasto de reserva legal disminuyó en $3.0 millones debido a una reducción en la provisión de contingencias legales. El gasto de depreciación aumentó en $3.7 millones debido al aumento en los proyectos transferidos cuando se completaron y comenzaron a depreciarse. Los gastos de reparación y mantenimiento disminuyeron en $10.2 millones. Los servicios profesionales, incluidos dentro de otros gastos, disminuyeron en $2.6 millones y una reducción de los gastos administrados capitalizados para la construcción en progreso hizo que los gastos se redujeran en $2.2 millones.

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
DISCUSIÓN Y ANÁLISIS DE LA ADMINISTRACIÓN (SIN AUDITAR)
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

Los gastos no operativos consisten en intereses pagados y acumulados sobre los bonos y líneas de crédito de la Autoridad con el BGF por un monto de $240.8 y $241.2 millones durante los años terminados el 30 de junio de 2016 y 2015, respectivamente. Además, se registró una pérdida por riesgo de crédito de contraparte de $41 millones durante el año finalizado el 30 de junio de 2016.

**Ingresos y/o Gastos No Operativos**

Durante los años terminados el 30 de junio de 2016 y 2015, la Autoridad recibió un subsidio del Gobierno Federal por un monto de aproximadamente $36.1 y $36.0 millones, respectivamente, para el pago de intereses sobre los bonos de las Series R y T emitidos durante 2012.

Durante los años terminados el 30 de junio de 2016 y 2015, la Autoridad recibió subvenciones operativas del Estado Libre Asociado para financiar gastos operativos por un monto aproximado de $832 mil y $5.3 millones, respectivamente. Durante el año finalizado el 30 de junio de 2016, las subvenciones operativas disminuyeron en $4.4 millones.

Durante el año finalizado el 30 de junio de 2015, las subvenciones operativas disminuyeron en $209.1 millones, principalmente debido a los $192.9 millones recibidos en el año fiscal 2014 para pagar saldos de líneas de crédito. Para el año finalizado el 30 de junio de 2015, el subsidio consistió en $4.2 millones para pagar la línea de crédito otorgada por el BGF para cubrir los gastos de nómina y proveedores. Además, la Autoridad recibió $1.1 millones de otras subvenciones legislativas.

**Subvenciones de capital**

Las subvenciones de capital consisten en asignaciones anuales del Estado Libre Asociado que están restringidas a los costos financieros de construcción o mejora de las instalaciones de la Autoridad.

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
DISCUSIÓN Y ANÁLISIS DE LA ADMINISTRACIÓN (SIN AUDITAR)
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

**Activo Fijo:**

El activo fijo al 30 de junio de 2016 y 2015 consistió en:

| | 30 de junio de | | |
|---|---|---|---|
| | **2016** | **2015** | **Cambio** |
| Activo fijo no sujeto a depreciación | | | |
| Terrenos | $ 129,569,461 | $ 129,550,969 | $ 18,492 |
| Construcción en proceso | 62,091,446 | 111,941,071 | (49,849,625) |
| Total | 191,660,907 | 241,492,040 | (49,831,133) |
| | | | |
| Activo fijo sujeto a depreciación, neto de depreciación acumulada | | | |
| Edificios | 3,314,131,540 | 3,339,965,262 | (25,833,722) |
| Equipos y vehículos | 3,343,270 | 3,118,735 | 224,535 |
| Total | 3,317,474,810 | 3,343,083,997 | (25,609,187) |
| | | | |
| Activo Fijo Neto | $ 3,509,135,717 | $ 3,584,576,037 | $ (75,440,320) |

| | 30 de junio de | | |
|---|---|---|---|
| | **2015** | **2014** | **Cambio** |
| Activo fijo no sujeto a depreciación | | | |
| Terrenos | $ 129,550,969 | $ 129,524,461 | $ 26,508 |
| Construcción en proceso | 111,941,071 | 136,376,177 | (24,435,106) |
| Total | 241,492,040 | 265,900,638 | (24,408,598) |
| | | | |
| Activo fijo sujeto a depreciación, neto de depreciación acumulada | | | |
| Edificios | 3,339,965,262 | 3,326,364,222 | 13,601,040 |
| Equipos y vehículos | 3,118,735 | 3,089,298 | 29,437 |
| Total | 3,343,083,997 | 3,329,453,520 | 13,630,477 |
| | | | |
| Activo Fijo Neto | $ 3,584,576,037 | $ 3,595,354,158 | $ (10,778,121) |

**30 de junio de 2016 y 2015**

La inversión de la Autoridad en activos fijos al 30 de junio de 2016 y 2015 ascendió a aproximadamente $3.5 y $3.6 mil millones, neto de depreciación acumulada, respectivamente. El activo fijo incluye terrenos, mejoras de terrenos, construcción en progreso, edificios, equipos, muebles y vehículos. La mayoría de los edificios consisten en instalaciones gubernamentales que se arriendan a las agencias y corporaciones públicas del Estado Libre Asociado. Para obtener más información, consulte la Nota 12 de los estados financieros básicos.

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
DISCUSIÓN Y ANÁLISIS DE LA ADMINISTRACIÓN (SIN AUDITAR)
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

Durante los años terminados el 30 de junio de 2016 y 2015, la Autoridad invirtió aproximadamente $35.8 millones y $86.4 millones, respectivamente, para la construcción de edificios que serán arrendados al Estado Libre Asociado. La disminución de la inversión está relacionada principalmente con el proyecto de Escuelas del Siglo XXI, que es el proyecto de construcción más importante para la Autoridad durante el año anterior. Esta actividad de construcción se financió a través de líneas de crédito provisionales con el BGF y el producto de las emisiones de bonos.

**30 de junio de 2015 y 2014**

La inversión de la Autoridad en activo fijo al 30 de junio de 2015 y 2014 ascendió a aproximadamente $3.6 mil millones, neto de la depreciación acumulada. El activo fijo incluye terrenos, mejoras de terrenos, construcción en progreso, edificios, equipos, muebles y vehículos. La mayoría de los edificios consiste en instalaciones gubernamentales que se arriendan a las agencias y corporaciones públicas del Estado Libre Asociado. Para obtener más información, consulte la Nota 12 de los estados financieros básicos.

Durante los años terminados el 30 de junio de 2015 y 2014, la Autoridad invirtió aproximadamente $86.4 millones y $74.8 millones, respectivamente, para la construcción de edificios que serán arrendados al Estado Libre Asociado. El aumento de la inversión está relacionado principalmente con el proyecto de Escuelas del Siglo XXI, que es el proyecto de construcción más importante para la Autoridad durante el año fiscal. Esta actividad de construcción se financió a través de líneas de crédito provisionales con el BGF y el producto de las emisiones de bonos.

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
DISCUSIÓN Y ANÁLISIS DE LA ADMINISTRACIÓN (SIN AUDITAR)
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

**Administración de la Deuda**

La deuda consiste principalmente en bonos por pagar, netos de descuentos o primas de bonos no amortizados relacionados, y préstamos bajo acuerdos de línea de crédito con el BGF. La deuda se emitió principalmente para financiar activos fijos y para financiar gastos operativos y se resume de la siguiente manera:

| | 30 de junio de | | |
| | 2016 | 2015 | Cambio |
|---|---|---|---|
| Bonos de ingresos | $ 37,315,000 | $ 37,315,000 | $ - |
| Instalaciones del Gobierno | 4,028,647,000 | 4,110,647,000 | (82,000,000) |
| Total | 4,065,962,000 | 4,147,962,000 | (82,000,000) |
| Agregar (descontar): | | | |
| Descuentos de bonos | (25,246,416) | (26,597,576) | 1,351,160 |
| Primas de bonos | 32,598,039 | 37,667,809 | (5,069,770) |
| Pérdida diferida en bonos anulados | - | - | - |
| Total | 7,351,623 | 11,070,233 | (3,718,610) |
| Bonos por pagar netos | 4,073,313,623 | 4,159,032,233 | (85,718,610) |
| Líneas de crédito con el BGF | 182,160,106 | 178,183,854 | 3,976,252 |
| Deuda Total | $ 4,255,473,729 | $ 4,337,216,087 | $ (81,742,358) |

| | 30 de junio de | | |
| | 2015 | 2014 | Cambio |
|---|---|---|---|
| Bonos de ingresos | $ 37,315,000 | $ 37,315,000 | $ - |
| Instalaciones del Gobierno | 4,110,647,000 | 4,193,282,000 | (82,635,000) |
| Total | 4,147,962,000 | 4,230,597,000 | (82,635,000) |
| Agregar (descontar): | | | |
| Descuentos de bonos | (26,597,576) | (27,949,784) | 1,352,208 |
| Primas de bonos | 37,667,809 | 43,496,799 | (5,828,990) |
| Pérdida diferida en bonos anulados | - | - | - |
| Total | 11,070,233 | 15,547,015 | (4,476,782) |
| Bonos por pagar netos | 4,159,032,233 | 4,246,144,015 | (87,111,782) |
| Líneas de crédito con el BGF | 178,183,854 | 175,453,091 | 2,730,763 |
| Deuda Total | $ 4,337,216,087 | $ 4,421,597,106 | $ (84,381,019) |

**30 de junio de 2016 y 2015**

Durante el año finalizado el 30 de junio de 2016, los bonos por pagar disminuyeron en aproximadamente $82.0 millones antes de la amortización del descuento de los bonos y primas debido al cronograma de pagos de capital de los bonos. Durante el año fiscal 2016, la Autoridad no realizó pagos por las líneas de crédito disponibles;

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
DISCUSIÓN Y ANÁLISIS DE LA ADMINISTRACIÓN (SIN AUDITAR)
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

se obtuvieron ingresos por $3.9 millones. Además, no se pagaron los intereses programados para el año sobre dicha línea de créditos.

**30 de junio de 2015 y 2014**

Durante el año finalizado el 30 de junio de 2015, los bonos por pagar disminuyeron en aproximadamente $82.6 millones antes de la amortización del descuento de los bonos y primas debido al cronograma de pagos de capital de los bonos. Durante el año fiscal 2015, la Autoridad no realizó pagos por las líneas de crédito disponibles, se obtuvieron ingresos por $2.8 millones. Sin embargo, se realizaron pagos de intereses de $4.2 millones. La fuente de reembolso provino de los fondos recibidos de las emisiones de bonos del Estado Libre Asociado de Puerto Rico.

**Hechos conocidos actuales**

*No Implementación de los Requisitos de la Nueva Norma Contable para Pensiones*

Como se revela en la Nota 20 a los estados financieros básicos, la Autoridad no pudo implementar los requisitos de la Declaración Núm. 68 de la Junta de Normas de Contabilidad Gubernamental, Contabilidad e Informes Financieros para Pensiones (GASB 68). La incapacidad de la Autoridad para implementar los requisitos de la GASB 68 se debió a la falta de disponibilidad de la información requerida que se esperaba que proporcionara el Sistema de Retiro de los Empleados del Estado Libre Asociado de Puerto Rico y sus Instrumentalidades (el "Sistema"), un fondo fiduciario de pensiones del Estado Libre Asociado, que no está bajo la administración y el control de la Autoridad. Por lo tanto, a la fecha de este informe, no se sabe cuándo se proporcionará la información requerida para que la Autoridad pueda implementar los requisitos de la GASB 68 y, por lo tanto, la Autoridad no puede determinar el posible impacto en sus estados financieros básicos. Esta situación resultó en la emisión de un dictamen calificado de nuestros auditores externos.

*Deterioro Financiero del Estado Libre Asociado de Puerto Rico (Estado Libre Asociado) y del Banco Gubernamental de Fomento para Puerto Rico (BGF)*

Como se revela en la Nota 3, la situación financiera y la liquidez del Estado Libre Asociado y el BGF se han deteriorado y, por lo tanto, ciertas cantidades adeudadas por el Estado Libre Asociado que están designadas para el pago de ciertas cantidades adeudadas al BGF no pueden ser cobradas. Teniendo en cuenta la relación de la Autoridad con el Estado Libre Asociado y el BGF, la condición financiera y la liquidez de la Autoridad podrían verse afectadas de manera similar. La Autoridad ha evaluado los posibles efectos de las restricciones presupuestarias y los riesgos de liquidez que enfrenta el Estado Libre Asociado y el BGF sobre sus estados financieros y operaciones básicas, y ha concluido que, al 30 de junio de 2016, la Autoridad continuará operando como un negocio en marcha por un período no menor a doce meses después de dicha fecha.

*Efectos de los Huracanes Irma y María*

El 6 de septiembre de 2017, el huracán Irma pasó al norte de Puerto Rico y el 20 de septiembre de 2017, Puerto Rico recibió un golpe directo del huracán María. Las propiedades de la Autoridad se vieron gravemente afectadas y la pérdida estimada aún no se ha determinado.

Para poder dar órdenes de compra a los contratistas y poder comenzar a reparar los daños causados a sus propiedades, [la Autoridad] obtuvo un anticipo de $5 millones de la compañía de seguros. La compañía

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
DISCUSIÓN Y ANÁLISIS DE LA ADMINISTRACIÓN (SIN AUDITAR)
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

de seguros pagará a la Autoridad su cobertura de seguro por los daños, luego, la Agencia Federal para el Manejo de Emergencias (*Federal Emergency Management Agency* – FEMA) reembolsará a la Autoridad un monto deducible o copago por los costos realmente pagados. La Autoridad espera recapturar de la Compañía de Seguros y FEMA la cantidad total para retornar las propiedades como estaban antes de los Huracanes.

**Cómo Contactar a la Administración Financiera de la Autoridad**

Este informe financiero está diseñado para proporcionar una visión general de las finanzas de la Autoridad para todas las partes interesadas. Las preguntas relacionadas con la información proporcionada en este informe o la solicitud de información financiera adicional deben dirigirse a la Oficina del Contralor, Autoridad de Edificios Públicos, PO Box 41029, San Juan, PR 00940-1029.

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
ESTADO DE SITUACIÓN NETA (DÉFICIT)
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

|  | 2016 | 2015 |
|---|---|---|
| **ACTIVOS** | | |
| Activos corrientes: | | |
| Efectivo y activos líquidos e inversiones de fácil realización, netos de la reserva de pérdida por riesgo de crédito de contraparte de $28,162,468 en el año 2016 | $11,698,832 | $60,388,744 |
| Alquileres por cobrar, netos de la provisión para cuentas incobrables | 107,925,406 | 96,975,860 |
| Otras cuentas por cobrar, netas de la provisión para cuentas incobrables | 2,450,986 | 2,051,563 |
| Otros activos corrientes | 1,010,229 | 1,440,466 |
| Total activos corrientes | $123, 085,453 | $160,856,633 |
| Activos no corrientes: | | |
| Efectivo y equivalentes de efectivo restringidos: | | |
| Fondos de amortización de bonos | 167,231,893 | 190,569,274 |
| Efectivo a depositar en fondos de amortización de bonos, neto de la reserva de pérdida por riesgo de crédito de contraparte de $834,145 en el año 2016 | - | 37,083 |
| Fondos de construcción, netos de la reserva de pérdida por riesgo de crédito de contraparte de $8,322,926 en el año 2016 | 23,903,626 | 69,519,372 |
| Fondos para construcción de instalaciones para otras agencias gubernamentales, netos de la reserva de pérdida por riesgo de crédito de contraparte de $3,270,763 en el año 2016 | - | 3,432,928 |
| Alquileres por cobrar, netos de la provisión para cuentas incobrables | - | 54,849,179 |
| Cuentas por cobrar del Estado Libre Asociado de Puerto Rico, netas de la provisión para cuentas incobrables | - | 101,012,666 |
| Pagarés por cobrar de otras agencias gubernamentales | 5,366,086 | 5,866,739 |
| Seguro prepago de bonos | 7,410,052 | 8,052,976 |
| Activo Fijo: | | |
| Terrenos y construcción en progreso | 191,660,907 | 241,492,040 |
| Edificios, equipos y vehículos, netos | 3,317,474,810 | 3,343,083,997 |
| Propiedades mantenidas para la venta | - | 198,364 |
| Total activos no corrientes | 3,713,047,374 | 4,018,114,618 |
| Total activos | 3,836,132,827 | 4,178,971,251 |
| **Salidas Diferidas de Recursos -** | | |
| Pérdida diferida en bonos anulados | 98,828,558 | 107,602,547 |
| Total activo y salidas diferidas de recursos | $3,934,961,385 | $4,286,573,798 |

*Continúa*

*Continuación*

**AUTORIDAD DE EDIFICIOS PÚBLICOS**
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
ESTADO DE SITUACIÓN NETA (DÉFICIT)
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

| | 2016 | 2015 |
|---|---|---|
| **PASIVO Y SITUACIÓN NETA (DÉFICIT)** | | |
| Pasivos corrientes: | | |
| Cuentas por pagar | $ 8,215,889 | $ 10,727,745 |
| Intergubernamental | 9,546,497 | 12,893,275 |
| Gastos acumulados | 3,090,596 | 4,347,542 |
| Alquiler cobrado por adelantado | 2,204,411 | 4,911,371 |
| Contingencias legales acumuladas | 480,724 | 951,783 |
| Ausencias compensadas | 7,833,309 | 7,469,401 |
| Otros beneficios posteriores al empleo | 390,278 | 524,069 |
| Beneficios de terminación voluntaria | 1,595,085 | 1,892,707 |
| Pasivos corriente por pagar a partir de activos restringidos: | | |
| Bonos por pagar | 86,125,000 | 82,000,000 |
| Intereses por pagar | 134,912,621 | 125,590,963 |
| Cuentas por pagar a contratistas | 5,902,448 | 10,122,403 |
| Cuentas por pagar a la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico (AFI) | 3,213,227 | 12,951,664 |
| Total pasivos corriente | 263,510,085 | 274,382,923 |
| | | |
| Pasivo no corriente: | | |
| Préstamos bajo línea de crédito | 182,160,107 | 178,183,855 |
| Bonos por pagar | 3,987,188,623 | 4,077,032,233 |
| Anticipos de otras agencias gubernamentales | 460,329 | 183,234 |
| Cuentas por pagar a contratistas | 8,904,067 | 11,272,886 |
| Contingencias legales acumuladas | 17,376,790 | 16,096,371 |
| Ausencias compensadas | 5,240,833 | 3,899,177 |
| Otros beneficios posteriores al empleo | 15,498,168 | 13,619,404 |
| Beneficios de terminación voluntaria | 3,154,047 | 4,618,071 |
| Total pasivos no corrientes | 4,219,982,964 | 4,304,905,231 |
| | | |
| Total pasivos | 4,483,493,049 | 4,579,288,154 |
| | | |
| Situación neta (déficit): | | |
| Inversión neta en activos fijos | (94,389,872) | 31,690,664 |
| Restringida para el servicio de la deuda | - | 5,551,661 |
| Restringida para otros fines | - | 3,249,210 |
| Déficit | (454,142,092) | (333,205,891) |
| Total déficit | $(548,531,664) | $(292,714,356) |

Las notas adjuntas son parte integral de estos estados financieros.

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
ESTADO DE INGRESOS, GASTOS Y CAMBIOS EN EL DÉFICIT
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

|  | 2016 | 2015 |
|---|---|---|
| **Ingresos operativos:** | | |
| Ingresos por alquileres de agencias gubernamentales, netos de gastos por montos incobrables de $222,461, 178 y $2,502,868 en los años 2016 y 2015, respectivamente | $ 205,780,405 | $ 407,268,438 |
| **Gastos operativos:** | | |
| Salarios y beneficios para empleados | 79,935,123 | 81,820,723 |
| Depreciación | 91,631,886 | 90,986,837 |
| Servicios públicos | 15,486,619 | 21,768,229 |
| Reparaciones y mantenimiento | 14,720,632 | 12,948,530 |
| Beneficios de terminación voluntaria | 160,624 | (269,980) |
| Servicios de seguridad | 1,748,517 | 2,530,490 |
| Alquiler y seguro | 7,562,804 | 8,659,520 |
| Reclamaciones legales | 1,761,144 | (2,702,941) |
| Otros, netos de gastos capitalizados de $14,487 y $2,230,151 en 2016 y 2015, respectivamente | 4,898,527 | 4,735,517 |
| Total gastos operativos | 217,905,876 | 220,476,925 |
| **Utilidad (pérdida) operativa** | (12,125,471) | 186,791,513 |
| **Ingresos (pérdidas) no operativos:** | | |
| Subvención para el pago de bonos | 36,135,387 | 35,999,503 |
| Subvenciones operativas del Estado Libre Asociado de Puerto Rico | 831,643 | 5,254,966 |
| Intereses sobre bonos y pagarés | (240,758,111) | (241,173,609) |
| Intereses y otros ingresos | 342,260 | 665,209 |
| Cargos por servicios y otros | 347,286 | 215,116 |
| Pérdida por riesgo de crédito de contraparte | (40,590,302) | - |
| Total ingresos (gastos) no operativos | (243,691,837) | (199,038,815) |
| **Cambio en el déficit** | (255,817,308) | (12,247,302) |
| **Déficit:** | | |
| Al principio del año | (292,714,356) | (280,467,054) |
| Al final del año | $(548,531,664) | $(292,714,356) |

Las notas adjuntas son parte integral de estos estados financieros.

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
ESTADO DE FLUJOS DE CAJA
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

| | 2016 | 2015 |
|---|---|---|
| **Actividades operativas:** | | |
| Recibos de inquilinos | $ 347,559,663 | $ 335,325,425 |
| Pagos a empleados y beneficios relacionados | (79,651,270) | (81,639,734) |
| Pagos por bienes y servicios | (50,216,553) | (43,223,720) |
| Pérdida por riesgo de crédito de contraparte | (28,162,468) | - |
| Efectivo neto proporcionado por las actividades operativas | 189,529,372 | 210,461,971 |
| | | |
| **Actividades de financiamiento no relacionadas con el capital:** | | |
| Subvenciones operativas del Estado Libre Asociado de Puerto Rico | 831,643 | 1,087,952 |
| Otros recibos no operativos | 213,766 | (1,076,274) |
| Pagos de línea de crédito operativa | - | (35,556) |
| Intereses pagados | - | (88,254) |
| Efectivo neto provisto por (utilizado en) actividades de financiamiento no relacionadas con el capital | 1,045,409 | (112,132) |
| **Actividades de financiamiento de capital y relacionadas:** | | |
| Gastos de capital, netos de intereses capitalizados | (29,793,384) | (86,313,908) |
| Pérdida por riesgo de crédito de contraparte | (12,427,834) | - |
| Subsidio del gobierno federal para el pago de bonos | 36,135,387 | 35,999,503 |
| Pago de bonos | (82,000,000) | (82,635,000) |
| Fondos de préstamos bajo líneas de crédito | 3,976,252 | 2,766,319 |
| Intereses pagados | (238,146,359) | (232,728,736) |
| Anticipos de agencias gubernamentales | 277,095 | - |
| Producto de la venta de bienes | 198,364 | - |
| Cambio neto en la pérdida de bonos por bonos anulados | 8,773,989 | 1,005 |
| Efectivo neto utilizado en actividades de financiamiento de capital y relacionadas | (313,006,490) | (362,910,817) |
| | | |
| **Actividades de inversión** | | |
| Cambio neto en la cantidad adeudada por el Estado Libre Asociado de Puerto Rico | 475,746 | (1,500,628) |
| Cobro de pagarés por cobrar | 500,653 | 486,797 |
| Ingresos por intereses e inversiones cobrados | 342,260 | 665,210 |
| Efectivo neto provisto por (utilizado en) actividades de inversión | 1,318,659 | (348,621) |
| | | |
| **Disminución neta de efectivo y equivalentes de efectivo** | (121,113,050) | (152,909,599) |
| **Efectivo y equivalentes de efectivo** | | |
| Al principio del año | 323,947,401 | 476,857,000 |
| Al final del año | $ 202,834,351 | $ 323,947,401 |

*Continúa*

*Continuación*

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
ESTADO DE FLUJOS DE CAJA
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

| | 2016 | 2015 |
|---|---|---|
| **Conciliación de efectivo y equivalentes de efectivo presentados en el estado de situación neta:** | | |
| Efectivo y equivalentes de efectivo | $   11,698,832 | $   60,388,744 |
| Efectivo y equivalentes de efectivo restringidos: | | |
| Fondos de amortización de bonos | 167,231,893 | 190,569,274 |
| Efectivo a depositar en fondos de amortización de bonos | - | 37,083 |
| Fondos de construcción | 23,903,626 | 69,519,372 |
| Fondos para la construcción de instalaciones para otras entidades gubernamentales. | - | 3,432,928 |
| Total efectivo y equivalentes de efectivo | $ 202,834,351 | $ 323,947,401 |
| | | |
| **Conciliación de los ingresos operativos con el efectivo neto proporcionado por las actividades operativas:** | | |
| Ingresos (pérdidas) operativos | (12,125,471) | 186,791,513 |
| Ajustes para conciliar los ingresos operativos con el efectivo neto proporcionado por las actividades operativas: | | |
| Depreciación | 91,631,886 | 90,986,837 |
| Gastos de cuentas incobrables | 222,461,178 | 1,774,944 |
| Cambio neto en activo y pasivo operativo: | | |
| Alquiler por cobrar | (77,974,960) | (60,709,407) |
| Otro activo corriente | 430,237 | 714,463 |
| Seguro prepago de bonos | 642,924 | 650,964 |
| Cuentas por pagar y gastos acumulados | (4,666,994) | 3,989,131 |
| Alquiler cobrado por adelantado | (2,706,960) | (4,736,474) |
| Pérdida por riesgo de crédito de contraparte | (28,162,468) | - |
| Efectivo neto provisto por las actividades operativas | $ 189,529,372 | $ 210,461,971 |
| | | |
| Resumen de transacciones no en efectivo: | | |
| Pago de línea de crédito e intereses acumulados relacionados por el Estado Libre Asociado de Puerto Rico | $            - | $     4,167,014 |

Las notas adjuntas son parte integral de estos estados financieros.

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
NOTAS A LOS ESTADOS FINANCIEROS
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

1. **ORGANIZACIÓN**

La Autoridad de Edificios Públicos (la "Autoridad") es una unidad componente combinada del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado"), creada el 19 de junio de 1958 por la Ley Núm. 56, según enmendada, de la Legislatura de Puerto Rico (la "Ley Habilitadora"). La Autoridad diseña, construye, administra y proporciona mantenimiento a edificios de oficinas, tribunales, almacenes, escuelas, centros de atención médica, centros de bienestar, tiendas e instalaciones relacionadas arrendadas al Estado Libre Asociado o a cualquiera de sus departamentos, agencias, instrumentalidades o municipios. El alquiler anual de cada edificio arrendado se basa en los montos que necesita la Autoridad para cubrir el pago de:

i) Capital, intereses y otros requisitos de amortización de los pagarés y bonos emitidos para financiar los edificios;
ii) Gastos de operación y mantenimiento de los edificios, incluyendo una parte proporcional razonable de los gastos administrativos, excluyendo la depreciación; y,
iii) Costo de reemplazo de equipos y reparaciones extraordinarias.

Los componentes (ii) y (iii), descritos anteriormente, están sujetos a escalada para permitir que la Autoridad recupere los costos incurridos. Los montos adeudados por los departamentos y agencias gubernamentales del Estado Libre Asociado podrán estar sujetos a revisiones y/o ajustes periódicos basados en la disponibilidad de fondos a nivel del Estado Libre Asociado.

La Ley Habilitadorae establece que se da la plena fe y crédito del Estado Libre Asociado para el pago del alquiler en virtud de cualquier contrato de arrendamiento ejecutado conforme a la Ley Habilitadora con cualquier departamento del Estado Libre Asociado. La Ley Habilitadora también estipula que el Departamento de Hacienda del Estado Libre Asociado de Puerto Rico (el "Departamento de Hacienda") hará anticipos a la Autoridad por cualquier porción impaga del alquiler por pagar a la Autoridad por cualquier agencia o instrumentalidad del Estado Libre Asociado que haya celebrado contratos de arrendamiento con la Autoridad. Tales anticipos se registran como una reducción de las cuentas por cobrar, ya que la responsabilidad por el reembolso recae sobre la agencia conforme a la Ley Habilitadorae. Esta obligación fue suspendida conforme a la Ley de Moratoria de Emergencia y Rehabilitación [Financiera] de Puerto Rico y las órdenes ejecutivas emitidas en virtud de la misma, como se describe más detalladamente en la Nota 24.

2. **RESUMEN DE POLÍTICAS CONTABLES SIGNIFICATIVAS**

   a. ***Base Contable -*** los estados financieros de la Autoridad han sido preparados conforme a los principios de contabilidad generalmente aceptados en los Estados Unidos de América, según corresponde a las unidades gubernamentales. La Junta de Normas de Contabilidad Gubernamental ("GASB") es el organismo normativo aceptado para establecer los principios de contabilidad e informes financieros gubernamentales.

   Las actividades de la Autoridad se contabilizan utilizando el enfoque de medición de flujo de recursos económicos y la base contable de devengo. Todos los activos, salidas diferidas, pasivos, posición neta, ingresos y gastos se contabilizan a través de un único fondo empresarial con ingresos registrados al momento de devengarse y gastos registrados al momento de incurrirse.

   b. ***Uso de Estimados -*** La preparación de estados financieros conforme a principios de contabilidad generalmente aceptados en los Estados Unidos de América requieren el uso de estimados y

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
NOTAS A LOS ESTADOS FINANCIEROS
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

supuestos que afectan los montos reportados de activo y pasivo y la divulgación de activos y pasivos contingentes a la fecha de los estados financieros y los montos reportados de ingresos y gastos durante el período reportado. Los resultados reales pueden diferir de esos estimados.

c.  **_Valor Razonable de los Instrumentos Financieros_** - Los valores en libros reportados en los estados de situación neta de efectivo y equivalentes de efectivo y cuentas por cobrar, se aproximan al valor razonable debido a su duración a corto plazo. Los montos depositados en fondos de amortización de bonos y fondos de construcción se contabilizan a su valor razonable. El valor en libros de los bonos por pagar se aproxima al valor razonable, ya que las tasas de interés sobre dicha deuda se aproximan a las tasas actualmente disponibles en el mercado para otras deudas con plazos y vencimientos restantes similares.

d.  **_Efectivo y Equivalentes de Efectivo_** - El efectivo y los equivalentes de efectivo incluyen todos los instrumentos altamente líquidos con vencimientos de tres meses o menos al momento de la adquisición. Si dichos instrumentos se incluyen en activos restringidos, se consideran equivalentes de efectivo a los efectos de los estados de flujos de efectivo.

e.  **_Provisión para Cuentas Incobrables_** - La provisión para cuentas incobrables es un monto que la administración cree que será adecuado para absorber posibles pérdidas en cuentas por cobrar existentes, excluyendo los alquileres para el servicio de la deuda y los cargos de mantenimiento que puedan volverse incobrables en función de las evaluaciones de la cobrabilidad de cada saldo. Debido a las incertidumbres inherentes al proceso de estimado, el estimador por parte de la administración de las pérdidas en las cuentas por cobrar pendientes y la provisión relacionada podría cambiar en el corto plazo.

f.  **_Activos y Pasivos Restringidos por Pagar a Partir de Activos Restringidos_** - Los activos restringidos representan los montos depositados por la Autoridad para proporcionar el pago de capital e intereses de los bonos por pagar y los costos de intereses relacionados y el efectivo disponible en el fondo de construcción relacionado. Cuando los recursos restringidos y no restringidos están disponibles para un uso específico, es política de la Autoridad utilizar primero los recursos restringidos y luego los recursos no restringidos según se necesiten.

g.  **_Activo Fijo_** - El activo fijo se contabiliza al costo. Los costos de construcción incluyen costos administrativos indirectos y costos de intereses asignados durante el período de construcción. El activo fijo consiste en activos con un costo individual de más de $100 y una vida útil superior a cinco (5) años. Al 30 de junio de 2016 y 2015, las propiedades (excluyendo el costo de terrenos, el equipo y la construcción en progreso) con un valor neto en libros de aproximadamente $3,315 millones y $3,340 millones, respectivamente, se arriendan a otras agencias gubernamentales.

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
NOTAS A LOS ESTADOS FINANCIEROS
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

El costo de intereses se capitaliza como parte del costo histórico de adquirir ciertos activos. Para calificar para la capitalización de intereses, los activos deben requerir un período de tiempo antes de estar listos para su propósito previsto. Los intereses devengados por los ingresos de los acuerdos de préstamos exentos de impuestos restringidos para la adquisición de activos calificados se compensan con el costo de intereses para determinar el monto neto a capitalizar. No se capitaliza el costo de intereses sobre los costos pagados con el producto de subvenciones o donaciones restringidas únicamente para la construcción.

Los gastos para renovaciones y mejoras importantes que extienden la vida útil de los activos se capitalizan y las reparaciones y el mantenimiento normales se cargan al momento de incurrirse en ellos. La depreciación se determina utilizando el método de línea recta, sobre la vida útil estimada de los activos, de la siguiente manera:

|  |  |
|---|---|
| Edificios | 50 años |
| Equipos y vehículos | 5-10 años |

h.  **Deterioro del Activo Fijo** - Un activo fijo se considera deteriorado cuando su utilidad de servicio ha disminuido significativa e inesperadamente. La Autoridad evalúa eventos o cambios importantes en las circunstancias que afectan los activos fijos para determinar si ha ocurrido un deterioro de un activo fijo. Tales eventos o cambios en circunstancias que pueden ser indicativos de deterioro incluyen evidencia de daños físicos, promulgación o aprobación de leyes o regulaciones u otros cambios en factores ambientales, cambios tecnológicos o evidencia de obsolescencia, cambios en la manera o duración del uso de un activo fijo y paro de construcción, entre otros.

No se identificó ninguna provisión por deterioro durante los años terminados el 30 de junio de 2016 y 2015.

i.  **Propiedades Mantenidas para la Venta** - Los activos fijos que han sido identificados para la venta se presentan netos de la depreciación acumulada y netos del costo incidental de disponer de o vender dichos activos.

j.  **Reclamaciones y Sentencias** - El importe estimado del pasivo por reclamaciones y sentencias se contabiliza en las declaraciones adjuntas de situación neta en función de la evaluación de la Autoridad de la probabilidad de un resultado desfavorable en el litigio de dichas reclamaciones y sentencias. La Autoridad consulta con un asesor legal para determinar si se espera un resultado desfavorable. Debido a las incertidumbres inherentes al proceso de estimación, la estimación por parte de la administración del pasivo por reclamaciones y sentencias podría cambiar en el futuro.

k.  **Ausencias Compensadas** - Las ausencias compensadas se acumulan al momento en que los empleados las ganan. Los empleados pueden transferir al siguiente año sus vacaciones y licencia por enfermedad según lo permitido por el estatuto y pueden recibir un pago en efectivo de la Autoridad al finalizar el empleo.

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
NOTAS A LOS ESTADOS FINANCIEROS
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

*l.* ***Primas, Descuentos y Pérdidas por Anulación de Bonos*** - Las primas y los descuentos de bonos se amortizan como un componente de los gastos por intereses durante la vida de la emisión en cuestión utilizando el método de línea recta de una manera que se aproxima al método de intereses.

La pérdida diferida en la anulación de bonos se presenta como salidas diferidas en el estado de situación neta adjunto y la amortización relacionada se presenta como un componente del gasto por intereses.

*m.* ***Salidas Diferidas de Recursos*** - Además del activo, la Autoridad reporta una sección aparte para las salidas diferidas de recursos. Este elemento aparte del estado financiero, *salidas diferidas de recursos*, representa un consumo de situación neta que aplica a uno o más períodos futuros y, por lo tanto, no se reconocerá como una salida de recursos (gasto) hasta entonces. La pérdida diferida en la anulación de bonos califica para presentación en esta categoría.

*n.* ***Situación Neta*** - La diferencia entre el activo y el pasivo se presenta como "Situación Neta." Los componentes de la situación neta son los siguientes:

(1) *Inversión neta en activo fijo* - Consiste en activos fijos, netos de la depreciación acumulada reducida por el saldo pendiente de cualquier bono, pagaré hipotecario u otros préstamos que sean atribuibles a la adquisición, construcción o mejora de esos activos. Importes importantes no gastados de la deuda relacionada a finales del año, la porción de la deuda atribuible a los importes no gastados, no se incluye en el cálculo de la inversión en activo fijo, neto de la deuda relacionada. Más bien, esa porción de la deuda se incluye en el mismo componente de activos netos que el importe no gastado.

(2) *Restringida para el servicio de la deuda* - La situación neta restringida para el servicio de la deuda consiste en activos netos restringidos para el pago del capital y los intereses relacionados con los bonos por pagar. Esta restricción es impuesta por los tenedores de bonos a través de pactos de deuda.

(3) *Restringida para otros fines* - Los otorgantes y contribuyentes imponen esta restricción.

(4) *Sin restricciones* - Este componente de la situación neta consiste en una situación neta que no cumple con la definición de "restringida" o "inversión neta en activo fijo."

*o.* ***Ingresos y Gastos Operativos*** - La Autoridad distingue los ingresos y gastos operativos de los conceptos no operativos. Los ingresos asociados con el alquiler de los edificios y otros ingresos varios se registran como ingresos operativos al momento de devengarse y no al momento de recibir el efectivo. Los gastos relacionados con la administración y el mantenimiento de los edificios se registran como gastos operativos. Todos los demás ingresos y gastos se consideran no operativos.

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
NOTAS A LOS ESTADOS FINANCIEROS
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

Todos los arrendamientos existentes actuales cumplen con los criterios para ser tratados como arrendamientos operativos. En consecuencia, los ingresos por alquiler se reconocen como ingresos operativos durante el plazo del arrendamiento. Los ingresos por alquiler se prometen como garantía para el reembolso de los bonos de ingresos de la Autoridad.

Los ingresos no operativos incluyen actividades que tienen las características de transacciones sin contraprestación que se definen como ingresos no operativos por la Declaración GASB Núm. 33, *Informes Contables y Financieros para Transacciones Sin Contraprestación*, y la Declaración GASB Núm. 34, *Estados Financieros Básicos y Discusión y Análisis de la Administración y para Gobiernos Estatales y Locales*, tales como apropiaciones estatales e ingresos por inversiones.

**p.  Financiamiento de Riesgos** - La Autoridad cuenta con un seguro comercial para cubrir siniestros, robos, reclamaciones y otras pérdidas. Las pólizas de seguro actuales no han sido canceladas ni rescindidas. La Autoridad no ha resuelto ninguna reclamación que exceda su cobertura de seguro durante los últimos tres años. La Autoridad también paga las primas del seguro de compensación laboral a otra unidad componente del Estado Libre Asociado.

**q.  Reclasificación de la presentación del año anterior** - Se hicieron ciertas reclasificaciones a los estados financieros de 2015, para ajustarlos a la presentación actual.

**3.  DEPENDENCIA SIGNIFICATIVA DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

Como parte de sus actividades operativas normales, y como se revela en las Notas 6, 11 y 16 de los estados financieros básicos, la Autoridad tiene balances y transacciones importantes con el Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") y con el Banco Gubernamental de Fomento de Puerto Rico ("BGF"). El Estado Libre Asociado y el BGF enfrentan incertidumbres significativas, incluyendo el riesgo de liquidez, que es el riesgo de no tener suficientes recursos financieros líquidos para cumplir con sus obligaciones al momento de su vencimiento. Debido a estas incertidumbres, los montos adeudados por el Estado Libre Asociado no podrán recaudarse en un futuro cercano, y la administración de la Autoridad no puede determinar cuándo se apropiarán tales montos por la Legislatura del Estado Libre Asociado. Al mismo tiempo, estos montos adeudados por el Estado Libre Asociado son la única fuente para el pago de los cargos de contratos de alquiler correspondientes a entidades relacionadas con el Estado Libre Asociado y los costos de ciertos proyectos de construcción que han sido suspendidos o cancelados por el Estado Libre Asociado, tal como se revela en las Notas 6 y 11 de los estados financieros básicos.

El BGF ha servido tradicionalmente como una fuente de liquidez de emergencia para salvar el déficit del Estado Libre Asociado y sus unidades componentes, pero ahora también está experimentando sus propias restricciones de liquidez y, por lo tanto, no puede continuar desempeñando ese rol. Los préstamos otorgados por el BGF al Estado Libre Asociado y sus unidades componentes constituyen una porción significativa de los activos del BGF. Una parte importante de estos préstamos se paga con créditos presupuestarios, que se han visto reducidos significativamente en los últimos años. La liquidez y la situación financiera del BGF dependen del reembolso de los préstamos por parte del Estado Libre Asociado y sus unidades componentes. El BGF enfrenta riesgos e incertidumbres importantes y actualmente no cuenta con suficientes recursos financieros líquidos para cumplir con las obligaciones al momento de su vencimiento.

La Autoridad ha evaluado los posibles efectos de las incertidumbres y los riesgos de liquidez que enfrentan el Estado Libre Asociado y el BGF sobre sus estados financieros y operaciones básicas, y ha

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
NOTAS A LOS ESTADOS FINANCIEROS
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

concluido que, al 30 de junio de 2016, la Autoridad continuará operando como un negocio en marcha por un período no menor a doce meses después de dicha fecha.

**4.  RESULTADOS DE LAS OPERACIONES**

Al 30 de junio de 2016 y 2015, la Autoridad tiene un déficit acumulado de $548.5 millones y $292.7 millones, respectivamente. La Autoridad enfrenta una serie de desafíos que están estrechamente relacionados con la recesión económica del Estado Libre Asociado. Durante el año fiscal actual, la administración continuó con su política de estricto control fiscal y presupuestario y medidas económicas. Además, la Autoridad tiene la intención de mejorar sus instalaciones de oficinas gubernamentales para retener a los inquilinos existentes y atraer nuevas agencias e instrumentalidades.

El alquiler por cobrar incluye los montos adeudados por agencias y corporaciones públicas del Estado Libre Asociado que se encuentran atrasados. Además, la Autoridad tiene una cuenta por cobrar, presentada como Cuenta por Cobrar del Estado Libre Asociado, por los costos incurridos en el desarrollo de proyectos que posteriormente fueron suspendidos. Durante el año fiscal 2016, $90.5 millones fueron totalmente reservados como incobrables. Para el año fiscal 2015, esta cuenta ascendió a $89 millones. La incapacidad de la Autoridad para cobrar el monto total adeudado a tiempo podría tener un efecto adverso en la situación financiera de la Autoridad y los resultados de las operaciones.

Como resultado de lo anterior, el déficit de la Autoridad aumentó en $255.8 millones durante el año finalizado el 30 de junio de 2016 en comparación con el aumento de $12.2 millones durante el año finalizado el 30 de junio de 2015.

**5.  EFECTIVO Y EQUIVALENTES DE EFECTIVO NO RESTRINGIDOS**

El efectivo y equivalentes de efectivo al 30 de junio de 2016 y 2015 consistió en lo siguiente:

|  | 2016 | 2015 |
|---|---|---|
| Depositados en la banca comercial: |  |  |
| Efectivo disponible | $ 10,250,116 | $ 863,360 |
| Certificados de depósito | 1,448,716 | 1,443,157 |
| Total efectivo y equivalentes de efectivo | 11,698,832 | 2,306,517 |
| Depositados en el Banco Gubernamental de Fomento para PR: |  |  |
| Certificados de depósito | 28,162,468 | 58,082,227 |
| Pérdida por riesgo de crédito de contraparte | (28,162,468) | - |
| Total efectivo y equivalentes de efectivo | $ 11,698,832 | $ 60,388,744 |

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
NOTAS A LOS ESTADOS FINANCIEROS
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

*Pérdida por Riesgo de Crédito de Contraparte sobre Depósito con el Banco Gubernamental de Fomento*

El BGF enfrenta riesgos e incertidumbres importantes y actualmente no cuenta con recursos financieros líquidos suficientes para cumplir con sus obligaciones al momento de su vencimiento, como se describe en la Nota 3 de los estados financieros. Conforme a legislación recientemente promulgada, el Gobernador del Estado Libre Asociado ordenó la paralización de desembolsos de préstamos por parte del BGF, impuso restricciones a la retirada y transferencia de depósitos del BGF e impuso una moratoria sobre las obligaciones de deuda del BGF, entre otras medidas.

El Estado Libre Asociado y sus instrumentalidades no han podido pagar sus préstamos al BGF, lo que ha afectado significativamente la liquidez y la capacidad del BGF de pagar sus obligaciones.

Como resultado, se registró en los estados financieros de la Autoridad para el año finalizado el 30 de junio de 2016, una pérdida por riesgo de crédito de contraparte sobre depósitos no restringidos mantenidos en el BGF de $28.2 millones de dinero en efectivo depositado al 30 de junio de 2016.

6. **ALQUILERES POR COBRAR**

Este saldo representa el monto adeudado por las agencias e instrumentalidades del Estado Libre Asociado determinados de acuerdo con los contratos de alquiler correspondientes.

Los alquileres mínimos de arrendamiento son aproximadamente los siguientes:

| Año fiscal finalizado el 30 de junio de | | Monto |
|---|---|---|
| 2017 | $ | 420,509,546 |
| 2018 | | 423,694,740 |
| 2019 | | 423,488,265 |
| 2020 | | 429,372,861 |
| 2021 | | 450,614,861 |
| 2022-2026 | | 2,172,650,642 |
| 2027-2031 | | 3,232,434,591 |
| 2032-2036 | | 1,839,483,394 |
| 2037-2041 | | 2,017,240,797 |

Los alquileres mínimos de arrendamiento se revisan cada 1 de julio en función de, entre otras cosas, los requisitos del servicio de la deuda para el año en particular.

El monto total clasificado como alquileres por cobrar a largo plazo incluye aproximadamente $52.1 millones de más de un año de antigüedad, $15.2 millones de más de 2 años de antigüedad y $60.1 millones de más de 3 años de antigüedad que están completamente reservados bajo una provisión estimada para cuentas incobrables de aproximadamente $127.4 millones. Los montos más significativos incluidos en las categorías anteriores son montos adeudados por el Departamento de Educación de Puerto Rico, la Administración de Tribunales y el Centro Cardiovascular del Estado Libre Asociado de Puerto Rico, que ascienden a aproximadamente $21.3 millones, $48.0 millones y $21.1 millones, respectivamente.

La Autoridad presentó una demanda contra la Administración de Tribunales por el cobro del saldo pendiente. La Administración de Tribunales afirma que incurrió en aproximadamente $5 millones en

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
NOTAS A LOS ESTADOS FINANCIEROS
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

gastos de mantenimiento que son responsabilidad de la Autoridad y que la Autoridad continúa refinanciando su deuda, lo que resulta en aumentos en los cargos de alquiler sin el consentimiento previo de la Administración de Tribunales. La gerencia continúa negociando con la Administración de Tribunales la liquidación del monto pendiente.

Aunque el saldo de los alquileres por cobrar al 30 de junio de 2016 y 2015 incluye facturas vencidas, y la administración ha registrado una provisión estimada para cuentas incobrables durante 2016 y 2015 como se explicó anteriormente, el Artículo 15 de la Ley Núm. 97 del 15 de mayo de 2006, establece que para cualquier alquiler a pagar a la Autoridad durante cualquier año fiscal por cualquier departamento, agencia o corporación pública del Estado Libre Asociado bajo las condiciones de un contrato de alquiler de acuerdo con las disposiciones de la Ley Núm. 56 del 19 de junio de 1958, según enmendada, el Estado Libre Asociado adelantará a la Autoridad el monto no pagado. Esta ley exige que el Secretario del Departamento de Hacienda haga un adelanto de los fondos disponibles comprometidos por la plena fe y crédito el Estado Libre Asociado. En el caso de alquileres a ser pagados a la Autoridad por cualquier municipio, esta ley requiere que el Centro de Recaudación de Ingresos Municipales realice los pagos a la Autoridad a partir de cualquier recaudación de impuestos a la propiedad.

Durante los años fiscales que terminaron el 30 de junio de 2016 y 2015, la Autoridad recibió pagos del Departamento de Hacienda en exceso de los montos poseídos por las agencias e instrumentalidades del Estado Libre Asociado por un monto de $2.2 millones y $4. 9 millones respectivamente. Este monto se incluye como alquileres cobrados por adelantado en los estados de situación neta adjuntos.

Durante el año finalizado el 30 de junio de 2016 y 2015, la Autoridad redujo los ingresos por alquileres en $222.5 millones y $2.5 millones, respectivamente, por montos incobrables.

7. **OTRAS CUENTAS POR COBRAR**

Otras cuentas por cobrar consisten en facturaciones por servicios varios realizados por la Autoridad y ascendieron a aproximadamente $22.3 millones y $21.8 millones para los años fiscales terminados el 30 de junio de 2016 y 2015, respectivamente. El monto se presenta en el estado de situación neta adjunto neto de la provisión para cuentas incobrables relacionada que asciende a $19.9 millones y $19.8 millones al 30 de junio de 2016 y 2015, respectivamente.

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
NOTAS A LOS ESTADOS FINANCIEROS
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

8.  **EFECTIVO Y EQUIVALENTES DE EFECTIVO RESTRINGIDOS**

El efectivo y equivalentes de efectivo restringido al 30 de junio de 2016 y 2015 consistió en lo siguiente:

|  | 2016 | 2015 |
|---|---|---|
| Cuentas de efectivo que devengan intereses: | | |
| Banca comercial | $ 2,085,647 | $ 5,039,851 |
| Banco Gubernamental de Fomento para PR | 12,427,834 | 10,248,485 |
| Fondos mutuos | 189,049,872 | 248,270,321 |
|  | 203,563,353 | 263,558,657 |
| Menos: pérdida por riesgo de crédito de contraparte | (12,427,834) | - |
| Total efectivo y equivalentes de efectivo restringidos | $ 191,135,519 | $ 263,558,657 |

Estas sumas se presentan en los estados de situación neta de la siguiente manera:

|  | 2016 | 2015 |
|---|---|---|
| Fondos de amortización de bonos | $ 167,231,893 | $ 190,569,274 |
| Efectivo a depositar en fondos de amortización de bonos | 834,145 | 37,083 |
| Fondos de construcción | 32,226,552 | 69,519,372 |
| Fondos para construcción de instalaciones para otras entidades gubernamentales | 3,270,763 | 3,432,928 |
|  | 203,563,353 | 263,558,657 |
| Menos: pérdida por riesgo de crédito de contraparte | (12,427,834) | - |
| Total efectivo y equivalentes de efectivo restringidos | $ 191,135,519 | $ 263,558,657 |

*a.  **Fondos de Amortización de Bonos** –* Los fondos de amortización de bonos consisten en fondos depositados bajo la Resolución Núm. 468 y consisten en dos (2) cuentas separadas designadas como "Cuenta de Servicio de Bonos" y "Cuenta de Amortización." Los ingresos recibidos de alquileres para el servicio de la deuda con respecto a las instalaciones financiadas bajo la Resolución de Bonos Núm. 468 se depositan con su respectivo Agente Fiscal para el crédito de dichas cuentas en el siguiente orden:

(1)  A la Cuenta del Servicio de Bonos, en la cantidad que se requiera para hacer que la cantidad sea igual a la cantidad de intereses vencidos y pagaderos, y los intereses que vencerán dentro de los próximos seis meses sobre todos los bonos de cada serie que se encuentren en circulación en ese momento y el capital de todos los bonos en serie, si los hay, que vencerán dentro de los próximos doce meses; y

(2)  A la Cuenta de Amortización, en la cantidad que se requiera para hacer que las cantidades así depositadas en el año fiscal actual sean iguales al requisito de amortización, si corresponde, para dicho año fiscal para los bonos a plazo de cada serie que se encuentren en circulación en ese momento, más la prima, de haberla, la cual sería pagadera en una suma de capital de bonos similar si dicha suma de capital de bonos se rescatara en la próxima fecha de amortización con dinero de su Fondo de Amortización de Bonos.

La Resolución de Bonos Núm. 468 requiere que el dinero se invierta y reinvierta en obligaciones gubernamentales, aceptaciones bancarias, certificados o depósitos a plazo de

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
NOTAS A LOS ESTADOS FINANCIEROS
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

cualquier banco aprobado o asociación bancaria nacional del Estado Libre Asociado; acuerdos de recompra o recompra inversa o cualquier otra inversión, que se encuentren clasificados en una de las tres categorías de calificación más altas.

**b.** ***Efectivo a Depositar en Fondos de Amortización de Bonos*** - Estos fondos representan los fondos depositados para ser transferidos a las cuentas del fondo de amortización de bonos con los agentes fiscales.

**c.** ***Fondos de Construcción*** – Estos fondos se utilizan para el pago de la totalidad o parte del costo restante de las Instalaciones Iniciales, según lo definido, o para el pago de la totalidad o parte del costo para la Autoridad de cualquier Instalación Adicional o Mejora, según lo definido, conforme a las Resoluciones de Bonos. Al 30 de junio de 2016 y 2015, la mayoría de los fondos depositados en el fondo de construcción están restringidos para el financiamiento del Programa Escuelas del Siglo XXI, como se explica a continuación, bajo los Fondos de Renovación Escolar.

**d.** ***Fondos para la Construcción de Instalaciones para Otras Agencias Gubernamentales*** – Estos fondos representan el saldo de los fondos recibidos menos las cantidades invertidas en la construcción de dichas instalaciones. Las propiedades construidas a través de este acuerdo pertenecen a las agencias individuales y no a la Autoridad. Al finalizar cada proyecto, la Autoridad se arregla con la agencia ya sea devolviendo los fondos restantes o facturando los costos excedentes sobre los fondos recibidos.

**e.** ***Fondos de Renovación Escolar*** – Estos fondos representan el saldo recibido bajo los programas federales de asistencia financiera, como un receptor secundario del Departamento de Educación del Estado Libre Asociado de Puerto Rico. Estos fondos están restringidos para ser utilizados en proyectos relacionados con la renovación de escuelas y están sujetos a los requisitos de cumplimiento aplicables a este programa federal.

## 9. DEPÓSITOS

Por ley, la Autoridad está limitada a depositar fondos solo en instituciones aprobadas por el Departamento de Hacienda del Estado Libre Asociado de Puerto Rico, y dichos depósitos deben mantenerse en cuentas separadas a nombre de la Autoridad.

La Autoridad está autorizada a invertir en obligaciones del gobierno de Puerto Rico y de los EE.UU., o en obligaciones garantizadas por los gobiernos de Puerto Rico o de los EE.UU. o sus agencias o instrumentalidades. La Autoridad invierte en certificados de depósito con instituciones financieras calificadas A o AA por Moody's Investor Services. Conforme a las Pautas de Inversión para el Estado Libre Asociado, adoptadas por el BGF, la Autoridad puede invertir en obligaciones del Estado Libre Asociado, obligaciones de los Estados Unidos, certificados de depósito, instrumentos negociables, aceptaciones bancarias o en grupos de obligaciones de los municipios de Puerto Rico, entre otros. El dinero en los fondos de amortización solo puede invertirse en obligaciones directas del gobierno de los Estados Unidos y/o depósitos a plazo que devengan intereses u otros acuerdos similares, según lo dispuesto por las Resoluciones de Bonos

***Riesgo de Crédito de Contraparte*** - **Depósitos** - Para los depósitos, el riesgo de crédito de contraparte es el riesgo de que, en caso de quiebra bancaria, no se le devuelvan a la Autoridad sus depósitos. Según los estatutos de Puerto Rico, los fondos públicos depositados en bancos comerciales deben estar totalmente garantizados por el monto depositado en exceso del seguro de depósito federal.

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
NOTAS A LOS ESTADOS FINANCIEROS
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

Todos los valores pignorados en garantía están en manos del Secretario de Hacienda del Estado Libre Asociado. El saldo bancario del depósito de la Autoridad al 30 de junio de 2016 y 2015 asciende a $15.7 mil y $868 millones, respectivamente. Además, la Autoridad mantiene certificados de depósito en bancos comerciales, que también están garantizados como se explicó anteriormente por un monto de $1.4 millones y $20.3 millones al 30 de junio de 2016 y 2015, respectivamente.

Al 30 de junio de 2016, el riesgo de crédito de contraparte total de la Autoridad era de aproximadamente $40.6 millones, que es el saldo en efectivo del efectivo depositado en el BGF. Estos depósitos están exentos del requisito de garantía establecido por el Estado Libre Asociado, no tienen seguro ni están garantizados.

## 10. PAGARÉS POR COBRAR DE OTRAS AGENCIAS GUBERNAMENTALES

La Autoridad celebró un acuerdo de pagaré por cobrar con el Instituto de Tecnología de Ponce, Puerto Rico, para el pago del costo de construcción, que suma aproximadamente $7.7 millones. Esta cantidad se recaudará en cuotas de capital variables más intereses a 2.81% hasta el año fiscal 2021. Las futuras recaudaciones estimadas de capital e intereses durante años futuros son las siguientes:

| Año fiscal finalizado el 30 de junio de | | Capital | | Intereses |
|---|---|---|---|---|
| 2017 | $ | 515,904 | $ | 66,242 |
| 2018 | | 529,561 | | 51,585 |
| 2019 | | 544,635 | | 26,511 |
| 2020 | | 560,137 | | 21,009 |
| 2021 | | 3,216,849 | | 1,009,801 |
| Total | $ | 5,366,086 | $ | 1,185,148 |

## 11. TRANSACCIONES CON EL ESTADO LIBRE ASOCIADO DE PUERTO RICO

***a. Cuentas por Cobrar del Estado Libre Asociado de Puerto Rico -*** Esto representó los costos aproximados de ciertos proyectos de construcción que el Estado Libre Asociado suspendió o canceló unilateralmente durante las etapas de planificación y, por lo tanto, los fondos deben ser devueltos y depositados en la cuenta de amortización de bonos, construcción o reserva correspondiente, según lo considere apropiado la escritura de emisión de bonos.

Durante el año finalizado el 30 de junio de 2016, el Estado Libre Asociado informó a la Autoridad que este pasivo ya no será reconocido. Por lo tanto, la Autoridad registró una pérdida de aproximadamente $101 millones durante el año finalizado el 30 de junio de 2016.

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
NOTAS A LOS ESTADOS FINANCIEROS
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

La Autoridad hace anticipos al Estado Libre Asociado para financiar ciertas reparaciones y mejoras de ciertas escuelas que son bienes del Estado Libre Asociado. Durante el año finalizado el 30 de junio de 2015, dichos anticipos ascendieron a aproximadamente $1.8 millones. No se realizaron anticipos durante el año finalizado el 30 de junio de 2016. Los fondos para este anticipo se obtuvieron de los ingresos de los bonos emitidos en años anteriores y depositados en el fondo de construcción. Los anticipos se cobrarán mediante facturas mensuales al Estado Libre Asociado equivalentes al servicio estimado de la deuda durante la vida de los bonos relacionados.

b.  **Ingresos por Alquileres y Alquileres por Cobrar** – Todos los ingresos por alquileres provienen de cargos a las entidades relacionadas con del Estado Libre Asociado y alquileres por cobrar relacionados adeudados por dichas entidades.

c.  **Contribuciones** - De vez en cuando, el Estado Libre Asociado, realiza contribuciones operativas y de capital a la Autoridad. Las subvenciones operativas son para financiar gastos operativos. Las subvenciones de capital están restringidas para financiar inversiones en activo fijo.

d.  **Anticipos de Agencias Gubernamentales para la Construcción de Proyectos de Agencias** – Representa los fondos no gastados recibidos de varias agencias y municipios para la construcción de proyectos. Al 30 de junio de 2016 y 2015, el saldo ascendía a aproximadamente $460,000.

**12. ACTIVO FIJO**

El activo fijo para los años fiscales finalizados el 30 de junio de 2016 y 2015 fue como sigue:

| | Año terminado el 30 de junio de 2016 | | | |
| --- | --- | --- | --- | --- |
| | Saldo al 30 de junio de 2015 | Adiciones | Deducciones y transferencias | Saldo al 30 de junio de 2016 |
| Activo fijo no sujeto a depreciación: | | | | |
| Terrenos | $ 129,550,969 | $ 45,108 | $ (26,616) | $ 129,569,461 |
| Construcción en progreso | 111,941,071 | 36,574,458 | (86,424,083) | 62,091,446 |
| Total activo fijo no sujeto a depreciación | 241,492,040 | 36,619,566 | (86,450,699) | 191,660,907 |
| Activo fijo sujeto a depreciación: | | | | |
| Edificios | 4,624,682,349 | 86,424,083 | (20,478,493) | 4,690,627,939 |
| Equipos y vehículos | 14,830,134 | 9,342 | (987,298) | 13,852,178 |
| Total | 4,639,512,483 | 86,433,425 | (21,465,791) | 4,704,480,117 |
| Menos depreciación acumulada: | | | | |
| Edificios | (1,284,717,087) | (90,810,725) | (968,587) | (1,376,496,399) |
| Equipos y vehículos | (11,711,399) | (821,161) | 2,023,652 | (10,508,908) |
| Total | (1,296,428,486) | (91,631,886) | 1,055,065 | (1,387,005,307) |
| Activo fijo sujeto a depreciación, neto | 3,343,083,997 | (5,198,461) | (20,410,726) | 3,317,474,810 |
| Activo fijo, neto | $ 3,584,576,037 | $ 31,421,105 | $ (106,861,425) | $ 3,509,135,717 |

| | Año terminado el 30 de junio de 2015 | | | |
| --- | --- | --- | --- | --- |
| | Saldo al 30 de junio de 2014 | Adiciones | Deducciones y transferencias | Saldo al 30 de junio de 2015 |

37

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
NOTAS A LOS ESTADOS FINANCIEROS
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

| | | | | |
|---|---:|---:|---:|---:|
| Activo fijo no sujeto a depreciación: | | | | |
| Terrenos | $ 129,524,461 | $ 56,316 | $ (29,808) | $ 129,550,969 |
| Construcción en progreso | 136,376,177 | 86,438,469 | (110,873,575) | 111,941,071 |
| Total activo fijo no sujeto a depreciación | 265,900,638 | 86,494,785 | (110,903,383) | 241,492,040 |
| Activo fijo sujeto a depreciación: | | | | |
| Edificios | 4,520,268,751 | - | 104,413,598 | 4,624,682,349 |
| Equipos y vehículos | 15,397,878 | 663,005 | (1,230,749) | 14,830,134 |
| Total | 4,535,666,629 | 663,005 | 103,182,849 | 4,639,512,483 |
| Menos depreciación acumulada: | | | | |
| Edificios | (1,193,904,529) | (90,149,961) | (662,597) | (1,284,717,087) |
| Equipos y vehículos | (12,308,580) | (769,123) | 1,366,304 | (11,711,399) |
| Total | (1,206,213,109) | (90,919,084) | 703,707 | (1,296,428,486) |
| Activo fijo sujeto a depreciación, neto | 3,329,453,520 | (90,256,079) | 103,886,556 | 3,343,083,997 |
| Activo fijo, neto | $ 3,595,354,158 | (3,761,294) | (7,016,827) | $ 3,584,576,037 |

a. **Intereses Capitalizados y Gastos Generales de Construcción** – La Autoridad capitalizó la construcción en progreso durante los años fiscales terminados el 30 de junio de 2016 y 2015 con intereses por aproximadamente $3 y $5 millones, respectivamente. Además, la Autoridad capitalizó los gastos generales de construcción por aproximadamente $14,500 mil y $2.2 millones durante los años terminados el 30 de junio de 2016 y 2015, respectivamente.

b. **Programa de Escuelas del Siglo XXI** - La construcción en progreso al 30 de junio de 2016 y 2015 incluye $39.2 millones y $65.4 millones, respectivamente, relacionados con el Programa de Escuelas del Siglo XXI (el Programa Escolar). El programa consiste en la remodelación de más de 100 escuelas en todo Puerto Rico. Para financiar el programa, la Autoridad emitió bonos de ingresos de instalaciones gubernamentales por un monto de $878 millones durante el año fiscal que finalizó el 30 de junio de 2012, de los cuales $15.7 millones están depositados en fondos de construcción al 30 de junio de 2016.

La Autoridad contrató los servicios de la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico (AFI), una unidad componente del Estado Libre Asociado, para servir como gerente de construcción. Según el contrato, la AFI es responsable de la gestión del programa, incluyendo, entre otros, la contratación de contratistas generales y/o subcontratistas, la inspección, supervisión y aceptación de las escuelas remodeladas y, en ciertos casos, proporciona mantenimiento a las escuelas. La AFI factura a la Autoridad el costo del programa más una tarifa administrativa acordada. Algunas de las escuelas bajo el programa son propiedad del Departamento de Transporte y Obras Públicas (DTOP), una agencia del Estado Libre Asociado. La Autoridad arrienda tales escuelas a DTOP por un alquiler mínimo de $10 por año. Cuando se completen las mejoras de dichas escuelas, la Autoridad facturará el alquiler al Departamento de Educación del Estado Libre Asociado por el pago del servicio de la deuda de los bonos emitidos bajo indulgencia.

**13. PROPIEDADES MANTENIDAS PARA LA VENTA**

La Autoridad identificó ciertas propiedades para la venta, como parte de sus esfuerzos para aumentar la liquidez. El costo de las propiedades identificadas se reclasificó del activo fijo como propiedades

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
NOTAS A LOS ESTADOS FINANCIEROS
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

mantenidas para la venta y se registra al costo o al valor contable neto, que se aproxima a su valor razonable. No se han estimado costos de enajenación ya que estas propiedades consisten en bienes inmuebles y la Autoridad cree que el monto neto realizable excederá el valor en libros actual de las propiedades mantenidas para la venta. Las propiedades mantenidas para la venta ascendieron a $198,364 al 30 de junio de 2015. No hay propiedades mantenidas para la venta al 30 de junio de 2016.

## 14. TERRENOS Y EDIFICIOS EN CONSTRUCCIÓN PARA OTRAS AGENCIAS GUBERNAMENTALES

La Autoridad no tuvo ninguna actividad relacionada con terrenos y edificios en construcción para otras agencias gubernamentales para el año fiscal que terminó el 30 de junio de 2015. La actividad en terrenos y edificios en construcción para otras agencias gubernamentales para el año que terminó el 30 de junio de 2016 es la siguiente:

| | Año terminado el 30 de junio de 2016 | | | |
|---|---|---|---|---|
| | Saldo inicial | Aumentos | Reducciones | Saldo al final del año |
| Construcción en progreso | $ - | $ 460,329 | $ - | $ 460,329 |

## 15. CUENTAS INTERGUBERNAMENTALES POR PAGAR

Las cuentas intergubernamentales por pagar al 30 de junio de 2016 y 2015 consisten en lo siguiente:

| | 2016 | 2015 |
|---|---|---|
| Importe por pagar a partir de activos no restringidos: | | |
| Autoridad de Energía Eléctrica de Puerto Rico | $ 3,045,360 | $ 5,273,485 |
| Autoridad de Acueductos y Alcantarillados de Puerto Rico | 392,336 | 1,391,841 |
| Sistema de Retiro de los Empleados | 3,458,352 | 3,429,419 |
| Administración de Servicios Generales | 138,089 | 203,739 |
| Estado Libre Asociado de Puerto Rico | 2,388,511 | 2,338,845 |
| Otro | 123,849 | 255,946 |
| Total cuentas por pagar a partir de activos no restringidos | $ 9,546,497 | $ 12,893,275 |
| | | |
| Importe por pagar a partir de activos restringidos: | $ 3,213,227 | $ 12,951,664 |
| Autoridad para el Financiamiento de la Infraestructura de Puerto Rico (AFI) | | |

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
NOTAS A LOS ESTADOS FINANCIEROS
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

**16. PRÉSTAMOS BAJO LÍNEA DE CRÉDITO**

La actividad bajo los acuerdos de línea de crédito durante los años fiscales terminados al 30 de junio de 2016 y 2015 es como sigue:

| | Año terminado el 30 de junio de 2016 | | | | |
|---|---|---|---|---|---|
| | Saldo al 30 de junio de 2015 | Importes de préstamos | Pagos / disminuciones | Saldo al 30 de junio de 2016 | Porción actual |
| Líneas de crédito usadas para: | | | | | |
| Actividades operativas | $ 64,718,816 | $ - | $ - | $ 64,718,816 | $ - |
| Actividades de construcción | 113,465,039 | 3,976,252 | - | 117,441,291 | - |
| Total | 178,183,855 | 3,976,252 | - | 182,160,107 | - |

| | Año terminado el 30 de junio de 2015 | | | | |
|---|---|---|---|---|---|
| | Saldo al 30 de junio de 2014 | Importes de préstamos | Pagos / disminuciones | Saldo al 30 de junio de 2015 | Porción actual |
| Líneas de crédito usadas para: | | | | | |
| Actividades operativas | $ 64,718,816 | $ - | $ - | $ 64,718,816 | $ - |
| Actividades de construcción | 110,734,275 | 2,766,319 | (35,555) | 113,465,039 | - |
| Total | 175,453,091 | 2,766,319 | (35,555) | 178,183,855 | - |

Durante el año fiscal 2008, la Autoridad firmó dos acuerdos de líneas de crédito con el BGF para el financiamiento provisional de su Programa de Mejoras de Capital por un monto que no excediera los $226 millones, generando intereses a una tasa variable de 1.50% sobre la tasa preferencial o en cualesquiera otras líneas [sic] variables según lo determinara el BGF pero no menos del 6% en cualquier momento (6% al 30 de junio de 2016 y 2015). Las líneas vencen el 30 de junio de 2044 y se pagarán con los importes de la futura emisión de Bonos de Reembolso de Ingresos de la Autoridad. El saldo pendiente bajo estas líneas de crédito ascendió a aproximadamente $66.4 y $64.0 millones al 30 de junio de 2016 y 2015, respectivamente.

La Autoridad mantiene una línea de crédito con el BGF en la cual puede pedir prestado hasta $75 millones, generando intereses a 150 puntos básicos sobre la tasa LIBOR de tres meses pero no menos del 5% en ningún momento (7% al 30 de junio de 2016 y 2015). Los importes de esta línea se utilizaron para financiar los gastos operativos de la Autoridad durante el año fiscal 2005-2006. Los pagos de capital e intereses ser harán a partir de las asignaciones anuales del presupuesto general del Estado Libre Asociado de Puerto Rico conforme a las disposiciones de la Resolución Núm. 387 del 21 de diciembre de 2005. La línea vence el 30 de junio de 2018. Durante el año fiscal que finalizó el 30 de junio de 2015, se recibieron $4.2 millones del BGF para pagar los intereses de esta línea de crédito. No se realizaron pagos por el monto de capital e intereses durante el año fiscal 2016. El saldo pendiente bajo esta línea de crédito ascendió a aproximadamente $64.7 millones al 30 de junio de 2016 y 2015.

Durante el año fiscal 2010, la Autoridad ejecutó acuerdos de líneas de crédito con el BGF para el financiamiento provisional de su Programa de Mejora de Capital por un monto que no excediera los $93.6 millones, generando intereses a una tasa variable de 1.50% sobre la tasa preferencial o a cualquier otra tasa variable según lo determinara el BGF pero no menos del 6% en cualquier momento (6% al 30 de junio de 2016 y 2015). Las líneas vencen el 30 de junio de 2044 y se pagarán con los importes de la futura emisión de Bonos de Reembolso de Ingresos de la Autoridad. El saldo pendiente bajo estas líneas de crédito ascendió a aproximadamente $51.0 y $49.5 millones al 30 de junio de 2016 y 2015, respectivamente.
Durante julio de 2012, la Autoridad ejecutó dos acuerdos de líneas de crédito con el BGF en las cuales la Autoridad puede pedir prestado hasta $174.7 millones. Los préstamos en virtud de estos acuerdos

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
NOTAS A LOS ESTADOS FINANCIEROS
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

se utilizarán para proporcionar financiamiento para la totalidad o una parte de los intereses y el componente de capital de algunos de sus bonos de ingresos y reembolsos de ingresos en circulación vencedores después de 12 meses después de la fecha del primer retiro de la línea. Los acuerdos vencían en diciembre de 2013. Los intereses de los préstamos pendientes se cobran al costo del prestamista BGF más 150 puntos básicos, pero en cualquier caso la tasa no será inferior al 6% en ningún momento (6% al 30 de junio de 2016 y 2015). Estas líneas fueron aprobadas conforme a la Resolución 1684 adoptada en julio de 2012. El capital pendiente se pagará con los importes de los bonos de ingresos que emitirá la Autoridad en virtud de la Sección 209 de la Resolución 468, la Resolución 158 y la Resolución 77. Al 30 de junio de 2016 y 2015, no hay saldo pendiente bajo estas líneas de crédito.

El gasto total por intereses cobrado por el BGF en virtud de las líneas de crédito mencionadas anteriormente asciende a aproximadamente $11.5 y $11.3 millones durante los años fiscales terminados el 30 de junio de 2016 y 2015, respectivamente.

## 17. BONOS POR PAGAR

Los bonos por pagar al 30 de junio de 2016 y 2015 consisten en:

|  | 2016 | 2015 |
|---|---|---|
| Bonos de Edificios de Oficinas: |  |  |
| Bonos a plazo con vencimiento hasta 2021 con tasas de interés que van desde 5.5% a 6.0% | $ 37,315,000 | $ 37,315,000 |
| Bonos de Ingresos de Instalaciones del Gobierno: |  |  |
| Bonos en serie con vencimiento hasta 2027, con tasas de interés que van del 3.0% al 6.75% | 1,651,092,000 | 1,733,092,000 |
| Bonos a plazo con vencimiento hasta 2042, con tasas de interés que van del 3.0% al 7.0% | 2,354,945,000 | 2,354,945,000 |
| Bonos de Apreciación de Capital, con vencimiento hasta 2031, con tasa de interés de 5.45% | 22,610,000 | 22,610,000 |
| Total Bonos de Ingresos de Instalaciones del Gobierno | 4,028,647,000 | 4,110,647,000 |
| Total bonos en circulación | 4,065,962,000 | 4,147,962,000 |
| Agregar (descontar): |  |  |
| Descuentos de bonos | (25,246,416) | (26,597,576) |
| Primas de bonos | 32,598,039 | 37,667,809 |
| Bonos por pagar, netos | 4,073,313,623 | 4,159,032,233 |
| Menos porción actual | 86,125,000 | 82,000,000 |
| Bonos por pagar | $ 3,987,188,623 | $ 4,077,032,233 |

Los vencimientos agregados de los requisitos de amortización de los fondos de los bonos (excluyendo descuentos y primas), el valor acumulado de los bonos y los pagos de intereses relacionados en los años futuros son los siguientes:

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
NOTAS A LOS ESTADOS FINANCIEROS
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

| Año fiscal finalizado el 30 de junio de | Capital | Intereses |
|---|---|---|
| 2017 | $ 86,125,000 | $ 186,006,867 |
| 2018 | 90,905,000 | 179,340,197 |
| 2019 | 66,235,000 | 205,436,427 |
| 2020 | 69,645,000 | 201,715,487 |
| 2021 | 74,140,000 | 118,187,657 |
| 2022-2026 | 506,805,000 | 944,565,395 |
| 2027-2031 | 1,392,377,000 | 1,168,964,720 |
| 2032-2036 | 708,365,000 | 380,760,346 |
| 2037-2041 | 770,665,000 | 188,894,800 |
| 2042-2043 | 300,700,000 | 14,865,656 |
| Total | $ 4,065,962,000 | $ 3,588,737,552 |

Se ha comprometido la plena fe y crédito del Estado Libre Asociado para el pago o adelanto de dichos alquileres. El pago de capital e intereses sobre los bonos está apoyado por la garantía del Estado Libre Asociado bajo el cual el Estado Libre Asociado se compromete a retirar de los fondos disponibles en el Departamento de Hacienda de Puerto Rico las sumas que sean necesarias para cubrir cualquier deficiencia en el monto requerido para el pago del capital y los intereses de los bonos, en un monto total de capital que no exceda los $4,721 millones.

Los bonos por pagar de la Autoridad están sujetos al reglamento de reembolso de arbitraje emitido por el Servicio de Rentas Internas de los Estados Unidos de América que requieren un reembolso al gobierno federal del excedente de ganancias por inversiones sobre los importes de la deuda exentos de impuestos si el rendimiento de esas ganancias excede el rendimiento efectivo en la correspondiente deuda exenta de impuestos emitida. Las ganancias excedentes deben reembolsarse cada cinco años o al vencimiento de la deuda, lo que ocurra antes. Los cálculos de arbitraje no generaron pasivo al 30 de junio de 2016.

Los bonos por pagar de la Autoridad incluyen ciertos pactos restrictivos. Al 30 de junio de 2016 y 2015, la Autoridad cumplió con dichos pactos.

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
NOTAS A LOS ESTADOS FINANCIEROS
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

La actividad de los bonos por pagar durante los años fiscales terminados el 30 de junio de 2016 y 2015 es como sigue:

| | Año terminado el 30 de junio de 2016 | | | | |
| --- | --- | --- | --- | --- | --- |
| | Saldo al 30 de junio de 2015 | Aumentos | Pagos / disminuciones | Saldo al 30 de junio de 2016 | Porción actual |
| Bonos de Edificios de Oficinas: | | | | | |
| Bonos a plazo | $ 37,315,000 | $ | $ - | $ 37,315,000 | $ - |
| | | | | | |
| Instalaciones del Gobierno: | | | | | |
| Bonos de ingresos | - | - | - | - | - |
| Bonos en serie | 1,733,092,000 | - | (82,000,000) | 1,651,092,000 | 86,125,000 |
| Bonos a plazo | 2,354,945,000 | - | - | 2,354,945,000 | - |
| Bonos de apreciación de capital | 22,610,000 | - | - | 22,610,000 | - |
| Total | 4,110,647,000 | - | (82,000,000) | 4,028,647,000 | 86,125,000 |
| | | | | | |
| Total bonos en circulación | 4,147,962,000 | | (82,000,000) | 4,065,962,000 | 86,125,000 |
| | | | | | |
| Agregar (deducir): | | | | | |
| Descuentos de bonos | (26,597,576) | - | 1,351,160 | (25,246,416) | - |
| Primas de bonos | 37,667,809 | - | (5,069,770) | 32,598,039 | - |
| | | | | | |
| Bonos por pagar, netos | $ 4,159,032,233 | $ - | $ (85,718,610) | $ 4,073,313,623 | 86,125,000 |

| | Año terminado el 30 de junio de 2015 | | | | |
| --- | --- | --- | --- | --- | --- |
| | Saldo al 30 de junio de 2014 | Aumentos | Pagos / disminuciones | Saldo al 30 de junio de 2015 | Porción actual |
| Bonos de Edificios de Oficinas: | | | | | |
| Bonos a plazo | $ 37,315,000 | $ | $ - | $ 37,315,000 | $ - |
| | | | | | |
| Instalaciones del Gobierno: | | | | | |
| Bonos de ingresos | - | - | - | - | - |
| Bonos en serie | 1,808,687,000 | - | (75,595,000) | 1,733,092,000 | 74,610,000 |
| Bonos a plazo | 2,361,985,000 | - | (7,040,000) | 2,354,945,000 | 7,390,000 |
| Bonos de apreciación de capital | 22,610,000 | - | - | 22,610,000 | - |
| Total | 4,193,282,000 | - | (82,635,000) | 4,110,647,000 | 82,000,000 |
| | | | | | |
| Total bonos en circulación | 4,230,597,000 | | (82,635,000) | 4,147,962,000 | 82,000,000 |
| | | | | | |
| Agregar (deducir): | | | | | |
| Descuentos de bonos | (27,949,784) | - | 1,352,208 | (26,597,576) | - |
| Primas de bonos | 43,496,799 | - | (5,828,990) | 37,667,809 | - |
| | | | | | |
| Bonos por pagar, netos | $ 4,246,144,015 | $ - | $ (87,111,782) | $ 4,159,032,233 | 82,000,000 |

En años anteriores, la Autoridad extinguió ciertos bonos de ingresos colocando los importes de nuevos bonos en un fideicomiso irrevocable para cubrir todos los pagos futuros del servicio de la deuda de deudas anteriores. En consecuencia, los activos y pasivos de la cuenta del fideicomiso para los bonos extinguidos no se incluyen en los estados de situación neta. Al 30 de junio de 2016 y 2015, el saldo pendiente de los bonos extinguidos era de aproximadamente $660 y $669 millones, respectivamente.

**18.  OTROS PASIVOS A LARGO PLAZO**

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
NOTAS A LOS ESTADOS FINANCIEROS
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

Otros pasivos a largo plazo al 30 de junio de 2016 y 2015 consisten en:

| | Año terminado el 30 de junio de 2016 | | | | |
| --- | --- | --- | --- | --- | --- |
| | Saldo al 30 de junio de 2015 | Aumentos | Disminuciones | Saldo al 30 de junio de 2016 | Porción actual |
| Anticipos de otras agencias gubernamentales | $ 460,329 | $ - | $ - | $ 460,329 | $ - |
| Ausencias compensadas | 11,368,578 | 7,833,309 | (6,127,745) | 13,074,142 | 7,833,309 |
| Contingencias legales acumuladas | 17,048,154 | 1,761,143 | (951,783) | 17,857,514 | 480,724 |
| Otros beneficios posteriores al empleo | 14,143,473 | 2,269,042 | (524,069) | 15,888,446 | 390,278 |
| Beneficios de terminación voluntaria | 6,510,778 | 130,560 | (1,892,206) | 4,749,132 | 1,595,085 |
| Total | $ 49,531,312 | $ 11,994,054 | $ (9,495,803) | $ 52,029,563 | $ 10,299,396 |

| | Año terminado el 30 de junio de 2015 | | | | |
| --- | --- | --- | --- | --- | --- |
| | Saldo al 30 de junio de 2014 | Aumentos | Disminuciones | Saldo al 30 de junio de 2015 | Porción actual |
| Anticipos de otras agencias gubernamentales | $ 183,234 | $ - | $ - | $ 183,234 | $ - |
| Ausencias compensadas | 11,021,578 | 7,469,401 | (7,122,401) | 11,368,578 | 7,469,401 |
| Contingencias legales acumuladas | 20,192,875 | - | (3,144,721) | 17,048,154 | 951,783 |
| Otros beneficios posteriores al empleo | 12,382,963 | 2,658,834 | (898,324) | 14,143,473 | 524,069 |
| Beneficios de terminación voluntaria | 8,824,258 | - | (2,313,480) | 6,510,778 | 1,892,707 |
| Total | $ 52,604,908 | $ 10,128,235 | $ (13,478,926) | $ 49,254,217 | $ 10,837,960 |

a.  ***Anticipos de Otras Agencias Gubernamentales*** - Este monto representa el saldo de los montos adelantados por otras entidades gubernamentales, principalmente para la construcción de instalaciones que serán propiedad de estas entidades. Estos proyectos incluyen asignaciones del Estado Libre Asociado para financiar la construcción de instalaciones por parte de estas agencias, que a su vez solicitan a la Autoridad que lleve a cabo la construcción y la administración del progreso de la construcción. Tras la finalización aceptable, el proyecto se completa y la agencia correspondiente toma cargo de él. Los activos no son propiedad de la Autoridad.

b.  ***Ausencias Compensadas*** - Los empleados devengan vacaciones anuales a razón de 30 días por año hasta una acumulación máxima permitida de 30 días para empleados sindicalizados y 60 días para el personal administrativo. Los empleados acumulan licencia por enfermedad a razón de 18 días por año. La licencia por enfermedad solo se paga si el empleado regular renuncia y tiene más de 10 años de empleo, o se jubila y toma una pensión. La acumulación máxima permitida de licencia por enfermedad es de 90 días para todos los empleados, y el exceso se paga dentro del próximo año. La Autoridad registra como un pasivo y como un gasto las vacaciones acumuladas y la licencia por enfermedad con derechos adquiridos a medida que se acumulan beneficios para los empleados. El costo de las vacaciones y la licencia por enfermedad que se espera pagar en los próximos doce meses se clasifica como pasivo corriente y pasivo acumulado, mientras que los montos que se espera pagar después de doce meses se clasifican como pasivo no corriente.

c.  ***Contingencias Legales Acumuladas*** – Esta suma representa los estimados de la Autoridad de posibles acuerdos legales y contractuales derivados de procedimientos normales de litigio. El monto estimado se basó en el número correspondiente de casos legales actualmente en curso y

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
NOTAS A LOS ESTADOS FINANCIEROS
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

en base al asesoramiento y aprobación de la división legal de la Autoridad y sus asesores legales externos. El monto real a liquidar podrá ser materialmente diferente del monto acumulado.

**d.** **Otros Beneficios Posteriores al Empleo** – Este monto representa la obligación de la Autoridad por sus beneficios de atención médica para el retiro en virtud del Plan de beneficios de Atención Médica para los Retirados, como se describe más detalladamente en la Nota 20.

**e.** **Beneficios de Terminación Voluntaria** – Esta suma representa el pasivo de la Autoridad relacionado con un programa que proporciona beneficios para el retiro anticipado o incentivos económicos para la terminación voluntaria del empleo a ciertos empleados elegibles, como se explica más detalladamente en la Nota 21.

## 19. CUENTAS POR PAGAR A CONTRATISTAS

Esta cantidad representa el saldo restante adeudado a los contratistas para proyectos en construcción. Normalmente, los contratistas envían facturas de progreso para proyectos en progreso y la Autoridad paga estas facturas, excepto la porción de retención. Esta retención se utiliza como garantía de que el contratista completará el proyecto de acuerdo con los requisitos del contrato. Normalmente, la retención se pagará al finalizar y aceptar los proyectos, según lo determinen los ingenieros de la Autoridad.

## 20. PLAN DE RETIRO

Los empleados de la Autoridad participan en el Sistema de Retiro de los Empleados del Estado Libre Asociado de Puerto Rico y sus Instrumentalidades (el "Sistema"). El Sistema es un plan de beneficios definidos, costo compartido y de múltiples patronos patrocinado por el Estado Libre Asociado bajo los términos de la Ley Núm. 447 de 1951, según enmendada. La participación es obligatoria para los empleados regulares. El Sistema emite un informe financiero disponible al público que incluye sus estados financieros y la información suplementaria requerida.

Hay beneficios de retiro por discapacidad disponibles para los miembros con discapacidades ocupacionales y no ocupacionales. Los beneficios de retiro dependen de la edad de retiro y el número de años de servicios acreditados. El derecho sobre los beneficios se adquiere después de diez años de participación en el plan. Los miembros que hayan cumplido al menos 55 años de edad y hayan completado al menos 30 años de servicio acreditable, o los miembros que hayan cumplido al menos 58 años de edad y hayan completado al menos 10 años de servicio acreditable tienen derecho a un beneficio anual, pagadero mensualmente de por vida.

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
NOTAS A LOS ESTADOS FINANCIEROS
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

El monto de la anualidad será el 1.5% de la compensación promedio multiplicado por el número de años de servicio acreditable hasta veinte años, más el 2% de la compensación promedio multiplicado por el número de años de servicio acreditable que exceda los 20 años. En ningún caso la anualidad será inferior a $200 por mes. Para aquellos empleados participantes después del 31 de marzo de 1990, el monto de la anualidad es el 1.5% de la compensación multiplicado por el número de años de servicios acreditados. La anualidad no debe ser inferior a $2,400 en ningún caso.

Los participantes que hayan completado al menos 30 años de servicio acreditable tienen derecho a recibir la Anualidad de Mérito. Los participantes que no hayan cumplido los 55 años de edad recibirán hasta un máximo del 65% de la compensación promedio, o si han cumplido los 55 años de edad, recibirán hasta un máximo del 75% de la compensación promedio. Los beneficios de retiro por discapacidad están disponibles para los miembros por discapacidad ocupacional y no ocupacional hasta un beneficio máximo del 50% de la compensación promedio. Sin embargo, para la discapacidad no ocupacional, un miembro debe tener por lo menos 10 años de servicio acreditable.

La Ley Núm. 1 de 1990 hizo ciertas enmiendas aplicables a los nuevos participantes que ingresaron al Sistema a partir del 1 de abril de 1990. Estos cambios consisten principalmente en el establecimiento de aportaciones al 8.275% de su salario bruto mensual, un aumento en la edad de retiro a 65 años, una disminución en el beneficio de la anualidad al 1.5% de la compensación promedio por todos los años de servicio acreditable, una disminución en las anualidades máximas de beneficios por discapacidad y muerte del 50% al 40% de la compensación promedio, y la eliminación de la Anualidad de Mérito para los participantes que han completado 30 años de servicio acreditable.

Los requisitos de contribución tanto para empleados como para patronoes están establecidos por ley y no se determinan actuarialmente. Se requiere que los empleados contribuyan 5.775% o 8.275% de su salario bruto mensual. A partir del 1 de julio de 2012, la Autoridad debe contribuir con el 11.275%, con incrementos anuales a las aportaciones del 1% desde el 1 de julio de 2012 hasta el 30 de junio de 2016. A partir del 1 de julio de 2016, la contribución de la Autoridad aumentará en un 1.25% anual hasta alcanzar el 20.525%.

El 24 de septiembre de 1999, se promulgó una enmienda a la Ley Núm. 447 del 15 de mayo de 1951, que creó el Sistema, con el propósito de establecer un nuevo programa de pensiones (Sistema 2000). El Sistema 2000 entró en vigor el 1 de enero de 2000. Los empleados que participan en el sistema actual al 31 de diciembre de 1999 pueden elegir permanecer en el plan de beneficios definidos o transferirse al nuevo programa. Las personas que se unan al gobierno a partir del 1 de enero de 2000 solo podrán ser miembros del Sistema 2000.

El Sistema 2000 es un plan híbrido de aportaciones definidas, también conocido como plan de saldo de efectivo. Según este nuevo plan, habrá un conjunto de activos de pensiones, que serán invertidos por el Sistema, junto con los del plan de beneficios definidos actual. Los beneficios a la edad de retiro no serán garantizados por el Estado Libre Asociado. La anualidad se basará en una fórmula que asume que cada año la contribución del empleado (con un mínimo del 8.275% del salario del empleado hasta un máximo del 10%) se invertirá en una cuenta que: (1) ganará un tasa fija basada en el Pagaré de Hacienda de Vencimiento Constante de dos años, o (2) ganará una tasa igual al 75% del rendimiento de la cartera de inversiones del Sistema (neto de comisiones de administración), o (3) ganará una combinación de ambas alternativas.

Los participantes reciben estados de cuenta periódicos similares a los de los planes de aportación definida que muestran sus saldos acumulados. No se otorgan pensiones por discapacidad bajo el

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
NOTAS A LOS ESTADOS FINANCIEROS
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

Sistema 2000. Las aportaciones de los empleados (9.275% del salario de los empleados) se utilizarán para financiar el plan actual.

El Sistema 2000 reduce la edad de retiro de 65 años a 60 años para aquellos empleados que se unieron al plan actual a partir del 1 de abril de 1990.

El 4 de abril de 2013, el Gobernador de Puerto Rico promulgó la Ley Núm. 3 de 2013, que representa una reforma integral del Sistema. La Ley Núm. 3 entró en vigencia el 1 de julio de 2013 y modificó las disposiciones de las diferentes estructuras de beneficios del Sistema, incluidas, entre otras, las siguientes:

1. Para los participantes activos de los programas contributivos de beneficios definidos según la Ley Núm. 447 de 1951 y la Ley Núm. 1 de 1990, todos los beneficios de retiro acumulados hasta el 30 de junio de 2013 fueron congelados, y a partir de entonces, todos los beneficios futuros se acumularán según la fórmula de aportación definida utilizada para los participantes del Sistema 2000, y se pagarán al momento del retiro a través de una anualidad de por vida.

2. Aumentó la pensión mínima para los retirados actuales de $400 a $500 por mes.

3. La edad de retiro de los participantes conforme a la Ley Núm. 447 aumentará gradualmente de 58 a 61 años.

4. La edad de retiro para los participantes activos del Sistema 2000 aumentará gradualmente de los 60 a los 65 años.

5. Se hará la transición de participantes activos conforme a la Ley Núm. 1 y la Ley Núm. 447 a un plan de aportación definida similar al Sistema 2000.

6. Se eliminó la "anualidad de mérito" disponible para los participantes que se unieron al Sistema antes del 1 de abril de 1990.

7. La edad de retiro de los nuevos empleados se incrementó a 67 años, excepto en el caso de oficiales de policía, bomberos y oficiales de custodia estatales y municipales nuevos, la cual será 58 años.

8. La tasa de contribución de los empleados se incrementó de 8.275% a 10%.

9. Para los participantes del Sistema 2000, los beneficios de retiro ya no se pagarán como un tanto alzado, sino que se pagarán a través de una anualidad de por vida.

10. Se eliminaron o redujeron varios beneficios de retiro previamente otorgados por leyes especiales, incluyendo las bonificaciones de Navidad y verano. La bonificación de Navidad pagadera a los retirados actuales se redujo de $600 a $200 y se eliminó para futuros retirados. La bonificación de verano fue eliminada.

11. Los beneficios por discapacidad fueron eliminados y sustituidos por una póliza de seguro de discapacidad obligatoria.

12. Los beneficios para sobrevivientes fueron modificados.

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
NOTAS A LOS ESTADOS FINANCIEROS
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

El 8 de diciembre de 2015, el Estado Libre Asociado promulgó la Ley Núm. 211, que establece un programa voluntario que brinda beneficios de pre-retiro a los empleados elegibles, según se defina. La Ley Núm. 211 se aplica a los empleados elegibles de agencias y unidades componentes cuyos presupuestos están financiados total o parcialmente por el Fondo General del Estado Libre Asociado, municipios, unidades componentes que operan con sus propios recursos (excepto aquellas que tienen su propio sistema de retiro), el Poder Judicial, excepto jueces, y la Asociación de Empleados del Estado Libre Asociado. La Ley Núm. 211, entre otras disposiciones, estableció que los beneficios de pre-retiro (programa de pre-retiro) se proporcionarán a los empleados elegibles que comenzaron a contribuir al Sistema antes del 1 de abril de 1990, con al menos 20 años de servicio, y consistirán en beneficios quincenales del 60% del salario de cada empleado al 31 de diciembre de 2015, según se defina. Conforme a la Ley Núm. 211, los patronos continuarán haciendo las aportaciones correspondientes de empleados y patronos al Sistema de Retiro y las aportaciones del patrono al Seguro Social Federal y Medicare en función del salario promedio, según se defina, al 31 de diciembre de 2015. Las aportaciones individuales al Seguro Social Federal y Medicare se deducirán de los beneficios quincenales que se pagarán al participante. Estos pagos se realizarán hasta que el empleado alcance la edad de 61 años. Otros beneficios incluirían el pago del plan de atención médica del participante durante los primeros dos años del programa. Una vez que el participante alcanza la edad de 61 años, el participante es elegible para recibir pagos del Sistema y tiene derecho a una pensión mínima garantizada del 50% de su salario promedio (excepto los oficiales de policía, a quienes se les pagaría el 60%) cuyo costo relacionado será pagado por el patronopatrono.

El 30 de junio de 2016, el Gobernador firmó una orden ejecutiva, EO2016031 (EO 31), la cual, entre otras cosas, declaró un período de emergencia con respecto al Sistema y suspendió los pagos mensuales al administrador de los bonos del Sistema en julio de 2016.

Las orden ejecutiva arriba mencionada y otras órdenes ejecutivas firmadas por el Gobernador, también declararon un período emergente para varios patronos del Sistema.

El 30 de octubre de 2016, la Junta de Supervisión designó a Puerto Rico, el Sistema, SRJ, SRM, la Universidad de Puerto Rico y veintiuna corporaciones públicas de Puerto Rico como "entidades cubiertas" sujetas a supervisión bajo la Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico (*Puerto Rico Oversight, Management, and Economic Stability Act* – PROMESA).

Ante la eventual insolvencia del Sistema y la imposibilidad de alcanzar un acuerdo de reestructuración consensuado con los acreedores del Sistema, el 21 de mayo de 2017, el Gobernador solicitó a la Junta de Supervisión que incluyera el Sistema para protección bajo el Título III de PROMESA. El 22 de mayo de 2017, la Junta de Supervisión presentó ante el tribunal federal de distrito de Puerto Rico una petición bajo el Título III de PROMESA para cubrir el Sistema.

El 23 de junio de 2017, la Legislatura aprobó las Otras Asignaciones para la Resolución Conjunta del Año Fiscal 2017-2018 que, entre otras cosas, ordenó al Sistema, al SRJ y al SRM liquidar sus activos y pasar los ingresos netos al Departamento de Hacienda del Estado Libre Asociado.

El 23 de agosto de 2017, el Gobernador de Puerto Rico promulgó la Ley para Garantizar el Pago a Nuestros Pensionados y Establecer un Nuevo Plan de Aportaciones Definidas para los Empleados Públicos (Ley Núm. 106-2017). La Ley Núm. 106-2017 reforma el Sistema.

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
NOTAS A LOS ESTADOS FINANCIEROS
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

Entre otras cosas, La Ley Núm. 106-2017 modifica a la Ley Núm. 3 con respecto a la gobernanza, financiamiento y beneficios del Sistema para los miembros activos del programa actual y los nuevos miembros contratados. Por esta ley, la Junta de Fideicomisarios del Sistema fue sustituida por la Junta de Retiro del Gobierno de Puerto Rico (Junta de Retiro). Conforme a esta ley, la Junta de Retiro también estará a cargo de la gobernanza del Sistema de Retiro de los Empleados del Gobierno.

El método de pago por uso para el pago del beneficio de pensión del Fondo General del Estado Libre Asociado se estableció como una fuente de financiamiento para los futuros pagos de pensión cuando se agoten los activos del sistema. La ley también da término al programa actual para los participantes del Sistema al 30 de junio de 2017. Los miembros del programa actual y los nuevos miembros del sistema contratados desde el 1 de julio de 2017 se inscribirán en un nuevo programa de aportaciones definidas que será seleccionado por la Junta de Retiro. El saldo acumulado en las cuentas del programa actual se transferirá a la cuenta de los miembros en el nuevo programa de aportaciones definidas. Los miembros activos del Sistema del programa de beneficios definidos conservarán sus beneficios según lo establecido en la Ley 91 del 29 de marzo de 2003.

La Ley 106-2017 también ordenó la paralización de los programas de préstamos del Sistema y ordenó la fusión de las estructuras administrativas de los sistemas de retiro. A discreción de la Junta de Retiro, la administración de los beneficios del sistema podría ser externalizada. Los empleados del Sistema que no sean retenidos bajo la nueva estructura administrativa serán transferidos a otras agencias públicas conforme a la Ley 8 del 8 de febrero de 2017.

### Política de Financiamiento

Los requisitos de aportación fueron establecidos por ley bajo el requisito anterior y son los siguientes:

| La Autoridad | 12.275% del salario bruto con aumentos anuales del 1% a las aportaciones del 1 de julio de 2012 al 30 de junio de 2016. |
|---|---|
| | A partir del 1 de julio de 2016, la aportación aumenta en un 1.25% anual hasta alcanzar el 20.525%. |
| Los Empleados | 7.0% del salario bruto hasta $6,600 más 10% del salario bruto sobre $6,600. |

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
NOTAS A LOS ESTADOS FINANCIEROS
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

Las contribuciones contractuales requeridas por la Autoridad para el año terminado el 30 de junio de 2016 ascendieron a aproximadamente $3.5 millones.

El monto de la obligación total de beneficios de pensión se basa en una medida estandarizada establecida por principios contables generalmente aceptados en los Estados Unidos de América que, con algunas excepciones, deben ser utilizados por un sistema de retiro de empleados públicos. La medida estandarizada es el valor actuarial presente de los beneficios proyectados acreditados. Este método de valoración de pensiones refleja el valor presente de los beneficios de pensión estimados que se pagarán en años futuros como resultado de los servicios de los empleados realizados hasta la fecha y se ajusta por los efectos de los aumentos salariales proyectados.

La valoración actuarial más reciente es al 30 de junio de 2015. Los supuestos actuariales significativos utilizados para determinar la medida estandarizada de la obligación de beneficios de pensión se resumen a continuación:

| | |
|---|---|
| • Tasa de retorno de inversiones | 6.55% al año |
| • Crecimiento de la nómina | 3.0% por año |
| • Cuenta Híbrida de Aportación Definida | Se asume que las aportaciones de los miembros a la Cuenta de Aportación Definida representan el 10% de la compensación. Las Aportaciones Definidas Híbridas crecerán utilizando el rendimiento anual de inversión del 5.24% (80% del supuesto de rendimiento neto de inversión). |
| • Mortalidad previa al retiro | Tasas de Mortalidad de los Empleados RP-2014, ajustadas para reflejar la Escala de Mejora de la Mortalidad MP-2015 |
| • Mortalidad posterior al retiro de personas discapacitadas | Tasas de mortalidad específicas a cada género desarrolladas en base a un estudio de la experiencia del plan del 2007 al 2012. |
| • Mortalidad posterior al retiro de personas sanas | Tasas de mortalidad específicas a cada género desarrolladas en base a un estudio de la experiencia del plan del 2007 al 2012. |
| • Terminación | Los índices de retiro varían según la categoría de empleo, la edad y el servicio. |
| • Discapacidad | Tasas del período de eliminación de seis meses en la Tabla Ajustada de Discapacidad del Grupo de Comisionados de 1987. |
| • Edad de Retiro | Las tasas varían según la categoría de empleo, la ley, la edad y los años de servicio acreditable. |
| • Proporción de participantes con cónyuges | Se asume que el 100% de los miembros activos actuales, conforme a la Ley 127, están casados al momento del retiro, siendo los hombres 4 años mayores que las mujeres. |

Se proporciona información adicional sobre el Sistema en sus estados financieros para el año finalizado el 30 de junio de 2014, una copia de la cual se puede obtener del Sistema de Retiro de los Empleados del Estado Libre Asociado de Puerto Rico y sus Instrumentalidades, P.O. Box 42003, San Juan, PR 00940-2003.

La Declaración Núm. 68 de la Junta de Normas de Contabilidad Gubernamental, *Contabilidad e Informes Financieros para Pensiones – una enmienda de la Declaración GASB Núm. 27* (GASB 68),

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
NOTAS A LOS ESTADOS FINANCIEROS
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

entró en vigencia para el año finalizado el 30 de junio de 2015. Esta Declaración reemplaza los requisitos de la Declaración Núm. 27, *Contabilización de Pensiones de Patronoes Gubernamentales Estatales y Locales*, así como los requisitos de la Declaración Núm. 50, *Divulgaciones de Pensiones,* en lo que se refiere a las pensiones que se proporcionan a través de planes de pensiones administrados como fideicomisos o acuerdos equivalentes que cumplen con ciertos criterios.

A la fecha de publicación de este informe, el Sistema no ha proporcionado a la Autoridad la información requerida para implementar los requisitos de GASB 68. Por lo tanto, los estados financieros adjuntos no tienen ningún ajuste que sea necesario para que la Autoridad contabilice por su parte proporcional del pasivo neto por pensiones, la entrada diferida de recursos y la salida diferida de recursos en el estado de activos netos al 1 de julio de 2015 y el 30 de junio de 2016, así como el efecto en el gasto de pensión registrado en el estado de ingresos, gastos y cambios en la situación neta para el año finalizado el 30 de junio de 2016. Además, las revelaciones adicionales requeridas por GASB 68, así como la información suplementaria requerida se han omitido de estos estados financieros básicos.

**21. OTROS BENEFICIOS POSTERIORES AL EMPLEO**

La Autoridad ha implementado la Declaración GASB Núm. 45, "*Informes Contables y Financieros para Patronoes para Beneficios Posteriores al Empleo que No Sean Pensiones*" (GASB 45). Esta Declaración establece los estándares para la medición, el reconocimiento y la visualización de los gastos/costes de Otros Beneficios Posteriores al Empleo (OBPE) y pasivos (activos) relacionados, revelaciones de notas y, si corresponde, información suplementaria requerida (ISR) en los informes financieros de patronoes gubernamentales estatales y locales.

Los beneficios posteriores al empleo son parte de un intercambio de salarios y beneficios por los servicios prestados por los empleados. La mayoría de los OBPE se han financiado sobre la base de pago por uso y se han informado en los estados financieros al momento de pagar los beneficios prometidos. La GASB 45 requiere que los informes financieros de los gobiernos estatales y locales reflejen la medición y el reconocimiento sistemáticos y basados en el devengo del costo (gasto) de OBPE durante un período que se aproxime a los años de servicio de los empleados y proporcione información sobre los pasivos actuariales acumulados asociados con el OBPE y si se está avanzando en el financiamiento del plan y en qué medida se está avanzando.

a. ***Descripción del Plan*** – La Autoridad proporciona beneficios de atención médica para el retiro en virtud del Plan de Beneficios de Atención Médica para los Retirados (el Plan) conforme a los convenios colectivos. El Plan es administrado por la Autoridad. Los beneficios consisten en un pago mensual máximo (anualidad) para cubrir los gastos médicos. Según las características y la funcionalidad del Plan, y para el propósito de la valoración actuarial, se ha identificado como un plan de atención médica de beneficios definidos para un solo patrono. Los grupos de participantes cubiertos son empleados bajo el Convenio Laboral Colectivo con la "Unión Independiente de Empleados de la Autoridad de Edificios Públicos" ("UIEAEP"), empleados bajo el Convenio Laboral Colectivo con la "Unión de Empleados de Oficina y Profesionales de

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
NOTAS A LOS ESTADOS FINANCIEROS
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

la Autoridad de Edificios Públicos" ("UEOP") y los empleados de la gerencia de la Autoridad. Todos los empleados con al menos 10 años de servicio prestado dentro de la Autoridad son elegibles para el beneficio de atención médica al momento del retiro. El retiro normal es el siguiente:

- Para los empleados que fueron empleados por la Autoridad al 30 de marzo de 1990, el retiro es a los 30 años de servicio.

- Para los empleados que fueron empleados por la Autoridad después del 30 de marzo de 1990, el retiro es a los 10 años de servicio y 65 años de edad.

El beneficio se paga en caso de incapacidad permanente del jubilado hasta la muerte. Además, el beneficio se paga en caso de que un empleado activo se deshabilite hasta la muerte. La obligación termina en caso de fallecimiento después del retiro.

b. *Descripción de Otros Beneficios Posteriores al Empleo Proporcionados* – Además de proporcionar los beneficios de pensión, la Autoridad proporciona una contribución definida en dólares para cubrir parcialmente el costo del seguro médico a los empleados retirados elegibles. La contribución de la Autoridad está limitada a $200 mensuales por empleado jubilado elegible hasta un período de treinta y seis meses (doce meses para empleados gerenciales). Este beneficio está incluido en los Convenios Colectivos y se revaluará al momento de renovación de los mismos. Bajo este nivel de beneficios provistos, el riesgo de aumentos en los costos médicos reside en el jubilado y, por lo tanto, resulta en un menor pasivo de OBPE para la Autoridad.

c. *Membresía* – Al 30 de junio de 2016 y 2015, el número de empleados activos y retirados ascendía a $1,378 y $1,449 [sic], respectivamente.

d. *Política de Financiamiento* – Las obligaciones del patronopatrono de los miembros del plan se establecen por acción de la Autoridad conforme a los convenios de negociación colectiva y de empleo aplicables. Las tasas requeridas de aportación del patrono y los miembros varían según el convenio aplicable. La Autoridad actualmente aporta suficiente dinero al plan para satisfacer las obligaciones actuales sobre una base de pago por uso. Los costos de administrar el plan son pagados por la Autoridad.

e. *Costo Anual de OBPE y Obligación Neta de OBPE* – El costo (gasto) anual de OBPE de la Autoridad se calcula con base en la aportación anual requerida del patrono (AAR). La Autoridad ha contratado a un actuario para calcular la AAR y la información relacionada según las disposiciones de la Declaración 45 de GASB para patronoes en el Plan con más de cien miembros del plan en total. La AAR representa un nivel de financiamiento que, de pagarse de manera continua, se proyecta que cubra el costo normal cada año y que amortice cualquier pasivo actuarial no financiado (o exceso de financiamiento) durante un período que no exceda los treinta años.

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
NOTAS A LOS ESTADOS FINANCIEROS
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

La siguiente tabla muestra los componentes del costo anual de OBPE de la Autoridad para los años terminados el 30 de junio de 2016 y 2015, el monto realmente contribuido al plan y la obligación de OBPE neta de la Autoridad al 30 de junio de 2016 y 2015:

**Obligación de OBPE**

| | 2016 | 2015 |
|---|---|---|
| Costo normal | $ 814,465 | $ 1,122,893 |
| Amortización del pasivo actuarial acumulado no financiado | 2,097,523 | 2,374,398 |
| Aportación anual requerida | $ 2,911,988 | $ 3,497,291 |
| Aportaciones a OBPE hechos durante el año | $ 390,278 | $ 524,069 |
| Porcentaje del gasto aportado | 12.2% | 15.0% |

El cambio neto en la obligación de OBPE para los años terminados el 30 de junio de 2016 y 2015 es el siguiente:

| | 2016 | 2015 |
|---|---|---|
| Obligación de OBPE normal al comienzo del año | $ 14,143,473 | $ 12,382,963 |
| Costos anuales totales de OBPE | 2,269,042 | 2,658,834 |
| Pagos de beneficios actuariales | (524,069) | (898,324) |
| Aportación anual requerida | $ 15,888,446 | $ 14,143,473 |

Los componentes de los costos de OBPE durante los años terminados el 30 de junio de 2016 y 2015 son los siguientes:

| | 2016 | 2015 |
|---|---|---|
| Aportación anual requerida (AAR) para el año fiscal | $ 3,193,225 | $ 3,439,151 |
| Intereses u obligación neta de OBPE | 413,100 | 433,404 |
| Ajuste de amortización de AAR | (1,860,675) | (1,213,721) |
| Costos anuales totales de OBPE | $ 1,745,650 | $ 2,658,834 |

Al 30 de junio de 2016 y 2015, el pasivo actuarial acumulado por beneficios ascendió a $20.3 y $20.4 millones, respectivamente, los cuales no estaban financiados. La nómina cubierta (nómina anual de empleados activos cubiertos por el plan) fue de aproximadamente $49.9 y $53 millones durante los años terminados el 30 de junio de 2016 y 2015, respectivamente, y la proporción del pasivo actuarial acumulado no financiado a la nómina cubierta fue del 40.6% y 52.8%, respectivamente.

La proyección de los pagos de beneficios futuros para un plan continuo implica estimaciones del valor de los montos reportados y supuestos sobre la probabilidad de ocurrencia de eventos en el futuro. Ejemplos de esto incluyen suposiciones sobre el empleo futuro, la mortalidad y la

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
NOTAS A LOS ESTADOS FINANCIEROS
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

tendencia de los costos de atención médica. Los montos determinados con respecto al estado financiado del plan y las aportaciones anuales requeridos del patronopatrono están sujetos a revisiones continuas a medida que los resultados reales se comparan con las expectativas pasadas y se hacen nuevas estimaciones sobre el futuro.

f.   **Métodos y Supuestos** – Las proyecciones de beneficios para fines de información financiera se basan en el plan e incluyen los tipos de beneficios proporcionados en el momento de la valoración y el patrón histórico de los costos de beneficios pagados por el patrono hasta la fecha. Los métodos y supuestos utilizados incluyen técnicas diseñadas para reducir los efectos de la volatilidad a corto plazo en el pasivo actuarial acumulado y el valor actuarial de los activos, de acuerdo con la perspectiva a largo plazo de los cálculos.

El método de amortización del pasivo actuarial acumulado inicial no financiado es el de cuota nivelada por un período de 15 años. El método de amortización para la ganancia o pérdida es el de cuota nivelada por un período de 15 años cerrado. La fecha de valuación fue el 1 de julio de 2016 y se utilizó el Método de Costo de Crédito Unitario Proyectado. Los supuestos actuariales se basaron en un conjunto de supuestos suministrados por la Autoridad. Los índices de rotación se basaron en el servicio y la rotación relacionada con la edad. Se utilizó una tasa de descuento del 2.6%. Esta tasa es la mejor estimación actuarial de la experiencia esperada a largo plazo.

Los índices de tendencia de atención médica se basan en el conocimiento actuarial del entorno general de atención médica y la cobertura específica ofrecida por la Autoridad.

## 22. BENEFICIOS DE TERMINACIÓN VOLUNTARIA

El 2 de julio de 2010, el Estado Libre Asociado promulgó la Ley Núm. 70 para establecer un programa que brinda beneficios por retiro anticipado o incentivos económicos para la terminación voluntaria del empleo a los empleados elegibles, según se defina, incluyendo a los empleados de la Autoridad. La Ley Núm. 70 fue una selección voluntaria para las corporaciones públicas, como la Autoridad, y estableció que se proporcionarán beneficios de retiro anticipado a aquellos empleados elegibles que hayan completado entre 20 y 29 años de servicio acreditado en el Sistema de Retiro, con edades entre 48 y 55 años, y consistirá en beneficios quincenales de un 50% del salario de cada empleado, según se defina. En este programa de beneficios de retiro anticipado, la Autoridad hará las aportaciones del empleado y del patrono al Sistema de Retiro y pagará la pensión correspondiente hasta que el empleado cumpla con los requisitos de edad y 30 años de servicio acreditado en el Sistema de Retiro. Hay incentivos económicos disponibles para los empleados elegibles que tengan al menos 30 años de servicio acreditado en el Sistema de Retiro que hayan alcanzado la edad de retiro. Los incentivos económicos consistirán en un pago a tanto alzado de seis meses de salario basado en los años de empleo. Para los empleados elegibles que elijan los incentivos económicos y tengan por lo menos 30 años de servicio acreditado en el Sistema de Retiro y la edad de retiro, o tengan la edad de retiro, la Autoridad hará las aportaciones del empleado y del patrono al

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
NOTAS A LOS ESTADOS FINANCIEROS
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

Sistema de Retiro por un período de cinco de años. Además, los empleados elegibles que elijan participar en el programa de beneficios de retiro anticipado o que elijan el incentivo económico y tengan por lo menos 20 años de servicio acreditado en el Sistema de Retiro, son elegibles para recibir cobertura del plan de salud por hasta 12 meses en un plan de salud seleccionado por gestión de la Autoridad.

El impacto financiero resultante de los beneficios otorgados a los participantes en este programa fue el reconocimiento dentro de los estados financieros de la Autoridad de un pasivo de $15.8 millones y $14.1 millones en los balances al 30 de junio de 2016 y 2015, respectivamente, y un cargo de aproximadamente $1.7 mil y $1.8 mil en los estados de ingresos, gastos y cambios en la situación neta para los años terminados el 30 de junio de 2016 y 2015, respectivamente. Al 30 de junio de 2016, los beneficios a largo plazo no pagados otorgados en este programa se descuentan al 2.6% y 3.0% dependiendo de los beneficios de terminación voluntaria seleccionados del empleado.

**23. COMPROMISOS Y PASIVOS CONTINGENTES**

*a.* ***Construcción*** – La Autoridad ha celebrado varios contratos con contratistas externos para la construcción de edificios y otras instalaciones. La Autoridad registra la obligación de estos contratos a medida que se reciben las facturas de progreso, en función del trabajo completado. La porción incompleta de estos contratos es de aproximadamente $4.8 millones al 30 de junio de 2016.

La Autoridad tiene un acuerdo con la AFI relacionado con la construcción de y mejoras a las escuelas públicas bajo el Programa de Escuelas del Siglo XXI. Según este acuerdo, la Autoridad se compromete a pagar el costo del trabajo no completado al 30 de junio de 2016 por un monto de aproximadamente $66,913 mil.

*b.* ***Litigios*** – La Autoridad es demandada o codemandada en varios juicios por presuntos daños e incumplimiento de contratos en casos relacionados con proyectos de construcción. Además, la Autoridad es demandada o codemandada en otros casos relacionados con responsabilidad civil y asuntos laborales. Algunos de los casos legales relacionados con la responsabilidad civil están cubiertos por un seguro.

Basándose en asesoramiento legal, la Autoridad ha registrado una provisión adecuada para cubrir pérdidas probables en las reclamaciones que no están cubiertas completamente por el seguro. En el dictamen del asesor legal, cualquier responsabilidad legal que exceda la cobertura del seguro y/o la provisión registrada que pueda surgir de tales reclamaciones no sería significativa como para afectar la situación financiera o los resultados de las operaciones de la Autoridad.

*c.* ***Ambientales*** – Durante 2012, la Autoridad identificó asbesto en el edificio de las Oficinas Centrales en Minillas, Santurce, Puerto Rico. El costo de remoción de asbesto se estimó en base a una encuesta de consultores de ingenieros ambientales. Como resultado, durante el año finalizado el 30 de junio de 2012, la Autoridad registró un pasivo de $2 millones por el costo estimado de la remoción. Durante el año finalizado el 30 de junio de 2015, la mayor parte del

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
NOTAS A LOS ESTADOS FINANCIEROS
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

proceso de remoción de asbesto se completó a un costo total muy similar a la provisión total registrada en 2012. La Autoridad ha contratado a ingenieros ambientales para determinar si existe asbesto en otras propiedades de la Autoridad. Al 30 de junio de 2016, no se ha identificado ninguna otra propiedad, por lo tanto, no se ha registrado una reserva adicional para cualquier posible pasivo futuro.

## 24. EVENTO SUBSECUENTE

Se evaluaron los eventos subsecuentes hasta el 25 de abril de 2018 para determinar si cualquiera de dichos eventos debería reconocerse o divulgarse en los estados financieros básicos de 2016. Los eventos subsecuentes que se divulgan a continuación son principalmente aquellos relacionados con las determinaciones gubernamentales y decisiones administrativas relacionadas con las actividades de la deuda, otros asuntos relacionados con los ingresos y/o el presupuesto y los eventos fiscales y legislación relacionada, tanto local como federal, que la administración considera de interés público para la divulgación.

**Legislación Importante y Otros Eventos Después del Fin de Año**

**A. Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico**

*(a) Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico ("PROMESA")*

El 30 de junio de 2016, el presidente Obama firmó la Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico ("PROMESA"). Entre otras cosas, PROMESA (i) estableció una junta de supervisión con amplia autoridad sobre las finanzas de Puerto Rico y sus instrumentalidades (la "Junta de Supervisión"), (ii) otorgó una paralización temporera de las demandas de los acreedores (que venció el 1 de mayo de 2017), y (iii) proporcionó a Puerto Rico y sus instrumentalidades acceso a dos mecanismos ordenados para reestructurar sus deudas.

Los dos mecanismos de reajuste de deuda establecidos por PROMESA consisten en (i) el Título VI de PROMESA, que establece un proceso de reestructuración de deuda en gran medida extrajudicial a través del cual una mayoría calificada de los acreedores puede aceptar modificaciones a la deuda financiera; y (ii) el Título III de PROMESA, que establece un proceso judicial de reestructuración de la deuda sustancialmente basado en las disposiciones incorporadas del Código de Quiebras de los EE.UU. (incluyendo las disposiciones de paralización automática y medidas de imposición de Plan Concursal por la Corte).

Desde mayo hasta julio de 2017, la Junta de Supervisión inició los procedimientos del Título III para el Gobierno de Puerto Rico, la Corporación de Financiamiento del Impuesto a las Ventas de Puerto Rico, la Autoridad de Carreteras y Transportación de Puerto Rico ("ACT"), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, y la Autoridad de Energía Eléctrica de Puerto Rico mediante la presentación de peticiones de amparo bajo el Título III de PROMESA. El 11 de mayo de 2017, la Corte Suprema de los Estados Unidos designó a la juez Laura Taylor Swain, juez de distrito de los Estados Unidos, para presidir todos los casos de Título III. Todos los casos de Título III aún continúan en curso y se han consolidado para fines procesales.

*(b) Ley de Moratoria de Emergencia y Rehabilitación Financiera de Puerto Rico, Ley de Emergencia Financiera y Responsabilidad Fiscal de Puerto Rico y Órdenes Ejecutivas Relacionadas*

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
NOTAS A LOS ESTADOS FINANCIEROS
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

El 6 de abril de 2016, el Gobierno promulgó la Ley Núm. 21-2016, conocida como la Ley de Moratoria de Emergencia y Rehabilitación [Financiera] de Puerto Rico (según enmendada, la "Ley de Moratoria"). Conforme a la Ley de Moratoria, el Gobernador adoptó una serie de órdenes ejecutivas que declaran un período de emergencia, una moratoria y varias otras medidas con respecto a ciertas obligaciones del Gobierno de Puerto Rico y varias de sus instrumentalidades, incluyendo a la Autoridad. Conforme a dichas órdenes ejecutivas, dichas entidades no han realizado pagos del servicio de la deuda, lo han hecho con dinero depositado con los fideicomisarios de sus bonos y/o no han recibido ni transferido ciertos ingresos. Dichas órdenes ejecutivas también impusieron restricciones significativas al desembolso de fondos depositados en el BGF y suspendieron el desembolso de préstamos por parte del BGF.

Específicamente, el 30 de junio de 2016, el Gobernador firmó la Orden Ejecutiva 2016-30, que, entre otras cosas, suspendió la obligación del Estado Libre Asociado y sus departamentos y agencias de hacer pagos de arrendamiento a la Autoridad, suspendió la obligación de la Autoridad de transferir fondos pignorados al agente fiscal en virtud de sus resoluciones de bonos, y suspendió el pago de intereses y capital sobre todos los bonos y pagarés garantizados por el Estado Libre Asociado.

El 29 de enero de 2017, el Gobernador promulgó la Ley Núm. 5-2018, conocida como la Ley de Responsabilidad Fiscal y Emergencia Financiera de Puerto Rico (según enmendada, "Ley 5"), que derogó ciertas disposiciones de la Ley de Moratoria y autorizó medidas de emergencia adicionales. Sin embargo, conforme a la Ley 5, las órdenes ejecutivas emitidas en virtud de la Ley de Moratoria continuarán vigentes hasta que se modifiquen, rescindan o reemplacen. El período de emergencia bajo la Ley 5 expirará el 30 de junio de 2018, a menos que el Gobernador lo extienda. Algunas facultades adicionales otorgadas al Gobernador a través de la Ley 5 incluyen: la autoridad para ejercer facultades concursales para rectificar la emergencia financiera, ejercer el control general de supervisión sobre las funciones y actividades de todas las entidades gubernamentales dentro del Poder Ejecutivo, y emitir órdenes ejecutivas para implementar y hacer cumplir la Ley 5.

El Gobierno no ha incluido las asignaciones para el pago del servicio de la deuda en su presupuesto del fondo general desde el año fiscal 2017, ya que el pago de tales obligaciones se ha suspendido conforme a la Ley de Moratoria y a la Ley 5.

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
NOTAS A LOS ESTADOS FINANCIEROS
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

B. **Acuerdo de Pago por Cuotas con el Sistema de Retiro de los Empleados del Estado Libre Asociado de Puerto Rico**

La Autoridad tenía una deuda con el Sistema de Retiro de los Empleados debido a leyes especiales aprobadas durante el período 2016-2017, contribución adicional uniforme e intereses que ascendieron a $12.1 millones al 23 de diciembre de 2016. El 4 de enero de 2017, el Director Ejecutivo firmó un acuerdo de pago por cuotas para pagar toda la deuda. Este acuerdo de pago por cuotas le dio la oportunidad a la Autoridad de pagar la deuda vencida y aún pagar las remesas actuales. La Autoridad pagó un anticipo, seis cuotas fijas, y una suma a tanto alzado final el 18 de julio de 2017, aprovechando la cláusula que permite hacer pagos adicionales y pagar la deuda por adelantado, para obtener un saldo de cero antes del cambio en el método.

El 10 de agosto de 2017, el gobernador Ricardo Rosselló Nevárez firmó una legislación que ordena que el nuevo plan de contribución definida para trabajadores activos y nuevas contrataciones sea administrado por un proveedor externo. Financiar las obligaciones de pensión existentes sobre una base de "pago por uso", lo que significa que el gobierno pagará beneficios a los retirados directamente a medida que vencen, en lugar de intentar pre financiar beneficios futuros a través de un fondo de inversión del sistema de retiro. Inscribir tanto a los empleados activos como a los trabajadores recién contratados en un verdadero sistema de retiro de aportación definida. La Autoridad de Edificios Públicos adoptó el sistema de "pago por uso" y ha acumulado el monto total de la deuda en una cuenta por pagar hasta que el Departamento de Hacienda de Puerto Rico entregue las siguientes instrucciones a la Agencia.

C. **Huracanes Irma y María**

El huracán María tocó tierra en Puerto Rico el 20 de septiembre de 2017, trayendo vientos sostenidos de 155 millas por hora y precipitaciones significativas durante un período de 30 horas. El huracán María cruzó Puerto Rico diagonalmente, entrando por el sudeste y saliendo por la región noroeste. El huracán causó una destrucción catastrófica en Puerto Rico, incluyendo daños severos al sistema de energía eléctrica, y dejó a la Isla completamente sin electricidad. Solo dos semanas antes del huracán María, el huracán Irma, uno de los huracanes más fuertes jamás registrados en el Atlántico, pasó por la costa norte de Puerto Rico, afectando sustancialmente una infraestructura ya débil.

La Autoridad no tiene una cuenta de fondo de emergencia. Para poder emitir órdenes de compra a los contratistas y comenzar a reparar los daños causados a sus propiedades, la Autoridad obtuvo un anticipo de $5,000,000 de la Compañía de Seguros. La Compañía de Seguros pagará a la Autoridad de Edificios Públicos su cobertura de seguro por los daños, luego, la Agencia Federal para el Manejo de Emergencias (*Federal Emergency Management Agency*, "FEMA") reembolsará a la Autoridad un monto deducible o copago por los costos reales pagados. La Autoridad de Edificios Públicos espera recuperar de la Compañía de Seguros y FEMA el monto total para establecer las propiedades a como estaban antes de los Huracanes.

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
NOTAS A LOS ESTADOS FINANCIEROS
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

**D. Otros Eventos Subsecuentes de Importancia Relacionados con la Autoridad de Edificios Públicos**

Al 31 de julio de 2016, la Autoridad tenía aproximadamente $4,005 mil millones en bonos en circulación, emitidos principalmente para financiar la construcción de instalaciones gubernamentales que posteriormente se arriendan al Estado Libre Asociado y sus instrumentalidades. Los pagos de arrendamiento hechos a la Autoridad por el Estado Libre Asociado, sus corporaciones públicas o municipios en contraprestación por el uso de tales instalaciones constituyen la principal fuente de reembolso de los bonos de la Autoridad.

El presupuesto aprobado para el año fiscal 2017 no incluyó asignaciones para el pago del servicio de la deuda por parte del Estado Libre Asociado. Algunas de las medidas implementadas en el año fiscal 2016 para reducir los gastos del gobierno y gestionar las restricciones de liquidez, incluyendo la moratoria de pagos, continuaron durante el año fiscal 2017. El presupuesto del año fiscal 2018 incluye reducciones importantes en los gastos de las agencias, que abarcan casi todas las partidas de gastos, tales como nómina y costos relacionados, servicios adquiridos, subsidios, instalaciones de servicio público, costos de transporte, compras de equipos, materiales y suministros, publicidad en medios e igualación local de fondos federales, entre otras.

La Autoridad solicitó un presupuesto de $135 millones para los años fiscales 2016-2017 y 2017-2018 y solo se aprobaron fondos de $90 millones en ambos años para la Oficina de Gerencia y Presupuesto de Puerto Rico. Los recursos asignados para gastos operativos, incluyendo la nómina, son insuficientes, y esta situación afecta gravemente la liquidez de la Agencia y, además, podría afectar la condición de empresa en marcha de sus operaciones en un futuro próximo.

La mayoría de estos pagos de arrendamiento están sujetos a la asignación legislativa del presupuesto del Fondo General del Estado Libre Asociado. Sin embargo, los pagos de arrendamiento de la Autoridad y sus bonos están garantizados por la fe y crédito y el poder impositivo del Estado Libre Asociado. Los bonos de la Autoridad, por lo tanto, constituyen Obligaciones Garantizadas por el Estado Libre Asociado. La Autoridad actualmente está autorizada por ley a tener pendientes en cualquier momento hasta $4.7 mil millones de bonos garantizados por el Estado Libre Asociado.

El 1 de julio de 2016, de aproximadamente $186.9 millones de servicio de la deuda ($86.1 millones en capital y $100.9 millones en intereses) adeudados por los bonos en circulación de la Autoridad, todo se pagó excepto el capital de $25.2 millones. De los requisitos de servicio de la deuda de los bonos en circulación con vencimiento en octubre de 2016 de aproximadamente $12.4 millones, aproximadamente $3.4 millones permanecen sin pagar. La suma de intereses que se pagó refleja las cantidades recibidas de los programas aplicables de subsidio de intereses. Del servicio de la deuda de los bonos en circulación con vencimiento en enero de 2017 de aproximadamente $12.4 millones, aproximadamente $3.4 millones permanecieron sin pagar. La suma de intereses que se pagó refleja las cantidades recibidas de los programas aplicables de subsidio de intereses. Del servicio de la deuda de los bonos en circulación con vencimiento en enero de 2017 de aproximadamente $85 millones, todos quedaron impagos. Del servicio de la deuda de los bonos en circulación con vencimiento en abril de 2017 de aproximadamente $12.4 millones, aproximadamente $3.4 millones permanecieron sin pagar. La suma de intereses

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
NOTAS A LOS ESTADOS FINANCIEROS
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

que se pagó refleja las cantidades recibidas de los programas aplicables de subsidio de intereses. Del servicio de la deuda de los bonos en circulación con vencimiento en julio de 2017 de aproximadamente $12.4 millones, aproximadamente $3.4 millones quedaron sin pagar. La suma de intereses que se pagó refleja las cantidades recibidas de los programas aplicables de subsidio de intereses. El 1 de julio de 2017, la Autoridad dejó de pagar todos los servicios de deuda vencidos y pagaderos por aproximadamente $175. 9 millones, excepto intereses de $1 millón que sí fueron pagados. El 1 de enero de 2018, la Autoridad dejó de pagar $101 millones en pagos de intereses vencidos y pagaderos, excepto $9 millones que sí se pagaron.

El 1 de julio de 2016, la Autoridad pagó intereses y una parte del capital adeudado sobre sus bonos a partir de fondos depositados con el fideicomisario de los bonos y ciertos pagos de subsidios federales, pero no pagó el monto total del capital adeudado sobre dichos bonos. No se espera que se realicen más pagos del servicio de la deuda mientras la moratoria permanezca vigente, excepto a partir de fondos en reserva para los bonos Serie L de la Autoridad y de los pagos de subsidios federales.

**INFORMACIÓN SUPLEMENTARIA REQUERIDA**

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
APÉNDICE DE PROGRESO DE FINANCIAMIENTO PARA BENEFICIOS DE ATENCIÓN MÉDICA POSTERIORES AL EMPLEO
PARA LOS AÑOS FISCALES TERMINADOS EL 30 DE JUNIO DE 2016 Y 2015

| Fecha de Valoración 30 de junio de | Valor Actuarial de los Activos | | Pasivo Actuarial Acumulado | | Pasivo Actuarial No Financiado | Proporción Financiada | | Nómina Anual Cubierta | Porcentaje de Nómina Cubierta |
|---|---|---|---|---|---|---|---|---|---|
| 2012 | $ | - | $ | 26,162,334 | $ | 26,162,334 | - % | $ | 52,933,339 | 49.4 % |
| 2013 | $ | - | $ | 20,522,160 | $ | 20,522,160 | - % | $ | 51,120,417 | 40.2 % |
| 2014 | $ | - | $ | 22,260,737 | $ | 22,260,737 | - % | $ | 58,039,372 | 38.4 % |
| 2015 | $ | - | $ | 20,381,941 | $ | 20,381,941 | - % | $ | 52,832,651 | 38.6 % |
| 2016 | $ | - | $ | 20,307,833 | $ | 20,307,833 | - % | $ | 49,973,803 | 40.6 % |

# OTRA INFORMACIÓN SUPLEMENTARIA

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
APÉNDICE DE CUENTAS DE FONDOS DE AMORTIZACIÓN DE BONOS
PARA EL AÑO FISCAL TERMINADO EL 30 DE JUNIO DE 2016

| | Total | Cuenta de Servicio de Bonos | Cuenta de Reserva y Amortización |
|---|---|---|---|
| **Bonos de Instalaciones del Gobierno** | | | |
| Saldo al 1 de julio de 2015 | $    190,569,274 | $    190,569,274 | $    - |
| Ingresos: | | | |
| Alquiler para el servicio de la deuda | 251,251,479 | 251,251,479 | - |
| Ingresos de inversiones | 5,187 | 5,187 | - |
| Depósitos de otras cuentas | 45,170,089 | 45,170,089 | - |
| Desembolsos: | | | |
| Pago de intereses de bonos | (238,790,298) | (238,790,298) | - |
| Pago de capital de bonos | (82,000,000) | (82,000,000) | - |
| Saldo al 30 de junio de 2016 | 166,205,731 | 166,205,731 | |
| | | | |
| **Bonos de Edificios de Oficinas** | | | |
| Saldo al 1 de julio de 2015 | 1,026,162 | 1,026,162 | - |
| Ingresos: | | | |
| Transferencias de otras cuentas | 2,052,325 | 2,052,325 | - |
| Desembolsos: | | | |
| Pago de intereses de bonos | (2,052,325) | (2,052,325) | - |
| Saldo al 30 de junio de 2016 | 1,026,162 | 1,026,162 | - |
| | | | |
| Total Fondos de Amortización de Bonos | $    167,231,893 | 167,231,893 | $    - |

64

AUTORIDAD DE EDIFICIOS PÚBLICOS
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico)
APÉNDICE DE INGRESOS OPERATIVOS DE ALQUILER
PARA EL AÑO FISCAL TERMINADO EL 30 DE JUNIO DE 2016

**Edificios de Oficinas**
| | | |
|---|---|---|
| Alquiler para el servicio de la deuda – bonos y pagarés | $ | 68,070,648 |
| Operativos y administrativos | | 59,073,238 |
| Alquiler de reserva de equipo | | 4,706,462 |
| Total edificios de oficinas | | 131,850,348 |

**Edificios de Educación Pública**
| | |
|---|---|
| Alquiler para el servicio de la deuda – bonos y pagarés | 201,514,060 |
| Operativos y administrativos | 53,409,696 |
| Alquiler de reserva de equipo | 19,253,240 |
| Total edificios de educación pública | 274,176,996 |

**Instalaciones de Salud**
| | |
|---|---|
| Alquiler para el servicio de la deuda – bonos y pagarés | 20,035,001 |
| Operativos y administrativos | 1,251,911 |
| Alquiler de reserva de equipo | 927,327 |
| Total instalaciones de salud | 22,214,239 |

| | | |
|---|---|---|
| Ingresos operativos de alquiler | | 428,241,583 |
| Montos incobrables | | (222,461,178) |
| Total ingresos operativos de alquiler, netos | $ | 205,780,405 |



BDO PUERTO RICO, PSC
1302 Ponce De Leon Ave.
Suite 101
San Juan, Puerto Rico 00907
Tel: 787-754-3999
Fax: 787-754-3105
www.bdopr.com

BDO USVI, LLC
Foothills Professional Building
9151 Estate Thomas, Suite 201
St. Thomas, VI 00802
Tel: 340-776-0640
Fax: 340-779-8653
www.bdousvi.com

INFORME DE AUDITORÍA INDEPENDIENTE DEL CONTROL INTERNO SOBRE INFORMES FINANCIEROS Y SOBRE EL CUMPLIMIENTO Y OTROS ASUNTOS CON BASE EN UNA AUDITORÍA DE LOS ESTADOS FINANCIEROS REALIZADA CONFORMEA LAS *NORMAS DE AUDITORÍA GUBERNAMENTAL*

A la Junta Directiva de la
Autoridad de Edificios Públicos
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico):

Hemos auditado, conforme a las normas de auditoría generalmente aceptadas en los Estados Unidos de América y las normas aplicables a las auditorías financieras contenidas en las Normas de Auditoría Gubernamental emitidas por la Contraloría General de los Estados Unidos, los estados financieros de la Autoridad de Edificios Públicos (la "Autoridad"), una unidad componente del Estado Libre Asociado de Puerto Rico, para el año finalizado el 30 de junio de 2016, y las notas relacionadas a los estados financieros, que colectivamente comprenden los estados financieros básicos de la Autoridad, y hemos emitido nuestro informe al respecto con fecha 25 de abril de 2018.

**Control Interno sobre los Informes Financieros**

Al planificar y realizar nuestra auditoría de los estados financieros, consideramos el control interno de la Autoridad sobre la información financiera (control interno) para determinar los procedimientos de auditoría que son apropiados en las circunstancias con el fin de emitir un dictamen sobre los estados financieros, pero no con el fin de emitir un dictamen sobre la efectividad del control interno de la Autoridad. En consecuencia, no emitimos un dictamen sobre la efectividad del control interno de la Autoridad.

Nuestra consideración del control interno fue para el propósito limitado descrito en el párrafo anterior y no fue diseñada para identificar todas las deficiencias en el control interno que pudieran ser debilidades materiales o deficiencias significativas y, por lo tanto, podrían existir debilidades materiales o deficiencias significativas que no fueron identificadas. Sin embargo, identificamos ciertas deficiencias en el control interno que consideramos debilidades materiales y deficiencias significativas.

Existe una deficiencia en el control interno cuando el diseño u operación de un control no permite que la gerencia o los empleados, en el curso normal de realizar sus funciones asignadas, eviten, o detecten y corrijan representaciones erróneas oportunamente. Una debilidad material es una deficiencia, o una combinación de deficiencias, en el control interno, de modo que existe una posibilidad razonable de que no se prevenga, detecte y corrija oportunamente una representación errónea importante de los estados financieros de la entidad.

BDO, Puerto Rico, PSC, una Corporación de Servicios Profesionales de Puerto Rico, y BDO USVI, LLC, una Compañía de Responsabilidad Limitada de las Islas Vírgenes de los Estados Unidos, son miembros de BDO International Limited, una compañía del Reino Unido limitada por garantía, y forma parte de la red internacional BDO de firmas independientes miembro.

BDO es el nombre de marca para la red BDO y para cada Miembro de BDO.

A la Junta Directiva de la
Autoridad de Edificios Públicos
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico):
Página 2

Consideramos que las siguientes deficiencias en los controles internos son debilidades materiales:

I.   *Informes Contables y Financieros para Pensiones*

La Autoridad no ha implementado los requisitos de la Declaración Núm. 68 de la Junta de Normas de Contabilidad Gubernamental, *Contabilidad e Informes Financieros para Pensiones, una enmienda de la Declaración GASB Núm. 27 (Declaración 68)*. En consecuencia, la Autoridad no ha podido determinar y contabilizar su parte proporcional del pasivo neto por pensiones, la entrada diferida de recursos y la salida diferida de recursos relacionados con los costos de pensión, y no ha reconocido el efecto de los cambios del período actual en el pasivo neto por pensiones, salida diferida de recursos y entrada diferida de recursos, ya que estos se relacionan con los costos de pensión.

Los principios contables generalmente aceptados en los Estados Unidos de América requieren que el pasivo, la salida diferida de recursos y la entrada diferida de recursos relacionados con las pensiones, según corresponda, se reconozcan de acuerdo con los parámetros establecidos en la Declaración Núm. 68, así como el efecto de los cambios en el período actual de los montos mencionados anteriormente que deben reconocerse en los gastos de pensión durante el período actual. El reconocimiento de estos montos aumentaría los pasivos, aumentaría la salida diferida de recursos, aumentaría la entrada diferida de recursos, aumentaría el déficit y cambiaría el gasto de pensión. No se han determinado los montos por los cuales esta desviación afectaría los pasivos, la salida diferida de recursos, la entrada diferida de recursos, el déficit y los gastos de pensión.

Aunque la incapacidad de la Autoridad para implementar los requisitos de la GASB 68 se debió a la falta de disponibilidad del Sistema de Retiro de los Empleados del Estado Libre Asociado de Puerto Rico y sus Instrumentalidades (SRE) para proporcionar la información requerida, recomendamos a la gerencia que coordine y se reúna con sus contrapartes para estar al tanto del estado de la información requerida y reforzar la necesidad de esta información. Una vez que se haya obtenido la información, la gerencia deberá determinar los efectos que tiene el cumplimiento de los requisitos de la GASB 68 en los estados financieros básicos de la Autoridad, y ajustar los estados financieros en consecuencia.

Respuesta de la administración:

La administración de la Autoridad no puede implementar los requisitos de la GASB 68 y sigue esperando que el Sistema de Retiro de los Empleados del Estado Libre Asociado entregue las instrucciones para contabilizar su parte proporcional del pasivo neto por pensiones, la entrada diferida de recursos y la salida diferida de recursos relacionados con los costos de pensión.

II.   *Procedimientos de Cierre*

Nuestros procedimientos de auditoría revelaron que se registraron entradas significativas en el diario después de que se completaron los procedimientos de cierre de informes financieros al final del año. Se nos proporcionó el balance de comprobación al 30 de junio de 2016 en varias ocasiones como resultado de cambios significativos realizados en los saldos y transacciones resultantes de análisis realizados por la administración. La administración de la Autoridad registró 21 ajustes posteriores al cierre, lo que resultó en una disminución en la situación neta de $27,429,533. Además, propusimos 12 ajustes de

BDO, Puerto Rico, PSC, una Corporación de Servicios Profesionales de Puerto Rico, y BDO USVI, LLC, una Compañía de Responsabilidad Limitada de las Islas Vírgenes de los Estados Unidos, son miembros de BDO International Limited, una compañía del Reino Unido limitada por garantía, y forma parte de la red internacional BDO de firmas independientes miembros.

BDO es el nombre de marca para la red BDO y para cada Miembro de BDO.

**BDO**

A la Junta Directiva de la
Autoridad de Edificios Públicos
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico):
Página 3

auditoría que resultaron en una disminución en la situación neta de $250,915,101. El proceso de cierre al final del año requirió un nivel significativo de participación de la administración, ya que la mayor parte del trabajo realizado se realiza una vez al año como parte del proceso de cierre de fin de año y en ocasiones después del fin del año. La administración debe analizar ciertos balances y transacciones periódicamente durante todo el año para acelerar los análisis de cuentas y acelerar el proceso de cierre de fin de año. Esta situación lleva a una acumulación continua y creciente de transacciones y asientos de diario que no se registran en el sistema contable. A la larga, esta desorganización de la función contable causará errores significativos en los registros financieros y los estados financieros, así como también permitirá posibles irregularidades. Esta situación debe corregirse lo antes posible con el establecimiento de un sistema de conciliaciones mensuales y procedimientos de cierre consistentes.

Respuesta de la administración:

Al comienzo de un año fiscal se prepara un cronograma de cierre mensual. Cada módulo financiero es administrado por un empleado que es responsable de generar varios informes al final del mes para conciliarlo con el libro mayor. La Autoridad desarrollará una lista de verificación de cierre que incluya todos los procedimientos a realizar para garantizar que cada módulo se concilie y que se haya ajustado cualquier discrepancia. Debido a que el departamento de contabilidad de la Autoridad cuenta con poco personal, la fuerza laboral actual no puede abordar oportunamente las tareas requeridas. Los recursos actuales asignados por la Oficina de Gerencia y Presupuesto para los gastos operativos, incluyendo la nómina, son insuficientes. Tan pronto como se haya obtenido un aumento en el presupuesto, la administración considerará contratar a los empleados necesarios.

III.   *MinutasCorporativas*

Notamos que las minutasde la junta de la Autoridad no están al día. Las minutas sirven como un registro de los eventos de las reuniones de la junta y deben documentar todos los temas importantes discutidos y las decisiones tomadas. Las minutas de la junta pueden ser un documento crucial en el caso de futuros asuntos legales y para documentar el cumplimiento con asuntos reglamentarios. Sugerimos que el Secretario de la Junta (o un encargado designado de registros) sea responsable de tomar las minutas de la junta a tiempo, de modo que cada reunión tenga un conjunto de minutas correspondientes. El secretario de la Junta Directiva no preparó las minutas de enero de 2017 a enero de 2018.

Respuesta de la administración:

La gerencia enviará una comunicación sobre el descubrimiento al Presidente de la Junta Directiva para que esté al tanto del hallazgo y establezca con el Secretario de la Junta el plan de acción a seguir.

IV.   *Depósitos a Cuentas de Fondos de Amortización de Bonos*

Observamos que el 1 de julio de 2016, la Autoridad no hizo depósitos en la cuenta de fondos de amortización de bonos con su respectivo agente fiscal, lo que constituye un evento de incumplimiento en virtud de la Resolución 468. Este evento resultó en un

BDO, Puerto Rico, PSC, una Corporación de Servicios Profesionales de Puerto Rico, y BDO USVI, LLC, una Compañía de Responsabilidad Limitada de las Islas Vírgenes de los Estados Unidos, son miembros de BDO International Limited, una compañía del Reino Unido limitada por garantía, y forma parte de la red internacional BDO de firmas independientes miembro.

BDO es el nombre de marca para la red BDO y para cada Miembro de BDO.

**BDO**

A la Junta Directiva de la
Autoridad de Edificios Públicos
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico):
Página 4

déficit de fondos restringidos para el servicio de la deuda por un importe de $19,758,829 al 30 de junio de 2016. Recomendamos que la administración implemente controles internos para garantizar que los depósitos en las cuentas para el servicio y amortización de bonos lleguen a tiempo y evaluar oportunamente el cumplimiento de los pactos según la Resolución 468.

Respuesta de la administración:

El déficit de fondos restringidos para el servicio de la deuda se debe a la Política Pública y no es el resultado de una ausencia de controles internos por parte de la Autoridad de Edificios Públicos. Conforme a la Ley de Moratoria, el Gobernador suspendió la obligación del Estado Libre Asociado y sus departamentos y agencias de realizar pagos de arrendamiento a la Autoridad de Edificios Públicos, suspendió la obligación de la Autoridad de Edificios Públicos de transferir fondos pignorados al agente fiscal en virtud de sus resoluciones de bonos, y suspendió el pago de intereses y capital de todos los bonos y pagarés garantizados por el Estado Libre Asociado. De acuerdo con estas circunstancias, no existen controles internos que la administración pueda implementar para evaluar el cumplimiento de los pactos según la Resolución 468.

Una deficiencia significativa es una deficiencia, o una combinación de deficiencias, en el control interno que es menos grave que una debilidad material, pero lo suficientemente importante como para merecer la atención de los encargados del gobierno.

Consideramos que las siguientes deficiencias en los controles internos son deficiencias significativas:

I.    *Activo Fijo*

Observamos que no existe un procedimiento oportuno para conciliar regularmente los registros de construcción en progreso con el libro mayor. La falta de dicho procedimiento podría conducir a informes imprecisos del costo de los activos fijos, incluyendo los intereses y gastos capitalizables y la depreciación acumulada en los estados financieros. Este problema podría provocar errores en los estados financieros. Para evitar la necesidad de ajustes importantes en las cuentas de activo fijo al final de cada año, sugerimos que las cuentas de activo fijo del libro mayor se concilien con los registros detallados mensualmente.

Respuesta de la administración:

La Oficina del Contralor mantiene reuniones periódicas con el Área de Construcción y Desarrollo para evaluar los proyectos en construcción y confirmar que los proyectos terminados se transfirieron de CEP a Activos Fijos. Para evitar que los conceptos de reparaciones y mantenimiento se capitalicen, la Autoridad implementó un nuevo formulario que requiere una breve descripción del proyecto a desarrollar; con esta información la División de Finanzas determinará si el proyecto debe capitalizarse o registrarse como un gasto. El Módulo de Proyectos realiza el cálculo de intereses y costos administrativos que se capitalizará en la cuenta de Construcción en Progreso (CEP), según algunas reglas de programación. Cuando evaluamos los requisitos de la GASB 62, algunos elementos que deben considerarse no se incorporaron en el cálculo. Los auditores externos emitieron un memorando que estableció la metodología a seguir. Durante 2017

BDO, Puerto Rico, PSC, una Corporación de Servicios Profesionales de Puerto Rico, y BDO USVI, LLC, una Compañía de Responsabilidad Limitada de las Islas Vírgenes de los Estados Unidos, son miembros de BDO International Limited, una compañía del Reino Unido limitada por garantía, y forma parte de la red internacional BDO de firmas independientes miembro.

BDO es el nombre de marca para la red BDO y para cada Miembro de BDO.

**|BDO**

A la Junta Directiva de la
Autoridad de Edificios Públicos
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico):
Página 5

se programó un proceso en el sistema y se implementará para la auditoría 2016-2017, a fin de cumplir con la GASB 62.

II. *Provisión para Cuentas Incobrables*

La provisión para cuentas incobrables no se analiza periódicamente. Recomendamos que la administración desarrolle una metodología detallada y prepare un análisis de cuentas incobrables al menos trimestralmente. Esta metodología y análisis deben considerar las experiencias de morosidad, así como cualquier información específica que la administración pueda desarrollar sobre la cobrabilidad de cuentas importantes, incluyendo indicaciones de dificultades financieras. La administración debe ajustar la provisión para cuentas de cobro dudoso y apoyar adecuadamente las conclusiones alcanzadas y los supuestos presentados con el objetivo final de asegurar que las pérdidas estimadas de las cuentas por cobrar incobrables estén razonablemente declaradas y registradas.

Respuesta de la administración:

Debido a la impredecible situación del Estado Libre Asociado de Puerto Rico, las circunstancias son muy volátiles, diariamente cambian los números. La asignación para el análisis de cuentas dudosas depende de la confirmación de las cuentas por pagar anuales de la Oficina de Gerencia y Presupuesto. Una vez confirmado que no pagarán, la Autoridad procede a realizar la acumulación. Mientras esta situación persista, la Autoridad continuará preparando el análisis en el momento requerido por los auditores.

III. *Conciliaciones Bancarias*

Durante nuestros procedimientos de auditoría, notamos que los saldos bancarios de diciembre de 2015 y junio de 2016 no se conciliaron con el libro mayor de manera oportuna, además, no había documentación escrita como evidencia de la revisión correspondiente realizada en las conciliaciones bancarias. Estas revisiones son una parte integral de la estructura de control interno y la falta de documentación de que estos procesos ocurrieron debilita el sistema. Recomendamos que todas las cuentas bancarias se concilien mensualmente con el libro mayor y que todos los elementos de conciliación sospechosos se investiguen y ajusten rápidamente con explicaciones adecuadas. Cada revisión debe documentarse con las iniciales o la firma del revisor y la fecha en que se realizó la revisión.

BDO, Puerto Rico, PSC, una Corporación de Servicios Profesionales de Puerto Rico, y BDO USVI, LLC, una Compañía de Responsabilidad Limitada de las Islas Vírgenes de los Estados Unidos, son miembros de BDO International Limited, una compañía del Reino Unido limitada por garantía, y forma parte de la red internacional BDO de firmas independientes miembro.

BDO es el nombre de marca para la red BDO y para cada Miembro de BDO.

**BDO**

A la Junta Directiva de la
Autoridad de Edificios Públicos
(Una Unidad Componente del Estado Libre Asociado de Puerto Rico):
Página 6

Respuesta de la administración:

La administración ya envió a los empleados una comunicación con las fechas de cierre. Como resultado de la falta de empleados, la Autoridad no pudo ejecutarlo correctamente.

**Cumplimiento y Otros Asuntos**

Como parte de la obtención de una seguridad razonable sobre si los estados financieros de la Autoridad están libres de errores importantes, realizamos pruebas de su cumplimiento con ciertas disposiciones legales, reglamentarias, contractuales y de acuerdos de subvención, cuyo incumplimiento podría tener un efecto directo y material en la determinación de los importes de los estados financieros. Sin embargo, proporcionar un dictamen sobre el cumplimiento de esas disposiciones no era un objetivo de nuestra auditoría y, en consecuencia, no emitimos tal dictamen. Los resultados de nuestras pruebas no revelaron casos de incumplimiento u otros asuntos que deban ser reportados según las Normas de Auditoría Gubernamental.

***Objeto de Este Informe***

El objeto de este informe es únicamente describir el alcance de nuestras pruebas de control interno y cumplimiento y los resultados de esas pruebas, y no proporcionar un dictamen sobre la efectividad del control interno o el cumplimiento de la Autoridad. Este informe es una parte integral de una auditoría realizada de acuerdo con las Normas de Auditoría Gubernamental al considerar el control interno y el cumplimiento de la entidad. En consecuencia, esta comunicación no es adecuada para ningún otro propósito.

*BDO Puerto Rico P.S.C.*

San Juan, Puerto Rico

25 de abril de 2018
Contadores Públicos Certificados
(de Puerto Rico)

Licencia Núm. 53, vence el 1 de diciembre de 2018
Se ha colocado el sello Núm. E315301 de la Sociedad
de Contadores Públicos Certificados de P.R. en la copia
del archivo de este informe.

BDO, Puerto Rico, PSC, una Corporación de Servicios Profesionales de Puerto Rico, y BDO USVI, LLC, una Compañía de Responsabilidad Limitada de las Islas Vírgenes de los Estados Unidos, son miembros de BDO International Limited, una compañía del Reino Unido limitada por garantía, y forma parte de la red internacional BDO de firmas independientes miembro.

BDO es el nombre de marca para la red BDO y para cada Miembro de BDO.