# **ANEXO N**

PRESUPUESTO CERTIFICADO DE COFINA

**PRESUPUESTO OPERATIVO DE COFINA PARA EL AF2020**

| | | | | |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | **1. Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA)** | | |
| 3 | A. | Nómina | | 249,750 |
| 4 | | i | Salarios | 185,000 | |
| 5 | | ii | Horas extras | - | |
| 6 | | iii | Bonificación de Navidad | - | |
| 7 | | iv | Atención médica | 18,000 | |
| 8 | | v | Otros beneficios | 46,750 | |
| 9 | | vi | Beneficios de retiro anticipado y Programa de Transición Voluntaria | - | |
| 10 | | vii | Otras nóminas | - | |
| 11 | B. | Pagos a PayGo | | - |
| 12 | C. | Instalaciones | | 12,638 |
| 13 | D. | Servicios adquiridos | | 350,000 |
| 14 | | i | Póliza de seguro de directores y funcionarios | 350,000 | |
| 15 | E. | Transportación | | 100,000 |
| 16 | F. | Servicios profesionales | | 716,000 |
| 17 | | i | Gastos legales | 350,000 | |
| 18 | | ii | Finanzas/contabilidad | 266,000 | |
| 19 | | iii | Tecnología de la información (TI) | 50,000 | |
| 20 | | iv | Honorarios por otros servicios profesionales | 50,000 | |
| 21 | G. | Otros gastos operativos | | 975,000 |
| 22 | | i | Junta Directiva | 150,000 | |
| 23 | | ii | Gastos varios | 300,000 | |
| 24 | | iii | Servicios bancarios | 25,000 | |
| 25 | | iv | Agencias de clasificación crediticia | 500,000 | |
| 26 | H. | Gastos de capital | | - |
| 27 | I. | Materiales e insumos | | - |
| 28 | J. | Compras de equipos | | - |
| 29 | K. | Medios y publicidad | | - |
| 30 | L. | Fondos federales de contrapartida | | - |
| 31 | M. | Donaciones y subsidios | | - |
| 32 | N. | Bienestar social en Puerto Rico | | - |
| 33 | O. | Consignaciones a entidades no gubernamentales | | - |
| 34 | P. | Consignaciones no distribuidas | | - |
| 35 | | **Total de la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA)** | | **2,403,388** |

## ANEXO 2

## EJECUCIÓN DEL PRESUPUESTO PARA EL AF2020 DE LA CORPORACIÓN DEL FONDO DE INTERÉS APREMIANTE

**Sección 1:** todos los gastos autorizados en un año fiscal anterior quedan extinguidos, por lo que dichas autorizaciones de gastos no podrán amparar el desembolso de ninguno de los fondos públicos, salvo: 1) gastos para llevar a cabo mejoras permanentes que se hayan contabilizado y mantenido en los libros; 2) gastos de capital y gastos de equipos con ciclos de adquisición que se extiendan más allá del final del año fiscal que se hayan contabilizado y mantenido en los libros; y 3) la parte de cualesquiera otros gastos autorizados en el Presupuesto Certificado de la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA) para el año fiscal 2019 que hayan sido gravados el 30 de junio o antes de dicho año fiscal, que se mantendrán en los libros por 60 días desde la finalización de dicho año fiscal, y pasados esos 60 días no se dispondrá de ningún monto, por ningún motivo, en relación con tal porción de los gastos. Dicha restricción sobre gastos autorizados en cualquier año fiscal anterior no será de aplicación: i) a programas financiados total o parcialmente con fondos federales; o ii) a órdenes dictadas por el Tribunal de Distrito de los Estados Unidos con jurisdicción sobre la totalidad de las materias relativas al Título III de PROMESA.

**Sección 2:** en un plazo de dos semanas desde que la Junta de Supervisión certifique el presupuesto anual, el Director Ejecutivo y el Director del Presupuesto de COFINA proporcionarán a la Junta de Supervisión una certificación que indique los montos no utilizados del presupuesto certificado del año fiscal 2019 relativos a los puntos 1), 2) y 3) de la sección 1.

**Sección 3:** los gastos aprobados en el presente presupuesto solo podrán ser reprogramados con la aprobación previa de la Junta de Supervisión. En aras de la claridad, esta prohibición abarca cualquier reprogramación de todo monto, partida o gasto proporcionados en el presente presupuesto.

**Sección 4:** además de los informes que el Gobernador debe radicar a la Junta de Supervisión en un plazo máximo de 15 días desde el último día de cada trimestre del EF2020 conforme a la Sección 203 de PROMESA, el Presidente, el Director Ejecutivo y el Director del Presupuesto de COFINA certificarán a la Junta de Supervisión que ningún gasto autorizado en cualquier año fiscal anterior (con la excepción de los gastos cubiertos por las excepciones contenidas en la sección 1 *supra*) han sido utilizados para cubrir un gasto.

**Sección 5:** el Director Ejecutivo y el Director del Presupuesto de COFINA tendrán la responsabilidad de no gastar ni gravar, durante el EF2020, ningún monto que exceda de los gastos autorizados en el presente para el EF2020, lo que incluye nóminas y costos relacionados. El Presidente y el Director Ejecutivo de COFINA también certificarán a la Junta de Supervisión, al final del primer trimestre del año fiscal, que no se gastó ni gravó ningún monto que excediera de los gastos que figuran en el presupuesto certificado para el año fiscal 2019.