# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>     as representative of<br><br>The Commonwealth of Puerto Rico, et al.,<br><br>          Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## SIXTH SUPPLEMENTAL VERIFIED STATEMENT OF THE
## LAWFUL CONSTITUTIONAL DEBT COALITION PURSUANT
## TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

The Lawful Constitutional Debt Coalition (the "LCDC"), consisting of certain institutions that hold and/or manage funds, entities, and/or accounts holding (i) bonds issued by the Puerto Rico Public Building Authority (the "PBA") and guaranteed by the Commonwealth of Puerto Rico (the "Commonwealth") (the "PBA Bonds"), (ii) certain general obligation bonds issued by the Commonwealth (the "GO Bonds"), and (iii) bonds issued by other Commonwealth instrumentalities and guaranteed by the Commonwealth ("Other CW Guaranteed Bonds," and collectively with the PBA Bonds and the GO Bonds, the "Constitutional Debt"), hereby submits this sixth supplemental verified statement (the "Sixth Supplemental Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), made applicable to

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

the Commonwealth's Title III Case (the "Case") by Section 310 of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170 *et seq.*, and respectfully states as follows:

1.      Certain members of the LCDC initially retained Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") and Reichard & Escalera, LLC (together with Quinn Emanuel, "Counsel") as counsel in or around February 2019. From time to time thereafter, certain additional holders of Constitutional Debt have joined the LCDC.

2.      On February 26, 2019, Counsel submitted the Verified Statement of the Lawful Constitutional Debt Coalition Pursuant to Federal Rule of Bankruptcy Procedure 2019 [ECF No. 5252] (the "Verified Statement").

3.      On March 18, 2019, Counsel submitted the First Supplemental Verified Statement of the Lawful Constitutional Debt Coalition Pursuant to Federal Rule of Bankruptcy Procedure 2019 [ECF No. 5807] (the "First Supplemental Statement").

4.      On June 17, 2019, Counsel submitted the Second Supplemental Verified Statement of the Lawful Constitutional Debt Coalition Pursuant to Federal Rule of Bankruptcy Procedure 2019 [ECF No. 7465] (the "Second Supplemental Statement").

5.      On September 6, 2019, Counsel submitted the Third Supplemental Verified Statement of the Lawful Constitutional Debt Coalition Pursuant to Federal Rule of Bankruptcy Procedure 2019 [ECF No. 8639] (the "Third Supplemental Statement").

6.      On January 8, 2020, Counsel submitted the Fourth Supplemental Verified Statement of the Lawful Constitutional Debt Coalition Pursuant to Federal Rule of Bankruptcy Procedure 2019 [ECF No. 9732] (the "Fourth Supplemental Statement").

7.      On February 19, 2020, Counsel submitted the Fifth Supplemental Verified Statement of the Lawful Constitutional Debt Coalition Pursuant to Federal Rule of Bankruptcy Procedure 2019 [ECF No. 11161] (the "Fifth Supplemental Statement" and collectively with the Verified Statement, the First Supplemental Statement, the Second Supplemental Statement, the Third Supplemental Statement, and Fourth Supplemental Statement, the "Prior Verified Statements").

8.      Counsel submits this Sixth Supplemental Statement in the Commonwealth Case to update the disclosable economic interests that are currently held by the LCDC in accordance with Bankruptcy Rule 2019 and the Order Further Amending Case Management Procedures [Case No. 17 BK 3283-LTS; ECF No. 11885-1] (the "Eleventh Amended Case Management Order"), and also to voluntarily provide information that has not heretofore been required but that has been requested by certain parties in interest.  The information set forth herein (including Exhibit A attached hereto) is based on information provided to Counsel by the members of the LCDC.

9.      The members of the LCDC hold disclosable economic interests, or act as investment advisors or managers to funds, entities, and/or accounts of their respective affiliates that hold disclosable economic interests in relation to the Commonwealth.  The members of the LCDC hold, or are the investment advisors or managers to funds, entities, and/or accounts that hold, collectively, approximately $2,105,890,450 in aggregate amount of Constitutional Debt (*i.e.*, bonds issued or guaranteed by the Commonwealth and supported by the Commonwealth's full faith, credit, and taxing power) (based on their accreted value as of March 13, 2020), consisting of approximately $959,101,450 of GO Bonds, approximately $1,136,275,000 of PBA Bonds and approximately $10,514,000 of Other CW Guaranteed Bonds.  In accordance with the requirements of Bankruptcy Rule 2019, and based upon information provided to Counsel by each member of

the LCDC, attached hereto as Exhibit A is a list of the names, addresses, and "the nature and amount of all disclosable economic interests" held in relation to the Commonwealth by each present member of the LCDC as of March 13, 2020.[2]

10.     As of the date of this Sixth Supplemental Statement, Counsel represents the LCDC only with respect to their Constitutional Debt and does not represent or purport to represent any entities other than the LCDC with respect to the Case.[3]  The LCDC does not (a) assume any fiduciary or other duties to any other entities in connection with the Case or (b) represent or purport to represent any other entities in connection with the Case.  To the extent any member of the LCDC holds disclosable economic interests in Title III debtors other than Constitutional Debt, the LCDC does not represent such other interests, nor does Counsel represent group members with respect to such other interests.

11.     Nothing contained in this Sixth Supplemental Statement (or Exhibit A hereto) is intended to or should be construed to constitute (a) a waiver or release of any claims filed or to be filed against or interests in the Commonwealth, PBA, or any of the other Title III debtors held by any member of the LCDC, its affiliates, or any other entity or (b) an admission with respect to any

---

[2]    Although not required under Bankruptcy Rule 2019 and the Eleventh Amended Case Management Order, on Exhibit A, the LCDC voluntarily discloses each member's Constitutional Debt holdings by the classification of claims proposed under the most recently filed plan of adjustment for the Commonwealth.  *See Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, (ECF No. 11946) (the "Proposed Plan") at art. IV.  In addition, based upon information provided to Counsel by each member of LCDC, as set forth on Exhibit B-G hereto, the LCDC supplements the Prior Verified Statements to break out the Constitutional Debt holdings of each present member of the LCDC on the applicable date for each of the Prior Verified Statements according to the classification of claims in the Proposed Plan to the extent that such present LCDC member was a member of the LCDC as of the date of each of the Prior Verified Statements.  These disclosures are being made on a voluntary basis and the LCDC does not undertake any further or future obligations not actually required by Rule of Bankruptcy Procedure 2019 or the Eleventh Amended Case Management Order, subject to any amendments made by the Court.

[3]    Counsel previously represented an ad hoc coalition of holders of senior bonds issued by the Puerto Rico Sales Tax Financing Corporation ("COFINA") and certain members of the LCDC previously held bonds issued by COFINA.  Pursuant to paragraph 12 of the *Amended Order and Judgment Confirming the Third Amended Title III Plan of Adjustment of COFINA* (the "Plan"), Case. No. 17-3284 (ECF No. 561), all COFINA bonds were canceled on February 12, 2019 (the Effective Date).  Members of the LCDC may hold new COFINA securities issued under the Plan.

4

fact or legal theory.  Nothing in this Sixth Supplemental Statement (including Exhibit A hereto) should be construed as a limitation upon, or waiver of, the LCDC's rights to assert, file, and/or amend their claims in accordance with the applicable law and any Orders entered in this Case.

12.    Additional holders of Constitutional Debt may become members of the LCDC, and certain members of the LCDC may cease to be members in the future.  Counsel reserves the right to amend and/or supplement this Sixth Supplemental Statement as necessary for that or any other reason in accordance with Bankruptcy Rule 2019 and any Order entered in this Case.

13.    The undersigned hereby verifies that the foregoing is true and accurate, to the best of the undersigned's knowledge and belief.

DATED:  March 20, 2020

REICHARD & ESCALERA

By : _____
      */s/ Rafael Escalera*
      **Rafael Escalera**
           USDC No. 122609
           escalera@reichardescalera.com

      */s/ Sylvia M. Arizmendi*
      **Sylvia M. Arizmendi**
           USDC-PR 210714
           arizmendis@reichardescalera.com

      */s/ Carlos R. Rivera-Ortiz*
      **Carlos R. Rivera-Ortiz**
           USDC-PR 303409
           riverac@reichardescalera.com

255 Ponce de León Avenue
MCS Plaza, 10th Floor
San Juan, Puerto Rico 00917-1913

QUINN   EMANUEL   URQUHART   &
SULLIVAN, LLP

**Susheel Kirpalani** (*pro hac vice*)
           susheelkirpalani@quinnemanuel.com

**K. John Shaffer** (*pro hac vice*)
           johnshaffer@quinnemanuel.com

**Daniel Salinas**
           USDC-PR 224006
           danielsalinas@quinnemanuel.com

**Eric Kay** (*pro hac vice*)
           erickay@quinnemanuel.com

**Zachary Russell** (*pro hac vice*)
           zacharyrussell@quinnemanuel.com

51 Madison Avenue, 22nd Floor
New York, New York 10010-1603

*Co-Counsel for the Lawful Constitutional Debt Coalition*

**Exhibit A**

**Names, Addresses, and Disclosable Economic Interests Held
in Relation to the Commonwealth by Each Present Member of the
Lawful Constitutional Debt Coalition as of March 13, 2020**[1]

| Name of Creditor[2] | Address | Nature and Amount of Disclosable Economic Interests in Commonwealth and Commonwealth-Guaranteed Bonds[3] |
|---|---|---|
| GoldenTree Asset Management LP (on behalf of funds under management)[4] | 300 Park Avenue 20th Floor New York, NY 10022 | Vintage CW Bonds (Uninsured): $111,385,000 Vintage CW Bonds (Insured) : $55,723,450 2011 CW Bonds (Uninsured): $2,190,000 2011 CW Bonds (Insured): $0 2011 CW Series D/E/PIB Bonds (Uninsured): $21,560,000 2011 CW Series D/E/PIB Bonds (Insured): $0 2012 CW Bonds (Uninsured): $14,585,000 2012 CW Bonds (Insured) : $0 2014 CW Bonds: $54,800,000 |

---

[1]   To the best of Counsel's knowledge, the information included herein is accurate as of March 13, 2020. The amounts set forth herein include only outstanding principal (accreted value for capital appreciation bonds) and do not include overdue interest, interest on overdue interest and principal, or other amounts that may be owing under the applicable debt documents and laws.

[2]   Each person or entity in this Exhibit A holds disclosable economic interests, or acts as investment advisor or manager to funds, entities, and/or accounts of their respective affiliates that hold disclosable economic interests, in relation to the PBA and the Commonwealth, if applicable.

[3]   Disclosable economic interests of insured bonds include bonds insured in either primary or secondary markets.

[4]   GoldenTree's disclosable economic interests account for its acquisition of Syncora and include bonds insured in primary or secondary markets or subject to reinsurance.

| Name of Creditor[2] | Address | Nature and Amount of Disclosable Economic Interests in Commonwealth and Commonwealth-Guaranteed Bonds[3] |
|---|---|---|
| | | Vintage PBA Bonds (Uninsured): $375,606,000<br>Vintage PBA Bonds (Insured) : $24,755,000<br>2011 PBA Bonds: $42,620,000<br>2012 PBA Bonds: $73,190,000<br>Other Guaranteed Debt: $8,235,000 |
| Whitebox Advisors LLC (on behalf of funds under management) | 3033 Excelsior Boulevard Suite 300 Minneapolis, MN 55416 | Vintage CW Bonds (Uninsured): $103,350,000<br>Vintage CW Bonds (Insured): $0<br>2011 CW Bonds (Uninsured): $0<br>2011 CW Bonds (Insured): $0<br>2011 CW Series D/E/PIB Bonds (Uninsured): $340,000<br>2011 CW Series D/E/PIB Bonds (Insured): $0<br>2012 CW Bonds (Uninsured): $10,822,000<br>2012 CW Bonds (Insured) : $0<br>2014 CW Bonds: $0<br><br>Vintage PBA Bonds (Uninsured): $37,988,000<br>Vintage PBA Bonds (Insured): $0<br>2011 PBA Bonds: $3,170,000<br>2012 PBA Bonds: $16,640,000<br>Other Guaranteed Debt: $0 |

| Name of Creditor[2] | Address | Nature and Amount of Disclosable Economic Interests in Commonwealth and Commonwealth-Guaranteed Bonds[3] |
|---|---|---|
| Monarch Alternative Capital LP (on behalf of funds under management) | 535 Madison Avenue New York, NY 10022 | Vintage CW Bonds (Uninsured): $189,483,000 Vintage CW Bonds (Insured): $11,719,000 2011 CW Bonds (Uninsured): $8,450,000 2011 CW Bonds (Insured) : $0 2011 CW Series D/E/PIB Bonds (Uninsured): $6,900,000 2011 CW Series D/E/PIB Bonds (Insured): $0 2012 CW Bonds (Uninsured): $6,495,000 2012 CW Bonds (Insured) : $0 2014 CW Bonds: $31,995,000 <br><br> Vintage PBA Bonds (Uninsured): $87,601,000 Vintage PBA Bonds (Insured) : $0 2011 PBA Bonds: $45,436,000 2012 PBA Bonds: $8,035,000 Other Guaranteed Debt: $2,279,000 |
| Taconic Capital Advisors L.P. (on behalf of funds under management) | 280 Park Avenue 5th Floor New York, NY 10017 | Vintage CW Bonds (Uninsured): $52,372,000 Vintage CW Bonds (Insured) : $20,684,000 2011 CW Bonds (Uninsured): $5,915,000 2011 CW Bonds (Insured) : $0 2011 CW Series D/E/PIB Bonds (Uninsured): |

| Name of Creditor[2] | Address | Nature and Amount of Disclosable Economic Interests in Commonwealth and Commonwealth-Guaranteed Bonds[3] |
|---|---|---|
| | | $12,015,000<br>2011 CW Series D/E/PIB Bonds (Insured):<br>$0<br>2012 CW Bonds (Uninsured):<br>$35,173,000<br>2012 CW Bonds (Insured):<br>$0<br>2014 CW Bonds:<br>$8,700,000<br><br>Vintage PBA Bonds (Uninsured):<br>$61,593,000<br>Vintage PBA Bonds (Insured):<br>$395,000<br>2011 PBA Bonds:<br>$27,070,000<br>2012 PBA Bonds:<br>$18,765,000<br>Other Guaranteed Debt:<br>$0 |
| Aristeia Capital, LLC (on behalf of funds under management) | 1140 6th Avenue<br>11th Floor<br>New York, NY 10036 | Vintage CW Bonds (Uninsured):<br>$63,970,000<br>Vintage CW Bonds (Insured) :<br>$0<br>2011 CW Bonds (Uninsured):<br>$0<br>2011 CW Bonds (Insured) :<br>$0<br>2011 CW Series D/E/PIB Bonds (Uninsured):<br>$0<br>2011 CW Series D/E/PIB Bonds (Insured):<br>$0<br>2012 CW Bonds (Uninsured):<br>$0<br>2012 CW Bonds (Insured) :<br>$0<br>2014 CW Bonds:<br>$0 |

| Name of Creditor[2] | Address | Nature and Amount of Disclosable Economic Interests in Commonwealth and Commonwealth-Guaranteed Bonds[3] |
|---|---|---|
| | | Vintage PBA Bonds (Uninsured): $194,080,000<br>Vintage PBA Bonds (Insured) : $0<br>2011 PBA Bonds: $7,920,000<br>2012 PBA Bonds: $0<br>Other Guaranteed Debt: $0 |
| Farmstead Capital Management, LLC (on behalf of funds under management) | 7 North Broad St.<br>3rd Floor<br>Ridgewood, NJ 07450 | Vintage CW Bonds (Uninsured): $71,995,000<br>Vintage CW Bonds (Insured) : $50,000<br>2011 CW Bonds (Uninsured): $0<br>2011 CW Bonds (Insured) : $0<br>2011 CW Series D/E/PIB Bonds (Uninsured): $0<br>2011 CW Series D/E/PIB Bonds (Insured): $0<br>2012 CW Bonds (Uninsured): $0<br>2012 CW Bonds (Insured) : $0<br>2014 CW Bonds: $1,000,000<br><br>Vintage PBA Bonds (Uninsured): $49,357,000<br>Vintage PBA Bonds (Insured) : $0<br>2011 PBA Bonds: $0<br>2012 PBA Bonds: $0<br>Other Guaranteed Debt: |

| Name of Creditor[2] | Address | Nature and Amount of Disclosable Economic Interests in Commonwealth and Commonwealth-Guaranteed Bonds[3] |
|---|---|---|
| | | $0 |
| FCO Advisors LP (on behalf of funds under management) | 745 5th Avenue 25th Floor New York, NY 10151 | Vintage CW Bonds (Uninsured): $49,360,000 Vintage CW Bonds (Insured) : $0 2011 CW Bonds (Uninsured): $0 2011 CW Bonds (Insured) : $0 2011 CW Series D/E/PIB Bonds (Uninsured): 0 2011 CW Series D/E/PIB Bonds (Insured): $0 2012 CW Bonds (Uninsured): $0 2012 CW Bonds (Insured) : $0 2014 CW Bonds: $0 <br><br> Vintage PBA Bonds (Uninsured): $11,590,000 Vintage PBA Bonds (Insured) : $0 2011 PBA Bonds: $0 2012 PBA Bonds: $0 Other Guaranteed Debt: $0 |
| Marble Ridge Capital LP (on behalf of funds under management) | 1250 Broadway Suite 2601 New York, NY 10001 | Vintage CW Bonds (Uninsured): $1,385,000 Vintage CW Bonds (Insured): $0 2011 CW Bonds (Uninsured): $0 2011 CW Bonds (Insured): $0 |

| Name of Creditor[2] | Address | Nature and Amount of Disclosable Economic Interests in Commonwealth and Commonwealth-Guaranteed Bonds[3] |
|---|---|---|
| | | 2011 CW Series D/E/PIB Bonds (Uninsured): $0 2011 CW Series D/E/PIB Bonds (Insured): $0 2012 CW Bonds (Uninsured): $6,685,000 2012 CW Bonds (Insured): $0 2014 CW Bonds: $0 Vintage PBA Bonds (Uninsured): $44,184,000 Vintage PBA Bonds (Insured): $0 2011 PBA Bonds: $6,280,000 2012 PBA Bonds: $0 Other Guaranteed Debt: $0 |

**Exhibit B – Verified Statement**

**Names, Addresses, and Disclosable Economic Interests Held
in Relation to the Commonwealth by Each Then-Current Member of the
Lawful Constitutional Debt Coalition as of February 22, 2019[1]**

| Name of Creditor[2] | Address | Nature and Amount of Disclosable Economic Interests in Commonwealth and Commonwealth-Guaranteed Bonds[3] |
|---|---|---|
| GoldenTree Asset Management LP (on behalf of funds under management) | 300 Park Avenue 20th Floor New York, NY 10022 | Vintage CW Bonds (Uninsured): $13,275,000 Vintage CW Bonds (Insured): $0 2011 CW Bonds (Uninsured): $0 2011 CW Bonds (Insured): $0 2011 CW Series D/E/PIB Bonds (Uninsured): $0 2011 CW Series D/E/PIB Bonds (Insured): $0 2012 CW Bonds (Uninsured): $0 2012 CW Bonds (Insured): $0 2014 CW Bonds: $0 Vintage PBA Bonds (Uninsured): $290,135,000 Vintage PBA Bonds (Insured): $1,200,000 2011 PBA Bonds: |

---

[1]   To the best of Counsel's knowledge, the information included herein is accurate as of February 22, 2019. The amounts set forth herein include only outstanding principal (accreted value for capital appreciation bonds) and do not include overdue interest, interest on overdue interest and principal, or other amounts that may be owing under the applicable debt documents and laws.

[2]   Each person or entity in this Exhibit A holds disclosable economic interests, or acts as investment advisor or manager to funds, entities, and/or accounts of their respective affiliates that hold disclosable economic interests, in relation to the PBA and the Commonwealth, if applicable.

[3]   Disclosable economic interests of insured bonds include bonds insured in either primary or secondary markets.

| Name of Creditor[2] | Address | Nature and Amount of Disclosable Economic Interests in Commonwealth and Commonwealth-Guaranteed Bonds[3] |
|---|---|---|
| | | $0<br>2012 PBA Bonds:<br>$0<br>Other Guaranteed Debt:<br>$7,480,000 |
| Whitebox Advisors LLC (on behalf of funds under management) | 3033 Excelsior Boulevard Suite 300 Minneapolis, MN 55416 | Vintage CW Bonds (Uninsured):<br>$119,215,000<br>Vintage CW Bonds (Insured):<br>$0<br>2011 CW Bonds (Uninsured):<br>$0<br>2011 CW Bonds (Insured):<br>$0<br>2011 CW Series D/E/PIB Bonds (Uninsured):<br>$0<br>2011 CW Series D/E/PIB Bonds (Insured):<br>$0<br>2012 CW Bonds (Uninsured):<br>$0<br>2012 CW Bonds (Insured):<br>$0<br>2014 CW Bonds:<br>$0<br><br>Vintage PBA Bonds (Uninsured):<br>$29,680,000<br>Vintage PBA Bonds (Insured):<br>$0<br>2011 PBA Bonds:<br>$0<br>2012 PBA Bonds:<br>$0<br>Other Guaranteed Debt:<br>$0 |
| Monarch Alternative Capital LP (on behalf of funds under management) | 535 Madison Avenue New York, NY 10022 | Vintage CW Bonds (Uninsured):<br>$114,360,000<br>Vintage CW Bonds (Insured):<br>$34,185,600 |

| Name of Creditor[2] | Address | Nature and Amount of Disclosable Economic Interests in Commonwealth and Commonwealth-Guaranteed Bonds[3] |
|---|---|---|
| | | 2011 CW Bonds (Uninsured): $0 <br> 2011 CW Bonds (Insured): $0 <br> 2011 CW Series D/E/PIB Bonds (Uninsured): $0 <br> 2011 CW Series D/E/PIB Bonds (Insured): $0 <br> 2012 CW Bonds (Uninsured): $0 <br> 2012 CW Bonds (Insured): $0 <br> 2014 CW Bonds: $0 <br><br> Vintage PBA Bonds (Uninsured): $126,681,050 <br> Vintage PBA Bonds (Insured): $0 <br> 2011 PBA Bonds: $26,346,000 <br> 2012 PBA Bonds: $5,205,000 <br> Other Guaranteed Debt: $999,000 |

**Exhibit C – Amended First Supplemental Statement**

**Names, Addresses, and Disclosable Economic Interests Held
in Relation to the Commonwealth by Each Then-Current Member of the
Lawful Constitutional Debt Coalition as of March 14, 2019**[1]

| Name of Creditor[2] | Address | Nature and Amount of Disclosable Economic Interests in Commonwealth and Commonwealth-Guaranteed Bonds[3] |
|---|---|---|
| GoldenTree Asset Management LP (on behalf of funds under management) | 300 Park Avenue 20th Floor New York, NY 10022 | Vintage CW Bonds (Uninsured): $13,275,000 Vintage CW Bonds (Insured): $0 2011 CW Bonds (Uninsured): $0 2011 CW Bonds (Insured): $0 2011 CW Series D/E/PIB Bonds (Uninsured): $0 2011 CW Series D/E/PIB Bonds (Insured): $0 2012 CW Bonds (Uninsured): $0 2012 CW Bonds (Insured): $0 2014 CW Bonds: $0 <br><br> Vintage PBA Bonds (Uninsured): $315,955,000 Vintage PBA Bonds (Insured): $1,200,000 2011 PBA Bonds: |

---

[1]   To the best of Counsel's knowledge, the information included herein is accurate as of March 14, 2019. The amounts set forth herein include only outstanding principal (accreted value for capital appreciation bonds) and do not include overdue interest, interest on overdue interest and principal, or other amounts that may be owing under the applicable debt documents and laws.

[2]   Each person or entity in this Exhibit A holds disclosable economic interests, or acts as investment advisor or manager to funds, entities, and/or accounts of their respective affiliates that hold disclosable economic interests, in relation to the PBA and the Commonwealth, if applicable.

[3]   Disclosable economic interests of insured bonds include bonds insured in either primary or secondary markets.

| Name of Creditor[2] | Address | Nature and Amount of Disclosable Economic Interests in Commonwealth and Commonwealth-Guaranteed Bonds[3] |
|---|---|---|
| | | $36,900,000<br>2012 PBA Bonds:<br>$8,500,000<br>Other Guaranteed Debt:<br>$7,480,000 |
| Whitebox Advisors LLC (on behalf of funds under management) | 3033 Excelsior Boulevard Suite 300 Minneapolis, MN 55416 | Vintage CW Bonds (Uninsured):<br>$110,690,000<br>Vintage CW Bonds (Insured):<br>$0<br>2011 CW Bonds (Uninsured):<br>$0<br>2011 CW Bonds (Insured):<br>$0<br>2011 CW Series D/E/PIB Bonds (Uninsured):<br>$0<br>2011 CW Series D/E/PIB Bonds (Insured):<br>$0<br>2012 CW Bonds (Uninsured):<br>$0<br>2012 CW Bonds (Insured):<br>$0<br>2014 CW Bonds:<br>$0<br><br>Vintage PBA Bonds (Uninsured):<br>$38,955,000<br>Vintage PBA Bonds (Insured):<br>$0<br>2011 PBA Bonds:<br>$0<br>2012 PBA Bonds:<br>$5,845,000<br>Other Guaranteed Debt:<br>$0 |
| Monarch Alternative Capital LP (on behalf of funds under management) | 535 Madison Avenue New York, NY 10022 | Vintage CW Bonds (Uninsured):<br>$145,360,000<br>Vintage CW Bonds (Insured):<br>$35,745,000 |

| Name of Creditor[2] | Address | Nature and Amount of Disclosable Economic Interests in Commonwealth and Commonwealth-Guaranteed Bonds[3] |
|---|---|---|
| | | 2011 CW Bonds (Uninsured): $0<br>2011 CW Bonds (Insured): $0<br>2011 CW Series D/E/PIB Bonds (Uninsured): $0<br>2011 CW Series D/E/PIB Bonds (Insured): $0<br>2012 CW Bonds (Uninsured): $0<br>2012 CW Bonds (Insured): $0<br>2014 CW Bonds: $0<br><br>Vintage PBA Bonds (Uninsured): $130,454,000<br>Vintage PBA Bonds (Insured): $0<br>2011 PBA Bonds: $42,756,000<br>2012 PBA Bonds: $5,205,000<br>Other Guaranteed Debt: $999,000 |
| Taconic Capital Advisors L.P. (on behalf of funds under management) | 280 Park Avenue 5th Floor New York, NY 10017 | Vintage CW Bonds (Uninsured): $27,436,000<br>Vintage CW Bonds (Insured): $15,090,000<br>2011 CW Bonds (Uninsured): $0<br>2011 CW Bonds (Insured): $0<br>2011 CW Series D/E/PIB Bonds (Uninsured): $0<br>2011 CW Series D/E/PIB Bonds (Insured): $0 |

| Name of Creditor[2] | Address | Nature and Amount of Disclosable Economic Interests in Commonwealth and Commonwealth-Guaranteed Bonds[3] |
|---|---|---|
| | | 2012 CW Bonds (Uninsured): $465,000<br>2012 CW Bonds (Insured): $0<br>2014 CW Bonds: $0<br><br>Vintage PBA Bonds (Uninsured): $49,228,000<br>Vintage PBA Bonds (Insured): $395,000<br>2011 PBA Bonds: $5,365,000<br>2012 PBA Bonds: $16,650,000<br>Other Guaranteed Debt: $23,145,000 |

## Exhibit D – Amended Second Supplemental Statement

**Names, Addresses, and Disclosable Economic Interests Held
in Relation to the Commonwealth by Each Then-Current Member of the
Lawful Constitutional Debt Coalition as of June 14, 2019**[1]

| Name of Creditor[2] | Address | Nature and Amount of Disclosable Economic Interests in Commonwealth and Commonwealth-Guaranteed Bonds[3] |
|---|---|---|
| GoldenTree Asset Management LP (on behalf of funds under management) | 300 Park Avenue 20th Floor New York, NY 10022 | Vintage CW Bonds (Uninsured): $13,275,000 Vintage CW Bonds (Insured): $0 2011 CW Bonds (Uninsured): $0 2011 CW Bonds (Insured): $0 2011 CW Series D/E/PIB Bonds (Uninsured): $0 2011 CW Series D/E/PIB Bonds (Insured): $0 2012 CW Bonds (Uninsured): $0 2012 CW Bonds (Insured): $0 2014 CW Bonds: $0  Vintage PBA Bonds (Uninsured): $315,955,000 Vintage PBA Bonds (Insured): $1,200,000 2011 PBA Bonds: |

---

[1]   To the best of Counsel's knowledge, the information included herein is accurate as of June 14, 2019.  The amounts set forth herein include only outstanding principal (accreted value for capital appreciation bonds) and do not include overdue interest, interest on overdue interest and principal, or other amounts that may be owing under the applicable debt documents and laws.

[2]   Each person or entity in this Exhibit A holds disclosable economic interests, or acts as investment advisor or manager to funds, entities, and/or accounts of their respective affiliates that hold disclosable economic interests, in relation to the PBA and the Commonwealth, if applicable.

[3]   Disclosable economic interests of insured bonds include bonds insured in either primary or secondary markets.

| Name of Creditor[2] | Address | Nature and Amount of Disclosable Economic Interests in Commonwealth and Commonwealth-Guaranteed Bonds[3] |
|---|---|---|
| | | $36,900,000<br>2012 PBA Bonds:<br>$8,500,000<br>Other Guaranteed Debt:<br>$7,480,000 |
| Whitebox Advisors LLC (on behalf of funds under management) | 3033 Excelsior Boulevard Suite 300 Minneapolis, MN 55416 | Vintage CW Bonds (Uninsured):<br>$110,690,000<br>Vintage CW Bonds (Insured):<br>$0<br>2011 CW Bonds (Uninsured):<br>$0<br>2011 CW Bonds (Insured):<br>$0<br>2011 CW Series D/E/PIB Bonds (Uninsured):<br>$0<br>2011 CW Series D/E/PIB Bonds (Insured):<br>$0<br>2012 CW Bonds (Uninsured):<br>$0<br>2012 CW Bonds (Insured):<br>$0<br>2014 CW Bonds:<br>$0<br><br>Vintage PBA Bonds (Uninsured):<br>$38,955,000<br>Vintage PBA Bonds (Insured):<br>$0<br>2011 PBA Bonds:<br>$0<br>2012 PBA Bonds:<br>$5,845,000<br>Other Guaranteed Debt:<br>$0 |
| Monarch Alternative Capital LP (on behalf of funds under management) | 535 Madison Avenue New York, NY 10022 | Vintage CW Bonds (Uninsured):<br>$145,360,000<br>Vintage CW Bonds (Insured):<br>$35,745,000 |

| Name of Creditor[2] | Address | Nature and Amount of Disclosable Economic Interests in Commonwealth and Commonwealth-Guaranteed Bonds[3] |
|---|---|---|
| | | 2011 CW Bonds (Uninsured):<br>$0<br>2011 CW Bonds (Insured):<br>$0<br>2011 CW Series D/E/PIB Bonds (Uninsured):<br>$0<br>2011 CW Series D/E/PIB Bonds (Insured):<br>$0<br>2012 CW Bonds (Uninsured):<br>$0<br>2012 CW Bonds (Insured):<br>$0<br>2014 CW Bonds:<br>$0<br><br>Vintage PBA Bonds (Uninsured):<br>$130,454,000<br>Vintage PBA Bonds (Insured):<br>$0<br>2011 PBA Bonds:<br>$42,756,000<br>2012 PBA Bonds:<br>$5,205,000<br>Other Guaranteed Debt:<br>$999,000 |
| Taconic Capital Advisors L.P. (on behalf of funds under management) | 280 Park Avenue<br>5th Floor<br>New York, NY 10017 | Vintage CW Bonds (Uninsured):<br>$27,436,000<br>Vintage CW Bonds (Insured):<br>$15,090,000<br>2011 CW Bonds (Uninsured):<br>$0<br>2011 CW Bonds (Insured):<br>$0<br>2011 CW Series D/E/PIB Bonds (Uninsured):<br>$0<br>2011 CW Series D/E/PIB Bonds (Insured):<br>$0 |

| Name of Creditor[2] | Address | Nature and Amount of Disclosable Economic Interests in Commonwealth and Commonwealth-Guaranteed Bonds[3] |
|---|---|---|
| | | 2012 CW Bonds (Uninsured): $465,000 <br> 2012 CW Bonds (Insured): $0 <br> 2014 CW Bonds: $0 <br><br> Vintage PBA Bonds (Uninsured): $49,228,000 <br> Vintage PBA Bonds (Insured): $395,000 <br> 2011 PBA Bonds: $5,365,000 <br> 2012 PBA Bonds: $16,650,000 <br> Other Guaranteed Debt: $23,145,000 |
| Aristeia Capital, LLC (on behalf of funds under management) | 1140 6th Avenue 11th Floor New York, NY 10036 | Vintage CW Bonds (Uninsured): $19,525,000 <br> Vintage CW Bonds (Insured): $0 <br> 2011 CW Bonds (Uninsured): $0 <br> 2011 CW Bonds (Insured): $0 <br> 2011 CW Series D/E/PIB Bonds (Uninsured): $0 <br> 2011 CW Series D/E/PIB Bonds (Insured): $0 <br> 2012 CW Bonds (Uninsured): $0 <br> 2012 CW Bonds (Insured): $0 <br> 2014 CW Bonds: $0 <br><br> Vintage PBA Bonds (Uninsured): $86,745,000 <br> Vintage PBA Bonds (Insured): |

| Name of Creditor[2] | Address | Nature and Amount of Disclosable Economic Interests in Commonwealth and Commonwealth-Guaranteed Bonds[3] |
|---|---|---|
| | | $0<br>2011 PBA Bonds:<br>$7,920,000<br>2012 PBA Bonds:<br>$0<br>Other Guaranteed Debt:<br>$0 |
| Farmstead Capital Management, LLC (on behalf of funds under management) | 7 North Broad St.<br>3rd Floor<br>Ridgewood, NJ 07450 | Vintage CW Bonds (Uninsured):<br>$41,740,000<br>Vintage CW Bonds (Insured):<br>$50,000<br>2011 CW Bonds (Uninsured):<br>$0<br>2011 CW Bonds (Insured):<br>$0<br>2011 CW Series D/E/PIB Bonds (Uninsured):<br>$0<br>2011 CW Series D/E/PIB Bonds (Insured):<br>$0<br>2012 CW Bonds (Uninsured):<br>$0<br>2012 CW Bonds (Insured):<br>$0<br>2014 CW Bonds:<br>$0<br><br>Vintage PBA Bonds (Uninsured):<br>$67,432,000<br>Vintage PBA Bonds (Insured):<br>$0<br>2011 PBA Bonds:<br>$0<br>2012 PBA Bonds:<br>$0<br>Other Guaranteed Debt:<br>$0 |

| Name of Creditor[2] | Address | Nature and Amount of Disclosable Economic Interests in Commonwealth and Commonwealth-Guaranteed Bonds[3] |
|---|---|---|
| FCO Advisors LP (on behalf of funds under management) | 745 5th Avenue 25th Floor New York, NY 10151 | Vintage CW Bonds (Uninsured): $55,420,000 Vintage CW Bonds (Insured): $0 2011 CW Bonds (Uninsured): $0 2011 CW Bonds (Insured): $0 2011 CW Series D/E/PIB Bonds (Uninsured): $0 2011 CW Series D/E/PIB Bonds (Insured): $0 2012 CW Bonds (Uninsured): $0 2012 CW Bonds (Insured): $0 2014 CW Bonds: $4,960,000 Vintage PBA Bonds (Uninsured): $9,090,000 Vintage PBA Bonds (Insured): $0 2011 PBA Bonds: $0 2012 PBA Bonds: $0 Other Guaranteed Debt: $0 |

**Exhibit E – Amended Third Supplemental Statement**

**Names, Addresses, and Disclosable Economic Interests Held
in Relation to the Commonwealth by Each Then-Current Member of the
Lawful Constitutional Debt Coalition as of August 30, 2019[1]**

| Name of Creditor[2] | Address | Nature and Amount of Disclosable Economic Interests in Commonwealth and Commonwealth-Guaranteed Bonds[3] |
|---|---|---|
| GoldenTree Asset Management LP (on behalf of funds under management) | 300 Park Avenue 20th Floor New York, NY 10022 | Vintage CW Bonds (Uninsured): $81,525,000 Vintage CW Bonds (Insured): $0 2011 CW Bonds (Uninsured): $2,190,000 2011 CW Bonds (Insured): $0 2011 CW Series D/E/PIB Bonds (Uninsured): $6,980,000 2011 CW Series D/E/PIB Bonds (Insured): $0 2012 CW Bonds (Uninsured): $7,085,000 2012 CW Bonds (Insured): $0 2014 CW Bonds: $12,000,000 Vintage PBA Bonds (Uninsured): $327,964,000 Vintage PBA Bonds (Insured): $1,200,000 2011 PBA Bonds: |

---

[1]    To the best of Counsel's knowledge, the information included herein is accurate as of August 30, 2019. The amounts set forth herein include only outstanding principal (accreted value for capital appreciation bonds) and do not include overdue interest, interest on overdue interest and principal, or other amounts that may be owing under the applicable debt documents and laws.

[2]    Each person or entity in this Exhibit A holds disclosable economic interests, or acts as investment advisor or manager to funds, entities, and/or accounts of their respective affiliates that hold disclosable economic interests, in relation to the PBA and the Commonwealth, if applicable.

[3]    Disclosable economic interests of insured bonds include bonds insured in either primary or secondary markets.

| Name of Creditor[2] | Address | Nature and Amount of Disclosable Economic Interests in Commonwealth and Commonwealth-Guaranteed Bonds[3] |
|---|---|---|
| | | $42,620,000<br>2012 PBA Bonds:<br>$13,965,000<br>Other Guaranteed Debt:<br>$9,980,000 |
| Whitebox Advisors LLC (on behalf of funds under management) | 3033 Excelsior Boulevard Suite 300 Minneapolis, MN 55416 | Vintage CW Bonds (Uninsured):<br>$112,040,000<br>Vintage CW Bonds (Insured):<br>$0<br>2011 CW Bonds (Uninsured):<br>$0<br>2011 CW Bonds (Insured):<br>$0<br>2011 CW Series D/E/PIB Bonds (Uninsured):<br>$5,695,000<br>2011 CW Series D/E/PIB Bonds (Insured):<br>$0<br>2012 CW Bonds (Uninsured):<br>$2,375,000<br>2012 CW Bonds (Insured):<br>$0<br>2014 CW Bonds:<br>$0<br><br>Vintage PBA Bonds (Uninsured):<br>$48,880,000<br>Vintage PBA Bonds (Insured):<br>$0<br>2011 PBA Bonds:<br>$4,340,000<br>2012 PBA Bonds:<br>$7,485,000<br>Other Guaranteed Debt:<br>$0 |
| Monarch Alternative Capital LP (on behalf of funds under management) | 535 Madison Avenue New York, NY 10022 | Vintage CW Bonds (Uninsured):<br>$175,193,000<br>Vintage CW Bonds (Insured):<br>$36,012,000 |

| Name of Creditor[2] | Address | Nature and Amount of Disclosable Economic Interests in Commonwealth and Commonwealth-Guaranteed Bonds[3] |
|---|---|---|
| | | 2011 CW Bonds (Uninsured): $6,650,000<br>2011 CW Bonds (Insured): $0<br>2011 CW Series D/E/PIB Bonds (Uninsured): $6,195,000<br>2011 CW Series D/E/PIB Bonds (Insured): $0<br>2012 CW Bonds (Uninsured): $3,395,000<br>2012 CW Bonds (Insured): $0<br>2014 CW Bonds: $0<br><br>Vintage PBA Bonds (Uninsured): $111,016,000<br>Vintage PBA Bonds (Insured): $0<br>2011 PBA Bonds: $47,936,000<br>2012 PBA Bonds: $8,035,000<br>Other Guaranteed Debt: $999,000 |
| Taconic Capital Advisors L.P. (on behalf of funds under management) | 280 Park Avenue 5th Floor New York, NY 10017 | Vintage CW Bonds (Uninsured): $40,956,000<br>Vintage CW Bonds (Insured): $15,637,000<br>2011 CW Bonds (Uninsured): $5,645,000<br>2011 CW Bonds (Insured): $0<br>2011 CW Series D/E/PIB Bonds (Uninsured): $1,485,000<br>2011 CW Series D/E/PIB Bonds (Insured): $0 |

| Name of Creditor[2] | Address | Nature and Amount of Disclosable Economic Interests in Commonwealth and Commonwealth-Guaranteed Bonds[3] |
|---|---|---|
|  |  | 2012 CW Bonds (Uninsured): $15,010,000<br>2012 CW Bonds (Insured): $0<br>2014 CW Bonds: $0<br><br>Vintage PBA Bonds (Uninsured): $56,208,000<br>Vintage PBA Bonds (Insured): $395,000<br>2011 PBA Bonds: $18,620,000<br>2012 PBA Bonds: $18,215,000<br>Other Guaranteed Debt: $0 |
| Aristeia Capital, LLC (on behalf of funds under management) | 1140 6th Avenue 11th Floor New York, NY 10036 | Vintage CW Bonds (Uninsured): $0<br>Vintage CW Bonds (Insured): $0<br>2011 CW Bonds (Uninsured): $0<br>2011 CW Bonds (Insured): $0<br>2011 CW Series D/E/PIB Bonds (Uninsured): $0<br>2011 CW Series D/E/PIB Bonds (Insured): $0<br>2012 CW Bonds (Uninsured): $0<br>2012 CW Bonds (Insured): $0<br>2014 CW Bonds: $0<br><br>Vintage PBA Bonds (Uninsured): $86,745,000<br>Vintage PBA Bonds (Insured): |

| Name of Creditor[2] | Address | Nature and Amount of Disclosable Economic Interests in Commonwealth and Commonwealth-Guaranteed Bonds[3] |
|---|---|---|
| | | $0<br>2011 PBA Bonds:<br>$7,920,000<br>2012 PBA Bonds:<br>$0<br>Other Guaranteed Debt:<br>$0 |
| Farmstead Capital Management, LLC (on behalf of funds under management) | 7 North Broad St.<br>3rd Floor<br>Ridgewood, NJ 07450 | Vintage CW Bonds (Uninsured):<br>$41,740,000<br>Vintage CW Bonds (Insured):<br>$50,000<br>2011 CW Bonds (Uninsured):<br>$0<br>2011 CW Bonds (Insured):<br>$0<br>2011 CW Series D/E/PIB Bonds (Uninsured):<br>$0<br>2011 CW Series D/E/PIB Bonds (Insured):<br>$0<br>2012 CW Bonds (Uninsured):<br>$0<br>2012 CW Bonds (Insured):<br>$0<br>2014 CW Bonds:<br>$0<br><br>Vintage PBA Bonds (Uninsured):<br>$60,977,000<br>Vintage PBA Bonds (Insured):<br>$0<br>2011 PBA Bonds:<br>$0<br>2012 PBA Bonds:<br>$0<br>Other Guaranteed Debt:<br>$0 |

| Name of Creditor[2] | Address | Nature and Amount of Disclosable Economic Interests in Commonwealth and Commonwealth-Guaranteed Bonds[3] |
|---|---|---|
| FCO Advisors LP (on behalf of funds under management) | 745 5th Avenue 25th Floor New York, NY 10151 | Vintage CW Bonds (Uninsured): $55,420,000 Vintage CW Bonds (Insured): $0 2011 CW Bonds (Uninsured): $0 2011 CW Bonds (Insured): $0 2011 CW Series D/E/PIB Bonds (Uninsured): $0 2011 CW Series D/E/PIB Bonds (Insured): $0 2012 CW Bonds (Uninsured): $0 2012 CW Bonds (Insured): $0 2014 CW Bonds: $4,960,000 <br><br> Vintage PBA Bonds (Uninsured): $9,090,000 Vintage PBA Bonds (Insured): $0 2011 PBA Bonds: $0 2012 PBA Bonds: $0 Other Guaranteed Debt: $0 |

**Exhibit F – Amended Fourth Supplemental Statement**

**Names, Addresses, and Disclosable Economic Interests Held
in Relation to the Commonwealth by Each Then-Current Member of the
Lawful Constitutional Debt Coalition as of January 6, 2020**[1]

| Name of Creditor[2] | Address | Nature and Amount of Disclosable Economic Interests in Commonwealth and Commonwealth-Guaranteed Bonds[3] |
|---|---|---|
| GoldenTree Asset Management LP (on behalf of funds under management) | 300 Park Avenue 20th Floor New York, NY 10022 | Vintage CW Bonds (Uninsured): $88,325,000 Vintage CW Bonds (Insured): $113,750 2011 CW Bonds (Uninsured): $2,190,000 2011 CW Bonds (Insured): $0 2011 CW Series D/E/PIB Bonds (Uninsured): $21,560,000 2011 CW Series D/E/PIB Bonds (Insured): $0 2012 CW Bonds (Uninsured): $14,585,000 2012 CW Bonds (Insured): $0 2014 CW Bonds: $46,800,000  Vintage PBA Bonds (Uninsured): $381,166,000 Vintage PBA Bonds (Insured): $1,205,000 2011 PBA Bonds: |

---

[1]   To the best of Counsel's knowledge, the information included herein is accurate as of January 6, 2020. The amounts set forth herein include only outstanding principal (accreted value for capital appreciation bonds) and do not include overdue interest, interest on overdue interest and principal, or other amounts that may be owing under the applicable debt documents and laws.

[2]   Each person or entity in this Exhibit A holds disclosable economic interests, or acts as investment advisor or manager to funds, entities, and/or accounts of their respective affiliates that hold disclosable economic interests, in relation to the PBA and the Commonwealth, if applicable.

[3]   Disclosable economic interests of insured bonds include bonds insured in either primary or secondary markets.

| Name of Creditor[2] | Address | Nature and Amount of Disclosable Economic Interests in Commonwealth and Commonwealth-Guaranteed Bonds[3] |
|---|---|---|
| | | $42,620,000<br>2012 PBA Bonds:<br>$56,845,000<br>Other Guaranteed Debt:<br>$9,980,000 |
| Whitebox Advisors LLC (on behalf of funds under management) | 3033 Excelsior Boulevard Suite 300 Minneapolis, MN 55416 | Vintage CW Bonds (Uninsured):<br>$105,040,000<br>Vintage CW Bonds (Insured):<br>$0<br>2011 CW Bonds (Uninsured):<br>$0<br>2011 CW Bonds (Insured):<br>$0<br>2011 CW Series D/E/PIB Bonds (Uninsured):<br>$5,740,000<br>2011 CW Series D/E/PIB Bonds (Insured):<br>$0<br>2012 CW Bonds (Uninsured):<br>$5,555,000<br>2012 CW Bonds (Insured):<br>$0<br>2014 CW Bonds:<br>$9,650,000<br><br>Vintage PBA Bonds (Uninsured):<br>$56,793,000<br>Vintage PBA Bonds (Insured):<br>$0<br>2011 PBA Bonds:<br>$4,365,000<br>2012 PBA Bonds:<br>$19,640,000<br>Other Guaranteed Debt:<br>$0 |
| Monarch Alternative Capital LP (on behalf of funds under management) | 535 Madison Avenue New York, NY 10022 | Vintage CW Bonds (Uninsured):<br>$191,923,000<br>Vintage CW Bonds (Insured):<br>$23,000,000 |

| Name of Creditor[2] | Address | Nature and Amount of Disclosable Economic Interests in Commonwealth and Commonwealth-Guaranteed Bonds[3] |
|---|---|---|
| | | 2011 CW Bonds (Uninsured): $6,650,000<br>2011 CW Bonds (Insured): $0<br>2011 CW Series D/E/PIB Bonds (Uninsured): $6,900,000<br>2011 CW Series D/E/PIB Bonds (Insured): $0<br>2012 CW Bonds (Uninsured): $5,995,000<br>2012 CW Bonds (Insured): $0<br>2014 CW Bonds: $20,795,000<br><br>Vintage PBA Bonds (Uninsured): $116,926,000<br>Vintage PBA Bonds (Insured): $0<br>2011 PBA Bonds: $47,936,000<br>2012 PBA Bonds: $8,035,000<br>Other Guaranteed Debt: $7,809,000 |
| Taconic Capital Advisors L.P. (on behalf of funds under management) | 280 Park Avenue 5th Floor New York, NY 10017 | Vintage CW Bonds (Uninsured): $55,077,000<br>Vintage CW Bonds (Insured): $15,917,000<br>2011 CW Bonds (Uninsured): $5,915,000<br>2011 CW Bonds (Insured): $0<br>2011 CW Series D/E/PIB Bonds (Uninsured): $11,895,000<br>2011 CW Series D/E/PIB Bonds (Insured): $0 |

| Name of Creditor[2] | Address | Nature and Amount of Disclosable Economic Interests in Commonwealth and Commonwealth-Guaranteed Bonds[3] |
|---|---|---|
| | | 2012 CW Bonds (Uninsured): $27,248,000<br>2012 CW Bonds (Insured): $0<br>2014 CW Bonds: $6,700,000<br><br>Vintage PBA Bonds (Uninsured): $60,073,000<br>Vintage PBA Bonds (Insured): $395,000<br>2011 PBA Bonds: $27,070,000<br>2012 PBA Bonds: $18,765,000<br>Other Guaranteed Debt: $0 |
| Aristeia Capital, LLC (on behalf of funds under management) | 1140 6th Avenue 11th Floor New York, NY 10036 | Vintage CW Bonds (Uninsured): $49,480,000<br>Vintage CW Bonds (Insured): $0<br>2011 CW Bonds (Uninsured): $0<br>2011 CW Bonds (Insured): $0<br>2011 CW Series D/E/PIB Bonds (Uninsured): $0<br>2011 CW Series D/E/PIB Bonds (Insured): $0<br>2012 CW Bonds (Uninsured): $0<br>2012 CW Bonds (Insured): $0<br>2014 CW Bonds: $0<br><br>Vintage PBA Bonds (Uninsured): $180,355,000<br>Vintage PBA Bonds (Insured): |

| Name of Creditor[2] | Address | Nature and Amount of Disclosable Economic Interests in Commonwealth and Commonwealth-Guaranteed Bonds[3] |
|---|---|---|
| | | $0<br>2011 PBA Bonds:<br>$7,920,000<br>2012 PBA Bonds:<br>$0<br>Other Guaranteed Debt:<br>$0 |
| Farmstead Capital Management, LLC (on behalf of funds under management) | 7 North Broad St.<br>3rd Floor<br>Ridgewood, NJ 07450 | Vintage CW Bonds (Uninsured):<br>$71,995,000<br>Vintage CW Bonds (Insured):<br>$50,000<br>2011 CW Bonds (Uninsured):<br>$0<br>2011 CW Bonds (Insured):<br>$0<br>2011 CW Series D/E/PIB Bonds (Uninsured):<br>$0<br>2011 CW Series D/E/PIB Bonds (Insured):<br>$0<br>2012 CW Bonds (Uninsured):<br>$0<br>2012 CW Bonds (Insured):<br>$0<br>2014 CW Bonds:<br>$0<br><br>Vintage PBA Bonds (Uninsured):<br>$44,357,000<br>Vintage PBA Bonds (Insured):<br>$0<br>2011 PBA Bonds:<br>$0<br>2012 PBA Bonds:<br>$0<br>Other Guaranteed Debt:<br>$0 |

| Name of Creditor[2] | Address | Nature and Amount of Disclosable Economic Interests in Commonwealth and Commonwealth-Guaranteed Bonds[3] |
|---|---|---|
| FCO Advisors LP (on behalf of funds under management) | 745 5th Avenue<br>25th Floor<br>New York, NY 10151 | Vintage CW Bonds (Uninsured): $55,420,000<br>Vintage CW Bonds (Insured): $0<br>2011 CW Bonds (Uninsured): $0<br>2011 CW Bonds (Insured): $0<br>2011 CW Series D/E/PIB Bonds (Uninsured): $0<br>2011 CW Series D/E/PIB Bonds (Insured): $0<br>2012 CW Bonds (Uninsured): $0<br>2012 CW Bonds (Insured): $0<br>2014 CW Bonds: $0<br><br>Vintage PBA Bonds (Uninsured): $9,090,000<br>Vintage PBA Bonds (Insured): $0<br>2011 PBA Bonds: $0<br>2012 PBA Bonds: $0<br>Other Guaranteed Debt: $0 |

**Exhibit G – Amended Fifth Supplemental Statement**

**Names, Addresses, and Disclosable Economic Interests Held
in Relation to the Commonwealth by Each Then-Current Member of the
Lawful Constitutional Debt Coalition as of February 14, 2020**[1]

| Name of Creditor[2] | Address | Nature and Amount of Disclosable Economic Interests in Commonwealth and Commonwealth-Guaranteed Bonds[3] |
|---|---|---|
| GoldenTree Asset Management LP (on behalf of funds under management)[4] | 300 Park Avenue 20th Floor New York, NY 10022 | Vintage CW Bonds (Uninsured): $88,325,000 Vintage CW Bonds (Insured): $2,525,000 2011 CW Bonds (Uninsured): $2,190,000 2011 CW Bonds (Insured): $0 2011 CW Series D/E/PIB Bonds (Uninsured): $21,560,000 2011 CW Series D/E/PIB Bonds (Insured): $0 2012 CW Bonds (Uninsured): $14,585,000 2012 CW Bonds (Insured): $0 2014 CW Bonds: $66,800,000 Vintage PBA Bonds (Uninsured): $375,606,000 |

[1]  To the best of Counsel's knowledge, the information included herein is accurate as of February 14, 2020. The amounts set forth herein include only outstanding principal (accreted value for capital appreciation bonds) and do not include overdue interest, interest on overdue interest and principal, or other amounts that may be owing under the applicable debt documents and laws.

[2]  Each person or entity in this Exhibit A holds disclosable economic interests, or acts as investment advisor or manager to funds, entities, and/or accounts of their respective affiliates that hold disclosable economic interests, in relation to the PBA and the Commonwealth, if applicable.

[3]   Disclosable economic interests of insured bonds include bonds insured in either primary or secondary markets.

[4]  GoldenTree's disclosable economic interests account for its acquisition of Syncora and include bonds insured in primary or secondary markets or subject to reinsurance.

| Name of Creditor[2] | Address | Nature and Amount of Disclosable Economic Interests in Commonwealth and Commonwealth-Guaranteed Bonds[3] |
|---|---|---|
| | | Vintage PBA Bonds (Insured): $19,570,000<br>2011 PBA Bonds: $42,620,000<br>2012 PBA Bonds: $58,550,000<br>Other Guaranteed Debt: $8,235,000 |
| Whitebox Advisors LLC (on behalf of funds under management) | 3033 Excelsior Boulevard Suite 300 Minneapolis, MN 55416 | Vintage CW Bonds (Uninsured): $101,540,000<br>Vintage CW Bonds (Insured): $0<br>2011 CW Bonds (Uninsured): $0<br>2011 CW Bonds (Insured): $0<br>2011 CW Series D/E/PIB Bonds (Uninsured): $340,000<br>2011 CW Series D/E/PIB Bonds (Insured): $0<br>2012 CW Bonds (Uninsured): $14,182,000<br>2012 CW Bonds (Insured): $0<br>2014 CW Bonds: $3,150,000<br><br>Vintage PBA Bonds (Uninsured): $43,193,000<br>Vintage PBA Bonds (Insured): $0<br>2011 PBA Bonds: $3,170,000<br>2012 PBA Bonds: $14,640,000<br>Other Guaranteed Debt: $0 |

| Name of Creditor[2] | Address | Nature and Amount of Disclosable Economic Interests in Commonwealth and Commonwealth-Guaranteed Bonds[3] |
|---|---|---|
| Monarch Alternative Capital LP (on behalf of funds under management) | 535 Madison Avenue New York, NY 10022 | Vintage CW Bonds (Uninsured): $185,623,000 Vintage CW Bonds (Insured): $18,313,000 2011 CW Bonds (Uninsured): $6,650,000 2011 CW Bonds (Insured): $0 2011 CW Series D/E/PIB Bonds (Uninsured): $6,900,000 2011 CW Series D/E/PIB Bonds (Insured): $0 2012 CW Bonds (Uninsured): $6,495,000 2012 CW Bonds (Insured): $0 2014 CW Bonds: $33,795,000 Vintage PBA Bonds (Uninsured): $90,791,000 Vintage PBA Bonds (Insured): $0 2011 PBA Bonds: $45,436,000 2012 PBA Bonds: $8,035,000 Other Guaranteed Debt: $2,279,000 |
| Taconic Capital Advisors L.P. (on behalf of funds under management) | 280 Park Avenue 5th Floor New York, NY 10017 | Vintage CW Bonds (Uninsured): $57,287,000 Vintage CW Bonds (Insured): $20,639,000 2011 CW Bonds (Uninsured): $5,915,000 2011 CW Bonds (Insured): $0 2011 CW Series D/E/PIB Bonds (Uninsured): |

| Name of Creditor[2] | Address | Nature and Amount of Disclosable Economic Interests in Commonwealth and Commonwealth-Guaranteed Bonds[3] |
|---|---|---|
| | | $12,015,000<br>2011 CW Series D/E/PIB Bonds (Insured):<br>$0<br>2012 CW Bonds (Uninsured):<br>$27,548,000<br>2012 CW Bonds (Insured):<br>$0<br>2014 CW Bonds:<br>$8,700,000<br><br>Vintage PBA Bonds (Uninsured):<br>$60,073,000<br>Vintage PBA Bonds (Insured):<br>$395,000<br>2011 PBA Bonds:<br>$27,070,000<br>2012 PBA Bonds:<br>$18,765,000<br>Other Guaranteed Debt:<br>$0 |
| Aristeia Capital, LLC (on behalf of funds under management) | 1140 6th Avenue<br>11th Floor<br>New York, NY 10036 | Vintage CW Bonds (Uninsured):<br>$63,970,000<br>Vintage CW Bonds (Insured):<br>$0<br>2011 CW Bonds (Uninsured):<br>$0<br>2011 CW Bonds (Insured):<br>$0<br>2011 CW Series D/E/PIB Bonds (Uninsured):<br>$0<br>2011 CW Series D/E/PIB Bonds (Insured):<br>$0<br>2012 CW Bonds (Uninsured):<br>$0<br>2012 CW Bonds (Insured):<br>$0<br>2014 CW Bonds:<br>$0 |

| Name of Creditor[2] | Address | Nature and Amount of Disclosable Economic Interests in Commonwealth and Commonwealth-Guaranteed Bonds[3] |
|---|---|---|
| | | Vintage PBA Bonds (Uninsured): $185,555,000<br>Vintage PBA Bonds (Insured): $0<br>2011 PBA Bonds: $7,920,000<br>2012 PBA Bonds: $0<br>Other Guaranteed Debt: $0 |
| Farmstead Capital Management, LLC (on behalf of funds under management) | 7 North Broad St. 3rd Floor Ridgewood, NJ 07450 | Vintage CW Bonds (Uninsured): $71,995,000<br>Vintage CW Bonds (Insured): $50,000<br>2011 CW Bonds (Uninsured): $0<br>2011 CW Bonds (Insured): $0<br>2011 CW Series D/E/PIB Bonds (Uninsured): $0<br>2011 CW Series D/E/PIB Bonds (Insured): $0<br>2012 CW Bonds (Uninsured): $0<br>2012 CW Bonds (Insured): $0<br>2014 CW Bonds: $0<br><br>Vintage PBA Bonds (Uninsured): $49,357,000<br>Vintage PBA Bonds (Insured): $0<br>2011 PBA Bonds: $0<br>2012 PBA Bonds: $0<br>Other Guaranteed Debt: |

| Name of Creditor[2] | Address | Nature and Amount of Disclosable Economic Interests in Commonwealth and Commonwealth-Guaranteed Bonds[3] |
|---|---|---|
| | | $0 |
| FCO Advisors LP (on behalf of funds under management) | 745 5th Avenue<br>25th Floor<br>New York, NY 10151 | Vintage CW Bonds (Uninsured):<br>$55,420,000<br>Vintage CW Bonds (Insured):<br>$0<br>2011 CW Bonds (Uninsured):<br>$0<br>2011 CW Bonds (Insured):<br>$0<br>2011 CW Series D/E/PIB Bonds (Uninsured):<br>$0<br>2011 CW Series D/E/PIB Bonds (Insured):<br>$0<br>2012 CW Bonds (Uninsured):<br>$0<br>2012 CW Bonds (Insured):<br> $0<br>2014 CW Bonds:<br>$0<br><br>Vintage PBA Bonds (Uninsured):<br>$9,090,000<br>Vintage PBA Bonds (Insured):<br>$0<br>2011 PBA Bonds:<br>$0<br>2012 PBA Bonds:<br>$0<br>Other Guaranteed Debt:<br>$0 |
| Marble Ridge Capital LP (on behalf of funds under management) | 1250 Broadway<br>Suite 2601<br>New York, NY 10001 | Vintage CW Bonds (Uninsured):<br>$1,385,000<br>Vintage CW Bonds (Insured):<br>$0<br>2011 CW Bonds (Uninsured):<br>$0<br>2011 CW Bonds (Insured):<br>$0 |

| Name of Creditor[2] | Address | Nature and Amount of Disclosable Economic Interests in Commonwealth and Commonwealth-Guaranteed Bonds[3] |
|---|---|---|
| | | 2011 CW Series D/E/PIB Bonds (Uninsured):<br>$0<br>2011 CW Series D/E/PIB Bonds (Insured):<br>$0<br>2012 CW Bonds (Uninsured):<br>$6,685,000<br>2012 CW Bonds (Insured):<br>$0<br>2014 CW Bonds:<br>$10,000,000<br>Vintage PBA Bonds (Uninsured):<br>$52,712,000<br><br>Vintage PBA Bonds (Insured):<br>$0<br>2011 PBA Bonds:<br>$6,280,000<br>2012 PBA Bonds:<br>$0<br>Other Guaranteed Debt:<br>$0 |

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for the parties of record.

*/s/Carlos R. Rivera-Ortiz*
USDC-PR 303409
