# **<u>EXHIBIT B</u>**

| | |
|---|---|
| **From:** | Hughes, John |
| **Sent:** | Monday, March 16, 2020 5:16 PM |
| **To:** | Alonzo, Julia D.; Dale, Margaret A.; Pavel, Ashley; Stafford, Laura; McKeen, Elizabeth L.; Friedman, Peter; Mervis, Michael T.; Febus, Chantel L.; Roth, Joseph L. |
| **Cc:** | Berezin, Robert; Calabrese, Christine; Collins, Reed; Curtin, Thomas; Hall, Jaclyn; Jason Callen; Langley, Adam; Natbony, Bill; Rappoport, Gaspard; Ruocco, Elizabeth; Servais, Casey; Sosland, Martin; Miller, Atara; Paslawsky, Alexandra; Denker, Will; Ohring, Jonathan; Maggio, Kevin; Despins, Luc A.; Bassett, Nicholas; johnmuddlaw@gmail.com |
| **Subject:** | RE: Ambac 2004 Requests re Cash/Assets |
| **Attachments:** | Ambac Document Requests re Category No. 1 of Assets Rule 2004 Motion 4833-5535-3271 v.2.docx |

Counsel,

I write to follow-up on the February 25, 2020 and March 16, 2020 meet and confers regarding Ambac's Commonwealth Assets and Cash Rule 2004 Requests (the "February 25 Meet and Confer" and "March 16 Meet and Confer"), specifically Category No. 1 (Assets – current and transferred/encumbered) of its Assets Rule 2004 Motion ("Assets Category No. 1").

Assets Category No. 1 covers documents for the Commonwealth's and its instrumentalities' assets, including (without limitation) deeds of sale, details on liens or limitations on such properties (including how such liens or limitations are registered and to whom), titles, assignment agreements, and/or any other documents effectuating any alienation or encumbrance, as well as documents regarding any assessment of the present, future, or contingent value of any such assets, interests therein, and the location thereof.  During the February 25 Meet and Confer and March 16 Meet and Confer, AAFAF stated that it objects to a request that it search for and produce information regarding all of the Commonwealth's or its instrumentalities' assets but would be willing to consider requests limited to specific assets.  To further these discussions, Ambac has identified a list of assets in the attached document, including properties owned by the Commonwealth or its instrumentalities.  Ambac reserves the right to identify certain additional assets or properties, but would appreciate AAFAF's position on this list.

Additionally, in connection with Assets Category No. 1, Ambac respectfully requests documents sufficient to show, from January 1, 2015 to present, any proceeds or revenue derived from ad valorem taxes on any of the Commonwealth's or its instrumentalities' assets, including (without limitation) tax receipts and/or any other documents relating to the levy of such taxes.  This request is also described in the attached document.

Ambac looks forward to your response and remains willing to meet and confer on the documents Ambac requests in connection with Assets Category No. 1.  Ambac reserves all rights with respect to its other Assets Rule 2004 Requests and its Cash Rule 2004 Requests.

Best,
John

John J. Hughes, III | Milbank | Special Counsel
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5127 | M: +1 917.520.7190
jhughes2@milbank.com | milbank.com

**From:** Alonzo, Julia D. <jalonzo@proskauer.com>
**Sent:** Monday, March 16, 2020 2:25 PM
**To:** Hughes, John <JHughes2@milbank.com>; Bassett, Nicholas <nicholasbassett@paulhastings.com>; Natbony, Bill

1

# AMBAC ASSURANCE CORPORATION'S DOCUMENT REQUESTS RELATED TO CATEGORY NO. 1 OF ITS ASSETS RULE 2004 MOTION

1. Documents sufficient to show, from January 1, 2015 to the present, the alienation or encumbrance of any of the following assets, including (without limitation) deeds of sale, details on liens or limitations on such properties (including how such liens or limitations are registered and to whom), titles, assignment agreements, and/or any other documents effectuating the alienation or encumbrance:

| No. | Name / Description of Property | Address / Location (Geolocation Coordinates) | Ownership[1] |
|---|---|---|---|
| 1 | Vacant land in the Convention District | 609 Fernandez Juncos Ave., San Juan (18.456332, -66.087094) | CCDA |
| 2 | Land adjacent to San Juan's Piers | 302 Fernandez Juncos Ave., San Juan (18.462778, -66.097901) | CCDA |
| 3 | Land in front of San Juan's Piers | Pier 10, Fernandez Juncos Ave, San Juan (18.463194, -66.102082) | CCDA |
| 4 | Puerto Rico Convention Center | 100 Bulevar Saint John, San Juan, 00907, Puerto Rico (18.454112, -66.092104) | CCDA |
| 5 | Coliseo de Puerto Rico José Miguel Agrelot | 500 Avenida Arterial B, San Juan, 00918, Puerto Rico (18.427904, -66.061333) | CCDA |
| 6 | Rivas Domenici Executive Airport | Calle Lindbergh, San Juan, 00901, Puerto Rico (18.456825, -66.098039) | CCDA |
| 7 | Land in Metro Area (hosted Leprosy Center) | SR PR-199 y PR-845 Barrio Cuevas, Trujillo Alto (18.361729, -66.027862) | GDB / DRA |
| 8 | Land adjacent to HTA's Property in Ponce | PR-14 cor w. Centro Medico Ave., Ponce (18.035824, -66.600516) | GDB |

---

[1] All capitalized terms not defined herein shall have the meanings ascribed to them in *Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning Commonwealth Assets* (Dkt. No. 9022) (the "Assets Rule 2004 Motion"). "GDB" refers to the Government Development Bank of Puerto Rico. "DRA" refers to the GDB Debt Recovery Authority. "PBA" refers to the Puerto Rico Public Buildings Authority. "PRLA" refers to the Puerto Rico Land Authority. "PRIFA" refers to the Puerto Rico Infrastructure Financing Authority.

| No. | Name / Description of Property | Address / Location (Geolocation Coordinates) | Ownership[1] |
|---|---|---|---|
| 9 | Plaza CCD (vacant land at Convention Center) | Convention Center District, San Juan (18.455754, -66.089418) | GDB |
| 10 | Various government buildings next to Hospital | PR-14 cor w. Centro Medico Ave., Ponce (18.033784, -66.590977) | HTA |
| 11 | Commercial property leased to U.S. Post Office | Juan Calaf Street, Hato Rey, San Juan (18.427611, -66.069677) | HTA |
| 12 | Hato Rey (vacant land in Banking District) | Munoz-Riv Av cor w/ Roosevelt Av, San Juan (18.422679, -66.058400) | HTA |
| 13 | Urban Train Former Principal Offices (vacant) | 1 Cesar Gonzalez St., Hato Rey, San Juan (18.408436, -66.065445) | HTA |
| 14 | HTA's Regional Offices (Mayaguez) | SR 2 Sabalos Ward, Mayaguez (18.172973, -67.151700) | HTA |
| 15 | University of P.R. (Mayaguez) - Finca Alzamora | Finca Alzamora, SR 3108 Miradero, Mayaguez (18.217795, -67.147427) | HTA |
| 16 | Vacant land close to Pinero Train Station | 726 Baldorioty Street, Hato Rey, San Juan (18.408659, -66.054604) | HTA |
| 17 | Industrial property in Bairoa Industrial Park | Olimpo St. corner w/ Axtmayer, San Juan (18.261560, -66.037173) | HTA |
| 18 | Vacant land close to Martinez Nadal Station | SR 21 Km 3.5, San Juan (18.391926, -66.104887) | HTA |
| 19 | PR 52 vacant building near Caguas tollroad | PR 52 North Bound Roadway - Caguas Toll (18.277442, -66.034488) | HTA |
| 20 | Hato Rey (Banking District Vacant Land) | Alhambra St. cor w/ Sevilla St, San Juan (18.423675, -66.056544) | HTA |
| 21 | Vacant building near Sagrado Corazon Station | 1900 Fernandez Juncos Ave., San Juan (18.437467, -66.060794) | HTA |
| 22 | Vacant land in Aguadilla | Corazones Ave. Caimital Ward, Aguadilla (18.430749, -67.150517) | HTA |
| 23 | HTA's Regional Offices (Manati) | PR 686 cor w/ SR 2, Manati (18.436038, -66.465442) | HTA |
| 24 | Vacant land near the corner of Lomas Verdes & Ramirez Ar. | Ramirez Arellano 8 No. 1 Torrimar, Guaynabo (18.384957, -66.116817) | HTA |
| 25 | Centro Gubernamental Roberto Sanchez Vilella | De Diego Ave, Stop 22 Santurce, San Juan | PBA |

| No. | Name / Description of Property | Address / Location (Geolocation Coordinates) | Ownership[1] |
|---|---|---|---|
| | | (18.448942, -66.067647) | |
| 26 | Treasury Building | 10 Paseo Covadonga, San Juan, 00901 (18.465021, -66.109655) | PBA |
| 27 | Puerto Rico Police Headquarters in San Juan | Roosevelt Avenue (18.417514, -66.077898) | PBA |
| 28 | San Juan Judicial Center - District Court | Munoz Rivera Ave., cor w/ Coll y Toste, Hato Rey (18.412472, -66.056127) | PBA |
| 29 | Justice Department | Olimpo St. corner w/ Axtmayer, San Juan (18.456855, -66.086134) | PBA |
| 30 | Ponce Judicial Center- District Court | 2150 Avenida Santiago de los Caballeros, Ponce (17.991930, -66.604002) | PBA |
| 31 | Puerto Rico State Commission on Elections | 205, Avenida Arterial B, San Juan (18.428662, -66.063071) | PBA |
| 32 | Bayamon Judicial Center – District Court | 2399 PR-2, Bayamón (18.395130, -66.149487) | PBA |
| 33 | Guayama Judicial Center – District Court | Cll Principal Sur, Guayama (17.971043, -66.114853) | PBA |
| 34 | Aguadilla Judicial Center – District Court | 70 Calle Progreso, Aguadilla Pueblo, Aguadilla (18.425344, -67.154551) | PBA |
| 35 | Former Judicial Center in Caguas | Rafael Cordero Ave. cor w/ Villares, Caguas (18.236357, -66.030809) | PBA |
| 36 | Former Judicial Center – District Court | Calle del Carmen Final, Rio Grande (18.377290, -65.838216) | PBA |
| 37 | Edificio Loteria de Puerto Rico | Chardon Ave., Hato Rey, San Juan (18.425784, -66.061793) | PBA |
| 38 | Catano Fuel Storage | State Road 28 at Pueblo Viejo Ward, Guaynabo (18.421562, -66.105442) | PRLA |
| 39 | Hogar del Nino Development in Guaynabo | Frailes Ward in Guaynabo (18.393844, -66.110173) | PRLA |
| 40 | Hotel San Felipe, Old San Juan | Beneficiencia Street in Old San Juan (18.467381, -66.120732) | PRLA |
| 41 | Vieques Land (Sun Bay Project) | Puerto Real Ward in Vieques (18.105930, -65.463744) | PRLA |
| 42 | HTA's Regional Offices (Ponce) | SR 2 Km 222.2 cor w/ SR 591 (17.986806, -66.654374) | PRLA |
| 43 | World Plaza Building | 268 Av. Luis Muñoz Rivera, San Juan, 00918 (18.424481, -66.058730) | PRIFA |

- 3 -

- 4 -

2. Documents sufficient to show, from January 1, 2015 to the present, any assessment of the present, future, or contingent value of any of the assets identified above, interests therein, and the location thereof.

3. Documents sufficient to show, from January 1, 2015 to the present, any proceeds or revenue derived from ad valorem taxes on any of the Commonwealth's or its instrumentalities' assets, including (without limitation) tax receipts and/or any other documents relating to the levy of ad valorem taxes.