UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO SALES TAX FINANCING<br>CORPORATION ("COFINA"), *et al.*,<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS |

**NOTICE OF COMPLIANCE WITH ORDER REGARDING OBJECTIONS OF
PUERTO RICO SALES TAX FINANCING CORPORATION TO PROOFS OF CLAIM
NOS. 25797, 26763, 40842, 45062, 44763, 44885, 48411, 45851, 45706, 43937 and 43908**

To the Honorable United States District Court Judge Laura Taylor Swain:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801)(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. On June 12, 2019, the Puerto Rico Sales Tax Financing Corporation ("COFINA"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), in its capacity as representative for COFINA pursuant to Section 315(b) of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA")[2], filed the following individual objections to proofs of claim (collectively, the "Individual Claim Objections"):

- *Objection of Puerto Rico Sales Tax Financing Corporation to Subordinated Proof of Claim of Excel Gasoline and Food Mart Corp Retirement Plan Represented by UBS Trust Company of PR (Claim No. 25797)* [ECF No. 7392];

- *Objection of Puerto Rico Sales Tax Financing Corporation to Subordinated Proof of Claim of Annette Roman Marrero Retirement Plan Represented by UBS Trust Company of PR (Claim No. 26763)* [ECF No. 7393];

- *Objection of Puerto Rico Sales Tax Financing Corporation to Subordinated Proof of Claim of MSC Anesthesia Retirement Plan Represented by UBS Trust Company of PR (Claim No. 40842)* [ECF No. 7394];

- *Objection of Puerto Rico Sales Tax Financing Corporation to Subordinated Proof of Claim of Southern Anesthesia Associates Retirement Plan Represented by UBS Trust Company of PR (Claim No. 44763)* [ECF No. 7397];

- *Objection of Puerto Rico Sales Tax Financing Corporation to Subordinated Proof of Claim of Maternity Gyn Inc. Retirement Plan Represented by UBS Trust Company of PR (Claim No. 44885)* [ECF No. 7399];

- *Objection of Puerto Rico Sales Tax Financing Corporation to Subordinated Proof of Claim of The Mark Trust Retirement Plan Represented by UBS Trust Company of PR (Claim No. 48411)* [ECF No. 7400];

- *Objection of Puerto Rico Sales Tax Financing Corporation to Subordinated Proof of Claim of Humberto Donato Insurance Co. Retirement Plan Represented by UBS Trust Company of PR (Claim No. 45851)* [ECF No. 7401];

- *Objection of Puerto Rico Sales Tax Financing Corporation to Subordinated Proof of Claim Objection of Puerto Rico Sales Tax Financing Corporation to*

---

[2] PROMESA has been codified at 48 U.S.C. §§ 2101-2241.

2

> *Subordinated Proof of Claim of Instituto Oftálmico de Bayamón Retirement Plan Represented by UBS Trust Company of PR (Claim No. 45706)* [ECF No. 7402];

- *Objection of Puerto Rico Sales Tax Financing Corporation to Subordinated Proof of Claim of EBP Design Group Consulting Engineers, PSC Retirement Plan Represented by UBS Trust Company of PR (Claim No. 43937)* [ECF No. 7404];

- *Objection of Puerto Rico Sales Tax Financing Corporation to Subordinated Proof of Claim of Centro de Cancer La Montaña Retirement Plan Represented by UBS Trust Company of PR (Claim No. 43908)* [ECF No. 7405].

2. The Individual Claim Objections sought to disallow certain subordinated portions of individual proofs of claim because those subordinated portions had been released and discharged pursuant to the *Third Amended Title III Plan of Adjustment of the Puerto Rico Sales Tax Financing Corporation* [ECF No. 4652] (the "Plan") and the *Amended Order and Judgment Confirming the Third Amended Title III Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation* [ECF No. 5055] (the "Amended Confirmation Order").

3. Each of the Individual Claim Objections were heard at the July 24, 2019 omnibus hearing (the "July Hearing"). At the July Hearing, the Court stated that it did not intend to "separately expunge claims that, by terms of the Plan, have already been discharged." [ECF No. 8266, 26:10-11]. Further, the Court requested COFINA "file a withdrawal" of the Individual Claim Objections. [*Id.*, 26:25].

4. On August 2, 2019, COFINA filed the *Notice of Withdrawal of Objections of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim Nos. 25797, 26763, 40842, 45062, 44763, 44885, 48411, 45851, 45706, 43937 and 43908* [ECF No. 8344] (the "August 2 Notice"). The Notice withdrew each of the Individual Claim Objections.

5. On March 18, 2020, the Court entered the *Order regarding Objections to Individual Proofs of Claim* [ECF No. 12441] (the "Order"). The Order required the Oversight

3

Board, in its capacity as representative of COFINA, to file a proposed form of order withdrawing the Individual Claim Objections.

6. COFINA respectfully submits that the Individual Claim Objections have been withdrawn by the August 2 Notice. In light of the August 2 Notice, COFINA respectfully requests that the Court take note of its compliance with the Order.

Dated: March 23, 2020  Respectfully submitted,
San Juan, Puerto Rico

/s/ *Ricardo Burgos Vargas*
Ricardo Burgos Vargas
USDC No. 218210
**A&S LEGAL STUDIO, PSC**
434 Ave. Hostos
San Juan, PR 00918
Tel: (787) 751-6764
Fax: (787) 763-8260

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of COFINA*

/s/ *Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Co-Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of COFINA*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record, and all CM/ECF participants in the case.

*/s/ Ricardo Burgos Vargas*
Ricardo Burgos Vargas