Hearing Date: April 7, 2020 9:30 AM AST

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ("HTA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

**RESPONSE AND RESERVATION OF RIGHTS OF ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., AMBAC ASSURANCE CORPORATION, NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, AND FINANCIAL GUARANTY INSURANCE COMPANY REGARDING DRA PARTIES' RESPONSE TO (I) MONOLINES' MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND (II) OPPOSITION OF FINANCIAL OVERSIGHT AND MANAGEMENT BOARD**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Monolines,[2] by and through their undersigned counsel, hereby submit this joint Response and Reservation of Rights regarding the *DRA Parties' Opening Response to (I) Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Relief from the Automatic Stay, or, in the Alternative, Adequate Protection, and (II) Opposition of Financial Oversight and Management Board for Puerto Rico to Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Relief from the Automatic Stay, or, in the Alternative, Adequate Protection*, ECF No. 12396 (the "DRA Response"), and in further support of the Monolines' lift-stay motion (ECF No. 10102) (the "Motion"), and respectfully state as follows:

## RESPONSE AND RESERVATION OF RIGHTS

1. The Monolines filed their Motion on January 16, 2020, and the FOMB filed its Opposition to the Motion on February 3, 2020 (ECF No. 10613) ("Opposition"). The DRA Parties filed their DRA Response on March 16, 2020.

2. In the DRA Response, the DRA Parties join certain arguments that were raised by the FOMB in its Opposition. *See, e.g.*, DRA Response ¶ 55 (discussing the scope and validity of security and property interests granted to the Monolines). The Monolines respectfully reserve the right to respond to any such arguments (that were raised by the FOMB and are merely joined by the DRA parties) in their forthcoming Reply in further support of the Motion. The Reply

---

[2] The "Monolines" are Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company. Capitalized terms not defined herein shall have the meanings ascribed to them in the lift-stay motion (ECF No. 10102). Unless otherwise indicated, all ECF numbers referenced in this Response and Reservation of Rights refer to the docket in Case No. 17-3283-LTS.

-3-

will fully address the FOMB's arguments that the DRA Parties have joined. As Movants will establish in the response to the FOMB opposition, FOMB's security interest arguments are entirely devoid of merit and are not grounded in the Bond Resolutions or any other applicable law.

3. To the extent the DRA Parties assert any unique rights to revenues arising under Acts 30 and 31 of 2013 (*see, e.g.*, DRA Response ¶ 47), such arguments are outside the scope of the DRA Parties' limited intervention, *see* DRA Participation Order at 4–6 (ECF No. 12005) (defining scope of intervention). The DRA Parties appear to recognize this, clarifying that they do not intend to raise intercreditor issues in connection with the present Motion. *See* DRA Response ¶ 47 n. 6 ("These arguments are not being presented to inject intercreditor disputes in violation of the DRA Participation Order but rather as concrete examples to rebut the FOMB's position as to the availability of the Act 30-31 Revenues to general creditors of HTA."). The Monolines, like the DRA Parties, reserve the right to address any intercreditor and subordination issues at the appropriate time.

-4-

Dated: New York, New York
March 23, 2020

| CASELLAS ALCOVER & BURGOS P.S.C. | CADWALADER, WICKERSHAM & TAFT LLP |
|---|---|
| By: */s/ Heriberto Burgos Pérez* <br> Heriberto Burgos Pérez <br> USDC-PR 204809 <br> Ricardo F. Casellas-Sánchez <br> USDC-PR 203114 <br> Diana Pérez-Seda <br> USDC-PR 232014 <br> P.O. Box 364924 <br> San Juan, PR 00936-4924 <br> Telephone: (787) 756-1400 <br> Facsimile: (787) 756-1401 <br> Email: hburgos@cabprlaw.com <br> rcasellas@cabprlaw.com <br> dperez@cabprlaw.com <br><br> *Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* | By: */s/ Mark C. Ellenberg* <br> Howard R. Hawkins, Jr.* <br> Mark C. Ellenberg* <br> William J. Natbony* <br> Ellen M. Halstead* <br> Thomas J. Curtin* <br> Casey J. Servais* <br> 200 Liberty Street <br> New York, NY 10281 <br> Telephone: (212) 504-6000 <br> Facsimile: (212) 504-6666 <br> Email: howard.hawkins@cwt.com <br> mark.ellenberg@cwt.com <br> bill.natbony@cwt.com <br> ellen.halstead@cwt.com <br> thomas.curtin@cwt.com <br> casey.servais@cwt.com <br><br> * Admitted *pro hac vice* <br><br> *Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* |

-5-

| | |
|---|---|
| ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC | WEIL, GOTSHAL & MANGES LLP |
| By:/s/ *Eric Perez-Ochoa* <br> Eric Pérez-Ochoa <br> USDC-PR No. 206,314 <br> E-mail: epo@amgprlaw.com | By:/s/ *Robert Berezin* <br> Jonathan Polkes* <br> Gregory Silbert* <br> Robert Berezin* <br> Kelly Diblasi* <br> Gabriel A. Morgan* <br> 767 Fifth Avenue <br> New York, New York 10153 <br> Tel.: (212) 310-8000 <br> Fax: (212) 310-8007 <br> Email: jonathan.polkes@weil.com <br> gregory.silbert@weil.com <br> robert.berezin@weil.com <br> kelly.diblasi@weil.com <br> gabriel.morgan@weil.com |
| By:*/s/Luis A. Oliver-Fraticelli* <br> Luis A. Oliver-Fraticelli <br> USDC-PR NO. 209,204 <br> E-mail: loliver@amgprlaw.com <br><br> 208 Ponce de Leon Ave., Suite 1600 <br> San Juan, PR 00936 <br> Tel.: (787) 756-9000 <br> Fax: (787) 756-9010 | |
| *Attorneys for National Public Finance Guarantee Corp.* | * admitted *pro hac vice* <br><br> *Attorneys for National Public Finance Guarantee Corp.* |

-6-

| | |
|---|---|
| FERRAIUOLI LLC | MILBANK LLP |
| By: /s/ *Roberto Cámara-Fuertes* <br> Roberto Cámara-Fuertes <br> USDC-PR NO. 219,002 <br> E-mail: rcamara@ferraiuoli.com <br><br> By: */s/ Sonia Colón* <br> Sonia Colón <br> USDC-PR NO. 213809 <br> E-mail: scolon@ferraiuoli.com <br><br> 221 Ponce de Leon Ave., 5th Floor <br> San Juan, PR 00917 <br> Tel.: (787) 766-7000 <br> Fax: (787) 766-7001 <br><br> *Counsel for Ambac Assurance Corporation* | By: /s/ *Atara Miller* <br> Dennis F. Dunne* <br> Atara Miller* <br> Grant R. Mainland* <br> John J. Hughes III* <br> 55 Hudson Yards <br> New York, New York 10001 <br> Tel.: (212) 530-5000 <br> Fax: (212) 530-5219 <br> Email: ddunne@milbank.com <br> amiller@milbank.com <br> gmainland@milbank.com <br> jhughes2@milbank.com <br><br> *admitted pro hac vice <br><br> *Counsel for Ambac Assurance Corporation* |

-7-

| REXACH & PICÓ, CSP | BUTLER SNOW LLP |
|---|---|
| By:*/s/ María E. Picó* | By:*/s/ Martin A. Sosland* |
| María E. Picó | Martin A. Sosland (*pro hac vice*) |
| USDC-PR 123214 | 5430 LBJ Freeway, Suite 1200 |
| 802 Ave. Fernández Juncos | Dallas, TX 75240 |
| San Juan PR 00907-4315 | Telephone: (469) 680-5502 |
| Telephone: (787) 723-8520 | Facsimile: (469) 680-5501 |
| Facsimile: (787) 724-7844 | E-mail: martin.sosland@butlersnow.com |
| E-mail: mpico@rexachpico.com | |

*Attorney for Financial Guaranty Insurance Company*

*\*Admitted pro hac vice in Case No. 17-BK-03283-LTS and Case No. 17-BK-03567-LTS*

Jason W. Callen
150 3rd Ave., S., Suite 1600
Nashville, TN 37201
Telephone: 615-651-6774
Facsimile: 615-651-6701
Email: jason.callen@butlersnow.com

*\*Admitted pro hac vice in Case No. 17-BK-03283-LTS and Case No. 17-BK-03567-LTS*

*Attorneys for Financial Guaranty Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At New York, New York, March 23, 2020.

By: */s/ Robert Berezin*
    Robert Berezin
    * admitted *pro hac vice*