**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

         Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## <u>CERTIFICATE OF SERVICE</u>

     I, Christian Rivera, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

     On March 18, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via email on the ERS NOP Notice Parties Email Service List attached hereto as <u>**Exhibit A**</u>:

- Urgent Joint Motion for Entry of a Schedule for Resolution of the ERS Bondholder Claims and Administrative Expense Motions [Case No. 17 BK 3282, Docket No. 12429; Case No. 17 BK 3566, Docket No. 836]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- Order Granting Urgent Joint Motion for Entry of a Schedule for Resolution of the ERS Bondholder Claims and Administrative Expense Motions [Case No. 17 BK 3282, Docket No. 12446; Case No. 17 BK 3566, Docket No. 838] (the "***Order Granting Joint Motion***")

On March 18, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Order Granting Joint Motion to be served via first class mail on the ERS NOP Notice Parties Service List attached hereto as **Exhibit B**.

Dated: March 23, 2020

/s/ Christian Rivera
Christian Rivera

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 23, 2020, by Christian Rivera, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

/s/ Kelsey Lynne Gordon
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

SRF 40741

**<u>Exhibit A</u>**

## Exhibit A

ERS NOP Notice Parties Email Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2179838 | A&B General Consultants Corp. | santiagoalex65@gmail.com |
| 2179839 | Academia Puertorriquena de la Lengua Espanola | info@academiapr.org |
| 2180392 | Acevedo, Nilma | nacevedod@yahoo.com |
| 2179843 | Acosta Nazario, Andres & Magaly | magaly.acosta.nazario@gmail.com |
| 2179842 | Acosta Nazario, Magaly | magaly.acosta.nazario@gmail.com |
| 2179844 | Acosta-Nazario, Maribel and Magaly | magaly.acosta.nazario@gmail.com |
| 2179845 | Aguilo-Pico, Magda | pedro.quintero@pr.edu |
| 2179846 | Aguirre, Elva M. | afag@me.com |
| 2179847 | Allen, Chet H. | 49hobbs@gmail.com |
| 2179849 | Almeda, Yanira | yaniraalmeda@gmail.com |
| 2179850 | Alvarez, Linette | alvarezlinette@gmail.com |
| 2179851 | Alvarez-Beamud, Marie I. | mariealvarez687@gmail.com |
| 2180396 | Alvarez-Mendez, Carlos | calvarez@mendezcopr.com |
| 2180397 | Alvarez-Mendez, Sylvia | calvarez@mendezcopr.com |
| 2179852 | Amadeo, Jose E. | jamadeo@prtc.net |
| 2179854 | Amador-Toledo, Marisabel | yiyiamadoe@yahoo.com |
| 2179853 | Amador-Toledo, Rafael | amadortoledo@hotmail.com |
| 2179856 | Anderson, Virgle J. & Cheryl D. | andersonranches@yahoo.com |
| 2179858 | Antoni, Carlos M. | antonic00926@yahoo.com |
| 2179863 | Aponte-Valderas, Becky M. | beckymaponte@gmail.com |
| 2179860 | Aponte-Valderas, Jose L. | apontevalderas@gmail.com |
| 2179861 | Aponte-Valderas, Lisa M. | laponte@rmmelaw.com |
| 2179862 | Aponte-Valderas, Luis A. | albertoaponte@yahoo.com |
| 2179864 | Arana, Kenia | keniaarana15@gmail.com |
| 2179865 | Arias Guardiola Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2179866 | Armando Rodriguez-Santana Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |

## Exhibit A

ERS NOP Notice Parties Email Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2179867 | Arroyo Calderon, Edgardo | edgardo.arroyo.calderon@gmail.com |
| 2179871 | Audrey C. Scott Decd. IRA | mrbscott@yahoo.com |
| 2179872 | Aulet-Castro, Antonio R. | kititopr@hotmail.com |
| 2179874 | Avila Medina, Fe Mercedes | acs2004_47@hotmail.com |
| 2179873 | Avila-Medina, Angel G. | insnurse@gmail.com |
| 2179875 | Ayendez Faccio Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2179876 | Ayyar, Mani | mayyar29@gmail.com |
| 2179877 | Balasquide-Frau, Miriam C. | mbschmidt2@aol.com |
| 2179878 | Ballester, Carmina | maggiesuro@gmail.com |
| 2179879 | Banks, Veronica | grbanks@gmail.com |
| 2179880 | Barahona LLC | bcollaza@lawpr.com |
| 2179883 | Barreras, Eliett | eliettambar@gmail.com |
| 2179884 | Barrios-Lugo, Marta | Loti53@hotmail.com |
| 2179885 | Barron Family Revocable Living Trust | danielrbarron@msn.com |
| 2179887 | Belgodere, Felipe | felipegel@prtc.net |
| 2179888 | Bello, Harry A. | hbello55@gmail.com |
| 2179889 | Beltran-Pascual Family Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2180348 | Benitez, Isabel Vazquez | annabellenoa@gmail.com |
| 2179891 | Bermudez-Ortiz, Jose | bermudezortizjose@gmail.com |
| 2179892 | Berrios-Rivera, Magali | magaberi@gmail.com |
| 2179893 | Blackburn, Janet | justtax@sbcglobal.net |
| 2179895 | BofA Securities (fka Merrill Lynch & Co.) | jason.stone@bofa.com |
| 2179896 | Bonnin, Raul | raul.bonnin@yahoo.com |
| 2179897 | Botet, Rosalina | hiram.vazquez@hub-co.com |
| 2179898 | Bou-Pina, Iris | housuki1941@yahoo.com |
| 2179901 | Brulez, Gary & Pamela | gary@cpamo.com |

## Exhibit A

ERS NOP Notice Parties Email Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2179903 | Buono-Alcaraz, Juan | jbuono2346@yahoo.com |
| 2179904 | Bury, John G. and Natalia | jburyenterprise@yahoo.com |
| 2179905 | Busquets, David | djbusquets@prtc.net |
| 2179908 | Canales, Freddie | freddiecanales@gmail.com |
| 2179909 | Candelario, Jose H. | candelariojodeh@gmail.com |
| 2179910 | Carbia, Consuelo | conniecarbia@gmail.com |
| 2179911 | Carbia, Orlando A. | orlandocarbia@gmail.com |
| 2179913 | Carlo-Landron, Susan Marie | clsm78@yahoo.com |
| 2179914 | Carlos R. Mendez Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2179915 | Carrera, Ivette | ivesusa.carrera@gmail.com |
| 2179916 | Carro-Soto, Jose A. | drcarro2003@yahoo.com |
| 2179917 | Cartagena, Carmen R. | gefrecha@hotmail.com |
| 2179918 | Castellano-Rivera, Bevelyn | bevelyncastellano@hotmail.com |
| 2179920 | Castillo, Lynette | lynette_castillo@yahoo.com |
| 2179921 | Castro, Alida | alida_castro8@yahoo.com |
| 2179923 | Castro-Lang, Rafael | rafacastrolang@gmail.com, rafacastrolanglaw@gmail.com |
| 2179928 | Cintron Cordero, Domingo | ACarpetcleaning47@gmail.com |
| 2179925 | Cintron, Rita | ritamcitron@gmail.com |
| 2179930 | Cirino-Ayala, Pedro A. | Pectorjr7722@yahoo.com |
| 2179931 | Claudio Ballester Rico Estate | vibaponce@yahoo.com |
| 2179933 | Colberg Cabrera Children Trust-Alberto Juan-Colberg, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2179934 | Cole, James M. | jamesoncole@gmail.com |
| 2179935 | Collazo-Collazo, Cristina | amvc1@aol.com |
| 2179944 | Colon Rodriguez, Filiberto | ficorod4@gmail.com |
| 2179939 | Colon, Felix Antonio | felixmd78@gmail.com |
| 2179940 | Colon, Luis A. and de Colon, Maria A. | Bertiecolon@gmail.com |

## Exhibit A

ERS NOP Notice Parties Email Service List

Served via email

| MMLID | NAME | EMAIL |
|-------|------|-------|
| 2179938 | Colon, Nelson S. | pachan29@hotmail.com |
| 2179936 | Colon, Teresita | prwec1@gmail.com |
| 2179941 | Colon, Walter E. & Teresita | prwec1@gmail.com |
| 2179945 | Comas del Toro, Jesus and Comas, Herminia | ledorot077@gmail.com |
| 2179947 | Congregacion Hnas. Carmelitas de la Caridad | adamyriamv@gmail.com |
| 2179948 | Cooperativa de Ahorro y Credito de Santa Isabel | vmorales@cacsi.com |
| 2179950 | Coss, Lillian | lillianc@live.com |
| 2179953 | Cristy, Alfredo J. | ajcristy73@yahoo.com |
| 2179955 | Cruz, Luis A. | apolocande@yahoo.com |
| 2179954 | Cruz, Lydia | cruzl4477@gmail.com |
| 2179958 | Daniel Barreto Torres Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2179959 | Davis, Veronica C. | dollyd701@hotmail.com |
| 2179960 | Davis, Wayne | picker629@msn.com |
| 2179961 | de Bello, Carmen Q. | hbello55@gmail.com |
| 2179977 | de Fortuno, Annette Diaz | anettefortuno@yahoo.com |
| 2179963 | De Jesus, Sara E. | sallyedejesus@gmail.com |
| 2180263 | de L. Rodriguez-Gonzalez, Maria | liamlourdesrodriguez2@gmail.com |
| 2179966 | de Lourdes Carvajal, Agnes | roch40@earthlink.net |
| 2180178 | de Munoz, Aida A & Munoz, Edgardo | emunozPSC@gmail.com |
| 2179967 | Dean Lavere Cooley Family Revocable Living Trust | dean@deancooley.com |
| 2179968 | Dean Lavere Cooley Rollover IRA | dean@deancooley.com |
| 2179969 | Dearmond, John E. | enigma0722@aol.com |
| 2179970 | Del C. Osuna, Milagros | yayiosuna@gmail.com |
| 2179971 | Del Carmen Alomar Esteve, Maria | alomar.carmen@gmail.com |
| 2179972 | del Carmen Alvarez, Maria | marunces@gmail.com |
| 2179975 | Delgado-Toledo, Julio | juliodelgado@gmail.com |

Exhibit A

ERS NOP Notice Parties Email Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2179978 | Diaz Cuevas, Carlos M. | carlosmdiazcuevas@gmail.com |
| 2180149 | Diaz, Eloy Mena | eloymenadiaz@gmail.com |
| 2179976 | Diaz, Ruben | rubencardio@gmail.com |
| 2179979 | Diaz-Nieves, Andres | diaznieves.diazfranco@gmail.com |
| 2179980 | Diaz-Sola, Cecilio and Torres, Elaine | cdiazsola@gmail.com |
| 2179981 | Diez, Fernando A. | fdo10@aol.com |
| 2179982 | Domenech Morera, Edgar | edgardomenech@gmail.com |
| 2180268 | Domingo Rodriguez Rivera and Hilda Colon Plumey | domingo5348@yahoo.com |
| 2180267 | Domingo Rodriguez Rivera and Hilda Colon Plumey | domingo5348@yahoo.com |
| 2180425 | Dorbatt Quiñones, Rosa V. | rvdorbatt@gmail.com |
| 2179952 | Dra. Coty Benmaman Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2179983 | Dragoni, Marcos & Aguayo de Dragoni, Maria | abbyaguayo@yahoo.com |
| 2179984 | Duboy, Silvia M. | Silviaduboy@gmail.com |
| 2179985 | Dunlavy, Joseph M | jdunlavy@kansasbusinessfinancing.com |
| 2179986 | Durling, John C. and Jerry L. | johnandchick@yahoo.com |
| 2180390 | Echeandia, Maria J. | luis_fernando_silva@hotmail.com |
| 2179989 | Ellis, E. Clive | clive_ellis@hotmail.com |
| 2179990 | Empire Gas Company, Inc. | kelly@empigaspr.com |
| 2179991 | Empresas Treviño Ramirez Inc. | jesustrevicoperez@gmail.com |
| 2179992 | ENME Real Estate Corp. | rodriguezcardonia13@yahoo.com |
| 2179993 | Enudio Negron-Angulo Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2179995 | Estate of Andres Lopez | doquinon@msn.com |
| 2179996 | Estate of Carlos A Quilichini Roig | quilichinipa2C@microjuris.com |
| 2179997 | Estate of Isaias E. Martir Soto | diazmartir1@gmail.com |
| 2179998 | Fagundo Alvarez, Alice Miriam | edgardomenech@gmail.com |
| 2180412 | Falcon-Rivera, Miguel A. | miguelfalconrivera@yahoo.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Exhibit A

ERS NOP Notice Parties Email Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2180000 | Febles Negron, Elines | feblescontes@gmail.com |
| 2180001 | Federico A. Souffront Santiago Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2180002 | Feliciano-Perez, Eladio & Gonzalez-Torres, Carmen | carmingonzalez70@gmail.com |
| 2180004 | Fernandez, Carmen Luisa | lina005pr@gmail.com |
| 2180003 | Fernandez, Rafael A. | becauxrosario@hotmail.com |
| 2180006 | Fernandez-Munoz, Socorro | happywonderwoman@yahoo.com |
| 2180008 | Fernando Irizarry and Maria Rodriguez | maria@fiaarchitects.com |
| 2180009 | FERPO Consulting Group Inc | ginnette.fernandez@gmail.com |
| 2180010 | Ferrer-Davila, Luis M. | lyfeda2009@gmail.com |
| 2180011 | Fideicomiso B & B | JoseCBacoR@aol.com |
| 2180012 | Fideicomiso Flores-Morales, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2180407 | Figueria Muniz, Iris M. | irismfigueroa@gmail.com |
| 2180015 | Figueroa-Soldevila, Maria Aracelis | mfigsol@gmail.com |
| 2180016 | Flores, Carlos M. | carlosflores385@hotmail.com |
| 2180017 | Font, Luis E. | fontpr@yahoo.com |
| 2180018 | Fourquet-Torres, Juan L. | juanfourquet@gmail.com |
| 2180327 | Francisco Toro-De Osuna and Viviana Velez-Perez | img.franciscotoro@gmail.com |
| 2180019 | Frank, Mary J. | mary.j.frank.civ@mail.mi |
| 2180020 | Freieria Umpierre, Enrique | hfreiria@prtc.net |
| 2180021 | Frontera, Osvaldo Antommattel | antorhellm@coqui.net |
| 2180022 | Fuentes, Enrique | hfa5364@gmail.com |
| 2180382 | Fumero-Vidal, Ricardo A. and Aguilo-Pico, Enid M. | r.fumero@hotmail.com |
| 2180023 | G. Vidal-Santoni Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2180024 | Gabriel Miranda Target Retirement Plan | gjmirandar@gmail.com |
| 2180025 | Galbraith, Jason R. | galbraithjason@yahoo.com |

# Exhibit A

ERS NOP Notice Parties Email Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2180026 | Galindez, Julio A. | julio@fprgalindez.com |
| 2180029 | Garcia Barros, Eva Pilar | epgarcia@prtc.net |
| 2180028 | Garcia Gubern Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2180030 | Garcia Hernandez, Ada I. | adaytito@hotmail.com |
| 2180033 | Garcia Toledo, Alma | almagarciatoledo@yahoo.com |
| 2180031 | Garcia-Navarreto, Maribel | maribel.hernandezgarcia@gmail.com |
| 2180032 | Garcia-Ramirez, Jaime A. | garciaramirez.jaime@gmail.com |
| 2180034 | Garcia-Toledo, Maria T | juliodelgado@gmail.com |
| 2180035 | Gardner, Allison Jean | kgmama3@yahoo.com |
| 2180036 | Garrido-Rincon, Marcos | garridomarco@gmail.com |
| 2180385 | Garrote, Nora E. | negarrote@venuble.com |
| 2180037 | Gay, Susan | susiegay@yahoo.com |
| 2180399 | GIB Development LLC | sshub@45equity.com |
| 2180038 | Ginorio Gomez, Victor M | ticoginorio@gmail.com |
| 2180041 | Gomez Vallecillo, Hiram | hiramgomez@me.com |
| 2180046 | Gonzalez Ojeda, Domingo A. | domgon787@aol.com |
| 2180050 | Gonzalez Reyes, Carlos J. | ccjjggrr1@hotmail.com |
| 2180051 | Gonzalez Roig, Emilio | millog@hotmail.com |
| 2180053 | Gonzalez Torres, Carmen | carmingonzalez70@gmail.com |
| 2179906 | Gonzalez, Ismael | isgon15@hotmail.com |
| 2180043 | Gonzalez, Lohr H. | sarahspoleti@sbcglobal.net |
| 2180042 | Gonzalez, Luis | b.diazj@hotmail.com |
| 2180045 | Gonzalez, Magda | aixza_gonzalez@yahoo.com |
| 2180044 | Gonzalez, Sandra | jamadeo@prtc.net |
| 2180047 | Gonzalez-Passalacqua, Jose Ramon | jrgp1@hotmail.com |
| 2180049 | Gonzalez-Quintana, Hector L. | hgg1164@hotmail.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

## Exhibit A

ERS NOP Notice Parties Email Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2180052 | Gonzalez-Toro, Marylin | marylintk@gmail.com |
| 2180055 | Graham, Diana E. & Johnson | dgraham217@aol.com |
| 2180056 | Guardiola, Armando | sbaezdixon@gmail.com |
| 2180057 | Gubern-Garcia Living Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2180059 | Gutierrez Nunez, Carmen M. | gncarmenm@hotmail.com |
| 2180060 | Hale, Carol Z. | czhlks@gmail.com |
| 2180061 | Hanke, Gilberto | 787fishing@gmail.com |
| 2180062 | Hans Mercado-Gonzalez Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2180063 | Hartke, Gary W. | midwestgar49@yahoo.com |
| 2180064 | Hawke, Gilberto | 787fishing@gmail.com |
| 2180065 | Haworth, Steven T. | Shaworth2002@gmail.com |
| 2180066 | Hensley, Michael B and Christy M. | hensley@sktc.net |
| 2180067 | Hernandez, Griselle | supergyzmo@yahoo.com |
| 2180068 | Hernandez-Aldarondo, Tomas | hernandeztomas@hotmail.com |
| 2180395 | Hernandez-Rodriguez, Freddie | freddie.hernandez55@yahoo.com |
| 2180070 | Highfields Capital I LP | lfr@mcvpr.com |
| 2180071 | Highfields Capital II LP | lfr@mcvpr.com |
| 2180072 | Highfields Capital III LP | lfr@mcvpr.com |
| 2180075 | Hospicio Emmanuel Deferred COMPFBO Moises Rivera, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2180077 | Ileana Enid Cuerda-Reyes Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2180096 | Inclan, Julian S. & Pietrantoni de Inccan, Vionette | jinccan@americanpapercorp.com |
| 2180401 | Ines Suarez, Maria | mispg51@gmail.com |
| 2179999 | Inigo Fas, Fideicomiso | cheinigosz@gmail.com |

Exhibit A

ERS NOP Notice Parties Email Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2180079 | Invesco Advisers, Inc., on behalf of certain funds managed or advised by it | twillis@ofiglobal.com |
| 2180082 | Isabel C. Petrovich Estate | paonessal@yahoo.com |
| 2180083 | Isaias F. Martir Soto Estate | diazmartir1@gmail.com |
| 2180085 | Ivaem College, Inc. | finanzas@ivaempr.com |
| 2180005 | Jaime Fernandez (guardian for Roger Breto Fernandez) | jaimejuventudvibra@gmail.com |
| 2180102 | Jansen, Janis L. | jljkse@csy.net |
| 2180088 | Jimenez, Teresita | tereyguigapr@gmail.com |
| 2180089 | Jimenez-Gandara, Maria Elena | maricartor@gmail.com |
| 2180090 | Joglor LLC | joefigueroa@yahoo.com |
| 2180427 | John Hancock Investments | ecaron@jhancock.com |
| 2180091 | John Levin-IRA | jlevin6@zoho.com |
| 2180092 | John Levin-Roth-IRA | jlevin6@zoho.com |
| 2180094 | Juan Ramon Gomez Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2180095 | Jubert-Rivera, Nery Jubert | nyjrivera@gmail.com |
| 2180099 | Kochen, Brandon | bkochen@45equity.com |
| 2180100 | Laborde, Ivonne | ivonnelaborde@hotmail.com |
| 2180101 | Landron, Matilde | tontimati@yahoo.com |
| 2180103 | Laracuente, Gregoria | kelvinquinones@gmail.com |
| 2180104 | Lawful Constitutional Debt Coalition | susheelkirpalani@quinnemanuel.com |
| 2180105 | League, Alvin L. & Evelyn R. | evelynleague@gmail.com |
| 2180107 | Lennox, Jeffrey and Linda | lennox.linda@gmail.com |
| 2180106 | Lennox, Linda | lennox.linda@gmail.com |
| 2180110 | Libby, James | jgolf216@gmail.com |
| 2180111 | Librada-Sanz, Jesus | libradajesus@yahoo.es |
| 2180112 | Litespeed Master Fund Ltd. | jamie@litespeedpartners.com |
| 2180113 | Lizardi-Rivera, Rafael I. | pverdehcao@aol.com |

Exhibit A

ERS NOP Notice Parties Email Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2180114 | Llop, Ibrahim | ibra_110P@hotmail.com |
| 2180420 | Lopez Ortiz, Ruth M. | ruth.lopez1@hotmail.com |
| 2180115 | Lopez-Agudo, Fideicomiso | blanca_aguado@yahoo.com |
| 2180116 | Loubriel Umpierre, Enrique | eloubriel@yahoo.com |
| 2180117 | Lugo Rivera, Fideicomiso | yanitza_vargas@hotmail.com |
| 2180118 | Luis A. Seguinot Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2180119 | Lunt, Peter H. | plunt@nvcommercial.com |
| 2180120 | Mansfield, Karen | bluegecko2121@yahoo.com |
| 2180121 | Marchena, Orlando | orlyj27@yahoo.com |
| 2180122 | Marczynski, Christine J. | occhrissea@msn.com |
| 2180123 | Maria R. Rodriguez Estate | rrp@bobonislaw.com |
| 2180125 | Mark G. Scolnick 2007 Trust as Amended | markscolnick@gmail.com |
| 2180126 | Mark Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2180128 | Marlin, Dennis J. | djm0212@yahoo.com |
| 2180127 | Marlin, Lisa | lisamarlin@icloud.com |
| 2180130 | Marquez-Rivera, Jose R. | manaveiras@hotmail.com |
| 2180135 | Martinez Oliver, Fabian | lumenmendez@hotmail.com |
| 2180133 | Martinez Velez, Iraida A. | indymarvel@gmail.com |
| 2180137 | Matos-Alvarado, Mercedes | mecanara@tim.it |
| 2180138 | Matras, Michael | importmike@aol.com |
| 2180139 | Mattei-Calvo, Hector L. | yauco13@yahoo.com |
| 2180140 | McDavitt, Thomas D. | tmacdee@cox.net |
| 2180380 | McNamara, James | nmchail@earthlink.net |
| 2180142 | Me Salve Isabela | nmenda@admincomp.com |
| 2180143 | Me Salve Rio Piedras | nmenda@admincomp.com |
| 2180419 | Melendez Rodriguez, Elba E. | eemro101@gmail.com |

## Exhibit A

ERS NOP Notice Parties Email Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2180144 | Melendez, Ismael | im712@yahoo.com |
| 2180147 | Melero Munoz, Carmen E. | carmensmelero@gmail.com |
| 2180150 | Menda, Nelson | nmenda@admincomp.com |
| 2180151 | Mendez, Raul | timbvxrs@gmail.com |
| 2180383 | Mendez-Campoamor, Patricia | pmcampoamor@yahoo.com |
| 2180152 | Mendez-Figueroa, Nelly A. | nelly.mendez.figueroa@gmail.com |
| 2180153 | Mendez-Perez, Ramon and Mendez, Carmen L. | totomendez@hotmail.com |
| 2180154 | Mercer, Helen M. | hmmdome@SBCglobal.net |
| 2180156 | Michica International Co. Shareholders Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2180157 | Michica International Coemployees Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2180158 | Miguel J. Morales-Vales Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2180160 | Miranda, Gabriel | gjmirandar@gmail.com |
| 2180161 | Miriam Loyola-Feliciano Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2180162 | Monarch Alternative Capital LP | colin.daniels@monarchlp.com |
| 2180163 | Montanez, Luis G. | montanezlg@gmail.com |
| 2180165 | Morales Castro Trust | felixamorales1@gmail.com |
| 2180166 | Morales Morales, Luz Maria | luzsunrise99@gmail.com |
| 2180167 | Morales Silva, Virginia | moralessilva81@gmail.com |
| 2180168 | Morales Tores, Daira J. | ianaira@yahoo.com |
| 2180164 | Morales, Salvador | mfscolinas@yahoo.com |
| 2180172 | Morell, Magda | magda.morell@hotmail.com |
| 2180173 | Morla Rios, Everling | everling@jazzhamilton.com |
| 2180176 | Mottola, Joseph | cinim56@gmail.com |
| 2180391 | Muniz, Roman G. | nacevedod@yahoo.com |

## Exhibit A

ERS NOP Notice Parties Email Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2180182 | Nazario-Pagan, Maria A. | magaly.acosta.nazario@gmail.com |
| 2180181 | Nazario-Torres, Aracella | cellapillar@yahoo.com |
| 2180183 | Negron Angulo, Enudio | rudin425@gmail.com |
| 2180184 | Nevarez, Elba Iris | amaury47@att.net |
| 2180186 | New Concepts Machining, Inc. | newconcepts@frontiernet.net |
| 2180379 | Nido, Carlos J. | carlosnido@gmail.com |
| 2180189 | Nieves Lopez, Gilberto | gilberttonieves@yahoo.com |
| 2180187 | Nieves, Antonia and Jose Maldonado, Sucesion | michelle.yulfo@gmail.com |
| 2180190 | Nigaglioni, Guillermo A. | gnigag@prtc.net |
| 2180191 | Nilda E. Ortiz-Melendez Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2180332 | Nilda Torres-Nieves and Jose Reyes-Cruz | tonito2009@live.com |
| 2180192 | Oceguera, Mirta | ocegueramirta@yahoo.com |
| 2180388 | Ojeda, Carlos J. | carlodsojedapr@yahoo.com |
| 2180242 | Olivieri, Liana Rivera | mevicens@yahoo.com |
| 2180193 | Orr, Jack L & Barbara J | barbieo22@hotmail.com |
| 2180422 | Ortiz Rivera, Ada Ivette | adaivette25@gmail.com |
| 2180194 | Ortiz-Quinones, Jose A. | brunygiuliani@hotmail.com |
| 2180196 | Ortolani, Sherri L | sherrilortolani@gmail.com |
| 2180423 | Padua Flores, Samuel | samuelpadua@hotmail.com |
| 2180358 | Paul Villanueva-Cruz and Lidia Lopez-Gaston | paulnewvillage@gmail.com |
| 2180424 | Pedro, Rodriguez Hernandez | rtshirt1@gmail.com |
| 2180201 | Perez, Agustin | atinperez@gmail.com |
| 2180413 | Perez, Ivette | icypr2@hotmail.com |
| 2180386 | Perez-Alavrez, Ramon F. | rpbroky@gmail.com |
| 2180203 | Perez-Garcia, Julio A. and Garcia-Toledo, Teresa | teresagt72@prtc.net |
| 2180204 | Perez-Pasarell, Hector X. | hectorxavier2000@yahoo.com |

Exhibit A

ERS NOP Notice Parties Email Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2180202 | Perez-Posas, Jose M. | mosqurperezl@gmail.com |
| 2180205 | Perlman, Alan Jay | perlfoto@gmail.com |
| 2180206 | Peterson, Darol G. | DP4401@frontier.com |
| 2180207 | Picó Gonzalez, Alberto J. | sallyedejesus@gmail.com |
| 2180208 | Pijem-Garcia, Julio S. | salva432001@yahoo.com |
| 2180210 | Pizarro Ramirez, Alma | smari_roca@yahoo.com |
| 2180211 | Plan de Pension Ministerial Inc. | plandepensiones@gmail.com |
| 2180212 | Playa Azul, CRL | mramos@bufetemrsz.com |
| 2180213 | Polifka, James R. | polifkaj@pctc.net |
| 2180214 | Pollard, Paul David | pdavidpollard@hotmail.com |
| 2180215 | Ponce De Leon, Carlos A. | cponcedeleon@ieg-pr.com |
| 2180216 | Quebrada Bonita Crl | mramos@bufetemrsz.com |
| 2180219 | Rahm, Susan D. and Jeffrey D. | jrahm@stifel.com |
| 2180418 | Ramirez Torres, Ernesto L. | elrtorres@hotmail.com |
| 2180220 | Ramirez, Lavinia | marymqr@hotmail.com |
| 2180222 | Ramirez-Delgado Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2180223 | Ramirez-Fas, Jose | joseramirez@gmail.com |
| 2179994 | Ramirez-Torres, Ernesto L. and Lopez-de Victoria, Adela A. | elrtorres@hotmail.com |
| 2180224 | Ramirez-Zayas, Maria V. | vinasita48@hotmail.com |
| 2180227 | Ramos Lopez, Elisa | gloriosaflor41@gmail.com |
| 2180402 | Ramos-Martin, Gerard | gramosmartin@gmail.com |
| 2180403 | Ramos-Martin, Gerard and Ines Suarez, Maria | gramosmartin@gmail.com, mispg51@gmail.com |
| 2180228 | Ratliff, Blaine | blaine.ratliff@LPL.com |
| 2180230 | Raul-Padilla, Luis | padimart@yahoo.com |
| 2180231 | Render, Richard E. | rickrender@icloud.com |
| 2180234 | Riedl, Yvonne D. | julietteriedl@gmail.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Exhibit A

ERS NOP Notice Parties Email Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2180235 | Riestra, Juan | riestra@proen.com |
| 2180240 | Rivera De Jesus, Jose J. | riverajos@prtc.net |
| 2180244 | Rivera Mendoza, Alfredo | fro@coqui.net |
| 2180241 | Rivera Mercado, Brunilda | brunildarivera014@gmail.com |
| 2180195 | Rivera Ortiz, Edwin | ledoedwinortizrivera@hotmail.com |
| 2180421 | Rivera Rivera, Lyda Marta | lydamarta@yahoo.com |
| 2180237 | Rivera, Victor | vmrrivera8@gmail.com |
| 2180239 | Rivera, Victor M. and Castro, Alida | vmrivera8@gmail.com |
| 2180416 | Rivera-Cruz, Jaime | jretessi@gmail.com |
| 2180415 | Rivera-Garcia, Liajay | dalygrpr@gmail.com |
| 2180250 | Robles, Jaime | jrobles200@gmail.com |
| 2180249 | Robles, Mercedes | mroblesmata@gmail.com |
| 2180248 | Robles, Ruperto J. | anayruperto@gmail.com |
| 2180252 | Roche U.S. Retirement Plans Master Trust | chen.grace_sanchi@gene.com |
| 2180260 | Rodriguez Batis, Edwin | erbatis@yahoo.com |
| 2180257 | Rodriguez de Colon, Hada Livia | ficorod4@gmail.com |
| 2180261 | Rodriguez Diaz, Adelina | lindaarjes@hotmail.com |
| 2180258 | Rodriguez Pagan deceased and his widow Reina Colon Rodriguez | reinac24@coqui.net |
| 2180265 | Rodriguez Pagan, Federico and Irizarry Morales, Rosa A | trj.fr67@gmail.com |
| 2180270 | Rodriguez Schulze, Carmen | jeanne.rodz@gmail.com |
| 2180253 | Rodriguez, Frances M. | mirita12@aol.com |
| 2180255 | Rodriguez, Hilda M. | hmrodriguez1961@yahoo.com |
| 2180254 | Rodriguez, Iris M. | irismrsl@gmail.com |
| 2179942 | Rodriguez, Reina Colon | reinac24@coqui.net |
| 2180262 | Rodriguez-Gonzalez, Angel A. | angelarturo52@gmail.com |
| 2180264 | Rodriguez-Marty, Nestor A. | nesvid@gmail.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

## Exhibit A

ERS NOP Notice Parties Email Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2180357 | Rodriguez-Preza, Victor M. and Alas, Mecerdes D. | alasaguirrem@gmail.com |
| 2180259 | Rodriguez-Rosado, Ramon B. | rodrinesm@yahoo.com |
| 2180269 | Rodriguez-Santana, Armando | armandoro654@gmail.com |
| 2180272 | Roman-Villanueva, Miguel A. | lcdomromancpa@gmail.com |
| 2180274 | Rosendo, Vidal E. | Alfonsodistributors@gmail.com |
| 2180275 | Rotger-Lopez, Nitza | nitza1951@gmail.com |
| 2180276 | Ruiz-Mattei, Jose E. | jeruiz2057@gmail.com |
| 2180251 | Ruperto J. Robles and Ana Belen Frias | anayruperto@gmail.com |
| 2180277 | Rydzewski, Arline | ajrydz@gmail.com |
| 2180278 | Saft, Laura | lsaft@bds.org |
| 2180279 | Sagliocca, Gennaro | kidneydocs@aol.com |
| 2180282 | Sala-Colon, Jorge P. | jpsala_pr@yahoo.com |
| 2180283 | Saliva, Julio | stutty798@aol.com |
| 2180285 | Sanchez Espinal, Ivan Sanchez | ivan.santose@gmail.com |
| 2180286 | Santander Asset Management, LLC, on behalf of certain funds of the First PR Family of Funds managed by them | fserra@sampr.com |
| 2180287 | Santiago Acevedo, Cesar | cesarsanty@gmail.com |
| 2180288 | Santiago Alverio, Candido | chayoma1@hotmail.com |
| 2180290 | Santoni, Walter | loveand@myself.com |
| 2180291 | Santos Colon, Mirta I. | fasotomeyor@gmail.com |
| 2180293 | Savage, William M. | savagemanor@gmail.com |
| 2180294 | Scherzer, Jeffrey I. | jeff@reginaprinting.com |
| 2180295 | Scherzer, Michael E. | Scherz4nj@optonline.net |
| 2180296 | Scherzer, Pearl Nora | Scherz4nj@optonline.net |
| 2180298 | Schmidt Jr., Donald E. | doneschmidt@sbcglobal.net |
| 2180297 | Schmidt, Roland and Lillian | llschmidt@centurytel.net |
| 2180299 | Scott, James J. | jjeffersonscott@gmail.com |

# Exhibit A

ERS NOP Notice Parties Email Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2180301 | Segarra, Carmen M. | carmensega@gmail.com |
| 2180302 | Segarra, Jr., David | dsegarra3@gmail.com |
| 2180304 | Serralles, Michael J. | jboatscaribbea@yahoo.com |
| 2180305 | Sherman, Roger A. | sylangrog@yahoo.com |
| 2180400 | Shub, Ileana and Menda, Brenda | sshub@45equity.com |
| 2180307 | Sifontes, Tomas C. | tomassifontes@gmail.com |
| 2180308 | Signet Investment Corp. | wrod2mnd@hotmail.com |
| 2180309 | Silva-Molinari, Angel | a7silva7@gmail.com |
| 2180311 | Skerda, Peter | Pmark1@verizon.net |
| 2180312 | Snyder-Zalduondo, Maria C. | mariasynder1@gmail.com |
| 2180313 | Sobsey, Iris | i_sonsey@hotmail.com |
| 2180314 | Sosa, Diana M. | dianamsosa56@gmail.com |
| 2180315 | Sotomayor Chaves, Francisco A. | fasotomeyor@gmail.com |
| 2180317 | Stillwell, Gary D. | gds5703@aol.com |
| 2180318 | Stocking, Donley J. | dstocking1@gmail.com |
| 2180319 | Suarez-Lopez, Arturo / M. Perez, Ilia | arturosuarez112@gmail.com |
| 2180321 | T&A Properties | anthony@telenetworks.net |
| 2180323 | Telenetworks Inc. | Anthonyc@telenetworks.net |
| 2180097 | Thompson Rev. Tr, Kathryn R. | rthompson@tbswelds.com |
| 2180324 | Tirso T. Pena-Cardenas Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2180325 | Tomas Cuerda-Brugman, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2180326 | Tomas Lozano-Perez and Lorraine Gray | lorraine.ma.gray@gmail.com |
| 2180328 | Toro-Suarez, Maria V. | smariavtoro@gmail.com |
| 2180333 | Torres Soto, Alberto J. | eng_atorres@hotmail.com |
| 2180335 | Torres, Gerardo Torres | gtt_14@hotmail.com |
| 2180331 | Torres-Irizarry, Aracella | cellapillar@yahoo.com |

Exhibit A

ERS NOP Notice Parties Email Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2180303 | Torres-Sepulveda, Agustin & Perez-Torres, Matilde S. | gustorres50@verizon.net |
| 2180336 | Torres-Zayas, Luis A. | tozala@gmail.com |
| 2180338 | Treadway, John L | jokerjohn01@hotmail.com |
| 2180340 | UBS Financial Services Incorporated of Puerto Rico | kenneth.crowley@UBS.com |
| 2179890 | UBS TRST Dr. Coty Benmaman Retirement | birdie3754@gmail.com |
| 2180341 | UBS Trust Company of Puerto Rico | kenneth.crowley@UBS.com |
| 2180342 | Urbanski, Kathleen V. | bffv1R5@yahoo.com |
| 2180343 | Valdes-Menendez, Leoncio | Pilovaldes@gmail.com |
| 2180344 | Valdivieso, Ada R. | renatose@outlook.com |
| 2180426 | Vazquez Vega, Victor M. | 13juniorvazquez@gmail.com |
| 2180349 | Vazquez-Rosado, Salvador | svrjpk@gmail.com |
| 2180350 | Vazquez-Rosario, Vazquez | vince4363@gmail.com |
| 2180387 | Velez-Martinez, Mabel | mabel.velezmartinez@gmail.com |
| 2180356 | Vicens Rivera, Maria E. | mevicens@yahoo.com |
| 2180225 | Vidal Nadal, Ramon (estate) and Cruz-Vidal, Aida | epifaniovidalcruz@yahoo.com |
| 2180359 | Walder, Karl | kwcuboy@yahoo.com |
| 2180398 | Walker, Betty S | lthompson@infinekgroup.com |
| 2180361 | Weber, William E. | weber59@aol.com |
| 2180362 | Welsch, Paulette S. and Robert J. | bobwelsch@yahoo.com |
| 2180365 | Wheeler Trust | wheels135@comcast.net |
| 2180363 | Wheeler, Larry L. | wheels135@comcast.net |
| 2180364 | Wheeler, Vicki L. | wheels135@comcast.net |
| 2180366 | Whittlesey, Carol | lennox.linda@gmail.com |
| 2180367 | Wilson, Felicia Ann | tomsaez@gmail.com |
| 2180368 | Winer, Leon | prleon@msn.com |
| 2180370 | World Rep LLC | nmenda@admincomp.com |
| 2180394 | Wray, Michele | wadewray@verizon.net |

## Exhibit A

ERS NOP Notice Parties Email Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2180371 | Ybanez, Noel | neybus@yahoo.com |
| 2180372 | Yordan Molini, Jaime | yordanfrau@prw.net |
| 2180374 | Zayas-Alvarez, Edwin and Cruz-Bonilla, Ida M. | edwinzayas@bellsouth.net |
| 2180376 | Zayas-Cintron, Luz Angelica | luchyzayas@hotmail.com |

**Exhibit B**

Exhibit B

ERS NOP Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|-------|------|-----------|-----------|-----------|------|-------|-------------|
| 2179840 | Acevedo, Betzaida | HC-06 Box 13313 | | | San Sebastian | PR | 00685 |
| 2179841 | Acevedo, German | Calle 35 GoGo 33 | | | Ponce | PR | 00728 |
| 2179848 | Almacen F J Figueroa, Inc. | Felix J. Figueroa | PO Box 800459 | | Coto Laurel | PR | 00780-0459 |
| 2180198 | Alquileres Perpas, SE | Janette Pasarell | Urb. Valle Real | 1714 Calle Marquesa | Ponce | PR | 00716-0513 |
| 2179855 | Amos, Betty | 951 Main Street | | | Surgoinsville | TN | 37873 |
| 2180132 | Angel de Martinez, Ama M. and Martinez, Manvel | 15512 Fentress Court | | | Tampa | FL | 33647-1025 |
| 2179857 | Anglero-Rivera, Luis | Urb. El Romaso | D23 Conce | | San Juan | PR | 00925 |
| 2179859 | Aponte Rosa, Dr Rafael | P.O. Box 1923 | | | Caguas | PR | 00726 |
| 2179868 | Arzola Matos, Diana Milagros | Condominio Pavilion Court | 161 Cesar Gonzalez #172 | | San Juan | PR | 00918 |
| 2179869 | Astacio, Luis | PO Box 1195 | | | Naguabo | PR | 00718-1195 |
| 2179870 | Atienza-Nicolau, Olga | Urb. La Rambla | 1814 Calle Covadonga | | Ponce | PR | 00730-4077 |
| 2179881 | Barnes-Velez, Juan A. | 3380 Dona Juana St | Vistapoint | | Ponce | PR | 00716-4826 |
| 2179882 | Barnes-Velez, Juan A. and Zamora-Ceide, Teresa | 3380 Dona Juana St | Vistapoint | | Ponce | PR | 00716-4826 |
| 2179949 | Bianca Cortes-Bartolomei FBO Carolina Goyco-Cortes | Villa Guillasca 2116 Boulevard | Luis A. Forri | | Ponce | PR | 00717-0722 |
| 2179894 | Blanco-Ramos, Carlos | PO Box 30532 | | | Manati | PR | 00674 |
| 2179899 | Bratcher, Sue A. | 5207 Memory Lane | | | Wichita | KS | 67212 |
| 2179900 | Brewer, Jerline B | 1021 Hanover Court | | | Kingsport | TN | 37660 |
| 2179902 | Buono Albarran, Ivelisse | PO Box 7293 | | | Ponce | PR | 00732-7293 |
| 2179907 | Camara-Oppenheimer, Jorge A. | PO Box 6219 | | | Ponce | PR | 00733 |
| 2179912 | Cardona, Ricardo and Castellar de Cardona, Isabel | Urb. Valle Real | Calle Duquesa #2017 | | Ponce | PR | 00716 |
| 2179919 | Castellar, Isabel M. | Duquesa #2017-Urb Calle Real | | | Ponce | PR | 00716 |
| 2179922 | Castrodad Rivera, Ada A. | G-6, Calle 7 | | | Cidra | PR | 00739 |
| 2179924 | Charles I. and Wilma P. Hummert Trust | Charles Hummert | 5620 NW Northboro Dr | | Topeka | KS | 66618 |
| 2179926 | Cintron-Carrasquillo, Jesus and Vazquez-Rodriguez, Elsie | HC 3 Box 9904 | | | Yabucao | PR | 00767 |
| 2179927 | Cintron-Carrasquillo, Wilna N. | HC-5 Box 4944 | | | Yabucao | PR | 00767 |
| 2179929 | Cintron-Villaronga, Jose | Covadonga 1816 | Rambla | | Ponce | PR | 00730 |
| 2179932 | Cocero-Sanchez, Angel | 6 Mariano Ramirez Bages | Apt 1C | Cond. Laguna Terrace | San Juan | PR | 00907 |
| 2179937 | Colon, Gloria E. | PO Box 370596 | | | Cayey | PR | 00737-0596 |
| 2179943 | Colon-Clavell, Ariel | Divina Providencia 7172 | Urb. Santa Maria | | Ponce | PR | 00717-1018 |

Exhibit B

ERS NOP Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 2179946 | Comas del Toro, Sven and Diaz de Comas, Luz M. | Urb Hostos 6 Calle Luis de Celis | | | Mayaguez | PR | 00682-5947 |
| 2180381 | Cruz Mendoza Estate | Attn: Luis A. Mendoza-Malavé | Calle Adjuntas #4 | Bonneville Heights | Caguas | PR | 00727-4944 |
| 2179956 | Cruz Mendoza Rivera Estate | Manuel Mendoza Baez | PO Box 370456 | | Cayey | PR | 00737-0456 |
| 2179957 | Dale, Kathy S. | 608 Jefferson | | | Wapello | IA | 52653 |
| 2179962 | De Colon, Alice W. | Apartado 335383 | | | Ponce | PR | 00733-5383 |
| 2179964 | de L. Vazquez, Maria | Urb Villas de Rio Comas | c/o Styo Guena 1309 Ponce | | Ponce | PR | 00728 |
| 2179965 | De la Haba, Teresa A. | Condado | 1 Calle Taft apt 16 E | | San Juan | PR | 00911-1203 |
| 2179951 | del C. Coss-Rodriguez, Maria | PO Box 6587 | | | Caguas | PR | 00726 |
| 2179974 | del Valle Rivera, Edwin | Urb. Valle Verde | 1206 Calle Pedrecal | | Ponce | PR | 00716-3511 |
| 2179973 | Del Valle-De Jesus, Ana D. | Urb. Villa Navarra | 876 Ave. Juan Pena Reyes | | San Juan | PR | 00924 |
| 2179987 | Echandi Carro, Manuel | Condo Santa Maria | 139 Carr 177, Apt 804 | | San Juan | PR | 00926 |
| 2180074 | Ellis Hopson, Linda Kay | 615 West E Street #3 | | | Elizabethton | TN | 37643 |
| 2180409 | Feliciano-Feliciano, William | P.O. Box 334386 | Atocha Station | | Ponce | PR | 00733-4386 |
| 2180408 | Feliciano-Ramos, Brimarie | P.O. Box 334386 | | | Ponce | PR | 00733-4386 |
| 2180414 | Fernandez Diaz, Francisco | Cond. Altos de la Colina | 1600 Ramal 842, Apto. 806 | | San Juan | PR | 00926-9651 |
| 2180007 | Fernandez-Stiehl, Victor A. | PO Box 363403 | | | San Juan | PR | 00936 |
| 2180013 | Figueroa Lugo, Felix | PO Box 800459 | | | Coto Laurel | PR | 00780-0459 |
| 2180014 | Figueroa-Santiago, Nelida | PO Box 87 | | | Utuado | PR | 00641 |
| 2179988 | Flores-Fonolloza, Efrain and Vazquez-Rosado, Margarita | PO Box 1527 | | | Las Pidras | PR | 00771 |
| 2180404 | Fundacion Bari | Attn: Maria T. Giannoni | Ext. Alhambra, Calle Jerez 1703 | | Ponce | PR | 00716 |
| 2180027 | Garcia, Luis Roberto | PO Box 127 | | | Caguas | PR | 00718 |
| 2180039 | Ginorio-Bonilla, Maria N. | P.O. Box 1282 | | | Aibonito | PR | 00705 |
| 2180040 | Gomez-Hernandez, Juan B. | Urb. Versalles | B-10 Calle 1 | | Bayamon | PR | 00959-2101 |
| 2180048 | Gonzalez Perez, Eduardo | 791 Calle Estacion | Bo. Terranova | | Quebradillas | PR | 00678 |
| 2180417 | Gonzalez-Miranda, Isaida | Urb. El Senorial | 2007 Calle Garcia Lorca | | San Juan | PR | 00926 |
| 2180054 | Goyco-Amador, Jose R. and Cortes-Bartolomei, Bianca | Villa Guillasca 2116 Boulevard | Luis A. Forri | | Ponce | PR | 00717-0722 |
| 2180058 | Guillen Amato, Ileana | Calle Violeta 6610 | Borinquen Gardens | | San Juan | PR | 00926 |
| 2180069 | Hernan-Saiz, Filomena | Parque de Pasane II | 13 Calle Turey | | Guaynabo | PR | 00969-5141 |
| 2180073 | Hoepelman Nina, Baron | PO Box 7792 | | | Ponce | PR | 00732 |
| 2180076 | Ignacio Torres, Rosa W. | PO Box 89 | | | Cabo Rojo | PR | 00623 |
| 2180078 | Inmobiliaria San Alberto Inc. | Attn: Carlos Blanco Ramos | PO Box 30532 | | Manati | PR | 00674 |
| 2180081 | Irizarry, Lorenzo A. | PO Box 13654 | | | San Juan | PR | 00908 |

Exhibit B

ERS NOP Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 2180080 | Irizarry, Wilda A. | Urb. El Paraiso | 1600 Calle Tamesis | | San Juan | PR | 00902-2952 |
| 2180084 | Iulo, Frank K. | 160 Rider Ave. | | | Malverne | NY | 11565-2147 |
| 2180405 | Izquierdo de Suarez, Frances | 1511 Ave Ponce de Leon | Apt 1082 | | San Juan | PR | 00909-5060 |
| 2180086 | Izquierdo, Hilda A. | 1632 Navara Rambla | | | Ponce | PR | 00730-4059 |
| 2180087 | Jessee, Taze D. | 11471 Lawrence Co 2091 | | | Mt. Vernon | MO | 65712 |
| 2180430 | John Hancock Investments | Attn: Ellen Caron | PO Box 55107 | | Boston | MA | 02205 |
| 2180093 | Jove Jimenez, Enrique | PO Box 555 | | | Arecibo | PR | 00613 |
| 2180099 | Kreuter, Janina | PO Box 10120 | | | San Juan | PR | 00908-1120 |
| 2180378 | Lattore-Bosque, Luis A. | Urb. Enramada | Calle Camino de Nardos C-25 | | Bayamon | PR | 00961 |
| 2180108 | Lespier Santiago, Delbis | Urb. La Rambla | 2109 Calle Gibraltar | | Ponce | PR | 00730 |
| 2180109 | Lespier-Santiago, Rosa E. | EXT. Alhabra 1703 Calle Jerez | | | Ponce | PR | 00716 |
| 2180124 | Mark, Glenda R. | 1666 Rd Vb | | | Emporia | KS | 66801 |
| 2180129 | Marquez Medina, Alma | Bo. Limon 367 San Ignacio | | | Mayaguez | PR | 00680 |
| 2180131 | Marrero, Juan M. | Solimar 417-Villa Del Carman | | | Ponce | PR | 00716-2103 |
| 2180384 | Marshall Allan Pickarts Trust | Attn: Suzanne K. Pickarts | 7302 Pagent | | Wichita | KS | 67206 |
| 2180134 | Martinez-Giraud, Manuel B. | PO Box 183 | | | Arecibo | PR | 00613 |
| 2180136 | Mascaro, Roberto | Cond. Laguna Gdns | Edif. 3, Apt. 12-B | | Carolina | PR | 00979 |
| 2180141 | McMahon, John | 4N960 Prairie Lake Blvd | | | St. Charles | IL | 60175 |
| 2180146 | Melendez-Aponte, Cesar E. | Calle 10-E1-16 Ciudad Masso | | | San Lorenzo | PR | 00754 |
| 2180145 | Melendez-Aponte, Jose M. | 106 Francisco Negron | Urb. Valle Piedras | | Las Piedras | PR | 00771 |
| 2180148 | Melvin Mathews-Tosado and Nereida Valentin-Muñoz | Attn: Nereida Valentin-Munoz | PO Box 140626 | | Arecibo | PR | 00614-0626 |
| 2180155 | Mezquida, Jose Ramon | PO Box 788 | | | Ensenada | PR | 00647 |
| 2180159 | Miller, Lee Ann | 1262 N. Rowen | | | Mesa | AZ | 85207 |
| 2180171 | Mora Martinez, Gladys E. | PO Box 19 | | | Quebradillas | PR | 00678-0019 |
| 2180170 | Morales Leon, Yolanda | 13 Calle Roberto Clemonte | Reparto Oriente | | Las Piedras | PR | 00771 |
| 2180169 | Morales-Aviles, Blanca I. | Apartado 2345 | | | Bayamon | PR | 00960-2345 |
| 2180174 | Moro-Romero, Julio | PO Box 1520 | | | Moca | PR | 00676 |
| 2180175 | Morris-Looney, Nina L. | 1441 S Stony Pt St | | | Wichita | KS | 67209 |
| 2180187 | Mroczkowski, Dianna M. | 4206 Preston Drive | | | St. Louis | MO | 63129 |
| 2180190 | Munoz-Espinosa, Rafael A. and Sotomayor-Almodovar, Carmen M. | 35285 Calle Clavellina | Urb. Jacaranda | | Ponce | PR | 00730 |
| 2180185 | Navarez, Gustavo | PMB 807 | 138 Ave Winston Churchill | | San Juan | PR | 00926-6013 |
| 2180188 | Nieves-Diaz, Miguel A. | PO Box 214 | | | Corozal | PR | 00783 |
| 2180197 | Palou, Pedro J. | Urb Olimpic Ville | #287 | | Las Pidras | PR | 00771 |

Exhibit B

ERS NOP Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 2180393 | Participant of Cruz Mendoza Rivera's Estate c/o Cruz Mendoza-Baez | Cruz Mendoza Baez | PO Box 370873 | | Cayey | PR | 00737 |
| 2180199 | Pasarell, Janette | 1714 Calle Marquesa | Urb. Valle Road | | Ponce | PR | 00716-0513 |
| 2180200 | Pennington, Max Y. | 3051 N Parkdale | # 114 | | Wichita | KS | 67205 |
| 2180209 | Piñeiro Alfaro, Hiram | Calle Loiza 325-A | Urb. Las Cumbres II | | San Juan | PR | 00926 |
| 2180217 | Quilichini, Florence | Urb Camino de Sur | 310 Calle Canario | | Ponce | PR | 00716-2806 |
| 2180218 | Quiñones-Soto, Rafael A. | Urb. Jardines de Ponce | Paseo Trebol # F1 | | Ponce | PR | 00730-1845 |
| 2180221 | Ramirez De Perez, Fidela | PO Box 789 | | | Santa Isabel | PR | 00757 |
| 2180226 | Ramos, Waldo | Urb. Constancia | Ave Julio E. Monagas #3114 | | Ponce | PR | 00717 |
| 2180410 | Ramos-Roman, Mayra I. | P.O. Box 4386 | | | Ponce | PR | 00733-4386 |
| 2180229 | Ratliff, Frances Ely | 670 Way Cross Road | | | Church Hill | TN | 37642 |
| 2180232 | Rentas, Francisco Sosa | P.O. Box 34 | | | Mercedita | PR | 00715 |
| 2180233 | Richardson, Abraham | 20 Ensanchez Pereyo | | | Penta Santiago | PR | 00741 |
| 2180243 | Rivera Cintron, Carmen I. | Munoz Rivera #41 | | | Villalba | PR | 07766 |
| 2180238 | Rivera, Ana T. | PO Box 2006 | | | Ciales | PR | 00638-2200 |
| 2180236 | Rivera, Wilson | Calle Aloa 1471 | Urb. Mercedita | | Ponce | PR | 00717 |
| 2180245 | Rivera-Perez, Elba I. | 1d. C7. Box 35H52 | | | Aguadilla | PR | 00603-9434 |
| 2180246 | Rivera-Santana, Jesus | HC 15 Box 15667 | | | Humacao | PR | 00791-9496 |
| 2180256 | Rodriguez, Ileana V. | Cond. Mont Blanc | 1010 Calle Orchid Apt 901 | | San Juan | PR | 00926 |
| 2180266 | Rodriguez-Quiñones, Jose A. | 16 Urb. El Retiro | Calle del Comercio B-14 | | Caguas | PR | 00725-1844 |
| 2180271 | Roman, Carmen L. | HC-08 Box 85020 | Barrio Guajatara | | San Sebastian | PR | 00685 |
| 2180273 | Roque, Margarita R. | 14401 Traville Gardens Circle | | | Rockville | MD | 20850 |
| 2180280 | Sagliocca, Gennaro | 2000 Continental Dr. B | | | West Palm Beach | FL | 33407 |
| 2180281 | Sagliocca, Sherine | 8246 SE Country Estates Way | | | Jupiter | FL | 33458 |
| 2180284 | San Miguel, Maria Teresa | PO Box 11679 | | | San Juan | PR | 00922 |
| 2180411 | Sandoval-Rivera, William | Urb. El Retiro | C2 Buzon 32 | | Caguas | PR | 00725 |
| 2180377 | Santana, Josefina | PO Box 8947 | | | Carolina | PR | 00988 |
| 2180289 | Santiago-Vazquez, Angel G. | 1362 Ave. Magdalena | Apt 1003 | | San Juan | PR | 00907-2092 |
| 2180292 | Santos-Santos, Julia V. | Urb. Sabanera 158 | Camino Pomarrosas | | Cidra | PR | 00739 |
| 2180300 | Sea Oil Corp. | Attn: Nelson L. Capote | PO Box 8618 | | Bayamon | PR | 00960 |
| 2180306 | Shub, Sender | PO Box 3891 | | | Guaynabo | PR | 00970 |
| 2180310 | Simon, Donald E. | 550 N Boyd | | | Wichita | KS | 67212 |
| 2180316 | Soto Rivera, Ana N. | Urb. Versalles | B-10 Calle 1 | | Bayamon | PR | 00959-2101 |

Exhibit B

ERS NOP Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 2180406 | Suarez-Ramirez, Dario | 1511 Ave Ponce de Leon | Apt 1082 | | San Juan | PR | 00909-5060 |
| 2180320 | Suarez-Ramirez, Margarita | Urb Manani | Call Sultane 8031 | | Ponce | PR | 00717-1120 |
| 2179886 | Susy Bartolomei-Torres and Bianca Cortes-Bartolomei | Bianca Cortes Urb. Mansiones 521 Castilla | Coto Laurel | | Ponce | PR | 00730 |
| 2180322 | Tejera-Perez, John | PO Box 817 | | | Saint Just | PR | 00978 |
| 2180334 | Torres Suarez, Federico | HC-1 Box 5000 | | | Orocovis | PR | 00720 |
| 2180330 | Torres, Lyzette P. | Urb Coco Beach | 334 Calle Coral Rio Grande | | Rio Grande | PR | 00745-4621 |
| 2180329 | Torres, Maria S. | 63 Socorro St. | | | Quebradillas | PR | 00678 |
| 2180247 | Torres, Roberto and Comas, Emilita | Urb. Valle Verde | 826 Calle Vereda | | Ponce | PR | 00716-3515 |
| 2180389 | Torres-Rivera, Carmen E. | Cond. Altomonte | 100 Carr. 842 Apt, 59 | | San Juan | PR | 00926-9625 |
| 2180337 | Treadway, Larry | 207 Donna Ave. | | | Elizabethton | TN | 37643 |
| 2180339 | Turci, Francesca | 107 C Hawthorne Ave | | | Park Ridge | NJ | 07656 |
| 2180345 | Valentin-Torres, Jose A. | HC-02 | Box 47056 | | Arecibo | PR | 00612 |
| 2180346 | Valiente, Gretchen | Malva Street R-4 | Jardines Fagot | | Ponce | PR | 00716 |
| 2180347 | Vazquez, Rita | Calle 9 C-14 | Parque de Torrimar | | Bayamon | PR | 00959-2101 |
| 2180351 | Vega-Garcia, Lucila | P.O. Box 7333 | | | Ponce | PR | 00732-7333 |
| 2180180 | Velazquez, Justina Navarreto | PO Box 127 | | | Naguabo | PR | 00718 |
| 2180353 | Velez Maldonado, Elio | HC7 Box 39538 | | | Aquadilla | PR | 00603 |
| 2180352 | Velez, Eileen I. | 753 Riachveld St. | Urb. Valle Verde | | Ponce | PR | 00716-3516 |
| 2180354 | Velez-Reyez, Rafaela | Mansiones de Guaynabo | A 8 Calle 1 | | Guaynabo | PR | 00969 |
| 2180355 | Vera-Cuesta, Roberto | PO Box 286 | | | Toa Alta | PR | 00954-0286 |
| 2180360 | Weber, Cynthia A. | 6700 W University Street | | | Wichita | KS | 67209 |
| 2180369 | Wong, Robert | PO Box 1276 | | | Rockville | MD | 20849-1276 |
| 2180373 | Zamora-Ceide, Teresa | 3380 Dona Juana St | Vistapoint | | Ponce | PR | 00716-4826 |
| 2180375 | Zayas Cintron, Ada | Cond. Los Ardos en Suchville | 81 Calle 3 Apt. 315 | | Guaynabo | PR | 00966 |