17 de marzo de 2020

Secretaria (Clerck Office)
Tribunal de Distrito de Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767



**ASUNTO: ENVIO DE DOCUMENTOS Y SOLICITUD DE PRORROGA CASO 17 BK 03283- LTS Y RECLAMACIONES NUMERO 115314, 121161, 102906, 127736.**

Yo, Ana Rosa Colón Sierra, empleada retirada del Departamento de Educación de PR con dirección HC 3 Box 17346 Aguas Buenas, PR 00703-8321 y número de contacto 787 605-9885, certifico que trabaje por 29 años, 9 meses y 3 semanas (desde septiembre 1970 hasta mayo del año 2000) para el Gobierno de P.R.

Mi reclamación corresponde aunas reclamacionesde la no aplicación de las siguientes leyes: Ley Núm. 89de 12 de julio de 1979, según enmendada, Ley 9 del 25 de abril de 2013, Ley 164 del 22 de julio de 2003 y Ley 96 del 1 de enero de 2002. Estas leyes otorgaban aumentos o movimientos lateral en la escala de salarial de mi puesto, estos aumentos no fueron aplicados a miretribución mensual recibida durante mis años de servicio en el sector público del país de Puerto Rico.

Debido a los recientes acontecimientos que han ocurrido en Puerto Rico en estos últimos meses, tales como terremotos, toque de queda, situación de salubridad del país,entre otros solicitóuna prórroga para el envió de documentos para la apelación del caso 17 BK 03283- LTS y las reclamaciones número 115314, 121161, 102906, 127736.

Adjunto estoy enviando copia de los siguientes documentos:

1. Certificación de Retiro de Maestro donde indica los anos que trabaje y la mensualidad de pensión que recibo actualmente.

2. Informe de Renta Anual Vitalicia que me fuera entregada al momento de acogerme al retiro en mayo del 2000.

Próximamente, cuando culmine el periodo de toque de queda en el país (16 de marzo al 30 de marzo) estaré enviando la Certificación de Maestra del Departamento de Educación y Copia de la 409 del Departamento de Educación. Ambos documentos ya están solicitados y en proceso de entrega.

Cordialmente,

*Ana Rosa Colón Sierra*

Ana Rosa Colon Sierra

United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 178K 3283-LTS

<u>One Hundred Thirty Seventh</u> OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 127736 – 115314 – 121161 – 102906

Name and Address: Ana Rosa Colón Sierra
HC3 Box 17346
Aguas Buenas, P.R. 00703

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y la Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados _16_

Cantidad Reclamada _$19,200.00_

Ley 9 del año _2013_

Años Reclamados _8_

Cantidad Reclamada _$4,008.96_ o máximo a derecho

United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 178K 3283-LTS

One Hundred Thirty Seventh OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 127736 - 115314 - 121161 - 102906

Name and Address: Ana Rosa Colón Sierra
HC 3 Box 17346
Aguas Buenas, PR 00703

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y la Departamento de Educación de Puerto Rico.

Ley 164

Años Reclamados _____

Cantidad Reclamada $10,000.00 o máximo a que tenga derecho

Ley 96

Años Reclamados _____

Cantidad reclamada $10,000.00 o máximo a que tenga derecho

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación de Retiro de Maestro
2. Informe Renta Anual Vitalicia
3.

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Ana Rosa Colón Sierra

Firma: Ana Rosa Colón Sierra    Fecha: 17 marzo 2020