# GOBIERNO DE PUERTO RICO
### Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Ana R. Colon Sierra**, con número de seguro social que termina en **2791**.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 29 de julio de 2000 |
| Tiempo Cotizado para la Pensión | 29 años, 9 meses, 3 semanas, 0 días |
| Pensión Mensual Inicial | $1,381.91 |
| Pensión Mensual Actual | $1,423.37 |

Esta certificación se expide hoy, **9 de marzo de 2020** en **San Juan, Puerto Rico**.

**Edgardo J. Negrón Ramírez**
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



787.777.1414    787.764.6910    www.srm.pr.gov

Modelo SC-1515 (IRM
14-mayo-71
Manual de Contabilidad

**ESTADO LIBRE ASOCIADO DE PUERTO RICO
JUNTA DE RETIRO PARA MAESTROS
INFORME RENTA ANUAL VITALICIA**

**ANA R COLON SIERRA**

Núm. Reclamación 33071

Sexo F

Tipo de Renta:
a- Años de Servicio y edad
  Opcional (X)
  Obligatorio ( )
b. Edad ( )

c- Incapacidad
  Ocupacional ( )
  No Ocupacional ( )
d- Diferida ( )

Fecha de Nacimiento
1949 / 9 / 7
Año / Mes / Día

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Fecha de Retiro |
|---|---|---|---|
| 50 años 8 meses 24 días | 29 años 9 meses 3 sem. | $31,440.25 | 2000 / 5 / 31 |

Fecha de Efectividad: 2000 / 6 / 1

Retiro Ley Núm. 44DEL2000

**Cómputo de la Renta Anual:**

a- Sueldo promedio mensual más alto durante TRES años consecutivos a $1,788.88 ............ $ 959.66
.18% X 29 años, 9 meses y 3 semanas ............ 47.98
(Por ciento)   (Tiempo Acreditado) ............ 911.68

*En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad

Menos el 5% de ajuste

b. Ajuste para llegar al Mínimo Establecido por ley 89

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ 429.98 | $ | $ | $ |

429.98

Diferencia Mínimo o Renta Sistema de Retiro

OFICINA DE FINANZAS
DOCUMENTOS PREINTERVENIDOS
13 DIC 2004
AWILDA VAZQUEZ CARABALLO

| Renta Mensual Vitalicia | 1,341.66 |
|---|---|
| Renta Anual Vitalicia | 16,099.92 |

Computado: Carlos J. Serrano — 1/12/04
Cotejado: María A. Torres Morales — 01/DIC/04
Recomendado: Irma García Hernández, Directora Área Servicios de Retiro — 2/12/04
Aprobado: Dinelia Oyola Morales, Subdirectora Ejecutiva — 15 dic/04

agb
Fecha: 1 de diciembre de 2004