From: Juan R. Colón Sierra
HC 3 Box 17346
Aguas Buenas, PR. 00703
Caso: 17 8K-03283 LTS

To: Secretaria (Clerk Office)
Tribunal de Distrito de Estados Unidos
Room 150 Federal Building
San Juan, PR. 00918-1767