**In re: The Financial Oversight and Management Board for Puerto Rico, as representative of The Commonwealth of Puerto Rico, et al. Case No. 17 BK 3283-LTS at UNITED STATED DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**

14 de marzo de 2020

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

**RE: Reclamación número 149613**

A quien pueda interesar:

La presente carta es una objeción a la "CENTÉSIMA CUADRAGÉSIMA NOVENA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES."

En la objection se alega que me fue enviada una correspondencia para evidenciar mi reclamo. Me gustaría aclarar que nunca recibí la alegada notificación para evidenciar mi reclamo.

No estoy de acuerdo con la Objeción del Estado Libre Asociado de Puerto Rico debido a que mi reclamo está basado en la Ley número 89 del 12 de Julio de 1979, que indica que se tiene un derecho a compensación escalonada que me aplica como maestra.

El Gobierno de Puerto Rico, debe saber que la ley 89 me aplica, habiendo sido maestra por 33 años, 9 meses, 1 semana y 2 días. Es dinero por derecho adquirido me corresponde y el representante del Gobierno de Puerto Rico sabiendo que le debe la compensación a los retirados, pretende liberarse de pagar un dinero que nos pertenece y no quieren pagar alegando que los reclamos están defectuosos. El

reclamo es válido por los años de servicio brindados al Gobierno de Puerto Rico. Comencé mi carrera como Maestra en el año 1964 hasta que me retiré en el año 1998. La ley 89 me aplica y es un derecho que nunca obtuve. No considero justo que después de todos estos años no pueda obtener mi derecho y a la vez tener justicia salarial en el retiro.

El Gobierno de Puerto Rico debe tener conocimiento de las leyes aprobadas para que ahora pretenda liberarse de sus obligaciones.

El Gobierno de Puerto Rico tiene un sistema unificado, el cual puede verificar la información recibida por mi y por cualquier otra persona que haya reclamado en su contra. Es por no hacer su trabajo correctamente que pretende liberarse de sus obligaciones para con los retirados.

Atentamente,

Ilia M. Cruz Muñiz

**PO Box 301**

**Añasco, Puerto Rico 00610**