Ilia M. Cruz Muñiz
P.O. Box 301
Añasco, P.R. 00610

Secretaria (Clerks Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767