Caso Prime Clerk

17 de marzo de 2020

Yo, Irma I. González Cotto, maestra pensionada del Departamento de Educación Pública de Puerto Rico, no estoy de acuerdo con la objeción que se emitió conforme al caso Título III, Puerto Rico.

El Estado Libre Asociado privó a los maestros de recibir varios aumentos de sueldo dispuestos por los gobernantes en turno. Inclusive no se nos informó de la existencia de los mismos, para en adelante poder reclamarlos.

Por las razones antes expuestas entiendo que el Estado Libre Asociado de Puerto Rico no nos hizo justicia salarial.

Esperando tomen en consideración mis reclamos, queda de usted,

Respetuosamente,

Irma I. González Cotto
Irma I. González Cotto

17/marzo/2020
Re: Financial Oversight
     Management Board
     of Puerto Rico

As Representative of the
    Commonwealth of P.R. et al

Case: 17-03283
Promesa: Título III

Moción informativa

La parte demandante The Commonwealth of P.R, et al Irma I. González Cotto informa a este Honorable Tribunal que le estoy anejando copia de los documentos solicitados por este tribunal.

Anejos I - Certificación Dpto. Educ
       II  Certificación Ret. Maestros
       III Informe Renta Anual Retiro
       IV  Talonario Empleado
       V   Doc. 409 Dpto. Educ.

Irma I. González Cotto
Irma I. González Cotto