FORM. 409 Rev. 99.

**DEPARTAMENTO DE EDUCACIÓN**
Secretaría Auxiliar de Recursos Humanos
Informe de Cambio - Personal Docente

*Ley 45*
*Edad y Servicios Ley 45*
*27-julio-0*

Pagarle _____ días por vacaciones regulares en julio

Descontarle _____ días por ausencias

77

| | ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|---|
| 1. Nombre del Empleado | Irma I. González Cotto | Para la Junta de Retiro para Maestro y Asociación Empleados |
| 2. Número de Seguro Social | | |
| 3. Lugar y Fecha de Nacimiento | Bayamón - 22/agosto/1950 | |
| 4. Sexo | F | |
| 5. Estado Civil | Soltera | |
| 6. Preparación Académica | BA     15 | |
| 7. Experiencia | 32 | |
| 8. Status Empleado (Contrato) | Permanente     01 | |
| 9. Sueldo Bruto | $2,005 | |
| 10. Número del Puesto | R06885 | |
| 11. Categoría del Puesto | Elemental     9971 | |
| 12. Nivel del Puesto (Directivo) | | |
| 13. Fondo | Estatal | |
| 14. Cifra de Cuenta | E1110-1100-081-----1008-00100-2002 | |
| 15. Fecha de Efectividad   27 | xxx de julio de 2001 | |
| 16. Acción y Duración | Renuncia | |
| 17. Causa del Cese | Acogerse a los beneficios bajo Ley 45 | |
| 18. Último día de Trabajo | 31 de mayo de 2001 | |
| 19. Último día de Pago | 23 enero 2002 | |
| 20. Programa Escolar nivel y grado | | |
| 21. Turno en Registro | | |
| 22. Distrito Escolar | Bayamón I | |
| 23. Escuela | Esc. de la Comunidad Noel Estrada | |
| 24. Dirección Postal y Residencial | Calle 53 Bloq. 50 # 1 Urb. Miraflores Bayamón, P.R. 00957 | 25. Teléfono Residencial  730-5673 |

26. Observaciones: Pago Vacs. 40 días desde 4 junio 2001 hasta el 27 julio 2001
Exceso Enferm. 21 días desde 1 agosto 2001 hasta 29 agosto 2001.
Se acoge a los beneficios de la Ley 45 del 27 enero 2000.
Pago Global Enferm. 90 días desde 30 agosto 2001 hasta 23 enero 2002.

27. En caso de cambio de status a probatorio o permanente, traslado, reasignación permanente, reubicación o descenso.

29. Deseo: _____ Acogerme  _____ No Acogerme
Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatorio o permanente.

Firma del empleado _____ Fecha _____

Firma del empleado _____ Fecha _____

28. Recomendado _____ 29/junio/01
Director de Escuela   Fecha

30. Recomendado _____
Director de Escuela   Fecha

31. Aprobado: Por el Secretario de Educación o su Representante _____ 409, C-P, ___ Hacienda, cert-julio
Asume
Firma _____ Fecha _____

Si el nombramiento es con status _____ sitorio provisional el mismo constituye un CERTIFIC___ PROVISIONAL DE MAESTRO.



# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico | 3:17-BK-3283 (LTS) |
| | PROMESA Title III |
| as representative of | |
| | (Jointly Administrated) |
| The Commonwealth of Puerto Rico, *et al.* | |
| Debtors | |

## NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on February 18, 2020. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 18 de febrero de 2020. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.

NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*
3:17-BK-3283 (LTS)

| 1 |   | Pleading is illegible. L.Civ.R. 10<br>*(El escrito radicado es ilegible o no cumple con la R.L.Civ. 10)* |
|---|---|---|
| 2 | X | Lacks proper signature. Documents presented to the court in paper require a handwritten signature. L.Civ.R. 11<br>*(Documento no está firmado adecuadamente. Los documentos sometidos en papel tienen que estar firmados a mano. R.L.Civ. 11)* |
| 3 |   | PROMESA Cover Sheet for Adversary Proceedings (DPR Modified PROMESA B1040) was not included. L.Bkcy.R. 7003-1<br>http://www.prd.uscourts.gov/promesa/forms-attorneys<br>*(No se incluyó la Hoja de Trámite para Casos Adversarios (DPR Modified PROMESA B1040).* |
| 4 |   | Failure to pay the filing fee in the amount of $400.00. See, L.Cv.R. 3.1(a). Payment shall be made within 24 hours in person at the Clerk's Office U.S. District Court with copy of the complaint /notice of removal.<br>*(Incumplimiento con el pago de la cuota de radicación por la cantidad de $400.00. El pago debe hacerse personalmente dentro de 24 horas en la Secretaría del Tribunal Federal de Distrito adjuntando una copia de la demanda / notificación de remoción.)* |
| 5 | X | Other: Please blackout or omit from your documents any personal information such as: medical records, Social Security number, financial account numbers, date of birth, driver's license or any other personal identifying numbers as per Local Civil Rule 5.2<br>*(Otro:) Favor de **eliminar u omitir** de sus documentos cualquier información personal como: documentos médicos, número de Seguro Social, números de cuentas financieras, fecha de nacimiento, licencia de conducir o cualquier otro número de identificación de acuerdo con la Regla Local Civil 5.2.* |

Date: February 25, 2020

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of Court

By: s/ Marian B. Ramirez Rivera
Marian B. Ramirez Rivera
Deputy Clerk

sc: to filer with original filing attached

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

RECEIVED AND FILED
2020 FEB 18  AM 10: 08

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. IRMA I. GONZALEZ SOTTO**, con número de seguro social que termina en **0370**.

| | |
|---|---|
| Fecha de Elegibilidad de la Pensión | 28 de julio de 2001 |
| Tiempo Cotizado para la Pensión | 31 años, 9 meses, 3 semana y 4 días |
| Fecha de Efectividad de la Renuncia | 27 de julio de 2001 |
| Fecha de Efectividad de la Pensión | 28 de julio de 2001 |
| Pensión Mensual Actual | $1,415.82 |

Forma 409 - Esta en proceso

Esta certificación se expide hoy, **14 de febrero de 2020** en **San Juan, Puerto Rico**.

Edgardo Negron Ramirez
Supervisor
Área de Servicios de Retiro

Case No 1703283
Date Filled 6/26/2018
Proof of claim 52843
43480
43493
43405
40303
55194

**SRM**
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414     787.764.6910     www.srm.pr.gov

JUNTA DE RETIRO PARA MAESTROS

## INFORME RENTA ANUAL VITALICIA

Nombre: Irma I. González Cotto  
Núm. Reclamación: 35843  
Sexo: F  

Fecha de Nacimiento: 1950 / agosto / 22  

Tipo de Renta:
- a— Años de Servicio y Edad
  - Opcional ( )
  - Obligatoria ( )
- b— Edad ( )
- c— Incapacidad
  - Ocupacional ( )
  - No Ocupacional ( )
- d— Diferida ( )

Fecha de Retiro: 2001 / julio / 27

Edad al Retirarse: 50 Años, 11 Meses, 6 Días

Servicios Acreditados: 31 Años, 9 Meses, 3 Sem., 4 Días

Costo Anualidad: $ 36,022.55

Fecha de Efectividad: 2001 / julio / 28

Retiro Ley Núm. 45 de 2000

Cómputo de la Renta Anual:  
a— Sueldo promedio mensual más alto durante tres años consecutivos a $ 1,887.77  
X 75 % X 30 años (Tiempo Acreditado) ........................................... 1,415.82

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad.

b— Ajuste para llegar al Mínimo Establecido por Ley 45

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ | $ | $ | $ |

Diferencia Mínimo o Renta Sistema Retiro

Renta Mensual Vitalicia .............................................. 1,415.82  
Renta Anual Vitalicia ................................................. 16,989.84

Computado: Linsaidy Morales  3-oct-01  
Cotejado: Hugo E. Aponte  3/oct/01  
Recomendado: Gloria E. Navas Pérez, Directora Area Servicios de Retiro  
Aprobado: Irma A. Giménez López, Secretaria Ejecutiva

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 02/01/2020 |
| Hasta: | 02/15/2020 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 6065918 |
| Fecha Aviso: | 02/14/2020 |

IRMA I GONZALEZ COTTO
URB MIRAFLORES
50-1 CALLE 53
BAYAMON, PR 00957

| | |
|---|---|
| # Empleado: | X |
| Dept: | 592130-PENSIONADOS LEY 45 |
| Lugar: | PENSIONADOS LEY 45 |
| Titulo: | Pensionado |
| Sueldo: | $1,458.29 Monthly |

| | | |
|---|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | Single | Married |
| Concesiones: | 0 | 39 + 99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | 8.974092 | 81.25 | 729.14 | 243.75 | 2,187.42 |
| **Total:** | | 81.25 | 729.14 | 243.75 | 2,187.42 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 63.76 | 191.28 |
| AS-ASOC PENSIONADOS | 1.00 | 3.00 |
| **Total:** | 64.76 | 194.28 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MMM LEY 117 | 0.00 | 100.00 |

\* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 729.14 | 0.00 | 64.76 | 664.38 |
| Acumulado: | 2,187.42 | 0.00 | 194.28 | 1,993.14 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #6065918 | 664.38 |
| Total: | 664.38 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
02/14/2020

Aviso No.
6065918

Cant. Desposito: _____$664.38_____

A la
Cuenta(s) De

IRMA I GONZALEZ COTTO
URB MIRAFLORES
50-1 CALLE 53
BAYAMON, PR 00957

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $664.38 |
| Total: | | $664.38 |

**NO-NEGOCIABLE**

| Gobierno de Puerto Rico | | | | Grupo de Pago: | SM -Quincenal | Business Unit: | PUERT |
|---|---|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | | | Desde: | 01/01/2020 | Aviso #: | 5558936 |
| | | | | Hasta: | 01/15/2020 | Fecha Aviso: | 01/15/2020 |

| | | | |
|---|---|---|---|
| IRMA I GONZALEZ COTTO | # Empleado: | DATA IMP: | Federal   PR |
| URB MIRAFLORES | Dept:  592130-PENSIONADOS LEY 45 | Estado Civil: | Single   Married |
| 50-1 CALLE 53 | Lugar: PENSIONADOS LEY 45 | Concesiones: | 0   39 + 99 |
| BAYAMON, PR  00957 | Titulo: Pensionado | Pct. Adcl.: | |
| | Sueldo: $1,458.29 Monthly | Cant. Adcl.: | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | 8.974092 | 81.25 | 729.14 | 81.25 | 729.14 |
| Total: | | 81.25 | 729.14 | 81.25 | 729.14 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 63.76 | 63.76 |
| AS-ASOC PENSIONADOS | 1.00 | 1.00 |
| Total: | 64.76 | 64.76 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

\* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 729.14 | 0.00 | 64.76 | 664.38 |
| Acumulado: | 729.14 | 0.00 | 64.76 | 664.38 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #5558936 | 664.38 |
|---|---|
| Total: | 664.38 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
01/15/2020

Aviso No.
5558936

Cant. Desposito:    $664.38

A la
Cuenta(s) De

IRMA I GONZALEZ COTTO
URB MIRAFLORES
50-1 CALLE 53
BAYAMON, PR  00957

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $664.38 |
| Total: | | $664.38 |

## NO-NEGOCIABLE

| Gobierno de Puerto Rico<br>592 - SISTEMA DE RETIRO MAESTRO-PENS | | Grupo de Pago: SM -Quincenal<br>Desde: 01/16/2020<br>Hasta: 01/31/2020 | | Business Unit: PUERT<br>Aviso #: 5815886<br>Fecha Aviso: 01/30/2020 |
|---|---|---|---|---|
| IRMA I GONZALEZ COTTO<br>URB MIRAFLORES<br>50-1 CALLE 53<br>BAYAMON, PR 00957 | | # Empleado:<br>Dept: 592130-PENSIONADOS LEY 45<br>Lugar: PENSIONADOS LEY 45<br>Titulo: Pensionado<br>Sueldo: $1,458.29 Monthly | | DATA IMP: Federal PR<br>Estado Civil: Single Married<br>Concesiones: 0   39 + 99<br>Pct. Adcl.:<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | 8.974092 | 81.25 | 729.14 | 162.50 | 1,458.28 |
| Total: | | 81.25 | 729.14 | 162.50 | 1,458.28 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 63.76 | 127.52 |
| AS-ASOC PENSIONADOS | 1.00 | 2.00 |
| Total: | 64.76 | 129.52 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MMM LEY 117 | 100.00 | 100.00 |
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 729.14 | 0.00 | 64.76 | 664.38 |
| Acumulado: | 1,458.28 | 0.00 | 129.52 | 1,328.76 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5815886 | 664.38 |
| Total: | 664.38 |

MENSAJE:

---

Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
01/30/2020

Aviso No.
5815886

Cant. Desposito: _____ $664.38

A la
Cuenta(s) De

IRMA I GONZALEZ COTTO
URB MIRAFLORES
50-1 CALLE 53
BAYAMON, PR  00957

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $664.38 |
| Total: | | $664.38 |

## NO-NEGOCIABLE