Irm[...]
Urb. Miraflores 50-1 Calle 53
Bayamón, P.R. 00957-3854




SAN JUAN P&DC 009
WED 18 MAR 2020 PM

RECEIVED
2020 MAR 19 PM 3:07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Clerk's Office

United States District Court

Room 150 Federal Bldg.

San Juan, P.R. 00918-1767