Fecha: 6 de marzo de 2020

Nombre: Raul Montalvo Diaz

Dirección: P.O. Box 1156
Jayuya, Puerto Rico 00664

Email: rmonty4157@gmail.com

Secretario (Clerks office)
Tribunal de distrito de los estados unidos
#150 Chard on Avenue
Federal Building
San Juan, Puerto Rico 00918

Promesa Título III
Deudor- Commonwealth Of Puerto Rico
The Financial Oversight And Management Borad For Puerto Rico,
As Representative Of The Commonwealth Of Puerto Rico, ET.AL

NUMERO DE PROCEDIMIENTO- 17-BK 3283 - LTS
NUMERO DE PROCEDIMIENTO- 17- BK 3567
NUMERO DE PROCEDIMIENTO- 17- BK 3566
NUMERO DE RECLAMACION- **46355**

Notificación- La presente radicación guarda relación con el ELA, LA ACT y el SER.

Identificada la reclamación:

Notificación de la Centésima Quincuagésima Sexta Objeción Global (no sustantiva) del ESTADO LIBRE ASOCIADO DE PUERTO RICO, de la AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO y del SISTEMA DE RETIRO DE LOS EMPLEADOS DE GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO a varios reclamos deficientes.

Página **1** de 2

En las siguientes leyes están detallados los Reglamentos de Retribuciones Uniformes que no se me hizo justicia desde (6 de abril de 1989) trabajo como Oficial de Custodia hasta el presente.

Numero de reclamación- **46355**

Monto De La Reclamación alegada Cantidad- **62,400.00 dólares**

LEY DE RETRIBUCION UNIFORME Y EL REGLAMENTO DE RETRIBUCION UNIFORME:

**LEY 89 DEL 12 DE JUNIO DE 1979 (EL ROMERAZO)** - LEY FIRMADA POR EL HON. GOBERNADOR CARLOS ROMERO BARCELO **(AUMENTO DE $50.00 DOLARES POR MES) $18,600.00 DOLARES**

**LEY 96 DEL 1 DE JULIO DE 2002** –HON. GOBERNADORA SILA MARIA CALDERON **(AUMENTO DE $100.00 DOLARES POR MES) EN VIGOR DEL 30 DE JUNIO DE 2002. DEUDA $21,600.00 DOLARES**

**LEY 164-2003-DEL 22 DE JULIO DE 2003 ($100.00 DOLARES DE AUMENTO) EFECTIVO EL 1 DE ENERO DE 2004**-AUMENTO PASO POR MERITO, BONO DE PRODUCTIVIDAD. **DEUDA $20,400.00 DOLARES**

**RECLASIFICACION**- NO LA HAN REALIZADO DESDE EL AÑO 2000 HASTA EL PRESENTE.

**PAGO POR ALTO RIESGO**- CONTACTO DIRECTO CON LOS CONFINADOS COMO OFICIAL DE CUSTODIA, PUESTOS, RONDAS Y REGISTROS DENTRO DE LA POBLACION CORRECCIONAL.

LAS CUATROCIENTAS OCHENTA (480) HORAS Y LA MEDIA (½) DE ALMUERZO.

**PASO POR MERITO CADA CINCO (5) AÑOS** (CADA PASO ES DE $50.00 DOLARES) **CANTIDAD ($18,000.00)** NO DEVENGADOS

**ART.6** - LOS AUMENTOS DE SUELDO CONCEDIDOS MEDIANTE ESTA LEY NO TIENE EL EFECTO DE INTERRUMPIR EL TIEMPO PARA SER ACREEDOR DE UN AUMENTO POR AÑOS DE SERVICIOS.

Quedo de ustedes,

Raul Montalvo Diaz
Acreedor

Página **2** de **2**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2020 MAR 19 PM 3:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico | 3:17-BK-3283 (LTS) <br><br> PROMESA Title III |
| *as representative of* | (Jointly Administrated) |
| The Commonwealth of Puerto Rico, *et al.* <br><br> Debtors | |

## NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on March 11, 2020. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 11 de marzo de 2020. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.

Page **1** of **2**

NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*
3:17-BK-3283 (LTS)

| 1 |   | Pleading is illegible. L.Civ.R. 10 *(El escrito radicado es ilegible o no cumple con la R.L.Civ. 10)* |
|---|---|---|
| 2 | X | Lacks proper signature. Documents presented to the court in paper require a handwritten signature. L.Civ.R. 11 *(Documento no está firmado adecuadamente. Los documentos sometidos en papel tienen que estar firmados a mano. R.L.Civ. 11)* |
| 3 |   | PROMESA Cover Sheet for Adversary Proceedings (DPR Modified PROMESA B1040) was not included. L.Bkcy.R. 7003-1 http://www.prd.uscourts.gov/promesa/forms-attorneys *(No se incluyó la Hoja de Trámite para Casos Adversarios (DPR Modified PROMESA B1040).* |
| 4 |   | Failure to pay the filing fee in the amount of $400.00. See, L.Cv.R. 3.1(a). Payment shall be made within 24 hours in person at the Clerk's Office U.S. District Court with copy of the complaint /notice of removal. *(Incumplimiento con el pago de la cuota de radicación por la cantidad de $400.00. El pago debe hacerse personalmente dentro de 24 horas en la Secretaría del Tribunal Federal de Distrito adjuntando una copia de la demanda / notificación de remoción.)* |
| 5 |   | Other: |

Date: March 12, 2020

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of Court

By: s/ Carmen Tacoronte
Carmen Tacoronte
Deputy Clerk

sc: to filer with original filing attached

Page **2** of **2**



Raul Montalvo Diaz
P.O. Box 1156
Jayuya PR 00664.

Secretaria (Clerk's office)
Tribunal de Distrito de los Estados Unidos
150 Carlos CHARDON
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

7018 3090 0002 3231 0870