10 de marzo de 2020

United States District Court
For The District of Puerto Rico

RECEIVED & FILED

2020 MAR 20 PM 3: 58

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

No estoy de acuerdo con la objeción
Porque durante los 32 años que trabajé
hubo una serie de pasos que no me fueron
acreditados y entiendo que se me adeuda
mas de $50,000.

Mi dirección postal es la
siguiente: Box 745
Añasco, Puerto Rico, 00610

Carmen M. Rosado Valentín