

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

RECEIVED 2020 FEB 12 PM 5:08 CLERK'S OFFICE DISTRICT CRT SAN JUAN P.

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Carmen M. Rosado Valentin**, con número de seguro social que termina en **6399**.

| | |
|---|---|
| **Fecha de Efectividad de la Pensión** | **1 de octubre de 1997** |
| **Tiempo Cotizado para la Pensión** | **32 años, 0 mes, 0 sem., 0 días** |
| **Pensión Mensual Inicial** | **$1,261.45** |
| **Pensión Mensual Actual** | **$1,378.42** |

Esta certificación se expide hoy, **10 de febrero de 2020** en **San Juan**, **Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918 P.O. Box 191879 · San Juan PR 00919-1879



SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro

( 787.777.1414    787.764.6910    www.srm.pr.gov

## GOBIERNO DE PUERTO RICO
### Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Carmen M. Rosado Valentin**, con número de seguro social que termina en **6399**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 1 de octubre de 1997 |
| Tiempo Cotizado para la Pensión | 32 años, 0 mes, 0 sem., 0 días |
| Pensión Mensual Inicial | $1,261.45 |
| Pensión Mensual Actual | $1,378.42 |

Esta certificación se expide hoy, **10 de febrero de 2020** en **San Juan**, **Puerto Rico**.


**Edgardo J. Negrón Ramírez**
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



**SRM**
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

☎ 787.777.1414    🖷 787.764.6910    www.srm.pr.gov

Modelo SC-1515 (IRM)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO

# JUNTA DE RETIRO PARA MAESTROS

## INFORME RENTA ANUAL VITALICIA

6399

| Nombre | Núm. Reclamación | |
|---|---|---|
| Carmen M. Rosado Valentín | 1-19847 | Sexo  F |

Tipo de Renta:

a— Años de Servicio y Edad
Opcional  ( X )
Obligatorio ( )

c— Incapacidad
Ocupacional  ( )
No Ocupacional ( )

b— Edad ( )

d— Diferida ( )*

| Fecha de Nacimiento | | |
|---|---|---|
| 1942 | septiembre | 30 |
| Año | Mes | D. |

| Fecha de Retiro | | |
|---|---|---|
| 1997 | septiembre | 3 |
| Año | Mes | D. |

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Fecha de Efectividad | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 55 | – | 1 | 32 | – | – | – | | 1997 | octubre | 1 |
| Años | Meses | Días | Años | Meses | Sem. | Días | $ 30,018.09 | Año | Mes | D. |

Retiro Ley Núm. _218_ de _1951_

Cómputo de la Renta Anual:

a— Sueldo promedio mensual más alto durante ~~cinco~~ *tres* años consecutivos a $  1,681.94    | 1,261.45

X    .75%    X 30 años
(Por ciento)    (Tiempo Acreditado)

En caso de renta anual diferida, ésta comenzará al cumplir la edad de

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad.

— Ajuste para llegar al Mínimo Establecido por Ley

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ | $ | $ | $ |

Diferencia Mínimo o Renta Sistema Retiro

| Renta Mensual Vitalicia | 1,261.45 |
|---|---|
| Renta Anual Vitalicia | 15,137.40 |

| Computado | | Cotejado | |
|---|---|---|---|
| *Mayda Díaz* | 17 nov 1997 | *H Aponte Mn* | 17 nov. 97 |
| Mayda Díaz | Fecha | Hugo E. Aponte Morán | Fecha |
| Recomendado: | | Aprobado: | |
| *Maribel Solá Matos* | 17/11/97 | 21/11/97 | *Aurora Ramírez Vega* |
| Maribel Solá Matos | Fecha | Fecha | Aurora Ramírez Vega |
| ##A/agb /Jefe Div. de Reclamaciones///// | | | Secretario Ejecutiv |

Secr. Ejec. Aux. Área de Retiro

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico | 3:17-BK-3283 (LTS)<br><br>PROMESA Title III |
| *as representative of* | (Jointly Administered) |
| The Commonwealth of Puerto Rico, *et al.*<br><br>Debtors | |

## NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on February 12, 2020. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 12 de febrero de 2020. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.

NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*
3:17-BK-3283 (LTS)

| 1 | | Pleading is illegible. L.Civ.R. 10<br>*(El escrito radicado es ilegible o no cumple con la R.L.Civ. 10)* |
|---|---|---|
| 2 | X | Lacks proper signature. Documents presented to the court in paper require a handwritten signature. L.Civ.R. 11<br>*(Documento no está firmado adecuadamente. Los documentos sometidos en papel tienen que estar firmados a mano. R.L.Civ. 11)* |
| 3 | | PROMESA Cover Sheet for Adversary Proceedings (DPR Modified PROMESA B1040) was not included. L.Bkcy.R. 7003-1<br>http://www.prd.uscourts.gov/promesa/forms-attorneys<br>*(No se incluyó la Hoja de Trámite para Casos Adversarios (DPR Modified PROMESA B1040).* |
| 4 | | Failure to pay the filing fee in the amount of $400.00. See, L.Cv.R. 3.1(a). Payment shall be made within 24 hours in person at the Clerk's Office U.S. District Court with copy of the complaint /notice of removal.<br>*(Incumplimiento con el pago de la cuota de radicación por la cantidad de $400.00. El pago debe hacerse personalmente dentro de 24 horas en la Secretaría del Tribunal Federal de Distrito adjuntando una copia de la demanda / notificación de remoción.)* |
| 5 | X | Other: Please blackout or omit from your documents any personal information such as: medical records, Social Security number, financial account numbers, date of birth, driver's license or any other personal identifying numbers as per Local Civil Rule 5.2<br>*(Otro:) Favor de **eliminar u omitir** de sus documentos cualquier información personal como: documentos médicos, número de Seguro Social, números de cuentas financieras, fecha de nacimiento, licencia de conducir o cualquier otro número de identificación de acuerdo con la Regla Local Civil 5.2.* |

Date:  February 19, 2020


MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of Court

By: s/ Marian B. Ramirez Rivera
Marian B. Ramirez Rivera
Deputy Clerk

sc: to filer with original filing attached