Carmen M Rosado
Box 745
Añasco, Puerto Rico, 00610

7015 0640 0003 8950 9913

RECEIVED & FILED
2020 MAR 20 PM 3:58
CLERK'S OFFICE
U.S. DISTRICT COURT

Secretaría (Clerk's Office)
Tribunal de Distrito Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

00918$9999

U.S. POSTAGE PAID
FCM LETTER
AÑASCO, PR
00610
MAR 11, 20
AMOUNT
$7.10
R2305K131934-03