UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br>Debtors | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>**CLAIMS 141240, 145110, 146040** |

**OPOSICIÓN** A LAS OBJECIONES GLOBALES NO SUSTANTIVAS CENTÉSIMA TRIGÉSIMA PRIMERA Y SEGUNDA DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE LAS REIVINDICACIONES SALARIALES, LABORALES O POR SERVICIOS PRESTADOS

1. Mi nombre es Jackeline Rivera Luna y soy empleada del Departamento de Educación del Estado Libre Asociado de Puerto Rico. El 29 de junio de 2018 presenté las reclamaciones número 141240, 145110 y 146040 contra el Estado Libre Asociado de Puerto Rico.

2. Por la presente deseo expresar mi oposición a las objeciones presentadas por el Estado Libre Asociado a mis reclamaciones. En los documentos presentados, el ELA alega que me envió correspondencia solicitando documentos que sustentaran mis reclamos, pero la realidad es que nunca los recibí. Supe de la objeción al recibir los documentos de "Objeción Global".

3. A continuación, proveo la información necesaria para sustentar mi reclamo. Comencé a trabajar para el Departamento de Educación como Profesional de Servicios de Alimentos I (Número de Puesto C24905) en el año 2002. En mis reclamaciones, reclamé los aumentos salariales a los cuales tenía derecho bajo la Ley Número 89 de 12 de julio de 1979, la Ley 180 de 27 de julio de 1998 y la Ley Número 164 de 22 de julio de 2003.

4. En cada uno de los formularios de mis reclamaciones, escribí la Ley en la cual se basó mi reclamación: reclamación número 141240 - Ley 180; reclamación número 146040 – Ley 164; y reclamación número 145110 – Ley 89.

5. De acuerdo a las leyes y reglamentos del Departamento de Educación, tenía derecho a recibir aumentos cada 5 años luego de ser evaluada de aproximadamente $100.00 quincenales, lo que los empleados públicos conocemos como "pasos". Solamente fui evaluada en el año 2005 y recibí el aumento correspondiente, pero no fui evaluada en los años 2010 ni 2015 y tampoco recibí los aumentos establecidos en las escalas salariales.

6. La cantidad estimada de salarios que dejé de recibir es de aproximadamente $28,800.00.

7. Presenté las reclamaciones ante esta Honorable Corte para no perder mis derechos. He trabajado durante casi 20 años para el gobierno de Puerto Rico y es injusto no recibir los aumentos a los cuales tengo derecho por ley.

8. Adjunto copia del Informe de Nombramientos y Cambios en el cual se refleja el aumento que recibí en el 2005, talonarios donde se refleja mi sueldo y certificación de cuándo comencé en el servicio público.

RESPETUOSAMENTE SOMETIDO.

En Cidra, Puerto Rico, hoy 17 de febrero de 2020.

Revisado el 10 de marzo de 2020.

*Jackeline Rivera Luna*

**JACKELINE RIVERA LUNA**
Dirección: HC-3 BOX 10638
COMERÍO, PR 00782
Teléfono: 787-672-4040