# DEPARTAMENTO DE EDUCACIÓN
## Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos
Division de Personal No Docente

## INFORME DE NOMBRAMIENTOS Y CAMBIOS

Expediente: 8240

Número del Cambio: 9259

| Número del Cambio | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | JACKELINE RIVERA LUNA | |
| 2. Seguro Social | | |
| 3. Número de Puesto | C24905 | |
| 4. Cifra de Cuenta | E1160-11100-0810000-1010-00100-2006- | |
| 5. Status | PROBATORIO | REGULAR |
| 6. Escala de Retribución | 02 | |
| 7. Clasificación y Número de Clase | PROFESIONAL DE SERVICIOS DE ALIMENTOS I 61104 (6.00) | |
| 8. Sueldo | $754.00 | |
| 9. Diferencial | | |
| 10. División o Escuela | CLEMENCIA MELENDEZ 21493 | |
| 11. Programa | SERVICIO DE ALIMENTO AL | |
| 12. Ubicación | CIDRA 020 | |
| 13. Acción y Duración | | CAMBIO DE STATUS |
| 14. Aportación a Retiro | 8.275% | |
| 15. Último Día de Pago | | |
| 16. Fecha de Efectividad | | 16/JULIO/2002 |

17. Comentarios y Explicaciones
ADJ DE-35

Rafael Sifonte, Director
18. Firma del Jefe de Agencia o Representante Autorizado

Fecha de Preparado: 30/ENERO/2006
Preparado Por: DTR

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2219, 2223, 2227, 2229, 2224, 3461 FAX (787)759-7350
El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Rev. 4/99

ÁREA DE RECURSOS HUMANOS

## INFORME SOBRE TRABAJO DE EMPLEADOS EN PERIODO PROBATORIO PERSONAL NO DOCENTE

| 1. Nombre del empleado | 2. Número de Seguro Social | 3. Título de Clasificación |
|---|---|---|
| Jacqueline Rivera Luna | | Profesional Servicios de Alimentos |

| 4. Ubicación | | 5. División, Sección, Unidad o Escuela | 6. Fecha en que vence el nombramiento |
|---|---|---|---|
| Región | Distrito | | |
| CAGUAS | CIDRA | ESCUELA CLEMENCIA MELENDEZ SANTOS | |

| FACTORES | Sobrepasa | Alcanza | No alcanza | Comentarios |
|---|---|---|---|---|
| PRODUCTIVIDAD: La cantidad de trabajo que realiza el empleado. | | X | | |
| EFICIENCIA: La calidad del trabajo que realiza el empleado. | | X | | |
| CONOCIMIENTOS DEL TRABAJO: Se refiere al dominio que ejerce sobre los distintos aspectos que componen su área de especialización. | X | | | |
| HABILIDAD PARA APRENDER: La rapidez y corrección con que el empleado aprende a ejecutar los deberes después de recibir las instrucciones. | X | | | |
| ASISTENCIA: La regularidad y puntualidad con que el empleado cumple con el horario diario de trabajo. | | X | | |
| CONFIABILIDAD: La capacidad observada en el empleado para captar y seguir instrucciones, asumir sus responsabilidades y ejecutar sus tareas con relativa independencia. | | X | | |
| INTEGRIDAD: La ausencia de sospecha, involucración o convicción por actos contrarios a la política pública, la Ley y la moral. La adhesión sincera y evidente a altos ideales morales y profesionales | | X | | |
| SOCIABILIDAD: La conducta del empleado en sus contactos con los demas empleados, supervisores y usuarios de servicios de la agencia. | | X | | |
| COOPERACION: La actitud y disposición para colaborar en la consecución de los objetivos del servicio. | X | | | |
| INICIATIVA Y CREATIVIDAD: Cuando el empleado hace uso de sus talentos y capacidades especiales y los pone al servicio de la agencia | X | | | |

CERTIFICO que los servicios rendidos por este empleado durante el periodo probatorio fueron:
☒ satisfactorios
☐ no satisfactorios

Indique si la no aprobación del periodo probatorio se debió a:

☒ Servicios   ☐ Hábitos   ☐ Actitudes

Rafael Sifonte/Director
Firma del Jefe de Agencia o Representante Autorizado          Fecha

CERTIFICO que la evaluación del empleado de referencia se hizo de conformidad con las guías emitidas por el Departamento de Educación y que la misma cubre el periodo comprendido entre el _enero 2003_ y el _octubre 2005_ y que el resultado de ésta se discutió con el empleado.

_[signature]_           28/octubre/2005
Firma del Supervisor Inmediato    Fecha

_[signature]_           28/octubre/2005
Firma del Empleado    Fecha

N 2548822

**Estado Libre Asociado de Puerto Rico**
081 - DEPT DE EDUCACION-CLASIFICADOS

| | |
|---|---|
| JACKELINE RIVERA LUNA | |
| H-C BOX 10626 | |
| COMERIO PR 00782 | |
| SS: | |

| | |
|---|---|
| # Empleado: | |
| Dept: | |
| Oficina: | 2020-Caguas Cidra |
| Titulo: | Trab Serv. De Alim. De Com Esc |
| Sueldo: | $1,037.00 Monthly |

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 10/01/03 |
| Hasta: | 10/15/03 |

# Cheque: 01488830
Fecha: 10/15/03

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Married |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | 7.976923 | 65.00 | 518.50 | 1235.00 | 8,869.00 |
| Pago Retroactivo Regular | | | 0.00 | | 99.00 |
| Total: | | 65.00 | 518.50 | 1235.00 | 8,968.00 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA - MHI | 7.52 | 130.04 |
| Fed OASDI/Dis | 32.15 | 556.02 |
| PR Withholdng | 17.92 | 259.30 |
| Total: | 57.59 | 945.36 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 42.91 | 742.11 |
| Total: | 42.91 | 742.11 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| OS-AS COMEDORES ESCOLARES | 7.78 | 118.54 |
| GPR Plan de Ahorros | 15.56 | 230.68 |
| Total: | 23.34 | 349.22 |

## BENEFICIOS PATRONALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 48.09 | 831.72 |
| FSED Disability Plan | 8.81 | 152.43 |
| * Tributable | | |

## TOTAL BRUTO
Corriente: 518.50
Acumulado: 8,968.00

## TOTAL IMPUESTOS
57.59
945.36

## DEDUCCIONES TOTALES
66.25
1,091.33

## PAGA NETA
394.66
6,931.31

| LIC. HORAS | ACUM | |
|---|---|---|
| Balance Inicial: | | 0.0 |
| + Acumulado: | | |
| - Utilizado: | | |
| - Donada: | | |
| + Ajustes: | | |
| Balance Final: | | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #01488830 | 394.66 |
| Total: | 394.66 |

MENSAJE: 'OCTUBRE MES DE LA CONSERVACION DE ENERGIA'

**Estado Libre Asociado de Puerto Rico**
081 - DEPT DE EDUCACION-CLASIFICADOS

| | |
|---|---|
| JACKELINE RIVERA LUNA | |
| H-C BOX 10626 | |
| COMERIO PR 00782 | |
| SS: | |

| | |
|---|---|
| # Empleado: | |
| Dept: | 8102020-Caguas Cidra |
| Oficina: | ELEMENTAL URBANA |
| Titulo: | Prof Servicio de Alimentos I |
| Sueldo: | $1,187.00 Monthly |

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 01/16/2005 |
| Hasta: | 01/31/2005 |

# Cheque: 08099373
Fecha: 01/28/2005

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Married |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | 9.130769 | 65.00 | 593.50 | 130.00 | 1,187.00 |
| Total: | | 65.00 | 593.50 | 130.00 | 1,187.00 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 8.60 | 17.21 |
| Fed OASDI/EE | 36.79 | 73.59 |
| PR Withholdng | 24.67 | 49.34 |
| Total: | 70.06 | 140.14 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 49.11 | 98.22 |
| Total: | 49.11 | 98.22 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 30.94 | 61.88 |
| OS-AS COMEDORES ESCOLARES | 8.90 | 17.80 |
| GPR Plan de Ahorros | 17.81 | 35.62 |
| Total: | 57.65 | 115.30 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Plan Medico ASES | 100.00 | 100.00 |
| GPR Plan de Retiro | 55.05 | 110.10 |
| FSED Disability Plan | 10.09 | 20.18 |

* Tributable

## TOTAL BRUTO

| | |
|---|---|
| Corriente: | 593.50 |
| Acumulado: | 1,187.00 |

## TOTAL IMPUESTOS

| | |
|---|---|
| | 70.06 |
| | 140.14 |

## DEDUCCIONES TOTALES

| | |
|---|---|
| | 106.76 |
| | 213.52 |

## PAGA NETA

| | |
|---|---|
| | 416.68 |
| | 833.34 |

## PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #08099373 | 416.68 |
| Total: | 416.68 |

MENSAJE:

**DEPT DE EDUCACION-CLASIFICADOS**
Ave. Teniente Cesar Gonzalez  Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM-Quincenal |
| Desde: | 12/01/2010 |
| Hasta: | 12/15/2010 |

Aviso #: 5135633
Fecha Aviso: 12/15/2010

**JACKELINE RIVERA LUNA**
H-C BOX 10626
COMERIO, PR 00782
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8102020-Caguas Cidra |
| Lugar: | ELEMENTAL URBANA |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $1,612.34 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Married |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | 12.402615 | 65.00 | 806.17 | 1,495.00 | 18,541.91 |
| Bono de Navidad | | | 0.00 | | 1,000.00 |
| **Total:** | | 65.00 | 806.17 | 1,495.00 | 19,541.91 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 11.69 | 283.36 |
| Fed OASDI/Disability - EE | 49.98 | 1,211.60 |
| PR Withholding | 0.00 | 728.20 |
| **Total:** | 61.67 | 2,223.16 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 66.71 | 1,534.33 |
| **Total:** | 66.71 | 1,534.33 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 68.54 | 1,576.42 |
| SM-First Medical Health Plan | 91.00 | 1,986.00 |
| SC-TRANS OCEANIC LIFE | 20.46 | 225.06 |
| OS-AS COMEDORES ESCOLARES | 12.09 | 278.07 |
| Ahorros-AEELA | 24.19 | 556.37 |
| SC-GENERAL ACCIDENT LIFE | 0.00 | 233.64 |
| **Total:** | 216.28 | 4,855.56 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 74.77 | 1,719.71 |
| FSED Disability Plan | 13.70 | 332.10 |
| SM-First Medical Health Plan | 0.00 | 1,375.00 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 806.17 | 0.00 | 61.67 | 282.99 | 461.51 |
| Acumulado: | 19,541.91 | 0.00 | 2,223.16 | 6,389.89 | 10,928.86 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5135633 | 461.51 |
| Total: | 461.51 |

**MENSAJE:**

---

**DEPT DE EDUCACION-CLASIFICADOS**
Ave. Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha 12/15/2010

Aviso No. 5135633

Cant. Deposito: $461.51

A la Cuenta(s) De

**JACKELINE RIVERA LUNA**
H-C BOX 10626
COMERIO, PR 00782

Localizacion: ELEMENTAL URBANA

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 107124 | $461.51 |
| Total: | | $461.51 |

## NO-NEGOCIABLE

**081 Dept de Educacion-Clasificados**
Ave. Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

Periodo de Pago: Mensual Quincenal
Desde: 12/01/2016
Hasta: 12/15/2016

Aviso #: 4883809
Fecha Aviso: 12/15/2016

JACKELINE RIVERA LUNA
H-C BOX 10626
COMERIO, PR 00782
SS:

# Empleado:
Dept: 8102020-Caguas Cidra
Lugar: ELEMENTAL URBANA
Titulo: DEPARTAMENTO DE EDUCACION
Sueldo: $1,732.34 Monthly

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Married |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Corriente Sueldo | Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | 13.325692 | 65.00 | 866.17 | 1,495.00 | 19,921.91 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Total: | | 65.00 | 866.17 | 1,495.00 | 20,521.91 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 12.56 | 297.57 |
| Fed OASDI/Disability - EE | 53.70 | 1,272.36 |
| Total: | 66.26 | 1,569.93 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido | 86.62 | 1,992.26 |
| Total: | 86.62 | 1,992.26 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.02 | 46.46 |
| AE-Asoc Emp ELA-Prest Regular | 88.04 | 2,017.00 |
| SM-First Medical Health Plan | 21.25 | 488.75 |
| SC-COOP DE SEGUROS DE VIDA | 20.42 | 347.14 |
| RC-Pres Pers Ret Cen-E Clasif | 55.61 | 1,279.03 |
| OS-AS COMEDORES ESCOLARES | 12.99 | 298.77 |
| Ahorros-AEELA | 25.99 | 597.77 |
| SC-MULTINATIONAL LIFE INS. | 0.00 | 59.94 |
| Total: | 226.32 | 5,134.86 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido | 134.47 | 2,962.97 |
| FSED Disability Plan | 14.72 | 348.76 |
| SM-First Medical Health Plan | 0.00 | 1,650.00 |

* Tributable

## TOTAL BRUTO / TOTAL TRIBUT FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Corriente | Acumulado |
|---|---|---|
| Total Bruto | 866.17 / 20,521.91 | |
| Trib Fed | 0.00 / 0.00 | |
| Total Impuestos | 66.26 / 1,569.93 | |
| Deducciones Totales | 312.94 / 7,127.12 | |
| Paga Neta | 486.97 / 11,824.86 | |

### DISTRIBUCION PAGA NETA
Aviso #4883809 — 486.97
Total: 486.97

| Vacaciones | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

---

Dept de Educacion-Clasificados
Ave. Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha 12/15/2016

Aviso No. 4883809

Cant. Deposito: $486.97

A la Cuenta(s) De
JACKELINE RIVERA LUNA
H-C BOX 10626
COMERIO, PR 00782

Localizacion: ELEMENTAL URBANA

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXX | 486.97 |
| Total: | | 486.97 |

## NO-NEGOCIABLE



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

23 de octubre de 2019

**Agencia: 171 - DEPARTAMENTO EDUCACION (NO DOCENTE)**

JACKELINE RIVERA LUNA
HC 3 BOX 10638

Seguro Social: XXX

COMERIO, PR 00783

A base de la información en nuestros registros, al 23 de octubre de 2019 usted posee:

Fecha de Nacimiento: 09 de agosto de 1969
Fecha de Ingreso al Servicio Público: 16 de enero de 2002
Fecha de Comienzo de Cotización: 16 de enero de 2002

Género: Femenino

| Ley R2000 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 18.04 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.25 |
| | | Aportaciones: | 8,273.52 | Aportaciones: | 4,066.48 |
| | | Intereses: | 4,000.87 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | **Transferido Ley R2000** | | | |
| Pagado: | 0.00 | Aportaciones: | 15,363.29 | | |
| Tiempo: | 0.00 | Intereses: | 1,186.60 | | |
| Balance Acumulado: | 0.00 | Total Aportaciones: | 28,824.28 | Total Aportaciones: | 4,066.48 |
| Beneficio: | 0.00 | Beneficio: | 136.93 | Beneficio: | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov