**FROM:**
Jackeline Rivera Luna
H-C-3- BOX 10638
Doña Elena abajo
Comerio PR 00782



U.S. POSTAGE PAID
FCM LG ENV
CIDRA, PR
00739
MAR 19, 20
AMOUNT
$1.60
R2304M114290-15

**TO:**
Clerks office
United States District court
Room 150 Federal Bldg
San Juan PR
00918-1767

RECEIVED & FILED
2020 MAR 20
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN



Utility Mailer
10 1/2" x 16"

ReadyPost.