March 18, 2020



Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

**Case No. 17 BK 3283-LTS, In re: The financial Oversight and Management Board for Puerto Rico as representative of The Commonwealth of Puerto Rico, et al.**

**Claim number 100798**

To whom it may concern

The present letter is to file a response to the Omnibus objection "ONE HUNDRED SIXTY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS".

The objection to Proof of claim basically it's based on fail to provide any information identifying the nature of the obligation or failed to explain how the debtors are liable to the claimant.

The entire objection is based on a false statement. The nature of the obligation its the Romerazo Act, law number 89 from July 12, 1979 of Puerto Rico. Its money that the Government of Puerto Rico owe to me.

The debtors are liable by the claimant, in this case me, because I worked as a teacher for more than 30 years and the ERS owe me money based on the law number 89, that I cited above.

The government have all the info they need to proof that they owe me money. They approved that law and they manage the ERS. They have all my info on their system. I was a Teacher, the Education Department have all my info too.

The objection of the Omnibus is unfair to all the people, including myself, because my claim is based on the law of Puerto Rico. I never received any kind of money that the law gave me rights to it. The Omnibus have an objection and by that means they think that the Government of Puerto Rico don't need to add the Department of Education retirees teachers retirement plan to the PROMESA based bankruptcy of Puerto Rico.

Sincerely,

*Zoraida Rotger Rodríguez*
Zoraida Rotger Rodríguez

RR 03 Box 9094

Añasco, Puerto Rico 00610