Zoraida Rotger Rodriguez
R.R. 03. Box 9094
Anasco P.R.
00 610

RECEIVED & FILED
2020 MAR 20 PM 3:55
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

7014 2870 0000 2955 7421

CERTIFIED MAIL

Secretaria (clerk office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767

U.S. POSTAGE PAID
FCM LETTER
AÑASCO, PR
00610
MAR 19, 20
AMOUNT
$6.40
R2305K136205-01