19 de marzo de 2020

\# Caso 17 8K 03283 LTS

\# Reclamación: 98866 y otros



Yo Armanda Rivera Mejías con dirección Urb. Parque del Monte 2 Calle Urayoan LL5, Caguas P.R. 00725. Mi numero de contacto es (787)612-5763. Soy retirada del Departamento de Educación como personal docente. Trabaje durante 31 años, 2 meses, 2 semanas y 4 días.

Por este medio quiero que continúen este caso de reclamación de no aplicación del impago durante los años correspondientes a la Ley 89, Ley 9, Ley 96 y Ley 164. A continuación, parte de la evidencia que confirman dichas alegaciones.

1. Certificación de Retiro de Maestros
2. Informe de Renta Anual Vitalicia

Existe otra evidencia del Departamento de Educación: Certificación de Maestra y copia de la 409 que ya han sido solicitada. Debido a las situaciones de los últimos meses en P.R. terremotos, Covid 19 y toque de queda entre otro solicito una prórroga para completar las evidencias para la apelación del caso 17 8K 03283 LTS con número de reclamación 98866 y otros.

Tan pronto me entreguen los documentos estaré enviándolos.

*Armanda Rivera Mejías*
Armanda Rivera Mejías

United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 178K 3283-LTS

**One hundrethrity seventh** OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 98866

Name and Address: Armanda Rivera Mejias
Urb. Parque del Monte 2
Calle Uroyoan LL5
Caguas P.R. 00727

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y la Departamento de Educación de Puerto Rico.

Ley 89 de 1984 — Romerazo

Años Reclamados ___16.___

Cantidad Reclamada ___$19,200.00___

Ley 9 del año _____

Años Reclamados ___8___

Cantidad Reclamada ___$3,430.08___ o máximo a que tenga derecho

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación Retiro de Maestros

2. Informe renta anual Vitalicia

3.

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Armanda Rivera Mejias

Firma: Armanda Rivera Mejias   Fecha: 20 de marzo de 2020