# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Armanda Rivera Mejías**, con número de seguro social que termina en **7972**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 29 de julio de 2001 |
| Tiempo Cotizado para la Pensión | 31 años, 2 meses, 2 semanas, 4 días |
| Pensión Mensual Inicial | $1,182.44 |
| Pensión Mensual Actual | $1,443.26 |

Esta certificación se expide hoy, **9 de marzo de 2020** en **San Juan**, **Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



**SRM**
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro

☏ 787.777.1414   🖷 787.764.6910   www.srm.pr.gov

Modelo SC-1515 (IRM)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO

## JUNTA DE RETIRO PARA MAESTROS

## INFORME RENTA ANUAL VITALICIA

-7972

| Nombre | Núm. Reclamación | Sexo F |
|---|---|---|
| Armanda Rivera Mejías | 32285 | |

Tipo de Renta:
  a— Años de Servicio y Edad          c— Incapacidad
     Opcional    ( )                     Ocupacional      ( )
     Obligatorio ( )                     No Ocupacional   ( )

  b— Edad ( )                          d— Diferida ( )*

| Fecha de Nacimiento | | |
|---|---|---|
| 1949 | febrero | 27 |
| Año | Mes | Día |

| Fecha de Retiro | | |
|---|---|---|
| 2000 | julio | 28 |
| Año | Mes | Día |

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad |
|---|---|---|---|---|---|---|---|
| 51 | 5 | 2 | 31 | 2 | 2 | 4 | $ 33,286.79 |
| Años | Meses | Días | Años | Meses | Sem. | Días | |

| Fecha de Efectividad | | |
|---|---|---|
| 2000 | julio | 29 |
| Año | Mes | Día |

Retiro Ley Núm. 44 de 2000

Cómputo de la Renta Anual:                                    tres
a— Sueldo promedio mensual más alto durante ~~cinco~~ años consecutivos a $ 1,819.44          1,182.63

X ____.65% X 30 años
  (Por ciento)                                    (Tiempo Acreditado)

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

   ( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55
       años de edad.

   ( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y
       menos de 60 años de edad.

b— Ajuste para llegar al Mínimo Establecido por Ley #44

| Años de Servicio | Edad | Incapacidad Física | Diferido | |
|---|---|---|---|---|
| $ 181.95 | $ | $ | $ | 181.95 |

Diferencia Mínimo o Renta Sistema Retiro

| Renta Mensual Vitalicia | 1,364.58 |
|---|---|
| Renta Anual Vitalicia | 16,374.96 |

| Computado | | | Cotejado | | |
|---|---|---|---|---|---|
| Linsaidy Morales | 4 Enero 2001 Fecha | | p/r: B Ledouk | 4-1-01 Fecha | |

Recomendado:
Gloria E. Navas Pérez          10-1-01 Fecha
Directora Area Servicios de Retiro

Aprobado:
                              10-1-01 Fecha
Irma A. Giménez López
Secretaria Ejecutiva