De Armando Rivera Mejias
Urb. Parque del Montez
Calle Uroyoan LL5
Caguas P.R. 00727

#Caso 17 8K 03283+5

To: Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

SAN JUAN PR 009
20 MAR 2020 PM 1 L

RECEIVED & FILED
2020 MAR 23 PM 4:46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.