From: Diana H. Ares Brooks

Date: March 18, 2020

HC-04 Box 4994
Humacao, PR 00791
787-306-9007
Email: dianahannelore@gmail.com

To: Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

Abogado de la Junta de Supervisión (Counsel for the Oversight Board)
Proskauer Rose LLP
Eleven Times Square Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienenstock Brian S. Rosen

Abogado del Comité de Acreedores (Counsel for the Creditors' Committee)
Paul Hastings LLP
200 Park Avenue Nueva York, Nueva York 10166
A/A: Luc A. Despins James Bliss James Worthington G. Alexander Bongartz

*RECEIVED & FILED CLERK'S OFFICE MAR 23 2020 US DISTRICT COURT SAN JUAN, PR*

SUBJECT: Claim of Objection to Proof of Claim in relation to case number 27046 and Docket number 12325

Dear Sir/Madam,

I am writing this letter to object to the proposed Deficient Claim. This objection is based on an important factor that I hope the council will take into consideration. I believe that the board ruling, has not fully considered the interest of my claim. I urge you to take into consideration the facts that are provided below.

1. The evidence that I provide, will show that I worked for the Department of Education for 27 years, and I paid into to my Retirement fund during all those years of service. I've included a copy of the statement that shows how much time, and the monetary contributions I have made into my retirement fund.

I hope that you would take into consideration the evidence that I am providing and reconsider your decision.

Sincerely,

Diana H. Ares Brooks

Enclosed:

1. Proof of Claim
2. Statement of Retirment (Estado de cuenta Ley 3 Retiro)