DIA[...]RES BROO[...]
3084 VIDALIA CT.
DUMFRIES, VA. 22026



SECRETARIA (CLERKS OFFICE)
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
ROOM 150 FEDRAL BUIILDING
SAN JUAN, PUERTO RICO 00918-1767