Date: March 18, 2020

RECEIVED & FILED
2020 MAR 23 PM 4:45
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN

From: Diana H. Ares Brooks
HC-04 Box 4994
Humacao, PR 00791
787-306-9007
Email: dianahannelore@gmail.com

To: Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

Abogado de la Junta de Supervisión (Counsel for the Oversight Board)
Proskauer Rose LLP
Eleven Times Square Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienenstock Brian S. Rosen

Abogado del Comité de Acreedores (Counsel for the Creditors' Committee)
Paul Hastings LLP
200 Park Avenue Nueva York, Nueva York 10166
A/A: Luc A. Despins James Bliss James Worthington G. Alexander Bongartz

SUBJECT: Claim of Objection to Proof of Claim in relation to case number 30311 and Docket number 12325

Dear Sir/Madam,

I am writing this letter to object to the proposed Deficient Claim, this objection is based on several important factors that I hope the council will take into consideration, I believe that the proposition is not in full interest of my claim and would like to urge you to take into consideration the facts that are provided here.

1. I am providing the evidence that I had a lawsuit against the Department of Education in which I had won a settlement. I am including a copy of the Court Order that states how much I was assigned.

I hope that you would take into reconsideration the evidence that I am providing.

Sincerely,

Diana H. Ares Brooks

Enclosed:
1. Proof of Claim
2. Court Order (Tribunal de Humacao, PR)