ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE HUMACAO

| | |
|---|---|
| DIANA M. ARES BROOKS Y OTROS<br>    **Demandantes**<br><br>VS.<br><br>DEPARTAMENTO DE EDUCACIÓN, ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS<br>    **Demandados** | CIVIL NUM: HSCI2012-00843<br><br>SOBRE: DAÑOS Y PERJUICIOS |

## MOCIÓN EN CUMPLIMIENTO DE ORDEN DETALLANDO ACUERDO TRANSACCIONAL

**A ESTE ILUSTRE FORO JUDICIAL:**

**COMPARECEN** las partes demandantes por conducto de sus respectivos abogados y ante este Honorable Tribunal muy respetuosamente **EXPONEN** y **SOLICITAN:**

1.  El 21 de febrero de 2017, se celebró vista sobre autorización judicial.

2.  Como se sabe las partes presentaron acuerdo transaccional acordando transigir las causas de acción presentadas en contra del ELA por la suma total de $50,000.00. Dicha suma será pagada a razón de tres plazos con un pago de $15,000.00 durante el año fiscal 2016-2017; un segundo pago de $15,000.00 durante año fiscal 2017-2018; un tercer pago de $20,000.00 durante el año fiscal 2018-2019.

3.  La prueba desfilada durante la vista sobre autorización judicial estableció la distribución de la suma pactada. De acuerdo a lo declarado en sala por los testigos, y con la anuencia de la Procuradora Especial de Relaciones de Familia Lcda. María del C. Berrios Colón, los demandantes acordaron que la menor Cherrian K. Rivera Ares reciba la suma de $30,000.00; la demandante Diana M. Ares Brooks reciba la suma de $12,000.00; la demandante Diane H. Brooks reciba la suma de $8,000.00.

4. En orden de prelación la menor Cherrian K. Rivera Brooks recibirá su pago primero que las demás co-demandantes.

5. De los $30,000.00 que se consignarán a favor de la menor Cherrian K. Rivera Brooks será deducida la suma de $7,500.00, equivalentes al 25% para satisfacer el pago de honorarios de abogado según fueron pactados y autorizados por este Ilustre Tribunal. Dicha suma deberá ser remitida a favor de los abogados de la menor Lcdo. Ralphie R. Pérez Agosto y Lcdo. Frank Serrano Bonilla.

6. Las partes comparecientes ratifican todos los acuerdos vertidos en corte abierta, los cuales se expresan en este documento, y ruegan que este Augusto Foro dicte sentencia de conformidad.

**POR TODO LO CUAL** de este Honorable Tribunal se solicita que dé por cumplida la Orden emitida, provea de conformidad con lo peticionado y dicte así cualesquiera otros pronunciamientos que procedan en estricto derecho.

**SOMETIDA CON EL MAYOR DE LOS RESPETOS.**

En Humacao, Puerto Rico, 27 de abril de 2017.

**CERTIFICO**: Haber enviado copia fiel y exacta de la presente moción a la **Lcda. Johanna Barreto Aldiva**, mediante su correo electrónico a la siguiente dirección: , **Lcda. Nivia Candelaria Martes**, mediante su correo electrónico: y a la **Lcda. María del C. Berrios Colón, Procuradora de Asuntos de la Familia**, mediante su correo electrónico a la siguiente dirección:

---

**DIANA M. ARES BROOKS**
Por sí y en representación de la menor
**Cherrian K. Rivera Ares**

**LCDO. RALPHIE R. PEREZ AGOSTO**
RUA NUMERO 10,217
ABOGADO DE DIANA M. ARES BROOKS
8 CALLE CRUZ ORTIZ STELLA (N)
HUMACAO, PUERTO RICO 00791-3938
TEL / FAX: (787) 850-3707

E-mail:bufetepere@prtc.net

**LCDO. FRANK SERRANO BONILLA**
RUA NUMERO 9,594
ABOGADO DE DIANA M. ARES BROOKS
PO BOX 1128, JUNCOS, PR 00777
TEL. (787) 691-7665
E-mail: fserranoboni@gmail.com

**DIANE H. BROOKS**

**LCDO. JOARICK S. PADILLA AVILES**
RUA NUM. 12,464 – COL. 13,733
ABOGADO DE DIANE H. BROOKS
1111 AVE. JESUS T. PIÑERO
SAN JUAN, PR 00920-5606
TEL: 787-306-0481
FAX: 787-783-2875
E-mail: padillaavileslaw@gmail.com

mismo.

Fringe planteó en su Solicitud de Reconsideración que algunas disposiciones del Capítulo 29 del Reglamento Conjunto son contrarias a Ley 335-1999. Particularmente alega que la Ley 335-1999 no contiene prohibiciones en cuanto a la ubicación de *billboards* en zonas inundables. 26 En síntesis, Fringe pretendió utilizar el procedimiento de reconsideración ante la DR-OGPe para atacar un reglamento promulgado y adoptado válidamente por la Junta de Planificación. Sin embargo, la DR-OGPe no es el foro para que se dejen sin efecto los reglamentos promulgados por la Junta de Planificación al amparo de las facultades que le confiere la Ley 75-1975 , la Ley 161-2009 y la Ley 335-1999, como *defacto* ocurrió en este caso.

Nuestro Tribunal Supremo ha establecido como norma general, que antes de considerar los méritos de una impugnación reglamentaria como la pretendida colateralmente por Fringe ante la DR-OGPe, los tribunales deben cerciorarse de que: (1) la legislatura permitió la revisión judicial; (2) la parte apropiada presentó la acción; (3) el reclamo se instó contra el demandado correcto; (4) la controversia goza de la necesaria madurez; y (5) se utilizó el recurso adecuado. Véase Centro Unido de Detallistas v. Comisión de Servicio Público, 2008 T.S.P.R. 116, opinión de 11 de julio de 2008, citando de B. Schwartz, Administrative Law, 3ra ed., L. B. & Co., págs. 470-71; J.P. v. Frente Unido Pro Defensa Valle de Lajas, 2005 T.S.P.R. 117, res. 26 de agosto de 2005. De lo anterior surge que cualquier reclamación de Fringe en cuanto a la validez de las disposiciones reglamentarias que prohíben el proyecto propuesto, debe formularlas ante aquel tribunal que tenga facultad para adjudicarlas y no ante la DR-OGPe, que viene obligada a aplicar las normas reglamentarias aplicables mientras otra cosa no disponga un tribunal de justicia. Por ello, procedía que la DR-OGPe acatara las disposiciones reglamentarias aplicables como bien hizo la OGPe y, en consecuencia, confirmara la denegatoria del Anteproyecto. Al no hacerlo así, erró la DR-OGPe.

De otra parte la DR-OGPe insiste en aplicar las disposiciones del Reglamento Núm. 13[2,8] que permiten ciertas construcciones en zonas inundables, las cuales a todas luces son inaplicables en este caso. Veamos. La Sección 1.04 del Reglamento Núm. 13 dispone que el mismo aplica entre otros, a las áreas especiales de riesgo a inundación así adoptadas por la Junta de Planificación y a las propiedades que

4

*probabilidad de ser igualada o excedida en un año dado. Se conoce como una inundación con un periodo de recurrencia de 100 años.* (Véase Reglamento Núm. 13, Sección 2.01 (39).

Hazard Area)[3] ° o zona susceptible a inundación,[31] El valle inundable comprende los terrenos en que ubican en un área que tiene una probabilidad de inundación de 1% anual. Entre otros el valle inundable o zona inundable comprende terrenos que ubican en el cauce mayor[32] y los terrenos que ubican dentro de lo que se denomina el "fringe area", como son los terrenos identificados en los Mapa de FEMA como Zona AE.[33] Es decir, tanto el valle inundable como la zona susceptible de inundación como el área especial de riesgo de inundación como las zonas inundables se usan para designar terrenos que tendrían uno (1%) por ciento de probabilidades de ser inundados en cualquier año.

La Sección 3.01 del Reglamento Núm. 13 dispone que la Junta adoptará áreas especiales de riesgo a inundación aquellos terrenos afectados por la inundación base, con sujeción a lo dispuesto por la Ley 3-1961[3,4] y en conformidad con la reglamentación del Programa Nacional del Seguro de Inundación. A su vez la Sección 4.01 del Reglamento Núm. 13 dispone que:

> *[l]as áreas especiales de riesgo a inundación así demarcadas en los Mapas sobre Tasas del Seguro de Inundación, de la Agencia Federal Sobre Manejo de Emergencias, Programa Nacional del Seguro de Inundación se clasificará en zonas según se establece más adelante en este Reglamento.* (Énfasis Suplido).

---

[31] El Reglamento Conjunto define el Concepto Zona Susceptible a Inundaciones de la siguiente forma: *Zona Susceptible a Inundaciones -Aquellos terrenos que tendrían uno (1%) por ciento de probabilidades de ser inundados en cualquier año.*

[32] A su vez la Sección 2.01(14) define el cauce mayor (Floodway) como:
> *[e]l lecho de un río, quebrada, arroyo o drenaje pluvial natural y aquellas porciones de terrenos adyacentes que se deben reservar para descargar la inundación base sin aumentar acumulativamente la elevación superficial de las aguas del valle inundable por más de 0,30 metros. En caso de un nuevo estudio detallado en Zona A (Sección 7.02) y la evaluación de un depósito de relleno (Sección 7.07, el aumento máximo a permitirse será de 0.15 metros [medio (1/2) pie], según determinada por el estudio hidrológico-hidráulico*
(Véase Reglamento Núm. 13, Sección 2.01 (14).

[33] La Zona AE se define como:
> *[á]rea especial de riesgo a inundación con periodo de recurrencia de 100 años, determinada por métodos específicos y para la cual se indican las elevaciones de la inundación base. Según el alcance del estudio, puede incluir la determinación del Cauce Mayor.*
(Véase Reglamento Núm. 13, Sección

2.01(44)(b). A su vez la inundación base se

define como:

> *[i]nundación que tiene un uno (1%) por ciento de probabilidad de ser igualada o excedida en un año dado. Se conoce como una inundación con un periodo de recurrencia de 100 años.* (Véase Reglamento Núm. 13, Sección 2.01 (39). La Zona AE se define como

You may also submit your claim electronically by visiting http://cases.primeclerk.com/puertorico/EPOC-Index

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

MMLID: 1189990

EPOC ID: 170356600239365

| | | |
|---|---|---|
| ☒ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

RECEIVED

MAY 2 5 2018

PRIME CLERK

Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule F – Participant Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Employees Retirement System of the Government of the Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule F – Obligaciones de los participantes como un reclamo Contingente, Sin liquidez no asegurado por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohibira por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

☑ Date Stamped Copy Returned
☐ No Self-Addressed Stamped Envelope
☑ No Copy Provided MF

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

1. **Who is the current creditor?**

   **¿Quién es el acreedor actual?**

   DIANA H ARES

   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____



Claim Number: 30311

Proof of Claim

page 1



Claim Number: 30311

| | | |
|---|---|---|
| 2. Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No<br>☐ Yes. From whom?<br>    Sí. ¿De quién? _____ | |

**3.** Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

Where should notices to the creditor be sent?
¿A dónde deberían enviarse las notificaciones al acreedor?

DIANA H ARES
HC 04 BOX 4994
HUMACAO PR 00791

787-306-9007
Contact phone / Teléfono de contacto

dianabanrelore@gmail.com
Contact email / Correo electrónico de contacto

Where should payments to the creditor be sent?
(if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

_____
Name / Nombre

_____
Number / Número      Street / Calle

_____
City / Ciudad    State / Estado    ZIP Code / Código postal

_____
Contact phone / Teléfono de contacto

_____
Contact email / Correo electrónico de contacto

| | |
|---|---|
| 4. Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☒ No / No<br>☐ Yes.  Claim number on court claims registry (If known)<br>    Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____<br>    Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA) |
| 5. Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☒ No / No<br>☐ Yes. Who made the earlier filing?<br>    Sí. ¿Quién hizo la reclamación anterior?_____ |

---

**Part 2 / Parte 2:**     **Give Information About the Claim as of the Petition Date**

**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

| | |
|---|---|
| 6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>Demanta Departamento de Educacion |
| 7. Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☒ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____ |

Modified Official Form 410            Proof of Claim            page 2

U0504 v.01 02.15.2018

000 0007343 00000000 0003 0005 01469 INS: 0 0

**8. How much is the claim?**

¿Cuál es el importe de la reclamación?

$ *8000.00* . **Does this amount include interest or other charges?**
¿Este importe incluye intereses u otros cargos?

☐ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Si. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

---

**9. What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

*Demanda a Dept. de Educacion*

---

**10. Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☑ No / No

☐ Yes. The claim is secured by a lien on property.
Si. La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:
☐ Motor vehicle / Vehículos

☐ Other. Descr be:
Otro. Describir: _____

Basis for perfection / Fundamento de la realización de pasos adicionales: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantia (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

Value of property / Valor del bien: $_____

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $_____

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso)_____%

☐ Fixed / F ja
☐ Variable / Variable

---

**11. Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☑ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Si. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____

---

Modified Official Form 410       **Proof of Claim**       page 3

U0505 v.01 02.15.2018



| | |
|---|---|
| **12. Is this claim subject to a right of setoff?**<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br><br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
| **13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received   $_____<br>by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

## Part 3 / Parte 3:   Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

*Check the appropriate box / Marque la casilla correspondiente:*

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el  21 / mayo / 20 16  (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma  _Diana H. Ares_

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name  Diana    H.    Ares
      First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido

Title / Cargo  _____

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección  HC-04  Box 4994
                     Number / Número      Street / Calle

Humacao                              P.R.        00791
City / Ciudad                         State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto_____   Email / Correo electrónico_____

Modified Official Form 410                Proof of Claim                          page 4

U0506 v.01 02.15.2018

Diana H. (Ories)
HC-04 Box 4994
Humacao, P.R.
00791

23 MAY 2018 PM 5 1

USAFOREVER   USAFOREVER

Commonwealth of Puerto Rico
Claims Processing Center
C/o Prime Clerk LLC
Grand Central Station
P.O. Box 4708
10163-470808 New York, NY 10018 Box 4-708

RECEIVED

MAY 25 2018

PRIME CLERK LLC