Diana H. Ares Brooks
3084 Va[...]
Dumfries, Va.
22026



SECRETARIA (CLERKS OFFICE)
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
ROOM 150 FEDRAL BUIILDING
SAN JUAN, PUERTO RICO 00918-1767