19 de marzo de 2020.

RECEIVED & FILED
2020 MAR 23 PM 4: 46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Centésima cuadragésima, octava objeción Global relacionada con Prime Clerk

Caso # 178K03566-LTS

Número de reclamación: 127666, 127984, 147099.

Distrito Federal de Estados Unidos de América para distrito Estado Libre Asociado de Puerto Rico:

Soy la Sra. Francisca Cardona Luque, mi dirección postal es PO BOX 194 Aguas Buenas, P.R. 00703. Mi número de teléfono es (787)209-8700. Durante 34 años, 5 meses, 2 semanas y 2.5 días, trabajé como personal docente para el Departamento de Educación de P.R. Desde agosto de 1965 hasta mayo del 2000, fecha en que me acogí al retiro permanente.

Estoy escribiendo esta carta para indicarles que continúen este caso de reclamación hacia adelante por la naturaleza del impago durante los años correspondientes a la Ley 89, Ley 96 y Ley 164. Adjunto les envío copia de las evidencias que confirman dichas alegaciones. Existe otra evidencia; la forma 409 del Departamento de Educación, cuya copia será enviada más tarde debido a la situación del COVID 19 que enfrenta actualmente el país, por lo que las oficinas gubernamentales no se encuentran en funcionamiento.

Atentamente,

Francisca Cardona Luque