United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 178K 3283-LTS

One Hundred Thirty Seventh OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 127666 - 127984 - 147099

Name and Address:

Francisca Cardona Luque
P.O. Box 194
Aguas Buenas P.R. 00703

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y la Departamento de Educación de Puerto Rico.

Ley 89 de 1984 — Romerazo

Años Reclamados _16_

Cantidad Reclamada $ 19,200.00

Ley 9 del año _____

Años Reclamados _8_

Cantidad Reclamada $ 3,958.08 o máximo a que tenga derecho.

United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 178K 3283-LTS

<u>One Hundred Thirty Seventh</u> OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 12766 - 127984 - 147099

Name and Address: Francisca Cardona Luque
P.O. Box 194
Aguas Buenas, P.R. 00703

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y la Departamento de Educación de Puerto Rico.

Ley 164

Años Reclamados _____

Cantidad Reclamada  $12,000 o máximo a que tenga derecho

Ley 96

Años Reclamados _____

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación de Retiro de Maestro
2. Informe Renta Anual Vitalicia
3.

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Francisca Cardona Luque

Firma: _Francis Cardona Luque_  Fecha: 19/03/2020

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Francisca Cardona Luque**, con número de seguro social que termina en **4941**.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 1 de junio de 2000 |
| Tiempo Cotizado para la Pensión | 34 años, 5 meses, 2 semanas, 2.5 días |
| Pensión Mensual Inicial | $1,360.41 |
| Pensión Mensual Actual | $1,443.26 |

Esta certificación se expide hoy, **9 de marzo de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
**Supervisor**
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879


Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

☏ 787.777.1414   📠 787.764.6910   www.srm.pr.gov

Modelo SC-1515 (IRM)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO

## JUNTA DE RETIRO PARA MAESTROS

## INFORME RENTA ANUAL VITALICIA

4941

| Nombre | Núm. Reclamación | Sexo F |
|---|---|---|
| Francisca Cardona Luque | 32582 | |

Tipo de Renta:
- a— Años de Servicio y Edad
  - Opcional (x)
  - Obligatorio ( )
- b— Edad ( )
- c— Incapacidad
  - Ocupacional ( )
  - No Ocupacional ( )
- d— Diferida ( )*

Fecha de Nacimiento: 1940 OCTUBRE 16
Fecha de Retiro: 2000 mayo 31

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Fecha de Efectividad |
|---|---|---|---|---|---|---|---|---|
| 59 Años | 7 Meses | 26 Días | 34 Años | 5 Meses | 2 Sem. | 2½ Días | $35,068.49 | 2000 junio 1 |

Retiro Ley Núm. 218 de 1951

**Oficina de Finanzas — Documentos Preintervenidos**
Fecha 11/6/00
Iniciales

Cómputo de la Renta Anual:
a— Sueldo promedio mensual más alto durante tres/cinco años consecutivos a $1,813.88 ............... 1,360.41

X .75% X 30 años
(Por ciento)   (Tiempo Acreditado)

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad.

b— Ajuste para llegar al Mínimo Establecido por Ley

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ | $ | $ | $ |

Diferencia Mínimo o Renta Sistema Retiro

Renta Mensual Vitalicia ............... 1,360.41
Renta Anual Vitalicia ............... 16,324.92

Computado: Hugo Aponte Morán  Fecha 2 NOV. 2000
Cotejado: Carlos J. Serrano  Fecha 11/00
Recomendado: Gloria E. Navas Pérez, Directora Area Servicios de Retiro  Fecha 3-11-0
Aprobado: Irma A. Giménez López, Secretaria Ejecutiva  Fecha 11-8-2000