From: Francisco Cordero
P.O. Box 194
Aguas Buenas, P.R. 00703

Caso: 17-8K 03566 LTS

RECEIVED & FILED
2020 MAR 23 PM 4:46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

To: Secretaria (Clerk Office)
Tribunal Distrito de los E.U.
Room 150 Federal Building
San Juan P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
AGUAS BUENAS, PR
00703
MAR 19, 20
AMOUNT
$0.15
R2305M148096-09