Replica de objeción global

RECEIVED & FILED
2020 MAR 23 PM 4: 46
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

I. Datos de contacto

Nombre: Francisco Javier Rodríguez Vega

Dirección: Urb. Del Carmen calle 4 #65 Juana Díaz, Puerto Rico 00795

Teléfono: 787-929-4033

II. Epígrafe
A. Secretaría ( Clerk's Office)

  Tribunal de Distrito de Estados Unidos
  Room 150 Federal Building
  San Juan Puerto Rico 00918-1767
B. Estado Libre asociado de Puerto Rico y otros (deudores)
C. Número de Procedimiento:17 BK3283-LTS
D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
  Número de evidencias de reclamo
  # 49762- Ley #89 Romerazo- Efectiva en 1 de julio de 1996
  # 94057 Ley escala salarial- Pasos, del 6 de junio de 2002
  # 96621- Ley #96(2002) De Pedro Roselló- efectiva juluio de 2002
  Ley #164(2004) de la Sra. Sila Calderón efectiva enero de 2004

III. El Tribunal no debe declarar a lugar la Objeción Global, debido a que son dineros adeudados mediante la aprobación del gobierno del estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 89 Romerazo-Efectiva el 1 de junio de 1996

Ley de escala salarial- Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Roselló- efectiva julio de 2002

Ley#164(2004) de la Sra. Sila María Calderón efectiva enero 2004).

Ley de Carrera Magisterial # 208 de 2002 desde 2014 hasta 2018( Nivel 4.40% de salario( 3,605 mensual).

IV. Documentación justificativa

Se incluyen documentos que evidencian los años de servicio con el Departamento de Educación

Desde 1984 hasta 2018 laborando como maestro. La reclamación está basada en las leyes aplicables que abarcan 34 años de servicio educativo. Se incluyen documentos que evidenciqan este reclamo.

Debido a las situaciones de emergencia en nuestro país (Pandemia del coronavirus y los temblores que han azotado al sur de la isla, se están enviando las réolicas en este momento. De necesitar información o docomentos adicionales , favor de comunicarse con el que suscribe.