TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

Número de caso: 77150

Nombre: Francisco Javier Rodríguez Vega

Dirección Postal: Urb. Del Carmen calle 4 #65 Juana Díaz P.R. 00795

Correo Electrónico: fjrodrive@gmail.com

Epígrafe (titulo): Tribunal de Distrito de EE.UU

Nombre del Tribunal: Tribunal de Distrito de EE.UU. Room Federal Building San Juan P.R. 00918

Nombre de los deudores: Estado Libre Asociado de Puerto Rico

Número de Procedimiento: 17 BK 3283 - LTS

Título de la objeción Global: One hundred and fifth objection of the commonwealth Carrera Magisterial, Días en exceso, Ley 89

Número de reclamación: 77150

Mis motivos por los cuales el Tribunal no debe declarar no ha lugar a la Objeción Global es la siguiente: Fui maestro desde el 6 de agosto de 1984 hasta el 31 de julio de 2018. Entiendo y evidencio que tengo derecho a los siguientes aumentos:
1. Carrera Magisterial - Grado Adquirido - Doctorado (2013 año)
2. Licencia por enfermedad - exceso de días
3. Ley 89
4. Ley incentivo Sila Calderón
5. Romerazo

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

Número de caso: 52040

Nombre: Francisco Javier Rodríguez Vega

Dirección Postal: Urb. Del Carmen calle 4 #65 Juana Díaz Puerto Rico 00795

Correo Electrónico: fjrodrive@gmail.com

Epígrafe (titulo): Commonwealth of Puerto Rico

Nombre del Tribunal: Tribunal de Distrito de Estados Unidos Room 150 Federal Building San Juan, P.R 00918

Nombre de los deudores: Estado Libre Asociado de Puerto Rico

Número de Procedimiento: 17 BK 3283 - LTS

Título de la objeción Global: One hundred forty fifth omnibus objection of the commonwealth Ley 89, Liquidación Enfermedad, Etapa (5) Carrera magisterial

Número de reclamación: 52040

Mis motivos por los cuales el Tribunal no debe declarar no ha lugar a la Objeción Global es la siguiente:

Tengo evidencia de haber completado los requisitos para alcanzar el grado doctoral
Entiendo que tengo derecho a los siguientes aumentos.
1. Carrera Magisterial. Grado obtenido desde 2013
2. Licencia por enfermedad
3. Ley 89
4. Ley incentivo Sila Calderón
5. Romerazo

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

Número de caso: 94969

Nombre: Francisco Javier Rodríguez Vega

Dirección Postal: Urb. Del Carmen calle 4 #65 Juana Díaz Puerto Rico, 00795

Correo Electrónico: fjrodrive@gmail.com

Epígrafe (titulo): Tribunal de Distrito de los Estados Unidos

Nombre del Tribunal: Tribunal de Distrito de E.E.U.U. Room Federal San Juan Building P.R. 00918

Nombre de los deudores: Estado Libre Asociado de Puerto Rico

Número de Procedimiento: 17 BK 3283 - LTS  Ninetieth omnibus objection of the commonwealth

Título de la objeción Global: Ley 89, Carrera Magisterial, Liquidación enfermedad, Escala Salarial

Número de reclamación: 94969

Mis motivos por los cuales el Tribunal no debe declarar no ha lugar a la Objeción Global es la siguiente: Fui maestro en el Departamento de Educación desde el 6 de agosto de 1984 hasta el 31 de julio de 2018. Entiendo y evidencio que tengo derecho a los siguientes aumentos:

1. Etapa (5) Nivel 4 Carrera Magisterial = 180 dólares mensuales multiplicado por 12 meses por 3 años 2015 a 2018
2. Liquidación de licencia por enfermedad y exceso de días.
3. Ley 89
4. Ley incentivo de Sila Calderón.

Adjunto le anejo copias de evidencia

**Estado Libre Asociado de Puerto Rico**
**Departamento de Educación**
DISTRITO ESCOLAR DE JUANA DIAZ
JUANA DIAZ, PUERTO RICO

DESGLOSE DE CANTIDAD DE CREDITOS, HORAS DE EDUCACION CONTINUA, PROYECTO ESPECIAL / ADIESTRAMIENTOS OFRECIDOS Y EVALUACIONES PARA PODER PEDIR REVISIONES DE SALARIO POR ETAPAS Y NIVELES DE LA CARRRERA MAGISTERIAL

| ETAPAS | CREDITOS CONDUCENTES AL GRADO | HORA DE EDUCACION CONTINUA | HORA DE PROYECTO ESPECIAL/ ADIESTRAMIENTOS OFRECIDOS A LA FACULTAD DE LA ESCUELA Nivel IV Solamente | EVALUACIONES |
|---|---|---|---|---|
| ETAPA 1 | 1/5 de los créditos | 40 Horas | 20 Horas | 1 Evaluación |
| ETAPA 2 | 2/5 de los créditos | 80 Horas | 40 Horas | 1 Evaluación |
| ETAPA 3 | 3/5 de los créditos | 120 Horas | 60 Horas | 1 Evaluación |
| ETAPA 4 | 4/5 de los créditos | 160 Horas | 80 Horas | 1 Evaluación |
| ETAPA 5 | GRADO CONFERIDO POR LA UNIVERSIDAD | 200 Horas | 100 Horas | 2 Evaluaciones |

Certifico que cumplo fundamentalmente con los requisitos de etapa 5 grado doctoral:
1) Grado Adquirido en octubre 2013
2) 9 evaluaciones realizadas por el director escolar. Requisito (2)
3) más de 100 horas (130) en talleres a padres, maestros y estudiantes
4) más de 200 horas en adiestramientos (265)
5) Todo está certificado por el Departamento de Educación. Anejo la información

Francisco [signature] rodriguez

# GOBIERNO DE PUERTO RICO
### Sistema de Retiro para Maestros

03 de abril de 2018

DEPARTAMENTO DE EDUCACION  
SECCIÓN DE NOMBRAMIENTOS Y CAMBIOS  
APARTADO 190759  
SAN JUAN PR 00919 0759

Solicitud No: 923640  
Radicada en: 02 nov 2017

Atención: Sr. Enoch González Vélez

El(la) profesor(a) FRANCISCO J. RODRIGUEZ VEGA con seguro social XXX-XX-1959 ha radicado una Solicitud de Retiro en nuestro Sistema. Al 2 de marzo de 2018, fecha de su última aportación recibida,

[X]cualifica [ ]no cualifica para acogerse a la jubilación.

Su tiempo cotizado y edad es el siguiente:

33 Años, 7 Meses, 0 Semanas, .00 Dias y su edad es 55 años.

Los pagos pendientes no están considerados en esta certificación. Los mismos son:

[ ]Reconocimiento de Tiempo  
[ ]Diferencia en % por transferencia recibida  
[ ]Reembolso de Cuotas  
[X]No aplica

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema.

Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras hasta tanto envíen las autorizaciones de descuentos para tramitar su pensión.

Atentamente,

Ivonne L. Ortiz Valladares  
Area de Servicios de Retiro

c: FRANCISCO J. RODRIGUEZ VEGA  
URB DEL CARMEN  
65 CALLE 4  
JUANA DIAZ, PR 00795 2513

XXX-XX-1959

Edificio Capital Center, Torre Norte, Hato Rey, Puerto Rico  
P.O. Box 191879, Hato Rey, PR 00919-1879  
srm_correspondenciaconsulta@srm.pr.gov (787) 777-1414 http://www.srm.pr.gov



# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

23 de octubre de 2018

FRANCISCO J. RODRIGUEZ VEGA
URB DEL CARMEN
65 CALLE 4
JUANA DIAZ, PR 00795 2513

XXX-XX-1959

Solicitud No: 946134
Radicada en: 20 sep 2018

Señor(a): Rodriguez Vega   CASO: 186

Deseamos informarle que su Pension Años De Servicio ha sido aprobada. Su retiro fue efectivo el 01 de agosto de 2018 y su renta mensual será de $2,703.75. Recibirá un pago retroactivo desde la fecha de efectividad de su pensión hasta el ingreso a nómina.

Si usted no se encuentra conforme con la presente determinación podrá radicar dentro del término de 20 días a partir de la notificación de la determinación del Director o su representante, un Escrito de Reconsideración ante la Junta de Sindicos del SRM. Dicha solicitud puede ser radicada personalmente o enviada por correo.

Radicaciones

Dirección Física: Secretaría Junta de Síndicos, Piso 8, Capital Center, Torre Norte 235 Ave Arterial Hostos, Hato Rey, PR

Dirección Postal: Secretaría Junta de Síndicos, Piso 8, PO Box 191879, San Juan, PR 00919-1879

En las radicaciones por correo, el matasellos debe mostrar que la misma fue cursada dentro del término establecido. Todos los términos mencionados en los incisos para apelar o solicitar reconsideración son en días naturales. El procedimiento de apelación se rige por el Reglamento 7053 de 15 de noviembre de 2005.

Le informamos que cualquier gestión, comunicación o trámite que efectúe con nuestro Sistema, distinto a los escritos antes mencionados, no interrumpe los términos que dispone para ejercer su derecho de apelación.

Atentamente,

Ivonne L. Ortiz Valladares
Área de Servicios de Retiro



235 Avenida Arterial Hostos, Edificio Capital Center, Torre Norte, Hato Rey, Puerto Rico 00918
P.O. Box 191879, Hato Rey, PR 00919-1879
srm_correspondenciaconsulta@srm.pr.gov   (787) 777-1414   http://www.srm.pr.gov