Francisco Javier Rodriguez Vega
Urb. Del Carmen calle 4 #65
Juana Díaz, Puerto Rico, 00795



U.S. POSTAGE PAID
FCM LG ENV
JUANA DIAZ, PR
00795
MAR 21, 20
AMOUNT
$1.20
R2305K135197-01

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767

RECEIVED & FILED
2020 MAR 23 PM 4:46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN