14 de enero de 2020

RECEIVED & FILED
2020 MAR 23 PM 4 46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaría
Tribunal de Distrito de los Estados Unidos
150 Ave. Carlos Chardón
San Juan, Puerto Rico 00918-1767

Abogado de la Junta de Supervisión Fiscal
Proskauer Rose LLP
Eleven Time Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienenstock
Brian S. Rosen

Abogado del Comité de Acreedores
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A; Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

**(I)-Datos de contacto**
Nombre: Iraida Blanco Núñez
Dirección: Residencial
BO. PALMER
94 CALLE PRINCIPAL
RIO GRANDE,
PUERTO RICO
00745

Dirección Postal
P.O. BOX 3281
RIO GRANDE PR
00745
teléfono: (787)-424-5757
Correo electrónico: iraidablanco@yahoo.com

(II)
Epígrafe

Nombre del deudor: Sistema de retiro de los empleados del Gobierno del Estado Libre Asociado de Puerto Rico

Número del procedimiento: 17 BK 3283-LTS

Título de Objeción legal: NINETY-SIXTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE
COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED

Número de reclamo:62090

(III) Motivo para oponerse a Objeción global

Me opongo a la Objeción Global dado que el Gobierno de Puerto Rico utilizó mis aportaciones al Sistema de Retiro sin mediar autorización o solicitud formal. Ese dinero fue utilizado para el pago de Acreedores del Gobierno de Puerto Rico, lo que incumple el acuerdo con el Sistema de Retiro. Por lo tanto, solicito que se continúe con el reclamo sometido.
Cabe señalar que debido a los sismos ocurridos en Puerto Rico varias agencias gubernamentales cesaron sus funciones como medida de seguridad. lo cual afecto la a la radicación de la información solicitada en la fecha límite,

Iraida Blanco Núñez
787-424-5757
Iraidablanco@yahoo.com