Iraida Blanco
P.O. Box 3281
Rio Grande, Puerto Rico
00745





Secretaría
Tribunal de Distrito de los Estados Uni[dos]
150 Ave. Carlos Chardón
San Juan, Puerto Rico
00918-1767