**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT<br>BOARD FOR PUERTO RICO, | Case No. 17-BK-3283 (LTS) |
| as representative of | |
| THE COMMONWEALTH OF PUERTO RICO, *et al*., | |
| Debtors.[1] | |

**MOTION IN COMPLIANCE WITH THE ORDER IN THE MATTER ON THE SECOND OMNIBUS MOTION TO EXTEND DEADLINES IN ORDER GRANTING OMNIBUS MOTION BY THE FINANCIAL OVERSIGHT ANDMANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH THE MEMBERS OF THE SPECIAL CLAIMS COMMITTEE AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO (I) ESTABLISH LITIGATION CASE MANAGEMENT PROCEDURES AND (II) ESTABLISH PROCEDURES FOR APPROVAL OF <u>SETTLEMENTS</u>**

To the Honorable United States Magistrate Judge Judith G. Dein:

1. The Financial Oversight and Management Board for the Commonwealth of Puerto Rico (the "<u>Oversight Board</u>"), acting through the members of its Special Claims Committee (the "<u>Special Claims Committee</u>"), and the Official Committee of Unsecured Creditors for all Title III Debtors (other than COFINA and PBA) (the "<u>Committee</u>") hereby submit this informative motion in compliance with this Court's Order in the matter on the *Second Omnibus Motion To Extend Deadlines In Order Granting Omnibus Motion By The*

---

[1]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

*Financial Oversight And Management Board For Puerto Rico, Acting By And Through The Members Of The Special Claims Committee And The Official Committee Of Unsecured Creditors To (I) Establish Litigation Case Management Procedures And (II) Establish Procedures For Approval Of Settlements* [ECF. No. 12362] (the "Extension Order").

2.      The Extension Order requests that Movants provide the Court with two separate proposed orders, one for the cases listed in Appendix I to the Motion as defined in the Extension Order, and one for the cases listed in Appendix II to the Motion as defined in the Extension Order.

3.      The two separate proposed orders requested by this Court corresponding to Appendix I and Appendix II, respectively, are attached hereto.

[*The balance of this page is intentionally blank*]

WHEREFORE, the Oversight Board respectfully requests that the Court take notice of the foregoing.

Dated: March 24, 2020

/s/ Edward S. Weisfelner
**BROWN RUDNICK LLP**
Edward S. Weisfelner, Esq. (*Pro Hac Vice*)
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
eweisfelner@brownrudnick.com

Sunni P. Beville, Esq. (*Pro Hac Vice*)
Tristan G. Axelrod, Esq. (*Pro Hac Vice*)
One Financial Center
Boston, MA 02111
Tel: (617) 856-8200
sbeville@brownrudnick.com
taxelrod@brownrudnick.com

*Counsel to the Special Claims Committee of the Financial Oversight and Management Board, acting by and through its members*

/s/ Kenneth C. Suria
**ESTRELLA, LLC**
Kenneth C. Suria (USDC-PR 213302)
Alberto Estrella (USDC-PR 209804)
P. O. Box 9023596
San Juan, Puerto Rico 00902–3596
Tel.: (787) 977-5050
Fax: (787) 977-5090

*Local Counsel to the Special Claims Committee of the Financial Oversight and Management Board, acting by and through its members*

3