**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1]<br>_____ | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS) |

**ORDER GRANTING OMNIBUS MOTION TO EXTEND DEADLINES IN ORDER GRANTING OMNIBUS MOTION BY THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH THE MEMBERS OF THE SPECIAL CLAIMS COMMITTEE AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO (I) ESTABLISH LITIGATION CASE MANAGEMENT PROCEDURES AND (II) ESTABLISH PROCEDURES FOR APPROVAL OF SETTLEMENTS**

Upon the motion dated March 6, 2020 (the "Motion") of the Oversight Board,[2] acting by and through the members of the Special Claims Committee, and the Committee, pursuant to section 105(a) of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 7016, 2002, 9019 and 9006 made applicable to this proceeding by sections 301(a) and 310 of the Puerto Rico Opportunity Management and Economic Stability Act of 2016 ("PROMESA"), 48 U.S.C. § 2161(a); and the Court having jurisdiction over this matter under 28 U.S.C. 1331, and under

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523 (LTS)) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used herein shall have the meaning ascribed to them in Motion unless otherwise noted.

section 306(a)-(b) of PROMESA, 48 U.S.C. §2166(a)-(b); and venue being proper under section

307(a) of PROMESA, 48 U.S.C. § 2167(a); and due and proper notice of the Motion having been

provided, and it appearing that no other or further notice need be provided; and the Court having

reviewed the Motion and any opposition thereto [and having heard the statements of counsel at

the hearing held before the Court (the "Hearing")]; and the Court having determined that the

legal and factual bases set forth in the Motion [and at the Hearing] establish just cause for the

relief granted herein; and upon all of the proceedings had before the Court and after due

deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the relief requested in the Motion is granted, and it is further

ORDERED that the Procedures Order Litigation Deadlines Established in the *Order

Granting Omnibus Motion By The Financial Oversight And Management Board For Puerto

Rico, Acting By And Through The Members Of The Special Claims Committee And The Official

Committee Of Unsecured Creditors To (I) Establish Litigation Case Management Procedures

And (II) Establish Procedures For Approval Of Settlements*, ECF No. 7941 in Case No. 17-3283

(the "Procedures Order") and the *Order Granting Omnibus Motion To Extend Deadlines In

Order Granting Omnibus Motion By The Financial Oversight And Management Board For

Puerto Rico, Acting By And Through The Members Of The Special Claims Committee And The

Official Committee Of Unsecured Creditors To (I) Establish Litigation Case Management

Procedures And (II) Establish Procedures For Approval Of Settlements*, ECF No. 9476 in Case

No. 17-3283 (the "Extension Order") shall be extended for the defendants listed in Appendix II

of Exhibit A to following dates:

>     i.      **Motion to Dismiss Response Date**: June 13, 2020;
>
>     ii.     **Reply Deadline**: August 13, 2020; and it is further

**ORDERED** that, except as modified by this Order, the Procedures Order shall otherwise

remain in full force and effect; and it is further

**ORDERED** that this Court shall retain jurisdiction with respect to all matters relating to

the interpretation and implementation of this Order.

Dated: _____, 2020.

<br>

_____
Honorable Judith G. Dein
United States Magistrate Judge

**<u>Supplemental Appendix II</u>**

| Defendant | Adversary Proceeding No. |
|---|---|
| Alejandro Estrada Maisonet | 19-00059 |
| Avant Technologies | 19-00079 |
| Bianca Conventon Center Inc. | 19-00072 |
| Caribbean Educational Services Inc | 19-00098 |
| Centro De Desarrollo Academico Inc. | 19-00053 |
| Centro Psicologico Del Sur Este P.S.C. | 19-00140 |
| Corporate Research & Training | 19-00151 |
| Estrada Bus Line/ Alejandro Estrada Quiles | 19-00090 |
| Force Link Corp | 19-00096 |
| Fridma Corp | 19-00100 |
| I.D.E.A. Inc. | 19-00268 |
| L.L.A.C., Inc. | 19-00122 |
| Luz M Carrasquillo Flores | 19-00124 |
| Nelson D. Rosario Garcia | 19-00125 |
| Next Level Learning, Inc | 19-00129 |
| Perfect Cleaning Services Inc | 19-00249 |
| Postage By Phone Reserve Account | 19-00181 |
| Puerto Nuevo Security Guard | 19-00384 |
| R Cordova Trabajadores Sociales C S P | 19-00138 |
| Rafael Hernandez Barreras | 19-00201 |
| Ricardo Estrada Maisonet | 19-00227 |
| S & L Development S.E. | 19-00243 |
| Serv. Prof. Integrados A La Salud Inc. | 19-00207 |
| Service Group Consultant, Inc. | 19-00204 |
| Tactical Equipment Consultnts Inc | 19-00222 |
| Tatito Transport Service Inc | 19-00224 |
| Trinity Metal Roof And Steel Struc Co | 19-00187 |
| Vazquez Y Pagan Bus Line Inc | 19-00197 |
| Wf Computer Services | 19-00200 |
| William Rivera Transport Service, Inc. | 19-00209 |