United States District Court Bankruptcy
For The District of Puerto Rico

| | |
|---|---|
| Eliezer Santana Baez<br>Plaintiff<br>Vs.<br>Commonwealth of Puerto Rico and others | Civil No: 17 BK 3283-LTS<br>Promesa Title III<br>over: Damage claims<br><br>CIVIL: DDP2016-0591 |

Motion Requesting To unParalyze For Become In knowledge IN the File That The Commonwealth of Puerto Rico was not Summon IN This case.

To The Honorable Court:

Come Now, the above named Plaintiff, pro se in Pauperis form and very respectfully pray allege and request:

1. Under the believe that we understand tha the Commonwealth of Puerto Rico was summon in this case, the past year we appear before this august forum requesting the unparalyze of case, still remaining the commonwealth and we exposed our grounds, after the defendant submitted their ground whom also appear without becoming aware, this forum denied our petition. Case DDP2016-0591

2. Is now that, after analyze the file of this specific case, that we become in knowledge that the commonwealth of Puerto Rico Never was Summon. Of fact, before our constant appointments to the Instance Forum, this never did it, as file from this it follow that the Summon to the commonwealth was negative, for it was never summon. In the Case DDP 2016-0591

3. Whom appear was the company Correctional Health Services Corporation answer the lawsuit, reply and coursed the discovery of proof, before all this

tract process, the commonwealth never appeared and this for not have being summon. Still without, the legal arrangement of Puertorricans do not confer to the court jurisdiction over the person of the defendants, if these, were not formally Summons

4. The matter had been almost a year and the commonwealth never appeared, this before it paralyze. After is that the Commonwealth appear requesting the paralyzation of case, but we believe that made it as art of a mechanic exercise, to appear as defendants, and without counting that in this case do not figure in reality as defendants for which never was summon, to which whole note in a defense on their favor.

5. On synthesis, this case carry out four (4) years of presented the lawsuit of judicial decree, and the Commonwealth never had been formally Summon, either are indispensable part in this case. Still our cause turn mayorly against the rest of the defendants.

6. For it that, we request that this Honorable court take knowledge of this, and orders to raise the paralyzation in this case given that the Commonwealth of Puerto Rico do not figure as defendant for not having been Summon Claudio V. Casillas mojica 100 D.P.R. 761 (1972) - Rivera Báez V. Jaume Andujar, 157 D.P.R. 562 (2002), see civil Procedures Rules of (2009) - Rule 4.4

7. The law ("PROMESA") was created to benefit the Commonwealth of Puerto Rico and not for the rest of the defendants here in this case, for it that not to be defendant the commonwealth request to raise the paralyzation in this, all since that the Commonwealth do not exist in this case.

Prayer

Wherefore, request it take knowledge of all expose, grant the legal resort presented and it order to raise the Paralyzation in this case, ordering the Court of Bayamon to continue with the proceedings in this case.

This date of march , 2020. Very respectfully Submitted In San Juan, Puerto Rico.

9 marzo 2020

Eliezer Santana Báez
Inst. Bayamon 501 7E
50 carr. 5 Ind. Luchetti
Bayamon PR 00961-7403