Eliezer Santana Báez
50 Carr. S unit A. 501 Edif. 2-G
Ind. Luchetti Bay. P.R. 00961

SAN JUAN PR 009
12 MAR 20 20 PM 1 L

Tribunal de Quiebras
Jose V. Toledo Federal Bldg. & US Courthouse
300 Recinto Sur St. Suite 134
S.J. P.R. 00901