IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 17 BK 3283-LTS |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO | PROMESA<br>TITLE III |
| As representative of<br>THE COMMONWEALTH OF PUERTO RICO, et al., | |
| Debtors | |
| Maria C. Figueroa Torres<br>Creditor | |

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

To the Honorable United States District Judge Laura Taylor Swain:

Comes now, Maria Consuelo Figueroa Torres, (creditor) through its undersigned counsel

and very respectfully alleges and prays:

1. Maria Consuelo Figueroa Torres, (creditor) has engaged the services of attorney

   undersigned's to represent it in the instant case.

2. After evaluating the case, the lawyer accepts the legal representation for claims number:

   75859, 151821, 124911 and 135315.

3. By this reason, this attorney request that all notices and documents be forwarded to the

   undersigned's attorney at the following address:

> Vanessa Hernández Rodríguez, Esq.
> USDC-PR 306703
> Street Aurora 4140, Suite 1
> Ponce, Puerto Rico 00717-1203
> Telephone number: (787) 840-0804
> Cell phone:    (787) 548-6208
> Fax number: (787) 840-0804

E-mail: hernandezrodriguez.v@gmail.com

**WHEREFORE** Maria Consuelo Figueroa Torres respectfully prays that this motion be granted, that undersigned attorney be included in the Electronic Mail Notice List; and another legal reason of this Honorable Judge.

**NOTICE:** within thirty (30) days after service as evidenced by the certification and an additional three (3) days pursuant to Fed. R. Bank P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District for the District of Puerto Rico.  If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise.  If you file a timely response, the court may schedule a hearing.

The Creditor has provided notice of this motion in accordance with the Eleventh Amended Case Management Procedures to the following parties:


(i) Chambers of the Honorable Laura Taylor Swain:
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312

(ii) Office of the United States Trustee for Region 21
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922

(iii) Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF):
Puerto Rico Fiscal Agency and Financial Advisory Authority
Roberto Sánchez Vilella (Minillas) Government Center
De Diego Ave. Stop 22
San Juan, Puerto Rico 00907
Attn: Carlos Saavedra, Esq.
Rocío Valentin, Esq.
E-Mail: Carlos.Saavedra@aafaf.pr.gov
Rocio.Valentin@aafaf.pr.gov

(iv) Counsel for AAFAF:
O'Melveny & Myers LLP
7 Times Square
New York, New York 10036
Attn: John J. Rapisardi, Esq.

Suzzanne Uhland, Esq.
Peter Friedman, Esq.
Nancy A. Mitchell, Esq.
Maria J. DiConza, Esq.
E-Mail: jrapisardi@omm.com
suhland@omm.com
pfriedman@omm.com
mitchelln@omm.com
mdiconza@omm.com
Marini Pietrantoni Muñiz LLC
250 Ponce de Leon Ave.
Suite 900
San Juan, PR 00918
Attn: Luis C. Marini-Biaggi, Esq.
Carolina Velaz-Rivero, Esq.
Iván Garau-González, Esq.
E-Mail: lmarini@mpmlawpr.com
cvelaz@mpmlawpr.com
igarau@mpmlawpr.com

(v) Counsel for the Oversight Board:

Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
Attn: Martin J. Bienenstock
Brian S. Rosen
Paul V. Possinger
Ehud Barak
Maja Zerjal
E-Mail:mbienenstock@proskauer.com
brosen@proskauer.com
ppossinger@proskauer.com
ebarak@proskauer.com
mzerjal@proskauer.com

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Attn: Hermann D. Bauer, Esq.
E-Mail: hermann.bauer
@oneillborges.com

(vi) Counsel for the Creditors' Committee:
Paul Hastings LLP
200 Park Avenue

New York, New York 10166
Attn: Luc. A. Despins
James Bliss
Casillas, Santiago & Torres LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn: Juan J. Casillas Ayala
Diana M. Batlle-Barasorda

James Worthington
G. Alexander Bongartz
E-Mail: lucdespins@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
alexbongartz@paulhastings.com

Alberto J. E. Añeses Negrón
Ericka C. Montull-Novoa
E-Mail: jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com

(vii) Counsel for the Retiree Committee:
Jenner & Block LLP
919 Third Avenue
New York, New York 10022
Attn: Robert Gordon
Richard Levin
Catherine Steege
E-Mail: rgordon@jenner.com
rlevin@jenner.com
csteege@jenner.com
Bennazar, García & Milián, C.S.P.
Edificio Union Plaza PH-A piso 18
Avenida Ponce de León #416
Hato Rey, San Juan, Puerto Rico 00918
Attn: A.J. Bennazar-Zequeira
E-Mail: ajb@bennazar.org

Also, the Puerto Rico Department of Justice; the Other Interested Parties; all parties filing

a notice of appearance in these Title III cases; and Movant. A copy of the motion is also available

on the Debtors' case website at https://cases.primeclerk.com/puertorico/.

I certificate  also that claimant does not is a service member as required by § 201(b)(1) of

the Service Members Civil Relief Act of 2003 ("SCRA").

RESPECTFULLY SUBMITTED.

In Ponce for San Juan, Puerto Rico this March  24, 2020.

/S/Vanessa Hernández Rodríguez, Esq.
Attorney for Debtor
USDC-PR 306703
Street Aurora 4140, Suite 1
Ponce, Puerto Rico 00717-1203
Telephone number: (787) 840-0804
Cell phone:    (787) 548-6208
Fax number: (787) 840-0804
E-mail: hernandezrodriguez.v@gmail.com