**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF HEARING OF THE MOTION OF THE COMMONWEALTH OF PUERTO RICO PURSUANT TO BANKRUPTCY RULE 9019 FOR AN ORDER APPROVING STIPULATION AND AGREED ORDER (A) ALLOWING PRIFA BANS GUARANTEE CLAIM, (B) AUTHORIZING ESCROW OF PRIFA FUNDS AND (C) DIRECTING THE DISMISSAL OF LITIGATION WITH PREJUDICE**

**PLEASE TAKE NOTICE** that the Commonwealth of Puerto Rico (the "Commonwealth"), by and through the Financial Oversight And Management Board For Puerto Rico (the "Oversight Board"), as the Commonwealth's representative pursuant to section 315(b)

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801)(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

of the *Puerto Rico Oversight, Management, And Economic Stability Act* ("PROMESA"),[2] filed the

*Motion of the Commonwealth of Puerto Rico Pursuant to Bankruptcy Rule 9019 for an Order*

*Approving Stipulation and Agreed Order (A) Allowing PRIFA BANs Guarantee Claim,*

*(B) Authorizing Escrow of PRIFA Funds and (C) Directing the Dismissal of Litigation with*

*Prejudice* (the "Motion") [ECF No. 12519].

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion

must be in writing, must conform to the Federal Rules of Bankruptcy Procedure and the *Eleventh*

*Amended Notice, Case Management, and Administrative Procedures* [ECF No. 11885-1] (the

"Case Management Procedures"), and must be filed with the Court (a) by registered users of the

Court's case filing system, electronically in accordance with rule 5 of the Local Rules for the

District of Puerto Rico, and (b) by all other parties in interest, on a CD-ROM, in text-searchable

portable document format (PDF), and served on (a) counsel for the Oversight Board, Proskauer

Rose LLP, Eleven Times Square, New York, New York 10036-8299 (Attn: Martin J. Bienenstock,

Esq. and Brian S. Rosen, Esq.), and O'Neill & Borges LLC, 250 Muñoz Rivera Ave., Suite 800,

San Juan, PR 00918-1813 (Attn: Hermann D. Bauer, Esq.); (b) counsel for the Puerto Rico Fiscal

Agency and Financial Advisory Authority, O'Melveny & Myers LLP, 7 Times Square, New York,

New York 10036 (Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., and Peter Friedman, Esq.)

and Marini Pietrantoni Muñiz LLC, MCS Plaza, Suite 500, 255 Ponce de León Ave., San Juan,

PR 00917 (Attn: Luis C. Marini-Biaggi, Esq.); and (c) the Office of the United States Trustee for

---

[2]    PROMESA is codified at 48 U.S.C. §§ 2101-2241.

4

Region 21, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922, so as to be received no later than **April 7, 2020 at 4:00 PM (Atlantic Standard Time).**

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held before the Honorable Laura Taylor Swain, United States District Judge, United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918 (the "Court"), on **April 22, 2020 at 9:30 AM (Atlantic Standard Time)**, or as soon thereafter as counsel may be heard, to consider the Motion.

**PLEASE TAKE FURTHER NOTICE** that the relief requested in the Motion may be granted without a hearing if no objection is timely filed, served, and received in accordance with the Case Management Procedures.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion including all exhibits, and all documents filed in these Title III Cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

[*Remainder of Page Intentionally Left Blank*]

4

Dated:  March 25, 2020
         San Juan, Puerto Rico

Respectfully submitted,

/s/ *Brian S. Rosen*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900
*Attorneys for the Financial Oversight and*
*Management Board for Puerto Rico, as*
*representative for the Commonwealth*

/s/ *Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
Carla García Benítez
USDC No. 203708
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Attorneys for the Financial Oversight and*
*Management Board for Puerto Rico, as*
*representative for the Commonwealth*

4