**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>       as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>       Debtors.[1]<br>_____ | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS) |

**ORDER GRANTING OMNIBUS MOTION TO EXTEND DEADLINES IN ORDER
GRANTING OMNIBUS MOTION BY THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH THE
MEMBERS OF THE SPECIAL CLAIMS COMMITTEE AND THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS TO (I) ESTABLISH LITIGATION
CASE MANAGEMENT PROCEDURES AND (II) ESTABLISH PROCEDURES FOR
<u>APPROVAL OF SETTLEMENTS</u>**

Upon the motion dated March 6, 2020 (the "Motion") of the Oversight Board,[2] acting by

and through the members of the Special Claims Committee, and the Committee, pursuant to

section 105(a) of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 7016, 2002,

9019 and 9006 made applicable to this proceeding by sections 301(a) and 310 of the Puerto Rico

Opportunity Management and Economic Stability Act of 2016 ("PROMESA"), 48 U.S.C. §

2161(a); and the Court having jurisdiction over this matter under 28 U.S.C. 1331, and under

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523 (LTS)) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used herein shall have the meaning ascribed to them in Motion unless otherwise noted.

section 306(a)-(b) of PROMESA, 48 U.S.C. §2166(a)-(b); and venue being proper under section

307(a) of PROMESA, 48 U.S.C. § 2167(a); and due and proper notice of the Motion having been

provided, and it appearing that no other or further notice need be provided; and the Court having

reviewed the Motion and taking note of the lack of opposition thereto; and the Court having

determined that the legal and factual bases set forth in the Motion establish just cause for the

relief granted herein; and upon all of the proceedings had before the Court and after due

deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the relief requested in the Motion is granted, and it is further

ORDERED that the Procedures Order Litigation Deadlines Established in the *Order*

*Granting Omnibus Motion By The Financial Oversight And Management Board For Puerto*

*Rico, Acting By And Through The Members Of The Special Claims Committee And The Official*

*Committee Of Unsecured Creditors To (I) Establish Litigation Case Management Procedures*

*And (II) Establish Procedures For Approval Of Settlements*, ECF No. 7941 in Case No. 17-3283

(the "Procedures Order") and the *Order Granting Omnibus Motion To Extend Deadlines In*

*Order Granting Omnibus Motion By The Financial Oversight And Management Board For*

*Puerto Rico, Acting By And Through The Members Of The Special Claims Committee And The*

*Official Committee Of Unsecured Creditors To (I) Establish Litigation Case Management*

*Procedures And (II) Establish Procedures For Approval Of Settlements*, ECF No. 9476 in Case

No. 17-3283 (the "Extension Order") shall be extended for the defendants listed in Appendix I of

Exhibit A to following dates:

> i.    Response Due Date: **August 13, 2020**;
>
> ii.   Motion to Dismiss Response Date: **October 13, 2020**;
>
> iii.  Reply Deadline: **November 13, 2020**; and it is further

**ORDERED** that, except as modified by this Order, the Procedures Order shall otherwise

remain in full force and effect; and it is further

**ORDERED** that this Court shall retain jurisdiction with respect to all matters relating to

the interpretation and implementation of this Order.

This Order resolves Dkt. Nos. 12116 and 12515.

SO ORDERED.


Dated: March 25, 2020.

/s/ Judith Gail Dein
 Honorable Judith G. Dein
United States Magistrate Judge
