## **EXHIBIT A**

**Proposed Scheduling Order**

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br>PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA")<br><br>Debtor.[1] | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS |

**[PROPOSED] SCHEDULING ORDER ON
COBRA ACQUISITIONS LLC'S URGENT MOTION TO MODIFY
THE STAY ORDER AND ALLOW THE UNDISPUTED TAX CLAIMS**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon *Cobra Acquisitions LLC's Urgent Motion To Modify the Stay Order and Allow the Undisputed Tax Claims* [ECF No. ___ in Case No. 17-BK-4780-LTS, the "Motion"),[2] it is HEREBY ORDERED THAT:

1. Any response or objection to the Motion must be filed and served in accordance with the *Eleventh Amended Notice, Case Management and Administrative Procedures* [ECF No. 11885] (the "Case Management Order") so as to be received no later than **4:00 p.m. (AST) on [April 1, 2020]**.

2. The deadline for Cobra to file a reply to a response or objection, if any, is **12:00 p.m. (AST) on [April 8, 2020]**.

3. A hearing on the Motion shall be held at **[___] (AST) on April [16], 2020**.

4. The Court retains jurisdiction over any disputes relating to the interpretation, implementation, and enforcement of this Order.

SO ORDERED.

Dated:_____, 2020
    San Juan, Puerto Rico

_____
LAURA TAYLOR SWAIN
United States District Judge

---

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.