## **EXHIBIT B**

**Proposed Order**

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br>THE COMMONWEALTH OF PUERTO RICO,<br>*et al.*<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br>PUERTO RICO ELECTRIC POWER<br>AUTHORITY ("PREPA")<br><br>Debtor.[1] | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS |

**[PROPOSED] ORDER ON COBRA ACQUISITIONS LLC'S URGENT MOTION TO MODIFY THE STAY ORDER AND ALLOW THE UNDISPUTED TAX CLAIMS**

Upon *Cobra Acquisitions LLC's Urgent Motion To Modify the Stay Order and Allow the Undisputed Tax Claims* [ECF No. ___ in Case No. 17-BK-4780-LTS, the "Motion"),[2] and the Court having found and determined that (i) it has subject matter jurisdiction over this matter

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

pursuant to PROMESA section 306(a), (ii) venue is proper pursuant to PROMESA section 307(a), and (iii) due and proper notice of the Motion has been provided, and after due deliberation and good and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Stay Order is lifted solely for the purpose set forth in the Motion.

3. The Undisputed Tax Claims in the aggregate amount of $61,668,083.34, plus accrued interest, are hereby allowed as administrative expense claims under section 503(b)(1) of the Bankruptcy Code, made applicable pursuant to PROMESA section 301, for all purposes in the Title III Case.

4. The Court retains jurisdiction over any disputes relating to the interpretation, implementation, and enforcement of this Order.

5. This Order resolved ECF No. ___ in Case No. 17-BK-4780.

SO ORDERED.

Dated:_____, 2020
     San Juan, Puerto Rico

                                       LAURA TAYLOR SWAIN
                                       United States District Judge