# __EXHIBIT D__

**Guess Declaration**

Attorney Client Privileged
Attorney Work Product
Confidential

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: <br><br> The Financial Oversight and Management Board for Puerto Rico, <br><br>     as representative of <br><br> The Commonwealth of Puerto Rico, et al., <br><br>       Debtors.[1] | PROMESA <br> Title III <br><br> No. 17 BK 3283-LTS <br><br> (Jointly Administered) |

## DECLARATION OF MARK GUESS

Under 28 U.S.C. § 1746, I, Mark Guess, declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1.     I submit this declaration (the "Declaration") in support of Cobra Acquisitions LLC's ("Cobra") Urgent Motion to Modify the Stay Order and Allow the Undisputed Tax Claims.

2.     I was hired by Cobra Energy in April 2018 to serve as the Vice President of Operations. Cobra and Cobra Energy are both wholly-owned subsidiaries of Mammoth Energy Services, Inc.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Attorney Client Privileged
Attorney Work Product
Confidential

3.      PREPA awarded Cobra a contract in October 2017 for Cobra to provide

emergency repairs to PREPA's electrical grids and rebuild the power infrastructure (the "First

Contract"). PREPA awarded a second contract in May 2018 for Cobra to perform all of the work

necessary to restore and reconstruct Puerto Rico's power grid (the "Second Contract,"

collectively the "Contracts").

4.      As the Vice President of Operations for Cobra Energy, my responsibilities

included managing operations for Cobra's contracts with PREPA. This included overseeing

Cobra's invoices and tracking payments by PREPA.

5.      On July 18, 2019, I attended a meeting with Jose Ortiz, Fernando Padilla, Mark

Layton, and Arty Straehla at which Mr. Ortiz stated that PREPA would pay Cobra $30 million of

undisputed invoices. Nonetheless, PREPA has not completed such payment. Attached hereto as

Exhibit 1 is a true and correct copy of an email chain recounting PREPA's agreement to make a

$30 million payment. To my knowledge, neither Mr. Ortiz nor any other PREPA official has ever

denied agreeing that payment was owed.

6.      On August 5, 2019, I asked Eduardo Ortiz Colon of PREPA why Cobra had yet to

receive payment. Mr. Colon explained that Cobra had not received payment because of "a bunch

of stuff" happening in Puerto Rico. He said that PREPA had approved 40 invoices and sent them

to the treasury department. Cobra never received payment on these invoices. Attached hereto as

Exhibit 2 is a true and correct copy of an email chain recounting that communication chain in

which Mr. Colon acknowledged that payment was outstanding on such invoices.

7.      Since August 2019, without explanation, PREPA has refused to discuss with us

any of the outstanding payment issues or otherwise resolve any of those issues. Beginning in

about August 2019, I began sending periodic emails to PREPA in an attempt to reengage PREPA

Attorney Client Privileged
Attorney Work Product
Confidential

on processing payments. True and correct samples of those emails are attached hereto as Exhibits

3-6.

8.   In September 2019, Cobra learned that PREPA had retained a consultant to evaluate

Cobra's rate structures under the Contracts with PREPA.  Cobra fully cooperated with the

consultant and communicated its cooperation efforts to PREPA.  In conjunction with these

communications, Mr. Padilla told me that PREPA was working towards reimbursement from

FEMA because of ongoing issues with PREPA's liquidity.  Attached hereto as Exhibit 7 is a true

and correct copy of an email chain recounting PREPA's liquidity problems.

9.   PREPA has never notified Cobra that it is withholding payments because of an

ongoing criminal proceeding or because of FEMA's review of the rates PREPA agreed to pay

Cobra in the Contracts.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on March 25, 2020.

_____
Mark Guess

# Exhibit 1

**To:**    Arty Straehla[astraehla@mammothenergy.com]; José F. Ortiz Vázquez[jose.ortiz@prepa.com]
**Cc:**    Mark Layton[mlayton@mammothenergy.com]; Mark Guess[mguess@cobratd.com]
**From:**    Fernando M. Padilla Padilla
**Sent:**    Thur 7/18/2019 10:24:02 PM
**Subject:**    [External] RE: <<EXTERNAL EMAIL>>Thank you

[EXTERNAL EMAIL - Exercise Caution]

Arty,

I have communicated with our COR3 liaison to work with your team and the setup of the meeting based on the new information provided. They have told me it is under review by COR3 and a meeting will be setup to discuss the matter.

Regards,

-----Original Message-----
From: Arty Straehla <astraehla@mammothenergy.com>
Sent: Thursday, July 18, 2019 3:42 PM
To: José F. Ortiz Vázquez <jose.ortiz@prepa.com>
Cc: Fernando M. Padilla Padilla <FERNANDO.PADILLA@prepa.com>; Mark Layton <mlayton@mammothenergy.com>; Mark Guess <mguess@cobratd.com>
Subject: <<EXTERNAL EMAIL>>Thank you

José

I just wanted to say thank you for accepting the meeting today. I also wanted to say thank you for making the phone call to Arturo and making arrangements to pay Cobra $30mm early next week. Our goals are very much aligned in that we both want to provide the proper documentation to FEMA to ensure we both are properly reimbursed for the services in connection with the restoration of the electrical grid in the aftermath of Hurricane Maria. Thank you.

Arty

Exhibit
01

# Exhibit 2

**To:** Mark Guess[mguess@cobratd.com]
**From:** Eduardo Ortiz Colón
**Sent:** Mon 8/5/2019 5:24:18 PM
**Subject:** [External] RE: <<EXTERNAL EMAIL>>Update

[**EXTERNAL EMAIL**]

Hello Mark,

Good afternoon. It's unfortunate that you feel that way. Last month down here in Puerto Rico a bunch of stuff have been happening. Not to use that as an excuse, but reality is that those events had an indirect impact in everything.

With that being said, from the PMO team, a total of 40 invoices were reviewed and recommended for payment. Those are in the treasury department. I'm not sure on what's pending on their side.

Deadline from COR3 is this coming Wednesday. As soon as I get their feedback I will let you know so we can arrange for a meeting between us and then with them in the room.

This is my top priority right now, I really want to close these items.

Regards,

Eduardo

---

**From:** Mark Guess <mguess@cobratd.com>
**Sent:** Monday, August 5, 2019 1:17 PM
**To:** Eduardo Ortiz Colón <EDUARDO.ORTIZ@prepa.com>
**Subject:** <<EXTERNAL EMAIL>>Update

Eduardo

In an for both our companies to receive payment from COR3/FEMA there's a lot of work that needs to happen. It seems over the last four weeks the momentum and cooperation we had working towards the same goal isn't there anymore, why?

MG

Exhibit
02

# Exhibit 3

**To:**        Eduardo Ortiz Colón[EDUARDO.ORTIZ@prepa.com]
**Cc:**        Mark Guess[mguess@cobratd.com]
**From:**     Ernesto Rivera
**Sent:**      Tue 8/13/2019 11:56:11 AM
**Subject:**   Re: [External] RE: <<EXTERNAL EMAIL>>Invoices


Very much appreciated
Best regards
Ernesto


On Aug 13, 2019, at 7:11 AM, Eduardo Ortiz Colón <EDUARDO.ORTIZ@prepa.com> wrote:

> Hello Ernesto,
>
> I didn't received anything from COR3 yesterday. I called several times during the day, I sent out e-mails and I requested Suzzette to reach out to them also.
>
> We still waiting. As soon as I get anything from them I will get back to you.
>
> Regards,
>
> Eduardo
>
> **From:** Ernesto Rivera <erivera@cobratd.com>
> **Sent:** Monday, August 12, 2019 11:46 AM
> **To:** Eduardo Ortiz Colón <EDUARDO.ORTIZ@prepa.com>
> **Cc:** Mark Guess <mguess@cobratd.com>
> **Subject:** RE: [External] RE: <<EXTERNAL EMAIL>>Invoices
>
> Buen dia Eduardo
>
> I hope everything is well.  Any news regarding COR3 review of our invoices?
>
> Regards
> Ernesto
>
> **From:** Mark Guess <mguess@cobratd.com>
> **Sent:** Thursday, August 1, 2019 10:59 AM
> **To:** Eduardo Ortiz Colón <EDUARDO.ORTIZ@prepa.com>
> **Cc:** Ernesto Rivera <erivera@cobratd.com>
> **Subject:** RE: [External] RE: <<EXTERNAL EMAIL>>Invoices
>
> Eduardo
>
> That's great, would it be possible for us to meet next Thursday?
>
> Mark
>
> **From:** Eduardo Ortiz Colón <EDUARDO.ORTIZ@prepa.com>
> **Sent:** Thursday, August 1, 2019 9:47 AM
> **To:** Mark Guess <mguess@cobratd.com>
> **Cc:** Ernesto Rivera <erivera@cobratd.com>
> **Subject:** RE: [External] RE: <<EXTERNAL EMAIL>>Invoices

1

<div style="border:1px solid">Exhibit<br>03</div>

Hello Mark,

I just received more specific details. COR3 will be finishing the review by next Wednesday.

Eduardo

---

**From:** Eduardo Ortiz Colón
**Sent:** Thursday, August 1, 2019 7:37 AM
**To:** Mark Guess <mguess@cobratd.com>
**Cc:** Ernesto Rivera <erivera@cobratd.com>
**Subject:** RE: [External] RE: <<EXTERNAL EMAIL>>Invoices
**Importance:** High

Hello Mark,

I was able to have a conversation with COR3 yesterday regarding the review of your invoices. Due to all the situations we had in the country last two weeks they are behind schedule. This week they are working all their business hours as usual, and should be able to complete the review by tomorrow or early next week.

As soon as I get their confirmation, I will let you know to schedule the meeting.

Thanks,

Eduardo

---

**From:** Mark Guess <mguess@cobratd.com>
**Sent:** Wednesday, July 31, 2019 9:40 AM
**To:** Eduardo Ortiz Colón <EDUARDO.ORTIZ@prepa.com>
**Cc:** Ernesto Rivera <erivera@cobratd.com>
**Subject:** RE: [External] RE: <<EXTERNAL EMAIL>>Invoices

Good morning Eduardo, were you able to setup a meeting with COR3? What's he status of our invoices?

Mark

---

**From:** Eduardo Ortiz Colón <EDUARDO.ORTIZ@prepa.com>
**Sent:** Tuesday, July 30, 2019 1:55 PM
**To:** Mark Guess <mguess@cobratd.com>
**Cc:** Ernesto Rivera <erivera@cobratd.com>
**Subject:** RE: [External] RE: <<EXTERNAL EMAIL>>Invoices
**Importance:** High

Hello Mark,

Thanks for the clarification. A total of 31 invoices were provided by our office to the treasury department. On July 18, 2019.

Last week the accountants were not in the office, they are coming tomorrow lo finish up what's left.

I'm reaching out via phone to COR3 later in the afternoon to get an specific date for the meeting. I will let you know.

Eduardo

---

**From:** Mark Guess <mguess@cobratd.com>
**Sent:** Tuesday, July 30, 2019 2:51 PM
**To:** Eduardo Ortiz Colón <EDUARDO.ORTIZ@prepa.com>
**Cc:** Ernesto Rivera <erivera@cobratd.com>
**Subject:** RE: [External] RE: <<EXTERNAL EMAIL>>Invoices

2

Actually the invoice group that I should have used in my prior emails is "T&D Restoration W/O Issues".

MG

**From:** Eduardo Ortiz Colón <EDUARDO.ORTIZ@prepa.com>
**Sent:** Tuesday, July 30, 2019 1:00 PM
**To:** Mark Guess <mguess@cobratd.com>
**Subject:** [External] RE: <<EXTERNAL EMAIL>>Invoices
**Importance:** High

<span style="color:red">[EXTERNAL EMAIL - Exercise Caution]</span>

Hello Mark,

Good afternoon. What I meant was that we are still working on the invoices we have in house.

The team already reviewed the new documentation provided, but for those we are still waiting for the feedback of COR3.

Regards,

Eduardo

**From:** Mark Guess <mguess@cobratd.com>
**Sent:** Tuesday, July 30, 2019 12:30 PM
**To:** Eduardo Ortiz Colón <EDUARDO.ORTIZ@prepa.com>
**Subject:** <<EXTERNAL EMAIL>>Invoices

Eduardo

I'm just confirming our conversation from yesterday. It's my understanding that your team is reviewing again the "Non Restoration Activities" invoices, which were approved previously?
During our meeting it was agreed these invoices had been approved previously.

If there are questions please let us work through them with you in order to move them forward.

Mark Guess

3

# Exhibit 4

Case 17-03283-LTS   Doc#:12531-6   Filed:03/25/20   Entered:03/25/20 16:08:19   Desc:
Affidavit Guess Declaration & Exhibits   Page 14 of 23

Eduardo

Good morning, just follow up with you to see what time you're available for a quick call?

MG

---

**From:** Eduardo Ortiz Colón <EDUARDO.ORTIZ@prepa.com>
**Sent:** Monday, August 19, 2019 1:05 PM
**To:** Mark Guess <mguess@cobratd.com>
**Subject:** [External] Re: <<EXTERNAL EMAIL>>Update

[**EXTERNAL EMAIL**]

Hello Mark,

Good afternoon. I'm in Monacillos today. Lets catch up tomorrow.

Eduardo

---

**From:** Mark Guess <mguess@cobratd.com>
**Sent:** Monday, August 19, 2019 11:32:23 AM
**To:** Eduardo Ortiz Colón <EDUARDO.ORTIZ@prepa.com>
**Subject:** <<EXTERNAL EMAIL>>Update

Eduardo

Good morning, are you available for a quick call for a status update?

MG



**Exhibit
04**

# Exhibit 5

**To:** Eduardo Ortiz Colón[EDUARDO.ORTIZ@prepa.com]; Ernesto Rivera[erivera@cobratd.com]
**Cc:** Arty Straehla[astraehla@mammothenergy.com]; Mark Layton[mlayton@mammothenergy.com]
**From:** Mark Guess
**Sent:** Thur 8/29/2019 8:59:27 PM
**Subject:** RE: [External] RE: <<EXTERNAL EMAIL>>FW: FEMA Pending Reimbursement

Eduardo

Just checking to see if you're available to meet and discuss open items next week, along with the information I sent you on the 21st?

Mark

---

**From:** Eduardo Ortiz Colón <EDUARDO.ORTIZ@prepa.com>
**Sent:** Thursday, August 22, 2019 3:55 PM
**To:** Ernesto Rivera <erivera@cobratd.com>
**Cc:** Mark Guess <mguess@cobratd.com>
**Subject:** [External] RE: <<EXTERNAL EMAIL>>FW: FEMA Pending Reimbursement

**[\*\*EXTERNAL EMAIL\*\*]**

Hello Ernesto,

Let me take a look at this and get back to you.

Regards,

Eduardo

---

**From:** Ernesto Rivera <erivera@cobratd.com>
**Sent:** Thursday, August 22, 2019 12:17 PM
**To:** Eduardo Ortiz Colón <EDUARDO.ORTIZ@prepa.com>
**Cc:** Mark Guess <mguess@cobratd.com>
**Subject:** <<EXTERNAL EMAIL>>FW: FEMA Pending Reimbursement

Good afternoon Eduardo

Would you help us with this breakdown.  Please see below?

Thanks
Ernesto

---

**From:** Ernesto Rivera
**Sent:** Tuesday, August 20, 2019 11:22 AM
**To:** sdiaz@arigroupllc.com
**Cc:** Mark Guess <mguess@cobratd.com>
**Subject:** FEMA Pending Reimbursement

Saludos Suzzette

I hope this email finds you well.  During June 27 big meeting of COBRA / PREPA / COR3/ FEMA you mentioned that FEMA still owed PREPA approximately $200 million regarding restoration work performed by Cobra.

Can you help us understand the breakdown between the original (79503) and later contract (81388)?

Best regards

Ernesto Rivera

Exhibit 05

1

Accounting Manager
Cobra Acquisitions
(787) 4055006

# Exhibit 6

**To:**    Eduardo Ortiz Colón[EDUARDO.ORTIZ@prepa.com]
**From:**    Mark Guess
**Sent:**    Mon 9/9/2019 5:01:09 PM
**Subject:**    RE: [External] RE: <<EXTERNAL EMAIL>>FW: FEMA Pending Reimbursement

Good afternoon Eduardo,

Have you reviewed the documentation yet and are you available to meet to discuss open issues.

Mark

---

**From:** Eduardo Ortiz Colón <EDUARDO.ORTIZ@prepa.com>
**Sent:** Thursday, August 22, 2019 3:55 PM
**To:** Ernesto Rivera <erivera@cobratd.com>
**Cc:** Mark Guess <mguess@cobratd.com>
**Subject:** [External] RE: <<EXTERNAL EMAIL>>FW: FEMA Pending Reimbursement

[**EXTERNAL EMAIL**]

Hello Ernesto,

Let me take a look at this and get back to you.

Regards,

Eduardo

---

**From:** Ernesto Rivera <erivera@cobratd.com>
**Sent:** Thursday, August 22, 2019 12:17 PM
**To:** Eduardo Ortiz Colón <EDUARDO.ORTIZ@prepa.com>
**Cc:** Mark Guess <mguess@cobratd.com>
**Subject:** <<EXTERNAL EMAIL>>FW: FEMA Pending Reimbursement

Good afternoon Eduardo

Would you help us with this breakdown.  Please see below?

Thanks
Ernesto

---

**From:** Ernesto Rivera
**Sent:** Tuesday, August 20, 2019 11:22 AM
**To:** sdiaz@arigroupllc.com
**Cc:** Mark Guess <mguess@cobratd.com>
**Subject:** FEMA Pending Reimbursement

Saludos Suzzette

I hope this email finds you well.  During June 27 big meeting of COBRA / PREPA / COR3/ FEMA you mentioned that FEMA still owed PREPA approximately $200 million regarding restoration work performed by Cobra.

Can you help us understand the breakdown between the original (79503) and later contract (81388)?

Best regards

Ernesto Rivera
Accounting Manager
Cobra Acquisitions

Exhibit
06

# Exhibit 7

**To:** Arty Straehla[astraehla@mammothenergy.com]
**Cc:** Mark Layton[mlayton@mammothenergy.com]; Mark Guess[mguess@cobratd.com]
**From:** Fernando M. Padilla Padilla
**Sent:** Tue 9/24/2019 1:18:55 PM
**Subject:** RE: <<EXTERNAL EMAIL>>Fwd: [External] COBRA Mobilization Plan

Hi Arty,

Yes, she is a PREPA consultant, engaged by COR3 to provide Grant Management services on behalf of PREPA. We continue working for FEMA reimbursements as our liquidity continues in strong constraints.

Regards,

**From:** Arty Straehla <astraehla@mammothenergy.com>
**Sent:** Tuesday, September 24, 2019 8:57 AM
**To:** Fernando M. Padilla Padilla <FERNANDO.PADILLA@prepa.com>
**Cc:** Mark Layton <mlayton@mammothenergy.com>; Mark Guess <mguess@cobratd.com>
**Subject:** <<EXTERNAL EMAIL>>Fwd: [External] COBRA Mobilization Plan

Fernando

Please see the email below from Suzzette Diaz. Is she working with PREPA from FEMA?

Arty

> **From:** Mark Guess
> **Sent:** Monday, September 23, 2019 1:28 PM
> **To:** Mark Layton <mlayton@mammothenergy.com>
> **Cc:** Arty Straehla <astraehla@mammothenergy.com>; Phil Lancaster (Mammoth) <plancaster@Mammothenergy.com>; Ernesto Rivera <erivera@cobratd.com>
> **Subject:** Fwd: [External] COBRA Mobilization Plan
>
> FYI
>
> Mark L- We're going to need help from accounting to accurately respond to the email mail request below.
>
> MG
>
> Sent from my iPhone
> Begin forwarded message:
>
> > **From:** Suzzette Diaz <sdiaz@arigroupllc.com>
> > **Date:** September 23, 2019 at 3:37:14 PM GMT+1
> > **To:** Mark Guess <mguess@cobratd.com>, Ernesto Rivera <erivera@cobratd.com>
> > **Cc:** Eduardo Ortiz Colón <EDUARDO.ORTIZ@prepa.com>, "Fernando M. Padilla Padilla" <FERNANDO.PADILLA@prepa.com>
> > **Subject:** [External] COBRA Mobilization Plan
> >
> > [**EXTERNAL EMAIL**]
> >
> > Hi to you both.
> >
> > We are actively working on an RFI that FEMA sent us a couple of weeks ago regarding Cobra's first contract. I'm reaching out to you to see if you could help us gather documentation regarding Cobra's mobilization.
> >
> > FEMA is asking for a narrative detailing the following:

| Exhibit 07 |
|:---:|

**"Provide a narrative description for the scope of work explaining the mobilization process, including how and when personnel were moved to the island. In order to ensure there is no duplication, a roster of names for all personnel mobilized to the island must be provided that shows the name of person, date of mobilization, and method of transportation, including the name of carrier and the carrier's manifest."**

It will be of great benefit if you could provide Cobra's Mobilization Plan and any manifest available.

You can reach me at 787-486-9484 to discuss further.

Regards,

Suzzette Diaz