Hearing Date: April 16, 2020 at 10:00 a.m. (AST)
Objection Deadline: April 1, 2020 at 4:00 p.m. (AST)

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | |
| Debtors. | |
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| | No. 17 BK 4780-LTS |
| as representative of PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA") | |
| Debtor.[1] | |

### NOTICE OF HEARING ON COBRA ACQUISITIONS LLC'S URGENT MOTION TO MODIFY STAY ORDER AND ALLOW UNDISPUTED TAX CLAIMS

**PLEASE TAKE NOTICE** that a hearing on Cobra Acquisition LLC's Urgent Motion to Modify Stay Order and Allow the Undisputed Tax Claims (the "Motion") will be held before the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Honorable Laura Taylor Swain, United States District Judge, at the United States District Court for the District of Puerto Rico, in Room 3, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, Puerto Rico 00918-1767 on **April 16, 2020 at 10:00 a.m. (AST).**

**PLEASE TAKE FURTHER NOTICE** that any responses or objections ("Objections") to the Motion by any party shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Puerto Rico, shall be filed with the Court (a) by attorneys practicing in the District Court, including attorneys admitted pro hac vice, electronically in accordance with rule 5 of the Local Rules for the District of Puerto Rico, and (b) by all other parties in interest, on a CD ROM, in text-searchable portable document format (PDF), and shall be served in accordance with the Eleventh Amended Notice, Case Management and Administrative Procedures [Docket No. 11885-1] (the "Case Management Order"), so as to be so filed and received by the Standard Parties (as defined in the Case Management Order) no later than **April 1, 2020 at 4:00 p.m. (AST)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed by the Objection Deadline, the Court may grant the Motion without a hearing.

[*Remainder of page left blank intentionally.*]

Dated: March 25, 2020
San Juan, Puerto Rico

| | |
|---|---|
| Rafael Escalera Rodríguez (No. 122609)<br>*/s/Sylvia M. Arizmendi*<br>Sylvia M. Arizmendi (No. 210714)<br>Alana Vizcarrondo-Santana (No. 301614)<br>Gustavo A. Pabón-Rico (No. 231207)<br>REICHARD & ESCALERA, LLC<br>255 Ponce de León Avenue<br>MCS Plaza, 10th Floor<br>San Juan, PR 00917-1913<br>Telephone: (787) 777-8888<br>Email: escalera@reichardescalera.com<br>arizmendis@reichardescalera.com<br>vizcarrondo@reichardescalera.com<br>pabong@reichardescalera.com | Ira S. Dizengoff (pro hac vice)<br>Abid Qureshi (pro hac vice)<br>Philip C. Dublin (pro hac vice)<br>Steven M. Baldini (pro hac vice)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036<br>Tel: (212) 872-1000<br>Fax: (214) 872-1002<br>Email: idizengoff@akingump.com<br>aqureshi@akingump.com<br>pdublin@akingump.com<br>sbaldini@akingump.com<br><br>--and--<br><br>Thomas P. McLish (pro hac vice)<br>Scott M. Heimberg (pro hac vice)<br>Allison Thornton (pro hac vice)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>2001 K Street, N.W.<br>Washington, DC 20006<br>Tel: (202) 887-4000<br>Fax: (202) 887-4288<br>Email: tmclish@akingump.com<br>sheimberg@akingump.com<br>athornton@akingump.com |

*Attorneys for Cobra Acquisitions LLC*

I HEREBY CERTIFY, that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Sylvia M. Arizmendi*
USDC-PR No. 210714

3