UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO | (Jointly Administered) |
| et al., | |
| Debtors.[1] | |

------------------------------------------------------------x

ORDER SCHEDULING BRIEFING IN CONNECTION WITH MOTION REQUESTING
EXTENSION OF TIME TO RESPOND TO THE ONE HUNDRED TWENTY-SEVENTH OMNIBUS OBJECTION

The Court has received and reviewed the *Motion Request Time for Response* (Docket Entry No. 12520 in Case No. 17-3283, the "Motion"), filed by Maria Consuelo Figueroa Torres (the "Claimant").

Responsive papers to the Motion, if any, must be filed by **March 27, 2020, at 5:00 p.m. (Atlantic Standard Time)**. Claimant's reply papers must be filed by **March 31,**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**2020, at 5:00 p.m. (Atlantic Standard Time)**.  The Court will thereafter take the Motion on submission.

SO ORDERED.

Dated: March 25, 2020

                                                                                                                 /s/ Laura Taylor Swain
                                                                                                                LAURA TAYLOR SWAIN
                                                                                                                United States District Judge