# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ("HTA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Plaintiff,<br><br>v. | PROMESA<br>Title III<br><br>Adv. Proc. No. 20-00003-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| AMBAC ASSURANCE CORPORATION, ASSURED GUARANTY CORP., FINANCIAL GUARANTY INSURANCE COMPANY and U.S. BANK TRUST NATIONAL ASSOCIATION, as Trustee<br><br>Defendants. | |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>        Plaintiff,<br><br>v.<br><br>AMBAC ASSURANCE CORPORATION, ASSURED GUARANTY CORPORATION, FINANCIAL GUARANTY INSURANCE COMPANY and THE BANK OF NEW YORK MELLON, as Fiscal Agent<br><br>Defendants. | PROMESA<br>Title III<br><br>Adv. Proc. No. 20-00004-LTS |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as a representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>    Plaintiff,<br><br>v.<br><br>AMBAC ASSURANCE CORPORATION, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, FINANCIAL GUARANTY INSURANCE COMPANY, PEAJE INVESTMENTS LLC, and THE BANK OF NEW YORK MELLON, as Fiscal Agent<br><br>Defendants. | PROMESA<br>Title III<br><br>Adv. Proc. No. 20-00005-LTS |

**JOINT STIPULATION TO MODIFY CERTAIN DEADLINES SET
FORTH IN FINAL CASE MANAGEMENT ORDER FOR REVENUE BONDS**

The Commonwealth of Puerto Rico ("Commonwealth") and the Puerto Rico Highways and Transportation Authority ("HTA"), by and through the Financial Oversight and Management Board for Puerto Rico ("Oversight Board"), the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), Ambac Assurance Corporation ("Ambac"), Assured Guaranty Corp., Assured Guaranty Municipal Corp. (together, "Assured"), National Public Finance Guarantee Corporation ("National"), and Financial Guaranty Insurance Company ("FGIC") (and, together with Ambac, Assured, and National, the "Monolines"), Bank of New York Mellon, as fiscal agent ("BNYM"), U.S. Bank Trust National Association, as trustee ("U.S. Bank"), and the DRA Parties[2] respectfully submit this Joint Stipulation[3] to modify certain dates and deadlines set forth in the Court's March 10, 2020 Final Case Management Order for Revenue Bonds (ECF No. 12186) ("Revenue Bond Order").[4]

WHEREAS the global response to the COVID-19 pandemic has caused logistical difficulties that render compliance with certain impending deadlines in the Revenue Bond Order infeasible;

WHEREAS a brief extension of those deadlines would allow the parties to work cooperatively towards resolving these difficulties;

---

[2] The DRA Parties are AmeriNational Community Services, LLC ("Servicer"), as servicer for the GDB Debt Recovery Authority ("DRA"), and Cantor-Katz Collateral Monitor LLC, a Delaware limited liability company which serves as the collateral monitor for Wilmington Trust, N.A. in connection with the new bonds issued by the DRA pursuant to the Government Development Bank for Puerto Rico Debt Restructuring Act, Act No. 109-2017, as amended by Act No. 147-2018 and the approved Qualifying Modification for the Government Development Bank for Puerto Rico under Title VI of the Puerto Rico Oversight, Management and Economic Stability Act ("Collateral Monitor").

[3] Counsel for the Official Committee of Unsecured Creditors ("Committee") has indicated that the Committee takes no position on the extensions sought in this Joint Stipulation.

[4] All capitalized terms not defined herein shall have the meaning ascribed to them in the Revenue Bond Order.

-3-

The parties hereby respectfully STIPULATE AND AGREE, subject to the Court's approval, that certain dates and deadlines set forth in the Revenue Bond Order shall be modified as follows:

1. **Lift Stay and Related Motions**

    a. Replies in support of the HTA Lift Stay Motion and the CCDA Lift Stay Motion, and supplemental replies in support of the PRIFA Lift Stay Motion, as related to the issues to be considered by the Court during the preliminary hearing referenced in Paragraph 1(d) of the Revenue Bond Order, shall be due on April 14, 2020 at noon (Atlantic Standard Time);

    b. The preliminary hearing referenced in Paragraph 1(d) of the Revenue Bond Order shall be held on April 22, 2020 at 9:30 a.m. (Atlantic Standard Time). The location and appearance logistics shall be determined as soon as practicable in view of existing circumstances.

2. **Revenue Bond Complaints**. The limited summary judgment motions in Adversary Proceedings Nos. 20-003, 20-004, and 20-005, referenced in Paragraph 2 of the Revenue Bond Order, shall proceed on the following schedule:

    a. Cross-motions for summary judgment: April 10, 2020, at 5:00 p.m. (Atlantic Standard Time)

    b. Responses to any cross-motions for summary judgment: May 8, 2020, at 5:00 p.m. (Atlantic Standard Time);

    c. Replies in support of any cross-motions for summary judgment: May 29, 2020, at 5:00 p.m. (Atlantic Standard Time);

    d. A hearing on the cross-motions for summary judgment will be held in New York on June 9, 2020, at a time to be determined by the Court. Appearance logistics shall be determined as soon as practicable in view of existing circumstances.

3. All other dates, deadlines and terms set forth in the Revenue Bond Order shall remain in effect until further order of the Court.

WHEREFORE, the parties to this Joint Stipulation respectfully request that the Court approve this Joint Stipulation.

Dated: March 26, 2020
   San Juan, Puerto Rico

By: */s/ Michael Mervis*
Martin J. Bienenstock (*pro hac vice*)
Paul V. Possinger (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
Ehud Barak (*pro hac vice*)
Michael Mervis (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
   ppossinger@proskauer.com
   brosen@proskauer.com
   ebarak@proskauer.com
   mmervis@proskauer.com

Michael A. Firestein (*pro hac vice)*
Lary Alan Rappaport (*pro hac vice*)
**PROSKAUER ROSE LLP**
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
Tel: (310) 557-2900
Fax: (310) 557-2193
Email: mfirestein@proskauer.com
   lrappaport@proskauer.com

By: */s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: hermann.bauer@oneillborges.com

*Co-Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of the Debtors*

-6-

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of the Debtors*

/s/ *Peter Friedman*
John J. Rapisardi
(Admitted *Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

Peter Friedman
(Admitted *Pro Hac Vice*)
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 383-5414

Elizabeth L. McKeen
Ashley M. Pavel
(Admitted *Pro Hac Vice*)
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
Tel: (949) 823-6900
Fax: (949) 823-6994

/s/ *Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC No. 222301
Email: lmarini@mpmlawpr.com
Carolina Velaz-Rivero
USDC No. 300913
Email: cvelaz@mpmlawpr.com
**MARINI PIETRANTONI MUÑIZ LLC**
250 Ponce de León Ave.
Suite 900
San Juan, Puerto Rico 00918
Tel: (787) 705-2171
Fax: (787) 936-7494

*Co-Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

**FERRAIUOLI LLC**

By: /s/ *Roberto Cámara-Fuertes*
    Roberto Cámara-Fuertes (USDC-PR No. 219002)
    Sonia Colón (USDC-PR No. 213809)
    221 Ponce de León Avenue, 5th Floor
    San Juan, PR 00917
    Telephone: (787) 766-7000
    Facsimile: (787) 766-7001
    Email: rcamara@ferraiuoli.com
        scolon@ferraiuoli.com

**REXACH & PICÓ, CSP**

By: /s/ *María E. Picó*
    María E. Picó
    (USDC-PR No. 123214)
    802 Ave. Fernández Juncos
    San Juan, PR 00907-4315
    Telephone: (787) 723-8520
    Facsimile: (787) 724-7844
    Email: mpico@rexachpico.com

| **MILBANK LLP** | **BUTLER SNOW LLP** |
|---|---|
| By: */s/ Atara Miller*<br>　　Dennis F. Dunne (admitted *pro hac vice*)<br>　　Atara Miller (admitted *pro hac vice*)<br>　　Grant R. Mainland (admitted *pro hac vice*)<br>　　John J. Hughes, III (admitted *pro hac vice*)<br>　　55 Hudson Yards<br>　　New York, NY 10001<br>　　Telephone: (212) 530-5000<br>　　Facsimile: (212) 530-5219<br>　　Email: ddunne@milbank.com<br>　　　　　amiller@milbank.com<br>　　　　　gmainland@milbank.com<br>　　　　　jhughes2@milbank.com | By: */s/ Martin A. Sosland*<br>　　Martin A. Sosland (admitted *pro hac vice*)<br>　　5430 LBJ Freeway, Suite 1200<br>　　Dallas, TX 75240<br>　　Telephone: (469) 680-5502<br>　　Facsimile: (469) 680-5501<br>　　Email: martin.sosland@butlersnow.com<br>　　Jason W. Callen (admitted *pro hac vice*)<br>　　150 3rd Ave., S., Suite 1600<br>　　Nashville, TN 37201<br>　　Telephone: (615) 651-6774<br>　　Facsimile: (615) 651-6701<br>　　Email: jason.callen@butlersnow.com |
| ***Attorneys for Ambac Assurance Corporation*** | ***Attorneys for Financial Guaranty Insurance Company*** |
| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TAFT LLP** |
| By: /s/ *Heriberto Burgos Pérez*<br>　　Heriberto Burgos Pérez<br>　　(USDC-PR No. 204809)<br>　　Ricardo F. Casellas-Sánchez<br>　　(USDC-PR No. 203114)<br>　　Diana Pérez-Seda<br>　　(USDC-PR No. 232014)<br>　　P.O. Box 364924<br>　　San Juan, PR 00936-4924<br>　　Telephone: (787) 756-1400<br>　　Facsimile: (787) 756-1401<br>　　Email: hburgos@cabprlaw.com<br>　　　　　rcasellas@cabprlaw.com<br>　　　　　dperez@cabprlaw.com | By: */s/ Howard R. Hawkins, Jr.*<br>　　Howard R. Hawkins, Jr. (admitted *pro hac vice*)<br>　　Mark C. Ellenberg (admitted *pro hac vice*)<br>　　William J. Natbony (admitted *pro hac vice*)<br>　　Ellen M. Halstead (admitted *pro hac vice*)<br>　　Thomas J. Curtin (admitted *pro hac vice*)<br>　　Casey J. Servais (admitted *pro hac vice*)<br>　　200 Liberty Street<br>　　New York, NY 10281<br>　　Telephone: (212) 504-6000<br>　　Facsimile: (212) 504-6666<br>　　Email: howard.hawkins@cwt.com<br>　　　　　mark.ellenberg@cwt.com<br>　　　　　bill.natbony@cwt.com<br>　　　　　ellen.halstead@cwt.com<br>　　　　　thomas.curtin@cwt.com<br>　　　　　casey.servais@cwt.com |
| ***Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*** | ***Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*** |

| | |
|---|---|
| **ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC** | **WEIL, GOTSHAL & MANGES LLP** |
| By: */s/ Eric Perez-Ochoa* <br> Eric Pérez-Ochoa <br> USDC-PR No. 206,314 <br> Luis A. Oliver-Fraticelli <br> USDC-PR No. 209,204 <br> 208 Ponce de Leon Ave., Suite 1600 <br> San Juan, PR 00936 <br> Telephone: (787) 756-9000 <br> Fax: (787) 756-9010 <br> Email: epo@amgprlaw.com <br> loliver@amgprlaw.com | By: */s/ Robert Berezin* <br> Jonathan Polkes (admitted *pro hac vice*) <br> Gregory Silbert (admitted *pro hac vice*) <br> Robert Berezin (admitted *pro hac vice*) <br> Kelly DiBlasi (admitted *pro hac vice*) <br> Gabriel A. Morgan <br> 767 Fifth Avenue <br> New York, NY 10153 <br> Telephone: (212) 310-8000 <br> Fax: (212) 310-8007 <br> Email: jonathan.polkes@weil.com <br> gregory.silbert@weil.com <br> robert.berezin@weil.com <br> kelly.diblasi@weil.com <br> gabriel.morgan@weil.com |
| *Attorneys for National Public Finance Guarantee Corp.* | *Attorneys for National Public Finance Guarantee Corp.* |
| **REED SMITH LLP** | **SEPULVADO, MALDONADO & COURET** |
| By: */s/ Eric A. Schaffer* <br> Eric A. Schaffer (admitted *pro hac vice*) <br> Luke A. Sizemore (admitted *pro hac vice*) <br> Jared S. Roach (admitted *pro hac vice*) <br> 225 Fifth Avenue, Suite 1200 <br> Pittsburgh, PA 15222 <br> Telephone: (412) 288-3131 <br> Facsimile: (412) 288-3063 <br> Email: eschaffer@reedsmith.com <br> lsizemore@reedsmith.com <br> jroach@reedsmith.com | By: */s/ Albéniz Couret Fuentes* <br> Albéniz Couret Fuentes <br> (USDC-PR No. 222207) <br> 304 Ponce de León Ave. Suite 990 <br> San Juan, PR 00918 <br> Telephone: (787) 765-5656 <br> Facsimile: (787) 294-0073 <br> Email: acouret@smclawpr.com |
| *Attorneys for The Bank of New York Mellon* | *Attorneys for The Bank of New York Mellon* |

**MCCONNELL VALDÉS LLC**

270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
PO Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: 787-250-5632
Facsimile: 787-759-9225

By: */s/Arturo J. García-Solá*
Arturo J. García-Solá
USDC No. 201903
Email: ajg@mcvpr.com

By: */s/Alejandro J. Cepeda-Diaz*
Alejandro J. Cepeda-Diaz
USDC No. 222110
Email: ajc@mcvpr.com

By: */s/Nayuan Zouairabani*
Nayuan Zouairabani
USDC No. 226411
Email: nzt@mcvpr.com

*Attorneys for AmeriNational Community Services, LLC as servicer for the GDB Debt Recovery Authority*

**C. CONDE & ASSOC. LAW OFFICES**

By: */s/ Carmen D. Conde Torres*

Carmen D. Conde Torres
(USDC No. 207312)
254 San José Street, Suite 5
San Juan, PR 00901-1523
Tel. 787-729-2900
Fax. 787-729-2203
E-Mail: condecarmen@condelaw.com

-and-

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: */s/ Douglas S. Mintz*
Douglas S. Mintz (admitted pro hac vice)
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
E-mail: dmintz@orrick.com

and

Laura Metzger (admitted pro hac vice)
Peter Amend (admitted pro hac vice)
David Litterine-Kaufman (pro hac vice admission pending)
Monica Perrigino (admitted pro hac vice)
51 West 52nd Street
New York, N.Y. 10019
Telephone: (212) 506-5000
E-mail: lmetzger@orrick.com
pamend@orrick.com
dlitterinekaufmann@orrick.com
mperrigino@orrick.com

*Attorneys for Cantor-Katz Collateral Monitor LLC, as Collateral Monitor for GDB Debt Recovery Authority*

| | |
|---|---|
| **HOGAN LOVELLS US LLP** | **RIVERA, TULLA, AND FERRER LLC** |
| By: */s/Ronald Silverman* | By: */s/ Iris J. Cabrera-Gómez* |
| Ronald Silverman (*pro hac vice*) | Eric A. Tulla |
| Robin Keller (*pro hac vice*) | USDC-DPR No. 118313 |
| 390 Madison Avenue | Email: etulla@ riveratulla.com |
| New York, New York 10017 | Iris J. Cabrera-Gómez |
| Tel: (212) 918-3000 | USDC-DPR No. 221101 |
| Fax: (212) 918-3100 | Email: icabrera@ riveratulla.com |
| Email: Ronald.silverman@hoganlovells.com | Rivera Tulla & Ferrer Building |
| Robin.keller@hoganlovells.com | 50 Quisqueya Street |
| | San Juan, PR 00917-1212 |
| *Attorneys for U.S. Bank Trust* | Telephone: (787) 753-0438 |
| *National Association, as Trustee* | Facsimile: (787) 767-5784 |
| | |
| | *Counsel for U.S. Bank Trust* |
| | *National Association, as Trustee* |

-11-

SO ORDERED.

Dated: _____ _____
LAURA TAYLOR SWAIN
United States District Judge

-12-

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 26, 2020, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

*/s/ Eric Perez-Ochoa*