UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS<br>(Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO,<br>*et al.*, | |
| Debtors. | |

---------------------------------------------------------------------x

**[Statement in Support of Relief Sought in Docket#12296]**

**STATEMENT OF INDIVIDUAL BONDHOLDER IN SUPPORT OF RELIEF SOUGHT ON AMENDED CROSS-MOTION OF ASSURED ET AL. REGARDING DISCLOSURE REQUIREMENTS OF RULE 2019**

Dated: March 27, 2020

i

Peter C. Hein, pro se, submits this Statement in support of relief sought in Amended Cross-Motion of Assured et al. Regarding Disclosure Requirements of Rule 2019 (Docket#12296). This statement in support is submitted in accordance with the Court's order dated 3/17/2020 (Docket#12422).

In light of time and logistical constraints given the New York Governor's 'stay home' order and the various other federal, state and city government directives that impact on my practical ability to prepare a statement of support at this time, I am submitting this brief statement in support of the relief sought in the Assured cross-motion. The court is respectfully referred to the following materials that I or others have previously submitted and that are on file in the record in these proceedings. In light of logistical constraints, and because these matters are already in the record available to the court, I am citing the following previously filed materials without re-attaching and re-submitting portions of them as attachments to this filing, or repeating portions of the text of these items in this filing: Docket#11284-page-3-to-5-of-12;#11284-3-page-1-to-18;#10821-page-2-to-5-of-5;#11951-page-2-to-8-of-8;#12216-page-1-to-37;#12216-3-page-1-to-4-of-4;#12252-page-2-to-6-of-6;#12296-page-1-to-36;#12296-3-page-1-to-4-of-4;#12355-page-1,57-of-101.

I assert and reserve all procedural and substantive rights and objections, including my positions that the FOMB members were appointed in violation of the Appointments Clause (and thus FOMB's actions are void and these proceeding should be dismissed) and that PROMESA is unconstitutional because, among other reasons, it is not a "uniform" law "on the subject of bankruptcies throughout the United States".

March 27, 2020

                                            Respectfully Submitted,

*/s/ Peter C. Hein*

Peter C. Hein, Pro Se
101 Central Park West, Apt. 14E
New York, NY 10023
petercheinsr@gmail.com

2

CERTIFICATE OF SERVICE

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

March 27, 2020

By: *[signature: Peter C. Hein]*
Peter C. Hein

3