# **EXHIBIT A**



# POR FIN,
## un futuro con posibilidades

Hace cuatro años entramos a un proceso de quiebra con una carga insostenible, el futuro hipotecado y poca esperanza para la nueva generación.

Hoy, por fin, se abre un nuevo camino. Un futuro lleno de posibilidades. Un futuro de inversión y crecimiento.

El **Acuerdo para el Alivio de la Deuda** reduce inmediatamente la carga y libera al futuro del peso de la deuda.

- **Reduce la deuda** del gobierno de $35 billones a menos de $11 billones, un 70% menos
- **Baja el pago anual** a menos de la mitad, permitiendo que el ahorro se use en servicios e inversiones necesarias, inmediatamente
- **Reduce la duración de los pagos** de 30 años a 20 años, dándole a la próxima generación un mejor futuro
- Contabiliza la mal llamada "deuda extra-constitucional" para determinar el límite de la deuda y **prevenir las malas prácticas del pasado**
- Honra la palabra empeñada por nuestro pueblo y nuestra constitución; y **pone controles al límite constitucional de la deuda**, para que los políticos del futuro no puedan volver a embrollar al país
- **Protege los fondos asignados** para servicios del gobierno y el pago de pensiones
- **Ahorra cientos de millones** en gastos de abogados y asesores de la Junta y del gobierno de Puerto Rico



Lo más importante, el Acuerdo para el Alivio de la Deuda nos permite salir de la quiebra y acabar con la Junta de Supervisión Fiscal. Es lo que necesitamos para despejar la incertidumbre y volver a traer inversión y crecimiento a Puerto Rico.

## ¡Salgamos de la Quiebra Ya!


Coalición de Deuda Constitucional Legítima