# EXHIBIT D

# EXPLANATORY MOTION REGARDING THE URGENT MOTION OPPOSING THE FILING OF COUNTERCLAIM AND REQUESTING ITS WITHDRAWAL FROM THE COURT RECORD

CERTIFIED TRANSLATION:

# COMMONWEALTH OF PUERTO RICO
# COURT OF FIRST INSTANCE
# SAN JUAN JUDICIAL CENTER
# SUPERIOR PART

| | |
|---|---|
| EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO; PEDRO JOSÉ NAZARIO SERRANO, HIS SPOUSE, JUANITA SOSA PÉREZ AND THEIR CONJUGAL PARTNERSHIP; JOEL RIVERA MORALES; MARÍA DE LOURDES GÓMEZ PÉREZ; HÉCTOR CRUZ VILLANUEVA; LOURDES RODRÍGUEZ; AND LUIS M. JORDÁN RIVERA    Plaintiffs    v.UBS FINANCIAL SERVICES INCORPORATED OF PUERTO RICO AND UBS CONSULTING SERVICES OF PUERTO RICO; ABC INSURANCE COMPANY, INC.; XYZ INSURANCE COMPANY, INC.    Defendants | CIVIL NO.: KAC 2011-1067 (803)RE: BREACH OF CONTRACT; DAMAGES[Court Clerk Receipt Stamp 2020 MAR -11 P 1:07] |

## EXPLANATORY MOTION REGARDING
## "URGENT MOTION OPPOSING THE FILING OF COUNTERCLAIM AND REQUESTING ITS WITHDRAWAL FROM THE COURT RECORD"

TO THE HONORABLE COURT:

COME NOW Co-Plaintiff the EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, together with INDIVIDUAL PLAINTIFFS, RETIREES OF THE EMPLOYEE RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO - PEDRO JOSÉ NAZARIO SERRANO, HIS SPOUSE JUANITA SOSA PÉREZ AND THEIR CONJUGAL PARTNERSHIP; JOEL RIVERA MORALES; MARÍA DE LOURDES GÓMEZ PÉREZ; HÉCTOR CRUZ VILLANUEVA; LOURDES RODRÍGUEZ; AND LUIS M. JORDÁN RIVERA, through the undersigned legal counsel and very respectfully STATE and REQUEST:

1. On March 9, 2020, the appearing party filed an "Urgent Motion Opposing to the Filing of Counterclaim and Requesting its Withdrawal from the Court Record", hereinafter the "Urgent Motion", to which was attached as **EXHIBIT 3** a fragment of the transcript of the hearing held on November 26, 2019.

2. Attorney Roberto Quiñones has alerted us that there are some statements in paragraph #55 that have been mistakenly attributed to him when, in fact, they were made by attorney Francisco Pujol. We have listened to the recording of the hearing and, indeed, the statements initially attributed by the reporter to attorney Quiñones were really made by attorney

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

Francisco Pujol. We offer our most sincere apologies to this Honorable Court and to brothers counsel for this mistake in the transcript that was definitely out of our control.

3. In light of that, we request this Honorable Court to deem as corrected paragraph #55 of our Motion and lines 10-17 of page 62 of EXHIBIT 3 of the Urgent Motion, to read as follows:

> […]
>
> **ATTY PUJOLS: <u>Your Honor, you're right</u>.**
>
> HON. JUDGE: There are some results.
>
> **ATTY. PUJOLS: <u>You're right</u>. And the damages, what can happen-**
>
> HON. JUDGE: There is a difference between what's alleged over there and what's alleged over here.

**Transcript - page 62, lines 10-17.** (Emphasis added).

4. Consistent with the foregoing, page 62 is attached hereto so it can be substituted in the record of this Honorable Court.

5. For the same reasons, this Honorable Court is requested to deem as not asserted our allegation that attorney Quiñones had made a judicial admission, as stated in Section II (D), paragraphs #54 to #57 and Section III, paragraph #60.

6. Regardless of the aforementioned clarification, the appearing party reaffirms its assertion that it is unsuitable in this case to bring a counterclaim based on a matter that is not being litigated before this Honorable Court, but in the US District Court for the District of Puerto Rico. In any event, the statements of this Honorable Court so confirm:

> **HON. JUDGE: Again. Here it's being alleged that UBS gave an advice deviated from the fiduciary duty that, according to the plaintiffs, it had to the Retirement System. Because it wanted to profit from that sale. Because as a result of that sale, it collected $35 million in commissions.**
>
> And, then, **the Retirement System followed UBS' recommendations and by following the UBS' recommendations, well, it was negatively impacted** because the recommendations given by UBS did not generate the expected results.
>
> **There's no mention here that those bonds are wrongly issued, are illegal**, whatever. **I'm not going to resolve that, the validity of the bonds.** They've already been issued.

**Transcript - pages 61-62, EXHIBIT 3** (Emphasis added).

**WHEREFORE**, Plaintiffs respectfully request this Honorable Court to deem as corrected page 62 of the Transcript attached as EXHIBIT 3 to the "Urgent Motion Opposing to the Filing of

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

Counterclaim and Requesting its Withdrawal from the Court Record"; substitute it for the page attached hereto; and deem as not asserted the allegation on the judicial admission made by UBS; together with any other remedy pursuant to law in favor of the appearing parties.

**WE HEREBY CERTIFY**: That a true and exact copy of this motion was sent today to:

**PAUL J. LOCKWOOD, ESQ. -** paul.lockwood@skadden.com; **NICOLE A**. **DISALVO, ESQ.,** Nicole.DiSalvo@skadden.com; and ELISA M.C.KLEIN Elisa.Klein@skadden.com; **ROBERTO C. QUIÑONES RIVERA, ESQ., -** rcq@mcvpr.com; **MYRGIA M. PALACIOS CABRERA, ESQ. -** mpc@mcvpr.com.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico on this 11th day of March, 2020.

| | |
|---|---|
| **VICENTE & CUEBAS**<br>P. O. Box 11609<br>San Juan, PR 00910-1609<br>Tel: (787) 751-8000<br>Fax: (787) 756-5250 | **PUJOL LAW OFFICE, PSC**.<br>P.O. Box 363042<br>San Juan, PR 00936-3042<br>Tel: (787) 724-0900<br>Fax: (787) 724-1196 |
| [Signed]<br>**HAROLD D. VICENTE**<br>SCPR No. 3966<br>Email: hvicente@vclawpr.com | [Signed]<br>**FRANCISCO PUJOL MENESES**<br>SCPR No. 11883<br>Email: fpujol@pujollawpr.com |
| [Signed]<br>**HAROLD. D. VICENTE COLÓN**<br>SCPR No. 11303<br>Email: hdvc@vclawpr.com | |
| [Signed]<br>**IVELISSE M. ORTIZ MOREAU**<br>SCPR No. 18640<br>Email: iortiz@vclawpr.com | |

*COUNSEL FOR THE EMPLOYEES RETIREMENT SYSTEM*
*OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO*

| | |
|---|---|
| **FEDERICO HERNÁNDEZ DENTON**<br>P. O. Box 9021279<br>San Juan, PR 00902-1279<br>Tel: (787) 758-3542 | **PUERTO RICO ATTORNEYS & COUNSELLORS AT LAW**<br>P. O. Box 362122<br>San Juan, PR 00936-2122<br>Tel: (787) 767-1919<br>Fax: (787) 764-9120 |
| [Signed]<br>**FEDERICO HERNÁNDEZ DENTON**<br>SCPR No. 3846<br>Emails: fdh@vclawpr.com<br>　　　　f.hernandezdenton@gmail.com | **JOSÉ CHÁVES CARABALLO**<br>SCPR No. 7953<br>Email: chaves@fc-law.com |

**WOLF POPPER LAW OFFICES, PSC.**
654 Plaza
654 Ave. Muñoz Rivera, Ste. 1001
San Juan, PR 00918
Tel: (787) 522-0200
Fax: (787) 522-0201

**CARLOS LÓPEZ LÓPEZ**

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

**SCPR No. 10526**
Email: clopez@wolfpopperpr.com

[Signed]
**RODOLFO CARRIÓN VARGAS**
**SCPR No. 13390**
Email: rcarrion@wolfpopperpr.com

*COUNSEL FOR THE EMPLOYEES RETIREMENT SYSTEM*
*OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO*

**ANDRÉU & SAGARDÍA**
261 Ave. Domenech
Hato Rey, PR 00918-3518
Tel: (787) 754-1777
Fax: (787) 763-0845

[Signed]
**JOSÉ A. ANDRÉU FUENTES**
**SCPR No. 9088**
Email: jaf@andreu-sagarcia.com

*COUNSEL FOR INDIVIDUAL PLAINTIFFS, RETIREES OF THE EMPLOYEE RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO - PEDRO JOSÉ NAZARIO SERRANO, HIS SPOUSE JUANITA SOSA PÉREZ AND THEIR CONJUGAL PARTNERSHIP; JOEL RIVERA MORALES; MARÍA DE LOURDES GÓMEZ PÉREZ; HÉCTOR CRUZ VILLANUEVA; LOURDES RODRÍGUEZ; AND LUIS M. JORDÁN RIVERA*

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

Transcript MC-2020-025
Page 62 of 87

```
1.      UBS' recommendations and by following the
2.      UBS' recommendations, well, it was negatively
3.      impacted because the recommendations
4.      given by UBS did not generate the expected
5.      results.
6.          There's no mention here that those bonds are
7.      wrongly issued, are illegal, whatever. I'm
8.      not going to resolve that, the validity of the bonds.
9.      They've already been issued.
10.         ATTY PUJOLS: Your Honor, you're
11.     right.
12.         HON. JUDGE: There are some results.
13.         ATTY. PUJOLS: You're right. And
14.     the damages, what can happen-
15.         HON. JUDGE: There is a difference between
16.     what's alleged over there and what's
17.     alleged over here.
18.         ATTY. QUIÑONES: Your Honor, we
19.     also did a—
20.         HON. JUDGE: HON. JUDGE: At least from the
21.     allegations of the Fourth Amended Complaint,
22.     which simplified a lot the process. Because, if
23.     you were your telling me of 2011 when
24.     we began, when we had a bunch of defendants,
```

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

Translation Page **5** of **5**