IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO

As representative of
THE COMMONWEALTH OF PUERTO RICO, et
al.,

Debtors

Maria C. Figueroa Torres
Creditor

CASE NO. 17 BK 3283-LTS

PROMESA
TITLE III

CERTIFICATE OF SERVICE

To the Honorable United States District Judge Laura Taylor Swain:

Comes now, Maria Consuelo Figueroa Torres, (creditor) through its undersigned counsel and very respectfully alleges and prays:

1. In March 24, 2020 creditor Maria Consuelo Figueroa Torres filed through its undersigned counsel MOTION REQUEST TIME FOR RESPONSE. Document Number: 12520.

2. I hereby certify that same date, filed with the clerk of the Court using CM/ECF system and notice by electronic transmission -true and exact copy- was sent to the following persons/entities by the Bankruptcy Noticing Center to the Office of the United States Trustee. The Creditor has provided electronic notice of this motion in accordance with the Eleventh Amended Case Management Procedures to the following parties:

(i) Chambers of the Honorable Laura Taylor Swain:
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312

(ii) Office of the United States Trustee for Region 21
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922

(iii) Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF):
Puerto Rico Fiscal Agency and Financial Advisory Authority
Roberto Sánchez Vilella (Minillas) Government Center
De Diego Ave. Stop 22
San Juan, Puerto Rico 00907
Attn: Carlos Saavedra, Esq.
Rocío Valentin, Esq.
E-Mail: Carlos.Saavedra@aafaf.pr.gov
Rocio.Valentin@aafaf.pr.gov

(iv) Counsel for AAFAF:
O'Melveny & Myers LLP
7 Times Square
New York, New York 10036
Attn: John J. Rapisardi, Esq.
Suzzanne Uhland, Esq.
Peter Friedman, Esq.
Nancy A. Mitchell, Esq.
Maria J. DiConza, Esq.
E-Mail: jrapisardi@omm.com
suhland@omm.com
pfriedman@omm.com
mitchelln@omm.com
mdiconza@omm.com
Marini Pietrantoni Muñiz LLC
250 Ponce de Leon Ave.
Suite 900
San Juan, PR 00918
Attn: Luis C. Marini-Biaggi, Esq.
Carolina Velaz-Rivero, Esq.
Iván Garau-González, Esq.
E-Mail: lmarini@mpmlawpr.com
cvelaz@mpmlawpr.com
igarau@mpmlawpr.com

(v) Counsel for the Oversight Board:

Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
Attn: Martin J. Bienenstock
Brian S. Rosen

Paul V. Possinger
Ehud Barak
Maja Zerjal
E-Mail:mbienenstock@proskauer.com
brosen@proskauer.com
ppossinger@proskauer.com
ebarak@proskauer.com
mzerjal@proskauer.com

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Attn: Hermann D. Bauer, Esq.
E-Mail: hermann.bauer
@oneillborges.com

(vi) Counsel for the Creditors' Committee:
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
Attn: Luc. A. Despins
James Bliss
Casillas, Santiago & Torres LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn: Juan J. Casillas Ayala
Diana M. Batlle-Barasorda

James Worthington
G. Alexander Bongartz
E-Mail: lucdespins@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
alexbongartz@paulhastings.com

Alberto J. E. Añeses Negrón
Ericka C. Montull-Novoa
E-Mail: jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com

(vii) Counsel for the Retiree Committee:
Jenner & Block LLP
919 Third Avenue

New York, New York 10022
Attn: Robert Gordon
Richard Levin
Catherine Steege
E-Mail: rgordon@jenner.com
rlevin@jenner.com
csteege@jenner.com
Bennazar, García & Milián, C.S.P.
Edificio Union Plaza PH-A piso 18
Avenida Ponce de León #416
Hato Rey, San Juan, Puerto Rico 00918
Attn: A.J. Bennazar-Zequeira
E-Mail: ajb@bennazar.org

      And e-mail notice to:

Carlos.Saavedra@aafaf.pr.gov
Valentin@aafaf.pr.gov
mitchelln@omm.com
igarau@mpmlawpr.com

3. Also, the Puerto Rico Department of Justice; the Other Interested Parties; all parties filing

a notice of appearance in these Title III cases; and Movant.

**WHEREFORE** Maria Consuelo Figueroa Torres respectfully prays that this motion be

granted,; and another legal reason of this Honorable Judge.

RESPECTFULLY SUBMITTED.

In Ponce for San Juan, Puerto Rico this March 27, 2020.

      /S/Vanessa Hernández Rodríguez, Esq.
      Attorney for Creditor
      USDC-PR 306703
      Street Aurora 4140, Suite 1
      Ponce, Puerto Rico 00717-1203
      Telephone number: (787) 840-0804
      Cell phone:    (787) 548-6208
      Fax number: (787) 840-0804
      E-mail: hernandezrodriguez.v@gmail.com