# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

        Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Nicholas Vass, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On March 26, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via email on (1) the ERS NOP Notice Parties Service List attached hereto as **Exhibit A**; and (2) the AP Defendants Email Service List attached hereto as **Exhibit B**:

- Joint Status Report Regarding Discovery and Briefing Schedule With Respect to Certain Issues Raised in Certain Contested Matters and Adversary Proceedings Related to the Bonds Issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Case No. 17 BK 3566, Docket No. 847; Case No. 17 BK 3283, Docket No. 12535]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- Order Regarding ERS Bond Litigation Joint Status Report (Docket Entry No. 12535)
  [Case No. 17 BK 3566, Docket No. 849; Case No. 17 BK 3283, Docket No. 12539]

Dated: March 31, 2020

/s/ Nicholas Vass
Nicholas Vass

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 31, 2020, by Nicholas Vass, proved to
me on the basis of satisfactory evidence to be the person who appeared before me.

/s/ HERBERT BAER
Notary Public, State of New York
No. 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2021

SRF 40986

**<u>Exhibit A</u>**

## Exhibit A

ERS NOP Notice Parties Service List

Served via email

| MMLID | NAME | EMAIL |
|-------|------|-------|
| 2179838 | A&B General Consultants Corp. | santiagoalex65@gmail.com |
| 2179839 | Academia Puertorriquena de la Lengua Espanola | info@academiapr.org |
| 2180392 | Acevedo, Nilma | nacevedod@yahoo.com |
| 2179843 | Acosta Nazario, Andres & Magaly | magaly.acosta.nazario@gmail.com |
| 2179842 | Acosta Nazario, Magaly | magaly.acosta.nazario@gmail.com |
| 2179844 | Acosta-Nazario, Maribel and Magaly | magaly.acosta.nazario@gmail.com |
| 2179845 | Aguilo-Pico, Magda | pedro.quintero@pr.edu |
| 2179846 | Aguirre, Elva M. | afag@me.com |
| 2179847 | Allen, Chet H. | 49hobbs@gmail.com |
| 2179849 | Almeda, Yanira | yaniraalmeda@gmail.com |
| 2179850 | Alvarez, Linette | alvarezlinette@gmail.com |
| 2179851 | Alvarez-Beamud, Marie I. | mariealvarez687@gmail.com |
| 2180396 | Alvarez-Mendez, Carlos | calvarez@mendezcopr.com |
| 2180397 | Alvarez-Mendez, Sylvia | calvarez@mendezcopr.com |
| 2179852 | Amadeo, Jose E. | jamadeo@prtc.net |
| 2179854 | Amador-Toledo, Marisabel | yiyiamadoe@yahoo.com |
| 2179853 | Amador-Toledo, Rafael | amadortoledo@hotmail.com |
| 2179856 | Anderson, Virgle J. & Cheryl D. | andersonranches@yahoo.com |
| 2179858 | Antoni, Carlos M. | antonic00926@yahoo.com |
| 2179863 | Aponte-Valderas, Becky M. | beckymaponte@gmail.com |
| 2179860 | Aponte-Valderas, Jose L. | apontevalderas@gmail.com |
| 2179861 | Aponte-Valderas, Lisa M. | laponte@rmmelaw.com |
| 2179862 | Aponte-Valderas, Luis A. | albertoaponte@yahoo.com |
| 2179864 | Arana, Kenia | keniaarana15@gmail.com |
| 2179865 | Arias Guardiola Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2179866 | Armando Rodriguez-Santana Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Exhibit A

ERS NOP Notice Parties Service List

Served via email

| MMLID | NAME | EMAIL |
|-------|------|-------|
| 2179867 | Arroyo Calderon, Edgardo | edgardo.arroyo.calderon@gmail.com |
| 2179871 | Audrey C. Scott Decd. IRA | mrbscott@yahoo.com |
| 2179872 | Aulet-Castro, Antonio R. | kititopr@hotmail.com |
| 2179874 | Avila Medina, Fe Mercedes | acs2004_47@hotmail.com |
| 2179873 | Avila-Medina, Angel G. | insnurse@gmail.com |
| 2179875 | Ayendez Faccio Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2179876 | Ayyar, Mani | mayyar29@gmail.com |
| 2179877 | Balasquide-Frau, Miriam C. | mbschmidt2@aol.com |
| 2179878 | Ballester, Carmina | maggiesuro@gmail.com |
| 2179879 | Banks, Veronica | grbanks@gmail.com |
| 2179880 | Barahona LLC | bcollaza@lawpr.com |
| 2179883 | Barreras, Eliett | eliettambar@gmail.com |
| 2179884 | Barrios-Lugo, Marta | Loti53@hotmail.com |
| 2179885 | Barron Family Revocable Living Trust | danielrbarron@msn.com |
| 2179887 | Belgodere, Felipe | felipegel@prtc.net |
| 2179888 | Bello, Harry A. | hbello55@gmail.com |
| 2179889 | Beltran-Pascual Family Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2180348 | Benitez, Isabel Vazquez | annabellenoa@gmail.com |
| 2179891 | Bermudez-Ortiz, Jose | bermudezortizjose@gmail.com |
| 2179892 | Berrios-Rivera, Magali | magaberi@gmail.com |
| 2179893 | Blackburn, Janet | justtax@sbcglobal.net |
| 2179895 | BofA Securities (fka Merrill Lynch & Co.) | jason.stone@bofa.com |
| 2179896 | Bonnin, Raul | raul.bonnin@yahoo.com |
| 2179897 | Botet, Rosalina | hiram.vazquez@hub-co.com |
| 2179898 | Bou-Pina, Iris | housuki1941@yahoo.com |
| 2179901 | Brulez, Gary & Pamela | gary@cpamo.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Exhibit A

ERS NOP Notice Parties Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2179903 | Buono-Alcaraz, Juan | jbuono2346@yahoo.com |
| 2179904 | Bury, John G. and Natalia | jburyenterprise@yahoo.com |
| 2179905 | Busquets, David | djbusquets@prtc.net |
| 2179908 | Canales, Freddie | freddiecanales@gmail.com |
| 2179909 | Candelario, Jose H. | candelariojodeh@gmail.com |
| 2179910 | Carbia, Consuelo | conniecarbia@gmail.com |
| 2179911 | Carbia, Orlando A. | orlandocarbia@gmail.com |
| 2179913 | Carlo-Landron, Susan Marie | clsm78@yahoo.com |
| 2179914 | Carlos R. Mendez Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2179915 | Carrera, Ivette | ivesusa.carrera@gmail.com |
| 2179916 | Carro-Soto, Jose A. | drcarro2003@yahoo.com |
| 2179917 | Cartagena, Carmen R. | gefrecha@hotmail.com |
| 2179918 | Castellano-Rivera, Bevelyn | bevelyncastellano@hotmail.com |
| 2179920 | Castillo, Lynette | lynette_castillo@yahoo.com |
| 2179921 | Castro, Alida | alida_castro8@yahoo.com |
| 2179923 | Castro-Lang, Rafael | rafacastrolang@gmail.com, rafacastrolanglaw@gmail.com |
| 2179928 | Cintron Cordero, Domingo | ACarpetcleaning47@gmail.com |
| 2179925 | Cintron, Rita | ritamcitron@gmail.com |
| 2179930 | Cirino-Ayala, Pedro A. | Pectorjr7722@yahoo.com |
| 2179931 | Claudio Ballester Rico Estate | vibaponce@yahoo.com |
| 2179933 | Colberg Cabrera Children Trust-Alberto Juan-Colberg, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2179934 | Cole, James M. | jamesoncole@gmail.com |
| 2179935 | Collazo-Collazo, Cristina | amvc1@aol.com |
| 2179944 | Colon Rodriguez, Filiberto | ficorod4@gmail.com |
| 2179939 | Colon, Felix Antonio | felixmd78@gmail.com |
| 2179940 | Colon, Luis A. and de Colon, Maria A. | Bertiecolon@gmail.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Exhibit A

ERS NOP Notice Parties Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2179938 | Colon, Nelson S. | pachan29@hotmail.com |
| 2179936 | Colon, Teresita | prwec1@gmail.com |
| 2179941 | Colon, Walter E. & Teresita | prwec1@gmail.com |
| 2179945 | Comas del Toro, Jesus and Comas, Herminia | ledorot077@gmail.com |
| 2179947 | Congregacion Hnas. Carmelitas de la Caridad | adamyriamv@gmail.com |
| 2179948 | Cooperativa de Ahorro y Credito de Santa Isabel | vmorales@cacsi.com |
| 2179950 | Coss, Lillian | lillianc@live.com |
| 2179953 | Cristy, Alfredo J. | ajcristy73@yahoo.com |
| 2179955 | Cruz, Luis A. | apolocande@yahoo.com |
| 2179954 | Cruz, Lydia | cruzl4477@gmail.com |
| 2179958 | Daniel Barreto Torres Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2179959 | Davis, Veronica C. | dollyd701@hotmail.com |
| 2179960 | Davis, Wayne | picker629@msn.com |
| 2179961 | de Bello, Carmen Q. | hbello55@gmail.com |
| 2179977 | de Fortuno, Annette Diaz | anettefortuno@yahoo.com |
| 2179963 | De Jesus, Sara E. | sallyedejesus@gmail.com |
| 2180263 | de L. Rodriguez-Gonzalez, Maria | liamlourdesrodriguez2@gmail.com |
| 2179966 | de Lourdes Carvajal, Agnes | roch40@earthlink.net |
| 2180178 | de Munoz, Aida A & Munoz, Edgardo | emunozPSC@gmail.com |
| 2179967 | Dean Lavere Cooley Family Revocable Living Trust | dean@deancooley.com |
| 2179968 | Dean Lavere Cooley Rollover IRA | dean@deancooley.com |
| 2179969 | Dearmond, John E. | enigma0722@aol.com |
| 2179970 | Del C. Osuna, Milagros | yayiosuna@gmail.com |
| 2179971 | Del Carmen Alomar Esteve, Maria | alomar.carmen@gmail.com |
| 2179972 | del Carmen Alvarez, Maria | marunces@gmail.com |
| 2179975 | Delgado-Toledo, Julio | juliodelgado@gmail.com |
| 2179978 | Diaz Cuevas, Carlos M. | carlosmdiazcuevas@gmail.com |

## Exhibit A

ERS NOP Notice Parties Service List

Served via email

| MMLID | NAME | EMAIL |
|-------|------|-------|
| 2180149 | Diaz, Eloy Mena | eloymenadiaz@gmail.com |
| 2179976 | Diaz, Ruben | rubencardio@gmail.com |
| 2179979 | Diaz-Nieves, Andres | diaznieves.diazfranco@gmail.com |
| 2179980 | Diaz-Sola, Cecilio and Torres, Elaine | cdiazsola@gmail.com |
| 2179981 | Diez, Fernando A. | fdo10@aol.com |
| 2179982 | Domenech Morera, Edgar | edgardomenech@gmail.com |
| 2180268 | Domingo Rodriguez Rivera and Hilda Colon Plumey | domingo5348@yahoo.com |
| 2180267 | Domingo Rodriguez Rivera and Hilda Colon Plumey | domingo5348@yahoo.com |
| 2180425 | Dorbatt Quiñones, Rosa V. | rvdorbatt@gmail.com |
| 2179952 | Dra. Coty Benmaman Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2179983 | Dragoni, Marcos & Aguayo de Dragoni, Maria | abbyaguayo@yahoo.com |
| 2179984 | Duboy, Silvia M. | Silviaduboy@gmail.com |
| 2179985 | Dunlavy, Joseph M | jdunlavy@kansasbusinessfinancing.com |
| 2179986 | Durling, John C. and Jerry L. | johnandchick@yahoo.com |
| 2180390 | Echeandia, Maria J. | luis_fernando_silva@hotmail.com |
| 2179989 | Ellis, E. Clive | clive_ellis@hotmail.com |
| 2179990 | Empire Gas Company, Inc. | kelly@empigaspr.com |
| 2179991 | Empresas Treviño Ramirez Inc. | jesustrevicoperez@gmail.com |
| 2179992 | ENME Real Estate Corp. | rodriguezcardonia13@yahoo.com |
| 2179993 | Enudio Negron-Angulo Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2179995 | Estate of Andres Lopez | doquinon@msn.com |
| 2179996 | Estate of Carlos A Quilichini Roig | quilichinipa2C@microjuris.com |
| 2179997 | Estate of Isaias E. Martir Soto | diazmartir1@gmail.com |
| 2179998 | Fagundo Alvarez, Alice Miriam | edgardomenech@gmail.com |
| 2180412 | Falcon-Rivera, Miguel A. | miguelfalconrivera@yahoo.com |
| 2180000 | Febles Negron, Elines | feblescontes@gmail.com |

Exhibit A

ERS NOP Notice Parties Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2180001 | Federico A. Souffront Santiago Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2180002 | Feliciano-Perez, Eladio & Gonzalez-Torres, Carmen | carmingonzalez70@gmail.com |
| 2180004 | Fernandez, Carmen Luisa | lina005pr@gmail.com |
| 2180003 | Fernandez, Rafael A. | becauxrosario@hotmail.com |
| 2180006 | Fernandez-Munoz, Socorro | happywonderwoman@yahoo.com |
| 2180008 | Fernando Irizarry and Maria Rodriguez | maria@fiaarchitects.com |
| 2180009 | FERPO Consulting Group Inc | ginnette.fernandez@gmail.com |
| 2180010 | Ferrer-Davila, Luis M. | lyfeda2009@gmail.com |
| 2180011 | Fideicomiso B & B | JoseCBacoR@aol.com |
| 2180012 | Fideicomiso Flores-Morales, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2180407 | Figueria Muniz, Iris M. | irismfigueroa@gmail.com |
| 2180015 | Figueroa-Soldevila, Maria Aracelis | mfigsol@gmail.com |
| 2180016 | Flores, Carlos M. | carlosflores385@hotmail.com |
| 2180017 | Font, Luis E. | fontpr@yahoo.com |
| 2180018 | Fourquet-Torres, Juan L. | juanfourquet@gmail.com |
| 2180327 | Francisco Toro-De Osuna and Viviana Velez-Perez | img.franciscotoro@gmail.com |
| 2180019 | Frank, Mary J. | mary.j.frank.civ@mail.mi |
| 2180020 | Freieria Umpierre, Enrique | hfreiria@prtc.net |
| 2180021 | Frontera, Osvaldo Antommattel | antorhellm@coqui.net |
| 2180022 | Fuentes, Enrique | hfa5364@gmail.com |
| 2180382 | Fumero-Vidal, Ricardo A. and Aguilo-Pico, Enid M. | r.fumero@hotmail.com |
| 2180023 | G. Vidal-Santoni Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2180024 | Gabriel Miranda Target Retirement Plan | gjmirandar@gmail.com |
| 2180025 | Galbraith, Jason R. | galbraithjason@yahoo.com |
| 2180026 | Galindez, Julio A. | julio@fprgalindez.com |

Exhibit A

ERS NOP Notice Parties Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2180029 | Garcia Barros, Eva Pilar | epgarcia@prtc.net |
| 2180028 | Garcia Gubern Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2180030 | Garcia Hernandez, Ada I. | adaytito@hotmail.com |
| 2180033 | Garcia Toledo, Alma | almagarciatoledo@yahoo.com |
| 2180031 | Garcia-Navarreto, Maribel | maribel.hernandezgarcia@gmail.com |
| 2180032 | Garcia-Ramirez, Jaime A. | garciaramirez.jaime@gmail.com |
| 2180034 | Garcia-Toledo, Maria T | juliodelgado@gmail.com |
| 2180035 | Gardner, Allison Jean | kgmama3@yahoo.com |
| 2180036 | Garrido-Rincon, Marcos | garridomarco@gmail.com |
| 2180385 | Garrote, Nora E. | negarrote@venuble.com |
| 2180037 | Gay, Susan | susiegay@yahoo.com |
| 2180399 | GIB Development LLC | sshub@45equity.com |
| 2180038 | Ginorio Gomez, Victor M | ticoginorio@gmail.com |
| 2180041 | Gomez Vallecillo, Hiram | hiramgomez@me.com |
| 2180046 | Gonzalez Ojeda, Domingo A. | domgon787@aol.com |
| 2180050 | Gonzalez Reyes, Carlos J. | ccjjggrr1@hotmail.com |
| 2180051 | Gonzalez Roig, Emilio | millog@hotmail.com |
| 2180053 | Gonzalez Torres, Carmen | carmingonzalez70@gmail.com |
| 2179906 | Gonzalez, Ismael | isgon15@hotmail.com |
| 2180043 | Gonzalez, Lohr H. | sarahspoleti@sbcglobal.net |
| 2180042 | Gonzalez, Luis | b.diazj@hotmail.com |
| 2180045 | Gonzalez, Magda | aixza_gonzalez@yahoo.com |
| 2180044 | Gonzalez, Sandra | jamadeo@prtc.net |
| 2180047 | Gonzalez-Passalacqua, Jose Ramon | jrgp1@hotmail.com |
| 2180049 | Gonzalez-Quintana, Hector L. | hgg1164@hotmail.com |
| 2180052 | Gonzalez-Toro, Marylin | marylintk@gmail.com |
| 2180055 | Graham, Diana E. & Johnson | dgraham217@aol.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Exhibit A

ERS NOP Notice Parties Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2180056 | Guardiola, Armando | sbaezdixon@gmail.com |
| 2180057 | Gubern-Garcia Living Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2180059 | Gutierrez Nunez, Carmen M. | gncarmenm@hotmail.com |
| 2180060 | Hale, Carol Z. | czhlks@gmail.com |
| 2180061 | Hanke, Gilberto | 787fishing@gmail.com |
| 2180062 | Hans Mercado-Gonzalez Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2180063 | Hartke, Gary W. | midwestgar49@yahoo.com |
| 2180064 | Hawke, Gilberto | 787fishing@gmail.com |
| 2180065 | Haworth, Steven T. | Shaworth2002@gmail.com |
| 2180066 | Hensley, Michael B and Christy M. | hensley@sktc.net |
| 2180067 | Hernandez, Griselle | supergyzmo@yahoo.com |
| 2180068 | Hernandez-Aldarondo, Tomas | hernandeztomas@hotmail.com |
| 2180395 | Hernandez-Rodriguez, Freddie | freddie.hernandez55@yahoo.com |
| 2180070 | Highfields Capital I LP | lfr@mcvpr.com |
| 2180071 | Highfields Capital II LP | lfr@mcvpr.com |
| 2180072 | Highfields Capital III LP | lfr@mcvpr.com |
| 2180075 | Hospicio Emmanuel Deferred COMPFBO Moises Rivera, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2180077 | Ileana Enid Cuerda-Reyes Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2180096 | Inclan, Julian S. & Pietrantoni de Inccan, Vionette | jinccan@americanpapercorp.com |
| 2180401 | Ines Suarez, Maria | mispg51@gmail.com |
| 2179999 | Inigo Fas, Fideicomiso | cheinigosz@gmail.com |
| 2180079 | Invesco Advisers, Inc., on behalf of certain funds managed or advised by it | twillis@ofiglobal.com |
| 2180082 | Isabel C. Petrovich Estate | paonessal@yahoo.com |
| 2180083 | Isaias F. Martir Soto Estate | diazmartir1@gmail.com |

## Exhibit A

ERS NOP Notice Parties Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2180085 | Ivaem College, Inc. | finanzas@ivaempr.com |
| 2180005 | Jaime Fernandez (guardian for Roger Breto Fernandez) | jaimejuventudvibra@gmail.com |
| 2180102 | Jansen, Janis L. | jljkse@csy.net |
| 2180088 | Jimenez, Teresita | tereyguigapr@gmail.com |
| 2180089 | Jimenez-Gandara, Maria Elena | maricartor@gmail.com |
| 2180090 | Joglor LLC | joefigueroa@yahoo.com |
| 2180427 | John Hancock Investments | ecaron@jhancock.com |
| 2180091 | John Levin-IRA | jlevin6@zoho.com |
| 2180092 | John Levin-Roth-IRA | jlevin6@zoho.com |
| 2180094 | Juan Ramon Gomez Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2180095 | Jubert-Rivera, Nery Jubert | nyjrivera@gmail.com |
| 2180098 | Kochen, Brandon | bkochen@45equity.com |
| 2180100 | Laborde, Ivonne | ivonnelaborde@hotmail.com |
| 2180101 | Landron, Matilde | tontimati@yahoo.com |
| 2180103 | Laracuente, Gregoria | kelvinquinones@gmail.com |
| 2180104 | Lawful Constitutional Debt Coalition | susheelkirpalani@quinnemanuel.com |
| 2180105 | League, Alvin L. & Evelyn R. | evelynleague@gmail.com |
| 2180107 | Lennox, Jeffrey and Linda | lennox.linda@gmail.com |
| 2180106 | Lennox, Linda | lennox.linda@gmail.com |
| 2180110 | Libby, James | jgolf216@gmail.com |
| 2180111 | Librada-Sanz, Jesus | libradajesus@yahoo.es |
| 2180112 | Litespeed Master Fund Ltd. | jamie@litespeedpartners.com |
| 2180113 | Lizardi-Rivera, Rafael I. | pverdehcao@aol.com |
| 2180114 | Llop, Ibrahim | ibra_110P@hotmail.com |
| 2180420 | Lopez Ortiz, Ruth M. | ruth.lopez1@hotmail.com |
| 2180115 | Lopez-Agudo, Fideicomiso | blanca_aguado@yahoo.com |
| 2180116 | Loubriel Umpierre, Enrique | eloubriel@yahoo.com |

## Exhibit A

ERS NOP Notice Parties Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2180117 | Lugo Rivera, Fideicomiso | yanitza_vargas@hotmail.com |
| 2180118 | Luis A. Seguinot Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2180119 | Lunt, Peter H. | plunt@nvcommercial.com |
| 2180120 | Mansfield, Karen | bluegecko2121@yahoo.com |
| 2180121 | Marchena, Orlando | orlyj27@yahoo.com |
| 2180122 | Marczynski, Christine J. | occhrissea@msn.com |
| 2180123 | Maria R. Rodriguez Estate | rrp@bobonislaw.com |
| 2180125 | Mark G. Scolnick 2007 Trust as Amended | markscolnick@gmail.com |
| 2180126 | Mark Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2180128 | Marlin, Dennis J. | djm0212@yahoo.com |
| 2180127 | Marlin, Lisa | lisamarlin@icloud.com |
| 2180130 | Marquez-Rivera, Jose R. | manaveiras@hotmail.com |
| 2180135 | Martinez Oliver, Fabian | lumenmendez@hotmail.com |
| 2180133 | Martinez Velez, Iraida A. | indymarvel@gmail.com |
| 2180137 | Matos-Alvarado, Mercedes | mecanara@tim.it |
| 2180138 | Matras, Michael | importmike@aol.com |
| 2180139 | Mattei-Calvo, Hector L. | yauco13@yahoo.com |
| 2180140 | McDavitt, Thomas D. | tmacdee@cox.net |
| 2180380 | McNamara, James | nmchail@earthlink.net |
| 2180142 | Me Salve Isabela | nmenda@admincomp.com |
| 2180143 | Me Salve Rio Piedras | nmenda@admincomp.com |
| 2180419 | Melendez Rodriguez, Elba E. | eemro101@gmail.com |
| 2180144 | Melendez, Ismael | im712@yahoo.com |
| 2180147 | Melero Munoz, Carmen E. | carmensmelero@gmail.com |
| 2180150 | Menda, Nelson | nmenda@admincomp.com |
| 2180151 | Mendez, Raul | timbvxrs@gmail.com |

Exhibit A

ERS NOP Notice Parties Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2180383 | Mendez-Campoamor, Patricia | pmcampoamor@yahoo.com |
| 2180152 | Mendez-Figueroa, Nelly A. | nelly.mendez.figueroa@gmail.com |
| 2180153 | Mendez-Perez, Ramon and Mendez, Carmen L. | totomendez@hotmail.com |
| 2180154 | Mercer, Helen M. | hmmdome@SBCglobal.net |
| 2180156 | Michica International Co. Shareholders Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2180157 | Michica International Coemployees Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2180158 | Miguel J. Morales-Vales Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2180160 | Miranda, Gabriel | gjmirandar@gmail.com |
| 2180161 | Miriam Loyola-Feliciano Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2180162 | Monarch Alternative Capital LP | colin.daniels@monarchlp.com |
| 2180163 | Montanez, Luis G. | montanezlg@gmail.com |
| 2180165 | Morales Castro Trust | felixamorales1@gmail.com |
| 2180166 | Morales Morales, Luz Maria | luzsunrise99@gmail.com |
| 2180167 | Morales Silva, Virginia | moralessilva81@gmail.com |
| 2180168 | Morales Tores, Daira J. | ianaira@yahoo.com |
| 2180164 | Morales, Salvador | mfscolinas@yahoo.com |
| 2180172 | Morell, Magda | magda.morell@hotmail.com |
| 2180173 | Morla Rios, Everling | everling@jazzhamilton.com |
| 2180176 | Mottola, Joseph | cinim56@gmail.com |
| 2180391 | Muniz, Roman G. | nacevedod@yahoo.com |
| 2180182 | Nazario-Pagan, Maria A. | magaly.acosta.nazario@gmail.com |
| 2180181 | Nazario-Torres, Aracella | cellapillar@yahoo.com |
| 2180183 | Negron Angulo, Enudio | rudin425@gmail.com |
| 2180184 | Nevarez, Elba Iris | amaury47@att.net |
| 2180186 | New Concepts Machining, Inc. | newconcepts@frontiornet.net |

# Exhibit A

ERS NOP Notice Parties Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2180379 | Nido, Carlos J. | carlosnido@gmail.com |
| 2180189 | Nieves Lopez, Gilberto | gilberttonieves@yahoo.com |
| 2180187 | Nieves, Antonia and Jose Maldonado, Sucesion | michelle.yulfo@gmail.com |
| 2180190 | Nigaglioni, Guillermo A. | gnigag@prtc.net |
| 2180191 | Nilda E. Ortiz-Melendez Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2180332 | Nilda Torres-Nieves and Jose Reyes-Cruz | tonito2009@live.com |
| 2180192 | Oceguera, Mirta | ocegueramirta@yahoo.com |
| 2180388 | Ojeda, Carlos J. | carlodsojedapr@yahoo.com |
| 2180242 | Olivieri, Liana Rivera | mevicens@yahoo.com |
| 2180193 | Orr, Jack L & Barbara J | barbieo22@hotmail.com |
| 2180422 | Ortiz Rivera, Ada Ivette | adaivette25@gmail.com |
| 2180194 | Ortiz-Quinones, Jose A. | brunygiuliani@hotmail.com |
| 2180196 | Ortolani, Sherri L | sherrilortolani@gmail.com |
| 2180423 | Padua Flores, Samuel | samuelpadua@hotmail.com |
| 2180358 | Paul Villanueva-Cruz and Lidia Lopez-Gaston | paulnewvillage@gmail.com |
| 2180424 | Pedro, Rodriguez Hernandez | rtshirt1@gmail.com |
| 2180201 | Perez, Agustin | atinperez@gmail.com |
| 2180413 | Perez, Ivette | icypr2@hotmail.com |
| 2180386 | Perez-Alavrez, Ramon F. | rpbroky@gmail.com |
| 2180203 | Perez-Garcia, Julio A. and Garcia-Toledo, Teresa | teresagt72@prtc.net |
| 2180204 | Perez-Pasarell, Hector X. | hectorxavier2000@yahoo.com |
| 2180202 | Perez-Posas, Jose M. | mosqurperezl@yahoo.com |
| 2180205 | Perlman, Alan Jay | perlfoto@gmail.com |
| 2180206 | Peterson, Darol G. | DP4401@frontier.com |
| 2180207 | Picó Gonzalez, Alberto J. | sallyedejesus@gmail.com |
| 2180208 | Pijem-Garcia, Julio S. | salva432001@yahoo.com |
| 2180210 | Pizarro Ramirez, Alma | smari_roca@yahoo.com |

Exhibit A

ERS NOP Notice Parties Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2180211 | Plan de Pension Ministerial Inc. | plandepensiones@gmail.com |
| 2180212 | Playa Azul, CRL | mramos@bufetemrsz.com |
| 2180213 | Polifka, James R. | polifkaj@pctc.net |
| 2180214 | Pollard, Paul David | pdavidpollard@hotmail.com |
| 2180215 | Ponce De Leon, Carlos A. | cponcedeleon@ieg-pr.com |
| 2180216 | Quebrada Bonita Crl | mramos@bufetemrsz.com |
| 2180219 | Rahm, Susan D. and Jeffrey D. | jrahm@stifel.com |
| 2180418 | Ramirez Torres, Ernesto L. | elrtorres@hotmail.com |
| 2180220 | Ramirez, Lavinia | marymqr@hotmail.com |
| 2180222 | Ramirez-Delgado Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2180223 | Ramirez-Fas, Jose | joseramirez@gmail.com |
| 2179994 | Ramirez-Torres, Ernesto L. and Lopez-de Victoria, Adela A. | elrtorres@hotmail.com |
| 2180224 | Ramirez-Zayas, Maria V. | vinasita48@hotmail.com |
| 2180227 | Ramos Lopez, Elisa | gloriosaflor41@gmail.com |
| 2180402 | Ramos-Martin, Gerard | gramosmartin@gmail.com |
| 2180403 | Ramos-Martin, Gerard and Ines Suarez, Maria | gramosmartin@gmail.com, mispg51@gmail.com |
| 2180228 | Ratliff, Blaine | blaine.ratliff@LPL.com |
| 2180230 | Raul-Padilla, Luis | padimart@yahoo.com |
| 2180231 | Render, Richard E. | rickrender@icloud.com |
| 2180234 | Riedl, Yvonne D. | julietteriedl@gmail.com |
| 2180235 | Riestra, Juan | riestra@proen.com |
| 2180240 | Rivera De Jesus, Jose J. | riverajos@prtc.net |
| 2180244 | Rivera Mendoza, Alfredo | fro@coqui.net |
| 2180241 | Rivera Mercado, Brunilda | brunildarivera014@gmail.com |
| 2180195 | Rivera Ortiz, Edwin | ledoedwinortizrivera@hotmail.com |
| 2180421 | Rivera Rivera, Lyda Marta | lydamarta@yahoo.com |

Exhibit A

ERS NOP Notice Parties Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2180237 | Rivera, Victor | vmrrivera8@gmail.com |
| 2180239 | Rivera, Victor M. and Castro, Alida | vmrivera8@gmail.com |
| 2180416 | Rivera-Cruz, Jaime | jretessi@gmail.com |
| 2180415 | Rivera-Garcia, Liajay | dalygrpr@gmail.com |
| 2180250 | Robles, Jaime | jrobles200@gmail.com |
| 2180249 | Robles, Mercedes | mroblesmata@gmail.com |
| 2180248 | Robles, Ruperto J. | anayruperto@gmail.com |
| 2180252 | Roche U.S. Retirement Plans Master Trust | chen.grace_sanchi@gene.com |
| 2180260 | Rodriguez Batis, Edwin | erbatis@yahoo.com |
| 2180257 | Rodriguez de Colon, Hada Livia | ficorod4@gmail.com |
| 2180261 | Rodriguez Diaz, Adelina | lindaarjes@hotmail.com |
| 2180258 | Rodriguez Pagan deceased and his widow Reina Colon Rodriguez | reinac24@coqui.net |
| 2180265 | Rodriguez Pagan, Federico and Irizarry Morales, Rosa A | trj.fr67@gmail.com |
| 2180270 | Rodriguez Schulze, Carmen | jeanne.rodz@gmail.com |
| 2180253 | Rodriguez, Frances M. | mirita12@aol.com |
| 2180255 | Rodriguez, Hilda M. | hmrodriguez1961@yahoo.com |
| 2180254 | Rodriguez, Iris M. | irismrsl@gmail.com |
| 2179942 | Rodriguez, Reina Colon | reinac24@coqui.net |
| 2180262 | Rodriguez-Gonzalez, Angel A. | angelarturo52@gmail.com |
| 2180264 | Rodriguez-Marty, Nestor A. | nesvid@gmail.com |
| 2180357 | Rodriguez-Preza, Victor M. and Alas, Mecerdes D. | alasaguirrem@gmail.com |
| 2180259 | Rodriguez-Rosado, Ramon B. | rodrinesm@yahoo.com |
| 2180269 | Rodriguez-Santana, Armando | armandoro654@gmail.com |
| 2180272 | Roman-Villanueva, Miguel A. | lcdomromancpa@gmail.com |
| 2180274 | Rosendo, Vidal E. | Alfonsodistributors@gmail.com |
| 2180275 | Rotger-Lopez, Nitza | nitza1951@gmail.com |
| 2180276 | Ruiz-Mattei, Jose E. | jeruiz2057@gmail.com |

Exhibit A

ERS NOP Notice Parties Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2180251 | Ruperto J. Robles and Ana Belen Frias | anayruperto@gmail.com |
| 2180277 | Rydzewski, Arline | ajrydz@gmail.com |
| 2180278 | Saft, Laura | lsaft@bds.org |
| 2180279 | Sagliocca, Gennaro | kidneydocs@aol.com |
| 2180282 | Sala-Colon, Jorge P. | jpsala_pr@yahoo.com |
| 2180283 | Saliva, Julio | stutty798@aol.com |
| 2180285 | Sanchez Espinal, Ivan Sanchez | ivan.santose@gmail.com |
| 2180286 | Santander Asset Management, LLC, on behalf of certain funds of the First PR Family of Funds managed by them | fserra@sampr.com |
| 2180287 | Santiago Acevedo, Cesar | cesarsanty@gmail.com |
| 2180288 | Santiago Alverio, Candido | chayoma1@hotmail.com |
| 2180290 | Santoni, Walter | loveand@myself.com |
| 2180291 | Santos Colon, Mirta I. | fasotomeyor@gmail.com |
| 2180293 | Savage, William M. | savagemanor@gmail.com |
| 2180294 | Scherzer, Jeffrey I. | jeff@reginaprinting.com |
| 2180295 | Scherzer, Michael E. | Scherz4nj@optonline.net |
| 2180296 | Scherzer, Pearl Nora | Scherz4nj@optonline.net |
| 2180298 | Schmidt Jr., Donald E. | doneschmidt@sbcglobal.net |
| 2180297 | Schmidt, Roland and Lillian | llschmidt@centurytel.net |
| 2180299 | Scott, James J. | jjeffersonscott@gmail.com |
| 2180301 | Segarra, Carmen M. | carmensega@gmail.com |
| 2180302 | Segarra, Jr., David | dsegarra3@gmail.com |
| 2180304 | Serralles, Michael J. | jboatscaribbea@yahoo.com |
| 2180305 | Sherman, Roger A. | sylangrog@yahoo.com |
| 2180400 | Shub, Ileana and Menda, Brenda | sshub@45equity.com |
| 2180307 | Sifontes, Tomas C. | tomassifontes@gmail.com |
| 2180308 | Signet Investment Corp. | wrod2mnd@hotmail.com |
| 2180309 | Silva-Molinari, Angel | a7silva7@gmail.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Exhibit A

ERS NOP Notice Parties Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2180311 | Skerda, Peter | Pmark1@verizon.net |
| 2180312 | Snyder-Zalduondo, Maria C. | mariasynder1@gmail.com |
| 2180313 | Sobsey, Iris | i_sonsey@hotmail.com |
| 2180314 | Sosa, Diana M. | dianamsosa56@gmail.com |
| 2180315 | Sotomayor Chaves, Francisco A. | fasotomeyor@gmail.com |
| 2180317 | Stillwell, Gary D. | gds5703@aol.com |
| 2180318 | Stocking, Donley J. | dstocking1@gmail.com |
| 2180319 | Suarez-Lopez, Arturo / M. Perez, Ilia | arturosuarez112@gmail.com |
| 2180321 | T&A Properties | anthony@telenetworks.net |
| 2180323 | Telenetworks Inc. | Anthonyc@telenetworks.net |
| 2180097 | Thompson Rev. Tr, Kathryn R. | rthompson@tbswelds.com |
| 2180324 | Tirso T. Pena-Cardenas Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2180325 | Tomas Cuerda-Brugman, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| 2180326 | Tomas Lozano-Perez and Lorraine Gray | lorraine.ma.gray@gmail.com |
| 2180328 | Toro-Suarez, Maria V. | smariavtoro@gmail.com |
| 2180333 | Torres Soto, Alberto J. | eng_atorres@hotmail.com |
| 2180335 | Torres, Gerardo Torres | gtt_14@hotmail.com |
| 2180331 | Torres-Irizarry, Aracella | cellapillar@yahoo.com |
| 2180303 | Torres-Sepulveda, Agustin & Perez-Torres, Matilde S. | gustorres50@verizon.net |
| 2180336 | Torres-Zayas, Luis A. | tozala@gmail.com |
| 2180338 | Treadway, John L | jokerjohn01@hotmail.com |
| 2180340 | UBS Financial Services Incorporated of Puerto Rico | kenneth.crowley@UBS.com |
| 2179890 | UBS TRST Dr. Coty Benmaman Retirement | birdie3754@gmail.com |
| 2180341 | UBS Trust Company of Puerto Rico | kenneth.crowley@UBS.com |
| 2180342 | Urbanski, Kathleen V. | bffv1R5@yahoo.com |
| 2180343 | Valdes-Menendez, Leoncio | Pilovaldes@gmail.com |

Exhibit A

ERS NOP Notice Parties Service List

Served via email

| MMLID | NAME | EMAIL |
|-------|------|-------|
| 2180344 | Valdivieso, Ada R. | renatose@outlook.com |
| 2180426 | Vazquez Vega, Victor M. | 13juniorvazquez@gmail.com |
| 2180349 | Vazquez-Rosado, Salvador | svrjpk@gmail.com |
| 2180350 | Vazquez-Rosario, Vazquez | vince4363@gmail.com |
| 2180387 | Velez-Martinez, Mabel | mabel.velezmartinez@gmail.com |
| 2180356 | Vicens Rivera, Maria E. | mevicens@yahoo.com |
| 2180225 | Vidal Nadal, Ramon (estate) and Cruz-Vidal, Aida | epifaniovidalcruz@yahoo.com |
| 2180359 | Walder, Karl | kwcuboy@yahoo.com |
| 2180398 | Walker, Betty S | lthompson@infinekgroup.com |
| 2180361 | Weber, William E. | weber59@aol.com |
| 2180362 | Welsch, Paulette S. and Robert J. | bobwelsch@yahoo.com |
| 2180365 | Wheeler Trust | wheels135@comcast.net |
| 2180363 | Wheeler, Larry L. | wheels135@comcast.net |
| 2180364 | Wheeler, Vicki L. | wheels135@comcast.net |
| 2180366 | Whittlesey, Carol | lennox.linda@gmail.com |
| 2180367 | Wilson, Felicia Ann | tomsaez@gmail.com |
| 2180368 | Winer, Leon | prleon@msn.com |
| 2180370 | World Rep LLC | nmenda@admincomp.com |
| 2180394 | Wray, Michele | wadewray@verizon.net |
| 2180371 | Ybanez, Noel | neybus@yahoo.com |
| 2180372 | Yordan Molini, Jaime | yordanfrau@prw.net |
| 2180374 | Zayas-Alvarez, Edwin and Cruz-Bonilla, Ida M. | edwinzayas@bellsouth.net |
| 2180376 | Zayas-Cintron, Luz Angelica | luchyzayas@hotmail.com |

**<u>Exhibit B</u>**

Exhibit B

AP Defendants Email Service List

Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| 55H and 56H | Arroyo & Rios Law Offices, P.S.C. | jfigueroa@arroyorioslaw.com |
| 7Y | Bauzá Brau Hernández Irizarry & Silva | gbrau@bioslawpr.com |
| Oaktree-Forrest Multi-Strategy LLC (Series B), Oaktree Value Opportunities Fund Holdings, L.P., Andalusian Global Designated Activity Company, Mason Capital Master Fund, LP, Ocher Rose, L.L.C., SV Credit, L.P., Crown Managed Accounts for and on behalf of Crown/PW SP; LMA SPC for and on behalf of Map 98 Segregated Portfolio, Oceana Master Fund Ltd., Pentwater Merger Arbitrage Master Fund Ltd., and PWCM Master Fund Ltd. | Delgado & Fernandez, LLC | afernandez@delgadofernandez.com |
| 7Y | Gibson, Dunn & Crutcher LLP | mmcgill@gibsondunn.com |
| Andalusian Global Designated Activity Company, Mason Capital Master Fund, LP, Ocher Rose, L.L.C., SV Credit, L.P., Crown Managed Accounts for and on behalf of Crown/PW SP; LMA SPC for and on behalf of Map 98 Segregated Portfolio, Oceana Master Fund Ltd., Pentwater Merger Arbitrage Master Fund Ltd., and PWCM Master Fund Ltd. | Jones Day | iperez@jonesday.com |
| Andalusian Global Designated Activity Company, Mason Capital Master Fund, LP, Ocher Rose, L.L.C., SV Credit, L.P., Crown Managed Accounts for and on behalf of Crown/PW SP; LMA SPC for and on behalf of Map 98 Segregated Portfolio, Oceana Master Fund Ltd., Pentwater Merger Arbitrage Master Fund Ltd., and PWCM Master Fund Ltd. | Jones Day | brosenblum@jonesday.com |
| Oaktree-Forrest Multi-Strategy LLC (Series B), Oaktree Value Opportunities Fund Holdings, L.P., Andalusian Global Designated Activity Company, Mason Capital Master Fund, LP, Ocher Rose, L.L.C., SV Credit, L.P., Crown Managed Accounts for and on behalf of Crown/PW SP; LMA SPC for and on behalf of Map 98 Segregated Portfolio, Oceana Master Fund Ltd., Pentwater Merger Arbitrage Master Fund Ltd., and PWCM Master Fund Ltd. | Jones Day | bbennett@jonesday.com |
| Oaktree-Forrest Multi-Strategy LLC (Series B), Oaktree Value Opportunities Fund Holdings, L.P., Andalusian Global Designated Activity Company, Mason Capital Master Fund, LP, Ocher Rose, L.L.C., SV Credit, L.P., Crown Managed Accounts for and on behalf of Crown/PW SP; LMA SPC for and on behalf of Map 98 Segregated Portfolio, Oceana Master Fund Ltd., Pentwater Merger Arbitrage Master Fund Ltd., and PWCM Master Fund Ltd. | Jones Day | drfox@jonesday.com; smcgonigle@jonesday.com |
| Oaktree-Forrest Multi-Strategy LLC (Series B), Oaktree Value Opportunities Fund Holdings, L.P., Andalusian Global Designated Activity Company, Mason Capital Master Fund, LP, Ocher Rose, L.L.C., SV Credit, L.P., Crown Managed Accounts for and on behalf of Crown/PW SP; LMA SPC for and on behalf of Map 98 Segregated Portfolio, Oceana Master Fund Ltd., Pentwater Merger Arbitrage Master Fund Ltd., and PWCM Master Fund Ltd. | Jones Day | ssooknanan@jonesday.com; mpapez@jonesday.com; gstewart@jonesday.com |
| Barclays Capital Inc./LE, Barclays Cap/Fixed and Barclays Cap/ London | McConnell Valdés LLC | rcq@mcvpr.com |

Exhibit B

AP Defendants Email Service List

Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Sculptor Capital LP f/k/n OZ Management LP | Morgan, Lewis & Bockius, LLP | kurt.mayr@morganlewis.com;<br>david.lawton@morganlewis.com;<br>shannon.wolf@morganlewis.com;<br>ra@calopsc.com;<br>scriado@calopsc.com;<br>rvalentin@calopsc.com |
| The Bank of New York Mellon | Reed Smith LLP | eschaffer@reedsmith.com;<br>lsizemore@reedsmith.com |
| The Bank of New York Mellon | Reed Smith LLP | cgray@reedsmith.com |
| Puerto Rico AAA Portfolio Bond Fund, Inc., Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto Rico AAA Portfolio Target Maturity Fund, Inc., Puerto Rico Fixed Income Fund, Inc., Puerto Rico Fixed Income Fund II, Inc., Puerto Rico Fixed Income Fund III, Inc., Puerto Rico Fixed Income Fund IV, Inc., Puerto Rico Fixed Income Fund V, Inc., Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc., Puerto Rico Investors Bond Fund I, Puerto Rico Investors Tax-Free Fund, Inc., Puerto Rico Investors Tax-Free Fund, Inc. II, Puerto Rico Investors Tax-Free Fund III, Inc., Puerto Rico Investors Tax-Free Fund IV, Inc., Puerto Rico Investors Tax-Free Fund V, Inc., Puerto Rico Investors Tax-Free Fund VI, Inc., Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc., Tax-Free Puerto Rico Fund, Inc., Tax-Free Puerto Rico Fund II, Inc., Tax-Free Puerto Rico Target Maturity Fund, Inc., and UBS IRA Select Growth & Income | Sanchez Pirillo LLC | jsanchez@sanpir.com;<br>alavergne@sanpir.com |
| The Bank of New York Mellon | Sepulvado, Maldonado & Couret | acouret@smclawpr.com |
| Puerto Rico AAA Portfolio Bond Fund, Inc., Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto Rico AAA Portfolio Target Maturity Fund, Inc., Puerto Rico Fixed Income Fund, Inc., Puerto Rico Fixed Income Fund II, Inc., Puerto Rico Fixed Income Fund III, Inc., Puerto Rico Fixed Income Fund IV, Inc., Puerto Rico Fixed Income Fund V, Inc., Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc., Puerto Rico Investors Bond Fund I, Puerto Rico Investors Tax-Free Fund, Inc., Puerto Rico Investors Tax-Free Fund, Inc. II, Puerto Rico Investors Tax-Free Fund III, Inc., Puerto Rico Investors Tax-Free Fund IV, Inc., Puerto Rico Investors Tax-Free Fund V, Inc., Puerto Rico Investors Tax-Free Fund VI, Inc., Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc., Tax-Free Puerto Rico Fund, Inc., Tax-Free Puerto Rico Fund II, Inc., Tax-Free Puerto Rico Target Maturity Fund, Inc., and UBS IRA Select Growth & Income | White & Case LLP | jcunningham@whitecase.com;<br>jzakia@whitecase.com;<br>jgreen@whitecase.com;<br>csloane@whitecase.com; ; |

Exhibit B

AP Defendants Email Service List

Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Puerto Rico AAA Portfolio Bond Fund, Inc., Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto Rico AAA Portfolio Target Maturity Fund, Inc., Puerto Rico Fixed Income Fund, Inc., Puerto Rico Fixed Income Fund II, Inc., Puerto Rico Fixed Income Fund III, Inc., Puerto Rico Fixed Income Fund IV, Inc., Puerto Rico Fixed Income Fund V, Inc., Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc., Puerto Rico Investors Bond Fund I, Puerto Rico Investors Tax-Free Fund, Inc., Puerto Rico Investors Tax-Free Fund, Inc. II, Puerto Rico Investors Tax-Free Fund III, Inc., Puerto Rico Investors Tax-Free Fund IV, Inc., Puerto Rico Investors Tax-Free Fund V, Inc., Puerto Rico Investors Tax-Free Fund VI, Inc., Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc., Tax-Free Puerto Rico Fund, Inc., Tax-Free Puerto Rico Fund II, Inc., Tax-Free Puerto Rico Target Maturity Fund, Inc., and UBS IRA Select Growth & Income | White & Case LLP | gkurtz@whitecase.com |