UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## AFFIDAVIT OF PUBLICATION

I, Nora Hafez, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

This Affidavit of Publication includes sworn statements verifying that the *Notice of Deadline for Submitting Information Forms for Retirement Beneficiaries of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico* (the "***Notice of Retirement Beneficiaries Information Forms Deadline***"), as conformed for publication, was published on March 24, 2020 in the national editions of (1) *El Diario NY* as described in **Exhibit A**; (2) *Primera Hora* as described in **Exhibit B**; (3) *El Vocero* as described in **Exhibit C**; and (4) *El Nuevo Dia* as described in **Exhibit D**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

This Affidavit of Publication includes a sworn statement verifying that the Notice of Retirement Beneficiaries Information Forms Deadline, as conformed for publication, was published on March 26, 2020 in the national edition of *El Nuevo Herald* as described in **Exhibit E**.

Dated: April 1, 2020

                                                                 */s/ Nora Hafez*
                                                                 Nora Hafez

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 1, 2020, by Nora Hafez, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: */s/ OLEG BITMAN*
                Notary Public, State of New York
                No. 01BI6339574
                Qualified in Queens County
                Commission Expires April 4, 2020

**Exhibit A**




an impreMedia company

Affidavit of Publication State of New York County of New York, ss: The undersigned, <u>Esperanza Ruiz,</u> is an Account Executive of **EL DIARIO/LA PRENSA** a company of Impremedia, located at 15 Metro Tech Center, 7th Floor, Brooklyn, NY 11201

This is a daily newspaper published in **New York State**. The legal notice of **The Commonwealth of Puerto Rico** was published in said newspaper as set forth below or in the annexed exhibit.

This newspaper has been designated by the Clerk of New York County for this purpose.

Said Notice was published on:

Tuesday, March 24, 2020

Subscribed and sworn to before me this 26th day of March, 2020

Esperanza Ruiz
Account Executive

Notary Public, ~~New York~~ Queens County, N.Y.

SHAN ATKINSON ( LILY ATKINSON )
Notary Public, State of New York
No. 01AT6364883
Qualified in Queens County
Commission Expires Sept. 25th, 2021

15 Metro Tech Center, 7th Fl. Brooklyn, NY 11201  Phone: (212) 807-4763  Fax: (212) 807-4617

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

In re:
JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO
como representante del
ESTADO LIBRE ASOCIADO DE PUERTO RICO et al,
Deudor.[1]

PROMESA, Título III
Caso Núm. 17 BK 3283-LTS
(Administrada conjuntamente)

In re:
JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,
como representante del
SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO,
Deudor.

PROMESA, Título III
Caso Núm. 17 BK 3566-LTS
(Administrada conjuntamente)

**NOTIFICACIÓN DE LA FECHA LÍMITE PARA RADICAR FORMULARIOS DE INFORMACIÓN RELATIVOS A LOS BENEFICIARIOS DE RETIRO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

DIRIGIDA A TODOS LOS PARTICIPANTES DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO ("SRE"), EL SISTEMA DE RETIRO DE LA RAMA JUDICIAL DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO ("SRJ"), Y EL SISTEMA DE RETIRO PARA MAESTROS DE PUERTO RICO ("SRM"); TOME NOTA DE LO SIGUIENTE:

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") ha radicado el Plan Enmendado de Ajuste Conjunto del Estado Libre Asociado de Puerto Rico, et al. elaborado conforme al Título III [Caso núm. 17-BK-3283, ECF núm. 11946] (denominado, en su versión periódicamente modificada e incluidos todos sus anexos, el "Plan") y la correspondiente declaración de divulgación [Causa núm. 17-BK-3283, ECF núm. 11947] (denominada, en su versión periódicamente modificada e incluidos todos sus anexos, la "Declaración de Divulgación") de conformidad con la cual el Estado Libre Asociado de Puerto Rico (el "ELA") (junto con el SRE, los "Deudores") y la Autoridad de Edificios Públicos de Puerto Rico ("AEP") pretenden ajustar sus deudas conforme al Título III de la Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico.[2]

Con el fin de solicitar cierta información a determinados titulares de reclamos relativos a beneficios de retiro ("Empleados Demandantes")[3] para los cuales los Deudores cuentan con información incompleta u obsoleta, la Junta de Supervisión está remitiendo la presente notificación (la "Notificación"), y está divulgando dicha Notificación en publicaciones de amplia difusión dirigidas a las personas que residen o residieron alguna vez en el ELA.

Usted podría ser un participante o exparticipante en el SRE, el SRJ o el SRM, y es posible que tenga la obligación de radicar un formulario que contenga la información que los Deudores necesitan en la actualidad (el "Formulario de Información"); la información incluye: (a) nombre; (b) dirección postal; (c) dirección de correo electrónico; (d) fecha de nacimiento; (e) sexo; (f) número del seguro social[4]; y (g) información laboral (conjuntamente, la "Información Solicitada"). Los Deudores solicitan que, de ser posible, usted radique su Formulario de Información de forma electrónica en el sitio web auspiciado por el agente de reclamos y solicitudes de los Deudores, Prime Clerk LLC (el "Agente de Reclamos"): https://restructuring.primeclerk.com/PRRetirementBenefit/EPOC-Index.

**SÍNTESIS: PRINCIPALES CONSIDERACIONES**

• El presente documento constituye una notificación legal en lo relativo a las causas del ELA y del SRE radicadas conforme al Título III.
• La Síntesis de esta página describe los principales términos del presente documento. Lea detenidamente todo el documento para obtener información más detallada.
• En el marco de la Causa radicada conforme al Título III de PROMESA, es posible que determinados beneficiarios del ELA y del SRE tengan derecho a votar sobre un plan de ajuste radicado por el ELA y el SRE. Para que los Deudores puedan reducir el número de solicitudes devueltas por no haber podido entregar, y para asegurar que los montos de reclamos relativos a dichos beneficiarios se calculen correctamente, los Deudores solicitan que determinados demandantes radiquen un Formulario de Información que contenga la Información Solicitada. El presente documento explica cómo radicar Formularios de Información.
• El plan de ajuste es un documento que explica cómo los Deudores proponen pagar los montos que adeudan a sus acreedores. Los acreedores podrán consultar dicho plan visitando el siguiente enlace: https://cases.primeclerk.com/puertorico/.
• **Si tiene que radicar un Formulario de Información, deberá hacerlo antes del 21 de mayo de 2020, a las 04:00 p.m., (AST).** El Formulario de Información se proporciona con el presente documento.
• Podrá radicar los Formularios de Información (a) de forma electrónica a través del sitio web del Agente de Reclamos en https://restructuring.primeclerk.com/PRRetirementBenefit/EPOC-Index, o (b) por correo o personalmente en la dirección que se indica en la sección 5 del presente documento. **Los Deudores solicitan que, de ser posible, radique su Formulario de Información de forma electrónica a través del sitio web del Agente de Reclamos.**
• Si tras leer el presente documento necesita información adicional sobre esta Notificación (incluyendo si usted es un individuo que debe presentar un formulario de información), podrá ponerse en contacto con el Agente de Reclamos llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o al (646) 486-7944 (si llama desde el extranjero), entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español), o por correo electrónico escribiendo a puertoricoinfo@primeclerk.com. Tenga en cuenta que las personas que contestan a las llamas telefónicas no pueden brindar asesoramiento legal. Si tiene alguna pregunta sobre los derechos que le brinda la ley, por ejemplo, si tiene la obligación de radicar un Formulario de Información, consulte a un abogado.

**Sección 1: Fecha de Remisión**

El 18 de marzo de 2020, el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal de Distrito") emitió una orden (la "Orden de Procedimientos Anteriores a la Solicitud") en el marco de las Causas de los Deudores radicadas conforme al Título III, en la que fijó el **21 de mayo de 2020 a las 04:00 p.m. (AST)** como fecha límite para radicar los Formularios de Información (la "Fecha de Remisión").

**Sección 2: Quién TIENE que radicar un Formulario de Información**

Si es usted un Empleado Demandante, **TIENE que** radicar un Formulario de Información; de lo contrario es posible que los Deudores no puedan solicitar su voto sobre el plan de ajuste radicado por la Junta de Supervisión a nombre de los Deudores.

Los que tengan posibles reclamos contra los Deudores deberían consultar con un abogado si tienen alguna pregunta sobre la presente Notificación, incluyendo si tienen que radicar un Formulario de Información.

**Sección 3: Consecuencia de no radicar un Formulario de Información antes de la Fecha de Remisión**

LOS TITULARES DE RECLAMOS QUE NO RADIQUEN UN FORMULARIO DE INFORMACIÓN DENTRO DE LOS PLAZOS ESTABLECIDOS PODRÍAN NO RECIBIR LAS PAPELETAS PARA VOTAR SOBRE EL PLAN DE LOS DEUDORES, EN CUYO CASO QUEDARÁN IMPEDIDOS DE ADUCIR QUE LOS PROCEDIMIENTOS DE SOLICITUD VINCULADOS AL PLAN EN CUANTO A LOS RECLAMOS QUE POSEEN LOS BENEFICIARIOS DE RETIRO FUERON INADECUADOS.

**Sección 4: Lo que hay que radicar**

Para que cada Formulario de Información se considere correctamente radicado conforme a la presente Notificación deberá: (i) estar redactado en inglés o en español; (ii) incluir una firma original o electrónica del reclamante o de su agente autorizado; y (iii) ajustarse en sus aspectos esenciales al Formulario de Información aprobado por la Orden de Procedimientos Anteriores a la Solicitud.

Podrá obtener y radicar el Formulario de Información a través del siguiente sitio web creado y mantenido por el Agente de Reclamos: https://restructuring.primeclerk.com/PRRetirementBenefit/EPOC-Index.

**Sección 5: Dónde y cómo radicarlo**

Todos los Formularios de Información se radicarán con el agente de reclamos y notificaciones, Prime Clerk LLC (el "Agente de Reclamos") conforme a los procedimientos que figuran en el presente documento, **de tal modo que se reciban efectivamente** en o antes de la Fecha de Remisión.

Los Formularios de Información podrán radicarse a través de cualquiera de los siguientes métodos:

(i) **De forma electrónica**, cumplimentando el Formulario de Información en el sitio web del Agente de Reclamos: https://restructuring.primeclerk.com/PRRetirementBenefit/EPOC-Index;

(ii) Si se entrega **por correo de primera clase** (*first class mail*), en la siguiente dirección: Puerto Rico Retirement Benefit Information Processing Center, c/o Prime Clerk LLC, Grand Central Station, PO Box 4708, New York, NY 10163-4708;

(iii) Si se entrega **por mensajería de 24 horas** (*overnight courier*), en la siguiente dirección: Puerto Rico Retirement Benefit Information Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232; o

(iv) Si se entrega **personalmente**, a cualquiera de las siguientes direcciones: (a) Puerto Rico Retirement Benefit Information Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232; o (b) las siguientes ubicaciones en el ELA, disponibles en los días y horarios que se indican a continuación:

| Ubicaciones en el ELA que aceptan formularios de información mediante entrega a la mano[5] | |
|---|---|
| Todas las ubicaciones están disponibles del 31 de marzo de 2020 a 21 de mayo de 2020  (excepto los fines de semana y los días feriados del Tribunal) | |
| Dirección | Horario (AST) |
| Citi Towers 250 Avenida Ponce de León Suite 503, Hato Rey, San Juan, PR 00918 | L a V 8:30 a. m. a 5:00 p. m. |
| Piloto 151 151 Calle de San Francisco, 2nd Floor, San Juan, PR 00901 | L a V 8:30 a. m. a 5:00 p. m. |
| Centro de Convenciones Bianca Carr 2 KM 143, Floor 1 Añasco, PR 00610 | L a V 8:30 a. m. a 5:00 p. m. |
| Centro Oceana HUB 2 Calle Acerina Caguas, PR 00725 | L a V 8:30 a. m. a 5:00 p. m. |
| Joe's Blue Edificio MCS 880 Avenida Tito Castro, 1st Floor, Ponce, PR 00716-4732 | L a V 8:30 a. m. a 5:00 p. m. |

No se aceptarán Formularios de Información que se envíen por fax, telecopiadora o correo electrónico; no obstante, dichos formularios se podrán radicar a través del sitio web de Prime Clerk: https://restructuring.primeclerk.com/PRRetirementBenefit/EPOC-Index.

Los Deudores solicitan que, de ser posible, radique su Formulario de Información de forma electrónica a través del sitio web del Agente de Reclamos.

**Sección 6: Información adicional**

Podrá descargar y consultar de manera gratuita la Orden de Procedimientos Anteriores a la Solicitud en el sitio web del Agente de Reclamos, https://cases.primeclerk.com/puertorico/.

Si necesita obtener información adicional sobre esta Notificación, podrá ponerse en contacto con el Agente de Reclamos llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o al (646) 486-7944 (si llama desde el extranjero), entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español), o por correo electrónico a puertoricoinfo@primeclerk.com.

Fecha: 19 de marzo de 2020

[1] Los Deudores en las causas radicadas conforme al Título III, junto con las causas individuales de cada Deudor en virtud del mismo título, y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según correspondan, son: (i) el Estado Libre Asociado de Puerto Rico (Causa de Quiebra Núm. 17-BK-3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481; (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Causa de Quiebra Núm. 17-BK-3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") (Causa de Quiebra Núm. 17-BK-3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Causa de Quiebra Núm. 17-BK-3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); (v) la Autoridad de Energía Eléctrica de Puerto Rico ("AEE") (Causa de Quiebra Núm. 17-BK-4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y (vi) la Autoridad de Edificios Públicos de Puerto Rico ("AEP") (Causa de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de las causas radicadas conforme al Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

[2] PROMESA ha sido codificada en el Título 48 U.S.C. §§ 2101 a 2241.

[3] En el Plan, la Clase 39 corresponde a los reclamos de los Empleados Demandantes.

[4] Los Deudores necesitan los últimos cuatro dígitos de los números del Seguro Social de los demandantes para determinar qué datos laborales corresponden a cada demandante.

[5] Los deudores se reservan el derecho de cambiar las ubicaciones que aceptan evidencias de reclamos mediante entrega personal.

971-84274-1

## 1505 Abogados

**Casos de Horas Extras, Salario Mínimo, Discriminación, Acoso Sexual, y Derechos Laboral**

Hemos recuperado millones para nuestro clientes (resultados pasado no garantiza futuros resultados)
*No importa su estatus legal y no cobramos si no ganamos*



**Hang & Associates, PLLC**

**(718)353-8522**

www.hanglaw.com

136-20 38th Avenue, Suite 10G
Flushing, New York 11354

CONSULTA GRATIS

PREGUNTA POR LETICIA O MARITZA QUE HABLA ESPAÑOL

988-84000-1

**ACCIDENTES DE CONSTRUCCIÓN**
Más de 30 Años de Experiencia
• SU ESTADO MIGRATORIO NO IMPORTA
• Consulta Gratis • No pagas si no ganas



**LOS ABOGADOS DEL PUEBLO GORAYEB & ASSOCIATES, P.C.**

JUSTICIA PARA VÍCTIMAS DE ACCIDENTES DE CONSTRUCCIÓN
**(212) 267-GANE | GORAYEB.COM**

971-83285-1

**¿MALA PRACTICA MEDICA?**



Encuentre en nuestras páginas un abogado que lo ayude

EL DIARIO



VARIEDAD de AUTOS Y MOTOS encontrarás en las páginas de el: EL DIARIO

## 1705 Intercambios Sociales



**ASIATICAS** MUY BONITAS, Cariñosas, *Maestras* 24/7. Jackson Hts, Queens.
929-533-7073

**BROOKLYN**
55 St. and 6 Ave.
Chinese, Korean, Japanese.
646-262-8271 11-2AM

**REINA**
MADURA .BRONX. SITIO.
646-262-3836

**Para anunciar en esta sección llamar al:**
**877-862-8476**
o al:
**212-807-4681**

EL DIARIO

**Exhibit B**

# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

PROMESA, Título III, Caso Núm. 17 BK 3283-LTS (Administrada conjuntamente)

PROMESA, Título III, Caso Núm. 17 BK 3566-LTS (Administrada conjuntamente)

**NOTIFICACIÓN DE LA FECHA LÍMITE PARA RADICAR FORMULARIOS DE INFORMACIÓN RELATIVOS A LOS BENEFICIARIOS DE RETIRO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

# AFIDAVIT

Yo, Juan C. Jiménez Doblado, habiendo prestado el debido juramento declaro:

Que soy Representante del periódico "PRIMERA HORA" que se publica en Guaynabo, P.R.; que en las ediciones de este periódico correspondientes a los días:

**24 DE MARZO DE 2020**

se dio publicidad al anuncio expedido por

**JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO.**

en el caso arriba mencionado y copia del cual se une al presente afidávit para que forme parte del mismo.

Guaynabo, P.R. _24 marzo_ 20_20_

Afidávit No. _65387_ del Registro.

Jurado y reconocido ante mi por Juan C. Jiménez Doblado, vecino de San Juan, mayor de edad, soltero, Representante del periódico "PRIMERA HORA", a quien doy fe de conocer personalmente,

Guaynabo, P.R. _24 marzo_ 20_20_

NOTARIO






**<u>Exhibit C</u>**



# AFIDAVIT

## Notificación de la fecha límite para radicar formularios de información relativos a los beneficiarios de Retiro del Estado Libre Asociado de Puerto Rico del sistema de Retiro de los empleados del Gobierno del Estado Libre Asociado de Puerto Rico

**Tribunal de Distrito de los Estados Unidos
Para el Distrito de Puerto Rico**

Yo, Félix A. Rosa Gordián habiendo prestado el juramento debido, declaro lo siguiente: Que soy el Contralor de Publi-Inversiones para el periódico El Vocero de Puerto Rico el cual se pública en San Juan Puerto Rico y que en las ediciones de este mismo diario correspondientes a los siguientes días:

**24 de marzo de 2020**

Se dio publicidad al aviso expedido por: **Propietario: La Junta de Supervisión y Administración Financiera de Puerto Rico (la Junta de Supervisión)..**

Sobre el asunto arriba mencionado, y copia del cual se une al presente affidavit para que forme parte del mismo.

San Juan, Puerto Rico, a ___MAR 31 2020___

_Felix A. Rosa Gordián_
Departamento de Finanzas

Affidavit Núm. __116069__ del Registro

Jurado y reconocido ante mí por Noemí Merced Morales, mayor de edad, casada, vecina de San Juan y facturadora del Departamento de Facturación de Publi Inversiones para el periódico El Vocero de Puerto Rico, de esta vecindad, a quien doy fe de conocer personalmente.

San Juan, Puerto Rico, a ___MAR 31 2020___

NOTARIO PUBLICO



Case:17-03283-LTS Doc#:12583 Filed:04/01/20 Entered:04/01/20 21:22:54 Desc: Main Document Page 11 of 18

**El Vocero** > MARTES, 24 DE MARZO DE 2020 — PRIMERA PLANA >15



En Chile se realizan miles de exámenes diariamente para detectar la enfermedad. > Matthias Schrader / AP

# Latinoamérica suma más casos del virus

## Brasil y Ecuador, primeros en la lista con más infectados

**The Associated Press**

**SANTIAGO DE CHILE** — Chile dispuso un confinamiento preventivo para todos los mayores de 80 años tras reportar un aumento de los casos del nuevo coronavirus y un fallecido más, mientras que Panamá suspendió todos los vuelos comerciales por 30 días, para contener el avance de la pandemia, que cobró dos muertos más, entre ellos una menor de edad.

Latinoamérica seguía sumando ayer casos de contagios y Ecuador era uno de los países con más incrementos de positivos por coronavirus. Ayer, las autoridades del país andino informaron que ya se contabilizaban 981 y 18 fallecidos, cuatro más que el día anterior. Esto tiene a Ecuador como el segundo país de la región con más contagios reportados hasta el momento, después de Brasil, que registra más de 1,629.

En Ecuador rige desde hace varios días un estado de excepción, al igual que en Chile, con medidas drásticas de movilidad para contener la pandemia.

Panamá, que hasta el momento registra 313 contagios y cinco muertos, suspendió desde la medianoche del domingo todos los vuelos comerciales, aunque exceptúa de la medida a los vuelos de carga y humanitarios.

Su aerolínea Copa, con 350 vuelos diarios en tiempos normales, informó que transportaría ayer en tres vuelos a centenares de argentinos que quedaron varados en el aeropuerto internacional luego de la suspensión de las operaciones aeroportuarias en el país sudamericano el fin de semana.

### Muere niña en Panamá

El Ministerio de Salud panameño dijo en un comunicado ayer que las dos nuevas víctimas por la enfermedad eran una niña de 13 años y un hombre de 92 años, que falleció en un hospital de una provincia del centro del país. Panamá es la nación de Centroamérica que más contagios contabiliza.

En tanto, los países de la región seguían extremando las medidas enfocadas a restringir la movilidad y las aglomeraciones en las calles, al tiempo en que luchaban para lograr que la gente respete las medidas de aislamiento y de quedarse en casa.

Colombia, que reportó recién el tercer fallecimiento por la pandemia, se prepara para entrar en una cuarentena total desde el martes y que se prolongará hasta el 13 de abril.

Panamá también amagaba con decretar cuarentena total y la víspera anticipó las medidas que se pondría en vigor en el caso de ordenarla.

El ministro de Salud de Chile, Jaime Mañalich, dijo en rueda de prensa que el confinamiento para las personas de 80 años y más es una medida de protección. "Son las personas más jóvenes que pueden contagiarlos a ellos, no al revés", afirmó.

Precisó que el alto número de contagiados, 746 y dos fallecidos hasta ayer, obedece a los miles de exámenes que se realizan a diario para detectarlos y aislarlos. Chile puede aplicar unas 4,000 pruebas al día y próximamente llegará a las 10,000. Las últimas 24 horas se realizaron 3,463.

Mañalich, en conversación con radio Cooperativa, también expresó su preocupación porque considera que en América Latina aumentarán fuertemente el número contagiados y muertes a medida que se incrementan los exámenes.

"En el contexto latinoamericano, países que señalaban que tenían pocos casos o ningún fallecido, en la medida en que la Organización Panamericana de la Salud (OPS) ha puesto testeos a disposición de estos países, el número de casos y de fallecidos por coronavirus ha empezado a transparentarse", afirmó.

"El caso más dramático es Ecuador, que hace una semana atrás prácticamente no tenía enfermedad, y ahora por disposición (aplicación) del test tienen (más de 900 y 18 fallecidos hasta el momento). En ese sentido, lo esperable es que en el vecindario tengamos un aumento de casos y fallecidos y, (que) comunicacionalmente esto genere una sensación de desprotección y temor en la ciudadanía", declaró.



Lea más en elVocero.com

---

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

In re:
JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, como representante del ESTADO LIBRE ASOCIADO DE PUERTO RICO et al,
Deudor.
PROMESA, Título III
Caso Núm. 17 BK 3283-LTS
(Administrada conjuntamente)

In re:
JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, como representante del SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO,
Deudor.
PROMESA, Título III
Caso Núm. 17 BK 3566-LTS
(Administrada conjuntamente)

**NOTIFICACIÓN DE LA FECHA LÍMITE PARA RADICAR FORMULARIOS DE INFORMACIÓN RELATIVOS A LOS BENEFICIARIOS DE RETIRO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

DIRIGIDA A TODOS LOS PARTICIPANTES DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO ("SRE"), EL SISTEMA DE RETIRO DE LA RAMA JUDICIAL DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO ("SRJ"), Y EL SISTEMA DE RETIRO PARA MAESTROS DE PUERTO RICO ("SRM"); TOME NOTA DE LO SIGUIENTE:

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") ha radicado el Plan Enmendado de Ajuste Conjunto del Estado Libre Asociado de Puerto Rico, et al. elaborado conforme al Título III [Caso núm. 17-BK-3283, ECF núm. 11946] (denominado en su versión periódicamente modificada e incluidos todos sus anexos, el "Plan") y la correspondiente declaración de divulgación [Causa núm. 17-BK-3283, ECF núm. 11947] (denominada, en su versión periódicamente modificada e incluidos todos sus anexos, la "Declaración de Divulgación") de conformidad con la cual el Estado Libre Asociado de Puerto Rico (el "ELA") (junto con el SRE, los "Deudores") y la Autoridad de Edificios Públicos de Puerto Rico ('AEP') pretenden ajustar sus deudas conforme al Título III de la Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico.

Con el fin de solicitar cierta información a determinados titulares de reclamos relativos a beneficios de retiro ("Empleados Demandantes") para los cuales los Deudores cuentan con información incompleta u obsoleta, la Junta de Supervisión está remitiendo la presente notificación (la "Notificación") y está divulgando dicha Notificación en publicaciones de amplia difusión dirigidas a las personas que residen o residieron alguna vez en el ELA.

Usted podría ser un participante o exparticipante en el SRE, el SRJ o el SRM, y es posible que tenga la obligación de radicar un formulario que contenga la información que los Deudores necesitan en la actualidad (el "Formulario de Información"); la Información incluye: (a) nombre; (b) dirección postal; (c) dirección de correo electrónico; (d) fecha de nacimiento; (e) sexo; (f) número del seguro social; y (g) información laboral (conjuntamente, la "Información Solicitada"). Los Deudores solicitan que, de ser posible, usted radique su Formulario de Información de forma electrónica en el sitio web auspiciado por el agente de reclamos y solicitudes de los Deudores, Prime Clerk LLC (el "Agente de Reclamos"): https://restructuring.primeclerk.com/PRRetirementBenefit/EPOC-Index.

**SÍNTESIS: PRINCIPALES CONSIDERACIONES**

- El presente documento constituye una notificación legal en lo relativo a las causas del ELA y del SRE radicadas conforme al Título III.
- La Síntesis de esta página describe los principales términos del presente documento. Lea detenidamente todo el documento para obtener información más detallada.
- En el marco de la Causa radicada conforme al Título III de PROMESA, es posible que determinados beneficiarios del ELA y del SRE tengan derecho a votar sobre un plan de ajuste radicado por el ELA y el SRE. Para que los Deudores puedan reducir el número de solicitudes devueltas por no haberse podido entregar, y para asegurar que los montos de reclamos relativos a dichos beneficiarios se calculen correctamente, los Deudores solicitan que determinados demandantes radiquen un Formulario de Información que contenga la Información Solicitada. El presente documento explica cómo radicar Formularios de Información.
- El plan de ajuste es un documento que explica cómo los Deudores proponen pagar los montos que adeudan a sus acreedores. Los acreedores podrán consultar dicho plan visitando el siguiente enlace: https://cases.primeclerk.com/puertorico/.
- Si tiene que radicar un Formulario de Información, deberá hacerlo antes del 21 de mayo de 2020, a las 04:00 p.m., (AST). El Formulario de Información se proporciona con el presente documento.
- Podrá radicar los Formularios de Información (a) de forma electrónica a través del sitio web del Agente de Reclamos en https://restructuring.primeclerk.com/PRRetirementBenefit/EPOC-Index, o (b) por correo o personalmente en la dirección que se indica en la sección 5 del presente documento. Los Deudores solicitan que, de ser posible, radique su Formulario de Información de forma electrónica a través del sitio web del Agente de Reclamos.
- Si tras leer el presente documento necesita información adicional sobre esta Notificación (incluyendo si usted es un individuo que debe presentar un formulario de información), podrá ponerse en contacto con el Agente de Reclamos llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o al (646) 486-7944 (si llama desde el extranjero), entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español), o por correo electrónico escribiendo a puertoricoinfo@primeclerk.com. Tenga en cuenta que las personas que contestan a las llamadas telefónicas no pueden brindar asesoramiento legal. Si tiene alguna pregunta sobre los derechos que le brinda la ley, por ejemplo, si tiene la obligación de radicar un Formulario de Información, consulte a un abogado.

**Sección 1: Fecha de Remisión**
El 18 de marzo de 2020, el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal de Distrito") emitió una orden (la "Orden de Procedimientos Anteriores a la Solicitud") en el marco de las Causas de los Deudores radicadas conforme al Título III, en la que fijó el 21 de mayo de 2020 a las 04:00 p.m. (AST) como fecha límite para radicar los Formularios de Información (la "Fecha de Remisión").

**Sección 2: Quién TIENE que radicar un Formulario de Información**
Si es usted un Empleado Demandante, TIENE que radicar un Formulario de Información; de lo contrario es posible que los Deudores no puedan solicitar su voto sobre el plan de ajuste radicado por la Junta de Supervisión a nombre de los Deudores.

Los que tengan posibles reclamos contra los Deudores deberían consultar con un abogado si tienen alguna pregunta sobre la presente Notificación, incluyendo si tienen que radicar un Formulario de Información.

**Sección 3: Consecuencia de no radicar un Formulario de Información antes de la Fecha de Remisión**
LOS TITULARES DE RECLAMOS QUE NO RADIQUEN UN FORMULARIO DE INFORMACIÓN DENTRO DE LOS PLAZOS ESTABLECIDOS PODRÍAN NO RECIBIR LAS PAPELETAS PARA VOTAR SOBRE EL PLAN DE LOS DEUDORES, EN CUYO CASO QUEDARÁN IMPEDIDOS DE ADUCIR QUE LOS PROCEDIMIENTOS DE SOLICITUD VINCULADOS AL PLAN EN CUANTO A LOS RECLAMOS QUE POSEAN LOS BENEFICIARIOS DE RETIRO FUERON INADECUADOS.

**Sección 4: Lo que hay que radicar**
Para que cada Formulario de Información se considere correctamente radicado conforme a la presente Notificación deberá: (i) estar redactado en inglés o en español; (ii) incluir una firma original o electrónica del reclamante o de su agente autorizado; y (iii) ajustarse en sus aspectos esenciales al Formulario de Información aprobado por la Orden de Procedimientos Anteriores a la Solicitud.

Podrá obtener y radicar el Formulario de Información a través del siguiente sitio web creado y mantenido por el Agente de Reclamos: https://restructuring.primeclerk.com/PRRetirementBenefit/EPOC-Index.

**Sección 5: Dónde y cómo radicarlo**
Todos los Formularios de Información se radicarán con el agente de reclamos y notificaciones, Prime Clerk LLC (el "Agente de Reclamos") conforme a los procedimientos que figuran en el presente documento, de tal modo que se reciban efectivamente en o antes de la Fecha de Remisión.

Los Formularios de Información podrán radicarse a través de cualquiera de los siguientes métodos:

(i) **De forma electrónica**, cumplimentando el Formulario de Información en el sitio web del Agente de Reclamos: https://restructuring.primeclerk.com/PRRetirementBenefit/EPOC-Index;

(ii) Si se entrega **por correo de primera clase (first class mail)**, en la siguiente dirección: Puerto Rico Retirement Benefit Information Processing Center, c/o Prime Clerk LLC, Grand Central Station, PO Box 4708, New York, NY 10163-4708;

(iii) Si se entrega **por mensajería de 24 horas (overnight courier)**, en la siguiente dirección: Puerto Rico Retirement Benefit Information Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232; o

(iv) Si se entrega **personalmente**, a cualquiera de las siguientes direcciones: (a) Puerto Rico Retirement Benefit Information Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232; o (b) las siguientes ubicaciones en el ELA, disponibles en los días y horarios que se indican a continuación:

| Ubicaciones en el ELA que aceptan formularios de información mediante entrega a la mano[a] Todas las ubicaciones están disponibles del 31 de marzo de 2020 a 21 de mayo de 2020 (excepto los fines de semana y los días feriados del Tribunal) | |
|---|---|
| **Dirección** | **Horario (AST)** |
| Citi Towers 250 Avenida Ponce de León Suite 503, Hato Rey, San Juan, PR 00918 | L a V 8:30 a. m. a 5:00 p. m. |
| Piloto 151 151 Calle de San Francisco, 2nd Floor, San Juan, PR 00901 | L a V 8:30 a. m. a 5:00 p. m. |
| Centro de Convenciones Bianca Carr 2 KM 143, Floor 1 Añasco, PR 00610 | L a V 8:30 a. m. a 5:00 p. m. |
| Centro Oceana HUB 2 Calle Acerina Caguas, PR 00725 | L a V 8:30 a. m. a 5:00 p. m. |
| Joe's Blue Edificio MCS 880 Avenida Tito Castro, 1st Floor Ponce, PR 00716-4732 | L a V 8:30 a. m. a 5:00 p. m. |

No se aceptarán Formularios de Información que se envíen por fax, telecopiadora o correo electrónico; no obstante, dichos formularios se podrán radicar a través del sitio web de Prime Clerk: https://restructuring.primeclerk.com/PRRetirementBenefit/EPOC-Index.

Los Deudores solicitan que, de ser posible, radique su Formulario de Información de forma electrónica a través del sitio web del Agente de Reclamos.

**Sección 6: Información adicional**
Podrá descargar y consultar de manera gratuita la Orden de Procedimientos Anteriores a la Solicitud en el sitio web del Agente de Reclamos, https://cases.primeclerk.com/puertorico/.

Si necesita obtener información adicional sobre esta Notificación, podrá ponerse en contacto con el Agente de Reclamos llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o al (646) 486-7944 (si llama desde el extranjero), entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español), o por correo electrónico a puertoricoinfo@primeclerk.com.
Fecha: 19 de marzo de 2020

[1] Los Deudores en las causas radicadas conforme al Título III, junto con las causas individuales de cada Deudor en virtud del mismo título, y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según correspondan, son: (i) el Estado Libre Asociado de Puerto Rico (Causa de Quiebra Núm. 17-BK-3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Causa de Quiebra Núm. 17-BK-3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") (Causa de Quiebra Núm. 17-BK-3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Causa de Quiebra Núm. 17-BK-3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); (v) la Autoridad de Energía Eléctrica de Puerto Rico ("AEE") (Causa de Quiebra Núm. 17-BK-4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y (vi) la Autoridad de Edificios Públicos de Puerto Rico ("AEP") (Causa de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de las causas radicadas conforme al Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

[2] PROMESA ha sido codificada en el Título 48 U.S.C. §§ 2101 a 2241.

[3] En el Plan, la Clase 39 corresponde a los reclamos de los Empleados Demandantes.

[4] Los Deudores necesitan los últimos cuatro dígitos de los números del Seguro Social de los demandantes para determinar qué clases laborales corresponden a cada demandante.

[5] Los Deudores se reservan el derecho de cambiar las ubicaciones que aceptan evidencias de reclamos mediante entrega personal.

**el Vocero** de Puerto Rico > MARTES, 24 DE MARZO DE 2020 | PRIMERA PLANA >15



En Chile se realizan miles de exámenes diariamente para detectar la enfermedad. > Matthias Schrader / AP

# Latinoamérica suma más casos del virus

▶ Brasil y Ecuador, primeros en la lista con más infectados

 **The Associated Press**

**SANTIAGO DE CHILE** — Chile dispuso un confinamiento preventivo para todos los mayores de 80 años tras reportar un aumento de los casos del nuevo coronavirus y un fallecido más, mientras que Panamá suspendió todos los vuelos comerciales por 30 días, para contener el avance de la pandemia, que cobró dos muertos más, entre ellos una menor de edad.

Latinoamérica seguía sumando ayer casos de contagios y Ecuador era uno de los países con más incrementos de positivos por coronavirus. Ayer, las autoridades del país andino informaron que ya se contabilizaban 981 y 18 fallecidos, cuatro más que el día anterior. Esto tiene a Ecuador como el segundo país de la región con más contagios reportados hasta el momento, después de Brasil, que registra más de 1,629.

En Ecuador rige desde hace varios días un estado de excepción, al igual que en Chile, con medidas drásticas de movilidad para contener la pandemia.

Panamá, que hasta el momento registra 313 contagios y cinco muertos, suspendió desde la medianoche del domingo todos los vuelos comerciales, aunque exceptúa de la medida a los vuelos de carga y humanitarios.

Su aerolínea Copa, con 350 vuelos diarios en tiempos normales, informó que transportaría ayer en tres vuelos a centenares de argentinos que quedaron varados en el aeropuerto internacional luego de la suspensión de las operaciones aeroportuarias en el país sudamericano el fin de semana.

### Muere niña en Panamá

El Ministerio de Salud panameño dijo en un comunicado ayer que las dos nuevas víctimas por la enfermedad eran una niña de 13 años y un hombre de 92 años, que falleció en un hospital de una provincia del centro del país. Panamá es la nación de Centroamérica que más contagios contabiliza.

En tanto, los países de la región seguían extremando las medidas enfocadas a restringir la movilidad y las aglomeraciones en las calles, al tiempo en que luchaban para lograr que la gente respete las medidas de aislamiento y de quedarse en casa.

Colombia, que reportó recién el tercer fallecimiento por la pandemia, se prepara para entrar en una cuarentena total desde el martes y que se prolongará hasta el 13 de abril.

Panamá también amagaba con decretar cuarentena total y la víspera anticipó las medidas que se pondrían en vigor en el caso de ordenarla.

El ministro de Salud de Chile, Jaime Mañalich, dijo en rueda de prensa que el confinamiento para las personas de 80 años y más es una medida de protección. "Son las personas más jóvenes que pueden contagiarlos a ellos, no al revés", afirmó.

Precisó que el alto número de contagiados, 746 y dos fallecidos hasta ayer, obedece a los miles de exámenes que se realizan a diario para detectarlos y aislarlos. Chile puede aplicar unas 4,000 pruebas al día y próximamente llegará a las 10,000. Las últimas 24 horas se realizaron 3,463.

Mañalich, en conversación con radio Cooperativa, también expresó su preocupación porque considera que en América Latina aumentarán fuertemente el número contagiados y muertes a medida que se incrementen los exámenes.

"En el contexto latinoamericano, países que señalaban que tenían pocos casos o ningún fallecido, en la medida en que la Organización Panamericana de la Salud (OPS) ha puesto testeos a disposición de estos países, el número de casos y de fallecidos por coronavirus ha empezado a transparentarse", afirmó.

"El caso más dramático es Ecuador, que hace una semana atrás prácticamente no tenía enfermedad, y ahora por disposición (aplicación) del test tienen (más de 900 y 18 fallecidos hasta el momento). En ese sentido, lo esperable es que en el vecindario tengamos un aumento de casos y fallecidos y, (que) comunicacionalmente esto genere una sensación de desprotección y temor en la ciudadanía", declaró.

**#ESTEVIRUS LO PARAMOS UNIDOS**

 Lea más en elvocero.com

---

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

*In re:*
JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO
como representante del
ESTADO LIBRE ASOCIADO DE PUERTO RICO
et al,
Deudor.[1]

PROMESA, Título III
Caso Núm. 17 BK 3283-LTS
(Administrada conjuntamente)

*In re:*
JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,
como representante del
SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO.
Deudor.

PROMESA, Título III
Caso Núm. 17 BK 3566-LTS
(Administrada conjuntamente)

**NOTIFICACIÓN DE LA FECHA LÍMITE PARA RADICAR FORMULARIOS DE INFORMACIÓN RELATIVOS A LOS BENEFICIARIOS DE RETIRO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

DIRIGIDA A TODOS LOS PARTICIPANTES DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO ("SRE"), EL SISTEMA DE RETIRO DE LA RAMA JUDICIAL DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO ("SRJ"), Y EL SISTEMA DE RETIRO PARA MAESTROS DE PUERTO RICO ("SRM"); TOME NOTA DE LO SIGUIENTE:

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") ha radicado el Plan Enmendado de Ajuste Conjunto del Estado Libre Asociado de Puerto Rico, et al. elaborado conforme al Título III [Caso núm. 17-BK-3283, ECF núm. 11946] (denominado, en su versión periódicamente modificada e incluidos todos sus anexos, el "Plan") y la correspondiente declaración de divulgación [Causa núm. 17-BK-3283, ECF núm. 11947] (denominada, en su versión periódicamente modificada e incluidos todos sus anexos, la "Declaración de Divulgación") de conformidad con la cual el Estado Libre Asociado de Puerto Rico (el "ELA") (junto con el SRE, los "Deudores") y la Autoridad de Edificios Públicos de Puerto Rico ("AEP") pretenden ajustar sus deudas conforme al Título III de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico*.[2]

Con el fin de solicitar cierta información a determinados titulares de reclamos relativos a beneficios de retiro ("Empleados Demandantes")[3] para los cuales los Deudores cuentan con información incompleta u obsoleta, la Junta de Supervisión está remitiendo la presente notificación (la "Notificación"), y está divulgando dicha Notificación en publicaciones de amplia difusión dirigidas a las personas que residen o residieron alguna vez en el ELA.

Usted podría ser un participante o exparticipante en el SRE, el SRJ o el SRM, y es posible que tenga la obligación de radicar un formulario que contenga la información que los Deudores necesitan en la actualidad (el "Formulario de Información"); la información incluye: (a) nombre; (b) dirección postal; (c) dirección de correo electrónico; (d) fecha de nacimiento; (e) sexo; (f) número del seguro social[4]; y (g) información laboral (conjuntamente, la "Información Solicitada"). Los Deudores solicitan que, de ser posible, usted radique su Formulario de Información de forma electrónica en el sitio web auspiciado por el agente de reclamos y solicitudes de los Deudores, Prime Clerk LLC (el "Agente de Reclamos"): https://restructuring.primeclerk.com/PRRetirementBenefit/EPOC-Index.

**SÍNTESIS: PRINCIPALES CONSIDERACIONES**

• El presente documento constituye una notificación legal en lo relativo a las causas del ELA y del SRE radicadas conforme al Título III.

• La Síntesis de esta página describe los principales términos del presente documento. Lea detenidamente todo el documento para obtener información más detallada.

• En el marco de la Causa radicada conforme al Título III de PROMESA, es posible que determinados beneficiarios del ELA y del SRE tengan derecho a votar sobre un plan de ajuste radicado por el ELA y el SRE. Para que los Deudores puedan reducir el número de solicitudes devueltas por no haberse podido entregar, y para asegurar que los montos de reclamos relativos a dichos beneficiarios se calculen correctamente, los Deudores solicitan que determinados demandantes radiquen un Formulario de Información que contenga la Información Solicitada. El presente documento explica cómo radicar Formularios de Información.

• El plan de ajuste es un documento que explica cómo los Deudores proponen pagar los montos que adeudan a sus acreedores. Los acreedores podrán consultar dicho plan visitando el siguiente enlace: https://cases.primeclerk.com/puertorico/.

• Si tiene que radicar un Formulario de Información, deberá hacerlo antes del **21 de mayo de 2020, a las 04:00 p.m., (AST)**. El Formulario de Información se proporciona con el presente documento.

• Podrá radicar los Formularios de Información (a) de forma electrónica a través del sitio web del Agente de Reclamos en https://restructuring.primeclerk.com/PRRetirementBenefit/EPOC-Index, o (b) por correo o personalmente en la dirección que se indica en la sección 5 del presente documento. **Los Deudores solicitan que, de ser posible, radique su Formulario de Información de forma electrónica a través del sitio web del Agente de Reclamos.**

• Si tras leer el presente documento necesita información adicional sobre esta Notificación (incluyendo si usted es un individuo que debe presentar un formulario de información), podrá ponerse en contacto con el Agente de Reclamos llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o al (646) 486-7944 (si llama desde el extranjero), entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español), o por correo electrónico escribiendo a puertoricoinfo@primeclerk.com. Tenga en cuenta que las personas que contestan a las llamas telefónicas no pueden brindar asesoramiento legal. Si tiene alguna pregunta sobre los derechos que le brinda la ley, por ejemplo, si tiene la obligación de radicar un Formulario de Información, consulte a un abogado.

**Sección 1: Fecha de Remisión**

El 18 de marzo de 2020, el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal de Distrito") emitió una orden (la "Orden de Procedimientos Anteriores a la Solicitud") que aprobó las reglas de las Causas de los Deudores radicadas conforme al Título III, en la que fijó **el 21 de mayo de 2020 a las 04:00 p.m. (AST)** como fecha límite para radicar los Formularios de Información (la "Fecha de Remisión").

**Sección 2: Quién TIENE que radicar un Formulario de Información**

Si es usted un Empleado Demandante, **TIENE** que radicar un Formulario de Información; de lo contrario es posible que los Deudores no puedan solicitar su voto sobre el plan de ajuste radicado por la Junta de Supervisión a nombre de los Deudores.

Los que tengan posibles reclamos contra los Deudores deberían consultar con un abogado si tienen alguna pregunta sobre la presente Notificación, incluyendo si tienen que radicar un Formulario de Información.

**Sección 3: Consecuencia de no radicar un Formulario de Información antes de la Fecha de Remisión**

LOS TITULARES DE RECLAMOS QUE NO RADIQUEN UN FORMULARIO DE INFORMACIÓN DENTRO DE LOS PLAZOS ESTABLECIDOS PODRÍAN NO RECIBIR LAS PAPELETAS PARA VOTAR SOBRE EL PLAN DE LOS DEUDORES, EN CUYO CASO QUEDARÁN IMPEDIDOS DE ADUCIR QUE LOS PROCEDIMIENTOS DE SOLICITUD VINCULADOS AL PLAN EN CUANTO A LOS RECLAMOS QUE POSEAN LOS BENEFICIARIOS DE RETIRO FUERON INADECUADOS.

**Sección 4: Lo que hay que radicar**

Para que cada Formulario de Información se considere correctamente radicado conforme a la presente Notificación deberá: (i) estar redactado en inglés o en español; (ii) incluir una firma original o electrónica del reclamante o de su agente autorizado; y (iii) ajustarse en sus aspectos esenciales al Formulario de Información aprobado por la Orden de Procedimientos Anteriores a la Solicitud.

Podrá obtener y radicar el Formulario de Información a través del siguiente sitio web creado y mantenido por el Agente de Reclamos: https://restructuring.primeclerk.com/PRRetirementBenefit/EPOC-Index.

**Sección 5: Dónde y cómo radicarlo**

Todos los Formularios de Información se radicarán con el agente de reclamos y notificaciones, Prime Clerk LLC (el "Agente de Reclamos") conforme a los procedimientos que figuran en el presente documento, **de tal modo que se reciban efectivamente** en o antes de la Fecha de Remisión.

Los Formularios de Información podrán radicarse a través de cualquiera de los siguientes métodos:

(i) **De forma electrónica**, cumplimentando el Formulario de Información en el sitio web del Agente de Reclamos: https://restructuring.primeclerk.com/PRRetirementBenefit/EPOC-Index;

(ii) Si se entrega **por correo de primera clase (first class mail)**, en la siguiente dirección: Puerto Rico Retirement Benefit Information Processing Center, c/o Prime Clerk LLC, Grand Central Station, PO Box 4708, New York, NY 10163-4708;

(iii) Si se entrega **por mensajería de 24 horas (overnight courier)**, en la siguiente dirección: Puerto Rico Retirement Benefit Information Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232; o

(iv) Si se entrega **personalmente**, a cualquiera de las siguientes direcciones: (a) Puerto Rico Retirement Benefit Information Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232; o (b) las siguientes ubicaciones en el ELA, disponibles en los días y horarios que se indican a continuación:

| Ubicaciones en el ELA que aceptan formularios de información mediante entrega a la mano[5] Todas las ubicaciones están disponibles del 31 de marzo de 2020 a 21 de mayo de 2020 (excepto los fines de semana y los días feriados del Tribunal) | |
|---|---|
| Dirección | Horario (AST) |
| Citi Towers 250 Avenida Ponce de León Suite 503, Hato Rey, San Juan, PR 00918 | L a V 8:30 a. m. a 5:00 p. m. |
| Piloto 151 151 Calle de San Francisco, 2nd Floor, San Juan, PR 00901 | L a V 8:30 a. m. a 5:00 p. m. |
| Centro de Convenciones Bianca Carr 2 KM 143, Floor 1 Añasco, PR 00610 | L a V 8:30 a. m. a 5:00 p. m. |
| Centro Oceana HUB 2 Calle Acerina Caguas, PR 00725 | L a V 8:30 a. m. a 5:00 p. m. |
| Joe's Blue Edificio MCS 880 Avenida Tito Castro, 1st Floor Ponce, PR 00716-4732 | L a V 8:30 a. m. a 5:00 p. m. |

No se aceptarán Formularios de Información que se envíen por fax, telecopiadora o correo electrónico; no obstante, los Formularios de Información se podrán radicar a través del sitio web de Prime Clerk: https://restructuring.primeclerk.com/PRRetirementBenefit/EPOC-Index.

Los Deudores solicitan que, de ser posible, radique su Formulario de Información de forma electrónica a través del sitio web del Agente de Reclamos.

**Sección 6: Información adicional**

Podrá descargar y consultar de manera gratuita la Orden de Procedimientos Anteriores a la Solicitud en el sitio web del Agente de Reclamos, https://cases.primeclerk.com/puertorico/.

Si necesita obtener información adicional sobre esta Notificación, podrá ponerse en contacto con el Agente de Reclamos llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o al (646) 486-7944 (si llama desde el extranjero), entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español), o por correo electrónico a puertoricoinfo@primeclerk.com.

Fecha: 19 de marzo de 2020

[1] Los Deudores en las causas radicadas conforme al Título III, junto con las causas individuales de cada Deudor en virtud del mismo título, y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según correspondan, son: (i) el Estado Libre Asociado de Puerto Rico (Causa de Quiebra Núm. 17-BK-3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Causa de Quiebra Núm. 17-BK-3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") (Causa de Quiebra Núm. 17-BK-3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Causa de Quiebra Núm. 17-BK-3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); (v) la Autoridad de Energía Eléctrica de Puerto Rico ("AEE") (Causa de Quiebra Núm. 17-BK-4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y (vi) la Autoridad de Edificios Públicos de Puerto Rico ("AEP") (Causa de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de las causas radicadas conforme al Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

[2] PROMESA ha sido codificada en el Título 48 U.S.C. §§ 2101 a 2241.

[3] En el Plan, la Clase 39 corresponde a los reclamos de los Empleados Demandantes.

[4] Los Deudores necesitan los últimos cuatro dígitos de los números del Seguro Social de los demandantes para determinar qué datos laborales corresponden a cada demandante.

[5] Los deudores se reservan el derecho de cambiar las ubicaciones que aceptan evidencias de reclamos mediante entrega personal.

**<u>Exhibit D</u>**

### TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

PROMESA, Título III, Caso Núm. 17 BK 3283-LTS (Administrada conjuntamente)

PROMESA, Título III, Caso Núm. 17 BK 3566-LTS (Administrada conjuntamente)

**NOTIFICACIÓN DE LA FECHA LÍMITE PARA RADICAR FORMULARIOS DE INFORMACIÓN RELATIVOS A LOS BENEFICIARIOS DE RETIRO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

# AFIDAVIT

Yo, Juan C. Jiménez Doblado, habiendo prestado el debido juramento declaro:

Que soy Representante del periódico "EL NUEVO DÍA" que se publica en Guaynabo, P.R.; que en las ediciones de este periódico correspondientes a los días:

**24 DE MARZO DE 2020**

se dio publicidad al anuncio expedido por

**JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO.**

en el caso arriba mencionado y copia del cual se une al presente afidávit para que forme parte del mismo.

Guaynabo, P.R. **24 marzo** 20**20**

Afidávit No. **65388** del Registro.

Jurado y reconocido ante mi por Juan C. Jiménez Doblado, vecino de San Juan, mayor de edad, soltero, Representante del periódico "EL NUEVO DÍA", a quien doy fe de conocer personalmente,

Guaynabo, P.R. **24 marzo** 20 **20**

NOTARIO







**Exhibit E**



State of Florida                                                                    March 31, 2020
County of Monroe, Dade and Broward

I *Matthew Weisberg* Being Duly Sworn on oath say he is and during all times herein stated has been the publisher's designated agent of the publication known as EL Nuevo Herald has full knowledge of the facts herein stated as follows:

The run of paper advertisement (ROP) in the Main section A of EL Nuevo Herald for TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO Caso n.º 17 BK 3283-LTS  was distributed to Publishers full circulations (EL Nuevo Herald ) On the 26th day of March , 2020.

Sworn before me this 31st day of March 31, 2020

By: *Matthew Weisberg*

**Miami Herald**
MEDIA COMPANY

3511 NW 91 Avenue, Miami, FL 33172 ] ********@miamiherald.com ] www.miamiherald.com ] www.elnuevoherald.com

**VIENE DE LA 3A**

# DESANTIS

El martes, varios demócratas en el Senado estatal le pidieron a DeSantis que emitiera una orden que obligara a las personas a quedarse en sus casas a menos que tengan que salir para alguna emergencia, una medida conocida popularmente como "refugio en su hogar" o toque de queda.

El miércoles por la mañana, 10 miembros demócratas del Congreso de EEUU le enviaron una carta a DeSantis urgiéndole que actuara rápidamente.

"Con la mayor concentración de residentes mayores en todo el país, Florida tiene un riesgo aún mayor de serios impactos en la salud de nuestros residentes y una carga para nuestro sistema de cuidado de salud", dijeron en la carta los políticos.

También el miércoles, el ex vicepresidente Joe Biden hizo eco a esas quejas e instó a DeSantis a dejar que los funcionarios de salud pública se dirigieran directamente al público.

"Los floridanos merecen que el gobernador Ron DeSantis tome acciones basadas en ciencia", dijo Biden en un comunicado emitido el miércoles por la mañana en su campaña.

"Mientras que otros estados grandes continúan tomando medidas fuertes, urgentes y radicales para detener la propagación de COVID-19, Florida no lo ha hecho".

DeSantis ha cerrado parques, cines, gimnasios, bares, restaurantes, algunas playas y reuniones de más de 10 personas, pero se ha resistido a poner en marcha medidas más estrictas, calificándolas de poco realistas. No ha cerrado negocios no esenciales en todo el estado y tampoco ha cerrado los aeropuertos.

"Tenemos un estado grande y diverso", dijo el funcionario público el martes. "El virus está afectando a áreas de maneras muy diferentes. Así que tener enfoques personalizados, enfoques quirúrgicos, es más prudente".

Hasta ahora, muchos de los casos en Florida se han registrado en el sur de la península, principalmente en los condados Miami-Dade, que llegó a 491 casos el miércoles; Broward, que ha reportado 412, y Palm Beach, que tiene 141.

DeSantis dijo que no quiere perjudicar a los 20 condados que no tienen infecciones y piensa en lo que se sería mejor para los 26 condados que tienen menos de 10. Pero dijo que ya que algunos condados han visto brotes masivos, y en esos sí se deben implementar reglas estrictas.

Las ciudades de Miami y Miami Beach en el sur, el Condado Orange y la ciudad de Tampa en el centro, y otras jurisdicciones en el estado ya lo han hecho.

"No quisiera hacerlo en una comunidad donde el virus no se ha propagado. Habrá trastornos en sus vidas y eso no es algo que queramos hacer con frialdad. Los CDC (Centros de Control y Prevención de las Enfermedades) no han recomendado bloqueos estatales", dijo el martes.

## NUEVAS MEDIDAS

DeSantis dijo que no está seguro de cuan efectivas sean el ordenarle a las personas que se queden en casa, ya que en el caso de Nueva York, por ejemplo, el efecto del toque de queda fue contraproducente.

"Si miras lo que sucedió en Nueva York, cuando hicieron la orden de quedarse en casa, ¿qué hizo la gente?" dijo DeSantis. "Bueno, mucha gente huyó de la ciudad".

Alrededor del 56% de los casos en EEUU actualmente provienen del área metropolitana de Nueva York, según dijo el martes la doctora Deborah Birx, quien está a cargo de la respuesta de EEUU al coronavirus, en la sesión informativa diaria en la Casa Blanca el martes.

Los vuelos de Nueva York a Florida han incrementado. A raíz de eso, el gobernador DeSantis tomó su decisión más drástica hasta el momento el lunes, cuando anunció que restringiría a los viajeros de Nueva York después que ese estado superó el domingo en el número de muertes al estado de Washington, el epicentro inicial del brote en EEUU.

Mediante una orden ejecutiva, el gobernador anunció el lunes que cualquier persona que viajara de Nueva York, New Jersey o Connecticut a Florida, debía entrar en cuarentena, y que si no acataban, se consideraría una sanción penal.

El martes amplió esa directiva para decretar que cualquiera que ha viajado desde esa área por avión en las últimas tres semanas también debía aislarse inmediatamente e informar a todas las personas con las que ha tenido contacto.

Pence dijo el martes que eso aplicaba a todo el país, pidiéndole a cualquier persona que visitó Nueva York recientemente que se someta a un aislamiento voluntario por 14 días debido al riesgo de exposición.

La Guardia Nacional de Florida estará presente en el Aeropuerto Internacional de Miami y el Aeropuerto Internacional Fort Lauderdale-Hollywood para el cumplimiento de la orden, dijo DeSantis. Eventualmente se planea que eso se practique en otros aeropuertos más pequeños.

La orden no incluye la frontera terrestre.

Además, dijo que el secretario de Salud Scott Rivkees le ordenaría a todas las personas que tengan 65 años o más, y a todas las personas, sin importar su edad, que tengan afecciones subyacentes graves como asma, y obesidad, que se queden en sus hogares por los próximos 14 días.

Las autoridades sanitarias han indicado repetidas veces que estas personas constituyen el grupo más vulnerable al nuevo coronavirus.

## ¿QUÉ PASARÁ CON FLORIDA?

Poco después de que el presidente Donald Trump anunció durante un evento en la Casa Blanca transmitido el martes por el canal Fox News que quiere que el país "reabra" para el Día de Pascua, que cae el domingo 12 de abril; el gobernador Ron Desantis no pudo decir si él planea que todo Florida vuelva a operar en normalidad o no para la misma fecha.

En una rueda de prensa virtual desde Tallahassee, el gobernador dijo que "iba a trabajar con el presidente en cuanto a eso".

"Claramente", dijo DeSantis, hay que combatir el virus, pero agregó que "no hay forma" que un cierre de operaciones de nueve o más meses sea sustentable.

"Trabajaremos para reducir la fuerza del virus, pero también para que la sociedad funcione, para que la salud pública en general sea mejor, porque cuando las personas están empleadas y pueden poner comida en la mesa para su familia, es mejor", declaró el gobernador, agregando que el estado normalmente recibe unos 500 reclamos de desempleo por día y en los últimos días ha recibido unos 20,000 diariamente.

*Jimena Tavel: 305-376-2819, @taveljimena*

---

### CÓMO CONTACTARNOS

Subscripciones:                                 1 800 843-4372
Anuncios clasificados                           1 866 860-6000
Otros anuncios:                                 305-376-2820
Para la entrega de su periódico:                1 800 843-4372

Horario de servicio será:
Lunes a viernes: 7:00 a.m. a 3:00 p.m.
Sábados: cerrado - domingo: 7:00 a.m. a 11:00 a.m.
Para servicio al suscriptor
www.elnuevoherald.com/servicio

¿No le han entregado su periódico? Si no ha recibido su diario antes de las 6 a.m. (7:30 a.m. fines de semana) en Miami-Dade o Broward, llame al 1-800-THEHERALD (1-800-843-4372) para pedir que una copia de reemplazo sea entregada al día siguiente o solicitar un crédito a su cuenta. La veracidad de la noticia es importante para nosotros. Favor de comunicarnos cualquier error, aclaración u omisión.

DEPARTAMENTOS DE NOTICIAS:
Mesa de Redacción:                              305-376-2285
Galería y entretenimiento:                      305-376-2183
Revista Viernes:                                305-376-2217
Deportes:                                       305-376-2147
Fotografía:                                     305-376-3582
Perspectiva/Opiniones:                          305-376-2166
perspectiva@elnuevoherald.com
General:                                        305-376-3535

EJECUTIVOS DE LA REDACCIÓN
Aminda Marqués González        Presidente / Directora Ejecutiva
305-376-3429                       amarques@miamiherald.com
Nancy San Martín                                    Subdirectora
305-376-4722                   nsanmartin@miamiherald.com
Maru Antuñano      Editora Jefe de Producción y Secciones Especiales
305-376-2183                   mantunano@elnuevoherald.com
Luisa Yanez                          Coordinadora de Opinión
305-376-4627                        lyanez@miamiherald.com
Orlando Mellado                  Jefe de Fotografía y video
305-376-3582

AUTORIZACIÓN PARA REIMPRIMIR:
El contenido de información que aparece en el Nuevo Herald está protegido por el Federal Copyright Act (la ley de derechos de autor). No se permiten reproducciones sin permiso por escrito. Para solicitar autorización llame a los siguientes números. Fotos y gráficas: 305-376-3582; ediciones atrasadas: 305-376-3719 o por email a: backissues@miamiherald.com.

PRECIOS DE ENTREGA A DOMICILIO POR SEMANA
En Miami Dade y Broward:
domingo a viernes = $25/semanal; domingo $12/ semanal,
domingo = $12/semanal. No incluye impuesto.
Diario digital: $15.99 mensuales. Precio del periódico en máquinas; diario $1.50, y domingos $3.00. En estanquillos, diario $1.50 y domingos $3.00 más impuestos. Ediciones Especiales $4.99

---

**VIENE DE LA 3A**

# PUBLIX

dades (CDC), el Departamento de Agricuturra de Georgia, y el Departamento de Salud Pública de Georgia. Al explicar por qué los empleados no usan máscaras y la mayoría tampoco usa guantes, Publix dijo que la empresa "está siguiendo los consejos de CDC, que no recomienda que las personas que se sientan bien usen mascarilla facial para protegerse de una enfermedad respiratoria.

A los trabajadores que trabajan en la preparación de comidas se les exige que usen guantes, pero los demás no tienen que usarlos. Medidas de buena higiene, como lavarse las manos de forma frecuente con agua y jabón, siempre se aconsejan".

*David J. Neal: 305-376-3559, @DavidJNeal*

[Advertisement: CRUISE.COM — ¡AHORROS EN CRUCEROS DE INVIERNO! Various cruise offers to Alaska, Bahamas, Caribe, Europa, Exótico. Call 866-263-5855.]

[Legal notice: TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO — PROMESA Título III, Caso Núm. 17 BK 3283-LTS, JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO as representative of ESTADO LIBRE ASOCIADO DE PUERTO RICO et al., Deudor. Caso Núm. 17 BK 3566-LTS (Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico). NOTIFICACIÓN DE LA FECHA LÍMITE PARA RADICAR FORMULARIOS DE INFORMACIÓN RELATIVOS A LOS BENEFICIARIOS DE RETIRO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO. Fecha de Remisión: 21 de mayo de 2020 a las 04:00 p.m. (AST). See https://restructuring.primeclerk.com/PRRetirementBenefit/EPOC-Index. Contact Prime Clerk LLC at (844) 822-9231 or puertoricoinfo@primeclerk.com. Fecha: 19 de marzo de 2020.]