UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## AFFIDAVIT OF PUBLICATION

    I, Nora Hafez, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    This Affidavit of Publication includes sworn statements verifying that the *Notice of Extended Deadlines for Filing Proofs of Claim* (the "**Notice of Extended Filing of PBA Claims**"), as conformed for publication, was published on March 23, 2020 in the national editions of *Bond Buyer* as described in **Exhibit A.**

    This Affidavit of Publication includes sworn statements verifying that the Notice of Extended Filing of PBA Claims, as conformed for publication, was published on March 26, 2020 in the national editions of (1) *El Diario NY* as described in **Exhibit B**; and (2) *El Nuevo Dia* as described in **Exhibit C**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

This Affidavit of Publication includes sworn statements verifying that the Notice of Extended Filing of PBA Claims, as conformed for publication, was published on March 30, 2020 in the national editions of *El Nuevo Herald* as described in **Exhibit D**.

Dated: April 1, 2020

*/s/ Nora Hafez*
Nora Hafez

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 1, 2020, by Nora Hafez, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: */s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

**Exhibit A**

## Copy Of Advertisement Of

## Certificate of Publication

Yohanna Beato, is the Billing Coordinator of the
BOND BUYER, a daily newspaper printed and published at One State Street Plaza, in the City of New York, County of New York, State of New York; and the notice, of which the annexed is a printed copy, was regularly published in said BOND BUYER on March 23rd, 2020.

X  *Yohanna Beato*
   *Billing Coordinator*

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**

In re:
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
 as representative of
THE COMMONWEALTH OF PUERTO RICO, *et al.*
 Debtors.

PROMESA
Title III
Case No.
17 BK 3283-LTS
(Jointly Administered)

## NOTICE OF EXTENDED DEADLINES FOR FILING PROOFS OF CLAIM

# DEADLINE EXTENSION

**TO ALL CREDITORS OF THE DEBTORS, AND TO OTHER PARTIES IN INTEREST, PLEASE TAKE NOTICE OF THE FOLLOWING:**

On September 27, 2019, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") filed a voluntary petition under section 304(a) of *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[1] initiating a Title III case under PROMESA (a "Title III Case") for the Puerto Rico Public Buildings Authority ("PBA"), Federal Tax ID No. 3801, Case No. 19 BK 5523. **You may be a creditor of PBA, and you may be required to file a proof of claim** ("Proof of Claim").

**The deadline to file a proof of claim has been extended to May 15, 2020 at 4:00 p.m. (Atlantic Time).**

**If you have already filed a Proof of Claim, no further action is required unless directed by court order, notice, or otherwise.**

### Key Points

- In a Title III proceeding under PROMESA, creditors may be required to file claim forms stating the amount of money owed to them as of the day the Title III proceeding was filed. This document explains how to file claims.
- **Many creditors in the Title III Cases <u>are not required</u> to file a claim.** For more information, please refer to Claims Agent's website at https://cases.primeclerk.com/puertorico/, call the Claims Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email at puertoricoinfo@primeclerk.com.
- **If you are not required to file a claim, you do not need to complete and return a claim form**, and you will still keep your rights to vote on a plan of adjustment and receive payments under the plan. A plan of adjustment is a document that explains how a Debtor proposes to pay the amounts it owes to its creditors. Once filed, this plan will be available for creditors to review. Who gets to vote on the plan will be determined at a later date. The amount you may receive under the plan also will be determined later.
- **If you are required to file a claim against any of the Debtors**, the deadline to do so has been extended to **May 15, 2020 at 4:00 p.m., Atlantic Standard Time**. To obtain a form that you may use to file your claim, refer to the contact information below.

- Claims may be filed:
  - **electronically** by filing on the Claims Agent's website at https://cases.primeclerk.com/puertorico/EPOC-Index,
  - **by first class mail**, at the following address: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk LLC, Grand Central Station, PO Box 4708, New York, NY 10163-4708,
  - **by overnight courier**, at the following address: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, or
  - **by hand delivery**, at any of the following locations: (a) Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, or (b) the following locations in the Commonwealth, available during the listed dates and times:

**Locations in the Commonwealth Accepting Proofs of Claim by Hand Delivery[2]**
All locations are available from March 31, 2020 to May 15, 2020 (except weekends and Court Holidays)

| Address | Hours (AST) |
|---|---|
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor, Añasco, PR 00610 | M-F<br>8:30 a.m. to 5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina, Caguas, PR 00725 | M-F<br>8:30 a.m. to 5:00 p.m. |
| Citi Towers<br>250 Ponce de León Ave., Suite 503, Hato Rey, San Juan, PR 00918 | M-F<br>8:30 a.m. to 5:00 p.m. |
| Piloto 151<br>151 Calle de San Francisco, 2nd Floor, San Juan, PR 00901 | M-F<br>8:30 a.m. to 5:00 p.m. |
| Joe's Blue<br>MCS Building<br>880 Tito Castro Avenue, 1st Floor, Ponce, PR 00716-4732 | M-F<br>8:30 a.m. to 5:00 p.m. |

- PLEASE NOTE THAT, in light of the Governor's March 15, 2020 executive order addressing the situation regarding COVID-19, the collection centers at which claimants may file proofs of claim by hand delivery will not open before March 31, 2020. Claimants are encouraged to file proofs of claim electronically or by mail.

After reading this notice, if you require additional information, you may contact the Claims Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com. Please note that the people answering the phone number are not able to provide legal advice. If you have questions about your legal rights, including whether you need to file a claim, you should talk to an attorney.

[1] PROMESA is codified at 48 U.S.C. §§ 2101-2241.
[2] PBA reserves the right to amend the locations accepting proofs of claim by hand delivery.

## Notice of Defeasance

**NOTICE OF DEFEASANCE**
**MAINE MUNICIPAL BOND BANK**
**2017 Series D Bonds Maturing on November 1, 2020, November 1, 2021 and November 1, 2022**

**NOTICE IS HEREBY GIVEN** that MAINE MUNICIPAL BOND BANK (the "Bank") has deposited with U.S. Bank National Association, as Trustee under its General Bond Resolution adopted on July 11, 1973, as supplemented by the First Supplemental Resolution adopted on September 20, 1977, the Second Supplemental Resolution adopted on July 18, 1984, the Third Supplemental Resolution adopted on May 7, 1993, the Fourth Supplemental Resolution adopted on June 25, 1993 and the Fifth Supplemental Resolution adopted on September 18, 2003 (collectively, the "Resolution"), investment securities permitted under Section 1401(2)(b) of the Resolution, the principal of and interest on which when due will provide moneys which will be available and sufficient to pay when due the principal of and interest on the 2017 Series D Bonds maturing on November 1, 2020, November 1, 2021 and November 1, 2022 as described below:

| Maturity Date | Interest Rate | Original CUSIP # | Principal Amount Refunded | Refunded Portion CUSIP # | Unrefunded Portion CUSIP # |
|---|---|---|---|---|---|
| 11/1/2020 | 4.00% | 56045RZG7 | $375,000 | 56045RP37 | 56045RQ44 |
| 11/1/2021 | 5.00% | 56045RZH5 | $375,000 | 56045RP45 | 56045RQ51 |
| 11/1/2022 | 5.00% | 56045RZJ1 | $375,000 | 56045RP52 | 56045RQ69 |

All of such Bonds are deemed to have been paid in accordance with Section 1401 of the Resolution upon which moneys are to be available for the payment of the principal and accrued interest of the above Bonds being defeased is set forth above.

U.S. BANK NATIONAL ASSOCIATION,
as trustee
Corporate Trust Department
One Federal Street
Boston, Massachusetts

DATED: February 28, 2020
Publish Date: March 16, 2020

*\* The Bank and the Trustee shall not be responsible for the selection or use of the CUSIP numbers, nor is any representation made as to their correctness indicated in the notice or as printed on any bond. They are included solely for the convenience of the holders. Any error in a CUSIP number as printed on a bond or as contained in this notice shall not affect the validity of the proceedings for redemption or defeasance*

---

## Employers: Are you looking for a...

**Bond Counsel**
**Finance Director**
**Research Analyst**
**Salesperson**
**Muni Bond Trader**
**Portfolio Manager**
**Investment Banker**
**Underwriter**
**Or other Public Finance Professionals?**

If so, **The Bond Buyer's** Classified Section can help you. For information on employment advertising options, including online advertising in our **Career Zone** section, please contact:
**Victor Kuo** at **212-803-8612**
or e-mail **victor.kuo@arizent.com**,
or **nos@arizent.com.**

---

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**

In re:
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
as representative of
THE COMMONWEALTH OF PUERTO RICO, *et al.*
Debtors.

PROMESA
Title III
Case No.
17 BK 3283-LTS
(Jointly Administered)

**NOTICE OF EXTENDED DEADLINES FOR FILING PROOFS OF CLAIM**
**DEADLINE EXTENSION**

**TO ALL CREDITORS OF THE DEBTORS, AND TO OTHER PARTIES IN INTEREST, PLEASE TAKE NOTICE OF THE FOLLOWING:**

On September 27, 2019, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") filed a voluntary petition under section 304(a) of *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[1] initiating a Title III case under PROMESA (a "Title III Case") for the Puerto Rico Public Buildings Authority ("PBA"), Federal Tax ID No. 3801, Case No. 19 BK 5523. **You may be a creditor of PBA, and you may be required to file a proof of claim** ("Proof of Claim").

**The deadline to file a proof of claim has been extended to May 15, 2020 at 4:00 p.m. (Atlantic Time).**

**If you have already filed a Proof of Claim, no further action is required unless directed by court order, notice, or otherwise.**

**Key Points**

- In a Title III proceeding under PROMESA, creditors may be required to file claim forms stating the amount of money owed to them as of the day the Title III proceeding was filed. This document explains how to file claims.
- **Many creditors in the Title III Cases are not required to file a claim.** For more information, please refer to Claims Agent's website at https://cases.primeclerk.com/puertorico/, call the Claims Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email at puertoricoinfo@primeclerk.com.
- **If you are not required to file a claim, you do not need to complete and return a claim form**, and you will still keep your rights to vote on a plan of adjustment and receive payments under the plan. A plan of adjustment is a document that explains how a Debtor proposes to pay the amounts it owes to its creditors. Once filed, this plan will be available for creditors to review. Who gets to vote on the plan will be determined at a later date. The amount you may receive under the plan also will be determined later.
- **If you are required to file a claim against any of the Debtors**, the deadline to do so has been extended to **May 15, 2020 at 4:00 p.m., Atlantic Standard Time**. To obtain a form that you may use to file your claim, refer to the contact information below.

- Claims may be filed:
  ○ **electronically** by filing on the Claims Agent's website at https://cases.primeclerk.com/puertorico/EPOC-Index,
  ○ **by first class mail**, at the following address: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk LLC, Grand Central Station, PO Box 4708, New York, NY 10163-4708,
  ○ **by overnight courier**, at the following address: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, or
  ○ **by hand delivery**, at any of the following locations: (a) Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, or (b) the following locations in the Commonwealth, available during the listed dates and times:

| Locations in the Commonwealth Accepting Proofs of Claim by Hand Delivery[2] ||
|---|---|
| All locations are available from March 31, 2020 to May 15, 2020 (except weekends and Court Holidays) ||
| Address | Hours (AST) |
| Bianca Convention Center Carr 2 KM 143, 1st Floor, Añasco, PR 00610 | M-F 8:30 a.m. to 5:00 p.m. |
| Oceana HUB Center 2 Calle Acerina, Caguas, PR 00725 | M-F 8:30 a.m. to 5:00 p.m. |
| Citi Towers 250 Ponce de León Ave., Suite 503, Hato Rey, San Juan, PR 00918 | M-F 8:30 a.m. to 5:00 p.m. |
| Piloto 151 151 Calle de San Francisco, 2nd Floor, San Juan, PR 00901 | M-F 8:30 a.m. to 5:00 p.m. |
| Joe's Blue MCS Building 880 Tito Castro Avenue, 1st Floor, Ponce, PR 00716-4732 | M-F 8:30 a.m. to 5:00 p.m. |

- PLEASE NOTE THAT, in light of the Governor's March 15, 2020 executive order addressing the situation regarding COVID-19, the collection centers at which claimants may file proofs of claim by hand delivery will not open before March 31, 2020. Claimants are encouraged to file proofs of claim electronically or by mail.

After reading this notice, if you require additional information, you may contact the Claims Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com. Please note that the people answering the phone number are not able to provide legal advice. If you have questions about your legal rights, including whether you need to file a claim, you should talk to an attorney.

[1] PROMESA is codified at 48 U.S.C. §§ 2101-2241.
[2] PBA reserves the right to amend the locations accepting proofs of claim by hand delivery.

---

## GIVE NOTICE
buyers want to know

**Advertise your competitive sales** in The Bond Buyer.
For more information, contact or Kerry-Ann C. Parkes
at 212-803-8436 or at nos@arizent.com

**<u>Exhibit B</u>**



EL CAMPEON DE LOS HISPANOS
# EL DIARIO
LA PRENSA     WWW.ELDIARIONY.COM

an impreMedia company

Affidavit of Publication State of New York County of New York, ss:
The undersigned, **Esperanza Ruiz**, is an Account Executive of
EL DIARIO/LA PRENSA a company of Impremedia, located at
15 Metro Tech Center, 7th Floor, Brooklyn, NY 11201

This is a daily newspaper published in **New York State**. The legal notice of
**The Commonwealth of Puerto Rico**
was published in said newspaper as set forth below or in the annexed exhibit.

This newspaper has been
designated by the Clerk of New York County for this purpose.

Said Notice was published on:

**Thursday, March 26, 2020**

Subscribed and sworn to before me this    *Esperanza Ruiz*
26th day of March, 2020    Esperanza Ruiz
                                         Account Executive

Notary Public, ~~New York~~ County, N.Y.
Queens

SHAN ATKINSON ( LILY ATKINSON )
Notary Public, State of New York
No. 01AT6364883
Qualified in QueensCounty
Commission Expires Sept. 25th, 20 21

15 Metro Tech Center, 7th Fl. Brooklyn, NY 11201   Phone: ( 212) 807-4763   Fax: ( 212) 807-4617

# #Clasificados

**Main Number**
212-807-4600



Búsquenos también en:
www.eldiariony.com

## EL DIARIO
15 MetroTech Center, 7th Fl.
Brooklyn, NY 11201
En persona (Walk ins): 9 A.M. to 5 P.M.

**ANÚNCIATE:** 9 AM to 6 PM
Gratis-Toll Free: 1-877-862-8476
Tels. (Phone): 1-212-807-4681
(Fax): 1-212-807-4617

**PAGOS:**
Efectivo (CASH)
American Express
Visa - Mastercard
Discover - Debit Card
Giro Postal (Money Order)

**CANCELACIONES:**
Hasta las 11 A.M. para cancelar su anuncio para la próxima edición
Cancellations for next day must be called in no later than 11 A.M.

### INDICE

| | |
|---|---|
| EMPLEOS | 105 - 285 |
| BIENES RAICES | 400 - 715 |
| EDUCACION | 800 - 815 |
| MISCELANEAS | 900 - 955 |
| SERVICIOS MEDICOS | 1000 - 1010 |
| NEGOCIOS Y FINANZAS | 1100 - 1110 |
| ESPIRITUALISTAS | 1200 - 1205 |
| AVISOS PUBLICOS LEGALES | 1300 - 1325 |
| AUTOMOTRIZ | 1400 - 1405 |
| SERVICIOS LEGALES PROFESIONALES | 1500 - 1510 |
| PLANIFICACION FAMILIAR | 1605 |
| INTERCAMBIOS SOCIALES | 1705 |
| PERSONALES | 1805 |

#### INFORMACION
Los anuncios tomados por teléfono se leen otra vez al cliente para verificar el texto. Se pide a los clientes que verifiquen sus anuncios el primer día de su publicación para ver si la información es correcta. Sólo daremos crédito por número de teléfono o clasificación errada. La cantidad del crédito se limita a un día y debe ser solicitada el primer día de la publicación antes de las 11:00am.

El Diario dará un recibo por todos los pagos en efectivo. Todos los pagos que se hacen personalmente o por mensajero deben tener un recibo.

El Diario/La Prensa reserva el derecho de revisar todos los avisos enviados para publicación, para asegurarse que cumplan con las normas del periódico.
La responsabilidad financiera de El Diario, si es caso por errores, está limitada al efecto que cause el anuncio.

#### AVISO IMPORTANTE
ACERCA DE AGENCIAS DE ALQUILER DE APARTAMENTO/CUARTOS

Negocios que proveen información para ganar honorarios acerca de ubicación y disponibilidad de casas o apartamentos para alquilar DEBEN TENER LICENCIA DEL ESTADO DE NEW YORK.
Los honorarios cobrados por estas compañías no pueden exceder de un mes de alquiler. Para quejas llame a: The New York Dept. of State (Dpto. del Estado de New York) al 212-417-5790 o Attorney General's Office of Consumer Fraud at (Oficina del Fiscal General de Fraudes al Consumidor).


1-800-771-7755

#### AVISO DE LOS GERENTES
Todos los avisos de bienes raíces publicados aquí están sujetos al Acta Federal de Vivienda Justa de 1968 y a las leyes estatales y locales de vivienda justa.
El Acta de Vivienda Justa expone que es ilegal publicar algún tipo de preferencia, limitaciones o discriminaciones debido a la raza, el color, la religión, el sexo, limitación física, estado familiar u origen de nacionalidad, o una intención de hacer tal preferencia, limitación o discriminación. Las leyes estatales o locales pueden hacer ilegal la publicidad que discrimine en bases de la edad, estado marital u orientación sexual.
El Diario La Prensa, con conocimiento de causa, no aceptará ninguna publicidad de bienes raíces que viola la ley. La ley requiere que todas las viviendas publicadas estén disponibles en bases de oportunidad equitativa.
Para registrar una queja, llame a la línea gratuita de HUD al (800)669-9777 o a la Comisión de los Derechos Humanos de la Ciudad de New York al 212-306-7500

---

### 105 Agencias de Empleos

**ELENA'S AGENCY** Lic# 1062455
357 W. 36 Street 5th Fl. New York, NY 10018 Llamar (212) 967-9695
Cashier, Deli, Grill, Deliveries, y mas
Abierto de Lunes a Sabado

### 255 Oportunidades de Empleos

**AAA**
**NOTA:** Cuando usted aplique para un trabajo que requiere el envío de algún dinero, le sugerimos use su buen juicio antes de enviar dinero o firmar algún contrato.

**COMPAÑIA DE PIEDRAS**
Esta buscando un **Instalador de azulejos** (Tile Mechanic) con certificacion de OSHA de 30hrs. Con experiencia. Llamar al (718)204-8045

**Compañía de Puertas Enrollables Y Trabajos de Hierro Necesita**
Trabajador con exp., trabajando con puertas y portones de hierro. Debe hablar Ingles. Aplicar en persona en
**15-20 129 St, Queens, NY, 11356**

**Compañía de Restauración Exterior Busca un Encargado**
Con exp. en scaffold suspendidos. 5-10 años de experiencia con albañilería general. Se requiere un encargado con certificación de aparejos de 32 horas y OSHA de 30 horas.
**718-397-0298**

**DELIMAN/COCINERO**
Se necesita. Algun Ingles necesario. Tiempo completo o tiempo parcial. Nassau. Long Island.
**Por favor llame al 917-502-6827**

**Panadería Busca Panadero**
Para hacer pan a mano, trabajador de horno, cajera/counter, y chofer. Buen sueldo. Aplicar: 8118 18 Ave, Brooklyn NY, Lun-Vier, 8am-3pm.

### 285 Servicios Domésticos

**DOMÉSTICAS**
Se nec. con exp. para trabajar en casa de familia. Interesadas llamar
**718-339-0122  917-589-3150**

### 440 Información Bienes Raíces

#### AVISO IMPORTANTE
ACERCA DE AGENCIAS DE ALQUILER DE APARTAMENTOS/CUARTOS

Negocios que proveen información para ganar honorarios acerca de ubicación y disponibilidad de casas o apartamentos para alquilar DEBEN TENER LICENCIA DEL ESTADO DE NEW YORK.
Los honorarios cobrados por estas compañías no pueden exceder de un mes de alquiler. Para quejas llame a: The New York Dept. of State (Dpto. del Estado de New York) al 212-417-5790 o Attorney General's Office of Consumer Fraud at (Oficina del Fiscal General de Fraudes al Consumidor).


1-800-771-7755.

#### AVISO DE LOS GERENTES
Todos los avisos de bienes raíces publicados aquí están sujetos al Acta Federal de Vivienda Justa de 1968 y a las leyes estatales y locales de vivienda justa.
El Acta de Vivienda Justa expone que es ilegal publicar algún tipo de preferencia, limitaciones o discriminaciones debido a la raza, el color, la religión, el sexo, limitación física, estado familiar u origen de nacionalidad, o una intención de hacer tal preferencia, limitación o discriminación. Las leyes estatales o locales pueden hacer ilegal la publicidad que discrimine en bases de la edad, estado marital u orientación sexual.
El Diario La Prensa, con conocimiento de causa, no aceptará ninguna publicidad de bienes raíces que viola la ley. La ley requiere que todas las viviendas publicadas estén disponibles en bases de oportunidad equitativa.
Para registrar una queja, llame a la línea gratuita de HUD al (800)669-9777 o a la Comisión de los Derechos Humanos de la Ciudad de New York al 212-306-7500

### 805 Escuelas

**AAA**
**NOTA:** Todas las escuelas e institutos de negocios tienen que tener la licencia. Para verificar si una escuela ó instituto tiene la licencia, debe de llamar al Departamento de Educación del Estado, al (212) 643-4760 o visítelos en su sitio cibernético:
**www.highered.nysed.gov**

### CURSOS: OSHA, ANDAMIOS, BANDERAS
**PRECIO DESCONTADO**

**GORAYEB Centro Comunitario**
35-45 Junction Blvd, 2do Piso, Corona NY
Inscripciones llame al **347-828-0916**

**Sisa Pakari Centro Cultural y Laboral**
67-10 Roosevelt Ave. 2do Piso, Woodside, NY 11377
Inscripciones llame al **718-803-7255**

**Fast Track Safety Training Center**
322 Grove St. Brooklyn, NY
Inscripciones llame al **718-366-8000**

AUSPICIADO POR:

LOS ABOGADOS DEL PUEBLO
**GORAYEB & ASSOCIATES, P.C.**
JUSTICIA PARA VÍCTIMAS DE ACCIDENTES DE CONSTRUCCIÓN

### 950 Salud y Belleza

**Nota Importante**
Se notifica que todos los mensajes de salones de masajes y de masajistas que anuncian sus servicios en esta sección deben proveer un numero de licencia actual.

### Clasificados
Alguien quiere lo que usted necesita. Véndalo en los Clasificados de
**EL DIARIO**
Para anunciarse llamenos al:
**212-807-4600**

### 570 Bronx Apts Vacios

**JERRY'S REALTY, LLC.**
1420 Grand Concourse,
Bronx, NY 10456.
718-644-9429   347-691-3605
Aptos en el Bronx 1, 2, 3 & 4 Dorms.
Aceptamos Sección 8.
No nec. credito. Si no tiene tarjeta de residencia o Seguro Social, traiga su Pasaporte y una Carta de Trabajo.
**"MÚDESE EN 48 HORAS".**

Clasificados de **EL DIARIO**
¡Le dará resultados!

### 805 Escuelas

### 1010 Dentistas


Today's Dental
86-30 Broadway,
2º Piso
Elmhurst,
NY 11373
**718 760-5500**
(corner of Justice Ave.)
HACEMOS TODO TIPO DE TRABAJO DENTAL
•Implante •Root Canal
•Dentaduras y Coronas

**Estamos abiertos hasta tarde**
**Fines de semana y feriados**
Trenes: R, M
hasta Grand Avenue Station
Buses: Q-53, Q58
hasta Broadway y Queens Blvd.

Clasificados EL DIARIO
**212-807-4600**

### Clasificados
Para ordenar su anuncio por teléfono llame
**GRATIS** al:
**212-807-4600**
**EL DIARIO**

---

### 1320 Avisos Legales

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

In re:
JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,
como representante del ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros.
Deudores.

PROMESA
Título III
Caso núm.
17 BK 3283-LTS
(Administrado conjuntamente)

**NOTIFICACIÓN DE FECHAS LÍMITE EXTENDIDAS PARA PRESENTAR EVIDENCIAS DE RECLAMACIONES**

**EXTENSIÓN DE LAS FECHAS LÍMITE**

SE RUEGA A TODOS LOS ACREEDORES DE LOS DEUDORES Y A OTRAS PARTES INTERESADAS QUE TOMEN NOTA DE LO SIGUIENTE:

El 27 de septiembre de 2019, la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") presentó una petición voluntaria en virtud de la sección 304(a) de la Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico ("PROMESA")[1] iniciando así un caso de Título III conforme a PROMESA (el "Caso de Título III") en relación con la Autoridad de Edificios Públicos ("PBA"), identificación contributiva federal núm. 3801, Caso Núm. 19 BK 5523. **Es posible que usted sea acreedor de PBA y tenga la obligación de presentar una evidencia de reclamaciones ("Evidencia de reclamaciones").**

**La fecha límite para presentar evidencias de reclamaciones se ha extendido hasta el 15 de mayo de 2020 a las 04:00 p.m. (AST).**

Si ya ha presentado una Evidencia de reclamaciones no tendrá que realizar ninguna acción, salvo orden, notificación u otra resolución judiciales.

**Principales consideraciones**

• En un procedimiento bajo el Título III conforme a la ley PROMESA, es posible que se les exija a los acreedores presenten formularios de evidencia de reclamaciones en los que indiquen el monto adeudado hasta el día en que se presentó el procedimiento de Título III. En el presente documento se explica cómo presentar reclamaciones.

• A muchos acreedores en los Casos de Título III **no se les exige presentar presentar ninguna reclamación.** Para obtener más información consulte el sitio web del Agente de reclamaciones, https://cases.primeclerk.com/puertorico/, llámelo al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas desde el extranjero), disponibles de 10:00 a.m. a 07:00 p.m. (AST) (hablamos español), o envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com.

• **Si no usted no le exige presentar una reclamación,** no es necesario que complete y devuelva ningún formulario de evidencia de reclamación, y seguirá manteniendo sus derechos de votar con respecto a un plan de ajuste y a recibir pagos conforme al plan. El plan de ajuste es un documento en el que se explica la manera en que los Deudores proponen pagar los montos adeudados a sus acreedores. Una vez radicado, dicho plan estará a disposición de los acreedores para que lo examinen. Más tarde se determinará quién podrá votar sobre el plan. El monto que pueda recibir conforme al plan también se determinará en una fase posterior.

• **Si tiene que presentar una reclamación contra cualquiera de los Deudores,** la fecha límite para hacerlo ha sido extendida hasta el **15 de mayo de 2020 a las 04:00 p.m. (AST)**. Utilice los datos de contacto abajo para obtener

### 1320 Avisos Legales

un formulario que podrá usar para presentar su reclamación.

• Podrá presentar reclamaciones:
○ **de forma electrónica**, radicándolas a través del sitio web del Agente de reclamaciones: https://cases.primeclerk.com/puertorico/EPOC-Index;
○ **por un servicio de correo "first class"** (*first class mail*), en la siguiente dirección: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk LLC, Grand Central Station, PO Box 4708, New York, NY 10163-4708;
○ **por un servicio correo "overnight"** (*overnight courier*), en la siguiente dirección: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, o
○ **mediante entrega personalmente**, en cualquiera de las siguientes ubicaciones: a) Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, o b) las siguientes ubicaciones en el ELA, disponibles en las fechas y horas que se indican:

| Ubicaciones en el Estado Libre Asociado de Puerto Rico donde se acepta la entrega personal de las Evidencias de reclamaciones[2] | |
|---|---|
| Todas las ubicaciones estarán disponibles desde el 31 de marzo de 2020 hasta el 15 de mayo de 2020 (salvo fines de semana y días feriados para el Tribunal) | |
| Dirección | Hora (AST) |
| Bianca Convention Center Carr. 2 KM 143, 1er piso, Añasco, PR 00610 | De lunes a viernes, de 08:30 a.m. a 05:00 p.m. |
| Oceana HUB Center 2 Calle Acerina Caguas, PR 00725 | De lunes a viernes, de 08:30 a.m. a 05:00 p.m. |
| Citi Towers 250 Ave. Ponce de León Suite 503, Hato Rey, San Juan, PR 00918 | De lunes a viernes, de 08:30 a.m. a 05:00 p.m. |
| Piloto 151 151 Calle de San Francisco, 2º piso, San Juan, PR 00901 | De lunes a viernes, de 08:30 a.m. a 05:00 p.m. |
| Joe's Blue MCS Building 880 Avenida Tito Castro, 1er piso Ponce, PR 00716-4732 | De lunes a viernes, de 08:30 a.m. a 05:00 p.m. |

• OBSÉRVESE que, en vista de la orden ejecutiva del Gobernador dictada el 15 de marzo de 2020 en la que se aborda la situación en relación con el COVID-19, los centros de entrega en los que los reclamantes podrían presentar sus evidencias de reclamaciones mediante la entrega en mano no abrirán hasta el 31 de marzo de 2020. Se recomienda a los reclamantes que presenten sus evidencias de reclamaciones de forme electrónica o por correo postal.

Si tras leer la presente notificación necesita información adicional, puede comunicarse con el Agente de reclamaciones llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español), o por correo electrónico a puertoricoinfo@primeclerk.com. Tenga en cuenta que las personas que contestan las llamadas telefónicas no pueden brindar asesoramiento jurídico. Si tiene alguna pregunta sobre los derechos que brinda la ley, incluyendo si debe o no presentar una reclamación, consulte a un abogado.

[1] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.
[2] PBA se reserva el derecho a modificar las ubicaciones en las que se aceptan evidencias de reclamaciones mediante la entrega en mano.


**PROBLEMAS CON LA LEY?**
Abogados que te ayuden los encontraras aqui.
**EL DIARIO**

**Exhibit C**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL
DISTRITO DE PUERTO RICO**

PROMESA, Título III, Caso Núm. 17 BK 3283-LTS (Administrado conjuntamente)

NOTIFICACIÓN DE FECHAS LÍMITE EXTENDIDAS PARA PRESENTAR EVIDENCIAS DE RECLAMACIONES

## EXTENSIÓN DE LAS FECHAS LÍMITE

# AFIDAVIT

Yo, Juan C. Jiménez Doblado, habiendo prestado el debido juramento declaro:

Que soy Representante del periódico "EL NUEVO DÍA" que se publica en Guaynabo, P.R.; que en las ediciones de este periódico correspondientes a los días:

**26 DE MARZO DE 2020**

se dio publicidad al anuncio expedido por

**JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO.**

en el caso arriba mencionado y copia del cual se une al presente afidávit para que forme parte del mismo.

Guaynabo, P.R. _30 marzo_ 20_20_.



Afidávit No. _65410_ del Registro.

Jurado y reconocido ante mi por Juan C. Jiménez Doblado, vecino de San Juan, mayor de edad, soltero, Representante del periódico "EL NUEVO DÍA", a quien doy fe de conocer personalmente,

Guaynabo, P.R. _30 marzo_ 20_20_.

NOTARIO



**Por el bienestar de tu familia y todo Puerto Rico**
# CIERRA LA PUERTA DE TU CASA.



## Puertas del Caribe
Seguridad y Elegancia en el hogar...

"Fábrica de puertas de garaje y roll up en aluminio."

**¡Estamos contigo!**

 Búscanos en Facebook

📞 787 595 6985    ✉ infopuertasdelcaribe@gmail.com

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

In re:
JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, como representante del ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros, Deudores.

PROMESA Título III
Caso núm. 17 BK 3283-LTS
(Administrado conjuntamente)

**NOTIFICACIÓN DE FECHAS LÍMITE EXTENDIDAS PARA PRESENTAR EVIDENCIAS DE RECLAMACIONES**
**EXTENSIÓN DE LAS FECHAS LÍMITE**

SE RUEGA A TODOS LOS ACREEDORES DE LOS DEUDORES Y A OTRAS PARTES INTERESADAS QUE TOMEN NOTA DE LO SIGUIENTE:

El 27 de septiembre de 2019, la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") presentó una petición voluntaria en virtud de la sección 304(a) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA") iniciando así un caso de Título III conforme a PROMESA (el "Caso de Título III") en relación con la Autoridad de Edificios Públicos ("PBA"). Identificación contributiva federal núm. 3801, Caso Núm. 19 BK 5523 Es posible que usted sea acreedor de PBA y tenga la obligación de presentar una evidencia de reclamaciones ("Evidencia de reclamaciones").

La fecha límite para presentar evidencias de reclamaciones se ha extendido hasta el **15 de mayo de 2020 a las 04:00 p.m. (AST)**.

Si ya ha presentado una Evidencia de reclamaciones no tendrá que realizar ninguna acción, salvo orden, notificación u otra resolución judiciales.

**Principales consideraciones**

- En un procedimiento bajo de Título III conforme a la ley PROMESA, es posible que se les exija a los acreedores presentar formularios de evidencia de reclamaciones en los que indiquen el monto adeudado hasta el día en que se presentó el procedimiento de Título III. En el presente documento se explica cómo presentar reclamaciones.

- A muchos acreedores en los Casos de Título III no se les exige presentar presentar ninguna reclamación. Para obtener más información consulte el sitio web del Agente de reclamaciones, https://cases.primeclerk.com/puertorico/, llámelo al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas desde el extranjero), disponibles de 10:00 a.m. a 07:00 p.m. (AST) (hablamos español), o envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com.

- Si no usted no le exige presentar una reclamación, no es necesario que complete y devuelva ningún formulario de evidencia de reclamación, y seguirá manteniendo sus derechos de votar con respecto a un plan de ajuste y a recibir pagos conforme al plan. El plan de ajuste es un documento en el que se explica la manera en que los Deudores proponen pagar los montos adeudados a sus acreedores. Una vez radicado, dicho plan estará a disposición de los acreedores para que lo examinen. Más tarde se determinará quién podrá votar sobre el plan. El monto que pueda recibir conforme al plan también se determinará en una fase posterior.

- Si tiene que presentar una reclamación contra cualquiera de los Deudores, la fecha límite para hacerlo ha sido extendida hasta el **15 de mayo de 2020 a las 04:00 p.m. (AST)**. Utilice los datos de contacto abajo para obtener un formulario que podrá usar para presentar su reclamación.

- Podrá presentar reclamaciones:
  - **de forma electrónica**, radicándolas a través del sitio web del Agente de reclamaciones: https://cases.primeclerk.com/puertorico/EPOC-Index.
  - **por un servicio de correo "first class"** (*first class mail*), en la siguiente dirección: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk LLC, Grand Central Station, PO Box 4708, New York, NY 10163-4708,
  - **por un servicio correo "overnight"** (*overnight courier*), en la siguiente dirección: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, o
  - **mediante entrega personalmente**, en cualquiera de las siguientes ubicaciones: a) Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, o b) las siguientes ubicaciones en el ELA, disponibles en las fechas y horas que se indican:

Ubicaciones en el Estado Libre Asociado de Puerto Rico donde se acepta la entrega personal de las Evidencias de reclamaciones[2]
Todas las ubicaciones estarán disponibles
desde el 31 de marzo de 2020 hasta el 15 de mayo de 2020
(salvo fines de semana y días feriados para el Tribunal)

| Dirección | Hora (AST) |
|---|---|
| Bianca Convention Center<br>Carr. 2 KM 143, 1er piso, Añasco, PR 00610 | De lunes a viernes,<br>de 08:30 a.m. a 05:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina, Caguas, PR 00725 | De lunes a viernes,<br>de 08:30 a.m. a 05:00 p.m. |
| Citi Towers<br>250 Ave. Ponce de León<br>Suite 503, Hato Rey, San Juan, PR 00918 | De lunes a viernes,<br>de 08:30 a.m. a 05:00 p.m. |
| Piloto 151<br>151 Calle de San Francisco, 2° piso,<br>San Juan, PR 00901 | De lunes a viernes,<br>de 08:30 a.m. a 05:00 p.m. |
| Joe's Blue<br>MCS Building<br>880 Avenida Tito Castro, 1er piso<br>Ponce, PR 00716-4732 | De lunes a viernes,<br>de 08:30 a.m. a 05:00 p.m. |

- **OBSÉRVESE** que, en vista de la orden ejecutiva del Gobernador dictada el 15 de marzo de 2020 en la que se aborda la situación en relación con el COVID-19, los centros de entrega en los que los reclamantes podrían presentar sus evidencias de reclamaciones mediante la entrega en mano no abrirán hasta el 31 de marzo de 2020. Se recomienda a los reclamantes que presenten sus evidencias de reclamaciones de forma electrónica o por correo postal.

Si tras leer la presente notificación necesita información adicional, puede comunicarse con el Agente de reclamaciones llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español), o por correo electrónico a puertoricoinfo@primeclerk.com. Tenga en cuenta que las personas que contestan las llamadas telefónicas no pueden brindar asesoramiento jurídico. Si tiene alguna pregunta sobre los derechos que brinda la ley, incluyendo si debe o no presentar una reclamación, consulte a un abogado.

[1] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.
[2] PBA se reserva el derecho a modificar las ubicaciones en las que se aceptan evidencias de reclamaciones mediante la entrega en mano.

37 EL NUEVO DÍA Jueves, 26 de marzo de 2020



pressreader — PRINTED AND DISTRIBUTED BY PRESSREADER PressReader.com +1 604 278 4604

**Exhibit D**



State of Florida                                                                                                              March 31, 2020
County of Monroe, Dade and Broward

I *Matthew Weisberg* Being Duly Sworn on oath say he is and during all times herein stated has been the publisher's designated agent of the publication known as EL Nuevo Herald has full knowledge of the facts herein stated as follows:

The run of paper advertisement (ROP) in the Main section A of EL Nuevo Herald for TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO Caso n.º 17 BK 3283-LTS  was distributed to Publishers full circulations (EL Nuevo Herald ) On the 30th day of March , 2020.

Sworn before me this 31st day of March 31, 2020

By: *Matthew Weisberg*

**Miami Herald**
MEDIA COMPANY

3511 NW 91 Avenue, Miami, FL 33172 ǀ ********@miamiherald.com ǀ  www.miamiherald.com ǀ  www.elnuevoherald.com

## VIENE DE LA 3A
## CAYOS

Otro golpe a los puntos de control se produjo el viernes por la tarde cuando los funcionarios de Islamorada recibieron una copia de la directiva de gestión de emergencias del condado que decía que la oficina de la policía condal recibió instrucciones de "terminar" los puntos de control a las 6 p.m. el domingo.

El condado nunca dijo públicamente que solo había un plazo de dos días para los puntos de control, y varios funcionarios dijeron que no se dieron cuenta de ello. En una entrevista el viernes en la apertura del puesto de control en 18 Mile Stretch, la alcaldesa del condado, Heather Carruthers, indicó que los puntos de control permanecerán abiertos indefinidamente.

"Cuanto antes podamos tener esto bajo control, antes podremos volver a hacer lo que hacemos, y eso es disfrutar de nuestro paraíso", dijo entonces.

El sábado, el condado insistió en que siempre había sido transparente sobre el tema, pero debido a que la situación con el nuevo coronavirus es cambiante, dijo Livengood, "algunos de nuestros comunicados de prensa serán abiertos."

Livengood dijo que 788 autos fueron rechazados de los puntos de control en las primeras 48 horas de operación.

"Antes de que el punto de control comenzara el viernes por la mañana, los contadores de tráfico del Departamento de Transporte de Florida mostraban entre 47% y 49% del flujo de tráfico promedio para esta época del año", dijo. "Desde que se promulgó el punto de control, los contadores de tráfico registran del 23% al 26% del flujo de tráfico promedio para esta época del año."

Las formas aceptables de prueba de residencia incluyen una etiqueta de reentrada de huracanes, una copia impresa de la identificación local, facturas de servicios públicos, escrituras, arrendamientos y facturas de impuestos, dijo Livengood.

EL SARGENTO del condado Monroe James Hager (der.) y el agente policial Dyllon Bansen vigilan un punto de control en County Road 905 el domingo, en camino a Key Largo.

DANIEL A. VARELA dvarela@miamiherald.com

Las etiquetas de reentrada se pueden recoger en las estaciones de bomberos más cercanas a la casa de una persona.

"Los residentes deberán presentar un comprobante de residencia del condado Monroe para incluir identificación local, factura de servicios públicos, escritura, arrendamiento o factura de impuestos y el registro del automóvil que necesitará una calcomanía", dijo.

Las personas que trabajan en los Cayos deberán mostrar a la policía en el puesto de control una carta de su empleador, una identificación de empleado, un recibo de sueldo o un contrato de construcción vigente.

*David Goodhue:*
*305-923-9728,*
*@DavidGoodhue*

## VIENE DE LA 3A
## PRUEBAS

coronavirus, contrastó la alarmantemente alta tasa de positividad de 28 por ciento de Nueva York con el promedio nacional, que continúa siendo de menos de ocho por ciento.

Jerome dijo que la notable diferencia entre la tasa de positividad de su laboratorio de cerca de siete por ciento y la de Nueva York sugiere no solo cuántas personas están siendo examinadas, sino el problema tan grande que el virus está provocando en un área en concreto. Los expertos en salud pública así como los funcionarios del gobierno dijeron estar de acuerdo en que la tasa de Nueva York es probablemente un indicador del alto nivel de penetración del virus, ya que el estado está llevando a cabo muchas más pruebas que el resto de los estados, y aun así la tasa sigue siendo anormalmente alta.

La tasa de positividad de Miami-Dade se ha mantenido consistente a pesar de que esta semana miles de pruebas se han agregado a los totales anteriores. Alex Greninger, investigador del laboratorio de la UW, dijo que la tasa de Miami-Dade probablemente quiere decir que más pruebas se les han hecho a personas en hospitales que a las que permanecen en sus casas.

Greninger agregó que, teniendo en cuenta la escasez de pruebas, estas restricciones tienen sentido, aunque todavía hay una falta de claridad de lo que podría considerarse ideal.

## VIENE DE LA 3A
## MÁSCARAS

que tienen COVID-19.
Hasta el sábado por la tarde, 212 personas estaban en hospitales con el coronavirus en Miami-Dade, Broward, Palm Beach y los Cayos de Florida, según el Departamento de Salud de Florida.

Baptist Health tiene 11 hospitales y más de 150 centros de atención urgente y consultorios médicos en el área de cuatro condados, desde Monroe hasta los condados Palm Beach.

### IMPRIMIENDO LAS MÁSCARAS 3D

La Facultad de Comunicación, Arquitectura, y las Artes de FIU lanzó la iniciativa para imprimir protectores faciales utilizando sus instalaciones de impresión 3D en el campus y en su laboratorio dentro de Miami Beach Urban Studios, según la universidad. Más de 30 impresoras 3D están siendo usadas.

"Como universidad, queríamos encontrar una manera de aprovechar las habilidades, el talento y los recursos de nuestros estudiantes, profesores y personal para ayudar a estos héroes trabajadores que arriesgan sus vidas para salvar la nuestra", dijo el presidente de FIU, Mark Rosenberg, en un comunicado. "Estoy orgulloso de nuestra colaboración con Baptist Health y espero que allane el camino a más oportunidades para marcar la diferencia en estos tiempos difíciles."

Los estudiantes de FIU trabajaron con Baptist Health en las especificaciones de los protectores faciales para asegurarse de que fueran apropiados para su uso mientras trataban a los pacientes.

Los protectores faciales están hechos de ácido poliláctico no tóxico y se usan sobre una máscara, lo que ayuda a mantener la longevidad de la máscara y a evitar que las gotitas respiratorias infectadas entren en la nariz y los ojos de los trabajadores de la salud, lo que sigue siendo el medio principal de transmisión.

"A pesar de la adversidad se están creando oportunidades", dijo en un comunicado el Dr. Barry Katzen, fundador y director médico del Miami Cardiac & Vascular Institute.

"Esta asociación con FIU es la mejor colaboración de la comunidad, que reúne a una institución académica y un sistema de salud mediante el uso de la innovación en un momento de necesidad urgente."

*Howard Cohen:*
*305-376-3619,*
*@HowardCohen*



### CÓMO CONTACTARNOS

| | |
|---|---|
| Subscripciones: | 1 800 843-4372 |
| Anuncios clasificados | 1 866 860-6000 |
| Otros anuncios: | 305-376-2820 |
| Para la entrega de su periódico: | 1 800 843-4372 |

Horario de servicio será:
Lunes a viernes: 7:00 a.m. a 3:00 p.m.
Sábados: cerrado • domingos: 7:00 a.m. a 11:00 a.m.
Para servicio al suscriptor
www.elnuevoherald.com/servicio

¿No le han entregado su periódico? Si no ha recibido su diario antes de las 6 a.m. (7:30 a.m. fines de semana) en Miami-Dade o Broward, llame al 1-800-THEHERALD (1-800-843-4372) para pedir que una copia de reemplazo sea entregada al día siguiente o solicitar un crédito a su cuenta. La veracidad de la noticia es importante para nosotros. Favor de comunicarnos cualquier error, aclaración u omisión.

### DEPARTAMENTOS DE NOTICIAS:
| | |
|---|---|
| Mesa de Redacción: | 305-376-2285 |
| Galería y entretenimiento: | 305-376-2183 |
| Revista Viernes: | 305-376-2217 |
| Deportes: | 305-376-2147 |
| Fotografía: | 305-376-3582 |
| Perspectiva/Opiniones: | 305-376-2166 |
| perspectiva@elnuevoherald.com | |
| General: | 305-376-3535 |

### EJECUTIVOS DE LA REDACCIÓN

Aminda Marqués González — Presidente / Directora Ejecutiva
305-376-3429 — amarques@miamiherald.com
Nancy San Martín — Subdirectora
305-376-4722 — nsanmartin@miamiherald.com
Maru Antuñano — Editora Jefe de Producción y Secciones Especiales
305-376-3582 — mantunano@elnuevoherald.com
Luisa Yanez — Coordinadora de Opinión
305-376-4627 — lyanez@miamiherald.com
Orlando Mellado — Jefe de Fotografía y video
305-376-3582 — omellado@elnuevoherald.com

### AUTORIZACIÓN PARA REIMPRIMIR:
El contenido de información que aparece en el Nuevo Herald está protegido por el Federal Copyright Act (la ley de derechos de autor). No se permiten reproducciones sin permiso por escrito. Para solicitar autorización llame a los siguientes números. Fotos y gráficas: 305-376-3582; ediciones atrasadas: 305-376-3719 o por email a: backissues@miamiherald.com.

### PRECIOS DE ENTREGA A DOMICILIO POR SEMANA
**En Miami Dade y Broward:**
domingo a viernes = $25/semanal; domingo $12/ semanal, miércoles a domingo = $18/semanal. No incluye impuesto.
**Diario digital:** $15.99 mensuales. Precio del periódico en máquinas; diario $1.50, y domingos $3.00. En estanquillos, diario $1.50 y domingos $3.00 más impuestos. Ediciones Especiales $4.99

### TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

In re:
JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, como representante del ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros. Deudores.

PROMESA Título III
Caso núm. 17 BK 3283-LTS
(Administrado conjuntamente)

**NOTIFICACIÓN DE FECHAS LÍMITE EXTENDIDAS PARA PRESENTAR EVIDENCIAS DE RECLAMACIONES**

## EXTENSIÓN DE LAS FECHAS LÍMITE

SE RUEGA A TODOS LOS ACREEDORES DE LOS DEUDORES Y A OTRAS PARTES INTERESADAS QUE TOMEN NOTA DE LO SIGUIENTE:

El 27 de septiembre de 2019, la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") presentó una petición voluntaria en virtud de la sección 304(a) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")¹ iniciando así un caso de Título III conforme a PROMESA (el "Caso de Título III") en relación con la Autoridad de Edificios Públicos ("PBA"), identificación contributiva federal núm. 3801, Caso Núm. 19 BK 5523. **Es posible que usted sea acreedor de PBA y tenga la obligación de presentar una evidencia de reclamaciones** ("Evidencia de reclamaciones").

**La fecha límite para presentar evidencias de reclamaciones se ha extendido hasta el 15 de mayo de 2020 a las 04:00 p.m. (AST)**.

Si ya ha presentado una Evidencia de reclamaciones no tendrá que realizar ninguna acción, salvo orden, notificación u otra resolución judiciales.

**Principales consideraciones**

- En un procedimiento bajo de Título III conforme a la ley PROMESA, es posible que en los que se exija a los acreedores presenten formularios de evidencia de reclamaciones en los que se indiquen el monto adeudado hasta el día en que se presentó el procedimiento de Título III. En el presente documento se explica cómo presentar reclamaciones.

- **A muchos acreedores no se les exige presentar presentar ninguna reclamación.** Para obtener más información consulte el sitio web del Agente de reclamaciones, https://cases.primeclerk.com/puertorico/, llámelo al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas desde el extranjero), disponibles de 10:00 a.m. a 07:00 p.m. (AST) (hablamos español), o envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com.

- **Si no usted no le exige presentar una reclamación, no, es necesario que complete y devuelva ningún formulario de evidencia de reclamación**, y seguirá manteniendo sus derechos de votar con respecto a un plan de ajuste y a recibir pagos conforme al plan. El plan de ajuste le dirá si se le explica la manera en que los Deudores proponen pagar los montos adeudados a sus acreedores. Una vez radicado, dicho plan estará a disposición de los acreedores para que lo examinen. Más tarde se determinará quién podrá votar sobre el plan. El monto que pueda recibir conforme al plan también se determinará en una fase posterior.

- **Si tiene que presentar una reclamación contra cualquiera de los Deudores**, la fecha límite para hacerlo ha sido extendida hasta el **15 de mayo de 2020 a las 04:00 p.m. (AST)**. Utilice los datos de contacto abajo para obtener un formulario que podrá usar para presentar su reclamación.

- Podrá presentar reclamaciones:
  - **de forma electrónica**, radicándolas a través del sitio web del Agente de reclamaciones: https://cases.primeclerk.com/puertorico/EPOC-Index.
  - **por un servicio de correo "first class"** (*first class mail*), en la siguiente dirección: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk LLC, Grand Central Station, PO Box 4708, New York, NY 10163-4708.
  - **por un servicio correo "overnight"** (*overnight courier*), en la siguiente dirección: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232; o
  - **mediante entrega personalmente**, en cualquiera de las siguientes ubicaciones: a: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, o b) las siguientes ubicaciones en el ELA, disponibles en las fechas y horas indicadas que se indican:

| Ubicaciones en el Estado Libre Asociado de Puerto Rico donde se acepta la entrega personal de las Evidencias de reclamaciones² |  |  |
|---|---|---|
| Todas las ubicaciones estarán disponibles desde el 31 de marzo de 2020 hasta el 15 de mayo de 2020 (salvo fines de semana y días feriados ante el Tribunal) |  |  |
| Ubicación | Dirección | Hora (AST) |
| Bianca Convention Center | Carr. 2 KM 143, 1° piso, Añasco, PR 00610 | De lunes a viernes, de 08:30 a.m. a 05:00 p.m. |
| Oceana HUB Center | 2 Calle Acerina, Caguas, PR 00725 | De lunes a viernes, de 08:30 a.m. a 05:00 p.m. |
| Citi Towers | 250 Ave. Ponce de León Suite 503, Hato Rey, San Juan, PR 00918 | De lunes a viernes, de 08:30 a.m. a 05:00 p.m. |
| Piloto 151 | 151 Calle de San Francisco, 2° piso, San Juan, PR 00901 | De lunes a viernes, de 08:30 a.m. a 05:00 p.m. |
| Joe's Blue MCS Building | 880 Avenida Tito Castro, 1er piso Ponce, PR 00716-4732 | De lunes a viernes, de 08:30 a.m. a 05:00 p.m. |

- **OBSÉRVESE** que, en vista de la orden ejecutiva del Gobernador dictada el 15 de marzo de 2020 en la que se aborda la situación en relación con el COVID-19, los centros de entrega en los que los reclamantes podrían presentar sus evidencias de reclamaciones mediante la entrega en mano no abrirán hasta el 31 de marzo de 2020. Se recomienda a los reclamantes que presenten sus evidencias de reclamaciones de forma electrónica o por correo postal.

Si tras leer la presente notificación necesita información adicional, puede comunicarse con el Agente de reclamaciones llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español), o por correo electrónico a puertoricoinfo@primeclerk.com. Tenga en cuenta que las personas que contestan las llamas telefónicas no pueden brindar asesoramiento jurídico. Si tiene alguna pregunta sobre sus derechos que brinda la ley, incluyendo si debe o no presentar una reclamación, consulte a un abogado.

¹ PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.
² PBA se reserva el derecho a modificar las ubicaciones en las que se aceptan evidencias de reclamaciones mediante la entrega en mano.

# RUTA DE REPARTIDOR DE PERIODICOS
## GANE DINERO EXTRA COMO CONTRATISTA INDEPENDIENTE

Trabaje temprano en la mañana antes de salir el sol

Siete días a la semana
Proveer su propio vehículo

## Llame
## 305-376-2221

Debe traer licencia de conducir válida, seguro de auto válido y tarjeta de seguro social

## Gane hasta $1,000 al mes.