20 de marzo de 2020

**Tribunal De Distrito De Los Estados Unidos Para el Distrito De Puerto Rico**

| | |
|---|---|
| Estado Libre Asociado de Puerto Rico, Deudor | Reclamante: Ana Wilda Pérez Diaz |
| Núm. De procedimiento: **17 BK 3283-LTS** | Dirección: Urb. Alturas de Mayagüez 1914 Calle Laliza, Mayagüez PR 00682 |
| **Centésima Decima Cuarta Objeción Global** | Teléfono: 787-640-9447 |
| Núm. De Reclamación: **105364** | Email: anawpd@gmail.com |

Asunto: Reclamación de salarios no pagados.

Conforme a la Ley 89 del 12 de julio de 1979, mejor conocida como "Ley de Retribución Uniforme" establece la política pública sobre la retribución a empleados de carrera y de confianza cubiertos por el Sistema de Personal y otros fines. A tales efectos se estableció mediante ley las escalas salariales que le correspondía cobrar a cada empleado público del gobierno de Puerto Rico.

El motivo de mi reclamación obedece a salarios impagos en violación a las estipulaciones establecidas por la citada Ley. Trabajé en el Departamento de Educación en Mayagüez desde 1960 hasta 1995 fecha en que me acogí al retiro por años de servicio.

Según el cálculo, los salarios dejados de recibir ascienden a la cantidad de $9,600.00. Por tal razón, someto ante su consideración dicha reclamación para la revisión, ajuste y acción correspondiente. Espero su pronta acción sobre este particular.

Cordialmente,

*[signature: Ana Wilda Pérez Diaz]*

Ana Wilda Pérez Diaz