From: Ana Wilda Pérez
Calle Haliza 1914
Urb. Alturas de Mayagüez
Mayagüez, P.R. 00682

RECEIVED & FILED
2020 MAR 25 PM 4:13
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

7019 1640 0000 2882 5667

CERTIFIED MAIL

U.S. POSTAGE PAID
FCM LETTER
MAYAGUEZ, PR
00682
MAR 24 20
AMOUNT
$6.40
R2304Y122...