TRIBUNAL DEL DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

9 de marzo de 2020

Réplica

mariamateo20@gmail.com

María M. Mateo Torres

HC – 04 Box 6045

Coamo, Puerto Rico, 00769

Teléfono: (787) 664-5891

RECEIVED & FILED
CLERK'S OFFICE
MAR 25 2020
US DISTRICT COURT
SAN JUAN, PR

En el asunto de:
JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO.
    Como representante de:
ESTADO LIBRE ASOCIADO DE PUERTO RICO y Otros

PROMESA, Título III
Número 17 BK 3283-LTS
La presente radicación guarda relación con el ELA, ACT y el SRE

**Epígrafe**

**NOTIFICACION DE LA CENTESÍMA SEXAGESÍMASEGUNDA OBJECIÓN GLOBAL DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO Y DEL SISTEMA DEL RETIRO DE LOS EMPLEADOS DE GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUENAS NO ESPECIFICADAS.**

**Número de reclamación: 134714**

Mediante esta misiva solicito al **Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico**, que declare a lugar la objeción global con relación al reclamo por el pago de la Ley **PROMESA**, ya que el mismo no fue adjudicado ni pagado por la Ley de Quiebras de Puerto Rico.

Trabajo para el Gobierno de Puerto Rico, en la Agencia del Departamento de Educación como maestra sin recibir el pago por el aumento o incentivo del gobierno correspondiente a los años **2004 al 2019**. Estimo que durante este periodo de tiempo se me adeuda dinero que no he recibido hasta este entonces.

También deseo solicitar al tribunal que sea diligente y acepte mi objeción por estar fuera de la fecha indicada. El haber excedido la fecha límite se debe a las consecuencias de los temblores y sismos que han ocurrido en Puerto Rico, los cuales privaron a la ciudadanía de diversos servicios. Esto ocasionó que no se pudiera la documentación antes del 18 de febrero de 2020. Se envía la documentación justificativa para evidenciar la objeción; Consistente la mismos en mis comprobantes de retención (W-2) del Departamento de Hacienda del Estado Libre Asociado de Puerto Rico, Planillas de Contribución Sobre Ingresos y talonarios de cheques. Dicha documentación me identifica como empleada del Gobierno de Puerto Rico durante los años reclamados; años en los que se supone devengara el aumento correspondiente a esta ley, el cual no me fue otorgado

Cordialmente,

*[firma]*

María M. Mateo Torres