**FROM:**

María M. Mateo Torres
HC-04 Box 6045
Coamo P.R
00769



CERTIFIED MAIL

7016 1370 0002 4500 9083



U.S. POSTAGE PAID
PM 1-DAY
COAMO, PR
00769
MAR 24, 20
AMOUNT
**$14.15**
R2303S102189-12

1005        00918

**TO:**

Secretaria (Clerk Office
Tribunal de Distrito de los
Estados Unidos
#150 Chardon Avenue Federal Building
San Juan Puerto Rico 00918

RECEIVED & FILED
2020 MAR 25 PM 4:0
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

**Utility Mailer**
**10 1/2" x 16"**

