Formulario: ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
Form 499R-2/W-2 PR  DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
Rev. 05.04  COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

Copia B para Planilla del Empleado
Copy B for Employee's Tax Return

Año / Year: **2004**

| Field | Value |
|---|---|
| 1. Nombre - First Name | MARIA |
| Apellido(s) - Surname(s) | MATEO TORRES |
| Dirección Postal del Empleado - Employee's Mailing Address | HC 2 BOX 6045, COAMO, PR 00769-9628 |
| 3. Núm. Seguro Social - Social Security No. | |
| 4. Estado Civil - Civil Status | Soltero/Single ☐ Casado/Married ☐ |
| 5. Núm. Seguro Social Cónyuge - Spouse's Social Security No. | |
| 6. Núm. de Ident. Patronal - Employer's Ident. No. (EIN) | 660433481 |
| 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address | L8002150526 S RIVERA, DEPT DE EDUCACION-MAESTROS, AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF, HATO REY, PR 00919 |
| 7. Costo de Pensión o Anualidad - Cost of Pension or Annuity | |
| Número de Control - Control Number | 39190201 |

### INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION

| Box | Description | Amount |
|---|---|---|
| 8 | Sueldos - Wages | 29,505.46 |
| 9 | Comisiones - Commissions | 0.00 |
| 10 | Concesiones - Allowances | 0.00 |
| 11 | Propinas - Tips | 0.00 |
| 12 | Total=8+9+10+11 | 29,505.46 |
| 13 | Gastos Reembolsados - Reimbursed Expenses | 0.00 |
| 14 | Cont. Retenida - Tax Withheld | 1,602.04 |
| 15 | Fondo de Retiro - Retirement Fund | 2,462.52 |
| 16 | Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |

### INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION

| Box | Description | Amount |
|---|---|---|
| 17 | Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 18 | Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19 | Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 29,505.46 |
| 20 | Contrib. Medicare Retenida - Medicare Tax Withheld | 427.83 |
| 21 | Propinas Seguro Social - Social Security Tips | 0.00 |
| 22 | Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips | 0.00 |
| 23 | Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

Corte aquí

Formulario: Form 499R-2/W-2 PR
Rev. 05.05

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION |
|---|---|---|
| 1. Nombre-First Name: MARIA | 7. Sueldos - Wages: 31639.45 | 17. Total Sueldos Seguro Social / Social Security Wages: 0.00 |
| Apellido(s) - Surname(s): MATEO TORRES | 8. Comisiones - Commissions: 0.00 | 18. Seguro Social Retenido / Social Security Tax Withheld: 0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address: HC 2 BOX 6045, COAMO, PR 00769-9628 | 9. Concesiones - Allowances: 0.00 | 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 31639.45 |
| 3. Núm. Seguro Social / Social Security No. | 10. Propinas - Tips: 0.00 | 20. Contrib. Medicare Retenida / Medicare Tax Withheld: 458.77 |
| 4. Estado Civil - Civil Status: Soltero/Single ☐ Casado/Married ☐ | 11. Total=7+8+9+10: 31639.45 | 21. Propinas Seguro Social / Social Security Tips: 0.00 |
| 5. Núm. de Ident. Patronal / Employer's Ident. No. (EIN): 660433481 | 12. Gastos Reembolsados / Reimbursed Expenses: 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips: 0.00 |
| 6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 0.00 | 13. Cont. Retenida - Tax Withheld: 1830.58 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00 |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address: L80021505265 S RIVERA DEPT DE EDUCACION-MAESTROS AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF HATO REY, PR 00919 | 14. Fondo de Retiro / Retirement Fund: 2597.52 | |
| Número de Teléfono del Patrono / Employer's Telephone Number | 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: 0.00 | |
| Fecha de Cese de Operaciones / Cease of Operations Date | 16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004: 0.00 | |
| Número de Control - Control Number: 50613439 | | |

Copia C para Récord del Empleado
Copy C for Employee's Records

Año: / Year: 2005

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas

Reproducido por: Departamento de Hacienda

Formulario 482 Rev. 09.06

# FORMA LARGA

| Liquidador | Revisor |
|---|---|
| G RO V1 V2 P1 P2 N D E A M | |

PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

**2006** ESTADO LIBRE ASOCIADO DE PUERTO RICO DEPARTAMENTO DE HACIENDA **2006**
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2006 O AÑO COMENZADO EL
_1_ de _enero_ de _06_ Y TERMINADO EL _31_ de _Dic_ de _06_

Número de Serie

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: ___/___/___
Sello de Pago

Nombre del Contribuyente: **María**  Inicial   Apellido Paterno: **Mateo**  Apellido Materno: **Torres**

Número de Seguro Social Contribuyente

Dirección Postal: **HC. 02. Box 6045**
**Coamo, PR** Código Postal **00769**

Fecha de Nacimiento  Sexo: ●F
Número de Seguro Social Cónyuge
Fecha de Nacimiento del Cónyuge
Teléfono Residencia
Teléfono del Trabajo
CAMBIO DE DIRECCION: ● No

**SI / NO**
A. ● ○ ¿Ciudadano de Estados Unidos?
B. ● ○ ¿Residente de Puerto Rico al finalizar el año?
C. ○ ● ¿Ingresos exentos de Lotería de Puerto Rico?
D. ○ ● ¿Ingresos de premios de jugadas en Hipódromo?
E. ○ ● ¿Otros ingresos exentos de contribución? (Someta Anejo)
F. ○ ● ¿Obligación de hacer pagos a ASUME?

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge arriba)
3. ● Jefe de familia (No para casados)
4. ○ Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

**FUENTE DE MAYOR INGRESO:**
G. ● Empleado del Gobierno, Municipios o Corporaciones Públicas
H. ○ Empleado del Gobierno Federal
I. ○ Empleado de Empresa Privada
J. ○ Retirado/Pensionado
K. ○ Trabajo Cuenta Propia (indique la industria o negocio principal)

Su ocupación: **Maestra**   Ocupación cónyuge

CONTRATO GOBIERNO
○ CONTRIBUYENTE ○ CONYUGE
PLANILLA 2007   ● ESPAÑOL ○ INGLES

Sello de Recibido: 16 ABR 2007

1. Sueldos, Comisiones, Concesiones y Propinas
   A-Contribución Retenida: **1889** 00
   B-Sueldos, Comisiones, Concesiones y Propinas: **31,933** 00

   ● SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique).

   Total de comprobantes con esta planilla .. **1**
   **1889** 00    **31,933** 00

   C- Salarios del Gobierno Federal (Véanse instrucciones) ........ (01)
   Contribución Retenida _____ 00 (02)   Salarios Federales _____ 00

2. Otros Ingresos (o Pérdidas):
   A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) ........ (03) 00
   B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) ........ (04) 00
   C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) ........ (05) 00
   D) Dividendos de corporaciones y distribuciones de sociedades sujetas a retención (Anejo F Individuo, Parte II, líneas 1A a la 1C, según aplique) (06) 00
   E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3D) ........ (07) 00
   F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) ........ (08) 00
   G) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1E) ........ (09) 00
   H) Ingresos misceláneos (Someta Anejo F Individuo) ........ (10) 00
   I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) ........ (11) 00
   J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ........ (12) 00
   K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ........ (13) 00
   L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____) (14) ........ (15) 00
   M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) ........ (16) 00
   N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) ........ (17) 00
   O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) ........ (18) 00
   P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) ........ (19) 00
   Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) ........ (20) 00
   R) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) ........ (21) 00

3. Total Ingreso Bruto (Sume líneas 1B, 1C y 2A a la 2R) ........ (22) **31,933** 00
4. Pensión Pagada por Divorcio o Separación (seg. soc. del que la recibe: _____)(23) (Núm. sentencia _____)(24) (25) 00
5. Ingreso Bruto Ajustado (Línea 3 menos línea 4) ........ (30) **31,933** 00

Período de Conservación: Diez (10) años

Formulario 482 Rev. 10.07

# FORMA LARGA

○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

Liquidador | Revisor

RO V1 V2 P1 P2 N D1 D2 E A M

**2007** ESTADO LIBRE ASOCIADO DE PUERTO RICO **2007**
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2007 O AÑO COMENZADO EL
1 de enero de 07 Y TERMINADO EL 31 de DIC de 07

Número de Serie

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: __/__/__
                              Día Mes Año

Sello de Pago

Nombre del Contribuyente: MARIA   Inicial:    Apellido Paterno: MATEO   Apellido Materno: TORRES

Número de Seguro Social Contribuyente:

Dirección Postal: HC-02-BOX-6045
Coamo, P.R.   Código Postal: 00769

Fecha de Nacimiento  Sexo
Día Mes Año        ○ M
                   ● F

Número de Seguro Social Cónyuge:

"Coloque la etiqueta engomada (Label) aquí".

Nombre e Inicial del Cónyuge   Apellido Paterno   Apellido Materno

Fecha de Nacimiento del Cónyuge
Día Mes Año

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

Teléfono Residencia ( )
Teléfono del Trabajo ( )
CAMBIO DE DIRECCION ○ Si ● No

Código Postal

Número de Recibo:
Importe:

Correo Electrónico (E-Mail)

| SI | NO | | ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO: |
|---|---|---|---|
| A. ● | ○ | ¿Ciudadano de Estados Unidos? | 1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta |
| B. ● | ○ | ¿Residente de Puerto Rico al finalizar el año? | 2. ○ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge arriba) |
| C. ○ | ● | ¿Ingresos exentos de Lotería de Puerto Rico? | 3. ● Jefe de familia (No para casados) |
| D. ○ | ● | ¿Ingresos de premios de jugadas en Hipódromo? | 4. ○ Soltero |
| E. ○ | ● | ¿Otros ingresos exentos de contribución? (Someta Anejo) | 5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge) |
| F. ○ | ● | ¿Obligación de hacer pagos a ASUME? | |

FUENTE DE MAYOR INGRESO:
G. ● Empleado del Gobierno, Municipios o Corporaciones Públicas
H. ○ Empleado del Gobierno Federal
I. ○ Empleado de Empresa Privada

J. ○ Retirado/Pensionado
K. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

CONTRATO GOBIERNO
○ CONTRIBUYENTE   ○ CONYUGE

PLANILLA 2008
● ESPAÑOL   ○ INGLES

Su ocupación: MAESTRA   Ocupación cónyuge:

Sello de Recibido:
Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
1166-Colecturía Coamo
RECIBIDO
APR 15 2008
SIN PAGO
SECRETARIO DE HACIENDA
08-2786

1. Sueldos, Comisiones, Concesiones y Propinas

SUMINISTRE LOS COMPROBANTES DE RETENCION
(Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique).

Total de comprobantes con esta planilla .. 1

A-Contribución Retenida: 1,449 00
                         00
                         00
                         00
Contribución Retenida: 1,449 00

B-Sueldos, Comisiones, Concesiones y Propinas: 32,560 00
                                               00
                                               00
                                               00
                                               32,560 00
Salarios Federales

C- Salarios del Gobierno Federal (Véanse instrucciones) ............................... (01) 00   (02) 00

2. Otros Ingresos (o Pérdidas):
A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) .......................... (03) 00
B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) ......... (04) 00
C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) ........ (05) 00
D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) ......... (06) 00
E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) ......... (07) 00
F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) ......... (08) 00
G) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1D) ......... (09) 00
H) Ingresos misceláneos (Someta Anejo F Individuo) ......... (10) 00
I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) ......... (11) 00
J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ......... (12) 00
K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ......... (13) 00
L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____ ) (14) ......... (15) 00
M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) ......... (16) 00
N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) ......... (17) 00
O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) ......... (18) 00
P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) ......... (19) 00
Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) ......... (20) 00
R) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) ......... (21) 00

3. Total Ingreso Bruto (Sume líneas 1B, 1C y 2A a la 2R) ......... (22) 32,560 00
4. Pensión Pagada por Divorcio o Separación (seg. soc. del que la recibe: _____ )(23) (Núm. sentencia _____ )(24) (25) 00
5. Ingreso Bruto Ajustado (Línea 3 menos línea 4) ......... (30) 32,560 00

Periodo de Conservación: Diez (10) años

nulario 482 - Rev. 11.08

# FORMA LARGA

| Liquidador | Revisor |
|---|---|
| G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |

○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

**2008** ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA **2008**
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2008 O AÑO COMENZADO EL
1 de enero de 08 Y TERMINADO EL 31 de dic de 08

Número de Serie

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: __/__/__
 Día Mes Año

Sello de Pago

Número de Seguro Social Contribuyente

Fecha de Nacimiento   Sexo
Día Mes Año    ○ M  ● F

Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge
Día Mes Año

Teléfono Residencia
( )

```
101555 S1788 P1  *************5-DIGIT 00769
MATEO TORRES, MARIA      M25OH
HC 2 BOX 6045
COAMO PR 00769       L E
```

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

Código Postal

Teléfono del Trabajo
( )

CAMBIO DE DIRECCION
○ Sí  ○ No

Número de Recibo:
Importe:

Correo Electrónico (E-Mail)

**Encasillado 1**

SI  NO
A. ● ○ ¿Ciudadano de Estados Unidos?
B. ● ○ ¿Residente de Puerto Rico al finalizar el año?
C. ○ ● ¿Ingresos exentos de Lotería de Puerto Rico?
D. ○ ● ¿Ingresos de premios de jugadas en Hipódromo?
E. ○ ● ¿Otros ingresos exentos de contribución? (Someta Anejo)
F. ○ ● ¿Obligación de hacer pagos a ASUME?

FUENTE DE MAYOR INGRESO:
G. ● Empleado del Gobierno, Municipios o Corporaciones Públicas
H. ○ Empleado del Gobierno Federal
I. ○ Empleado de Empresa Privada

Su ocupación: Maestra      Ocupación cónyuge: _____

ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia)
 (Indique nombre y seguro social del cónyuge arriba)
3. ● Jefe de familia (No para casados)
4. ○ Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

J. ○ Retirado/Pensionado
K. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

CONTRATO GOBIERNO
○ CONTRIBUYENTE  ○ CONYUGE

PLANILLA 2009
● ESPAÑOL  ○ INGLES

○ Ennegrezca aquí si se acoge al cómputo opcional de la contribución en el caso de personas casadas que viven juntas, rinden planilla conjunta y que ambos trabajen. No complete los Encasillados 2 y 3, ni las líneas 15 a la 25 del Encasillado 4, y pase al Anejo CO Individuo.

**Encasillado 2**

Sello de Recibido

1. Sueldos, Comisiones, Concesiones y Propinas

 **00** SUMINISTRE LOS COMPROBANTES DE RETENCION
 (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique).

 **01** Total de comprobantes con esta planilla .. **01**

A-Contribución Retenida
1273 00
   00
   00
   00

1,273 00
Contribución Retenida

C- Salarios del Gobierno Federal (Véanse instrucciones)(01) _____ 00

B-Sueldos, Comisiones, Concesiones y Propinas
32,506 00
   00
   00
   00

32,506 00
Salarios Federales
(02) 00

2. Otros Ingresos (o Pérdidas):
 A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) ......................................................... (03) 00
 B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) .... (04) 00
 C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) .......................... (05) 00
 D) Participación distribuible y distribuciones de sociedades sujetas a retención (Anejo F Individuo, Parte II, línea 1A) ... (06) 00
 E) Dividendos de corporaciones y distribuciones de sociedades no sujetas a retención (Anejo F Individuo, Parte II, línea 3B) ... (07) 00
 F) Dividendos de corporaciones y distribuciones de sociedades de individuos (Someta Anejo F Individuo) .......... (08) 00
 G) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) ............ (09) 00
 H) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1D) ................... (10) 00
 I) Ingresos misceláneos (Someta Anejo F Individuo) ................................................................ (11) 00
 J) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) ... (12) 00
 K) Distribuciones de Cuentas de Capital de Inversión o de Turismo (Someta Anejo Q1) ............................ (13) 00
 L) Dividendos de Fondo de Capital de Inversión (Anejo H Individuo, Parte II, línea 12) .......................... (14) ......... (15) 00
 M) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ................................. (16) 00
 N) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____) ...................... (17) 00
 O) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) ........................... (18) 00
 P) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) .................................. (19) 00
 Q) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) ...................... (20) 00
 R) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) ....................................... (21) 00
 S) Ganancia (o pérdida) en la venta o permuta de activos de capital (Someta Anejo D Individuo) ................ (22) 00
 T) Ganancia (o pérdida) en Contratos de Anualidad Variable (Someta Anejo D Individuo) ......................... (23) 32,506 00
 U) Planes cualificados y Contratos de Anualidad Variable (Someta Anejo D Individuo) ........................... (25) (26) 00
 V) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) ............................ (30) 32,506 00

**Encasillado 2**

3. Total Ingreso Bruto (Sume líneas 1B, 1C y 2A a la 2S) ...................
4. Pensión Pagada por Divorcio o Separación (seg. soc. del que la recibe: _____) ....... (24) (Núm. sentencia _____)
5. Ingreso Bruto Ajustado (Línea 3 menos línea 4) .....................

Período de Conservación: Diez (10) años

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez , Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 06/15/2009 |
| Hasta: | 06/26/2009 |

Aviso #: 51269
Fecha Aviso: 06/30

| | |
|---|---|
| MARIA M MATEO TORRES | |
| HC 2 BOX 6045 | |
| COAMO, PR 00769-9628 | |

| | |
|---|---|
| # Empleado: | |
| Dept: | 8005021-Ponce Coamo |
| Lugar: | Susana Rivera |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,705.00 Monthly |

| | | |
|---|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | Married | Married claiming 1/2 |
| Concesiones: | 0 | 3 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,352.50 | 732.00 | 16,230.00 |
| Licencia Enfermedad en Exceso | | | 0.00 | | 17.48 |
| Total: | | | 1,352.50 | 732.00 | 16,247.48 |

## IMPUESTOS

| Descripcion | Corriente | Acum |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 19.61 | 23 |
| PR Withholding | 51.83 | 62 |
| Total: | 71.44 | 8 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 121.73 | 1,460.76 |
| Total: | 121.73 | 1,460.76 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Pres Cult- Ret Maestros | 50.49 | 605.88 |
| RM-Prest Pers De Cuota-Ret Mae | 263.62 | 3,163.44 |
| AE-Asoc Emp ELA-Prest Regular | 144.03 | 1,728.36 |
| SM-First Medical Health Plan | 127.50 | 1,530.00 |
| CO-COOP MAESTRO PR | 5.00 | 40.00 |
| SC-TRANS OCEANIC LIFE | 26.10 | 313.20 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 102.00 |
| Ahorros-AEELA | 40.58 | 486.96 |
| Total: | 665.82 | 7,969.84 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acum |
|---|---|---|
| SM-First Medical Health Plan | 120.00 | 7. |
| GPR Plan de Retiro de Maestro | 114.96 | 1,3 |
| FSED Disability Plan | 22.99 | 2 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA |
|---|---|---|---|---|---|
| Corriente: | 1,352.50 | 0.00 | 71.44 | 787.55 | 4 |
| Acumulado: | 16,247.48 | 0.00 | 858.95 | 9,430.60 | 5,9 |

## PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5126944 | 4 |
| Total: | 4 |

**MENSAJE:**

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
06/30/2009

Aviso N
5126944

Cant. Deposito: $493.51

A la
Cuenta(s) De

**MARIA M MATEO TORRES**
HC 2 BOX 6045
COAMO, PR 00769-9628

Localizacion: Susana Rivera

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Dep |
|---|---|---|
| Checking | 072109688 | $ |
| Total: | | $ |

## NO-NEGOCIABLE

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 02/19/2010 |
| Hasta: | 03/04/2010 |

Aviso #: 9453109
Fecha Aviso: 02/26/20

**MARIA M MATEO TORRES**
HC 2 BOX 6045
COAMO, PR 00769-9628

| | |
|---|---|
| # Empleado: | |
| Dept: | 800502I-Ponce Coamo |
| Lugar: | Susana Rivera |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,705.00 Monthly |

| | | |
|---|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | Married | Married claiming 1/2 |
| Concesiones: | 0 | 3 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,352.50 | 240.00 | 5,410.00 |
| Total: | | | 1,352.50 | 240.00 | 5,410.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumul |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 19.62 | 78. |
| PR Withholding | 51.83 | 207. |
| Total: | 71.45 | 285. |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 121.73 | 486.92 |
| Total: | 121.73 | 486.92 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Pres Cult- Ret Maestros | 50.49 | 201.96 |
| RM-Prest Pers De Cuota-Ret Mae | 263.62 | 1,054.48 |
| AE-Asoc Emp ELA-Prest Regular | 158.17 | 632.68 |
| SM-First Medical Health Plan | 127.50 | 510.00 |
| CO-COOP MAESTRO PR | 5.00 | 20.00 |
| SC-TRANS OCEANIC LIFE | 26.10 | 104.40 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 34.00 |
| Ahorros-AEELA | 40.58 | 162.32 |
| Total: | 679.96 | 2,719.84 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumula |
|---|---|---|
| SM-First Medical Health Plan | 120.00 | 240 |
| GPR Plan de Retiro de Maestro | 114.96 | 459 |
| FSED Disability Plan | 22.99 | 91 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED. | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA N |
|---|---|---|---|---|---|
| Corriente: | 1,352.50 | 0.00 | 71.45 | 801.69 | 479 |
| Acumulado: | 5,410.00 | 0.00 | 285.77 | 3,206.76 | 1,917 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #9453109 | 479 |
| Total: | 479 |

**MENSAJE:**

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha 02/26/2010

Aviso No. 9453109

**Cant. Deposito:** $479.36

A la Cuenta(s) De

**MARIA M MATEO TORRES**
HC 2 BOX 6045
COAMO, PR 00769-9628

Localizacion: Susana Rivera

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposi |
|---|---|---|
| Checking | 072109688 | $479 |
| Total: | | $479 |

## NO-NEGOCIABLE

Formulario 481 Rev. 27 oct 11

# FORMA CORTA

Liquidador | Revisor

R G RO V1 V2 P1 P2 N D1 D2 E A M

◯ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

**2011** GOBIERNO DE PUERTO RICO **2011**
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2011 O AÑO COMENZADO EL
1 de enero de 2011 Y TERMINADO EL 31 de diciembre de 2011

Número de Serie: **1998103**

◯ PLANILLA ENMENDADA
◯ FALLECIDO DURANTE EL AÑO: Día Mes Año
◯ CONTRIBUYENTE ◯ CONYUGE

Sello de Recibido

Nombre del Contribuyente: **MARIA**  Inicial  Apellido Paterno: **MATEO**  Apellido Materno: **TORRES**

Número de Seguro Social Contribuyente: 

Dirección Postal: **HC 2 Box 6045**

Fecha de Nacimiento: Día Mes Año  Sexo: ◯ M  ⊗ F

**Coamo**  **PR**  Código Postal **00769-0000**

Número de Seguro Social Cónyuge: 

Fecha de Nacimiento del Cónyuge: Día Mes Año  Sexo: ◯ M ◯ F

07-04-2012 06:11:28 PM

"Coloque la etiqueta engomada (Label) aquí".

Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle): **HC 2 Box 6045**

Teléfono Residencia: **7870000000**

**Coamo**  **PR**  Código Postal **00769-0000**

Teléfono del Trabajo:

Correo Electrónico (E-Mail): **PLANILLASGABBY@YAHOO.COM**

CAMBIO DE DIRECCION: ◯ Si ⊗ No  PLANILLA 2012: ⊗ ESPAÑOL ◯ INGLES

## Cuestionario

SI NO
A. ⊗ ◯ ¿Ciudadano de Estados Unidos?
B. ⊗ ◯ ¿Residente de Puerto Rico al finalizar el año?
C. ◯ ⊗ ¿Otros ingresos excluidos o exentos de contribución?
(Someta Anejo IE Individuo)

D. FUENTE DE MAYOR INGRESO:
1. ⊗ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ◯ Empleado del Gobierno Federal
3. ◯ Empleado de Empresa Privada
4. ◯ Retirado/Pensionado

Su ocupación: **Maestro de Escuela**  **6110**  Ocupación cónyuge: 

E. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ◯ Casado
(Ennegrezca aquí ◯ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ⊗ Contribuyente individual
(Ennegrezca aquí ◯ si es casado con capitulaciones de total separación de bienes e indique nombre y seguro social del cónyuge arriba)
3. ◯ Casado que rinde separado
(Indique nombre y seguro social del cónyuge arriba)

PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

## Reintegro

| | | |
|---|---|---|
| 1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 1, línea 14. Indique distribución en las líneas A, B y C) | (01) | 564 00 |
| A) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan | (02) | 0 00 |
| B) Aportación al Fondo Especial para la Universidad de Puerto Rico | (03) | 0 00 |
| C) REINTEGRAR (Si desea que se le deposite el reintegro directamente en su cuenta, complete el Encasillado de Depósito) | (04) | 564 00 |

## Pago

| | | |
|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 1, línea 14) | (05) | 0 00 |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado | (06) | 0 00 |
| (b) Intereses | (07) | 0 00 |
| (c) Recargos 0 y Penalidades 0 | (08) | 0 00 |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) | (10) | 0 00 |

## Depósito

AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO

Tipo de cuenta: ◯ Cheques ◯ Ahorros
Número de ruta/tránsito:  Número de su cuenta:

Cuenta a nombre de: _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que la información incluida en esta planilla, anejos y documentos que se acompañan, ha sido examinada por mí y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

Firma del Contribuyente: ✓ Firmada Electrónicamente  Fecha: 07-04-2012
Firma del Cónyuge: ✓  Fecha:

Nombre del Especialista (Letra de Molde): **GABBY A ORTIZ HERNANDEZ**
Nombre de la Firma o Negocio: **GABBY A ORTIZ HERNANDEZ**

Número de Registro: **010480**
Número de Identificación Patronal: **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**
Especialista por cuenta propia (ennegrezca aquí) ⊗
Firma del Especialista: Firmada Electrónicamente  Fecha: 07-04-2012

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ⊗ Si ◯ No. Si contestó "Sí", exija la firma y el número de registro del Especialista

Número confirmación: **040720120981967507 1998103**  Período de Conservación: Diez (10) años

*Planilla Radicada Electrónicamente* (watermark)

Formulario 481 Rev. 29 oct 12

# FORMA CORTA

☐ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

**2012** GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA **2012**
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2012 O AÑO COMENZADO EL
1 de enero de 2012 Y TERMINADO EL 31 de diciembre de 2012

☐ PLANILLA ENMENDADA
☐ FALLECIDO DURANTE EL AÑO: __/__/__
     Dia  Mes  Año
☐ CONTRIBUYENTE  ☐ CONYUGE
Sello de Recibido

Nombre del Contribuyente: **MARIA**
Inicial:
Apellido Paterno: **MATEO**
Apellido Materno: **TORRES**

Dirección Postal: **HC 2 Box 6045**
**Coamo PR**
Código Postal: **00769**

Fecha de Nacimiento  Sexo: ☒ F
Número de Seguro Social Cónyuge
Fecha de Nacimiento del Cónyuge  Sexo
Teléfono Residencia: **(787) 320-2858**
Teléfono del Trabajo:

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
**HC 2 Box 6045**
**Coamo PR**  Código Postal **00769**

Correo Electrónico (E-Mail): **PLANILLASGABBY@YAHOO.COM**

CAMBIO DE DIRECCION: ☐ Si ☒ No  PLANILLA 2013: ☒ ESPAÑOL ☐ INGLES

[COPIA SIN PAGO stamp - Departamento de Hacienda, 10 JUN 2013]

## Cuestionario

|   | SI | NO |   |
|---|----|----|---|
| A. | ☒ | ☐ | ¿Ciudadano de Estados Unidos? |
| B. | ☒ | ☐ | ¿Residente de Puerto Rico al finalizar el año? |
| C. | ☐ | ☒ | ¿Otros Ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo) |

D. FUENTE DE MAYOR INGRESO:
1. ☒ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ☐ Empleado del Gobierno Federal
3. ☐ Empleado de Empresa Privada
4. ☐ Retirado/Pensionado
5. ☐ Otro _____

Su ocupación: **Maestro de Escu** 6110  Ocupación cónyuge _____

E. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ☐ Casado (Ennegrezca aquí ☐ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ☒ Contribuyente individual (Ennegrezca e indique nombre y seguro social del cónyuge si es:
   ☐ Casado con capitulaciones de total separación de bienes
   ☐ Casado que no vivía con su cónyuge)
3. ☐ Casado que rinde separado (Indique nombre y seguro social del cónyuge arriba)

### PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

**Reintegro**
1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 1, línea 14. Indique distribución en las líneas A, B y C) .... (01) **645** 00
   A) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan .... (02) 00
   B) Aportación al Fondo Especial para la Universidad de Puerto Rico .... (03) 00
   C) REINTEGRAR (Si desea que se le deposite el reintegro directamente en su cuenta, complete el Encasillado de Depósito) .... (04) **645** 00

**Pago**
2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 1, línea 14) .... (05) 00
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado .... (06) 00
   (b) Intereses .... (07) 00
   (c) Recargos _____ y Penalidades _____ .... (08) 00
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) .... (10) 00

**Depósito** — AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO
Tipo de cuenta: ☐ Cheques ☐ Ahorros
Número de ruta/tránsito: [  ]
Número de su cuenta: [  ]
Cuenta a nombre de: _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

Firma del Contribuyente: ✓ [signature]  Fecha:
Firma del Cónyuge: ✓  Fecha:

Nombre del Especialista (Letra de Molde): **GABBY A ORTIZ HERNANDEZ**
Firma del Especialista: ✓ [signature]  Fecha: **7 jun 2013**
Nombre de la Firma o Negocio: **ETAX BARRANQUITAS**
Especialista por cuenta propia (ennegrezca aquí) ☒
Número de Registro: **010480**

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ☒ SI  ☐ No. Si contestó "Sí", exija la firma y el número de registro del Especialista

Periodo de Conservación: Diez (10) años

PRSoft, Inc. (www.prsoft.com)

Formulario 482 Rev. 31 oct 13

# 2013 ESTADO LIBRE ASOCIADO DE PUERTO RICO
## DEPARTAMENTO DE HACIENDA
### PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2013 O AÑO COMENZADO EL 1 de enero de 2013 Y TERMINADO EL 31 de diciembre de 2013

**Liquidador / Revisor**

R G RO V1 V2 P1 P2 N D1 D2 E A M

Número de Serie

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: __/__/__ Día Mes Año
○ CONTRIBUYENTE   ○ CÓNYUGE
○ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO

Nombre del Contribuyente: **MARIA**  Inicial: **M**  Apellido Paterno: **MATEO**  Apellido Materno: **TORRES**

Dirección Postal: HC 4 Box 6045
Coamo PR   Código Postal 00769

Número de Seguro Social Contribuyente: _____
Fecha de Nacimiento: Día __ Mes __ Año __   Sexo: ○M ⊗F
Número de Seguro Social Cónyuge: _____
Fecha de Nacimiento del Cónyuge: Día __ Mes __ Año __   Sexo: ○M ○F
Teléfono Residencia: (787) 320-2858
Teléfono del Trabajo: _____

Sello de Recibido: Estado Libre Asociado de Puerto Rico, DEPARTAMENTO DE HACIENDA, Colecturía Coamo, RECIBIDO 15 ABR 2014, SIN PAGO

Nombre e Inicial del Cónyuge: _____   Apellido Paterno: _____   Apellido Materno: _____
Dirección Residencial Completa: BO LO LLANOS, CALLE 3 NO. 36, Coamo PR   Código Postal 00769
Correo Electrónico (E-Mail): mariamateo20@gmail.com

CAMBIO DE DIRECCION: ○ Si ⊗ No   PLANILLA 2014: ⊗ ESPAÑOL ○ INGLES

## Cuestionario

**SI / NO**
A. ⊗ ○ ¿Ciudadano de Estados Unidos?
B. ⊗ ○ ¿Residente de Puerto Rico al finalizar el año?
C. ⊗ ○ ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)
D. ○ ⊗ ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)

**E. FUENTE DE MAYOR INGRESO:**
1. ⊗ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal) _____
6. ○ Otro _____

Su ocupación: **Maestro de Escuela**   6110   Ocupación cónyuge: _____

**F. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ○ Casado (Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ⊗ Contribuyente individual
   (Ennegrezca e indique nombre y seguro social del cónyuge si es:
   ○ Casado con capitulaciones de total separación de bienes
   ○ Casado que no vivía con su cónyuge)
3. ○ Casado que rinde separado
   (Indique nombre y seguro social del cónyuge arriba)

CONTRATO GOBIERNO: ○ Contribuyente ○ Cónyuge

COPY

PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

### Reintegro
1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 3, línea 28. Indique distribución en las líneas A, B, C y D) ... (01) **360 00**
   A) Acreditar a la contribución estimada 2014 ... (02) 00
   B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ... (03) 00
   C) Aportación al Fondo Especial para la Universidad de Puerto Rico ... (04) 00
   D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) ... (05) **360 00**

### Pago
2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 3, línea 28) ... (06) 00
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ... (07) 00
   (b) Intereses ... (08) 00
   (c) Recargos _____ y Penalidades _____ ... (09) 00
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) ... (10) 00

### Depósito
AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO
Tipo de cuenta: ○ Cheques ○ Ahorros   Número de ruta/tránsito: _____   Número de su cuenta: _____
Cuenta a nombre de: _____ y _____

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

Firma del Contribuyente: _[signature]_   Fecha: 04/09/14
Firma del Cónyuge: ✓
Nombre del Especialista (Letra de Molde): **Luis Torres**
Nombre de la Firma o Negocio: **Torres Associates**
Firma del Especialista: _[signature]_   Fecha: 04/09/14
Especialista por cuenta propia (ennegrezca aquí) ⊗   Número de Registro: **19571**

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ⊗ Si ○ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Período de Conservación: Diez (10) años

PRSoft, Inc. (www.prsoft.com)

Formulario 482 Rev. 31 oct 14

# FORMA ÚNICA 2014

**ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA**

**PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS**
AÑO CONTRIBUTIVO 2014 O AÑO COMENZADO EL
1 de enero de 2014 Y TERMINADO EL 31 de diciembre de 2014

| Liquidador | Revisor |
|---|---|
| R G RO V1 V2 P1 P2 N D1 D2 E A M | |

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: Día Mes Año
○ CONTRIBUYENTE ○ CÓNYUGE
○ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Indique seguro social del cónyuge fallecido)

Nombre del Contribuyente: **MARIA**  Inicial: **M**  Apellido Paterno: **MATEO**  Apellido Materno: **TORRES**

Número de Seguro Social Contribuyente

Dirección Postal: **HC 4 Box 6045**
**Coamo PR**  Código Postal **00769**

Fecha de Nacimiento — Sexo: ⊗ F
Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge — Sexo

Dirección Residencial Completa: **BO LO LLANOS CALLE 3 NO. 36 Coamo PR**  Código Postal **00769**

Teléfono Residencia: **(787) 320-2858**

Correo Electrónico: **mariamateo20@gmail.com**

CAMBIO DE DIRECCIÓN: ○ Sí ⊗ No
SOLICITÓ PRÓRROGA: ○ Sí ⊗ No
PLANILLA 2015: ⊗ ESPAÑOL ○ INGLÉS

¿UTILIZÓ PROGRAMA PRIVADO PARA LLENAR LA PLANILLA? ⊗ Sí ○ No

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
11/63-Colecturía Ponce
RECIBIDO
5 ABR. 2015
SIN PAGO
SECRETARIO DE HACIENDA

## Cuestionario

**SI  NO**
A. ⊗ ○ ¿Ciudadano de Estados Unidos?
B. ⊗ ○ ¿Residente de Puerto Rico al finalizar el año?
C. ○ ⊗ ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)
D. ○ ⊗ ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)

**E. FUENTE DE MAYOR INGRESO:**
1. ⊗ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro

Su ocupación **Maestro de Escuela**  **6110**   Ocupación cónyuge

**F. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ○ Casado (Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ⊗ Contribuyente individual (Ennegrezca e indique nombre y seguro social del cónyuge si es:
   ○ Casado con capitulaciones de total separación de bienes
   ○ Casado que no vivía con su cónyuge)
3. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge arriba)

COPY

CONTRATO GOBIERNO: ○ Contribuyente  ○ Cónyuge

**PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

## Reintegro

1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 28. Indique distribución en las líneas A, B, C y D) ............ (01) **382 00**
   A) Acreditar a la contribución estimada 2015 ............ (02) **00**
   B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ............ (03) **00**
   C) Aportación al Fondo Especial para la Universidad de Puerto Rico ............ (04) **00**
   D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) ............ (05) **382 00**

## Pago

2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 28) ............ (06) **00**
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ............ (07) **00**
   (b) Intereses ............ (08) **00**
   (c) Recargos _____ y Penalidades _____ ............ (09) **00**
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) ............ (10) **00**

## Depósito

**AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO**

Tipo de cuenta: ○ Cheques  ○ Ahorros
Número de ruta/tránsito: ☐☐☐☐☐☐☐☐☐
Número de su cuenta: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Cuenta a nombre de: _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

Firma del Contribuyente [signature]   Fecha
Firma del Cónyuge                      Fecha

Nombre del Especialista (Letra de Molde): **Luis A Torres**
Nombre de la Firma o Negocio: **Torres Associates**
Firma del Especialista [signature]  Fecha **04/14/15**
Especialista por cuenta propia (ennegrezca aquí) ○
Número de Registro: **19571**

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ⊗ Sí  ○ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Período de Conservación: Diez (10) años     PRSoft, Inc. (www.prsoft.com)

Formulario 482 Rev. 20 oct 15

# FORMA ÚNICA 2015

Liquidador | Revisor

R G RO VI V I P2 N D1 D2 E AM

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

**2015**

PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2015 O AÑO COMENZADO EL
1 de enero de 2015 Y TERMINADO EL 31 de diciembre de 2015

Número de Serie

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO
   Día  Mes  Año
○ CONTRIBUYENTE   ○ CÓNYUGE
○ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Indique seguro social y fecha de defunción del cónyuge fallecido.
   Día 0  Mes 0  Año 0

Sello de Recibido

09/04/2016

11:57:34 AM

**Nombre del Contribuyente:** MARIA
**Inicial:** M
**Apellido Paterno:** MATEO
**Apellido Materno:** TORRES

**Dirección Postal:** HC 4 Box 6045
Coamo PR   Código Postal 00769

**Nombre e Inicial del Cónyuge** | **Apellido Paterno** | **Apellido Materno**

**Dirección Residencial Completa (Barrio o Urbanización, Número, Calle):** HC 4 Box 6045
Coamo PR   Código Postal 00769

**Correo Electrónico (E-Mail):** mariamateo20@gmail.com

Número de Seguro Social Contribuyente

Fecha de Nacimiento | Sexo
Día Mes Año | ○ M  ⊗ F

Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge | Sexo
Día Mes Año | ○ M  ○ F

Teléfono Residencia: (787) 320-2858
Teléfono del Trabajo:

CAMBIO DE DIRECCIÓN: ○ Si ⊗ No
SOLICITÓ PRÓRROGA: ○ Si ⊗ No

## Cuestionario

SI  NO
A. ⊗ ○ ¿Ciudadano de Estados Unidos?
B. ⊗ ○ ¿Residente de Puerto Rico durante todo el año?
   Si contestó "No", indique una de las siguientes:
   ○ Fecha de mudanza a P.R. _____
   ○ Fecha de mudanza fuera de P.R. _____
   ○ No residente durante todo el año
C. ○ ⊗ ¿Generó ingresos fuera del período de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "Sí", indique la cantidad):
   1. ○ Atribuible al contribuyente $_____
   2. ○ Atribuible al cónyuge $_____
D. ○ ⊗ ¿Otros ingresos excluidos o exentos de contribución?
   (Someta Anejo IE Individuo)
E. ○ ⊗ ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)
F. ○ ⊗ ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal?
G. ○ ⊗ ¿Militar activo en zona de combate? (Fecha en que cesó en el servicio:_____)

Su ocupación: Maestro de Escuela  6110   Ocupación cónyuge _____

### FUENTE DE MAYOR INGRESO:
1. ⊗ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro

### ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ○ Casado
   (Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ⊗ Contribuyente individual
   (Ennegrezca e indique nombre y seguro social del cónyuge si es:
   ○ Casado con capitulaciones de total separación de bienes
   ○ Casado que no vivía con su cónyuge)
3. ○ Casado que rinde por separado
   (Indique nombre y seguro social del cónyuge arriba)

CONTRATO GOBIERNO:
○ Contribuyente  ○ Cónyuge

**PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

## Reintegro

1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 27. Indique distribución en las líneas A, B, C y D) .... (01) 149 00
   A) Acreditar a la contribución estimada 2016 .... (02) 0
   B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan .... (03) 0
   C) Aportación al Fondo Especial para la Universidad de Puerto Rico .... (04) 0
   D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) .... (05) 149 00

## Pago

2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 27) .... (06)
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado .... (07)
   (b) Intereses .... (08)
   (c) Recargos _____ y Penalidades _____ .... (09)
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) .... (10)

## Depósito

**AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO**

Tipo de cuenta: ○ Cheques  ○ Ahorros
Número de ruta/tránsito: ☐☐☐☐☐☐☐☐☐
Número de su cuenta: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Cuenta a nombre de: _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| ✓ FIRMADA ELECTRÓNICAMENTE | 09/04/2016 | ✓ | |

| Nombre del Especialista (Letra de Molde) | | Nombre de la Firma o Negocio | |
|---|---|---|---|
| (04) LUIS TORRES | | TORRES ASSOCIATES | |

| Firma del Especialista | Fecha | Especialista por cuenta propia (ennegrezca aquí) ⊗ | Número de Registro |
|---|---|---|---|
| ✓ FIRMADA ELECTRÓNICAMENTE | 09/04/2016 | | 19571 |

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ⊗ Si  ○ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Conf. 04092016100084D0BE1854428   Período de Conservación: Diez (10) años   PRSoft, Inc. (www.prsoft.com)

Formulario 482 Rev. 16 nov 16

## FORMA ÚNICA 2016
Liquidador Revisor

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

**PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS**
AÑO CONTRIBUTIVO 2016 O AÑO COMENZADO EL
1 de enero de 2016 Y TERMINADO EL 31 de diciembre de 2016

2016

Número de Serie

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO:
  Día Mes Año
○ CONTRIBUYENTE ○ CÓNYUGE
○ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (indique seguro social y fecha de defunción del cónyuge fallecido:
  Día 0 Mes 0 Año 0

Sello de Recibido

17/04/2017
12:29:48 PM

**Nombre del Contribuyente:** MARIA **Inicial:** M **Apellido Paterno:** MATEO **Apellido Materno:** TORRES

**Dirección Postal:** HC 4 Box 6045
Coamo PR 00769
Código Postal

**Nombre e Inicial del Cónyuge:** Apellido Paterno Apellido Materno

**Dirección Residencial Completa (Barrio o Urbanización, Número, Calle):** HC 4 Box 6045
Coamo PR
Código Postal 00769

**Correo Electrónico (E-Mail):** mariamateo20@gmail.com

**Número de Seguro Social Contribuyente:**

**Fecha de Nacimiento:** Día Mes Año **Sexo:** ○ M ⊗ F

**Número de Seguro Social Cónyuge:**

**Fecha de Nacimiento del Cónyuge:** Día Mes Año **Sexo:** ○ M ○ F

**Teléfono Residencia:** (787) 320-2858
**Teléfono del Trabajo:**

**CAMBIO DE DIRECCIÓN:** ○ Si ⊗ No
**SOLICITÓ PRÓRROGA:** ○ Si ⊗ No

### Cuestionario
SI NO
A. ⊗○ ¿Ciudadano de Estados Unidos? (Véanse instrucciones)
B. ⊗○ ¿Residente de Puerto Rico durante todo el año?
Si contestó "No", indique una de las siguientes:
  1. ○ Fecha de mudanza a P.R. (_____)
  2. ○ Fecha de mudanza fuera de P.R. (_____)
  3. ○ No residente durante todo el año
C. ○⊗ ¿Generó ingresos fuera del período de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "Sí", indique la cantidad):
  1. ○ Atribuible al contribuyente $____
  2. ○ Atribuible al cónyuge $____
D. ○⊗ ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)
E. ○⊗ ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)
F. ○⊗ ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal?
G. ○⊗ ¿Militar activo en zona de combate durante el año contributivo? (Fecha en que cesó en el servicio: ____)

Su ocupación **Maestro de Escuela** 6110 Ocupación cónyuge ____

### H. FUENTE DE MAYOR INGRESO:
1. ⊗ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (indique la industria o negocio principal)
6. ○ Otro ____

### I. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
○ Casado (Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
⊗ Contribuyente individual (Ennegrezca e indique nombre y seguro social del cónyuge si es:
  ○ Casado con capitulaciones de total separación de bienes
  ○ Casado que no vivía con su cónyuge
  ○ Casado que rinde por separado
(Indique nombre y seguro social del cónyuge arriba)

**CONTRATO GOBIERNO:** ○ Contribuyente ○ Cónyuge

### PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

**Reintegro**
1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 29. Indique distribución en las líneas A, B, C y D) ............ (01)
  A) Acreditar a la contribución estimada 2017 ............ (02)
  B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ............ (03)
  C) Aportación al Fondo Especial para la Universidad de Puerto Rico ............ (04)
  D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) ............ (05)

**Pago**
2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 29) ............ (06) 62
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ............ (07) 62
  (b) Intereses ............ (08) 00
  (c) Recargos ____ y Penalidades ____ ............ (09) 00
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a) más líneas 3(b) y 3(c)) ............ (10)

### AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO

**Depósito**
Tipo de cuenta
○ Cheque ○ Ahorros
Número de ruta/tránsito: ☐☐☐☐☐☐☐☐☐
Número de su cuenta: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Cuenta a nombre de: _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

**Firma del Contribuyente**
✓ FIRMADA ELECTRONICAMENTE
**Fecha:** 17/04/2017

**Firma del Cónyuge**
**Fecha:**

04 **Nombre del Especialista (Letra de Molde):** Luis Torres
**Nombre de la Firma o Negocio:** Torres Associates

**Firma del Especialista**
✓ FIRMADA ELECTRONICAMENTE
**Fecha:** 17/04/2017
**Especialista por cuenta propia (ennegrezca aquí):** ○
**Número de Registro:** 19571

**NOTA AL CONTRIBUYENTE:** Indique si hizo pagos por la preparación de su planilla: ⊗ Si ○ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Conf. 041720171075A780A21624219
Período de Conservación: Diez (10) años
PRSoft, Inc. (www.prsoft.co)

Formulario 482 Rev. 4 dic 17

# FORMA ÚNICA 2017
Liquidador | Revisor

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |

**GOBIERNO DE PUERTO RICO**
**DEPARTAMENTO DE HACIENDA**

**2017**

PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2017 O AÑO COMENZADO EL
1 de enero de 2017 Y TERMINADO EL 31 de diciembre de 2017

Número de Serie

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: Día Mes Año
○ CONTRIBUYENTE ○ CÓNYUGE
○ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Indique seguro social y fecha de defunción del cónyuge fallecido): Día Mes Año

Sello de Recibido

**14/04/2018**
**11:01:48 AM**

**Nombre del Contribuyente:** MARIA
**Inicial:** M
**Apellido Paterno:** MATEO
**Apellido Materno:** TORRES

**Dirección Postal:** HC 4 Box 6045
Coamo PR
**Código Postal:** 00769

**Nombre e Inicial del Cónyuge:** _____ **Apellido Paterno:** _____ **Apellido Materno:** _____

**Dirección Residencial Completa (Barrio o Urbanización, Número, Calle):** HC 4 Box 6045
Coamo PR
**Código Postal:** 00769

**Correo Electrónico (E-Mail):** mariamateo20@gmail.com

**Número de Seguro Social Contribuyente:** _____
Fecha de Nacimiento: Día Mes Año — Sexo: ○M ⊗F
**Número de Seguro Social Cónyuge:** _____
Fecha de Nacimiento del Cónyuge: Día Mes Año — Sexo: ○M ○F
**Teléfono Residencia:** (787) 320-2858
**Teléfono del Trabajo:** _____

CAMBIO DE DIRECCIÓN: ○ Sí ⊗ No
SOLICITÓ PRÓRROGA: ○ Sí ⊗ No
CONTRATO GOBIERNO: ○ Contribuyente ○ Cónyuge

**Cuestionario:**
- A. ⊗ Sí ○ No ¿Ciudadano de Estados Unidos? (Véanse instrucciones)
- B. ⊗ Sí ○ No ¿Residente de Puerto Rico durante todo el año?
  Si contestó "No", indique una de las siguientes:
  1. ○ Fecha de mudanza a P.R. (Día___ Mes___ Año___)
  2. ○ Fecha de mudanza fuera de P.R. (Día___ Mes___ Año___)
  3. ○ No residente durante todo el año
- C. ○ Sí ⊗ No ¿Generó ingresos fuera del período de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "Sí", indique la cantidad):
  1. ○ Atribuible al contribuyente $___
  2. ○ Atribuible al cónyuge $___
- D. ○ Sí ⊗ No ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)
- E. ○ Sí ⊗ No ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)
- F. ○ Sí ⊗ No ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal?
- G. ○ Sí ⊗ No ¿Militar activo en zona de combate durante el año contributivo? (Fecha en que cesó en el servicio: Día___ Mes___ Año___)
- H. ○ Sí ⊗ No ¿Médico cualificado bajo la Ley 14-2017?
  1. ○ Contribuyente (Núm. decreto _____)
  2. ○ Cónyuge (Núm. decreto _____)

**FUENTE DE MAYOR INGRESO:**
1. ⊗ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique industria o negocio principal)
6. ○ Otro _____

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ○ Casado
   (Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
   ⊗ Contribuyente individual
   (Ennegrezca e indique nombre y seguro social del cónyuge si es:
   ○ Casado con capitulaciones de total separación de bienes
   ○ Casado que no vivía con su cónyuge)
2. ○ Casado que rinde por separado
   (Indique nombre y seguro social del cónyuge arriba)

**Ocupación del contribuyente:** Maestro de Escuela — 6110
**Ocupación del cónyuge:** _____

PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

**Reintegro:**
1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 29. Indique distribución en las líneas A, B, C y D) ... (01) 142
   A) Acreditar a la contribución estimada 2018 ... (02)
   B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ... (03)
   C) Aportación al Fondo Especial para la Universidad de Puerto Rico ... (04)
   D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) ... (05) 142

**Pago:**
2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 29) ... (06)
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ... (07)
   (b) Intereses ... (08) 00
   (c) Recargos ___ y Penalidades ___ ... (09) 00
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a) más líneas 3(b) y 3(c)) ... (10)

**Depósito:**
AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO
**Tipo de cuenta:** ⊗ Cheques ○ Ahorros
**Número de ruta/tránsito:** 0 2 1 5 0 2 0 1 1
**Número de su cuenta:** 0 7 2 1 0 9 6 8 8
**Cuenta a nombre de:** MARIA MATEO TORRES
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

**Firma del Contribuyente:** ✓ FIRMADA ELECTRONICAMENTE — **Fecha:** 14/04/2018
**Firma del Cónyuge:** _____ — **Fecha:** _____

**Nombre del Especialista (Letra de Molde):** LUIS A TORRES
**Nombre de la Firma o Negocio:** TORRES ASSOCIATES
**Firma del Especialista:** ✓ FIRMADA ELECTRONICAMENTE — **Fecha:** 14/04/2018
Especialista por cuenta propia (ennegrezca aquí) ○
**Número de Registro:** 19571

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ⊗ Sí ○ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Conf. 04142018104D828CF21458957
Período de Conservación: Diez (10) años
PRSoft, Inc. (www.prsoft.c

Formulario 482.0 rev. 23 oct. 18

| Liquidador | Revisor |
|---|---|

**2018**

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

**PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS**
AÑO CONTRIBUTIVO 2018 O AÑO COMENZADO EL

**2018**

Número de Serie

R G RO V1 V2 P1 P2 N D1 D2 E A M

01 de ene. de 2018 Y TERMINADO EL 31 de dic. de 2018

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: __/__/__
○ CONTRIBUYENTE   ○ CÓNYUGE

Nombre del Contribuyente: MARIA
Inicial: M
Apellido Paterno: MATEO
Apellido Materno: TORRES

Número de Seguro Social Contribuyente: [redacted]

○ CÓNYUGE SUPÉRSTITE PIDE DE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (indique seguro social y fecha de defunción del cónyuge fallecido: __/__/__)

Dirección Postal:
HC 4 Box 6045
Coamo PR
Código Postal 00769

Fecha de Nacimiento
Día / Mes / Año
Sexo: ○ M  ⊗ F

Sello de Recibido

12/04/2019 6:08:36 PM

Número de Seguro Social Cónyuge:

Nombre e Inicial del Cónyuge / Apellido Paterno / Apellido Materno:

Fecha de Nacimiento del Cónyuge
Día / Mes / Año
Sexo: ○ M  ○ F

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle):
HC 4 Box 6045
Coamo PR
Código Postal 00769

Teléfono Residencia: ( 787 ) 320-2858
Teléfono del Trabajo: ( ) -

CAMBIO DE DIRECCIÓN: ○ Sí ⊗ No

Correo Electrónico (E-Mail): torresmateomaria7@gmail.com
SOLICITÓ PRÓRROGA: ○ Sí ⊗ No
CONTRATO GOBIERNO: ○ Contribuyente ○ Cónyuge

**Cuestionario**

| SÍ | NO | |
|---|---|---|
| ⊗ | ○ | A. ¿Ciudadano de Estados Unidos? (Véanse instrucciones) |
| ⊗ | ○ | B. ¿Residente de Puerto Rico durante todo el año? |

Si contestó "No", indique una de las siguientes:
1. ○ Fecha de mudanza a P.R. (Día___ Mes___ Año___)
2. ○ Fecha de mudanza fuera de P.R. (Día___ Mes___ Año___)
3. ○ No residente durante todo el año

C. ○ ⊗ ¿Generó ingresos fuera del período de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "Sí", indique la cantidad):
1. ○ Atribuible al contribuyente $_____
2. ○ Atribuible al cónyuge $_____

D. ○ ⊗ ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)

E. ○ ⊗ ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)

F. ○ ⊗ ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal?

G. ○ ⊗ ¿Militar activo en zona de combate durante el año contributivo? (Fecha en que cesó en el servicio: Día___ Mes___ Año___)

H. ○ ⊗ ¿Médico cualificado bajo la Ley 14-2017?
1. ○ Contribuyente (Núm. decreto _____)
2. ○ Cónyuge (Núm. decreto _____)

**I. FUENTE DE MAYOR INGRESO:**
1. ⊗ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro _____

**J. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ○ /Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
⊗ Contribuyente individual
2. ○ (Ennegrezca e indique nombre y seguro social del cónyuge si es:
○ Casado con capitulaciones de total separación de bienes
○ Casado que no vivía con su cónyuge)
3. ○ Casado que rinde por separado
(Indique nombre y seguro social del cónyuge arriba)

Ocupación del contribuyente: **Maestro de Escuela** 6110
Ocupación del cónyuge: _____

PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

**Reintegro**

| | | |
|---|---|---|
| 1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 29, indique distribución en las líneas A, B, C y D) | (01) | 0 00 |
| A) Acreditar a la contribución estimada 2019 | (02) | 0 00 |
| B) Aportación al Fondo Especial para el Estudio de la Bahía de San Juan | (03) | 0 00 |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico | (04) | 0 00 |
| D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) | (05) | 0 00 |

**Pago**

| | | |
|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 29) | (06) | 99 00 |
| 3. Menos: Cantidad pagada (a) Con Planilla Electrónicamente a través de un Programa Certificado | (07) | 0 00 |
| (b) Intereses | (08) | 0 00 |
| (c) Recargos ___0___ y Penalidades ___0___ | (09) | 0 00 |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a) más líneas 3(b) y 3(c)) | (10) | 99 00 |

**Depósito**

Tipo de cuenta:  ○ Cheques  ○ Ahorros

AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO

Número de ruta/tránsito: [   ][   ][   ][   ][   ][   ][   ][   ][   ]
Número de su cuenta: [   ][   ][   ][   ][   ][   ][   ][   ][   ][   ][   ][   ][   ][   ][   ][   ][   ]

Cuenta a nombre de _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| ✓ Firmada Electrónicamente | 12/04/2019 | ✓ | |

| Nombre del Especialista (Letra de Molde) | Nombre de la Firma o Negocio |
|---|---|

| Firma del Especialista | Fecha | Especialista por cuenta propia (ennegrezca aquí) ○ | Número de Registro |
|---|---|---|---|
| ✓ | | | |

**NOTA AL CONTRIBUYENTE:** Indique si hizo pagos por la preparación de su planilla: ○ Sí ⊗ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.
Período de Conservación: Diez (10) años

NUMERO DE CONFIRMACION: 041220191023FC68EA2240591

Reproducido por CEGsoft (www.cegsoft.c