**FROM:**

María M. Mateo Torres
HC-04 Box 6045
Coamo P.R
00769





**TO:**

Secretaria (Clerk Office
Tribunal de Distrito de los
Estados Unidos
#150 Chardón Avenue Federal Building
San Juan Puerto Rico 00918

RECEIVED & FILED
2020 MAR 25 PM 4:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

**Utility Mailer
10 1/2" x 16"**

