**FROM:**
María M. Mateo Torres
HC-04 Box 6045
Coamo P.R
00769



CERTIFIED MAIL
7016 1370 0002 4500 9083



U.S. POSTAGE PAID
PM 1-Day
COAMO, PR
00769
MAR 24, 20
AMOUNT
$14.15
R2303S102189-12

**TO:**
Secretaria (Clerk Office
Tribunal de Distrito de los
Estados Unidos
#150 Chardón Avenue Federal Building
San Juan Puerto Rico 00918

RECEIVED & FILED
2020 MAR 25 PM 4:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**Utility Mailer**
**10 1/2" x 16"**


ReadyPost