**Datos de contacto:**

Nombre: Ana Elba Bonilla Saldaña

Dirección: C/ 8A 30A #12 Villa Carolina
Carolina, PR 00985

Número de teléfono: 787 368-3919

Dirección electrónica: anaebonilla@hotmail.com

Abogados: Martin J. Bienenstock, Brian S. Rosen
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
(212) 969-3000
Fax: (212) 969-2900

Abogados de la Junta de Supervisión y Administración Financiera en representación de los Deudores
Hermann D. Bauer
O'NEILL & BORGES LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel (787) 764-8181
Fax: (787) 753-8944

RECEIVED & FILED
2020 MAR 31 PM 3:15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Epígrafe:
En el asunto de:
JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO,
Como representante de
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DE LA AUTORIDAD DE EDIFICIOS PUBLICOS DE PUERTO RICO

PROMESA,
Titulo III
Núm. 17 BK 3283-LTS

**Motivo para oponerse a la Objeción global**

Se reclama con número de reclamación **65201** la cantidad de $14,400 por deuda de la ley 96 de promesa de pago del 2002.

**Documentación significativa**

De acuerdo a la ley los empleados del gobierno recibirán un aumento salarial que no fue otorgado. Evidencia en el salario de pago. Debido a la situación de Corona Virus no es posible presentar otra evidencia, ninguna oficina de gobierno está operando por la cuarentena.

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Bonilla Saldana, Ana Elba | 65201 | 6/28/18 | Commonwealth of Puerto Rico | $14,400.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Bonilla Saldana, Ana Elba | 65201 | 6/28/18 | Commonwealth of Puerto Rico | $14,400.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

Ana E. Bonilla Saldaña
C/8A 30 A #12 Villa Carolina
Carolina, PR 00985-

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 MAR 31 PM 3: 15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.