25 de marzo de 2020

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

En el asunto de
JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO
como representante de
ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros

PROMESA
Título III
Núm. 17 BK 03566-LTS
(Administrada conjuntamente)

La presente radicación guarda relación con el ELA, la ACT y el SRF

CENTESIMA OCTAVA OBJECION GLOBAL ( NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LO QUE SE ALEGAN INTERESES SOBRE LA BASE DE LAS REIVINDICACIONES SALARIALES, LABORALES POR SERVICIOS PRESTADOS.

NUMERO DE RECLAMACIÓN : 69487
MONTO DE RECLAMACIÓN : $81,283.64

Gobierno de Puerto Rico, Administración de los Sistemas de Retiro de los empleados de Gobierno y la Judicatura
Certificación de balances de aportaciones estimada

El motivo para oponerme a esta Objeción Global es el siguiente:

La cantidad de monto de la reclamación son las aportaciones hechas por el suscribiente a la Administración de los Sistemas de Retiro de los empleados del Gobierno y la Judicatura por 21 años de servicio. Le acompaño certificación de Balances de Aportaciones Estimadas, número ASR2020032547911551 emitida el 25 de marzo del 2020. Adjunto evidencias

Respetuosamente sometido hoy 25 de marzo de 2020.

Jorge E. Liboy Colón
Auditor Departamento de Hacienda
    Cond. Laguna Gardens 1

        Apt. 14A Avenida Laguna
        Carolina, Puerto Rico 00979-6542
        (787) 593-3309
        jliboy34@gmail.com



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: JORGE LIBOY COLON**
HC 5 BOX 91530
ARECIBO, PR 00612

Seguro Social: XXX-XX-5087

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | DEPARTAMENTO DE HACIENDA |
| Años de Servicio: | 27 |
| Balance de Aportaciones: | $81,283.64 |

Esta certificación fue emitida el 25 de marzo de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020032547911551

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

25 de marzo de 2020

**Agencia: 135 - DEPARTAMENTO DE HACIENDA**

JORGE LIBOY COLON
HC 5 BOX 91530
ARECIBO, PR 00612 9516

Seguro Social: XXX-XX-5087

A base de la información en nuestros registros, al 25 de marzo de 2020 usted posee:

**Fecha de Nacimiento:** 06 de julio de 1963          **Género:** Masculino
**Fecha de Ingreso al Servicio Público:** 31 de octubre de 1990
**Fecha de Comienzo de Cotización:** 31 de octubre de 1990

| Ley Anterior al 30 de junio de 2013 | | | Ley 3 al 30 de junio de 2017 | |
|---|---|---|---|---|
| Años Acreditados: | 23.00 | | Tiempo Trabajado: | 4 |
| Aportaciones: | | $50,429.10 | Aportaciones: | $15,432.30 |
| Intereses: | | $14,176.61 | Intereses: | $1,245.63 |
| Gastos Teneduría: | | $0.00 | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | | $64,605.71 | Total Aportaciones: | $16,677.93 |
| SNC Pagado: | | $0.00 | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | | |
| Beneficio: | | $0.00 | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 · PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 · www.retiro.pr.gov

SAN JUAN PR 009
26 MAR 2020 PM 2 L

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

Jorge E. Liboy Colón
Cond. Laguna Gardens 1
1 Ave. Laguna Apt. 14A
Carolina, P.R. 00979-6542

RECEIVED & FILED
2020 MAR 31 PM 3:12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.