Formulario ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
Form 499R-2/W-2 PR DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
Rev. 05.04 COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION |
|---|---|---|
| 1. Nombre - First Name<br>MARIA | 8. Sueldos - Wages<br>29,505.46 | 17. Total Sueldos Seguro Social<br>Social Security Wages<br>0.00 |
| Apellido(s) - Surname(s)<br>MATEO TORRES | 9. Comisiones - Commissions<br>0.00 | 18. Seguro Social Retenido<br>Social Security Tax Withheld<br>0.00 |
| 3. Núm. Seguro Social / Social Security No. | | |
| 4. Estado Civil - Civil Status<br>Soltero / Single ☐ Casado / Married ☐ | | |
| Dirección Postal del Empleado-Employee's Mailing Address<br>HC 2 BOX 6045<br>COAMO, PR 00769-9628 | 10. Concesiones - Allowances<br>0.00 | 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br>29,505.46 |
| 5. Núm. Seguro Social Cónyuge<br>Spouse's Social Security No. | 11. Propinas - Tips<br>0.00 | 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld<br>427.83 |
| 6. Núm. de Ident. Patronal<br>Employer's Ident. No. (EIN)<br>660433481 | 12. Total=8+9+10+11<br>29,505.46 | 21. Propinas Seguro Social<br>Social Security Tips<br>0.00 |
| 7. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity | 13. Gastos Reembolsados<br>Reimbursed Expenses<br>0.00 | 22. Seguro Social no Retenido<br>en Propinas - Uncollected<br>Social Security on Tips |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br>L8002150526 S RIVERA<br>DEPT DE EDUCACION-MAESTROS<br>AVENIDA TENIENTE CESAR GONZALE<br>ESQUINA CALAF<br>HATO REY, PR 00919 | 14. Cont. Retenida - Tax Withheld<br>1,602.04 | |
| Copia B para Planilla del Empleado<br>Copy B for Employee's Tax Return | 15. Fondo de Retiro<br>Retirement Fund<br>2,462.52 | 23. Contrib. Medicare no Retenida<br>en Propinas - Uncollected<br>Medicare Tax on Tips<br>0.00 |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | | |
| Fecha de Cese de Operaciones<br>Cease of Operations Date | Año: 2004<br>Year: | |
| Número de Control - Control Number<br>39190201 | 16. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br>0.00 | |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

Corte aquí

Formulario: Form 499R-2/W-2 PR
Rev. 05.05

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

**3. Núm. Seguro Social / Social Security No.**

**1. Nombre-First Name:** MARIA

**Apellido(s) - Surname(s):** MATEO TORRES

**Dirección Postal del Empleado-Employee's Mailing Address:**
HC 2 BOX 6045
COAMO, PR 00769-9628

**4. Estado Civil - Civil Status:** Soltero/Single ☐  Casado/Married ☐

**5. Núm. de Ident. Patronal / Employer's Ident. No. (EIN):** 660433481

**2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address:**
L8002150526 S RIVERA
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

**6. Costo de Pensión o Anualidad / Cost of Pension or Annuity:** 0.00

Copia C para Récord del Empleado
Copy C for Employee's Records

**Año / Year:** 2005

**Número de Teléfono del Patrono / Employer's Telephone Number**

**Fecha de Cese de Operaciones / Cease of Operations Date**

**Número de Control - Control Number:** 50613439

## INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION

| Línea | Descripción | Valor |
|---|---|---|
| 7 | Sueldos - Wages | 31639.45 |
| 8 | Comisiones - Commissions | 0.00 |
| 9 | Concesiones - Allowances | 0.00 |
| 10 | Propinas - Tips | 0.00 |
| 11 | Total=7+8+9+10 | 31639.45 |
| 12 | Gastos Reembolsados / Reimbursed Expenses | 0.00 |
| 13 | Cont. Retenida - Tax Withheld | 1830.58 |
| 14 | Fondo de Retiro / Retirement Fund | 2597.52 |
| 15 | Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |
| 16 | Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004 | 0.00 |

## INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION

| Línea | Descripción | Valor |
|---|---|---|
| 17 | Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18 | Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19 | Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 31639.45 |
| 20 | Contrib. Medicare Retenida / Medicare Tax Withheld | 458.77 |
| 21 | Propinas Seguro Social / Social Security Tips | 0.00 |
| 22 | Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips | 0.00 |
| 23 | Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas

Reproducido por: Departamento de Hacienda

mulario 482 Rev. 09.06

# FORMA LARGA

○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

| Liquidador | Revisor |
|---|---|
| G | RO | V1 | V2 | P1 | P2 | N | D | E | A | M |

**2006** ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA **2006**
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2006 O AÑO COMENZADO EL
1 de enero de 06 Y TERMINADO EL 31 de Dic de 06

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: __/__/__
Día Mes Año

Número de Serie

Sello de Pago

Nombre del Contribuyente: **María**  Inicial: Apellido Paterno: **MATEO** Apellido Materno: **TORRES**

Número de Seguro Social Contribuyente:

Dirección Postal: **HC. 02. Box 6045**
**Coamo, PR** Código Postal **00769**

Fecha de Nacimiento — Sexo: ● F

Número de Seguro Social Cónyuge:

Fecha de Nacimiento del Cónyuge:

Teléfono Residencia: ( )
Teléfono del Trabajo: ( )

CAMBIO DE DIRECCION: ○ Sí ● No

Correo Electrónico (E-Mail):

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**

| SI | NO | |
|---|---|---|
| A. ● ○ | ¿Ciudadano de Estados Unidos? |
| B. ● ○ | ¿Residente de Puerto Rico al finalizar el año? |
| C. ○ ● | ¿Ingresos exentos de Lotería de Puerto Rico? |
| D. ○ ● | ¿Ingresos de premios de jugadas en Hipódromo? |
| E. ○ ● | ¿Otros ingresos exentos de contribución? (Someta Anejo) |
| F. ○ ● | ¿Obligación de hacer pagos a ASUME? |

1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge arriba)
3. ● Jefe de familia (No para casados)
4. ○ Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

**FUENTE DE MAYOR INGRESO:**
G. ● Empleado del Gobierno, Municipios o Corporaciones Públicas
H. ○ Empleado del Gobierno Federal
I. ○ Empleado de Empresa Privada
J. ○ Retirado/Pensionado
K. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

Su ocupación: **Maestra** Ocupación cónyuge:

**CONTRATO GOBIERNO**
○ CONTRIBUYENTE ○ CONYUGE
PLANILLA 2007
● ESPAÑOL ○ INGLES

Sello de Recibido

Estado Libre Asociado de Puerto Rico HACIENDA
15 ABR 2007

1. Sueldos, Comisiones, Concesiones y Propinas
   ● SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique).

A-Contribución Retenida: **1889** 00
B-Sueldos, Comisiones, Concesiones y Propinas: **31,933** 00

● Total de comprobantes con esta planilla .. **1**

Contribución Retenida: **1889** 00
Salarios Federales: **31,933** 00

C. Salarios del Gobierno Federal (Véanse instrucciones) .......... (01) ___ 00 (02) ___ 00

2. Otros Ingresos (o Pérdidas):
   A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) .......... (03)
   B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) .......... (04)
   C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) .......... (05)
   D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, líneas 1A a la 1C, según aplique) (06)
   E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3D) .......... (07)
   F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) .......... (08)
   G) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1E) .......... (09)
   H) Ingresos misceláneos (Someta Anejo F Individuo) .......... (10)
   I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) .......... (11)
   J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) .......... (12)
   K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) .......... (13)
   L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____ ) (14) .......... (15)
   M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) .......... (16)
   N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) .......... (17)
   O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) .......... (18)
   P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) .......... (19)
   Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) .......... (20)
   R) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) .......... (21)
3. Total Ingreso Bruto (Sume líneas 1B, 1C y 2A a la 2R) .......... (22) **31,933** 00
4. Pensión Pagada por Divorcio o Separación (seg. soc. del que la recibe: _____ ) (23) (Núm. sentencia _____ ) (24) (25)
5. Ingreso Bruto Ajustado (Línea 3 menos línea 4) .......... (30) **31,933** 00

Período de Conservación: Diez (10) años

Formulario 482 Rev. 10.07

# FORMA LARGA

Liquidador | Revisor

G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M

○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

**2007** ESTADO LIBRE ASOCIADO DE PUERTO RICO **2007**
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2007 O AÑO COMENZADO EL
_1_ de _enero_ de _07_ Y TERMINADO EL _31_ de _DIC_ de _07_

Número de Serie

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: ___/___/___
Dia Mes Año
Sello de Pago

Nombre del Contribuyente: **MARIA**  Inicial: Apellido Paterno: **MATEO** Apellido Materno: **TORRES**

Dirección Postal: **HC-02-BOX-6045**
**COAMO, PR** Código Postal: **00769**

"Coloque la etiqueta engomada (Label) aquí".

Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
Código Postal

Correo Electrónico (E-Mail)

Número de Seguro Social Contribuyente

Fecha de Nacimiento | Sexo
Dia / Mes / Año | ○ M ● F

Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge
Dia Mes Año

Teléfono Residencia ( )
Teléfono del Trabajo ( )

CAMBIO DE DIRECCION ○ Si ● No

Número de Recibo:
Importe:

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**

| SI | NO | |
|---|---|---|
| A. ● ○ | ¿Ciudadano de Estados Unidos? |
| B. ● ○ | ¿Residente de Puerto Rico al finalizar el año? |
| C. ○ ● | ¿Ingresos exentos de Lotería de Puerto Rico? |
| D. ○ ● | ¿Ingresos de premios de jugadas en Hipódromo? |
| E. ○ ● | ¿Otros ingresos exentos de contribución? (Someta Anejo) |
| F. ○ ● | ¿Obligación de hacer pagos a ASUME? |

1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge arriba)
3. ● Jefe de familia (No para casados)
4. ○ Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

**FUENTE DE MAYOR INGRESO:**
G. ● Empleado del Gobierno, Municipios o Corporaciones Públicas
H. ○ Empleado del Gobierno Federal
I. ○ Empleado de Empresa Privada
Su ocupación: **Maestra**   Ocupación cónyuge:

J. ○ Retirado/Pensionado
K. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

**CONTRATO GOBIERNO**
○ CONTRIBUYENTE ○ CONYUGE

**PLANILLA 2008**
● ESPAÑOL ○ INGLES

Sello de Recibido:
Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
1166-Colecturía Coamo
RECIBIDO
APR 15 2008
SIN PAGO
SECRETARIO DE HACIENDA
08-2786

1. Sueldos, Comisiones, Concesiones y Propinas

**00** SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique).

**01** Total de comprobantes con esta planilla .. **1**

| A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|
| 1,449 00 | 32,560 00 |
| 00 | 00 |
| 00 | 00 |
| 00 | 00 |
| 1,449 00 | 32,560 00 |

C- Salarios del Gobierno Federal (Véanse instrucciones) .......... (01) Contribución Retenida [   00] (02) Salarios Federales [   00]

2. Otros Ingresos (o Pérdidas):
A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) ........................ (03) 00
B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) ........................ (04) 00
C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) ........................ (05) 00
D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) ........................ (06) 00
E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) ........................ (07) 00
F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) ........................ (08) 00
G) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1D) ........................ (09) 00
H) Ingresos misceláneos (Someta Anejo F Individuo) ........................ (10) 00
I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) ........................ (11) 00
J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ........................ (12) 00
K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ........................ (13) 00
L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____) (14) ........................ (15) 00
M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) ........................ (16) 00
N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) ........................ (17) 00
O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) ........................ (18) 00
P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) ........................ (19) 00
Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) ........................ (20) 00
R) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) ........................ (21) 00
3. **Total Ingreso Bruto** (Sume líneas 1B, 1C y 2A a la 2R) ........................ (22) **32,560** 00
4. Pensión Pagada por Divorcio o Separación (seg. soc. del que la recibe: _____) (23) (Núm. sentencia _____) (24) (25) 00
5. **Ingreso Bruto Ajustado** (Línea 3 menos línea 4) ........................ (30) **32,560** 00

Periodo de Conservación: Diez (10) años

Formulario 482 - Rev. 11.08

# FORMA LARGA

Liquidador | Revisor

| G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |

○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

**2008** ESTADO LIBRE ASOCIADO DE PUERTO RICO **2008**
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2008 O AÑO COMENZADO EL
1 de enero de 08 Y TERMINADO EL 31 de dic de 08

Número de Serie

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: ___/___/___
                                Día  Mes  Año

Sello de Pago

Número de Seguro Social Contribuyente

Fecha de Nacimiento       Sexo
Día  Mes  Año             ○ M
                          ● F
Número de Seguro Social Cónyuge

101555 S1788 P1 *********5-DIGIT 00769
MATEO TORRES, MARIA    M25OH
HC 2 BOX 6045
COAMO PR 00769        L E

Fecha de Nacimiento del Cónyuge
Día  Mes  Año

Teléfono Residencia
(    )    -

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

Teléfono del Trabajo
(    )    -

Código Postal

CAMBIO DE DIRECCION
○ Si   ○ No

Número de Recibo: _____
Importe: _____

Correo Electrónico (E-Mail)

ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:

SI  NO
A. ●○ ¿Ciudadano de Estados Unidos?
B. ●○ ¿Residente de Puerto Rico al finalizar el año?
C. ○● ¿Ingresos exentos de Lotería de Puerto Rico?
D. ○● ¿Ingresos de premios de jugadas en Hipódromo?
E. ○● ¿Otros ingresos exentos de contribución? (Someta Anejo)
F. ○● ¿Obligación de hacer pagos a ASUME?

1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia)
   (Indique nombre y seguro social del cónyuge arriba)
3. ● Jefe de familia (No para casados)
4. ○ Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

FUENTE DE MAYOR INGRESO:
G. ● Empleado del Gobierno, Municipios o Corporaciones Públicas
H. ○ Empleado del Gobierno Federal
I. ○ Empleado de Empresa Privada

J. ○ Retirado/Pensionado
K. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

CONTRATO GOBIERNO
○ CONTRIBUYENTE  ○ CONYUGE

PLANILLA 2009
● ESPAÑOL  ○ INGLES

Su ocupación: Maestra              Ocupación cónyuge: _____

○ Ennegrezca aquí si se acoge al cómputo opcional de la contribución en el caso de personas casadas que viven juntas, rinden planilla conjunta y que ambos trabajan. No complete los Encasillados 2 y 3, ni las líneas 15 a la 25 del Encasillado 4, y pase al Anejo CO Individuo.

**Encasillado 2**

Sello de Recibido

1. Sueldos, Comisiones, Concesiones y Propinas

   ⓞ SUMINISTRE LOS COMPROBANTES DE RETENCION
   (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique).

   **01** Total de comprobantes con esta planilla .. | 01 |

   A-Contribución Retenida: 1,273 | 00
                                   | 00
                                   | 00
                                   | 00

   1,273 | 00
   Contribución Retenida

   B-Sueldos, Comisiones, Concesiones y Propinas: 32,506 | 00
                                                          | 00
                                                          | 00
                                                          | 00

   32,506 | 00
   Salarios Federales

C- Salarios del Gobierno Federal (Véanse instrucciones) (01) _____ | 00    (02) _____ | 00

2. Otros Ingresos (o Pérdidas):
   A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) ............................................................. (03) | 00
   B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) ......... (04) | 00
   C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) ................................. (05) | 00
   D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) ... (06) | 00
   E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) ... (07) | 00
   F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) ................ (08) | 00
   G) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1D) ........................... (09) | 00
   H) Ingresos misceláneos (Someta Anejo F Individuo) .................................................................... (10) | 00
   I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) ... (11) | 00
   J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ...................................... (12) | 00
   K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ................................. (14) ... (15) | 00
   L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____) ............................ (16) | 00
   M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) ................................ (17) | 00
   N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) ..................................... (18) | 00
   O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) .......................... (19) | 00
   P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) ........................................... (20) | 00
   Q) Ganancia (o pérdida) en la venta o permuta de activos de capital (Someta Anejo D Individuo) .................... (21) | 00
   R) Planes cualificados y Contratos de Anualidad Variable (Someta Anejo D Individuo) ............................... (22) | 00
   S) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) ................................ (23) 32,506 | 00
3. Total Ingreso Bruto (Sume líneas 1B, 1C y 2A a la 2S) .............................................. )(24) (Núm. sentencia _____ )(25) (26) | 00
4. Pensión Pagada por Divorcio o Separación (seg. soc. del que la recibe: _____) ..................................... (30) 32,506 | 00
5. Ingreso Bruto Ajustado (Línea 3 menos línea 4) .....................................................

Período de Conservación: Diez (10) años

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 06/15/2009 |
| Hasta: | 06/26/2009 |

| | |
|---|---|
| Aviso #: | 51269 |
| Fecha Aviso: | 06/30 |

**MARIA M MATEO TORRES**
HC 2 BOX 6045
COAMO, PR 00769-9628

| | |
|---|---|
| # Empleado: | |
| Dept: | 8005021-Ponce Coamo |
| Lugar: | Susana Rivera |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,705.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married claiming 1/2 |
| Concesiones: | 0 | 3 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,352.50 | 732.00 | 16,230.00 |
| Licencia Enfermedad en Exceso | | | 0.00 | | 17.48 |
| Total: | | | 1,352.50 | 732.00 | 16,247.48 |

### IMPUESTOS

| Descripcion | Corriente | Acum |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 19.61 | 2? |
| PR Withholding | 51.83 | 6? |
| Total: | 71.44 | 8? |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 121.73 | 1,460.76 |
| Total: | 121.73 | 1,460.76 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Pres Cult- Ret Maestros | 50.49 | 605.88 |
| RM-Prest Pers De Cuota-Ret Mae | 263.62 | 3,163.44 |
| AE-Asoc Emp ELA-Prest Regular | 144.03 | 1,728.36 |
| SM-First Medical Health Plan | 127.50 | 1,530.00 |
| CO-COOP MAESTRO PR | 5.00 | 40.00 |
| SC-TRANS OCEANIC LIFE | 26.10 | 313.20 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 102.00 |
| Ahorros-AEELA | 40.58 | 486.96 |
| Total: | 665.82 | 7,969.84 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumu |
|---|---|---|
| SM-First Medical Health Plan | 120.00 | 7, |
| GPR Plan de Retiro de Maestro | 114.96 | 1,3 |
| FSED Disability Plan | 22.99 | 2 |

* Tributable

### TOTAL BRUTO / BRUTO TRIBUT FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA

| | Total Bruto | Bruto Tribut Fed | Total Impuestos | Deducciones Totales | Paga |
|---|---|---|---|---|---|
| Corriente: | 1,352.50 | 0.00 | 71.44 | 787.55 | 4 |
| Acumulado: | 16,247.48 | 0.00 | 858.95 | 9,430.60 | 5,9 |

### PTO HORAS / ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

Aviso #5126944    4

Total:    4

**MENSAJE:**

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
06/30/2009

Aviso N
5126944

**Cant. Deposito:** $493.51

A la
Cuenta(s) De

**MARIA M MATEO TORRES**
HC 2 BOX 6045
COAMO, PR 00769-9628

Localizacion: Susana Rivera

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Depo |
|---|---|---|
| Checking | 072109688 | $ |
| Total: | | $ |

# NO-NEGOCIABLE

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 02/19/2010 |
| Hasta: | 03/04/2010 |

Aviso #: 9453109
Fecha Aviso: 02/26/20

**MARIA M MATEO TORRES**
HC 2 BOX 6045
COAMO, PR 00769-9628

| | |
|---|---|
| # Empleado: | |
| Dept: | 8005021-Ponce Coamo |
| Lugar: | Susana Rivera |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,705.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married claiming 1/2 |
| Concesiones: | 0 | 3 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,352.50 | 240.00 | 5,410.00 |
| **Total:** | | | 1,352.50 | 240.00 | 5,410.00 |

## IMPUESTOS

| Descripcion | Corriente | Acumul |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 19.62 | 78. |
| PR Withholding | 51.83 | 207. |
| **Total:** | 71.45 | 285. |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 121.73 | 486.92 |
| **Total:** | 121.73 | 486.92 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Pres Cult- Ret Maestros | 50.49 | 201.96 |
| RM-Prest Pers De Cuota-Ret Mae | 263.62 | 1,054.48 |
| AE-Asoc Emp ELA-Prest Regular | 158.17 | 632.68 |
| SM-First Medical Health Plan | 127.50 | 510.00 |
| CO-COOP MAESTRO PR | 5.00 | 20.00 |
| SC-TRANS OCEANIC LIFE | 26.10 | 104.40 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 34.00 |
| Ahorros-AEELA | 40.58 | 162.32 |
| **Total:** | 679.96 | 2,719.84 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumula |
|---|---|---|
| SM-First Medical Health Plan | 120.00 | 240 |
| GPR Plan de Retiro de Maestro | 114.96 | 459 |
| FSED Disability Plan | 22.99 | 91 |

\* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA N |
|---|---|---|---|---|---|
| Corriente: | 1,352.50 | 0.00 | 71.45 | 801.69 | 479 |
| Acumulado: | 5,410.00 | 0.00 | 285.77 | 3,206.76 | 1,917 |

## PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #9453109 | 479 |
| **Total:** | 479 |

**MENSAJE:**

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
02/26/2010

Aviso No.
9453109

**Cant. Deposito:** $479.36

A la
Cuenta(s) De

**MARIA M MATEO TORRES**
HC 2 BOX 6045
COAMO, PR 00769-9628

Localizacion: Susana Rivera

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposi |
|---|---|---|
| Checking | 072109688 | $47 |
| **Total:** | | $47 |

# NO-NEGOCIABLE

Formulario 481 Rev. 27 oct 11

# FORMA CORTA

| Liquidador | Revisor |
|---|---|

○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

**2011** GOBIERNO DE PUERTO RICO **2011**
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2011 O AÑO COMENZADO EL
1 de enero de 2011 Y TERMINADO EL 31 de diciembre de 2011

Número de Serie: **1998103**

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO:   Día   Mes   Año
○ CONTRIBUYENTE   ○ CONYUGE

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Nombre del Contribuyente: **MARIA**   Inicial:    Apellido Paterno: **MATEO**   Apellido Materno: **TORRES**

Dirección Postal: **HC 2 Box 6045**

Coamo    PR    Código Postal **00769-0000**

"Coloque la etiqueta engomada (Label) aquí".

Nombre e Inicial del Cónyuge:    Apellido Paterno:    Apellido Materno:

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle): **HC 2 Box 6045**

Coamo    PR    Código Postal **00769-0000**

Correo Electrónico (E-Mail): **PLANILLASGABBY@YAHOO.COM**

Número de Seguro Social Contribuyente: 

Fecha de Nacimiento:    Sexo: ○ M  ⊗ F
Día   Mes   Año

Número de Seguro Social Cónyuge:

Fecha de Nacimiento del Cónyuge:    Sexo: ○ M  ○ F
Día   Mes   Año

Teléfono Residencia: **7870000000**
Teléfono del Trabajo:

CAMBIO DE DIRECCION: ○ Si ⊗ No    PLANILLA 2012: ⊗ ESPAÑOL   ○ INGLES

Sello de Recibido: **07-04-2012 06:11:28 PM**

## Cuestionario

SI  NO
A. ⊗ ○ ¿Ciudadano de Estados Unidos?
B. ⊗ ○ ¿Residente de Puerto Rico al finalizar el año?
C. ○ ⊗ ¿Otros ingresos excluidos o exentos de contribución?
    (Someta Anejo IE Individuo)

D. FUENTE DE MAYOR INGRESO:
1. ⊗ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado

Su ocupación: **Maestro de Escuela**   **6110**   Ocupación cónyuge: _____

E. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ○ Casado
   (Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ⊗ Contribuyente individual
   (Ennegrezca aquí ○ si es casado con capitulaciones de total separación de bienes e indique nombre y seguro social del cónyuge arriba)
3. ○ Casado que rinde separado
   (Indique nombre y seguro social del cónyuge arriba)

### PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

**Reintegro**

1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 1, línea 14. Indique distribución en las líneas A, B y C) ......... (01) **564** | 00
   A) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ......... (02) **0** | 00
   B) Aportación al Fondo Especial para la Universidad de Puerto Rico ......... (03) **0** | 00
   C) REINTEGRAR (Si desea que se le deposite el reintegro directamente en su cuenta, complete el Encasillado de Depósito) ......... (04) **564** | 00

**Pago**

2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 1, línea 14) ......... (05) **0** | 00
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ......... (06) **0** | 00
    (b) Intereses ......... (07) **0** | 00
    (c) Recargos **0**   y Penalidades **0** ......... (08) **0** | 00
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) ......... (10) **0** | 00

**Depósito**

AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO

Tipo de cuenta    Número de ruta/tránsito    Número de su cuenta
○ Cheques  ○ Ahorros

Cuenta a nombre de: _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

*Planilla Radicada Electrónicamente*

Declaro bajo penalidad de perjurio que la información incluida en esta planilla, anejos y documentos que se acompañan, ha sido examinada por mí y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| ✓ Firmada Electrónicamente | 07-04-2012 | ✓ | |

| Nombre del Especialista (Letra de Molde): **GABBY A ORTIZ HERNANDEZ** | Nombre de la Firma o Negocio: **GABBY A ORTIZ HERNANDEZ** |
|---|---|

| Número de Registro | Número de Identificación Patronal | Especialista por cuenta propia (ennegrezca aquí) ⊗ | Firma del Especialista | Fecha |
|---|---|---|---|---|
| 010480 | 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 | | Firmada Electrónicamente | 07-04-2012 |

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ⊗ Si  ○ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Número confirmación: **04072012098196750711998103**    Período de Conservación: Diez (10) años

Formulario 481 Rev. 29 oct 12

# FORMA CORTA

☐ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

**2012** GOBIERNO DE PUERTO RICO DEPARTAMENTO DE HACIENDA **2012**
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2012 O AÑO COMENZADO EL
1 de enero de 2012 Y TERMINADO EL 31 de diciembre de 2012

☒ PLANILLA ENMENDADA
☐ FALLECIDO DURANTE EL AÑO: __/__/__

Nombre del Contribuyente: **MARIA**
Apellido Paterno: **MATEO**
Apellido Materno: **TORRES**

Dirección Postal: **HC 2 Box 6045**
**Coamo PR** Código Postal **00769**

Fecha de Nacimiento — Sexo: ☐ M ☒ F

Teléfono Residencia: **(787) 320-2858**

Dirección Residencial Completa: **HC 2 Box 6045, Coamo PR** Código Postal **00769**

Correo Electrónico (E-Mail): **PLANILLASGABBY@YAHOO.COM**

CAMBIO DE DIRECCION: ☐ Si ☒ No    PLANILLA 2013: ☒ ESPAÑOL  ☐ INGLES

**Cuestionario**

A. ☒ Si ☐ No ¿Ciudadano de Estados Unidos?
B. ☒ Si ☐ No ¿Residente de Puerto Rico al finalizar el año?
C. ☐ Si ☒ No ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)

D. FUENTE DE MAYOR INGRESO:
1. ☒ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ☐ Empleado del Gobierno Federal
3. ☐ Empleado de Empresa Privada
4. ☐ Retirado/Pensionado
5. ☐ Otro ____

Su ocupación: **Maestro de Escu** 6110    Ocupación cónyuge ____

E. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ☐ Casado (Ennegrezca aquí ☐ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ☒ Contribuyente individual (Ennegrezca e indique nombre y seguro social del cónyuge si es: ☐ Casado con capitulaciones de total separación de bienes ☐ Casado que no vivía con su cónyuge)
3. ☐ Casado que rinde separado (Indique nombre y seguro social del cónyuge arriba)

**PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

**Reintegro**

1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 1, línea 14. Indique distribución en las líneas A, B y C) ... (01) **645** 00
   A) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ... (02) 00
   B) Aportación al Fondo Especial para la Universidad de Puerto Rico ... (03) 00
   C) REINTEGRAR (Si desea que se le deposite el reintegro directamente en su cuenta, complete el Encasillado de Depósito) ... (04) **645** 00

**Pago**

2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 1, línea 14) ... (05) 00
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ... (06) 00
   (b) Intereses ... (07) 00
   (c) Recargos ____ y Penalidades ____ ... (08) 00
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) ... (10) 00

**Depósito** — AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO
Tipo de cuenta: ☐ Cheques ☐ Ahorros
Número de ruta/tránsito: ____   Número de su cuenta: ____
Cuenta a nombre de: ____ y ____

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

Firma del Contribuyente: [signed]

Nombre del Especialista (Letra de Molde): **GABBY A ORTIZ HERNANDEZ**
Firma del Especialista: [signed] Fecha: **7 jun 2013**
Nombre de la Firma o Negocio: **ETAX BARRANQUITAS**
Número de Registro: **010480**

Período de Conservación: Diez (10) años    PRSoft, Inc. (www.prsoft.com)

Formulario 482. Rev. 31 oct 13

| Liquidador | Revisor |
|---|---|

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**2013**   ESTADO LIBRE ASOCIADO DE PUERTO RICO   **2013**
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2013 O AÑO COMENZADO EL

1 de enero de 2013 Y TERMINADO EL 31 de diciembre de 2013

Número de Serie

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: __/__/__
                                Día  Mes  Año
○ CONTRIBUYENTE    ○ CONYUGE
CONYUGE SUPERSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO

Nombre del Contribuyente: **MARIA**   Inicial: **M**   Apellido Paterno: **MATEO**   Apellido Materno: **TORRES**

Número de Seguro Social Contribuyente:

Dirección Postal: **HC 4 Box 6045**

Fecha de Nacimiento: Día / Mes / Año   Sexo: ○M ⊗F

**Coamo PR**   Código Postal **00769**

Número de Seguro Social Cónyuge:

"Coloque la etiqueta engomada (Label) aquí".

Nombre e Inicial del Cónyuge: ____   Apellido Paterno: ____   Apellido Materno: ____

Fecha de Nacimiento del Cónyuge: Día / Mes / Año   Sexo: ○M ○F

Teléfono Residencia: **(787) 320-2858**

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle):
**BO LO LLANOS
CALLE 3 NO. 36
Coamo PR**   Código Postal **00769**

Teléfono del Trabajo: ____

Sello de Recibido:
Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
1156-Colecturía Coamo
RECIBIDO
15 ABR. 2014
SIN PAGO

Correo Electrónico (E-Mail): **mariamateo20@gmail.com**

CAMBIO DE DIRECCION: ○SI ⊗No   PLANILLA 2014: ⊗ESPAÑOL ○INGLES

**Cuestionario**
(PLANILLA CON CHEQUE — FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

   SI  NO
A. ⊗ ○ ¿Ciudadano de Estados Unidos?
B. ⊗ ○ ¿Residente de Puerto Rico al finalizar el año?
C. ⊗ ○ ¿Otros ingresos excluidos o exentos de contribución?
     (Someta Anejo IE Individuo)
D. ○ ⊗ ¿Individuo residente inversionista?
     (Someta Anejo F1 Individuo)

E. FUENTE DE MAYOR INGRESO:
   1. ⊗ Empleado del Gobierno, Municipios o Corporaciones Públicas
   2. ○ Empleado del Gobierno Federal
   3. ○ Empleado de Empresa Privada
   4. ○ Retirado/Pensionado
   5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
   6. ○ Otro ____

F. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
   1. ○ Casado
      (Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
   2. ⊗ Contribuyente individual
      (Ennegrezca e indique nombre y seguro social del cónyuge si es:
      ○ Casado con capitulaciones de total separación de bienes
      ○ Casado que no vivía con su cónyuge
      ○ Casado que rinde separado
      (Indique nombre y seguro social del cónyuge arriba)

Su ocupación: **Maestro de Escuela**   **6110**   Ocupación cónyuge: ____

CONTRATO GOBIERNO:   ○Contribuyente   ○Cónyuge

PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

**Reintegro**

| | | | |
|---|---|---|---|
| 1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 3, línea 28. Indique distribución en las líneas A, B, C y D) | (01) | 360 | 00 |
| A) Acreditar a la contribución estimada 2014 | (02) | | 00 |
| B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan | (03) | | 00 |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico | (04) | | 00 |
| D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) | (05) | 360 | 00 |

**Pago**

| | | | |
|---|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 3, línea 28) | (06) | | 00 |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado | (07) | | 00 |
| (b) Intereses | (08) | | 00 |
| (c) Recargos ____ y Penalidades ____ | (09) | | 00 |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) | (10) | | 00 |

**AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO**

**Depósito**

Tipo de cuenta: ○ Cheques  ○ Ahorros
Número de ruta/tránsito: ☐☐☐☐☐☐☐☐☐
Número de su cuenta: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Cuenta a nombre de: ____ y ____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

Firma del Contribuyente: [signature]   Fecha: 04/09/14
Firma del Cónyuge: ✓   Fecha:

Nombre del Especialista (Letra de Molde): **Luis Torres**
Nombre de la Firma o Negocio: **Torres Associates**

Firma del Especialista: [signature]   Fecha: 04/09/14
Especialista por cuenta propia (ennegrezca aquí) ⊗   Número de Registro: **19571**

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ⊗ Si ○ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Período de Conservación: Diez (10) años

PRSoft, Inc. (www.prsoft.com)

Formulario 482 Rev. 31 oct 14

# FORMA ÚNICA 2014

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE HACIENDA**

**PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS**
AÑO CONTRIBUTIVO 2014 O AÑO COMENZADO EL
1 de enero de 2014 Y TERMINADO EL 31 de diciembre de 2014

| Liquidador | Revisor |
|---|---|
| R G R0 V1 V2 P1 P2 N D1 D2 E A M | |

Número de Serie

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: Día Mes Año
  ○ CONTRIBUYENTE ○ CÓNYUGE
○ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Indique seguro social del cónyuge fallecido)

**Nombre del Contribuyente:** MARIA  **Inicial:** M  **Apellido Paterno:** MATEO  **Apellido Materno:** TORRES

**Número de Seguro Social Contribuyente:**

**Dirección Postal:**
HC 4 Box 6045
Coamo PR
Código Postal 00769

**Fecha de Nacimiento:** Día Mes Año  **Sexo:** ○M ⊗F
**Número de Seguro Social Cónyuge:**
**Fecha de Nacimiento del Cónyuge:** Día Mes Año  **Sexo:** ○M ○F
**Teléfono Residencia:** (787) 320-2858
**Teléfono del Trabajo:**

**Nombre e Inicial del Cónyuge** Apellido Paterno Apellido Materno

**Dirección Residencial Completa (Barrio o Urbanización, Número, Calle):**
BO LO LLANOS
CALLE 3 NO. 36
Coamo PR
Código Postal 00769

**Correo Electrónico (E-Mail):** mariamateo20@gmail.com

¿UTILIZÓ PROGRAMA PRIVADO PARA LLENAR LA PLANILLA? ⊗Sí ○No
**CAMBIO DE DIRECCIÓN:** ○Sí ⊗No
**SOLICITÓ PRÓRROGA:** ○Sí ⊗No
**PLANILLA 2015:** ⊗ESPAÑOL ○INGLÉS

ESTADO LIBRE ASOCIADO de Puerto Rico
DEPARTAMENTO DE HACIENDA
11/63-Colecturía Ponce
RECIBIDO
05 ABR. 2015
SIN PAGO
SECRETARIO DE HACIENDA

## Cuestionario

SI NO
A. ⊗ ○ ¿Ciudadano de Estados Unidos?
B. ⊗ ○ ¿Residente de Puerto Rico al finalizar el año?
C. ○ ⊗ ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)
D. ○ ⊗ ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)

E. FUENTE DE MAYOR INGRESO:
1. ⊗ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro _____

Su ocupación **Maestro de Escuela** 6110  Ocupación cónyuge _____

F. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ○ Casado (Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ⊗ Contribuyente individual (Ennegrezca e indique nombre y seguro social del cónyuge si es:
   ○ Casado con capitulaciones de total separación de bienes
   ○ Casado que no vivía con su cónyuge)
3. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge arriba)

**COPY**

**CONTRATO GOBIERNO:** ○Contribuyente ○Cónyuge

## Reintegro

PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

| | | |
|---|---|---|
| 1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 28. Indique distribución en las líneas A, B, C y D) | (01) | 382 00 |
| A) Acreditar a la contribución estimada 2015 | (02) | 00 |
| B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan | (03) | 00 |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico | (04) | 00 |
| D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) | (05) | 382 00 |

## Pago

| | | |
|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 28) | (06) | 00 |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado | (07) | 00 |
| (b) Intereses | (08) | 00 |
| (c) Recargos _____ y Penalidades _____ | (09) | 00 |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) | (10) | 00 |

## Depósito

**AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO**

**Tipo de cuenta:** ○Cheques ○Ahorros
**Número de ruta/tránsito:** ☐☐☐☐☐☐☐☐☐
**Número de su cuenta:** ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

**Cuenta a nombre de:** _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

**Firma del Contribuyente** _[signature]_  **Fecha** _____
**Firma del Cónyuge** _____  **Fecha** _____

**Nombre del Especialista (Letra de Molde):** Luis A Torres
**Nombre de la Firma o Negocio:** Torres Associates
**Firma del Especialista:** _[signature]_  **Fecha:** 04/14/15
**Especialista por cuenta propia (ennegrezca aquí):** ○
**Número de Registro:** 19571

**NOTA AL CONTRIBUYENTE:** Indique si hizo pagos por la preparación de su planilla: ⊗Sí ○No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Período de Conservación: Diez (10) años   PRSoft, Inc. (www.prsoft.com)

Formulario 482 Rev. 20 oct 15

# FORMA ÚNICA 2015

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

**2015**

PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2015 O AÑO COMENZADO EL
1 de enero de 2015 Y TERMINADO EL 31 de diciembre de 2015

Liquidador | Revisor
R G RO V1 V2 L1 P2 N D1 D2 E A M

- ○ PLANILLA ENMENDADA
- ○ FALLECIDO DURANTE EL AÑO
  - Día Mes Año
  - ○ CONTRIBUYENTE   ○ CÓNYUGE
- ○ CÓNYUGE SUPERSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Indique seguro social y fecha de defunción del cónyuge fallecido:
  Día 0 Mes 0 Año 0

Número de Serie

Sello de Recibido

09/04/2016
11:57:34 AM

**Nombre del Contribuyente:** MARIA  **Inicial:** M  **Apellido Paterno:** MATEO  **Apellido Materno:** TORRES
**Número de Seguro Social Contribuyente:**

**Dirección Postal:** HC 4 Box 6045
Coamo PR   **Código Postal:** 00769

**Fecha de Nacimiento:** Día / Mes / Año   **Sexo:** ○ M  ⊗ F

**Número de Seguro Social Cónyuge:**
**Fecha de Nacimiento del Cónyuge:** Día Mes Año   **Sexo:** ○ M ○ F

**Nombre e Inicial del Cónyuge** / **Apellido Paterno** / **Apellido Materno**

**Teléfono Residencia:** (787) 320-2858
**Teléfono del Trabajo:**

**Dirección Residencial Completa (Barrio o Urbanización, Número, Calle):** HC 4 Box 6045
Coamo PR   **Código Postal:** 00769

**CAMBIO DE DIRECCIÓN:** ○ Sí ⊗ No
**SOLICITÓ PRÓRROGA:** ○ Sí ⊗ No

**Correo Electrónico (E-Mail):** mariamateo20@gmail.com

## Cuestionario

- A. ⊗ Sí ○ No ¿Ciudadano de Estados Unidos?
- B. ⊗ Sí ○ No ¿Residente de Puerto Rico durante todo el año?
  Si contestó "No", indique una de las siguientes:
  - 1. ○ Fecha de mudanza a P.R. ___
  - 2. ○ Fecha de mudanza fuera de P.R. ___
  - 3. ○ No residente durante todo el año
- C. ○ Sí ⊗ No ¿Generó ingresos fuera del período de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "Sí", indique la cantidad):
  - 1. ○ Atribuible al contribuyente $___
  - 2. ○ Atribuible al cónyuge $___
- D. ○ Sí ⊗ No ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)
- E. ○ Sí ⊗ No ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)
- F. ○ Sí ⊗ No ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal?
- G. ○ Sí ⊗ No ¿Militar activo en zona de combate? (Fecha en que cesó en el servicio:

**Su ocupación:** Maestro de Escuela   **6110**   **Ocupación cónyuge:**

### FUENTE DE MAYOR INGRESO:
1. ⊗ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro

### ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ○ Casado (Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ⊗ Contribuyente individual
   (Ennegrezca e indique nombre y seguro social del cónyuge si es:
   ○ Casado con capitulaciones de total separación de bienes
   ○ Casado que no vivía con su cónyuge)
3. ○ Casado que rinde por separado
   (Indique nombre y seguro social del cónyuge arriba)

**CONTRATO GOBIERNO:** ○ Contribuyente ○ Cónyuge

PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

### Reintegro
1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 27. Indique distribución en las líneas A, B, C y D) ............ (01) 149
   - A) Acreditar a la contribución estimada 2016 ............ (02)
   - B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ............ (03)
   - C) Aportación al Fondo Especial para la Universidad de Puerto Rico ............ (04)
   - D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) ............ (05) 149

### Pago
2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 27) ............ (06)
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ............ (07)
   (b) Intereses ............ (08)
   (c) Recargos ___ y Penalidades ___ ............ (09)
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) ............ (10)

### Depósito
**AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO**

**Tipo de cuenta:** ○ Cheques ○ Ahorros
**Número de ruta/tránsito:** □□□□□□□□□
**Número de su cuenta:** □□□□□□□□□□□□□□□□

**Cuenta a nombre de:** ___ y ___
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| ✓ FIRMADA ELECTRONICAMENTE | 09/04/2016 | ✓ | |

| Nombre del Especialista (Letra de Molde) | Nombre de la Firma o Negocio | | |
|---|---|---|---|
| LUIS TORRES | TORRES ASSOCIATES | | |

| Firma del Especialista | Fecha | Especialista por cuenta propia (ennegrezca aquí) ⊗ | Número de Registro |
|---|---|---|---|
| ✓ FIRMADA ELECTRONICAMENTE | 09/04/2016 | | 19571 |

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ⊗ Sí ○ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Conf. 04092016100084D0BE1854428   Período de Conservación: Diez (10) años   PRSoft, Inc. (www.prsoft.com)

Formulario 482 Rev. 16 nov 16

# FORMA ÚNICA 2016

Liquidador | Revisor

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

**2016**

PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2016 O AÑO COMENZADO EL

R G RO V1 V2 P1 P2 N D1 D2 E A M

1 de enero de 2016 Y TERMINADO EL 31 de diciembre de 2016

Número de Seña

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO:
  Día Mes Año
○ CONTRIBUYENTE ○ CÓNYUGE
○ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Indique seguro social y fecha de defunción del cónyuge fallecido:
  Día 0 Mes 0 Año 0

**Nombre del Contribuyente:** MARIA
**Inicial:** M
**Apellido Paterno:** MATEO
**Apellido Materno:** TORRES

**Número de Seguro Social Contribuyente**

**Dirección Postal:** HC 4 Box 6045

**Fecha de Nacimiento**
Día Mes Año
**Sexo:** ○M ⊗F

Coamo PR  00769
**Código Postal**

Sello de Recibido

17/04/2017
12:29:48 PM

**Nombre e Inicial del Cónyuge** | **Apellido Paterno** | **Apellido Materno**

**Número de Seguro Social Cónyuge**

**Fecha de Nacimiento del Cónyuge**
Día Mes Año
**Sexo:** ○M ○F

**Dirección Residencial Completa** (Barrio o Urbanización, Número, Calle)
HC 4 Box 6045

**Teléfono Residencia:** (787) 320-2858
**Teléfono del Trabajo:**

Coamo PR   Código Postal 00769

**CAMBIO DE DIRECCIÓN:** ○ Sí ⊗ No
**SOLICITÓ PRÓRROGA:** ○ Sí ⊗ No

**Correo Electrónico (E-Mail):** mariamateo20@gmail.com

## Cuestionario

SÍ NO
A. ⊗○ ¿Ciudadano de Estados Unidos? (Véanse instrucciones)
B. ⊗○ ¿Residente de Puerto Rico durante todo el año?
   Si contestó "No", indique una de las siguientes:
   1. ○ Fecha de mudanza a P.R. (_____)
   2. ○ Fecha de mudanza fuera de P.R. (_____)
   3. ○ No residente durante todo el año
C. ○⊗ ¿Generó ingresos fuera del período de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "Sí", indique la cantidad):
   ○ Atribuible al contribuyente $_____
   ○ Atribuible al cónyuge $_____
D. ○⊗ ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)
E. ○⊗ ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)
F. ○⊗ ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal?
G. ○⊗ ¿Militar activo en zona de combate durante el año contributivo? (Fecha en que cesó en el servicio: _____)

Su ocupación: Maestro de Escuela   6110   Ocupación cónyuge

## FUENTE DE MAYOR INGRESO:
1. ⊗ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro _____

## ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ○ Casado
   (Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individ
2. ⊗ Contribuyente individual
   (Ennegrezca e indique nombre y seguro social del cónyuge si es:
   ○ Casado con capitulaciones de total separación de bienes
   ○ Casado que no vivía con su cónyuge)
3. ○ Casado que rinde por separado
   (Indique nombre y seguro social del cónyuge arriba)

**CONTRATO GOBIERNO:** ○ Contribuyente ⊗ Cónyuge

PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

### Reintegro

1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 29). Indique distribución en las líneas A, B, C y D .... (01)
   A) Acreditar a la contribución estimada 2017 ........ (02)
   B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ........ (03)
   C) Aportación al Fondo Especial para la Universidad de Puerto Rico ........ (04)
   D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) ........ (05)

### Pago

2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 29) ........ (06) 62
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ........ (07) 62
   (b) Intereses ........ (08) 00
   (c) Recargos _____ y Penalidades _____ ........ (09) 00
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a) más líneas 3(b) y 3(c)) ........ (10)

### AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO

**Depósito**
Tipo de cuenta: ○ Cheque ○ Ahorros
Número de ruta/tránsito: ☐☐☐☐☐☐☐☐☐
Número de su cuenta: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Cuenta a nombre de: _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

**Firma del Contribuyente:** FIRMADA ELECTRÓNICAMENTE    **Fecha:** 17/04/2017
**Firma del Cónyuge:** _____    **Fecha:** _____

**Nombre del Especialista (Letra de Molde):** Luis Torres
**Nombre de la Firma o Negocio:** Torres Associates

**Firma del Especialista:** FIRMADA ELECTRÓNICAMENTE   **Fecha:** 17/04/2017
**Especialista por cuenta propia (ennegrezca aquí):** ○
**Número de Registro:** 19571

**NOTA AL CONTRIBUYENTE:** Indique si hizo pagos por la preparación de su planilla: ⊗ Sí ○ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Conf. 041720171075A780A21624219   Período de Conservación: Diez (10) años   PRSoft, Inc. (www.prsoft.co)

Formulario 482 Rev. 4 dic 17

# FORMA ÚNICA 2017

**Liquidador / Revisor**

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

**2017**

PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2017 O AÑO COMENZADO EL
1 de enero de 2017 Y TERMINADO EL 31 de diciembre de 2017

Número de Serie

☐ PLANILLA ENMENDADA
☐ FALLECIDO DURANTE EL AÑO:
   Día   Mes   Año
☐ CONTRIBUYENTE   ☐ CÓNYUGE
☐ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Indique seguro social y fecha de defunción del cónyuge fallecido:
   Día   Mes   Año

**Nombre del Contribuyente:** MARIA   **Inicial:** M   **Apellido Paterno:** MATEO   **Apellido Materno:** TORRES

**Dirección Postal:** HC 4 Box 6045
Coamo PR   00769
Código Postal

**Número de Seguro Social Contribuyente**

Fecha de Nacimiento   Sexo
Día   Mes   Año   ☐ M  ☒ F

Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge   Sexo
Día   Mes   Año   ☐ M  ☐ F

Sello de Recibo

14/04/2018
11:01:48 AM

**Nombre e Inicial del Cónyuge**   **Apellido Paterno**   **Apellido Materno**

**Dirección Residencial Completa** (Barrio o Urbanización, Número, Calle)
HC 4 Box 6045

Coamo PR   Código Postal 00769

Teléfono Residencia (787) 320-2858
Teléfono del Trabajo

Correo Electrónico (E-Mail) mariamateo20@gmail.com

CAMBIO DE DIRECCIÓN: ☐ Sí  ☒ No
SOLICITÓ PRÓRROGA: ☐ Sí  ☒ No   CONTRATO GOBIERNO: ☐ Contribuyente ☐ Cónyuge

## Cuestionario

- A. ☒ Sí ☐ No ¿Ciudadano de Estados Unidos? (Véanse instrucciones)
- B. ☒ Sí ☐ No ¿Residente de Puerto Rico durante todo el año?
  Si contestó "No", indique una de las siguientes:
  1. ☐ Fecha de mudanza a P.R. (Día___ Mes___ Año___)
  2. ☐ Fecha de mudanza fuera de P.R. (Día___ Mes___ Año___)
  3. ☐ No residente durante todo el año
- C. ☐ Sí ☒ No ¿Generó ingresos fuera del período de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "Sí", indique la cantidad):
  1. ☐ Atribuible al contribuyente $_____
  2. ☐ Atribuible al cónyuge $_____
- D. ☐ Sí ☒ No ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)
- E. ☐ Sí ☒ No ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)
- F. ☐ Sí ☒ No ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal?
- G. ☐ Sí ☒ No ¿Militar activo en zona de combate durante el año contributivo? (Fecha en que cesó en el servicio: Día___ Mes___ Año___)
- H. ☐ Sí ☒ No ¿Médico cualificado bajo la Ley 14-2017?
  1. ☐ Contribuyente (Núm. decreto _____)
  2. ☐ Cónyuge (Núm. decreto _____)

**FUENTE DE MAYOR INGRESO:**
1. ☒ Empleado del Gobierno, Municipios o Corporaciones Públicas   4. ☐ Retirado/Pensionado
2. ☐ Empleado del Gobierno Federal   5. ☐ Trabajo Cuenta Propia (Indique la industria o negocio principal)
3. ☐ Empleado de Empresa Privada   6. ☐ Otro _____

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ☐ Casado
   (Ennegrezca aquí ☐ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
   ☒ Contribuyente individual
   (Ennegrezca e indique nombre y seguro social del cónyuge si es:
   ☐ Casado con capitulaciones de total separación de bienes
   ☐ Casado que no vivía con su cónyuge)
3. ☐ Casado que rinde por separado
   (Indique nombre y seguro social del cónyuge arriba)

Ocupación del contribuyente **Maestro de Escuela**   **6110**

Ocupación del cónyuge _____

**PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

## Reintegro

1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 29. Indique distribución en las líneas A, B, C y D) ... (01) **142**
   A) Acreditar a la contribución estimada 2018 ... (02)
   B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ... (03)
   C) Aportación al Fondo Especial para la Universidad de Puerto Rico ... (04)
   D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) ... (05) **142**

## Pago

2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 29) ... (06)
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ... (07)
   (b) Intereses ... (08) 00
   (c) Recargos _____ y Penalidades _____ ... (09) 00
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a) más líneas 3(b) y 3(c)) ... (10)

## Depósito

**AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO**

Tipo de cuenta: ☒ Cheques ☐ Ahorros

Número de ruta/tránsito: 0 2 1 5 0 2 0 1 1
Número de su cuenta: 0 7 2 1 0 9 6 8 8

Cuenta a nombre de: **MARIA MATEO TORRES**
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

**Firma del Contribuyente:** ✓ FIRMADA ELECTRONICAMENTE   **Fecha:** 14/04/2018
**Firma del Cónyuge:** _____   **Fecha:** _____

(04) **Nombre del Especialista (Letra de Molde):** LUIS A TORRES
**Nombre de la Firma o Negocio:** TORRES ASSOCIATES

**Firma del Especialista:** ✓ FIRMADA ELECTRONICAMENTE   **Fecha:** 14/04/2018
Especialista por cuenta propia (ennegrezca aquí) ☐   **Número de Registro:** 19571

**NOTA AL CONTRIBUYENTE:** Indique si hizo pagos por la preparación de su planilla: ☒ Sí ☐ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Conf. 04142018104D828CF21458957   Período de Conservación: Diez (10) años   PRSoft, Inc. (www.prsoft.c)

Formulario 482 Rev. 23 oct 18

| Liquidador | Revisor | 2018 | GOBIERNO DE PUERTO RICO DEPARTAMENTO DE HACIENDA | 2018 | Número de Serie |

**PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS**
AÑO CONTRIBUTIVO 2018 O AÑO COMENZADO EL
01 de ene. de 2018 Y TERMINADO EL 31 de dic. de 2018

R G RO V1 V2 P1 P2 N D1 D2 E A M

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: __/__/__
    ○ CONTRIBUYENTE  ○ CÓNYUGE
○ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Indique seguro social y fecha de defunción del cónyuge fallecido: Día Mes Año)

**Nombre del Contribuyente:** MARIA **Inicial:** M **Apellido Paterno:** MATEO **Apellido Materno:** TORRES

**Número de Seguro Social Contribuyente**

**Dirección Postal:** HC 4 Box 6045
Coamo PR  **Código Postal** 00769

Fecha de Nacimiento  Sexo ○M ⊗F
Día Mes Año
Número de Seguro Social Cónyuge

Sello de Recibido

12/04/2019 6:08:36 PM

**Nombre e Inicial del Cónyuge** **Apellido Paterno** **Apellido Materno**

Fecha de Nacimiento del Cónyuge  Sexo ○M ○F
Día Mes Año

**Dirección Residencial Completa** (Barrio o Urbanización, Número, Calle):
HC 4 Box 6045
Coamo PR  **Código Postal** 00769

Teléfono Residencia ( 787 ) 320 - 2858
Teléfono del Trabajo ( )
CAMBIO DE DIRECCIÓN: ○ Sí ⊗ No

Correo Electrónico (E-Mail): torresmateomaria7@gmail.com

SOLICITÓ PRÓRROGA: ○ Sí ⊗ No   CONTRATO GOBIERNO: ○ Contribuyente  ○ Cónyuge

**Cuestionario**

SÍ NO
A. ⊗ ○ ¿Ciudadano de Estados Unidos? (Véanse instrucciones)
B. ⊗ ○ ¿Residente de Puerto Rico durante todo el año?
Si contestó "No", indique una de las siguientes:
  1. ○ Fecha de mudanza a P.R. (Día___ Mes___ Año___)
  2. ○ Fecha de mudanza fuera de P.R. (Día___ Mes___ Año___)
  3. ○ No residente durante todo el año
C. ○ ⊗ ¿Generó ingresos fuera del período de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "SÍ", indique la cantidad):
  1. ○ Atribuible al contribuyente $_____
  2. ○ Atribuible al cónyuge $_____
D. ○ ⊗ ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)
E. ○ ⊗ ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)
F. ○ ⊗ ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal?
G. ○ ⊗ ¿Militar activo en zona de combate durante el año contributivo? (Fecha en que cesó en el servicio: Día___ Mes___ Año___)
H. ○ ⊗ ¿Médico cualificado bajo la Ley 14-2017?
  1. ○ Contribuyente (Núm. decreto _____)
  2. ○ Cónyuge (Núm. decreto _____)

**I. FUENTE DE MAYOR INGRESO:**
1. ⊗ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro _____

**J. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ○ Casado
(Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ⊗ Contribuyente individual
(Ennegrezca e indique nombre y seguro social del cónyuge si es:
○ Casado con capitulaciones de total separación de bienes
○ Casado que no vivía con su cónyuge
3. ○ Casado que rinde por separado
(Indique nombre y seguro social del cónyuge arriba)

Ocupación del contribuyente: **Maestro de Escuela**  6110
Ocupación del cónyuge: _____

**PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

**Reintegro**
1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 29, indique distribución en las líneas A, B, C y D) ...... (01) 0|00
   A) Acreditar a la contribución estimada 2019 ...... (02) 0|00
   B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ...... (03) 0|00
   C) Aportación al Fondo Especial para la Universidad de Puerto Rico ...... (04) 0|00
   D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) ...... (05) 0|00

**Pago**
2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 29) ...... (06) 99|00
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ...... (07) 0|00
   (b) Intereses ...... (08) 0|00
   (c) Recargos __0__ y Penalidades __0__ ...... (09) 0|00
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a) más líneas 3(b) y 3(c)) ...... (10) 99|00

**Depósito**
AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO
Tipo de cuenta: ○ Cheques  ○ Ahorros
Número de ruta/tránsito: ☐☐☐☐☐☐☐☐☐
Número de su cuenta: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐
Cuenta a nombre de _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

**Firma del Contribuyente:** Firmada Electrónicamente  **Fecha:** 12/04/2019
**Firma del Cónyuge:** ✓  **Fecha:**

04 Nombre del Especialista (Letra de Molde)   Nombre de la Firma o Negocio

Firma del Especialista ✓  Fecha   Especialista por cuenta propia (ennegrezca aquí) ○   Número de Registro

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ○ Sí  ⊗ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.
Período de Conservación: Diez (10) años

NÚMERO DE CONFIRMACION: 041220191023FC68EA2240591

Reproducido por CEGsoft (www.cegsoft.c...)