Formulario
Form 499R-2/W-2 PR
Rev. 05.04

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| | | INFORMACION PARA EL<br>DEPARTAMENTO DE<br>HACIENDA<br>DEPARTMENT OF THE<br>TREASURY INFORMATION | INFORMACION PARA EL<br>SEGURO SOCIAL<br>SOCIAL SECURITY<br>INFORMATION |
|---|---|---|---|
| 1. Nombre - First Name<br>MARIA | 3. Núm. Seguro Social<br>Social Security No. | 8. Sueldos - Wages<br>29,505.46 | 17. Total Sueldos Seguro Social<br>Social Security Wages<br>0.00 |
| 2. Apellido(s) - Surname(s)<br>MATEO TORRES | 4. Estado Civil - Civil Status<br>Soltero □ Casado □<br>Single      Married | 9. Comisiones - Commissions<br>0.00 | 18. Seguro Social Retenido<br>Social Security Tax Withheld<br>0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address<br>HC 2 BOX 6045<br>COAMO, PR 00769-9628 | 5. Núm. Seguro Social Cónyuge<br>Spouse's Social Security No. | 10. Concesiones - Allowances<br>0.00 | 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br>29,505.46 |
| | 6. Núm. de Ident. Patronal<br>Employer's Ident. No. (EIN)<br>660433481 | 11. Propinas - Tips<br>0.00 | 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld<br>427.83 |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br>L80021505526 S RIVERA<br>DEPT DE EDUCACION-MAESTROS<br>AVENIDA TENIENTE CESAR GONZALE<br>ESQUINA CALAF<br>HATO REY, PR 00919 | 7. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity | 12. Total=8+9+10+11<br>29,505.46 | 21. Propinas Seguro Social<br>Social Security Tips<br>0.00 |
| | Copia B para Planilla<br>del Empleado<br>Copy B for Employee's<br>Tax Return | 13. Gastos Reembolsados<br>Reimbursed Expenses<br>0.00 | 22. Seguro Social no Retenido<br>en Propinas - Uncollected<br>Social Security on Tips<br>0.00 |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | Año:<br>Year: 2004 | 14. Cont. Retenida - Tax Withheld<br>1,602.04 | |
| Fecha de Case de Operaciones<br>Cease of Operations Date | | 15. Fondo de Retiro<br>Retirement Fund<br>2,462.52 | 23. Contrib. Medicare no Retenida<br>en Propinas - Uncollected<br>Medicare Tax on Tips<br>0.00 |
| Número de Control - Control Number<br>39190201 | | 16. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br>0.00 | 0.00 |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau

Corte aquí

Reproducido por: Departamento de Hacienda

Formulario
Form 499R-2/W-2 PR
Rev. 05.05

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | INFORMACION PARA EL<br>DEPARTAMENTO DE<br>HACIENDA<br>DEPARTMENT OF THE<br>TREASURY INFORMATION | INFORMACION PARA EL<br>SEGURO SOCIAL<br>SOCIAL SECURITY<br>INFORMATION |
|---|---|---|
| 1. Nombre-First Name<br>MARIA | 3. Núm. Seguro Social<br>Social Security No. | 7. Sueldos - Wages<br><br>31639.45 | 17. Total Sueldos Seguro Social<br>Social Security Wages<br><br>0.00 |
| 2. Apellido(s) - Surname(s)<br>MATEO TORRES | 4. Estado Civil - Civil Status<br>Soltero ☐   Casado ☐<br>Single      Married | 8. Comisiones - Commissions<br><br>0.00 | 18. Seguro Social Retenido<br>Social Security Tax Withheld<br><br>0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address<br>HC 2 BOX 6045<br><br>COAMO, PR 00769-9628 | 5. Núm. de Ident. Patronal<br>Employer's Ident. No. (EIN)<br>660433481 | 9. Concesiones - Allowances<br><br>0.00 | 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br><br>31639.45 |
| | 6. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity<br><br>0.00 | 10. Propinas - Tips<br><br>0.00 | 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld<br><br>458.77 |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br>L800215052 6 S RIVERA<br>DEPT DE EDUCACION-MAESTROS<br>AVENIDA TENIENTE CESAR GONZALE<br>ESQUINA CALAF<br>HATO REY, PR 00919 | | 11. Total=7+8+9+10<br><br>31639.45 | 21. Propinas Seguro Social<br>Social Security Tips<br><br>0.00 |
| | Copia C para Récord<br>del Empleado<br>Copy C for Employee's<br>Records | 12. Gastos Reembolsados<br>Reimbursed Expenses<br><br>0.00 | 22. Seguro Social no Retenido<br>en Propinas - Uncollected<br>Social Security on Tips<br><br>0.00 |
| | | 13. Cont. Retenida - Tax Withheld<br><br>1830.58 | |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | | 14. Fondo de Retiro<br>Retirement Fund<br><br>2597.52 | |
| Fecha de Cese de Operaciones<br>Cease of Operations Date | Año:<br>Year: 2005 | 15. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br><br>0.00 | 23. Contrib. Medicare no Retenida<br>en Propinas - Uncollected<br>Medicare Tax on Tips<br><br>0.00 |
| Número de Control - Control Number<br>50613439 | | 16. Salarios bajo Ley Núm. 324 de 2004<br>Salaries under Act No. 324 of 2004<br><br>0.00 | |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas

Reproducido por: Departamento de Hacienda

mulario 482  Rev., 09.06

# FORMA LARGA

| Liquidador | | | | | | | | Revisor | | |
|---|---|---|---|---|---|---|---|---|---|---|
| G | RO | V1 | V2 | P1 | P2 | N | D | E | A | M |

○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

**2006** ESTADO LIBRE ASOCIADO DE PUERTO RICO **2006**
DEPARTAMENTO DE HACIENDA
**PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS**
AÑO CONTRIBUTIVO 2006 O AÑO COMENZADO EL
*1* de *enero* de *06* TERMINADO EL *31* de *Dic* de *06*

Número de Serie

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO: ___/___/___ (Día Mes Año)

Sello de Pago

**Nombre del Contribuyente** *María*  **Inicial**  **Apellido Paterno** *MATEO*  **Apellido Materno** *TORRES*

Número de Seguro Social Contribuyente

**Dirección Postal** *HC. 02. Box 6045*
*Coamo. PR  Código Postal 00769*

Fecha de Nacimiento: Día ___ Mes ___ Año ___
Sexo: ○ M  ● F

Número de Seguro Social Cónyuge

"Coloque la etiqueta engomada (Label) aquí".

**Nombre e Inicial del Cónyuge**  **Apellido Paterno**  **Apellido Materno**

Fecha de Nacimiento del Cónyuge: Día ___ Mes ___ Año ___

Teléfono Residencia ( )

**Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)**

Teléfono del Trabajo ( )

Código Postal

CAMBIO DE DIRECCION
○ Sí  ● No

Número de Recibo:
Importe:

**Correo Electrónico (E-Mail)**

| | SI | NO | |
|---|---|---|---|
| A. | ● | ○ | ¿Ciudadano de Estados Unidos? |
| B. | ● | ○ | ¿Residente de Puerto Rico al finalizar el año? |
| C. | ○ | ● | ¿Ingresos exentos de Lotería de Puerto Rico? |
| D. | ○ | ● | ¿Ingresos de premios de jugadas en Hipódromo? |
| E. | ○ | ● | ¿Otros ingresos exentos de contribución? (Someta Anejo) |
| F. | ○ | ● | ¿Obligación de hacer pagos a ASUME? |

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge arriba)
3. ● Jefe de familia (No para casados)
4. ○ Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

**FUENTE DE MAYOR INGRESO:**
G. ● Empleado del Gobierno, Municipios o Corporaciones Públicas
H. ○ Empleado del Gobierno Federal
I. ○ Empleado de Empresa Privada
Su ocupación *MAESTRA*  Ocupación cónyuge

J. ○ Retirado/Pensionado
K. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

**CONTRATO GOBIERNO**
○ CONTRIBUYENTE  ○ CONYUGE

**PLANILLA 2007**
● ESPAÑOL  ○ INGLES

Sello de Recibido

1 S ABR. 2007

| | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|
| 1. Sueldos, Comisiones, Concesiones y Propinas | | |
| ○○ SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | *1889* 00 | *31,933* 00 |
| | 00 | 00 |
| | 00 | 00 |
| | 00 | 00 |
| ○1 Total de comprobantes con esta planilla .. *1* | *1889* 00 | *31,933* 00 |

| | Contribución Retenida | | Salarios Federales |
|---|---|---|---|
| C- Salarios del Gobierno Federal (Véanse instrucciones) ........ (01) | 00 | (02) | 00 |

2. Otros Ingresos (o Pérdidas):
| | | |
|---|---|---|
| A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) ............... (03) | | 00 |
| B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) .......... (04) | | 00 |
| C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) .............. (05) | | 00 |
| D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, líneas 1A a la 1C, según aplique) (06) | | 00 |
| E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3D) ............. (07) | | 00 |
| F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) ............ (08) | | 00 |
| G) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1E) ............. (09) | | 00 |
| H) Ingresos misceláneos (Someta Anejo F Individuo) ............... (10) | | 00 |
| I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) .......... (11) | | 00 |
| J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) .......... (12) | | 00 |
| K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ............. (13) | | 00 |
| L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____ ) (14) ......... (15) | | 00 |
| M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) .............. (16) | | 00 |
| N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) .............. (17) | | 00 |
| O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) ............ (18) | | 00 |
| P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) ............ (19) | | 00 |
| Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) ........... (20) | | 00 |
| R) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) ............ (21) | | 00 |
| 3. Total Ingreso Bruto (Sume líneas 1B, 1C y 2A a la 2R) ............... (22) | *31,933* | 00 |
| 4. Pensión Pagada por Divorcio o Separación (seg. soc. del que la recibe: _____ )(23) (Núm. sentencia _____ )(24) (25) | | 00 |
| 5. Ingreso Bruto Ajustado (Línea 3 menos línea 4) ............... (30) | *31,933* | 00 |

Período de Conservación: Diez (10) años

Iulario 482   Rev.   10.07

## FORMA LARGA

| Liquidador | | | | | | Revisor | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M | | |

○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

**2007**   ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA   **2007**
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2007 O AÑO COMENZADO EL
*1* de *enero* de *07* Y TERMINADO EL *31* de *DIC* de *07*

Número de Serie

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO: _/_/_ Día Mes Año

Sello de Pago

nbre del Contribuyente   Inicial   Apellido Paterno   Apellido Materno

*MARIA*   *MATEO   TORRES*

ección Postal

*HC-02-BOX-6045*

*COAMO, P.R*   Código Postal *00769*

"Coloque la etiqueta engomada (Label) aquí".

re e Inicial del Cónyuge   Apellido Paterno   Apellido Materno

ción Residencial Completa (Barrio o Urbanización, Número, Calle)

Código Postal

o Electrónico (E-Mail)

Número de Seguro Social Contribuyente

Fecha de Nacimiento   Sexo
Día   Mes   Año   ○ M   ● F
Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge
Día   Mes   Año
Teléfono Residencia
(   )   -
Teléfono del Trabajo
(   )   -

CAMBIO DE DIRECCION
○ Si   ● No

Número de Recibo: _____
Importe: _____

| SI | NO | |
|---|---|---|
| A. ● ○ | ¿Ciudadano de Estados Unidos? |
| B. ● ○ | ¿Residente de Puerto Rico al finalizar el año? |
| C. ○ ● | ¿Ingresos exentos de Lotería de Puerto Rico? |
| D. ○ ● | ¿Ingresos de premios de jugadas en Hipódromo? |
| E. ○ ● | ¿Otros ingresos exentos de contribución? **(Someta Anejo)** |
| F. ○ ● | ¿Obligación de hacer pagos a **ASUME**? |

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia)
   (Indique nombre y seguro social del cónyuge arriba)
3. ● Jefe de familia (No para casados)
4. ○ Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

**FUENTE DE MAYOR INGRESO:**
G. ● Empleado del Gobierno, Municipios o Corporaciones Públicas
H. ○ Empleado del Gobierno Federal
I. ○ Empleado de Empresa Privada

Su ocupación *MAESTRA*

J. ○ Retirado/Pensionado
K. ○ Trabajo Cuenta Propia (Indique la
   industria o negocio principal)

Ocupación cónyuge

**CONTRATO GOBIERNO**
○ CONTRIBUYENTE   ○ CONYUGE

**PLANILLA 2008**
● ESPAÑOL   ○ INGLES

do Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
1166-Colecturia Coamo
RECIBIDO
APR 15 2008
SIN PAGO
SECRETARIO DE HACIENDA

Sello de Recibido

| | | A-Contribución Retenida | | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|---|---|
| 1. Sueldos, Comisiones, Concesiones y Propinas | | | | |
| **00** SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | | *1,449* 00 | | *32,560* 00 |
| | | 00 | | 00 |
| | | 00 | | 00 |
| | | 00 | | 00 |
| **01** Total de comprobantes con esta planilla .. | *1* | *1,449* 00 | | *32,560* 00 |

Contribución Retenida   Salarios Federales

| | | Contribución Retenida | Salarios Federales |
|---|---|---|---|
| C- Salarios del Gobierno Federal (Véanse instrucciones) ............ (01) | | 00 | (02) 00 |
| 2. Otros Ingresos (o Pérdidas): | | | |
| A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) ............ (03) | | | 00 |
| B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) ............ (04) | | | 00 |
| C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) ............ (05) | | | 00 |
| D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) ............ (06) | | | 00 |
| E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) ............ (07) | | | 00 |
| F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) ............ (08) | | | 00 |
| G) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1D) ............ (09) | | | 00 |
| H) Ingresos misceláneos (Someta Anejo F Individuo) ............ (10) | | | 00 |
| I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) ............ (11) | | | 00 |
| J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ............ (12) | | | 00 |
| K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ............ (13) | | | 00 |
| L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____ ) (14) ............ (15) | | | 00 |
| M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) ............ (16) | | | 00 |
| N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) ............ (17) | | | 00 |
| O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) ............ (18) | | | 00 |
| P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) ............ (19) | | | 00 |
| Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) ............ (20) | | | 00 |
| R) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) ............ (21) | | | 00 |
| 3. Total Ingreso Bruto (Sume líneas 1B, 1C y 2A a la 2R) ............ (22) | | | *32,560* 00 |
| 4. Pensión Pagada por Divorcio o Separación (seg. soc. del que la recibe: _____ )(23) (Núm. sentencia _____ ) (24) (25) | | | 00 |
| 5. Ingreso Bruto Ajustado (Línea 3 menos línea 4) ............ (30) | | | *32,560* 00 |

Periodo de Conservación: Diez (10) años

nulario 482  Rev.  11.08

## FORMA LARGA

| Liquidador | Revisor |
|---|---|

| G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|

○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

**2008**
ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
**2008**
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2008 O AÑO COMENZADO EL
_1_ de _enero_ de _08_ Y TERMINADO EL _31_ de _dic_ de _08_

Número de Serie

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO: _/_ _/_  Dia Mes Año

Sello de Pago

Número de Seguro Social Contribuyente

Fecha de Nacimiento    Sexo
Dia  Mes  Año    ○ M  ● F

Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge
Dia  Mes  Año

Teléfono Residencia  (   )

Teléfono del Trabajo  (   )

CAMBIO DE DIRECCION  ○ Si  ○ No

Número de Recibo: _____
Importe:

I01555 S1788 P1 ·············5-DIGIT 00769
MATEO TORRES,MARIA          M25OH
HC 2 BOX 6045            L E
COAMO PR 00769

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

Código Postal

Correo Electrónico (E-Mail)

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia)
   (Indique nombre y seguro social del cónyuge arriba)
3. ● Jefe de familia (No para casados)
4. ○ Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

**Encasillado 1**

| | SI | NO | |
|---|---|---|---|
| A. | ● | ○ | ¿Ciudadano de Estados Unidos? |
| B. | ● | ○ | ¿Residente de Puerto Rico al finalizar el año? |
| C. | ○ | ● | ¿Ingresos exentos de Lotería de Puerto Rico? |
| D. | ○ | ● | ¿Ingresos de premios de jugadas en Hipódromo? |
| E. | ○ | ● | ¿Otros ingresos exentos de contribución? (Someta Anejo) |
| F. | ○ | ● | ¿Obligación de hacer pagos a ASUME? |

J. ○ Retirado/Pensionado
K. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

**CONTRATO GOBIERNO**
○ CONTRIBUYENTE  ○ CONYUGE

**PLANILLA 2009**
● ESPAÑOL  ○ INGLES

**FUENTE DE MAYOR INGRESO:**
G. ● Empleado del Gobierno, Municipios o Corporaciones Públicas
H. ○ Empleado del Gobierno Federal
I. ○ Empleado de Empresa Privada

Su ocupación _Maestra_    Ocupación cónyuge

○ Ennegrezca aquí si se acoge al cómputo opcional de la contribución en el caso de personas casadas que viven juntas, rinden planilla conjunta y que ambos trabajen. No complete los Encasillados 2 y 3, ni las líneas 15 a la 25 del Encasillado 4, y pase al Anejo CO Individuo.

Sello de Recibido

**1.** Sueldos, Comisiones, Concesiones y Propinas

● SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique).

**01** Total de comprobantes con esta planilla .. **01**

C- Salarios del Gobierno Federal (Véanse instrucciones) (01)

| | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|
| | 1273 | 32,506 |
| | 00 | 00 |
| | 00 | 00 |
| | 00 | 00 |
| | 00 | 00 |
| | Contribución Retenida  1,273 | 32,506 |
| | 00 | Salarios Federales |
| (01) | 00 | |
| | | (02) 00 |

**Encasillado 2**

**2. Otros Ingresos (o Pérdidas):**

| | | |
|---|---|---|
| A) | Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) | (03) 00 |
| B) | Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) | (04) 00 |
| C) | Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) | (05) 00 |
| D) | Participación distribuible en distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) | (06) 00 |
| E) | Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) | (07) 00 |
| F) | Dividendos de corporaciones y distribuciones de sociedades de individuos (Someta Anejo F Individuo) | (08) 00 |
| G) | Participación distribuible en beneficios de corporaciones de individuos (Anejo F Individuo, Parte V, líneas 1C y 1D) | (09) 00 |
| H) | Distribuciones de Planes Gubernamentales (Someta Anejo F Individuo) | (10) 00 |
| I) | Ingresos misceláneos (Someta Anejo F Individuo) | (11) 00 |
| J) | Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) | (12) 00 |
| K) | Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) | (13) 00 |
| L) | Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) } (14) | (15) 00 |
| M) | Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____ ) | (16) 00 |
| N) | Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) | (17) 00 |
| O) | Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) | (18) 00 |
| P) | Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) | (19) 00 |
| Q) | Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) | (20) 00 |
| R) | Ganancia (o pérdida) atribuible a la venta o permuta de activos de capital (Someta Anejo D Individuo) | (21) 00 |
| S) | Ganancia (o pérdida) en la venta o permuta de activos de capital (Someta Anejo D Individuo) | (22) 00 |
| | Planes cualificados y Contratos de Anualidad Variable (Someta Anejo D Individuo) | (23) 32,506 |
| | Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) | (25) (26) 00 |

**3. Total Ingreso Bruto** (Sume líneas 1B, 1C y 2A a la 2S) ........................... )(24) (Núm. sentencia _____ )

**4. Pensión Pagada por Divorcio o Separación** (seg. soc. del que la recibe: _____ (30) 32,506

**5. Ingreso Bruto Ajustado** (Línea 3 menos línea 4)

Período de Conservación: Diez (10) años

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez , Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 06/15/2009 |
| Hasta: | 06/26/2009 |

| | |
|---|---|
| Aviso #: | 51269 |
| Fecha Aviso: | 06/30 |

| | |
|---|---|
| **MARIA M MATEO TORRES** | |
| HC 2 BOX 6045 | |
| COAMO, PR 00769-9628 | |

| | |
|---|---|
| # Empleado: | |
| Dept: | 8005021-Ponce Coamo |
| Lugar: | Susana Rivera |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,705.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married claiming 1/2 |
| Concesiones: | 0 | 3 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| | | Corriente | | Acumulado | | |
|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | |
| Pago de Salarios Regulares | | | 1,352.50 | 732.00 | 16,230.00 | |
| Licencia Enfermedad en Exceso | | | 0.00 | | 17.48 | |
| **Total:** | | | **1,352.50** | **732.00** | **16,247.48** | |

## IMPUESTOS

| Descripcion | Corriente | Acum |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 19.61 | 23 |
| PR Withholding | 51.83 | 62 |
| **Total:** | **71.44** | **8** |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 121.73 | 1,460.76 |
| **Total:** | **121.73** | **1,460.76** |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Pres Cult- Ret Maestros | 50.49 | 605.88 |
| RM-Prest Pers De Cuota-Ret Mae | 263.62 | 3,163.44 |
| AE-Asoc Emp ELA-Prest Regular | 144.03 | 1,728.36 |
| SM-First Medical Health Plan | 127.50 | 1,530.00 |
| CO-COOP MAESTRO PR | 5.00 | 40.00 |
| SC-TRANS OCEANIC LIFE | 26.10 | 313.20 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 102.00 |
| Ahorros-AEELA | 40.58 | 486.96 |
| **Total:** | **665.82** | **7,969.84** |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumu |
|---|---|---|
| SM-First Medical Health Plan | 120.00 | 7. |
| GPR Plan de Retiro de Maestro | 114.96 | 1,3 |
| FSED Disability Plan | 22.99 | 2 |

\* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA |
|---|---|---|---|---|---|
| Corriente: | 1,352.50 | 0.00 | 71.44 | 787.55 | 4 |
| Acumulado: | 16,247.48 | 0.00 | 858.95 | 9,430.60 | 59 |

## PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5126944 | 4 |
| **Total:** | 4 |

**MENSAJE:**

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
06/30/2009

Aviso N
5126944

**Cant. Deposito:** $493.51

**A la Cuenta(s) De**

**MARIA M MATEO TORRES**
HC 2 BOX 6045
COAMO, PR 00769-9628

Localizacion: Susana Rivera

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Dep |
|---|---|---|
| Checking | 072109688 | S |
| **Total:** | | S |

# NO-NEGOCIABLE

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez  . Esquina Calaf
HATO REY, PR  00919

| | | |
|---|---|---|
| Tipo de Pago: | SM -Quincenal | Aviso #: 9453109 |
| Desde: | 02/19/2010 | Fecha Aviso: 02/26/2010 |
| Hasta: | 03/04/2010 | |

**MARIA M MATEO TORRES**
HC 2 BOX 6045
COAMO, PR  00769-9628

| # Empleado: | |
|---|---|
| Dept: | 8005021-Ponce Coamo |
| Lugar: | Susana Rivera |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,705.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married claiming 1/2 |
| Concesiones: | 0 | 3 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS / IMPUESTOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos | Descripcion | Corriente | Acumul |
|---|---|---|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,352.50 | 240.00 | 5,410.00 | Fed FICA Med Hospital Ins / EE | 19.62 | 78. |
| | | | | | | PR Withholding | 51.83 | 207. |
| Total: | | | 1,352.50 | 240.00 | 5,410.00 | Total: | 71.45 | 285. |

## DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumula |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 121.73 | 486.92 | RM-Pres Cult- Ret Maestros | 50.49 | 201.96 | SM-First Medical Health Plan | 120.00 | 240 |
| | | | RM-Prest Pers De Cuota-Ret Mae | 263.62 | 1,054.48 | GPR Plan de Retiro de Maestro | 114.96 | 459 |
| | | | AE-Asoc Emp ELA-Prest Regular | 158.17 | 632.68 | FSED Disability Plan | 22.99 | 91 |
| | | | SM-First Medical Health Plan | 127.50 | 510.00 | | | |
| | | | CO-COOP MAESTRO PR | 5.00 | 20.00 | | | |
| | | | SC-TRANS OCEANIC LIFE | 26.10 | 104.40 | | | |
| | | | AS-ASOC MAESTROS DE P.R. | 8.50 | 34.00 | | | |
| | | | Ahorros-AEELA | 40.58 | 162.32 | | | |
| Total: | 121.73 | 486.92 | Total: | 679.96 | 2,719.84 | * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA N |
|---|---|---|---|---|---|
| Corriente: | 1,352.50 | 0.00 | 71.45 | 801.69 | 479 |
| Acumulado: | 5,410.00 | 0.00 | 285.77 | 3,206.76 | 1,917 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA
| | |
|---|---|
| Aviso #9453109 | 479 |
| Total: | 479 |

MENSAJE:

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR  00919

Fecha
**02/26/2010**

Aviso No.
**9453109**

**Cant. Deposito:**  $479.36

**A la Cuenta(s) De**

**MARIA M MATEO TORRES**
HC 2 BOX 6045
COAMO, PR  00769-9628

Localizacion: Susana Rivera

### DISTRIBUCION DE DEPOSITO DIRECTO
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposi |
|---|---|---|
| Checking | 072109688 | $479 |
| Total: | | $479 |

## NO-NEGOCIABLE

Formulario 481   Rev. 27 oct 11

# FORMA CORTA

| Liquidador | Revisor |
|---|---|

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

**2011**   GOBIERNO DE PUERTO RICO   **2011**
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2011 O AÑO COMENZADO EL
1 de enero de 2011 Y TERMINADO EL 31 de diciembre de 2011

Número de Serie
**1998103**

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO:   Día  Mes  Año
○ CONTRIBUYENTE   ○ CONYUGE

| Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| MARÍA | | MATEO | TORRES |

Dirección Postal
HC 2 Box 6045

Coamo          PR          Código Postal 00769-0000

"Coloque la etiqueta engomada (Label) aquí".

| Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno |
|---|---|---|

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
HC 2 Box 6045

Coamo          PR          Código Postal 00769-0000

Correo Electrónico (E-Mail) PLANILLASGABBY@YAHOO.COM

Número de Seguro Social Contribuyente

| Fecha de Nacimiento | Sexo |
|---|---|
| Día  Mes  Año | ○ M  (X) F |

Número de Seguro Social Cónyuge

| Fecha de Nacimiento del Cónyuge | Sexo |
|---|---|
| Día  Mes  Año | ○ M  ○ F |

Teléfono Residencia
7870000000

Teléfono del Trabajo

Sello de Recibido

07-04-2012 06:11:28 PM

CAMBIO DE DIRECCION: ○ Si (X) No   PLANILLA 2012: (X) ESPAÑOL   ○ INGLES

## Cuestionario

| | SI | NO | |
|---|---|---|---|
| A. | (X) | ○ | ¿Ciudadano de Estados Unidos? |
| B. | (X) | ○ | ¿Residente de Puerto Rico al finalizar el año? |
| C. | ○ | (X) | ¿Otros ingresos excluidos o exentos de contribución?
(Someta Anejo IE individuo) |

D. FUENTE DE MAYOR INGRESO:
1. (X) Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado

Su ocupación  Maestro de Escuela  [6110]   Ocupación cónyuge _____

E. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:

1. ○ Casado
(Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)

2. (X) Contribuyente individual
(Ennegrezca aquí ○ si es casado con capitulaciones de total separación de bienes e indique nombre y seguro social del cónyuge arriba)

3. ○ Casado que rinde separado
(Indique nombre y seguro social del cónyuge arriba)

PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

## Reintegro

| | | |
|---|---|---|
| 1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 1, línea 14. Indique distribución en las líneas A, B y C) .......... **(01)** | (01) | 564 00 |
| A) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ......... | (02) | 0 00 |
| B) Aportación al Fondo Especial para la Universidad de Puerto Rico ......... | (03) | 0 00 |
| C) REINTEGRAR (Si desea que se le deposite el reintegro directamente en su cuenta, complete el Encasillado de Depósito) .......... | (04) | 564 00 |

## Pago

| | | |
|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 1, línea 14) ......... | (05) | 0 00 |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ......... | (06) | 0 00 |
| (b) Intereses ......... (07) 0 00 | | |
| (c) Recargos 0  y Penalidades 0 ......... (08) 0 00 | | |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) ......... | (10) | 0 00 |

## Depósito

AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO

| Tipo de cuenta | Número de ruta/tránsito | Número de su cuenta |
|---|---|---|
| ○ Cheques   ○ Ahorros | | |

Cuenta a nombre de: _____  y  _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que la información incluida en esta planilla, anejos y documentos que se acompañan, ha sido examinada por mí y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| ✓ Firmada Electrónicamente | 07-04-2012 | ✓ | |

| Nombre del Especialista (Letra de Molde) | Nombre de la Firma o Negocio |
|---|---|
| **04** GABBY A ORTIZ HERNANDEZ | GABBY A ORTIZ HERNANDEZ |

| Número de Registro | Número de Identificación Patronal | Especialista por cuenta propia (ennegrezca aquí) (X) | Firma del Especialista | Fecha |
|---|---|---|---|---|
| 010480 | 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 | | Firmada Electrónicamente | 07-04-2012 |

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: (X) Si  ○ No. Si contestó "Si", exija la firma y el número de registro del Especialista

Número confirmación:   040720120981967507199810   Período de Conservación: Diez (10) años

Formulario 481  Rev. 29 oct 12

# FORMA CORTA

| Liquidado | Revisor |
|---|---|
| P1 S R6 V1 V2 21 P2 N D1 D2 E A M | |

**2012**  GOBIERNO DE PUERTO RICO  DEPARTAMENTO DE HACIENDA  **2012**
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2012 O AÑO COMENZADO EL
1  de  enero  de 2012 Y TERMINADO EL  31  de  diciembre  de 2012

◯ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

Número de Serie

⬚ PLANILLA ENMENDADA
◯ FALLECIDO DURANTE EL AÑO: __/__/__  Dia  Mes  Año
◯ CONTRIBUYENTE   ◯ CONYUGE

Sello de Recibido

| Nombre del Contribuyente: **MARIA** | Inicial | Apellido Paterno: **MATEO** | Apellido Materno: **TORRES** |
|---|---|---|---|

Número de Seguro Social Contribuyente

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Coamo
**COPIA**
10 JUN 2013
SIN PAGO
SECRETARIA DE HACIENDA

Dirección Postal
HC 2 Box 6045

Coamo PR    Código Postal  00769

"Coloque la etiqueta engomada (Label) aquí".

Fecha de Nacimiento   Sexo  ◯ M  ⬚ F
Dia  Mes  Año
Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge   Sexo ◯ M  ◯ F
Dia  Mes  Año

Nombre o Inicial del Cónyuge   Apellido Paterno   Apellido Materno

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
HC 2 Box 6045

Coamo PR    Código Postal  00769

Teléfono Residencia
(787) 320-2858
Teléfono del Trabajo

Correo Electrónico (E-Mail) PLANILLASGABBY@YAHOO.COM

CAMBIO DE DIRECCION: ◯ Si ⬚ No  |  PLANILLA 2013: ⬚ ESPAÑOL  ◯ INGLES

## Cuestionario

SI  NO
A. ⬚ ◯ ¿Ciudadano de Estados Unidos?
B. ⬚ ◯ ¿Residente de Puerto Rico al finalizar el año?
C. ◯ ⬚ ¿Otros ingresos excluidos o exentos de contribución?
(Someta Anejo IE Individuo)

D. FUENTE DE MAYOR INGRESO:
1. ⬚ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ◯ Empleado del Gobierno Federal
3. ◯ Empleado de Empresa Privada
4. ◯ Retirado/Pensionado
5. ◯ Otro _____

Su ocupación  Maestro de Escu  6110   Ocupación cónyuge _____

E. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ◯ Casado
(Ennegrezca aquí ◯ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ⬚ Contribuyente individual
(Ennegrezca e indique nombre y seguro social del cónyuge si es:
◯ Casado con capitulaciones de total separación de bienes
◯ Casado que no vivía con su cónyuge)
3. ◯ Casado que rinde separado
(Indique nombre y seguro social del cónyuge arriba)

PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

## Reintegro

| | | |
|---|---|---|
| 1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 1, línea 14. Indique distribución en las líneas A, B y C) ... **01** | (01) | 645 00 |
| A) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ... | (02) | 00 |
| B) Aportación al Fondo Especial para la Universidad de Puerto Rico ... | (03) | 00 |
| C) REINTEGRAR (Si desea que se le deposite el reintegro directamente en su cuenta, complete el Encasillado de Depósito) ... | (04) | 645 00 |

## Pago

| | | |
|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 1, línea 14) ... | (05) | 00 |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ... | (06) | 00 |
| (b) Intereses ... (07) | | 00 |
| (c) Recargos _____ y Penalidades _____ ... (08) | | 00 |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) ... | (10) | 00 |

## Depósito

AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO

Tipo de cuenta   ◯ Cheques  ◯ Ahorros
Número de ruta/tránsito ⬚⬚⬚⬚⬚⬚⬚⬚⬚
Número de su cuenta ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚

Cuenta a nombre de: _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|

Nombre del Especialista (Letra de Molde)
**GABBY A ORTIZ HERNANDEZ**

Firma del Especialista     Fecha  7 jun 2013

Nombre de la Firma o Negocio
**ETAX BARRANQUITAS**

Especialista por cuenta propia (ennegrezca aquí) ⬚
Número de Registro  **010480**

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ⬚ Si ◯ No. Si contestó "Sí", exija la firma y el número de registro del Especialista

Periodo de Conservación: Diez (10) años

PRSoft, Inc. (www.prsoft.com)

Formulario 482 Rev. 31 oct 13

| Liquidador | Revisor |
|---|---|

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**2013**   **2013**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
**PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS**
AÑO CONTRIBUTIVO 2013 O AÑO COMENZADO EL

1 de enero de 2013 Y TERMINADO EL 31 de diciembre de 2013

**Número de Serie**

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO: __/__/__ Dia Mes Año

○ CONTRIBUYENTE   ○ CONYUGE

○ CONYUGE SUPERSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO

| Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| MARIA | M | MATEO | TORRES |

Dirección Postal
HC 4 Box 6045

Coamo PR        Código Postal   00769

"Coloque la etiqueta engomada (Label) aquí".

| Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno |
|---|---|---|

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
BO LO LLANOS
CALLE 3 NO. 36
Coamo PR        Código Postal  00769

Correo Electrónico (E-Mail)   mariamateo20@gmail.com

**Número de Seguro Social Contribuyente**

| Fecha de Nacimiento | Sexo |
|---|---|
| Dia   Mes   Año | ○ M  ⊗ F |

Número de Seguro Social Cónyuge

| Fecha de Nacimiento del Cónyuge | Sexo |
|---|---|
| Dia   Mes   Año | ○ M  ○ F |

Teléfono Residencia
(787) 320-2858

Teléfono del Trabajo

Sello de Recibido
Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Tira Colecturia Coamo
RECIBIDO
15 ABR. 2014
SIN PAGO

CAMBIO DE DIRECCION: ○ Si ⊗ No   PLANILLA 2014: ⊗ ESPAÑOL  ○ INGLES

**Cuestionario**
(PLANILLA CON CHEQUE - FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

SI  NO
A. ⊗ ○ ¿Ciudadano de Estados Unidos?
B. ⊗ ○ ¿Residente de Puerto Rico al finalizar el año?
C. ⊗ ○ ¿Otros ingresos excluidos o exentos de contribución?
   (Someta Anejo IE Individuo)
D. ○ ⊗ ¿Individuo residente inversionista?
   (Someta Anejo F1 Individuo)

E. FUENTE DE MAYOR INGRESO:
1. ⊗ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro _____

Su ocupación  Maestro de Escuela   6110   Ocupación cónyuge _____

F. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ○ Casado
   (Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)

2. ⊗ Contribuyente individual
   (Ennegrezca e indique nombre y seguro social del cónyuge si es:
   ○ Casado con capitulaciones de total separación de bienes
   ○ Casado que no vivía con su cónyuge)

3. ○ Casado que rinde separado
   (Indique nombre y seguro social del cónyuge arriba)

CONTRATO GOBIERNO:
○ Contribuyente   ○ Cónyuge

**PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

**Reintegro**

| | | |
|---|---|---|
| 1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 3, línea 28. Indique distribución en las líneas A, B, C y D) ...... **01** | (01) | 360 00 |
| A) Acreditar a la contribución estimada 2014 ...... | (02) | 00 |
| B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ...... | (03) | 00 |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico ...... | (04) | 00 |
| D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) ...... | (05) | 360 00 |

**Pago**

| | | |
|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 3, línea 28) ...... | (06) | 00 |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ...... | (07) | 00 |
| (b) Intereses ...... | (08) | 00 |
| (c) Recargos _____ y Penalidades _____ ...... | (09) | 00 |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) ...... | (10) | 00 |

**AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO**

**Depósito**

Tipo de cuenta   ○ Cheques  ○ Ahorros
Número de ruta/tránsito [   ][   ][   ][   ][   ][   ][   ][   ][   ]
Número de su cuenta [   ][   ][   ][   ][   ][   ][   ][   ][   ][   ][   ][   ][   ][   ][   ][   ][   ]

Cuenta a nombre de: _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

Firma del Contribuyente   Fecha 04/09/14
Nombre del Especialista (Letra de Molde)   **Luis Torres**
Firma del Especialista   Fecha 04/09/14

Firma del Cónyuge   Fecha
Nombre de la Firma o Negocio   **Torres Associates**
Especialista por cuenta propia (ennegrezca aquí) ⊗   Número de Registro **19571**

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ⊗ Si ○ No. Si contestó "Si", exija la firma y el número de registro del Especialista.

Período de Conservación: Diez (10) años

PRSoft, Inc. (www.prsoft.com)

Formulario 482  Rev. 31 oct 14

# FORMA ÚNICA    2014

**Liquidador** | **Revisor**

R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA    **2014**

PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2014 O AÑO COMENZADO EL

1 de enero de 2014 Y TERMINADO EL 31 de diciembre de 2014

Número de Serie

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO:
Día  Mes  Año
○ CONTRIBUYENTE   ○ CÓNYUGE
○ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Indique seguro social del cónyuge fallecido)

**Nombre del Contribuyente** MARIA **Inicial** M **Apellido Paterno** MATEO **Apellido Materno** TORRES

Número de Seguro Social Contribuyente

**Dirección Postal**
HC 4 Box 6045

Coamo PR
Código Postal 00769

Fecha de Nacimiento  Sexo ○M ⊗F
Número de Seguro Social Cónyuge

**Nombre e Inicial del Cónyuge** | Apellido Paterno | Apellido Materno

Fecha de Nacimiento del Cónyuge  Sexo ○M ○F

**Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)**
BO LO LLANOS
CALLE 3 NO. 36
Coamo PR    Código Postal 00769

Teléfono Residencia (787) 320-2858
Teléfono del Trabajo

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
1163-Colecturía Ponce
RECIBIDO
05 ABR. 2015
SIN PAGO
SECRETARIO DE HACIENDA

**Correo Electrónico (E-Mail)** mariamateo20@gmail.com
CAMBIO DE DIRECCIÓN: ○Sí ⊗No

¿UTILIZÓ PROGRAMA PRIVADO PARA LLENAR LA PLANILLA? ⊗Sí ○No
SOLICITÓ PRÓRROGA: ○Sí ⊗No    PLANILLA 2015: ⊗ESPAÑOL ○INGLÉS

## Cuestionario

SI  NO
A. ⊗ ○ ¿Ciudadano de Estados Unidos?
B. ⊗ ○ ¿Residente de Puerto Rico al finalizar el año?
C. ○ ⊗ ¿Otros ingresos excluidos o exentos de contribución?
(Someta Anejo IE Individuo)
D. ○ ⊗ ¿Individuo residente inversionista?
(Someta Anejo F1 Individuo)

E. FUENTE DE MAYOR INGRESO:
1. ⊗ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (indique la industria o negocio principal)
6. ○ Otro _____

F. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ○ Casado
(Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ⊗ Contribuyente individual
(Ennegrezca e indique nombre y seguro social del cónyuge si es:
○ Casado con capitulaciones de total separación de bienes
○ Casado que no vivía con su cónyuge)
3. ○ Casado que rinde por separado
(Indique nombre y seguro social del cónyuge arriba)

COPY

Su ocupación Maestro de Escuela  6110   Ocupación cónyuge _____

CONTRATO GOBIERNO:
○ Contribuyente  ○ Cónyuge

PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

### PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

## Reintegro

1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 28. Indique distribución en las líneas A, B, C y D) ...... ⊙01 (01) | 382 | 00
A) Acreditar a la contribución estimada 2015 .......... (02) | | 00
B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan .......... (03) | | 00
C) Aportación al Fondo Especial para la Universidad de Puerto Rico .......... (04) | | 00
D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) .......... (05) | 382 | 00

## Pago

2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 28) .......... (06) | | 00
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado .......... (07) | | 00
(b) Intereses .......... (08) | | 00
(c) Recargos ____ y Penalidades ____ .......... (09) | | 00
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) .......... (10) | | 00

## Depósito

### AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO

Tipo de cuenta: ○ Cheques  ○ Ahorros
Número de ruta/tránsito
Número de su cuenta

Cuenta a nombre de: _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha

Nombre del Especialista (Letra de Molde) Luis A Torres
Nombre de la Firma o Negocio Torres Associates

Firma del Especialista | Fecha 04/14/15 | Especialista por cuenta propia (ennegrezca aquí) ○ | Número de Registro 19571

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ●Sí ●No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Período de Conservación: Diez (10) años    PRSoft, Inc. (www.prsoft.com)

Case:17-03283-LTS   Doc#:12596-1   Filed:03/25/20   Entered:04/02/20 14:43:15   Desc:
Exhibit   Page 12 of 15

Formulario 482  Rev. 20 oct 15

**FORMA ÚNICA** | **2015** | ESTADO LIBRE ASOCIADO DE PUERTO RICO DEPARTAMENTO DE HACIENDA | **2015**

Número de Serie

| Liquidador | | | | | Revisor | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |

PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2015 O AÑO COMENZADO EL

1 de enero de 2015 Y TERMINADO EL 31 de diciembre de 2015

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO
○ CONTRIBUYENTE ○ CÓNYUGE
○ CÓNYUGE SUPÉRSTITE RINDE DE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Indique seguro social y fecha de defunción del cónyuge fallecido:     Día 0 Mes 0 Año 0

| Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| MARIA | M | MATEO | TORRES |

Dirección Postal
HC 4 Box 6045

Coamo PR                    00769
Código Postal

Fecha de Nacimiento | Sexo ○ M ⊗ F
Número de Seguro Social Contribuyente

Número de Seguro Social Cónyuge

Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno

Fecha de Nacimiento del Cónyuge | Sexo ○ M ○ F
Día Mes Año

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
HC 4 Box 6045

Teléfono Residencia (787) 320-2858
Teléfono del Trabajo

Coamo PR          Código Postal 00769

CAMBIO DE DIRECCIÓN: ○ Sí ⊗ No
SOLICITÓ PRÓRROGA: ○ Sí ⊗ No

Sello de Recibido
09/04/2016
11:57:34 AM

Correo Electrónico (E-Mail) mariamateo20@gmail.com

**Cuestionario**

SI NO
A. ⊗ ○ ¿Ciudadano de Estados Unidos?
B. ⊗ ○ ¿Residente de Puerto Rico durante todo el año?
  Si contestó "No", indique una de las siguientes:
  ○ Fecha de mudanza a P.R. _____
  ○ Fecha de mudanza fuera de P.R. _____
  ○ No residente durante todo el año
C. ○ ⊗ ¿Generó ingresos fuera del periodo de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "Sí", indique la cantidad):
  a) ○ Atribuible al contribuyente $_____
  b) ○ Atribuible al cónyuge $_____
D. ○ ⊗ ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)
E. ○ ⊗ ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)
F. ○ ⊗ ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal?
G. ○ ⊗ ¿Militar activo en zona de combate? (Fecha en que cesó en el servicio:

Su ocupación Maestro de Escuela | 6110 | Ocupación cónyuge

**FUENTE DE MAYOR INGRESO:**
1. ⊗ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro _____

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO**
1. ○ Casado
  (Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ⊗ Contribuyente individual
  (Ennegrezca e indique nombre y seguro social del cónyuge si es:
  ○ Casado con capitulaciones de total separación de bienes
  ○ Casado que no vivía con su cónyuge)
3. ○ Casado que rinde por separado
  (Indique nombre y seguro social del cónyuge arriba)

CONTRATO GOBIERNO:
○ Contribuyente ○ Cónyuge

**PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

**Reintegro**
1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 27. Indique distribución en las líneas A, B, C y D) ... (01) 149
A) Acreditar a la contribución estimada 2016 ... (02) 0
B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ... (03) 0
C) Aportación al Fondo Especial para la Universidad de Puerto Rico ... (04) 0
D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) ... (05) 149

**Pago**
2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 27) ... (06) 0
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ... (07) 0
  (b) Intereses ... (08) 0
  (c) Recargos _____ y Penalidades _____ ... (09) 0
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) ... (10) 0

**Depósito**
AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO
Tipo de cuenta ○ Cheques ○ Ahorros
Número de ruta/tránsito
Número de su cuenta
Cuenta a nombre de: _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| ✓ FIRMADA ELECTRONICAMENTE | 09/04/2016 | ✓ | |

| Nombre del Especialista (Letra de Molde) | | Nombre de la Firma o Negocio | |
|---|---|---|---|
| LUIS TORRES | | TORRES ASSOCIATES | |

| Firma del Especialista | Fecha | Especialista por cuenta propia (ennegrezca aquí) ⊗ | Número de Registro |
|---|---|---|---|
| ✓ FIRMADA ELECTRONICAMENTE | 09/04/2016 | | 19571 |

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ○ Sí ○ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Conf. 04092016100084D0BE1854428 | Periodo de Conservación: Diez (10) años | PRSoft, Inc. (www.prsoft.com)

Formulario 482  Rev. 16 nov 16

## FORMA ÚNICA

| Liquidador | Revisor |
|---|---|

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|----|----|----|----|----|---|----|----|---|---|---|

**2016**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

**2016**

PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2016 O AÑO COMENZADO EL

1 de enero de 2016 Y TERMINADO EL 31 de diciembre de 2016

Número de Serie

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO:
               Día Mes Año
○ CONTRIBUYENTE ○ CÓNYUGE

○ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Indique seguro social y fecha de defunción del cónyuge fallecido:
    Día 0 Mes 0 Año 0

| Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| MARIA | M | MATEO | TORRES |

Dirección Postal
HC 4 Box 6045

Coamo PR

Código Postal 00769

Nombre e inicial del Cónyuge — Apellido Paterno — Apellido Materno

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
HC 4 Box 6045

Coamo PR

Código Postal 00769

Correo Electrónico (E-Mail) mariamateo20@gmail.com

Número de Seguro Social Contribuyente

Fecha de Nacimiento
Dia Mes Año

Sexo
○ M
⊗ F

Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge
Dia Mes Año

Sexo
○ M
○ F

Teléfono Residencia
(787) 320-2858

Teléfono del Trabajo

CAMBIO DE DIRECCIÓN: ○ Si ⊗ No

SOLICITÓ PRÓRROGA: ○ Si ⊗ No

Sello de Recibido

17/04/201...

12:29:48 PM

### Cuestionario

| | SI | NO | |
|---|---|---|---|
| A. | ⊗ | ○ | ¿Ciudadano de Estados Unidos? (Véanse instrucciones) |
| B. | ⊗ | ○ | ¿Residente de Puerto Rico durante todo el año? |

Si contestó "No", indique una de las siguientes:
1. ○ Fecha de mudanza a P.R. (_____)
2. ○ Fecha de mudanza fuera de P.R. (_____)
○ No residente durante todo el año

C. ○ ⊗ ¿Generó ingresos fuera del período de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "Si", indique la cantidad):
1. ○ Atribuible al contribuyente $_____
2. ○ Atribuible al cónyuge $_____

D. ○ ⊗ ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)

E. ○ ⊗ ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)

F. ○ ⊗ ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal?

G. ○ ⊗ ¿Militar activo en zona de combate durante el año contributivo? (Fecha en que cesó en el servicio: _____)

Su ocupación Maestro de Escuela | 6110 | Ocupación cónyuge

### H FUENTE DE MAYOR INGRESO:

1. ⊗ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro _____

### ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:

1. ○ Casado
(Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individual)
⊗ Contribuyente individual
(Ennegrezca e indique nombre y seguro social del cónyuge si es:
○ Casado con capitulaciones de total separación de bienes
○ Casado que no vivía con su cónyuge)
2. ○ Casado que rinde por separado
(Indique nombre y seguro social del cónyuge arriba)

CONTRATO GOBIERNO:
○ Contribuyente    ○ Cónyuge

PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO

### Reintegro

1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 29. Indique distribución en las líneas A, B, C y D) ........ **01** (01)
A) Acreditar a la contribución estimada 2017 ........ (02)
B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ........ (03)
C) Aportación al Fondo Especial para la Universidad de Puerto Rico ........ (04)
D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) ........ (05)

### Pago

2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 29) ........ (06) | 62
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ........ (07) | 62
    (b) Intereses ........ (08) | 00
    (c) Recargos _____ y Penalidades _____ ........ (09) | 00
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a) más líneas 3(b) y 3(c)) ........ (10)

### Depósito

AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO

Tipo de cuenta
○ Cheque    ○ Ahorros

Número de ruta/tránsito

Número de su cuenta

Cuenta a nombre de: _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge) y _____

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| ✓ FIRMADA ELECTRONICAMENTE | 17/04/2017 | | |

**04** Nombre del Especialista (Letra de Molde)
**Luis Torres**

Nombre de la Firma o Negocio
**Torres Associates**

| Firma del Especialista | Fecha | Especialista por cuenta propia (ennegrezca aquí) ○ | Número de Registro |
|---|---|---|---|
| ✓ FIRMADA ELECTRONICAMENTE | 17/04/2017 | | 19571 |

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ⊗ Si ○ No. Si contestó "Si", exija la firma y el número de registro del Especialista.

Conf. 041720171075A780A21624219     Período de Conservación: Diez (10) años     PRSoft, Inc. (www.prsoft.co...)

Formulario 482  Rev. 4 dic 17

# FORMA ÚNICA 2017

| Liquidador | Revisor |
|---|---|

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**GOBIERNO DE PUERTO RICO**
**DEPARTAMENTO DE HACIENDA**   **2017**

**PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS**
AÑO CONTRIBUTIVO 2017 O AÑO COMENZADO EL

1 de enero de 2017 Y TERMINADO EL 31 de diciembre de 2017

Número de Serie

- ◯ PLANILLA ENMENDADA
- ◯ FALLECIDO DURANTE EL AÑO: _____ Día Mes Año
   - ◯ CONTRIBUYENTE   ◯ CÓNYUGE
- ◯ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PA... EL AÑO CONTRIBUTIVO (indique seguro social y fecha de defunción del cónyuge fallecido: _____ Día Mes Año

Sello de Recibido

**14/04/2018**

**11:01:48 AM**

| Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| MARIA | M | MATEO | TORRES |

Dirección Postal
HC 4 Box 6045

Coamo PR          00769
Código Postal

Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
HC 4 Box 6045

Coamo PR          Código Postal 00769

Correo Electrónico (E-Mail) mariamateo20@gmail.com

Número de Seguro Social Contribuyente

Fecha de Nacimiento | Sexo: ◯ M  ⊗ F
Día Mes Año

Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge | Sexo: ◯ M  ◯ F
Día Mes Año

Teléfono Residencia
**(787) 320-2858**
Teléfono del Trabajo

CAMBIO DE DIRECCIÓN: ◯ Sí ⊗ No
SOLICITÓ PRÓRROGA: ◯ Sí ⊗ No
CONTRATO GOBIERNO: ◯ Contribuyente ◯ Cónyu...

## Cuestionario

SÍ | NO
- A. ⊗ ◯ ¿Ciudadano de Estados Unidos? (Véanse instrucciones)
- B. ⊗ ◯ ¿Residente de Puerto Rico durante todo el año?
  Si contestó "No", indique una de las siguientes:
  1. ◯ Fecha de mudanza a P.R. (Día____ Mes____ Año____ )
  2. ◯ Fecha de mudanza fuera de P.R. (Día____ Mes____ Año____ )
  3. ◯ No residente durante todo el año
- C. ◯ ⊗ ¿Generó ingresos fuera del período de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "Sí", indique la cantidad):
  1. ◯ Atribuible al contribuyente $_____
  2. ◯ Atribuible al cónyuge $_____
- D. ◯ ⊗ ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)
- E. ◯ ⊗ ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)
- F. ◯ ⊗ ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal?
- G. ◯ ⊗ ¿Militar activo en zona de combate durante el año contributivo? (Fecha en que cesó en el servicio: Día____ Mes____ Año____ )
- H. ◯ ⊗ ¿Médico cualificado bajo la Ley 14-2017?
  1. ◯ Contribuyente (Núm. decreto _____)
  2. ◯ Cónyuge (Núm. decreto _____)

**FUENTE DE MAYOR INGRESO:**
- 1. ⊗ Empleado del Gobierno, Municipios o Corporaciones Públicas
- 2. ◯ Empleado del Gobierno Federal
- 3. ◯ Empleado de Empresa Privada
- 4. ◯ Retirado/Pensionado
- 5. ◯ Trabajo Cuenta Propia (Indique la industria u negocio principal)
- 6. ◯ Otro _____

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ◯ Casado (Ennegrezca aquí ◯ si se acoge al cómputo opcional y pase al Anejo CO Indiv...)
   ⊗ Contribuyente individual (Ennegrezca e indique nombre y seguro social del cónyuge si es:
   ◯ Casado con capitulaciones de total separación de bienes
   ◯ Casado que no vivía con su cónyuge)
3. ◯ Casado que rinde por separado (Indique nombre y seguro social del cónyuge arriba)

Ocupación del contribuyente **Maestro de Escuela**   6110
Ocupación del cónyuge _____

**PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

## Reintegro

| | (01) | 142 |
|---|---|---|
| 1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 29. Indique distribución en las líneas A, B, C y D) | | |
| A) Acreditar a la contribución estimada 2018 | (02) | |
| B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan | (03) | |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico | (04) | |
| D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) | (05) | 142 |

## Pago

| | | |
|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 29) | (06) | |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado | (07) | |
| (b) Intereses | (08) | 00 |
| (c) Recargos _____ y Penalidades _____ | (09) | 00 |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a) más líneas 3(b) y 3(c)) | (10) | |

## Depósito

**AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO**

Tipo de cuenta: ⊗ Cheques  ◯ Ahorros

Número de ruta/tránsito: 0 2 1 5 0 2 0 1 1

Número de su cuenta: 0 7 2 1 0 9 6 8 8

Cuenta a nombre de: **MARIA MATEO TORRES** y
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y comple... La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| ✓ FIRMADA ELECTRONICAMENTE | 14/04/2018 | | |

| Nombre del Especialista (Letra de Molde) | Nombre de la Firma o Negocio |
|---|---|
| LUIS A TORRES | TORRES ASSOCIATES |

| Firma del Especialista | Fecha | Especialista por cuenta propia (ennegrezca aquí) ◯ | Número de Registro |
|---|---|---|---|
| ✓ FIRMADA ELECTRONICAMENTE | 14/04/2018 | | 19571 |

**NOTA AL CONTRIBUYENTE:** Indique si hizo pagos por la preparación de su planilla: ⊗ Sí ◯ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Conf. 04142018104D828CF21458957          Período de Conservación: Diez (10) años          PRSoft, Inc. (www.prsoft.c...)

Formulario 482  Rev. 23 oct 18

| Liquidador | Revisor |
|---|---|

| R | G | RG | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**2018**  **2018**

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2018 O AÑO COMENZADO EL

01 de ene. de 2018 Y TERMINADO EL 31 de dic. de 2018

Número de Serie

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: ___/___/___
○ CONTRIBUYENTE   ○ CÓNYUGE
○ CÓNYUGE SUPÉRSTITE P. DE OTR. ... NILLA PARA EL AÑO CONTRIBUTIV... ... que seguro social y fecha de defunción de... cónyu... fallecido: Día___ Mes___ Año___

| Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| MARIA | M | MATEO | TORRES |

Número de Seguro Social Contribuyente

Dirección Postal

**HC 4 Box 6045**

**Coamo PR**     Código Postal  **00769**

| Fecha de Nacimiento | Sexo |
|---|---|
| Día  Mes  Año | ○ M  ⊗ F |

Número de Seguro Social Cónyuge

Nombre e Inicial del Cónyuge    Apellido Paterno    Apellido Materno

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

**HC 4 Box 6045**

**Coamo PR**     Código Postal  **00769**

| Fecha de Nacimiento del Cónyuge | Sexo |
|---|---|
| Día  Mes  Año | ○ M  ○ F |

Teléfono Residencia ( 787 ) 320 - 2858

Teléfono del Trabajo ( ) -

Sello de recibido
**12/04/2019 6:08:36 PM**

Correo Electrónico (E-Mail) **torresmateomaria7@gmail.com**

CAMBIO DE DIRECCIÓN: ○ Sí ⊗ No
SOLICITÓ PRÓRROGA: ○ Sí ⊗ ...   CONTRATO GOBIERNO: ○ Contribuyente ○ Cónyuge

**Cuestionario**

SÍ  NO
A. ⊗ ○ ¿Ciudadano de Estados Unidos? (Véanse instrucciones)
B. ⊗ ○ ¿Residente de Puerto Rico durante todo el año?
   Si contestó "No", indique una de las siguientes:
   1. ○ Fecha de mudanza a P.R. (Día___ Mes___ Año___)
   2. ○ Fecha de mudanza fuera de P.R. (Día___ Mes___ Año___)
   3. ○ No residente durante todo el año
C. ○ ⊗ ¿Generó ingresos fuera del período de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "Sí", indique la cantidad):
   1. ○ Atribuible al contribuyente $_____
   2. ○ Atribuible al cónyuge $_____
D. ○ ⊗ ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)
E. ○ ⊗ ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)
F. ○ ⊗ ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal?
G. ○ ⊗ ¿Militar activo en zona de combate durante el año contributivo? (Fecha en que cesó en el servicio: Día___ Mes___ A...)
H. ○ ⊗ ¿Médico cualificado bajo la Ley 14-2017?
   1. ○ Contribuyente (Núm. decreto _____)
   2. ○ Cónyuge (Núm. decreto _____)

I. FUENTE DE MAYOR INGRESO:
1. ⊗ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro _____

J. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ○ _____ (Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ⊗ Contribuyente individual
   (Ennegrezca e indique nombre y seguro social del cónyuge si es:
   ○ Casado con capitulaciones de total separación de bienes
   ○ Casado que no vivía con su cónyuge)
3. ○ Casado que rinde por separado
   (Indique nombre y seguro social del cónyuge arriba)

Ocupación del contribuyente **Maestro de Escuela**   **6110**
Ocupación del cónyuge _____

PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

**Reintegro**

| | | |
|---|---|---|
| 1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 29, indique distribución en las líneas A, B, C y D) ● (01) | | 0 00 |
| A) Acreditar a la contribución estimada 2019 (02) | | 0 00 |
| B) Aportación al Fondo Especial para el Estudio de la Bahía de San Juan (03) | | 0 00 |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico (04) | | 0 00 |
| D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) (05) | | 0 00 |

**Pago**

| | | |
|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 29) (06) | | 99 00 |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado (07) | | 0 00 |
| (b) Intereses (08) | 0 00 | |
| (c) Recargos 0 y Penalidades 0 (09) | 0 00 | |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a) más líneas 3(b) y 3(c)) (10) | | 99 00 |

**Depósito**

AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO

Tipo de cuenta  ○ Cheques  ○ Ahorros
Número de ruta/tránsito [ ][ ][ ][ ][ ][ ][ ][ ][ ]
Número de su cuenta [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

Cuenta a nombre de _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| ✓ **Firmada Electrónicamente** | 12/04/2019 | ✓ | |

Nombre del Especialista (Letra de Molde)     Nombre de la Firma o Negocio

| Firma del Especialista | Fecha | Especialista por cuenta propia (ennegrezca aquí) ○ | Número de Registro |
|---|---|---|---|
| ✓ | | | |

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ○ Sí ⊗ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Período de Conservación: Diez (10) años

NUMERO DE CONFIRMACION: 041220191023FC68EA2240591

Reproducido por CEGsoft (www.cegsoft.c...)