Yvonne M. Velez Bravo
4244 Bennington St.
Philadelphia, PA 19124
Tel: (787) 380-8496
Email: velezyvonne60@yahoo.com

March 21, 2020

O'Neill & Borges LLC
250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
Tel: (212) 969-2900

Paul Hastings LLP
200 Park Avenue
New York, NY 10166

Clerk's Office
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767



La presente es para solicitar la reclamación por demanda de clase a través del Departamento de Educación de Puerto Rico.

Mi nombre es Yvonne M. Vélez Bravo y mi número de Caso 17-03283-LTS Doc#: 12220 con el # Seguro Social _____. Entiendo que durante los años donde laboré con el Departamento de Educación y que aún no se me adjudicó una serie de saldos llamados Impagos. Laboré desde marzo 1979 hasta diciembre 2012.

Estoy reclamando las siguientes leyes:

| | |
|---|---|
| Ley # 96 | 1ero de julio de 2002 |
| Ley # 164 | 22 de julio de 2003 |
| Ley # 34 | Roselló |
| Ley # 89 | Romerazo |
| Ley # 3% | Pensión de Retiro. |

Aproximadamente estoy esperando $35,000 de las leyes mencionadas arriba.

Vivo actualmente en Philadelfia y con el brote de la Coronavirus se me hace imposible viajar. Muchas gracias por su cooperación. Me puedes llamar al número mencionada arriba.

Feel free to contact me if you need more information. Once again, thank you.

Cordialmente,

*[signature: Yvonne M. Velez Bravo]*