| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**MOTION (A) TO ESTABLISH EXTENDED DEADLINE FOR RESPONSES TO OMNIBUS OBJECTIONS SCHEDULED FOR HEARING AT DECEMBER 11, 2019 AND JANUARY 29, 2020 OMNIBUS HEARINGS, (B) TO CONTINUE THE HEARING AS TO OMNIBUS OBJECTIONS SCHEDULED FOR HEARING AT DECEMBER 11, 2019 AND JANUARY 29, 2020 OMNIBUS HEARING UNTIL THE APRIL 22, 2020 OMNIBUS HEARING, (C) APPROVING FORM OF NOTICE, AND (D) GRANTING RELATED RELIEF**

To the Honorable United States District Court Judge Laura Taylor Swain:

    The Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), and the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("ERS," and together with the Commonwealth and HTA, the "Debtors"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative for the Commonwealth, HTA, and ERS pursuant to Section 315(b) of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"),[2]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA has been codified at 48 U.S.C. §§ 2101-2241.

1



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**
División de Certificaciones Docentes

# CERTIFICACIÓN

Certifico que Yvonne Vélez Bravo, seguro social XXX-XX-4717, hubiera calificado para obtener un certificado provisional como Maestra de Escuela Elemental, durante los años escolares: 1985-86, 1986-87 y 1987-88 (hasta el 12 de enero de 1988). De una institución docente acreditada haberlo solicitado, se le hubiera expedido el mismo.

Se le expidió certificado regular como Maestra de Escuela Elemental, desde el 13 de enero de 1988 al 13 de enero de 1994. El mismo se renovó del 14 de enero de 1994 al 14 de enero de 2000, 15 de enero de 2000 al 15 de enero de 2006, 16 de enero de 2006 al 16 de enero de 2012, 17 de enero de 2012 al 17 de enero de 2018. **(Certificado Núm. 987814)**

También, se le expidió certificado regular como Maestra de Inglés Elemental, desde el 15 de agosto de 1991 hasta el 15 de agosto de 1997. Se le otorgo con carácter vitalicio a partir del 16 de agosto de 1997. **(Certificado núm. 351)**

Certifico hoy, 26 de octubre de 2012, a petición de la solicitante.

Eric H. Pérez Torres
Director

EHPT/leh

P.O BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 *TEL.: (787) 773-6285, 773-6286 * FAX: (787) 773-0183

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

# DEPARTMENT OF EDUCATION
Commonwealth of Puerto Rico
Subsecretary of Human Resources

December 5, 2012

## To whom it may concern

I hereby certify that **Yvonne M. Vélez Bravo,** social security **xxx-xx-4717**, has lended services to the Department of Education of the Commonwealth of Puerto Rico.

Her experience is as follows:

| CATEGORY | FROM | TO |
|---|---|---|
| Bilingual Teacher | March 26, 1979 | May 30, 1980 |
| Bilingual Teacher | August 12, 1980 | May 25, 1984 |
| Resources Teacher (English) | August 6, 1984 | May 31, 1985 |
| Elementary School Teacher (English) | August 1, 1988 | May 25, 1990 |
| Elementary School Teacher (English) | August 12, 1991 | May 22, 2007 |
| Zone Supervisor (English) | May 23, 2007 | May 7, 2008 |
| Teacher Facilitator III | May 8, 2008 | March 4, 2011 |
| Teacher Facilitator I (English) | March 7, 2011 | Up to the present |

Cándida R. Chico
Supervisor
File Unit

CRC/iaf

The Department of Education does not discriminate for reason de race, color, gender, national origin, social condition, political ideas o religion, age or challenge in its activities, educational services and career opportunities.