Case:17-03283-LTS Doc#:12597-2 Filed:03/26/20 Entered:04/02/20 15:56:21 Desc:
Envelope Page 1 of 1

Yvonne M Yu??
14244 Bennington St.
Philadelphia, PA 19124

RECEIVED & FILED
2020 MAR 26 PM 3:43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

23 MAR '20
PM 9 L

Secretaria (Office Clerk)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767

00918-150011