Reclamante: Fernando L. Vega Zayas

Número de Procedimiento: 17 BK 3283-LTS

Número de Reclamación: 160755

Reclamación del dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 30 de agosto de 1984 hasta 15 de junio de 2013 como Asistente de servicios a pacientes y clientes con la Administración Auxiliar de Tratamiento Área de Servicios Internos en el Hospital de Psiquiatría Forense de Ponce Departamento de Salud. Estado Libre Asociado de Puerto Rico.

| | Reclamación | Cantidad adeudada |
|---|---|---|
| 1- Ley 89 - julio de 1995 - Romerazo | #160755 | $21,600 |
| 2- Ley 109 - junio de 2008 - Esc. Sal. Pasa- | | $6,000 |
| 3- Ley 96 - Julio de 2002 - Aumento sueldo | | $13,200 |
| 4- Ley 144 - Julio de 2003 - Aumento sueldo | | $12,000 |
| | Total | $52,800 |

Así como otras leyes aprobadas, que me apliquen y no se me otorgó la compensación adecuada.
Muy agradecida al respecto.

atentamente,
Fernando Vega Zayas
Fernando L. Vega Zayas