> IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Vega Zayas, Fernando L. | 160755 | 8/2/2018 | Commonwealth of Puerto Rico | ~~$0.00~~ $52,800.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

> SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Vega Zayas, Fernando L. | 160755 | 8/2/2018 | Commonwealth of Puerto Rico | ~~$0.00~~ 52,800.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

Re: Vega Zayas, Fernando L.

Celular: 787-384-3192

Dirección: Comunidad Cristina
Calle Orquideas
HC-5 Box 5607
Juana Díaz, P.R. 00795

Núm. de Reclamación: 160755

Fecha de Reclamación: 8-2-18

Deudor: Commonwealth of Puerto Rico

Por este medio le estoy añadiendo a mi reclamación número 160755, presentada el 2 de agosto de 1918 lo siguiente:

① Evidencia de que trabajé para la Administración Auxiliar de Tratamiento área de servicios Internos Departamento de Salud Hospital Psiquiatría Forense de Ponce. ELA Puerto Rico, desde el 30 de agosto de 1984 hasta el 15 de junio de 2013. (Ver copia de evidencia adjunta)

② El monto de dinero de mi reclamación por años de servicio en dicha agencia del Estado Libre Asociado de P.R. es de $52,500.00.

Favor de enmendar mi reclamación con los cambios indicados.

Muchas gracias
Fernando Vega Zayas
Fernando L. Vega Zayas

Fecha: 25 mar 20 2020

[Stamp: RECEIVED & FILED 2020 MAR 31 PM 3:05 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.]

Proof of Claim: <CLAIM NUMBER>
Claimant: <CLAIMANT NAME>

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. What is the basis of your claim?
   - ☐ A pending or closed legal action with or against the Puerto Rican government
   - ☒ Current or former employment with the Government of Puerto Rico
   - ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)
   _____

2. What is the amount of your claim (how much money do you claim to be owed):
   $52,800.00

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?
   - ☐ No. *Please continue to Question 4.*
   - ☒ Yes. Answer Questions 3(a)-(d).

3(a). Identify the specific agency or department where you were or are employed:
Hospital Psiquiatría Forense de Ponce. Dpto. Salud

3(b). Identify the dates of your employment related to your claim:
Desde el 30 de agosto de 1984 hasta 15 de junio de 2013

3(c). Last four digits of your social security number: 0087

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary). Ley 89 de 1996, Ley Escala Salarial-Pasos de 2008 Ley 96 de 2002 y Ley 164 de 2004

4. **Legal Action.** Does your claim relate to a pending or closed legal action?
- ☒ No.
- ☐ Yes. **Answer Questions 4(a)-(f).**

4(a). Identify the department or agency that is a party to the action. N/A

4(b). Identify the name and address of the court or agency where the action is pending: N/A

4(c). Case number: N/A

4(d). Title, Caption, or Name of Case: N/A

4(e). Status of the case (pending, on appeal, or concluded): N/A

4(f). Do you have an unpaid judgment? Yes / No (Circle one) N/A
   If yes, what is the date and amount of the judgment?

2

REPLICA DE OBJECION GLOBAL

I. Datos de contacto

Nombre: Fernando L. Vega Zayas

Dirección: Comunidad Cristina
Calle Orquideas
HC-5 Box 5607
Juana Díaz, PR 00795

Teléfono: 787-384-3192

II. Epígrafe

A. Secretaría (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan (Puerto Rico) 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Numero de Procedimiento: 17 BK 3283-LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

Número de las evidencias por reclamo

#49762 - Ley #89 - Romerazo – Efectiva en 1 de julio de 1996

#94057 - Ley de Escala Salarial – Pasos, del 6 de junio de 2008

#96621 – Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero de 2004

III. El Tribunal no debe declarar a lugar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes

Ley 89 Romerazo – Efectiva en 1 de julio de 1996

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con el Departamento de Salud ~~Educación~~ de Puerto Rico desde el 3 de Agosto de 1989 hasta el 15 de junio de 2013 ( años) de labor como a sistente de servicios a pacientes y clientes

Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo:

① Certificación de Empleo de Administración de Tratamiento area de servicios Internos Hospital Psiquiátrica Forense de Ponce, como asistente de servicios a pacientes y clientes.

Debido a la reciente situación de emergencia por terremotos en Puerto Rico se están enviando las réplicas en esta fecha. De necesitar información o documentación adicional favor de comunicarse con la que suscribe,

x Fernando Vega Zayas
Fernando L. Vega Zayas
Teléfono: 787-384-3192

2



## GOBIERNO DE PUERTO RICO
Administración de Servicios de Salud Mental y Contra la Adicción

### CERTIFICACION DE EMPLEO

**NOMBRE DEL EMPLEADO** FERNANDO L. VEGA ZAYAS

**TITULO DEL PUESTO** ASISTENTE DE SERVICIOS A PACIENTES Y CLIENTES

**STATUS** DE CARRERA-REGULAR

**LUGAR DE TRABAJO** ADMINISTRACION AUXILIAR DE TRATAMIENTO

AREA DE SERVICIOS INTERNOS

HOSPITAL DE PSIQUIATRIA FORENSE DE PONCE

**FECHA DE NOMBRAMIENTO** 30 DE AGOSTO DE 1984.

**FECHA DE RENUNCIA** 15 DE JUNIO DE 2013 (JUBILACION)

**OBSERVACIONES** EL SEÑOR VEGA SE ACOGIÓ AL BENEFICIO DE SISTEMA DE RETIRO.

4 DE MARZO DE 2020
FECHA

WALESKA LÓPEZ FARÍA, MBA
DIRECTORA INTERINA DEL
NEGOCIADO DE RECURSOS HUMANOS

\* Cualquier alteración, tachadura o borrón en esta certificación, invalida la misma.

assmca

Carr. No. 2 Km 8.2, Bo. Juan Sánchez, Bayamón, PR 00960 · PO BOX 607087 Bayamón, PR 00960-7087
Contacto: (787) 763-7575` · Línea PAS: 1-800-981-0023 · www.assmca.pr.gov