Fernando L. Vega Zayas
Comunidad Cristina
Calle Orquideas
HC.5 Box 5607
Juana Diaz, PR
00795



Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767

RECEIVED & FILED
2020 MAR 31 PM 3:06
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR