**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/10/2012 |
| Hasta: | 12/21/2012 |

Aviso #: 9378277
Fecha Aviso: 12/28/2012

MARILENA VELAZQUEZ OSORIO
PO BOX 1441
AGUAS BUENAS, PR 00703-1441
SS: XXX-XX-4619

# Empleado: XXXXX4619
Dept: 8002004-Caguas Aguas Buenas
Lugar: Jose R. Gonzalez
Titulo: DEPARTAMENTO DE EDUCACION
Sueldo: $3,295.00 Monthly

DATA IMP: Federal / PR
Estado Civil: Married / Claiming no personal exem
Concesiones: 0
Pct. Adcl.: 1
Cant. Adcl.:

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 1,647.50 | | 1,464.00 | 37,014.93 |
| Bono de Navidad | | | 0.00 | | 1,000.00 |
| Pago Retroactivo Regular | | | 0.00 | | 4,670.75 |
| Total: | | 1,647.50 | | 1,464.00 | 42,685.68 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 23.89 | 618.94 |
| PR Withholding | 109.27 | 2,544.96 |
| Total: | 133.16 | 3,163.90 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 148.28 | 3,751.78 |
| Total: | 148.28 | 3,751.78 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 12.00 | 240.00 |
| CO-COOP FED MAESTRO | 35.00 | 840.00 |
| DM-FONDOS UNIDOS | 1.00 | 24.00 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 204.00 |
| Total: | 56.50 | 1,308.00 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 120.00 | 1,200.00 |
| GPR Plan de Retiro de Maestro | 140.04 | 3,705.17 |
| FSED Disability Plan | 28.01 | 725.69 |
| SM-NATIONAL LIFE | 0.00 | 238.00 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,647.50 | 0.00 | 133.16 | 204.78 | 1,309.56 |
| Acumulado: | 42,685.68 | 0.00 | 3,163.90 | 5,059.78 | 34,462.00 |

## PTO HORAS ACUM
- Balance Inicial: 0.0
- + Ganada:
- + Compra:
- - Usada:
- - Donada:
- + Ajustes:
- Balance Final: 0.0

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #9378277 | 1,309.56 |
| Total: | 1,309.56 |

**MENSAJE:**

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha: 12/28/2012

Aviso No. 9378277

Cant. Deposito: $1,309.56

A la Cuenta(s) De

MARILENA VELAZQUEZ OSORIO
PO BOX 1441
AGUAS BUENAS, PR 00703-1441

Localizacion: Jose R. Gonzalez

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 905255 | $1,309.56 |
| Total: | | $1,309.56 |

## NO-NEGOCIABLE

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 04/19/2013 |
| Hasta: | 05/02/2013 |

Aviso #: 1520057
Fecha Aviso: 04/30/2013

MARILENA VELAZQUEZ OSORIO
PO BOX 1441
AGUAS BUENAS, PR 00703-1441
SS: XXX-XX-4619

| | |
|---|---|
| # Empleado: | XXXXX4619 |
| Dept: | 8002004-Caguas Aguas Buenas |
| Lugar: | Jose R. Gonzalez |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $3,295.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 1 |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,647.50 | 498.00 | 13,180.00 |
| Total: | | | 1,647.50 | 498.00 | 13,180.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 23.89 | 191.11 |
| PR Withholding | 96.14 | 769.12 |
| Total: | 120.03 | 960.23 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 148.28 | 1,186.24 |
| Total: | 148.28 | 1,186.24 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 17.50 | 118.00 |
| CO-COOP FED MAESTRO | 35.00 | 280.00 |
| DM-FONDOS UNIDOS | 1.00 | 8.00 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 68.00 |
| Total: | 62.00 | 474.00 |

\* Tributable

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 120.00 | 480.00 |
| GPR Plan de Retiro de Maestro | 140.04 | 1,120.32 |
| FSED Disability Plan | 28.01 | 224.08 |

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,647.50 | 0.00 | 120.03 | 210.28 | 1,317.19 |
| Acumulado: | 13,180.00 | 0.00 | 960.23 | 1,660.24 | 10,559.53 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #1520057 | 1,317.19 |
| Total: | 1,317.19 |

**MENSAJE:**

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha: 04/30/2013

Aviso No. 1520057

Cant. Deposito: $1,317.19

A la Cuenta(s) De

MARILENA VELAZQUEZ OSORIO
PO BOX 1441
AGUAS BUENAS, PR 00703-1441

Localizacion: Jose R. Gonzalez

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 905255 | $1,317.19 |
| Total: | | $1,317.19 |

## NO-NEGOCIABLE

**080 DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/10/2014 |
| Hasta: | 12/23/2014 |

Aviso #: 3628527
Fecha Aviso: 12/30/2014

**MARILENA VELAZQUEZ OSORIO**
PO BOX 1441
AGUAS BUENAS, PR 00703-1441

SS: XXX-XX-4619

| | |
|---|---|
| # Empleado: | XXXXX4619 |
| Dept: | 8002125-CAGUAS-CAGUAS II |
| Lugar: | JESUS T. PINERO |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $3,295.00 Monthly |

| | | |
|---|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | Married | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 1 |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,647.50 | 1,458.00 | 39,055.85 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| **Total:** | | | 1,647.50 | 1,458.00 | 39,655.85 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 23.89 | 575.01 |
| PR Withholding | 96.14 | 2,245.69 |
| **Total:** | 120.03 | 2,820.70 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 148.28 | 3,515.13 |
| **Total:** | 148.28 | 3,515.13 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 21.00 | 490.00 |
| CO-COOP FED MAESTRO | 35.00 | 840.00 |
| DM-FONDOS UNIDOS | 1.00 | 24.00 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 204.00 |
| **Total:** | 65.50 | 1,558.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 120.00 | 1,440.00 |
| GPR Plan de Retiro de Maestro | 140.04 | 3,319.80 |
| FSED Disability Plan | 28.01 | 674.21 |

\* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED. | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,647.50 | 0.00 | 120.03 | 213.78 | 1,313.69 |
| Acumulado: | 39,655.85 | 0.00 | 2,820.70 | 5,073.13 | 31,762.02 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #3628527 | 1,313.69 |
| **Total:** | 1,313.69 |

**MENSAJE:**

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
12/30/2014

Aviso No.
3628527

Cant. Deposito: $1,313.69

A la Cuenta(s) De

MARILENA VELAZQUEZ OSORIO
PO BOX 1441
AGUAS BUENAS, PR 00703-1441

Localizacion: JESUS T. PINERO

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXX | 1,313.69 |
| **Total:** | | 1,313.69 |

## NO-NEGOCIABLE

## 080 DEPT DE EDUCACION-MAESTROS
Avenida Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 08/17/2015 |
| Hasta: | 08/28/2015 |

Aviso #: 8163994
Fecha Aviso: 08/28/2015

MARILENA VELAZQUEZ OSORIO
PO BOX 1441
AGUAS BUENAS, PR 00703-1441

SS: XXX-XX-4619

# Empleado: XXXXX4619
Dept: 8002125-CAGUAS-CAGUAS II
Lugar: JESUS T. PINERO
Titulo: DEPARTAMENTO DE EDUCACION
Sueldo: $3,295.00 Monthly

DATA IMP: Federal / PR
Estado Civil: Married
Concesiones: 0 / Claiming no personal
Pct. Adcl.: / 1
Cant. Adcl.:

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,647.50 | 972.00 | 26,344.44 |
| Total: | | | 1,647.50 | 972.00 | 26,344.44 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 23.88 | 381.99 |
| PR Withholding | 96.14 | 1,536.26 |
| Total: | 120.02 | 1,918.25 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 148.28 | 2,371.07 |
| Total: | 148.28 | 2,371.07 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 17.50 | 280.00 |
| CO-COOP FED MAESTRO | 35.00 | 560.00 |
| DM-FONDOS UNIDOS | 1.00 | 16.00 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 136.00 |
| Total: | 62.00 | 992.00 * Tributable |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 120.00 | 960.00 |
| GPR Plan de Retiro de Maestro | 222.41 | 2,568.02 |
| FSED Disability Plan | 28.01 | 447.89 |

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Corriente | | | | |
|---|---|---|---|---|---|
| Corriente: | 1,647.50 | 0.00 | 120.02 | 210.28 | 1,317.20 |
| Acumulado: | 26,344.44 | 0.00 | 1,918.25 | 3,363.07 | 21,063.12 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #8163994 | 1,317.20 |
|---|---|
| Total: | 1,317.20 |

MENSAJE:

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha 08/28/2015

Aviso No. 8163994

Cant. Deposito: $1,317.20

A la Cuenta(s) De
MARILENA VELAZQUEZ OSORIO
PO BOX 1441
AGUAS BUENAS, PR 00703-1441

Localizacion: JESUS T. PINERO

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXX | 1,317.20 |
| Total: | | 1,317.20 |

## NO-NEGOCIABLE

**080 DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 01/07/2016 |
| Hasta: | 01/21/2016 |
| Aviso #: | 0884139 |
| Fecha Aviso: | 01/15/2016 |

MARILENA VELAZQUEZ OSORIO
PO BOX 1441
AGUAS BUENAS, PR 00703-1441

SS: XXX-XX-4619

| | |
|---|---|
| # Empleado: | XXXXX4619 |
| Dept: | 8002125-CAGUAS-CAGUAS II |
| Lugar: | JESUS T. PINERO |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $3,295.00 Monthly |

| | |
|---|---|
| DATA IMP: | Federal / PR |
| Estado Civil: | Married / Claiming no personal |
| Concesiones: | 0 |
| Pct. Adcl.: | 1 |
| Cant. Adcl.: | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,647.50 | 66.00 | 1,647.50 |
| **Total:** | | | 1,647.50 | 66.00 | 1,647.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 23.89 | 23.89 |
| PR Withholding | 96.14 | 96.14 |
| **Total:** | 120.03 | 120.03 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 148.28 | 148.28 |
| **Total:** | 148.28 | 148.28 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 21.00 | 21.00 |
| CO-COOP FED MAESTRO | 35.00 | 35.00 |
| DM-FONDOS UNIDOS | 1.00 | 1.00 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 8.50 |
| **Total:** | 65.50 | 65.50 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 222.41 | 222.41 |
| FSED Disability Plan | 28.01 | 28.01 |

\* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,647.50 | 0.00 | 120.03 | 213.78 | 1,313.69 |
| Acumulado: | 1,647.50 | 0.00 | 120.03 | 213.78 | 1,313.69 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #0884139 | 1,313.69 |
| Total: | 1,313.69 |

**MENSAJE:**

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
01/15/2016

Aviso No.
884139

Cant. Deposito: $1,313.69

A la Cuenta(s) De

**MARILENA VELAZQUEZ OSORIO**
PO BOX 1441
AGUAS BUENAS, PR 00703-1441

Localizacion: JESUS T. PINERO

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXX | 1,313.69 |
| Total: | | 1,313.69 |

## NO-NEGOCIABLE

**080 Dept. de Educacion - Maestros**
Avenida Teniente Cesar Gonzalez , Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 03/21/2017 |
| Hasta: | 04/03/2017 |

Aviso #: 7132940
Fecha Aviso: 03/30/2017

MARILENA VELAZQUEZ OSORIO
PO BOX 1441
AGUAS BUENAS, PR 00703-1441

SS: 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

| | |
|---|---|
| # Empleado: | 596054619 |
| Dept: | 8002125-CAGUAS-CAGUAS II |
| Lugar: | JESUS T. PINERO |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $3,295.00 Monthly |

DATA IMP:  Federal   PR
Estado Civil:  Married   Claiming no personal exem
Concesiones:  0
Pct. Adcl.:   1
Cant. Adcl.:

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,647.50 | 360.00 | 9,885.00 |
| Total: | | | 1,647.50 | 360.00 | 9,885.00 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 23.89 | 143.33 |
| PR Withholding | 96.14 | 576.84 |
| Total: | 120.03 | 720.17 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 148.28 | 889.68 |
| Total: | 148.28 | 889.68 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 4.00 | 24.00 |
| CO-COOP FED MAESTRO | 35.00 | 210.00 |
| DM-FONDOS UNIDOS | 1.00 | 6.00 |
| OS-AMPR LOCAL SIND AFIL | 8.50 | 51.00 |
| Total: | 48.50 | 291.00 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 120.00 | 360.00 |
| GPR Plan de Retiro de Maestro | 243.01 | 1,458.06 |
| FSED Disability Plan | 28.01 | 168.06 |

* Tributable

## TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Corriente | Acumulado |
|---|---|---|
| TOTAL BRUTO | 1,647.50 | 9,885.00 |
| BRUTO TRIBUT. FED | 0.00 | 0.00 |
| TOTAL IMPUESTOS | 120.03 | 720.17 |
| DEDUCCIONES TOTALES | 196.78 | 1,180.68 |
| PAGA NETA | 1,330.69 | 7,984.15 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| Aviso #7132940 | 1,330.69 |
|---|---|
| Total: | 1,330.69 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

---

Dept. de Educacion - Maestros
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
03/30/2017

Aviso No.
7132940

Cant. Deposito:  $1,330.69

A la Cuenta(s) De

MARILENA VELAZQUEZ OSORIO
PO BOX 1441
AGUAS BUENAS, PR 00703-1441

Localizacion: JESUS T. PINERO

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXX | 1,330.69 |
| Total: | | 1,330.69 |

## NO-NEGOCIABLE

**080 Dept. de Educacion - Maestros**
Avenida Teniente Cesar Gonzalez . Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 02/19/2018 |
| Hasta: | 03/02/2018 |

Aviso #: 3484854
Fecha Aviso: 02/28/2018

MARILENA VELAZQUEZ OSORIO
PO BOX 1441
AGUAS BUENAS, PR 00703-1441

SS: 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

| | |
|---|---|
| # Empleado: | 596054619 |
| Dept: | 8002125-CAGUAS-CAGUAS II |
| Lugar: | JESUS T. PINERO |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $3,295.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Claiming no personal exem |
| Concesiones: | 0 | 1 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,647.50 | 240.00 | 6,590.00 |
| Total: | | | 1,647.50 | 240.00 | 6,590.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 23.89 | 95.56 |
| PR Withholding | 96.14 | 384.56 |
| Total: | 120.03 | 480.12 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 148.28 | 593.12 |
| Total: | 148.28 | 593.12 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 4.00 | 16.00 |
| CO-COOP FED MAESTRO | 35.00 | 140.00 |
| DM-FONDOS UNIDOS | 1.00 | 4.00 |
| OS-AMPR LOCAL SIND AFIL | 8.50 | 34.00 |
| Total: | 48.50 | 194.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 120.00 | 240.00 |
| FSED Disability Plan | 28.01 | 112.04 |

\* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,647.50 | 0.00 | 120.03 | 196.78 | 1,330.69 |
| Acumulado: | 6,590.00 | 0.00 | 480.12 | 787.12 | 5,322.76 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #3484854 | 1,330.69 |
| Total: | 1,330.69 |

| Vacacion Horas | Enfermedad Horas | Tiempo Comp. Horas |
|---|---|---|
| Balance Previo: 0.00 | Balance Previo: 0.00 | Balance Previo: 0.00 |
| + Acumulado: 0.00 | + Acumulado: 0.00 | + Acumulado: 0.00 |
| - Utilizado: 0.00 | - Utilizado: 0.00 | - Utilizado: 0.00 |
| Balance Final: 0.00 | Balance Final: 0.00 | Balance Final: 0.00 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

---

Dept. de Educacion - Maestros
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha 02/28/2018

Aviso No. 3484854

Cant. Deposito: $1,330.69

A la Cuenta(s) De
MARILENA VELAZQUEZ OSORIO
PO BOX 1441
AGUAS BUENAS, PR 00703-1441

Localizacion: JESUS T. PINERO

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXX | 1,330.69 |
| Total: | | 1,330.69 |

**NO-NEGOCIABLE**

| 080 Dept. de Educacion - Maestros<br>Avenida Teniente Cesar Gonzalez<br>Esquina Calaf<br>HATO REY, PR 00919 | | Tipo de Pago: SM -Quincenal<br>Desde: 02/21/2019<br>Hasta: 03/06/2019 | Aviso #: 9899013<br>Fecha Aviso: 02/28/2019 |
|---|---|---|---|
| MARILENA VELAZQUEZ OSORIO<br>PO BOX 1441<br>AGUAS BUENAS, PR 00703-1441<br>SS: 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 | # Empleado: 596054619<br>Dept: 8002125-CAGUAS-CAGUAS II<br>Lugar: JESUS T. PINERO<br>Titulo: DEPARTAMENTO DE EDUCACION<br>Sueldo: $3,420.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Married Claiming no personal exem<br>Concesiones: 0<br>Pct. Adcl.: 1<br>Cant. Adcl.: | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,710.00 | 252.00 | 6,840.00 |
| **Total:** | | | 1,710.00 | 252.00 | 6,840.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 24.79 | 99.18 |
| PR Withholding | 104.10 | 416.40 |
| **Total:** | 128.89 | 515.58 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 153.90 | 615.60 |
| **Total:** | 153.90 | 615.60 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 10.50 | 42.00 |
| CO-COOP FED MAESTRO | 35.00 | 140.00 |
| DM-FONDOS UNIDOS | 1.00 | 4.00 |
| OS-AMPR LOCAL SIND AFIL | 8.50 | 34.00 |
| **Total:** | 55.00 | 220.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 120.00 | 240.00 |
| FSED Disability Plan | 29.07 | 116.28 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,710.00 | 0.00 | 128.89 | 208.90 | 1,372.21 |
| Acumulado: | 6,840.00 | 0.00 | 515.58 | 835.60 | 5,488.82 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #9899013 | 1,372.21 |
| **Total:** | 1,372.21 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Dept. de Educacion - Maestros
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
02/28/2019

Aviso No.
9899013

**Cant. Deposito:** $1,372.21

A la
Cuenta(s) De

MARILENA VELAZQUEZ OSORIO
PO BOX 1441
AGUAS BUENAS, PR 00703-1441

Localizacion: JESUS T. PINERO

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXX | 1,372.21 |
| **Total:** | | 1,372.21 |

## NO-NEGOCIABLE

| 080 Dept. de Educacion - Maestros<br>Avenida Teniente Cesar Gonzalez<br>Esquina Calaf<br>HATO REY, PR 00919 | | Tipo de Pago: | SM -Quincenal | Aviso #: | 5599215 |
|---|---|---|---|---|---|
| | | Desde: | 01/08/2020 | Fecha Aviso: | 01/15/2020 |
| | | Hasta: | 01/22/2020 | | |
| MARILENA VELAZQUEZ OSORIO<br>PO BOX 1441<br>AGUAS BUENAS, PR 00703-1441<br>SS: 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 | # Empleado: 596054619<br>Dept: 8002125-CAGUAS-CAGUAS II<br>Lugar: JESUS T. PINERO<br>Titulo: DEPARTAMENTO DE EDUCACION<br>Sueldo: $3,461.67 Monthly | | | DATA IMP: Federal PR<br>Estado Civil: Married Claiming no personal exem<br>Concesiones: 0<br>Pct. Adcl.: 1<br>Cant. Adcl.: | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,730.84 | 66.00 | 1,730.84 |
| Total: | | | 1,730.84 | 66.00 | 1,730.84 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 25.10 | 25.10 |
| PR Withholding | 106.76 | 106.76 |
| Total: | 131.86 | 131.86 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 155.78 | 155.78 |
| Total: | 155.78 | 155.78 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 13.00 | 13.00 |
| CO-COOP FED MAESTRO | 35.00 | 35.00 |
| DM-FONDOS UNIDOS | 1.00 | 1.00 |
| OS-AMPR LOCAL SIND AFIL | 8.50 | 8.50 |
| Total: | 57.50 | 57.50 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 29.42 | 29.42 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,730.84 | 0.00 | 131.86 | 213.28 | 1,385.70 |
| Acumulado: | 1,730.84 | 0.00 | 131.86 | 213.28 | 1,385.70 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| Aviso #5599215 | 1,385.70 |
|---|---|
| Total: | 1,385.70 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

---

Dept. de Educacion - Maestros
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
01/15/2020

Aviso No.
5599215

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXX | 1,385.70 |
| Total: | | 1,385.70 |

Cant. Deposito: $1,385.70

A la
Cuenta(s) De

MARILENA VELAZQUEZ OSORIO
PO BOX 1441
AGUAS BUENAS, PR 00703-1441

Localizacion: JESUS T. PINERO

## NO-NEGOCIABLE