From: Marilena Vazquez [Ocasio]
PO Box 1441
Aguas Buenas, P.R. 00703-1441

RECEIVED & FILED
2020 MAR 31 PM 3:12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

To: Clerks Office
United States District Court
#150 Chardon Avenue
Federal Building
San Juan, P.R. 00918

U.S. POSTAGE PAID
FCM LETTER
AGUAS BUENAS, PR
00703
MAR 27, 20
AMOUNT
$0.70
R2305M148096-7