13 de marzo de 2020

Counsel of the Oversight Board

A quien pueda interesar:

Saludos cordiales.

Por este medio deseo que reiteren mis reclamaciones números 03283, 03284 y 03566 realizadas por el impago durante los años correspondientes a la Ley 89, Ley 96 y Ley 164 del Estado Libre Asociado de Puerto Rico.

Laboré en el Sistema de Educación Pública por 30 años y durante este término de tiempo se otorgaron unos aumentos de sueldo que nunca recibí, por los que estoy reclamando ya que entiendo que tengo derecho de ellos.

Próximamente estaré enviando los documentos para evidenciar la veracidad de mi reclamo.

Gracias anticipadas.

Cordialmente,

*Carmen Delia García Nieves*

Carmen Delia García Nieves
Maestra Retirada
Tel: (787)412-8099
HC02 Box 12933
Aguas Buenas, P.R. 00703