Carmen Delia Garcia
HC02 Box 12933
Aguas Buenas, P.R
00703



SAN JUAN PR 009
27 MAR 2020 PM 1 L

CLERK'S OFFICE
SAN JUAN, P.R.
DISTRICT COURT
2020 MAR 31 PM 3:13
RECEIVED & FILED

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

009183599