3/26/20

Tribunal de Distrito de los Estados Unidos
Para El Distrito de Puerto Rico.
Yo, Doria M. Silva Morales
resido en Bo. Palmas HC1 3109 Arroyo
P.R. 00714, núm. de telefono  781-347-4328
deudor, Estado Libre Asociado de P.R.
número de Caso, 17 BK 3283-LTS.

El tiempo que trabajé con el
Departamento de Educación surgieron
unas leyes, las cuales se establecieron
unos aumentos salariales a los emple-
ados del gobierno de P.R. de esa
época y yo estaba activa, cuando
surgen esas leyes, tales leyes son
#89 y #96, de esos aumentos no
recibí ninguno y tenía derecho a
ellos. Estoy incluyendo un documento
que evidencia que trabajé con
el Departamento de Educación de P.R.
desde 1985, entre algunos años, no fui
nombrada (intervalos)

Gracias, por
Su atención

Doria M. Silva Morales

RECEIVED & FILED
2020 MAR 31  PM 3: 13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

26/3/20

A quien Pueda Interesar:

Por motivo de esta enferme-
dad, el coronavirus, es que estoy
enviando los papeles tarde, espero
y comprenden la situación.

Gracias
att.
Sonia Silva