*Número de Evidencia de Reclamación:*

*Reclamante:*

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**

    ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☒ Empleo actual o anterior en el gobierno de Puerto Rico

    ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

    $26,000

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?

    ☐ No. *Pase a la Pregunta 4.*

    ☑ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó 1985 *Departamento de Educación de P.R.*

3(b). Identifique las fechas de su empleo con relación a su reclamación: 1985

3(c). Últimos cuatro dígitos de su número de seguro social: 2806

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   ☐ Jubilación
   ☒ Salarios impagos
   ☐ Días por enfermedad
   ☐ Queja con el sindicato
   ☐ Vacaciones
   ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   _____

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?

    ☐ No.

    ☐ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.

_____

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:

_____

4(c). Número de caso: _____

4(d). Título, epígrafe, o nombre del caso: _____

2

| **Gobierno de Puerto Rico** | | Grupo de Pago: | SM -Quincenal | Business Unit: PUERT |
|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | Desde: | 10/01/2018 | Aviso #: 7417482 |
| | | Hasta: | 10/15/2018 | Fecha Aviso: 10/15/2018 |

| **SONIA M SILVA MORALES** | # Empleado: | XXXXX2806 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| HC 1 BOX 3109 | Dept: | 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: | Married | Married |
| ARROYO PR 00714-9743 | Lugar: | A/OS SERVICIO LEY 91 | Concesiones: | 0 | 39 +99 |
| | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: XXX-XX-2806 | Sueldo: | $1,255.88 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 627.94 | 1,545.00 | 11,930.86 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | | 627.94 | 1,545.00 | 12,030.86 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 54.00 | 1,094.00 |
| CO-COOP MAESTRO PR | 10.00 | 190.00 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 93.50 |
| Total: | 72.50 | 1,377.50 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 0.00 | 900.00 |
| * Tributable | | |

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 627.94 | 0.00 | 72.50 | 555.44 |
| Acumulado: | 12,030.86 | 0.00 | 1,377.50 | 10,653.36 |

| **PTO HORAS** | **ACUM** | | **DISTRIBUCION PAGA NETA** | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #7417482 | 555.44 |
| + Acumulado: | | | Total: | 555.44 |
| - Utilizado: | | | | |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

**MENSAJE:**

---

| **Gobierno de Puerto Rico** | Fecha | Aviso No. |
|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | 10/15/2018 | 7417482 |

Cant. Deposito: ___$555.44___

| **DISTRIBUCION DE DEPOSITO DIRECTO** | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Checking | 214096235 | $555.44 |
| Total: | | $555.44 |

TRAY 68 SQ 16752****************SCH 5-DIGIT 00714    16752 2 AV 0.378
SONIA M SILVA MORALES
HC 1 BOX 3109
ARROYO PR 00714-9743

**NO-NEGOCIABLE**

| Gobierno de Puerto Rico | Grupo de Pago: | SM -Quincenal | Business Unit: PUERT |
|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | Desde: | 10/16/2018 | Aviso #: 7627520 |
| | Hasta: | 10/31/2018 | Fecha Aviso: 10/30/2018 |

| SONIA M SILVA MORALES | # Empleado: | XXXXX2806 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| HC 1 BOX 3109 | Dept: | 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: | Married | Married |
| ARROYO PR 00714-9743 | Lugar: | A/OS SERVICIO LEY 91 | Concesiones: | 0 | 39 +99 |
| | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: XXX-XX-2806 | Sueldo: | $1,255.88 Monthly | Cant. Adcl.: | | |

## HORAS E INGRESOS

| | | --------------- Corriente --------------- | | ------ Acumulado ------ | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 627.94 | 1,635.00 | 12,558.80 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | 627.94 | 1,635.00 | 12,658.80 | |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 54.00 | 1,148.00 |
| CO-COOP MAESTRO PR | 10.00 | 200.00 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 102.00 |
| Total: | 72.50 | 1,450.00 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 100.00 | 1,000.00 |
| * Tributable | | |

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 627.94 | 0.00 | 72.50 | 555.44 |
| Acumulado: | 12,658.80 | 0.00 | 1,450.00 | 11,208.80 |

### PTO HORAS    ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #7627520 | 555.44 |
|---|---|
| Total: | 555.44 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
10/30/2018

Aviso No.
7627520

Cant. Deposito: _____ $555.44 _____

TRAY 68 SQ 16752******************SCH 5-DIGIT 00714    16752 2 AV 0.378
SONIA M SILVA MORALES
HC 1 BOX 3109
ARROYO PR 00714-9743

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 214096235 | $555.44 |
| Total: | | $555.44 |

**NO-NEGOCIABLE**