Aniew M. Selva
DC1 3/09
Arroyo, P.R.
00714

FOREVER USA
MAR 2 2020
SAN JUAN, PR 00936
Barn Swallow

SAN JUAN, PR
U.S. DISTRICT COURT
CLERK'S OFFICE
2020 MAR 31 PM 3:13
RECEIVED & FILED

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767