23 de marzo de 2020

Juan Rodríguez Pérez
P.O. Box 1524
Aguadilla, Puerto Rico 00605



Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

En la radicación enviada en junio de 2018 no se había incluido la cantidad que establece el Incentivo Sila M. Calderón del año 2003. Esta establece $50.00 dólares mensuales que sumarían $600.00 dólares al año por seis (6) años de servicios desde 2002 al 2008. Esto sumaría la cantidad de $3600 dólares. El número de reclamación es 121521.

El Estado Libre Asociado, ha sido demandado por incumplir lo que establece el mismo, y es el tribunal el que determine la acción a tomar.