Juan Rodriguez Pérez
P.O. Box 1524
Aguadilla, Puerto Rico 00605

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
San Juan, Puerto Rico 00918-1767
Room 150 Federal Building

RECEIVED & FILED
2020 MAR 31 PM 3:14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.