From: Félix León Vázquez
P.O. Box 10,007 Suite 133
Guayama, P.R. 00785

RECEIVED & FILED
2020 MAR 31 PM 3:15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

To: Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
(United States District Court)
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

SAN JUAN PR 009
24 MAR 2020 PM 2 L

Illinois 1818