19 de marzo de 2020

Rosa M. Santoni López
P.O. Box 5000
P.M.B. 708
Aguada, Puerto Rico 00602-7003
Tel. (939) 280-4968

RECEIVED & FILED
2020 MAR 31 PM 3:13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk Office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, Puerto Rico - 00918-1767

En la radicación enviada en junio del 2018 no se había incluido la cantidad que establece el Incentivo Sila M. Calderón del 2002. El mismo establecía la cantidad de $50.00 dólares mensuales. Esta cantidad es de $600.00 dólares al año por ocho (8) años de servicios, que sumaría en total de $4,800.00 dólares. El incentivo sería desde el año 2002 hasta el 2010. El número de reclamación es 145304.

El Estado Libre Asociado ha sido demandado por incumplimiento que establece el Incentivo Sila M. Calderón y es el Tribunal el que determina la acción a tomar.