Rosa M. Santoni López
P.O. Box 5000
P.M.B 708
Aguada, Puerto Rico
00602-7003

RECEIVED & FILED
2020 MAR 31 PM 3: 13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk Office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767