| | |
|---|---|
| **De:** | Ángel Ramón Feliciano Torres |
| | Calle 19, No. 126 |
| | Urb. Jardines del Caribe |
| | Ponce, Puerto Rico, 00728 |
| **Caso #:** | 17 BK 03283 – LTS |
| **Telefono:** | (787) – 453-2424 |
| **Reclamación #:** | 4096 |
| **Fecha de Reclamación:** | 12 de marzo de 2018 |
| **Cantidad Reclamada:** | $ 10,000.00 o más |

Debido a que la Agencia para la cual trabajaba, "Policía de Puerto Rico", no me brindo la explicación de la cantidad adeudada.

| | |
|---|---|
| **Para:** | Secretaria (Clerk's Office) |
| | Tribunal de Distrito de los Estados Unidos |
| | # 150 Chardon Avenue |
| | Federal Building |
| | San Juan, Puerto Rico 00918 |

RECEIVED & FILED
2020 MAR 31 PM 3: 15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

| | |
|---|---|
| **De:** | Ángel Ramón Feliciano Torres |
| | Calle 19, No. 126 |
| | Urb. Jardines del Caribe |
| | Ponce, Puerto Rico, 00728 |
| **Caso #:** | 17BK03283 – LTS |
| **Telefono:** | (787) – 453-2424 |
| **Reclamación #:** | 4096 |
| **Fecha de Reclamación:** | 12 de marzo de 2018 |
| **Cantidad Reclamada:** | $ 10,000.00 o más |

Debido a que la Agencia para la cual trabajaba, "Policía de Puerto Rico", no me brindo la explicación la información de la cantidad adeudada.

Certifico que ingrese en la Agencia, "Policía de Puerto Rico" el 11 de octubre de 1977, y la fecha de mi retiro fue el 13 de junio de 2013, trabaje por 35 años y 6 meses.

En el 2000, solicite se hiciera una revisión de sueldo y ajuste en la cual se atribuyó. Entiendo que nunca se me adjudico la cantidad total del mismo.

La Agencia nunca me brindo la información del total de la deuda según solicitada, por los 35 años y 6 meses.

Me opongo a que se dé a lugar, a la objeción global y a todo lo radicado en dichas causas.

*[firma]*

Ángel Ramón Feliciano Torres

2