Angel R Feliciano Torres
Calle 19 #126
Urb. Jardines Del Caribe
Ponce P.R 00728

00918-1767

Secretaria (Clerk's office) San Juan
(Oscar of de) PR 00918
Federal Building
Room 150
Tribunal de Distrito de los
Estados Unidos

RECEIVED & FILED
2020 MAR 31 PM 3:15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR