

## CERTIFICACION

Certificamos que DAISY ARIZA DEMIESES, disfruta beneficios de PENSION POR MERITO de este Sistema de Retiro. La misma fue efectiva el 01 de octubre de 1999. En la actualidad recibe una anualidad ascendente a $32,104.56 pagadera en mensualidades de $2,675.38.

Esta certificación se expide hoy 31 de mayo de 2013, en San Juan, Puerto Rico.

Certifico correcto,

*[signature]*

Madeline Solis Calixto
Oficial Gerencial
División de Asuntos de Pensionados

YMONS01

*[signature]*

ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA

PO Box 42003 San Juan, PR 00940-2203 • Plaza Retiro, 437 Ave. Ponce de León Pda. 32 1/2, San Juan, P.R. 00917-3711
Tel. 787.777.1500 • www.retiro.pr.gov