Daisy Ariza Alemany
Calle CD1 #9 Mansiones de Villanova
San Juan, PR 00926



U.S. POSTAGE PITNEY BOWES

ZIP 00927   $ 000.70⁰
02 4W
0000362890 MAR 27 2020

RECEIVED & FILED
2020 MAR 31  PM 3: 14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk's Office
United State District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767