

3/25/2020

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

En el asunto de
JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO como representante de
ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros

PROMESA
Título III
Núm. 17 BK 3283-LTS
(Administrada conjuntamente)

La presente radicación guarda relación con el ELA, la ACT y el SRE

CENTESIMA OCTAVA OBJECION GLOBAL ( NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LO QUE SE ALEGAN INTERESES SOBRE LA BASE DE LAS REIVINDICACIONES SALARIALES, LABORALES POR SERVICIOS PRESTADOS

**NUMERO DE RECLAMACIÓN : 109272**
**MONTO DE RECLAMACIÓN : $46,881.69** [1]

[1] Gobierno de Puerto Rico, Administración de los Sistemas de Retiro de los empleados de Gobierno y la Judicatura Certificación de balances de aportaciones estimada

Page | 1

El motivo para oponerme a esta Objeción Global es el siguiente:

La cantidad de monto de la reclamación son las aportaciones hechas por el suscribiente a la Administración de los Sistemas de Retiro de los empleados del Gobierno y la Judicatura por 21 años de servicio. Le acompaño certificación de Balances de Aportaciones Estimadas, número ASR2020032347896741 emitida el 23 de marzo del 2020. Adjunto evidencias

Respetuosamente sometido hoy 25 de marzo de 2020.

Héctor L. Vázquez López
Auditor Departamento de Hacienda
Urb. Madeline
P-29 Calle Coral
Toa Alta, PR 00953-3557
(787) 597-1500
heval0411@gmail.com