Héctor L. Vázquez López
URB. Madelaine
P.29 Calle Coral
Toa Alta, PR 00953

SAN JUAN PR 009
25 MAR 2020 PM 1 L
FOREVER USA   FOREVER USA

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2020 MAR 31 PM 3: 16
RECEIVED & FILED

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

009181767-0000