-1-

RECEIVED & FILED
2020 MAR 31 PM 3: 07
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

3-25-2020

A Quien Pueda Interesar-

Para la Fecha del 2-11-2020 fueron enviados los siguientes documentos:

1- Carta dirigida a la Junta de Supervisión - Con Fecha del 9-Feb-2020

2- Certificación de Empleo con Fecha 31 EN-2020

3- Certificación de Años de Servicios y Edad-

4- Ademas se incluyeron todos los documentos Requeridos Por ustedes Por - Ejemplo Todas las Replicas -Etc.

5- Algún otros documentos Favor Comunicarse con este Servidor-

6- Los Numeros de los Casos son los siguientes:

1- 148945 - $2,400.00 - Aumentos no
2- 165068 - $7,200.00  devengado Por
3- 158933 - $13,800.00 La Ley 89 -
           ─────────
           23,400.00  La Ley 96 -

-2-

Luego del Retiro se afecto mi Pencion, Por no Recibir estos aumentos desde 2004 - 2020 el cual Seria Por la Cantidad de 1200- dolares Por año los cuales serian Pagadero Por la Ley 89 y Ley 96.

Si sacamos cuenta del 2004 a 2020, Son 16 años, lo cual seria un Pago de 1200.00 Por años, Por esas 16 años seria un Pago de $38,400.00 Por las dos Leyes - 89 y 86.

Entiendo que se me debe la Cantidad de.
 $61,800.00 - Por todos los Pagos Antes señalados en esta carta.

Sin otro Particular les doy las gracias a toda su ayuda al Respecto.

Cordialmente
R. Torres
Ricardo H. Torres
787- 383- 8451-