Leslie Santiago Colón
3117 Cofresí Urb. Punto Oro
Ponce, P.R. 00728
787-691-3351
lesiem7@gmail.com

RECEIVED & FILED
2020 MAR 31 PM 3:14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

16 de marzo de 2020

Secretaría
Tribunal del Distrito de los Estados Unidos
Room 150
San Juan, Puerto Rico 00918-1767

REF: PROMESA
CASO# 17 BK 3283-LTS
Réplica a la objeción global establecida
por el Tribunal el 12 de diciembre del 2019
referente a la solicitud de dinero no pagado por
Estado Libre Asociado de Puerto Rico

Señores:

Por este medio hago constar que no se puede declarar a lugar u objeción global mi relación en base al derecho y hechos del dinero no pagado por Estado Libre Asociado de Puerto Rico siendo empleado del Departamento de Educación de Puerto Rico durante los años que se firmaron dichas leyes. Comenzé a trabajar en este departamento en **enero** de **1976 hasta junio del 2011**.

`Me opongo a dicha objeción de la Ley PROMESA. Evidencia del derecho son los años trabajados durante esta fecha que fueron efectivas estas leyes y que me cobijaron por ley y no se me otorgó la compensación que me correspondía.

Debido a la situación existente en P.R. a causa de los terremotos, tuve que emigrar a los E.U. por mi condición emocional y ahora por el Coronavirus, estas han sido las causas por no enviar a tiempo para probar mi reclamo y/o derecho.

La cantidad adeudada según las leyes son las siguientes:
    Ley 89 (Romerazo) $15,360.00 (Más intereses devengados)
    Ley 109 $ 5,100.00            "
    Ley 131 $ 4,571.64            "

Así como otras leyes aprobadas que no se me otorgó el pago que me pertenecía.

Adjunto los siguientes documentos:

**Información personal:**

Leslie Santiago Colón
Seg. Soc.XXX XX 7652
3117 Cofresí Urb. Punto Oro
Ponce, P.R. 00728
787-691-3351
lesiem7@gmail.com

- Solicitud de Retiro al Sistema de Retiro de Maestros – 31 de julio 2011
- Evidencia de años de servicio al 27 de agosto de 2010 (33 años y seis meses)
- Evidencia que en el 1ro. de agosto del 2003 tenía 26 años y 5 meses de experiencia en el Departamento de Educación
- Certificado vitalicio del Departamento de Educación
- Certificado de Maestra Bibliotecaria

Cualquier información adicional me puede contactar a la dirección antes expuesta.

Atentamente,

*[firma]*
Leslie Santiago Colón

Secretaría