Area Servicios de Retiro

# SOLICITUD DE RETIRO

**Nota:** Conteste todas las preguntas. Escriba a máquina o con tinta en letra de molde. Si no hay espacio suficiente use otro papel y acompañelo a esta solicitud. **LEA INSTRUCCIONES AL DORSO.**

Por la presente solicito los beneficios del Retiro, de acuerdo a las disposiciones de la Ley Núm. 91 del 29 de marzo de 2004, según enmendada.

| 1. Nombre | Apellido Paterno | Apellido Materno | 2. Seguro Social: | 3. Sexo |
|---|---|---|---|---|
| Leslie | Santiago | Colón | - .  -7652 | X Femenino / Masculino |

**4. Estado Civil**   Soltero (a) | Casado (a)X | Divorciado (a) | Viudo (a) | Separado (a)

| 5. Dirección Postal: | 6. Número de Teléfono | 7. Fecha de Nacimiento |
|---|---|---|
| Calle Cofresi #3117 Urb Punto Oro Ponce, P.R. 00728-2023 | 787-691-3351 787-841-2169 | 24 Día  01 Mes  55 Año |

| 8. Dirección Residencial: | 9. Agencia donde trabaja |
|---|---|
| Calle Cofresi #3117 Urb. Punto Oro Ponce, P.R. 00728-2023 | Departamento de Educación |

| 10. Pueblo donde trabaja | 11. Puesto que ocupa | 12. Fecha de efectividad de la renuncia |
|---|---|---|
| Ponce | Maestra Bibliotecaria | 31 julio de 2011 |

**13. Préstamo con SRM**   Sí   NoX
Tipo   Hipotecario   Personal   Viaje Cultural

**14. Razón para el Retiro**
Años de Servicio y Edad   Diferido   Edad (60 años con 10 años de servicio y menos de 25 años de Servicio)

**15. Nombre del Cónyuge:**
Ediberto Nieves Santiago

| 16. Nombre de hijos menores de 18 años de edad | Fecha de Nacimiento  (Mes, Día y Año) |
|---|---|
|  |  |
|  |  |
|  |  |

mayo 24 - 2011
_____
Fecha

_____
Firma del Solicitante

## PARA USO DEL PATRONO

### CERTIFICACIÓN DEL SUPERVISOR INMEDIATO

17. CERTIFICO que _Leslie Santiago Colón_ se encuentra actualmente en __X__
Nombre                                                                    Servicio Activo

; la fecha de Renuncia es efectiva el __31 julio 2011__
Uso de licencia (especifique)                                       Día/Mes/Año

24 - mayo - 2011
_____
Fecha

_____
Superintendente de Escuelas o
Jefe de Personal del Departamento o Agencia

Vea Instrucciones al dorso

27 de agosto de 2010

Prof. Leslie Santiago Colón

xxx- xx- 7652

Re: Relación Años y Servicio
Le informamos que de acuerdo con la información disponible al presente en nuestros archivos, usted tiene **cotizado al Sistema** aproximadamente:

| Años | Meses | Semanas | Días |
|------|-------|---------|------|
| 33 | 6 | 0 | 0 |

Al 30 de agosto de 2010.

Completaría ------------ años de servicios cotizados en -----------------------.

*Para su información:*

| Pensión: | | | | Descuentos: | | |
|----------|---|-----|----------------------------------|-----------------|--------------|-------------|
| Fecha: | **75%** | 1.8% | 9% (hasta los **30** y/o **55** años) | Préstamo SRM | Plan Medico: | **Neto aprox.** |
| **Dic 2010** | $2,060.00 | $---- | ---------- | $ | $ 247.00 | $ 1,813.00 |
| | | | | | | **Neto quincenal** |
| | | | | | | $ 906.00 |

Cuando decida retirarse **debe** someter la solicitud de retiro por lo menos **3 meses** **antes de la fecha de renuncia.** (No aplica a Retiro por Incapacidad Física).
Todo compromiso de préstamos en este Sistema será descontado de su pensión hasta la fecha de vencimiento.
**      ** Sujeto a otros descuentos que usted autorice o cancele**
   ✓ **Durante el proceso de Retiro, tiene que <u>pagar su plan médico,</u> los meses que este sin cobrar**. Aportación patronal del SRM= **$100.00.**

Esto *NO* es una Certificación Oficial de Retiro. Estos cálculos son preliminares y están sujetos a verificación final y oficial a la fecha de su retiro.

Cordialmente,

Arlene Hoyos Escalera
Oficial
Sala de Servicios

Sucursal de Ponce

Sta. Maria Shopping Center – 441 Calle Ferrocarril Ste.101 – Ponce PR   00717-1102
Tel. (787) 840-0800  Fax  (787)  841-1130

Secretaría Auxiliar de Recursos Humanos

Descontarle _____ días por ausencias

## Informe de Cambio - Personal Docente

| | ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|---|
| Nombre del Empleado | LESLIE SANTIAGO COLON | |
| Número de Seguro Social | 7652 | |
| Lugar y Fecha de Nacimiento | PONCE P.R. – 24 de enero de 1955 | |
| Sexo | F | |
| Estado Civil | C | |
| Preparación Académica | BA | |
| Experiencia | 26-5-1-1.0 | |
| Status Empleado (Contrato) | PERMANENTE | |
| Sueldo Bruto | $2,180.00 | |
| Número del Puesto | F06677 | R26718 |
| Categoría del Puesto | MAESTRO BIBLIOTECARIO | |
| Nivel del Puesto (Directivo) | | |
| Fondo | Federal | Estatal |
| Cifra de Cuenta | | |
| 5. Fecha de Efectividad | 4 de agosto de 2003 | |
| 6. Acción y Duración | REUBICACION PERMANENTE | |
| 7. Causa del Cese | | |
| 8. Último día de Trabajo | | |
| 9. Último día de Pago | | |
| 20. Programa Escolar, nivel y grado | | |
| 21. Turno en Registro | | |
| 22. Distrito Escolar | Ponce II | Ponce II |
| 23. Escuela | LUCY Grillasca | Lucy Grillasca |

| 24. Dirección Postal y Residencial | 25. Teléfono Residencial | 26. En caso de otorgación de *status* probatorio o permanente |
|---|---|---|
| 3117 Calle Cofresí Punto Oro Ponce,P.R. 00728 | 787-841-2169 | Deseo: Afiliarme ✓ No afiliarme a la organización sindical que representa a la unidad apropiada a la cual pertenece el puesto (Ley Número 45 de 25 de febrero de 1998) |
| | | Firma del empleado          1ro agosto.03 Fecha |

27. Observaciones: Reubicación por necesidad el puesto F 06677 no tiene fondos.

28. En caso de cambio de *status* a probatorio o permanente, traslado, reasignación permanente, reubicación o descenso.

_Leslie Santiago Colón_          1ro agosto 2003
Firma del empleado          Fecha

29. Deseo: ✓ Acogerme _____ No Acogerme

Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatorio o permanente

_Leslie Santiago Colón_          1ro agosto. 03
Firma del empleado          Fecha

30. Recomendado
x _Lydia Colón_          1ro agosto 2003
Director de Escuela          Fecha

31. Recomendado
x _Lydia Colón_          x agosto 1/03
Director de Escuela          Fecha

32. Aprobado Por el Secretario de Educación o su Representante

Firma          Fecha

Si el nombramiento es con *status* transitorio provisional el mismo constituye un CERTIFICADO PROVISIONAL DE MAESTRO

DEJO DE ACUMULAR  0 DIAS 0.00 HRS          DEJAR  60 DIAS 0.00 HRS
VACACIONES REGULARES                       VACACIONES REGULARES
POR AUSENCIAS DESCONTABLES

INFORME DE CAMBIO - PERSONAL DOCENTE

CLAVE ALFA: SAN

SANTIAGO COLON, LESLIE                             -7652

NOMBRE                                     SEGURO SOCIAL

PONCE II -104/LUCY GRILLASCA                15 - BA

DISTRITO/ESCUELA                           PREPARACION

REGULAR (01) -                               26-5-1-1.0

STATUS                                     ANTES        DESPUES
                                           EXPERIENCIA (A-M-S-D)

MAESTRO BIBLIOTECARIO -9973                F06677

CATEGORIA - CLASE                          NUMERO DE PUESTO

$ 2,130.00                                 02/JUNIO/2003

SUELDO ANTES DEL CAMBIO                    PAGO DE VACACIONES

FEDERAL (272)

FONDO                                      CAUSA DEL CESE

ULTIMO DIA DE TRABAJO                      ULTIMO DIA DE PAGO

81110-27261-0810000-0000-08100-2003-509BA100039-060

CIFRA DE CUENTA

APROBADO POR EL SECRETARIO DE EDUCACION.

           FIRMA                           FECHA

              PARA USO DE LA DIVISION DE NOMINAS
                        (CESE)
                   PROXIMO MES

# CERTIFICADO

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
SAN JUAN DE PUERTO RICO



## LA SECRETARIA DE EDUCACION

# VITALICIO

POR LA PRESENTE CONFIERE A:

LESLIE SANTIAGO COLON

EL PRESENTE CERTIFICADO DE MAESTRO QUE LO FACULTA PARA EJERCER COMO

MAESTRA DE ESCUELA ELEMENTAL

EN LAS ESCUELAS PUBLICAS O PRIVADAS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

EXPEDIDO DESDE ___ 4 septiembre DE 19 __ 92 __.

DADO EN SAN JUAN DE PUERTO RICO EL ___ 10 de septiembre DE 19 __ 92 __.

SECRETARIA DE EDUCACION

Número 851



# DEPARTAMENTO DE EDUCACIÓN

## ESTADO LIBRE ASOCIADO DE PUERTO RICO

# Certificado de Maestro

## El Secretario de Educación

### Por la presente confiere a

LESLIE SANTIAGO COLON

El presente Certificado que lo faculta para ejercer como

MAESTRO BIBLIOTECARIO

en las escuelas públicas o privadas de Puerto Rico.

Expedido desde  1 DE JULIO    de 19 96   hasta  1 DE JULIO      de 20 02

Dado en San Juan de Puerto Rico, el   29 DE AGOSTO      de 19 96

Victor R. Fajardo Vélez
Secretario de Educación

NÚMERO 1383

# DEPARTAMENTO DE EDUCACIÓN

### ESTADO LIBRE ASOCIADO DE PUERTO RICO

## Certificado de Maestro

### El Secretario de Educación

#### Por la presente confiere a

LESLIE SANTIAGO COLON

MAESTRO BIBLIOTECARIO

El presente Certificado que lo faculta para ejercer como

en las escuelas públicas o privadas de Puerto Rico.

Expedido desde 1 DE JULIO de 19 96 hasta 1 DE JULIO de 20 02

Dado en San Juan de Puerto Rico, el 29 DE AGOSTO de 19 96

Víctor R. Fajardo Vélez
Secretario de Educación

NÚMERO 1383

IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Santiago Colon, Leslie | 101183 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Santiago Colon, Leslie | 101183 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Santiago Colon, Leslie | 103887 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Santiago Colon, Leslie | 103887 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Santiago Colon, Leslie | 75660 | 6/20/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Santiago Colon, Leslie | 75660 | 6/20/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING
TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR
CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|-----------|--------|----------------------|
| Santiago Colon, Leslie | 126154 | 6/28/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN
QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU
RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|-------------------|----------------------|--------|-------------------------------|
| Santiago Colon, Leslie | 126154 | 6/28/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**