Leslie Santiago Colón
3117 Cofresi  Urb. Punto Oro
Ponce, P.R.   00728-2023

RECEIVED & FILED
2020 MAR 31  PM 3: 14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaría

Tribunal del Distrito de los Estados Unidos

Room 150  Federal Building

San Juan, Puerto Rico  00918-1767