Número de Evidencia de Reclamación: 36200
Reclamante: Nieves Román, Luis Raúl

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

## Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

## Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**
   - ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
   - ☐ Empleo actual o anterior en el gobierno de Puerto Rico
   - ☒ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.) Durante incumbencia del gobernador Carlos Romero Barceló otorgó un aumento de sueldo conocido como Ley 89 de $100.00 mensuales desde 1984-85 el cual nose honró. Además de la ley laboral #9 y Escala Salarial 164

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**
   Mi monto de reclamación es de $75,000.00

Número de Evidencia de Reclamación: _____

Reclamante: Nieves Román, Luis Raúl

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: Departamento de Educación, Gobierno de Puerto Rico

3(b). Identifique las fechas de su empleo con relación a su reclamación: 1984 - hasta 2009

3(c). Últimos cuatro dígitos de su número de seguro social: # 4669

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☒ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

3% de aumento de sueldo cada 3 años que nunca se pagó desde el 1984 - 2009

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción. Departamento de Educación, Gobierno de Puerto Rico

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: Tribunal de Distrito de los Estados Unidos, para el Distrito de Puerto Rico "Commonwealth of Puerto Rico Supplemental Information Processing Center"

4(c). Número de caso: 17 BK 03283 - LTS

4(d). Título, epígrafe, o nombre del caso: "Commonwealth of Puerto Rico - Proof of Claim RE - Commonwealth USA Casos Título III Ley 89 Ley Laboral #9 Escala Salarial 164

2

Número de Evidencia de Reclamación: 5@200
Reclamante: Nieves Román, Luis Raúl

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
Caso pendiente de resolución y de Apelación

4(f). ¿Tiene usted una sentencia impaga? (Sí) / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?
1984-85 · hasta 2009
El Monto de la sentencia es de $75,000.00

3