# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión del **Prof. Luis R. Nieves Roman**, con número de seguro social que termina en **4669**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 30 de mayo de 2009 |
| Tiempo Cotizado para Pensión | 30 años, 1 meses, 0 sem, 3 días |
| Pensión mensual Inicial | $ 1,929.27 |
| Pensión Mensual Actual | $ 1,929.27 |

Esta certificación se expide hoy, **13 de febrero de 2020** en San Juan, Puerto Rico.

Edgardo Negron Ramirez
Supervisor
Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414  787.764.6910  www.srm.pr.gov



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: LEY PROMESA

13 de febrero de 2020

## CERTIFICACION

Certifico que : LUIS R. NIEVES ROMAN

Seguro Social : ---4669

Categoría : MA. BELLAS ARTES (ARTES VISUALES) K-12

Distrito Escolar : VEGA ALTA

Sueldo Mensual : $2,730.00

Status : PERMANENTE

Observaciones :

Trabaja : N/A

Cesó : N/A

Renunció : Efectivo el 29 de mayo de 2009

Otros : Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (30) años, (3) meses, (2) semanas y (2) días.

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

# INFORME RENTA ANUAL VITALICIA

Estado Libre Asociado de Puerto Rico
Sistema de Retiro para Maestros

**Núm. de Caso:** 1668
**Fecha Radicación:** 18-feb-09
**Fecha Vencimiento:** 7-jul-09

**Apellido Paterno, Materno, Nombre e Inicial:** NIEVES ROMAN LUIS R.
**Seguro Social:** H-4669
**Sexo:** ☐ Femenino ☑ Masculino
**Fecha Nacimiento:** (ilegible)
**Categoría y Pueblo:** ARTES VISUALES-DORADO
**Ley 91 del 2004 / Retiro Ley Núm.**
**Dirección Postal:** HC 03 BOX 6560, DORADO PR 00646-9510

**Tipo de Renta (Pensión):** ☑ Años de Servicio y Edad ☐ Edad ☐ Diferida
☐ Incapacidad Ocupacional ☐ Incapacidad No Ocupacional

| Edad al Retirarse | | | Servicios Acreditados | | | Costo Anualidad | Renta | |
|---|---|---|---|---|---|---|---|---|
| Años | Meses | Días | Años | Meses | Sem | Días | Mensual | Anual |
| 59 | 1 | 17 | 30 | 1 | 0 | 3 | $53,540.75 | $1,929.27 | $23,151.24 |

**Fecha de Renuncia:** 29-may-09
**Último Día de Pago:** 29-may-09
**Fecha Efectividad Pensión:** 30-may-09
**Cierre de Nómina:** 9-jul-09
**Fecha Primer Pago Pensión:** 31-jul-09
**Importe:** $1,929.27
**Pago Global Retroactivo:** Desde 30-may-09 Hasta 15-jul-09 Importe Total: $3,018.37

## DESGLOSE DE DESCUENTOS

| | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|
| Importe Total (Bruto): | $3,018.37 | $1,929.27 |
| Menos Descuentos: | | |
| Préstamos: | | |
| Personal (PP) 47-000 | | |
| Cultural (PC) 45-000 | | |
| Hipotecario (PH) 36-000 | | |
| 67-059 | | |
| Aport. Individual 9% (Clave 26-001) ASUME | | |
| Otros | | |
| **Importe Neto** | $3,018.37 | $1,929.27 |

**Bonos:**
☑ Bono Verano (PBV) $100.00
☑ Bono Medicamentos (PBM) $100.00
☐ Bono Navidad (BNP)

Certifico que la información aquí provista es cierta, correcta y completa.

**Nombre del Empleado:** ALFONSO MARTINEZ SANCHEZ
**Nombre Supervisor:** NORMA I. PEÑA AGOSTO
Firma / Fecha 30-jun-2009

### PREINTERVENCION DE DOCUMENTOS / USO DIRECTOR(A) AREA RETIRO

AREA DE RETIRO
DOCUMENTOS PREINTERVENIDOS
JUL 1 2009
NOMBRE: (firma)

Verificación de:
☑ Exactitud
☑ Legalidad
☐ Firmas
☐ Otros

**Aprobado por:** IVONNE L. ORTIZ VALLADARES
Nombre Director(a) o Representante Autorizado

### USO AREA DE PENSIONADOS (Sección Nóminas)

**Ingreso a Nómina** Mes 7 ☐ 1ra ☑ 2da
**Nómina Pago Global** Mes Julio ☐ 1ra ☑ 2da ☐ Off Cycle ☑ Pay Line

Nombre Empleado: Tulio Rodriguez (firma) Fecha 10/07/09
Nombre Empleado: (firma) Fecha 10/07/09
Nombre Supervisor: Juan Agosto Castro (firma) Fecha 6 Agosto 2009

Rev.GIFT 10-OCT-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

Mes-Día-Año
Fecha Radicación: 18-feb-09
Fecha Vencimiento: 7-jul-09

Núm de Caso: 1668

**INFORME RENTA ANUAL VITALICIA**

Página 2

NIEVES ROMAN LUIS R
Apellido Paterno, Materno, Nombre e Inicial

Seguro Social: -4669
Fecha Nacimiento (Mes-Día-Año)
Categoría y Pueblo: ARTES VISUALES-DORADO

### COMPUTO RENTA ANUAL

A. $ 7,717.08 / 3 = $ 2,572.36 x 75.0% = x 0.000 = $ 1,929.27
   (Sueldos más altos / años = Promedio Sueldos x Por Ciento)

B. Ajuste de 0%   $   - x 0% = $

APORTACIÓN INDIVIDUAL 0%

C. Pensión Ajustada $ - x 12 = $          $ - x 0% = $

| TIEMPO | | | PROMEDIO DE SUELDOS | | | COMPUTO EDAD RETIRO | | | |
|---|---|---|---|---|---|---|---|---|---|
| Meses | Días Trabajados | Días Total | Mensual | Devengado | Promedio | Fecha | Años | Meses | Días |
| 12 | 0 | 20 | $ 2,480.00 | $ 29,760.00 | | Efectividad Pensión | 2009 | 5 | 30 |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Nacimiento | 1950 | 4 | 13 |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ 2,480.00 | Edad al Retirarse | 59 | 1 | 17 |
| 6 | 0 | 20 | $ 2,480.00 | $ 14,880.00 | | | | | |
| 6 | 0 | 20 | $ 2,580.00 | $ 15,480.00 | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Fracción de Tiempo Docente | | | |
| 0 | 0 | 20 | $ - | $ - | | Años 0 x 240 = | | | |
| 0 | 0 | 20 | $ - | $ - | | Meses 0 x 20 = | | | |
| 0 | 0 | 20 | $ - | $ - | $ 2,530.00 | Semanas 0 x 5 = | | | |
| | | | | | | Días 0 x 1 = | | | |
| | | | | | | | | | 0.0000 |
| 10 | 18 | 20 | $ 2,730.00 | $ 29,757.00 | | | | | |
| 1 | 2 | 20 | $ 2,480.00 | $ 2,728.00 | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Fracción de Tiempo No Docente | | | |
| 0 | 0 | 20 | $ - | $ - | | Años 0 x 365 = | | | |
| 0 | 0 | 20 | $ - | $ - | $ 2,707.08 | Meses 0 x 30 = | | | |
| | | | | | | 4 Sem 0 x 29 = | | | |
| 0 | 0 | 20 | $ - | $ - | | 3 Sem 0 x 22 = | | | |
| 0 | 0 | 20 | $ - | $ - | | 2 Sem 0 x 15 = | | | |
| 0 | 0 | 20 | $ - | $ - | | 1 Sem 0 x 7 = | | | |
| 0 | 0 | 20 | $ - | $ - | | Días 0 x 1 = | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ - | | | | 0.0000 |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Fecha Cese Descuento | | | |
| 0 | 0 | 20 | $ - | $ - | | Preparado por: | | | |
| 0 | 0 | 20 | $ - | $ - | | Nombre | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ - | Firma        Fecha | | | |

Sueldo Total para Promedio: $ 92,605.00  $ 7,717.08

Revisado por:
Nombre
Firma        Fecha

### Servicios Acreditados

| Años | Meses | Sem | Días |
|---|---|---|---|
| 30 | 1 | 0 | 3 |