Luis R. Nieves Román
HC 03 Box. 6560
Dorado, P.R. 00646-9510



RECEIVED & FILED
2020 MAR 31 PM 3:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767