Marzo 26, 1920

Yo Minerva Torres Feliciano, con número de reclamación 109858 Dirección: Box 561087, Guayanilla, Puerto Rico, 00656 Teléfono: 939-267-8982.

Trabajé en el Hospital Distrito de Ponce José N. Gándara, desde 1985-1988 durante el cual no se cumplió con el pago estipulado por la Ley Promesa, (Título III, número 17 BK 3283 L.T.S.) Por lo cual me interesa continuar con mi reclamación.

Cordialmente,
Minerva Torres Feliciano

RECEIVED & FILED
2020 MAR 31 PM 3:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.