Alberto Juan
Box 56-1087
Guayanilla, Puerto Rico, 00656

SAN JUAN PR 009
25 MAR 2020 PM 2 L

Clerk's Office
United States District Court
Room 150, Federal Building
San Juan, Puerto Rico, 00918-1767

RECEIVED & FILED
2020 MAR 31 PM 3:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.