Nombre: Ramonita Resto de Jesús

Residencia: Sector Magueyes calle y #83 sur Guayama, Puerto Rico, 00784

Postal: PO Box 1834 Guayama, Puerto Rico 00785.

Celular: 939-207-1917

Número del caso de Reclamación: 54895

Página del Manual: SRF38154

RECEIVED & FILED 2020 MAR 31 PM 3:15 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR

Preguntas:

1. Trabaje para el Gobierno de Puerto Rico desde 1ro de Diciembre de 1999 hasta Marzo 31 de 2015 que fue mi renuncia por enfermedad.

2. Reclamación ley 89 12 de julio de 1979 (Salario Mínimo Federal).

3-A- Trabaje en el Departamento de la Familia y niños Region Guayama, Protección Familias y niños.

3-B- Ultimos Cuatros digitos del Seguro Social es, 1999.

3-D- Reclamo por la hey del Salario Minim Federal desde 12 de julio 1979.

4. Realize gestiones con la Unión de Servidores públicos, dicha reclamación todavia está pendiente

Nota: Segun Mis calculos son un aproximadamente del Salario Minimo federal 14,770.00

Yo no sabia del cambio hasta que pedi la Certificación que me enter que era ///