

# GOBIERNO DE PUERTO RICO
Departamento de la Familia

## A QUIEN PUEDA INTERESAR

CERTIFICO que, **Ramonita Resto de Jesus**, Número de Seguro Social ___-__-999, trabajó para el Departamento de la Familia, en la Administración de Familias y Niños, **Oficina Regional Guayama**.

La Sra. Resto se desempeñó como Tecnico de Servicios a la Familia III desde el 1 de diciembre de 1999 hasta el 31 de marzo del 2015.

Certifico hoy, **20 de febrero de 2020**, para los fines que crea pertinentes.

**Nelson Rodriguez Rivera**
Oficial Administrativo II

Edif. Fisa Paseo del Pueblo Piso #3 • P.O. Box 210, Guayama, PR 00785 • 787.864-4373 Fax: 787-866-0424
Oficina del Director Asociado ADSEF

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE LA FAMILIA

INFORME DE CAMBIO ESPECIAL NUMERO    05-9457

Cifra de Cuenta    E1110-111-1230000-1078-001-2004      Símbolo    G-306-0

Unidad Apropiada    ☐ A    ☒ B

Administración de Familias y Niños
Servicios a Familias con Niños
Oficina Regional de Guayama - Reg. Guayama
Unidad de Trabajo

Se notifica el siguiente aumento de sueldo a empleados que al primero de julio de 2003 estén en servicio activo, comprendidos en las Unidades Apropiadas A y B, conforme a las disposiciones de los Convenios Colectivos vigentes del 26 de febrero de 2003 al 25 de febrero de 2006, Artículo XXXV, Sección 1, equivalente a $150.00 mensuales. Este aumento es efectivo el primero de julio de 2003.

**Resto de Jesus, Ramonita**
Nombre del Empleado

   ₃ - 1999          De Carrera - Regular
Número de Seguro Social      Status del Empleado

   12303558        Tecnico de Servicios a la Familia II
Número del Puesto          Título de Clasificación

   10          $1,173.00        $1,835.00
Escala de Retribución      Mínimo        Máximo

| ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|
| Sueldo Mensual (sin diferencial)    $1,401.00 | $1,551.00 |

Observaciones: _____

Dra. Yarah S. Rodríguez López, Dir. Rec. Hum.
Firma de la Autoridad Nominadora o su
Representante Autorizado

APROBADO
OFICINA DE RECURSOS HUMANOS
1 0 AGO 2006
DEPARTAMENTO DE LA FAMILIA

3 de agosto de 2006
Fecha

```
***  REC 2020072  093105 HE8E2A81 XR1Q  CIPQYA6    PQA6    (F-XR1 )    ***

PEBES                         PEBES ONLINE RESPONSE                       PBRS
DATE: 03/12/20  SSN:        1999    OFFICE: A29                UNIT: VVO


        DATA ENTERED/USED FOR COMP              NUMIDENT DATA
NH: RAMONITA     RESTO DEJESUS          NAME: RAMONITA    RESTO DEJESUS
DOB: 01/09/1958                         DOB:  01/09/1958    SEX: F
LAST YEAR:   2019   THIS YEAR:   2020   NL2:
EARNINGS:       0   EARNINGS:        0
MAXIMUM:   132900   MAXIMUM:    137700
FUT EARN:       0   AGE STOP WORK:


REQ QC RET:  00   HAS QC RET:     00   REQ QC 20/40: 00  HAS QC 20/40: 00
REQ QC MEDI: 00   HAS QC MEDI:    00   REQ QC AGE24: 00  HAS QC AGE24: 00
REQ QC SURV: 00   HAS QC SURV:    00   REQ QC AGE31: 00  HAS QC AGE31: 00
RET INS:          SUR INS:             REQ QC FULLY: 00  HAS QC FULLY: 00
MED INS:          SUR CHILD:       0   DIB INS:          CURRENT ENT : Y
RET RED:      0   SUR SP CHILD:    0   DIB BENEFIT:   0  ERNGS TYPES : CX
RET FULL:     0   SUR SP RET:      0   TOTAL EST TAXES PAID:
RET DEL:      0   SUR FAMILY:      0    NH SOC SEC:    20832 MEDI:    5098
CURRENT AGE: 6202 FULL RET AGE: 6608    ER SOC SEC:    21852 MEDI:    5098
        FULL RET MONTH AND YEAR: 09 2024
            SOCIAL SECURITY                    MEDICARE
YEAR    MAX-EARN  ACT-EARN    TAX     MAX-MED   ACT-MED      TAX
1978     17700      2248      113      17700      2248        22
1979     22900         0        0      22900         0         0
1980     25900         0        0      25900         0         0
1981     29700         0        0      29700         0         0
1982     32400         0        0      32400         0         0
1983     35700         0        0      35700         0         0
1984     37800         0        0      37800         0         0
1985     39600         0        0      39600         0         0
1986     42000         0        0      42000         0         0
1987     43800         0        0      43800         0         0
1988     45000      1152       69      45000      1152        16
1989     48000       656       39      48000       656         9
1990     51300       903       55      51300       903        13
1991     53400      1288       79     125000      1288        18
1992     55500       920       57     130200       920        13
1993     57600        78        4     135000        78         1
1994     60600         0        0     NO LIMIT       0         0
1995     61200         0        0     NO LIMIT       0         0
1996     62700      5009      310     NO LIMIT    5009        72
1997     65400       797       49     NO LIMIT     797        11
1998     68400      1060       65     NO LIMIT    1060        15
1999     72600         0        0     NO LIMIT       0         0
2000     76200     15073      934     NO LIMIT   15073       218
2001     80400     15277      947     NO LIMIT   15277       221
2002     84900     16282     1009     NO LIMIT   16282       236
2003     87000     19152     1187     NO LIMIT   19152       277
2004     87900     20512     1271     NO LIMIT   20512       297
2005     90000     21412     1327     NO LIMIT   21412       310
2006     94200     23297     1444     NO LIMIT   23297       337
2007     97500     22912     1420     NO LIMIT   22912       332
2008    102000     24537     1521     NO LIMIT   24537       355
2009    106800     25137     1558     NO LIMIT   25137       364
2010    106800     25137     1558     NO LIMIT   25137       364
2011    106800     25137     1055     NO LIMIT   25137       364
2012    110100     25887     1087     NO LIMIT   25887       375
```

```
***   REC 2020072  093105 HE8E2A81 XR1Q  CIPQYA6    PQA6    (F-XR1 )   ***
```

```
                                                                          PBRS
                             PEBES ONLINE RESPONSE
PEBES                                                         UNIT:   VVO
DATE: 03/12/20   SSN:          1999   OFFICE: A29
```

```
                                                NUMIDENT DATA
         DATA ENTERED/USED FOR COMP       NAME: RAMONITA    RESTO DEJESUS
NH: RAMONITA      RESTO DEJESUS           DOB:  01/09/1958   SEX: F
DOB: 01/09/1958                           NL2:
LAST YEAR:    2019    THIS YEAR:    2020
EARNINGS:        0    EARNINGS:         0
MAXIMUM:    132900    MAXIMUM:     137700
FUT EARN:        0    AGE STOP WORK:

                                          REQ QC 20/40:   00  HAS QC 20/40:  00
REQ QC RET:   00      HAS QC RET:      00 REQ QC AGE24:   00  HAS QC AGE24:  00
REQ QC MEDI:  00      HAS QC MEDI:     00 REQ QC AGE31:   00  HAS QC AGE31:  00
REQ QC SURV:  00      HAS QC SURV:     00 REQ QC FULLY:   00  HAS QC FULLY:  00
RET INS:              SUR INS:                              CURRENT ENT : Y
MED INS:              SUR CHILD:           0  DIB INS:       ERNGS TYPES : CX
RET RED:          0   SUR SP CHILD:       0  DIB BENEFIT:   0
RET FULL:         0   SUR SP RET:         0  TOTAL EST TAXES PAID:
RET DEL:          0   SUR FAMILY:         0   NH SOC SEC:    20832 MEDI:   5098
CURRENT AGE:   6202  FULL RET AGE: 6608       ER SOC SEC:    21852 MEDI:   5098
          FULL RET MONTH AND YEAR: 09 2024
```

|      | SOCIAL SECURITY |          |      | MEDICARE |         |     |
|------|----------|----------|------|----------|---------|-----|
| YEAR | MAX-EARN | ACT-EARN | TAX  | MAX-MED  | ACT-MED | TAX |
| 1978 | 17700    | 2248     | 113  | 17700    | 2248    | 22  |
| 1979 | 22900    | 0        | 0    | 22900    | 0       | 0   |
| 1980 | 25900    | 0        | 0    | 25900    | 0       | 0   |
| 1981 | 29700    | 0        | 0    | 29700    | 0       | 0   |
| 1982 | 32400    | 0        | 0    | 32400    | 0       | 0   |
| 1983 | 35700    | 0        | 0    | 35700    | 0       | 0   |
| 1984 | 37800    | 0        | 0    | 37800    | 0       | 0   |
| 1985 | 39600    | 0        | 0    | 39600    | 0       | 0   |
| 1986 | 42000    | 0        | 0    | 42000    | 0       | 0   |
| 1987 | 43800    | 0        | 0    | 43800    | 0       | 0   |
| 1988 | 45000    | 1152     | 69   | 45000    | 1152    | 16  |
| 1989 | 48000    | 656      | 39   | 48000    | 656     | 9   |
| 1990 | 51300    | 903      | 55   | 51300    | 903     | 13  |
| 1991 | 53400    | 1288     | 79   | 125000   | 1288    | 18  |
| 1992 | 55500    | 920      | 57   | 130200   | 920     | 13  |
| 1993 | 57600    | 78       | 4    | 135000   | 78      | 1   |
| 1994 | 60600    | 0        | 0    | NO LIMIT | 0       | 0   |
| 1995 | 61200    | 0        | 0    | NO LIMIT | 0       | 0   |
| 1996 | 62700    | 5009     | 310  | NO LIMIT | 5009    | 72  |
| 1997 | 65400    | 797      | 49   | NO LIMIT | 797     | 11  |
| 1998 | 68400    | 1060     | 65   | NO LIMIT | 1060    | 15  |
| 1999 | 72600    | 0        | 0    | NO LIMIT | 0       | 0   |
| 2000 | 76200    | 15073    | 934  | NO LIMIT | 15073   | 218 |
| 2001 | 80400    | 15277    | 947  | NO LIMIT | 15277   | 221 |
| 2002 | 84900    | 16282    | 1009 | NO LIMIT | 16282   | 236 |
| 2003 | 87000    | 19152    | 1187 | NO LIMIT | 19152   | 277 |
| 2004 | 87900    | 20512    | 1271 | NO LIMIT | 20512   | 297 |
| 2005 | 90000    | 21412    | 1327 | NO LIMIT | 21412   | 310 |
| 2006 | 94200    | 23297    | 1444 | NO LIMIT | 23297   | 337 |
| 2007 | 97500    | 22912    | 1420 | NO LIMIT | 22912   | 332 |
| 2008 | 102000   | 24537    | 1521 | NO LIMIT | 24537   | 355 |
| 2009 | 106800   | 25137    | 1558 | NO LIMIT | 25137   | 364 |
| 2010 | 106800   | 25137    | 1558 | NO LIMIT | 25137   | 364 |
| 2011 | 106800   | 25137    | 1055 | NO LIMIT | 25137   | 364 |
| 2012 | 110100   | 25887    | 1087 | NO LIMIT | 25887   | 375 |

```
PEBES                            PEBES ONLINE RESPONSE                          PBRS
DATE: 03/12/20   SSN:        1999   OFFICE: A29                  UNIT:  VVO
NH: RAMONITA      RESTO DEJESUS              DOB: 01/09/1958
                SOCIAL SECURITY                     MEDICARE
YEAR    MAX-EARN    ACT-EARN    TAX      MAX-MED    ACT-MED     TAX
2014    117000      26437       1639     NO LIMIT   26437       383
2015    118500       6985        433     NO LIMIT    6985       101
2016    118500           0          0    NO LIMIT       0         0
2017    127200           0          0    NO LIMIT       0         0
2018    128400           0          0    NO LIMIT       0         0
2019    132900           0          0    NO LIMIT       0         0
2020    137700           0          0    NO LIMIT       0         0  PG: 002
```

| Administracion Familia y Niños<br>Ave. Ponce de Leon Pda. 2, Edificio Sendic<br>San Juan, PR 00901 | Periodo de Pago<br>Desde: 03/16/2013<br>Hasta: 03/31/2013 | Aviso: 0999232<br>Fecha Aviso: 03/28/2013 |
|---|---|---|
| RAMONITA RESTO DE JESUS<br>PO BOX 1834<br>GUAYAMA, PR 00784<br><br>SS: XXX-XX-1999 | # Empleado: XXXXX1999<br>Dept: 123550-Guayama<br>Lugar: Guayama<br>Titulo: Tecnico Servicios Familia I<br>Sueldo: $2,001.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Married Head of Household<br>Concesiones: 0 1<br>Pct. Adcl.:<br>Cant. Adcl.: |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 1,000.50 | 480.00 | 6,003.00 | Fed FICA Med Hospital Ins / EE | 14.50 | 89.22 |
| Bono Convenio Colectivo | | | 0.00 | | 150.00 | Fed OASDI/Disability - EE | 62.03 | 381.49 |
| | | | | | | PR Withholding | 8.22 | 59.82 |
| Total: | | | 1,000.50 | 480.00 | 6,153.00 | Total: | 84.75 | 530.53 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro | 82.79 | 496.74 | AE-Asoc Emp ELA-Prest Regular | 97.15 | 582.90 | SM-First Medical Health Plan | 130.00 | 390.00 |
| | | | SM-First Medical Health Plan | 17.50 | 81.00 | GPR Plan de Retiro | 92.80 | 556.80 |
| | | | DM-FONDOS UNIDOS | 0.50 | 3.00 | FSED Disability Plan | 33.52 | 206.15 |
| | | | SC-TRANS OCEANIC LIFE | 15.75 | 94.50 | | | |
| | | | RC-Pres Pers Ret Cen-E Clasif | 101.51 | 609.06 | | | |
| | | | OS-SERV PUBLICOS UNIDOS PR | 0094.00 | 84.00 | | | |
| | | | Ahorros-AEELA | 30.02 | 180.12 | | | |
| Total: | 82.79 | 496.74 | Total: | 276.43 | 1,634.58 | * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,000.50 | 0.00 | 84.75 | 359.22 | 556.53 |
| Acumulado: | 6,153.00 | 0.00 | 530.53 | 2,131.32 | 3,491.15 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #0999232 | 556.53 |
| + Ganada: | | | | |
| + Compra: | | | Total: | 556.53 |
| - Usada: | | | | |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

---

Administracion Familia y Niños  
Ave. Ponce de Leon Pda. 2  
Edificio Sendic  
San Juan, PR 00901

Fecha  
03/28/2013

Aviso No.  
999232

Cant. Deposito: $556.53

A la  
Cuenta(s) De

RAMONITA RESTO DE JESUS  
PO BOX 1834  
GUAYAMA, PR 00784

Localizacion: Guayama

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Checking | 078362989 | $556.53 |
| | Total: | $556.53 |

## NO-NEGOCIABLE

| Administracion Familia y Niños | | Curso de Pago | SM - Q | | Aviso #: | 4558218 |
|---|---|---|---|---|---|---|
| Ave. Ponce de Leon Pda. 2 | Edificio Sendic | Desde: | 05/01/03 | | | |
| San Juan, PR 00901 | | Hasta: | 05/15/03 | | Fecha Aviso: | 05/15/03 |

| RAMONITA RESTO DE JESUS | # Empleado | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| URB, JARDINES DE GUAMANI | Dept: | 123550-Guayama | Estado Civil: | Married | Head of Household |
| EDIF.9 APART.#48 | Lugar: | Guayama | Concesiones: | 0 | 1 |
| GUAYAMA, PR 00784 | Titulo: | Tecnico Servicios Familia I | Pct. Adcl.: | | |
| SS: | Sueldo: | $1,401.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | 700.50 | 727.50 | | 6,304.50 | Fed FICA Medicare Hospital Ins | 10.16 | 97.81 |
| Bono Convenio Colectivo | | | 0.00 | | 100.00 | Fed OASDI/Disability | 43.43 | 418.22 |
| Pago Retroactivo Regular | | | 0.00 | | 340.98 | PR Withholding | 29.42 | 287.10 |
| Total: | | 700.50 | 727.50 | | 6,645.48 | Total: | 83.01 | 803.13 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro | 57.97 | 549.95 | AE-Asoc Emp ELA-Prest Regular | 39.17 | 352.53 | GPR Plan de Retiro | 64.97 | 616.36 |
| | | | SM-Plan Hospital Menonita | 4.00 | 36.00 | FSED Disability Plan | 23.47 | 222.65 |
| | | | DM-FONDOS UNIDOS | 0.50 | 4.50 | SM-Plan Hospital Menonita | 0.00 | 240.00 |
| | | | RC-Pres Pers Ret Cen-E Clasif | 32.74 | 294.66 | | | |
| | | | GPR Plan de Ahorros | 21.02 | 199.41 | | | |
| Total: | 57.97 | 549.95 | Total: | 97.43 | 887.10 | * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | BRUTO TRIBUT FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 700.50 | 0.00 | 83.01 | 155.40 | 462.09 |
| Acumulado: | 6,645.48 | 0.00 | 803.13 | 1,437.05 | 4,505.30 |

| PTO HORAS | ACUM | | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|
| Balance Inicial: | 0.0 | | | Aviso #4558218 | 462.09 |
| + Ganada: | | | | | |
| + Compra: | | | | Total: | 462.09 |
| - Usada: | | | | | |
| - Donada: | | | | | |
| + Ajustes: | | | | | |
| Balance Final: | 0.0 | | | | |

MENSAJE:

| Administracion Familia y Niños | Fecha | Aviso No. |
|---|---|---|
| Ave. Ponce de Leon Pda. 2 | 05/15/03 | 4558218 |
| Edificio Sendic | | |
| San Juan, PR 00901 | | |

Cant. Deposito: $462.09

A la
Cuenta(s) De

RAMONITA RESTO DE JESUS
URB, JARDINES DE GUAMANI
EDIF.9 APART.#48
GUAYAMA, PR 00784
Localizacion: Guayama

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 3950029050 | $462.09 |
| Total: | | $462.09 |

NO-NEGOCIABLE