Ramonita Resto de Jesus
PO Box 1834
Guayama, P.R. 00785

RECEIVED & FILED
2020 MAR 31  PM 3: 15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Secretaria Clerks office
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan (Puerto Rico) 00918


UNITED STATES
POSTAL SERVICE®



1000

00918

U.S. POSTAGE PAID
FCM LETTER
GUAYAMA, PR
00784
MAR 24, 20
AMOUNT
$0.15
R2304E105464-08

SAN JUAN, PR 00
MAR 24 2020
USPS

FOREVER USA
PURPLE HEART