25 marzo 2020

Contenido para la replica a la Objeción global:

① Virgen Mercado Rosas
   HC-2 Box 12243
   Lajas P.R. 00667-9602

Dirección residencial : Carr. 306 Km 4.1 Bo. París
               Lajas P.R.

Teléfono residencial : 787-899-2766

Teléfono celular :     787-317-6999

Teléfono contacto adicional : es de mi hija Marely Collado
                         787-929-6997

Correo electrónico : virgenm081@gmail.com.
                Marely.collado@gmail.com

② Epígrafe
The Financial oversight and
Management Broad of Puerto Rico
as representative of
The Commonwealth of Puerto Rico
       Debtors

RECEIVED & FILED
2020 MAR 31 PM 3:10
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN P.R.

Promesa
Title 111
No. 17 BK 3283-LTS
(Jointly Administered

This filling relates to
the Commonwealth, HTA
and ERS

③ 17 BK 03566-LTS
   Sistema de Retiro de los
   Empleados de Gobierno del Estado Libre Asociado
   de P.R.   94666   — Indeterminado

La razón del reclamo tiene la intención de formular
las responsabilidades asociadas con el Sistema de Retiro
del Estado Libre Asociado de Puerto Rico para
determinar cantidad adeudada con el Título 111
en lo que concierne a mi persona como reclamante
de la cual no se ha determinado cantidad, (indeterminada)