AFTER 10 DAYS RETURN TO

Virgen Mercado Ross
HC-2 Box 12243
Lajas P.R. 00667-

RECEIVED & FILED
2020 MAR 31 PM 3:10
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

SAN JUAN PR 009
26 MAR 2020 PM 2

GEN-298 / 12-14

USA FOREVER

17 BK 03566-LTS

Secretaria (Clerk's office)
Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico)
00918-1767