**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: CARMEN GONZALEZ FUENTES**  Seguro Social: XXX-XX-0695
HC 03 BOX 34190
SAN SEBASTIAN, PR 00685

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADM. COMP. POR ACCIDENTE DE AUTOMOVILES |
| Años de Servicio: | -- |
| Balance de Aportaciones: | $54,764.91 |

Esta certificación fue emitida el 24 de mayo de 2019.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2019052443384560

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 · PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 · www.retiro.pr.gov

## Gonzalez, Carmen

| | |
|---|---|
| From: | Rodriguez Santiago, Carmen E. |
| Sent: | Tuesday, November 20, 2018 12:51 PM |
| To: | Gonzalez, Carmen |
| Cc: | Ramos Padilla Mirellies |
| Subject: | Transición Voluntaria |

Buenas tardes,

Por instrucciones de Mirellies Ramos Padilla, Directora de Recursos Humanos y Relaciones Laborales de ACAA, deseamos informarle que su solicitud para acogerse al Programa de Transición Voluntaria ha sido aprobada. Puede pasar a recoger el Acuerdo Final de Renuncia Incentivada por el Departamento de Recursos Humanos de ACAA. Cualquier duda o pregunta favor llamar a la extensión 2938.

Gracias,

*Carmen Elisa Rodríguez*
Secretaria III
Departamento de Recursos Humanos
Administración de Compensaciones por
Accidentes de Automóviles (ACAA)
787-759-8989 ext. 2938
787-281-8994 (fax)



CONFIDENTIALITY NOTICE: This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify ACAA immediately by telephone at (787) 759-8989 and destroy all copies of this communication and any attachments.

Think Green! Please do not print this e-mail unless it is completely necessary.

1

**GOBIERNO DE PUERTO RICO**
Administración de Compensaciones por Accidentes de Automóviles

26 de octubre de 2018

TODO EL PERSONAL

Mirellies Y. Ramos Padilla
Directora
Departamento de Recursos Humanos y
Relaciones Laborales

## PROGRAMA DE TRANSICIÓN VOLUNTARIA

El 23 de octubre de 2018, la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico "AAFAF" emitió la Orden Administrativa OA-2018-13, mediante la cual se nos presenta una oportunidad única y opcional, disponible por tiempo limitado, para que los servidores públicos elegibles soliciten acogerse a una "Transición Voluntaria", a través de un programa para la separación del servicio público, donde todo empleado elegible que se acoja al mismo tendrá que renunciar voluntariamente a su empleo y recibirá un incentivo económico equivalente a seis (6) meses de salario. Dicho incentivo económico será desembolsado en un solo plazo durante la segunda quincena o periodo de pago del mes de diciembre de 2018.

Los incentivos que provee el programa, en términos generales, son los siguientes:

- El participante del programa devengará el equivalente a seis (6) meses de salario, en un solo pago.
- Recibirá un estipendio de $750 para utilizar en el plan médico de su selección en un solo pago.
- El pago del incentivo económico, la liquidación de balances de vacaciones y del estipendio para plan médico de $750, estarán libres del pago de contribuciones y de aportaciones al Sistema de Retiro.

Los requisitos para su elegibilidad se enumeran a continuación:

Todo servidor público con **estatus regular que ocupe un puesto de carrera** en la Rama Ejecutiva del Gobierno puede solicitar al programa.

No son elegibles:

- Empleados cuyos sueldos se pagan total o parcialmente con fondos federales.

- Empleados que ocupen puestos de confianza, salvo que a su vez tengan derecho a reinstalación a puestos de carrera. De ser así, estos deberá reinstalarse a su puesto de carrera antes de solicitar al programa.

249 AVE. ARTERIAL HOSTOS SAN JUAN PR 00918-1449
PO BOX 364847 SAN JUAN PR 00936-4847 TEL. 787-759-8989

ACAA

Tercera Fase Programa Transición Voluntaria
26 de octubre de 2018
Página 2

- Empleados que ocupen puestos con estatus transitorio, o que sean empleados con estatus regular que se identifiquen como necesarios y puedan ser trasladados a otras entidades del Gobierno

- Empleados que ocupen puestos en las Entidades Gubernamentales participantes en las fases anteriores del Programa de Transición Voluntaria establecidas conforme a las Órdenes Administrativas 2018-03; 2018-04; 2018;05, 2018-06; 2018;07, según enmendadas por la Orden Administrativa 2018-09.

- Empleados que provean servicios especializados o imprescindibles para el funcionamiento y cumplimiento con los deberes ministeriales de la entidad del Gobierno, según determinado por cada Autoridad Nominadora. Si alguna Autoridad Nominadora determina que la renuncia voluntaria del Empleado Elegible afecta adversamente los servicios que brindan o se le notifica a la Autoridad Nominadora que el empleado es necesario y puede ser trasladado a otras entidades del Gobierno, éste podrá denegar la solicitud del Empleado Elegible para acogerse al Programa.

Periodo para solicitar:

Los empleados interesados en acogerse al programa podrán hacerlo a partir del **1 de noviembre de 2018 hasta el 15 de noviembre de 2018.**

Procedimiento para solicitar acogerse al programa:

- Aquellos empleados que les interese participar en el programa de transición voluntaria deberán acogerse al mismo durante el periodo de elección (1 al 15 de noviembre de 2018).

- Deberán completar electrónicamente la Solicitud de Participación, utilizando la aplicación diseñada para esos fines.

- La Autoridad Nominadora, o los funcionarios designados por ésta, evaluará las Solicitudes de Participación presentadas y notificará al Empleado Elegible si la misma fue aprobada o rechazada.

- De ser aprobada, se suscribirá un acuerdo con el empleado y la renuncia será efectiva en o antes del día 1 de diciembre de 2018 y será **final e irrevocable.**

Para más detalles sobre cómo solicitar, puede comunicarse con Carmen Elisa Rodríguez, Secretaria III del Departamento de Recursos Humanos, a la extensión 2938.

