Carmen A. Gonzalez
HC 03 Box 34190
San Sebastian, P.R.
00685

RECEIVED & FILED
2020 MAR 31 PM 3:15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MAR 25 2020
SAN JUAN, PR 00936

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767