25 de marzo de 2020

A quien pueda interesar:

Por este medio le informo y cumpliendo con los requerimientos de Evidencia de reclamación que ustedes están pidiendo en el formulario de réplica. La información guarda relación con mi empleo en el pasado en el Gobierno de Puerto Rico. Esta información fue enviada por ustedes en diferentes fechas. Para la fecha del 2/11/2020 se les envió los siguientes documentos como evidencia de mi empleo.

1. Carta dirigida a la Junta de Supervisión Fiscal el 9 de febrero de 2020.
2. Certificación de empleo 31 de enero de 2020
3. Certificación de años de servicios y edad.
4. Los documentos requeridos por ustedes ( la réplica)
5. De necesitar otra información se pueden comunicar conmigo.

Mi situación:

① Número de caso 17-BK-03283-LTS
Número de reclamación 112092
Deudor: Estado Libre Asociado de P.R.
Cantidad $9,600.00

RECEIVED & FILED
2020 MAR 31 PM 3:07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2. Fecha 7/6/2018
Número del caso 17-BK-03283-LTS
Número de reclamación 160754
Deudor: Estado Libre Asociado de P.R.
Cantidad $24,000.00

3. Número del caso 17-BK-03283-LTS
Número de reclamación 161963
Deudor: Estado Libre Asociado de P.R.
Cantidad $7,200.00

El monto total del Romerazo y Silazo es $40,800

Además se afectó mi salario porque luego de mi retiro no se incluyó dichos aumentos a mi salario. Esto es desde el año 2009 hasta 2020 año actual. La cantidad pendiente sería $26,400
Por lo tanto el monto total sería:

```
  40,800
+ 26,400
  _____
  67,200
```

Ley 89 El Romerazo bajo el incumbente Carlos Romero Barceló en el 1989
Ley 96 - Bajo la incumbencia de la gobernadora Sila María Calderón en el 1996
Me inicié en el trabajo el 5 de agosto de 1968 y me retiré el 29 de mayo de 2009.

Atentamente
Milagros Avilés Méndez

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| *In re*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *et al.*,<br><br>Deudores.[1] | PROMESA,<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrada Conjuntamente)<br><br>**La presente radicación guarda relación con el ELA, la ACT y el SRE.** |

# RÉPLICA DE LA DEMANDANTE A LA CENTÉSIMA QUINCUAGÉSIMA OCTAVA OBJECIÓN GLOBAL

**Introducciones**

1. Solo debe cumplimentar y radicar el presente formulario de réplica si su reclamo guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico, o si su reclamo guarda relación con una acción judicial pendiente de resolución o finalizada. Si su reclamo no surge de empleo actual o anterior en el Gobierno de Puerto Rico o si su reclamo no guarda relación con una acción judicial pendiente de resolución o finalizada, su réplica debe ser radicada de conformidad con los procedimientos detallados en las páginas 3 a 4 de la Notificación que acompaña a la Centésima quincuagésima octava objeción global.

2. Rogamos radique formularios de réplica separados por cada evidencia de reclamo a la que los Deudores se hayan opuesto. No radique un único formulario de réplica que aborde más de una evidencia de reclamo.

3. Rogamos conteste a todas las preguntas y a cada una de las subpreguntas aplicables.

4. Incluya tantos detalles como pueda en sus réplicas.

---

[1] Los Deudores en el marco de los presentes Procedimientos radicados conforme al Título III, junto con el respectivo número de procedimiento radicado conforme al Título III y los últimos cuatro (4) dígitos del número federal de contribuyente de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (núm. de procedimiento de quiebra 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (núm. de procedimiento de quiebra 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (núm. de procedimiento de quiebra 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (núm. de procedimiento de quiebra 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (núm. de procedimiento de quiebra 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y denominados conjuntamente con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (núm. de procedimiento de quiebra 19-BK-5532-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3801) (Los números de los casos en virtud del Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

a. **Sus respuestas deben proporcionar más información que la contenida en la evidencia de reclamos inicial.** Por ejemplo, si antes escribió "Ley 96" como fundamento de su reclamo, rogamos proporcione información más detallada relativa a leyes concretas que pretende invocar, el año de adopción de dicha ley, así como de qué forma y por qué considera que esa ley concreta permite fundamentar su reclamo.

b. Si está disponible y se aplica a su reclamo, rogamos proporcione, asimismo, lo siguiente:
- Copia de un escrito; por ejemplo, un Escrito de demanda o una Contestación;
- Cualquier sentencia o acuerdo de conciliación que no hayan sido pagados;
- Notificación por escrito de la intención de radicar un reclamo acompañada de un comprobante de envío; y
- Toda la documentación que a su criterio justifica su reclamo.

5. Si no dispone de una copia de su reclamo, podrá descargarla visitando el sitio web de Prime Clerk: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

6. Debe firmar su réplica en el lugar que se indica abajo. Si no lo hace, el secretario no aceptará la réplica a efectos de su radicación.

7. Rogamos radique el formulario cumplimentado y cualquiera de los documentos justificativos siguiendo las instrucciones de la Notificación que acompaña a la Objeción global a su reclamo.

**Cuestionario**

1. Rogamos proporcione el nombre, la dirección, el número de teléfono y la dirección de correo electrónico 1) de la demandante que responda; 2) del abogado o representante designado de la demandante al que los abogados del ELA, de la ACT y del SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción global en nombre de la demandante.
   - ☐ **Nombre:** Milagros Avilés-Méndez
   - ☐ **Dirección:** P.O. Box 2159 Mayaguez, P.R. 00681-2159
   - ☐ **Número de teléfono:** (787) 316-8819
   - ☐ **Dirección de correo electrónico:** milagros_aviles@yahoo.com

2. Número de su evidencia de reclamos: 112092, 160754, 161963

3. Los Deudores se han opuesto a su Evidencia de reclamos porque esta no proporciona información suficiente para que los Deudores comprendan el fundamento de su reclamo. Marque la casilla con la que guarde relación su Evidencia de reclamos y explique el motivo por el que se opone a la objeción indicando así el fundamento de su reclamo. Adjunte páginas adicionales si fuera necesario.
   - ☐ Acción judicial pendiente de resolución o finalizada con o contra el Gobierno de Puerto Rico
   - ☐ Empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico

Fueron 2 leyes aprobadas para un aumento de sueldo a todos los empleados públicos y ese aumento fue denegado

2

Ley 89 El Romerazo bajo el incumbente Carlos Romero Barceló en el 1998. Ley 96 Bajo la incumbencia de la gobernadora Sila María Calderón.

Adjunte copias de cualquier otra documentación u otras pruebas en apoyo de su reclamo.

4. ¿Cuál es el monto de su reclamo (cuánto alega que se le adeuda)?:

$67,200.00

5. **Empleo.** ¿Su reclamo guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico?

☐ No. *Siga con la Pregunta 6.*

☒ Sí. **Responda a las Preguntas 5(a) a (d).**

5(a). Indique la agencia o el departamento específicos donde trabaja o ha trabajado:

Departamento de Educación

5(b). Indique las fechas de su empleo relativo con su reclamo:

Inicié mi trabajo el 5 de agosto del 1968 y me retiré 29 de mayo del 2009

5(c). Últimos cuatro dígitos de su número del Seguridad Social: 1641

5(d). ¿Cuál es la naturaleza de sus reclamos relativos al empleo (marque todas las casillas aplicables)?:

☐ Pensión

☒ Salarios no pagados

☐ Días de licencia por enfermedad

☐ Quejas con sindicado

☐ Vacaciones

☐ Otros (proporcione tanta información detallada como pueda. Adjunte páginas adicionales si fuera necesario).

Un aumento denegado que afectó mi pensión. Fue en el año 1989 y 1996. Esto se reflejó en mi pensión la cual tengo derecho.

6. **Acción judicial.** ¿Su reclamo guarda relación con una acción judicial pendiente de resolución o finalizada?

☐ No.

☒ Sí. **Responda a las Preguntas 6(a) a (f).**

6(a). Indique el departamento o la agencia que sean parte en la acción.

Departamento de Educación

6(b). Indique el nombre y la dirección del tribunal o de la agencia ante los cuales la acción esté pendiente de resolución. Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico.

3

_____ 6(c).

Número del caso: __17-bk-03283-LTS__

6(d). Título, epígrafe o nombre del caso: __Título III Promesa (Caso en virtud del Título III.__

6(e). Estado del caso (pendiente de resolución, apelado o finalizado):
__Pendiente de resolución__

6(f). ¿Tiene una sentencia que no haya sido pagada? Sí / <u>No</u> (rodee la opción que proceda)

En caso afirmativo, ¿cuál es la fecha y el monto de la sentencia?
_____

**FIRME ABAJO SU RÉPLICA**

_[signature]_
Firma

__Milagros Avilés-Méndez__
Deletree su nombre

__03/25/2020__
Fecha

4