Milagros Aviles Mendez
P.O. Box 2159-
Mayaguez- Puerto Rico- 00681-2159-



Secretaria clerks office
Tribunal de Distrito de los Estados Unidos.
United states District Court
Room 150 Federal Building
San Juan- Puerto Rico- 00918-1767.



RECEIVED & FILED
2020 MAR 31 PM 3: 07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR