TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

RECEIVED & FILED
2020 MAR 31 PM 3: 16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

27 de marzo de 2020

Asunto: Envío de Réplica a la Objeción Global a la Secretaría del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico.

Número de reclamación: 112220

Nombre: Álvarez Trossi, Doris A.

Dirección: 41 Arizona 2   Arroyo, Puerto Rico 00714

Número de celular: 787-319-9137

Correo electrónico: dorialv@yahoo.com

Epígrafe: Nombre Del Tribunal: TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Nombre de los Deudores: Estado Libre Asociado de Puerto Rico

Número de Procedimiento: 17 BK 3283-LTS

Título de la Objeción:

1. NOTIFICACIÓN DE LA CENTÉSIMA QUINCUAGÉSIMA OBJECIÓN GLOBAL
   Número de Reclamo: 112220

## Motivos para oponerse a la Objeción Global:

Los motivos por los cuales el Tribunal no debe declarar a lugar la Objeción Global en relación a mi reclamo:

1. Tengo derecho a reclamar en mi número de reclamo 112220.
2. Trabajé en el Departamento de Educación de Puerto Rico de agosto de 1969 a julio del 2000.
3. Laboré como maestra durante ocho (8) años y en el Programa de Orientación y Consejería, veintitrés (23) para un total de treinta y un (31) años.
4. Esta Agencia me garantizaba un aumento de sueldo anual que nunca llegó porque procedían a congelarlos.
5. Completé la información que se me requirió.
6. El monto de mi reclamación es de dieciocho mil ($18,000.00) dólares o a la cantidad que tengo derecho.

## Documentación Justificada

A continuación les estoy enviando una copia del documento en relación a mi reclamo, acompañada de copia de carta recibida de la Junta del Sistema de Retiro para Maestros la cual indica la fecha de mi retiro. Además incluyo copia de la Tarjeta de Salud de la Asociación indicando el año en el cual comencé mis labores con el Sistema de Educación. (Evidencia encontrada hasta el momento)

Secretaría (Clerk's Office)

Tribunal de Distrito de los Estados Unidos
(United States District Court)

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767


Abogado de la Junta de Supervisión
(Counsel for the Oversight Board)

Proskauer Rose LLP

Eleven Times Square

Nueva York, Nueva York 10036-8299

A/A: Martin J. Bienenstock

Brian S. Rosen


Abogados del Comité de Acreedores
(Counsel for the Creditors' Committee)

Paul Hastings LLP

200 Park Avenue

Nueva York, Nueva York 10166

A/A: Luc A. Despins

James Bliss

James Worthington

G. Alexander Bongartz

Álvarez Trossi, Doris A.

Número de procedimiento: <u>17 BK 3283-LTS</u>

Número de reclamo: <u>112220</u>

_____
Firma