

GOBIERNO DE PUERTO RICO
Junta de Retiro para Maestros
PO Box 191879 San Juan, PR 00919-1879
Teléfono (787) 754-8611

27 de octubre del año 2000

PROF: DORIS A. ALVAREZ TROSSI
26 ARIZONA 5
ARROYO P.R. 00714

CASO 313
SS:     2027

Estimada profesora Alvarez:

Nos referimos a su solicitud de retiro por **Retiro Temprano Ley 44** la cual ha sido aprobada. Su retiro será efectivo el **29 de julio de 2000** y recibirá una renta mensual de **$1,420.72.**

Le informamos que usted puede autorizar a la Junta de Retiro para Maestros a descontar de su pensión determinada cantidad para pagar los compromisos contraídos, tales como, el seguro médico de su preferencia u otras deducciones permitidas por Ley.

Se incluye información de interés para los maestros pensionados.

**CERTIFICO CORRECTO**

Gloria E. Navás Pérez
Directora
Area Servicios de Retiro

Cordialmente,

Irma Giménez López
Secretaria Ejecutiva

Anexo
lp

*"Sirviéndole a la Clase Magisterial Puertorriqueña"*