**UNITED STATES POSTAL SERVICE**

Retail

**P**

US POSTAGE PAID
$7.75
Origin: 00714
03/27/20
4209900714-15

PRIORITY MAIL 1-DAY ®

0 Lb 7.20 Oz
1005

EXPECTED DELIVERY DAY: 03/28/20

SHIP TO:
SAN JUAN PR 00918

USPS TRACKING® NUMBER

9505 5103 3328 0087 3035 11

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

- Date
- USPS
  international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.
* Domestic only

To schedule free Package Pickup, scan the QR code.



EP14F Oct 2018

FROM:
Alvarez Tressi, Doris J.
41 Arizona 2
Arroyo, Puerto Rico 00714

RECEIVED & FILED 2020 MAR 31 PM 3:16 CLERK'S OFFICE US DIST COURT SAN JUAN

TO:
Secretaría (Clerk's Office)
Tribunal de Distrito de Estados Unidos
(United States District Court)
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767


