pag. 1

26 de Marzo - 2020

Réplica de Objeción Global
A: Secretaria (clerk' office)
Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico

RECEIVED & FILED 2020 MAR 31 PM 3:06 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN P.R.

RE: Reclamación de objeción Global establecida por el tribunal el 12 de diciembre 2019. referente a la reclamación de dinero No pagado por El Estado Libre Asociado de Puerto Rico. Caso No. 17BK03283-LTS Commonwell of Puerto Rico.
Numeros de Reclamaciones
92885 - 95550 . 50797.
Monto aprotimado que reclamo $13,680.00 y los interes acumulados del dinero desde las fechas aprovadas de las leyes que no se otorgó que correspodia. ejemplo leyes de bonificación del 13 de abril de 1983- otorgada por el Gobernado Carlos Romero Barcelo. Leyes fueron aprovadas efectiva y me cobijan.
(ver evidencia enviada) aqui de dicha Notificación.
Matilde Aviles Velez
Num. de Segur Social xxx-xx-5274
Num. de Cel. 787-984-9284
E. Mail matiMati velez @ gmail.com

pag. 2

26 Marzo

A. Secretaria (Cleark' Office
Tribunal de Distrito de los
Estados Unidos
Room 150 Building
San Juan Puerto Rico.

El tribunal No puede declarar a lugar la objeción globar en relación a mi replica de derecho y hechos de dineros No pagado por el Estado Libre Asociado de Puerto Rico siendo yo empleada desde 1974 hasta 2002 del Departamento de Salud y A.S.S.M.C.A. Años en que se firmaron dichas leyes.

Me opongo a dicha objeción de la ley Promesa evidencia los hechos los años trabajados como enfermera cuando dichas leyes fueron aprovadas, efectiva y me cobijan.

Debido a mi situación personal por problemas de Salud y por la situación de los sismos ocurridos en Puerto Rico fueron los motivos de No poderle enviar a tiempo solicitado evidencia de mi reclamo o derechos de la replica.

③

26 Marzo

Actualmente debido a la pandemia del coronaVirus 19 las agencias están cerradas. Razón por la cual no puedo enviarles una certificación de trabajo.

Aquí incluyo evidencia emitida por su agencia
xxt Cust P.R. 1845 SRF 38154
Pack I.D: 445 MMLD:
1907133 SVC 109th OM ni
y Notificación del 12 de abril 1983 de las bonificaciones por ley firmadas por el Honorable Carlos Romero Barceló Gobernador de Puerto Rico de ese año.

Favor de enmendar mi reclamación por lo que aquí he expuesto.

con gracias anticipadas
att.
[signature]