IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Aviles Velez, Matilde | 92885 | 6/26/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Aviles Velez, Matilde | 92885 | 6/26/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

000445

OFICINA DEL GOBERNADOR
LA FORTALEZA
SAN JUAN, PUERTO RICO 00901



12 de abril de 1983

Estimado Servidor Público de Carrera:

El 1ro de junio de 1983, comenzarás a recibir una bonificación especial que se te pagará de la siguiente forma:

$50 el 1ro de junio de 1983
$30 el 1ro de julio de 1983
$50 el 31 de julio de 1983
$30 el 31 de agosto de 1983
$30 el 30 de septiembre de 1983

La bonificación que habrás de recibir además de tu sueldo, se logró con la aprobación de la Ley Núm. 12 de 27 de agosto de 1982. En tu caso particular representa una cantidad total de $190 en un período de 4 meses.

Debido a que la situación económica de nuestro país continúa difícil y que tenemos compromisos y prioridades ineludibles, sometí legislación ante las Cámaras Legislativas con el propósito de implantar un plan por etapas encaminado a mejorar la condición retributiva de los empleados públicos.

Dicho plan entrará en vigor el 1ro de octubre de 1983, conforme a la Ley Núm. 12 de 27 de agosto de 1982, y a legislación sometida. En esta ocasión, el 1ro de octubre de 1983, recibirás un aumento de $30 mensuales en tu sueldo regular que como tal será permanente y se habrá de considerar para los fines del cómputo de pensiones, de tu margen prestatario y para otros beneficios marginales.

Posteriormente, el 1ro de abril de 1984, o sea 6 meses después de haber recibido tu primer aumento en sueldo, entrarán en vigor nuevas escalas salariales, las que forman parte de un plan integral de retribució desarrollado por una firma consultora bajo la coordinación de la Oficina Central de Administración de Personal.

Las nuevas escalas de retribución que entrarán en vigor en estas fe están desarrolladas en una base porcentual y superan en todos los tipos tributivos a las vigentes. La adopción de estas nuevas escalas te traer un segundo aumento de sueldo. Este aumento será variable y su cuantía de penderá de la clasificación de tu puesto y del paso a que corresponda tu sueldo al entrar en vigor las nuevas escalas. En el caso de los emplead de carrera, el tipo mínimo vigente se incrementará desde $57 hasta $125 mensuales y, como te dije anteriormente, el aumento individual a recibir dicha cantidad dependerá de la clasificación de tu puesto y del paso a q corresponda tu sueldo.

Para determinar el aumento neto que recibirás en virtud de las nueva escalas de sueldos, deberás restarle el adelanto que ya se te habrá otorgado de $30 mensuales a partir del 1ro de octubre de 1983, al efecto brut que tendrán las nuevas escalas sobre tu sueldo individual.

En años fiscales futuros se implantarán las otras 2 etapas de la reestructuración salarial, de acuerdo a los recursos disponibles que conllevan revisiones de las estructuras salariales. Cuando se adopte la tercera etapa, los mínimos de las escalas vigentes para los empleados de carrera, se incrementarán desde $169 mensuales hasta $375 mensuales, dependiendo del nivel de clasificación.

Esta acción representa un esfuerzo adicional de nuestra Administraci por hacer justicia a los trabajadores en el servicio público, cuyos salarios tradicionalmente se han mantenido por debajo de las tendencias retri butivas que se registran en el sector privado. Además, constituye una forma de compensar irrevocablemente y en forma permanente a los empleados públicos, ya que los ajustes salariales se hacen de conformidad con la realidad presupuestaria de nuestro gobierno, así que puedes tener la seguridad de que los mismos se harán efectivos en las fechas en que se dispone y no serán cancelados ulteriormente.

Espero haber clarificado todo lo concerniente a la situación salaria de los empleados de carrera, según se proyectó por los aumentos propuesto a la Asamblea Legislativa y por la implantación de las nuevas escalas salariales al 1ro de abril de 1984.

Cordialmente,

Carlos Romero Barceló