De: Matilde Aviles Velez
HC-4 Box 7532
Juana Díaz PR
00795



Para: Secretaria (Clerk's office
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 MAR 31 PM 3:06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.