CERTIFICADO DE MAESTRA OTORGADO POR EL DEPARTAMENTO DE EDUCACIÓN DE PUERTO RICO



# COMPROBANTE DEL PAGO DE PENSIÓN DEL SISTEMA DE RETIRO DE MAESTROS DEL GOBIERNO DE PUERTO RICO

[Pension payment stub for CARMEN I. NEGRON RIVERA, HC 1 BOX 3C13, VILLALBA PR 00766-9701. Gobierno de Puerto Rico, 592 - SISTEMA DE RETIRO MAESTRO-PENS. Fecha: 11/27/2019. Aviso No. 4809471. Grupo de Pago: SM-Quincenal. Desde: 12/01/2019 Hasta: 12/01/2019. Estado Civil: Married. Sueldo: $1,369.00 Monthly.

HORAS E INGRESOS:
- Bono Navidad Pensionados: 200.00 (Acumulado 200.00)
- Pago de Salarios Regulares: 1,587.92 / 15,059.00
- Bono Medicina Pensionados: 100.00

Totales: 200.00 / 1,587.92 / 15,359.00

DEDUCCIONES GENERALES:
- AE Asoc Emp ELA Pens Regular: 2,615.90
- SM-First Medical Health Plan: 267.00
- SU-COOP DE SEGUROS DE VIDA: —
- AS-ASOC PENSIONADOS: 22.00
- AS EMP ASOC SEG ASOC EMP ELA: 22.00
- Ahorros AEELA: 1,294.73

BENEFICIOS PATRONALES PAGADOS:
- SM-First Medical Health Plan: 1,110.00

TOTAL BRUTO Corriente: 200.00; Acumulado: 15,359.00
TOTAL IMPUESTOS: 0.00
DEDUCCIONES TOTALES: 5,437.12
PAGA NETA: 200.00 / 9,921.88

DISTRIBUCION PAGA NETA: Aviso #4809471 — 200.00

Cant. Deposito: $200.00

DISTRIBUCION DE DEPOSITO DIRECTO: Savings — $200.00
Total: $200.00

NO-NEGOCIABLE]

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico | 3:17-BK-3283 (LTS) <br><br> PROMESA Title III |
| *as representative of* | (Jointly Administrated) |
| The Commonwealth of Puerto Rico, *et al.* <br><br> Debtors | |

## NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on March 16, 2020. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 16 de marzo del 2020. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.

NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*
3:17-BK-3283 (LTS)

| 1 |   | Pleading is illegible. L.Civ.R. 10<br>*(El escrito radicado es ilegible o no cumple con la R.L.Civ. 10)* |
|---|---|---|
| 2 | X | Lacks proper signature. Documents presented to the court in paper require a handwritten signature. L.Civ.R. 11<br>*(Documento no está firmado adecuadamente. Los documentos sometidos en papel tienen que estar firmados a mano. R.L.Civ. 11)* |
| 3 |   | PROMESA Cover Sheet for Adversary Proceedings (DPR Modified PROMESA B1040) was not included. L.Bkcy.R. 7003-1<br>http://www.prd.uscourts.gov/promesa/forms-attorneys<br>*(No se incluyó la Hoja de Trámite para Casos Adversarios (DPR Modified PROMESA B1040).* |
| 4 |   | Failure to pay the filing fee in the amount of $400.00. See, L.Cv.R. 3.1(a). Payment shall be made within 24 hours in person at the Clerk's Office U.S. District Court with copy of the complaint /notice of removal.<br>*(Incumplimiento con el pago de la cuota de radicación por la cantidad de $400.00. El pago debe hacerse personalmente dentro de 24 horas en la Secretaría del Tribunal Federal de Distrito adjuntando una copia de la demanda / notificación de remoción.)* |
| 5 |   | Other: |

Date: March 17, 2020

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of Court

By: <u>s/ Marian B. Ramirez-Rivera</u>
Marian B. Ramirez Rivera
Deputy Clerk

sc: to filer with original filing attached