Carmen Luz Negron Rivera
HC01 Box 3013
Villalba, P.R. 00766-9701

# Reclamación
149732

Clerk's Office
United States District Court
Room 150 Federal Bldg.
San Juan, P.R. 00918-1567