-1-

3-25-2020

A Quien Pueda Interesar-

Para la Fecha del 2-11-2020 fueron enviados los siguientes documentos:

1- Carta dirigida a la Junta de Supervisión - Con Fecha del 9-Feb-2020

2- Certificación de Empleo con Fecha 31 EN- 2020

3- Certificación de Años de Servicios y Edad-

4- Ademas se incluyeron todos los documentos Requeridos Por usted. Por- Ejemplo Todas las Replicas -Etc

5- Algun otros documentos Favor Comunicarse con este Servidor-

6- Los Números de los Casos son los siguientes:

| | | |
|---|---|---|
| 1- 148945- | $2,400.00 | - Aumentos no |
| 2- 165068- | $7,200.00 | devengado Por |
| 3- 158933- | $13,800.00 | La Ley 89 - |
| | 23,400.00 | La Ley 96 - |

RECEIVED & FILED 2020 MAR 31 PM 3:08 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.

-2-

Luego del Retiro se afecto mi Pencion, Por no Recibir estos aumentos desde 2004 - 2020 el cual Sería Por la Cantidad de 1200- dolares Por año los cuales serian Pagadero Por la Ley 89 y Ley 96.

Si sacamos cuenta del 2004 a 2020, son 16 años, lo cual seria un Pago de $1,200.00 Por años, Por esos 16 años seria un Pago de $38,400.00 Por las dos Leyes - 89 y 86.

Entiendo que se me debe la Cantidad de:
$61,800.00 - Por todos los Pagos Antes señalados en esta carta.

Sin otro Particular les doy las gracias a toda su ayuda al Respecto.

Cordialmente
R. Torres
Ricardo H. TORRES
787- 383- 8451-