

Mr. Ricardo Torres
PO Box 2159
Mayaguez, PR 00681





U.S. POSTAGE PAID
FCM LG ENV
MAYAGUEZ, PR
00680
MAR 27, 20
AMOUNT
$1.80
R2304E104763-06

SECRETARIA Clerk's OFFICE
Tribunal de Distrito de los Estados Unidos,
United States District Court
Room 150 Federal Building.
San Juan - Puerto Rico. 00918-1767.

RECEIVED & FILED
2020 MAR 31 PM 3:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR