*Número de Evidencia de Reclamación*: 25001
*Reclamante*: Montanez Oquendo, Maria M.

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación; el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. ¿Cuál es el fundamento de su reclamación?

   - ☑ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   - ☐ Empleo actual o anterior en el gobierno de Puerto Rico

   - ☑ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.) *Durante la gobernación del ex gobernador Carlos Romero Barceló se otorgó aumento de sueldo bajo la ley 89 de $100.00 mensuales desde 1984-85 el cual no se honró. Además de la Ley laboral #9 y la escala salarial 164*

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):
   *Mi reclamación es de $80,000.00*

Batch 1


990123400324952

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
Departamento de Educación, Gobierno de Puerto Rico

3(b). Identifique las fechas de su empleo con relación a su reclamación:
Desde 1984 - hasta el año 2000

3(c). Últimos cuatro dígitos de su número de seguro social: 3975

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☒ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   3% de aumento de sueldo cada 3años que nunca se pago
   desde el año 1984 - 2000

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
Departamento de Educación de Puerto Rico

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: Tribunal de Distrito de los Estados Unidos, para el Distrito de Puerto Rico "CommonWealth of PuertoRico Supplemental Information Processing Center"

4(c). Número de caso: 17bk 03283- LTS

4(d). Título, epígrafe, o nombre del caso: "CoMMonWealth of Puerto Rico- Proof of Claim
RE-CommonWealth USA Casos Título III-Ley 89
Ley laboral # 9 - Escala Salarial 164

2

990123400324952

*Número de Evidencia de Reclamación*:

*Reclamante*: **Montanez Oquendo, Maria M.**

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

*Casa pendiente de resolución y de Apelación*

4(f). ¿Tiene usted una sentencia impaga? Si / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

*1984 hasta 2000. El Monto de la sentencia es de $80,000.00*

990123400324952