# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión del **Prof. Maria M. montanez Oquendo**, con número de seguro social que termina en **3975**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 29 de julio de 2000 |
| Tiempo Cotizado para Pensión | 28 años, 8 meses, 0 sem, 1.5 días |
| Pensión mensual Inicial | $ 1,490.67 |
| Pensión Mensual Actual | $ 1,490.67 |

Esta certificación se expide hoy, **13 de febrero de 2020** en **San Juan, Puerto Rico**.

Edgardo Negron Ramirez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

787.777.1414   787.764.6910   www.srm.pr.gov



# DEPARTAMENTO DE EDUCACION
## Estado Libre Asociado de Puerto Rico
### Secretaría Auxiliar de Recursos Humanos

ATT: LEY PROMESA

13 de febrero de 2020

# CERTIFICACION

Certifico que

| | |
|---|---|
| | : MARIA M. MONTANEZ OQUENDO |
| Seguro Social | : -3975 |
| Categoría | : CONSEJERO ESCOLAR |
| Distrito Escolar | : TOA BAJA |
| Sueldo Mensual | : $1,970.00 |
| Status | : PERMANENTE |
| Observaciones | : |
| Trabaja | : N/A |
| Cesó | : N/A |
| Renunció | : Efectivo el 28 de julio de 2020 |
| Otros | : Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (29) años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Modelo SC-1515 (IRM)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO

## JUNTA DE RETIRO PARA MAESTROS

## INFORME RENTA ANUAL VITALICIA

**Nombre:** María M. Montañez Oquendo

3975

**Núm. Reclamación:** 31896

**Sexo:** F

**Tipo de Renta:**
a— Años de Servicio y Edad
   Opcional ( ı )
   Obligatorio ( )
b— Edad ( )
c— Incapacidad
   Ocupacional ( )
   No Ocupacional ( )
d— Diferida ( )*

**Fecha de Nacimiento**
Año ___ Mes ___ Día ___

**Fecha de Retiro**
2000 julio 28

**Edad al Retirarse:** 52 Años, 6 Meses, 14 Días

**Servicios Acreditados:** 28 Años, 8 Meses, — Sem., 1½ Días

**Costo Anualidad:** $ 33,959.20

**Fecha de Efectividad:** 2000 julio 29

**Retiro Ley Núm.** 44 **de** 2000

Oficina de Finanzas
Documentos Preintervenidos
Fecha _____
Iniciales _____

**Cómputo de la Renta Anual:**

a— Sueldo promedio mensual más alto durante cinco años consecutivos a $ 1,873.47
X 018% X 28 años, 8 meses, y 1 día
(Por ciento)   (Tiempo Acreditado)

966.78

menos ajuste 5%
48.33

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

918.45

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad.

b— Ajuste para llegar al Mínimo Establecido por Ley 44

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ 486.65 | $ | $ | $ |

486.65

Diferencia Mínimo o Renta Sistema Retiro

Renta Mensual Vitalicia — 1,405.10
Renta Anual Vitalicia — 16,861.20

**Computado:** Celia Rodríguez Rivera   Fecha: 2001

**Cotejado por:** Julio C. Ortiz   Fecha: 14-2-01

**Recomendado:** Gloria E. Navas Pérez, Directora Área Servicios de Retiro   Fecha: 16-2-01

**Aprobado:** Irma A. Giménez López, Secretaria Ejecutiva   Fecha:

HA/ap:b