**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

20 de marzo de 2020

A quien pueda interesar:

Certifico que **ANA A. QUINONES TEXIDOR**, número de seguro social **XXX-XX-1704** labora en nuestra Agencia desde **1 de octubre de 2001** al **Presente**.

Actualmente, ocupa en calidad de **TRABAJADOR SOCIAL ESCOLAR** en **RAFAELINA E. LEBRON FLORES, PATILLAS**, Oficina Regional Educativa de **HUMACAO** y devenga un salario de **$2684.1700**.

El periodo de los contratos de servicios personales, para trabajo de jornada irregular que con la agencia, se detallan a continuación:

| Fecha Comienzo | Fecha Terminación |
|---|---|

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

Juan Francisco Rivera Aponte
Secretario Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-2255, 3465.*

P.O. Box 190759, San Juan PR 00919-0759



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.