Ana A. Quiñones Texidor
Urb. Chalets de Brisas del Mar
19 Calle Velero Guayama P.R.
00784



Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan P.R. 00918-1767

RECEIVED & FILED
2020 MAR 31 PM 3 06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.