Fecha. 17 de marzo de 2020

Nombre.. Miguel Mangual Guilbe

Dirección Residencial.. Calle Bella Vista B. 16
Brisas de Maravilla
Mercedita, Puerto Rico 00715

Dirección Postal.... Calle Bella Vista B. 16
Brisas de Maravilla
Mercedita, Puerto Rico 00715

Teléfono de contacto .. 787 608 3217

A---Tribunal de Distrito de los Estado Unidos
San Juan, puerto Rico.

B---Deudor... Commonwealth of puerto Rico

C---Procedimiento...17 BK 3283- LTS

D---Titulo de la Objeción Global---Centésima Cuadragésima Primera Objeción Global

E.--- Núm. De Reclamación---124260

Yo Miguel Mangual Guilbe reclamo lo que en derecho tengo a reclamar por los años trabajados en el Sistema de Gobierno del Estado Libre Asociado de Puerto Rico. En dichos años se aprobaron leyes concediendo beneficios y aumentos salarial a la clase trabajadora de país , los cuales no me fueron concedidos.

**Leyes que fueron aprobadas..**

1. **Ley 89 Restribucion Uniforme—12 de julio de 1979----El Romerazo.**
   **$50.00 mensuales**
   Importe reclamado adeudado 14,700.00
   Fecha..Desde julio 1980 a dicembre 2005

2. Ley # 164 ---del 12 de julio de 2003—efectiva el 1 de enero de2004
   $100.00 mensuales
   Importe reclamado adeudado $2,400.00
   Fecha.... Desde enero 2004 a diciembre 2005

Total importe reclamado $17,100