Mr. Miguel Casellas
B16 Calle Bella Vis.
Mercedita PR 00715-2000



Secretaria [ Clerk´s Office )
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan , Puerto Rico 00918- 1767

00918399999