RECEIVED & FILED
2020 MAR 16 PM 2: 57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RECEIVED & FILED
2020 MAR 31 PM 3: 10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

*In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS

| | |
|---|---|
| JESÚS MORALES MATOS | PROMESA |
| HC-01 BOX 30313 | Título III |
| VILLALBA, PR 00766 | Núm. 17 BK 3283-LTS |
| (787) 595-1884 | No. de Reclamación: 164036 |
| jossean2411@gmail.com | |

RÉPLICA A LA **CENTÉSIMA** VIGÉSIMO NOVENA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DE LA POLICÍA DE PUERTO RICO EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 89 DE 1979 (ROMERAZO), A PARTIR DEL 1980 HASTA EL 2006.

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo anterior como oficial de la Policía de Puerto Rico por servicios prestados y que no fueron pagados.

Durante su gobernación, el gobernador Carlos Romero Barceló aprobó una ley (Ley 89 del 12 de julio de 1979) que concedía un

aumento salarial a los miembros de la Policía del Gobierno de Puerto Rico de $100.00 mensuales.

Este aumento nunca se pagó.

Durante el término de esa ley (1980-2006), yo era miembro de la Policía de Puerto Rico. De acuerdo con mis cálculos, el período comprende 25 años a $1,200.00 por año, lo que representa $30,000 a los que tengo derecho.

Se estima la siguiente cantidad adeudada:

$1,200.00 del año 1980

$1,200.00 del año 1981

$1,200.00 del año 1982

$1,200.00 del año 1983

$1,200.00 del año 1984

$1,200.00 del año 1985

$1,200.00 del año 1986

$1,200.00 del año 1987

$1,200.00 del año 1988

$1,200.00 del año 1989

$1,200.00 del año 1990

$1,200.00 del año 1991

$1,200.00 del año 1992

$1,200.00 del año 1993

$1,200.00 del año 1994

$1,200.00 del año 1995

$1,200.00 del año 1996

$1,200.00 del año 1997

$1,200.00 del año 1998

$1,200.00 del año 1999

$1,200.00 del año 2000

$1,200.00 del año 2001

$1,200.00 del año 2002

$1,200.00 del año 2003

$1,200.00 del año 2004

Cantidad adeudada estimada: $30,000.

Jesús Morales Matos