# CARTA DE RENUNCIA A LA POLICÍA DE PUERTO RICO



Estado Libre Asociado de Puerto Rico
Policía de Puerto Rico

NRH-2-2-1-711

3 de diciembre de 2003

Sgto. Jesús Morales Matos
Placa Número 8-____
Div. Patrullas Autopista, Salinas
P/C Superintendente Auxiliar en
Administración de Tránsito

Estimado Sargento Morales Matos:

Tengo ante mi consideración su comunicación del 15 de mayo de 2003, en la cual presenta su renuncia al puesto que ocupa en la Policía de Puerto Rico, para acogerse a los beneficios de la Ley de Retiro y años de servicio.

Lamento su determinación de dejar la Policía después de haber prestado valiosos servicios a esta Agencia y a nuestro país. Sin embargo, debido a que la razón es de por sí meritoria no me queda otra alternativa que acceder a sus deseos aceptando su renuncia efectivo el 31 de enero de 2004.

De acuerdo con la Ley Núm. 94 del 19 de junio de 1968, usted es elegible para recibir los beneficios del seguro por años de servicio de la Asociación de Empleados del Gobierno. Además, si usted lo desea puede continuar acogido al seguro por muerte.

Es nuestro ferviente deseo que disfrute por largos años su merecido retiro y esté en la completa seguridad que estaremos siempre dispuestos a servirle por lo que no vacile en solicitar nuestros servicios cuantas veces usted lo crea conveniente.

Cordialmente,

Lcdo. Víctor M. Rivera González
Superintendente

DIRIJA TODA LA CORRESPONDENCIA OFICIAL AL SUPERINTENDENTE. P.O. BOX 70166 SAN JUAN, P.R. 00936-8166 TEL. (787)793-1234

## COMPROBANTE DEL PAGO DE PENSIÓN DEL SISTEMA DE RETIRO DEL GOBIERNO DE PUERTO RICO

**Gobierno de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

Grupo de Pago: SM -Quincenal
Desde: 01/16/2018
Hasta: 01/31/2018
Business Unit: PRRET
Aviso #: 2768406
Fecha Aviso: 01/29/2018

**JESUS MORALES MATOS**
HC 1 BOX 3013
VILLALBA PR 00766-9701
SS: XXX-XX-XXXX

# Empleado:
Dept: 130100-Merino-E6a6-dvc-Optional-001
Lugar: Ley 447 de 15 de mayo de 1951
Título: Pensionado
Sueldo: $1,606.04 Monthly

DATA PMP: Federal / PR
Estado Civil: Married / Married
Conexiones: 0 / 0
Pct. Adcl.: 
Cant. Adcl.: 

### HORAS E INGRESOS

| Descripción | Sueldo | Horas Corriente | Ingresos Corriente | Horas Acumulado | Ingresos Acumulado |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 803.02 | 172.50 | | 1,606.04 |
| Total | | 803.02 | 172.50 | | 1,606.04 |

### IMPUESTOS

| Descripción | Corriente | Acumulado |
|---|---|---|
| Total | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripción | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 85.55 | 171.00 |
| AS-ASOC.PENSIONADOS | 1.00 | 2.00 |
| AS-EMP ACOG SEG ASOC EMP ELA | .00 | 2.00 |
| Ahorros-AEELA | 16.05 | 32.12 |
| Total | 103.56 | 207.12 |

### BENEFICIOS PATRONALES PAGADOS

| Descripción | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00 | 100.00 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Corriente | Acumulado |
|---|---|---|
| Total Bruto | 803.02 | 1,606.04 |
| Total Impuestos | 0.00 | 0.00 |
| Deducciones Totales | 103.56 | 207.12 |
| Paga Neta | 699.46 | 1,398.92 |

### DISTRIBUCION PAGA NETA

| Aviso #2768406 | 699.46 |
|---|---|
| Total | 699.46 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial | 0.0 |
| + Acumulado | |
| - Utilizado | |
| - Donado | |
| + Ajustes | |
| Balance Final | 0.0 |

MENSAJE:

**¡Atención Pensionados!**
Solicitamos a todos los Pensionados que tenían cuentas en los bancos: Doral, Westernbank, RG y Bilbao Vizcaya a realizar los cambios de ruta y tránsito correspondientes con el propósito de que sus depósitos directos no se vean afectados próximamente.

Para información llame al 787-777-1500

**Gobierno de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

Fecha: 01/29/2018
Aviso No. 2768406

Cant. Depósito: $699.46

TRAT 110 82 26445******** SCH 5 DIGIT 00733 26431 2 AV 0378
JESUS MORALES MATOS
HC 1 BOX 3013
VILLALBA PR 00756-9701

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Número de Cuenta | Cant. Depósito |
|---|---|---|
| Savings | XXXXX | $699.46 |
| Total | | $699.46 |

**NO-NEGOCIABLE**