## Carta Renuncia de la Policía de Puerto Rico



Estado Libre Asociado de Puerto Rico
Policía de Puerto Rico

NRH-2-2-1-711

3 de diciembre de 2003

Sgto. Jesús Morales Matos
Placa Número ~~~~~
Div. Patrullas Autopista, Salinas
P/C Superintendente Auxiliar en
Administración de Tránsito

Estimado Sargento Morales Matos:

    Tengo ante mi consideración su comunicación del 15 de mayo de 2003, en la cual presenta su renuncia al puesto que ocupa en la Policía de Puerto Rico, para acogerse a los beneficios de la Ley de Retiro y años de servicio.

    Lamento su determinación de dejar la Policía después de haber prestado valiosos servicios a esta Agencia y a nuestro país. Sin embargo, debido a que la razón es de por sí meritoria no me queda otra alternativa que acceder a sus deseos aceptando su renuncia efectivo el 31 de enero de 2004.

    De acuerdo con la Ley Núm. 94 del 19 de junio de 1968, usted es elegible para recibir los beneficios del seguro por años de servicio de la Asociación de Empleados del Gobierno. Además, si usted lo desea puede continuar acogido al seguro por muerte.

    Es nuestro ferviente deseo que disfrute por largos años su merecido retiro y esté en la completa seguridad que estaremos siempre dispuestos a servirle por lo que no vacile en solicitar nuestros servicios cuantas veces usted lo crea conveniente.

Cordialmente,

Lcdo. Víctor M. Rivera González
Superintendente

DIRIJA TODA LA CORRESPONDENCIA OFICIAL AL SUPERINTENDENTE, P.O. BOX 70166 SAN JUAN, P.R. 00936 8166 TEL. (787)793-1234

Comprobante de Cheque del Sistema de Retiro del Gobierno de Puerto Rico

**Gobierno de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

Grupo de Pago: SM - Quincenal
Desde: 01/16/2018
Hasta: 01/31/2018

Business Unit: PUERT
Aviso #: 2768406
Fecha Aviso: 01/29/2018

JESUS MORALES MATOS
HC 1 BOX 3013
VILLALBA PR 00766-9701
SS: XXX-XX-X...

# Empleado:
Dept:
Lugar: Ley 447 de 15 de mayo de 1951
Título: Pensionado
Sueldo: $1,606.04 Monthly

DATA IMP: Federal PR
Estado Civil: Married Married
Exenciones: 0 0
Exe. Adcl.:
Cant. Adcl.:

## HORAS E INGRESOS

| Descripción | Sueldo | Horas | Ingresos | Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | 803.02 | | | 172.50 | 1,606.04 |

## IMPUESTOS

| Descripción | Corriente | Acumulado |
|---|---|---|
| Total | 0.00 | 0.00 |

Total: 803.02 172.50 1,606.04

## DEDUCCIONES

## DEDUCCIONES GENERALES

| Descripción | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 85.50 | 151.00 |
| AS-ASOC PENSIONADOS | 1.00 | 2.30 |
| AS-EMP ACOKI SEC ASOC EMP ELA | .00 | 2.00 |
| Ahorros-AEELA | 16.00 | 32.12 |

## BENEFICIOS PATRONALES PAGADOS

| Descripción | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00 | 100.00 |

Total: 0.00 0.00 | Total: 103.16 207.12 | *Tributable

### TOTAL BRUTO
Corriente: 803.02
Acumulado: 1,606.04

### TOTAL IMPUESTOS
0.00
0.00

### DEDUCCIONES TOTALES
103.16
207.12

### PAGA NETA
699.46
1,398.92

### DISTRIBUCION PAGA NETA
Aviso #2768406    699.46
Total:    699.46

**PTO HORAS**  ACUM
Balance Inicial:  0.0
+ Acumulado:
- Utilizado:
- Donado:
+ Ajustes:
Balance Final:  0.0

MENSAJE:

¡Atención Pensionados!
Solicitamos a todos los Pensionados que tenían cuentas en los bancos: Doral, Westernbank, RG y Bilbao Vizcaya a realizar los cambios de ruta y tránsito correspondientes con el propósito de que sus depósitos directos no se vean afectados próximamente.

Para información llame al 787-777-1500

**Gobierno de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

Fecha: 01/29/2018
Aviso No. 2768406

Cant. Depósito: $699.46

JESUS MORALES MATOS
HC 1 BOX 3013
VILLALBA PR 00766-9701

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Número de Cuenta | Cant. Depósito |
|---|---|---|
| Savings | | $699.46 |
| Total: | | $699.46 |

**NO-NEGOCIABLE**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico | 3:17-BK-3283 (LTS) |
| | PROMESA Title III |
| *as representative of* | |
| | (Jointly Administered) |
| The Commonwealth of Puerto Rico, *et al.* | |
| Debtors | |

## NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on March 16, 2020. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 16 de marzo del 2020. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.

NOTICE OF DEFECTIVE PLEADING
(Notificación de Documento Defectuoso)
3:17-BK-3283 (LTS)

| 1 | | Pleading is illegible. L.Civ.R. 10<br>(El escrito radicado es ilegible o no cumple con la R.L.Civ. 10) |
|---|---|---|
| 2 | X | Lacks proper signature. Documents presented to the court in paper require a handwritten signature. L.Civ.R. 11<br>(Documento no está firmado adecuadamente. Los documentos sometidos en papel tienen que estar firmados a mano. R.L.Civ. 11) |
| 3 | | PROMESA Cover Sheet for Adversary Proceedings (DPR Modified PROMESA B1040) was not included. L.Bkcy.R. 7003-1<br>http://www.prd.uscourts.gov/promesa/forms-attorneys<br>(No se incluyó la Hoja de Trámite para Casos Adversarios (DPR Modified PROMESA B1040). |
| 4 | | Failure to pay the filing fee in the amount of $400.00. See, L.Cv.R. 3.1(a). Payment shall be made within 24 hours in person at the Clerk's Office U.S. District Court with copy of the complaint /notice of removal.<br>(Incumplimiento con el pago de la cuota de radicación por la cantidad de $400.00. El pago debe hacerse personalmente dentro de 24 horas en la Secretaría del Tribunal Federal de Distrito adjuntando una copia de la demanda / notificación de remoción.) |
| 5 | | Other: |

Date: March 17, 2020

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of Court

By: s/ Marian B. Ramirez-Rivera
Marian B. Ramirez Rivera
Deputy Clerk

sc: to filer with original filing attached