Jesús
HC01 Box 3013
Villalba, P.R. 00766-9701

# Reclamación:
124192
164036



U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
MAR 25, 20
AMOUNT
$1.40
R2303S101580-02

RECEIVED & FILED
2020 MAR 31 PM 3:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk's Office
United States District Court
Room 150 Federal BLDG
San Juan, P.R. 00918-1767