26 de marzo de 2020

Deudores Gobierno de P.R.
Promesa Titulo III
Caso — no. 17 BK 3283 LTS

RECEIVED & FILED
2020 MAR 31 PM 3:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Re: Sonia I. Reyes Rivera
HC1 Box 13372
Coamo, P.R. 00769
Tel. 787-432-4108
Email: sonia.reyes54@icloud.com
# reclamación 105414

Señores del Estado Libre Asociado de Puerto Rico, Tribunal de Distrito de los Estados Unidos y Distrito de P.R., someto ante ustedes la información solicitada para fundamentar la evidencia de reclamación 105414.

Durante el período de Agosto de 1976 a Mayo 2009 estuve trabajando en el Departamento de Educación de P.R. como trabajadora social y me retiré en Mayo 2009.

Aparezco en la objeción global con el número de reclamo 105414 referente a la ley #35 del 24 de abril de 2007 sobre el 3% a las pensiones.

Dejo ante ustedes la decisión si esta servidora tiene derecho a estos aumentos entendiendo que si otro personal que está en la misma situación que yo tiene derecho yo también la tengo. De ser así el monto de la reclamación es de 14,000.00 dólares.

Gracias por su atención
Sonia I. Reyes Rivera
Sonia I. Reyes Rivera

P.D. Adjunto le envío copia de:
- Certificación de tiempo trabajado.