# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Sonia I. Reyes Rivera**, con número de seguro social que termina en **5889**.

| | |
|---|---|
| **Fecha de Efectividad de la Pensión** | 30 de mayo de 2009 |
| **Tiempo Cotizado para la Pensión** | 32 años, 5 mes, 0 sem, 2.5 día |
| **Pensión Mensual Inicial** | $2,315.00 |
| **Pensión Mensual Actual** | $2,315.00 |

Esta certificación se expide hoy, **27 de febrero de 2020** en San Juan, Puerto Rico.

Cynthia Sanjurjo Santos
**Supervisora**
**Centro de Contacto**

sba



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414    787.764.6010    www.srm.pr.gov