Sonia I. Reyes Rivera
HC1 Box 13372
Coamo, P.R. 00769

RECEIVED & FILED
2020 MAR 31 PM 3:11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009
27 MAR 2020 PM 1 L



Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767