26 marzo 2020

Robert Cruz Soto
Urbanización Brisas De Camuy
A-9 Camuy PR 00627
Tel. 939-405-6838
Twenty five 26@gmail.com

RECEIVED
2020 APR -1 PM 4:04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaría
Tribunal de Distrito de E.U.
Room 150 Federal Building
S.J. PR 00918-1797

Abogado de la Junta de Supervisión
Proskauer Ros LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J Bienestock
Brian S. Rosen

Abogado del Comité de acreedores
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

In re:
Junta de supervision y administracion
Financiera Para Puerto Rico

Estado Libre asociado de P.R.

Recibí un documento de porte de ustedes donde indica que debo someter una replica a mi reclamacion (la cual adjunto) Este documento lo recibí el 25 de marzo. Es de conocimiento, Es de conocimiento que las oficinas gubernamentales estan cerradas o parcialmente cerradas debido a la pandemia corona virus, es por este motivo que envió esta correspondencia mediante correo certificado ante la imposiblidad de llegar al Tribunal de Distrito

Hago constar que el 13 de enero 2020 sometí al Tribunal de Distrito una Replica contestando la misma. Titulo de la objecion global — Nonagesima octava objecion legal. La cual adjunto a este documento.

en la misma indico la deuda del Sistema de Retiro de empleados del ELA y mi solicitud de retiro por incapacidad, es por todo eso que yo Reclamo la Cantidad de $10,000.00

[signature]

INTAKE DRSP
RECEIVED & FILED

2020 JAN 13 PM 3: 34

CLERKS OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

13 enero 2020

Robert Cruz Soto
Urbanización Brisas de Camuy
A-9 Camuy PR 00627
939-405-6838
TwntyFive26@gmail.com

Notificación de objeción

Tribunal de Distrito de Los Estados Unidos
Room 150 Federal Building
San Juan PR 00918-1767.

Asunto:
Estado Libre Asociado de Puerto Rico
Numero de procedimiento 17 BK 3283-LTS

Título de la objeción Global
Nonagésima Octava objeción global

Esto es relacionado a la Reclamación # 230

El motivo para oponerme a la objeción global es que el E.L.A. y la Junta de

INTAKE DROP BOX
RECEIVED & FILED

2020 JAN 13 PM 3:34

CLERK'S OFFICE
U.S. DISTRICT COURT

sistema de retiro de empleados públicos me adeudan 44,104.06 $.

También en el 2013 solicité la pensión por incapacidad caso Núm: 2016-0204

Adjunto con esta reclamación evidencia de mis aportaciones al sistema de retiro de los empleados del Gobierno del E.L.A.