**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

INTAKE DROP BOX
RECEIVED & FILED

2020 JAN 13 PM 3: 34

## ESTADO DE CUENTA ESTIMADO

10 de enero de 2020

**Agencia: 363 - MUNICIPIO SAN JUAN**

ROBERT CRUZ SOTO
URB BRISAS DE CAMUY
#A9
CAMUY, PR 00627

Seguro Social: XXX-XX-5006

A base de la información en nuestros registros, al 10 de enero de 2020 usted posee:

Fecha de Nacimiento: 14 de septiembre de 1965                     Género: Masculino
Fecha de Ingreso al Servicio Público: 01 de octubre de 1986
Fecha de Comienzo de Cotización: 01 de octubre de 1986

| Ley 447 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2015 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 26.75 | Tiempo Trabajado: | .08 | Tiempo Trabajado: | 0 |
|  |  | Aportaciones: | 1,636.71 | Aportaciones: | 0.00 |
|  |  | Intereses: | 0.00 | Intereses: | 0.00 |
|  |  | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** |  |  |  |  |  |
| Pagado: | 0.00 |  |  |  |  |
| Tiempo: | 0.00 |  |  |  |  |
| **Balance Acumulado:** | 44,104.06 | **Total Aportaciones:** | 1,636.71 | **Total Aportaciones:** | 0.00 |
| **Beneficio:** | 1,061.83 | **Beneficio:** | 7.65 | **Beneficio:** | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

SRF 40684

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*:<br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br>    como representante de<br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *et al.*,<br><br>            Deudores.[1] | PROMESA<br>Título III<br>Núm. 17 BK 3283-LTS<br>(Administrada Conjuntamente) |

**NOTIFICACIÓN A) DE EXTENSIÓN DE LA FECHA LÍMITE PARA RESPONDER A OBJECIONES GLOBALES A LAS RECLAMACIONES PROGRAMADAS PARA LA VISTA EL 11 DE DICIEMBRE DE 2019 O EL 29 DE ENERO DE 2020, Y B) DE CONTINUACIÓN DE LAS VISTAS RELATIVAS A LAS RÉPLICAS RADICADAS TARDE**

---

**INFORMACIÓN IMPORTANTE RELATIVA A SU RECLAMACIÓN**

Si su(s) reclamación(es) queda(n) sujeta(s) a las Objeciones de diciembre o a las Objeciones de enero (según se define abajo), que aparecen en el Apéndice I de la presente Notificación, se le ha concedido una extensión única de la fecha límite para radicar y notificar una réplica.

Toda réplica debe radicarse y notificarse de tal manera que <u>sea recibida por el Tribunal</u> a más tardar a las <u>04:00 p.m. (AST) del 27 de marzo de 2020</u>.

Si su(s) reclamación(es) queda(n) sujeta(s) a las Objeciones de diciembre o a las Objeciones de enero, y no radica su réplica a más tardar a las <u>04:00 p.m. (AST) del 27 de marzo de 2020</u>, el Tribunal no atenderá su réplica.

---

[1] Los Deudores en el marco de los presentes Procedimientos radicados conforme al Título III, junto con el respectivo número de procedimiento radicado conforme al Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (Causa de Quiebra Núm. 17-BK-3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Causa de Quiebra Núm. 17-BK-3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Causa de Quiebra Núm. 17-BK-3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Causa de Quiebra Núm. 17-BK-3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Causa de Quiebra Núm. 17-BK-4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y (vi) la Autoridad de Edificios Públicos de Puerto Rico ("AEP") (Causa de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de las causas radicadas conforme al Título III están enumerados como números de causas de quiebra debido a ciertas limitaciones en el programa informático).