Robert Cruz
Urb. Brisas De Camuy
A-9 Camuy PR 00627



7019 0700 0002 1473 2711



Secretaria
Tribunal De Distrito de EU
Room 130 Federal Building
S.J. PR 00918-1797