TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

RECEIVED & FILED
2020 APR -1 PM 4:04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

| | |
|---|---|
| In re: | PROMESA |
| Junta de Supervisión y Administración Financiera para Puerto Rico | Título III |
| como representante de | No. 17 BK 3283-LTS (Administrada Conjuntamente) |
| Estado Libre Asociado de Puerto Rico, *et al.*, | La presente radicación guarda relación con el ELAS, la ACT y el SRE |
| Deudores. | |

CENTESIMA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE LAS REINVINDICACIONES SALARIALES, LABORALES O SERVICIOS

AL HONORABLE TRIBUNAL:

Comparece Zenia Enid González Clemente de conformidad con la orden del 13 de marzo de 2020 expone y solicita:

1. Que presentó mi reclamación de deuda por concepto del Sistema de Retiro de Empleados del Gobierno de Puerto Rico y que dicha reclamación fue encontrada defectuosa por razón de no haber anejado la certificación del Sistema de Retiro.

2. Que los números de casos son Zenia E. González Clemente – 34263 y Angel H. Oliveras González – 45822 y ambos fueron presentados el 4 de junio de 2018.

3. Que junto a esta comunicación estoy enviando dicho documento para que se haga formar parte de mi reclamación y se complete la misma para que el honorable tribunal pueda dar consideración a la misma.

4. Esta moción está siendo presentada en la fecha de hoy, dado que hemos estado en cuarentena y aislamiento para distanciamiento físico por orden de la Gobernadora de Puerto Rico por razón de la pandemia del CoVid-19.

POR TODO LO CUAL, se solicita del honorable tribunal que considere completada mi reclamación y luego de las consideraciones legales procedentes proceda a declararla ha lugar y que se protejan mis intereses en el Sistema de Retiro de los Empleados del Estado Libre Asociado de Puerto Rico.

Respetuosamente sometido.

En San Juan, Puerto Rico, a 27 de marzo de 2020.

Certifico que envié tres copias de esta moción a la Secretaría del Tribunal, a la Junta de Supervisión Fiscal y al Comité de Acreedores a la dirección de récord.

Zenia Enid González Clemente
Box 22482 UPR Station
San Juan, Puerto Rico 00931-2482
787-249-5494
zeniaenid@yahoo.com