**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

26 de marzo de 2020

**Agencia: 176 - DEPT. DEL TRABAJO Y RECURSOS HUMANOS**

ZENIA GONZALEZ CLEMENTE
UPR STATION
PO BOX 22482
SAN JUAN, PR 00931 2482

Seguro Social: XXX-XX-0510

A base de la información en nuestros registros, al 26 de marzo de 2020 usted posee:

**Fecha de Nacimiento:** 30 de agosto de 1958     **Género:** Femenino
**Fecha de Ingreso al Servicio Público:** 16 de diciembre de 1986
**Fecha de Comienzo de Cotización:** 16 de diciembre de 1986

| *Ley Anterior al 30 de junio de 2013* | | | *Ley 3 al 30 de junio de 2017* | |
|---|---|---|---|---|
| Años Acreditados: | 25.00 | | Tiempo Trabajado: | 4 |
| Aportaciones: | $43,961.86 | | Aportaciones: | $14,175.12 |
| Intereses: | $12,936.78 | | Intereses: | $1,134.06 |
| Gastos Teneduría: | $0.00 | | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $56,898.64 | | Total Aportaciones: | $15,309.18 |
| SNC Pagado: | $0.00 | | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | | |
| Beneficio: | $0.00 | | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



RETIRO

GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: ZENIA GONZALEZ CLEMENTE**  Seguro Social: XXX-XX-0510
UPR STATION
PO BOX 22482
SAN JUAN, PR 00931

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | DEPT. DEL TRABAJO Y RECURSOS HUMANOS |
| Años de Servicio: | 29 |
| Balance de Aportaciones: | $72,207.82 |

Esta certificación fue emitida el 26 de marzo de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020032647922893

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov

RETIRO