Zenia E. [illegible]
Box 22482, UPR station
San Juan, PR 00931-2482

Secretaria (Clerk's Office)
Tribunal de Distrito de los [Estados Unidos]
Room 150, #150 Ave. Chardón, [Federal Building]
San Juan, PR 00918-1767

CERTIFIED MAIL
7020 0090 0001 9180 5015

U.S. POSTAGE PAID
FCM LETTER
00925
MAR 27, 20
AMOUNT
$6.55
R2305H131034-05

00918-170625