Título: Replica de Objeción global

Fecha: 26 marzo, 2020

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RE: Reclamación de la objeción global establecida por el tribunal del 12 de diciembre de 2019.
Referente a la solicitud de reclamo de dinero no pagado por el Estado Libre Asociado de Puerto Rico.
Numero de caso: 17BK03283-LTS
Deudor: Commonwealth of Puerto Rico

El tribunal no puede declarar a lugar la objeción global en relación a mis reclamos en base al derecho y hechos de dinero no pagado por el Estado Libre Asociado de Puerto Rico siendo empleada del Departamento de Educación durante los años que se firmaron dichas leyes.
Me opongo a dicha objeción de Ley Promesa. Evidencia de derecho son los años trabajados durante los años que fueron efectivas dichas leyes que me cobijaron por ley.
Debido a la situación existente en Puerto Rico y el enjambre de sismos ocurridos y mi propia situación emocional por lo arriba expuesto fuera la causa de no enviar la evidencia a tiempo.

Número de reclamación: Monto Reclamado
| | |
|---|---|
| 106789 | $9,500 |
| 122664 | $10,000 |
| 113174 | $10,000 |
| 106225 | $10,000 |
| 101562 | $10,000 |
| 70793 | $9,000 |
| 92383 | $8,800 |
| 54810 | $9,700 |
| 93174 | $9,800 |

Más los intereses del dinero dejados de devengar.
Mi pensión fue afectada ya que no recibí estos aumentos de varias leyes.

Comencé a trabajar yo Carmen J. Chardon Rodriguez con el Departamento de Educación el 6 de septiembre de 1977. Se incluyen documentos que evidencian este reclamo. Estas son los siguientes.
1- Certificación del Departamento de Educación
2- Forma 480.7c. Declaración informativo – Planes de Retiro y Anualidades
3- Evidencia recibida con las reclamaciones

Favor enmendar mis reclamaciones con la evidencia aquí prestada.
De tener alguna pregunta favor comunicarse a mi teléfono 787-473-8603
Email: carmenchardon@hotmail.com

Firma: _____
Seguro Social: XXX-XX-9293