Carmen J. Chardón Rodríguez
Qtas del Altamira
c/El Yunque 1100
Juana Díaz, PR 00795-91

U.S. POSTAGE PAID
FCM LETTER
JUANA DIAZ, PR
00795
MAR 27 20
AMOUNT
$6.70
R2305K135197-01

00918

7019 1120 0001 1734 6401

CERTIFIED MAIL

Secretaria (Clerk's Office)
Tribunal del Distrito de los Estados U.
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 APR -1 PM 4:04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR