

CERTIFICACIÓN AÑOS DE SERVICIO Y EDAD

13 de abril de 2012

SRA MATILDE PEDRAZA
SECCION NOMBRAMIENTOS Y CAMBIOS
DEPARTAMENTO DE EDUCACIÓN

RE: María I Rodríguez Valentín
SS :          -6074

El profesor de  referencia  ha radicado una Solicitud de Retiro por la Ley  91 de 29 de marzo de 2004 (Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico).

**[ X ] Años de Servicio** [ ] Edad       [ ] Diferida         [ ] Suplementaria

Al **3 de abril de 2012**    fecha de su última aportación recibida

**[ X ] cualifica**  [  ] no cualifica  para acogerse a la jubilación y  tiene el siguiente tiempo:

| AÑOS | MESES | SEMANAS | DÍAS | | EDAD |
|---|---|---|---|---|---|
| 30 | 2 | 2 | 2½ | | 54 |

Los pagos pendientes no están considerados en esta certificación. Los mismos son:

[ ] Reconocimiento de Tiempo
[ ] Diferencia en por ciento por transferencia recibida
[ ] Reembolso de Cuotas
[ X] No aplica

Cualifica para una pensión al 75% del promedio de los 36 salarios más altos.

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación u otras instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten  las aportaciones del Sistema.  Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras hasta tanto envíen las autorizaciones de descuentos para tramitar su pensión.

Cordialmente,

Ivonne L Ortiz Valladares
Directora, Área Servicios de Retiro

Yolanda Cotto Ayala
Oficial de Servicios de Retiro

PROF  MARIA I RODRIGUEZ VALENTIN
PO BOX 732
ARROYO  PR  00714

## DECLARACIÓN JURADA

Yo, **MARÍA ISABEL RODRÍGUEZ VALENTÍN,** mayor edad, casada con Félix Luis González Rivera, retirada y vecina de Arroyo, Puerto Rico, bajo juramento declaro:

1. Que mi nombre y demás circunstancias personales son las antes expresadas.

2. Que a la fecha soy retirada y tengo una reclamación cobijada bajo PROMESA Title III No. BK 3283-LTS con el número Claim# 5767.

3. Que por causa justificada y de fuerza mayor no pude responder a lo solicitado en el caso antes mencionado el 26 de noviembre de 2019, por no haber sido notificada de la correspondencia.

4. Entre ellos las razones son las siguientes:
   a. Para la fecha en que llegó la documentación y el tiempo límite me encontraba en el Estado de Texas con mi hija Annette Gisselle González Rodríguez. Siendo imposible el poder cumplir con el tiempo requerido

5. Que tomo conocimiento de los requerimientos enviados posteriormente.

6. Que por todas las razones antes indicadas me fue imposible tomar conocimiento del tiempo límite que tenía, que todas las situaciones son causa justa y solicito se me permita someter lo requerido.

7. Que relevo de toda responsabilidad a la entidad que requiera esta declaración y acompaño a esta declaración certificaciones pertinentes.

8. Que lo declarado es la verdad y sin ánimo de fraude o engaño alguno.

**Y PARA QUE ASÍ CONSTE**, juramos y suscribimos la presente en Guayama, Puerto Rico, hoy 11 de marzo de 2020.

_____
MARÍA ISABEL RODRÍGUEZ VALENTÍN

**AFFIDÁVIT NÚM.:** 5142

Jurado y suscrito ante mí por la arriba suscribiente, de las circunstancias personales anteriormente expresadas, y a quien identifico por conocerla personalmente DOY FE, en Guayama Puerto Rico, hoy 11 de marzo de 2020.

_____
NOTARIO PÚBLICO
Jesús Roberto Ramos-Puca



IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Rodriguez Valentin, Maria Isabel | 169767 | 7/17/2019 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Rodriguez Valentin, Maria Isabel | 169767 | 7/17/2019 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

***CUST PR 1845 SRF 40241 PackID: 936 MMLID: 2148032-P SVC: 166th Omni
Rodriguez Valentin, Maria Isabel
PO Box 732
Arroyo, PR 00714