

Maria
P O Box 732
Arroyo PR. 00714

RECEIVED & FILED
2020 APR -1 PM 4:06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

CERTIFIED MAIL
7013 2250 0000 6662 9344

U.S. POSTAGE PAID
FCM LG ENV
ARROYO, PR
00714
MAR 25, 20
AMOUNT
$7.60
1000  00918  R2304M114202-3

RETURN RECEIPT REQUESTED

Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
Ave Carlos Chardon
San Juan Puerto Rico 00918-1767