Maria A. Silva Canales
RR 8 Box 9418
Bayamón PR 00956

Case:17-03283-LTS Doc#:12631-2 Filed:04/01/20 Entered:04/03/20 11:17:06 Desc: Envelope Page 1 of 1



CERTIFIED MAIL

7017 3380 0000 5981 0592



U.S. POSTAGE PAID
FCM LG ENV
GUAYNABO, PR
00969
MAR 27, 20
AMOUNT
$7.60
R2304N117105-10

RECEIVED
2020 APR -1 PM 4: 05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767