

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Departamento de Transportación y Obras Públicas

1 de abril de 2009

**Felix L Gonzalez Rivera**
**Supervisor de Zona**
**Oficina Regional de Guayama**

Amílcar González Ortiz, Ph.D.s
Secretario Auxiliar de Administración

### CERTIFICACIÓN DE FECHA DE ANTIGÜEDAD EN EL SERVICIO PÚBLICO

La Ley Número 7 del 9 de marzo de 2009, conocida como la "*Ley Especial Declarando Estado de Emergencia Fiscal y Estableciendo el Plan Integral de Estabilización Fiscal para Salvar el Crédito de Puerto Rico*", requiere que las Agencias certifiquen por escrito a su empleados, individualmente, su fecha de antigüedad dentro del servicio público. En ese sentido, surge del expediente de personal bajo nuestra custodia que usted comenzó a laborar dentro del servicio público el día **1 de julio de 1988** y tiene una antigüedad de **20 años y 274 días**.

En la eventualidad de que usted no esté de acuerdo con la información anteriormente certificada, tiene derecho a presentar en la Oficina de Recursos Humanos de este Departamento el "*Formulario de Impugnación de Fecha de Antigüedad Notificada*", el cual puede ser adquirido en la Oficina de Recursos Humanos o accediendo a nuestra página de Intranet en la siguiente dirección electrónica: http://intra.dtop.gov.pr/.

Este formulario deberá estar acompañado de aquella evidencia documental oficial emitida por la autoridad o entidad gubernamental competente que sostenga su posición. Asimismo, tendrá derecho a exponer y fundamentar en el mismo, su versión en torno a la antigüedad alegada. El término para que someta este formulario y la evidencia documental oficial es de treinta (30) días calendario, a partir de la notificación entrega, o de la fecha de envío por correo certificado con acuse de recibo de esta Certificación, según sea el caso.

De no presentar evidencia documental fehaciente, o no refutar dentro del término de treinta (30) días la antigüedad aquí notificada, ésta será concluyente. En caso de que presente, dentro del término de treinta (30) días el formulario con evidencia fehaciente que impugne la antigüedad notificada, no tomaremos determinación final sobre la misma sin antes darle oportunidad de tener una vista previa.

Para aclarar cualquier duda o recibir información adicional sobre este asunto, puede comunicarse con la Oficina de Recursos Humanos a través de los siguientes números: (787) 722-2929, extensiones 2171, 2172 y 2424.

Apartado 41269, San Juan, Puerto Rico 00940-1269 Tel. (787) 722-2929 Fax. (787) 728-8963

# DECLARACIÓN JURADA

Yo, **FELIX LUIS GONZÁLEZ RIVERA**, mayor edad, casado con **MARÍA ISABEL RODRÍGUEZ VALENTÍN**, retirado y vecino de Arroyo, Puerto Rico, bajo juramento declaro:

1. Que mi nombre y demás circunstancias personales son las antes expresadas.

2. Que a la fecha soy retirado y tengo dos reclamaciones cobijadas bajo PROMESA Title III No. BK 3283-LTS con el número Claim# 5769 y 5241.

3. Que por causa justificada y de fuerza mayor no pude responder a lo solicitado en el caso antes mencionado el 26 de noviembre de 2019, por no haber sido notificada de la correspondencia.

4. Entre ellos las razones son las siguientes:
   a. Para la fecha en que llegó la documentación y el tiempo límite me encontraba en el Estado de Texas con mi hija Annette Gisselle González Rodríguez. Siendo imposible el poder cumplir con el tiempo requerido

5. Que tomo conocimiento de los requerimientos enviados posteriormente.

6. Que por todas las razones antes indicadas me fue imposible tomar conocimiento del tiempo límite que tenía, que todas las situaciones son causa justa y solicito se me permita someter lo requerido.

7. Que relevo de toda responsabilidad a la entidad que requiera esta declaración y acompaño a esta declaración certificaciones pertinentes.

8. Que lo declarado es la verdad y sin ánimo de fraude o engaño alguno.

**Y PARA QUE ASÍ CONSTE**, juramos y suscribimos la presente en Guayama, Puerto Rico, hoy 11 de marzo de 2020.

_____
FELIX LUIS GONZÁLEZ RIVERA

**AFFIDÁVIT NÚM.:** 5143

Jurado y suscrito ante mí por la arriba suscribiente, de las circunstancias personales anteriormente expresadas, y a quien identifico por conocerla personalmente DOY FE, en Guayama Puerto Rico, hoy 11 de marzo de 2020.

_____
NOTARIO PÚBLICO
Jesús Roberto Ramos-Puça

Sello 5143

## MEMORANDO EXPLICATIVO

A:      DEMANDANTES CASOS
         JEANNETE ABRAMS DIAZ Y OTROS, v DTOP, K AC2005-5021
         JUAN PEREZ COLON Y OTROS v DTOP K AC 1990-0487

DE:     LCDA. IVONNE GONZALEZ MORALES

FECHA:    30 de abril de 2018

ASUNTO:    RADICACION PROOF OF CLAIM Y GESTIONES A REALIZAR ANTE EL TRIBUNAL DE QUIEBRAS: Caso núm.: 17BK 3283- LTS.

El 30 de agosto de 2017, el ELA radicó ante la Corte de Quiebras, listado maestro (Matrix List) de acreedores donde se identifica las dos demandas de los casos arriba identificados en el Schedule H – " Litigation Related Obligations" (Docket 1215-14).

Luego de eso, el 15 de febrero de 2018, (Docket 2521-2), el Tribunal de Quiebras estableció la fecha límite para que las personas (acreedores del ELA) presenten su reclamo ante ese tribunal, mediante la radicación de un documento titulado "Proof of Claim", en o antes del 29 de mayo de 2018 y donde se requiere someter de forma individual la evidencia del pago, que cada uno de ustedes reclaman como acreedor.

POR RAZON DE QUE EN LOS DOS CASOS IDENTIFICADO HAY SENTENCIA, para realizar los trámites ante el Tribunal Federal, y personas que aún no han remitido acuerdo firmado;

(1) le acompañamos copia sobre ACUERDO DE REPRESENTACION Y AUTORIZACION PARA ACTUAR COMO AGENTE ADMINISTRATIVO con la solicitud de que lo firmen en ambos idiomas y lo remitan POR CORREO ORDINARIO (no correo certificado), en o antes del 20 de mayo de 2018 -- [Si tienen dirección Internet es importante lo incluyan]

(2) Nos hemos visto precisados a contratar personal con experiencia en radicaciones ante el Tribunal de quiebras para trabajar los cómputos de la deuda individual e intereses acumulados por cada persona. Para cubrir los gastos, se requiere CADA DEMANDANTE nos remitan giro postal o cheque certificado por $100.00 a la siguiente dirección:

Lcda. Ivonne González Morales
PO BOX 9021828
SAN JUAN, PUERTO RICO 00902-1828

Por la complejidad del caso ante la consideración del Tribunal de Quiebras, le informamos que, por tratarse de una litigación, puede tardar años en resolverse. Además, que queda en manos del Tribunal Federal la determinación sobre el ajuste de la deuda, según establece la Ley Promesa. Por lo que es **MUY IMPORTANTE** que **mantengan actualizados sus datos de dirección, teléfonos, correo electrónico** y nos provean con la comunicación que nos devuelvan el nombre, dirección, teléfonos y correo electrónico de persona contacto. No nos hacemos responsables si sus datos no están actualizados. Para comunicaciones posteriores por favor utilicen el siguiente correo electrónico: ivonnegm@prw.net

**FAVOR** compartir la información con los compañeros del caso, pues estamos recibiendo cartas devueltas por no haberse actualizado las direcciones.

ASEGURENSE FIRMAN CONTRATO QUE CORRESPONDE A SU CASO

## CASO: Jeannete Abrams Diaz y otros v DTOP K AC 2005-5021
### ACUERDO DE REPRESENTACION Y AUTORIZACION PARA ACTUAR COMO AGENTE ADMINISTRATIVO

YO, _Félix L González Rivera_ , _X_ casado ___ soltero, ___ empleado ___ retirado y vecino de _Arroyo P.R._

teléfono(s): _787-436-3694_ y correo electrónico: _marisabelle5230@gmail.com_ declaro que soy acreedor en el caso: **Jeannete Abrams Díaz y otros v DTOP K AC 2005-5021** del Tribunal de Primera Instancia, Sala de San Juan, por reclamación de salarios

Por la presente designo a la Lcda. Ivonne González Morales, P O Box 9021828, San Juan, Puerto Rico 00902-1828, telephone: 787-410-0119, ivonnegm@prw.net, para que me represente en el caso **The Financial Oversight and Management Board for Puerto Rico, el at. as representative of The Commonwealth of Puerto Rico, Title III, No. 17BK 3283- LTS** ante el Tribunal de Quiebras de Puerto Rico y para que realice todas las gestiones, determinaciones y roles que sean necesarias para cobrar y distribuir cualquier suma de dinero que me corresponda en pago de la sentencia dictada en el caso . A los efectos, ratifico el contrato de servicios profesionales suscrito por mí y expresamente autorizo al síndico del Título III a pagar directamente a mi abogada, Ivonne González Morales, el 25% de todo pago que reciba en el caso **No. 17BK 3283- LTS**. De igual modo, acuerdo pagar todos los gastos, costas y peritos en que se incurra en la tramitación del caso **No. 17BK 3283- LTS**, dentro del término de 30 días contados a partir del recibo de requerimiento del pago.

Certifico que he recibido Memorando y orientación relacionada a la presente autorización y que he tenido oportunidad de estudiar y discutir su contenido y estoy conforme con sus términos, por lo que firmo de forma libre y voluntaria.

_____                _____
              Firma                                                                       Fecha

### AGREEMENT FOR REPRESENTATION AND TO SERVE AS ADMINISTRATIVE AGENT

I, _____ of legal age, ____ married ____ single, ____ employee ____ retired and resident at _____, telephone(s):_____ and e mail_____ herein states that I am a claimant in civil case IN RE: The Financial Oversight and Management Board of Puerto Rico, PROMESA Title III, case Number 17BK 3283-LTS.

I hereby declared that I was awarded a back pay judgment in the case **Jeannete Abrams Diaz y otros v DTOP K AC 2005-5021**, entered by the Superior Court of San Juan, PR, due to the Commonwealth's violation of wage laws and regulations and that said case is under consideration of the Puerto Rico Court of Appeal.

To represent me in the Bankruptcy case and to perform any role and determinations that would be necessary to collect and distribute any money due to me in the case, I hereby appoint Ivonne González Morales, Esq. at P O Box 9021828, San Juan, Puerto Rico 00902-1828, tel.: 787-410-0119, ivonnegm@prw.net,

Also, I herein ratify the legal service contract subscribed by me and expressly authorize the Title III Trustee to pay directly 25% from the payments that I will receive in case **No. 17BK 3283-LTS** to my attorney Ivonne González Morales. I also agree to pay the expenses, costs and fees that will be incurred in the case **No. 17BK 3283- LTS,** as they become due and within 30 days of receiving the payment request.

I certify that I have received an Explanatory Memorandum from my attorney, that I was guided on its document content and have had the opportunity to study and discuss it; I declare my agreement with the terms expressed and sign this authorization freely and voluntarily.

_____                _____
              Date                                                                        Signed