Félix L. González Rivera
Calle San Fernando #31
Arroyo, P.R. 00714

RECEIVED & FILED
2020 APR -1 PM 4:06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7013 2250 0000 6662 9368

U.S. POSTAGE PAID
FCM LG ENV
ARROYO, PR
00714
MAR 25, 20
AMOUNT
$7.60
R2304M114202-3

Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767