de febrero de 2020

RECEIVED & FILED
2020 APR -1 PM 4: 05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| As representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | **This filing relates to the Commonwealth, HTA, and ERS** |
| Debtors. | |

El motivo para unirme a la Objeción Global es, que el gobierno de Puerto Rico utilizo mis aportaciones al Sistema de Retiro sin mediar una autorización o solicitud formal. Ese dinero fue utilizado para el pago a Acreedores del Gobierno de Puerto Rico. Mi Número de Reclamación es <u>**76499**</u> a "EMPLOYEES RETIREMENT SYSTEM OF THE GOVERMENT OF THE PUERTO RICO".

La otra Objeción es la actualización de los salarios básicos del Plan Retribución con el Salario Mínimo Federal que no se actualizaron. Mi Número de Reclamación es <u>**109400**</u> a "COMMONWEALTH OF PUERTO RICO".

Solicito muy respetuosamente a este Tribunal que este dinero sea devuelto.

*Vivian J. Saldaña Betancourt* (signature)
**Vivian J. Saldaña Betancourt**
HC-4 Box 8614
Canóvanas, P.R. 00729
Teléfono: 787-241-9176
Correo electrónico: vsaldana@familia.pr.gov

Cabe señalar que, debido a los sismos ocurridos en Puerto Rico, varias agencias gubernamentales cesaron sus funciones como medida de seguridad. Lo cual afecto la radicación de la información solicitada en la fecha límite.

Coordialmente,

Vivian J. Saldaña Betancourt

*Vivian J. Saldaña Betancourt*

RECEIVED & FILED
2020 APR -1 PM 4: 05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.