Prime Clerk

# Creditor Data Details - Claim # 76499

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Saldana Betancourt, Vivian J. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 76499 |
| | **Date Filed** | **Schedule Number** |
| | 06/22/2018 | n/a |

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | $38,033.82 | | $38,033.82 | Pending Objection |
| Priority | | | | | | |
| Secured | | | $38,033.82 | | $38,033.82 | Pending Objection |
| 503(b)(9) Admin Priority | | | $38,033.82 | | $38,033.82 | Pending Objection |
| Admin Priority | | | | | | |
| **Total** | **$0.00** | | **$114,101.46** | | **$114,101.46** | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Objection History

| Date Filed | Objection Motion | Date Filed | Objection Order | Basis | Status |
|---|---|---|---|---|---|
| 12/12/2019 | Debtor's Omnibus Objection to Claims One Hundred ... | | | Deficient | Pending |

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy case/s of the Debtor/s. Nothing contained on this Site or in the Debtors' Schedules and Statements shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or defenses. Any failure by a Debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated." For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "non-priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract. Each Debtor reserves the right to amend their Schedules and Statements as necessary or appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their Schedules or filed against a Debtor, including objecting to the amount, liability, classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

**Prime Clerk**

# Creditor Data Details - Claim # 109400

| | | |
|---|---|---|
| **Creditor** | **Debtor Name** | **Claim Number** |
| SALDANA BETANCOURT, VIVIAN | Commonwealth of Puerto Rico | 109400 |
| | **Date Filed** | **Schedule Number** |
| | 06/22/2018 | n/a |

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | $93,600.00 | | $93,600.00 | Asserted |
| 503(b)(9) Admin Priority | | | $93,600.00 | | $93,600.00 | Asserted |
| Admin Priority | | | | | | |
| **Total** | **$0.00** | | **$187,200.00** | | **$187,200.00** | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a



# CERTIFICACIÓN

Certifico que la Sra. Vivian Saldaña Betancourt, con seguro social número ___-8949, es empleada de la Administración de Familias y Niños, desde el 29 de junio de 2004. La Sra. Saldaña está adscrita a la Administración Auxiliar de Protección Social en Nivel Central, ocupa un puesto de Regular de Trabajador Social II. Devenga un salario mensual de $2,551.00.

Esta certificación se expide hoy 7 de febrero de 2020, conforme a información de Sistema Mecanizado de Recursos Humanos a petición de la Sra. Saldaña.

Carmín Rodríguez Negrón
Administrador Auxiliar

/mpm

GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

07 de febrero de 2020

## Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS

VIVIAN SALDANA BETANCOURT
HC-04 BOX 8614
BO CUBUY
CANOVANAS, PR 00729

Seguro Social: XXX-XX-8949

A base de la información en nuestros registros, al 07 de febrero de 2020 usted posee:

Fecha de Nacimiento: 28 de abril de 1969
Fecha de Ingreso al Servicio Público: 29 de junio de 2004
Fecha de Comienzo de Cotización: 29 de junio de 2004

Género: Femenino

| Ley R2000 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 4.1 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.58 |
| | | Aportaciones: | 9,329.80 | Aportaciones: | 5,319.95 |
| | | Intereses: | 2,538.94 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | **Transferido Ley R2000** | | | |
| Pagado: | 0.00 | Aportaciones: | 8,776.75 | | |
| Tiempo: | 0.00 | Intereses: | 89.09 | | |
| **Balance Acumulado:** | 0.00 | **Total Aportaciones:** | 20,734.58 | **Total Aportaciones:** | 5,319.95 |
| **Beneficio:** | 0.00 | **Beneficio:** | 99.01 | **Beneficio:** | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



> **IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|-----------|--------|----------------------|
| Saldana Betancourt, Vivian J. | 76499 | 6/22/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $114,101.46 |
| **Reason:** | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

> **SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|---------------------|------------------------|--------|----------------------------------|
| Saldana Betancourt, Vivian J. | 76499 | 6/22/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $114,101.46 |
| **Base para:** | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

**\*\*\*CUST PR 1845 SRF 38154 PackID: 87 MMLID: 1641182 SVC: 123rd Omni**
**Saldana Betancourt, Vivian J.**
**HC 04 BOX 8614**
**BO. CUBUY**
**CANOVANAS, PR 00729**

One Hundred and Twenty-Third Omnibus Objection
Exhibit A - Deficient

| NAME | CLAIM # | DEBTOR | DATE FILED | CASE NUMBER | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|
| 71 | SALDAÑA BETANCOURT, VIVIAN J.<br>HC 04 BOX 8614<br>BO. CUBUY<br>CANOVANAS, PR 00729 | 76499 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/22/2018 | 17 BK 03566-LTS | $114,101.46 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| 72 | SALGADO MORALES, JOSE A<br>RES LAS CASAS<br>EDIF 9 APT 106<br>SAN JUAN, PR 00915 | 18834 | Commonwealth of Puerto Rico | 5/18/2018 | 17 BK 03283-LTS | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| 73 | SALGADO OJIO, CARLOS V<br>COND PRIMAVERA<br>BUZON 9<br>BAYAMON, PR 00961 | 3006 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 3/16/2018 | 17 BK 03566-LTS | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| 74 | SALGADO RIVERA, BETSY A<br>113 CALLE EXT BALDORIOTY<br>MOROVIS, PR 00687 | 2134 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 3/12/2018 | 17 BK 03566-LTS | $35.82 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| 75 | SALGADO RODRIGUEZ, ROBERTO<br>PO BOX 2875<br>BAYAMON, PR 00960-2875 | 63515 | Commonwealth of Puerto Rico | 6/11/2018 | 17 BK 03283-LTS | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| 76 | SALGADO RODRIGUEZ, ROBERTO<br>PO BOX 2875<br>BAYAMON, PR 00960 | 63502 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/11/2018 | 17 BK 03566-LTS | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

* Indicates claim contains unliquidated and/or undetermined amounts

# RESUMEN ACUERDO

**Bono de Firma:** $1,000 para cada miembro de la unidad apropiada como bonificación por la firma del acuerdo.



**Aportación Plan Médico Único -** Se acuerda una aportación patronal al plan médico de $170.00 mensuales para todos los afiliados. Con esta aportación 7 de nuestras locales afiliadas reciben un aumento. En los casos que esta aportación sea menor a la que recibe el unionado en este momento, SPU-AFSCME negoció un Fondo especial de 5 millones para completar la diferencia en costo entre la aportación actual y la de $170.00. De esta forma, SPU garantiza a sus afiliados cubiertos bajo Ley 158-2006 que no recibirán otro golpe a su bolsillo por este concepto durante los 5 años de vigencia de este contrato. Esto implica además mantener nuestro plan médico único según negociado y no nos obligarán a ser parte del plan de salud del Gobierno.



**Convenio Colectivo-** El Convenio Colectivo se mantiene vigente en sus áreas no económicas y se ajusta en las áreas económicas que establece el acuerdo. Este tendrá una vigencia de 5 años, y no podrá ser suspendido o modificado por el Gobierno de Puerto Rico.

**Contribuciones Retiro Sistema 2000**

Las contribuciones de nuestros miembros al Sistema 2000 fueron rescatadas en este acuerdo. Actualmente ese dinero no existe en caja, se utilizó por el Gobierno. Con este acuerdo, logramos la asignación de 1,360 millones de dólares para que las cuentas sean segregadas en cuentas individuales y los dineros que se le deben a cada uno de ustedes sean depositados en sus cuentas personalizadas. De la deuda ser mayor a esta cantidad, los pagos se prorratearan.

**Bonificaciones-** Del Gobierno otorgar una bonificación a los empleados públicos, dicha bonificación nos aplicará a nosotros.

**Bonificación presupuestaria -**A partir de 2020, podríamos recibir un bono adicional si se cumplen las proyecciones presupuestarias en el plan fiscal. Si el exceso de superávit de caja es de $100 millones o más, el 25% de éste se asignará a la cuenta de bonificación.

**Cesantías -** Si el Gobierno tuviera que implantar un plan de cesantías de empleados, éstas serán por estricta antigüedad.



**Feriados -** Si un feriado cae día sábado, el mismo será efectivo el día antes laborable. Si cae domingo, el feriado será concedido al día siguiente como es la práctica actual.

**Licencias-** se mantiene lo establecido en la Ley 26-2017, pero si legalmente los beneficios mejoran o aumentan, serán aplicables a nosotros.



**Licencia para padres con hijos con discapacidad física y mental y para atender personas de edad avanzada -** Se logra la autorización como tiempo oficial de 1 día al mes para llevar a los hijos a citas y tratamiento. De la misma manera, se autoriza que ese mismo día pueda ser utilizado para citas y tratamientos de personas de edad avanzada.

**Futuros Beneficios del Gobierno -** Si el Gobierno otorga o aprueba términos económicos más beneficiosos para otros empleados públicos, nosotros también recibiremos esos beneficios.

**Ratificación -** Para que este acuerdo pueda ser efectivo tiene que ser ratificado por la mayoría de los votantes miembros de la unidad apropiada en votación secreta.



**Servidores Públicos Unidos de Puerto Rico, Concilio 95 AFSCME Tel. 1-787-272-7222 www.spupr.com**

## Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por correo electrónico a PRClaimsInfo@primeclerk.com o por correo postal o entrega en mano a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

## Cuestionario

1. ¿Cuál es el fundamento de su reclamación?

   □ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   □ Empleo actual o anterior en el gobierno de Puerto Rico

   ☑ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   *El GOBIERNO DE PR dispuso de NUESTRAS APORTACIONES del Sist. de RETIRO*

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):

   ① *CLAIM - 76499 - Employees RETIREMENT System OF THE GOVERMENT OF THE COMMONWEALTH OF PUERTO RICO - 774,101.46*

   ② *CLAIM - 109400 - Employees COMMONWEALTH OF PUERTO RICO - 187,200*

*Número de Evidencia de Reclamación:*
*Reclamante:*

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☑ Sí. Responda preguntas 3(a)-(d).

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
   *DEPT. DE LA FAMILIA*

3(b). Identifique las fechas de su empleo con relación a su reclamación:
   *29 - 4 - 2004 - 30 - 06 - 2017*

3(c). Últimos cuatro dígitos de su número de seguro social: *XXX - XX - 8949*

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☐ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☑ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).
   *DOCUMENTO DE APORTACIÓN MENSUAL DEL SISTEMA DE RETIRO*

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☑ No.
   - ☐ Sí. Responda Preguntas 4(a)-(f).

4(a). Identifique el departamento o agencia que es parte de esta acción.
   *DEPT. DE LA FAMILIA*

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
   *SIST. DE RETIRO*

4(c). Número de caso: *CASO 76499 - Adm. de los Sist. de Retiro (ASR)*

4(d). Título, epígrafe, o nombre del caso:
   *APORTACIÓN AL SISTEMA DE RETIRO*

*Número de Evidencia de Reclamación:*
*Reclamante:*

3. <u>Empleo.</u> ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?

   ☐   No. *Pase a la Pregunta 4.*

   ☒   Sí. Responda preguntas 3(a)-(d).

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
   *Departamento de La Familia*

3(b). Identifique las fechas de su empleo con relación a su reclamación:
   *29-6-2004 / 30-06-2017*

3(c). Últimos cuatro dígitos de su número de seguro social: *XXX-XX-8949*

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   ☐   Jubilación

   ☐   Salarios impagos

   ☐   Días por enfermedad

   ☐   Queja con el sindicato

   ☐   Vacaciones

   ☒   Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).
   *Descuento de Aportación Mensual del Sistema de Retiro*

4. <u>Acción legal.</u> ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?

   ☒   No.

   ☐   Sí. Responda Preguntas 4(a)-(f).

4(a). Identifique el departamento o agencia que es parte de esta acción.
   *Departamento de la Familia*

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
   *Adm. Sistema de Retiro*

4(c). Número de caso: *17 BK 3283-LTS*

4(d). Título, epígrafe, o nombre del caso:
   *PROMESA Titulo III*

*Número de Evidencia de Reclamación:*
*Reclamante:*

4(e).  Estado del caso (pendiente de resolución, en apelación, o cerrado):

*Pendiente de resolucie*

4(f).  ¿Tiene usted una sentencia impaga? Sí / No  (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

*no*

Scanned by CamScanner

**Prime Clerk**

## Creditor Data Details - Claim # 109400

| | | |
|---|---|---|
| **Creditor** | **Debtor Name** | **Claim Number** |
| SALDANA BETANCOURT, VIVIAN | Commonwealth of Puerto Rico | 109400 |
| | **Date Filed** | **Schedule Number** |
| | 06/22/2018 | n/a |

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | $93,600.00 | | $93,600.00 | Asserted |
| 503(b)(9) Admin Priority | | | $93,600.00 | | $93,600.00 | Asserted |
| Admin Priority | | | | | | |
| **Total** | **$0.00** | | **$187,200.00** | | **$187,200.00** | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a

substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy case/s of the Debtor/s. Nothing contained on this Site or in the Debtors' Schedules and Statements shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or defenses. Any failure by a Debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated." For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "non-priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract. Each Debtor reserves the right to amend their Schedules and Statements as necessary or appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their Schedules or filed against a Debtor, including objecting to the amount, liability, classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | | | |
|---|---|---|---|
| ☐ | Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☑ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

CDS
6 / 22 / 2018

2018 JUN 22 A 10: 02   RECEIVED

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

☐ Date Stamped Copy Returned
☐ No Self-Addressed Stamped Envelope
☒ No Copy Provided

| **Part 1 / Parte 1** | Identify the Claim / Identificar la reclamación |
|---|---|

| 1. Who is the current creditor?<br><br>¿Quién es el acreedor actual? | *Vivian Saldaña Betancourt*<br>Name of the current creditor (the person or entity to be paid for this claim)<br>Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)<br><br>Other names the creditor used with the debtor<br>Otros nombres que el acreedor usó con el deudor _____ | PRIME CLERK LLC<br><br>JUN 27 2018<br><br>RECEIVED |



**Claim Number: 76499**

170328380027825

| 2. Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☑ No / No<br>☐ Yes. From whom?<br>Sí. ¿De quién? _____ | |
|---|---|---|
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g) | **Where should notices to the creditor be sent?**<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Vivian Saldaña Betancourt<br>Name / Nombre<br><br>HC 04 Box 8614 Bo. Cubuy<br>Number / Número    Street / Calle<br><br>Canóvanas P.R.    00729<br>City / Ciudad    State / Estado    ZIP Code / Código postal<br><br>(787) 241-9176<br>Contact phone / Teléfono de contacto<br><br>Saldana Vivian 032@gmail.com<br>Contact email / Correo electrónico de contacto | **Where should payments to the creditor be sent?** (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br>Name / Nombre<br><br>Number / Número    Street / Calle<br><br>City / Ciudad    State / Estado    ZIP Code / Código postal<br><br>Contact phone / Teléfono de contacto<br><br>Contact email / Correo electrónico de contacto |
| 4. Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☐ No / No<br>☑ Yes. Claim number on court claims registry (if known) _Sistema De_<br>Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _Retiro_<br>Filed on / Presentada el _01-01-2007_ / _30-06-2017_ (MM /DD/YYYY) / (DD/MM/AAAA) | |
| 5. Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☑ No / No<br>☐ Yes. Who made the earlier filing?<br>Sí. ¿Quién hizo la reclamación anterior? _____ | |

| **Part 2 / Parte 2:** | **Give Information About the Claim as of the Petition Date**<br>Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso. |
|---|---|

| 6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☑ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>Departamento De la Familia |
|---|---|
| 7. Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☑ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ _38 033.82_ |

**8. How much is the claim?**

¿Cuál es el importe de la reclamación?

$ 38,033.82

Does this amount include interest or other charges?
¿Este importe incluye intereses u otros cargos?

☐ No / No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

Aportacion Al Sistema De Retiro

**10. Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☐ No / No

☑ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:
☐ Motor vehicle / Vehículos

☑ Other. Describe:
Otro. Describir: Descuentos Mensuales - Aportacion al

Basis for perfection / Fundamento de la realización de pasos adicionales: Sistema De Retiro

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

Value of property / Valor del bien: $ 38,033.82

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $ 38,033.82

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $ 38,033.82
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $ _____

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso) _____ %

☐ Fixed / Fija
☐ Variable / Variable

**11. Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☑ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____

| | |
|---|---|
| **12. Is this claim subject to a right of setoff?**<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br><br>☑ Yes. Identify the property / Sí. Identifique el bien: Descuentos Mensuales De Aportacies Al Sistema De Retiro |

| | |
|---|---|
| **13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☐ No / No<br><br>☑ Yes. Indicate the amount of your claim arising from the value of any goods received   $ 38,033.82<br>by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

---

**Part 3 / Parte 3:**

**Sign Below / Firmar a continuación**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☑ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el   15/Junio/2018   (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma   Vivian J Saldaña Betancourt

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name   Vivian   J.   Saldaña   Betancourt
       First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido

Title / Cargo   Trabajadora Sorell II

Company / Compañía   Departamento de la Familia
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección   HC4 Box 8614
       Number / Número   Street / Calle

       Candelaria   P R   00739
       City / Ciudad   State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto (787)241-9176   Email / Correo electrónico   Saldana.Vivien.D22@amail.com

---

**Prime Clerk**
830 3RD AVE FL 9
NEW YORK NY 10022-6561

CDS ___6___ | __22__ | _2018_

**IMPORTANT LEGAL DOCUMENT**

**FedEx** Express *International Air Waybill*

FedEx Tracking Number **8120 6424 3380    0402**   Form ID No.

PACKAGE LABEL
8120 6424 3380

COMMERCIAL INVOICE LABEL
8120 6424 3380

DELIVERY RECORD LABEL
8120 6424 3380

DELIVERY REATTEMPT LABEL
8120 6424 3380

**1 From**
Date
Sender's FedEx Account Number
Sender's Name
Phone
Company
Address
Address
City
State Province
Country
ZIP Postal Code
Email Address
Internal Billing Reference

**2 To**
28 ☐ Residential Delivery
Recipient's Name
Phone
Company **PRIME CLERK LLC**
Address
Dept./Floor
Address
City
State Province
Country
ZIP Postal Code
Email Address
Recipient's Tax ID Number for Customs Purposes

**3 Shipment Information**
Total Packages
Total Weight   lbs.   kg
DIM   in.   cm
Shipper's Load and Count/SLAC
Commodity Description   Harmonized Code   Country of Manufacture   Value for Customs

Has EEI been filed in AES?
No EEI required, value $2,500 or less per Sch. B Number, no license required (NLR), not subject to EEI.
For U.S. Export only: Check One
No EEI required, Enter exemption number.
Total Declared Value for Carriage
No — Enter AES proof of filing citation.
Total Value for Customs (Specify Currency)
If other than NLR, enter License Exemption.

**PRIME CLERK LLC**
JUN 27 2018
RECEIVED

**4 Express Package Service**
NOTE: Service order has changed. Please select carefully.
06 ☐ FedEx Intl. First   01 ☐ FedEx Intl. Priority   03 ☑ FedEx Intl. Economy

**5 Packaging**
06 ☐ FedEx Envelope   02 ☐ FedEx Pak   03 ☐ FedEx Box   04 ☐ FedEx Tube
15 ☐ FedEx 10kg Box   25 ☐ FedEx 25kg Box   01 ☐ Other

**6 Special Handling and Delivery Signature Options** Fees may apply. See the FedEx Service Guide.
01 ☐ HOLD at FedEx Location   03 ☐ SATURDAY Delivery
10 ☐ Direct Signature   Someone at recipient's address may sign for delivery.
34 ☐ Indirect Signature   If no one is available at recipient's address, someone at a neighboring address may sign for delivery for residential deliveries only.

**7 Payment** Complete payment options to bill transportation charges and duties and taxes.
Bill transportation charges to:   Enter FedEx Acct. No. or Credit Card No. below.
1 ☐ Sender Acct No. in Section 1 will be billed   2 ☐ Recipient   3 ☐ Third Party   4 ☐ Credit Card   5 ☐ Cash/Check/Cheque   Total Transportation
FedEx Acct. No.
Credit Card No.
Specify Currency
Credit Card Exp. Date
Bill duties and taxes to:   Enter FedEx Acct. No. below.
1 ☐ Sender Acct No. in Section 1 will be billed   2 ☐ Recipient   3 ☐ Third Party   5 ☐ Cash/Check/Cheque
FedEx Acct. No.

**8 Required Signature**
Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract.
WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law is prohibited.
Sender's Signature:
Received above shipment in good order and condition. We agree to pay all charges, including Customs duties and taxes if applicable, and we agree to the Conditions of Carriage as stated on the reverse side of this Recipient's Copy.
Recipient's Signature:

662

Origin Station ID | Country Code/Destination Station ID | URSA Reading | Handling Units
Total Volume (cm)
Received At:   ☐ Reg. Stop   ☐ Drop Box   ☐ On-Call Stop   ☐ Drop Box   ☐ World Service Center   ☐ Station
Base Charges
Declared Val. Chrg.
Other
Credit Card Auth.
FedEx Emp. #
Audit
Date   Time
Del. Courier
Date   Time

PART 158409 • Rev. Date 9/13 • ©1994–2013 FedEx • PRINTED IN U.S.A. 803A • Non-Negotiable International Air WayBill