Vivian Saldaña Betancourt
HC-04 Box 8614
Canóvanas, P.R. 00729


7019 1120 0000 8132 7031

 

U.S. POSTAGE PAID
FCM LG ENV
RIO GRANDE, PR
00745
MAR 25, 20
AMOUNT
$8.20
R2305M148426-40

RECEIVED & FILED
2020 APR -1 PM 4:05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Hon. Laura Taylor Swain
Secretaria
Tribunal de Distrito de EE.UU.
Para Distrito de P.R.
150 Carlos Chardon Street Federal Building
San Juan, P.R. 00918-1767