Centésima cuadragésima octava objeción global relacionada con Prime Clerk # caso 17 BK 03566 LTS, número de reclamación 113853.

Distrito Federal de E.U. para distrito Estado Libre Asociado de P.R.

Soy la Sra. Sara L. López Cartagena. Mi dirección postal es calle San Bernardo H-11 Urb. Mariolga Caguas, P. R. 00725. Mi teléfono es 787- 612-4207.

Durante 34 años, 3 meses, 3 semanas y 4 días trabajé como personal docente para el Departamento de Educación de P.R. desde 1965 hasta diciembre de 1998, fecha en la que me acogí al retiro.

Estoy escribiendo esta carta para indicarles que continúen este caso de reclamación hacia adelante los años correspondientes a la ley 89, ley 96 y ley 164.

Adjunto le envío copias de la evidencia que me confirman dichas alegaciones (núm. de reclamación 113853.

De necesitar alguna otra evidencia favor de comunicarse conmigo.

Atentamente,

*[firma: Sara L. López Cartagena]*

RECEIVED
2020 APR -1
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN