Modelo SC-835 (RM)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO

JUNTA DE RETIRO PARA MAESTROS

## INFORME RENTA ANUAL VITALICIA

4925    (30460)

| Nombre | Núm. Reclamación | Sexo |
|---|---|---|
| Sara L. López Cartagena | 1-21152 | F |

**Tipo de Renta:**
- a— Años de Servicio y Edad
  - Opcional (X)
  - Obligatorio ( )
- b— Edad ( )
- c— Incapacidad
  - Ocupacional ( )
  - No Ocupacional ( )
- d— Diferida ( )*

Fecha de Nacimiento: 1943 feb. 05
Fecha de Retiro: 1998 dic. 30
Fecha de Efectividad: 1998 dic. 31

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad |
|---|---|---|---|---|---|---|---|
| 55 | 10 | 26 | 34 | 3 | 3 | 4 | $40,890.20 |
| Años | Meses | Días | Años | Meses | Sem. | Días | |

Retiro Ley Núm. 218 de 1951

**Cómputo de la Renta Anual:**
a— Sueldo promedio mensual más alto durante tres años consecutivos a $2,113.56       1,585.17
X  75%  X  30 años
  (Por ciento)      (Tiempo Acreditado)

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad.

b— Ajuste para llegar al Mínimo Establecido por Ley

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ | $ | $ | $ |

Diferencia Mínimo o Renta Sistema Retiro

Renta Mensual Vitalicia       1,585.17
Renta Anual Vitalicia         19,022.04

Computado: Mayda Díaz  24 feb 99
Cotejado: Hugo E. Aponte Morán  24 feb 99
Recomendado: Dinelia Ayala Morales, Sec. Ejec. Aux. Área Retiro, Interina  26 feb 99
Aprobado: 3/3/99  José A. Figueroa Colón, Secretario Ejecutivo Interino

HA/lp