From: Sara Lopez Crespo
San Bernardo, H-11 Urb. Mariolga
Caguas, P.R. 00725







**CERTIFIED MAIL**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7019 2970 0001 5597 2116

U.S. POSTAGE PAID
FCM LG ENV
CAGUAS, PR
00725
MAR 26, 20
AMOUNT
**$7.60**
R2304H109474-7

1000        00918

To: Secretaria (Clerk Office)
United States District Court
150 AVE CARLOS CHARDON
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

2020 APR -1  PM 4: 05
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R

RECEIVED & FILED

From: Sara Lopez Colon
San Bernardo. H-11 Urb. Mariolga
Caguas, P.R. 00725

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®



7019 2970 0001 5597 2116



UNITED STATES
POSTAL SERVICE®

1000        00918



U.S. POSTAGE PAID
FCM LG ENV
CAGUAS, PR
00725
MAR 26, 20
AMOUNT

$7.60
R2304H109474-7

To: Secretaria (Clerk Office)
United States District Court
150 AVE CARLOS CHARDON
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

SAN JUAN PR
U.S DISTRICT COURT
CLERK'S OFFICE

2020 APR -1  PM 4: 05

RECEIVED & FILED