SANTIAGO NUÑEZ MELENDEZ
RR 37 BOX 5140
CALLE ROMANY
SAN JUAN PR 00926

CERTIFIED MAIL
7016 0340 0000 7484 7117

 

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00926
MAR 24, 20
AMOUNT
$7.80
R2303s101470-19

1000    00918

HON. LAURA TAYLOR SWAN
SECRETARIA
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA DISTRITO DE PUERTO RICO
150 CARLOS CHARDON STREET
FEDERAL BUILDING
SAN JUAN PR 00918-1767

RECEIVED & FILED
2020 APR -1 PM 4:06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR