From: Sara Lopez Cintron
San Bernardo H-11 Urb. Mariolga
Caguas, P.R. 00725


7019 2970 0001 5597 2116





U.S. POSTAGE PAID
FCM LG ENV
CAGUAS, PR
00725
MAR 26, 20
AMOUNT
$7.60
R2304H109474-7

To: Secretaria (Clerk Office)
United States District Court
150 AVE CARLOS CHARDON
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 APR -1 PM 4:05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

From: Sara Lopez Casely,
San Bernardo. H-11 Urb. Mariolga
Caguas, P.R. 00725


CERTIFIED MAIL
7019 2970 0001 5597 2116




U.S. POSTAGE PAID
FCM LG ENV
CAGUAS, PR
00725
MAR 26, 20
AMOUNT
$7.60
R2304H109474-7

To: Secretaria (Clerk Office)
United States District Court
    150 AVE CARLOS CHARDON
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR
2020 APR -1 PM 4:05
RECEIVED & FILED