Case:17-03283-LTS Doc#:12637-1 Filed:04/01/20 Entered:04/03/20 12:10:10 Desc:
Exhibit Page 1 of 1

Modelo SC-1010 (RM)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO

## JUNTA DE RETIRO PARA MAESTROS

## INFORME RENTA ANUAL VITALICIA

4925     (30460)

| Nombre | Núm. Reclamación | Sexo F |
|---|---|---|
| Sara L. López Cartagena | 1-21152 | |

Tipo de Renta:
a— Años de Servicio y Edad
  Opcional   (X)
  Obligatorio ( )
b— Edad ( )
c— Incapacidad
  Ocupacional ( )
  No Ocupacional ( )
d— Diferida ( )*

Fecha de Nacimiento
1943   feb.   05
Año    Mes    Día

Fecha de Retiro
1998   dic.   30
Año    Mes    Día

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Fecha de Efectividad | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 55 | 10 | 26 | 34 | 3 | 3 | 4 | $40,890.20 | 1998 | dic. | 31 |
| Años | Meses | Días | Años | Meses | Sem. | Días | | Año | Mes | Día |

Retiro Ley Núm. 218 de 1951

Cómputo de la Renta Anual:
a— Sueldo promedio mensual más alto durante tres años consecutivos a $2,113.56      1,585.17
X   75%   X   30 años
  (Por ciento)           (Tiempo Acreditado)

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad.

b— Ajuste para llegar al Mínimo Establecido por Ley

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ | $ | $ | $ |

Diferencia Mínimo o Renta Sistema Retiro

Renta Mensual Vitalicia     1,585.17
Renta Anual Vitalicia       19,022.04

| Computado | | Cotejado | |
|---|---|---|---|
| Mayda Díaz | 24 feb 99 Fecha | Hugo E. Aponte Morán | 24 feb 99 Fecha |
| Recomendado: | | Aprobado: | |
| Dinelia Ayala Morales | 26 feb 99 | 3/3/99 | José A. Figueroa Colón |
| Sec. Ejec. Aux. Area Retiro, Interina | Fecha | Fecha | Secretario Ejecutivo Interino |

HA/lp