30 de marzo de 2020

RECEIVED & FILED

2020 APR -1  PM 4: 06

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN.P.R.

TRIBUNAL DE DISTRITO DE
LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO


REPLICA


Yo, Sandra Vargas Santos, mayor de edad y en pleno uso de mis facultades mentales expongo y detallo lo siguiente:

Datos contacto                                    RECLAMACION:165998

Sandra Vargas Santos

Dirección Postal                                   DIRECCION RESIDENCIAL:

P.O Box 560986                                     #218 Calle Luis Muñoz Rivera
Guayanilla, P.R. 00656                             Guayanilla, P.R. 00656

TELEFONOS                                          CORREO ELECTRONICO

787-380-0327                                           yomarelix4@gmail.com
787-376-3233


Declaro que trabaje en el Hospital de Área de Yauco Dr. Tito Mattei del año 1981 hasta 1983. Y del año 2000 hasta el 2012 en el Departamento de Salud Correccional de Ponce, por lo cual someto certificación del Departamento de Corrección y Carta del Seguro Social.

Que la tenedora es Promesa Titulo III.

Por lo tanto y por derecho propio estoy reclamando el aumento otorgado por la ley del Romerazo incluida en la reclamación de Commomwealth of Puerto Rico ID No. 17 BK 3283 LTS.

Mi reclamo es de $150.00 mensuales, los cuales no se me otorgaron. Por tal razón solicito un reembolso por la cantidad de $21,600.00 que deje de devengar durante todos estos años.

Confió que se tome en consideración mi petición expuesta en esta replica según dispone la ley.

Sinceramente,

Sandra Vargas Santos