Administración del Seguro Social
## Seguro de Jubilación, Sobrevivientes e Incapacidad
Notificación de Aprobación

Mid-Atlantic Program Service Center
300 Spring Garden Street
Philadelphia, Pennsylvania 19123-2992
Fecha:  16 de marzo de 2013
Número de Solicitud:          )-4611HA

000021  3 SP 0.860 0001 LTR M09 PC2 0312

SANDRA VARGAS SANTOS
BO SITIOS
175 C L MUNOZ RIVERA
GUAYANILLA, PR 00656

Usted tiene derecho a beneficios mensuales de incapacidad comenzando en septiembre de 2012.

### La Fecha En Que Usted Se Incapacitó

Encontramos que usted se incapacitó según nuestras reglas en 23 de marzo de 2012.

Sin embargo, usted tiene que estar incapacitado por 5 meses calendarios completos y seguidos antes de que usted pueda tener derecho a beneficios. Por estas razones, usted primer mes de derecho a beneficios es septiembre de 2012.

### Qué Pagaremos Y Cuándo

- Usted recibirá $5,389.00 alrededor de 22 de marzo de 2013.

- Este es el dinero debido a usted por septiembre de 2012 hasta e incluyendo febrero de 2013.

- El próximo pago de usted por $919.00, que es para marzo de 2013, será recibido en, o cerca del segundo miércoles de abril de 2013.

- Después de eso, recibirá $919.00 en o cerca del segundo miércoles de cada mes.

- Nuevos reglamentos requieren que reciba sus pagos electrónicamente, a menos que obtenga una exención del Departamento del Tesoro de los EE. UU. Por favor llame a la Tesorería al 1-888-224-2950 para ver si usted califica para una exención.

Enclosure(s):
Pub 05-10903
Pub 05-10958

C                          Vea La Página Siguiente



*Estado Libre Asociado de Puerto Rico*

## DEPARTAMENTO DE CORRECCIÓN Y REHABILITACIÓN

*Oficina del Secretario*

29 de abril de 2013

Sra. Sandra Vargas Santos
Bo Sitios
175 C L Muñoz Rivera
Guayanila, PR 00656

Señora Vargas:

Conforme a los documentos que se conservan en su expediente de personal, usted se reportó a la Corporación del Fondo del Seguro del Estado (CFSE) el 26 de marzo de 2012, y se le recomendó tratamiento médico en descanso.

Agotó los balances de licencias acumulados el 18 de julio de 2012, y se le autorizó licencia sin sueldo por enfermedad hasta el 6 de septiembre de 2012, y extensiones consecutivas hasta el 23 de mayo de 2013.

No obstante, el 16 de marzo de 2013, la Administración del Seguro Social Federal le notificó en comunicación escrita, la aprobación de los beneficios por incapacidad.

En vista de lo anteriormente expuesto y a tenor con la facultad que me concede la Ley Núm. 116 del 22 de julio de 1974, conocida como la "Ley Orgánica de la Administración de Corrección" según enmendada y conforme con el título 42, Sección 423 que trata sobre pagos de Beneficios de Seguro Social por Incapacidad, Inciso (d), del Social Security Act. (Act. of August 14, 1935), le separamos del puesto de **Enfermera II** que ocupa en el Programa Salud Correccional de la Administración de Corrección. Esta acción será efectiva al envío de la presente comunicación. Deberá hacer entrega de inmediato de cualquier equipo perteneciente al Programa.

De usted no estar de acuerdo con esta determinación, deberá utilizar al Procedimiento de Querellas establecido en el Convenio Colectivo con vigencia desde el 1 de junio de 2012 hasta el 30 de junio de 2015, entre el Programa Salud Correccional de la Administración de Corrección y el Departamento de

El representante también tiene 15 días para escribirnos si piensa que la cantidad es muy baja.

Si no recibimos carta de usted o el representante, asumiremos que los dos están de acuerdo con la cantidad de honorarios.

**Otros Beneficios De Seguro Social**

El beneficio explicado en esta carta es el único que usted puede recibir del Seguro Social. Si usted cree que usted puede calificar para otro tipo de beneficio de Seguro Social en el futuro, usted debe solicitarlo de nuevo.

**Sus Responsabilidades**

Las decisiones hechas en el caso de usted están basadas en la información que usted nos dió. Si esta información cambia, podría afectar sus beneficios. Por esa razón es importante que usted nos comunique los cambios inmediatamente.

Hemos incluído un folleto "Lo que necesita saber cuando recibe beneficios del Seguro Social incapacidad". El mismo le dirá lo que debe reportar y como hacerlo. Por favor lea las partes del folleto que explican lo que debe hacer si usted va a trabajar o si su salud mejora.

Un proveedor de rehabilitación vocacional o de servicios de empleo puede comunicarse con usted para ayudarle en ir a trabajar. El proveedor puede ser de una agencia estatal o trabajar bajo contrato con el Seguro Social.

Si usted va a trabajar, tenemos reglas especiales que nos permiten continuar sus pagos en efectivo y cobertura de cuidado de salud. Para informarse mejor acerca de cómo el trabajo y las ganancias afectas los beneficios por incapacidad, visite nuestro sitio en www.socialsecurity.gov/work/. Usted también puede llamar o visitar cualquier oficina del Seguro Social para pedir las siguientes publicaciones:

- Cómo podemos ayudarle si trabaja mientras está incapacitado (Publicación número 05-10995)

- Cómo podemos ayudarle si es ciego o tiene problemas de visión (Publicación número 05-10952)

Es importante que usted nos deje saber si:

- Hay algún cambio en los pagos de compensación de trabajadores o en los pagos de alguna incapacidad pública que usted recibe, o

- Usted recibe una suma global o cualquier otro pago adicional que suplementa sus pagos de compensación de trabajadores o pagos de incapacidad pública.

### Lo Que Hay Que Recordar En El Futuro

Médicos y otro personal entrenado decidieron que usted está sufriendo de una incapacidad según nuestras reglas. Sin embargo, necesitamos revisar todos los casos de incapacidad. Por lo tanto, revisaremos el caso de usted en unos 5 a 7 años. Le enviaremos una carta antes de comenzar la revisión. Basados en esa revisión, sus beneficios continuarán si usted está aún incapacitado, pero acabarán si usted está aún incapacitado.

### Si usted tiene algunas preguntas

Lo invitamos a visitar nuestro sitio de Internet en www.segurosocial.gov para encontrar información general sobre el Seguro Social. Si tiene alguna pregunta especifica puede llamarnos al número gratis, al 1-800-772-1213, o su oficina de Seguro Social al 1-866-317-6043. Podemos contestar la mayoría de sus preguntas a través del teléfono. Si usted es sordo o tiene problemas auditivos puede llamar a nuestro número TTY, 1-800-325-0778. También puede escribir o visitar cualquier oficina del Seguro Social. La oficina que sirve su área está localizada en:

SOCIAL SECURITY
SUITE 1
155 25 DE JULIO ST
YAUCO PR 00698

Si llama o visita una oficina, por favor lleve esta carta consigo. Nos ayudará a contestar sus preguntas. Además, si usted planifica visitar una oficina, puede llamar de antemano para hacer una cita. Esto nos ayudará a servirle más rápidamente cuando llegue a la oficina.

Michael J. Astrue
Comisionado
 del Seguro Social