**UNITED STATES POSTAL SERVICE.** Retail

P | US POSTAGE PAID
$10.90
Origin: 00656
03/31/20
4240500656-04

PRIORITY MAIL 1-DAY ®

0 Lb 2.60 Oz
1005

EXPECTED DELIVERY DAY: 04/01/20

SHIP TO:
SAN JUAN PR 00918

USPS SIGNATURE® TRACKING NUMBER

9510 8115 9066 0091 3358 84

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

PRESS FIRMLY TO SEAL

PRIORITY MAIL POSTAGE REQUIRED

FROM:
Sandra Vargas Santos
P.O. Box 560986
Guayanilla, P.R. 00656

TO:
Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
(United States District Court)
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 APR -1 PM 4:07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

EP14F July 2013
OD: 12.5 x 9.5

PS00001000014

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE.