Modelo SC-1810 (RRM)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO

## JUNTA DE RETIRO PARA MAESTROS

## INFORME RENTA ANUAL VITALICIA

4925  (30460)

| Nombre | Núm. Reclamación | Sexo |
|---|---|---|
| Sara L. López Cartagena | 1-21152 | F |

**Tipo de Renta:**
a— Años de Servicio y Edad
  Opcional (X)
  Obligatorio ( )
b— Edad ( )
c— Incapacidad
  Ocupacional ( )
  No Ocupacional ( )
d— Diferida ( )*

Fecha de Nacimiento: 1943 feb. 05

Fecha de Retiro: 1998 dic. 30

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad |
|---|---|---|---|---|---|---|---|
| 55 | 10 | 26 | 34 | 3 | 3 | 4 | $ 40,890.20 |
| Años | Meses | Días | Años | Meses | Sem. | Días | |

Fecha de Efectividad: 1998 dic. 31

Retiro Ley Núm. 218 de 1951

**Cómputo de la Renta Anual:**
a— Sueldo promedio mensual más alto durante tres años consecutivos a $2,113.56 → 1,585.17
X 75% X 30 años
  (Por ciento)    (Tiempo Acreditado)

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

  ( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

  ( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad.

b— Ajuste para llegar al Mínimo Establecido por Ley

  Años de Servicio   Edad   Incapacidad Física   Diferido
  $_____   $_____   $_____   $_____

Diferencia Mínimo o Renta Sistema Retiro

Renta Mensual Vitalicia   1,585.17
Renta Anual Vitalicia   19,022.04

| Computado | Cotejado | |
|---|---|---|
| Mayda Díaz  24 feb 99 | Hugo E. Aponte Morán | 24 feb 99 |
| Recomendado: Dinelia Oyola Morales  26 feb 99 | Aprobado: 3/3/99 | José A. Figueroa Colón |
| Sec. Ejec. Aux. Area Retiro, Interina | | Secretario Ejecutivo Interino |

HA/lp