Modelo SC-1010 (RM)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO

JUNTA DE RETIRO PARA MAESTROS

## INFORME RENTA ANUAL VITALICIA

4925   (30460)

| Nombre | Núm. Reclamación | Sexo |
|---|---|---|
| Sara L. López Cartagena | 1-21152 | F |

Tipo de Renta:
a— Años de Servicio y Edad
   Opcional (X)
   Obligatorio ( )
b— Edad ( )
c— Incapacidad
   Ocupacional ( )
   No Ocupacional ( )
d— Diferida ( )*

Fecha de Nacimiento: 1943  feb.  05
Fecha de Retiro: 1998  dic.  30

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad |
|---|---|---|---|---|---|---|---|
| 55 | 10 | 26 | 34 | 3 | 3 | 4 | $40,890.20 |
| Años | Meses | Días | Años | Meses | Sem. | Días | |

Fecha de Efectividad: 1998  dic.  31

Retiro Ley Núm. 218 de 1951

Cómputo de la Renta Anual:
a— Sueldo promedio mensual más alto durante tres años consecutivos a $2,113.56        1,585.17
X   75 %   X   30 años
   (Por ciento)        (Tiempo Acreditado)

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad.

b— Ajuste para llegar al Mínimo Establecido por Ley

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ | $ | $ | $ |

Diferencia Mínimo o Renta Sistema Retiro

Renta Mensual Vitalicia        1,585.17
Renta Anual Vitalicia        19,022.04

| Computado | | Cotejado | |
|---|---|---|---|
| Mayda Díaz | 24 feb 99 | Hugo E. Aponte Morán | 24 feb 99 |
| Recomendado: | | Aprobado: | |
| Dinelia Oyola Morales | 26 feb 99 | 3/3/99 | José A. Figueroa Colón |
| Sec. Ejec. Aux. Area Retiro, Interina | Fecha | Fecha | Secretario Ejecutivo Interino |

HA/lp