From: Sara Lopez Cintron
San Bernardo H-11 Urb. Mariolga
Caguas, P.R. 00725





To: Secretaria (Clerk Office)
United States District Court
150 AVE CARLOS CHARDON
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

From: Sara Lopez Colon  
San Bernardo. H-11 Urb. Mariolga  
Caguas, P.R. 00725



CERTIFIED MAIL

7019 2970 0001 5597 2116





U.S. POSTAGE PAID  
FCM LG ENV  
CAGUAS, PR  
00725  
MAR 26, 20  
AMOUNT  
$7.60  
R2304H109474-7

To: Secretaria (Clerk Office)  
United States District Court  
150 AVE CARLOS CHARDON  
Room 150 Federal Building  
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED  
2020 APR -1 PM 4:05  
CLERK'S OFFICE  
U.S DISTRICT COURT  
SAN JUAN PR