Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE INSTRUCCION PUBLICA**
División de Personal - Hato Rey, Puerto Rico

INFORME DE CAMBIO - PERSONAL DOCENTE

regulares en ju...
Descontarle _____ días por ausencias

| | ANTES DEL CAMBIO | 9976 | DESPUES DEL CAMBIO |
|---|---|---|---|
| 1 | Nombre del Empleado | Ruiz Solá, Isaac | |
| 2 | Núm. Seg. Social | -5227 | |
| 3 | Sexo | M | |
| 4 | Estado Civil | C | |
| 5 | Prep. Académica | BA | |
| 6 | Experiencia | XXX 0 | |
| 7 | Status Empleado (Contrato) | T/E | |
| 8 | Sueldo Bruto | $860. | |
| 9 | Núm. de la Plaza | 0253 | |
| 10 | Categoría de la Plaza | Ma Arte | |
| 11 | Clasificación Puestos Dir | | |
| 12 | Fondo | E | |
| 13 | Cifra Cuenta | 89-111-081-04-001 | |
| 14 | Fecha de Efectividad | XX 6 septiembre 1988 | |
| 15 | Acción y Duración | Nomb. XX88X89 R/Año | |
| 16 | Causa del Cese | | |
| 17 | Ultimo Día Trabajo | | |
| 18 | Ultimo Día de Pago | | |
| 19 | Programa Escolar | Arte | |
| 20 | Turno en Registro | 37 | |
| 21 | Distrito Escolar | Ponce I | |

LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA

22 Desde

23 Hasta

24 Observaciones (Antes del Cambio)

Ocupa plaza de María del R. Madera Ayala

25 Observaciones (Después del Cambio)

26 Firma Empleado en caso de cambio de contrato a probatorio, traslado, reasignación permanente o descenso

SEP 1988 Recibido: Dto. Instrucción Pública División de nóminas

27 Deseo:
☐ Acogerme   ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de P.R. en caso de cambio de contrato de sustituto a probatorio o de sustituto a permanente.

Firma del Empleado _____ Fecha

28 Recomendado
Superintendente de Escuelas   Fecha

29 Recomendado
Superintendente de Escuelas   Fecha

30 APROBADO POR EL SECRETARIO DE INSTRUCCION PUBLICA
FIRMA   FECHA

Si el nombramiento es provisional el mismo constituye un CERTIFICADO PROVISIONAL por su duración

8105104
8110452175

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**

Región – Distrito: Ponce Ponce II
Escuela: Joaquin Ferran



Luis G. Fortuño
Gobernador

Carlos Chardón
Secretario

22 de abril de 2009

A: RUIZ SOLA, ISAAC

## CERTIFICACIÓN DE FECHA DE ANTIGÜEDAD EN LA AGENCIA

Surge de los récords de esta Agencia que RUIZ SOLA, ISAAC cuyo número de empleado es 3463, y que ocupa el puesto *DIRECTOR ESCUELA ELEMENTAL III,* tiene una fecha de ingreso al servicio público de *9/6/1988* con una antigüedad total de *7 años 11 meses 5 días* (la antigüedad total será la suma de todos los períodos trabajados en el servicio público según lo establecido en la Ley Núm. 7 de 9 de marzo de 2009 y la Carta Circular 2009-02 emitida por la Junta de Reestructuración y Estabilización Fiscal el 3 de abril de 2009)

En la eventualidad de que usted no esté de acuerdo con la antigüedad certificada, tiene derecho a presentar en la Oficina de Recursos Humanos de la Agencia un Formulario de Impugnación de Fecha de Antigüedad Notificada mediante la cual acompañará aquella evidencia documental oficial emitida por la autoridad o entidad gubernamental competente ("evidencia documental fehaciente") que sostenga su posición. Asimismo, tendrá derecho a exponer y fundamentar en dicho Formulario su versión en torno a la antigüedad alegada.

El término para que someta el Formulario de Impugnación de Fecha de Antigüedad y la evidencia documental oficial es de treinta (30) días calendario, a partir de la notificación de la presente. La fecha de notificación es la de la entrega, o de la fecha de envío por correo certificado con acuse de recibo de esta Certificación, según sea el caso.

De no presentar evidencia documental fehaciente, o no refutar dentro del término de treinta (30) días, la antigüedad aquí notificada, ésta será concluyente.

En caso de que presente, dentro del término de treinta (30) días el Formulario con evidencia fehaciente que controvierta la antigüedad notificada, la Agencia no tomará determinación final sobre la antigüedad sin antes darle oportunidad de tener una vista previa.

Atentamente,

Carlos Chardón
Secretario



ESTADO LIBRE ASOCIADO DE PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN
Área de Transacciones de Personal
División de Reclutamiento

14 de octubre 2010

**SR. ISAAC RUIZ SOLÁ**
**1575 AVE. MUÑOZ RIVERA**
**P.M.B. #331**
**PONCE, PR 00717-0211**

Estimado señor Ruiz Solá:

Su preparación e índice académico general fueron revisados por la División de Reclutamiento y reflejó un cambio en preparación académica de Doctorado con un índice general de **3.25**.

Está incluido en los registros elegibles de Director Elemental IV, V; Director Secundaria IV, V y Superintendente Auxiliar I, II, III, IV en los municipios de Ponce, Juana Díaz, Santa Isabel, Yauco y Guayanilla con 83 puntos. Para puesto de Director de Escuela se le suman cinco (5) puntos a la puntuación total por residencia.

Si necesita información adicional, puede comunicarse al teléfono 773-3459 y 773-3432.

Cordialmente,

María Crespo
Especialista en Recursos Humanos II

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

# GOBIERNO DE PUERTO RICO
### Sistema de Retiro para Maestros

16 de agosto de 2019

ISAAC RUIZ SOLA  XXX-XX-5227  Solicitud No: 967879
1575 AVE MUÑOZ RIVERA   Radicada en: 26 jul 2019
PMB 331
PONCE, PR 00717 0221

Señor(a): Ruiz Sola          CASO: 434

Deseamos informarle que su Pension Años De Servicio 230 ha sido aprobada. Su retiro fue efectivo el 01 de julio de 2019 y su renta mensual será de $2,010.13. Recibirá un pago retroactivo desde la fecha de efectividad de su pensión hasta el ingreso a nómina.

Si usted no se encuentra conforme con la presente determinación podrá radicar dentro del término de 20 días a partir de la notificación de la determinación del Director o su representante, un Escrito de Reconsideración ante la Junta de Síndicos del SRM. Dicha solicitud puede ser radicada personalmente o enviada por correo.

Radicaciones

Dirección Física: Secretaría Junta de Síndicos, Piso 8, Capital Center, Torre Norte 235 Ave Arterial Hostos, Hato Rey, PR

Dirección Postal: Secretaría Junta de Síndicos, Piso 8, PO Box 191879, San Juan, PR 00919-1879

En las radicaciones por correo, el matasellos debe mostrar que la misma fue cursada dentro del término establecido. Todos los términos mencionados en los incisos para apelar o solicitar reconsideración son en días naturales. El procedimiento de apelación se rige por el Reglamento 7053 de 15 de noviembre de 2005.

Le informamos que cualquier gestión, comunicación o trámite que efectúe con nuestro Sistema, distinto a los escritos antes mencionados, no interrumpe los términos que dispone para ejercer su derecho de apelación.

Atentamente,

Evelyn Vazquez Velazquez
Area de Servicios de Retiro

235 Avenida Arterial Hostos, Edificio Capital Center, Torre Norte, Hato Rey, Puerto Rico 00918
P.O. Box 191879, Hato Rey, PR 00919-1879
srm_correspondenciaconsulta@srm.pr.gov   (787) 777-1414   http://www.srm.pr.gov



N 1440883

**Estado Libre Asociado de Puerto Rico**
081 - DEPT DE EDUCACION-CLASIFICADOS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 05/16/03 |
| Hasta: | 05/31/03 |

# Cheque: 09325115
Fecha: 05/30/03

ISAAC RUIZ SOLA
3 CALLE MARTINEZ NADAL
JUANA DIAZ PR 00795
SS:

| | |
|---|---|
| # Empleado | |
| Dept: | 8105104-Ponce Ponce II |
| Oficina: | Joaquin Ferran |
| Titulo: | Dir. Escuela Elemental III |
| Sueldo: | $2,920.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,460.00 | 810.00 | 14,600.00 |
| **Total:** | | | **1,460.00** | **810.00** | **14,600.00** |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholdng | 129.73 | 1,297.30 |
| **Total:** | **129.73** | **1,297.30** |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 131.40 | 1,314.00 |
| **Total:** | **131.40** | **1,314.00** |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 115.60 | 1,156.00 |
| SM-First Medical Health Plan | 12.50 | 125.00 |
| SC-AMER FAM LIFE ASS CO | 14.68 | 146.80 |
| AE-Seguro por Muerte-Asoc ELA | 7.84 | 78.40 |
| AS-ASOC E P A | 5.00 | 50.00 |
| GPR Plan de Ahorros | 43.80 | 438.00 |
| **Total:** | **199.42** | **1,994.20** |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 60.00 | 300.00 |
| GPR Plan de Retiro de Maestro | 124.10 | 1,241.00 |
| FSED Disability Plan | 24.82 | 248.20 |

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,460.00 | 129.73 | 330.82 | 999.45 |
| Acumulado: | 14,600.00 | 1,297.30 | 3,308.20 | 9,994.50 |

## RTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #09325115 | 999.45 |
| Total: | 999.45 |

**MENSAJE:**

 

**PUERTO RICO NATIONAL GUARD**
**HEADQUARTERS**
3RD BATTALION (155mm Towed) 162D FIELD ARTILLERY
P.O. Box 7431, Ponce, Puerto Rico  00731-7431

17 de abril de 2006

Sra. Luzlibeth Llanos Algarín
Directora
División de Personal
Departamento de Educación

Estimada Señora Llanos:

La Ley #218 del 28 de agosto de 2003, mejor conocida como la "Ley de Protección para los Miembros de las Fuerzas Armadas de los Estados Unidos", establece que cuando un miembro de las fuerzas armadas es llamado a servicio militar activo y este genera menos ingresos que en su trabajo civil, este tendrá derecho a recibir la diferencia de su salario neto entre su salario como empleado público y el ingreso neto que recibe durante su servicio militar activo.

El Especialista de Cuarta Clase **Isaac Ruiz Solá**, miembro del Tercer Batallón de Artillería de Campo, con Cuarteles Generales en Ponce, Puerto Rico, es uno de los amnegados cuidadanos-soldados que han dicho presente al llamado de nuestra nación para defender la democracia.

Respetuosamente solicitamos que amparados en la Ley #218 se le reembolsen al Sr. Isaac Ruiz Solá la diferencia del salario. Adjunto computo de la paga recibida por el Sr. Ruiz.

De tener cualquier duda ó pregunta favor de comunicarse con nuestras oficinas al (787) 842-5080 x 4701 / 4702.

HÉCTOR HERRERA
Major
Oficial Administrativo

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD. SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| RUIZ, ISAAC | ARMY/ARNG | |

| 4.a GRADE, RATE OR RANK | 4.b PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIG. TERM. DATE |
|---|---|---|---|
| SPC | E4 | 19630425 | Year 2006 Month 11 Day 04 |

| 7.a PLACE OF ENTRY INTO ACTIVE DUTY | 7.b HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| PONCE, PR | PMB 331 1575 MUNOZ RIVERA PONCE, PR 00717-0000 |

| 8.a LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8.b STATION WHERE SEPARATED |
|---|---|
| 030162FAHHB 155 FC | FORT BRAGG, NC 28310-5000 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE None |
|---|---|
| HHB 3RD BN 162D FA PRNG PONCE PR 00731 | Amount: $ 250,000.00 |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|
| 13C10 00 TACFIRE OP SP--0 YRS-9 MOS//NOTHING FOLLOWS | a. Date entered AD This Period | 2003 | 10 | 27 |
| | b. Separation Date This Period | 2004 | 07 | 29 |
| | c. Net Active Service This Period | 0000 | 09 | 03 |
| | d. Total Prior Active Service | 0000 | 04 | 18 |
| | e. Total Prior Inactive Service | 0004 | 03 | 05 |
| | f. Foreign Service | 0000 | 01 | 17 |
| | g. Sea Service | 0000 | 00 | 00 |
| | h. Effective Date of Pay Grade | 1999 | 03 | 04 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)
ARMY COMMENDATION MEDAL//ARMY RESERVE COMPONENTS ACHIEVEMENT MEDAL//NATIONAL DEFENSE SERVICE MEDAL//GLOBAL WAR ON TERRORISM EXPEDITIONARY MEDAL//GLOBAL WAR ON TERRORISM SERVICE MEDAL //ARMED FORCES RESERVE MEDAL AND MOBILIZATION//ARMY SERVICE RIBBON//NOTHING FOLLOWS

14. MILITARY EDUCATION (Course title, number of weeks and month and year completed)
NONE/./NOTHING FOLLOWS

| 15.a MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERAN'S EDUCATIONAL ASSISTANCE PROGRAM | Yes | No X | 15.b HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes X | No | 16. DAYS ACCRUED LEAVE PAID NONE |

17. MEMBER WAS PROVIDED A COMPLETE DENTAL EXAM AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION   Yes  X No

18. REMARKS
DATA HEREIN SUBJECT TO COMPUTER MATCHING WITHIN DOD OR WITH OTHER AGENCIES FOR VERIFICATION PURPOSES AND DETERMINING ELIGIBILITY OR COMPLIANCE FOR FEDERAL BENEFITS//SUBJECT TO ACTIVE DUTY RECALL, MUSTER DUTY AND/OR ANNUAL SCREENING//SEPARATED FROM SERVICE ON TEMPORARY RECORDS AND SOLDIER'S AFFIDAVIT//DD FORM 215 WILL BE ISSUED TO PROVIDE MISSING INFORMATION//ITEM 12D ABOVE DOES NOT ACCOUNT FOR ANNUAL AND/OR WEEKEND TRAINING THIS SOLDIER MAY HAVE ACCOMPLISHED PRIOR TO DATE ENTERED IN ITEM 12A//INDIVIDUAL COMPLETED PERIOD FOR WHICH ORDERED TO ACTIVE DUTY FOR PURPOSE OF POST SERVICE BENEFITS AND ENTITLEMENTS//ORDERED TO ACTIVE DUTY IN SUPPORT OF OPERATION NOBLE EAGLE/ENDURING FREEDOM IAW 10 USC 12302//BLOCK 25: ORDERS NUMBER 222461 20031024//SERVICE IN SOUDA BAY, SHUAYBAH, AND KUWAIT 20040225-20040604//NOTHING FOLLOWS

| 19.a MAILING ADDRESS AFTER SEPARATION (Include Zip Code) | 19.b NEAREST RELATIVE (Name and address - Include Zip Code) |
|---|---|
| PMB 331 1575 MUNOZ RIVERA PONCE, PR 00717-0000 | CONSUELO SOLA SOUZA PMB 331 1575 MUNOZ RIVERA PONCE, PR 00717-0000 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO DIR OF VET AFFAIRS | X Yes | No | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |

21. SIGNATURE OF MEMBER BEING SEPARATED

JULIUS B. PRIOLEAU, SGM, ARMY, DEMOB NCOIC

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| RELEASE FROM ACTIVE DUTY | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| AR 635-200, CHAP 4 | LBK | NA |

28. NARRATIVE REASON FOR SEPARATION
COMPLETION OF REQUIRED ACTIVE SERVICE

29. DATES OF TIME LOST DURING THIS PERIOD
NONE

30. MEMBER REQUESTS COPY 4
Initials

DD Form 214-AUTOMATED, NOV 88    Previous editions are obsolete.    SERVICE - 8