## RÉPLICA DE RECLAMACIÓN Nº 108412

(i)      Datos de contacto:

1. **Nombre:** Ruiz Solá, Isaac
   **Dirección:** 1575 Ave. Muñoz Rivera
   PMB 331
   Ponce, PR 0017-0211
   **Tel.** (787) 543-8834
   **E-mail:** isaac.ruiz.sola@gmail.com

2. Hermann D. Bauer
   USDC No. 21205
   Carla García Benítez
   USDC No. 203708
   **O'NEILL & BORGES LLC**
   250 Muñoz Rivera Ave., Suite 800
   San Juan, PR 00918-1813
   Tel: (787) 764-8181
   Fax: (787) 753-8944

3. Martin J. Bienenstock
   Brian S. Rosen
   **PROSKAUER ROSE LLP**
   Eleven Times Square
   New York, NY 10036
   Tel: (212) 969-3000
   Fax: (212) 969-2900




(ii)      Epígrafe:

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re:* | PROMESA, Título III |
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | Núm. 17 BK 3283-LTS |
| como representante de | (Administrada Conjuntamente) |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO, *et al.*, | |
| Deudores. | |

*Pág. 2 de 3*
**RÉPLICA DE RECLAMACIÓN N° 108412**

(iii)      **Motivo(s) para oponerse a la Objeción global:**

Trabajé para el Departamento de Educación de Puerto Rico, desde el 6 de septiembre de 1988 y me jubilé con 30 años de servicio, efectivo el 30 de junio de 2019. Estoy reclamando la Ley del Romerazo; Ley 410 del 2001; Ley 96-2004; Ley 218 del 2003 y cualquiera de los que aplique u otros no listados que apliquen a este caso particular. Dichos motivos son en relación a: liquidación días de enfermedad; pasos por años de servicios; diferencial de salario neto como empleado público y el ingreso neto por servicio militar activo; reclamaciones judiciales o administrativas y otros.

*Desglose:*

| Motivo | Cantidad | | Tiempo | | Total |
|---|---|---|---|---|---|
| Romerazo | $100.00 | x | 12 meses | = | 1,200.00 |
| | $1,200.00 | x | 30 años | = | *$ 36,000.00* |
| Pasos | $25.00 | x | 12 meses | = | 300.00 |
| | $300.00 | x | 30 años | = | *$ 9,000.00* |
| Ley 218 | | | | | *$ 11,000.00* |

**Totales**

       36,000.00
        9,000.00
+   11,000.00
*$ 56,000.00*



(iv)      **Documentación justificativa:**

| Documento | Justificación |
|---|---|
| **Formulario 409 [Informe de Cambio-Personal Docente].** | Evidencia de fecha de inicio de empleo en el Departamento de Educación de Puerto Rico (DE). |
| **Certificación de Fecha de Antigüedad en la Agencia** | Confirmación de la fecha de ingreso al servicio público en el DE. |
| **Carta -División de Reclutamiento** | Evidencia de mi dirección postal y estatus de empleado en el DE. |

*Pág. 3 de 3*
RÉPLICA DE RECLAMACIÓN Nº 108412

*Continuación...*

(iv)   Documentación justificativa:

| Documento | Justificación |
|---|---|
| Carta Sistema de retiro para Maestros | Evidencia de mi dirección postal y la fecha de jubilación en el DE. |
| Talonario # Cheque 09325115 | Evidencia de nómina como empleado del DE. |
| Carta -Puerto Rico National Guard. | Evidencia de reclamación a la Ley 218 del 28 de agosto de 2003 *Ley de Protección para los Miembros de las Fuerzas Armadas de los Estados Unidos.* |
| DD Form 214 | Evidencia del Servicio Militar Activo durante los años 2003-2004. |

**NOTA ACLARATORIA:**

Esta radicación la estoy tramitando vía correo postal efectivo, hoy, 26 de marzo de 2020, debido a los inconvenientes surgido por los ***terremotos en mi Zona O***, desde el 28 de diciembre de 2019 y todas las limitaciones surgida tras el Toque de Queda por la ***Pandemia COVID-19***. Espero, recibir de ustedes la oportunidad de considerar esta mi réplica a la Objeción global.

(v)   Firma:

_____
Isaac Ruiz-Solá