**FROM:**
Ruiz Solá, Isaac
1575 Ave. Muñoz Rivera
PMB 331
Ponce, PR 00717-0211



7019 1640 0001 4812 4923

RECEIVED & FILED
2020 APR -1 PM 4:06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN



U.S. POSTAGE PAID
FCM LG ENV
MERCEDITA, PR
00715
MAR 26, 20
AMOUNT
$5.35
R2305H129513-02

**TO:**
Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
150 Ave. Carlos Chardon
San Juan, Puerto Rico 00918-1767

Utility Mailer
10 1/2" x 16"

