UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>This filing relates to the<br>Commonwealth, HTA, and ERS. |

FIRST ORDER GRANTING IN PART ONE HUNDRED THIRTY-FIRST OMNIBUS
OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO,
PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES
RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY
DEMANDS, EMPLOYMENT OR SERVICES PROVIDED

Upon the *One Hundred Thirty-First Omnibus Objection (Non-Substantive) of the*

*Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and*

*Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient*

*Claims Asserting Interests Based on Salary Demands, Employment or Services Provided* (Docket

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801)(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Entry No. 9905, the "One Hundred Thirty-First Omnibus Objection"),[2] filed by the

Commonwealth of Puerto Rico ("Commonwealth"), the Puerto Rico Highways and Transportation

Authority ("HTA"), and the Employees Retirement System of the Government of the

Commonwealth of Puerto Rico ("ERS"), dated January 14, 2020, for entry of an order disallowing

in their entirety certain claims filed against the Commonwealth, HTA, or ERS, as more fully set

forth in the One Hundred Thirty-First Omnibus Objection and supporting exhibits thereto, and

upon the *Notice of (A) Adjournment as to Certain Claims* (the "First Notice of Adjournment"),

filed by the Commonwealth, HTA, and ERS on February 26, 2020 [ECF No. 11790], and upon

the *Second Notice of (A) Adjournment as to Certain Claims* (the "Second Notice of Adjournment"),

filed by the Commonwealth, HTA, and ERS on February 28, 2020 [ECF No. 11941]; and upon

the *Notice of (A) Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended

Schedules for the One Hundred Thirty-First Omnibus Objection* (the "Third Notice of

Adjournment") [ECF No. 12307]; and the Court having jurisdiction to consider the One Hundred

Thirty-First Omnibus Objection and to grant the relief requested therein pursuant to PROMESA

section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper

notice of the One Hundred Thirty-First Omnibus Objection having been provided to those parties

identified therein, and no other or further notice being required; and each of the claims identified

in Exhibit A hereto (collectively, the "Deficient Claims") having been found to be deficient; and

pursuant to the First and Notices of Adjournment, each of the claims identified in Exhibit B hereto

(collectively, the "Adjourned Claims") having been adjourned; and the Court having determined

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such
terms in the One Hundred Thirty-First Omnibus Objection.

that the relief sought in the One Hundred Thirty-First Omnibus Objection is in the best interests

of the Commonwealth, HTA, ERS, their creditors, and all parties in interest; and the Court having

determined that the legal and factual bases set forth in the One Hundred Thirty-First Omnibus

Objection establish just cause for the relief granted herein; and after due deliberation and sufficient

cause appearing therefor, it is hereby

ORDERED that the One Hundred Thirty-First Omnibus Objection is GRANTED

IN PART as set forth herein; and it is further

ORDERED that the Deficient Claims are hereby disallowed in their entirety; and it

is further

ORDERED that Prime Clerk, LLC, is authorized and directed to delete the

Deficient Claims from the official claims registry in the Title III Cases; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.


Dated:  April 3, 2020

 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge