## One Hundred and Thirty-Sixth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | BARREIRO DIAZ, MARIA ESTHER<br>BO. TEJAS APT. 337<br>HUMACAO, PR 00791 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 118819 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors ||||||
| 2 | BELEN BAEZ, SIMON<br>CALLE #1 332 BO. FUIG.<br>GUANICA, PR 00653 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 134735 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors ||||||
| 3 | BELLO CORREA, KAREN JOLENE<br>URB. JARDINES DE LA REINA #081<br>C-17 CALLE ACACIA<br>GUAYAMA, PR 00784 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 138475 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors ||||||
| 4 | BELLO CORREA, KAREN JOLENE<br>URB. JARDINES DE LA REINA<br>#081 G-17 CALLE ACACIA<br>GUAYAMA, PR 00784 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 129182 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors ||||||
| 5 | BENITEZ ALVAREZ, JUAN A<br>13 CALLE 5<br>URB. RINCON ESPANOL<br>TRUJILLO ALTO, PR 00976 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 150170 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors ||||||
| 6 | BERDIEL LOPEZ, BLANCA I.<br>69-FCO-PIERTRI. URB LOS MAESTROS<br>ADJUNTAS, PR 00601 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 132759 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors ||||||

One Hundred and Thirty-Sixth Omnibus Objection
Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | BERMUDEZ DE JESUS, IRAIDA<br>914 CALLE ZAIDA<br>SAN JUAN, PR 00924 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 136764 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | BERNIER COLON, BILMA<br>URB. COSTA AZUL#04<br>CALLE 24<br>GUAYAMA, PR00784 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 117845 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | BERNIER COLON, BILMA<br>URB. COSTA AZUL#04<br>CALLE 24<br>GUAYAMA, PR00784 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 139767 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | BERNIER COLON, CARMEN L<br>URB JARDINES DE GUAMANO<br>BB-15 #8<br>GUAYAMA, PR00784 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 148039 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | BERRIOS WILLIAMS, MYRNA L.<br>BARALT CALLE 1-A-14<br>FAJARDO, PR 00738 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 163444 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | BETANCOURT CARRASQUILLO, CARMEN M.<br>SABANERA DEL RIO CINN MARGARITAS #274<br>CARR 718 KM 3 BO. PASTO AIBONITO<br>AIBONITO, PR 00705<br>GURABO, PR 00728 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 151226 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Thirty-Sixth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | BETANCOURT GUADALUPE, NORAIMA<br>HC 649 ODU. GRANDE<br>TRUJILLO ALTO, PR 00976 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 158706 | $ 31,600.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | BIAGGI RIVERA, WANDA I.<br>905 ROSENDO VITERBO COUNTRY CLUB<br>SAN JUAN, PR 00924 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 145424 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | BLANK ( NO CREDITOR NAME ON CLAIM FORM), BLANK (NO CREDITOR NAME ON CLAIM FORM)<br>MAESTRO REGULAR (PERMANENTE)<br>DEPARTMENTO EDUCACION<br>AGUAS BUENAS, PR 00703 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 163873 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 16 | BOCACHICA COLON, MARITZA<br>COM. NUEVO PINO<br>CALLE A #23<br>HC-01 BOX 4087<br>VILLALBA, PR 00766 | 6/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 166455 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 17 | BONILLA ORTIZ, JORGE L.<br>BO. BARRIERA SECTOS COUNTRY CLUB<br>YAUCOS, PR 00698 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 125652 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 18 | BONILLA RIOS, AWILDA<br>CALLE GIRALDA #64<br>URB. SULTANA<br>MAYAGUEZ, PR 00680 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 158229 | $ 14,400.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Thirty-Sixth Omnibus Objection
Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 19 | BONILLA RIOS, ELMA<br>HC.4 BOX 42436<br>AGUADILLA, PR 00603 | 7/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 153636 | $ 18,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | BONILLA RIOS, ELMA<br>HC 4 BOX 42 436<br>AGUADILLA, PR 00603 | 7/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 157466 | $ 8,400.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | BONILLA ROBLES, MIGUEL<br>URB. BAINOA PARK, PARGUE<br>CE LA FUENTE C-14<br>CAGUAS, PR 00727 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 119604 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | BOSQUES SERRAN, NOEMI D<br>CALLE 5 D 6 JDNES DE GUATEMALA<br>SAN SEBASTIAN, PR 00685 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 136648 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | BRAGGI RIVERA, WANDA I.<br>905 ROSENDO VITERBO<br>URB. COUNTRY CLUB<br>SAN JUAN, PR 00924 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 147211 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | BRISTOL LOPEZ, LUCILA<br>URB VIVES<br>18 CALLE-A<br>GUAYAMA, PR00784-0000 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 145767 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Thirty-Sixth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 25 | BROWN RIVERA, NANCY<br>MEDIANIA BAJA K-9 H-4 CAR/187<br>LOIZA, PR 00772 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 113643 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 26 | BULTRON ALVAREZ, CARMEN LYDIA<br>APARTADO1458<br>VALLE ARRIBA HEIGH<br>CAROLINA, PR 00984 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 133053 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 27 | BURGOS JESUS, HECTOR<br>VILLAS DE RIO GRANDE<br>W15 CALLE 14<br>RIO GRANDE, PR 00745-2706 | 7/6/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 159008 | $ 20,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 28 | BURGOS MELENDEZ, ELSA NEYDA<br>RIO CANAS ABAJO CALLE 47<br>JUANA DIAZ, PR 00795 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 143897 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 29 | BURGOS RODRIGUEZ, GLADYS<br>4 CALLE 4<br>JUANA DIAZ, PR 00795 | 8/13/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 163531 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 30 | BURGOS RODRIGUEZ, GLADYS<br>EXT JACAGUAX<br>4 CALLE 4<br>JUANA DIAZ, PR 00795-1502 | 8/13/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 163492 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Thirty-Sixth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 31 | BURGOS VALDESPINO, YAMELITTE<br>YOLANDA MARTINEZ<br>P.O. BOX 370216<br>CAYEY, PR 00737 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 138535 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 32 | BURGOS VAZQUEZ, RAQUEL<br>HC 83 BOX 6245<br>VEGA ALTA, PR 00692 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 133946 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 33 | BURGOS VAZQUEZ, RAQUEL<br>HC 83 BOX 6245<br>VEGA ALTA, PR 00692 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 139751 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 34 | BURGOS VAZQUEZ, RAQUEL<br>HC 83 BOX 6245<br>VEGA ALTA, PR 00692 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 124810 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 35 | BURGOS, RICARDO IVAN<br>COM STA MARTA CALLE3-C36<br>JUANA DIAZ, PR 00795 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 112529 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 36 | CABALLER VINAS, SANTOS<br>CALLE 29 LC-10<br>URB. VILLA DEL REY<br>CAGUAS, PR 00727 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 128957 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 37 | CABAN OLMEDA, CARLOS A.<br>CALLE 20 #0-5<br>COAMO, PR 00769 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 144764 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Thirty-Sixth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 38 | CABAN OLMEDA, CARLOS A.<br>CALLE 20 #0-5<br>COAMO, PR 00769 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 135877 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 39 | CABRERA GARCIA, JOSUE<br>BOX 94<br>CENTRAL MERCEDITA<br>SECTOR EL VIGIA<br>PONCE, PR 00715 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 136309 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 40 | CACERES DIAZ, MARISOL<br>AK-32 5<br>BAYAMON, PR 00959 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 126695 | $ 8,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 41 | CACERES SANCHEZ, DORIS E.<br>PO BOX 541<br>YABUCOA, PR 00767 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 142117 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 42 | CACERES SANCHEZ, DORIS E.<br>P.O. BOX 541<br>YABUCOA, PR 00767 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 137068 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 43 | CALES RIVERA, EDWIN<br>HC 01 BOX 8699<br>SAN GERMAN, PR 00683 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 117992 | $ 18,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Thirty-Sixth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 44 | CALZADA ROBLES, DAMARYS<br>CARR 167 R829 KM 1.7 BUENA VISTA<br>BAYAMÓN, PR 00954 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 159690 | $ 12,600.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 45 | CALZADA ROBLES, DAMARYS<br>CORR 167 R 829<br>KM 17 BUENE VISTA<br>BAYAMON, PR 00956 | 7/6/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 159320 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 46 | CAMERON SERNIDEY, SACHEIRY<br>CALLE REINA DE LOS FLORES O-42<br>CAROLINA, PR 00985 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 141504 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 47 | CANDELARIA GOITIA, ISAURA<br>CARR. 181<br>K-28.5<br>BO JUGUAL<br>GURABO, PR 00778 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 140091 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 48 | CANTAGENA RAMOS, HECTOR G.<br>CARRETINA 155 INT 32.9<br>ORCOVIS, PR 00720 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 157628 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 49 | CARABALLO GALARZA, CARLOS J.<br>BO. LA CHANGA KM 28.7<br>CAGUAS, PR 00725-9222 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 132042 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Thirty-Sixth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 50 | CARABALLO, MILAGROS OLIVERAS<br>BO. VERDUN GOLONDRINAS #160<br>GUAYANILLA, PR00656 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 161270 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 51 | CARDINA RIVERA, WILMER A.<br>B-17 4 FOREST HILLS<br>BAYAMON, PR00959 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 152966 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 52 | CARDONA LUQUE, FRANCISCA<br>20 RAMON LOPEZ BATALLA<br>PO BOX 194<br>AGUAS BUENAS, PR 00703 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 127666 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 53 | CARDONA LUQUE, FRANCISCA<br>20 RAMON LOPEZ BATALLA<br>P.O. BOX 194<br>AGUAS BUENAS, PR 00703 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 127984 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 54 | CARDONA LUQUE, FRANCISCA<br>20 RAMON LOPEZ BATALLA<br>AGUAS BUENAS, PR 00703 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 152024 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 55 | CARDONA MORENO, CARMEN M.<br>CARR.115 INT.400<br>RINCON, PR 00677 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 162041 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Thirty-Sixth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 56 | CARO CRUZ, JOSE ARNALDO<br>HC 60 BOX 29050<br>AGUADA, PR 00602 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 149664 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 57 | CARO NORIEGA, ZORAIDA<br>HC 60 BOX 29050<br>BO. GUAYABO<br>AGUADA, PR 00602 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 136574 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 58 | CARPENA MARTINEZ, DANIA M.<br>PO BOX 370744<br>CAYEY, PR00737 | 7/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 124791 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 59 | CARRERO FIGUEROA, ALTAGRACIA<br>#410-JUAN RODRIGUEZ<br>BO. MANI<br>MAYAGUEZ, PR00682 | 7/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 154559 | $ 3,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 60 | CARRION RIVERA, GLADYS<br>HC 01 - BOX 7104<br>LUQUILLO, PR 00773 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 122292 | $ 18,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 61 | CARTAGENA GONZALEZ, DORA IDALIA<br>17 A<br>URB. MONSERRATE<br>SALINAS, PR 00751 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 138837 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Thirty-Sixth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 62 | CARTAGENA RAMOS, LYDIA M.<br>CARRETERA 155 KM 23. 0 INT.<br>OROCOVIS, PR 00720 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 116528 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 63 | CARTAGENA RAMOS, LYDIA M.<br>CARRETERA 155 KM 23.0 INT.<br>OROCOVIS, PR 00720 | 7/5/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 120844 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 64 | CARTAGENA SANCHEZ, EVA LUZ<br>HC 07 BOX 30036<br>JUANA DIAZ, PR 00795 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 116933 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 65 | CARTAGENA SANCHEZ, EVA LUZ<br>HC 07 BOX 30036<br>JUANA DIAZ, PR 00795 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 120010 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 66 | CASILLAS RODRIGUEZ, MYRNA L.<br>K44 12 URB. MONTE BRISAS 5<br>FAJARDO, PR 00738 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 135462 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 67 | CASTELLAR VELAZQUEZ, IVETTE L<br>P.O. BOX 768<br>PENUELAS, PR 00624 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 164301 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Thirty-Sixth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 68 | CASTELLAR VELAZQUEZ, IVETTE L.<br>PO BOX 768<br>PENUELAS, PR 00624 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 132590 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 69 | CASTILLO MALDONADO, MIRIAN<br>P.O. BOX 367544<br>SAN JUAN, PR 00936 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 124868 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 70 | CASTILLO MALDONADO, MIRIAN<br>PO BOX 367544<br>SAN JUAN, PR 00936 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 123408 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 71 | CASTRO DE LEON, BRENDA LEE<br>BAIROA PARK<br>2-A7 JULIO ALDRICH<br>CAGUAS, PR 00725 | 7/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 156026 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 72 | CASTRO HERNANDEZ, WILLIAM<br>26 CALLE DIEGO DEYNES<br>MOCA, PR 00676-4812 | 7/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 141782 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 73 | CASTRO HERNANDEZ, WILLIAM<br>26 CALLE DIEGO DEYNES<br>MOCA, PR 00676 | 7/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 131327 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Thirty-Sixth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 74 | CASTRO HERNANDEZ, WILLIAM<br>26 CALLE DIEGO DEYNES<br>MOCA, PR 00676 | 7/5/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 146418 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | TOTAL | $ 152,000.00* |

\* Indicates claim contains unliquidated and/or undetermined amounts