## One Hundred and Thirty-Eighth Omnibus Objection
## Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | DE JESUS BURGOS, LUIS E.<br># 4-1 CALLE ELEGANCIA, URB. GLENVIEW GARDENS<br>PONCE, PR 00730 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 119025 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 2 | DE JESUS CRUZ, LUZ L.<br>4 1028 URB. JOSE S. QUINONES<br>CAROLINA, PR 00985 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 150217 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 3 | DE JESUS LOPEZ, ENEIDA<br>2-10 PARQUE DEL CONTADO<br>CAGUAS, PR 00727 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 121337 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 4 | DE JESUS SALABARRIA, SIXTA<br>#11 CALLE CELIS AGUILERA<br>JUNCOS, PR 00777 | 7/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 112417 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 5 | DE JESUS SANTIAGO, CRISTINA<br>P.O. BOX 2095<br>COAMO, PR 00769 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 124626 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 6 | DE JESUS SANTIAGO, HECTOR L.<br>BRISAS DEL 1 CARIBE BUZON #45<br>PONCE, PR 00728 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 142910 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 7 | DE LOS A. TORRES MELENDEZ, MARIA<br>A-18 CALLE 3<br>COAMO, PR 00769 | 6/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 162427 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

## One Hundred and Thirty-Eighth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | DEGALDO NOGUERAS, GLORIA E.<br>CARR. 183 KM-61 BO. HATO<br>SAN LORENZO, PR 00754 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 140319 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | DEL C VEGA SERRANO, SANDRA<br>GLENVIEW GARDENS CALLE EDK TB 52<br>PONCE, PR 00730-6212 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 114505 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | DEL RIO VILLALOBOS, JOSE JAIME<br>CALLE SANTA LUCIA U-32 SANTA ELVIRA CAGUAS<br>CAGUAS, PR 00725 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 142195 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | DEL SANTIAGO MERCED, MARIA<br>CALLE 508 BLOQ 212 #21<br>VILLA CARDINA<br>CAROLINA, PR 00985 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 141533 | $ 5,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | DEL VALLE CONDE, SONIA NOEMI<br>#64 CALLE RIO PORTUGUEZ<br>HUMACAO, PR 00791 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 129498 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | DEL VALLE DE JESUS, MARIA DE LOS ANGELES<br>BO. RIO CARR. 8834 K 22.0<br>GUAYNABO, PR 00971-9782 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 138111 | $ 25,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | DEL VALLE FRANCO, ROSA MARIA<br>RR 04 BUZON 4862<br>CIDRA, PR 00730 | 7/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 139044 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Thirty-Eighth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | DEL VALLE MIRANDA, NELLY<br>7585 COND. MAR DE ISLA VERDE<br>APT. 7N.<br>CAROLINA, PR 00979 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 131387 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 16 | DELANDO RAMIREZ, RAUL<br>CARRETERA 8860<br>K - 5 H - 6 BO-MATIENZO<br>PARCELA HILL, PR 00928 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 139784 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 17 | DELGADO GARCIA, THANIA O.<br>CONDOMINIO PARQUE SAN LUIS<br>APARTADO 26<br>TRUJILLO ALTO, PR 00976 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 119909 | $ 5,000.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 18 | DELGADO PLANELL, LEIDA L.<br>PO BOX 761<br>MANATI, PR 00674 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 135859 | $ 20,000.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 19 | DELGADO POMALES, NOELIA<br>DEPARTAMENTO DE EDUCACION<br>BO VALENCIANO ABAJO CARR 928 KM 18<br>JUNCOS, PR 00777 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 140471 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 20 | DELGADO POMALES, LOYDA<br>BO. VALENCIENO ABAJO CARR.928 KM 18<br>JUNCOS, PR 00777 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 167212 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

One Hundred and Thirty-Eighth Omnibus Objection
Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | DELGADO TORRES, MARITZA<br>A17 CALLE 11<br>GUAYAMA, PR00784 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 160426 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | DIAZ ANDUJAR, CARMEN RUTH<br>COND. FELIPE BIRRIEL SUITES 345 CALLE PEDRO<br>BUZON 29 CAROLINA ARZUAGA<br>CAROLINA, PR 00985 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 146455 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | DIAZ DE ORTIZ, AIDA L.<br>A2-5 44<br>CAGUAS, PR 00727 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 141155 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | DIAZ DEGADO, PAULA<br>CARR. 1 R795 KO H7<br>CAGUAS, PR 00725-9242 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 162836 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | DIAZ DELGADO, PAULA<br>CARR 1 R-795 KO H7<br>CAGUAS, PR 00725-9242 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 112288 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | DIAZ GARCIA, TOMAS<br>CALLE CONSUMEL #466 SAN JOSE<br>SAN JUAN, PR 00923 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 120084 | $ 100,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | DIAZ GOMEZ, MIGUEL A.<br>B-11 CALLE B<br>GUAYAMA, PR00784 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 124068 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Thirty-Eighth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 28 | DIAZ HERNANDEZ, CARMEN L.<br>659 CALLE PEDRO ALVARADO APT1091<br>PENUELAS, PR 00624 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 123545 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 29 | DIAZ HERNANDEZ, RAFAELA<br>HC-2 BOX 508<br>VILLALBA, PR 00766 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 134104 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 30 | DIAZ LABOY, BRUNILDA<br>URB. EL SENORIAL S-9 MENEDEZ PIDAL<br>SAN JUAN, PR 00926 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 121652 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 31 | DIAZ LLUBERAS, URIAM A.<br>44-29 OLIVA ST.<br>LOMAS VERDES<br>BAYAMON, PR00957 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 138764 | $ 10,500.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 32 | DIAZ MARRERO, NIDZA  IVETTE<br>5042 AVE. EXT. R.R.ROMAN<br>SABANA SECA, PR 00952 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 121384 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 33 | DIAZ MARRERO, NIDZA IVETTE<br>5042 AVE. EXT. RR ROMAN<br>SABANA SECA, PR 00952 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 113763 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 34 | DIAZ MARRERO, NIDZA IVETTE<br>5042 AVE. EXT. RR ROMAN<br>SABANA SECA, PR 00952 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 117143 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

## One Hundred and Thirty-Eighth Omnibus Objection
## Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 35 | DIAZ RAMOS, NILDA I.<br>BARRIO SUD BZ #3783<br>CIDRA, PR 00739 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 164029 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 36 | DIAZ SANTOS, RAFAEL<br>P.O. BOX 9991<br>CIDRA, PR 00739 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 129937 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 37 | DIAZ SANTOS, RAFAEL<br>P.O. BOX 9991<br>CIDRA, PR 00739 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 152616 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 38 | DIEZ DE ANDINO RODRIGUEZ, MARIA S<br>1676 CALLE SUNGARI<br>SAN JUAN, PR 00926 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 146849 | $ 20,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 39 | DIEZ DE ANDINO-RODRIGUEZ, MARIA S.<br>PO BOX 360515<br>SAN JUAN, PR 00936-0515 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 132847 | $ 20,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 40 | DOMINICCI ARROYO, EDDIE A.<br>PARCELAS HUENAS AGUILILA<br>CALLE 15 #300 JUANA DIAZ 1<br>JUANA DIAZ, PR 00795 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 139468 | $ 13,800.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 41 | DONES CASTILLO, RAMON<br>BO CELADA CARR 943 KM 3.0<br>BOX 515<br>GURABO, PR 00778 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 150604 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Thirty-Eighth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 42 | DROZ HERNANDEZ, ROSALINA<br>URB LAGUADALUPE CALLE CRISTO REY #1408<br>PONCE, PR 00731 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 135725 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 43 | DUMENG ALERS, WILFREDO<br>DEPARTAMENTO DE EDUCACION P.R.<br>465<br>ISABELA, PR 00662 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 139307 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 44 | ECHEVARRIA MERCADO, MILDRED<br>PO BOX 1746<br>SABAUA SECA<br>TOA BAJA, PR 00952 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 145127 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 45 | EDUARDO SANCHEZ GRACIA<br>CARR 753 KM 40 HCL-5807<br>ARROYO, PR 00714 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 116529 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 46 | EMERITO RIVERA GUZMAN<br>VALLE HUCARES<br>124 CALLE EL YAGRUMO<br>JUANA DIAZ, PR 00795-2814 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 134233 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 47 | EMMANUELLI ANZALOTA, BRENDA I.<br>HC 01 BOX 4085<br>COROZAL, PR 00783 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 122848 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Thirty-Eighth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 48 | ENCARNACION MARTINEZ, MILAGROS<br>RR 3 BOX 3447<br>SAN JUAN, PR 00926 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 115204 | $ 100,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 49 | ESCALERA QUINONES, SANTA S.<br>C/ SAN FERNANDO EXT<br>SAN JUAN, PR 00929 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 144367 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 50 | ESPADA ORTIZ, ANGEL SANTOS<br>CALLE-10, C-14 URB. VILLA MADRID<br>COAMO, PR 00769 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 143997 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 51 | ESPADA ORTIZ, MARTA M<br>W 17 CALLE 17<br>URB VILLA MADRID<br>CUAMO, PR 00769 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 126797 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 52 | ESPADA ORTIZ, MARTA M.<br>W-17 CALLE 17 URB. VILLA MADRID<br>COAMO, PR 00769 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 132620 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 53 | ESPADA ORTIZ, MARTA M.<br>W-17 CALLE 17 URB. VILLA MADRID<br>COAMO, PR 00769 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 129306 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 54 | ESPADA ORTIZ, SONIA I.<br>CALLE 17 W 17 URB. VILLA MADRID<br>COAMO, PR 00769 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 130656 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Thirty-Eighth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 55 | ESPADA ORTIZ, SONIA I.<br>CALLE 17 W-17 URB. VILLA MADRID<br>COAMO, PR 00769 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 121459 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 56 | ESPIET CABRERA, ELIZABETH<br>490 KM 1.0 INT.<br>ARECIBO, PR 00612 | 7/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 159779 | $ 15,600.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 57 | ESPIET CABRERA, ELIZABETH<br>CARR 490 KM 10 INT<br>ARECIBO, PR 00612 | 7/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 160943 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 58 | ESTRADA ALVARADO, MIRNA<br>CAST. 152 TMO HML<br>BARRANQUITAS, PR 00794 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 121238 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 59 | ESTRADA CASTILLO, MAYRA<br>HC07 BOX 20758<br>BAYAMON, PR00956 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 126728 | $ 17,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 60 | ESTRADA MUNIZ, ELVIN<br>302 4 BUZON 5791<br>PONCE, PR 00624 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 165184 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 61 | FEBO BURGOS, ANA L.<br>HC 1 BOX 13604<br>COMERIO, PR 00782 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 119925 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Thirty-Eighth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 62 | FEBRES LLANOS, SOCORRO<br>1023 SEC I - LEVITTOWN<br>TOA BAJA, PR 00949-4128 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 147498 | $ 6,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 63 | FELICANO AYALA, ERNESTINA<br>CARR 346 KM 0.5<br>HORMINGUEROS, PR 00660 | 7/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 130413 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 64 | FERNANDEZ CORDERO, MADELINE<br>COOP VILLA KENNEDY EDIF.8 APT. 180<br>SAN JUAN, PR 00915 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 162293 | $ 21,600.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 65 | FERNANDEZ RODRIGUEZ, LISANDRA<br>3291 URSULA CARDONA LAS DELICRES<br>PONCE, PR 00728 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 164057 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 66 | FERRER ORTIZ, JAIME<br>P.O. BOX 372440<br>CAYEY, PR 00737 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 129292 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 67 | FERRER RIVERA, MIRIAM<br>4022 EL ARVAEZ PUNTO ORO<br>PONCE, PR 00728 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 166408 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 68 | FIGUEROA ALMODOVAN, FERNANDO<br>IRMA V. REYES GARCIA<br>URB SANTA TERESITA<br>CALLE SANTA LUCAS 4803<br>PONCE, PR 00730-4529 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 150337 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Thirty-Eighth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 69 | FIGUEROA CAMACHO, DOLORES<br>CARR 123 KM 33.6<br>BO. SAN HILLO<br>ADJUNTAS, PR 00601 | 8/8/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 139554 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 70 | FIGUEROA CARRASQUILLO, JUAN<br>URB. SAN RIVERO B14<br>ARROYO, PR 00714 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 138992 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 71 | FIGUEROA CARRION, AMPARO<br>EL REMANNSO ELDERLY APT.314<br>BO. MARTIN GOUZALEZ CARR. 860 KM.1.1<br>CAROLINA, PR 00983 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 112364 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 72 | FIGUEROA CARRION, AMPARO<br>EL REMANSO ELDERLY APT.314<br>BO. MARTIN GONZALEZ CARR. 860 KM.1.1<br>CAROLINA, PR 00983 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 116287 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 73 | FIGUEROA CORREA, LYDIA H<br>URB. SAN MARTIN CALLE 2 D6<br>JUANA DIAZ, PR 00795 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 150533 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 74 | FIGUEROA CORREA, LYDIA H.<br>URB. SAN MARTIN CALLE 206<br>JUANA DIAZ, PR 00795 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 126343 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 75 | FIGUEROA GONZALEZ, JORGE<br>BARRIO CATANO CARR3 R910<br>HUMACAO, PR 00791 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 161022 | $ 3,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

Case:17-03283-LTS Doc#:12656-2 Filed:04/03/20 Entered:04/03/20 15:34:54 Desc:
Exhibit B   Page 12 of 12

## One Hundred and Thirty-Eighth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 76 | FIGUEROA HERNANDEZ, CARMEN C<br>ALTURAS DE D.B<br>CALLE B-13<br>VEGA BAJA, PR 00693 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 113821 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 77 | FIGUEROA SANTIAGO, CARMEN<br>PO BOX 3962<br>BAYAMON, PR00958-0962 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 148546 | $ 40,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 78 | FIGUEROA, LYDIA H.<br>URB. SAN MARTIN<br>CALLE 2 D6<br>JUANA DIAZ, PR 00795 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 146689 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 79 | FIRPI SOLIS, MYRNA E.<br>URB. SOLIMAR - CALLE DORADO-P-10<br>PATILLAS, PR00723 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 117458 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | TOTAL | $ 422,500.00* |
|---|---|---|---|