UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>This filing relates to the<br>Commonwealth, HTA, and ERS. |

FIRST ORDER GRANTING IN PART ONE HUNDRED FORTY-FIFTH OMNIBUS
OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO,
PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES
RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED UPON
UNSPECIFIED PUERTO RICO STATUTES

Upon the *One Hundred Forty-Fifth Omnibus Objection (Non-Substantive) of the*

*Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and*

*Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient*

*Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes* (Docket Entry No. 9938,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case
number and the last four (4) digits of each Debtor's federal tax identification number, as
applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-
LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing
Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax
ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case
No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees
Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy
Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico
Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of
Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA")
(Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID:
3801)(Title III case numbers are listed as Bankruptcy Case numbers due to software
limitations).

the "One Hundred Forty-Fifth Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico

("Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), and the

Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"),

dated January 14, 2020, for entry of an order disallowing in their entirety certain claims filed

against the Commonwealth, HTA, or ERS, as more fully set forth in the One Hundred Forty-Fifth

Omnibus Objection and supporting exhibits thereto, and upon the *Notice of (A) Adjournment as to*

*Certain Claims* (the "First Notice of Adjournment"), filed by the Commonwealth, HTA, and ERS

on February 26, 2020 [ECF No. 11790], and upon the *Second Notice of (A) Adjournment as to*

*Certain Claims* (the "Second Notice of Adjournment"), filed by the Commonwealth, HTA, and

ERS on February 28, 2020 [ECF No. 11941]; and upon the *Notice of (A) Adjournment as to Claims*

*Listed in Schedule B and (B) Submission of Amended Schedules for the One Hundred Forty-Fifth*

*Omnibus Objection* (the "Third Notice of Adjournment") [ECF No. 12328]; and the Court having

jurisdiction to consider the One Hundred Forty-Fifth Omnibus Objection and to grant the relief

requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to

PROMESA section 307(a); and due and proper notice of the One Hundred Forty-Fifth Omnibus

Objection having been provided to those parties identified therein, and no other or further notice

being required; and each of the claims identified in Exhibit A hereto (collectively, the "Deficient

Claims") having been found to be deficient; and pursuant to the First and Notices of Adjournment,

each of the claims identified in Exhibit B hereto (collectively, the "Adjourned Claims") having

been adjourned; and the Court having determined that the relief sought in the One Hundred Forty-

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such
terms in the One Hundred Forty-Fifth Omnibus Objection.

Fifth Omnibus Objection is in the best interests of the Commonwealth, HTA, ERS, their creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the One Hundred Forty-Fifth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the One Hundred Forty-Fifth Omnibus Objection is GRANTED IN PART as set forth herein; and it is further

ORDERED that the Deficient Claims are hereby disallowed in their entirety; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to delete the Deficient Claims from the official claims registry in the Title III Cases; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: April 3, 2020

 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge