UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al*.,

     Debtors.[1]

PROMESA
Title III
No. 17 BK 3283-LTS
(Jointly Administered)

This filing relates to the
Commonwealth, HTA, and ERS.

FIRST ORDER GRANTING IN PART ONE HUNDRED FORTY-SEVENTH OMNIBUS
OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO,
PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES
RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED UPON
UNSPECIFIED PUERTO RICO STATUTES

Upon the *One Hundred Forty-Seventh Omnibus Objection (Non-Substantive) of the*

*Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and*

*Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient*

*Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes* (Docket Entry No. 9940,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801)(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

the "One Hundred Forty-Seventh Omnibus Objection"),[2] filed by the Commonwealth of Puerto

Rico ("Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), and

the Employees Retirement System of the Government of the Commonwealth of Puerto Rico

("ERS"), dated January 14, 2020, for entry of an order disallowing in their entirety certain claims

filed against the Commonwealth, HTA, or ERS, as more fully set forth in the One Hundred Forty-

Seventh Omnibus Objection and supporting exhibits thereto, and upon the *Notice of (A)*

*Adjournment as to Certain Claims* (the "First Notice of Adjournment"), filed by the

Commonwealth, HTA, and ERS on February 26, 2020 [ECF No. 11790], and upon the *Second*

*Notice of (A) Adjournment as to Certain Claims* (the "Second Notice of Adjournment"), filed by

the Commonwealth, HTA, and ERS on February 28, 2020 [ECF No. 11941]; and upon the *Notice*

*of (A) Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended Schedules*

*for the One Hundred Forty-Seventh Omnibus Objection* (the "Third Notice of Adjournment")

[ECF No. 12330]; and the Court having jurisdiction to consider the One Hundred Forty-Seventh

Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a);

and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the

One Hundred Forty-Seventh Omnibus Objection having been provided to those parties identified

therein, and no other or further notice being required; and each of the claims identified in Exhibit

A hereto (collectively, the "Deficient Claims") having been found to be deficient; and pursuant to

the First and Notices of Adjournment, each of the claims identified in Exhibit B hereto

(collectively, the "Adjourned Claims") having been adjourned; and the Court having determined

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the One Hundred Forty-Seventh Omnibus Objection.

that the relief sought in the One Hundred Forty-Seventh Omnibus Objection is in the best interests

of the Commonwealth, HTA, ERS, their creditors, and all parties in interest; and the Court having

determined that the legal and factual bases set forth in the One Hundred Forty-Seventh Omnibus

Objection establish just cause for the relief granted herein; and after due deliberation and sufficient

cause appearing therefor, it is hereby

ORDERED that the One Hundred Forty-Seventh Omnibus Objection is

GRANTED IN PART as set forth herein; and it is further

ORDERED that the Deficient Claims are hereby disallowed in their entirety; and it

is further

ORDERED that Prime Clerk, LLC, is authorized and directed to delete the

Deficient Claims from the official claims registry in the Title III Cases; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: April 3, 2020

 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge