UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

   Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER GRANTING URGENT MOTION OF THE COMMONWEALTH OF PUERTO RICO FOR
ORDER ADJOURNING DEADLINES AND
SETTING PRELIMINARY HEARING IN CONNECTION WITH SANTANA-BÁEZ LIFT STAY MOTION

      The Court has received and reviewed the *Urgent Motion of the Commonwealth of Puerto Rico for Order Adjourning Deadlines and Setting Preliminary Hearing in Connection with Santana-Báez Lift Stay Motion* (Docket Entry No. 12675 in Case No. 17-3283, the "Motion"), filed by the Commonwealth of Puerto Rico. The Motion is granted to the extent provided herein. The briefing schedule set forth in Docket Entry No. 12527 is hereby adjourned. A preliminary hearing in connection with the *Motion Requesting to Unparalyze for Become in Knowledge in the File that the Commonwealth of Puerto Rico Was Not Summon in this Case* (Docket Entry No. 12516 in Case No. 17-3283) is hereby scheduled to be held in connection with the Omnibus Hearing scheduled in these cases for **April 22, 2020 at 9:30 a.m. (Atlantic**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Standard Time**). The Commonwealth is directed to mail a copy of this order to Mr. Santana-Báez and to report to him on the outcome of the preliminary hearing.

This Order resolves Docket Entry No. 12675 in Case No. 17-3283.

SO ORDERED.

Dated: April 6, 2020

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge