# GOBIERNO DE PUERTO RICO

Departamento de Salud
Oficina Recursos Humanos – Región Ponce

# CERTIFICACION

Por este medio certifico que la empleada **CARMEN D. MELENDEZ RIVERA**, Seguro Social XXX-XX-8835, presto servicios en el Departamento de Salud en el Programa de Inmunología en un puesto de Supervisora de Enfermera II de Carrera Regular.

Hacemos constar que su último día de trabajo que comenzó a trabajar el 16 de octubre de 1977 hasta el 30 de septiembre de 2009. Se acogió a una Pensión por Mérito.

Cualquier duda, favor de comunicarse a nuestra Oficina de Recursos Humanos del Departamento de Salud al (787) 765-2929 Ext. 5702.

Se hace esta certificación a petición de la señora Melendez Rivera.

Dado hoy 6 de marzo de 2020, en Ponce, Puerto Rico.

**CERTIFICO CORRECTO,**

Sra. Esther de Jesús Castro
Oficial de Personal II
Oficina de Recursos Humanos
Región Sur Ponce