

ASOCIACION DE EMPLEADOS DEL ELA



FEB 16 2010

SUCURSAL DE PONCE

## SOLICITUD DE BENEFICIO POR AÑOS DE SERVICIO ASEGURADOS

VER INTRUCCIONES AL DORSO

### I - INFORMACIÓN SOBRE EL SOLICITANTE

NOMBRE: Carmen D. Meléndez Rivera
SEGURO SOCIAL: 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
TELÉFONO: (787) 202-3627

DIRECCIÓN FÍSICA: Comunidad Cristina Calle Las Violetas AC5
DIRECCIÓN POSTAL: P.O. Box 801413 Coto Laurel P.R.

PUEBLO: Juana Díaz
CÓDIGO POSTAL: 00780-1413
PUEBLO: Ponce
CÓDIGO POSTAL: 00780-1413

**FECHAS**

| INDIQUE AGENCIA DÓNDE HA TRABAJADO | DESDE | HASTA |
|---|---|---|
| A) Hospital Municipal San Juan | 20 agosto 1975 | Octubre 16 1977 |
| B) Hospital Regional Ponce | 16 Octubre 1977 | 30 Septiembre 2009 |
| C) | | |

**Conteste las siguientes preguntas**

¿Fecha ingresó al seguro?  2 / 16 / 77
Mes / Día / Año

¿Cambió de categoría de Seguro?
☐ Sí   Fecha _____
☒ No

¿Perdió el seguro alguna vez?
☐ Sí   Fecha _____
☒ No

Fecha de Solicitud

¿Ha vuelto a ingresar al seguro alguna vez?
☐ Sí   Fecha _____
☒ No

Firma del Solicitante

### II - CERTIFICACIÓN DE LA AGENCIA

Certifico que **CARMEN D. MELENDEZ RIVERA**   Seguro Social **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**

Cesó de trabajar en esta agencia en **septiembre/30/2009**
Mes/Día/Año

Disfrutó de Licencia sin Sueldo desde **n/a**   Hasta **n/a**

Fecha último descuento de Seguro **SEPT./30/2009**

**DEPARTAMENTO DE SALUD**
Nombre de la Agencia

**Vivian I. Laboy Santiago**
Nombre Director de Personal o su Representante Autorizado

**30 de septiembre de 2009**
Fecha de Certificación

Firma Director de Personal o su Representante Autorizado

### III - CERTIFICACIÓN DE SISTEMA DE RETIRO

**UNA VEZ SE LE APRUEBE LA PENSIÓN, DEBERÁ CERTIFICAR ESTE FORMULARIO EN EL SISTEMA DE RETIRO AL CUAL PERTENECE.**

Certifico que **Carmen Meléndez Rivera**   Seguro Social **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**

Pensionado Número _____  se le aprobó la pensión efectivo al **Oct-01-2009**
Mes/Día/Año

**Adm. Sistema de Retiro**
Nombre del Sistema de Retiro al cual Pertenece

**Madeline Solís Calixto**
Nombre Director de Sistema de Retiro o su Representante Autorizado

**8-Febrero-2010**
Fecha de Certificación

Firma Director de Sistema de Retiro o su Representante Autorizado

AEELA - 42
4-2007 (Rev.)