# CATHOLIC UNIVERSITY OF PUERTO RICO

PONCE, PUERTO RICO

## CARMEN D. MELÉNDEZ RIVERA

HAVING SATISFACTORILY COMPLETED ALL REQUIREMENTS OF THIS INSTITUTION AS PRESCRIBED IN ITS FOUR YEAR COURSE OF STUDY, AND HAVING BEEN RECOMMENDED BY THE FACULTY OF THE INSTITUTION AND APPROVED BY ITS BOARD OF TRUSTEES, AND HAVING COMPLIED WITH ALL THE PROVISIONS OF THE LAW AND OF UNIVERSITY ORDINANCES, IS HEREBY ADMITTED BY THE UNIVERSITY TO THE DEGREE OF

## BACHELOR OF SCIENCE IN NURSING

AND IS ENTITLED TO ALL RIGHTS AND PRIVILEGES PERTAINING TO THAT DEGREE IN WITNESS WHEREOF THE GRAND CHANCELLOR AND THE PRESIDENT OF THE UNIVERSITY AFFIX THE SEAL OF THE UNIVERSITY AND GRANT THIS DEGREE AT PONCE, PUERTO RICO, DECEMBER 15, 1986.



_Fremiot Torres Oliver_
GRAND CHANCELLOR

_Rev. Tosello Giangiacomo ofp_
PRESIDENT

# Universidad de Puerto Rico
## Recinto de Ciencias Médicas

Facultad de Salud Pública

Certificamos que

# Carmen Doris Meléndez Rivera

ha terminado satisfactoriamente el curso de tres años de estudios en el Departamento de Enfermería, en testimonio de lo cual se le expide el presente Diploma.

Otorgada en San Juan de Puerto Rico, a 30 de mayo de 1975.

RECTOR

DIRECTORA, DEPARTAMENTO DE ENFERMERIA

DECANO