# AFFIDAVIT

I, Carmen Doris Melendez Rivera, of legal age, unmarried, withdrawal, American citizen and residing at Bo. Real Anon Sec. Las Mesas Street 14 Ponce, Puerto Rico 00730 and mail to Coto Laurel PO Box 801413, Ponce, Puerto Rico 00780-1413; cell phone (787) 202-3027, after having been duly sworn to in accordance with law, declare under penalty of perjury that:

1. I make this statement under oath and under federal law *The Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).*

2. I was public employment since October 16, 1977 until September 30, 2009.

3. I worked for Commonwealth of Puerto Rico, Departments of Health as Nurse Supervisor II of regular career.

4. San Juan Municipal Hospital since August 20, 1975 until October 16, 1977 and Ponce Regional Hospital since October 16, 1977 till September 2009.

5. I am withdrawal and pensioner since October 1, 2009.

6. Effective July 9, 1986, Salary Increase for Puerto Rico Public Employees.

7. The pay raise was $55.00 monthly.

8. My wage in January, 1986 to July, 1986 was the same monthly.

9. I have always thought that I have right of receive an increase of fifty-five dollars (55) effective at the 1st. October 1986.

10. I have not received this salary increase, never.

11. Neither, I did not receive increase by disposition of federal minimum wage in April 15, 1986.

12. I had the counterfoil of payment of former work, the contracts and letters, among other documents.

13. About two years ago, I moved to Real Anon neighborhood of Ponce, Puerto Rico. I throw these documents away because the new house is smaller.

14. I understand the duties under the law and I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Carmen Doris Melendez Rivera

Affidavit no.: *534*

Sworn to or affirmed and subscribed before me this on this March 31, 2020 by Carmen Doris Melendez Rivera who proved to me photo identification number 1267544 issued by Commonwealth of Puerto Rico to be the above named persons, in my presence.

On Ponce, Puerto Rico today March 31, 2020.

_____
PUBLIC NOTARY
My commission do not expire

