

Estado Libre Asociado de Puerto Rico
ADMINISTRACION DE LOS SISTEMAS DE RETIRO
DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA
PO BOX 42003 - SAN JUAN PR 00940-2003

3 de diciembre de 2009

**CARMEN D MELENDEZ RIVERA
COTO LAUREL
PO BOX 801413
PONCE PR 00780 1413**

Estimado (a) señor (a) **MELENDEZ:**

Deseamos informarle que su solicitud de **PENSION POR MERITO** ha sido aprobada efectiva el **1 DE OCTUBRE DE 2009.** La pensión que le corresponde recibir de acuerdo con la legislación vigente es de **$2,070.43** mensuales y comenzará a recibir sus pagos en la **SEGUNDA QUINCENA DE DICIEMBRE DE 2009.** Si posteriormente esta Administración determina la existencia de deficiencias que afecten esta decisión, se procederá a hacer los ajustes pertinentes.

Los pensionados por edad y años de servicio o por mérito, podrán servir al Gobierno, sus instrumentalidades, municipios o corporaciones públicas, sin que se le suspendan sus pagos de pensión, en las siguientes circunstancias; prestar servicios profesionales y consultivos mediante contrato a base de honorarios; servir en puestos regulares con horario parcial que no exceda de la mitad de la jornada completa de trabajo y recibiendo una retribución que no exceda la mitad de lo que correspondería al mismo puesto si fuera a jornada completa.

Para obtener información adicional al respecto, puede comunicarse libre de costo a través de TELERETIRO al 1-877-777-2020.

**Le extendemos el más sincero reconocimiento por su dedicación al servicio público.**

Cordialmente,

Héctor M. Mayol Kauffmann
Administrador

Wanda G. Sánchez Ortiz
Directora
Área de Servicios al Pensionado

MSOLIS