UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

---------------------------------------------------------------x

ORDER SCHEDULING BRIEFING IN CONNECTION WITH MOTION REQUESTING
EXTENSION OF TIME TO RESPOND TO THE ONE HUNDRED THIRTEENTH OMNIBUS OBJECTION

The Court has received and reviewed the *Motion Show Cause and Request Time for Response* (Docket Entry No. 12694 in Case No. 17-3283, the "Motion"), filed by Carmen Doris Melendez Rivera (the "Claimant"). Responsive papers to the Motion, if any, must be filed by **April 13, 2020, at 5:00 p.m. (Atlantic Standard Time)**. Claimant's reply papers must be filed by **April 17, 2020, at 5:00 p.m. (Atlantic Standard Time)**. The Court will thereafter take the Motion on submission.

SO ORDERED.                              /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
Dated: April 8, 2020                     United States District Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).