UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ("HTA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Plaintiff,<br><br>v. | PROMESA<br>Title III<br><br>Adv. Proc. No. 20-00003-LTS |

---

[1]      The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

AMBAC ASSURANCE CORPORATION, ASSURED
GUARANTY CORP., FINANCIAL GUARANTY
INSURANCE COMPANY and U.S. BANK TRUST
NATIONAL ASSOCIATION, as Trustee

Defendants.

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO,

          Plaintiff,

v.

AMBAC ASSURANCE CORPORATION, ASSURED
GUARANTY CORPORATION, FINANCIAL
GUARANTY INSURANCE COMPANY and THE
BANK OF NEW YORK MELLON, as Trustee

Defendants.

PROMESA
Title III

Adv. Proc. No. 20-00004-LTS

---

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as a representative of

THE COMMONWEALTH OF PUERTO RICO,

     Plaintiff,

v.

AMBAC ASSURANCE CORPORATION, ASSURED
GUARANTY CORP., ASSURED GUARANTY
MUNICIPAL CORP., NATIONAL PUBLIC
FINANCE GUARANTEE CORPORATION,
FINANCIAL GUARANTY INSURANCE
COMPANY, PEAJE INVESTMENTS LLC, and THE
BANK OF NEW YORK MELLON, as Fiscal Agent

Defendants.

PROMESA
Title III

Adv. Proc. No. 20-00005-LTS

-2-

**JOINT STIPULATION TO MODIFY CERTAIN DEADLINES IN CONNECTION WITH
LIFT STAY AND RELATED MOTIONS AND REVENUE BOND COMPLAINTS SET
FORTH IN THE COURT'S MARCH 26, 2020 ORDER [ECF 12540]**

The Commonwealth of Puerto Rico ("Commonwealth") and the Puerto Rico Highways and Transportation Authority ("HTA"), by and through the Financial Oversight and Management Board for Puerto Rico ("Oversight Board"), the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), Ambac Assurance Corporation ("Ambac"), Assured Guaranty Corp., Assured Guaranty Municipal Corp. (together, "Assured"), National Public Finance Guarantee Corporation ("National"), and Financial Guaranty Insurance Company ("FGIC") (and, together with Ambac, Assured, and National, the "Monolines"), The Bank of New York Mellon, as fiscal agent and trustee ("BNYM"), U.S. Bank Trust National Association, as trustee ("U.S. Bank"), and the DRA Parties[2] respectfully submit this Joint Stipulation[3] to modify certain dates and deadlines set forth in connection with lift stay and related motions and revenue bond complaints in the Court's March 26, 2020 Order (ECF No. 12540) ("Scheduling Order").[4]

WHEREAS AAFAF has been working diligently to respond to Movants' inquiries during the discovery process concerning the preliminary hearing issues on pending lift stay motions;

---

[2] The DRA Parties are AmeriNational Community Services, LLC ("Servicer"), as servicer for the GDB Debt Recovery Authority ("DRA"), and Cantor-Katz Collateral Monitor LLC, a Delaware limited liability company which serves as the collateral monitor for Wilmington Trust, N.A. in connection with the new bonds issued by the DRA pursuant to the Government Development Bank for Puerto Rico Debt Restructuring Act, Act No. 109-2017, as amended by Act No. 147-2018 and the approved Qualifying Modification for the Government Development Bank for Puerto Rico under Title VI of the Puerto Rico Oversight, Management and Economic Stability Act ("Collateral Monitor").

[3] Counsel for the Official Committee of Unsecured Creditors ("Committee") has indicated that the Committee takes no position on the extensions sought in this Joint Stipulation.

[4] All capitalized terms not defined herein shall have the meaning ascribed to them in the Court's March 10, 2020 Final Case Management Order for Revenue Bonds (ECF No. 12186) ("Revenue Bond Order").

WHEREAS AAFAF requires additional time to complete its investigation with respect to an inquiry from the Movants regarding documents that have been produced;

WHEREAS the resolution of this inquiry may necessitate the production of additional documents;

WHEREAS the parties have agreed to defer the contemplated deposition of a 30(b)(6) witness on behalf of the Commonwealth, HTA, the Puerto Rico Tourism Company and the Puerto Rico Infrastructure Financing Authority ("PRIFA") until April 21, 2020 to resolve any outstanding issues efficiently;

The parties hereby respectfully STIPULATE AND AGREE, subject to the Court's approval, that certain dates and deadlines set forth in the Scheduling Order shall be modified as follows:

1.   **Lift Stay and Related Motions**

   a.   Replies in support of the HTA Lift Stay Motion and the CCDA Lift Stay Motion, and supplemental replies in support of the PRIFA Lift Stay Motion, as related to the issues to be considered by the Court during the preliminary hearing referenced in Paragraph 1(b) of the Scheduling Order, shall be due on April 30, 2020 at noon (Atlantic Standard Time);

   b.   The preliminary hearing referenced in Paragraph 1(b) of the Scheduling Order shall be held on May 12, 2020 or May 13, 2020 at 9:30 a.m. (Atlantic Standard Time), as directed by the Court. The location and appearance logistics shall be determined as soon as practicable in view of existing circumstances.

2.      **Revenue Bond Complaints**.   The limited summary judgment motions in Adversary Proceedings Nos. 20-003, 20-004, and 20-005, referenced in Paragraph 2 of the Scheduling Order, shall proceed on the following schedule:

a.      Cross-motions for summary judgment: April 28, 2020, at 5:00 p.m. (Atlantic Standard Time)

b.      Responses to any cross-motions for summary judgment: May 27, 2020, at 5:00 p.m. (Atlantic Standard Time);

c.      Replies in support of any cross-motions for summary judgment: June 16, 2020, at 5:00 p.m. (Atlantic Standard Time);

d.      The hearing on the cross-motions for summary judgment referenced in Paragraph 2(d) of the Scheduling Order will be held in New York on June 23, 2020, at a time to be determined by the Court.   Appearance logistics shall be determined as soon as practicable in view of existing circumstances.

3.      All other dates, deadlines and terms set forth in the Revenue Bond Order shall remain in effect until further order of the Court.

WHEREFORE, the parties to this Joint Stipulation respectfully request that the Court approve this Joint Stipulation.

Dated:  April 8, 2020
          San Juan, Puerto Rico

By: */s/ Michael Mervis*

Martin J. Bienenstock (*pro hac vice*)
Paul V. Possinger (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
Ehud Barak (*pro hac vice*)
Michael Mervis (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
        ppossinger@proskauer.com
        brosen@proskauer.com
        ebarak@proskauer.com
        mmervis@proskauer.com

Michael A. Firestein (*pro hac vice*)
Lary Alan Rappaport (*pro hac vice*)
**PROSKAUER ROSE LLP**
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
Tel: (310) 557-2900
Fax: (310) 557-2193
Email: mfirestein@proskauer.com
lrappaport@proskauer.com

*Attorneys for the Financial Oversight and
Management Board for Puerto Rico, as
representative of the Debtors*

By: */s/ Hermann D. Bauer*

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: hermann.bauer@oneillborges.com

*Co-Attorneys for the Financial Oversight
and Management Board for Puerto Rico, as
representative of the Debtors*

/s/ *Peter Friedman*
John J. Rapisardi
(Admitted *Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

Peter Friedman
(Admitted *Pro Hac Vice*)
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 383-5414

Elizabeth L. McKeen
Ashley M. Pavel
(Admitted *Pro Hac Vice*)
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
Tel: (949) 823-6900
Fax: (949) 823-6994

***Attorneys for the Puerto Rico Fiscal Agency
and Financial Advisory Authority***

/s/ *Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC No. 222301
Email: lmarini@mpmlawpr.com
Carolina Velaz-Rivero
USDC No. 300913
Email: cvelaz@mpmlawpr.com
**MARINI PIETRANTONI MUÑIZ LLC**
250 Ponce de León Ave.
Suite 900
San Juan, Puerto Rico 00918
Tel: (787) 705-2171
Fax: (787) 936-7494

***Co-Attorneys for the Puerto Rico Fiscal
Agency and Financial Advisory Authority***

**FERRAIUOLI LLC**

By: */s/ Roberto Cámara-Fuertes*
    Roberto Cámara-Fuertes (USDC-PR No.
    219002)
    Sonia Colón (USDC-PR No. 213809)
    221 Ponce de León Avenue, 5th Floor
    San Juan, PR 00917
    Telephone: (787) 766-7000
    Facsimile: (787) 766-7001
    Email:  rcamara@ferraiuoli.com
        scolon@ferraiuoli.com

**MILBANK LLP**

By: */s/ Atara Miller*
    Dennis F. Dunne (admitted *pro hac vice*)
    Atara Miller (admitted *pro hac vice*)
    Grant R. Mainland (admitted *pro hac
    vice*)
    John J. Hughes, III (admitted *pro hac
    vice*)
    55 Hudson Yards
    New York, NY 10001
    Telephone: (212) 530-5000
    Facsimile:  (212) 530-5219
    Email: ddunne@milbank.com
        amiller@milbank.com
        gmainland@milbank.com
        jhughes2@milbank.com

*Attorneys for Ambac Assurance Corporation*

**REXACH & PICÓ, CSP**

By: */s/ María E. Picó*
    María E. Picó
    (USDC-PR No. 123214)
    802 Ave. Fernández Juncos
    San Juan, PR 00907-4315
    Telephone: (787) 723-8520
    Facsimile: (787) 724-7844
    Email: mpico@rexachpico.com

**BUTLER SNOW LLP**

By: */s/ Martin A. Sosland*
    Martin A. Sosland (admitted *pro hac vice*)
    5430 LBJ Freeway, Suite 1200
    Dallas, TX 75240
    Telephone: (469) 680-5502
    Facsimile: (469) 680-5501
    Email: martin.sosland@butlersnow.com
    Jason W. Callen (admitted *pro hac vice*)
    150 3rd Ave., S., Suite 1600
    Nashville, TN 37201
    Telephone: (615) 651-6774
    Facsimile: (615) 651-6701
    Email: jason.callen@butlersnow.com

*Attorneys for Financial Guaranty Insurance
Company*

**CASELLAS ALCOVER & BURGOS P.S.C.**

By: /s/ *Heriberto Burgos Pérez*
    Heriberto Burgos Pérez
    (USDC-PR No. 204809)
    Ricardo F. Casellas-Sánchez
    (USDC-PR No. 203114)
    Diana Pérez-Seda
    (USDC-PR No. 232014)
    P.O. Box 364924
    San Juan, PR 00936-4924
    Telephone: (787) 756-1400
    Facsimile: (787) 756-1401
    Email: hburgos@cabprlaw.com
          rcasellas@cabprlaw.com
          dperez@cabprlaw.com

*Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

**ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC**

By: /s/ *Eric Perez-Ochoa*
    Eric Pérez-Ochoa
    USDC-PR No. 206,314
    Luis A. Oliver-Fraticelli
    USDC-PR No. 209,204
    208 Ponce de Leon Ave., Suite 1600
    San Juan, PR 00936
    Telephone: (787) 756-9000
    Fax: (787) 756-9010
    Email: epo@amgprlaw.com
          loliver@amgprlaw.com

*Attorneys for National Public Finance Guarantee Corp.*

**CADWALADER, WICKERSHAM & TAFT LLP**

By: /s/ *Howard R. Hawkins, Jr.*
    Howard R. Hawkins, Jr. (admitted *pro hac vice*)
    Mark C. Ellenberg (admitted *pro hac vice*)
    William J. Natbony (admitted *pro hac vice*)
    Ellen M. Halstead (admitted *pro hac vice*)
    Thomas J. Curtin (admitted *pro hac vice*)
    Casey J. Servais (admitted *pro hac vice*)
    200 Liberty Street
    New York, NY 10281
    Telephone: (212) 504-6000
    Facsimile: (212) 504-6666
    Email: howard.hawkins@cwt.com
          mark.ellenberg@cwt.com
          bill.natbony@cwt.com
          ellen.halstead@cwt.com
          thomas.curtin@cwt.com
          casey.servais@cwt.com

*Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

**WEIL, GOTSHAL & MANGES LLP**

By: /s/ *Robert Berezin*
    Jonathan Polkes (admitted *pro hac vice*)
    Gregory Silbert (admitted *pro hac vice*)
    Robert Berezin (admitted *pro hac vice*)
    Kelly DiBlasi (admitted *pro hac vice*)
    Gabriel A. Morgan
    767 Fifth Avenue
    New York, NY 10153
    Telephone: (212) 310-8000
    Fax: (212) 310-8007
    Email: jonathan.polkes@weil.com
          gregory.silbert@weil.com
          robert.berezin@weil.com
          kelly.diblasi@weil.com
          gabriel.morgan@weil.com

*Attorneys for National Public Finance Guarantee Corp.*

**REED SMITH LLP**

By: */s/ Eric A. Schaffer*
 Eric A. Schaffer (admitted *pro hac vice* )
 Luke A. Sizemore (admitted *pro hac vice*)
 Jared S. Roach (admitted *pro hac vice*)
 225 Fifth Avenue, Suite 1200
 Pittsburgh, PA 15222
 Telephone: (412) 288-3131
 Facsimile: (412) 288-3063
 Email: eschaffer@reedsmith.com
   lsizemore@reedsmith.com
   jroach@reedsmith.com

*Attorneys for The Bank of New York Mellon*

**SEPULVADO, MALDONADO & COURET**

By: */s/ Albéniz Couret Fuentes*
 Albéniz Couret Fuentes
 (USDC-PR No. 222207)
 304 Ponce de León Ave. Suite 990
 San Juan, PR 00918
 Telephone: (787) 765-5656
 Facsimile: (787) 294-0073
 Email: acouret@smclawpr.com

*Attorneys for The Bank of New York Mellon*

-10-

**MCCONNELL VALDÉS LLC**

270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
PO Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: 787-250-5632
Facsimile:  787-759-9225

By: */s/Arturo J. García-Solá*
Arturo J. García-Solá
USDC No. 201903
Email: ajg@mcvpr.com

By: */s/Alejandro J. Cepeda-Diaz*
Alejandro J. Cepeda-Diaz
USDC No. 222110
Email: ajc@mcvpr.com

By: */s/Nayuan Zouairabani*
Nayuan Zouairabani
USDC No. 226411
Email: nzt@mcvpr.com

***Attorneys for AmeriNational Community
Services, LLC as servicer for the GDB Debt
Recovery Authority***

**C. CONDE & ASSOC. LAW OFFICES**

By:  */s/ Carmen D. Conde Torres*

Carmen D. Conde Torres
(USDC No. 207312)
254 San José Street, Suite 5
San Juan, PR 00901-1523
Tel. 787-729-2900
Fax. 787-729-2203
E-Mail: condecarmen@condelaw.com

*-and-*

**ORRICK, HERRINGTON &
SUTCLIFFE LLP**

By: */s/ Douglas S. Mintz*
Douglas S. Mintz (admitted pro hac vice)
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Telephone:  (202) 339-8400
Facsimile:   (202) 339-8500
E-mail:    dmintz@orrick.com

and

Laura Metzger (admitted pro hac vice)
Peter Amend (admitted pro hac vice)
David  Litterine-Kaufman  (pro  hac  vice
admission pending)
Monica Perrigino (admitted pro hac vice)
51 West 52nd Street
New York, N.Y. 10019
Telephone:  (212) 506-5000
E-mail:     lmetzger@orrick.com
            pamend@orrick.com
            dlitterinekaufmann@orrick.com
            mperrigino@orrick.com

***Attorneys for Cantor-Katz Collateral Monitor
LLC, as Collateral Monitor for GDB Debt
Recovery Authority***

**HOGAN LOVELLS US LLP**                    **RIVERA, TULLA, AND FERRER LLC**

By: */s/Ronald Silverman*                   By:  */s/ Iris J. Cabrera-Gómez*
Ronald Silverman (*pro hac vice*)           Eric A. Tulla
Robin Keller (*pro hac vice*)               USDC-DPR No. 118313
390 Madison Avenue                          Email: etulla@ riveratulla.com
New York, New York 10017                    Iris J. Cabrera-Gómez
Tel: (212) 918-3000                         USDC-DPR No. 221101
Fax: (212) 918-3100                         Email: icabrera@ riveratulla.com
Email: Ronald.silverman@hoganlovells.com    Rivera Tulla & Ferrer Building
         Robin.keller@hoganlovells.com      50 Quisqueya Street
                                            San Juan, PR 00917-1212
***Attorneys for U.S. Bank Trust***         Telephone: (787) 753-0438
***National Association, as Trustee***      Facsimile: (787) 767-5784

                                            ***Counsel for U.S. Bank Trust***
                                            ***National Association, as Trustee***

 

 

 

        The preliminary hearing referenced in Paragraph 1(b) of the Scheduling Order
shall be held on **May 13, 2020 at 9:30 a.m. (Atlantic Standard Time)**.

        SO ORDERED.

Dated:  April 8, 2020

                                        /s/ Laura Taylor Swain  
                                      LAURA TAYLOR SWAIN
                                      United States District Judge