EXHIBIT A

| Name | Percentage of participation |
|---|---|
| Sucn. Salvador Eduardo Mandry Nones | 20.90 |
| Sucn. Estrella María Aparicio Vázquez | 14.80 |
| Oscar Adolfo Mandry Aparicio | 7.85 |
| Víctor Robert Fingerhut Mandry | 6.80 |
| Yvelisse Helena Fingerhut Mandry | 6.80 |
| Margaret Ann Fingerhut Mandry | 6.80 |
| Salvador Rafael Mandry Mercado | 3.320 |
| Adrián Roberto Mandry Mercado | 3.320 |
| Eduardo José Mandry Mercado | 3.320 |
| Margarita Rosa Mandry Mercado | 3.320 |
| María del C. Amalia Mandry Llombart | 3.70 |
| Selma Verónica Mandry Llombart | 3.70 |
| Juan Carlos Esteva Fingerhut | 2.04 |
| Pedro Miguel Esteva Fingerhut | 2.05 |
| Mariano J. McConnie Fingerhut | 2.05 |
| Janice Marie McConnie Fingerhut | 2.04 |
| Víctor Michael Fingerhut Cochran | 2.04 |

1

| Name | Percentage of participation |
|---|---|
| Michelle Elaine Fingerhut Cochran | 2.05 |