**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

|  |  |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>　　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>　　　Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>　　　as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, | PROMESA<br>Title III<br><br>Case No. 17-BK-03566 (LTS) |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

|   |   |
|---|---|
| Debtor. ) | |
| ) | |
| ) | |
| THE SPECIAL CLAIMS COMMITTEE OF THE ) FINANCIAL OVERSIGHT AND MANAGEMENT ) BOARD FOR PUERTO RICO, ACTING BY AND ) THROUGH ITS MEMBERS, ) | Adv. Proc. No. 19-00356 (LTS) |
| ) | |
| and ) | |
| ) | |
| THE OFFICIAL COMMITTEE OF UNSECURED ) CREDITORS OF ALL TITLE III DEBTORS ) (OTHER THAN COFINA), ) | |
| ) | |
| as co-trustees of ) | |
| ) | |
| THE EMPLOYEES RETIREMENT SYSTEM OF ) THE GOVERNMENT OF PUERTO RICO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DEFENDANT 1M, ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| THE SPECIAL CLAIMS COMMITTEE OF THE ) FINANCIAL OVERSIGHT AND MANAGEMENT ) BOARD FOR PUERTO RICO, ACTING BY AND ) THROUGH ITS MEMBERS, ) | Adv. Proc. No. 19-00357 (LTS) |
| ) | |
| and ) | |
| ) | |
| THE OFFICIAL COMMITTEE OF UNSECURED ) CREDITORS OF ALL TITLE III DEBTORS ) (OTHER THAN COFINA), ) | |
| ) | |
| as co-trustees of ) | |
| ) | |
| THE EMPLOYEES RETIREMENT SYSTEM OF ) THE GOVERNMENT OF PUERTO RICO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STOEVER GLASS & CO., ET AL., ) | |

2

|  |  |
|---|---|
| Defendants. ) ) | |
| ) ) ) THE SPECIAL CLAIMS COMMITTEE OF THE ) FINANCIAL OVERSIGHT AND MANAGEMENT ) BOARD FOR PUERTO RICO, ACTING BY AND ) THROUGH ITS MEMBERS, ) ) and ) ) THE OFFICIAL COMMITTEE OF UNSECURED ) CREDITORS OF ALL TITLE III DEBTORS ) (OTHER THAN COFINA), ) ) as co-trustees of ) ) THE EMPLOYEES RETIREMENT SYSTEM OF ) THE GOVERNMENT OF PUERTO RICO, ) ) Plaintiff, ) ) v. ) ) DEFENDANT 1H-78H, ) ) Defendants. ) ) | Adv. Proc. No. 19-00359 (LTS) |
| ) ) THE SPECIAL CLAIMS COMMITTEE OF THE ) FINANCIAL OVERSIGHT AND MANAGEMENT ) BOARD FOR PUERTO RICO, ACTING BY AND ) THROUGH ITS MEMBERS, ) ) and ) ) THE OFFICIAL COMMITTEE OF UNSECURED ) CREDITORS OF ALL TITLE III DEBTORS ) (OTHER THAN COFINA), ) ) as co-trustees of ) ) THE EMPLOYEES RETIREMENT SYSTEM OF ) THE GOVERNMENT OF PUERTO RICO, ) ) Plaintiff, ) | Adv. Proc. No. 19-00361 (LTS) |

3

v.

DEFENDANT 1G-50G, et al.,

    Defendants.

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,

    and

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA),

    as section 926 trustee of

THE COMMONWEALTH OF PUERTO RICO

    Plaintiffs,[2]

v.

ANDALUSIAN GLOBAL DESIGNATED ACTIVITY COMPANY; THE BANK OF NEW YORK MELLON; MASON CAPITAL MASTER FUND LP; OCHER ROSE, L.L.C.; SV CREDIT, L.P.; CROWN MANAGED ACCOUNTS FOR AND ON BEHALF OF CROWN/PW SP; LMA SPC FOR AND ON BEHALF OF MAP 98 SEGREGATED PORTFOLIO; OCEANA MASTER FUND LTD.; PENTWATER MERGER ARBITRAGE MASTER FUND LTD.; AND PWCM MASTER FUND LTD,

Adv. Proc. No. 19-00366 (LTS)

---

[2] The Official Committee of Unsecured Creditors serves as section 926 trustee and co-plaintiff in the prosecution of this adversary proceeding pursuant to Docket No. 6990, which is incorporated herein by reference.

4

|  |  |
|---|---|
| Defendants. ) | |
| ) | |
| ) | |
| THE FINANCIAL OVERSIGHT AND ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, ) | Adv. Proc. No. 19-00367 (LTS) |
| ) | |
| as representative of ) | |
| ) | |
| EMPLOYEES RETIREMENT SYSTEM OF THE ) | |
| GOVERNMENT OF THE COMMONWEALTH OF ) | |
| PUERTO RICO, ) | |
| ) | |
| and ) | |
| ) | |
| THE OFFICIAL COMMITTEE OF UNSECURED ) | |
| CREDITORS OF ALL TITLE III DEBTORS (OTHER ) | |
| THAN COFINA), ) | |
| ) | |
| as section 926 trustee of ) | |
| ) | |
| THE COMMONWEALTH OF PUERTO RICO ) | |
| ) | |
| Plaintiffs,[3] ) | |
| ) | |
| v. ) | |
| ) | |
| GLENDON OPPORTUNITIES FUND, L.P.; ) | |
| OAKTREE-FORREST MULTI-STRATEGY, LLC ) | |
| (SERIES B); OAKTREE OPPORTUNITIES FUND ) | |
| IX, L.P.; OAKTREE OPPORTUNITIES FUND IX ) | |
| (PARALLEL 2), L.P.; OAKTREE VALUE ) | |
| OPPORTUNITIES FUND, L.P.; PUERTO RICO AAA ) | |
| PORTFOLIO BOND FUND, INC.; PUERTO RICO ) | |
| AAA PORTFOLIO BOND FUND II, INC.; PUERTO ) | |
| RICO AAA PORTFOLIO TARGET MATURITY ) | |
| FUND, INC.; PUERTO RICO FIXED INCOME ) | |
| FUND, INC.; PUERTO RICO FIXED INCOME ) | |
| FUND II, INC.; PUERTO RICO FIXED INCOME ) | |
| FUND III, INC.; PUERTO RICO FIXED INCOME ) | |
| FUND IV, INC.; PUERTO RICO FIXED INCOME ) | |
| FUND V, INC.; PUERTO RICO GNMA & U.S. ) | |

---

[3] The Official Committee of Unsecured Creditors serves as section 926 trustee and co-plaintiff in the prosecution of this adversary proceeding pursuant to Docket No. 6990, which is incorporated herein by reference.

5

| | |
|---|---|
| GOVERNMENT TARGET MATURITY FUND, INC.; PUERTO RICO INVESTORS BOND FUND I; PUERTO RICO INVESTORS TAX-FREE FUND, INC.; PUERTO RICO INVESTORS TAX-FREE FUND II, INC.; PUERTO RICO INVESTORS TAX-FREE FUND III, INC.; PUERTO RICO INVESTORS TAX-FREE FUND IV, INC.; PUERTO RICO INVESTORS TAX-FREE FUND V, INC.; PUERTO RICO INVESTORS TAX-FREE FUND VI, INC.; PUERTO RICO MORTGAGE-BACKED & U.S. GOVERNMENT SECURITIES FUND, INC.; TAX-FREE PUERTO RICO FUND, INC.; TAX-FREE PUERTO RICO FUND II, INC.; TAX-FREE PUERTO RICO TARGET MATURITY FUND, INC.; UBS IRA SELECT GROWTH & INCOME PUERTO RICO FUND, <br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**JOINT STATUS REPORT REGARDING DISCOVERY AND BRIEFING SCHEDULE WITH RESPECT TO CERTAIN ISSUES RAISED IN CERTAIN CONTESTED MATTERS AND ADVERSARY PROCEEDINGS RELATED TO THE BONDS ISSUED BY THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO**

To the Honorable United States District Judge Laura Taylor Swain and the Honorable United States Magistrate Judge Judith G. Dein:

   1.  Pursuant to this Court's order (ECF No. 849 in Case No. 17-bk-3566), the Official Committee of Unsecured Creditors (the "Creditors' Committee"), the Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the "Retiree Committee" and, together with the Creditors' Committee, the "Committees"), the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") as the Debtor's representative pursuant to Section 315(b) of PROMESA, the Special Claims Committee of the Financial Oversight and

6

Management Board for Puerto Rico (the "SCC"), the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF" and, together with the Oversight Board and the SCC, the "Government Parties"), certain groups of ERS bondholders represented by Jones Day and White & Case LLP (the "ERS Bondholder Groups"),[4] and The Bank of New York Mellon, as Fiscal Agent for the ERS bonds (the "Fiscal Agent" and, together with the ERS Bondholder Groups, the Committees, and the Government Parties, the "Parties") respectfully submit this joint status report concerning the briefing and discovery deadlines in the above-captioned matters.

2. On February 6, 2020, the Court entered a modified discovery and briefing schedule in the above-captioned matters. ECF No. 808 in Case No. 17-bk-3566.

3. On March 17, 2020, the Court entered its *Order Regarding Deadlines and Proceedings in the Title III Cases*, which provides that "all scheduled deadlines and hearing

---

[4] Altair Global Credit Opportunities Fund (A), LLC, Andalusian Global Designated Activity Company, Crown Managed Accounts for and on behalf of Crown/PW SP, Glendon Opportunities Fund, L.P., LMA SPC for and on behalf of Map 98 Segregated Portfolio, Mason Capital Master Fund LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel), L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Huntington Investment Fund II, L.P., Oaktree Opportunities Fund X, L.P., Oaktree Opportunities Fund X (Parallel), L.P., Oaktree Opportunities Fund X (Parallel 2), L.P., Oaktree Value Opportunities Fund Holdings, L.P., Oceana Master Fund Ltd., Ocher Rose, L.L.C., Pentwater Merger Arbitrage Master Fund Ltd., Puerto Rico AAA Portfolio Bond Fund, Inc., Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto Rico AAA Portfolio Target Maturity Fund, Inc., Puerto Rico Fixed Income Fund, Inc., Puerto Rico Fixed Income Fund II, Inc., Puerto Rico Fixed Income Fund III, Inc., Puerto Rico Fixed Income Fund IV, Inc., Puerto Rico Fixed Income Fund V, Inc., Puerto Rico Fixed Income Fund VI, Inc., Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc., Puerto Rico Investors Bond Fund I, Puerto Rico Investors Tax-Free Fund, Inc., Puerto Rico Investors Tax-Free Fund II, Inc., Puerto Rico Investors Tax-Free Fund III, Inc., Puerto Rico Investors Tax-Free Fund IV, Inc., Puerto Rico Investors Tax-Free Fund V, Inc., Puerto Rico Investors Tax- Free Fund VI, Inc., Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc., PWCM Master Fund Ltd., Redwood Master Fund, Ltd, SV Credit, L.P., Tax-Free Puerto Rico Fund, Inc., Tax-Free Puerto Rico Fund II, Inc., Tax-Free Puerto Rico Target Maturity Fund, Inc., and UBS IRA Select Growth & Income Puerto Rico Fund.

7

dates in the Title III cases and related adversary proceedings shall remain in effect until further order of the Court." ECF No. 12420 in Case No. 17-bk-3283

4. On March 19, 2020, the Parties filed a joint motion regarding the status of the discovery and briefing schedule in these proceedings, and requested adjournment of certain deadlines and to file a joint status report on the schedule on or before March 25, 2020. ECF No. 841 in Case No. 17-bk-3566.

5. On March 20, 2020, the Court granted the Parties' joint motion, adjourning certain deadlines and ordering a status report due on or before March 25, 2020. ECF No. 843 in Case No. 17-bk-3566.

6. On March 25, 2020, the Parties filed a joint status report in accordance with this Court's order. ECF No. 847 in Case No. 17-bk-3566.

7. On March 26, 2020, the Court directed the parties to file a subsequent joint status report "addressing an appropriate litigation schedule" on April 8, 2020. ECF No. 849 in Case No. 17-bk-3566.

8. On April 6, 2020, counsel to the Oversight Board sent a new proposed schedule for these proceedings to counsel to the ERS Bondholder Groups and the Fiscal Agent.

9. On April 7, 2020, counsel to the Parties conferred regarding an appropriate litigation schedule in these proceedings.

10. The Parties disagree as to the modified schedule the Court should enter, and the Parties make the following respective statements:

Position of the Committees and Government Parties

11. The Oversight Board, SCC, Retiree Committee, and AAFAF respectfully request that the Court enter the modified schedule proposed below (the "Committee and Government

8

Party Proposal") to ensure that the Parties continue to progress these proceedings despite recent events.[5]

12. The Parties have a number of fact depositions to complete, including depositions of witnesses located in Puerto Rico. The Committees and Government Parties are actively evaluating ways to take and defend those depositions by remote electronic means. Since the Parties' last status report, counsel to the Oversight Board has, among other things, evaluated two remote-deposition platforms offered by different court-reporting agencies.

13. The Oversight Board, SCC, Retiree Committee, and AAFAF remain of the view that depositions conducted by remote means, which are expressly contemplated by Fed. R. Civ. P. 30(b)(4), are a viable means to progress discovery in these proceedings despite recent events.

14. The Oversight Board, SCC, Retiree Committee, and AAFAF appreciate the new willingness of the ERS Bondholders and the Fiscal Agent to propose a schedule in their separate statement below (the "Bondholder Proposal").

15. The Bondholder Proposal substantially aligns with the timeframes proposed in the Committee and Government Party Proposal, but differs in two respects. *First*, the Bondholder Proposal adds 2 weeks to all but the first deadline proposed in the Committee and Government Party Proposal, in the hope the additional time will permit the conduct of live depositions in these proceedings. *Second*, the Bondholders' Proposal is contingent upon the conduct of live depositions in these proceedings.

16. The Parties' disagreement is not over the Bondholders' and Fiscal Agent's request for an additional 2 weeks in principle. Instead, the Oversight Board, SCC, Retiree Committee,

---

[5] The Creditors' Committee takes no position on the requested modifications to the schedule at this time, and reserves its rights.

9

and AAFAF do not agree that the deadlines in the Committee and Government Party Proposal should be extended by an additional 2 weeks now, and then indefinitely, to require live deposition testimony in these proceedings.

17. The conduct of live depositions in these proceedings may not be feasible within a reasonable timeframe. The Federal Rules specifically contemplate that depositions may be conducted by remote means, Fed. R. Civ. P. 30(b)(4), and while remote depositions and translated remote depositions pose challenges, any difficulties that arise during the conduct of remote depositions are likely resolvable. Further, to the extent the Parties encounter difficulties during the conduct of remote depositions that they cannot resolve themselves, the Parties may seek assistance from the mediation team, or relief from the Court, to address such difficulties if and when they occur.

18. The Oversight Board, SCC, Retiree Committee, and AAFAF therefore respectfully request that the Court enter the proposed schedule below, which has been modified to reflect the time that has elapsed since their last proposal:

**Committee and Government Party Proposal**

| Event | Prior Ordered Date | Proposed New Dates |
|---|---|---|
| Disclosure of experts (if any) and a summary of the subjects about which they will offer opinions | 3/20/2020 | May 14, 2020 |
| Deadline for completion of fact discovery | 3/30/2020 | May 29, 2020 |
| Service of expert reports (if any) | 4/1/2020 | June 2, 2020 |
| Disclosure of rebuttal experts and service of rebuttal expert reports (if any) | 4/15/2020 | June 16, 2020 |
| Deadline for completion of expert depositions (if any) | 4/27/2020 | June 30, 2020 |
| Deadline for filing motions for summary judgment and declarations in support | 5/6/2020 | July 10, 2020 |

| Event | Prior Ordered Date | Proposed New Dates |
|---|---|---|
| Deadline for Participants to file joinders in the motions for summary judgment on the Ultra Vires Issues | 5/13/2020 | July 17, 2020 |
| Deadline for filing oppositions to summary judgment briefs and declarations in support | 6/3/2020 | August 11, 2020 |
| Deadline for Participants to file joinders in oppositions to the motions summary judgment briefs on the Ultra Vires Issues | 6/10/2020 | August 18, 2020 |
| Deadline for Replies in support of summary judgment motions | 6/17/2020 | August 25, 2020 |

19.     The Committees and Government Parties reserve their right to seek an order requiring the Parties to conduct depositions by remote means pursuant to Fed. R. Civ. P. 30(b)(4).

Position of the ERS Bondholders and the Fiscal Agent

20.     The Bondholders and the Fiscal Agent propose the following schedule, which adds eleven days to the deadline for the completion of fact discovery proposed by the Committees and Government Parties and two weeks to the remaining deadlines:

**Bondholders and Fiscal Agent Proposal**

| Event | Prior Ordered Date | Proposed New Dates |
|---|---|---|
| Disclosure of experts (if any) and a summary of the subjects about which they will offer opinions | 3/20/2020 | May 14, 2020 |
| Deadline for completion of fact discovery | 3/30/2020 | June 9, 2020 |
| Service of expert reports (if any) | 4/1/2020 | June 16, 2020 |
| Disclosure of rebuttal experts and service of rebuttal expert reports (if any) | 4/15/2020 | June 30, 2020 |
| Deadline for completion of expert depositions (if any) | 4/27/2020 | July 14, 2020 |
| Deadline for filing motions for summary judgment and declarations in support | 5/6/2020 | July 24, 2020 |

11

| Event | Prior Ordered Date | Proposed New Dates |
|---|---|---|
| Deadline for Participants to file joinders in the motions for summary judgment on the Ultra Vires Issues | 5/13/2020 | July 31, 2020 |
| Deadline for filing oppositions to summary judgment briefs and declarations in support | 6/3/2020 | August 25, 2020 |
| Deadline for Participants to file joinders in oppositions to the motions summary judgment briefs on the Ultra Vires Issues | 6/10/2020 | September 1, 2020 |
| Deadline for Replies in support of summary judgment motions | 6/17/2020 | September 8, 2020 |

21. The Committees and Government Parties state that they do not object to this schedule "in principle," so there appears to be agreement among all Parties (save the UCC) that it is an appropriate schedule for the Court to enter at this time. The Bondholders and the Fiscal Agent therefore do not understand the Committees' and Government Parties' insistence on proposing their own, different schedule, instead of simply presenting the Court with this single schedule with which all Parties (save the UCC) agree.

22. Like counsel for the Oversight Board, counsel for the Bondholders has evaluated multiple remote-deposition platforms offered by different court reporting agencies. Based on that evaluation, the Bondholders and the Fiscal Agent have serious concerns about the feasibility of remote depositions, particularly with respect to the depositions that will have to be conducted in Spanish via a translator—a difficult and cumbersome process under any circumstances, and an exceptionally difficult one via remote means, as the court reporting agencies with which the Bondholders have discussed the issue have acknowledged. Given the Bondholders' and the Fiscal Agent's serious concerns about the feasibility of remote depositions, particularly those involving translators, the Bondholders and the Fiscal Agent propose the above schedule based on

their hope that it will allow sufficient time for at least the depositions of (1) the designee of ERS, the Commonwealth, and AAFAF, (2) former ERS administrator Juan Cancel Alegría, (3) former ERS administrator Pedro Ortiz Cortes, and (4) any individuals for whom current restrictions make even a remote deposition a technological and/or logistical challenge, to be conducted live, rather than remotely.

23. By moving the discovery completion deadline into June, the Bondholders' and Fiscal Agent's proposal allows for the possibility of live depositions in June in the event that travel and other restrictions continue through the end of May. And the additional few days between the close of fact discovery and the service of expert reports accounts for the likelihood that the deposition of ERS, the Commonwealth, and AAFAF—which will be highly relevant to certain expert testimony that the Bondholders expect to offer—will be one of the last depositions conducted, so that it can be conducted live within the present schedule if at all possible.

24. The Parties evidently disagree on the prospects for remote, video depositions to successfully replace live depositions in these proceedings. But any disputes about remote depositions are simply not ripe. Contrary to the Committees and Government Parties' statement, the schedule the Bondholders and Fiscal Agent propose is not "contingent upon" anything. The Bondholders and the Fiscal Agent merely reserve their rights, in the event that the continuation of the COVID-19 crisis precludes live depositions of at least the four categories of deponents identified above within the schedule requested herein, to move for a further extension of the schedule to permit live depositions of those witnesses. Based on their statements above, the Committees and Government Parties would evidently oppose such a motion, should it be made. The Court can address the issue then, if and when it arises.

Conclusion

25. For the avoidance of doubt, the Parties reserve all of their rights.

26. The Parties further note that pursuant to the Court's October 24, 2019 Order, ECF No. 8962 in Case No. 17-bk-03283, Adversary Proceeding Nos. 19-355, 19-356, 19-357, 19-358, 19-359, and 19-361 remain stayed as to all defendants except those who have already filed appearances and answers, and as to all counts other than Count One of each respective adversary complaint.

27. The Parties appreciate the Court's attention to these matters.

Dated: April 8, 2020
New York, NY

Respectfully submitted,

/s/ Alfredo Fernández-Martínez
Alfredo Fernández-Martínez
**DELGADO & FERNÁNDEZ, LLC**
PO Box 11750
Fernández Juncos Station
San Juan, Puerto Rico 00910-1750
Tel. (787) 274-1414
Fax: (787) 764-8241
afernandez@delgadofernandez.com
USDC-PR 210511

/s/ Bruce Bennett
Bruce Bennett (*pro hac vice*)
**JONES DAY**
555 South Flower Street Fiftieth Floor
Los Angeles, California 90071
Tel. (213) 489-3939
Fax: (213) 243-2539
bbennett@jonesday.com

Benjamin Rosenblum (*pro hac vice*)
**JONES DAY**
250 Vesey Street
New York, New York 10281
Tel. (212) 326-3939
Fax: (212) 755-7306

Respectfully submitted,

/s/ Margaret A. Dale
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
Jeffrey W. Levitan (*pro hac vice*)
Margaret A. Dale (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
Email: brosen@proskauer.com
Email: jlevitan@proskauer.com
Email: mdale@proskauer.com
Luis F. del Valle-Emmanuelli
USDC-PR No. 209514
P.O. Box 79897
Carolina, Puerto Rico 00984-9897
Tel. 787.977.1932
Fax. 787.722.1932
dvelawoffices@gmail.com

OF COUNSEL FOR
A&S LEGAL STUDIO, PSC
434 Avenida Hostos
San Juan, PR 00918

brosenblum@jonesday.com

Geoffrey S. Stewart (*pro hac vice*)
Matthew Papez (*pro hac vice*)
Beth Heifetz (*pro hac vice*)
Sparkle L. Sooknanan (*pro hac vice*)
**JONES DAY**
51 Louisiana Ave. N.W.
Washington, DC 20001
Tel. (202) 879-3939
Fax: (202) 626-1700
gstewart@jonesday.com
mpapez@jonesday.com
bheifetz@jonesday.com
ssooknanan@jonesday.com

*Counsel for Altair Global Credit Opportunities Fund (A), LLC, Andalusian Global Designated Activity Company, Crown Managed Accounts for and on behalf of Crown/PW SP, Glendon Opportunities Fund, L.P., LMA SPC for and on behalf of Map 98 Segregated Portfolio, Mason Capital Master Fund LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel), L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Huntington Investment Fund II, L.P., Oaktree Opportunities Fund X, L.P., Oaktree Opportunities Fund X (Parallel), L.P., Oaktree Opportunities Fund X (Parallel 2), L.P., Oaktree Value Opportunities Fund Holdings, L.P., Oceana Master Fund Ltd., Ocher Rose, L.L.C., Pentwater Merger Arbitrage Master Fund Ltd., PWCM Master Fund Ltd., Redwood Master Fund, Ltd., and SV Credit, L.P.*


*/s/Alicia I. Lavernge-Ramírez*

José C. Sánchez-Castro
USDC-PR 213312
Alicia I. Lavergne-Ramírez
USDC-PR 215112
**SÁNCHEZ PIRILLO LLC**

Tel: (787) 751-6764/ 763-0565
Fax: (787) 763-8260

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico*


*/s/ Sunni P. Beville*

BROWN RUDNICK LLP
Edward S. Weisfelner, Esq. (Pro Hac Vice)
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
eweisfelner@brownrudnick.com

Sunni P. Beville, Esq. (Pro Hac Vice)
One Financial Center
Boston, MA 02111
Tel: (617) 856-8200
sbeville@prownrudnick.com

*Counsel to the Special Claims Committee*

*/s/ Alberto Estrella*

ESTRELLA, LLC
Alberto Estrella (USDC-PR 209804)
Kenneth C. Suria (USDC-PR 213302)
P.O. Box 9023596
San Juan, Puerto Rico 00902-3596
Tel: (787) 977-5050
Fax: (787) 977-5090

*Local Counsel to the Special Claims Committee*

*/s/ Catherine Steege*

JENNER & BLOCK LLP
Robert Gordon (admitted pro hac vice)
Richard Levin (admitted pro hac vice)
919 Third Ave

15

270 Muñoz Rivera Avenue, Suite 1110
San Juan, PR 00918
Tel. (787) 522-6776
Fax: (787) 522-6777
jsanchez@sanpir.com
alavergne@sanpir.com


/s/ Jesse L. Green

Glenn M. Kurtz (*pro hac vice*)
John K. Cunningham (*pro hac vice*)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10036
Tel. (212) 819-8200
Fax (212) 354-8113
gkurtz@whitecase.com
jcunningham@whitecase.com

Jason N. Zakia (*pro hac vice*)
Cheryl T. Sloane (*pro hac vice*)
Jesse L. Green (*pro hac vice*)
**WHITE & CASE LLP**
200 S. Biscayne Blvd., Suite 4900
Miami, FL 33131
Tel. (305) 371-2700
Fax (305) 358-5744
jzakia@whitecase.com

*Counsel for Puerto Rico AAA Portfolio Bond Fund, Inc.; Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto Rico AAA Portfolio Target Maturity Fund, Inc.; Puerto Rico Fixed Income Fund, Inc.; Puerto Rico Fixed Income Fund II, Inc.; Puerto Rico Fixed Income Fund III, Inc.; Puerto Rico Fixed Income Fund IV, Inc.; Puerto Rico Fixed Income Fund V, Inc.; Puerto Rico Fixed Income Fund VI, Inc.; Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.; Puerto Rico Investors Bond Fund I; Puerto Rico Investors Tax-Free Fund, Inc.; Puerto Rico Investors Tax-Free Fund II, Inc.; Puerto Rico Investors Tax-Free Fund III,*

New York, NY 10022-3908
rgordon@jenner.com
rlevin@jenner.com
212-891-1600 (telephone)
212-891-1699 (facsimile)

Catherine Steege (admitted pro hac vice)
Melissa Root (admitted pro hac vice)
Landon Raiford (admitted pro hac vice)
353 N. Clark Street
Chicago, IL 60654
csteege@jenner.com
mroot@jenner.com
lraiford@jenner.com
312-222-9350 (telephone)
312-239-5199 (facsimile)

/s/ A.J. Bennazar-Zequeira

BENNAZAR, GARCÍA & MILIÁN, C.S.P
A.J. Bennazar-Zequeira
Héctor M. Mayol Kauffmann
Francisco del Castillo Orozco
Edificio Union Plaza,
1701 Avenida Ponce de León #416
Hato Rey, San Juan
Puerto Rico 00918
ajb@bennazar.org
hector.mayol@bennazar.com
787-754-9191 (telephone)
787-764-3101 (facsimile)

*Counsel for the Official Committee of Retired Employees of Puerto Rico*

Respectfully submitted,


/s/ Luc A. Despins

**PAUL HASTINGS LLP**
Luc A. Despins *(Pro Hac Vice)*
James R. Bliss, Esq. *(Pro Hac Vice)*
James B. Worthington, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz *(Pro Hac Vice)*
200 Park Avenue

16

Inc.; Puerto Rico Investors Tax-Free Fund IV, Inc.; Puerto Rico Investors Tax-Free Fund V, Inc.; Puerto Rico Investors Tax-Free Fund VI, Inc.; Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc.; Tax-Free Puerto Rico Fund, Inc.; Tax-Free Puerto Rico Fund II, Inc.; Tax-Free Puerto Rico Target Maturity Fund, Inc.; and UBS IRA Select Growth & Income Puerto Rico Fund

SEPULVADO, MALDONADO & COURET

By: */s/ Albéniz Couret-Fuentes*
Albéniz Couret-Fuentes
USDC-PR Bar No. 222207
304 Ponce de León Ave. – Suite 990
San Juan, PR 00918
Telephone: (787) 765-5656
Facsimile: (787) 294-0073
Email: acouret@smclawpr.com

REED SMITH LLP
Eric A. Schaffer (*Pro Hac Vice*)
Luke A. Sizemore (*Pro Hac Vice*)
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
Email: eschaffer@reedsmith.com
Email: lsizemore@reedsmith.com

By: */s/ C. Neil Gray*
C. Neil Gray (*Pro Hac Vice*)
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Email: cgray@reedsmith.com

*Counsel to The Bank of New York Mellon, as fiscal agent*

New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

*/s/ Juan J. Casillas Ayala*

**CASILLAS, SANTIAGO & TORRES LLC**
Juan J. Casillas Ayala, Esq. (USDC – PR 218312)
Israel Fernández Rodrígues, Esq. (USDC – PR 22504)
Juan C. Nieves González, Esq. (USDC – PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC – PR 306008)
PO Box 195075
San Juan, Puerto Rico 00919-5075
Telephone: (797) 523-3434
Fax: (797) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@ctslawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*

*/s/ John Arrastia*

**GENOVESE JOBLOVE & BATTISTA, P.A.**
John Arrastia, Esq. (*Pro Hac Vice*)
John H. Genovese, Esq. (*Pro Hac Vice*)
Jesus M. Suarez, Esq. (*Pro Hac Vice*)
Mariaelena Gayo-Guitian, Esq. (*Pro Hac Vice*)
100 SE 2nd Street, Suite 4400
Miami, Florida 33131
Tel: 305-349-2300
jarrastia@gjb-law.com
jgenovese@gjb-law.com
jsuarez@gjb-law.com

17

mguitian@gjb-law.com

*Special Litigation Counsel to the*
*Official Committee of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

Dated: April 8, 2020 /s *Bruce Bennett*