**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------------------- x

In re:                                              :
                                                    :
THE FINANCIAL OVERSIGHT AND                         :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :    Title III
                                                    :
           as representative of                     :    Case No. 17-BK-3283 (LTS)
                                                    :
THE COMMONWEALTH OF PUERTO RICO *et al.,*            :    (Jointly Administered)
                                                    :
           Debtors.[1]                              :
---------------------------------------------------------------------- x

**RESERVATION OF RIGHTS OF OFFICIAL COMMITTEE OF UNSECURED
CREDITORS WITH RESPECT TO MOTION OF COMMONWEALTH OF
PUERTO RICO PURSUANT TO BANKRUPTCY RULE 9019 FOR ORDER
APPROVING STIPULATION AND AGREED ORDER (A) ALLOWING PRIFA
BANS GUARANTEE CLAIM, (B) AUTHORIZING ESCROW OF PRIFA FUNDS
AND (C) DIRECTING DISMISSAL OF LITIGATION WITH PREJUDICE**

To the Honorable Unites States District Judge Laura Taylor Swain:

The Official Committee of Unsecured Creditors (the "Committee")[2] hereby submits this

reservation of right (the "Reservation of Rights") with respect to the *Motion of the*

*Commonwealth of Puerto Rico Pursuant to Bankruptcy Rule 9019 for an Order Approving*

*Stipulation and Agreed Order (A) Allowing PRIFA BANs Guarantee Claim, (B) Authorizing*

*Escrow of PRIFA Funds and (C) Directing the Dismissal of Litigation with Prejudice* [Docket

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]  The Committee is the official committee of unsecured creditors for all Title III Debtors, other than PBA and COFINA.

No. 12519] (the "PRIFA 9019 Motion").[3]  In support of this Reservation of Rights, the

Committee respectfully represents as follows:

## RESERVATION OF RIGHTS

1.      In exchange for settling the Title III BANs Litigation and the Takings Litigation,

the Oversight Board, AAFAF, and PRIFA have agreed, among other things, that (i) PRIFA will

make a one-time cash payment to the PRIFA BANs Bondholders in the amount of $12.7 million,

(ii) CW BANs Claims will be allowed in full, and (iii) CW BANs Claims will be classified in the

class of 2014 CW Guarantee Bond Claims (the "PRIFA Stipulation").  While the PRIFA

Stipulation does not take effect until the effective date of the Plan, approval of the PRIFA

Stipulation appears to resolve, at this time, the allowance and classification of the CW BANs

Claims (subject to the effective date of the Plan occurring); thus, if the Stipulation is approved,

the allowance and classification of the CW BANs Claims could not later be challenged in

connection with the confirmation of the Plan.

2.      The Committee takes no position as to the reasonableness of the PRIFA Stipulation,

including the allowance in full of the CW BANs Claims and their classification as 2014 CW

Guarantee Bond Claims.  However, the Committee reserves all rights to object to the treatment

of the CW BANs Claims under the Plan, including the reasonableness of any settlement

regarding the alleged GO priority or the constitutional debt limit, unfair discrimination, or any

other issue related to confirmation of the Plan.

*[Remainder of page intentionally left blank.]*

---

[3]    Capitalized terms not defined in this Objection have the meanings set forth in the PRIFA 9019 Motion.

WHEREFORE, the Committee respectfully requests that the Court take notice of the

foregoing.


Dated:  April 9, 2020            /s/ Luc A. Despins

                                 PAUL HASTINGS LLP
                                 Luc. A. Despins, Esq. (Pro Hac Vice)
                                 G. Alexander Bongartz, Esq. (Pro Hac Vice)
                                 200 Park Avenue
                                 New York, New York 10166
                                 Telephone:  (212) 318-6000
                                 lucdespins@paulhastings.com
                                 alexbongartz@paulhastings.com

                                 *Counsel to the Official Committee of Unsecured
                                 Creditors*

                                 - and -

                                 /s/ Juan J. Casillas Ayala

                                 CASILLAS, SANTIAGO & TORRES LLC
                                 Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
                                 Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
                                 Juan C. Nieves González, Esq. (USDC - PR 231707)
                                 Cristina B. Fernández Niggemann, Esq. (USDC - PR
                                 306008)
                                 PO Box 195075
                                 San Juan, PR 00919-5075
                                 Tel.: (787) 523-3434 Fax: (787) 523-3433
                                 jcasillas@cstlawpr.com
                                 ifernandez@cstlawpr.com
                                 jnieves@cstlawpr.com
                                 cfernandez@cstlawpr.com

                                 *Local Counsel to the Official Committee of Unsecured
                                 Creditors*