IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

ORDER GRANTING URGENT MOTION OF THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES OF THE COMMONWEALTH OF PUERTO RICO FOR (I) LEAVE TO FILE A SUPPLEMENTAL OPPOSITION TO (A) THE PARTIAL JOINDER OF AMBAC ASSURANCE CORPORATION TO MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 3013 [DKT. 12691] AND (B) THE PARTIAL JOINDER STATEMENT IN SUPPORT OF ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., AND INVESCO FUNDS WITH RESPECT TO MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 3013 [DKT. 12687], AND (II) SETTING APRIL 13, 2020 AT 4:00 P.M. AST AS THE DEADLINE TO FILE THE SUPPLEMENTAL OPPOSITION

Upon consideration of the *Urgent Motion of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico for (I) Leave to File a Supplemental Opposition to (a) the Partial Joinder of Ambac Assurance Corporation to Motion of Official Committee of*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Unsecured Creditors Pursuant to Federal Rule of Bankruptcy Procedure 3013 for Entry of an Order Reclassifying Class 39A and Class 41 Claims Under Oversight Board's Plan of Adjustment Dated February 28, 2020 [Dkt. No. 12691]; and (b) the Partial Joinder and Statement in Support of Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Invesco Funds with Respect to Motion of Official Committee of Unsecured Creditors Pursuant to Federal Rule of Bankruptcy Procedure 3013 for Entry of an Order Reclassifying Class 39A and Class 41 Claims Under Oversight Board's Plan of Adjustment dated February 28, 2020 [Dkt. 12687], and (II) Setting April 13, 2020 At 4:00 P.M. as the Deadline to File the Supplemental Opposition* (Docket Entry No. 12706, the "Urgent Motion"),[2] the Court hereby FINDS AND DETERMINES that (i) the Court has jurisdiction to consider the Urgent Motion and the relief requested therein pursuant to Section 306 of PROMESA; (ii) venue is proper before this Court pursuant to Section 307(a) of PROMESA; (iii) the relief requested in the Urgent Motion is proper and in the best interest of the Title III debtors, their creditors, and other parties in interest; and (iv) due and proper notice of the Urgent Motion has been provided under the particular circumstances and no other or further notice need be provided. Accordingly, it is hereby ORDERED THAT:

1. The Urgent Motion is GRANTED as set forth herein.

2. The Retiree Committee may file a Supplemental Opposition on or before **April 13, 2020 at 4:00 p.m. (Atlantic Standard Time)**.

3. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of this Order.

---

[2] Capitalized terms used herein and not defined shall have the meanings ascribed to them in the Urgent Motion.

4. This Order resolves Docket Entry No. 12706.

SO ORDERED.

Dated: April 10, 2020

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge