## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

              Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## SUPPLEMENAL CERTIFICATE OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On April 7, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on Jamie Rodríguez Avilés (MMLID: 839302), P.O. Box 347, Yauco, PR 00698:

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C) Submission of Amended Schedules for the Seventy-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

of the Government of the Commonwealth of Puerto Rico [Docket No. 11887] (the "***Notice of Adjournment re 78th Omni***")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C) Submission of Amended Schedules for the Seventy-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 11889] (the "***Notice of Adjournment re 79th Omni***")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended Schedules for the Eightieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 11892] (the "***Notice of Adjournment re 80th Omni***")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C) Submission of Amended Schedules for the Eighty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 11893] (the "***Notice of Adjournment re 81st Omni***")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B, and (B) Submission of Amended Schedules for the Eighty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 11894] (the "***Notice of Adjournment re 82nd Omni***")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended Schedules for the Eighty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 11895] (the "***Notice of Adjournment re 83rd Omni***")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C) Submission of Amended Schedules for the Eighty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 11896] (the "***Notice of Adjournment re 84th Omni***")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C) Submission of Amended Schedules for the Eighty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the

Government of the Commonwealth of Puerto Rico [Docket No. 11897] (the "***Notice of Adjournment re 85th Omni***")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C) Submission of Amended Schedules for the Eighty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 11899] (the "***Notice of Adjournment re 86th Omni***")

- Notice of (A) Hearing as to Proof of Claim No. 50248, (B) Further Adjournment as to Claims Listed in Schedule B, (C) Withdrawal of Objection to Certain Claims, and (D) Submission of Amended Schedules for the Eighty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 11901] (the "***Notice of Adjournment re 87th Omni***")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B, and (B) Submission of Amended Schedules for the Eighty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 11902] (the "***Notice of Adjournment re 88th Omni***")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended Schedules for the Eighty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 11903] (the "***Notice of Adjournment re 89th Omni***")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C) Submission of Amended Schedules for the Ninetieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 11904] (the "***Notice of Adjournment re 90th Omni***")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C) Submission of Amended Schedules for the Ninety-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 11905] (the "***Notice of Adjournment re 91st Omni***")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C) Submission of Amended Schedules for the Ninety-

Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,
Puerto Rico Highways and Transportation Authority, and Employees Retirement System
of the Government of the Commonwealth of Puerto Rico [Docket No. 11906] (the "***Notice
of Adjournment re 92nd Omni***")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of
  Objection to Certain Claims, and (C) Submission of Amended Schedules for the Ninety-
  Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto
  Rico Highways and Transportation Authority, and Employees Retirement System of the
  Government of the Commonwealth of Puerto Rico [Docket No. 11907] (the "***Notice of
  Adjournment re 93rd Omni***")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of
  Objection to Certain Claims, and (C) Submission of Amended Schedules for the Ninety-
  Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,
  Puerto Rico Highways and Transportation Authority, and Employees Retirement System
  of the Government of the Commonwealth of Puerto Rico [Docket No. 11908] (the "***Notice
  of Adjournment re 94th Omni***")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of
  Objection to Certain Claims, and (C) Submission of Amended Schedules for the Ninety-
  Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto
  Rico Highways and Transportation Authority, and Employees Retirement System of the
  Government of the Commonwealth of Puerto Rico [Docket No. 11909] (the "***Notice of
  Adjournment re 95th Omni***")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of
  Objection to Certain Claims, and (C) Submission of Amended Schedules for the Ninety-
  Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto
  Rico Highways and Transportation Authority, and Employees Retirement System of the
  Government of the Commonwealth of Puerto Rico [Docket No. 11910] (the "***Notice of
  Adjournment re 96th Omni***")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of
  Objection to Certain Claims, and (C) Submission of Amended Schedules for the Ninety-
  Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,
  Puerto Rico Highways and Transportation Authority, and Employees Retirement System
  of the Government of the Commonwealth of Puerto Rico [Docket No. 11911] (the "***Notice
  of Adjournment re 97th Omni***")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of
  Objection to Certain Claims, and (C) Submission of Amended Schedules for the Ninety-
  Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,
  Puerto Rico Highways and Transportation Authority, and Employees Retirement System
  of the Government of the Commonwealth of Puerto Rico [Docket No. 11912] (the "***Notice
  of Adjournment re 98th Omni***")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C) Submission of Amended Schedules for the Ninety-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 11913] (the "*Notice of Adjournment re 99th Omni*")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C) Submission of Amended Schedules for the One Hundredth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 11914] (the "*Notice of Adjournment re 100th Omni*")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B, and (B) Submission of Amended Schedules for the One Hundred First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 11915] (the "*Notice of Adjournment re 101st Omni*")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended Schedules for the One Hundred Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 11916] (the "*Notice of Adjournment re 102nd Omni*")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C) Submission of Amended Schedules for the One Hundred Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 11917] (the "*Notice of Adjournment re 103rd Omni*")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C) Submission of Amended Schedules for the One Hundred Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 11918] (the "*Notice of Adjournment re 104th Omni*")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C) Submission of Amended Schedules for the One Hundred Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement

System of the Government of the Commonwealth of Puerto Rico [Docket No. 11919] (the "***Notice of Adjournment re 105th Omni***")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C) Submission of Amended Schedules for the One Hundred Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 11921] (the "***Notice of Adjournment re 106th Omni***")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C) Submission of Amended Schedules for the One Hundred Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 11922] (the "***Notice of Adjournment re 107th Omni***")

- Notice of (A) Hearing as to Proof of Claim No. 41051, (B) Further Adjournment as to Claims Listed in Schedule B, (C) Withdrawal of Objection to Certain Claims, and (D) Submission of Amended Schedules for the One Hundred Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 11923] (the "***Notice of Adjournment re 108th Omni***")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C) Submission of Amended Schedules for the One Hundred Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 11924] (the "***Notice of Adjournment re 109th Omni***")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C) Submission of Amended Schedules for the One Hundred Tenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 11925] (the "***Notice of Adjournment re 110th Omni***")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C) Submission of Amended Schedules for the One Hundred Eleventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 11926] (the "***Notice of Adjournment re 111st Omni***")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C) Submission of Amended Schedules for the One Hundred Twelfth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 11927] (the "***Notice of Adjournment re 112th Omni***")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C) Submission of Amended Schedules for the One Hundred Thirteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 11928] (the "***Notice of Adjournment re 113th Omni***")

- Notice of (A) Hearing as to Proof of Claim No. 20288, (B) Further Adjournment as to Claims Listed in Schedule B, (C) Withdrawal of Objection to Certain Claims, and (D) Submission of Amended Schedules for the One Hundred Fourteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 11929] (the "***Notice of Adjournment re 114th Omni***")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C) Submission of Amended Schedules for the One Hundred Fifteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 11930] (the "***Notice of Adjournment re 115th Omni***")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C) Submission of Amended Schedules for the One Hundred Sixteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 11931] (the "***Notice of Adjournment re 116th Omni***")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C) Submission of Amended Schedules for the One Hundred Seventeenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 11932] (the "***Notice of Adjournment re 117th Omni***")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C) Submission of Amended Schedules for the One Hundred Eighteenth Omnibus Objection (Non-Substantive) of the Commonwealth of

Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 11933] (the "***Notice of Adjournment re 118th Omni***")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C) Submission of Amended Schedules for the One Hundred Nineteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 11934] (the "***Notice of Adjournment re 119th Omni***")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C) Submission of Amended Schedules for the One Hundred Twentieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 11935] (the "***Notice of Adjournment re 120th Omni***")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C) Submission of Amended Schedules for the One Hundred Twenty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 11936] (the "***Notice of Adjournment re 121st Omni***")

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C) Submission of Amended Schedules for the One Hundred Twenty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 11937] (the "***Notice of Adjournment re 122nd Omni***")

- Notice of (A) Hearing as to Proof of Claim No. 41566, (B) Further Adjournment as to Claims Listed in Schedule B, (C) Withdrawal of Objection to Certain Claims, and (D) Submission of Amended Schedules for the One Hundred Twenty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 11938] (the "***Notice of Adjournment re 123rd Omni***")

- Notice of Adjournment as to Certain Claims Subject to Omnibus Objections (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 11941] (the "***Notice of Adjournment***")

- One Hundred Fifty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of The Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims [Docket No. 11820] ("*One Hundred Fifty-Eighth Omni*")

- One Hundred Fifty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims [Docket No. 11821] ("*One Hundred Fifty-Ninth Omni*")

- One Hundred Sixtieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims [Docket No. 11822] ("*One Hundred Sixtieth Omni*")

- One Hundred Sixty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims [Docket No. 11823] ("*One Hundred Sixty-First Omni*")

- One Hundred Sixty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims [Docket No. 11824] ("*One Hundred Sixty-Second Omni*")

- One Hundred Sixty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims [Docket No. 11825] ("*One Hundred Sixty-Third Omni*")

- One Hundred Sixty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims [Docket No. 11826] ("*One Hundred Sixty-Fourth Omni*")

- One Hundred Sixty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims [Docket No. 11827] ("*One Hundred Sixty-Fifth Omni*")

- One Hundred Sixty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees

Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims [Docket No. 11828] ("***One Hundred Sixty-Sixth Omni***")

- One Hundred Sixty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims [Docket No. 11833] ("***One Hundred Sixty-Seventh Omni***")

- One Hundred Sixty-Eight Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims [Docket No. 11834] ("***One Hundred Sixty-Eight Omni***")

- One Hundred Sixty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims [Docket No. 11836] ("***One Hundred Sixty-Ninth Omni***")

- One Hundred Seventieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims [Docket No. 11837] ("***One Hundred Seventieth Omni***")

- One Hundred Seventy-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient and Late-Filed Claims [Docket No. 12125] ("***One Hundred Seventy-First Omni***")

- One Hundred Seventy-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, Puerto Rico Sales Tax Financing Corporation, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient and Late-Filed Claims [Docket No. 12126] ("***One Hundred Seventy-Second Omni***")

- One Hundred Seventy-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highway and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Subsequently Amended Claims [Docket No. 12138] ("***One Hundred Seventy-Third Omni***")

- One Hundred Seventy-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Claims [Docket No. 12140] ("***One Hundred Seventy-Fourth Omni***")

- One Hundred Seventy-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Satisfied Claims [Docket No. 12141] ("***One Hundred Seventy-Fifth Omni***")

- One Hundred Seventy-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Claims Asserting Liabilities Owned by Entities that are not Title III Debtors [Docket No. 12143] ("***One Hundred Seventy-Sixth Omni***")

- One Hundred Seventy-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Bond Claims [Docket No. 12144] ("***One Hundred Seventy-Seventh Omni***")

- One Hundred Seventy-Eight Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Claims Based on Investments in Mutual Funds [Docket No. 12146] ("***One Hundred Seventy-Eight Omni***")

- One Hundred Seventy-Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Bondholder Claims Asserting Amounts for Which the Commonwealth is Not Liable [Docket No. 12147] ("***One Hundred Seventy-Ninth Omni***")

- One Hundred Eightieth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Bondholder Claims Asserting Amounts for which the Commonwealth is Not Liable [Docket No. 12149] ("***One Hundred Eightieth Omni***")

- One Hundred Eighty-First Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Subsequently Amended Claims [Docket No. 12159] ("***One Hundred Eighty-First Omni***")

- One Hundred Eighty-Second Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Claims Asserted Against the Incorrect Debtor [Docket No. 12160] ("***One Hundred Eighty-Second Omni***")

- One Hundred Eighty-Third Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Claims Based on Investment in Mutual Funds [Docket No. 12163] ("***One Hundred Eighty-Third Omni***")

- Notice of (A) Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended Schedules for the One Hundred Twenty-Fourth Omnibus Objection (Non-Substantive) of The Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth Of Puerto Rico [Docket No. 12299] (the "***Notice of Adjournment re 124th Omni***")

- Notice of (A) Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended Schedules for the One Hundred Twenty-Fifth Omnibus Objection (Non-Substantive) of The Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Ric [Docket No. 12300] (the "***Notice of Adjournment re 125th Omni***")

- Notice of (A) Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended Schedules for the One Hundred Twenty-Sixth Omnibus Objection (Non-Substantive) of The Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 12301] (the "***Notice of Adjournment re 126th Omni***")

- Notice of (A) Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended Schedules for the One Hundred Twenty-Seventh Omnibus Objection (Non-Substantive) of The Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 12302] (the "***Notice of Adjournment re 127th Omni***")

- Notice of (A) Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended Schedules for the One Hundred Twenty-Eighth Omnibus Objection (Non-Substantive) of The Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 12303] (the "***Notice of Adjournment re 128th Omni***")

- Notice of (A) Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended Schedules for the One Hundred Twenty-Ninth Omnibus Objection (Non-Substantive) of The Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 12305] (the "***Notice of Adjournment re 129th Omni***")

- Notice of (A) Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended Schedules for the One Hundred Thirtieth Omnibus Objection (Non-Substantive) of The Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 12306] (the "***Notice of Adjournment re 130th Omni***")

- Notice of (A) Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended Schedules for the One Hundred Thirty-First Omnibus Objection (Non-Substantive) of The Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 12307] (the "***Notice of Adjournment re 131st***

*Omni*")

- Notice of (A) Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended Schedules for the One Hundred Thirty-Second Omnibus Objection (Non-Substantive) of The Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 12308] (the "***Notice of Adjournment re 132nd Omni***")

- Notice of (A) Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended Schedules for the One Hundred Thirty-Third Omnibus Objection (Non-Substantive) of The Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 12311] (the "***Notice of Adjournment re 133rd Omni***")

- Notice of (A) Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended Schedules for the One Hundred Thirty-Fourth Omnibus Objection (Non-Substantive) of The Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 12312] (the "***Notice of Adjournment re 134th Omni***")

- Notice of (A) Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended Schedules for the One Hundred Thirty-Fifth Omnibus Objection (Non-Substantive) of The Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 12313] (the "***Notice of Adjournment re 135th Omni***")

- Notice of (A) Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended Schedules for the One Hundred Thirty-Sixth Omnibus Objection (Non-Substantive) of The Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 12314] (the "***Notice of Adjournment re 136th Omni***")

- Notice of (A) Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended Schedules for the One Hundred Thirty-Seventh Omnibus Objection (Non-Substantive) of The Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Ric [Docket No. 12315] (the "***Notice of Adjournment re 137th Omni***")

- Notice of (A) Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended Schedules for the One Hundred Thirty-Eighth Omnibus Objection (Non-

Substantive) of The Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Ric [Docket No. 12316] (the "***Notice of Adjournment re 138th Omni***")

- Notice of (A) Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended Schedules for the One Hundred Thirty-Ninth Omnibus Objection (Non-Substantive) of The Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 12317] (the "***Notice of Adjournment re 139th Omni***")

- Notice of (A) Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended Schedules for the One Hundred Fortieth Omnibus Objection (Non-Substantive) of The Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 12318] (the "***Notice of Adjournment re 140th Omni***")

- Notice of (A) Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended Schedules for the One Hundred Forty-First Omnibus Objection (Non-Substantive) of The Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 12319] (the "***Notice of Adjournment re 141st Omni***")

- Notice of (A) Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended Schedules for the One Hundred Forty-Second Omnibus Objection (Non-Substantive) of The Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 12320] (the "***Notice of Adjournment re 142nd Omni***")

- Notice of (A) Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended Schedules for the One Hundred Forty-Third Omnibus Objection (Non-Substantive) of The Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 12321] (the "***Notice of Adjournment re 143rd Omni***")

- Notice of (A) Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended Schedules for the One Hundred Forty-Fourth Omnibus Objection (Non-Substantive) of The Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 12327] (the "***Notice of Adjournment re 144th Omni***")

- Notice of (A) Adjournment as to Claims Listed in Schedule B and (B) Submission of

Amended Schedules for the One Hundred Forty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 12328] (the "***Notice of Adjournment re 145th Omni***")

- Notice of (A) Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended Schedules for the One Hundred Forty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 12329] (the "***Notice of Adjournment re 146th Omni***")

- Notice of (A) Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended Schedules for the One Hundred Forty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Ric [Docket No. 12330] (the "***Notice of Adjournment re 147th Omni***")

- Notice of (A) Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended Schedules for the One Hundred Forty-Eight Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 12331] (the "***Notice of Adjournment re 148th Omni***")

- Notice of (A) Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended Schedules for the One Hundred Forty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 12332] (the "***Notice of Adjournment re 149th Omni***")

- Notice of (A) Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended Schedules for the One Hundred Fiftieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 12333] (the "***Notice of Adjournment re 150th Omni***")

- Notice of (A) Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended Schedules for the One Hundred Fifty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 12334] (the "***Notice of Adjournment re 155th Omni***")

- Notice of (A) Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended Schedules for the One Hundred Fifty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 12335] (the "***Notice of Adjournment re 156th Omni***")

- Notice of (A) Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended Schedules for the One Hundred Fifty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 12336] (the "***Notice of Adjournment re 157th Omni***")

On April 7, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Notice of Adjournment re 78th Omni, the Notice of Adjournment re 79th Omni, the Notice of Adjournment re 80th Omni, the Notice of Adjournment re 81st Omni, the Notice of Adjournment re 82nd Omni, the Notice of Adjournment re 83rd Omni, the Notice of Adjournment re 84th Omni, the Notice of Adjournment re 85th Omni the Notice of Adjournment re 86th Omni, the Notice of Adjournment re 87th Omni, the Notice of Adjournment re 88th Omni, the Notice of Adjournment re 89th Omni, the Notice of Adjournment re 90th Omni, the Notice of Adjournment re 91st Omni, the Notice of Adjournment re 92nd Omni, the Notice of Adjournment re 93rd Omni, the Notice of Adjournment re 94th Omni, the Notice of Adjournment re 95th Omni, the Notice of Adjournment re 96th Omni, the Notice of Adjournment re 97th Omni, the Notice of Adjournment re 98th Omni, the Notice of Adjournment re 99th Omni, the Notice of Adjournment re 100th Omni, the Notice of Adjournment re 101st Omni, the Notice of Adjournment re 102nd Omni, the Notice of Adjournment re 103rd Omni, the Notice of Adjournment re 104th Omni, the Notice of Adjournment re 105th Omni, the Notice of Adjournment re 106th Omni, the Notice of Adjournment re 107th Omni, the Notice of Adjournment re 108th Omni, the Notice of Adjournment re 109th Omni, the Notice of Adjournment re 110th Omni, the Notice of Adjournment re 111st Omni, the Notice of Adjournment re 112th Omni, the Notice of Adjournment re 113th Omni, the Notice of Adjournment re 114th Omni, the Notice of Adjournment re 115th Omni, the Notice of Adjournment re 116th Omni, the Notice of Adjournment re 117th Omni, the Notice of Adjournment re 118th Omni, the Notice of Adjournment re 119th Omni, the Notice of Adjournment re 120th Omni, the Notice of Adjournment re 121st Omni, the Notice of Adjournment re 122nd Omni, the Notice of Adjournment re 123rd Omni, the Notice of Adjournment, the One Hundred Fifty-Eighth Omni, the One Hundred Fifty-Ninth Omni, the One Hundred Sixtieth Omni, the One Hundred Sixty-First Omni, the One Hundred Sixty-Second Omni, the One Hundred Sixty-Third Omni, the One Hundred Sixty-Fourth Omni, the One Hundred Sixty-Fifth Omni, the One Hundred Sixty-Sixth Omni, the One Hundred Sixty-Seventh Omni, the One Hundred Sixty-Eight Omni, the One Hundred Sixty-Ninth Omni, the One Hundred Seventieth Omni, the Notice of Adjournment re 124th Omni, the Notice of Adjournment re 125th Omni, the Notice of Adjournment re 126th Omni, the Notice of Adjournment re 127th

16

Omni, the Notice of Adjournment re 128th Omni, the Notice of Adjournment re 129th Omni, the Notice of Adjournment re 130th Omni, the Notice of Adjournment re 131st Omni, ] the Notice of Adjournment re 132nd Omni, Notice of Adjournment re 133rd Omni, the Notice of Adjournment re 134th Omni, the Notice of Adjournment re 135th Omni, the Notice of Adjournment re 136th Omni, the Notice of Adjournment re 137th Omni, the Notice of Adjournment re 138th Omni, the Notice of Adjournment re 139th Omni, the Notice of Adjournment re 140th Omni, the Notice of Adjournment re 141st Omni, the Notice of Adjournment re 142nd Omni, the Notice of Adjournment re 143rd Omni, the Notice of Adjournment re 144th Omni, the Notice of Adjournment re 145th Omni, the Notice of Adjournment re 146th Omni, the Notice of Adjournment re 147th Omni, the Notice of Adjournment re 148th Omni, the Notice of Adjournment re 149th Omni, the Notice of Adjournment re 150th Omni, the Notice of Adjournment re 155th Omni, the Notice of Adjournment re 156th Omni, and the Notice of Adjournment re 157th Omni  to be served via First Class Mail on Law Offices of Andres W Lopez Esq. (MMLID: 1418286), Attn: Andres W Lopez Esq., 902 Fernandez Juncos Ave, San Juan, PR 00907:

On April 7, 2020, at my direction and under my supervision, employees of Prime Clerk caused the One Hundred Fifty-Eighth Omni, the One Hundred Fifty-Ninth Omni, the One Hundred Sixtieth Omni, the One Hundred Sixty-First Omni, the One Hundred Sixty-Second Omni, the One Hundred Sixty-Third Omni, the One Hundred Sixty-Fourth Omni, the One Hundred Sixty-Fifth Omni, the One Hundred Sixty-Sixth Omni, the One Hundred Sixty-Seventh Omni, the One Hundred Sixty-Eight Omni, the One Hundred Sixty-Ninth Omni, the One Hundred Seventieth Omni, the One Hundred Seventy-First Omni, the One Hundred Seventy-Second Omni, the One Hundred Seventy-Third Omni, the One Hundred Seventy-Fourth Omni, the One Hundred Seventy-Fifth Omni, the One Hundred Seventy-Sixth Omni, the One Hundred Seventy-Seventh Omni, the One Hundred Seventy-Eight Omni, the One Hundred Seventy-Ninth Omni, the One Hundred Eightieth Omni, the One Hundred Eighty-First Omni, the One Hundred Eighty-Second Omni, the One Hundred Eighty-Third Omni, the Notice of Adjournment re 124th Omni, the Notice of Adjournment re 125th Omni, the Notice of Adjournment re 126th Omni, the Notice of Adjournment re 127th Omni, the Notice of Adjournment re 128th Omni, the Notice of Adjournment re 129th Omni, the Notice of Adjournment re 130th Omni, the Notice of Adjournment re 131st Omni, the Notice of Adjournment re 132nd Omni, Notice of Adjournment re 133rd Omni, the Notice of Adjournment re 134th Omni, the Notice of Adjournment re 135th Omni, the Notice of Adjournment re 136th Omni, the Notice of Adjournment re 137th Omni, the Notice of Adjournment re 138th Omni, the Notice of Adjournment re 139th Omni, the Notice of Adjournment re 140th Omni, the Notice of Adjournment re 141st Omni, the Notice of Adjournment re 142nd Omni, the Notice of Adjournment re 143rd Omni, the Notice of Adjournment re 144th Omni, the Notice of Adjournment re 145th Omni, the Notice of Adjournment re 146th Omni, the Notice of Adjournment re 147th Omni, the Notice of Adjournment re 148th Omni, the Notice of Adjournment re 149th Omni, the Notice of Adjournment re 150th Omni, the Notice of Adjournment re 155th Omni, the Notice of Adjournment re 156th Omni, the Notice of Adjournment re 157th Omni  and the following documents to be served via First Class Mail on Carlos Alsina Batista Law Offices, P.S.C. (MMLID: 1260550), Attn: Carlos C Alsina Batista, 638 Aldebaran St., #201, San Juan, PR 00920:

- Notice of Filing of Amended Proposed Order Regarding Motion for Order (A) Establishing

Deadlines and Procedures for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof [Docket No. 11814, Case No. 17 BK 3283; Docket No. 38, Case No. 19 BK 5523]

- Reply of Puerto Rico Fiscal Agency and Financial Authority to Cobra Acquisition LLC's Omnibus Objection to Fee Applications Filed by Professionals and Request to Increase Holdback Amount [Docket No. 11843]

- Informative Motion of the Financial Oversight and Management Board for Puerto Rico, Acting by and Through Its Special Claims Committee, Regarding Order on Procedures for Attendance, Participation and Observation of the March 4-5, 2020 Hearing [Docket No. 11847]

- Reply of Financial Oversight and Management Board to Cobra Acquisition LLC's Omnibus Objection to Fee Applications Filed by Professionals and Request to Increase Holdback Amount [Docket No. 11879, Case No. 17 BK 3283; Docket No. 1922, Case No. 17 BK 4780]

- Amended Informative Motion of the Financial Oversight and Management Board for Puerto Rico, Acting by and through its Special Claims Committee, Regarding Order on Procedures for Attendance, Participation and Observation of the March 4-5, 2020 Hearing [Docket No. 11884]

- Informative Motion Regarding Attendance at March 4-5, 2020 Omnibus Hearing [Docket No. 11890]

- Urgent Motion for Extension of Deadlines [Docket No. 11943]

- Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, *et al.* [Docket No. 11946, Case No. 17 BK 3283; Docket No. 42, Case No. 19 BK 5523; Docket No. 821, Case No. 17 BK 3566]

- Disclosure Statement for the Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, *et al.* [Docket No. 11947, Case No. 17 BK 3283; Docket No. 822, Case No. 17 BK 3566]

- Omnibus Opposition of Government Parties to Motions to Compel Production of Documents Concerning Preliminary Hearings on CCDA, PRIFA, and HTA Lift-Stay Motions (ECF Nos. 11686, 11687) [Docket No. 11948, Case No. 17 BK 3283; Docket No. 716, Case No. 17 BK 3567]

- Joint Motion of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority for an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule,

(IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots, and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election, and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures [Docket No. 11950, Case No. 17 BK 3283; Docket No. 44, Case No. 19 BK 5523; Docket No. 823, Case No. 17 BK 3566]

- Fourth Interim Application of Norton Rose Fulbright US LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Debt Financing Counsel to Puerto Rico Electric Power Authority for the Period from June 1, 2019 through June 30, 2019 and from October 1, 2019 through January 31, 2020 [Case No. 17 BK 3283, Docket No. 12338; Case No. 17 BK 4780, Docket No. 1936]

- Second Interim Application of PFM Group Consulting LLC, Consultant to Proskauer Rose LLP, as Counsel to the Financial Oversight and Management Board for Puerto Rico, for Allowance of Compensation and Reimbursement of Expenses, for the Period September 1, 2019 - November 30, 2019 [Docket No. 12347]

- Interim Application of Munger, Tolles & Olson LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys to the Financial Oversight and Management Board for Puerto Rico for the Period from October 1, 2019 through November 30, 2019 [Docket No. 12350]

- Notice of Filing of the Interim Application of Munger, Tolles & Olson LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys to the Financial Oversight and Management Board for Puerto Rico for the Period from October 1, 2019 through November 30, 2019 [Docket No. 12351]

- Eighth Interim Application of Phoenix Management Services, LLC, Financial Advisor to the Mediation Team, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period September 30, 2019 through February 2, 2020 [Docket No. 12355]

- Eighth Interim Application of Luskin, Stern & Eisler LLP, as Special Counsel to the Financial Oversight and Management Board for Puerto Rico for Professional Compensation and Reimbursement of Expenses, for the Period from October 1, 2019 through January 31, 2020 [Docket No. 12356]

- Notice of Filing of Eighth Interim Application of Luskin, Stern & Eisler LLP, as Special Counsel to the Financial Oversight and Management Board for Puerto Rico for Professional Compensation and Reimbursement of Expenses for the Period from October 1, 2019 through January 31, 2020 [Docket No. 12357]

- Second Interim Fee Application of Berkeley Research Group, LLC for Payment of Compensation and Reimbursement of Expenses for Consulting Services to the Financial Oversight and Management Board of Puerto Rico, as Representative of Debtor, Puerto Rico Electric Power Authority ("PREPA") for the Period from October 1, 2019 through

January 21, 2020 [Docket No. 12358]

- Ninth Monthly Fee Statement of PJT Partners LP as Investment Banker and Financial Advisor to the Financial Oversight and Management Board of Puerto Rico for Compensation and Reimbursement of Out-of-Pocket Expenses Incurred for the Period of October 1, 2019 through October 31, 2019 [Docket No. 12398]

- Tenth Monthly Fee Statement of PJT Partners LP as Investment Banker and Financial Advisor to the Financial Oversight and Management Board of Puerto Rico for Compensation and Reimbursement of Out-of-Pocket Expenses Incurred for the Period of November 1, 2019 through November 30, 2019 [Docket No. 12399]

- Eleventh Monthly Fee Statement of PJT Partners LP as Investment Banker and Financial Advisor to the Financial Oversight and Management Board of Puerto Rico for Compensation and Reimbursement of Out-of-Pocket Expenses Incurred for the Period of December 1, 2019 through December 31, 2019 [Docket No. 12400]

- Third Interim Fee Application of PJT Partners LP as Investment Banker and Financial Advisor to the Financial Oversight and Management Board of Puerto Rico for Compensation and Reimbursement of Out-of-Pocket Expenses Incurred for the Period of October 1, 2019 through January 31, 2020 [Docket No. 12401]

- Twelfth Monthly Fee Statement of PJT Partners LP as Investment Banker and Financial Advisor to the Financial Oversight and Management Board of Puerto Rico for Compensation and Reimbursement of Out-of-Pocket Expenses Incurred for the Period of January 1, 2020 through January 31, 2020 [Docket No. 12402]

- Third Interim Fee Application of Ileana C. Cardona Fernndez, Esq. Local Conflicts Counsel for the Financial Oversight and Management Board, Acting Through its Special Claims Committee, for Professional Compensation and Reimbursement of Expenses for the Eighth Interim Fee Period from October 1, 2019 through January 31, 2020 [Docket No. 12403]

- Notice of Filing of Third Interim Application of Ileana C. Cardona Fernandez, Esq., Local Conflicts Counsel to the Financial Oversight and Management Board, Acting Through its Special Claims Committee, for Professional Compensation and Reimbursement of Expenses for the Eighth Interim Fee Period from October 1, 2019 through January 31, 2020 [Docket No. 12404]

- Diaz & Vazquez Law Firm, P.S.C. First Interim Application for Allowance of Compensation for Professional Services Rendered as Attorneys for the Puerto Rico Electric Power Authority and Reimbursement of Expenses for the Eighth Interim Compensation Period (August 2019 - January 2020) [Case No. 17 BK 3283, Docket No. 12405; Case No. 17 BK 04780, Docket No. 1938]

On April 7, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Notice of Adjournment re 86th Omni to be served via First Class Mail on Carmen M. Garcia Figueroa (MMLID: 1657579), P.O. Box 1045, Rincon, PR 00677-1045.

On April 7, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Notice of Adjournment re 89th Omni to be served via First Class Mail on Esther E. Pino Roman (MMLID: 1604269), PO Box 1247, Columbia, MD 21044-0247.

On April 7, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Notice of Adjournment re 98th Omni to be served via First Class Mail on Josue Concepcion Fuentes (MMLID: 1558903), PO Box 6103, Aguadilla, PR 00604-6013.

On April 7, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Notice of Adjournment re 121st Omni to be served via First Class Mail on Maria de los Angeles Velez Torres (MMLID: 1678903), 3580 Dovetall Ave, Kissimmee, FL 34741-2936.

On April 7, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Notice of Adjournment to be served via First Class Mail on  (1) Gladys Gonzalez Torres (MMLID: 999002), D6 Urb Los Cerros, Adjuntas, PR 00601-2025; (2) Margarita Valladares Arroyo (MMLID: 1910659), HC 2 Box 5840, Penuelas, PR 00624-9828; and (3) Rosalina Zayas Vargas (MMLID: 2123811), PO Box 8386, Ponce, PR 00732-8386.


Dated: April 10, 2020


                                                            */s/ Nuno Cardoso*
                                                            Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 10, 2020, by Nuno Cardoso, proved to me on the basis of satisfactory evidence to be the person who appeared before me.


*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 41206