JUNTA DE SUPERVISIÓN Y ADMINISTRACION FINANCIERA PARA PUERTO RICO
(PROMESA)
REPRESENTANTE DEL
ESTADO LIBRE ASOCIADO DE PUERTO RICO

| | |
|---|---|
| LUZ NEREIDA SERRANO HERNANDEZ<br><br>Apelante<br><br>vs.<br><br>ADMINISTRACIÓN DE DERECHO AL TRABAJO<br><br>DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS<br><br>Interventor | # DE RECLAMACIÓN: 159500<br><br>CASO NÚM.: 2005-07-0091<br><br>RETRIBUCIÓN |

Solicité apelación a la Comisión Apelativa de la Administración de Recursos Humanos del Servicio Público de Puerto Rico en 28 de julio de 2005, toda vez que no estuve de acuerdo con que no me concedieran un paso por mérito al personal gerencial efectivo al 3 de agosto de 2004.

No se me concedió ese paso por mérito porque determinaron que no cumplía con las normas de aplicabilidad, no por mis méritos, sino porque había tenido una ausencias por enfermedad ya que estaba reportada al Fondo del Seguro del Estado de Puerto Rico.

La Comisión Apelativa resolvió luego de varios trámites procesales, que mediante Moción de Desestimación con Perjuicio se llegó a un acuerdo transaccional que puso fin a la controversia. Se ordenó el archivo por desistimiento, Artículo VIII, Sec. 8.5 del Reglamento Procesal de la Comisión. Así lo acordó la Comisión Apelativa el 7 de febrero de 2011.

Adjunto copia del cheque que recogí devuelto toda vez que fue enviado a una dirección incorrecta. Incluyo copia del Acuerdo de Transacción que le enviaron a mi abogado el Lic. Carmelo Dávila Torres. En ese Acuerdo de Transacción se establece que con el propósito de evitar gastos, molestias e inconvenientes, las partes decidieron disponer de la controversia objeto de la Apelación.

El Departamento del Trabajo y Recursos Humanos se comprometió a pagar los salarios adeudados menos los descuentos por concepto de la transacción. El Lic. Antonio R. Lanzar envío a mi representante legal un correo electrónico indicando que el Secretario del Trabajo le autorizó a llegar a un Acuerdo Transaccional. Incluyó un reporte de la Oficina de Nóminas del Departamento, en el cual muestra un análisis de los sueldos adeudados y el período que correspondían. Adjunto tal acuerdo y el análisis con los descuentos de Ley.

Entendí con ese análisis que me pagarían Retiro, Seguro Social y Fondo del Seguro del Estado. No me indicaron en ningún momento que no llevarían esos sueldos a Retiro, de habérmelo comunicado no hubiese firmado tal acuerdo, ya que me perjudicaría en mi pensión. Faltaría acreditarle a mis ingresos considerados para mi pensión $3,060.00, lo que me acreditaría para una

pensión $1,871.15 en vez de $1,807.39. Se entiende que deben $63.75 en cada mes posterior a octubre del 2007. Lo que suma $9,371.25 a la fecha de hoy, 3 de abril de 2020.

*Luz Nereida Serrano Hernández* (firma)

Luz Nereida Serrano Hernández
Hc 5 Box 4682, Las Piedras PR 00771
Teléfono: 787-383-2916 / 787-716-0401
l.nereida@yahoo.com

Lcdo. Carmelo Dávila Torres
Villa Carolina 613 Bloque 242 #14
Carolina Puerto Rico 00985
Teléfono: 787-767-3383 / 787-509-2827
cdavilla77@hotmail.com

Lcdo. Antonio R. Lanzar Lluret
Negociado de Asuntos Legales
Departamento del Trabajo y Recursos Humanos
PO Box 71592
San Juan, Puerto Rico 00936-8692
Teléfono: 787-754-5358
alanzar@dtrh.gobierno.pr

Secretaría (Clerk's Office
Tribunal de distrito de los Estados Unidos (*United States District Court*)
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

Abogado de la Junta de Supervisión (Counsel for the Oversight Board)
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienenstock
Brian S. Rosen

Abogados del Comité de Acreedores (Counsel for the Creditors' Committee)
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz