UNITED STATES POSTAL SERVICE.

Retail

**P** US POSTAGE PAID
**$8.05**
Origin: 00771
04/04/20
4254000771-21

PRIORITY MAIL 1-DAY ®

0 Lb 12.10 Oz
1005

EXPECTED DELIVERY DAY: 04/06/20

SHIP TO:
SAN JUAN PR 00918

USPS TRACKING® NUMBER



9505 5143 6248 0095 3463 20

A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.







PS00001000060

Legal Flat Rate Envelope
EP14L February 2014
OD: 15 x 9.5

PRESS FIRMLY TO SEAL

PRIORITY MAIL LEGAL SIZE POSTAGE REQUIRED

FROM:



PRIORITY MAIL ★

UNITED STATES POSTAL SERVICE ®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Luz Nereida Serrano Hernández
HC 05 Box 4682
Las Piedras P.R. 00771-9630

TO: Secretaría
Tribunal de Distrito de los EEUU
Room 150 Federal Building
San Juan Puerto Rico 00918-1767
150 avenida Chardon
Suite 150

Label 228, March 2016   FOR DOMESTIC AND INTERNATIONAL USE

RECEIVED & FILED
2020 APR -7 PM 2:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE


UNITED STATES POSTAL SERVICE ®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14L © U.S. Postal Service; February 2014; All rights reserved.