26 de marzo de 2020



Sra. Asunción Ruiz Ruiz
Reparto Esperanza Calle Monserrate Pacheco #P-14
Yauco, Puerto Rico 00698-3137
(787) 242-2995
Número de reclamación 118165
Seguro Social XXX-XX-8424

El motivo de esta réplica que presento, plantea que en el 1984 se creó la Ley 89
"El ROMERAZO", la cual le otorgaba un aumento de $100.00 a los empleados del
Gobierno del Estado Libre Asociado de Puerto Rico.

Basado en el tiempo en que comencé a laborar en el Departamento de Educación
del Estado Libre Asociado de Puerto Rico en 1984 hasta el presente, siendo la
fecha de mi jubilación DICIEMBRE de 2007; con estos datos en consideración se
me adeuda $432,000.00, siendo la cantidad de años calculados treinta y seis
(36).

Agradeceré que se considere esta replica presentada, a fin de recibir el monto
adeudado por el Gobierno del Estado Libre Asociado de Puerto Rico, cónsono
con las estipulaciones de la Ley 89 del 1984, mejor conocida como "EL
ROMERAZO".

Respetuosamente,

*Asunción Ruiz Ruiz*
Sra. Asunción Ruiz Ruiz

* Nota de Corrección
Error en la cantidad que me adeudan
por años de servicio y vacaciones, es
por $42,000.00   Gracias;