**Número de Evidencia de Reclamación:**
**Reclamante:**

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. ¿Cuál es el fundamento de su reclamación?

   ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☐ Empleo actual o anterior en el gobierno de Puerto Rico

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _____

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):

   Año 1984-2020 = $42,000.0

   *[firma: Asunción Ruiz Ruiz]*

Número de Evidencia de Reclamación:
Reclamante:

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. *Responda preguntas 3(a)-(d).*

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: Estado Libre Asociado de Puerto Rico - Departamento de Educación de P.R.

3(b). Identifique las fechas de su empleo con relación a su reclamación: Año 1984 - 2020

3(c). Últimos cuatro dígitos de su número de seguro social: XXX-XX-8424

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☒ Jubilación
   - ☒ Salarios impagos
   - ☒ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☒ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. *Responda Preguntas 4(a)-(f).*

4(a). Identifique el departamento o agencia que es parte de esta acción. Departamento de Educación de Puerto Rico

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico 150 Carlos Chardon Street Federal Building San Juan, P.R. 00698-1767

4(c). Número de caso: Programa Título III num 17 BK 3283-LTS

4(d). Título, epígrafe, o nombre del caso: Junta de Supervisión y Administración Financiera de P.R. Ley 89 de 1984. "El Romerazo"

Asunción Ruiz Ruiz

2

Número de Evidencia de Reclamación:
Reclamante:

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
pendiente de resolución

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?
Sí, Agosto 1984 al presente año 2020 con un monto total de $42,000.00

*Asunción Ruiz Ruiz*

Nota: No tengo talonarios de mis años de servicio
Pero, en el 1984 mis primeros cheques eran de $685.00
Luego, fue aumentado primero por años de servicio y
después por mi maestría Terminé ganando $2,820.00
cuando me retiré ARR 3-14-2008
en el 2007-dic.20.

**Estado Libre Asociado de Puerto Rico**
592 - Sistema de Retiro Maestro-Pens

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 03/01/2008 |
| Hasta: | 03/15/2008 |
| # Cheque: | 01570166 |
| Fecha: | 03/14/2008 |

ASUNCION RUIZ RUIZ
URB REPARTO ESPERANZA
P14 CALLE MONSERRATE PACHECO
YAUCO PR 00698-3137
SS: 3424

| | |
|---|---|
| # Empleado: | 8424 |
| Dept: | 592170-EDAD LEY 91 2004 |
| Oficina: | EDA LEY 91 2004 |
| Titulo: | Pensionado |
| Sueldo: | $1,118.32 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 + 99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

**HORAS E INGRESOS**

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago Retro Pensionados | | | 2,633.46 | | 2,633.46 |
| Pago de Salarios Regulares | | 0.00 | | 75.00 | 559.16 |
| Total: | | | 2,633.46 | 75.00 | 3,192.62 |

**IMPUESTOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

**DEDUCCIONES** / **DEDUCCIONES GENERALES** / **BENEFICIOS PATRONALES**

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Total: | 0.00 | 0.00 | Total: | 0.00 | 0.00 | * Tributable | | |

**TOTAL BRUTO** / **TOTAL IMPUESTOS** / **DEDUCCIONES TOTALES** / **PAGA NETA**

| | | | |
|---|---|---|---|
| Corriente: | 2,633.46 | 0.00 | 0.00 | 2,633.46 |
| Acumulado: | 3,192.62 | 0.00 | 0.00 | 3,192.62 |

**DISTRIBUCION PAGA NETA**

| | |
|---|---|
| Cheque #01570166 | 2,633.46 |
| Total: | 2,633.46 |

**PTO HORAS ACUM**
Balance Inicial: 0.0
+ Acumulado:
- Utilizado:
- Donada:
+ Ajustes:
Balance Final: 0.0

MENSAJE: incluye ene-feb- marzo hasta 15-2008 NO ARR

Cheque de pensión - retroactiva
primer cheque desde Dic-20-2007
que me retiré

*Handwritten:* 3-15-2008 Segundo cheque de retiro 1ra quincena de marzo-2008

**Estado Libre Asociado de Puerto Rico**
592 - Sistema de Retiro Maestro-Pens

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 03/01/2008 |
| Hasta: | 03/15/2008 |
| # Cheque: | 01570165 |
| Fecha: | 03/14/2008 |

ASUNCION RUIZ RUIZ
URB REPARTO ESPERANZA
P14 CALLE MONSERRATE PACHECO
YAUCO PR 00698-3137
SS:

# Empleado:
Dept: 592170-EDAD LEY 91 2004
Oficina: EDA LEY 91 2004
Titulo: Pensionado
Sueldo: $1,118.32 Monthly

DATA IMP: Federal PR
Estado Civil: Married Married
Concesiones: 0 39 +99
Pct. Adcl.:
Cant. Adcl.:

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 559.16 | 75.00 | 559.16 |
| Pago Retro Pensionados | | | 0.00 | | 2,633.46 |
| Total: | | | 559.16 | 75.00 | 3,192.62 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| * Tributable | | |

### TOTAL BRUTO
Corriente: 559.16
Acumulado: 3,192.62

### TOTAL IMPUESTOS
0.00
0.00

### DEDUCCIONES TOTALES
0.00
0.00

### PAGA NETA
559.16
3,192.62

### BCO HORAS ACUM
Balance Inicial: 0.0
+ Acumulado:
- Utilizado:
- Donada:
+ Ajustes:
Balance Final: 0.0

### DISTRIBUCION PAGA NETA
Cheque #01570165    559.16
Total:    559.16

MENSAJE:

*Signature:* Asuncion Ruiz Ruiz

*antes de mi retiro*

2nda quincena de Marzo despues siguieron llegando cada quincena.

3-28-2008

**Estado Libre Asociado de Puerto Rico**
592 - Sistema de Retiro Maestro-Pens

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 03/16/2008 |
| Hasta: | 03/31/2008 |

# Cheque: 01684763
Fecha: 03/28/2008

ASUNCION RUIZ RUIZ
URB REPARTO ESPERANZA
P14 CALLE MONSERRATE PACHECO
YAUCO PR 00698-3137
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 592170-EDAD LEY 91 2004 |
| Oficina: | EDA LEY 91 2004 |
| Titulo: | Pensionado |
| Sueldo: | $1,118.32 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

**HORAS E INGRESOS**

| | Corriente | | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 559.16 | 157.50 | 1,118.32 |
| Pago Retro Pensionados | | | 0.00 | | 2,633.46 |
| | | | 559.16 | 157.50 | 3,751.78 |

Total:

**IMPUESTOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

**DEDUCCIONES**

| Descripcion | Corriente | Acumulado |
|---|---|---|

**DEDUCCIONES GENERALES**

| Descripcion | Corriente | Acumulado |
|---|---|---|

**BENEFICIOS PATRONALES PAGADOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|

Total: 0.00 0.00 | Total: 0.00 0.00 | * Tributable

**TOTAL BRUTO**
Corriente: 559.16
Acumulado: 3,751.78

**TOTAL IMPUESTOS**
0.00
0.00

**DEDUCCIONES TOTALES**
0.00
0.00

**PAGA NETA**
559.16
3,751.78

**DISTRIBUCION PAGA NETA**
Cheque #01684763  559.16
Total:  559.16

**PTO HORAS** ACUM
Balance Inicial: 0.0
+ Acumulado:
- Utilizado:
- Donada:
+ Ajustes:
Balance Final: 0.0

MENSAJE:

*Asuncion Ruiz Ruiz* (signature)