Asuncion Ruiz-Ruiz
Urb Reparto Esperanza
P14 Moserrate Pacheco
Yauco, PR 00698-3137

SAN JUAN, P.R.
CLERK'S OFFICE
U.S. DISTRICT COURT
2020 APR -7 PM 3:11
RECEIVED & FILED

01 APR

Secretaria (Clerk's office)
Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767

