TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

In Re: PROMESA,

JUNTA DE SUPERVISION Y ADMINISTRACION, Titulo III
FINANCIERA PARA PUERTO RICO,

Núm. 17 BK 3283-LTS

Como representante de (Administrada Conjuntamente)

ESTADO LIBRE ASOCIADO DE PUERTO RICO,

Et al., La presente radicación guarda relación con el ELA, la ACT y el SRE

Deudores.

## REPLICA DEL DEMANDANTE A LA CENTESIMA SEXAGESIMA TERCERA OBJECION GLOBAL

Comparece el demandante, **Luis Ortiz Cartagena**, y presenta la siguiente replica en oposición a la centésima sexagésima tercera objeción global.

1. El número de reclamación del demandante es 169061.
2. E número de seguro social del demandante es XXX-XX-0997.
3. El demandante es residente de Puerto Rico con dirección en HC-01 Box 4254 Salinas, Puerto Rico y número de teléfono 787-432-3058.
4. El fundamento de mi reclamo está basado en mi empleo en el Gobierno de Puerto Rico desde 1936 hasta el 1997. Durante mis 34 años de trabajo en la Corporación Azucarera de Puerto Rico, Central Aguirre, Salinas yo adquirí un derecho a beneficio de pensión/plan de retiro el cual al día de hoy no he recibido.
5. El monto estimado de mi reclamo es treinta y cuatro mil dólares ($34,000.00) basado en el cálculo de aproximadamente mil dólares ($1,000) por cada año trabajado en la Corporación Azucarera de Puerto Rico y cualquier otra cantidad a la que por disposición de ley el demandante tenga derecho.
6. El demandante solicita el tribunal declare no ha lugar la objeción global en relación a su reclamación. El demandante solicita su reclamación se declare ha lugar y se disponga el pago de su retiro/pensión por los años trabajados en la Corporación Azucarera de Puerto Rico.

En Salinas Puerto Rico hoy 30 de marzo de 2020.

Luis Ortiz Cartagena
HC 01 Box 4254
Salinas, P.R. 00751

Certificado

En el dia de hoy 30 de marzo de 2020 envié copia de la presente replica por correo postal a las siguientes personas: