Sr. Luis ~~Ortiz~~
HC. 01 Box. 4054
Salinas PR 00751

Case:17-03283-LTS Doc#:12729-1 Filed:04/07/20 Entered:04/13/20 16:25:32 Desc: Envelope Page 1 of 1

SAN JUAN PR 009
31 MAR 2020 PM 2 L

RECEIVED & FILED
2020 APR -7 PM 3:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

To: Tribunal de Distrito de los Estados Unidos
Room 150 federal Building
San Juan, P.R. 00918-1767

00918$9999