1ro de abril 2020

Sra. Nuncia Ruiz Ruiz
Reparto Esperanza
P-18 Calle Monserrate Pacheco
Yauco, Puerto Rico 00698-3137
787-527-5206

Numero de reclamación
164227

Seguro Social
XXX-XX-2832

Señores:

El motivo de esta réplica que presento, plantea que en el año 1984 se creó la ley 89 "El Romerazo", la cual le otorgaba un aumento de $100.00 a los empleados del Gobierno del Estado Libre Asociado de Puerto Rico.

Basado en el tiempo que comencé a laborar en el Departamento de Educación de Puerto Rico en el año 1964 hasta mi jubilación en el año 1995, treinta años de servicio, considero que se me adeuda la cantidad de $43,200 por años de trabajo y retiro, hasta el presente.

Agradeceré que se considere esta réplica presentada, a fin de recibir el monto adeudado por el Gobierno del Estado Libre Asociado de Puerto Rico, consono con las estipulaciones de la Ley 89 del 1984, mejor conocida como "El Romerazo".

Respetuosamente
Nuncia Ruiz Ruiz
Sra. Nuncia Ruiz Ruiz

