Número de Evidencia de Reclamación:

Reclamante:

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. ¿Cuál es el fundamento de su reclamación?

    ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☐ Empleo actual o anterior en el gobierno de Puerto Rico

    ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _____

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):
    Año 1989-2020  $43,200

*[signature: Glunaia Ruiz Ruiz]*

*Número de Evidencia de Reclamación:*
*Reclamante:*

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. *Responda preguntas 3(a)-(d).*

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: Estado Libre Asociado de Puerto Rico Departamento Educación

3(b). Identifique las fechas de su empleo con relación a su reclamación: Año 1984-2020

3(c). Últimos cuatro dígitos de su número de seguro social: XXX-XX-2832

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☒ Jubilación
   - ☒ Salarios impagos
   - ☒ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☒ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   _____
   _____

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. *Responda Preguntas 4(a)-(f).*

4(a). Identifique el departamento o agencia que es parte de esta acción. Departamento de Educación de Puerto Rico

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico. 150 Carlos Chardon street, Federal Building, San Juan, Puerto Rico 00918-1767

4(c). Número de caso: Promesa Título III Número 17 BK 3283-LTS

4(d). Título, epígrafe, o nombre del caso: Junta de Supervisión y Administración Financiera de P.R. Ley 89 de 1984 "El Romerazo"

2

*Yuncia Ruiz Ruiz*

Número de Evidencia de Reclamación:
Reclamante:

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
_Pendiente de Resolución_

4(f). ¿Tiene usted una sentencia impaga? ☒ / No  (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?
_Agosto 1964 - 2020  $43,200_

*[signature: Ygnacio Ruiz Ruiz]*

3

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/01/2019 |
| Hasta: | 12/15/2019 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 5034881 |
| Fecha Aviso: | 12/13/2019 |

**NUNCIA RUIZ RUIZ**
REPTO ESPERANZA
P18 CALLE MOSERRATE PACHECO
YAUCO PR 00698-3137
SS: XXX-XX-2832

| | |
|---|---|
| # Empleado: | XXXXX2832 |
| Dept: | 592060-Anos de Serv:032 |
| Lugar: | Ley 218/51:032 |
| Titulo: | Pensionado |
| Sueldo: | $1,020.66 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 19 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | 6.280985 | 81.25 | 510.33 | 1,868.75 | 11,737.59 |
| Bono Navidad Pensionados | | | 0.00 | | 200.00 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | 81.25 | 510.33 | 1,868.75 | 12,037.59 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 52.00 | 884.00 |
| AS-ASOC PENSIONADOS | 1.00 | 23.00 |
| SM-First Medical Ley 117 | 0.00 | 255.00 |
| Total: | 53.00 | 1,162.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Ley 117 | 0.00 | 300.00 |
| SM-First Medical Health Plan | 0.00 | 800.00 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 510.33 | 0.00 | 53.00 | 457.33 |
| Acumulado: | 12,037.59 | 0.00 | 1,162.00 | 10,875.59 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5034881 | 457.33 |
| Total: | 457.33 |

**MENSAJE:**

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
12/13/2019

Aviso No.
5034881

Cant. Deposito: ___$457.33___

TRAY 56 SQ 12752**********SCH 5-DIGIT 00653     12752 2 AV 0.383
NUNCIA RUIZ RUIZ
REPTO ESPERANZA
P18 CALLE MOSERRATE PACHECO
YAUCO PR 00698-3137

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 477031049 | $457.33 |
| Total: | | $457.33 |

**NO-NEGOCIABLE**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/16/2019 |
| Hasta: | 12/31/2019 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 5290262 |
| Fecha Aviso: | 12/30/2019 |

**NUNCIA RUIZ RUIZ**
REPTO ESPERANZA
P18 CALLE MOSERRATE PACHECO
YAUCO PR 00698-3137
SS: XXX-XX-2832

| | |
|---|---|
| # Empleado: | XXXXX2832 |
| Dept: | 592060-Anos de Serv:032 |
| Lugar: | Ley 218/51:032 |
| Titulo: | Pensionado |
| Sueldo: | $1,020.66 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 19 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | 6.280985 | 81.25 | 510.33 | 1,950.00 | 12,247.92 |
| Bono Navidad Pensionados | | | 0.00 | | 200.00 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| **Total:** | | 81.25 | 510.33 | 1,950.00 | 12,547.92 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 52.00 | 936.00 |
| AS-ASOC PENSIONADOS | 1.00 | 24.00 |
| SM-First Medical Ley 117 | 0.00 | 255.00 |
| **Total:** | 53.00 | 1,215.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00 | 900.00 |
| SM-First Medical Ley 117 | 0.00 | 300.00 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 510.33 | 0.00 | 53.00 | 457.33 |
| Acumulado: | 12,547.92 | 0.00 | 1,215.00 | 11,332.92 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5290262 | 457.33 |
| Total: | 457.33 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
12/30/2019

Aviso No.
5290262

Cant. Deposito: $457.33

TRAY 56 SQ 12752******************SCH 5-DIGIT 00653    12752 2 AV 0.383
NUNCIA RUIZ RUIZ
REPTO ESPERANZA
P18 CALLE MOSERRATE PACHECO
YAUCO PR 00698-3137

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 477031049 | $457.33 |
| Total: | | $457.33 |

**NO-NEGOCIABLE**