Yuricia Ruiz Ruiz
Rpto Esperanza BP18
Calle Shoinate Pobres
Yauco, P.R. 00698

SAN JUAN PR 009
07 APR 2020 PM 2 L

Secretaria (Clerks Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2020 APR -7 PM 3: 10

RECEIVED & FILED