Dee: Dario M. Traverso Vzqz                    3/23/2020
PO Box 284
Carr 411 km 1.0
Bo Piedras Blancas
Aguada PR 00602
787 922 0372
daristraverso@yahoo.com
Reclamacion 55345

A: United State District Court
   Clerk office 150 Ave Carla Chardón
   150 Ave Carla Chardon
   Suit 150
   Sn Jun PR 00918-1769

El motivo para aponerme a la Objeccion
global y por la que el Tribunal node
declarar a lugar mi reclamo, y
amparandome a la Ley 16, consiste
en que no se me pagaran los dias
acumulada por enfermed, mientras
ejucia mi funcion como directora
escolar en la escuela Profa Juana Rosario
en Aguada, PR 00602 (Ave. Nativo Alers).
Ademas, nunca se nos dio en
aumento salarial durante los ano

pasado 10 años de pericia

Se adjunta documento (copia)
de asistencia del Sistema. TAC
del DE de PR, al 61 06/2018
con su número de kcreno 76233
y de la cuenta de pago de:

Redacted

schoolwide 18A

el monto adeudado es de aproximada-
mente de $7,000 por los días
de enfermedad no cobrado.

Nereida M. Traverso Vázquez
Reclamación 55365