**TRAVERSO VAZQUEZ, DORIS M**     76233

**6/06/2018, Selected Date**     **1 Employee(s) Selected**

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Shift | Daily | Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wed 6/06 | | | 7:16AM | | 4:00PM | | | | 7:30AM-4:00PM | 7:44 | 7:44 | 7:44 |

## Accruals

| Accrual Code | Accrual Available Balance | Accrual Units | Accrual Reporting Period | Accrual Opening Balance | Accrual Ending Balance |
|---|---|---|---|---|---|
| ENFERMEDAD | 423:17 *(handwritten: 45 dias 52 min, 56.3.17)* | Hour | Mon 1/01 - Mon 12/31 | 472:33 | 419:01 |
| FUNERAL | 0:00 | Hour | Mon 1/01 - Mon 12/31 | 0:00 | 0:00 |
| LIC ESC ED ESP | 9:00 | Hour | Mon 1/01 - Mon 12/31 | 0:00 | 0:00 |
| LICENCIA ESCOLAR | 5:00 | Hour | Mon 1/01 - Mon 12/31 | 0:00 | 0:00 |
| PATERNIDAD | 0:00 | Hour | Mon 1/01 - Mon 12/31 | 0:00 | 0:00 |
| VACACIONES | 557:16 *(handwritten: 74.2.16)* | Hour | Mon 1/01 - Mon 12/31 | 450:00 | 687:40 |

**Totals** *(handwritten: le D— ullimo cheque de pago de vacaciones)*

All     All

| Account | Pay Code | Amount |
|---|---|---|
| Redacted    NA/NA/NA/NA/NA/NA | REGULAR | 7:30 |