Nuno M Irauval Bquy
PO Box 084
Aguada PR 00602

1000
00918

U.S. POSTAGE PAID
FCM LETTER
AGUADA, PR
00602
MAR 25, 20
AMOUNT
$6.95
R2304M116545-11

7018 0040 0001 0054 8750

United States District Court
Clerk office
150 Avenida Carlos Chardon
Suite 150
San Juan PR 00918-1767

2020 APR -7 PM 3:09
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN

RECEIVED