Miriam Rivera Rodriguez
21-Urb. Paraiso de Coamo
Coamo P.R 00769

RECEIVED & FILED
2020 APR -7 PM 3: 09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150- Federal Building
San Juan - Puerto Rico
00918-1767

SAN JUAN PR 009
31 MAR 2020 PM 2