5 de marzo de 2020

**Secretaria / Clerk's Office**
**Tribunal de Distrito de los Estados Unidos**
**Room 150 Federal Building**
**San Juan, Puerto Rico 00918-1767**

Replica – Objeción global
Promesa, Titulo III
Núm. 17BK 3283-LTS

Re- Reclamo objeción global establecida por el Tribunal el día 12 de diciembre de 2019 referente a la solicitud de dinero no pagado por el Estado Libre Asociado de Puerto Rico.

**Migdalia Rivera Quiñones S.S. xxx-xx-5816**

Reclamación # 25670    Monto de reclamación - $10,000.00
Deudor - Estado Libre Asociado de Puerto Rico

Reclamación # 57903    Monto de reclamación - $10,000.00
Deudor - Estado Libre Asociado de Puerto Rico

Reclamación # 53494    Monto de reclamación - $10,000.00
Deudor - Estado Libre Asociado de Puerto Rico

Reclamación # 52891    Monto de reclamación - $10,000.00
Deudor- Estado Libre Asociado de Puerto Rico

Reclamación # 53536    Monto de reclamación - $10,000.00
Deudor- Estado Libre Asociado de Puerto Rico



Se incluye la cantidad de dinero adeudada que me corresponde devengar por el no pago así como los intereses y dinero de otras leyes aprobadas de las cuales no se me otorgo la compensación que me correspondía en Ley. Comencé a trabajar para el Estado Libre Asociado de Puerto Rico desde el año 1977 hasta mayo de 2009.

El Tribunal no puede declarar a lugar la objeción global en relación a mis reclamos de acuerdo o basado en mis derechos y hechos que se me adeudaron en mis años de trabajo; dinero no pagado por el Estado Libre Asociado de Puerto Rico siendo empleada durante los años que se firmaron todas las leyes. Dichas leyes y

5 de marzo de 2020
Núm. 17BK 3283-LTS
Pág.2

presupuestos fueron creados y firmados para mí como empleada del Estado Libre Asociado de Puerto Rico. La evidencia para poder probar y sustentar mis reclamos a la Ley Promesa son las siguientes incluidas:

Forma 409 – Informe de cambios

Carta Sistema de Retiro- 2 de noviembre de 2009

Certificación de fecha de antigüedad – 22 de noviembre de 2009

Les informo que no pude sustentar mi objeción en el tiempo estipulado debido la severa crisis por la que hemos estado pasando todos en Puerto Rico y a mi condición de salud física y emocional.

Favor de enmendar mis reclamos con la información aquí incluida. De necesitar información adicional favor de comunicarse con la que suscribe a la siguiente dirección

*[signature]*

Migdalia Rivera Quiñones
Urb. Quintas del Sur calle 9 J13
Ponce, Puerto Rico 00728
787 974-9750
Email – migyaya@yahoo.com