## DEPARTAMENTO DE EDUCACIÓN

Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos
Informe de Cambios - Personal Docente

| Cambio | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | MIGDALIA RIVERA QUIÑONES | |
| 2. Seguro Social | -5816 | |
| 3. Lugar y Fecha de Nacimiento | PONCE P.R. 6 DE OCTUBRE DE 1954 | |
| 4. Sexo | F | |
| 5. Estado Civil | | |
| 6. Preparación Académica | MA | |
| 7. Experiencia | 32-0-0 | |
| 8. Status | PERMANENTE | |
| 9. Sueldo Bruto | $3,480.00 | |
| 10. Número de Puesto | R51967 | |
| 11. Categoría de Puesto | DIRECTORA ELEMENTAL III | |
| 12. Nivel de Puesto Directivo | | |
| 13. Fondo | ESTATAL | |
| 14. Cifra de Cuenta | | |
| 15. Fecha de Efectividad | 29 DE MAYO DE 2009 | |
| 16. Acción y Duración | RETIRO POR EDAD Y AñOS DE SERVICIOS | |
| 17. Causa de Cese | | |
| 18. Ultimo Día de Trabajo | 29 DE MAYO DE 2009 | |
| 19. Ultimo Día de Pago | | |
| 20. Programa Escolar, nivel y grado | | |
| 21. Turno en Registro | | |
| 22. Escuela | RAMON E. BETANCES | |
| 23. Distrito Escolar | PONCE III | |
| 24. Dirección Postal y Residencial PONCE P.R. 00728 | Urb. Quintas del Sur Calle 9 J-13 | 25. Teléfono Residencial  787-974-9750 |

Vo/Bo. Directora Regional

27. En caso de cambio de "status" a probatorio o permanente, traslado, reasignacion permanente, reubicacion o descenso.

Firma del Empleado            Fecha

28. Recomendado

Director de Escuela           Fecha

29. Deseo: ___Acogerme    ___No Acogerme
Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatoriao o permanente.

Firma del Empleado            Fecha

30. Recomendado

Director de Escuela           Fecha

31. Aprobado: Por el Secretario o su Representante

Firma                                                          Fecha

Preparado por y Fecha:

Si el nombramiento es con estatus transitorio provisional el mismo constituye un CERTIFICADO PROVISIONAL DE MAESTRO.

8105112
8111252076

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN

Región – Distrito: REGION PONCE PONCE III
Escuela: RAMON E. BETANCES



Luis G. Fortuño
Gobernador

Carlos Chardón
Secretario

22 de abril de 2009

A: RIVERA QUINONES, MIGDALIA

### CERTIFICACIÓN DE FECHA DE ANTIGÜEDAD EN LA AGENCIA

Surge de los récords de esta Agencia que RIVERA QUINONES, MIGDALIA cuyo número de empleado es 47170, y que ocupa el puesto *DIRECTOR ESCUELA ELEMENTAL III*, tiene una fecha de ingreso al servicio público de *8/31/1977* con una antigüedad total de *31 años 7 meses 6 días* (la antigüedad total será la suma de todos los períodos trabajados en el servicio público según lo establecido en la Ley Núm. 7 de 9 de marzo de 2009 y la Carta Circular 2009-02 emitida por la Junta de Reestructuración y Estabilización Fiscal el 3 de abril de 2009)

En la eventualidad de que usted no esté de acuerdo con la antigüedad certificada, tiene derecho a presentar en la Oficina de Recursos Humanos de la Agencia un Formulario de Impugnación de Fecha de Antigüedad Notificada mediante la cual acompañará aquella evidencia documental oficial emitida por la autoridad o entidad gubernamental competente ("evidencia documental fehaciente") que sostenga su posición. Asimismo, tendrá derecho a exponer y fundamentar en dicho Formulario su versión en torno a la antigüedad alegada.

El término para que someta el Formulario de Impugnación de Fecha de Antigüedad y la evidencia documental oficial es de treinta (30) días calendario, a partir de la notificación de la presente. La fecha de notificación es la de la entrega, o de la fecha de envío por correo certificado con acuse de recibo de esta Certificación, según sea el caso.

De no presentar evidencia documental fehaciente, o no refutar dentro del término de treinta (30) días, la antigüedad aquí notificada, ésta será concluyente.

En caso de que presente, dentro del término de treinta (30) días el Formulario con evidencia fehaciente que controvierta la antigüedad notificada, la Agencia no tomará determinación final sobre la antigüedad sin antes darle oportunidad de tener una vista previa.

Atentamente,

*[firma]*

Carlos Chardón
Secretario



Estado Libre Asociado de Puerto Rico
Sistema de Retiro para Maestros

2 de noviembre de 2009

PROF MIGDALIA RIVERA QUIÑONES
URB QUINTAS DEL SUR
J 13 CALLE 9
PONCE PR 00728

CASO: 0863

Profesora Rivera Quiñones:

Nos referimos a su Solicitud de Retiro por **Años de Servicio y Edad,** conforme a las disposiciones de la **Ley 91**, aprobada el **29 de agosto de 2004**. Su retiro fue efectivo el **30 de mayo de 2009** y su renta mensual es de **$2,378.41**. Se incluye cheque **05298539 por $9,641.00** correspondiente a su pago retroactivo que cubre **del 30 de mayo de 2009 hasta el 15 de octubre de 2009**. Los descuentos efectuados en este pago se reflejan en forma global en su talonario de cheque.

Le informamos que usted puede autorizar al Sistema de Retiro para Maestros a descontar de su pensión, determinada cantidad para pagar compromisos contraídos, tales como; seguro médico de su preferencia u otras deducciones permitidas por ley.

Si usted no se encuentra conforme con la presente determinación podrá radicar dentro del término de 30 días a partir de la notificación de la determinación del Director o su representante, un Escrito de Apelación ante la Junta de Síndicos del SRM. Dicha solicitud puede ser radicada personalmente o enviada por correo.

**Radicaciones**

**Dirección Física:** Secretaría Junta de Síndicos, Piso 8, Capital Center, Torre Norte 235 Ave Arterial Hostos, Hato Rey, PR

**Dirección Postal:** Secretaría Junta de Síndicos, Piso 8, PO Box 191879, Hato Rey PR 00919-1879

En las radicaciones por correo, el matasellos debe mostrar que la misma fue cursada dentro del término establecido. Todos los términos mencionados en los incisos para apelar o solicitar reconsideración son en días naturales. El procedimiento de apelación se rige por el Reglamento 7053 de 15 de noviembre de 2005.

Le informamos que cualquier gestión, comunicación o trámite que efectúe con el Sistema de Retiro para Maestros distinto a los escritos antes mencionados, no interrumpe los términos que usted dispone para ejercer su derecho de apelación.

Cordialmente,

Juan Agosto Castro
Supervisor Nómina de Pensionado

jbm

PO Box 191879 San Juan, PR 00919-1879 Teléfonos (787) 754-8611 ó 1-877-JRETIRO (573-8476)
http://www.jrm.gobierno.pr E-mail: consulta@jrm.gobierno.pr