Mydalia Rivera Quiñones
Urb. Quintas del Sur
Calle 9 J 13
Ponce, PR
00728

CERTIFIED MAIL
7019 1640 0001 4816 7579

U.S. POSTAGE PAID
FCM LETTER
MERCEDITA, PR
00715
MAR 25, 20
AMOUNT
$6.55
R2305M144696-03

Secretaria/Clerk's Office
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767