Digna M. Rivera Rodriguez
21-Urb. Paraiso de Coamo
Coamo P.R. 00769

RECEIVED & FILED
2020 APR -7 PM 3:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria
Tribunal de Distrito de los E.U.
Rum 150, Federal Building
San Juan P.R. 00918-1767