Otero Abreu, Nancy I
Urb Sans Souci
Z-3 Calle 18
Bayamon PR 00957

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos (United States District Court)
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 APR -7 PM 2: 5?
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.