Modelo SC-1515 (IRM
14-mayo-71
Manual de Contabilidad

**ESTADO LIBRE ASOCIADO DE PUERTO RICO
SISTEMA DE RETIRO PARA MAESTROS
INFORME RENTA ANUAL VITALICIA**

REDACTED -0525

**ADELAIDA PACHECO COLON**

Núm. Reclamación: 42002
Sexo: F
Fecha de Nacimiento: 1949 / 10 / 16

Tipo de Renta:
- a- Años de Servicio y edad
  - Opcional (X)
  - Obligatorio ( )
- b. Edad ( )
- c- Incapacidad
  - Ocupacional ( )
  - No Ocupacional ( )
- d- Diferida ( )

Edad al Retirarse: 57 Años 2 Meses 5 Días
Servicios Acreditados: 30 Años 3 Meses 2 Sem. — Días
Costo Anualidad: $48,747.25
Fecha de Retiro: 2006 / 12 / 20
Fecha de Efectividad: 2006 / 12 / 21

Retiro Ley Núm. 91 DEL 2004

Cómputo de la Renta Anual:
a- Sueldo promedio mensual más alto durante TRES años consecutivos a $2,439.89 ............ $ 1,829.91

.75% X 30 años
(Por ciento)   (Tiempo Acreditado)

*En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad

b. Ajuste para llegar al Mínimo Establecido por ley 89

Años de Servicio $_____  Edad $_____  Incapacidad Física $_____  Diferido $_____

Diferencia Mínimo o Renta Sistema de Retiro

OFICINA DE FINANZAS
DOCUMENTOS PREINTERVENIDOS
23 FEB 2007
JOSÉ REYES DÁVILA

Renta Mensual Vitalicia ............ 1,829.91
Renta Anual Vitalicia ............ 21,958.92

Computado: Carlos J. Serrano  Fecha: 21/2/07
Cotejado: Ivonne L. Ortiz Valladares  Fecha: 2/21/07
Recomendado: Irma García Hernández, Directora Area Servicios de Retiro  Fecha: 21/2/07
Aprobado: 23/feb/07  Fecha
Dinelia Oyola Morales, Subdirectora Ejecutiva

Fecha: 2/20/2007
agb

Nombre: **ADELAIDA PACHECO COLON**

## Servicios Acreditados

| Año Escolar | Servicios Años | Meses | Sem. | Días | Sueldo Mensual | Año Escolar | Servicios Años | Meses | Sem. | Días | Sueldo mensual |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1976-77 | | | | | 550.00 | | | | | | |
| AL | 26 | 9 | 2 | ½ | | | | | | | |
| 2002-03 | | | | | 2,115.00 | | | | | | |
| 2003-04 | 1 | | | | 2,265.00 | | | | | | |
| 2004-05 | | 11 | 3 | 4½ | 2,415.00 | | | | | | |
| 2005-06 | 1 | | | | 2,515.00 | | | | | | |
| 2006-07 | | 2 | 2 | | 2,515.00 | | | | | | |
| | 28 | 22 | 7 | 5 | | | | | | | |
| Sub-Total | 30 | - | - | - | | | | | | | |
| 2006-07 | | 3 | 2 | | 2,515.00 | | | | | | |
| TOTAL | 30 | 3 | 2 | - | | | | | | | |

Desglose primer pago:           $_____
   Renta Mensual
   Deducciones:
      Asociación de Maestros    $_____
      Préstamo_____        _____
      Otras                     _____
      Total de Deduccines       _____
      Importe del Cheque        $_____

Observaciones:
                Año Escolar
   Hasta 1917-18_____    9 meses
   Desde 1918-19 hasta 1940-41_____ 10 meses
   En el 1941-42_____    11 meses
   Desde 1942-43 en adelante_____ 12 meses

Fecha: 2/20/2007

agb