SAN JUAN PR 009
27 MAR 2020 PM 1 L

Adelaida Pacheco Colon
Urb La Hacienda
Aq11 Calle 41
Guayama, PR 00784

RECEIVED & FILED
2020 APR -7 PM 3: 06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria Tribunal Distrito de Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767