Pedro L. López López
Bloc-3 Box 11111
Juana Diaz, P.R. 00795

RECEIVED & FILED
2020 APR -7 PM 2: 51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Secretaria
Tribunal de Distrito de E.U.
150 Chardon Avenue
Federal Building
San Juan P.R. 00918

00918-1703S9

00918-1703S9

© USPS 2016

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131