as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim.

b. If available and applicable to your claim, please provide:
- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing; and
- Any and all documentation you believe supports your claim.

5. If you do not have a copy of your claim, you may download a copy by visiting Prime Clerk's website at: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

6. You must sign your response where indicated below. If you do not sign your response, the clerk will not accept it for filing.

7. Please file the completed form and any supporting documents as directed in the Notice accompanying the Omnibus Objection to your claim.

## Questionnaire

1. Please provide a name, address, telephone number, and email address of either (1) the responding claimant; (2) the claimant's attorney or designated representative to whom the attorneys for the Commonwealth, HTA, or ERS should serve a reply to the response, if any; or (3) the party with authority to reconcile, settle, or otherwise resolve the Omnibus Objection on the claimant's behalf.

   - Name: Teresa Rosario Torres
   - Address: HC-05 Box 5614 Juana Diaz PR 00795
   - Telephone number: 787-382-2240
   - Email address: teresarosario2009@yahoo.com

2. Your Proof of Claim number: 122786

3. The Debtors have objected to your Proof of Claim because it does not provide sufficient information for the Debtors to understand the basis for your claim. Please check the box to which your Proof of Claim relates and explain the reason why you oppose the objection by explaining the basis for your claim. Attach additional pages if needed.

   ☑ A pending or closed legal action with or against the Puerto Rican government
   ☐ Current or former employment with the Government of Puerto Rico

   When I filled my claim I was not oriented to bring my proof of claims. Now I an sending then-

2

Please attach a copy of any other documentation or other evidence in support of your claim.

4. What is the amount of your claim (how much money do you claim to be owed):

    $40,000.00

5. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?
   - ☐ No. *Please continue to Question 6.*
   - ☑ Yes. **Answer Questions 5(a)-(d).**

5(a). Identify the specific agency or department where you were or are employed:

    Department of Education

5(b). Identify the dates of your employment related to your claim:

    2011 - 2018, 2003

5(c). Last four digits of your social security number: 0534

5(d). What is the nature of your employment claims (select all applicable):
   - ☑ Pension
   - ☑ Unpaid Wages
   - ☐ Sick Days
   - ☐ Union Grievance
   - ☐ Vacation
   - ☑ Other (Provide as much detail as possible. Attach additional pages if necessary).

    _____

6. **Legal Action.** Does your claim relate to a pending or closed legal action?
   - ☐ No.
   - ☑ Yes. **Answer Questions 6(a)-(f).**

6(a). Identify the department or agency that is a party to the action.

    The Department of Education

6(b). Identify the name and address of the court or agency where the action is pending:

    The Commonwealth of Puerto Rico

3

6(c). Case number: 17 BK-03283-LTS

6(d). Title, Caption, or Name of Case:
Title III

6(e). Status of the case (pending, on appeal, or concluded): Pending

6(f). Do you have an unpaid judgment? Yes / (No) (Circle one)

If yes, what is the date and amount of the judgment? _____

**PLEASE SIGN YOUR RESPONSE BELOW**

*Luisa Rosario Torres*
**Signature**

*Luisa Rosario Torres*
Teresa Rosario Torres
**Printed Name**

March 27, 2020
**Date**

## ANEXO E
### Formulario de réplica de la demandante

I am oppose to my claim arriving, because I had not turn in any evidence on the claiming time. I was not well oriented. I am enclosing this evidence hoping that Justice will emerge.

The Carrera Magisterial under the iss of June 30, 1999. Approvt an incentive to the persons or teachers that comprefeded a Master degree on their main teaching subjects. That did not happened to me. I had comply with the Department of Education requirements and all I got was a race on my paycheck of $150.00. It shows that the still until now owe me the rest of the stipend. I am sending evidence, which I want to comply with to continue my claim. Although there are some seminars attending certificate, due to the fact that when we attend to the different seminars. Some were turn in to the teachers and others sent by mail to the school directors and they refuse to turn them in to some of us.

2. Governor Anibal Acevedo Vila aprobe a $250.00 race to us teachers and the Department of Education had not comply with these race.

3. Under Law 447 of the Department of Retirement have not made a correct numbers accounting in my retirement payments. I worked from 9/2003 to 7/2016.

Felix Rosario Faura