**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| ROSARIO TORRES, TERESA | 122786 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| ROSARIO TORRES, TERESA | 122786 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

**GOBIERNO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**
Secretaria Auxiliar de Recursos Humanos

*OCM-11A*

*Programa de Carrera Magisterial*

*RECOMENDACIÓN DE RECONOCIMIENTO DE NIVEL*

*Certifico que se ha revisado y analizado la "**Certificación de Radicación y Aprobación del Plan de Mejoramiento Profesional**" (OCMO6) de:*

| | | |
|---|---|---|
| Nombre | : | Teresa Rosario Torres |
| Seguro Social | : | xxx-xx-0534 |
| Escuela | : | Salvador Busquets |
| Distrito Escolar | : | Santa Isabel |
| Región Educativa | : | Ponce |

*La misma cumple con  las disposiciones de Ley establecidas en los artículos 2.02 "**Miembros de la Carrera Magisterial**", 2.06 "**Activación a la Carrera Magisterial**" y 2.07 "**Formularios**", por lo cual se recomienda que se le otorgue el **Nivel I** con  un aumento salarial de **$122.50** por concepto de haber completado exitosamente con éstos.  La  vigencia de su plan es desde abril 2012 hasta abril 2017.*

*Certifico Correcto:*

por

_____
Milagros Rohena Rivera, Ed. D.
Directora

OCT 1 8 2012
_____
*Fecha*

**Nota: Este formato es para uso oficial.**

# Caribbean University

Bayamón, Puerto Rico

The Trustees of the University by virtue of the authority
vested in them and upon recommendation of the Faculty
have conferred upon

## Teresa Rosario Torres

the degree of

## Master of Arts in Education

together with all the rights, privileges and honors pertaining to that degree
and the Trustees grant this Diploma as evidence thereof.

Given at the Caribbean University at Bayamón, Puerto Rico,
this month of June, two thousand eight.





Chairman of the Board of Trustees

President of the University

# CARIBBEAN UNIVERSITY

Apartado Postal 493
Bayamón, Puerto Rico 00960-0493

## ~ Certificación ~

### Certifico que

**TERESA ROSARIO TORRES**

#### Completó los requisitos de materias conducentes al grado de:

MAESTRIA EN ARTES EDUCACION CON ESPECIALIDAD
EN CURRICULO INGLES

### en Caribbean University el día

29 DE SEPTIEMBRE DE 2007

### Expedida en Bayamón, Puerto Rico

### Hoy,

5 DE DICIEMBRE DE 2007

NOTA:
GRADO SERÁ CONFERIDO:
JUNIO 2008

_Registrador_

# DEPARTAMENTO DE EDUCACIÓN

ESTADO LIBRE ASOCIADO DE PUERTO RICO

El Secretario de Educación por la presente confiere a

*the Secretary of Education hereby issues to*

**TERESA ROSARIO TORRES**

el presente Certificado de Maestro que lo faculta para ejercer como

*this certificate that entitles the holder to perform as*

MAESTRO/A DE INGLES SECUNDARIO

TEACHER OF ENGLISH FOR THE SECONDARY SCHOOL

en las escuelas públicas o privadas de Puerto Rico.

*in the School System of Puerto Rico*

Expedido el     **14 de febrero**
*Issued on*      **February 14**                                    de 2012

Dado en San Juan de Puerto Rico, el     **14 de febrero**
*Given at San Juan, Puerto Rico on*     **February 14**            de 2012

Dr. Edward Moreno Alonso
Secretario de Educación
Secretary of Education

Número de Certificado: 979442
Certificate Number: 979442



# CONFERENCIA MAGISTRAL
## Y SEMINARIOS DE APLICACIÓN A DOCENTES



EDITORIAL
PANAMERICANA INC.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN

# Agenda

## La planificación, presente en la transformación en nuestras escuelas

**Fecha y lugar:** jueves, 4 de diciembre de 2014, Wyndham Grand Río Mar Beach Resort & Spa- Río Grande

**Fecha y lugar:** viernes, 5 de diciembre de 2014, Hotel Caribe Hilton, San Juan

**Horario:**

| | |
|---|---|
| 7:00 a. m. | Registro y desayuno |
| 8:00 a. m. | Saludos<br>Secretario Rafael Román Meléndez<br>Subsecretario Harry Valentín González<br>Preprueba |
| 8:30 a. m. | Conferencia magistral<br>*Understanding by Design® – UbD*™ **(Teoría)**<br>Dr. Grant Wiggins |
| 10:30 a. m. | Receso |
| 11:00 a. m. | Seminarios de aplicación<br><br>**Planificando con *Understanding by Design® – UbD*™**<br><br>Dr. Grant Wiggins con la colaboración de recursos de Editorial Panamericana, Inc. |
| 12:30 p. m. | Almuerzo |
| 1:30 p. m. | Presentaciones de los participantes<br>Análisis y crítica de presentaciones<br>Dr. Grant Wiggins |
| 2:30 p. m. | Sesión de preguntas y respuestas<br>Comentarios finales |
| 3:00 p. m. | Posprueba y clausura |

---

**Departamento de Educación de Puerto Rico**

T: 787-773-5800 • F: 787-282-6017 • P.O. Box 190759, San Juan, PR 00919-0759 • Calle Federico Costa #150 Hato Rey

http://www.de.gobierno.pr/ • Síguenos en: https://www.facebook.com/EDUCACIONPR https://twitter.com/educacionpr

*CERTIFICADO*

**6 Horas C**

**Houghton Mifflin Harcourt**
**Professional Development (HMHPD)**

*Teresa Rosario*

Escuela Salvador Busquets
Región Educativa de Ponce
Distrito Escolar de Santa Isabel

16 de noviembre de 2012

Carmen Torres, Director for PR and the Caribbean
HOUGHTON MIFFLIN HARCOURT



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
PROYECTO: ACTUALIZANDO PROFESORES PARA
LOGRAR OBJETIVOS Y EL DOMINIO DE LOS
ESTÁNDARES CON RECURSOS Y APOYO (A(PODER)@)
UNIDAD DE TECNOLOGÍA Y CURRÍCULO (UTC)

| | | |
|---|---|---|
| **Título :** | La integración de contenidos digitales y manipulativos en el desarrollo de destrezas | |
| **Día :** | Martes, 24 de marzo de 2015 | |
| **Hora :** | 8:00 a. m. a 3:00 p. m. | |
| **Lugar :** | Escuela José Felipe Zayas, | Código: 56226 |
| **Escuelas** | Salvador Busquets, 51813 | Norma I. Torres, 56077 |
| **participantes** | SU Manuel Candanedo, 50666 | |

*Taller 2 -* appears before "La integración" and *64039* is handwritten at right.

**Recurso: César López Santos**

# AGENDA

I. Saludos y bienvenida
II. Datos administrativos
III. Pre-prueba
IV. Breve descripción del taller
V. Objetivos
VI. Reflexión activa – Ética Tecnológica
   a. Piensa, júntate y comparte (TPS)
VII. Materiales para desarrollar el taller
VIII. El Pueblo Declara®
   a. Perfil de sus ciudadanos
   b. Actividad – Perfil
IX. Esferas de comunicación
   a. Plataforma
      i. Individuo
      ii. Comunidades
X. Blogs y Wikis, similitudes y diferencias
   a. Repaso de Blog
      i. Crear un blog – Oportunidades de trabajo colaborativo
      ii. Insertar un hiperenlace, documentos o medios
      iii. Guardar, comentar y mantener
   b. Discusión en un Foro
   c. Wiki como proyecto colaborativo
      i. Grupos de trabajo – asignación de roles
      ii. Creación de una guía o esquema para la organización de clubes o periódicos
   d. Presentación de grupos colaborativos de la guía
XI. Dudas, preguntas, inquietudes
XII. Próximos pasos
XIII. Post-prueba
XIV. Evaluación y cierre

Este proyecto es subvencionado con fondos de Título I Parte A

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tel: (787) 773-3060, 3064



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

CERTIFICADO DE

# PARTICIPACIÓN

## *Teresa Rosario Torres*

POR HABER PARTICIPADO DE TRES (3) HORAS CONTACTO EN EL

### TALLER DE :

## DISCIPLINA ESCOLAR, LEY 246, BULLING Y ACOSO LABORAL.

OFRECIDO EN LA

ESCUELA INTERMEDIA SALVADOR BUSQUETS
DEL DISTRITO ESCOLAR DE SANTA ISABEL

21 DE SEPTIEMBRE DE 2012



SR. ÁNGEL NEGRÓN RIVERA
ASOCIACIÓN DE MAESTROS DE PUERTO RICO

SRA. LINETTE D. ANADÓN VÁZQUEZ
DIRECTORA ESCOLAR



Certifica que

# *Teresa Rosario Torres*

Ha participado de la Cumbre Educativa titulada:

### *"Estrategias Para la Motivación y el involucramiento Académico del Estudiante"*

Asistió el 22 de septiembre de 2012 donde tomó los siguientes adiestramientos:

1. El Fortalecimiento de las relaciones con los Estudiantes.
   Conferenciante: Dr. Carlos Carrasquillo
2. Manejo Proactivo del Salón de Clases.
   Conferenciante: Profa. Carlos Villanueva

Total de 4 horas contacto.

Sulmany Rivera
Directora Ejecutiva



**RESILIENT CONSULTING, INC.**

**Enlaces para la Paz:**
Un Programa de Capacitación para la Prevención
Primaria de la Violencia Escolar.

*Certifica que*

*Teresa Rosario Torres*

ha participado del Encuentro Educativo titulado:

# Escuelas a las que todos pertenecemos.

Llevado a cabo Domingo, 3 de marzo de 2013.

Total de 6 horas contacto.

## Temas de las conferencias

1. Promover el desarrollo de una comunidad inclusiva.
2. Ensayemos el proceso de mediación de conflictos.
3. Construyamos grupos de apoyo para la prevención de la violencia escolar.

*Escuelas a las que todos pertenecemos*

ESCUELA

**Sulmany Rivera**
*Directora Ejecutiva Enlaces para la Paz*

# Certificado de Participación



*LA TECNOLOGIA UN MEDIO EFICAZ PARA PROMOVER EL APRENDIZAJE*

*Otorgado a*

**TERESA ROSARIO TORRES**

*SALVADOR BUSQUETS*

*8 DE MARZO DE 2013*

*Completó 2 horas contacto.*



Mariemma López Rosario

*Directora*

# Certificado de Participación

## USO DE LOS RESULTADOS DE LAS PPAA Y PPEA PARA LA PLANIFICACION

### Otorgado a

**TERESA ROSARIO TORRES**

*SALVADOR BUSQUETS*

*1 DE MARZO DE 2013*

*Completó 4 horas contacto.*

Mariemma López Rosario

*Directora*

Learning Alliances



**RESILIENT CONSULTING, INC.**

Enlaces para la Paz:
Un Programa de Capacitación para la Prevención
Primaria de la Violencia Escolar.

*Certifica que*

*Teresa Rosario Torres*

ha participado del Encuentro Educativo titulado:

**Prevención de Violencia Sexual
en las escuelas.**

Llevado a cabo Sábado, 2 de marzo de 2013.

Total de 6 horas contacto.

Temas de las conferencias

1. Desarrollemos una visión abarcadora de la violencia
   sexual en la escuela.
2. Comprendamos la violencia entre las parejas jóvenes en
   la escuela.
3. Prevención de la violencia sexual en las escuelas: La
   frontera entre ingenuidad sexual y la violencia sexual en
   la escuela elemental.



Sulmany Rivera
Directora Ejecutiva *Enlaces para la Paz*



# ROCKET TEACHER TRAINING

## OTORGA EL PRESENTE CERTIFICADO A:

### TERESA ROSARIO TORRES

*por su participación en el taller*

*PLANIFICACIÓN DEL PROCESO DE APRENDIZAJE*

*EN LAS MATERIAS BÁSICAS*

*con una duración de 6 horas contacto.*

*Dado en Juana Díaz, Puerto Rico,*

*el 3 de octubre de 2014.*

JAIME PALÉS.
PRESIDENTE

JESÚS M. SANTIAGO.
GERENTE GENERAL



# ROCKET TEACHER TRAINING

## OTORGA EL PRESENTE CERTIFICADO A:

### TERESA ROSARIO

*por su participación en el taller*

*ESTRATEGIAS EDUCATIVAS DE MANEJO CONDUCTUAL PARA MEJORAR EL*

*APROVECHAMIENTO ACADÉMICO DE LAS MATERIAS BÁSICAS*

*con una duración de 6 horas contacto.*

*Dado en Juana Díaz, Puerto Rico,*

*el 26 de noviembre de 2014.*

JAIME PALÉS
PRESIDENTE

JESUS M. SANTIAGO
GERENTE GENERAL

# MUSEO DE ARTE DE PONCE



**Certificado de 7 horas contacto**

Proyecto titulado *"Aprendiendo desde otras perspectivas"*
del Programa de Bellas Artes
Fondos del Programa de Título I-A, Sec. 1116

Sábado, 2 de febrero de 2013

## DESARROLLO PROFESIONAL

### Inglés – Nivel Superior

**Teresa Rosario Torres**
Departamento de Educación
Escuela Salvador Busquets
Distrito de Santa Isabel
Región Educativa de Ponce

Jimmy Cabán
Director
Programa de Bellas Artes



Ana M. Hernández Pérez, M.Ed.
Educadora en Jefe y Encargada
Programa familiar y Escolar
Museo de Arte de Ponce

THIS CERTIFICATE IS AWARDED
TO

# Teresa Rosario Torres

## For your excellent participation
## in the
## Curriculum Maps Workshop

## 6 Hours

Given on August 3, 2012 in Santa Isabel, Puerto Rico

Víctor M. Negrón Colón
Ayudante Especial Interino

Luz Selenia García López
English Facilitator



Departamento de Educación
Escuela Intermedia Salvador Busquets
Distrito Escolar de Santa Isabel

# CERTIFICADO DE PARTICIPACIÓN

Otorgado a

## Teresa Rosario Torres

En el adiestramiento y capacitación sobre la Ley 246 del 16 de diciembre de 2011,
conocida como *Ley para la Seguridad, Bienestar y Protección de Menores*,
según enmendada.



Sra. Linette D. Anadón Vázquez
Directora Escolar

Lic. Nicolás Ramos Ortiz
Director Escuela Secundaria, UPR-RP

17 de abril de 2013
Fecha

**Horas contacto: 5**

Fax 18 F9843 (3:  Cell 17745;  Fax 18/9845 (3:  Fax 18/9843 (3;  787 742;  Desc
Pdghhr  Ftfggt Gb1a3,9




# EDUCATIONAL SERVICES, INC.

## Servicios Educativos Profesionales
### "La excelencia es nuestro compromiso"

*Certificado otorgado a:*

*Teresa Rosario Torres*

**Por haber completado exitosamente 6 horas en los siguientes talleres:**

◇ **Estrategias asertivas para mejorar el desempeño académico de los estudiantes en las Pruebas Puertorriqueñas de Aprovechamiento Académico (6 hrs.)**

Dado en la Escuela **Salvador Busquets, Juana Díaz**, Puerto Rico, hoy 31 de mayo de 2012.



Prof. Juan E. Fuentes Garay
Presidente

Educational and Management Digital Solution

EMDS

Número de Proyecto: 2012-AF0134

HOUGHTON MIFFLIN HARCOURT

Germán Torres, Director for PR and the Caribbean

# CERTIFICADO

## 6 Horas Contacto

Capacitación Profesional • Escuelas Públicas • Fondos Título II-Parte A

PLANIFICACIÓN Y PUBLICACIÓN DE LA LECCIÓN EN LA PLATAFORMA EMDS

*Teresa Rosario Torres*

Escuela Salvador Busquets
Región Educativa de Ponce
Distrito Escolar de Juana Díaz

Centro de Convenciones de San Juan
31 de marzo de 2012



ESTADO LIBRE ASOCIADO DE
PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN

# *BACK TO SCHOOL*



## *NEW CHALLENGES AND PUERTO RICO CORE STANDARDS*

## *FOR THIS SCHOOL YEAR!*

Prof. Luz Selenia García López
English Facilitator
Santa Isabel School District



8/29/

Memo about class code
English as Second Language )
By Luz Selenia Garcia Lopz      B     ①

The two most important Issues
Corse Standards
    Lesson Plans

So que nos duno 4 y 5 agosto fue
una "Dulvulgacion de Esto".
    ① Los Documentos ustan incomplet
    ② The code have errors

Objectius
① Circular Letter   2013-2014
② Circula Letter   2014-2015 (Lesson Plan)
                            is a must
③ The Puerto Rico Core Standards
④ The curriculum framework
        Pacing Calenda
        augmunt Tols
        Curriculum maps
        attachment and Resources

Politica Parlia siempr esta en ESPAÑOL

ESTADO LIBRE ASOCIADO DE
P U E R T O   R I C O

DEPARTAMENTO DE EDUCACIÓN

SANTA ISABEL SCHOOL DISTRICT

ENGLISH PROGRAM



## Agenda

Theme: "Diversity in English, Promotes Unity for Future Generations"

Date:       Monday, November 10, 2014
Place:      Pedro Colón Santiago School, Juana Díaz (Conference Room)
Time:       12:30 p.m. - 3:00 p.m.
Purpose:    Coordinate and Plan Santa Isabel School District English Competitions 2015
Resource: Prof. Luz Selenia García, English Facilitator

- Greetings
- Reflection
- English Week Activities
- Discuss Poster Contest
  - **to be hand in by November 17-20, 2014**
- Competitions by school and grade level
  - Rules/Rubrics/Entry Form
- School District Donations ($25.00)
- Organize Committees
  - Duties and tasks
- Establish Due-dates
- Focused Goals
  - **Priorities based on analysis of PPAA Test results**
  - **Planning Based on Performance Task**
  - **Formative and Summative Assessments (evidence)**
  - **Evaluation Plan/Course Syllabes**
- Clarify Doubts
- Wrap- up



El Departamento de Educación no discrimina por razón de raza, color, género, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

ESTADO LIBRE ASOCIADO DE
P U E R T O   R I C O
DEPARTAMENTO DE EDUCACIÓN
SUBSECRETARÍA PARA ASUNTOS ACADÉMICOS

Distrito Escolar de Santa Isabel
Tel. (787) 845-2220

**Fecha:** 24 de julio de 2014

Superintendente, Superintendentes Auxiliares, Facilitadores Docentes, Directores de Escuelas, Maestros Especialistas en Tecnología Educativa, Maestros de Nivel K-3 , 4toal 6to, Nivel Secundaria Español, Matemáticas, Inglés, Ciencia y Educación Especial

Víctor M. Negrón Colón
Ayudante Especial III

## SEMINARIOS DE DESARROLLO PROFESIONAL PARA MAESTROS Y DIRECTORES SOBRE ESTÁNDARES DE CONTENIDO Y EXPECTATIVAS 2014 – UNDERSTANDING BY DESIGN (UbD)

Durante los días 4 y 5 de agosto de 2014 de 8:00 a 3:00 p.m. se estarán ofreciendo seminarios de capacitación sobre los Estándares de Contenido y Expectativas 2014 y sobre "Understanding by Desing"(UbD) a todos directores y maestros del nivel elemental K-6to, del nivel secundaria que enseñen las materias de español, inglés, matemáticas y ciencias, incluyendo a todos los maestros de Educación Especial ubicados en ambos niveles. Los maestros y directores del nivel elemental estarán en la Escuela Superior Carmen Belén Veiga de Juana Díaz, los del nivel secundario en la Escuela José Felipe Zayas de Coamo. Aquellos directores de Segundas Unidades serán ubicados, según la localización de su municipio (Juana Díaz y Villalba en la Escuela Carmen Belén Veiga – Coamo y Santa Isabel en la Escuela José Felipe Zayas). En los seminarios no se ofrecerá alimentos por lo que cada participante deberá proveérselo. (Tendrán una hora para el almuerzo).



 **Houghton Mifflin Harcourt**

AGENDA

PROGRAMA DE DESARROLLO PROFESIONAL

Departamento de Educación de Puerto Rico
Subsecretaría para Asuntos Académicos
Instituto para el Desarrollo Profesional del Maestro – InDePM

Región Educativa de Ponce
Distrito Escolar de Santa Isabel

FECHA:                   4 de Agosto de 2014
LUGAR:                   Escuela José Felipe Zayas en Coamo
CONSULTOR(A):            Profesor Eduardo Martínez
MATERIA:                 Inglés
TEMA:                    "Understanding by Design" – UbD
NIVEL EDUCATIVO:         Séptimo a Duodécimo Grado
HORARIO:                 8:00 a.m. a 3:00 p.m.
HORAS CONTACTO:          6 horas

 ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
SUBSECRETARÍA PARA ASUNTOS ACADÉMICOS
INSTITUTO PARA EL DESARROLLO PROFESIONAL DEL MAESTRO (InDePM)

ESTADO LIBRE ASOCIADO DE
PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN

INSTITUTO PARA EL DESARROLLO PROFESIONAL DEL MAESTRO (InDePM)

# HOJA DE EVALUACIÓN

Conferencia magistral y seminarios de aplicación Understanding by Design®

Hotel Caribe Hilton, San Juan

**5 de diciembre de 2014**

8:00 a. m. - 3:00 p. m.

Región Educativa: _____

**Proveedor: Editorial Panamericana, Inc**

Distrito escolar: _____

**Recurso: Grant Wiggins, Ph.D.**

Nombre de la Escuela: _____

LEYENDA: 4=Excelente   3=Satisfactorio   2= Regular   1=No Satisfactorio

| ASPECTOS | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| Claridad de los objetivos de la actividad | | | | |
| Cumplimiento con los objetivos presentados | | | | |
| Pertinencia del tema para mi desempeño profesional | | | | |
| Discusión de Estrategias para integrar el tema a mi práctica educativa | | | | |
| Utilizó diversas y variadas actividades | | | | |
| Buen uso del material audiovisual e impreso | | | | |
| Distribución del tiempo | | | | |
| Organización General | | | | |
| RECURSO | 4 | 3 | 2 | 1 |
| Dominio del tema | | | | |
| Claridad en la presentación del tema | | | | |
| Estilo del Recurso en la presentación | | | | |
| Oportunidad de participación | | | | |

Sugerencias para mejorar esta actividad:

_____

_____

_____

_____

_____

# Certificado de Participación

## Learning Alliances

*DESARROLLO DE OTRAS TECNICAS PARA LA EVALUACION*

*Otorgado a*

**TERESA ROSARIO TORRES**

*SALVADOR BUSQUETS*

*22 DE FEBRERO DE 2013*

*Completó 4 horas contacto.*



Mariemma López Rosario

*Directora*



## Mirándome en el espejo

Las actitudes que tenemos en la vida son el resultado de las experiencias vividas, negativas o positivas, estas nos marcan y actuamos de una manera particular ante situaciones parecidas. Cuando nos miramos en un espejo, contemplamos el reflejo de nuestra alma. Podemos observar si estamos tristes, alegres, solos o cualquier otra emoción que siente nuestro corazón. Imagínate que te estas mirando en un espejo cuando tienes a otra persona frente a ti. Esa persona será el espejo y responderá o actuará exactamente de la misma manera en que lo haces tú. ¿Qué quieres que tu espejo observe? ¿Qué quieres que sepa sobre ti? En el proceso de modificación de actitudes es preciso mirarse en el espejo antes de actuar y reflexionar si esa es la actitud adecuada para tratar a los demás. Evalúate y si tu respuesta es negativa entonces pregúntate ¿Cómo le va a gustar mi actitud a los demás si no me gusta a mí? Es indispensable tratar a los demás como te gusta que te traten a ti. Imagínate que tienes una actitud negativa y la otra persona te responde con una actitud positiva: ¿Cómo te sentirías? ¿Seguirías con la misma actitud? Por el contrario cuando hay dos personas que tienen actitudes negativas suele crearse un conflicto porque se rompen los canales de comunicación, las actitudes chocan, llegan las faltas de respeto y hasta las peleas. Por ende es preciso, antes de actuar, que te detengas y te mires en el espejo. Analiza ¿cuáles son las características de tu personalidad y emociones de tu corazón, quieres que la gente a tu alrededor conozca y reciba de ti? Todas estas preguntas son claves en el proceso de modificación de actitudes. Recuerda que somos seres humanos y necesitamos dar amor para recibir amor y tratar a la gente con respeto para ser respetado. Por el contrario no pidas que te den amor si lo único que sale de tu alma es enojo, rabia, rencor, coraje y faltas de respeto. No esperes, ni exijas respeto si tus actitudes le faltan a la dignidad humana de las personas que te rodean. Muchas veces se observa a la gente diciendo Dios te bendiga, yo amo a Dios sobre todas las cosas pero sus actitudes no van acordes a sus pensamientos. ¿Cómo podemos decir que amamos a Dios si no amamos al prójimo? Por lo tanto para decir que amamos a Dios es necesario modificar nuestras actitudes hacia los demás y hacia nosotros mismos. Somos el reflejo de las experiencias del pasado que nos marcan, pero no podemos permitirle a las malas experiencias que gobiernen totalmente nuestras acciones diarias. Es importante y significativo dejar el pasado atrás y ver todas esas experiencias como lecciones de la vida. Toma las cosas buenas y llévalas en tu corazón, las cosas no tan buenas utilízalas como procesos de aprendizaje para que puedas seguir adelante. Mírate en el espejo y actúa de la misma manera en que quieres que te traten a ti.

(Por: Dra. Waleska Torres Gutiérrez©)

ESTADO LIBRE ASOCIADO DE
# PUERTO RICO
Sistema de Retiro para Maestros

09 de septiembre de 2016

TERESA ROSARIO TORRES                  XXX-XX-0534          Solicitud No:          901230
PO BOX 247                                                 Radicada en:       16 ago 2016

JUANA DIAZ, PR 00795 0247

Profesor(a): Rosario Torres                         CASO: 300

Deseamos informarle que su Pension Edad ha sido aprobada.  Su retiro fue efectivo el 29
de julio de 2016 y su renta mensual será de $529.78.  Recibirá un pago retroactivo desde
el 29 de julio de 2016 al 15 de septiembre de 2016.

Si usted no se encuentra conforme con la presente determinación podrá radicar dentro del
término de 20 días a partir de la notificación de la determinación del Director o su
representante, un Escrito de Reconsideración ante la Junta de Síndicos del SRM.  Dicha
solicitud puede ser radicada personalmente o enviada por correo.

Radicaciones

Dirección Física: Secretaría Junta de Síndicos, Piso 8, Capital Center, Torre Norte 235
Ave Arterial Hostos, Hato Rey, PR

Dirección Postal: Secretaría Junta de Síndicos, Piso 8, PO Box 191879, San Juan, PR
00919-1879

En las radicaciones por correo, el matasellos debe mostrar que la misma fue cursada
dentro del término establecido.  Todos los términos mencionados en los incisos para
apelar o solicitar reconsideración son en días naturales.  El procedimiento de apelación
se rige por el Reglamento 7053 de 15 de noviembre de 2005.

Le informamos que cualquier gestión, comunicación o trámite que efectúe con nuestro
Sistema, distinto a los escritos antes mencionados, no interrumpe los términos que
dispone para ejercer su derecho de apelación.

Cordialmente,

Gretchen I. Ferra Tirado
Directora Área De Servicios De Retiro

N 2709883

**Estado Libre Asociado de Puerto Rico**
080-- DEPT DE EDUCACION-MAESTROS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | # Cheque: 01651320 |
| Desde: | 10/13/2003 | |
| Hasta: | 10/24/2003 | Fecha: 10/30/2003 |

TERESA ROSARIO TORRES
BOX 24
BOX 24
JUANA DIAZ PR 00795
SS: -0534

| # Empleado: | |
|---|---|
| Dept: | 8005021-Ponce Coamo |
| Oficina: | Rio Jueyes |
| Titulo: | M.Ingles-Nivel Sec. |
| Sueldo: | $1,500.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Head of Household |
| Concesiones: | 0 | 1 |
| Pct. Adel.: | | |
| Cant. Adel.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 750.00 | 60.00 | 750.00 |
| Pago Retroactivo Regular | | | 1,650.00 | | 1,650.00 |
| **Total:** | | | 2,400.00 | 60.00 | 2,400.00 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 34.80 | 34.80 |
| PR Withholdng | 152.36 | 152.36 |
| **Total:** | 187.16 | 16 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 216.00 | 216.00 |
| **Total:** | 216.00 | 216.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |
| * Tributable | | |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumul |
|---|---|---|
| GPR Plan de Retiro de Maestro | 204.00 | 20 |
| FSED Disability Plan | 40.80 | |

## TOTAL BRUTO

| | |
|---|---|
| Corriente: | 2,400.00 |
| Acumulado: | 2,400.00 |

## TOTAL IMPUESTOS

| | |
|---|---|
| | 187.16 |
| | 187.16 |

## DEDUCCIONES TOTALES

| | |
|---|---|
| | 216.00 |
| | 216.00 |

## PAGA NETA

| | |
|---|---|
| | 1,996.84 |
| | 1,996.84 |

## PTO HORAS / ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #01651320 | 1,996.84 |
| **Total:** | 1,996.84 |

**MENSAJE:** ' OCTUBRE MES DE LA CONSERVACION DE ENERGIA '