


U.S. POSTAGE PAID
PM 1-Day
JUANA DIAZ, PR
00795
MAR 30, 20
AMOUNT
**$7.75**
R2303S104071-05

1005   00918



# PRIORITY® MAIL

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



EXPECTED DELIVERY DAY: 03/31/20
USPS TRACKING® NUMBER

**FROM:**
Teresa Rosario Torres
HC-05 Box 5614
Juana Diaz P.R.
00795

**TO:**
Secretaria (Clerk's Office)
Tribunal de Distrito de E.U.
Room 150 Federal Building
San Juan, P.R.
00918-1767