Proof of Claim: <CLAIM NUMBER> 96262 ; 98969
Claimant: <CLAIMANT NAME> Noemaris Rios Jiménez

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

**Instructions**

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**Questionnaire**

1. **What is the basis of your claim?**
   - [X] A pending or closed legal action with or against the Puerto Rican government
   - [ ] Current or former employment with the Government of Puerto Rico
   - [ ] Other (Provide as much detail as possible below. Attach additional pages if needed.)
   _____

2. **What is the amount of your claim (how much money do you claim to be owed):**
   $ 15,000.00

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?
   - [ ] No. *Please continue to Question 4.*
   - [X] Yes. Answer Questions 3(a)-(d).

   3(a). Identify the specific agency or department where you were or are employed:
   Departamento de Educación de Puerto Rico

   3(b). Identify the dates of your employment related to your claim:
   1 de julio 2002 al 31 de mayo 2014

   3(c). Last four digits of your social security number: 1551

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

_____
_____

4. **Legal Action.** Does your claim relate to a pending or closed legal action?
- ☒ No.
- ☐ Yes. **Answer Questions 4(a)-(f).**

4(a). Identify the department or agency that is a party to the action.
_____

4(b). Identify the name and address of the court or agency where the action is pending:
_____
_____

4(c). Case number: _____

4(d). Title, Caption, or Name of Case: _____

4(e). Status of the case (pending, on appeal, or concluded): _____

4(f). Do you have an unpaid judgment? Yes / No (Circle one)

If yes, what is the date and amount of the judgment? _____

*[signature: e/remn a. Ri Jmin]*

2

REPLICA

RECLAMANTE: NOEMARIS RIOS JIMENEZ
Reclamaciones: 98769 ; 96262
Calle 9 n22 villas de Loiza, Canovanas, P.R. 00729
321-295-3289
ambar58.nr@gmail.com

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO.

JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO como representante de ESTADO LIBRE ASOCIADO DE PUERTO RICO, et al., PROMESA-Titulo III Num. 17BK3283-LTS(Administrada Conjuntamente)

-Octagesima sexta objecion global ( no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de carreteras y Transportacion de Puerto Rico y del sistema de retiro de los empleados del gobierno del Estado Libre Asociado de Puerto Rico a reclamaciones deficientes en las que se alegan intereses sobre la base de unas leyes puertorriquenas no especificadas. [ECF num. 8975]

-Octagesima novena objecion global ( no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de carreteras y Transportacion de Puerto Rico y del sistema de retiro de los empleados del gobierno del Estado Libre Asociado de Puerto Rico a reclamaciones deficientes en las que se alegan intereses sobre la base de unas leyes puertorriquenas no especificadas. [ECF num. 8978]

**Motivos para oponerse a la Objecion global**

Considero que se debe conceder y dar paso a la reclamacion, tomando como base las leyes 89 y 96. La Ley 96, aprobada en el 2002 bajo la administración de Sila Calderón, concedió un aumento de $100 a todos los empleados públicos sin distinción de status, ni categoría, que estaban activos en el gobierno al 30 de junio de 2002. Es necesario se pague y se reconozca los aumentos de salarios que deje de recibir y que sea de manera retroactiva en referencia a la Ley 96 del 2002 hasta el 31 de mayo de 2014.(fecha de jubilacion)