Noemaris A. Rios Jimenez
Calle 9 N 22 Villas dse Loiza
Canovanas P R 00729

SAN JUAN PR 009
27 MAR 2020 PM 1 L

FLAN
FOREVER · USA

RECEIVED & FILED
2020 APR -7 PM 2: 53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Secretaria
Tribunal de Distrito Estados Unidos
Room 150 Federal Building
San Juan P R 00918-1767

00918$9999