Luis J. Gimenez Manso
calle 9 N 22 Villas dse Loiza
canovanas P R 00729



SAN JUAN PR 009

27 MAR 2020 PM 1 L



RECEIVED & FILED
2020 APR -7 PM 2: 53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Secretaria
Tribunal de Distrito Estados Unidos
Room 150 Federal Building
San Juan P R 00918-1767