Alfredo Cintron Sanchez
Barrio Guayabal Cuevas
HC-01-Box 4665
Juana Diaz P.R. 00795

RECEIVED
2020 APR -7 PM 2:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk's Office
United States
District Court
Room 150 Federal
Bulding
San Juan Puerto Rico
00918-1767

