José A. Santiago
Roosevelt #16
Bo. Coco Nuevo
Salinas, P.R. 00751

RECEIVED & FILED

2020 APR -7 PM 2: 47

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Secretaria
Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

SAN JUAN PR 009
30 MAR 2020 PM 1 L