TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

En el asunto de:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN
FINANCIERA PARA PUERTO RICO

Como representante de

ESTADO LIBRE ASOCIADO DE PUERTO RICO y
Otros,
          Deudores

PROMESA
Título III

Núm. 17 BK 3283-LTS

(Administrada conjuntamente)

La presente radicación guarda
relación con el ELA, la ACT y el SER.

Réplica a Objeción global de parte Demandada

Al Honorable Tribunal:

Comparece:

Denise Quiñones Díaz, mayor de edad, parte demandante y con interés en la Reclamación 74534 radicada el 6/8/2018 contra el Estado Libre Asociado de Puerto Rico como deudor y por la suma reclamada de $13,800.

1. Mis datos de contacto son: Denise Quiñones Díaz con dirección postal P.O. Box 611, San Germán, P.R., teléfono 787-941-2700 y correo electrónico nihilteturbet@gmail.com
2. Ante el Tribunal en el asunto de epígrafe se ha presentado objeción global por reclamos deficientes.
3. Que presento objeción a dicha alegación y replico la misma en virtud de que he trabajado en el Departamento de Educación desde 1990 al presente, según me fue informado por personal que visitó mi escuela en lo que se conoce como el Romerazo – Ley 89.
4. Para probar mi reclamo presento como documentación justificativa una Certificación oficial emitida por el Departamento de Educación.

Por ello solicito de este Tribunal que se declare NO Ha Lugar la objeción global presentada por la parte demandante en cuanto a mi reclamación.

En San Germán, Puerto Rico a 21 de marzo de 2020.

Denise Quiñones Díaz
P.O. Box 611
San Germán, P.R. 00683
Tel. 787-941-2700
c-e nihilteturbet@gmail.com