RECEIVED & FILED

2020 APR -7  PM 2: 44

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

D. Quiñones
Box 611
San Germán, PR 00683

Secretaría
Tribunal de Distrito de los Estados Unidos
Room 150  Federal Building
San Juan, PR 00918-1767

SAN JUAN PR 009
30 MAR 2020 PM 1 L