Fecha. 27 de marzo de 2020

Nombre.. Sr. José Ruberte Vázquez

Dirección Residencial.. Calle Marginal J-8
           La Plena
           Mercedita, Puerto Rico 00715

Dirección Postal.... Valle Marginal J-8
           La Plena
           Mercedita, Puerto Rico 00715

Telefono de contacto .. 1-939- 217-3431

A---Tribunal de Distrito de los Estado Unidos
    San Juan, puerto Rico.

B---Deudor... Commonwealth of puerto Rico

C---Procedimiento...17 BK 3283- LTS

D---Titulo de la Objeción Global---Centésima Cuadragésima Primera Objecion Global

E.--- Num. De Reclamacion---40265

Yo José Ruberte Ruberte Vázquez reclamo lo que en derecho tengo a reclamar por los años trabajados en el Sistema de Gobierno del Estado Libre Asociado de Puerto Rico. En dichos años se aprobaron leyes concediendo beneficios y aumentos salarial a la clase trabajadora de país , los cuales no me fueron concedidos.

**Ley que fue aprobadas..**

1. Ley # 164 ---del 12 de julio de 2003—efectiva el 1 de enero de2004
    **$100.00 mensuales**
    Importe reclamado adeudado $18,400.00
    Fecha.... Desde enero 2004 a mayo de 2019

Total de monto de la reclamación---- $18,400

*José Ruberte Vázquez*

Sr. José Ruberte Vazquez
   Calle Marginal J-8
   La Plena, Mercedita, Puerto Rico