José L. Ruberté-Vázquez
LA Plena Calle Marginal
T-8 Mercedita, P.R. 00715

RECEIVED & FILED
2020 APR -7 PM 2: 44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Secretaria ( Clerk's Office )
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

SAN JUAN PR 009
30 MAR 2020 PM 1
FOREVER USA
Barn Swallow

MERCEDITA
MAR 30
00715-999