RAMON PEREZ MAESTRE
URB. VILLA RITA CALLE 3 G8
SAN SEBASTIAN, PR 00685



SAN JUAN PR 009

30 MAR 2020 PM 1 L

RECEIVED & FILED
2020 APR -7 PM 2: 42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

SECRETARIA DE JUNTA DE SUPERVICION
ROOM 150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO 00918-1767