Virgen S. Santiago Andújar
P.O. Box 1290
Juana Díaz, P.R. 00795

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767