UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS AND<br>TRANSPORTATION AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br><br>No. 17-BK-3567-LTS |

*Caption Continued on Following Page*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

|  |  |
|---|---|
| THE COMMONWEALTH OF PUERTO RICO and PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>    Movants,<br><br>    -v-<br><br>AMBAC ASSURANCE CORPORATION,<br><br>    Respondent. | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |

SCHEDULING ORDER

Upon the *Urgent Joint Motion and Stipulation Modifying Hearing Date and Deadlines in Connection With Motion of Financial Oversight and Management Board Pursuant to Bankruptcy Code Sections 105(a) and 362 for Order Directing Ambac to Withdraw Complaint* (Docket Entry No. 12716 in Case No. 17-3283 and Docket Entry No. 762 in Case No. 17-3567) the "Urgent Motion and Stipulation"), and the Court having found that the relief requested in the Urgent Motion and Stipulation is in the best interests of the parties; and the Court having found that the parties provided adequate and appropriate notice of the Urgent Motion and Stipulation under the circumstances and that no other or further notice is required; and the Court having reviewed the Urgent Motion and Stipulation; and the Court having determined that it has subject matter jurisdiction over the matters presented in the Urgent Motion and Stipulation and that venue is proper; and the Court having determined the factual bases set forth in the Urgent Motion and Stipulation establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

    1.    The Urgent Motion and Stipulation is granted as set forth herein.

2. The Urgent Motion and Stipulation is approved, and its terms and conditions, including without limitation the terms and conditions detailed in paragraph 5 of the Urgent Motion and Stipulation, shall be binding upon the Parties in their entirety.

3. The briefing schedule on the *Motion of Financial Oversight and Management Board Pursuant to Bankruptcy Code Sections 105(a) and 362 for Order Directing Ambac to Withdraw Complaint* (Docket Entry No. 12569 in Case No. 17-3283 and Docket Entry No. 756 in Case No. 17-3567, the "Motion") is as follows:

   a. The hearing on the Motion shall be scheduled for June 3, 2020, at 9:30 a.m. (Atlantic Standard Time). Appearance logistics shall be determined as soon as practicable in view of existing circumstances.

   b. Any objections to the Motion shall be filed no later than April 28, 2020, at 4:00 p.m. (Atlantic Standard Time).

   c. Any replies in further support of the Motion shall be filed no later than May 27, 2020, at 4:00 p.m. (Atlantic Standard Time).

4. This Court shall retain jurisdiction over all matters pertaining to the implementation, interpretation, and enforcement of this order.

5. This Order resolves Docket Entry No. 12716 in Case No. 17-3283 and Docket Entry No. 762 in Case No. 17-3567.

SO ORDERED.

Dated: April 13, 2020

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge