3 copias

6 de abril de 2020

RECEIVED & FILED
2020 APR 14 AM 10: 55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Junta de Supervisión y Administración
Financiera para Puerto Rico Promesa
Título III Núm. 17BK3283 – LTS

A quien pueda interesar:

El 29 de junio de 2018 presente y procese el reclamo ante la notificación enviadas por ustedes la Junta de Ley Promesa III donde certifico que fui Maestro del Sistema de Educación de Puerto Rico desde 1977 hasta el 2007 ininterrumpidamente. Número de Reclamación 123071. Por tal motivo entiendo que el aumento fue rechazado por datos deficientes.

Entiendo que luego de haber cumplido mis treinta años de servicio soy meritorio de dicha reclamación de la paga de los aumentos ofrecidos que me correspondían mientras laboraba y no recibí los mismos. Trabaje durante varias administraciones de gobiernos en Puerto Rico. Bajo la administración del gobernador Carlos Romero Barceló se aprobó la ley 29 del 12 de julio de 1979 donde aumentaba el salario de los maestros. De igual manera bajo la incumbencia del gobernador Pedro Rosselló González se aprobó la Ley 169 del 29 de julio de 1999 a los mismos fines de aumento salariar tanto a los maestros del sistema de educación pública como a los empleados públicos. Esta conforme a las nuevas escalas salariales que fueron implantadas a la Carrera Magisterial.

En su exposición de motivos decía y cito "con esto en mente, se hace imperativo aprobar esta legislación con el propósito de establecer un nuevo aumento salarial de cien dólares, a todos los empleados públicos que estén bajo las condiciones estipuladas más adelante. Además, se pretende con esta Ley proveer los aumentos salariales a los maestros del Sistema de Educación Pública, conforme las nuevas escalas salariales que se implantarán como parte de la Carrera Magisterial. Se dispone por otra parte, posponer o interrumpir ciertos beneficios concedidos por otras leyes, mientras estén en vigor las disposiciones de esta Ley. Artículo 2.- Los aumentos concedidos al amparo de esta Ley serán de la siguiente forma: Cien dólares en enero del 2000 y aumentos posteriores a base de las nuevas escalas y rangos, a los maestros del Sistema de Educación Pública, conforme a la legislación o reglamentos que se aprueben sobre la Carrera Magisterial.

En adición bajo la administración de la gobernadora Sila María Calderón Serra surgió la Ley Núm. 96 de 1 de julio de 2002. Para conceder un aumento de sueldo de cien dólares a los empleados públicos del Gobierno Central del Estado Libre Asociado de Puerto Rico, efectivo el 1 de julio de 2002. En la década de los años ochenta, se comenzó a desarrollar una nueva orientación de la política pública en cuanto a salarios y beneficios marginales para los empleados públicos. A tono con esta política pública, en el pasado se legisló para concederles aumentos generales de salario, aumentos en la aportación patronal para el pago de primas de los planes médicos, y aumentos permitidos por la Ley Núm. 89 de 12 de julio de 1979, según enmendada, conocida como "Ley de Retribución Uniforme", entre otros. Así también, diversos grupos han recibido aumentos de salarios mediante la

aprobación de leyes especiales como es el caso de los policías y los maestros.

A pesar de haber trabajado bajo las pasadas administraciones mencionadas, como maestro no recibí los aumentos o pasos legislados durante ese tiempo. Adjunto algunas evidencias que afirman o justifican y evidencia mi trabajo como Maestro del Departamento de Educación de Puerto Rico.

Atentamente,

*Orlando Ramos González*

Orlando Ramos González    Seguro Social -,-, 9638

Orlando Ramos González
Box 222
Castañer P.R. 00631
Tel. 787-344-8819