3 copias



5 de noviembre de 2007

PROF ORLANDO RAMOS GONZALEZ
PO BOX 222
CASTAÑER PR          00631

CASO: **518-A**

Profesor **Ramos González**:

Nos referimos a su Solicitud de Retiro por **Años de Servicios y Edad**. La misma fue atendida a tono con las disposiciones de la **Ley 91**, aprobada el **29** de **marzo** de **2004**. Su retiro fue efectivo el **28** de **julio** de **2007** y recibirá una renta mensual de **$1,893.33**.

Le informamos que usted puede autorizar al **Sistema** de **Retiro** para **Maestros** a descontar de su pensión, determinada cantidad para pagar compromisos contraídos, tales como; seguro médico de su preferencia u otras deducciones permitidas por ley.

Si usted no se encuentra conforme con la presente determinación podrá radicar dentro del término de **30** días a partir de la notificación de la determinación del Director o su representante, un Escrito de Apelación ante la Junta de Síndicos del **SRM**. Dicha solicitud puede ser radicada personalmente o enviada por correo.

**Radicaciones**

**Dirección Física:** Secretaría Junta de Síndicos, Piso 8, Capital Center, Torre Norte 235 Ave Arterial Hostos, Hato Rey, PR

**Dirección Postal:** Secretaría Junta de Síndicos, Piso 8, PO Box 191879, Hato Rey PR 00919-1879

En las radicaciones por correo, el matasellos debe mostrar que la misma fue cursada dentro del término establecido. Todos los términos mencionados en los incisos para apelar o solicitar reconsideración son en días naturales. El procedimiento de apelación se rige por el Reglamento **7053** de **15** de **noviembre** de **2005**.

Le advertimos que cualquier gestión, comunicación o trámite que efectúe con el **Sistema** de **Retiro** para **Maestros** distinto a los escritos antes mencionados, no interrumpe los términos que usted dispone para ejercer su derecho de apelación.

Se incluye información de interés para los maestros pensionados.

Cordialmente,

Wanda G. Santiago López
Directora Area Servicios de Retiro

NPA/agb

PO Box 191879 San Juan, PR 00919-1879 Teléfonos (787) 754-8611 ó 1-877-JRETIRO (573-8476)
http://www.jrm.gobierno.pr   E-mail: consulta@jrm.gobierno.pr

## Form 499R-2/W-2 PR — Year 2011

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

3 Copias / Copia

Copia C para Récord del Empleado / Copy C for Employee's Records

**Año / Year: 2011**

- 1. Nombre-First Name: ORLANDO
- Apellido(s) - Surname(s): RAMOS GONZALEZ
- Dirección Postal del Empleado: PO BOX 222, CASTANER, PR 00631
- 2. Nombre y Dirección Postal del Patrono:
  L59200160 A/S L91
  SISTEMA DE RETIRO MAESTRO-PENS
  EDIF. CAPITAL CENTER TORRE NOR
  235 AVE. ARTERIAL HOSTOS
  SAN JUAN, PR 00919
- Número Control - Control Number: 116417430
- 3. Núm. Seguro Social / Social Security No.:
- 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 660433481
- 5. Fecha en que comenzó a recibir la pensión: Día 28 Mes 07 Año 2007
- 6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 49929.30
- 6A. Costo de cubierta de salud auspiciada por el patrono: 0.00
- 6B. Donativos / Charitable Contributions: 0.00
- 7. Sueldos - Wages: 22720.08
- 8. Comisiones - Commissions: 0.00
- 9. Concesiones - Allowances: 0.00
- 10. Propinas - Tips: 0.00
- 11. Total=7+8+9+10: 22720.08
- 12. Gastos Reembolsados / Reimbursed Expenses: 0.00
- 13. Cont. Retenida - Tax Withheld: 0.00
- 14. Fondo de Retiro Gubernamental: 0.00
- 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: 0.00
- 16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004: 0.00
- 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero: 0.00
- 17. Total Sueldos Seguro Social / Social Security Wages: 0.
- 18. Seguro Social Retenido / Social Security Tax Withheld: 0.
- 19. Total Sueldos y Pro. Medicare Wages and Tips: 0.
- 20. Contrib. Medicare Retenida / Medicare Tax Withheld: 0.
- 21. Propinas Seguro Social / Social Security Tips: 0.
- 22. Seguro Social no Retenido en Propinas: 0.
- 23. Contrib. Medicare no Retenida en Propinas: 0.

Reproducido por: Departamento de Hacienda

---

## Form 499R-2/W-2 PR — Year 2012

Rev. 09.12

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

Copia C para Récord del Empleado / Copy C for Employee's Records

**Año / Year: 2012**

- 1. Nombre-First Name: ORLANDO
- Apellido(s) - Surname(s): RAMOS GONZALEZ
- Dirección Postal del Empleado: PO BOX 222, CASTANER, PR 00631
- 2. Nombre y Dirección Postal del Patrono:
  D592160 A/S L91
  SISTEMA DE RETIRO MAESTRO-PENS
  EDIF. CAPITAL CENTER TORRE NOR
  235 AVE. ARTERIAL HOSTOS
  SAN JUAN, PR 00919
- Número Control - Control Number: 125753031
- 3. Núm. Seguro Social:
- 4. Núm. de Ident. Patronal (EIN): 660433481
- 5. Fecha en que comenzó a recibir la pensión: Día 28 Mes 07 Año 2007
- 6. Costo de Pensión o Anualidad: 49929.30
- 6A. Costo de cubierta de salud auspiciada por el patrono: 0.00
- 6B. Donativos / Charitable Contributions: 0.00
- 7. Sueldos - Wages: 22720.08
- 8. Comisiones - Commissions: 0.00
- 9. Concesiones - Allowances: 0.00
- 10. Propinas - Tips: 0.00
- 11. Total=7+8+9+10: 22720.08
- 12. Gastos Reemb. y Beneficios Marginales: 0.00
- 13. Cont. Retenida - Tax Withheld: 0.00
- 14. Fondo de Retiro Gubernamental: 0.00
- 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: 0.00
- 16. Salarios bajo Ley 324-2004 / Salaries under Act 324-2004: 0.00
- 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero: 0.00
- 17. Total Sueldos Seguro Social Wages: 0
- 18. Seguro Social Retenido: 0
- 19. Total Sueldos y Pro. Medicare Wages: 0
- 20. Contrib. Medicare Retenida: 0
- 21. Propinas Seguro Social: 0
- 22. Seguro Social no Retenido en Propinas: 0
- 23. Contrib. Medicare no Retenida en Propinas: 0

Reproducido por: Departamento de Hacienda

| Estado Libre Asociado de Puerto Rico | | Grupo de Pago: | SM -Quincenal | # Cheque: | 09497: |
|---|---|---|---|---|---|
| 081 - DEPT DE EDUCACION-MAESTROS | | Desde: | 08/29/2007 | | |
| | | Hasta: | 09/11/2007 | Fecha: | 08/23/ |

| ORLANDO RAMOS GONZALEZ | # Empleado: | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| PO BOX 222 | Dept: | 8001040-Arecibo Lares | Estado Civil: | Married | Married |
| CASTANER PR 00631-0222 | Oficina: | JULIO LEBRON RABANOS ELEM | Concesiones: | 0 | 4 |
| | Titulo: | DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | | |
| SS: | Sueldo: | $2,555.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | --------------- Corriente --------------- | | ------ Acumulado ------ | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Enfermedad Suma Global | | | 11,497.50 | | 11,497.50 |
| Licencia Enfermedad en Exceso | | | 0.00 | | 2,742.97 |
| Pago Vacaciones Suma Global | | | 0.00 | | 7,665.00 |
| Pago de Salarios Regulares | | | 0.00 | 852.00 | 17,885.00 |
| Total: | | | 11,497.50 | 852.00 | 39,790.47 |

### IMPUESTOS

| Descripcion | Corriente | Acum |
|---|---|---|
| PR Withholdng | 919.80 | 2,3 |
| Total: | 919.80 | 2,3 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 0.00 | 1,609.72 |
| Total: | 0.00 | 1,609.72 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 0.00 | 2,823.94 |
| SM-First Medical Health Plan | 0.00 | 1,400.00 |
| SC-ATLANTIC SOUTH INS CO | 0.00 | 98.00 |
| OS-FEDERACION DE MAESTROS | 0.00 | 112.00 |
| Total: | 0.00 | 4,433.94 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumu |
|---|---|---|
| SM-First Medical Health Plan | 0.00 | 8- |
| GPR Plan de Retiro de Maestro | 0.00 | 1,5. |
| FSED Disability Plan | 0.00 | 3 |
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA |
|---|---|---|---|---|
| Corriente: | 11,497.50 | 919.80 | 0.00 | 10,57 |
| Acumulado: | 39,790.47 | 2,375.58 | 6,043.66 | 31,37 |

### PTO HORAS ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Cheque #09497296 | 10,57 |
|---|---|
| Total: | 10,57 |

MENSAJE: