Orlando Ramos Gonzalez
P.O Box: 222
Castañer P.R 00631
2020 APR 14 AM 10:23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
(United States District Court)
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

FOREVER USA
Barn Swallow

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 006.950
0002755091 APR 07 2020
MAILED FROM ZIP CODE 00631

7017 3040 0000 7893 2746

00918899999