A: Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Estado Libre Asociado de Puerto Rico
# 17 BK 03566 LTS

RECEIVED &
2020 APR 14 AM 10:56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Centésima Sexagésima Segunda Objeción Global
# reclamo 129954

Luego de haber leído la Ley 106 para los Empleados del Sistema de Retiro, hago esta reclamación por las siguientes razones:

① Realicé las aportaciones al Sistema de Retiro desde el año 1982 - 2013.

② Nunca retiré las cuotas que aporté al Retiro.

③ Trabajé 31 años con el Departamento de Educación de Puerto Rico.

④ Al retirarme se me retuvo el 9% de la pensión.

⑤ No se realizó un ajuste correcto de la pensión al cual tengo derecho por

cantidad de años trabajados.

Es por ello que adjunto copias de los documentos para evidenciar la misma.

Deseo añadir que he realizado todas las gestiones que han estado a mi alcance, pero han sido infructuosas.

Espero que pueda tomar esta reclamación a su consideración.

Muy respetuosamente;

Sra. Vicenta Matos Crespo