Fill in this information to identify the case (Select only one Debtor per claim form). /
Llene esta información para identificar el caso (Seleccione solo un Deudor por formulario de reclamación).

MMLID: 802025
EPOC ID: 170328[...]

| | Debtor | Case No. | Petition Date |
|---|---|---|---|
| ☐ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | July 2, 2017 |

955

Debtor Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule E -- Employee Obligations as a Contingent, Unli[quidated] general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharin[g in] distribution or being treated as a claim for purposes of voting or distribution.

El deudor Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule E -- Obligaciones de Empleados c[omo] reclamo Contigente, Sin liquidez no asegurado por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o [se le] prohibirá por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

# Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to [make a] request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). [Make] such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attac[h] copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, co[ntracts,] judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are [not] available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un ca[so en] virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna lo[s] requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizars[e de] conformidad con el Título 11 § 503 del U.S.C.

**Quienes presenten la documentación deben omitir o editar** información que reúna los requisitos para ser tratada con privacidad o confidencial[idad en] este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales c[omo] pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdo[s de] garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de q[ue los] documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

## Part 1 / Parte 1 — Identify the Claim / Identificar la reclamación

1. **Who is the current creditor?**

   **¿Quién es el acreedor actual?**

   MATOS ARROYO, VICENTA
   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   _____
   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor

Modified Official Form 410

ch is the claim? $ _Indeterminado_  . Does this amount include interest or other charges?
el importe de la ¿Este importe incluye intereses u otros cargos?
ión?
☐ No / No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

basis of the   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

el
to de la   Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.
ón?

_Ley 106 para garantizar el pago de la pensión_

rt of the claim  ☒ No / No
☐ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

ación está
a de manera    Nature of property / Naturaleza del bien:
cial?          ☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: _____

Basis for perfection / Fundamento de la realización de pasos adicionales: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

Value of property / Valor del bien:       $_____

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $_____

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $___

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso)_____%
☐ Fixed / Fija
☐ Variable / Variable

# CERTIFICACIÓN DE PENSIÓN CON DEDUCCIONES

Rev. 10/2015

MATOS ARROYO, VICENTA
PO BOX 1283

SAN LORENZO PR 00754-1283

Certifico que MATOS ARROYO, VICENTA con número de seguro social XXX-XX-1448 es pensionado(a) del Sistema de Retiro para Maestros. Recibe una pensión mensual de $2,040.06, equivalente a $24,480.72 anual. Luego de las deducciones recibe una pensión neta de $460.30, equivalente a $5,523.60 anual. A Continuación se detallan los descuentos mensuales.

| NOMBRE DE LA ENTIDAD | CANTIDAD | | | |
|---|---|---|---|---|
| | Agosto de 2016 1er. Quincena | Agosto de 2016 2da. Quincena | Septiembre de 2016 1er. Quincena | Septiembre de 2016 2da. Quincena |
| RM-Pres Hipot-Retiro Maestros | 233.94 | 233.94 | 233.94 | 233.94 |
| RM-Prest Pers De Cuota-Ret Mae | 213.89 | 213.89 | 213.89 | 213.89 |
| SM-Asoc Maestros de PR | 52.50 | 52.50 | 52.50 | 52.50 |
| CO-COOP MAESTRO PR | 289.55 | 289.55 | 289.55 | 289.55 |
| Total de descuentos | ($789.88) | ($789.88) | ($789.88) | ($789.88) |

Esta certificación se expide hoy 3 de noviembre de 2016.



Número de Certificación: SRM04P1603673

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

Página 1 de 1

Ave. Arterial, Calle Hostos #235
Edif. Capital Center, Torre Norte

(787) 777-1414
http://www.srm.pr.gov



| Gobierno de Puerto Rico | | | Grupo de Pago: | SM -Quincenal | | Business Unit: PUERT | |
|---|---|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | | Desde: | 12/16/2019 | | Aviso #: | 5318375 |
| | | | Hasta: | 12/31/2019 | | Fecha Aviso: | 12/30/2019 |
| VICENTA MATOS ARROYO | | # Empleado: | XXXXX1448 | | DATA IMP: | Federal | PR |
| PO BOX 1283 PMB 376 | | Dept: | 592160-ANOS SERVICIO LEY91 2004 | | Estado Civil: | Married | Married |
| SAN LORENZO PR 00754-1283 | | Lugar: | A/OS SERVICIO LEY 91 | | Concesiones: | 0 | 39 +99 |
| | | Titulo: | Pensionado | | Pct. Adcl.: | | |
| SS: XXX-XX-1448 | | Sueldo: | $2,061.11 Monthly | | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | 1,030.56 | 1,957.50 | | 24,617.61 | | | |
| Bono Navidad Pensionados | | 0.00 | | | 200.00 | | | |
| BONO MEDICINA- PENSIONADOS | | 0.00 | | | 100.00 | | | |
| Pago Retro Pensionados | | 0.00 | | | 96.81 | | | |

| | | | | 1,030.56 | 1,957.50 | 25,014.42 | Total: | 0.00 | 0.00 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | RM-Pres Hipot-Retiro Maestros | 237.15 | 5,680.88 | SM-Asoc Maestros de PR | 100.00 | 1,200.00 |
| | | | SM-Asoc Maestros de PR | 31.50 | 726.00 | | | |
| | | | CO-COOP MAESTRO PR | 289.55 | 6,949.20 | | | |
| | | | AS-ASOC MAESTROS DE P.R. | 8.50 | 204.00 | | | |

| | | | | | 566.70 | 13,560.08 | * Tributable | | |

| Total: | 0.00 | 0.00 | Total: | | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | | PAGA NETA |
|---|---|---|---|---|---|---|---|---|
| | | | | | 0.00 | 566.70 | | 463.86 |

### TOTAL BRUTO
Corriente: 1,030.56
Acumulado: 25,014.42

| | | 0.00 | 13,560.08 | | 11,454.34 |

### DISTRIBUCION PAGA NETA
Aviso #5318375 463.86
Total: 463.86

HORAS ACUM
Balance Inicial: 0.0
Acumulado:
Utilizado:
Donada:
Ajustes:
Balance Final: 0.0

MENSAJE:

Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
12/30/2019

Aviso No
5318375

### DISTRIBUCION DE DEPOSITO DIRECTO
| Tipo de Cuenta | Numero de Cuenta | Cant. Dep |
|---|---|---|
| Checking | | $463.86 |

Cant. Deposito: $463.86

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**
Secretaría Auxiliar de Recursos Humanos
División de Personal Docente

## INFORME DE NOMBRAMIENTOS Y CAMBIOS

Número del Cambio: 2963

Expediente:

| Número del Cambio | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | VICENTA MATOS ARROYO | |
| 2. Seguro Social | | |
| 3. Número de Puesto | R15726 | |
| 4. Cifra de Cuenta | E1110-221-0810000-0000-08100-2014-SCHOOLWIDE14 | |
| 5. Cifra de Cuenta SIFDE | E1110 - 221 - 28522 - 01F - 2014 - SCHOOLWIDE14A - 28522 - 01F - 1110 | |
| 6. Estatus | REGULAR | |
| 7. Escala de Retribución | 01 | |
| 8. Clasificación y Número de Clase | MA. EDUC. SEC (ESPAÑOL) 9819 | |
| 9. Sueldo | $ 2,792.50 | $ 2,967.50 |
| 10. Diferencial | | |
| 11. División o Escuela | ANTONIO FERNOS ISERN 28522 | |
| 12. Programa | | |
| 13. Ubicación | YABUCOA 127 | |
| 14. Acción y Duración | | AUMENTO SUELDO CARRERA MAGISTERIAL |
| 15. Aportación a Retiro | | |
| 16. Último Día de Trabajo | | |
| 17. Último Día de Pago | | |
| 18. Fecha de Efectividad | | 03/SEPTIEMBRE/2013 |

Comentarios y Explicaciones

SE LE OTORGA ETAPA 2 -3 NIVEL 3
SE ENMIENDA LOS SIGUIENTES CAMBIOS:
RENUNCIA POR JUBILACION EFECTIVO EL 20/DICIEMBRE/2013 $2,967.50

Firma del Jefe de Agencia o Representante Autorizado

Madelyn Irizarry Villegas

Fecha de Preparado: 16/SEPTIEMBRE/2016

RECIBIDO
DIVISIÓN DE NÓMINA
SEP 21 2016
SECCION DE CORRESPONDENCIA
Preparado Por: jlvb