Vicenta Matos Arroyo
P.M.B 376
BOX 1283
San Lorenzo, P.R. 00754



7019 1640 0001 8756 9945

Tribunal de Distrito E.U
Room 150 Federal Building
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
SAN LORENZO, PR
00754
APR 06, 20
AMOUNT
$6.55
R2304M113445-16

00918