31 de marzo de 2020

RECEIVED & FILED
2020 APR 14 AM 10:56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Secretaría
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

Counsel for the Oversight Board
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A Martin J. Bienenstock
Brian S. Rosen

Counsel for the Creditor`s Committee
Paul Hasting LLP
200 Park Avenue
Nueva York , Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

En el asunto de: ESTADO LIBRE ASOCIADO DE PUERTO RICO, número de procedimiento17 BJ 3283 – LTS

Estimados señores:

Se incluye la información requerida para la radicación de una REPLICA de la objeción global:

Nombre: RUTH REYES RAMOS
Dirección residencial: BARRIO JAGUAL. PATILLAS, PUERTO RICO
Dirección postal: BOX 692     PATILLAS , 00723
Dirección electrónica: ruthyreyes rayita abajo(underscore) 108@yahoo.com
Teléfono: 787 204 8631
Abogados: los asignados al caso
Abogados: Otros de ser requeridos para el proceso el cual desconozco al presente

EPIGRAFE

Número de identificación en el Manual   #388 y # 389

Centésima cuadragésima Objeción Global
ANEXO A : Defectuosas
Fecha de presentación: 6/29/2018
Número de caso: 17 BK 03283-LTS
Deudor: ELAPR
Número de Reclamación: 135704          #388
                       141317          #389
Monto de la Reclamación: Indeterminado*

Mediante esta comunicación se solicita un tiempo adicional para someter los documentos de evidencia requeridos para los casos de PROMESA Title III / Commonwealth and ERS.

El tiempo de estudio cuidadoso para realizar la búsqueda de documentos de evidencia no ha sido suficiente para localizar los mismos. Se presenta una petición de tiempo adicional acorde con las reglas establecidas de ser posible.

Además la situación surgida actualmente con COVID 19 paraliza toda gestión con las agencias en este caso de referencia.

Le informo además otros casos reclamos el 26 de junio de 2018 :

No. 17-bk- 03284        Petition Date: May 3, 2017
No. 17-bk- 03567                       May 21, 2017
No.17-bk- 03566                        May 21, 2017
No.17-bk- 04780                        July 2, 2017

Agradecemos de su atención a esta solicitud de tiempo adicional. De requerir información particular o clarificar alguna duda favor de comunicarse al 787 204 8631 o al correo electrónico arriba indicado. Tal correo lleva una rayita abajo al escribirlo, no domino la tecla de la computadora para escribirlo bien.

Cordialmente,
Ruth Reyes-Ramos, PhD