Dra. Ruth Reyes Ramos
Box 692
Patillas, Puerto Rico 00723

Secretaría
Tribunal de Distrito de los Estados U...
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

CERTIFIED MAIL