3 de abril de 2020

RECEIVED & FILED
2020 APR 14 AM 11:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Claimant: Margarita Orona Morales
P. O. Box 3000 Suite 2
Ángeles, P.R. 00611-3000
(939) 417-5844

Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico
Centésima Sexagésima Quinta Objeción Global del Estado Libre Asociado de Puerto Rico

Debtors: Estado Libre Asociado de Puerto Rico
Gobierno de Puerto Rico
Departamento de Educación
No. 17 BK 3283 - LTS

Secretaria del Tribunal de Distrito (Clerk's Office):

Yo, Margarita Orona Morales, me opongo a la Objeción Global, donde se me clasifica como Indeterminada, y valido mi reclamación #145581 justificando la misma con los documentos adjuntos.

Comencé a trabajar en el Departamento de Educación desde el **7 de diciembre de 1978** y me acogí a retiro desde el **27 de julio de 2010**. Durante el tiempo que trabajé con el Departamento de Educación se aprobó una ley, la Ley 164, donde se aprobó un aumento de $100.00 mensuales, efectivo el 1ro de enero de 2004, el cual no fue honrado por el patrono, lo que representa una deuda a mi favor a la fecha de mi retiro de $9,000.00 aproximadamente.

En estos momentos no puedo verificar el monto total con algún documento del patrono, ya que el país se encuentra en cuarentena por la emergencia COVID-19, pero entiendo que de ser necesaria más información, podré obtener la evidencia completa cuando se reanuden las labores del Departamento de Educación.

No tengo mucha evidencia debido a que mis documentos fueron destruidos por el Huracán María (septiembre 2017).

No quiero dejar pasar la oportunidad de someter los documentos originales que tengo en mi poder, aunque reconozco que deberían estar certificados con fechas actualizadas, pero ya he mencionado las circunstancias que estamos viviendo y no quise dejar pasar la fecha (7 de abril de 2020) sin someter la evidencia que tengo.

Adjunto documentos que certifican la validez de estos reclamos.

Atentamente,

Margarita Orona Morales
Reclamación #145581

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

*In re*:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,

como representante de

ESTADO LIBRE ASOCIADO DE PUERTO RICO, *et al*.,

Deudores.[1]

PROMESA, Título III

Núm. 17 BK 3283-LTS

(Administrada Conjuntamente)

**La presente radicación guarda relación con el ELA, la ACT y el SRE.**

RECEIVED & FILED
2020 APR 14 AM 11:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

## RÉPLICA DE LA DEMANDANTE A LA CENTÉSIMA SEXAGÉSIMA QUINTA OBJECIÓN GLOBAL

**Introducciones**

1. Solo debe cumplimentar y radicar el presente formulario de réplica si su reclamo guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico, o si su reclamo guarda relación con una acción judicial pendiente de resolución o finalizada. Si su reclamo no surge de empleo actual o anterior en el Gobierno de Puerto Rico o si su reclamo no guarda relación con una acción judicial pendiente de resolución o finalizada, su réplica debe ser radicada de conformidad con los procedimientos detallados en las páginas 3 a 4 de la Notificación que acompaña a la Centésima sexagésima quinta objeción global.

2. Rogamos radique formularios de réplica separados por cada evidencia de reclamo a la que los Deudores se hayan opuesto. No radique un único formulario de réplica que aborde más de una evidencia de reclamo.

3. Rogamos conteste a todas las preguntas y a cada una de las subpreguntas aplicables.

---

[1] Los Deudores en el marco de los presentes Procedimientos radicados conforme al Título III, junto con el respectivo número de procedimiento radicado conforme al Título III y los últimos cuatro (4) dígitos del número federal de contribuyente de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (núm. de procedimiento de quiebra 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (núm. de procedimiento de quiebra 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (núm. de procedimiento de quiebra 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (núm. de procedimiento de quiebra 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (núm. de procedimiento de quiebra 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y denominados conjuntamente con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (núm. de procedimiento de quiebra 19-BK-5532-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3801) (Los números de los casos en virtud del Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

4. Incluya tantos detalles como pueda en sus réplicas.

   a. **Sus respuestas deben proporcionar más información que la contenida en la evidencia de reclamos inicial.** Por ejemplo, si antes escribió "Ley 96" como fundamento de su reclamo, rogamos proporcione información más detallada relativa a leyes concretas que pretende invocar, el año de adopción de dicha ley, así como de qué forma y por qué considera que esa ley concreta permite fundamentar su reclamo.

   b. Si está disponible y se aplica a su reclamo, rogamos proporcione, asimismo, lo siguiente:
      - Copia de un escrito; por ejemplo, un Escrito de demanda o una Contestación;
      - Cualquier sentencia o acuerdo de conciliación que no hayan sido pagados;
      - Notificación por escrito de la intención de radicar un reclamo acompañada de un comprobante de envío; y
      - Toda la documentación que a su criterio justifica su reclamo.

5. Si no dispone de una copia de su reclamo, podrá descargarla visitando el sitio web de Prime Clerk: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

6. Debe firmar su réplica en el lugar que se indica abajo. Si no lo hace, el secretario no aceptará la réplica a efectos de su radicación.

7. Rogamos radique el formulario cumplimentado y cualquiera de los documentos justificativos siguiendo las instrucciones de la Notificación que acompaña a la Objeción global a su reclamo.

## Cuestionario

1. Rogamos proporcione el nombre, la dirección, el número de teléfono y la dirección de correo electrónico 1) de la demandante que responda; 2) del abogado o representante designado de la demandante al que los abogados del ELA, de la ACT y del SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción global en nombre de la demandante.

   ☐ Nombre: Margarita Orona Morales
   ☐ Dirección: P.O. Box 3,000 Suit 2 Angeles, P.R. 00611
   ☐ Número de teléfono: 939-417-5844
   ☐ Dirección de correo electrónico: Oronamargarita@gmail.com

2. Número de su evidencia de reclamos: 145581

3. Los Deudores se han opuesto a su Evidencia de reclamos porque esta no proporciona información suficiente para que los Deudores comprendan el fundamento de su reclamo. Marque la casilla con la que guarde relación su Evidencia de reclamos y explique el

2

motivo por el que se opone a la objeción indicando así el fundamento de su reclamo. Adjunte páginas adicionales si fuera necesario.

☐ Acción judicial pendiente de resolución o finalizada con o contra el Gobierno de Puerto Rico

☐ Empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico

_Que se nos otorgue un aumento concedido en 01/enero/2008, que no fue honrado por el patrono._

Adjunte copias de cualquier otra documentación u otras pruebas en apoyo de su reclamo.

4. **¿Cuál es el monto de su reclamo (cuánto alega que se le adeuda)?:**
   _$9,000.00_

5. **Empleo.** ¿Su reclamo guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico?
   ☐ No. *Siga con la Pregunta 6.*
   ☐ Sí. **Responda a las Preguntas 5(a) a (d).**

5(a). Indique la agencia o el departamento específicos donde trabaja o ha trabajado:
   _Departamento de Educación_

5(b). Indique las fechas de su empleo relativo con su reclamo:
   _Trabajé desde 07 de diciembre de 1978 a 27 de julio de 2010._

5(c). Últimos cuatro dígitos de su número del Seguridad Social: _8474_

5(d). ¿Cuál es la naturaleza de sus reclamos relativos al empleo (marque todas las casillas aplicables)?:

   ☐ Pensión
   ☒ Salarios no pagados
   ☐ Días de licencia por enfermedad
   ☐ Quejas con sindicado
   ☐ Vacaciones
   ☐ Otros (proporcione tanta información detallada como pueda. Adjunte páginas adicionales si fuera necesario).

3

**6. Acción judicial.** ¿Su reclamo guarda relación con una acción judicial pendiente de resolución o finalizada?

- ☐ No.
- ☒ Sí. Responda a las Preguntas 6(a) a (f).

6(a). Indique el departamento o la agencia que sean parte en la acción.
Estado Libre Asociado de Puerto Rico (Departamento de Educación)

6(b). Indique el nombre y la dirección del tribunal o de la agencia ante los cuales la acción esté pendiente de resolución. Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico- Room 150 Federal Building, San Juan

6(c). Número del caso:
17 BK 3283 - LTS

6(d). Título, epígrafe o nombre del caso:
Título III Promesa

6(e). Estado del caso (pendiente de resolución, apelado o finalizado):
Pendiente de resolver

6(f). ¿Tiene una sentencia que no haya sido pagada? Sí /(No) (rodee la opción que proceda)

En caso afirmativo, ¿cuál es la fecha y el monto de la sentencia?
_____

### FIRME ABAJO SU RÉPLICA

*Margarita Orona Morales*
Firma

Margarita Orona Morales
Deletree su nombre

03/abril/2020
Fecha

4