## CERTIFICACIÓN

Certifico que la profesora Margarita Orona Morales, con número de seguro social terminado en 8474, disfruta de una pensión vitalicia del Sistema de Retiro para Maestros, desde el 27 de julio de 2010. La profesora recibe una pensión mensual de $1,055.70, equivalente a $12,668.40 anuales.

Además de la pensión mensual, recibe en el mes de julio $100.00 de Bono de Verano y $100.00 de Bono de Medicamentos. La cantidad del Aguinaldo de Navidad es de $600.00. También cuenta con una aportación mensual de $100.00 para el Plan Médico.

Este documento es una copia de la información que me fue otorgada en mi certificación obtenida en el mes de agosto de 2010. No poseo el documento oficial debido a que fue destruido por el Huracán María de 2017.

*Margarita Orona Morales*
Margarita Orona Morales

× ⓘ Leyes de Puerto Rico d...
lexjuris.com



## Ley Núm. 164 del año 2003

(P. de la C. 3485), 2003, ley 164

**Para conceder un aumento de sueldo de cien dólares a los empleados Públicos del Gobierno Central de ELA, efectivo el 1ro de enero de 2004**

### Ley Núm.164 de 22 de julio de 2003

Para conceder un aumento' de sueldo de cien (100) dólares a los empleados Públicos del Gobierno Central del Estado Libre Asociado de Puerto Rico, efectivo el 1ro. de enero de 2004.

### EXPOSICION DE MOTIVOS

El propósito del servicio público a nivel central es el de brindar apoyo al desarrollo económico y social de Puerto Rico., Como tal, es el facilitador de los esfuerzos de la sociedad civil, En reconocimiento a la excelente labor y aportación que hacen los servidores públicos en beneficio de la sociedad, el Gobierno del Estado Libre Asociado de **Puerto Rico ha** propiciado diversas iniciativas para mejorar las condiciones de trabajo de los servidores públicos, mediante el diálogo en los procesos de negociación colectiva;

públicos que están bajo las condiciones estipuladas más adelante, disponiéndose que los empleados cubiertos bajo la Ley Núm. 45 de 25 de febrero de 1998, según enmendada, que no hayan completado su proceso de negociación colectiva a la fecha de efectividad de esta Ley recibirán el aumento propuesto. No obstante, una vez recibido el aumento salarial otorgado por esta Ley, sólo podrán negociarse, colectivamente aumentos de sueldo adicionales con cargo al presupuesto para el Año Fiscal 2004-2005 y de futuros presupuestos.

*DECRETASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:*

**Artículo 1.**-Los aumentos concedidos al amparo de esta Ley serán de la siguiente forma:

(a) Cien (100) dólares mensuales de aumento de sueldo a los empleados públicos que al 31 de diciembre de 2003 estén en servicio activo, sin distinción de status ni categoría. Cuando en un puesto se prestaren servicios a jornada parcial, el aumento a concederse será proporcional a la jornada de trabajo. Aquellos empleados vinculados al servicio que no estén en servicio activo al 1 de enero de 2004, tendrán derecho a recibir el aumento efectivo a la fecha que se reintegre al servicio.