Case:17-03283-LTS Doc#:12760-2 Filed:04/14/20 Entered:04/15/20 09:27:05 Desc:
Envelope Page 1 of 1

Margarita Orona Morales
P. O. Box 3000 Suite 2
Angeles, P.R. 00611-3000

7016 0910 0001 6430 6534





U.S. POSTAGE PAID
FCM LG ENV
LARES, PR
00669
APR 07, 20
AMOUNT
1000    00918    **$7.80**
R2305K134974-05

RECEIVED & FILED
2020 APR 14  AM 11:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
(United States District Court)
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767