**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| TRONCOSO SANTIAGO, JULIA M | 109123 | 6/27/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| TRONCOSO SANTIAGO, JULIA M | 109123 | 6/27/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

*[Signature: Julia M. Troncoso Santiago]*

000552

***CUST PR 1845 SRF 40241 PackID: 552 MMLID: 561242-P SVC: 169th Omni
TRONCOSO SANTIAGO, JULIA M
HC 08 BOX 880
PONCE, PR 00731

Deducciones a mi nómina y aportación patronal (ELA de PR) desde que comencé a cotizar desde 1/mayo/1995 hasta el 30/junio/2013; **luego del 1/julio/2013 hasta el 30/junio/2017 se cambió a Plan de Retiro Híbrido** (Adjunto copias de los talonarios de pago de nómina por cada mes y por año.(Por causa a la situación económica en Puerto Rico

### GPR PLAN DE RETIRO

| AÑO | DEDUCCIONES A MI NÓJMINA | APORTACION PATRONAL | COMENTARIOS |
|---|---|---|---|
| 1995 | 613.20 | ----- | Comencé a cotizar el 1/mayo/1995(efectiva mi permanencia con el Departamento de Educación) |
| 1996 | 743.52 | ----- | |
| 1997 | 819.72 | ----- | |
| 1998 | 872.88 | | |
| 1999 | 872.88 | 326.08 | El 1/septiembre/1999 el ELA de PR empezó la Aportación Patronal |
| 2000 | 872.88 | 326.08 | |
| 2001 | 872.88 | 326.08 | |
| 2002 | 872.88 | 326.08 | |
| 2003 | 659.88 | 739.56 | |
| 2004 | 659.88 | 739.56 | |
| 2005 | 659.88 | 739.56 | |
| 2006 | 659.88 | 739.56 | |
| 2007 | 1,26.16 | 1,710.72 | |
| 2008 | 1,625.20 | 1,877.63 | |
| 2009 | 1,821.46 | 2,041.63 | |
| 2010 | 1,798.32 | 2,015.76 | |
| 2011 | 1,798.32 | 2,033.86 | |
| 2012 | 1,798.32 | 2,106.31 | |
| 2013 | 899.36 | 1,007.88 | Por situación económica en Puerto Rico hasta el 30/junio/2013 GPR Plan de Retiro |
| TOTAL | $20,447.44 | $17,056.35 | |

Adjunto copias de talonarios de pagos.

Nota: Sumando lo siguiente: $20,447.44 + 17,056.35= $37,503.81 9 (APORTACION TOTAL)

Cuando me acogí al retiro en 6/30/2017 solamente me estimaron la cantidad de $30,000.00 no incluyen la cantidad que el ELA de Puerto Rico me debe actualmente de $7,503.81. Por tal razón no estoy de acuerdo con la pensión que recibo mensualmente de $501.78 por más o menos de 18 años de servicio desde el 1/mayo/1995 hasta el 30/junio/2013 con lo aportado con el GPR Plan de Retiro. ($37,503.81 - 30,000.00= $7,503.81 deuda que me deben)

*Julia M. Troncoso Santiago* (signature)

## GPR PLAN DE RETIRO HIBRIDO (DESDE 1/JULIO/2013 HASTA 30/JUNIO/2017 (FECHA EN QUE ME ACOGÍ AL RETIRO

| AÑO | DEDUCCIONES A MI NÓJMINA | APORTACION PATRONAL | COMENTARIOS |
|---|---|---|---|
| 2013 | 1,122.60 | 1,041.25 | Comenzó el **GPR Plan de Retiro Híbrido** el 1/julio/2013 Por situación económica en P.R. |
| 2014 | 2,311.20 | 2,143.64 | |
| 2015 | 2,317.20 | 2,728.56 | |
| 2016 | 2,317.20 | 3,452.64 | |
| 2017 | 1,558.60 | 1,798.68 | Aportaciones hasta el 6/30/2017 (fecha en que me acogí al retiro) |
| TOTAL | 9.226.80 | 11,164.79 | |

Adjunto copia de talonarios de pagos.

Nota: Sumando $9,226.80 + 11,164.79 = $20,391.57 (APORTACION TOTAL)

Me acogí al retiro en 6/30/2017. EL 28/ABRIL/2018 Recibí del Sistema de Retiro de Empleados Públicos DEL ELA DE PR la cantidad de **$9,970.64** (ADJUNTO COPIA DE DICHO CHEQUE) Según el acuerdo lo envían después del retiro. Por tal razón no estoy de acuerdo con dicha cantidad.

Razón: No estoy de acuerdo con la cantidad que me enviaron.

$20,391.57 - 9,970.64 = $10,420.93 (cantidad me debe Sistema de Retiro de Empleados Públicos del ELA de PR)

*Julia M. Troncoso Santiago* (signature)

*1995*

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| JULIA M TRONCOSO SANTIAGO | 0271 | 31 1295 | 357210 | 570523491 |

DEDUCCIONES

| | CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS | ASOCIACION DE EMPLEADOS SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACUMULADO DURANTE EL AÑO NATURAL | 67240 | 69864 | 61320 | | | | | | | | | |
| MES CORRIENTE | 4736 | 5669 | 6132 | | 2223 | | | | | | | |

| ACUMULADO DURANTE EL AÑO NATURAL: SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | MES CORRIENTE: SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 913200 | 913200 | 74100 | 74100 | 27600 | 18760 | 27740 |

VEASE CLAVES AL DORSO

*1996*

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| JULIA M TRONCOSO SANTIAGO | 0271 | 31 1296 | 320062 | 590273037 |

DEDUCCIONES

| | CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS | ASOCIACION DE EMPLEADOS SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACUMULADO DURANTE EL AÑO NATURAL | 57968 | 70575 | 74352 | | | | | | | | | |
| MES CORRIENTE | 4610 | 5906 | 6388 | | 2316 | | | | | | | |

| ACUMULADO DURANTE EL AÑO NATURAL: SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | MES CORRIENTE: SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 922500 | 922500 | 77200 | 77200 | 28900 | 19220 | 29080 |

VEASE CLAVES AL DORSO

*1997*

## GOBIERNO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| JULIA M TRONCOSO SANTIAGO | 0271 | 31 1297 | 357601 | 537051339 |

DEDUCCIONES

| | CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS | ASOCIACION DE EMPLEADOS SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACUMULADO DURANTE EL AÑO NATURAL | 65303 | 78535 | 81972 | | | | 07 | 4486 | | | | |
| MES CORRIENTE | 5894 | 6724 | 7274 | | 2637 | | | | | | | |

| ACUMULADO DURANTE EL AÑO NATURAL: SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | MES CORRIENTE: SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 1026600 | 1026600 | 87900 | 87900 | 30400 | 27015 | 30485 |

VEASE CLAVES AL DORSO

*Julia M. Troncoso Santiago*

*1998*

## GOBIERNO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| JULIA M TRONCOSO SANTIAGO | 0271 | 31 0198 | 360835 | 608418783 |

DEDUCCIONES

| | CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS | ASOCIACION DE EMPLEADOS SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACUMULADO DURANTE EL AÑO NATURAL | 5894 | 6724 | 7274 | | | | 07 | 4486 | | | | |
| MES CORRIENTE | 5894 | 6724 | 7274 | | 2637 | | | | | | | |

| ACUMULADO DURANTE EL AÑO NATURAL: SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | MES CORRIENTE: SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 87900 | 87900 | 87900 | 87900 | 30400 | 27015 | 30485 |

VEASE CLAVES AL DORSO

## Pay Stub 1 — 1999

**Gobierno de Puerto Rico**
081 - DEPT DE EDUCACION-CLASIFICADOS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/16/99 |
| Hasta: | 12/31/99 |
| # Cheque: | 01881737 |
| Fecha: | 12/27/99 |

JULIA M TRONCOSO SANTIAGO
HC-08 BOX 917
PONCE PR 007319706
SS: -0271

| | |
|---|---|
| # Empleado: | |
| Dept: | 8105104-Ponce Ponce II |
| Oficina: | S.U. Rosario Latorre Morales |
| Titulo: | Oficinista Mecanografo I |
| Sueldo: | $879.00 Monthly |

| | |
|---|---|
| DATA IMP: | Federal PR |
| Estado Civil: | Claiming no personal exem |
| Concesiones: | 0 |
| Pct. Adcl.: | 0 |
| Cant. Adcl.: | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 439.50 | 660.00 | 10,548.00 |
| Bono de Navidad | | | 0.00 | | 500.00 |
| Total: | | | 439.50 | 660.00 | 4,016.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA - MHI | 6.37 | 160.18 |
| Fed OASDI/Dis | 27.25 | 684.95 |
| PR Withholdng | 29.41 | 746.80 |
| Fed Withholdng | 0.00 | 0.00 |
| Total: | 63.03 | 582.50 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 36.37 | 872.88 |
| Total: | 36.37 | 872.88 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 22.43 | 179.44 |
| GPR Plan de Ahorros | 13.19 | 105.52 |
| Total: | 35.62 | 284.96 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 40.76 | 326.08 |
| FSED Disability Plan | 7.47 | 68.26 |

*Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 439.50 | 63.03 | 71.99 | 304.48 |
| Acumulado: | 4,016.00 | 582.50 | 1,157.84 | 2,857.58 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #01881737 | 304.48 |
| Total: | 304.48 |

MENSAJE:

---

## Pay Stub 2 — 2000

**Gobierno de Puerto Rico**
081 - DEPT DE EDUCACION-CLASIFICADOS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/16/00 |
| Hasta: | 12/31/00 |
| # Cheque: | 05591903 |
| Fecha: | 12/28/00 |

JULIA M TRONCOSO SANTIAGO
HC-08 BOX 917
PONCE PR 007319706
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8105104-Ponce Ponce II |
| Oficina: | S.U. Rosario Latorre Morales |
| Titulo: | Oficinista Mecanografo I |
| Sueldo: | $1,036.00 Monthly |

| | |
|---|---|
| DATA IMP: | Federal PR |
| Estado Civil: | Married Head of Household |
| Concesiones: | 0 3 |
| Pct. Adcl.: | |
| Cant. Adcl.: | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 518.00 | 1950.00 | 11,976.00 |
| Bono de Navidad | | | 0.00 | | 500.00 |
| Pago Retroactivo Regular | | | 0.00 | | 114.00 |
| Licencia Enfermedad en Exceso | | | 0.00 | | 76.14 |
| Total: | | | 518.00 | 1950.00 | 3,608.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA - MHI | 7.51 | 183.66 |
| Fed OASDI/Dis | 32.12 | 785.30 |
| PR Withholdng | 6.40 | 299.15 |
| Total: | 46.03 | 1,268.11 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 42.86 | 1,000.48 |
| Total: | 42.86 | 1,000.48 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RC-Pres Pers Ret Cen-E Clasif | 50.08 | 200.32 |
| GPR Plan de Ahorros | 15.54 | 362.78 |
| AE-Asoc Emp ELA-Prest Regular | 0.00 | 448.60 |
| Total: | 65.62 | 1,011.70 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 40.00 | 240.00 |
| GPR Plan de Retiro | 48.04 | 1,121.30 |
| FSED Disability Plan | 8.81 | 215.33 |

*Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 518.00 | 46.03 | 108.48 | 363.49 |
| Acumulado: | 3,608.00 | 1,268.11 | 2,012.18 | 9,385.85 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #05591903 | 363.49 |
| Total: | 363.49 |

Los talonarios de los años 2001 al 2007 no los encontré, pero hice un estimado.
(Ver la lista que le envío)

Jm Troncoso Santiago

## DEPT DE EDUCACION-CLASIFICADOS

Ave. Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

| Grupo de Pago: | SM -Quincenal | Aviso #: | 2747576 |
|---|---|---|---|
| Desde: | 12/16/2008 | Fecha Aviso: | 12/30/2008 |
| Hasta: | 12/31/2008 | | |

JULIA M TRONCOSO SANTIAGO
HC 08 BOX 880
PONCE, PR 00731
SS:

| # Empleado: | |
|---|---|
| Dept: | 8105104-Ponce Ponce II |
| Lugar: | S.U. Rosario Latorre Morales |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $1,737.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 868.50 | 1,965.00 | | 20,194.00 |
| Bono de Navidad | | 0.00 | | | 1,000.00 |
| Licencia Enfermedad en Exceso | | 0.00 | | | 1,458.28 |
| Pago Retroactivo Regular | | 0.00 | | | 50.00 |
| Total: | | 868.50 | 1,965.00 | | 22,702.28 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 12.59 | 329.18 |
| Fed OASDI/Disability - EE | 53.85 | 1,407.54 |
| PR Withholding | 45.34 | 1,231.19 |
| Total: | 111.78 | 2,967.91 |

*2008*

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 71.87 | 1,675.20 |
| Total: | 71.87 | 1,675.20 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 152.36 | 3,506.56 |
| RC-Pres Pers Ret Cen-E Clasif | 97.75 | 2,008.88 |
| AE-Seguro por Muerte Asoc ELA | 28.51 | 684.24 |
| OS-UNION PASO/ SPT Y SPU | 6.37 | 148.42 |
| Ahorros-AEELA | 26.06 | 607.44 |
| SM-First Medical Health Plan | 0.00 | 130.00 |
| Total: | 311.05 | 7,085.54 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 120.00 | 1,320.00 |
| GPR Plan de Retiro | 80.55 | 1,877.63 |
| FSED Disability Plan | 14.76 | 385.83 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 868.50 | 0.00 | 111.78 | 382.92 | 373.80 |
| Acumulado: | 22,702.28 | 0.00 | 2,967.91 | 8,760.74 | 10,973.63 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |

### DISTRIBUCION PAGA NETA

| Aviso #2747576 | 373.80 |
|---|---|
| Total: | 373.80 |

---

## DEPT DE EDUCACION-CLASIFICADOS

Ave. Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

| Grupo de Pago: | SM -Quincenal | Aviso #: | 8436833 |
|---|---|---|---|
| Desde: | 12/16/2009 | Fecha Aviso: | 12/30/2009 |
| Hasta: | 12/31/2009 | | |

JULIA M TRONCOSO SANTIAGO
HC 08 BOX 880
PONCE, PR 00731
SS:

| # Empleado: | |
|---|---|
| Dept: | 8105104-Ponce Ponce II |
| Lugar: | S.U. Rosario Latorre Morales |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $1,811.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 905.50 | 1,957.50 | | 21,510.00 |
| Bono de Navidad | | 0.00 | | | 1,000.00 |
| Licencia Enfermedad en Exceso | | 0.00 | | | 1,373.89 |
| Pago Retroactivo Regular | | 0.00 | | | 501.46 |
| Total: | | 905.50 | 1,957.50 | | 24,385.35 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 13.13 | 353.59 |
| Fed OASDI/Disability - EE | 56.14 | 1,511.89 |
| PR Withholding | 47.93 | 1,361.48 |
| Total: | 117.20 | 3,226.96 |

*2009*

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 74.93 | 1,821.46 |
| Total: | 74.93 | 1,821.46 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 152.36 | 3,656.64 |
| RC-Pres Pers Ret Cen-E Clasif | 97.75 | 2,346.00 |
| AE-Seguro por Muerte Asoc ELA | 28.51 | 684.24 |
| OS-UNION PASO/ SPT Y SPU | 6.37 | 152.88 |
| Ahorros-AEELA | 27.17 | 660.46 |
| SM-First Medical Health Plan | 0.00 | 6.25 |
| Total: | 312.16 | 7,506.47 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 125.00 | 1,500.00 |
| GPR Plan de Retiro | 83.99 | 2,041.63 |
| FSED Disability Plan | 15.39 | 414.47 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 905.50 | 0.00 | 117.20 | 387.09 | 401.21 |
| Acumulado: | 24,385.35 | 0.00 | 3,226.96 | 9,327.93 | 11,830.46 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |

### DISTRIBUCION PAGA NETA

| Aviso #8436833 | 401.21 |
|---|---|
| Total: | 401.21 |

*Julia M. Troncoso Santiago*

## Payslip 1 — Dic. 30 2010

**DEPT DE EDUCACION-CLASIFICADOS**
Ave. Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

Grupo de Pago: SM -Quincenal
Desde: 12/16/2010
Hasta: 12/31/2010
Aviso #: 5575352
Fecha Aviso: 12/30/2010

JULIA M TRONCOSO SANTIAGO
HC 08 BOX 880
PONCE, PR 00731
SS: XXX-XX-0271

# Empleado: XXXXX0271
Dept: 8105135-PONCE-PONCE
Lugar: S.U. ROSARIO LATORRE MORALES
Titulo: DEPARTAMENTO DE EDUCACION
Sueldo: $1,811.00 Monthly

DATA IMP: Federal / PR
Estado Civil: Single / Single
Concesiones: 0 / 0
Pct. Adcl.:
Cant. Adcl.:

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 905.50 | 1,957.50 | | 21,732.00 |
| Bono de Navidad | | 0.00 | | | 1,000.00 |
| Licencia Enfermedad en Exceso | | 0.00 | | | 249.25 |
| Total: | | 905.50 | 1,957.50 | | 22,981.25 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 13.13 | 333.23 |
| Fed OASDI/Disability - EE | 56.14 | 1,424.84 |
| PR Withholding | 0.00 | 1,074.40 |
| Total: | 69.27 | 2,832.47 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 74.93 | 1,798.32 |
| Total: | 74.93 | 1,798.32 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 234.28 | 4,803.52 |
| RC-Pres Pers Ret Cen-E Clasif | 105.03 | 2,462.48 |
| AE-Seguro por Muerte Asoc ELA | 28.51 | 684.24 |
| OS-UNION PASO/ SPT Y SPU | 6.37 | 152.88 |
| Ahorros-AEELA | 27.17 | 652.08 |
| SM-First Medical Health Plan | 0.00 | 60.00 |
| Total: | 401.36 | 8,815.20 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 83.99 | 2,015.76 |
| FSED Disability Plan | 15.39 | 390.60 |
| SM-First Medical Health Plan | 0.00 | 500.00 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 905.50 | 0.00 | 69.27 | 476.29 | 359.94 |
| Acumulado: | 22,981.25 | 0.00 | 2,832.47 | 10,613.52 | 9,535.26 |

PTO HORAS ACUM
Balance Inicial: 0.0
+ Ganada:

DISTRIBUCION PAGA NETA
Aviso #5575352 — 359.94

---

## Payslip 2 — Dic. 30 2011

EDUCACION-CLASIFICADOS
Cesar Gonzalez, Esquina Calaf
PR 00919

Grupo de Pago: SM -Quincenal
Desde: 12/16/2011
Hasta: 12/31/2011
Aviso #: 2411875
Fecha Aviso: 12/30/2011

JULIA M TRONCOSO SANTIAGO
HC 08 BOX 880
PONCE, PR 00731
SS: XXX-XX-0271

# Empleado: XXXXX0271
Dept: 8105135-PONCE-PONCE
Lugar: S.U. ROSARIO LATORRE MORALES
Titulo: DEPARTAMENTO DE EDUCACION
Sueldo: $1,811.00 Monthly

DATA IMP: Federal / PR
Estado Civil: Single / Single
Concesiones: 0 / 0
Pct. Adcl.:
Cant. Adcl.:

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 905.50 | 1,950.00 | | 21,732.00 |
| Bono de Navidad | | 0.00 | | | 1,000.00 |
| Total: | | 905.50 | 1,950.00 | | 22,732.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 13.13 | 329.61 |
| Fed OASDI/Disability - EE | 38.03 | 954.74 |
| PR Withholding | 8.60 | 441.16 |
| Total: | 59.76 | 1,725.51 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 74.93 | 1,798.32 |
| Total: | 74.93 | 1,798.32 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 234.28 | 5,622.72 |
| RC-Pres Pers Ret Cen-E Clasif | 105.03 | 2,520.72 |
| AE-Seguro por Muerte Asoc ELA | 28.51 | 684.24 |
| OS-UNION PASO/ SPT Y SPU | 6.37 | 152.88 |
| Ahorros-AEELA | 27.17 | 652.08 |
| Total: | 401.36 | 9,632.64 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 83.99 | 2,033.86 |
| FSED Disability Plan | 15.39 | 386.36 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 905.50 | 0.00 | 59.76 | 476.29 | 369.45 |
| Acumulado: | 22,732.00 | 0.00 | 1,725.51 | 11,430.96 | 9,575.53 |

PTO HORAS ACUM
Balance Inicial: 0.0

DISTRIBUCION PAGA NETA
Aviso #2411875 — 369.45

*(Handwritten annotations on page: "$1,811 mens", "Dic. 30 2010", "2010", "Julia M. Troncoso Santiago", "Dic. 30 2011", "2011")*

## DEPT DE EDUCACION-CLASIFICADOS
Ave. Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

| Grupo de Pago: | SM -Quincenal | Aviso #: | 9373769 |
|---|---|---|---|
| Desde: | 12/16/2012 | Fecha Aviso: | 12/28/2012 |
| Hasta: | 12/31/2012 | | |

JULIA M TRONCOSO SANTIAGO
HC 08 BOX 880
PONCE, PR 00731

SS: XXX-XX-0271

| # Empleado: | XXXXX0271 |
| Dept: | 8105135-PONCE-PONCE |
| Lugar: | S.U. ROSARIO LATORRE MORALES |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $1,811.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 905.50 | | 1,957.50 | 21,732.00 |
| Bono de Navidad | | 0.00 | | | 1,000.00 |
| Bono Convenio Colectivo | | 0.00 | | | 686.90 |
| Licencia Enfermedad en Exceso | | 0.00 | | | 1,553.78 |
| Total: | | 905.50 | | 1,957.50 | 24,972.68 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 13.13 | 362.10 |
| Fed OASDI/Disability - EE | 38.03 | 1,048.85 |
| PR Withholding | 8.20 | 423.64 |
| Total: | 59.36 | 1,834.59 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 74.93 | 1,798.32 |
| Total: | 74.93 | 1,798.32 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 172.27 | 1,612.44 |
| SM-First Medical Health Plan | 96.50 | 1,930.00 |
| RC-Pres Pers Ret Cen-E Clasif | 105.03 | 2,520.72 |
| AE-Seguro por Muerte Asoc ELA | 28.51 | 684.24 |
| OS-UNION PASO/ SPT Y SPU | 6.37 | 152.88 |
| Ahorros-AEELA | 27.17 | 652.08 |
| Total: | 435.85 | 7,552.36 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 125.00 | 1,250.00 |
| GPR Plan de Retiro | 83.99 | 2,106.31 |
| FSED Disability Plan | 15.39 | 424.46 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 905.50 | 0.00 | 59.36 | 510.78 | 335.36 |
| Acumulado: | 24,972.68 | 0.00 | 1,834.59 | 9,350.68 | 13,787.41 |

### DISTRIBUCION PAGA NETA
Aviso #9373769 — 335.36

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |

*[handwritten: 2012]*

---

## DEPT DE EDUCACION-CLASIFICADOS
Ave. Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

| Grupo de Pago: | SM -Quincenal | Aviso #: | 6259589 |
|---|---|---|---|
| Desde: | 12/16/2013 | Fecha Aviso: | 12/30/2013 |
| Hasta: | 12/31/2013 | | |

JULIA M TRONCOSO SANTIAGO
HC 08 BOX 880
PONCE, PR 00731

SS: XXX-XX-0271

| # Empleado: | XXXXX0271 |
| Dept: | 8105135-PONCE-PONCE |
| Lugar: | S.U. ROSARIO LATORRE MORALES |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $1,871.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 935.50 | | 1,957.50 | 22,092.00 |
| Bono de Navidad | | 0.00 | | | 1,000.00 |
| Licencia Enfermedad en Exceso | | 0.00 | | | 968.65 |
| Total: | | 935.50 | | 1,957.50 | 24,060.65 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 13.57 | 348.88 |
| Fed OASDI/Disability - EE | 58.00 | 1,491.76 |
| PR Withholding | 8.91 | 329.99 |
| Total: | 80.48 | 2,170.63 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido | 93.55 | 1,122.60 |
| GPR Plan de Retiro | 0.00 | 899.16 |
| Total: | 93.55 | 2,021.76 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.26 | 27.12 |
| AE-Asoc Emp ELA-Prest Regular | 175.88 | 4,163.36 |
| SM-First Medical Health Plan | 92.75 | 2,309.75 |
| RC-Pres Pers Ret Cen-E Clasif | 105.03 | 2,520.72 |
| AE-Seguro por Muerte Asoc ELA | 28.51 | 684.24 |
| OS-UNION PASO/ SPT Y SPU | 6.60 | 154.26 |
| Ahorros-AEELA | 28.07 | 662.88 |
| Total: | 439.10 | 10,522.33 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 137.50 | 1,562.50 |
| GPR Retiro Hibrido | 86.77 | 1,041.25 |
| FSED Disability Plan | 15.90 | 408.95 |
| GPR Plan de Retiro | 0.00 | 1,007.88 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 935.50 | 0.00 | 80.48 | 532.65 | 322.37 |
| Acumulado: | 24,060.65 | 0.00 | 2,170.63 | 12,544.09 | 9,364.68 |

### DISTRIBUCION PAGA NETA

*[handwritten: 2013]*

## 081 DEPT DE EDUCACION-CLASIFICADOS

Ave. Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/16/2014 |
| Hasta: | 12/31/2014 |

Aviso #: 3656321
Fecha Aviso: 12/30/2014

**JULIA M TRONCOSO SANTIAGO**
HC 08 BOX 880
PONCE, PR 00731

SS: XXX-XX-0271

| | |
|---|---|
| # Empleado: | XXXXX0271 |
| Dept: | 8105135-PONCE-PONCE |
| Lugar: | S.U. ROSARIO LATORRE MORALES |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $1,931.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Horas (Corriente) | Ingresos (Corriente) | Horas (Acumulado) | Ingresos (Acumulado) |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 965.50 | | 1,957.50 | 23,112.00 |
| Bono de Navidad | | 0.00 | | | 1,000.00 |
| Licencia Enfermedad en Exceso | | 0.00 | | | 492.35 |
| Total: | | 965.50 | | 1,957.50 | 24,604.35 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 14.00 | 356.76 |
| Fed OASDI/Disability - EE | 59.86 | 1,525.47 |
| PR Withholding | 11.40 | 373.08 |
| Total: | 85.26 | 2,255.31 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido | 96.55 | 2,311.20 |
| Total: | 96.55 | 2,311.20 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.26 | 54.24 |
| AE-Asoc Emp ELA-Prest Regular | 175.88 | 4,221.12 |
| SM-First Medical Health Plan | 92.75 | 2,213.50 |
| RC-Pres Pers Ret Cen-E Clasif | 105.03 | 2,520.72 |
| AE-Seguro por Muerte Asoc ELA | 28.51 | 684.24 |
| OS-UNION PASO/ SPT Y SPU | 6.83 | 163.46 |
| Ahorros-AEELA | 28.97 | 693.48 |
| Total: | 440.23 | 10,550.76 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 150.00 | 1,787.50 |
| GPR Retiro Hibrido | 89.55 | 2,143.64 |
| FSED Disability Plan | 16.41 | 418.19 |

\* Tributable

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut. Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 965.50 | 0.00 | 85.26 | 536.78 | 343.46 |
| Acumulado: | 24,604.35 | 0.00 | 2,255.31 | 12,861.96 | 9,487.08 |

(handwritten: 2014)

---

## 081 DEPT DE EDUCACION-CLASIFICADOS

Ave. Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/16/2015 |
| Hasta: | 12/31/2015 |

Aviso #: 0551305
Fecha Aviso: 12/30/2015

**JULIA M TRONCOSO SANTIAGO**
HC 08 BOX 880
PONCE, PR 00731

SS: XXX-XX-0271

| | |
|---|---|
| # Empleado: | XXXXX0271 |
| Dept: | 8105135-PONCE-PONCE |
| Lugar: | S.U. ROSARIO LATORRE MORALES |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $1,931.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Horas (Corriente) | Ingresos (Corriente) | Horas (Acumulado) | Ingresos (Acumulado) |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 965.50 | | 1,957.50 | 23,172.00 |
| Bono de Navidad | | 0.00 | | | 600.00 |
| Total: | | 965.50 | | 1,957.50 | 23,772.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 14.00 | 344.69 |
| Fed OASDI/Disability - EE | 59.86 | 1,473.86 |
| PR Withholding | 11.40 | 273.60 |
| Total: | 85.26 | 2,092.15 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido | 96.55 | 2,317.20 |
| Total: | 96.55 | 2,317.20 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.26 | 54.24 |
| AE-Asoc Emp ELA-Prest Regular | 187.75 | 4,482.26 |
| SM-First Medical Health Plan | 92.75 | 2,226.00 |
| RC-Pres Pers Ret Cen-E Clasif | 105.03 | 2,520.72 |
| AE-Seguro por Muerte Asoc ELA | 28.51 | 684.24 |
| OS-UNION PASO/ SPT Y SPU | 6.83 | 163.92 |
| Ahorros-AEELA | 28.97 | 695.28 |
| Total: | 452.10 | 10,826.66 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 150.00 | 1,800.00 |
| GPR Retiro Hibrido | 137.83 | 2,728.56 |
| FSED Disability Plan | 16.41 | 404.04 |

\* Tributable

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut. Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 965.50 | 0.00 | 85.26 | 548.65 | 331.59 |
| Acumulado: | 23,772.00 | 0.00 | 2,092.15 | 13,143.86 | 8,535.99 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #0551305 | 331.59 |
|---|---|
| Total: | 331.59 |

MENSAJE:

(handwritten: 2015; signature: Julia M Troncoso Santiago)

## Paystub 1

**081 Dept de Educacion-Clasificados**
Ave. Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

| Grupo de Pago: | SM -Quincenal | Aviso #: | 5292553 |
|---|---|---|---|
| Desde: | 12/16/2016 | Fecha Aviso: | 12/30/2016 |
| Hasta: | 12/31/2016 | | |

**JULIA M TRONCOSO SANTIAGO**
HC 08 BOX 880
PONCE, PR 00731
SS: XXX-XX-0271

| # Empleado: | XXXXX0271 |
|---|---|
| Dept: | 8105135-PONCE-PONCE |
| Lugar: | S.U. ROSARIO LATORRE MORALES |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $1,931.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 965.50 | 1,957.50 | 23,172.00 |
| Bono de Navidad | | | 0.00 | | 600.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 14.00 | 344.69 |
| Fed OASDI/Disability - EE | 59.86 | 1,473.86 |
| PR Withholding | 11.40 | 273.60 |

*(handwritten: 2016, Dic. 2016)*

| Total: | | | 965.50 | 1,957.50 | 23,772.00 | Total: | 85.26 | 2,092.15 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido | 96.55 | 2,317.20 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.26 | 54.24 |
| AE-Asoc Emp ELA-Prest Regular | 187.75 | 4,506.00 |
| SM-First Medical Health Plan | 92.75 | 2,226.00 |
| RC-Pres Pers Ret Cen-E Clasif | 105.03 | 2,520.72 |
| AE-Seguro por Muerte Asoc ELA | 28.51 | 684.24 |
| OS-UNION PASO/ SPT Y SPU | 6.83 | 163.92 |
| Ahorros-AEELA | 28.97 | 695.28 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 150.00 | 1,800.00 |
| GPR Retiro Hibrido | 149.89 | 3,452.64 |
| FSED Disability Plan | 16.41 | 404.04 |

| Total: | 96.55 | 2,317.20 | Total: | 452.10 | 10,850.40 | *Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut. Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 965.50 | 0.00 | 85.26 | 548.65 | 331.59 |
| Acumulado: | 23,772.00 | 0.00 | 2,092.15 | 13,167.60 | 8,512.25 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA
| Aviso #5292553 | 331.59 |
|---|---|
| Total: | 331.59 |

---

## Paystub 2

**081 Dept de Educacion-Clasificados**
Ave. Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

| Grupo de Pago: | SM -Quincenal | Aviso #: | 8760508 |
|---|---|---|---|
| Desde: | 06/16/2017 | Fecha Aviso: | 06/30/2017 |
| Hasta: | 06/30/2017 | | |

**JULIA M TRONCOSO SANTIAGO**
HC 08 BOX 880
PONCE, PR 00731
SS: 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

| # Empleado: | 584400271 |
|---|---|
| Dept: | 8105135-PONCE-PONCE |
| Lugar: | BERNARDINO CORDERO BERNARD |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $1,931.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 965.50 | 975.00 | 11,586.00 |

*(handwritten: 2017 Mi retiro 30/junio/2017)*

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 14.00 | 168.00 |
| Fed OASDI/Disability - EE | 59.86 | 718.33 |
| PR Withholding | 11.40 | 136.80 |

| Total: | | | 965.50 | 975.00 | 11,586.00 | Total: | 85.26 | 1,023.13 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido | 96.55 | 1,158.60 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.26 | 27.12 |
| AE-Asoc Emp ELA-Prest Regular | 192.25 | 2,280.00 |
| SM-First Medical Health Plan | 26.75 | 753.00 |
| RC-Pres Pers Ret Cen-E Clasif | 57.76 | 666.24 |
| AE-Seguro por Muerte Asoc ELA | 28.51 | 342.12 |
| OS-UNION PASO/ SPT Y SPU | 6.83 | 81.96 |
| Ahorros-AEELA | 28.97 | 347.64 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 150.00 | 900.00 |
| GPR Retiro Hibrido | 149.89 | 1,798.68 |
| FSED Disability Plan | 16.41 | 196.92 |

| Total: | 96.55 | 1,158.60 | Total: | 343.33 | 4,498.04 | *Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut. Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 965.50 | 0.00 | 85.26 | 439.88 | 440.36 |
| Acumulado: | 11,586.00 | 0.00 | 1,023.13 | 5,656.64 | 4,906.23 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA
| Aviso #8760508 | 440.36 |
|---|---|
| Total: | 440.36 |

Los balances de licencias corresponden al periodo de:

*(signature: Julia M. Troncoso Santiago)*



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura

*Handwritten note:* Estimado - NO estoy de acuerdo con la cantidad de $501.78; son 22 años y 6 meses de servicio a la fecha de mi retiro 6/30/2017  Jnts

## ESTADO DE CUENTA ESTIMADO

15 de noviembre de 2016

**Agencia: 171 - DEPARTAMENTO EDUCACION (NO DOCENTE)**

JULIA TRONCOSO SANTIAGO
HC 8 BOX 880
PONCE, PR 00731 9733

**Seguro Social: XXX-XX-0271**

A base de la información en nuestros registros, al 15 de noviembre de 2016 usted posee:

**Fecha de Nacimiento:** 04 de mayo de 1950         **Género:** Femenino
**Fecha de Ingreso al Servicio Público:** 26 de mayo de 1995
**Fecha de Comienzo de Cotización:** 26 de mayo de 1995

| *Ley 1 al 30 de junio de 2013* | |
|---|---|
| Años Acreditados: | 18.00 |
| Aportaciones: | $23,931.28 |
| Intereses: | $5,474.03 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $29,405.31 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $487.78 |

| *Ley 3 al 30 de junio de 2016* | |
|---|---|
| Años Acreditados: | 3.03 |
| Aportaciones: | $7,488.90 |
| Intereses: | $216.83 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $7,705.73 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545
www.retiro.pr.gov



**RETIRO**
ESTADO LIBRE ASOCIADO DE PUERTO RICO

JULIA M TRONCOSO SANTIAGO

| Numero de Cheque: | 85-0017426 | Fecha Cheque: | 04/26/2018 | Message: | |
|---|---|---|---|---|---|
| Codigo de Cheque: | 85-0017426 | Num. Solicitud: | SABI940721 | Seguro Social: | 584400271 |
| INTERESES REEMBOLSOS LEY 3 | 743.84 | 0.00 | | Reembolsos Ley 3 | 9,226.80 | 0.00 |

**RETIRO**

Recibido
21/mayo/2018

Pago Neto: 9970.64

— DOBLE Y DESPRENDA CUIDADOSAMENTE POR ESTA PERFORACION —

ESTE DOCUMENTO TIENE UN FONDO AZUL EN EL FRENTE Y CONTIENE UNA MARCA DE AGUA. ACERQUELO A LA LUZ, DE NO TENER DICHA MARCA, FAVOR DE NO ACEPTAELO.

**GOBIERNO DE PUERTO RICO**
ADMINISTRACION DE LOS SISTEMAS DE RETIRO
DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA
PO BOX 42003 SAN JUAN PR 00940 2203

101-211 / 215

Fecha: 04/26/2018
Num. Cheque: 85-0017426

$9,970.64

Paguese a la Orden de: JULIA M TRONCOSO SANTIAGO
****NINE THOUSAND NINE HUNDRED SEVENTY AND 64/100 S****

Miguel Santiago Tomes
PAGADOR OFICIAL

NO ES VALIDO 6 MESES DESPUES DE SU EMISION

Cecile Jurado Soto
FIRMA AUTORIZADA

BANCO POPULAR DE PUERTO RICO

⑆85001742⑆ ⑈021502011⑈ 030⑇051185⑇

Retiro GPR
Hibrido
(desde el 1/julio/2013 hasta el 6/30/2017)

El resto de $10,420.93
¿donde están?
Jm Troncoso Santiago