Julia
HC 08
Ponce, P.R. 00731-9474



CERTIFIED MAIL

7019 2970 0002 2160 5139

U.S. POSTAGE PAID
FCM LG ENV
PONCE, PR
00730
MAR 28, 20
AMOUNT
$8.00
R2303S101816-9

1000          00918

2020 APR 14  AM 11: 01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767