Brenda J. Rodríguez López
Calle Batey H-34
Urbanización Caguax
Caguas, P.R. 00725



7019 0700 0001 1916 7533

U.S. POSTAGE PAID
FCM LG ENV
ORANGE PARK, FL
32065
MAR 30, 20
AMOUNT
$5.55
R2304M116208-20

Secretaría
Tribunal de Distrito de los
Estados Unidos   AVE. CARLOS E. CHARDON
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 APR 14 AM 10:57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.