TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

RECEIVED & FILED
2020 APR 14 AM 11:01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

In re:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO

como representante de

ESTADO LIBRE ASOCIADO DE PUERTO RICO

Et al.,

Deudores

PROMESA,

Título III

Núm. 17BK 3283-LTS

(Administración Conjuntamente)

La presente radicación guarda relación con el ELA, la ACT y el SER.

NOTIFICACIÓN DE LA CENTÉSIMA SEXAGÉSIMA NOVENA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A VARIOS RECLAMOS DEFICIENTES.

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 10 Federal Building San Juan, Puerto Rico
San Juan, Puerto Rico 00918-1767

Referente al: Anexo C
Notificación de Objeción Global al Anexo A
Reclamo **102114** en **6/27/2018 (Ajuste salarial)**
A: **Commonwealth of Puerto Rico**

Señores:

Yo, Julia M. Troncoso Santiago, fui empleada con el Gobierno del ELA de Puerto Rico en la agencia del DEPARTAMENTO DE EDUCACIÓN como Oficinista Mecanógrafa I por 28 años y 6 meses. Mi retiro fue efectivo el 30 de junio de 2017.

En el Anexo A que recibí de ustedes en la que el ELA de Puerto Rico no tiene datos para mi defensa con relación al ajuste salarial por años de servicio y lo certificaron como RECLAMO DEFICIENTE, por lo cual no estoy de acuerdo.

En el Anexo E (Formulario de de réplica de Demandante) que ustedes me envían le estoy enviando datos de mi impugnación

Mi nombre es: Julia M. Troncoso Santiago
Dirección Postal: HC 08 Box 880
Ponce, Puerto Rico 00731-9474
Teléfono Residencia: 939-545-4964
Teléfono Móvil : 939-272-6797
Correo Electrónico : juliamtroncoso@hotmail.com

Gracias anticipadas y en espera de su más pronta contestación.

Cordialmente,

*Julia M. Troncoso Santiago*
JULIA M. TRONCOSO SANTIAGO
RECLAMANTE

Copias de esta Notificación a:

Abogado de la Junta de Supervisión (Counsel for the Oversight Board)
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A : Martin J. Bienenstock
Brian S. Rosen

Abogados del Comité de Acreedores (Counsel for the Creditor's Commettee)
Paul HASTINGS LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongatz

## ANEXO E
### Formulario de réplica de la demandante

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

In re:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,

como representante de

ESTADO LIBRE ASOCIADO DE PUERTO RICO, et al.,

Deudores.[1]

PROMESA,
Título III

Núm. 17 BK 3283-LTS

(Administrada Conjuntamente)

**La presente radicación guarda relación con el ELA, la ACT y el SRE.**

RECEIVED & FILED
2020 APR 14 AM 11: 01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## RÉPLICA DE LA DEMANDANTE A LA CENTÉSIMA SEXAGÉSIMA NOVENA OBJECIÓN GLOBAL

**Introducciones**

1. Solo debe cumplimentar y radicar el presente formulario de réplica si su reclamo guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico, o si su reclamo guarda relación con una acción judicial pendiente de resolución o finalizada. Si su reclamo no surge de empleo actual o anterior en el Gobierno de Puerto Rico o si su reclamo no guarda relación con una acción judicial pendiente de resolución o finalizada, su réplica debe ser radicada de conformidad con los procedimientos detallados en las páginas 3 a 4 de la Notificación que acompaña a la Centésima sexagésima novena objeción global.

2. Rogamos radique formularios de réplica separados por cada evidencia de reclamo a la que los Deudores se hayan opuesto. No radique un único formulario de réplica que aborde más de una evidencia de reclamo.

3. Rogamos conteste a todas las preguntas y a cada una de las subpreguntas aplicables.

---

[1] Los Deudores en el marco de los presentes Procedimientos radicados conforme al Título III, junto con el respectivo número de procedimiento radicado conforme al Título III y los últimos cuatro (4) dígitos del número federal de contribuyente de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (núm. de procedimiento de quiebra 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (núm. de procedimiento de quiebra 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (núm. de procedimiento de quiebra 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (núm. de procedimiento de quiebra 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (núm. de procedimiento de quiebra 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y denominados conjuntamente con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (núm. de procedimiento de quiebra 19-BK-5532-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3801) (Los números de los casos en virtud del Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

4. Incluya tantos detalles como pueda en sus réplicas.

    a. **Sus respuestas deben proporcionar más información que la contenida en la evidencia de reclamos inicial.** Por ejemplo, si antes escribió "Ley 96" como fundamento de su reclamo, rogamos proporcione información más detallada relativa a leyes concretas que pretende invocar, el año de adopción de dicha ley, así como de qué forma y por qué considera que esa ley concreta permite fundamentar su reclamo.

    b. Si está disponible y se aplica a su reclamo, rogamos proporcione, asimismo, lo siguiente:

    - Copia de un escrito; por ejemplo, un Escrito de demanda o una Contestación;
    - Cualquier sentencia o acuerdo de conciliación que no hayan sido pagados;
    - Notificación por escrito de la intención de radicar un reclamo acompañada de un comprobante de envío; y
    - Toda la documentación que a su criterio justifica su reclamo.

5. Si no dispone de una copia de su reclamo, podrá descargarla visitando el sitio web de Prime Clerk: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

6. Debe firmar su réplica en el lugar que se indica abajo. Si no lo hace, el secretario no aceptará la réplica a efectos de su radicación.

7. Rogamos radique el formulario cumplimentado y cualquiera de los documentos justificativos siguiendo las instrucciones de la Notificación que acompaña a la Objeción global a su reclamo.

**Cuestionario**

1. Rogamos proporcione el nombre, la dirección, el número de teléfono y la dirección de correo electrónico 1) de la demandante que responda; 2) del abogado o representante designado de la demandante al que los abogados del ELA, de la ACT y del SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción global en nombre de la demandante.

    □ **Nombre:** Julia M. Troncoso Santiago
    □ **Dirección:** HC 08 Box 880, Ponce, P.R. 00731-9474
    □ **Número de teléfono:** Residencia: 939-545-4964 Celular: 939-272-6797
    □ **Dirección de correo electrónico:** juliamtroncoso@hotmail.com

2. **Número de su evidencia de reclamos:** 102114

3. Los Deudores se han opuesto a su Evidencia de reclamos porque esta no proporciona información suficiente para que los Deudores comprendan el fundamento de su reclamo. Marque la casilla con la que guarde relación su Evidencia de reclamos y explique el

2

motivo por el que se opone a la objeción indicando así el fundamento de su reclamo. Adjunte páginas adicionales si fuera necesario.

☒ Acción judicial pendiente de resolución o finalizada con o contra el Gobierno de Puerto Rico

☐ Empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico  Ajuste Salarial
Desde el 8/septiembre/2008 no recibí el PASO (aumento de sueldo por años de servicio con el ELA de P.R. en la agencia del Departamento de Educación de P.R. hasta la fecha de mi retiro en 30/junio/2017, por causa de Situación Económica en P.R. Son $100.00 mensuales por años de servicio (9 años y 6 meses) Total de la deuda $11,400.00

Adjunte copias de cualquier otra documentación u otras pruebas en apoyo de su reclamo. 1) Orden Ejecutiva del Gobernador Luis G. Fortuño del 8/enero/2009
2) Gestiones realizadas con el Sindicato Puertorriqueño de Trabajadores sobre el aumento Salarial. (4 hojas)

4. ¿Cuál es el monto de su reclamo (cuánto alega que se le adeuda)?: $11,400.00

5. **Empleo**. ¿Su reclamo guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico?
   ☐ No. *Siga con la Pregunta 6.*
   ☒ Sí. **Responda a las Preguntas 5(a) a (d).**

5(a). Indique la agencia o el departamento específicos donde trabaja o ha trabajado:
Departamento de Educación de P.R.

5(b). Indique las fechas de su empleo relativo con su reclamo:
Desde el 8/septiembre/2008

5(c). Últimos cuatro dígitos de su número del Seguridad Social: 0271

5(d). ¿Cuál es la naturaleza de sus reclamos relativos al empleo (marque todas las casillas aplicables)?:

   ☐ Pensión
   ☒ Salarios no pagados (por causa Situación Económica en P.R.)
   ☐ Días de licencia por enfermedad
   ☐ Quejas con sindicato
   ☐ Vacaciones
   ☐ Otros (proporcione tanta información detallada como pueda. Adjunte páginas adicionales si fuera necesario).

3

6. <u>Acción judicial</u>. ¿Su reclamo guarda relación con una acción judicial pendiente de resolución o finalizada?

    ☒ No.

    ☐ Sí. **Responda a las Preguntas 6(a) a (f)**.

6(a). Indique el departamento o la agencia que sean parte en la acción.
_____

6(b). Indique el nombre y la dirección del tribunal o de la agencia ante los cuales la acción esté pendiente de resolución.
_____

6(c). Número del caso:
_____

6(d). Título, epígrafe o nombre del caso:
_____

6(e). Estado del caso (pendiente de resolución, apelado o finalizado):
_____

6(f). ¿Tiene una sentencia que no haya sido pagada? Sí / No (rodee la opción que proceda)

    En caso afirmativo, ¿cuál es la fecha y el monto de la sentencia?
_____

**FIRME ABAJO SU RÉPLICA**

*Julia M. Troncoso Santiago*
Firma

Julia M. Troncoso Santiago
Deletree su nombre

25/marzo/2020
Fecha

4