**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| TRONCOSO SANTIAGO, JULIA M | 102114 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | \multicolumn{4}{l}{Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors} |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| TRONCOSO SANTIAGO, JULIA M | 102114 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | \multicolumn{4}{l}{La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.} |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

*Julia M. Troncoso Santiago* (signature)

000553

***CUST PR 1845 SRF 40241 PackID: 553 MMLID: 1961756-P SVC: 169th Omni
TRONCOSO SANTIAGO, JULIA M
HC 8 BOX 880
PONCE, PR 00731-9733

Reinaldo - 939-645-3954
Gisela - 787-690-1508
Mandry - 360-6528

ESTADO LIBRE ASOCIADO DE PUERTO RICO
LA FORTALEZA
SAN JUAN, PUERTO RICO

Boletín Administrativo Número: OE-2009-001

ORDEN EJECUTIVA DEL GOBERNADOR DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO PARA DECRETAR UN ESTADO DE EMERGENCIA FISCAL E IMPLANTAR MEDIDAS INICIALES DE CONTROL FISCAL Y RECONSTRUCCIÓN ECONÓMICA.

POR CUANTO: La situación fiscal del Estado Libre Asociado de Puerto Rico es crítica. El proceso de transición con la administración anterior reveló un déficit presupuestario que, a la fecha de esta Orden Ejecutiva, excede 3,000 millones de dólares. Este déficit representa más del treinta por ciento (30%) de los ingresos recurrentes del Estado.

POR CUANTO: El efecto inmediato de este déficit presupuestario es que el Estado podría quedarse sin recursos durante el presente año fiscal para atender sus obligaciones básicas, en particular, la prestación de servicios esenciales para proteger la salud, seguridad y bienestar de la ciudadanía.

POR CUANTO: Esta insuficiencia de recursos con sus consecuencias adversas para los servicios esenciales a la ciudadanía se repetirá en los años fiscales siguientes si no se toman medidas inmediatas y abarcadoras para empezar a corregir la situación presupuestaria y reconstruir las finanzas del Estado.

POR TANTO: YO, LUIS G. FORTUÑO, Gobernador del Estado Libre Asociado de Puerto Rico, en virtud de los poderes que me confieren la Constitución y las leyes del Estado Libre Asociado de Puerto Rico, por la presente decreto y ordeno lo siguiente:

SECCIÓN 1ra. ESTADO DE EMERGENCIA FISCAL. Efectivo inmediatamente se decreta un Estado de Emergencia Fiscal en el Estado Libre Asociado de Puerto Rico. Se ordena a todas las agencias a tomar

1

todas las medidas necesarias para reducir sus gastos operacionales sin afectar adversamente aquellos servicios directos que son esenciales para proteger la salud, seguridad, y bienestar de la ciudadanía. Las medidas de control de gastos establecidas mediante este Orden Ejecutiva son las medidas iniciales para enfrentar esta crisis fiscal y no se deben entender como las únicas a ser implantadas. Cada agencia deberá examinar sus operaciones para identificar e implantar inmediatamente medidas adicionales de ahorro y reducción de gastos.

SECCIÓN 2da. CONGELACIÓN DE PUESTOS VACANTES. Todos los puestos regulares de carrera, transitorios e irregulares que se encuentren vacantes a la fecha de esta Orden Ejecutiva o que advengan vacantes con posterioridad a la fecha de esta Orden Ejecutiva, permanecerán vacantes indefinidamente. Ninguna agencia podrá llenar dichos puestos vacantes por cualquier método (nombramiento, promoción, traslado u otros) sin la previa autorización escrita de la Directora Ejecutiva de la Oficina de Gerencia y Presupuesto ("OGP").

SECCIÓN 3ra. PROHIBICIÓN DE LA CREACIÓN DE NUEVOS PUESTOS. A partir de la fecha de esta Orden Ejecutiva, ninguna agencia podrá crear nuevos puestos regulares de carrera, transitorios o irregulares, o podrá renovar nombramientos de puestos transitorios e irregulares a su expiración, sin la previa autorización escrita de la Directora Ejecutiva de OGP.

SECCIÓN 4ta. ELIMINACIÓN DE PUESTOS DE CONFIANZA. A partir de la fecha de esta Orden Ejecutiva, cada agencia deberá eliminar el treinta por ciento (30%) de todos los puestos de confianza autorizados.

SECCIÓN 5ta. REDUCCIÓN DE GASTOS OPERACIONALES. A partir de la fecha de esta Orden Ejecutiva, cada agencia deberá reducir sus gastos operacionales para el remanente del año fiscal en curso 2008-2009 por una cantidad equivalente al diez por ciento (10%) de la mitad del total de gastos presupuestados para dicho año fiscal.

SECCIÓN 6ta. PROCEDIMIENTO DE EXCEPCIÓN. La Directora Ejecutiva de OGP tendrá la autoridad para autorizar excepciones a esta Orden Ejecutiva en caso de que el puesto en cuestión (a) sea requerido por mandato de ley federal o estatal o por orden de tribunal; (b) sea

esencial para proteger la salud, seguridad y bienestar de los ciudadanos; (c) sea necesario para lograr economías presupuestarias, para proteger ingresos estatales existentes o generar ingresos estatales adicionales; (d) sea necesario para proveer necesidades básicas a residentes de instituciones o facilidades del Estado; y (e) sea necesario para la administración y gobernabilidad de la agencia en cuestión.

SECCIÓN 7ma. PUESTOS ESENCIALES. Para fines de esta Orden Ejecutiva, la Directora Ejecutiva de OGP puede considerar los siguientes puestos como esenciales para proteger la salud, seguridad y bienestar de los ciudadanos: (a) maestros que ofrecen servicios directos a estudiantes, (b) policías que ofrecen servicios directos en las comunidades, (c) profesionales de salud que ofrecen servicios directos a pacientes y (d) trabajadores sociales que ofrecen servicios sociales directos a ciudadanos.

SECCIÓN 8va. NULIDAD DE TRANSACCIONES DE PERSONAL CONTRARIAS A ESTA ORDEN. Todo nombramiento o cualquiera otra transacción de personal realizada para llenar un puesto vacante o para crear y ocupar un nuevo puesto en contravención de esta Orden Ejecutiva será nula. La Directora Ejecutiva de OGP queda por la presente autorizada a retirar del presupuesto de la agencia la partida correspondiente a la compensación total (incluyendo beneficios y otras aportaciones) pagada por concepto del empleado ocupando el puesto en cuestión.

SECCIÓN 9na. AUTORIZACIÓN. El Secretario de la Gobernación y la Directora Ejecutiva de OGP establecerán todos los procedimientos necesarios para implantar esta Orden Ejecutiva y fiscalizar su cumplimiento por todas las agencias.

SECCIÓN 10ma. DEFINICIÓN DEL TÉRMINO AGENCIA. Para fines de esta Orden Ejecutiva, el término "agencia" se refiere a toda agencia, instrumentalidad, oficina o dependencia de la Rama Ejecutiva del Estado Libre Asociado de Puerto Rico, independientemente de su nombre.

SECCIÓN 11ma. DEROGACION. Esta Orden Ejecutiva deroga con efectividad de 2 de enero de 2009 toda Orden Ejecutiva anterior relativa a transacciones de personal y toda Orden Ejecutiva anterior que sea contraria a sus disposiciones.

3

SECCIÓN 12ma. VIGENCIA. Esta Orden Ejecutiva entrará en vigor inmediatamente y se mantendrá vigente hasta que sea enmendada o revocada por una orden ejecutiva posterior o por operación de ley.

SECCIÓN 13ma. NO CREACIÓN DE DERECHOS EXIGIBLES. Esta Orden Ejecutiva no tiene como propósito crear derechos substantivos o procesales, exigibles ante foros judiciales, administrativos o de cualquier otra índole, contra el Estado Libre Asociado de Puerto Rico o sus agencias, sus oficiales, empleados o cualquiera otra persona.

SECCIÓN 14va. PUBLICACIÓN. Esta Orden Ejecutiva debe ser radicada inmediatamente en el Departamento de Estado y se ordena su más amplia publicación.

EN TESTIMONIO DE LO CUAL, expido la presente Orden Ejecutiva bajo mi firma y hago estampar el gran sello del Estado Libre Asociado de Puerto Rico, en La Fortaleza, en San Juan, Puerto Rico, hoy 8 de enero de 2009.

LUIS G. FORTUÑO
GOBERNADOR

Promulgada de conformidad con la ley, hoy 8 de enero de 2009.

KENNETH MCLINTOCK HERNÁNDEZ
SECRETARIO DE ESTADO

4

## Sugerencias para las áreas no económicas

Artículo_____, Sección_____:
Artículo_____, Sección_____:
Artículo_____, Sección_____:

## Sugerencias para las áreas económicas

1. Por favor, asigna el nivel de importancia que tienen para ti los siguientes asuntos marcando una X en la columna apropiada (el *1.* es el de mayor y el *4.* el de menor importancia):

a. aumento salarial                                  1._X_  2._____  3._____  4._____

b. mejores oportunidades de entrenamiento            1._____  2._____  3._X_  4._____

c. asunto de salud y seguridad                       1._____  2._____  3._X_  4._____

d. vacaciones, días personales, cumpleaños           1._X_  2._____  3._____  4._____

e. seguridad de empleo (no subcontratos y privatización)  1._X_  2._____  3._____  4._____

f. pago de educación continua                        1._X_  2._____  3._____  4._____

g. incentivo económico por turno rotativo            1._X_  2._____  3._____  4._____

h. incentivo económico por área de especialidad      1._____  2._____  3._____  4._X_

i. aumento aportación patronal al plan médico        1._X_  2._____  3._____  4._____

j. dietas y millajes                                 1._____  2._____  3._____  4._X_

*Julia M. Troncoso Santiago*

2. Indica cuáles de los siguientes asuntos son <u>los dos más importantes</u> de los problemas de tu clasificación, utilizando el número 1 como el de más importancia y el número 2 como segundo en importancia.

_____ Escasez de personal

_____ Realizar funciones que no están en tu DE-16.

_____ Problemas de seguridad y violencia escolar

_____ Trabajo en periodos de descanso sin consulta previa

Nombre  Julia M. Troncoso         Escuela  S.U. Rosario La Torre Morales
Clasificación  Oficinista Mecanógrafa I   Pueblo  Ponce
Horario  8:00 - 4:30                      Correo e. _____

4/octubre/2011

Envía este sondeo por fax al (787) 753-5062

## CENTRO DE APOYO AL UNIONADO
## (787) 775-0720



Local 1996 SEIU
SPT
SINDICATO PUERTORRIQUEÑO DE TRABAJADORES



Capítulo de Técnicos, Mantenimiento y Conservación y Personal Administrativo, Secretarial y de Oficina del Departamento de Educación

PASO I

Nombre trabajador afectado **Julia M. Troncoso Santiago** Seguro Social **.0271**

Dirección **HC 08 Box 880 Ponce, P.R. 00731-9706**

Teléfono Casa **787-843-7601** Puesto y categoría que ocupa **Oficinista Mecanógrafa I**

Escuela o centro de trabajo **S.U. Rosario La Torre Morales** Distrito **Ponce**

Nombre del supervisor **Sra. María E. Rodríguez** Teléfono trabajo **787-843-5099**

Cita de Ley, reglamento, carta circular o artículo que se alega:
Artículo 2, 8, 29 y otos aplicables del Convenio de PASO y CTMV. 76 PASO y 77 CTMV.

Breve descripción de la querella: (incluya fecha, hora, lugar)
Desde **8/septiembre/2008** continuamente desde ese momento en adelante, el Departamento de Educación ha estado violando el Artículo 29 del convenio colectivo entre las partes al no otorgarme el ajuste salarial por años de servicio y los Artículos 2, 76 y 77 del convenio colectivo de PASO o CTMV a realizar cambios unilaterales a los términos y condiciones de los empleados.

Petición del trabajador afectado ante el director/supervisor:
Se me otorgue el reconocimiento y ajuste salarial por años de servicio.

Decisión del director/supervisor: **Que le ajusten sus pasos según su tiempo de trabajo**

Fecha: **19 de diciembre de 2011** Firma trabajador afectado: *Julia M. Troncoso Santiago*

Recibido por: _____ Fecha en que se recibió: _____

Con copia: supervisor/director Escuela o centro de trabajo   Con copia: Oficina Asuntos Laborales D.E.
Con copia: Oficina Unión SPT/PASO                             Comité de Conciliación D.E.

Fax: 787-296-0310    Tel.: 787-775-0720 (3433)

San Juan: 1-787-775-0677/775-0577  Fax Arecibo: 1-787-880-4953  Fax Ponce: 1-787-843-6835

# ¡DENUNCIA LAS VIOLACIONES AL CONVENIO!

Durante el último mes, el Departamento de Educación ha estado violando algunas disposiciones del Convenio Colectivo que garantizan derechos a las y los trabajadores no docentes.

El Día del Empleado No Docente, que el convenio otorga como **Feriado**, fue descontado y cargado a vacaciones, lo que es una violación grosera al Contrato Colectivo.

De igual manera, hay casos en que no han honrado la **Licencia Funeral** y directores o supervisores que no han reconocido el derecho de nuestros delegados a realizar **gestiones sindicales** sin que les afecten ningún tipo de licencia ni su salario.



**El DE viola nuestro Convenio**
- ✓ Día del empleado no docente
- ✓ Licencia Funeral
- ✓ Licencias sindicales
- ✓ Quinquenio

Por otra parte, a quienes cumplieron el término del **Quinquenio** durante la vigencia de la Ley 7, les corresponde el paso de clasificación una vez la Ley 7 cesó de implantarse desde marzo pasado. Esto no se le ha reconocido a muchos empleados y es otra **violación al Convenio y a la Ley**.

## ¿QUÉ HACER?

Nuestra Unión va radicar cargos contra el DE ante la Comisión Apelativa del Servicio Público a nombre de las y los empleados no docentes a quienes se les descontó el 25 de noviembre --o lo cargaron a vacaciones.

Sobre la **Licencia Funeral**, aquellos a quienes se les niegue(o se les ha negado) ese derecho deberán radicar una querella, para lo cual pueden llamar al Centro de Apoyo al Unionado (CAU) para tramitarla.

De igual manera, las y los delegados a quienes se les ha restringido su gestión sindical o amenazado con represalias, deberán comunicarlo al CAU para tomar las acciones correspondientes.

Aquellos (as) a quienes cumpliendo con el tiempo requerido no le han otorgado el paso por **Quinquenio**, deberán llenar la querella al dorso y entregarla firmada a su supervisor, enviándonos copia a: SPT, PO Box 25160, Estación Río Piedras, PR, 00928-5160.

# EL VIERNES 16 DICIEMBRE...
# ¡exige que respeten nuestro convenio!



**Local 1996 SEIU SPT**

Más información: Centro de Apoyo al Unionado **(787) 775-0720** ❖ cau@sptpr.org
visítanos en **www.sptpr.org** y síguenos en **facebook**

*diciembre de 2*

# Resumen comparativo del acuerdo entre los sindicatos cobijados por la Ley 45 de sindicación de empleados públicos (del gobierno central) y el Poder Ejecutivo para minimizar el impacto del Proyecto de Ley de Sustentabilidad Fiscal

Como habíamos prometido, le presentamos al pueblo y nuestras matrículas los acuerdos negociados por nuestras uniones con el poder ejecutivo. Estos acuerdos están enmarcados en la garantía de parte del gobierno de que **NO habrá despidos NI reducción de jornada** en el servicio público.

## LO QUE DISPONE EL PROYECTO DE LEY DE SUSTENTABILIDAD FISCAL:

*Aumentos* - No se concederán aumentos, beneficios económicos ni compensación monetaria extraordinaria a los empleados de la Rama Ejecutiva por 3 a 6 años.

*Bono de Navidad* - Se reducen los Bonos de Navidad a todos los empleados públicos a $600.

*Concesión de Aumentos en Beneficios Económicos* o compensación monetaria extraordinaria. **Se eliminan los siguientes beneficios:**
1. Bono de verano
2. Otras bonificaciones como productividad, ejecución, asistencia, retiro, día feriado particular y cualquier otro pago de bonificación monetaria
3. Concesión de días y horas libres con paga sin cargo
4. Licencias con paga que no sean establecidas por ley

*Exceso licencias enfermedad* - Se elimina el pago en efectivo del exceso acumulado en licencia por enfermedad, de forma permanente.

*Nombramientos y Subcontrataciones* - No se realizarán nombramientos de empleados regulares o de carrera, transitorios o irregulares.

## ACUERDOS NEGOCIADOS:

*Aumentos*- Se pospondrán los aumentos de salarios de los convenios que entren en vigor entre el 1ro de julio de 2014 y el 30 de junio del 2015. No se eliminará el aumento de salario que disponen los convenios colectivos, sino que se postergarán para su revisión anual de acuerdo a la situación económica existente. Para este análisis se utilizarán los documentos oficiales que someterá el gobierno a las casas acreditadoras de bonos gubernamentales.

*Bono de Navidad* - Para el año 2014 el Bono de Navidad se mantendrá igual a la cantidad recibida en diciembre de 2013, según cada convenio colectivo. En los años 2015 en adelante, el Bono de Navidad será, por agencia, la cantidad recibida en diciembre de 2013, siempre y cuando se logren ahorros de 10 por ciento en el consumo de energía en la respectiva agencia. De no lograrse el ahorro del 10 por ciento, se dispone una revisión de la situación económica en cada año fiscal y se realizarán ajustes parciales proporcionales a los ahorros parciales en el consumo de energía eléctrica mayores al 5 por ciento pero menores de 10 por ciento.

*Concesión de Aumentos en Beneficios Económicos*
Las uniones **serán eximidas** de este artículo.

1. No aplica
2. No aplica

3. No aplica
4. No aplica

*Exceso licencias enfermedad* - Se suspenderá el pago del exceso de la licencia por enfermedad sujeto a una evaluación anual de las condiciones económicas y fiscales. Se establecerá un banco de licencia por enfermedad por agencia con los excesos acumulados no pagados ni disfrutados por los empleados, para que pueda ser utilizado por aquellos trabajadores que agoten sus licencias acumuladas por causa de alguna enfermedad prolongada que incapacite al trabajador temporeramente.

*Nombramientos y Subcontrataciones* -Se hará excepción a la congelación de puestos y otorgación de contratos que ordena la Ley, siempre y cuando el sindicato demuestre que hay un ahorro sustancial si esas tareas son realizadas por

# CÓMO NOS AFECTA LA "EMERGENCIA ECONÓMICA" Y QUÉ PODEMOS HACER

www.sptseiu.org

Una de las primeras medidas anunciadas por el nuevo Gobernador, Luis Fortuño, fue declarar un "estado de emergencia económica" y asegurar que adoptará medidas drásticas para atajar una anunciada crisis presupuestaria. Antes, había recibido el informe de su Consejo Asesor de Reconstrucción Económica y Fiscal que recomienda el despido de miles de empleados públicos, aumentos a la telefonía celular, la gasolina, la energía eléctrica y la privatización de buena parte del servicio público.

Esos "truenos" pusieron en alerta a todos los trabajadores— públicos y privados—pues se pretende echar sobre nosotros la carga y la responsabilidad de la crisis económica.


Ajuste Salarial

### 1. ¿Es inevitable congelar los aumentos salariales negociados en los convenios?

Sostenemos que el gobierno tiene la capacidad para recaudar dinero y cumplir con las obligaciones contraídas en los convenios colectivos. La crisis fiscal no es culpa del tamaño del gobierno sino de una mala distribución de la aportación contributiva, donde proporcionalmente los asalariados aportamos más que los sectores acaudalados, las megacorporaciones y la banca.

Hemos presentado medidas y alternativas viables que ayudarían a superar la crisis sin afectar el servicio público y cumpliendo con los compromisos contraídos.

### 2. ¿Qué impacto tendría la aprobación del proyecto de ley para autorizar las llamadas "Alianzas Públicas-Privadas (APP)"?



El sector de la banca y empresarial ya redactó y sometió un proyecto de Ley que privatizaría la administración del servicio público.

Los grandes empresarios proponen privatizar: Puertos y Aeropuertos; Carreteras; Transporte Colectivo; Energía Eléctrica; Hospitales; Fondo del Seguro del Estado, las Cárceles y la **EDUCACIÓN**.

**Este es el peligro más grande que enfrentamos los trabajadores del sector público,** pues si privatizan los servicios que brindamos podríamos perder todos los derechos y beneficios que hemos conquistado pues tendríamos que reorganizarnos como sindicato, con un patrono privado, y negociar un nuevo convenio colectivo que rescate los derechos que nos arrebataron.

### 3. ¿Qué pasará con los empleados por contrato, irregulares y transitorios?



Nuestro Convenio tiene cláusulas que reglamentan la contratación de estos trabajadores, y además tenemos una estipulación que provee para la permanencia de los irregulares que habían cumplido tres años de servicio a la firma de ésta en octubre 2008.

Si incumplen, tenemos a nuestra disposición el foro de la Comisión de Relaciones de Trabajo y los Tribunales, así como las acciones de militancia sindical.

### 4. ¿Qué podemos hacer?



Nuestro Sindicato, junto a otras uniones, organizaciones e instituciones aliadas le hemos enviado nuestras propuestas al gobernador Fortuño y hemos reclamado un diálogo directo con la nueva administración para presentarles nuestra opinión y explicarles las alternativas que proponemos.

Fue la tenaz oposición que presentamos a las propuestas del Comité Asesor Económico del gobierno la que les obligó a reducir la velocidad con que querían implantarlas y aceptar un proceso más pausado. De igual manera, la legislatura escuchó nuestro reclamo y detuvo buena parte de las recomendaciones de los industriales.

Esta experiencia nos confirma que con organización, alianzas y propuestas viables, podemos detener las iniciativas que atentan contra nuestros derechos adquiridos y el bienestar del pueblo.



**LOCAL-1996 SEIU**
**SPT**
Sindicato Puertorriqueño de Trabajadores
Tel.: (787) 775-0720 (Río Piedras)
Tel.: 1-888-477-1717 (Ponce)
Tel.: 1-800-981-4419 (Arecibo)



**CONTACTA A TU DELEGADO, SUBCOORDINADOR O COORDINADOR Y APORTA TU GRANITO A ESTA LUCHA!**