Julia
Hc 0
Ponce, P.A. 00731-9474





U.S. POSTAGE PAID
FCM LG ENV
PONCE, PR
00730
MAR 28, 20
AMOUNT
**$7.80**
R2303S101816-9

1000   00918



CERTIFIED MAIL
7018 2290 0000 0261 2914

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767