

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
Oficina de Recursos Humanos
Oficina Regional Educativa de Ponce

# CERTIFICACIÓN DE EMPLEO

Certifico que Elisandra Meléndez Rivera ocupan hasta el presente un puesto de carrera como Director Ejecutivo I, en la Oficina Regional Educativa de Ponce desde el 17 de diciembre de 2001. Devenga un sueldo de dos mil cuatrocientos setenta y un dólares ($2,471.00) mensuales.

Dado en Ponce, Puerto Rico hoy, 12 de marzo de 2020.

Jesse Pagán Correa
Director o encargado
Oficina de Recursos Humanos

**GOBIERNO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACION**
HATO REY, PUERTO RICO

JURAMENTO DE FIDELIDAD Y DE TOMA DE POSESION DEL CARGO O EMPLEO

Yo, __Elisandra Meléndez Rivera__, Seguro Social ▬▬-0184
       Nombre del funcionario o empleado

de __34__ años de edad, __Casada__ y vecino de __Juana Díaz__, juro solemnemente
                       Estado Civil                     Pueblo

que mantendré y defenderé la Constitución de los Estados Unidos de América y la Constitución y las Leyes del Estado Libre Asociado de Puerto Rico contra todo enemigo interior o exterior; que prestaré fidelidad y adhesión a las mismas; que asumo esta obligación libremente y sin reserva mental ni propósito de evadirla y que desempeñaré bien y fielmente los deberes del cargo o empleo de __Director Ejecutivo I__
                                                                                                                Cargo o Empleo
que estoy próximo a ejercer. Así me ayude Dios.

__17/12/01__                                           __[firma]__
   Fecha                                               Firma del empleado o funcionario

Declaración de Autenticidad Núm __23452__

Suscrito y jurado ante mi por __Elisandra Meléndez Rivera__ de las circunstancias personales antes expresadas y a quien he identificado mediante el siguiente documento: __LIC ▬▬__

En __Juana Díaz__, Puerto Rico, hoy __3__ __tres__ de __febrero__
del año __2002__

__[firma y sello notarial]__
Notario Público

**ADMINISTRACION DE SEGUROS DE SALUD DE P.R.**
ESTADO LIBRE ASOCIADO DE PUERTO RICO

1 de octubre de 2001

Sra. Elisandra Meléndez Rivera
HC 01 Box 5432
Juana Díaz, P.R. 00975

Estimada señora Meléndez:

El Sr. Frank Díaz, Director de PROBENE, nos ha informado que sus servicios ya no son necesarios en los Procesos de Suscripción. Por esta razón, su nombramiento transitorio como Representante de Servicio a Proveedores y Beneficiarios será rescindido efectivo el martes 2 de octubre de 2001.

Le agradecemos sus servicios prestados a la Administración de Seguros de Salud de Puerto Rico y le deseamos éxito en sus gestiones futuras.

Cordialmente,

Juan Oscar Morales Rodríguez
Director
Recursos Humanos

c: Sr. Frank Díaz

PO Box 9024264, San Juan, P.R. 00902-4264  Tels. (787) 725-9252 / 725-9562  Fax 725-9248

**ADMINISTRACION DE SEGUROS DE SALUD DE P.R.**
ESTADO LIBRE ASOCIADO DE PUERTO RICO

ASES

20 de septiembre de 2001

Sra. Elisandra Meléndez Rivera
HC 01 Box 5432
Juana Díaz, PR 00975

NOTIFICACIÓN DE NOMBRAMIENTO TRANSITORIO

Estimada señora Meléndez:

Efectivo el viernes, 21 de septiembre de 2001, usted pasará a ocupar un puesto transitorio como Representante de Servicios a Proveedores y Beneficiarios, en la Directoría de PROBENE. Estará realizando sus funciones en los procesos de suscripción que llevaremos a cabo en el pueblo de Juana Díaz.

Dicho nombramiento podrá darse por terminado en o antes del 19 de octubre de 2001 o extenderse por un término adicional, de continuar la necesidad del servicio en la ASES, para lo cual se reclutó. El salario aprobado es de $1,549.00 mensuales y no obtendrá ningún beneficio marginal.

Reciba una cordial bienvenida al equipo de ASES.

Cordialmente,

Caroline Rosales Serrano
Caroline Rosales Serrano
Directora Interina
Recursos Humanos

c: Frank Díaz

PO Box 9024264, San Juan, P.R. 00902-4264 Tels. (787) 725-9252 / 725-9562 Fax 725-9248



Estado Libre Asociado de Puerto Rico
Administración de Corrección

CERTIFICACION

    Certifico que la Sra. Elisandra Meléndez Rivera ocupó un puesto de Técnico de Personal II en la Sección de Licencias desde el 3 de agosto de 1992 hasta el 15 de octubre de 1994. En la Sección de Adiestramiento ocupó un puesto de Técnico de Personal III del 16 de octubre de 1994 hasta el 31 de octubre de 1998 en el Complejo Correccional de Ponce de la Administración de Corrección.

    Las funciones que la señora Meléndez realizó en el puesto de Técnico de Personal II en la Sección de Licencia son las siguientes:

- Orienta a supervisores y empleados sobre las normas de asistencia y aspectos concernientes a licencias sin sueldo, jubilaciones, incapacidad, cesantías, etc.

- Evalúa y hace recomendaciones a funcionarios de mayor jerarquía sobre casos de empleados que infringían en las normas de asistencia.

- Revisión y trámite de hojas de asistencia.

- Colabora en la preparación de informes de balances de vacaciones y enfermedad.

- Gestiona información en Oficina Central sobre empleados del Complejo Correccional de Ponce.

    Las funciones que la señora Meléndez realizó en el puesto de Técnico de Personal III en la Sección de Adiestramiento son las siguientes:

- Realiza estudios de necesidades de adiestramiento a través de encuestas y sondeos.

- Prepara para la Oficina Central y la Oficina Central y Asesoramiento Laboral y Administración de Recursos Humanos (OCALARH), el Plan Anual de Adiestramiento, basado en estudios de necesidades de adiestramientos realizados.

*Proveyendo Seguridad, Propiciando Rehabilitación*
Apartado 71308, San Juan, Puerto Rico 00936 Tel. (787) 273-6464

Elisandra Meléndez Rivera
Página 2

- Prepara, conduce y analiza tabulaciones de evaluaciones de la actividad de adiestramiento realizadas por los participantes del programa de readiestramiento anual, determinado por estipulaciones en el Proyecto Piloto de Ponce.

- Supervisa al personal técnico en la coordinación y conducción de adiestramientos.

- Evalúa propuestas y diseños de adiestramientos sometidos por profesionales y entidades de consultoría en recursos humanos.

- Revisa el trámite de solicitudes de adiestramiento.

- Evalúa, hace recomendaciones y tramita las solicitudes de pagos de matrícula, becas, licencias para estudio, etc.

Certifico correcto hoy jueves, 27 de junio de 2002 en San Juan, Puerto Rico.

*[signature]*

Raymond Mira Rivera
Director de Recursos Humanos

MVR/mm



Estado Libre Asociado de Puerto Rico
Administración de Corrección
San Juan, Puerto Rico

Oficina del Administrador

16 de octubre de 1994

Sra. Elisandra Meléndez Rivera
Técnico de Personal II
Complejo Correccional de Ponce
Ponce, Puerto Rico

Estimada señora Meléndez:

Me place ascenderle al puesto número 8186 de Técnico de Personal III, en el Complejo Correccional de Ponce, efectivo el 16 de octubre de 1994.

Este puesto estará sujeto a un período probatorio de ocho (8) meses, el cual expira el 15 de junio de 1995, y devengará un sueldo de $1,039.00 mensuales.

Le felicito por el éxito alcanzado y le invito a que siga superándose para que continúe progresando en su carrera como servidor público.

Cordialmente,

JOSEPH F. COLON
Administrador

CDRA/TTM/mcr

Apartado 71308 - San Juan, Puerto Rico - 00936



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE SERVICIOS SOCIALES
SAN JUAN, PUERTO RICO
Oficina Regional — Ponce

Dirija toda correspondencia
oficial al Secretario

**************************A QUIEN PUEDA INTERESAR************************

Certifico que Elisandra Meléndez Rivera, Seguro Social ■■■-0184, comenzó en esta agencia, como Técnico Servicios Sociales en 1 mayo de 1988. Pasó a Técnico Servicios Sociales II en 1 abril de 1990 hasta el 16 octubre de 1991 cuando presentó su renuncia.

Ocupo el puesto #10704.

Evelyn R. de Semidey
Oficial de Personal

ERS/bc

Certifico correcto, dado hoy en Ponce, P.R.

a los 4 días de noviembre 1993

**IMPORTANTE**
**INSTRUCCIONES:**
**LEA AL DORSO**

OFICINA CENTRAL DE ADMINISTRACIÓN DE PERSONAL
Apartado 8476, Estación Fernández Juncos, Santurce, P. R.

**INFORME DE CAMBIO**

1. Número del Cambio: 58909
2. Número de Seguro Social del Empleado: ▇▇▇-0184

| Cambio a Efectuarse | Antes del Cambio | Después del Cambio |
|---|---|---|
| | Puesto Núm. 10704 | Puesto Núm. |
| 3. Nombre del Empleado | Elisandra Meléndez Rivera | |
| 4. Estado Civil | | |
| 5. Departamento o Agencia | | |
| 6. División | Servicios Sociales | |
| 7. Unidad o Sección | Sec. Aux. Serv. a la Familia | |
| 8. Ubicación geográfica del puesto | Servicios a la Fam. con Niños | |
| 9. Categoría del Empleado | Coamo | |
| 10. Status del Empleado | De Carrera | |
| 11. Título de Clasificación | Regular | |
| 12. Sueldo | Téc. de Serv. Sociales I | Téc. de Serv. Sociales II |
| 12a. Diferencial | $664.00 | $695.00 |
| 13. Descuento para Contribución sobre Ingresos | | |
| 14. Descuento para Seguro Social | | |
| 15. Descuento para Aportación Sistema de Retiro | | |
| 16. Descuento para Servicios Médicos | | |
| 17. Descuento para Ahorros (A.E.E.L.A.) | | |
| 18. Descuento para Seguro (A.E.E.L.A.) | | |
| 19. Otros Descuentos | | |

#escala 18
#clase 1506

20. Fecha de Efectividad: 1 de abril de 1990

21. SÍMBOLOS DE CONTABILIDAD:

| | A.F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto | A.F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 90 | 111 | 077 | 02 | --- | 01 | 1110 | | | | | | | |

22. Indique si se trata de: ☐ Ascenso ☐ Cambio de Categoría ☐ Cambio de Status ☐ Ascenso o Traslado Transitorio
☐ Descenso ☑ Reclasificación ☐ Reinstalación ☐ Reubicación ☐ Traslado ☐ Nuevo Nombramiento ☐ Aumento de Sueldo

23. En caso de cambio a otra agencia indique — Licencia a acreditarse: Compensatorio _____ días.
Licencia Enfermedad _____ días. Concedida _____ días. Licencia Regular _____ días. Concedida _____ días.

| | Fecha de Separación (Último día de Pago) | Licencia Sin Paga | Fecha de Efectividad de la Separación |
|---|---|---|---|
| 24. Renuncia | | | |
| 25. Separación | | | |
| 26. Destitución | | | |
| 27. Cesantía | | | |

28. Suspensión de Empleo y Sueldo: Duración: ___ De ___ A ___
29. Muerte: Fecha ___ Hora ___ Último día de pago: ___

Participante de Retiro ☐ Sí ☐ No

30. Clase de Licencia: ☐ Para estudio ☐ Especial con paga ☐ Maternidad
☐ Militar sin Sueldo ☐ Sin Sueldo
Duración: ___ DE ___ A ___

31. Comentarios y Explicaciones (si necesita más espacio use el dorso): Reclasificación por Circular 2-90 Anexo 68, página 7 línea 9. Autorizado en carta del 3 de octubre de 1989 por la Oficina de Presupuesto y Gerencia.

Si el cambio de puesto es por Certificación de Elegibles Indique: Certificación de Elegibles Núm. ___
Si el cambio es a otro puesto, indique el nombre del anterior incumbente: ___
Si el cambio es de otra agencia, el jefe de la agencia donde se origine el cambio o su representante autorizado firmará aquí:

Aprobado por: Ana L. Rodríguez de Aponte, Sec. Aux. de Personal y Rec. Humanos
Jefe de la Agencia o su Representante Autorizado

34. Firma del empleado en casos que fuere necesario ___

36. Fecha en que se prepara: 30/abril/90

PARA USO EXCLUSIVO DE LA OCAP

atn
Usado o Aprobado por: ___
Fecha: ___

APR 30 1990