Elisandra Meléndez
HC 05 Box 5432
Juana Díaz, PR 00795

7019 1120 0001 1727 5220




U.S. POSTAGE PAID
FCM LG ENV
JUANA DIAZ, PR
00795
MAR 26, 20
AMOUNT
$8.00
R2303S104071-05

1000  00918

RECEIVED & FILED
2020 APR 14 AM 10:57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk's Office
US District Court
Room 150 Federal Building
San Juan, PR 00918-1767