In re:
**Eliseandra Meléndez Rivera**
Parte Demandante

vs.

**Estado Libre Asociado de Puerto Rico**
Parte Demandada

No. Caso: 17 BK 3283-LTS
No. Reclamación 123475

# NOTIFICACIÓN DE RÉPLICA

Al Honorable Tribunal de Distrito de los Estado Unidos para el Distrito de Puerto Rico:

Comparece Elisandra Meléndez Rivera por propio derecho y muy respetuosamente expone, alega y solicita

1. Que recibí notificaciones de la reclamación en epígrafe con el Monto de la Reclamación Alegada como **INDETERMINADO**.
2. Que no supe interpretar la información recibida y la subsiguiente acción a seguir.
3. Que no tengo los recursos económicos para costear los servicios de un abogado para estos menesteres.
4. Que los eventos atmosféricos, movimientos telúricos y finalmente la pandemia me han imposibilitados de obtener algunas de las evidencias con fechas actualizadas.
5. Que finalmente me di a la tarea de realizarlo por mi cuenta.
6. Que incluyo con este documento las evidencias laborales que tengo a la mano y que estoy dispuesta a brindar la evidencia adicional que se me requiera.

Por todo lo cual solicito de este Honorable Tribunal que:

- Reciba de buena fe las evidencias que estoy enviado vía correo hoy jueves, veintiséis (26) de marzo de dos mil veinte (2020) y entregado en la Secretaría del Tribunal de Distrito de los Estados Unidos en San Juan, Puerto Rico, en o antes del siete (7) de abril de dos mil veinte (2020).
- Dicte cualquier otra providencia que proceda conforme a derecho.

Certifico que enviaré por **correo certificado** con acuse de recibo en o antes del veintisiete (27) de marzo de dos mil veinte (2020), copia fiel y exacta de esta notificación a las partes interesadas, según se indica a continuación:

**Clerk's Office**
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767

**Counsel for Creditors' Committee**
Paul Hasting LLP
200 Park Avenue
New York, NY 10166

A/A: Luc A. Despins, James Bliss, James Worthington and G. Alexander Bongartz

**Counsel for the Oversight Board**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299

A/A: Martin J. Bienenstock
Brian S. Rosen

Certifico que entregaré personalmente en o antes del siete (7) de abril de dos mil veinte (2020), el documento original al:

**Clerk's Office**
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767

En Juana Díaz, Puerto Rico, a veintiséis (26) de marzo de dos mil veinte (2020).

*[signature]*

Elisandra Meléndez Rivera
HC 05 Box 5432
Juana Díaz, PR 00795-9719

Móvil.: **(787) 477-1576**
correo electrónico: **emrivera92@gmail.com**