Leyes de Puerto Rico d…
lexjuris.com



# Ley Núm. 164 del año 2003

**(P. de la C. 3485), 2003, ley 164**

**Para conceder un aumento de sueldo de cien dólares a los empleados Públicos del Gobierno Central de ELA, efectivo el 1ro de enero de 2004**

**Ley Núm.164 de 22 de julio de 2003**

Para conceder un aumento de sueldo de cien (100) dólares a los empleados Públicos del Gobierno Central del Estado Libre Asociado de Puerto Rico, efectivo el 1ro. de enero de 2004.

## EXPOSICION DE MOTIVOS

El propósito del servicio público a nivel central es el de brindar apoyo al desarrollo económico y social de Puerto Rico., Como tal, es el facilitador de los esfuerzos de la sociedad civil, En reconocimiento a la excelente labor y aportación que hacen los servidores públicos en beneficio de la sociedad, el Gobierno del Estado Libre Asociado de **Puerto Rico ha** propiciado diversas iniciativas para mejorar las condiciones de trabajo de los servidores públicos, mediante el diálogo en los procesos de negociación colectiva;

públicos que están bajo las condiciones estipuladas más adelante, disponiéndose que los empleados cubiertos bajo la Ley Núm. 45 de 25 de febrero de 1998, según enmendada, que no hayan completado su proceso de negociación colectiva a la fecha de efectividad de esta Ley recibirán el aumento propuesto. No obstante, una vez recibido el aumento salarial otorgado por esta Ley, sólo podrán negociarse, colectivamente aumentos de sueldo adicionales con cargo al presupuesto para el Año Fiscal 2004-2005 y de futuros presupuestos.

***DECRETASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:***

**Artículo 1.**-Los aumentos concedidos al amparo de esta Ley serán de la siguiente forma:

   (a) Cien (100) dólares mensuales de aumento de sueldo a los empleados públicos
   que al 31 de diciembre de 2003 estén en servicio activo, sin distinción de status ni categoría. Cuando en un puesto se prestaren servicios a jornada parcial, el aumento a concederse será proporcional a la jornada de trabajo. Aquellos empleados vinculados al servicio que no estén en servicio activo al 1 de enero de 2004, tendrán derecho a recibir el aumento efectivo a la fecha que se reintegre al servicio.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL - HATO REY, PUERTO RICO

DEJO DE ACUMULAR  0 DIAS 0.00 HRS          PAGAR  40 DIAS 0.00 HRS
VACACIONES REGULARES                        VACACIONES REGULARES - JULIO
POR AUSENCIAS DESCONTABLES

INFORME DE CAMBIO - PERSONAL DOCENTE

CLAVE ALFA: ROD

RODRIGUEZ TORRES, MARIA M
NOMBRE                                     SEGURO SOCIAL

LARES -040/AURELIO MENDEZ                  15 - BA
DISTRITO/ESCUELA                           PREPARACION

REGULAR (01) -                             25-1-1-2.0
STATUS                                     ANTES      DESPUES
                                           EXPERIENCIA (A-M-S-D)

MA. EDUC. NIMEI TEMP. NIVEL ELEM.(K-3) -9  R04650
CATEGORIA - CLASE                          NUMERO DE PUESTO

$ 2,125.00                                 01/JUNIO/2005
SUELDO ANTES DEL CAMBIO                    PAGO DE VACACIONES

ESTATAL (111)
FONDO                                      CAUSA DEL CESE


ULTIMO DIA DE TRABAJO                      ULTIMO DIA DE PAGO

E1110-11100-0818000-1008-00100-2005-
CIFRA DE CUENTA

OBSERVACIONES:  AUMENTO EN SUELDO POR EXPERIENCIA EFECTIVO AL 1 JULIO
                DE 2005 A $1150.00 Y AUMENTO EN SUELDO SEGUN CONVENIO
                COLECTIVO EFECTIVO AL 1 DE JULIO DE 2005 A $2250.00

APROBADO POR EL SECRETARIO DE EDUCACION.
                    Carmen A. [signature]
                    FIRMA                  FECHA

PARA USO DE LA DIVISION DE NOMINAS
TIPO 5                  (CESE)
(RECORD D)              PROXIMO MES

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 05/17/2007 |
| Hasta: | 05/30/2007 |

# Cheque: 08394188
Fecha: 05/30/2007

MARIA M RODRIGUEZ TORRES
SECTOR LA ALTURA
ANGELES ENTREGA GENERAL
UTUADO PR 00611

| # Empleado: | |
|---|---|
| Dept: | 8001040-Arecibo Lares |
| Oficina: | Piletas Arce |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,275.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 3 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,137.50 | 612.00 | 11,375.00 |
| Total: | | | 1,137.50 | 612.00 | 11,375.00 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 16.50 | 164.94 |
| PR Withholding | 40.83 | 408.30 |
| Total: | 57.33 | 573.24 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 102.38 | 1,023.80 |
| Total: | 102.38 | 1,023.80 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 205.34 | 2,053.40 |
| OS-FEDERACION DE MAESTROS | 8.00 | 80.00 |
| Total: | 213.34 | 2,133.40 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 111.00 | 555.00 |
| GPR Plan de Retiro de Maestro | 96.69 | 966.90 |
| FSED Disability Plan | 19.34 | 193.40 |

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 1,137.50 | 57.33 | 315.72 | 764.45 |
| Acumulado: | 11,375.00 | 573.24 | 3,157.20 | 7,644.56 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #08394188 | 764.45 |
| Total: | 764.45 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

MENSAJE: "ALERTA ANTE LOS RECLAMOS DE NUESTRO AIRE" MAYO: MES DEL AIRE LIMPIO ASOC.DEL PULMON 787-765-5664



Estado Libre Asociado de Puerto Rico
Departamento de Educación

Escuela de la Comunidad
Piletas Arce
Lares, Puerto Rico

# CERTIFICADO DE PARTICIPACIÓN

Otorgado a:

## MARÍA M. RODRÍGUEZ TORRES

*Por su participación en el Adiestramiento del
Programa de Educación Especial (6 horas de contacto)*

Dado hoy 9 de agosto de 2006 en Lares, Puerto Rico

_____
Sr. Nicolás A. Pérez Cruz
Director

_____
Sra. Maritza Ruíz Alayón
Maestra Programa de Educación Especial

902

# J.L.M. Servicios Profesionales Educativos De Puerto Rico, Inc.

# Certificado

Otorgado A:

María M. Rodríguez Torres

Por su Participación en los Siguientes Talleres

El maestro como Modelo

Construcción y evaluación de pruebas

Alineación e Integración urricular

Téc. y Etrategias Para trabajar con Niños con Prob. de Aprendizaje

Horas Contacto 24

En la Escuela Consuelo González, Lares Puerto Rico

Dado Hoy viernes, 10 de junio de 2005

José L. Malavé, Presidente

N 0484848

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 04/17/2006 |
| Hasta: | 04/28/2006 |

# Cheque: 03827342
Fecha: 04/28/2006

MARIA M RODRIGUEZ TORRES
SECTOR LA ALTURA
ANGELES ENTREGA GENERAL
UTUADO PR 00611
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8001040-Arecibo Lares |
| Oficina: | Aurelio Mendez |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,250.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 3 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,125.00 | 480.00 | 9,000.00 |
| Total: | | | 1,125.00 | 480.00 | 9,000.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 16.31 | 130.50 |
| PR Withholdng | 52.25 | 418.00 |
| Total: | 68.56 | 548.50 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 101.25 | 810.00 |
| Total: | 101.25 | 810.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 205.34 | 1,642.72 |
| SC-AMER FAM LIFE ASS CO | 42.30 | 338.40 |
| OS-FEDERACION DE MAESTROS | 8.00 | 24.00 |
| AS FED MAESTROS AFT | 0.00 | 40.00 |
| Total: | 255.64 | 2,045.12 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 107.00 | 428.00 |
| GPR Plan de Retiro de Maestro | 95.63 | 765.04 |
| FSED Disability Plan | 19.13 | 153.04 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,125.00 | 68.56 | 356.89 | 699.55 |
| Acumulado: | 9,000.00 | 548.50 | 2,855.12 | 5,596.38 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #03827342 | 699.55 |
| Total: | 699.55 |

MENSAJE:

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL - HATO REY, PUERTO RICO

DEJO DE ACUMULAR 0 DIAS 0.00 HRS
VACACIONES REGULARES
POR AUSENCIAS DESCONTABLES

PAGAR 40 DIAS 0.00 HRS
VACACIONES REGULARES

INFORME DE CAMBIO - PERSONAL DOCENTE

CLAVE ALFA: ROD

RODRIGUEZ TORRES, MARIA M
NOMBRE

SEGURO SOCIAL

15 - BA

LARES -040/AURELIO MENDEZ
DISTRITO/ESCUELA

PREPARACION

23-6-2-4.0

REGULAR (01) -
STATUS

ANTES    DESPUES
EXPERIENCIA (A-M-S-D)

MA, EDUC. NINEZ TEMP. NIVEL ELEM.(1-3) -9
CATEGORIA - CLASE

R04666
NUMERO DE PUESTO

$ 1,625.00
SUELDO ANTES DEL CAMBIO

03/JUNIO/2002
PAGO DE VACACIONES

ESTATAL (111)
FONDO

CAUSA DEL CESE

ULTIMO DIA DE TRABAJO

ULTIMO DIA DE PAGO

E1110-11100-0810000-1008-00100-2003-
CIFRA DE CUENTA

APROBADO POR EL SECRETARIO DE EDUCACION.

FIRMA          FECHA

PARA USO DE LA DIVISION DE NOMINAS
(CESE)
TIPO 5
(RECORD D) _____       PROXIMO MES _____