Case:17-03283-LTS Doc#:12768-2 Filed:04/14/20 Entered:04/15/20 10:28:30 Desc:
Envelope Page 1 of 1

**CERTIFIED MAIL**

María M. Rodríguez Torres
P. O. Box 3000 Suite 217
Angeles, P.R. 00611-3000

7016 0910 0001 6430 6572



1000   00918

U.S. POSTAGE PAID
FCM LG ENV
LARES, PR
00669
APR 07, 20
AMOUNT
**$8.00**
R2305K134974-05

RECEIVED
2020 APR 14 AM 10:59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
(United States District Court)
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767