

# Ley Núm. 164 del año 2003

(P. de la C. 3485), 2003, ley 164

**Para conceder un aumento de sueldo de cien dólares a los empleados Públicos del Gobierno Central de ELA, efectivo el 1ro de enero de 2004**

**Ley Núm.164 de 22 de julio de 2003**

Para conceder un aumento' de sueldo de cien (100) dólares a los empleados Públicos del Gobierno Central del Estado Libre Asociado de Puerto Rico, efectivo el 1ro. de enero de 2004.

## EXPOSICION DE MOTIVOS

El propósito del servicio público a nivel central es el de brindar apoyo al desarrollo económico y social de Puerto Rico., Como tal, es el facilitador de los esfuerzos de la sociedad civil, En reconocimiento a la excelente labor y aportación que hacen los servidores públicos en beneficio de la sociedad, el Gobierno del Estado Libre Asociado de **Puerto Rico ha** propiciado diversas iniciativas para mejorar las condiciones de trabajo de los servidores públicos, mediante el diálogo en los procesos de negociación colectiva;

públicos que están bajo las condiciones estipuladas más adelante, disponiéndose que los empleados cubiertos bajo la Ley Núm. 45 de 25 de febrero de 1998, según enmendada, que no hayan completado su proceso de negociación colectiva a la fecha de efectividad de esta Ley recibirán el aumento propuesto. No obstante, una vez recibido el aumento salarial otorgado por esta Ley, sólo podrán negociarse, colectivamente aumentos de sueldo adicionales con cargo al presupuesto para el Año Fiscal 2004-2005 y de futuros presupuestos.

***DECRETASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:***

**Artículo 1.**-Los aumentos concedidos al amparo de esta Ley serán de la siguiente forma:

(a) Cien (100) dólares mensuales de aumento de sueldo a los empleados públicos que al 31 de diciembre de 2003 estén en servicio activo, sin distinción de status ni categoría. Cuando en un puesto se prestaren servicios a jornada parcial, el aumento a concederse será proporcional a la jornada de trabajo. Aquellos empleados vinculados al servicio que no estén en servicio activo al 1 de enero de 2004, tendrán derecho a recibir el aumento efectivo a la fecha que se reintegre al servicio.

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

06 de septiembre de 2019

ALICIA J RIVERA LOPEZ      XXX-XX-2358     Solicitud No:    968715
PO BOX 3000 SUITE 117                                   Radicada en:    09 ago 2019
ANGELES, PR 00611

Señor(a): Rivera Lopez        CASO: 688

Deseamos informarle que su Pensión Edad 250 ha sido aprobada. Su retiro fue efectivo el 29 de junio de 2019 y su renta mensual será de $1,306.49. Recibirá un pago retroactivo desde la fecha de efectividad de su pensión hasta el ingreso a nómina.

Si usted no se encuentra conforme con la presente determinación podrá radicar dentro del término de 20 días a partir de la notificación de la determinación del Director o su representante, un Escrito de Reconsideración ante la Junta de Síndicos del SRM. Dicha solicitud puede ser radicada personalmente o enviada por correo.

Radicaciones

Dirección Física: Secretaría Junta de Síndicos, Piso 8, Capital Center, Torre Norte 235 Ave Arterial Hostos, Hato Rey, PR

Dirección Postal: Secretaría Junta de Síndicos, Piso 8, PO Box 191879, San Juan, PR 00919-1879

En las radicaciones por correo, el matasellos debe mostrar que la misma fue cursada dentro del término establecido. Todos los términos mencionados en los incisos para apelar o solicitar reconsideración son en días naturales. El procedimiento de apelación se rige por el Reglamento 7053 de 15 de noviembre de 2005.

Le informamos que cualquier gestión, comunicación o trámite que efectúe con nuestro Sistema, distinto a los escritos antes mencionados, no interrumpe los términos que dispone para ejercer su derecho de apelación.

Atentamente,

Evelyn Vazquez Velazquez
Area de Servicios de Retiro

235 Avenida Arterial Hostos, Edificio Capital Center, Torre Norte, Hato Rey, Puerto Rico 00918
P.O. Box 191879, Hato Rey, PR 00919-1879
srm_correspondenciaconsulta@srm.pr.gov    (787) 777-1414    http://www.srm.pr.gov


SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico

| sueldo | meses mas altos | # dias | Tabla de calculo de pensión | | | | | | dias del mes |
|---|---|---|---|---|---|---|---|---|---|
| | | | tiempo cotizado | | | |
| | | | Años | Meses | Semanas | Dias | | | |
| $ 3,260.00 | 11 | | 22 | 11 | | | | 35,860.00 | 20 |
| $ 3,135.00 | 25 | | | | | | | 78,375.00 | 20 |
| | | | 22 | 11 | 0 | 0 | | - | 20 |
| | | | | 0.9167 | 0 | 0 | | - | 20 |
| | | | 22 Años | 11 Mese | 0 Sem | 0 Dias | | - | 20 |
| | | | | | | | | - | 20 |
| | | | | | | | | - | 20 |
| | | | | | | | | - | 20 |
| | | | | | | | | - | 20 |
| | | | | | | | | - | 20 |
| | 36 | 0 | | | | | 5500 | $114,235.00 | |
| | 1.8 | 0 | | | | | pensión | $ - | 75% |
| Total | 36 Meses | 0 Dias | | | | | | $ 1,308.94 | 1.8% |
| | | | | | | | | $ 1,023.36 | pension menos |
| | | | | | | | | $ 285.59 | 9% |

| SUELDO PROMEDIO | | $3,173.19 |
|---|---|---|

| | Administrativos | |
|---|---|---|
| 8360 | $114,235.00 | |
| pensión | $ - | 75% |
| | $ - | 1.8% |
| | $ - | pension menos |
| | $ - | 9% |



**GOBIERNO DE PUERTO RICO**
Región Educativa de Ponce
Escuela José Vizcarrondo Añeses

2 de mayo de 2019

Ramón A. Collazo de la Rosa
Director Escolar
Escuela José Vizcarrondo Añeses

### RENUNCIA A EMPLEO POR JUBILACIÓN

Estimado señor Collazo:

Saludo cordial. Por medio de la presente me dirijo a usted, para manifestarle mi intención de presentar renuncia al cargo laboral que desempeño en la Escuela José Vizcarrondo Añeses del Distrito Escolar de Utuado, como maestra para acogerme a la jubilación. Deseo que mi renuncia sea efectiva el día 30 de junio de 2019.

Me despido de usted con afecto, no sin antes agradecer la oportunidad brindada y por el puesto que desempeñé durante todo este tiempo.

Atentamente,

*Alicia J. Rivera López*

Alicia J. Rivera López
Número Kronos 68531
Escuela José Vizcarrondo Añeses



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho



# DEPARTAMENTO DE EDUCACIÓN
Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos
Division de Personal Docente

## INFORME DE NOMBRAMIENTOS Y CAMBIOS

Expediente:  Número del Cambio: 7407

| Número del Cambio | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | ALICIA J RIVERA LOPEZ | |
| 2. Seguro Social | | |
| 3. Número de Puesto | F08673 | |
| 4. Cifra de Cuenta | E1120-272-0810000-0000-08100-2010-H027A090003 | |
| 5. Cifra de Cuenta SIFDE | E1120 - 272 - 13318 - 01F - 2010 - H027A090003D - 13318 - 01F - 1120 | |
| 6. Status | REGULAR | |
| 7. Escala de Retribución | MAE | |
| 8. Clasificación y Número de Clase | MAESTRO EDUC.ESPECIAL (K-12) 9807 | |
| 9. Sueldo | $ 3,135.00 | |
| 10. Diferencial | | |
| 11. División o Escuela | JOSE VIZCARRONDO (SU ANGELES) | |
| 12. Programa | | |
| 13. Ubicación | UTUADO 138 | |
| 14. Acción y Duración | | ENMIENDA PAG.VAC. 39d-5h-07mn. |
| 15. Aportación a Retiro | | |
| 16. Último Día de Trabajo | | |
| 17. Último Día de Pago | | |
| 18. Fecha de Efectividad | | 04/JUNIO/2012 |
| 19. Comentarios y Explicaciones | | |

20. Firma del Jefe de Agencia o Representante Autorizado
Dra. Julia Nazario Fuentes

Fecha de Preparado: 07/MARZO/2013
Preparado Por: ECS

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2219, 2223, 2227, 2229, 2224, 3461 FAX
El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.



# DEPARTAMENTO DE EDUCACION
Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: SRM

4 de diciembre de 2018

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | ALICIA J. RIVERA LOPEZ |
| Seguro Social | : | |
| Categoría | : | MAESTRO EDUC.ESPECIAL (K-12) |
| Distrito Escolar | : | UTUADO_ |
| Sueldo Mensual | : | $3,260.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | Desde el 12 de agosto de 1996 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (23) años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

| 090 Dept. de Educacion - Maestros<br>Avenida Teniente Cesar Gonzalez<br>Esquina Calaf<br>HATO REY, PR 00919 | | | Grupo de Pago:<br>Desde:<br>Hasta: | SM -Quincenal<br>07/08/2019<br>07/19/2019 | | Aviso #:<br>Fecha Aviso: | 2255302<br>07/15/2019 |
|---|---|---|---|---|---|---|---|
| ALICIA J RIVERA LOPEZ<br>ENTREGA GENERAL<br>ANGELES, PR 00611 | | # Empleado:<br>Dept:<br>Lugar:<br>Titulo:<br>Sueldo: | 8005138-PONCE-UTUADO<br>JOSE VIZCARRONDO SU ANGELES<br>DEPARTAMENTO DE EDUCACION<br>$3,260.00 Monthly | | DATA IMP:<br>Estado Civil:<br>Concesiones:<br>Pct. Adcl.:<br>Cant. Adcl.: | Federal<br>Single<br>0 | PR<br>Married<br>2 |
| SS: | | | | | | | |

### HORAS E INGRESOS

| | | | Corriente | | Acumulado | |
|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | |
| Pago de Salarios Regulares | | | 1,630.00 | 834.00 | 21,190.00 | |
| Total: | | | 1,630.00 | 834.00 | 21,190.00 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 23.64 | 307.26 |
| PR Withholding | 42.58 | 553.54 |
| Total: | 66.22 | 860.80 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 146.70 | 1,907.10 |
| Total: | 146.70 | 1,907.10 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 254.60 | 3,309.80 |
| SM-First Medical Health Plan | 114.00 | 1,452.00 |
| OS-AMPR LOCAL SIND AFIL | 8.50 | 110.50 |
| Ahorros-AEELA | 48.90 | 635.70 |
| RM-Prest Pers De Cuota-Ret Mae | 0.00 | 2,566.68 |
| Total: | 426.00 | 8,074.68 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 27.71 | 360.23 |
| SM-First Medical Health Plan | 0.00 | 720.00 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,630.00 | 0.00 | 66.22 | 572.70 | 991.08 |
| Acumulado: | 21,190.00 | 0.00 | 860.80 | 9,981.78 | 10,347.42 |

| Vacaciones | Horas | Enfermedad | Horas | Tiempo Comp. | Horas | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | Aviso #2255302 | 991.08 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | Total: | 991.08 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | |

Los balances de licencias corresponden al periodo de:

MENSAJE: "Aprovecha las Oportunidades de Movilidad visita la www.OATRH.PR.GOV"

---

Dept. de Educacion - Maestros
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
07/15/2019

Aviso No.
2255302

Cant. Deposito: $991.08

A la
Cuenta(s) De

ALICIA J RIVERA LOPEZ
ENTREGA GENERAL
ANGELES, PR 00611

Localizacion: JOSE VIZCARRONDO SU ANGELES

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXX | 991.08 |
| Total: | | 991.08 |

## NO-NEGOCIABLE