Alicia J. Rivera López
P. O. Box 3000 Suite 117
Angeles, P.R. 00611-3000



7016 0910 0001 6430 6619





U.S. POSTAGE PAID
FCM LG ENV
LARES, PR
00669
APR 07, 20
AMOUNT
**$8.00**
R2305K134974-05

1000        00918

RECEIVED & FILED
2020 APR 14  AM 11: 00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
(United States District Court)
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767