

## CERTIFICACIÓN

Certifico que el profesor **Noel Rosa Rivera,** con número de seguro social que termina en **5145**, disfruta de una pensión vitalicia del **Sistema de Retiro para Maestros**, desde el **14 de agosto de 2010**. El Profesor recibe una pensión mensual de **$2,005.19**, equivalente a **$24,062.28** anual.

Además de la pensión mensual, recibe en el mes de julio **$100.00** de Bono de Verano y **$100.00** de Bono de Medicamentos. La cantidad del Aguinaldo Navideño es de **$600.00**. También cuenta con una aportación mensual de **$100.00** para el Plan Medico.

Esta certificación se expide hoy, **19 de octubre de 2010**, en **San Juan, Puerto Rico**.

*[firma]*

Edgardo J. Negrón Ramírez
Asistente de Servicios Gerenciales
Sala de Servicios de Retiro

# DEPARTAMENTO DE EDUCACION
## SECRETARIA AUXILIAR DE FINANZAS
### DIVISION DE DE NOMINAS

236.FALS.AAM

AREA DE FINANZAS

FECHA : 4 de noviembre de 2010

Oficina de Superintendente
Distrito Escolar : Utuado

INCLUIMOS CHEQUE(S) DE Nominas Especiales A FAVOR DEL EMPLEADO (A) :

| NOMBRE | SEGURO SOCIAL | CONCEPTO | NUMERO DE CHEQUE(S) | CANTIDAD |
|---|---|---|---|---|
| Noel Rosa Rivera | | Vac. Suma Global | 5599422 | $251.16 |
| | | Enf. Suma Global | 5599423 | $ 10,359.57 |
| | | | | |
| | | | | |
| | | | | |

AIDA MEDINA CAMPOS
SUPERVISORA
SECCION DE CONTROL DE CHEQUE



Gobierno de Puerto Rico
Sistema de Retiro para Maestros

29 de octubre de 2010

PROF. NOEL ROSA RIVERA
PO BOX 3000 SUITE 27
ANGELES PR 00611-3000

CASO: 0652

Profesor(a) ROSA :

Nos referimos a su Solicitud de Retiro por **Años de Servicios y Edad** conforme a las disposiciones de la **Ley 91**, aprobada el **29** de **marzo** de **2004**. Su retiro fue efectivo **14 de agosto de 2010** y su renta mensual es de **$2,005.19**. Deseamos informarle que se depositó en su cuenta el cheque **4174520** por **$3,169.43**, el mismo pertenece al pago retroactivo que cubre desde el **14 de agosto de 2010 hasta el 30 de septiembre de 2010**. Los descuentos efectuados en este pago se reflejan en forma global en su talonario de cheque.

Le informamos que usted puede autorizar al Sistema de Retiro para Maestros a descontar de su pensión, determinada cantidad para pagar compromisos contraídos, tales como; seguro médico de su preferencia u otras deducciones permitidas por ley.

Si usted no se encuentra conforme con la presente determinación podrá radicar dentro del término de 30 días a partir de la notificación de la determinación del Director o su representante, un Escrito de Apelación ante la Junta de Síndicos del SRM. Dicha solicitud puede ser radicada personalmente o enviada por correo.

**Radicaciones**

**Dirección Física:** Secretaría Junta de Síndicos, Piso 8, Capital Center, Torre Norte 235 Ave Arterial Hostos, Hato Rey, PR

**Dirección Postal:** Secretaría Junta de Síndicos, Piso 8, PO Box 191879, Hato Rey PR 00919-1879

En las radicaciones por correo, el matasellos debe mostrar que la misma fue cursada dentro del término establecido. Todos los términos mencionados en los incisos para apelar o solicitar reconsideración son en días naturales. El procedimiento de apelación se rige por el Reglamento 7053 de 15 de noviembre de 2005.

Le informamos que cualquier gestión, comunicación o trámite que efectúe con el Sistema de Retiro para Maestros distinto a los escritos antes mencionados, no interrumpe los términos que usted dispone para ejercer su derecho de apelación.

Cordialmente,

Ivonne L. Ortiz Valladares
Directora Área de Retiro

hr

PO Box 191879 San Juan, PR 00919-1879  Teléfonos (787) 754-8611 ó (1)(888)-981-8611
http://www.srm.gobierno.pr   E-mail: consulta@srm.gobierno.pr

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 08/02/2010 |
| Hasta: | 08/13/2010 |

Aviso #: 2964319
Fecha Aviso: 08/13/2010

**NOEL ROSA RIVERA**
MUCARABONES
RR 01 BOX 12890
TOA ALTA, PR 00953-0000
SS:

| | |
|---|---|
| # Empleado | |
| Dept: | 8001071-Arecibo Utuado |
| Lugar: | Angeles El Corcho |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,730.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,365.00 | 900.00 | 20,475.00 |
| Licencia Enfermedad en Exceso | | | 0.00 | | 300.25 |
| Total: | | | 1,365.00 | 900.00 | 20,775.25 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholding | 89.02 | 1,359.32 |
| Total: | 89.02 | 1,359.32 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 122.85 | 1,842.75 |
| Total: | 122.85 | 1,842.75 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 177.50 | 2,530.50 |
| SC-OCCIDENTAL LIFE INSS | 25.00 | 375.00 |
| AS-FED MAESTROS DE PR | 8.00 | 120.00 |
| Total: | 210.50 | 3,025.50 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 116.03 | 1,740.45 |
| FSED Disability Plan | 23.21 | 353.25 |
| SM-First Medical Health Plan | 0.00 | 840.00 |

* Tributable

### TOTAL BRUTO / BRUTO TRIBUTADO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tributado | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 1,365.00 | 0.00 | 89.02 | 333.35 | 942.63 |
| Acumulado: | 20,775.25 | 0.00 | 1,359.32 | 4,868.25 | 14,547.68 |

### LICENCIAS / AGUA

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #2964319 | 942.63 |
| Total: | 942.63 |

MENSAJE:

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
08/13/2010

Aviso No.
2964319

Cant. Deposito: $942.63

A la Cuenta(s) De

**NOEL ROSA RIVERA**
MUCARABONES
RR 01 BOX 12890
TOA ALTA, PR 00953-0000
Localizacion: Angeles El Corcho

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $942.63 |
| Total: | | $942.63 |

# NO-NEGOCIABLE

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez . Esquina Calaf
HATO REY, PR 00919

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | Aviso #: 3180310 |
| Desde: | 08/16/2010 | Fecha Aviso: 08/30/2010 |
| Hasta: | 08/27/2010 | |

NOEL ROSA RIVERA
MUCARABONES
RR 01 BOX 12890
TOA ALTA, PR 00953-0000
SS:

| | |
|---|---|
| # Empleado | |
| Dept: | 8001071-Arecibo Utuado |
| Lugar: | Angeles El Corcho |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,730.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,365.00 | 960.00 | 21,840.00 |
| Licencia Enfermedad en Exceso | | | 0.00 | | 300.25 |
| **Total:** | | | 1,365.00 | 960.00 | 22,140.25 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholding | 89.02 | 1,448.34 |
| **Total:** | 89.02 | 1,448.34 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 122.85 | 1,965.60 |
| **Total:** | 122.85 | 1,965.60 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 177.50 | 2,708.00 |
| SC-OCCIDENTAL LIFE INSS | 25.00 | 400.00 |
| AS-FED MAESTROS DE PR | 8.00 | 128.00 |
| **Total:** | 210.50 | 3,236.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 120.00 | 960.00 |
| GPR Plan de Retiro de Maestro | 116.03 | 1,856.48 |
| FSED Disability Plan | 23.21 | 376.46 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,365.00 | 0.00 | 89.02 | 333.35 | 942.63 |
| Acumulado: | 22,140.25 | 0.00 | 1,448.34 | 5,201.60 | 15,490.31 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #3180310 | 942.63 |
| **Total:** | 942.63 |

### RIO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

**MENSAJE:**

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
08/30/2010

Aviso No.
3180310

**Cant. Deposito:** $942.63

A la
Cuenta(s) De

NOEL ROSA RIVERA
MUCARABONES
RR 01 BOX 12890
TOA ALTA, PR 00953-0000
Localizacion: Angeles El Corcho

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $942.63 |
| **Total:** | | $942.63 |

# NO-NEGOCIABLE

## INFORME DE SUELDOS Y DEDUCCIONES

**NOMBRE:** NOEL ROSA RIVERA
**PERIODO QUE TERMINA EN:** 31 08 82
**NUMERO DE COMPROBANTE:** 033504
**NUMERO DE CHEQUE:** 77433282

### DEDUCCIONES

#### ESPECIFICAS

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORRO / SEGURO |
|---|---|---|---|---|
| ACUMULADO DURANTE EL AÑO NATURAL | | | | |
| 4939 | | 4095 | | |
| MES CORRIENTE | | | | |
| 4939 | | 4095 | | |

MISCELANEAS — NO ES NEGOCIABLE

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | | PAGA NETA |
|---|---|---|---|---|---|---|---|
| 58500 | 000 | 000 | 58500 | 00 | 9034 | | 49466 |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | MES CORRIENTE | | | |

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
VEASE CLAVES AL DORSO

---

## INFORME DE SUELDOS Y DEDUCCIONES

**NOMBRE:** NOEL ROSA RIVERA
**PERIODO QUE TERMINA EN:** 30 09 82
**NUMERO DE COMPROBANTE:** 036511
**NUMERO DE CHEQUE:** 77634589

### DEDUCCIONES

#### ESPECIFICAS

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORRO / SEGURO |
|---|---|---|---|---|
| ACUMULADO DURANTE EL AÑO NATURAL | | | | |
| 9878 | | 8190 | | |
| MES CORRIENTE | | | | |
| 4939 | | 4095 | | |

MISCELANEAS — NO ES NEGOCIABLE

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | | PAGA NETA |
|---|---|---|---|---|---|---|---|
| 117000 | 000 | 000 | 58500 | 24700 | 9034 | | 24766 |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | MES CORRIENTE | | | |

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
VEASE CLAVES AL DORSO