Noel Rosa Rivera
P. O. Box 3000 Suite 27
Angeles, P.R. 00611-3000

7016 0910 0001 6430 6602







U.S. POSTAGE PAID
FCM LG ENV
LARES, PR
00669
APR 07 20
AMOUNT
$7.80
R2305K134974-05

1000   00918

RECEIVED & FILED
2020 APR 14 AM 11:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
(United States District Court)
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767