Zulma B. Reyes Malavé
Urbanización Jardines de Arroyo
Calle Y- AI- 17
Arroyo, Puerto Rico 00714
Número de teléfono 787- 617 -5396
Correo electrónico: zr_teatro@hotmail.com



RECEIVED & FILED
2020 APR 14 AM 11:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

## UNITED STATE DISTRICT COURT

## FOR DE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re<br><br>THE FIANCIAL OEVERSIGHT AND<br><br>MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTORICO, et al.,<br><br>DEBTORS | PROMESA<br><br>Título III<br><br>No. BK 3283-LTS<br><br>(Jointly administered)<br><br>This filing relates to the Commonwealth, HTS, and ERS.<br><br>Núm. de Reclamo: 89284 |

**REPLICA DE LA DEMANDANTE A LA CENTÉSIMA SEXAGÉSIMA QUINTA OBJECIÓN GLOBAL**

(iii) Trabajé en el gobierno de Puerto Rico como maestra en el Departamento de Educación de Puerto Rico desde septiembre de 1991 hasta octubre del 2019. Las leyes que sustentan mi reclamo son: Ley 96 del 1 de julio de 1992 la cual establece aumento de salario de maestros. Ley 89 del 12 de julio de 1971, Ley de Retribución uniforme. Ley 34 del 13 de junio de 1966 y Ley 164 del 22 de julio de 2003. Ley Para conceder un aumento de sueldo de cien dólares a los empleados Públicos del Gobierno Central de ELA, efectivo el 1ro de enero de 2004. Reclamo el pago de aquellas cotizaciones no pagadas al Sistema de Retiro, salarios no pagados, pagos por días de enfermedad y reclamaciones judiciales. La deuda asciende a la cantidad de $24,000 aproximadamente.

**(iv)** Se adjunta evidencia de nombramiento a través del formulario 409 y evidencia de Retiro.

*Zulma B. Reyes Malavé*

30 de marzo de 2020