# INFORME DE CAMBIO - PERSONAL DOCENTE

| ANTES DEL CAMBIO | | DESPUES DEL CAMBIO |
|---|---|---|
| 1 Nombre del Empleado | Reyes Malavé, Zaida | |
| 2 Núm. Seg. Social | XXX-XX-4305 | |
| 3 Sexo | F | |
| 4 Estado Civil | Soltera | |
| 5 Prep. Académica | BA (15) | |
| 6 Experiencia | 0 | |
| 7 Status Empleado (Contrato) | Transitorio Provisional (D) | |
| 8 Sueldo Bruto | 1,000 | |
| 9 Núm. de la Plaza | | |
| 10 Categoría de la Plaza | Teatro 9813 | |
| 11 Clasificación Puestos Dir | | |
| 12 Fondo | Estatal | |
| 13 Cifra Cuenta | 91-111-081-04-001 | |
| 14 Fecha de Efectividad | 3 septiembre 1991 | |
| 15 Acción y Duración | Nombramiento Resto Año | |
| 16 Causa del Cese | | |
| 17 Ultimo Día Trabajo | | |
| 18 Ultimo Día de Pago | | |
| 19 Programa Escolar | Teatro | Renuncia |
| 20 Turno en Registro | Recomendación | |
| 21 Distrito Escolar | Arroyo | |

Por Julia Bones Lebrón quien renunció efectivo al 30 de agosto 1991.

## LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA

| 22 Desde | 23 Hasta |
|---|---|
| | |

| 24 Observaciones (Antes del Cambio) | 25 Observaciones (Después del Cambio) |
|---|---|
| Se agotó el registro Provisional | Descuento Medicare Ley 99-272 |

26 _____ Fecha _____
Firma Empleado en caso de cambio de contrato a probatorio, traslado, reasignación permanente o descenso

VO.BO. VICTOR CARTAGENA ACOSTA
DIRECTOR REGIONAL

27 Deseo:
☐ Acogerme   ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de P.R. en caso de cambio de contrato de sustituto a probatorio o de sustituto a permanente.

_____ _____
Firma del Empleado        Fecha

28 Recomendado
William Rodríguez Valentín   4 septiembre 1991
Superintendente de Escuelas  Fecha

29 Recomendado
_____ _____
Superintendente de Escuelas  Fecha

30 APROBADO: POR EL SECRETARIO DE INSTRUCCION PUBLICA
_____
FIRMA                        FECHA

* Si el nombramiento es provisional el mismo constituye un CERTIFICADO PROVISIONAL por su duración

FORM. 409 ESPECIAL  ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL - HATO REY, PUERTO RICO

## INFORME DE CAMBIO - PERSONAL DOCENTE

| | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1. NOMBRE DEL EMPLEADO | REYES MALAVE, ZULMA | |
| 2. NUM. SEGURO SOCIAL | ███████-6396 | |
| 3. EXPERIENCIA | 06-00-00-0.0 | |
| 4. STATUS EMPLEADO | PROBATORIO | PERMANENTE |
| 5. NUM. DE PUESTO | R12042 | |
| 6. CATEGORIA DEL PUESTO | 9813-MAESTRO TEATRO | |
| 7. FONDO | 1111 - ESTATAL | |
| 8. CIFRA DE CUENTA | 198-111-081-09-404-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-01-000000-0000 | |
| 9. FECHA EFECTIVIDAD | | 1/SEPT/97 |
| 10. ACCION Y DURACION | | CAMBIO DE STATUS |
| 11. DISTRITO ESCOLAR | 1008 - ARROYO | |

### LICENCIA POR VACACIONES Y/O ENFERMEDAD CONCEDIDA

| 12. DESDE | 13. HASTA |
|---|---|

| 14. OBSERVACIONES (ANTES DEL CAMBIO) | 15. OBSERVACIONES (DESPUES DEL CAMBIO) |
|---|---|
| CONSIDERE SOLAMENTE PARA CAMBIO DE STATUS | CONTINUA RESTO AÑO EN EL PUESTO NUMERO EN EL DISTRITO |

16. APROBADO POR EL SECRETARIO DE EDUCACION O SU REPRESENTANTE AUTORIZADO

OCT 17 1997

FIRMA                                    FECHA

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

01 de abril de 2019

DEPARTAMENTO DE EDUCACION  Solicitud No:        956292
SECCIÓN DE NOMBRAMIENTOS Y CAMBIOS  Radicada en:   05 dic 2018
APARTADO 190759

SAN JUAN PR 00919 0759

Atención: Sr. Enoch González Vélez

El(la) profesor(a) ZULMA REYES MALAVE con seguro social XXX-XX-6396 ha radicado una Solicitud de Retiro en nuestro Sistema. Al 06 de marzo de 2019, fecha de su última aportación recibida,

[X]cualifica [ ]no cualifica para acogerse a la jubilación.

Su tiempo cotizado y edad es el siguiente:

29 Años, 6 Meses, 0 Semanas, .00 Dias y su edad es 62 años.

Los pagos pendientes no están considerados en esta certificación. Los mismos son:

[ ]Reconocimiento de Tiempo
[ ]Diferencia en % por transferencia recibida
[ ]Reembolso de Cuotas
[X]No aplica

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema.

Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras hasta tanto envíen las autorizaciones de descuentos para tramitar su pensión.

Atentamente,

Franklin E. López Díaz
Area de Servicios de Retiro

c: ZULMA REYES MALAVE                                          XXX-XX-6396
   JARDINES DE ARROYO
   AI 17 CALLE Y
   ARROYO, PR 00714

235 Avenida Arterial Hostos, Edificio Capital Center, Torre Norte, Hato Rey, Puerto Rico 00918
P.O. Box 191879, Hato Rey, PR 00919-1879
srm_correspondenciaconsulta@srm.pr.gov   (787) 777-1414   http://www.srm.pr.gov



SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico



ESTADO LIBRE ASOCIADO DE **PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-001
Rev.-Nov.15

Area de Servicios de Retiro
## SOLICITUD DE RETIRO

☐ Mérito   ☐ Años de Servicios y Edad   ☒ Edad   ☐ Diferido   ☐ Incapacidad   ☐ Suplementaria

### INFORMACIÓN DEL SOLICITANTE

Solicito los beneficios del retiro, de acuerdo a las disposiciones de la Ley 160 del 24 de diciembre de 2013.

**Nombre:** Zulma B. Reyes Malavé
**Seguro Social:** ***-**-6396
**Fecha de Nacimiento (D-M-A):** [redacted]
**Sexo:** ☒ F ☐ M

**Estado Civil:** ☐ Soltero ☐ Casado ☐ Viudo ☒ Divorciado
**Número de Teléfono y Celular:** 787-617-5396 / 787-535-6673
**Correo Electrónico:** zr_teatro@hotmail.com

**Dirección Postal:** Urb. Jardines de Arroyo, Calle V-AI-17, Arroyo, P.R. 00714
**Dirección Residencial:** ☒ Igual a la Postal

**Agencia Donde Trabaja:** Departamento de Educación
**Pueblo Donde Trabaja:** Arroyo
**Puesto que Ocupa:** Maestra
**Fecha Efectividad Renuncia:** 30-Sept. 2019

**Nombre, Dirección y Teléfono del Familiar Cercano** (Aplica solamente a Solicitud de Incapacidad)

**Préstamo con SRM:** ☒ Sí ☐ No   **Tipo de Préstamo:** ☐ Hipotecario ☒ Personal ☐ Viaje Cultural
**Préstamo con AEELA:** ☒ Sí ☐ No   **Tipo de Préstamo:** ☐ Hipotecario ☒ Personal

Indique si es beneficiario o está en trámite de alguna Pensión por Incapacidad: ☐ Sí ☐ No
**Entidad a la que se le reclamó la Incapacidad y/o la otorgó:** _____
**Fecha de Otorgación (D-M-A):** _____

**Firma del Participante:** [signed]
**Fecha (D-M-A):** 24-mayo-2019

### AUTORIZACIÓN PARA LA DIVULGACIÓN DE INFORMACIÓN (INCAPACIDAD)

AUTORIZO al Sistema de Retiro para Maestros a tener acceso a mi Historial Laboral o Médico que pueda constatar cualquier agencia, departamento estatal, municipal o federal y/o agencias privadas o públicas fuera de Puerto Rico para uso de una Investigación Oficial de ser necesario.

**Firma del Participante:** [signed]
**Fecha (D-M-A):** _____

### PARA USO DEL PATRONO

**Certificación del Supervisor Inmediato**

CERTIFICO que Zulma B. Reyes Malavé se encuentra actualmente en ☒ servicio activo ☐ licencia
Especifique el tipo de licencia: _____

**Renuncia Efectiva (D-M-A):** 30 Septiembre 2019
**Nombre de la Escuela o Agencia:** Natividad Rodríguez González
**Fecha (D-M-A):** 24-mayo-2019

**Nombre del Superintendente de Escuelas o Jefe de Personal del Departamento o Agencia:** _____
**Firma del Superintendente de Escuelas o Jefe de Personal del Departamento o Agencia:** _____

235 Ave. Arterial Hostos, Edif. Capital Center
Torre Norte, Hato Rey
PO Box 191879, San Juan, PR 00919-1879
(787) 777-1414; Fax (787) 759-2883 * www.srm.pr.gov



## GOBIERNO DE PUERTO RICO

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
SECRETARIA AXILIAR DE RECURSOS HUMANOS
RETIRO DOCENTE

## CERTIFICACIÓN RADICACIÓN SOLICITUD DE RETIRO

De conformidad con las disposiciones de la Ley Núm. 208 del 21 de diciembre de 2010, certifico que:

### INFORMACIÓN DEL EMPLEADO

Nombre y apellidos: _Zulma B. Reyes Malavé_

Seguro Social: _XXX-XX-6396_          Puesto: _Maestra_

Región Educativa: _Caguas_          Distrito: _Guayama_

Escuela: _Natividad Rodríguez González_   Municipio: _Arroyo_

Fecha radicación solicitud de retiro: _28/mayo/2019_

Fecha efectividad de renuncia: _30 Septiembre 2019_

[✓] Solicitud Excepcional          Razón: _____

Clasificación del Puesto: [✓] Maestro  [ ] Director  [ ] Trabajador Social  [ ] Orientador

Categoría: _Maestra de Bellas Artes_     Número de Puesto: _R 12042_

Realizó la debida notificación de su intención de jubilarse hoy, _24_ de _Mayo_ de _2019_

_Andrés Compañ Coli_
Nombre en letra de molde del
Director de Escuela o Representante Autorizado

Firma del Director de Escuela
o Representante Autorizado

Observaciones: _____

Este formulario debe contener en original el sello de la Escuela o Región Educativa, según corresponda para que se valide la autenticidad del mismo y sea sometido junto a la Solicitud de Retiro del Sistema de Retiro para Maestros (SRM) para el trámite correspondiente.

Oficina Regional
PO Box 503
Caguas, PR 00726

PO BOX 190759, SAN JUAN PUERTO RICO 00919-0759 TEL. (787)-773-2626-2725-6288 FAX (787) 759-7097
El Departamento de Educación no discrimina de ninguna manera por razon de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho