Sra. Zulma Reyes
Ai17 Calle Y
Arroyo, PR 00714




U.S. POSTAGE PAID
FCM LG ENV
ARROYO, PR
00714
MAR 30, 20
AMOUNT
$7.60
R2304M114202-15

RECEIVED & FILED
2020 APR 14 AM 11:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaría (Clerk's office)
Tribunal de Distrito de los Estados Unidos
(United States District Court)
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

CERTIFIED MAIL
7013 2250 0000 6662 9573