United States District Court
Room 150 Federal Bldg
San Juan PR 00918-1267
April 3 of 2020

RECEIVED & FILED
2020 APR -7 PM 2:55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Motion to be ex-clude from law promesa,

Honorable Laura Taylor Swain Judge

Come Now, Petitioner. Obe E. John Sr., and before This Honorable Court respectfully states alleges and prays as follows,

This action is brought to ex-clude law promesa I claim that I was illegally admitted into the puerto rico Correctional prison on February 19 2005, So promesa law should not be refered to me,

I claim that I should be compensated for all the years, that I have been illegally incarcerated because I have been already illegally incarcerated before they could pronounce promesa law, So I do think that promesa should not be refered to me,

additional information on the legal action of me been illegally incarcerated, the Case is Currently pending before the United States Court of appeals, for the First Circuit Copy of the docket on appeal been attached An Original proceeding successive habeas corpus,

Expired Sentence the PR administration of Correction calculated this illegal sentence under a wrongful provision, the illegal sentence has already expired and I'm stay illegally incarcerated,

2⊕

Wherefore it is respectfully requested that Honorable Laura Taylor Swain United States District Court Judge should hear this matter of fact, according to the time I get in prison, that law promESA should not be refered to me, to codify me for a compensation, to be paid, of been illegally incarcerated, because I was illegally incarcerated before law promESA came into existing.

So the Government of the Commonwealth of Puerto Rico, should compensate me for been illegally incarcerated, without refering to law-promESA.

Date April 3 2020

Ose E John for
Institucion Guayama 500AB-033
P.O. Box 10005
Guayama PR 00785