Obe E, John Son
Institucion Guayama 500
AB-033
P O Box 10005
Guayama, PR 00785

R 104/20

CORRESPONDENCE
LEGAL

Clerk's Office
United States District Court
Room 150 Federal BLdG
San Juan PR 00918-1767

RECEIVED
2020 APR -7 PM 2:51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN