Secretaría
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767

RECEIVED & FILED
2020 APR 14 AM 11:04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Maria A. Silva Canales
RR8 Box 9418
Bayamón, PR 00956
Teléfono: 787-238-5450
correo electrónico: marmalia59@gmail.com

Asunto: Réplica para vista de Objeción Legal
Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico
En el Asunto de: Junta de Supervisión y Administración Financiera para Puerto Rico en la Notificación de la Centésima Quincuagésima Objeción Global (No Sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a varios reclamantes.

La evidencia adjunta se presenta con fines de cumplir la notificación de reclamo deficiente recibida en 13 de Marzo de 2020. Adjunto encontrarán los documentos que evidencian y suplen la información que respalda mi reclamación contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. Con ella solicitó se reconozca el total de aportaciones de sesenta y cinco mil novecientos un dolares con setenta y seis centavos (65,901.76) por concepto de Aportación Individual y Años de Servicio. Bajo la Ley Número 447 del 15 de Mayo de 1951 Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico y Ley Número 3 de 4 de Abril de 2013 la cual enmienda la Ley 447 de 15 de Mayo de 1951, bajo la disposición del Capítulo 5, se establece la definición del Programa Híbrido de Contribuciones Definidas.

Participo de ambos programas dentro de la Ley 447 de 15 de Mayo de 1951 y Ley 3 de 4 de Abril de 2013, que le brinda a cada retirado una pensión vitalicia bajo un pago continuo y certero durante sus años de servicio. Me reconoce bajo la Ley 447 de 15 de Mayo de 1951 un beneficio de cuarenta y nueve mil ochocientos noventa dólares y veinticinco centavos (49,890.25), y bajo la Ley 3 de 4 de Abril de 2013 un beneficio de dieciséis mil once dólares con cincuenta y un centavos (16,011.51), entre ambas las suma arriba indicada sesenta y cinco mil novecientos un dolares con setenta y seis centavos (65,901.76) por el total de aportaciones durante mis años acreditados.

Respetuosamente solicita,

*Maria A. Silva CS*
Maria A. Silva Canales