Maria A. Silva Canales
RR 8 Box 9418
Bayamon PR 00956





RECEIVED & FILED
2020 APR 14 AM 11:04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



Secretaría
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767