TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

In re:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN
FINANCIERA PARA PUERTO RICO,

como representante de

ESTADO LIBRE ASOCIADO DE PUERTO RICO,
et al.,

Deudores.[1]

PROMESA
Título III

Núm. 17 BK 3283-LTS

(Administrada Conjuntamente)

La presente radicación guarda relación con el ELA, la ACT y el SRE.

## RÉPLICA DE LA DEMANDANTE A LA CENTÉSIMA SEPTUAGÉSIMA PRIMERA OBJECIÓN GLOBAL

**Introducciones**

1. Solo debe cumplimentar y radicar el presente formulario de réplica si su reclamo guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico, o si su reclamo guarda relación con una acción judicial pendiente de resolución o finalizada. Si su reclamo no surge de empleo actual o anterior en el Gobierno de Puerto Rico o si su reclamo no guarda relación con una acción judicial pendiente de resolución o finalizada, su réplica debe ser radicada de conformidad con los procedimientos detallados en las páginas 3 a 4 de la Notificación que acompaña a la Centésima septuagésima primera objeción global.

2. Rogamos radique formularios de réplica separados por cada evidencia de reclamo a la que los Deudores se hayan opuesto. No radique un único formulario de réplica que aborde más de una evidencia de reclamo.

3. Rogamos conteste a todas las preguntas y a cada una de las sub-preguntas aplicables.

---

[1] Los Deudores en el marco de las presentes Causas radicadas conforme al Título III, junto con el respectivo número de causa radicada conforme al Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Causa de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Causa de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Causa de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Causa de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Causa de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y denominados conjuntamente con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Causa de Quiebra Núm. 19-BK-5523-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3801) (Los números de las causas radicadas conforme al Título III están enumerados como números de causas de quiebra debido a ciertas limitaciones en el programa informático).

4. Incluya tantos detalles como pueda en sus réplicas.

   a. **Sus respuestas deben proporcionar más información que la contenida en la evidencia de reclamos inicial**. Por ejemplo, si antes escribió "Ley 96" como fundamento de su reclamo, rogamos proporcione información más detallada relativa a leyes concretas que pretende invocar, el año de adopción de dicha ley, así como de qué forma y por qué considera que esa ley concreta permite fundamentar su reclamo.

   b. Si está disponible y se aplica a su reclamo, rogamos proporcione, asimismo, lo siguiente:
      • Copia de un escrito; por ejemplo, un Escrito de demanda o una Contestación;
      • Cualquier sentencia o acuerdo de conciliación que no hayan sido pagados;
      • Notificación por escrito de la intención de radicar un reclamo acompañada de un comprobante de envío; y
      • Toda la documentación que a su criterio justifica su reclamo.

5. Si no dispone de una copia de su reclamo, podrá descargarla visitando el sitio web de Prime Clerk: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

6. Debe firmar su réplica en el lugar que se indica abajo. Si no lo hace, el secretario no aceptará la réplica a efectos de su radicación.

7. Rogamos radique el formulario cumplimentado y cualquiera de los documentos justificativos siguiendo las instrucciones de la Notificación que acompaña a la Objeción global a su reclamo.

**Cuestionario**

1. Rogamos proporcione el nombre, la dirección, el número de teléfono y la dirección de correo electrónico 1) de la demandante que responda; 2) del abogado o representante designado de la demandante al que los abogados del ELA, de la ACT y del SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción global en nombre de la demandante.

   ☒ Nombre: _Luis A. Quiñones Figueroa_
   ☒ Dirección: _HC-02 Box 12312 Moca, P.R. 00676_
   ☒ Número de teléfono: _(787) 949-8576_
   ☐ Dirección de correo electrónico: _____

2. Número de su evidencia de reclamos: _# Pin 169795_

3. Los Deudores se han opuesto a su Evidencia de reclamos porque esta no proporciona información suficiente para que los Deudores comprendan el fundamento de su reclamo. Marque la casilla con la que guarde relación su Evidencia de reclamos y explique el

2

motivo por el que se opone a la objeción indicando así el fundamento de su reclamo. Adjunte páginas adicionales si fuera necesario.

- ☐ Acción judicial pendiente de resolución o finalizada con o contra el Gobierno de Puerto Rico
- ☒ Empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico

_a la parte de atrás explico_

Adjunte copias de cualquier otra documentación u otras pruebas en apoyo de su reclamo.

4. ¿Cuál es el monto de su reclamo (cuánto alega que se le adeuda)?:

_no sé_

5. **Empleo.** ¿Su reclamo guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico?
   - ☐ No. *Siga con la Pregunta 6.*
   - ☒ Sí. *Responda a las Preguntas 5(a) a (d).*

5(a). Indique la agencia o el departamento específicos donde trabaja o ha trabajado:

_Corporación Azucarera Central Plata San Sebastián, Puerto Rico_

5(b). Indique las fechas de su empleo relativo con su reclamo:

_1985 - 1997 La Zafra._

5(c). Últimos cuatro dígitos de su número del Seguro Social: _9801_

5(d). ¿Cuál es la naturaleza de sus reclamos relativos al empleo (marque todas las casillas aplicables)?:
   - ☐ Pensión
   - ☒ Salarios no pagados
   - ☒ Días de licencia por enfermedad
   - ☐ Quejas con sindicato
   - ☒ Vacaciones
   - ☒ Otros (proporcione tanta información detallada como pueda. Adjunte páginas adicionales si fuera necesario).

_la contesta está en una página a la parte detrás._

3

6. <u>Acción judicial.</u> ¿Su reclamo guarda relación con una acción judicial pendiente de resolución o finalizada?

☐ No.

☐ Sí. Responda a las Preguntas 6(a) a (f).

6(a). Indique el departamento o la agencia que sean parte en la acción.
_____

6(b). Indique el nombre y la dirección del tribunal o de la agencia ante los cuales la acción esté pendiente de resolución.
_____

6(c). Número de la causa:
_____

6(d). Título, epígrafe o nombre de la causa:
_____

6(e). Estado de la causa (pendiente de resolución, apelada o finalizada):
_____

6(f). ¿Tiene una sentencia que no haya sido pagada? Sí / No (rodee la opción que proceda)

En caso afirmativo, ¿cuál es la fecha y el monto de la sentencia? _____

**FIRME ABAJO SU RÉPLICA**

*Luis A Quiñones Figueroa*
**Firma**

*Luis A. Quiñones Figueroa*
**Deletree su nombre**

*3 abril de 2020*
**Fecha**

4

Contestaciones del libro:

RECEIVED & FILED
2020 APR 14 AM 11: 03
CLERK'S OFFICE
U.S. DIST. PR

4- Cantidad exacta, No sé pero se me debe:

La última Zafra 1998 con los días de Vacaciones, enfermedad y bono de navidad.

Adicional las ½ horas por los años de servicio con intereses y $500.00 por los 10 años según el Convenio Colectivo.

5- Sí, En el pasado.

Otros: ½ horas desde que empecé a trabajar con la Zafra 1998

L.A.Q.J.