3 de Abril de 2020

A quien pueda interesar:

Yo Luis A. Quiñones Figueroa, por medio de esta carta deseo informarle que trabajé en la Corporación Azucarera Central Plata de San Sebastián, Puerto Rico.

Incluyo copia de los siguientes talonarios:

Sa Zafra 1997
- nómina de vacaciones regulares 1997
- nómina de enfermedades 1997
- Bono de navidad 1997

Estoy reclamando la Zafra 1998 que NO se molió, pero que estaba en el Convenio Colectivo, yo cumpliría mis 10 años de servicios. Según el Convenio Colectivo, me deben:

Vacaciones regulares 1998
Días por enfermedad 1998
Bono de navidad 1998

Con sus intereses

También me deben $500.00 por años de servicios según estipulado en el Convenio Colectivo e Incluyo copia del Tesorero que se me pagó $3,000 cuando son $3,500 con la Zafra 1998 serían los 10 años de servicios. Me deben las 1/2 horas desde que empezé a trabajar con sus intereses.

Cualquier información que necesiten, me pueden escribir a: Luis A. Quiñones Figueroa
HC-02 Box 12312
Moca, P.R. 00676

Gracias

Luis A. Quiñones Figueroa

CENTRAL PLATA
**CONVENIO COLECTIVO**
UNION LOCAL #38
DE FABRICA Y TALLER AGRICOLA



UNION LOCAL NO. 38
AFILIADA AL S.O.U.S.

entre

SINDICATO DE OBREROS
UNIDOS DEL SUR

y la

CORPORACION AZUCARERA
DE PUERTO RICO

cios de este plan; entendiéndose, además, que tan pronto un trabajador deje de reportarse al trabajo al comienzo de cualquier zafra habrá cesado en su trabajo a menos que no tenga un permiso previo de EL PATRONO o una excusa justificada.

SECCION 6: Todo empleado cubierto por esta cláusula informará y certificará por escrito al PATRONO y bajo firma ante dos testigos conocidos por EL PATRONO, el nombre o nombres del beneficiario o beneficiarios que recibirán los beneficios de este plan en el caso de muerte del empleado, salvo que hayan cumplido ya con este requisito. EL PATRONO proveerá una forma impresa para esta certificación.

### ARTICULO XV
### -RETIRO POR EDAD-

SECCION 1: EL PATRONO conviene en pagar a aquellos trabajadores regulares que se retiren del trabajo por edad, incapacidad o años de servicio las cantidades más adelante estipuladas y de acuerdo con los años requeridos de trabajo para EL PATRONO anteriores al retiro.

| | |
|---|---|
| De 5 a 9 años........... | $2,500.00 |
| De 10 a 15 años...... | $3,500.00 |
| De 16 a 20 años.... | $4,500.00 |
| De 21 a 25 años.... | $5,500.00 |
| Más de 25 años.... | $7,500.00 |

SECCION 2: Disponiéndose que aquellos que opten por retirarse con cinco (5) a veinte (20) años de servicio para EL PATRONO deberán tener por lo menos sesenta (60) años de edad. Aquellos que tengan más de veinte (20) años de servicio podrán retirarse cuando así lo estimen y recibirán los beneficios establecidos en la Sección 1 de este Artículo. En caso de que alguno de éstos, retiro por edad, años de servicio o incapacidad ocurra simultáneamente, el trabajador tendrá derecho a recibir la compensación por uno solo de los conceptos. Para efectos de este Artículo, se considerarán todos los años trabajados en la industria azucarera ininterrumpidamente.

SECCION 3: Este beneficio deberá ser solicitado antes de los sesenta (60) días en que el trabajador decida retirarse.

| UNIDAD ADM. | FECHA MES DIA AÑO | NUM. SEGURO SOCIAL | NUM. EMPLEADO |
|---|---|---|---|
| 4402-49 | 10 02 97 | | |

616279

DESCRIPCION DEL PAGO Nómina Años Servicios

| SUELDOS OTROS PAGOS | CONT. S. INGRESO | SEG. SOCIAL | FONDO | RETIRO PRESTAMO | ASOCIACION EMPLEADOS AHORRO SEGURO PRESTAMO | SEGURO INCAP. | CLAVE | SEGURO SALUD | CLAVE | COOP. AGRICULT. |
|---|---|---|---|---|---|---|---|---|---|---|
| 3,000.00 | 150.00 | 229.50 | | | | | | | | |

OTRAS DEDUCCIONES

| CLAVE | CANTIDAD | CLAVE | CANTIDAD | CLAVE | CANTIDAD | CLAVE | CANTIDAD | CLAVE | CANTIDAD | TOTAL DEDUCCIONES | NETO MENSUAL | ANTICIPO 1RA. QUINCENA | NETO 2DA. QUINCENA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 2,620.50 | | |

ACUMULADO DURANTE EL AÑO NATURAL — BALANCE

| SUELDO | CONT. S. INGRESO | SEGURO SOCIAL | FONDO DE RETIRO | VAC. ENF. | VAC. REG. |
|---|---|---|---|---|---|
| | | | | | |

CORPORACION AZUCARERA DE PUERTO RICO
SAN SEBASTIAN, P.R.

GRACIAS POR SU APORTACION A NUESTRA INDUSTRIA AZUCARERA.

CLAVE DE DEDUCCION AL DORSO



## Pay stub 1

| UNIDAD ADM. | FECHA MES | DIA | AÑO | NUM. SEGURO SOCIAL | NUM. EMPLEADO | | |
|---|---|---|---|---|---|---|---|
| 4402-49 | | | 97 | | | 616423 | |

NOM. ... 97
DESCRIPCION DEL PAGO  1010-4126-000-0000  $824.58

| SUELDOS OTROS PAGOS | CONT. S. INGRESO | SEG. SOCIAL | RETIRO FONDO | PRESTAMO | ASOCIACION EMPLEADOS AHORRO | SEGURO | PRESTAMO | SEGURO INCAP. | CLAVE | SEGURO SALUD | CLAVE | COOP. AGRICULT. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 94400 | 4720 | 7222 | | | | | | | | | | |

OTRAS DEDUCCIONES

| CLAVE | CANTIDAD | CLAVE | CANTIDAD | CLAVE | CANTIDAD | CLAVE | CANTIDAD | CLAVE | CANTIDAD | TOTAL DEDUCCIONES | NETO MENSUAL | ANTICIPO 1RA. QUINCENA | NETO 2DA. QUINCENA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 824.58 | | |

ACUMULADO DURANTE EL AÑO NATURAL   12/04/97   BALANCE

| SUELDO | CONT. S. INGRESO | SEGURO SOCIAL | FONDO DE RETIRO | VAC. ENF. | VAC. REG. |
|---|---|---|---|---|---|
| 8,444.00 | 422.20 | 645.97 | | | |

**CORPORACION AZUCARERA DE PUERTO RICO**
SAN SEBASTIAN, P.R.
CLAVE DE DEDUCCION AL DORSO

GRACIAS POR SU APORTACION A NUESTRA INDUSTRIA AZUCARERA

---

## Pay stub 2

| UNIDAD ADM. | MES | DIA | AÑO | NUM. SEGURO SOCIAL | NUM. EMPLEADO | | |
|---|---|---|---|---|---|---|---|
| 4402-49 | 12 | 04 | 97 | | | 616616 | |

NOM. VAC. ENFER 97
DESCRIPCION DEL PAGO  1010-4126-000-0000  $742.13

| SUELDOS OTROS PAGOS | CONT. S. INGRESO | SEG. SOCIAL | RETIRO FONDO | PRESTAMO | ASOCIACION EMPLEADOS AHORRO | SEGURO | PRESTAMO | SEGURO INCAP. | CLAVE | SEGURO SALUD | CLAVE | COOP. AGRICULT. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 84960 | 4248 | 6499 | | | | | | | | | | |

OTRAS DEDUCCIONES

| CLAVE | CANTIDAD | CLAVE | CANTIDAD | CLAVE | CANTIDAD | CLAVE | CANTIDAD | CLAVE | CANTIDAD | TOTAL DEDUCCIONES | NETO MENSUAL | ANTICIPO 1RA. QUINCENA | NETO 2DA. QUINCENA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 742.13 | | |

ACUMULADO DURANTE EL AÑO NATURAL   12/04/97   BALANCE

| SUELDO | CONT. S. INGRESO | SEGURO SOCIAL | FONDO DE RETIRO | VAC. ENF. | VAC. REG. |
|---|---|---|---|---|---|
| 9,293.60 | 464.68 | 710.96 | | | |

**CORPORACION AZUCARERA DE PUERTO RICO**
SAN SEBASTIAN, P.R.
CLAVE DE DEDUCCION AL DORSO

GRACIAS POR SU APORTACION A NUESTRA INDUSTRIA AZUCARERA

---

## Pay stub 3

| UNIDAD ADM. | MES | DIA | AÑO | NUM. SEGURO SOCIAL | NUM. EMPLEADO | | |
|---|---|---|---|---|---|---|---|
| 4402-49 | 12 | 12 | 97 | | | 617028 | |

BONO DE NAVIDAD
DESCRIPCION DEL PAGO  1010-4126-000-0000  $324.52

| SUELDOS OTROS PAGOS | CONT. S. INGRESO | SEG. SOCIAL | RETIRO FONDO | PRESTAMO | ASOCIACION EMPLEADOS AHORRO | SEGURO | PRESTAMO | SEGURO INCAP. | CLAVE | SEGURO SALUD | CLAVE | COOP. AGRICULT. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 37152 | 1858 | 2842 | | | | | | | | | | |

OTRAS DEDUCCIONES

| CLAVE | CANTIDAD | CLAVE | CANTIDAD | CLAVE | CANTIDAD | CLAVE | CANTIDAD | CLAVE | CANTIDAD | TOTAL DEDUCCIONES | NETO MENSUAL | ANTICIPO 1RA. QUINCENA | NETO 2DA. QUINCENA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 324.52 | | |

ACUMULADO DURANTE EL AÑO NATURAL   12/12/97   BALANCE

| SUELDO | CONT. S. INGRESO | SEGURO SOCIAL | FONDO DE RETIRO | VAC. ENF. | VAC. REG. |
|---|---|---|---|---|---|
| 10,694.72 | 534.74 | 818.14 | | | |

**CORPORACION AZUCARERA DE PUERTO RICO**
SAN SEBASTIAN, P.R.
CLAVE DE DEDUCCION AL DORSO