**FROM:**

Luis A Quinones Figueroa
HC-02 Box 12312
Moca, P.R. 00676

CERTIFIED MAIL

7019 1640 0001 6867 8451



U.S. POSTAGE PAID
FCM LG ENV
MOCA, PR
00676
APR 03, 20
AMOUNT
$8.00
R2305M148082-15

1000  00918

RECEIVED & FILED
2020 APR 14 AM 11:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**TO:**

Secretaria (Clerk's Office)
Tribunal de Distrito de Distrito
los Estados Unidos (United States District Court)
Room 150 Federal Building
San Juan Puerto Rico 00918-1767