**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| |
|---|
| *In re:* <br><br> JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, <br><br> como representante de <br><br> ESTADO LIBRE ASOCIADO DE PUERTO RICO, *et al.*, <br><br> Deudores.[1] |

RECEIVED & FILED
2020 APR 14 AM 11:03
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN P.R.

PROMESA
Título III

Núm. 17 BK 3283-LTS

(Administrada Conjuntamente)

**La presente radicación guarda relación con el ELA, la ACT y el SRE.**

## RÉPLICA DE LA DEMANDANTE A LA CENTÉSIMA QUINCUAGÉSIMA OCTAVA OBJECIÓN GLOBAL

**Introducciones**

1. Solo debe cumplimentar y radicar el presente formulario de réplica si su reclamo guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico, o si su reclamo guarda relación con una acción judicial pendiente de resolución o finalizada. Si su reclamo no surge de empleo actual o anterior en el Gobierno de Puerto Rico o si su reclamo no guarda relación con una acción judicial pendiente de resolución o finalizada, su réplica debe ser radicada de conformidad con los procedimientos detallados en las páginas 3 a 4 de la Notificación que acompaña a la Centésima quincuagésima octava objeción global.

2. Rogamos radique formularios de réplica separados por cada evidencia de reclamo a la que los Deudores se hayan opuesto. No radique un único formulario de réplica que aborde más de una evidencia de reclamo.

3. Rogamos conteste a todas las preguntas y a cada una de las subpreguntas aplicables.

4. Incluya tantos detalles como pueda en sus réplicas.

---

[1] Los Deudores en el marco de los presentes Procedimientos radicados conforme al Título III, junto con el respectivo número de procedimiento radicado conforme al Título III y los últimos cuatro (4) dígitos del número federal de contribuyente de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (núm. de procedimiento de quiebra 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (núm. de procedimiento de quiebra 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (núm. de procedimiento de quiebra 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (núm. de procedimiento de quiebra 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (núm. de procedimiento de quiebra 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y denominados conjuntamente con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (núm. de procedimiento de quiebra 19-BK-5532-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3801) (Los números de los casos en virtud del Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

23 Marzo 2020

RECEIVED & FILED
2020 APR 14 AM 11: 03
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.

Para Informacion

A la Junta Supervicion
@ EL Estado Libre Asociado Gobierno de Puerto
Rico (ELA).
a) Honorable Tribunal DE Distrito DE Los
Estados Unidos Para El Distrito de P. Rico

Pido disculpa por La presentacion y
el Formato expuesto, pero la situacion
presente por el toque de queda y cuarentena
no me fue posible hacer mejor trabajo.

Gracias
Heriberto Pocho Rivera
# reclamacion 169996

Algo que estaba olvidando y creo deben
saber recibi Replica de la Demandante
a la Centesima Quincuagésima Octava
Objecion Global el 13 Marzo 2020.
Las tayaduras o Borrones por tan
mis iniciales. Espero ser atendido no
podria pagar un abogado.
Heriberto Pocho Rivera
# Reclamacion 169996

RECEIVED & FILED

23 Marzo 2020   2020 APR 14 AM 11:03

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Replica de la Demandante a la Centecima Quincuagésima Octava Objeción Global. Promesa titulo III

NUM. CASO: 17 BK 03283-LTS

NUM Reclamación: 169996

In re: Junta Supervición como representante de Estado Libre Asociado d Puerto Rico. (Deudor)

Fecha reclamación ó presentación original 07/30/2019

1) Nombre: Heriberto Arocho Rivera

Dirección: HC2 BOX 22781 San Sebastian Puerto Rico 00685-9310

Dirección correo Electrónico: NO

Num. teléfono: 787-315-6956 ó 939-403-3464

2) NUM Evidencia de Reclamos: 169996

3) Los deudores se han opuesto a su Evidencia de reclamos porque esta no proporciona información suficiente para que los Deudores comprendan el fundamento de su Reclamo. Marque la casilla con la que guarde relación su Evidencia de reclamos y explique el motivo por el que se opone a la objeción indicando así el fundamento de su reclamo.

☒ Acción Judicial <u>pendiente de resolución</u> o finalizada con o contra el Gobierno de P. Rico

☐ Empleo en la actualidad o en el Pasado en el ELA.

23 Marzo 2020

Continuación num 3: Los Deudores...

3) Mi evidencia de reclamo tiene relación una acción Judicial contra el Gobierno de Puerto Rico, pero esto es acausa del Empleo en el pasado en el Gobierno de P.Rico.
(Salario no pagados 1977 a 1994).

Me opongo a la Centesima Quincuagésima Objeción Global. Porque fui Empleado de la Autoridad de tierra, Corporación Azucarera, Central Plata San Sebastián Puerto Rico. Para finales del año 1977 que comence a trabajar hasta 1994.

Me desempeñe en mantenimiento, Departamento Electrico Licenciado y Operador Generadores Energia Electrica, tiempo completo.
Pertenecí a la unio local #38 cuyo Precidente fue el Sr Hector (Chexito) Caraballo. Este llevo una reclamación o acción judicial contra Corporaci-on Azucarera Gobierno de Puerto Rico del Estado Libre Asociado por salarios no pagados a Empleados de la Corporacion Azucarera Central Plata San Sebastián. Tengo entendido que este caso esta pendiente de resolución.
No fue hasta el 3 May 2017 La Junta de Supervición
                MAR
Emitio una certificación o reestructuracion conforme a los articulos 104(j) y 206 de PROMESA

23 Marzo 2020

Continuación (3a)

y radicó petición de remedio voluntaria para el E.L.A. conforme al articulo 304(a) de PROMESA iniciando una causa conforme a titulo III de dicho cuerpo legal (la Causa del E.L.A. radicada conforme al articulo III.)

No fue hasta el año 2019 mes Julio que escuche o me entere sobre la radicación de reclamos bajo ley PROMESA.

Con Honradez y seguridad que soy elegible asistí al Honorable tribunal de Distrito de los Estados Unidos para El Distrito de Puerto Rico. Donde me recivio la Sra Rivera la representante y secretaria de dicho cuerpo, Tribunal de Distrito de los Estados Unidos para El Distrito de Puerto Rico. La Sra Rivera me instruyo e indico como completar la reclamacion (Forma 410) modificada. Cualquier error o falta información pido disculpas. Creo tener derecho a los reclamos presentados por salarios no pagados de igual manera que los demas Excompañeros Empleados de la Corp. Azucarera Central Plata San Sebastián Puerto Rico cuyo Deudor es Estado Libre Asosiado de Puerto Rico.

23 Marzo 2020

4) ¿Cuál es el monto de su reclamo (cuando Alega que se le adeuda)? Alrededor de $20,000.00

5) ¿Su reclamo guarda relación con el empleo en la actualidad o en el pasado Gobierno de Puerto Rico.

☐ NO Siga con la pregunta 6.
☒ Si- Responda a las preguntas 5 (a) a (d)

5(a) Indique la agencia o el departamento específico donde trabajaba o a trabajado: Autoridad de tierra Corporación Azucarera (Central Plata) Gob de Puerto Rico ELA

5(b) Indique las Fechas de su empleo relativo con su Reclama: Finales 1977 hasta 1994

5(c) Ultimos cuatro digitos del Seguridad Social XXX XX 2316

5(d) ¿Cuál es la Naturaleza de sus reclamos relativos al empleo (Marque todas las casillas aplicables)?:
☒ Salarios NO pagados
Otros: La representante o secretaria Sra Rivera Del Tribunal DE Distrito De Los Estados Unidos Para El Distrito de Puerto Rico Nos informo que reclamara el ROMERASO.
☒ Pues entendía que teniamos derecho.

continuacion 23 Marzo 2020

6) Accion Judicial. ¿Su reclamo guarda relacion con una accion Judicial pendiente de resolucion o finalizada?

☐ NO

☒ Si Responda Pregunta 6(a) a 6(f)

6(a) Indique el departamento o la agencia que Sean parte de la accion.
Autoridad DE Tierra Corporacion Azucarera Central Plata del Gobierno de Puerto Rico ELA

6(b) Indique el nombre y la direccion del tribunal o de la agencia ante los cuales la accion este pendiente de resolucion
Honorable Tribunal De Distrito DE Los Estados Unidos Para EL Distrito DE Puerto Rico.
Direccion #150 Carlos Chardon Street
Federal Building Office 150
San Juan Puerto Rico 00918-1767

6(c) Num. del caso 17 BK 03283 LTS

6(d) titulo, epigrafe o nombre del caso: Replica de la Demandante Centrisima Quincuagesima Octava OBJECION Global NUM reclamo 169996

6(e) Estado del caso: pendiente de resolucion

6(f) ¿Tiene una Sentencia que no haya sido pagada?
NO No existe sentencia

continua parte atras

Pág. 5

~~Heriberto Chocho Rivera~~
Firma
Heriberto Arocho Rivera
nombre letra molde
23 Marzo 2020
Fecha