Heriberto Arocho Rivera
HC 2 Box 22781
San Sebastián P.R. 00685-9310

CERTIFIED MAIL

7018 1130 0001 1944 9382

SAN JUAN P&DC 009
THU 02 APR 2020 PM

USA †75
BIG BEND

5¢

Replica a la Demandante Centesima Primera agrisima Objecion Global
IP Caso 17 BK 3283 LTS
Reclam. 169996

RECEIVED & FILED
2020 APR 14, AM 11: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk Office
United States District Court
Room 150 Federal Building
San Juan Puerto Rico 00918-1767