Sonia M. Vázquez Centrois (Clerk 850983)
P.O. Box 9945
Carolina, PR
00988-9945






CERTIFIED MAIL

7019 1640 0001 5758 9690

U.S. POSTAGE PAID
FCM LG ENV
CAROLINA, PR
00983
APR 06, 20
AMOUNT
**$7.60**
R2305K141154-12

RECEIVED & FILED
2020 APR 14 AM 11:02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, PR 00918-1767