| EXHIBIT III A | | | |
| --- | --- | --- | --- |
| NILDA AGOSTO MALDONADO Y OTROS V ELA, CIVIL NUMERO KPE 2005-0608 | | | |
| PROOF OF CLAIM NUMBER | FAMILY DEPARTMENT AGENCY | LAST NAME, FIRST NAME | SOCIAL SECURITY |
| 9193 | ADFAN | ABREU VALENTÍN, CARMEN | 6363 |
| 10440 | ADSEF | ABRIL LEON, WANDA I. | 3877 |
| 17752 | ADFAN | ACEVEDO ACEVEDO, SANTOS | 9820 |
| 9335 | ADFAN | ACEVEDO MALDONADO, MINERVA | 4895 |
| 9465 | ADSEF | ACEVEDO OSORIO, ANA N. | 8591 |
| 9408 | ADFAN | ACEVEDO PAGAN, HECTOR | 6897 |
| 10447 | ADSEF | ACEVEDO ROSARIO, SONIA N. | 2785 |
| 11011 | ADSEF INAC. | ACOSTA RAMOS, MARIA TERESA | 9174 |
| 9440 | ADSEF INAC. | ADORNO NAVEDO, ZAIDA P. | 3664 |
| 10315 | ADSEF INAC. | AFANADOR ANDUJAR, ALICE DAISY | 4583 |
| 11295 | ADSEF INAC. | AGOSTO HIDALGO, YADIRA T/C/C AGOSTO DE DIAZ, YADIRA | 3200 |
| 11421 | ADSEF INAC. | AGOSTO DE MALDONADO, LAURA | 2445 |
| 9421 | ADFAN | AGOSTO MALDONADO, NILDA A. | 5116 |
| 10876 | ADSEF INAC. | AGOSTO SANTANA, CARMEN M. | 1715 |
| 9340 | ADFAN | AGOSTINI DELGADO NORMA I. | 3830 |
| 10465 | ADSEF INAC. | AGUAYO ADORNO, ELSA M. | 2127 |
| 10398 | ADSEF | AGUAYO LOPEZ, MARILYN | 2532 |
| 7413 | SEC | AGUIAR QUIÑONEZ, EDITH I. | 6889 |
| 9694 | ADSEF | ALAGO COLON, GRISELLE | 4551 |
| 8878 | SEC | ALAMO GARCIA, WILLIAM | 8598 |
| 9121 | ADFAN INACTIVA | ALAMO, ANA E. | 7855 |
| 9133 | ADFAN INACTIVA | ALEMAN VELÁZQUEZ, ANASTACIA | 2103 |
| 10292 | ADFAN | ALGARIN ORTIZ, OLGA I. | 5654 |
| 10662 | ADSEF | ALICEA GARCIA, MIGDALIA | 8229 |
| 9123 | ADFAN | ALICEA MELENDEZ, DORA | 9684 |
| 10895 | ADSEF INAC. | ALICEA VAZQUEZ, ELBA E. | 8420 |
| 9647 | ADSEF | ALMA ALMA, EFRAÍN | 2102 |
| 10546 | ADSEF INAC. | ALVARADO IGLESIAS, CARMEN DEL R | 112 |
| 11338 | ADSEF INAC. | ALVARADO ORTEGA, IVETTE | 4217 |
| 7279 | SEC | ALVARADO RAMIREZ, RAFAEL | 8012 |
| 11313 | ADSEF INAC. | ALVAREZ ALVARADO, NEREIDA | 3186 |
| 10840 | ADSEF INAC. | ALVAREZ BERGANZO, CARMEN M. | 9785 |
| 10529 | ADSEF | ALVAREZ GARCIA, JOAN | 7762 |
| 10868 | ADSEF INAC. | ALVAREZ LUGO, DAMARIS | 6591 |
| 10197 | ADFAN | ALVAREZ MILLÁN, LYDIA E. | 6022 |
| 12106 | ASUME | AMARO ORTIZ, INES M. | 998 |
| 10312 | ADSEF INAC. | ANDRADES DIAZ, AIDA L. | 4682 |
| 8106 | ADFAN | APONTE COLON, DAMARIS | 1775 |

| | | | |
|---|---|---|---|
| 1074 | ADFAN | ARCAY GARCIA, MARIA LUISA | 6179 |
| 82546 | ARV | ARCHILLA DIAZ, EYA | 4770 |
| 9985 | ADSEF INAC. | ARZUAGA ROSA, NATIVIDAD | 6218 |
| 10887 | ADSEF INAC. | ARZUAGA ROSA, PAULA | 5113 |
| 11013 | ADSEF INAC. | AULET LEBRON, ARIEL J. | 8982 |
| 11115 | ADSEF INAC. | AVILES HERNANDEZ, IRMA | 1305 |
| 10470 | ADSEF INAC. | AVILES MARIN, ELAINE J. | 7930 |
| 10403 | ADSEF | AVILES PEREZ, MARITZA | 2915 |
| 10779 | ADSEF INAC. | AVILES ROSADO, CARMEN D. | 8706 |
| 10606 | ADSEF INAC. | AYALA CARRASQUILLO, MYRNA | 6842 |
| 10689 | ADSEF | AYALA DE JESUS, NORMA I. | 1133 |
| 7597 | SEC | AYALA GARAY, LEONOR | 8831 |
| 10407 | ADSEF INAC. | AYALA RAMOS, LUIS ALFREDO | 5574 |
| 9639 | ADSEF | BADILLO MATOS, CARMEN A. | 4564 |
| 10750 | ADSEF INAC. | BAERGA COLLAZO, IRMA L. | 7252 |
| 12650 | ASUME | BAEZ COTTO, MARIA M. | 550 |
| 11987 | ADSEF INAC. | BAEZ MARRERO, PATRIA N. | 4077 |
| 9272 | ADFAN | BAEZ OCASIO, NITZA I. | 7367 |
| 7426 | SEC | BAEZ Quiñones, AIDA E. | 1209 |
| 10610 | ADSEF | BARBOSA MARTINEZ, MYRIAM L. | 8911 |
| 9978 | ADSEF | BARBOSA ROMAN, MYRIAM | 4700 |
| 10873 | ADSEF INAC. | BARRETO COSME, DAVID | 9091 |
| 10297 | ADSEF | BENITEZ RIVERA, CYNTHIA | 7992 |
| 9995 | ADSEF INAC. | BENTINE ROBLEDO, WALLACE | 3375 |
| 10787 | ADSEF INAC. | BERRIOS GOMEZ, MARIA C. | 4475 |
| 10856 | ADSEF INAC. | BERRIOS NAZARIO, OLGA | 644 |
| 10739 | ADSEF INAC. | BETANCOURT ASENCIO, GLADYS | 972 |
| 7438 | SEC | BETANCOURT RIVERA, GLENDA LIZ | 196 |
| 11021 | ADSEF INAC. | BETANCOURT RODRIGUEZ, ROSA E. | 226 |
| 10191 | ADFAN | BIRRIEL URDAZ, NURI | 3357 |
| 10571 | ADSEF INAC. | BLANCO SOTO, MARÍA A. | 1270 |
| 10365 | ADSEF INAC. | BONILLA CHRISTIAN, ZAYDA | 1023 |
| 10456 | ADSEF | BORGOS DIAZ, MYRNA | 4322 |
| 10195 | ADFAN | BORGOS LEON, LAURA | 9896 |
| 7267 | SEC | BORIA CLEMENTE, SAMUEL | 3457 |
| 10838 | ADSEF INAC. | BORIA GASTON, CARMEN R. | 5186 |
| 10890 | ADSEF INAC. | BRACERO RABASSA, RAFAEL | 6837 |
| 11519 | ADSEF INAC. | BRUNO RIVERA, GLADYS E. | 4134 |
| 10600 | ADSEF INAC. | BUNKER PEREZ, OSCAR | 5993 |
| 82596 | ARV | BURGOS MORALES, BRENDA LIZ | 7642 |
| 9596 | ADFAN | BURGOS RIVERA, JUAN JOSE | 7913 |
| 10695 | ADSEF INAC. | CABALLERO MAYSONET, MYRNA R. | 4864 |
| 10530 | ADSEF INAC. | CABAN DE ACEVEDO, JULIA | 2567 |
| 10719 | ADSEF INAC. | CABAN ARROYO, HERIBERTO | 9007 |

| | | | |
|---|---|---|---|
| 9213 | ADFAN | CABEZA HERNANDEZ, ÁNGEL | 1521 |
| 10642 | ADSEF INAC. | CABEZUDO PEREZ IVONNE | 8734 |
| 17056 | ADFAN | CABRERA TORRES, SIGNA MAGALI | 5242 |
| 10484 | ADSEF INAC. | CALDERON CARRASQUILLO, CARMEN V. | 4841 |
| 9618 | ADSEF | CALDERON DAVILA, CARLOS | 9624 |
| 9406 | ADFAN | CALDERON ILARRRAZA, CARMEN | 4087 |
| 9253 | ADFAN | CALO BIRRIEL, MILAGROS | 0793 |
| 9710 | ADSEF | CAMACHO GOMEZ, GLORIMY | 8207 |
| 11334 | ADSEF INAC. | CAMACHO PEREZ, JUDITH | 6056 |
| 9653 | ADSEF | CAMARENO COLON, JOSE L. | 4105 |
| 10501 | ADSEF INAC. | CANTRES APONTE, CARMEN S. | 80 |
| 11140 | ADSEF INAC. | CARABALLO ORTIZ, LUIS A. | 3427 |
| 10634 | ADSEF INAC. | CARDONA MEDINA, WILSON | 2614 |
| 10685 | ADSEF INAC. | CARDONA SANTANA, GAMALIER | 9182 |
| 10186 | ADFAN | CARDONA SERRANO, ROSA I. | 838 |
| 11151 | ADSEF INAC. | CARRASCO VAQUERO, MARIA L. | 5380 |
| 12042 | ADSEF INAC | CARRASQUILLO MULERO , ROSITA | 5984 |
| 22299 | ADSEF | CARRASQUILLO PACHECO, LOYDA G. | 8479 |
| 12047 | ADSEF INAC. | CARRASQUILLO ROMAN, SONIA | 229 |
| 9458 | ADFAN | CARRASQUILLO SANTIAGO, CARMEN R. | 8479 |
| 9210 | ADFAN | CARRERO LOPEZ, DAVID | 8354 |
| 10364 | ADSEF INAC. | CARRILLO FIGUEROA, ELIZABETH | 3804 |
| 10587 | ADSEF INAC. | CARRION CASTRO, MARGARITA I. | 5488 |
| 11131 | ADSEF INAC. | CARRION CEDENO, MARGARITA | 1705 |
| 10459 | ADSEF INAC. | CARRION SANTIESTEBAN, ARLENE | 3015 |
| 11125 | ADSEF INAC. | CARTAGENA MERCED, LUZ M. | 441 |
| 11292 | ADSEF INAC. | CASTILLO ROMAN, SYLVIA | 9069 |
| 10852 | ADSEF INAC. | CASTRO CANALES, MIRTHA | 5597 |
| 10397 | ADSEF INAC. | CASTRO CARRION, BLANCA I. | 3282 |
| 11030 | ADSEF INAC. | CASTRO LAGUERRA, ANA | 6490 |
| 9657 | ADSEF | CASTRO RODRIGUEZ, ELIZABETH | 1626 |
| 11141 | ADSEF INAC. | CAY MORALES, MARIA | 3574 |
| 10564 | ADSEF INAC. | CEDENO ROMERO, EVELYN | 2685 |
| 9285 | ADFAN | CENTENO FONTANEZ, ROSA I. | 3390 |
| 75754 | ADFAN | CHEVERE FRAGUADA, ZORAIDA | 2905 |
| 11302 | ADSEF INAC. | CHEVERES IZQUIERDO, SANDRA | 3708 |
| 7271 | SEC -ADSEF | CINTRON DIAZ, ADELMA DEL C. | 9784 |
| 10011 | ADSEF | CINTRON MORALES, JOSE A. | 2436 |
| 11206 | ADSEF INAC. | CINTRON RODRIGUEZ, ANGELITA | 1551 |
| 10163 | ADSEF INAC. | CINTRON SANTANA, JARVIS | 3621 |
| 9322 | ADFAN | CLAUDIO ROSADO, EDUARDO | 1763 |
| 10038 | ADSEF INAC. | COLLAZO GONZÁLEZ, CARMEN | 3942 |
| 9658 | ADSEF INAC. | COLON ARROYO, ANA A. | 4359 |

| | | | |
|---|---|---|---|
| 7496 | SEC | COLON DIAZ, RAFAEL | 1838 |
| 10309 | ADSEF INAC. | COLON ORTEGA, CARMEN M. | 1124 |
| 35277 | SEC | COLON RAMOS, RAMON L. | 4289 |
| 7475 | SEC | COLON RIVERA, ANA M. | 8104 |
| 10558 | ADSEF INAC. | COLON ROSARIO, MARGARITA | 8892 |
| 12050 | ASUME | COLON SANTOS, KARITZA | 8894 |
| 10311 | ADSEF INAC. | COLON TORRES, NEYSHA M. | 3009 |
| 10574 | ADSEF INAC. | CONCEPCION LAGUER, MARGARITA | 8403 |
| 9625 | ADFAN | CONCEPCIÓN Quiñones, JOSEFINA | 5158 |
| 10396 | ADSEF | CONCEPCIÓN RODRIGUEZ, MARIA DEL C. | 9854 |
| 11020 | ADSEF INAC. | CORDERO AVILA, ÁNGEL G. | 6203 |
| 11150 | ADSEF INAC. | CORDERO FERNANDEZ, MARIA J. | 9790 |
| 9330 | ADFAN | CORDERO PARRILLA, MIRIAM E. | 2634 |
| 11938 | ADSEF INAC. | CORREA VILLEGAS, MILAGROS | 3073 |
| 9336 | ADFAN | CORTES GARCIA, NELIDA | 7608 |
| 11022 | ADSEF INAC. | CORTES RIVERA, CARMEN A. | 7221 |
| 9219 | ADFAN | CORUJO CASTRO, CARMEN | 8168 |
| 10003 | ADSEF | COSME ESTRELLA, ELBA N. TC ELBA COSME DE HERNANDEZ | 3046 |
| 10770 | ADSEF INAC. | COSME FIGUEROA, ZORAIDA | 9493 |
| 9323 | ADSEF | COSME ROQUE, BETZAIDA | 839 |
| 11298 | ADSEF INAC. | COTTO TORRES, WANDA I. | 2147 |
| 9268 | ADFAN | COUVERTIER CRUZ, SANDRA | 1375 |
| 11010 | ADSEF INAC. | CRESPO CORDERO, ANA E. | 89 |
| 11423 | ADSEF INAC. | CRESPO MALDONADO, ELIZABETH | 7684 |
| 9419 | ADFAN | CRISPIN DE JESUS, EVA | |
| 11038 | ADSEF INAC. | CRUZ ACEVEDO, ANA L. | 1926 |
| 10073 | ADFAN | CRUZ BARRETO, MIRIAM | 4505 |
| 10302 | ADSEF INAC. | CRUZ CASTRO, NORMA | 3676 |
| 10473 | ADSEF | CRUZ CONCEPCIÓN, MARIO | 2742 |
| 10721 | ADSEF INAC. | CRUZ CRUZ, JUAN | 6286 |
| 9127 | ADFAN | CRUZ GONZALEZ, CARMEN L. | 90 |
| 9972 | ADSEF INAC. | CRUZ GONZALEZ, HILDA C. | 1325 |
| 7483 | SEC | CRUZ GONZALEZ, TERESITA | 6400 |
| 9717 | ADFAN | CRUZ MARCANO, JUDITH A. | 6826 |
| 11146 | ADSEF INAC. | CRUZ MATOS, MARIA | 4392 |
| 10798 | ADSEF INAC. | CRUZ MELENDEZ, MARIA E. | 8161 |
| 10580 | ADSEF INAC. | CRUZ RIVERA, MARIA | 819 |
| 11053 | ADSEF INAC. | CRUZ RODRIGUEZ, ROSA E. | 6227 |
| 10836 | ADSEF INAC. | CRUZ SERRANO, CARMEN M. | 2520 |
| 10825 | ADSEF INAC. | CRUZ SERRANO, MARYBELL | 9278 |
| 9337 | ADFAN | CRUZ TOSADO, NANCY | 1155 |
| 9464-10648 | ADSEF INAC. | CRUZ WALKER, MARIA A. | 7849 |

| | | | |
|---|---|---|---|
| 11842 | ADSEF INAC. | CRUZADO LEWIS, JESUS M. | 5765 |
| 10176 | ADFAN | CUEVAS GONZALEZ, ROBERT | 9571 |
| 11617 | ADSEF INAC. | CURET MARCANO, MARIA S. | 910 |
| 10061 | ADFAN | CHICO AVILES, LYDIA | 2816 |
| 25120 | ADSEF | DAVILA ALVAREZ, NILDA L. | 4145 |
| 17059 | ADFAN | DAVILA GARCIA, SAUL | 3945 |
| 12646 | ASUME | DE JESÚS FLORES, ONEIDA | 8496 |
| 11003 | ADSEF INAC. | DE JESUS ORTIZ, AMARILIS | 9470 |
| 8508 | ADFAN | DE LA MATTA MARTINEZ, MELLY | 5976 |
| 10996 | ADSEF INAC. | DE LEON OTANO, NORMA | 6867 |
| 8988 | ADFAN | DEL VALLE RIVERA, AIDA | |
| 10928 | ADSEF INAC. | DELGADO DE RAMIREZ, YOLANDA | 4876 |
| 11748 | ASUME | DELGADO MORALES, ROSA M. | 3692 |
| 11116 | ADSEF INAC. | DIAZ ROSADO, CARMEN D. | 3587 |
| 10847 | ADSEF INAC. | DIAZ COLLAZO, MIRZA | 8846 |
| 12045 | ADSEF INAC. | DIAZ DAVILA, SARA | 8497 |
| 62083 | ADSEF INAC. | DIAZ DENIS, SARAHI | 183 |
| 10886 | ADSEF INAC. | DIAZ FORTIS, OSCAR G. | 9187 |
| 11329 | ADSEF INAC. | DIAZ RAMOS, JOSE G. | 791 |
| 10712 | ADSEF INAC. | DOMINGUEZ DE PEREZ, NELLY (TORRES) | 3099 |
| 9715 | ADSEF | ECHEVARRIA GONZALEZ, JOSE M. | 9219 |
| 10826 | ADSEF INAC. | ECHEVARRIA LAUREANO, ELIZABETH | 5208 |
| 10674 | ADSEF INAC. | ELICIER GOMEZ, MIRIAM | 4120 |
| 7523 | SEC | EMMANUELLI SANTIAGO, LAURA E. | 3726 |
| 9407-72946 | ADFAN | ESCOBAR BARRETO, CARMEN L. | 5440 |
| 9339 | ADSEF | ESQUILIN ORTIZ, ELBA A. | 6052 |
| 9279 | ADFAN | ESTEVES MASSO, JUAN A. | 669 |
| 9413 | ADFAN | ESTEVEZ ALVAREZ, CARMEN H. | 6829 |
| 11164 | ADSEF INAC. | ESTRADA ENCARNACIÓN, HILDA M. | 5206 |
| 11126 | ADSEF INAC. | FALU FEBRES, LUIS | 1481 |
| 10888 | ADSEF INAC. | FALU FEBRES, OLGA IRIS | 3842 |
| 11159 | ADSEF INAC. | FARIA ASTOR, IRMA TC IRMA FARIAS ASTRO | 9694 |
| 9626 | ADFAN | FEBO COLON, LAURA E. | 4943 |
| 9969-10806 | ADSEF INAC. | FELICIANO AUGUSTO, CARMEN L. | 1369 |
| 9325 | ADFAN | FELIX CORREA, MILDRED | 4778 |
| 11322 | ADSEF INAC. | FELIX GARCIA, LAURA T. | 9836 |
| 10306 | ADSEF | FERNANDEZ GOMEZ, MARIA E. | 4379 |
| 10706 | ADSEF INAC. | FERNANDEZ HERNANDEZ, ISIDRO | 7344 |
| 9346 | ADFAN | FERNANDEZ OTERO, NILSA | 1234 |
| 9141 | ADFAN | FERNANDEZ PEREZ, ANA E. | 6803 |
| 9449 | ADFAN | FERNANDEZ RIVERA, RUTH | 8565 |
| 10660 | ADSEF INAC. | FIGUEROA ALAMEDA, EMMA D. | 358 |

| | | | |
|---|---|---|---|
| 9027 | SEC | FIGUEROA AYALA, JOSE EMILIO | 6273 |
| 10194 | ADFAN | FIGUEROA CRUZ, IRIS M. | 1460 |
| 11648 | ADSEF INAC. | FIGUEROA GONZALEZ, ELIZABETH | 448 |
| 11345 | ADSEF INAC. | FIGUEROA GONZALEZ, FLORENTINO | 9007 |
| 8867 | SEC. | FIGUEROA PEREZ, AGUSTIN | 1710 |
| 11025 | ADSEF INAC. | FIGUEROA RODRIGUEZ, ANA E. | 8359 |
| 9040 | ADSEF | FIGUEROA ROSARIO, ANA L. | 1012 |
| 8800 | SEC | FIGUEROA TORRES, ROBERTO | 3337 |
| 17961 | ADFAN | FINES RIVERA, SAUL | 4734 |
| 11168 | ADSEF INAC. | FLORES GARCIA, FRANCISCO | 2018 |
| 8502 | ADFAN | FONTANET ALGARIN, AIDA | 6216 |
| 10028 | ADSEF | FONTANEZ RIVERA, CARMEN S. | 0295 |
| 9037 | SEC | FORTY CARRASQUILLO, HAIDY | 187 |
| 11621 | ADSEF INAC. | FRANCO LOPEZ, ELBA M. | 4260 |
| 11016 | ADSEF INAC. | FREYTES OJEDA, OLGA I. | 3569 |
| 10731 | ADSEF INAC. | FUENTES BENITEZ, ANA M. | 2912 |
| 12076 | ADSEF INAC. | FUENTES CRUZ, INES | 9008 |
| 10303 | ADSEF | FUENTES MÉNDEZ, EDGARDO | 451 |
| 9088 | SEC | FUENTES SANTIAGO, MARIA DE LOS A. | 1829 |
| 12663 | ASUME | FUENTES VAZQUEZ, MELITZA | 7230 |
| 10658 | ADSEF INAC. | GARCES CASTILLO, EVA M. | 1937 |
| 9216 | ADFAN | GARCIA CANALES, CELIA | 258 |
| 11033 | ADSEF INAC. | GARCIA DIAZ, ANA | 6971 |
| 11896 | ADSEF INAC. | GARCIA GARCIA, GLADYS | 2542 |
| 10423 | ADSEF INAC. | GARCIA MELENDEZ, GRICEL M. TC GRISSEL M GARCIAS MELENDEZ | 0779 |
| 10494 | ADSEF | GARCIA MORALES, CINDY M. | 7359 |
| 10589 | ADSEF INAC. | GARCIA PUMAREJO, ORLANDO | 4495 |
| 9980-10366 | ADSEF INAC. | GARCIA REYES, SANTOS J. | 8777 |
| 10437 | ADSEF INAC. | GARCIA RIVERA, GABRIEL A. | 7922 |
| 10310 | ADSEF INAC. | GARCIA ROMERO, CARMEN I. | 9530 |
| 10649 | ADSEF INAC. | GARCIA RULLAN, LETICIA | 7291 |
| 10605 | ADSEF INAC. | GARCIA VICENS, MARIA A.C. | 7853 |
| 10181 | ADFAN | GASCOT SAEZ, MARIA B. | 4870 |
| 10623 | ADSEF | GINES RIVERA, SONIA CRISTINA | 801 |
| 10367 | ADSEF | GOMEZ CRUZ, RAFAEL | 1104 |
| 9227 | ADFAN | GOMEZ CHACON, GLORIA | 2838 |
| 9409 | ADFAN | GOMEZ HUERTAS, EVELYN C. | 2603 |
| 10196 | ADFAN | GOMEZ MALDONADO, MARIA M | |
| 15415 | ASUME | GOMEZ OCASIO, CARMEN E. | 4970 |
| 10882 | ADSEF INAC. | GOMEZ TORRES, DOLORES | 2348 |
| 10206 | ADFAN | GOMEZ VAZQUEZ, LYDIA E. | 5710 |
| 10618 | ADSEF INAC. | GONZALEZ BENITEZ, ROSA M. | 2026 |
| 22338 | ADSEF INAC. | GONZALEZ COLLAZO, MARILU | 4876 |
| 10129 | ADFAN | GONZALEZ DE LEON, IVETTE | 5148 |

| | | | |
|---|---|---|---|
| 10175 | ADFAN | GONZALEZ DIAZ, RUTH Z. | 9269 |
| 24097 | ADSEF | GONZALEZ ENCARNACION LUZ D. | 4058 |
| 11940 | ADSEF INAC. | GONZALEZ GONZALEZ, ROSA M. | 875 |
| 10713 | ADSEF INAC. | GONZALEZ LARRAURY, GLADYS E. | 4238 |
| 9719 | ADSEF | GONZALEZ MORALES, IRMA I. | 3306 |
| 10434 | ADSEF INAC. | GONZALEZ NIEVES, MAYRA | 3050 |
| 10307 | ADSEF INAC. | GONZALEZ ORTIZ, CARLOS | 1705 |
| 9107 | SEC | GONZALEZ OYOLA, CARMEN M. | 282 |
| 75583 | ARV | GONZALEZ RIOS, RAMON | 7894 |
| 10687 | ADSEF INAC. | GONZALEZ RIVERA, RAMON A. | 1543 |
| 10570 | ADSEF INAC. | GONZALEZ ROSA, MIGDALIA | 1825 |
| 10305 | ADSEF INAC. | GONZALEZ VARGAS, CANDIDA | 5254 |
| 10360 | ADSEF | GONZALEZ VAZQUEZ, CARMEN L. | 1246 |
| 10522 | ADSEF INAC. | GONZALEZ VAZQUEZ, LUCY E. | 7406 |
| 11161 | ADSEF INAC. | GRAULAU REYMUNDI, JOSE J. | 618 |
| 11127 | ADSEF | GUTIEREZ GARCIA, LUZ EVELYN | 6778 |
| 10393 | ADSEF | GUTIERREZ RIVERA, CARMEN | 35 |
| 10747 | ADSEF INAC. | GUTIERREZ TORRES, LUZ M. | 885 |
| 11138 | ADSEF INAC. | GUZMAN GONZALEZ, LILLIAM | 1643 |
| 11128 | ADSEF INAC. | GUZMAN MOLINA, MARCELA | 1694 |
| 9038 | SEC | HENRRICY SANTIAGO, MARGARITA | 8116 |
| 9049 | SEC | HERNANDEZ CASTRO, MARIA B. | 9400 |
| 9223 | ADFAN | HERNANDEZ CEDENO, MARIA M. | 6395 |
| 9287 | ADFAN | HERNANDEZ DAVILA, LUZ N. | 6866 |
| 10999 | ADSEF INAC. | HERNANDEZ DE JESUS, RAMONA | 4352 |
| 9061 | SEC | HERNANDEZ HERNANDEZ, ANTONIO | 4392 |
| 9713 | ADSEF | HERNANDEZ HERNANDEZ, GLENDA I. | O714 |
| 8899 | ADSEF | HERNANDEZ LOPEZ, ALVIN E. | 8142 |
| 10020 | ADSEF | HERNANDEZ MENDOZA, ZORAIDA | 9590 |
| 11018 | ADSEF INAC. | HERNANDEZ MORALES, ARMANDO | 9202 |
| 10368 | ADSEF INAC. | HERNANDEZ ORTIZ, ELBA N. | 9592 |
| 10404 | ADSEF INAC. | HERNANDEZ RAMIREZ, CARMEN DEL S. | 7233 |
| 65738 | ADSEF | HERNANDEZ RIOS, MYRIAM | 3054 |
| 11149 | ADSEF INAC. | HERNANDEZ RIVERA, MARIA I | 5446 |
| 9047 | SEC | HERNANDEZ RIVERA, RAMON | 6495 |
| 16320 | ADFAN | HERNANDEZ RODRIGUEZ, UBALDO | 3898 |
| 11344 | ADSEF INAC. | HERNANDEZ SOTO, GILMA M. | 2539 |
| 12061 | ADSEF INAC. | HERNANDEZ TORRES, ROSA T. | 9039 |
| 11046 | ADSEF INAC. | HERNANDEZ VALLEJO, ADOLFO | 7759 |
| 10620 | ADSEF INAC. | HERNANDEZ VAZQUEZ, MIGDALIA | 5871 |
| 11892 | ADSEF INAC. | IRIZARRY FRASQUERY, WILFREDO | 641 |
| 10424 | ADSEF INAC. | JIMENEZ OLIVIERI, ALINA | 6162 |
| 9428 | ADSEF | JIMENEZ PIMENTEL, IVIS I. | 2037 |
| 10578 | ADSEF INAC. | LACEN REMIGIO, JULIA A. | 8153 |

| 82219 | ADFAN | LANDRAU RIVERA, ZULMA | 5174 |
|---|---|---|---|
| 12289 | ASUME | LEBRON DELGADO, ELSA | 3623 |
| 10659 | ADSEF | LEBRON LEBRON, MARY | 2383 |
| 9405 | ADFAN | LEON DAVILA, CARMEN ANA | 2146 |
| 10313 | ADSEF | LOPEZ BURGOS, MARILYN JEANNETTE | 8749 |
| 10450 | ADSEF INAC. | LOPEZ CAMACHO, EVELYN | 5054 |
| 10431 | ADSEF | LOPEZ CORDERO, ZULMA A. | 6559 |
| 10861 | ADSEF INAC. | LOPEZ ESCALERA, NATASCHA | 2430 |
| 11034 | ADSEF INAC. | LOPEZ FLORES, IVAN | 4885 |
| 9993 | ADSEF | LOPEZ LUGO, ISABEL MARGARET | 7776 |
| 12040 | ASUME | LOPEZ QUILES, ILEANA | 5507 |
| 10128 | ADFAN | LOPEZ RAMOS, MARIA J. | 4925 |
| 8670 | ADSEF | LOPEZ RAMOS, ZULMA | 2104 |
| 8957 | SEC | LOPEZ RODRIGUEZ, SANDRA I. | 4986 |
| 9467 | ADSEF INAC. | LOPEZ SANTOS, MARIA DE LOS A. | 6783 |
| 8504 | SEC | LOPEZ VAZQUEZ, MARITZA | 3307 |
| 10596 | ADSEF INAC. | LORENZANA ACOSTA, LYDIA E. | 3658 |
| 11048 | ADSEF INAC. | LORENZO MORALES, ROSA J. | 275 |
| 12007 | ADSEF INAC. | LOZADA AQUINO, SANTA A. | 2279 |
| 11657 | ADSEF INAC. | LOZADA DE HERNANDEZ, MARIA I. | 3431 |
| 10300 | ADSEF INAC. | LOZADA ORTIZ, RAUL | 5322 |
| 9079 | SEC | LOZADA RODRIGUEZ, MARGARITA | 7971 |
| 9111 | SEC | LUGO MALDONADO, NORMA | 1396 |
| 11644 | ADSEF INAC. | LUGO PEREZ, VIVIAN - VIVIAN LUGO LOPEZ | 4267 |
| 10125 | ADFAN | LLANOS CARRION, LUIS M. | 5606 |
| 11619 | ADSEF INAC. | LLANOS SANCHEZ, CARMEN L. | 4901 |
| 11266 | ADSEF INAC. | MAISONET LOPEZ, ALEJANDRO | 7403 |
| 11145 | ADSEF INAC. | MALAVE CARDENALES, JOSE M. | 5021 |
| 11100 | ADSEF INAC. | MALDONADO COLON, MARGARITA | 2541 |
| 11286 | ADSEF INAC. | MALDONADO MEDINA, BLANCA E. | 2991 |
| 10608 | ADSEF | MALDONADO REYES, YOLANDA | 9840 |
| 10426 | ADSEF | MALDONADO RIVERA, YOLANDA | 507 |
| 10830 | ADSEF INAC. | MANGUAL RAMIREZ, ELIZABETH | 8613 |
| 11897 | ADSEF INAC. | MANSO CEPEDA, JUANA E. | 5355 |
| 11324 | ADSEF INAC. | MANZANO MELENDEZ, MINERVA | 6409 |
| 12123 | ADSEF INAC. | MARCANO CUADRADO, MYRIAM | 933 |
| 10362 | ADSEF | MARCANO FIGUEROA, WILLIAM | 7211 |
| 12132 | ADSEF INAC. | MARINA RIVERA, ORLANDO | 9238 |
| 9136 | ADSEF | MARRERO COLON, AILSABEL | 3291 |
| 11306 | ADSEF INAC. | MARRERO MUNICH, NOELIA | 7830 |
| 9343 | ADSEF | MARRERO REYES, ESTEBAN | 5440 |
| 77658 | ARV | MARTINEZ CORDERO, CARMEN | 7642 |
| 8509 | ADFAN | MARTINEZ CRUZ, RIGOBERTO | 9064 |
| 12276 | ADSEF INAC. | MARTINEZ DIAZ, MARIA C. | 6535 |

| | | | |
|---|---|---|---|
| 11263 | ADSEF INAC. | MARTINEZ MARTINEZ, ARACELIS | 800 |
| 10057 | ADSEF | MARTINEZ MERCED, CARMEN SONIA | 3896 |
| 11950 | ADSEF INAC. | MARTINEZ ROSARIO, SANTOS A. | 5987 |
| 11259 | ADSEF INAC. | MARTINEZ SANCHEZ, ANA IVETTE | 900 |
| 12223 | ADSEF INAC. | MARTINEZ UMPIERRE, MARIA DEL C. | 7372 |
| 11954 | ADSEF INAC. | MARTINEZ VAZQUEZ, PEDRO | 8850 |
| 10541 | ADSEF | MARTINEZ VELÁZQUEZ, JUAN CARLOS | 7316 |
| 12281 | ADSEF INAC. | MATANZO PEREZ, MARIA R | 2792 |
| 12135 | ADSEF INAC. | MATIAS MATIAS, ROSA D. | 7488 |
| 10853 | ADSEF INAC. | MATIAS NIEVES, LAURA E. | 6296 |
| 9029 | | MATOS CRUZ, ADELAIDA | 3736 |
| 9468 | ADSEF | MATOS CRUZ, YOLANDA | 172 |
| 9996 | ADSEF | MATOS ORTIZ, SONIA E. | 9574 |
| 11659 | ADSEF INAC. | MATOS SANCHEZ, MARIA E. | 6428 |
| 10748 | ADSEF INAC. | MAYMI FERNANDEZ, GRISEL | 1742 |
| 9314 | ADFAN | MAYSONET RUIZ, ANA M. | 3501 |
| 11152 | ADSEF INAC. | MEDINA ALVAREZ, LILLIAM | 4962 |
| 11281 | ADSEF INAC. | MEDINA CARDONA, AIDA L. | 7108 |
| 8515 | ADFAN | MEDINA DE REYES, NITZA | 7548 |
| 12119 | ADSEF INAC. | MEDINA MALDONADO, MIGUEL A. | 1871 |
| 10394 | ADSEF | MEDINA ROSA, CAROL E. | 8806 |
| 9214 | ADFAN | MEJIAS ACOSTA, DAISY | 5700 |
| 10891 | ADSEF INAC. | MELENDEZ COSS, SHEILA | 9709 |
| 11099 | ADSEF INAC. | MELENDEZ QUIÑONES, MYRNA T. | 8425 |
| 10889 | ADSEF INAC. | MENDEZ ORSINI, LUCIA | 1342 |
| 8955 | SEC | MERCADO ACEVEDO, IVAN A. | 7745 |
| 11136 | ADSEF INAC. | MERCADO BURGOS, GUILLERMO | 4479 |
| 10700 | ADSEF INAC. | MERCADO DE JESUS, CARMEN | 3793 |
| 10621 | ADSEF INAC. | MERCADO FIGUEROA, SONIA LUZ | 5099 |
| 9221 | ADFAN | MERCADO MARTINEZ, EVELYN | 3536 |
| 11363 | ADSEF INAC. | MERCADO RIVERA, JUAN R. | 1447 |
| 11120 | ADSEF INAC. | MERCED DIAZ, ANA M. | 1366 |
| 11914 | ADSEF INAC. | MOJICA RIVERA, MARIA A. | 6124 |
| 14946 | ASUME | MONTALVO LAGUNA, YOLANDA | 4782 |
| 10858 | ADSEF INAC. | MONTALVO REYES, MARÍA T. | 5396 |
| 10058 | ADFAN | MONTAÑEZ BARBOSA, LETICIA | 3762 |
| 10420 | ADSEF INAC. | MONTAÑEZ FIGUEROA, ISAURA | 2087 |
| 12146 | ADSEF INAC. | MONTAÑEZ PARRILLA, YOLANDA | 7056 |
| 11165 | ADSEF INAC. | MONTERO PAGAN, IRIS M. | 9714 |
| 82131 | ARV | MONTERO RODRIGUEZ MARIA | 6065 |
| 10296 | ADSEF INAC. | MONTILLA NIEVES, ANABEL | 4777 |
| 11277 | ADSEF INAC. | MORALES BIGAS, RAFAEL | 4371 |
| 10628 | ADSEF INAC. | MORALES DE JESUS, ZORAIDA | 8684 |
| 11135 | ADSEF INAC. | MORALES GARCIA, EFRAIN | 1032 |
| 11133 | ADSEF INAC. | MORALES LOPEZ, DELIA R. | 2651 |

| | | | |
|---|---|---|---|
| 80223 | ADFAN | MORALES MARTINEZ, NITZA | 2129 |
| 10295 | ADSEF | MORALES MONT, MARISOL | 4303 |
| 12293 | ADSEF INAC. | MORALES PABON, CARMEN M. | 7484 |
| 11646 | ADSEF INAC. | MORALES PABON, SOCORRO NOELIA | 3675 |
| 513-1 | ADFAN | MORALES RODRIGUEZ, SANDRA | 6163 |
| 9015 | ADSEF | MORALES RODRIGUEZ, WILMA | 2125 |
| 9414 | ADFAN | MORALES ROLON, CARMEN L | 9292 |
| 12142 | ADSEF INAC. | MORALES SANTIAGO, VIVIAN | 4360 |
| 10402 | ADSEF | MORALES VALLES, MARISOL | 9312 |
| 12170 | ADSEF INAC. | MORAN ROSARIO, OLGA LUCY | 1582 |
| 12324 | ADSEF INAC. | MORENO RODRIGUEZ, WANDA I. | 9884 |
| 10998 | ADSEF | MUNDO RODRIGUEZ, FAUSTO | 3330 |
| 9224 | ADFAN | MUNIZ RODRIGUEZ, GLORIA H. | 9689 |
| 8974 | SEC | MUNIZ SANTIAGO, SANDRA M. | 8692 |
| 10716 | ADSEF INAC. | MUNOZ COLON, CARMEN N. | 4862 |
| 10542 | ADSEF | MUNOZ NUNEZ, JOSEFA | 8797 |
| 9298 | ADFAN | MURIEL LICIAGA, LYDIA M. | 548 |
| 8764 | ADSEF | NAVARRETE ORTIZ, PRISCILLA | 4689 |
| 9423 | ADSEF | NAVEDO OTERO, NANCY | 5968 |
| 49239 | ADSEF | NEGRON COLLAZO, JOSELINE | 5269 |
| 11162 | ADSEF INAC. | NEGRON DE JESUS, JOSE R. | 5347 |
| 11137 | ADSEF INAC. | NEGRON LOPEZ, HILDA | 4012 |
| 10193 | ADFAN | NEGRON MALDONADO, REYMOND | 3619 |
| 75634 | ADFAN | NIEVES GARCIA, ZORAIDA | 1412 |
| 12150 | ADSEF INAC. | NIEVES PEREZ, VICTOR M. | 297 |
| 12109 | ADSEF INAC. | NIEVES SANTIAGO, MERCEDES | 8889 |
| 10467 | ADSEF | NIEVES TORRES, MARITZA | 1967 |
| 9309 | ADFAN | NIEVES VARGAS, MILTON | 840 |
| 8462 | ADSEF | NIEVES VELEZ, CARMEN LUZ | 1786 |
| 12129 | ADSEF INAC. | NORMANDIA RODRIGUEZ, MYRNA | 3588 |
| 9645 | ADFAN | NUNEZ CORDOVA, JUANITA | 7273 |
| 10883 | ADSEF INAC. | NUNEZ LOPEZ, MYRNA | 9631 |
| 10169 | ADFAN | NUNEZ NUNEZ, JEANNETTE | 3746 |
| 9654 | ADFAN | OCASIO CUEVAS, CARMEN | 8568 |
| 10427 | ADSEF | OCASIO CUEVAS, YOLANDA | 9133 |
| 10843 | ADSEF INAC. | OCASIO REPOLLET, JOSE B. | 8318 |
| 11649 | ADSEF INAC. | OJEDA MARTINEZ, NAYDA - OJEDA DE ALGARIN, NAYDA | 6629 |
| 11270 | ADSEF INAC. | OQUENDO MARTINEZ, ALFREDO | 406 |
| 11290 | ADSEF INAC. | ORTA FALÚ, CARMEN DELIA | 8958 |
| 12300 | ADSEF INAC. | ORTEGA PEREZ, LUZ DELIA | 1237 |
| 9109 | SEC | ORTIZ BAEZ, RAMONITA | 1147 |
| 11647 | ADSEF INAC. | ORTIZ BETANCOURT, RUTH | 1985 |
| 10034 | ADSEF | ORTIZ CASTRO, MAGALI | 0646 |
| 11664 | ADSEF INAC. | ORTIZ DIAZ, MAGDA | 1924 |

| | | | |
|---|---|---|---|
| 10071 | ADFAN | ORTIZ FANTAUZZI, EVANGELINA | 3854 |
| 9480-11167 | ADSEF INAC. | ORTIZ MARTINEZ, CARMEN | 317 |
| 11310 | ASUME | ORTIZ PANIAGUA, EVELYN | 5223 |
| 39538 | ADSEF INAC. | ORTIZ PANIZO, JERRY | 5844 |
| 10679 | ADSEF INAC. | ORTIZ RODRIGUEZ, CASILDA | 593 |
| 10168 | ADFAN | ORTIZ RODRIGUEZ, GLORIA I. | 6689 |
| 8962 | SEC | ORTIZ TORRES, ELISA | 3243 |
| 9190 | ADFAN | ORTIZ VELEZ, BRENDA | 1859 |
| 9212 | ADFAN | OSORIO MEDINA, CARMEN E. | 4028 |
| 11067 | ADSEF INAC. | OTERO COLON, CARMEN M. | 6241 |
| 11062 | ADSEF INAC. | OTERO COLON, DAPHNE | 3733 |
| 10756 | ADSEF INAC. | OYOLA ROSA, AGUSTIN | 1555 |
| 10629 | ADSEF | PABON OTERO, SIXTO | 8669 |
| 11942 | ADSEF INAC. | PADILLA MERCADO, ADA SELLY | 2014 |
| 10728 | ADSEF INAC. | PAGAN ACEVEDO, ROSA | 8188 |
| 10650 | ADSEF INAC. | PAGAN ALFARO, TEODOSIA | 1683 |
| 12151 | ADSEF INAC. | PAGAN GUZMAN. LUZ E. | 272 |
| 11163 | ADSEF INAC. | PAGAN LOPEZ, JOSE A. | 6290 |
| 9112 | SEC | PAGAN PEREZ, HERMELINDA | 8708 |
| 11065 | ADSEF INAC. | PAGAN RIVERA, RAMON L. | 8413 |
| 10406 | ADSEF | PAGAN RODRIGUEZ, MARISOL | 619 |
| 12271 | ADSEF INAC. | PAGAN VEGA, MARIA I. | 2751 |
| 9637 | ADSEF | PARRILLA TORRES, FREDDY | 8860 |
| 11272 | ADSEF INAC. | PASTOR FLORES, ARTURO E. | 4134 |
| 9055 | SEC | PEDRAZA RIVERA, ROSARIO | 1643 |
| 11041 | ADSEF INAC. | PEGUERO MENDOZA, LUIS A. | 4208 |
| 9311 | ADFAN | PEÑA PEÑA, DANIA E. | 4444 |
| 11257 | ADSEF INAC. | PEREZ FIGUEROA, ALMA E. | 3335 |
| 11143 | ADSEF INAC. | PEREZ MARRERO, JESUS | 6995 |
| 10314 | ADSEF | PEREZ MARTINEZ, MARITZA | 8225 |
| 10539 | ADSEF | PEREZ NIEVES, LUZ A. | 4302 |
| 10884 | ADSEF INAC. | PEREZ QUINONES, LUZ M. | 1040 |
| 8967 | SEC | PEREZ RIVERA, ANA E. | 1868 |
| 9093 | SEC | PEREZ RIVERA, MARIA E. | 2431 |
| 15689 | ADFAN | PEREZ RIVERA, SANDRA | 6870 |
| 11284 | ADSEF INAC. | PEREZ RODRIGUEZ, RAQUEL | 6188 |
| 11653 | ADSEF INAC. | PEREZ SANTANA, MARIA J. | 3072 |
| 10754 | ADSEF INAC. | PEREZ TORRES, GLORIA M. | 8013 |
| 11056 | ADSEF INAC. | PEREZ TORRES, LUZ N. | 0913 |
| 9222 | ADFAN | PINO OLIVERO, MARGARITA | 0126 |
| 9054 | SEC | PIZARRO FANTAUZZI, WANDA I. | 1625 |
| 82818 | ADFAN | PIZARRO QUINONES, YOLANDA | 7004 |
| 10763 | ADSEF INAC. | PIZARRO VELÁZQUEZ, AIDA | 0563 |
| 11101 | ADSEF INAC. | PRADOS ESCOBAR, ROSA ALBA  -  PRADOS DE LAUREANO, ROSA A. | 0093 |

| | | | |
|---|---|---|---|
| 16310 | ADFAN | QUIÑONES DE ORTIZ, JUDITH | 8589 |
| 11260 | ADSEF INAC. | QUINONES GALARZA, ANGELA | 9678 |
| 8363 | SEC | QUINONES RIVERA, LOURDES S. | 1076 |
| 12112 | ADSEF INAC. | QUINONEZ ALBARRAN, MIGDALIA | 6929 |
| 11663 | ADSEF INAC. | QUINONEZ GUZMAN, JULIA H. | 0426 |
| 9153 | ADFAN | RAMIREZ ALFONSO, ANA R. | 6122 |
| 9056 | SEC | RAMIREZ BENITEZ, ALEXANDER | 3123 |
| 8891 | SEC | RAMOS DELGADO, EUFEMIA | 1226 |
| 12745 | ADSEF INAC. | ROMAN HERNANDEZ, MARIA D. | 1463 |
| 9415 | ADFAN | RAMOS MERCADO, GERARDO | 4435 |
| 11906 | ADSEF INAC. | RAMOS PADILLA, ISABEL L. | 1690 |
| 9254 | ADFAN | RAMOS PAZ, MILDRED | 4023 |
| 9338 | ADFAN | RAMOS RIOS, CARMEN | 9204 |
| 10528 | ADSEF | RAMOS SOTO, IRMA I. | 8352 |
| 10759 | ADSEF INAC. | RAMOS ZAYAS, FRANCISCO | 9533 |
| 12140 | ADSEF INAC. | RENTA GUTIERREZ, ROSA E. | 5410 |
| 11296 | ADSEF INAC. | REYES ARENAS, OLGA M. | 8942 |
| 11633 | ADSEF INAC. | REYES ORTIZ, LOYDA | 4844 |
| 11293 | ADSEF | REYES RODRIGUEZ, OSVALDO | 5042 |
| 17058 | ADFAN | RIOS CALZADA, WANDA T. | 2445 |
| 12259 | ADSEF INAC. | RIOS CORIANO, MARIA J. | 3614 |
| 9417 | ADFAN | RIOS DIAZ, RAMONITA | 2625 |
| 10859 | ADSEF INAC. | RIOS FORTY, LUIS | 0873 |
| 8365 | SEC | RIOS JIMENEZ, IVAN | 2740 |
| 11002 | ADSEF INAC. | RIOS MELENDEZ, HAYDEE | 7045 |
| 10486 | ADSEF | RIOS TORRES, CRUZ M. | 7590 |
| 10771 | ADSEF INAC. | RIVERA ARROYO, BEXAIDA | 1884 |
| 9306 | ADFAN | RIVERA AYALA, MARIA I | 8252 |
| 8366 | SEC | RIVERA BURGOS, ARACELIS | 6280 |
| 10611 | ADSEF INAC. | RIVERA CASILLAS, ELIAS | 4385 |
| 11267 | ADSEF INAC. | RIVERA CASTILLO, OLGA I. | 3515 |
| 11307 | ADSEF INAC. | RIVERA CORTES, NELLY | 4583 |
| 9124 | ADFAN INAC. | RIVERA COTTE, ADALGESA | 9404 |
| 9714 | ADSEF | RIVERA CRUZ, IRIS ELSA | 9243 |
| 9060 | SEC | RIVERA CRUZ, JESUS MILAGRO | 6898 |
| 10049 | ADSEF | RIVERA CRUZ, MAGALY | 8600 |
| 11153 | ADSEF INAC. | RIVERA CHEVERES, BRISEIDA | 9536 |
| 11637 | ADSEF INAC. | RIVERA CHEVERES, CARMEN S. | 0061 |
| 9064 | SEC | RIVERA DE LEON, HENRIETTA M. | 2914 |
| 10698 | ADSEF INAC. | RIVERA DOMINGUEZ, ELIZABETH | 5389 |
| 32127 | ASUME | RIVERA GARCIA, MINERVA | 897 |
| 11625 | ADSEF INAC. | RIVERA GONZALEZ, MARIA I. | 6147 |
| 9197 | ADFAN | RIVERA JIMENEZ, BENJAMIN | 8901 |
| 11917 | ADSEF INAC. | RIVERA LA SANTA, MARIA A. | 4279 |
| 9066 | SEC | RIVERA MANSO, DIALMA L. | 9454 |

| | | | |
|---|---|---|---|
| 8719 | ADFAN | RIVERA MARQUEZ, LETICIA | 6933 |
| 10499 | ADSEF | RIVERA MARRERO, GLADYVEL | 4800 |
| 11274 | ADSEF INAC. | RIVERA MARTINEZ, BETHZAIDA | 8042 |
| 12274 | ADSEF INAC. | RIVERA MATOS, MARIA M. | 8096 |
| 12149 | ADSEF INAC. | RIVERA MATOS, MOISES | 9333 |
| 11129 | ADSEF INAC. | RIVERA MOLINA, DAMARY | 134 |
| 10185 | ADFAN | RIVERA MUNIZ, GLORIA | 3934 |
| 11060 | ADSEF INAC. | RIVERA ORTIZ, VICTOR E. | 6035 |
| 11912 | ADSEF INAC. | RIVERA OTERO, CARMEN M. | 8388 |
| 11357 | ADSEF INAC. | RIVERA OYOLA, MARIA A. | 0451 |
| 11098 | ADSEF INAC. | RIVERA PAGAN, LAURA | 7626 |
| 10866 | ADSEF INAC. | RIVERA PEREZ, MARIA TERESA | 0949 |
| 9218 | ADFAN | RIVERA QUINONEZ, EDUARDO | 6748 |
| 10725 | ADSEF INAC. | RIVERA RAMOS, EVELIA RAQUEL | 6642 |
| 12394 | ADSEF INAC. | RIVERA RIOLLANO, SYLVIA E. | 3936 |
| 11097 | ADSEF INAC. | RIVERA RIVERA, FLORINDA | 8178 |
| 11005 | ADSEF INAC. | RIVERA RIVERA, GLADYS | 9478 |
| 10898 | ADSEF INAC. | RIVERA RIVERA, YOLANDA | 8092 |
| 11262 | ADSEF INAC. | RIVERA ROBLES, ANTONIA | 8077 |
| 9188 | ADFAN | RIVERA RODRIGUEZ, CARMELO | 8065 |
| 9267 | ADFAN | RIVERA RODRIGUEZ, NAYDA L. | 1246 |
| 12200 | ADSEF INAC. | RIVERA SALABARRIA, CARMEN DEL L. | 5040 |
| 11336 | ADSEF INAC. | RIVERA SANCHEZ, MILAGROS | 4521 |
| 12461 | ADSEF INAC. | RIVERA SANTANA, BETTY | 2336 |
| 10170 | ADFAN INAC. | RIVERA SANTIAGO, MARIA M. | 9045 |
| 12195 | ADSEF INAC. | RIVERA SANTOS, MARIA D. | 3995 |
| 12465 | ADSEF INAC. | RIVERA SELLES, AURORA | 8570 |
| 12732 | ADSEF INAC. | RIVERA TORRES, DIANA | 3953 |
| 10067 | ADFAN | RIVERA VAZQUEZ, JOSE E. | 6145 |
| 11761 | ADSEF INAC. | RIVERA VAZQUEZ, MARIBEL | 4625 |
| 10482 | ADSEF | RIVERA VAZQUEZ, ROSA M. | 5800 |
| 10179 | ADFAN | RIVERA VEGA, WILLIAM | 8432 |
| 9266 | ADFAN | RIVERA VELEZ, HECTOR | 2259 |
| 9211 | ADFAN | RIVERA VIERA, ELIZABETH | 7748 |
| 10462-12269 | ADSEF INAC. | ROBLES CARRION, MINERVA | 1160 |
| 12172 | ADSEF INAC. | ROBLES FEBUS, AIDA L. | 2792 |
| 11947 | ADSEF INAC. | ROBLES TORRES, LYDIA E. | 5703 |
| 10184 | ADFAN | ROCHE MALDONADO, RAFAEL A. | 7050 |
| 88615 | ARV | RODRIGUEZ CARRASQUILLO, MARIA S. | 7052 |
| 12228 | ASUME | RODRIGUEZ CRUZ, MARIA E. | 2099 |
| 9603 | ADSEF | RODRIGUEZ DAVILA, ALICIA E. | 1485 |
| 939-1 | ADSEF INAC. | RODRIGUEZ DE FLORES, ANGELA | 6091 |
| 10178 | ADFAN | RODRIGUEZ DE JESUS, ESTHER | 8074 |
| 9069 | SEC | RODRIGUEZ DIAZ, JORGE L. | 1595 |
| 9203 | ADFAN | RODRIGUEZ FIGUEROA, CARMEN S. | 669 |

| | | | |
|---|---|---|---|
| 9068 | SEC | RODRIGUEZ FIGUEROA, JOSE L. | 215 |
| 12009 | ADSEF INAC. | RODRIGUEZ FUENTES, NILDA E. | 3467 |
| 11955 | ADSEF INAC. | RODRIGUEZ JAURIDES, HAYDEE | 4845 |
| 12018 | ADSEF INAC. | RODRIGUEZ LOPEZ, RAQUEL | 6779 |
| 10892 | ADSEF INAC. | RODRIGUEZ LOZADA, IRMA | 1673 |
| 16431 | ADFAN | RODRIGUEZ MATOS, WILLIAM G. | 1107 |
| 12720 | ADSEF INAC. | RODRIGUEZ ORTIZ, ROSA E. | 5704 |
| 9296 | ADFAN | RODRIGUEZ QUINONES, LUZ S. | 2859 |
| 10543 | ADSEF | RODRIGUEZ VALENTIN, JUDITH | 6265 |
| 12260 | ADSEF INAC. | RODRIGUEZ RIVERA, JOSE M. | 690 |
| 10065 | ADFAN | RODRIGUEZ RIVERA, MARIA E. | 6342 |
| 12377 | ADSEF INAC. | RODRIGUEZ RIVERA, NOEMÍ | 2918 |
| 12423 | ADSEF INAC. | RODRIGUEZ RIVERA, NORMA I. | 2360 |
| 8978 | SEC | RODRIGUEZ RODRIGUEZ, MARIA I. | 1724 |
| 12015 | ADSEF | RODRIGUEZ RODRIGUEZ, OLGA M. | 2891 |
| 8474 | ADFAN | RODRIGUEZ SANFELIZ, ERNESTO | 4553 |
| 10298 | ADSEF | RODRIGUEZ SANTIAGO, DANIEL | 6886 |
| 8938 | ADSEF | RODRIGUEZ SERRANO, YOLANDA | 2719 |
| 11996 | ADSEF INAC. | RODRIGUEZ SUAREZ MARILYN | 0766 |
| 9411 | ADSEF | RODRIGUEZ VALENTIN, EVELYN | 6705 |
| 9053 | ADFAN INAC. | RODRIGUEZ VILA, ADA C. | 4835 |
| 10875 | ADSEF INAC. | ROHENA BARRETO, JOSE L. | 2687 |
| 9994 | ADSEF | ROHENA RIVERA, JULIA | 1925 |
| 11631 | ADSEF INAC. | ROLON MARRERO, GLORIA E. | 8674 |
| 82175 | ARV | ROMAN DIAZ, CARMEN M. | |
| 12718 | ADSEF INAC. | ROMAN MEDINA, ROSA M. | 61 |
| 13124 | ADSEF INAC. | ROMAN RODRIGUEZ, LUZ M. | 2035 |
| 10400 | ADSEF | ROMERO CRUZ, MARILYN | 4361 |
| 9416 | ADFAN | ROMERO RAMOS, CARMEN NITZA | 9285 |
| 12128 | ADSEF INAC. | ROMERO ROBLES, LYDIA | 8951 |
| 10022 | ADFAN | ROMERO ROMERO, MAGDALENA | 5007 |
| 9620 | ADSEF | ROSADO AQUINO, MARIO R. | 9645 |
| 12726 | ADSEF INAC. | ROSA CORREA, MARIA DEL C. | 3000 |
| 12137 | ADSEF INAC. | ROSA FIGUEROA, MARIA DE LOS A. | 998 |
| 10705 | ADSEF | ROSAS PEREZ, MARGARITA | 3381 |
| 11951 | ADSEF INAC. | ROSARIO BESTARD, IRIS | 406 |
| 9698 | ADSEF | ROSADO ROSADO, HILDA | 9007 |
| 12407 | ADSEF INAC. | ROSADO TORRES, MARÍA M. | 6009 |
| 12543 | ADSEF INAC. | ROSADO VELEZ, MARIA A | 4601 |
| 49343 | ADFAN | ROSARIO CARRASQUILLO, SARA M. | 8359 |
| 75662 | ADSEF | ROSARIO CLAUDIO, ZAYRA I. | 1755 |
| 11958 | ADSEF INAC. | ROSARIO LOPEZ, HILDA L. | 7929 |
| 17760 | ADSEF INAC. | ROSARIO ROSARIO SONIA L. | 7972 |
| 9070 | SEC | ROSARIO SANCHEZ, PEDRO A. | 7674 |
| 11997 | ADSEF INAC. | ROVIRA NAVARRO, MARIA DE LOS A. | 6601 |

| | | | |
|---|---|---|---|
| 9072 | SEC | RUBIO NATER, MARICARMEN | 7641 |
| 11962 | ADSEF | RUEDA ARENAS, IVETTE | 6474 |
| 10317 | ADSEF ACTIVO | RUIZ AVILES, MILAGROS | 5004 |
| 11964 | ADSEF INAC. | RUIZ GONZALEZ, IDALINA | 4063 |
| 14924 | ASUME | RUIZ MORAN, MARIA DE LOS A. | 8309 |
| 12177 | ADSEF INAC. | RUIZ SALAS, ANGELA | 4560 |
| 12220 | ADSEF | SALGADO DURAN, LYDIA E. | 2698 |
| 12238 | ADSEF INAC. | SALGADO GUZMAN, ELIZABETH | 8632 |
| 12789 | ADSEF INAC. | SANCHEZ CABEZUDO, CARMEN A. | 9208 |
| 9342-12330 | ADSEF INAC. | SANCHEZ CARDONA, ELSA M. | 5116 |
| 10880 | ADSEF INAC. | SANCHEZ GELY, LILLIAM L. | 6370 |
| 12733 | ADSEF INAC. | SANCHEZ GONZALEZ, MARIA V. | 2341 |
| 11957 | ADSEF INAC. | SANCHEZ LOPEZ, IRIS B. | 6746 |
| 12662 | ADSEF INAC. | SANCHEZ MUNOZ, VERONICA | 1018 |
| 8506 | ADFAN | SANCHEZ NIEVES, ELIZABETH | 8144 |
| 11995 | ADSEF INAC. | SANCHEZ SANCHEZ, MARIA NELLY | 3150 |
| 10691 | ADSEF | SANCHEZ SERRANO, MIGUEL A. | 4540 |
| 9086 | ADSEF | SANTANA CRUZ, SILVIA | 1131 |
| 10192 | ADFAN | SANTANA FELICIANO, IRIS E. | 1471 |
| 11972 | ADSEF INAC. | SANTANA GARCIA, JUANA -SANTIAGO GARCIA, JUANA | 0390 |
| 9392 | ADFAN | SANTIAGO CARABALLO, CARMEN M. | 2949 |
| 9327 | ADFAN | SANTIAGO DIAZ, EVELYN | 3830 |
| 9081 | SEC | SANTIAGO GOMEZ, JOSEFINA | 8842 |
| 12182 | ADSEF INAC. | SANTIAGO GUZMAN, CLARIBEL | 0424 |
| 11031 | ADSEF INAC. | SANTIAGO LOZADA, ANA D. | 2882 |
| 10414 | ADSEF | SANTIAGO MALDONADO MARI I. | 4100 |
| 9084 | SEC | SANTIAGO MARTINEZ, LUIS H. | 942 |
| 9472 | ADSEF | SANTIAGO MEDINA, MARIA DE LOS A | 5345 |
| 12189 | ADSEF INAC. | SANTIAGO OJEDA, LINA | 886 |
| 12655 | ADSEF INAC. | SANTIAGO PEREZ, MARGARITA | 2618 |
| 11965 | ADSEF INAC. | SANTIAGO PINEIRO, JAIME M. | 9129 |
| 10188 | ADFAN | SANTIAGO QUINONES, HILDA E. | 7356 |
| 9087 | SEC | SANTOS AMADOR, JULIA | 4910 |
| 9089 | SEC | SANTOS DE RUSSE, ROSA E. | 2454 |
| 11969 | ADSEF INAC. | SANTOS ORTIZ, GISELA | 4531 |
| 12334 | ADSEF INAC. | SANTOS RODRIGUEZ, OLGA I. | 6929 |
| 8514 | ADFAN | SANTOS PACHECO, MIGDALIA Y. | 4772 |
| 9116 | SEC | SANTOS ROSADO, JOSE DANIEL | |
| 12427 | ADSEF | SANTOS SANJURJO, CARMEN L. | 6632 |
| 12020 | ADSEF INAC. | SERRANO CORREA, RUTH | 9838 |
| 12030 | ADSEF INAC. | SERRANO GARCIA, VICTORIA E. | 4423 |
| 12338 | ADSEF INAC. | SERRANO SERRANO, EDITH | 1508 |
| 8890 | SEC | SERRANO VEGA, ZORAIDA | 4692 |
| 12737 | ADSEF INAC. | SKERRET CALDERÓN, BRUNILDA | 6802 |

| 12412 | ADSEF INAC. | SOLER CARDONA, CARMEN | 7111 |
|---|---|---|---|
| 14938 | ASUME | SOLA BURGOS,M SARAH | 6652 |
| 12215 | ADSEF INAC. | SOLERO SANTIAGO, MARIA ESTHER | 2247 |
| 12157 | ADSEF INAC. | SOLLA MARQUEZ, ALMA C. | 17 |
| 11949 | ADSEF INAC. | SORANDO BIBILONI, JOSE JUAN | 8007 |
| 12001 | ADSEF INAC. | SOTELO RESTO, NELSON | 344 |
| 9184 | ADFAN | SOTO MARQUEZ, ANELISA | 5699 |
| 11759 | ADSEF INAC. | SOTO RIVERA, MIGDALIA | 3159 |
| 10391 | ADSEF | SOTO ROSA, CARMEN | 0730 |
| 12716 | ADSEF INAC. | SUSTACHE RIVERA, VICTORIA | 2712 |
| 10534 | ADSEF | TALAVERA  CACERES, JEANNETTE M. | 3312 |
| 12513 | ADSEF INAC. | TANON COTTO, RAUL | 0960 |
| 12325 | ADSEF INAC. | TOLEDO ROSA, JOSE G. | 741 |
| 13820 | ADSEF INAC. | TORO VELEZ, CARMEN S. | 8779 |
| 11999 | ADSEF INAC. | TORRES ACEVEDO, MIRTA | 3520 |
| 12243 | ASUME | TORRES ARZOLA, MARIA I. | 2936 |
| 9662 | ADSEF | TORRES CORREA, ANGEL | 466 |
| 11977 | ADSEF INAC. | TORRES ROSARIO, LOURDES | 2064 |
| 12364 | ADSEF INAC. | TORRES HERNANDEZ, LYDIA E. | 9652 |
| 12734 | ADSEF INAC. | TORRES MANZANO, ALEJANDRO | 3513 |
| 15511 | ACUDEN | TORRES MEDINA, MARIDALIA | 8850 |
| 12275 | ADSEF INAC. | TORRES RODRIGUEZ, JOSE G. | 7111 |
| 12476 | ADSEF INAC. | TORRES SERRANO, RAMON E. | 1258 |
|  | ADSEF ACTIVA | TORRES TORRES, ROSA L. |  |
| 12250 | ADSEF INAC. | TORRUELLAS QUIÑONES, MARIA C. | 6177 |
| 9201 | ADFAN | TRICOCHE DE JESUS, LUZ H. | 6409 |
| 9451 | ADFAN | VAELLO BERMUDEZ, YADIRA | 9398 |
| 23093 | ADFAN | VALDERRAMA RODRIGUEZ, CARMEN M. | 5331 |
| 10183 | ADFAN | VALENTIN DIAZ, FELIX | 2304 |
| 12680 | ADSEF INAC. | VALENTIN VALENTIN, NORBERTO | 6759 |
| 49387 | SEC | VALLEJO MORALES, MARIA J. | 3024 |
| 11651-11988 | ADSEF INAC. | VALLE UMPIERRE, LUZ E. | 820 |
| 113154 |  | VALLE VALDIVIESO, LUZ | 4303 |
| 10682 | ADSEF INAC. | VARGAS CRUZ, ADA ENID | 8910 |
| 12320 | ADSEF INAC. | VARGAS ENCARNACION OLGA I. | 8189 |
| 12391 | ADSEF INAC. | VARGAS RODRIGUEZ, RAMONA | 2102 |
| 9146 | ADFAN | VARGAS SEPULVEDA, ANA M. | 1258 |
| 49263 | ADSEF | VAZQUEZ CRUZ, LILLIAM M | 9192 |
| 10453 | ADSEF | VELAZQUEZ LOZADA, NILSA | 6793 |
| 9716 | ADSEF | VAZQUEZ LAUREANO, MYRIAM | 2671 |
| 10902 | ADSEF INAC. | VAZQUEZ LOPEZ, CARMELO | 8550 |
| 12754 | ADSEF INAC. | VAZQUEZ PADILLA, DAMARIS | 2516 |
| 9096 | SEC | VAZQUEZ SOTO, ROSA N. | 2121 |
| 12354 | ADSEF INAC. | VEGA GARCIA, MARIA E. | 7448 |
| 9333 | ADFAN | VEGA MIRANDA, CATALINA | 3003 |

| | | | |
|---|---|---|---|
| 9617 | ADFAN | VEGA ZAYAS, JOSE H. | 2523 |
| 12347 | ADSEF INAC. | VELAZQUEZ FIGUEROA, PILAR | 4322 |
| 12704 | ADSEF INAC. | VELAZQUEZ LEBRON, MIGUEL A. | 1045 |
| 12740 | ADSEF INAC. | VELAZQUEZ MUNOZ, BUENAVENTURA | 8474 |
| 9103 | SEC | VELAZQUEZ REYES, EVA A. | 1757 |
| 12022 | ADSEF INAC. | VELAZQUEZ REYES, SARA E. | 1092 |
| 12728 | ADSEF INAC. | VELAZQUEZ RIVERA, OLGA M. | 5480 |
| 12438 | ADSEF INAC. | VELAZQUEZ SANTIAGO, NILSA | 3811 |
| 12232 | ADSEF INAC. | VELEZ BONILLA, ROSA E. | 2139 |
| 9104 | SEC | VERA SOTO, JULIETTE YVONNE | 2772 |
| 12295 | ASUME | VICENTE CARATTINI, MARIA N. | 2140 |
| 12210 | ADSEF INAC. | VIDAL SANTIAGO, CRUCITA | 4288 |
| 11662 | ADSEF INAC. | VIGIL DANGER, IVO | 2469 |
| 9110 | SEC | VILLANUEVA CRUZ, ANA A. | 3030 |
| 12179 | ADSEF INAC. | VILLANUEVA LAGUER, BLANCA I. | 5652 |
| 11093 | ADSEF INAC. | VILLANUEVA SANTIAGO, SANTIAGO A. | 8346 |
| 9108 | ADFAN | VILLEGAS CORREA, ALMA | 7512 |
| 10603 | ADSEF | VILLEGAS RIVERA, MILDRED | 3309 |
| 10068 | ADFAN | VINALES HERNANDEZ, GRISELLE E. | 9335 |
| 10616 | SEC | VIZCARRONDO AYALA, ZORAIDA | 1783 |
| 12115 | ADSEF INAC. | VIZCARRONDO FLORES, EVELYN | 2407 |
| 8489 | ADFAN | VIZCARRONDO FERNANDEZ, NITZA G. | 6393 |
| 9106 | SEC | ZAPATA CASTAÑEDA, OLGA | 7025 |
| 12742 | ADSEF | ZAVALETA PARRILLA, CARLOS | 5157 |