| EXHIBIT III B | | | |
|---|---|---|---|
| Carmen Socorro Cruz Hernández vs Estado Libre Asociado de Puerto Rico, Civil Case No. KAC | | | |
| PROOF OF CLAIM NUMB | DEPARTMENT A | LAST NAME, FIRST NAME | SOCIAL SECURIT |
| 17765 | ADSEF | ACEVEDO CORDERO, CARLOS E. | 3851 |
| 25649 | ADSEF | ACEVEDO PEREZ, WINDA L. | 8038 |
| 23081 | ARV | ACEVEDO REYES, ROSA E. | 8484 |
| 17965 | ADFAN | ACEVEDO RIVERA, AIDA | 5094 |
| 18154 | ADSEF | ACEVEDO SUAREZ, GLADYS | 6272 |
| 15868 | ADSEF | ACEVEDO VELAZQUEZ, CRUZ | 1431 |
| 15703 | SEC | ACOSTA CRESPO, CARMEN A. | 1637 |
| 22132 | ADSEF | AGOSTO BAQUERO, NILSA | 2961 |
| 18407 | ADSEF | AGOSTO DE MALDONADO, LAURA E. | 2445 |
| 23057 | ADFAN | AGOSTO FIGUEROA, ROSA M. | 6379 |
| 17055 | ADFAN | ALEMAN GONZALEZ, CARMEN M. | 8997 |
| 22125 | ADSEF | ALICEA SASTRE, MARA G. | 0194 |
| 17741 | ADSEF | ALMEDINA DE RIVERA, LUZ E. | 3019 |
| 16428 | ADSEF | ALVARADO SANTOS, AMALIA | 6488 |
| 15748 | ADSEF | ALVAREZ MATOS, CONCHITA | 1381 |
| 21772 | ADSEF | ANDINO BULTRON, MARIA S. | 6038 |
| 5214 | ADFAN | APONTE CARTAGENA, TOMAS | 6754 |
| 21163 | ADFAN | APONTE HERNANDEZ, IVETTE | 3505 |
| 91820 | ADSEF | ARCELAY DE MAYA, ADA H. | 7154 |
| 27215 | ADSEF | AVILA VELAZQUEZ, MARIBEL | 6687 |
| 22389 | SEC | BAEZ FIGUEROA, RAUL | 3916 |
| 21993 | ADSEF | BALLESTER NIEVES. LUIS | 4161 |
| 15739 | ADSEF | BARRETO ROBLES, CARMEN A. | 6041 |
| 15550 | ADSEF | BELLO CANCEL, CARMEN L. | 9640 |
| 14642 | ADSEF | BERMUDEZ FELIX, ISABEL | 4397 |
| 17018 | ADSEF | BERMUDEZ TORRES, ISABEL | 5769 |
| 19295 | ADSEF | BERRIOS RODRIGUEZ, MARIA | 0681 |
| 21166 | ADSEF | BERRIOS VAZQUEZ, LUIS | 7627 |
| 17050 | ADSEF | BONET VARELA, ALBERTO | 7363 |
| 18332 | ACUDEN | BONILLA ROMAN, JOSEFINA | 7648 |
| 28563 | ADSEF | BRACHE SANES, LOYDA E. | 6108 |
| 18188 | SEC | BURGOS COLON, ADELA | 1874 |
| 21983 | SEC | BURGOS CRUZ, LUZ E. | 6644 |
| 22419 | ADSEF | BURGOS MORALES, RAMON | 7194 |
| 39268 | ADSEF | CABRERA MEDINA, MIRIAM | 8461 |
| 16429 | ADSEF | CALDERON RODRIGUEZ, BLANCA I. | 5705 |
| 20429 | ADSEF | CAMPUSANO SOSA, JOSEFINA | 5720 |
| 15787 | ADSEF | CANALES ROBINSON, DAVID | 2363 |

| | | | |
|---|---|---|---|
| 23066 | ADSEF | CARABALLO RODRIGUEZ, ZENAIDA | 2553 |
| 20882 | ADSEF | CASAS OTERO, JOSEFINA | 9145 |
| 73058 | SEC | CASTILLO PASTRANA, EDELMIRA | 7099 |
| 17033 | ADSEF | CASTILLO PIZZINI, IRIS | 8631 |
| 20464 | ADFAN | CASTRO CLEMENTE, MARIA L. | 0721 |
| 18323 | ADSEF | CINTRON CARABALLO, CARMEN M. | 4783 |
| 19284 | ADSEF | COLON AULET, NORMA IRIS | 5707 |
| 60010 - 17759 | ADSEF | COLON DE NAVAS, EVA L. | 8441 |
| 18082 | SEC | COLON ORTIZ, DEMETRIA | 8443 |
| 17054 | ADSEF | COLON RODRIGUEZ, ANA L. | 1813 |
| 23007 | ADSEF | COLON RODRIGUEZ, NELIDA | 4321 |
| 20905 | SEC | COMULADA ORTIZ, JUAN H. | 5262 |
| 15605 | ADSEF | CONCEPCION LOZADA, GLORIA E. | 8000 |
| 73152 | ADSEF | CONCEPCION SIERRA, MARICELYS | 9728 |
| 20880 | ADSEF | CONTRERAS SANTIAGO, JOSE E. | 1341 |
| 25342 | SEC | CORDERO SANTIAGO, ZAIDA E. | 7323 |
| 18611 | ADSEF | CORSINO PIMENTEL, JULIA E. | 4489 |
| 22278 | ADSEF | CORTES ACEVEDO, OLGA | 5158 |
| 24235 | ADSEF | COSME NEGRON, NOELIO | 9484 |
| 18304 | SEC | COTTE ALVARADO, EFRAIN | 6203 |
| 21219-24645 | ADSEF | COTTO DIAZ, LUZ MINERVA | 4098 |
| 21425 | ADSEF | COTTO SANCHEZ, ROSA | 1562 |
| 18574 | ARV | CRUZ ADAMES, LUCILA | 8113 |
| 21075 | SEC | CRUZ COLLAZO, MANUELA | 5479 |
| 18541 | ADSEF | CRUZ GARCIA, ISABEL | 6502 |
| 15841 | ADSEF | CRUZ HERNANDEZ, CARMEN S. | 4699 |
| 83256 | ADSEF | CRUZ LORENZANA, SARA | 3680 |
| 15847 | ADFAN | CRUZ RIVERA, CRUCITA | 9529 |
| 19694 | ADFAN | CRUZ ROSA, IVONNE | 9718 |
| 16382 | ADSEF | CRUZ SAEZ, ALEJANDRINA | 2559 |
| 16436 | ADSEF | CRUZ SERRANO, DOMINGO | 2489 |
| 9337 | ADFAN | CRUZ TOSADO, NANCY | 1155 |
| 25340 | ARV | CRUZ VARGAS, RUBEN | 4312 |
| 17758 | ADSEF | CUMBAS BURGOS, ESTHER | 1393 |
| 25591 | ADSEF | DAVILA PARIS, ZAIDA I. | 4742 |
| 15883 | ADFAN | DE JESUS ALVARADO, CARMEN M. | 7014 |
| 15792 | ADSEF | DELGADO CAMARA, ELDA R. | 5616 |
| 15854 | ADFAN | DELGADO RAMOS, EDWIN R. | 3388 |
| 21994 | ADSEF | DIAZ COLON, LUIS E. | 1109 |
| 16388 | ADFAN | DIAZ CRUZ, AIDA LUZ | 4613 |
| 18562 | ADSEF | DIAZ FLECHA, CARMEN J. | 1349 |
| 23700 | ADSEF | DIAZ FLORES, JORGE LUIS | 8388 |

| 22296 | ADSEF | DIAZ GARCIA, MIGUEL A. | 9137 |
|---|---|---|---|
| 26720 | ADSEF | DIAZ HERNANDEZ, MILDRED | 6931 |
| 24936 | ADSEF | DIAZ RODRIGUEZ, TERESA J. | 9511 |
| 72946 | ADFAN | ESCOBAR BARRETO, CARMEN L. | 5440 |
| 72894 | ADSEF | ESPADA ROSARIO, DIANA | 6800 |
| 21319 | ADSEF | FALU FEBRES, LUIS R. | 1481 |
| 18261 | ADSEF | FARIS ELBA, CLARA E. | 5201 |
| 89448 | ADSEF | FELICIANO HERNANDEZ, ADA E. | 8193 |
| 18932 | ADSEF | FERNANDEZ FERNANDEZ, ANA H. | 2364 |
| 18293 | ADSEF | FERNANDEZ GONZALEZ, EMILIO | 4039 |
| 25661 | SEC | FERNANDEZ HERNANDEZ, JESUS | 7001 |
| 25002 | ADFAN | FERNANDEZ MORALES, MARIA N. | 5060 |
| 24148 | ADSEF | FERNANDEZ ROLDAN, JUDITH | 1754 |
| 22270 | ADSEF | FERREIRA ROSARIO, MARIA M. | 1833 |
| 25732 | ADSEF | FERRER DAVILA, BLANCA | 7372 |
| 15832 | ADSEF | FIGUEROA ADORNO, ELADIA | 3531 |
| 27829 | ADSEF | FIGUEROA GONZALEZ, JUANITA | 1818 |
| 15887 | ADSEF | FIGUEROA MORALES, FELIX M. | 3650 |
| 16272 | ADSEF | FIGUEROA RIVERA, MARIA DEL CARMEN | 8792 |
| 24196 | ADSEF | FIGUEROA RUIZ, MERCEDES | 3846 |
| 25017 | ADSEF | FLECHA GONZALEZ, ROSA M. | 8724 |
| 18157 | ADSEF | FONTANEZ DELGADO, EVELYN | 2801 |
| 18566 | ADSEF | FORTY ORTIZ, LUZ M. | 5804 |
| 20823 | ADSEF | FRANCIS SALAMAN, LAURA | 1837 |
| 19803 | ADSEF | FUENTES AYALA, LUIS A. | 9903 |
| 15799 | ADSEF | GALINDEZ TANCO, ALICIA | 5166 |
| 17049 | ADSEF | GALLOZA GONZALEZ, CARLOS R. | 5483 |
| 19211 | ADSEF | GARCIA SOTO, IRMA A. | 1562 |
| 71148 | ARV | GOMEZ COLON, CARMEN N. | 4160 |
| 17025 | ADSEF | GOMEZ PEREZ, HERNAN | 5103 |
| 15645 | ADSEF | GONZALEZ ANDINO, ANDRES | 3488 |
| 20703 | ADSEF | GONZALEZ CANTERO, ALEJANDRINA | 7298 |
| 33632 | ADSEF | GONZALEZ CRUZ, MANUEL | 1893 |
| 18281 | ADSEF | GONZALEZ FRANQUI, ESTELA | 9580 |
| 23816 | ADFAN | GONZALEZ PIZARRO, MARIA M. | 3870 |
| 17014 | ADSEF | GONZALEZ RAMOS, LEYNE | 5353 |
| 23819 | ADFAN | GONZALEZ REYES, MARIA S. | 1256 |
| 17020 | ADSEF | GONZALEZ RIVERA, IRMA S. | 4629 |
| 23907 | ARV | GONZALEZ RODRIGUEZ, NEYDA | 2410 |
| 21323 | ADSEF | GUERRA FIGUEROA, LUISA V. | 1225 |
| 18214 | ADSEF | HERNANDEZ DE MUNOZ, MARIA | 3138 |
| 21981 | ADFAN | HERNANDEZ GONZALEZ, MARIA D. | 4530 |

| | | | |
|---|---|---|---|
| 21308 | ADSEF | HERNANDEZ PADILLA, JOSEFINA | 0327 |
| 25326 | ADSEF | HERNANDEZ SERRANO, NORMA I. | 9377 |
| 19287 | ADSEF | HERNANDEZ VELAZQUEZ, RAMON | 0726 |
| 26540 | ADFAN | JACKSON RIVERA, KENNETH | 8146 |
| 20967 | ADSEF | JORGE GARCIA, LUISA | 9710 |
| 20872 | SEC | JORGE MORALES, JORGE ANTONIO | 3031 |
| 23994 | ADSEF | JUSINO FUMERO, WADDIE | 4069 |
| 25192 | SEC | LAGUER MORALES, SONIA | 6573 |
| 23378 | ADSEF | LASALLE CONCEPCION, MARIA S. | 7118 |
| 18204 | ADSEF | LATIMER DE RODRIGUEZ, AMPARO | 1259 |
| 20890 | SEC | LAZU SANTIAGO, JESUSA | 5333 |
| 25155 | ADSEF | LLANOS NIEVES, NILDA | 8136 |
| 21161 | ADSEF | LLANOS ROSARIO, LUZ D. | 4366 |
| 252746 | SEC | LOPEZ CAMPOS, MILAGROS G. | 0419 |
| 20879 | ARV | LOPEZ CRUZ, LUZ M. | 8564 |
| 18346 | ADSEF | LOPEZ DIAZ, ROSA L. | 7574 |
| 15835 | ADSEF | LOPEZ LUGO, ESMERALDO | 8685 |
| 15805 | SEC | LOPEZ MILLAN, ESPERANZO | 4696 |
| 24064 | ADSEF | LOPEZ NIEVES, NAIL | 9461 |
| 21546 | ADSEF | LOPEZ REYES, MARIA DE LOS A. | 1355 |
| 16426 | ADSEF | LOPEZ RIOS, ALFONSO | 7482 |
| 24917 | ADSEF | LOPEZ RIVERA, PEDRO | 5974 |
| 10596 | ADSEF | LORENZANA ACOSTA, LYDIA | 3658 |
| 29149 | ADSEF | LORENZO GONZALEZ, MIGUEL | 4219 |
| 25337 | ADSEF | LORENZO LORENZO, ZORAIDA | 1590 |
| 22982 | ADSEF | LORENZO PEREZ, NAIDA | 1674 |
| 17744 | ADSEF | LOZADA LOZADA, CIPRIANO | 7605 |
| 18306 | ADSEF | LUGO HORRACH, GUMERSINDO | 8077 |
| 18535 | SEC | LUGO ROSARIO, ANA MARIA | 1029 |
| 18257 | ADFAN | LUGO SANABRIA, CRISTINO | 7744 |
| 24210 | ADSEF | MALDONADO CARDONA, MYRNA | 9879 |
| 15878 | ARV | MALDONADO COLON, ESTEBAN P. | 8021 |
| 18952 | ADFAN | MALDONADO RODRIGUEZ, AMELIA | 1706 |
| 15871 | ADSEF | MARRERO DE BARBOSA, CARMEN J. | 9240 |
| 21311 | ADFAN | MARTINEZ DIAZ,JOSEFINA | 6773 |
| 22174 | ADSEF | MARTINEZ GONZALEZ, PRISCILLA | 6517 |
| 17762 | ARV | MARTINEZ NEGRON, AIDA L. | 8844 |
| 24335 | ADSEF | MARTINEZ RIVERA, MYRIAM C. | 5706 |
| 15600 | ADSEF | MARTINEZ RODRIGUEZ, CARMEN B. | 6429 |
| 24534 | ADSEF | MARTINEZ ROSADO, MIRIAM | 9181 |
| 18533 | SEC | MARZAN CONCEPCION, JUANA | 3168 |
| 29466 | ADSEF | MATIAS ACEVEDO, MARIA I. | 4284 |

| | | | |
|---|---|---|---|
| 21333 | ADFAN | MATIAS CRUZ, LUZ C. | 2057 |
| 15638 | ADSEF | MATOS FUENTES, ANA V. | 0750 |
| 18314 | ADFAN | MEDINA BAEZ, CRISTINA | 4796 |
| 17755 | ADSEF | MEDINA LOPEZ, FRANCISCO | 2132 |
| 18944 | ADSEF | MEDINA MEDINA, ANA L. | 9460 |
| 15875 | ADSEF | MEDINA ORTIZ, EMENELIO | 6357 |
| 25286 | ADSEF | MEDINA TORRES, SONIA M. | 6964 |
| 82049 | SEC | MELENDEZ ALICEA, CARMEN D. | 9841 |
| 22021 | ADSEF | MENDEZ ESTIEN, RAMONITA | 2870 |
| 57107 | SEC | MENDEZ GONZALEZ, JUAN J. | 4306 |
| 24974 | ADSEF | MENDEZ PEREZ, JULIO | 1565 |
| 15859 | ADSEF | MENENDEZ NEGRON, ANA D. | 9726 |
| 17053 | ADSEF | MERCADO DE ORTIZ, ANA          MERCA | 9818 |
| 18336 | ADSEF | MERCED RIVERA, FERDINAND | 6106 |
| 21985 | ADFAN | MOCTEZUMA VELAZQUEZ, LYDIA | 4148 |
| 25563 | ADFAN | MONGE, MARGARITA | 2338 |
| 23439 | SEC | MONTANEZ MORALES, MODESTA | 8349 |
| 27689 | ADFAN | MONTES DELGADO, MONSERRATE | 6366 |
| 19644 | ARV | MONTES MALDONADO, FELIX M. | 8736 |
| 18302 | ADSEF | MORALES RODRIGUEZ, GLADYS | 3131 |
| 18321 | ADSEF | MORALES SANTIAGO, HIRAM | 6536 |
| 21606 | ARV | MORALES SERRANO, MARIA I. | 9115 |
| 23567 | ADSEF | MUJICA MUJICA, ROSA DE LOS A. | 8583 |
| 100786 | ADSEF | NIEVES GORRITE, MARIA | 7450 |
| 19300 | ADSEF | NUNEZ SANCHEZ, LUZ | 9870 |
| 25196 | ADSEF | OQUENDO CRUZ, SANTA | 3197 |
| 21602 | ADSEF | ORTIZ AGOSTO, MARIA I. | 9271 |
| 24904 | ADSEF | ORTIZ CRUZ, TERESA | 9441 |
| 25080 | SEC | ORTIZ GERENA, PAULA | 2347 |
| 25087 | ACUDEN | ORTIZ GUILBE, ROSA | 3607 |
| 33628 | ADSEF | ORTIZ LOPEZ, LUIS A. | 0151 |
| 26989 | ADFAN | ORTIZ NIEVES, MARIA M. | 5953 |
| 24061 | ADSEF | ORTIZ RAMOS, JOSE ANTONIO | 7276 |
| 18199 | ADFAN | ORTIZ SALINAS, ANA ELSA | 1179 |
| 24723 | ADSEF | PABON DE VILLODAS, MYRTA | 3706 |
| 21238 | ADSEF | PACHECO DE RAMOS, JUDITH | 1131 |
| 18207 | ADSEF | PACHECO QUIDLEY, CARMEN E. | 5080 |
| 21550 | ADSEF | PADILLA PADILLA, MARIA ISABEL | 7146 |
| 22414 | ADFAN | PADIN RIVERA, ROSITA | 9033 |
| 24935 | SEC | PAGAN SANCHEZ, NANCY E. | 8561 |
| 19794 | ADSEF | PARIS TAPIA, OLGA E. | 2593 |
| 16339 | ADSEF | PARRILLA ARAGONES, ANGEL L. | 1833 |

| | | | |
|---|---|---|---|
| 17039 | ASUME | PASTRANA PAGAN, AWILDA | 3805 |
| 15584 | ADSEF | PEREZ CASTA, IRIS M. | 8031 |
| 17064 | SEC | PEREZ CRUZ, DAISY S. | 0056 |
| 21706 | ADSEF | PEREZ GARCIA, LOURDES | 1581 |
| 15844 | ADFAN | PEREZ MAISONET, ESMERALDA | 5036 |
| 15536 | ADFAN | PEREZ SERRANO, CARMEN L. | 2045 |
| 18190 | SEC | PEREZ VELEZ, ADELAIDA | 3815 |
| 17766 | SEC | PEREZ VILLANUEVA, ILSA I. | 6144 |
| 24953 | ADSEF | PILLOT ORTA, VICTORIA | 6336 |
| 22363 | ADFAN | PIMENTEL DE DIAZ, PAULA | 1301 |
| 17761 | ADSEF | PITRE ROMAN, AIDA NELLY | 8936 |
| 21679 | ADSEF | QUINONEZ FUENTES, JUAN M. | 2225 |
| 18277 | ADFAN | QUINTANA SANCHEZ, ANA E. | 6612 |
| 15660 | ADSEF | RAMIREZ OCASIO, FRANCISCA | 8611 |
| 25208 | ADSEF | RAMOS BURGOS, PABLO | 9454 |
| 19783 | ARV | RAMOS MIRANDA, IVONNE | 9063 |
| 18351 | ADSEF | RAMOS RIVAS, JUDITH M. | 6806 |
| 15838 | ADSEF | RIOS LOPEZ, ELSIE L. | 6822 |
| 101896 | AIJ | RIVAS RIOS, ANTONIO | 7200 |
| 23276 | ADSEF | RIVERA ACEVEDO, MARIA T. | 4474 |
| 17062 | ADSEF | RIVERA BENITEZ, AMADOR | 9391 |
| 22907 | ADSEF | RIVERA CARRASQUILLO, ROSALIA | 7397 |
| 18210 | ADSEF | RIVERA COLON,CARMEN M. | 0965 |
| 18213 | SEC | RIVERA CORTES, AWILDA | 7162 |
| 28580 | ADSEF | RIVERA CRUZ, MARIA ESTHER | 5705 |
| 24686 | ADSEF | RIVERA DE JESUS, RAMON L. | 1839 |
| 18211 | SEC | RIVERA LOPEZ, CARMEN S. | 3470 |
| 18364 | SEC | RIVERA MEDINA, MARIA E. | 1971 |
| 18328 | ADSEF | RIVERA MONSERRATE, JUANA D. | 7276 |
| 22298 | ADSEF | RIVERA ORELLANA, PRISCILLA | 5630 |
| 24207 | ADSEF | RIVERA PINA, NOEMI | 1160 |
| 15848 | ADSEF | RIVERA QUINONEZ, CARMEN D. | 4991 |
| 21990 | ADSEF | RIVERA RIVERA, JOSEFINA | 6678 |
| 16449 | ADSEF | RIVERA RODRIGUEZ, EVELYN | 2706 |
| 28533 | ADSEF | RIVERA RODRIGUEZ, LUZ TERESA | 0514 |
| 18161 | SEC | RIVERA SOTO, FELIX | 4425 |
| 25323 | ADSEF | RIVERA TORRES, OLMISDA M. | 8655 |
| 20919 | ADSEF | RIVERA VEGUILLA, JOSE | 2874 |
| 17045 | ADFAN | RIVERA ZAMBRANA, ELIUD | 5157 |
| 25189 | ADSEF | ROBLES GONZALEZ, RAQUEL | 3217 |
| 15826 | ADSEF | ROBLES ORTIZ, JESUS | 5646 |
| 24959 | ADFAN | ROBLES RIVERA, NYDIA | 6151 |

| | | | |
|---|---|---|---|
| 22451 | ADSEF | ROBLES SIERRA, RAMONITA | 6519 |
| 17011 | ADSEF | RODRIGUEZ ABREU, ANGEL | 7035 |
| 15634 | ADFAN | RODRIGUEZ CARRILLO, GEORGINA | 3196 |
| 17051 | ADSEF | RODRIGUEZ COLLAZO, EDDIE O. | 1064 |
| 24224 | ADSEF | RODRIGUEZ DE ROMERO, MILAGROS | 0229 |
| 24187 | ADSEF | RODRIGUEZ GONZALEZ, NELLY | 2000 |
| 25013 | ADSEF | RODRIGUEZ GONZALEZ, ROSA M. | 1651 |
| 15578 | SEC | RODRIGUEZ MARTINEZ, CARMEN L. | 4785 |
| 23192 | SEC | RODRIGUEZ RAMOS, MARIA | 5694 |
| 18954 | SEC | RODRIGUEZ RODRIGUEZ, ALFREDO | 2995 |
| 21740 | ADSEF | RODRIGUEZ RODRIGUEZ, IXIA E. | 7517 |
| 20895 | ADSEF | ROHENA BARRETO, JOSE L. | 2687 |
| 22614-24711 | ARV | ROLDAN SANES, VICENTE | 2412 |
| 20834 | ADSEF | ROMAN HERNANDEZ, MARIA D. | 3049 |
| 26700 | ADSEF | ROMERO CRUZ, MARILYN | 4361 |
| 27869 | ADSEF | ROMERO PARIS, LYDIA | 7076 |
| 15863 | ADSEF | ROSA MALDONADO, ELMERIDA | 8839 |
| 22094 | ADFAN | ROSA NAVARRO, CARMEN R. | 4285 |
| 23166 | ADSEF | ROSADO CRUZ, MARIA | 8615 |
| 15730 | ADSEF | ROSADO MEDINA, CARMEN M. | 4511 |
| 20901 | ADSEF | ROSADO ROSARIO, JOSE E. | 2247 |
| 15885 | ADSEF | ROSADO VAZQUEZ, IRIS SONIA | 1337 |
| 18301 | ADSEF | ROSARIO DIAZ, GLADYS E. | 1327 |
| 25041 | ADSEF | ROSARIO RIVERA, NEREIDA | 9742 |
| 15810 | ADSEF | ROSARIO SERRANO, EULOGIA | 8954 |
| 24081 | SEC | RUBERTE DE MOLINA, NOEMI | 7344 |
| 26723 | ADSEF | RUIZ DE LA TORRE, MINERVA | 1081 |
| 21301 | ADFAN | RUIZ GONZALEZ, DORIS N. | 6378 |
| 18577 | ADSEF | RUIZ MANZANO, FLOR M. | 1335 |
| 19299 | SEC | RUIZ RAMOS, CARMEN M. | 3403 |
| 25181 | ADSEF | RUIZ RIVERA, OSVALDO | 1856 |
| 15889 | ADSEF | SALDANA CARRASQUILLO, ERMELINDO | 0988 |
| 20884 | ADSEF | SALGADO PIZARRO, JAIME | 9164 |
| 88621 | AIJ | SALGADO SANTOS CARMELO | 6494 |
| 73172 | AIJ | SALGADO SOLER LUPERCIO | 7971 |
| 18646 | ACUDEN | SANCHEZ DE SOTO, MYRTA    SANCHEZ | 6850 |
| 25742 | ADSEF | SANCHEZ GONZALEZ, MIGUEL | 3853 |
| 17753 | ADFAN | SANCHEZ NIEVES, ELIZABETH | 8144 |
| 19235 | ADSEF | SANCHEZ POMALES, CARMEN S. | 4465 |
| 23019 | SEC | SANCHEZ RIOS, PAULA | 9343 |
| 28246 | ADFAN | SANCHEZ RODRIGUEZ, LUZ E    SANCHEZ | 1571 |
| 18318 | ADFAN | SANCHEZ SOTO, IRIS Y. | 8113 |

| | | | |
|---|---|---|---|
| 17015 | ADSEF | SANCHEZ VELEZ, JACKELINE | 1650 |
| 19800 | ASUME | SANTA COLON, IVETTE | 2491 |
| 18903 | ADFAN | SANTANA AVILES, AWILDA | 1645 |
| 25194 | ADSEF | SANTANA CLAUDIO, SARAH | 8523 |
| 24536 | ADSEF | SANTIAGO BERMUDEZ, ZENAIDA | 4872 |
| 25188 | ADSEF | SANTIAGO CARRION, SANTA | 2448 |
| 18343 | ADSEF | SANTIAGO GARCIA, IRIS M. | 7484 |
| 25714 | ADSEF | SANTIAGO ROSA, MIGUEL | 9559 |
| 19233 | ADSEF | SERRANO DAVILA, IVETTE MA. | 2359 |
| 24971 | ADSEF | SERRANO DIAZ, ORLANDO | 3066 |
| 24171 | ADSEF | SERRANO NEGRON, MARIA LYDIA | 7809 |
| 15622 | ADSEF | SOLA SANCHEZ, KAREN | 7119 |
| 19292 | ADSEF | SOLER MORALES, MARIA DEL C. | 5155 |
| 18168 | ADSEF | SOLIVAN SANCHEZ, FRANCISCO | 5708 |
| 24930 | ADSEF | SOTO SANES, PATRIA H. | 9002 |
| 17065 | ADFAN | SOTO TORRES, DIGNA R. | 6364 |
| 23431 | ADSEF | STERLING BERTEN, MARGARITA | 6995 |
| 73068 | SEC | STERLING LEBRON, JOSEPH | 0179 |
| 25023 | ADSEF | TAPIA RIOS, RUTH M. | 5434 |
| 22325 | ADSEF | TIRADO MAYSONET, RICARDO | 1749 |
| 19921 | ADSEF | TORRES CARTAGENA, MARIA E. | 3497 |
| 17763 | ADSEF | TORRES CONCEPCION, GLORIA E. | 8271 |
| 16423 | ADFAN | TORRES JIMENEZ, AIDA I. | 5293 |
| 12734 | ADSEF | TORRES MANZANO, ALEJANDRO | 3513 |
| 18271 | ADSEF | TORRES MUNOZ, ELSIE | 7439 |
| 17764 | ADSEF | TORRES PEREZ, FELICITA            TORRES | 5273 |
| 22991 | ADSEF | TORRES POSSI, ZENAIDA | 5908 |
| 18552 | ADSEF | TORRES POZZI, LUZ N. | 1992 |
| 16446 | ADSEF | TORRES RIVERA, EDITH | 9734 |
| 15817 | ADSEF | TORRES SANCHEZ, CONSUELO | 4839 |
| 26717 | ADSEF | TORRES SANTIAGO, MARILU | 5961 |
| 17038 | ADSEF | TRAVIESO LEDUC, JOSE L. | 6303 |
| 18947 | ADSEF | VACHIER MONELL, ANTONIO - APARECE CO | 3266 |
| 82575 | AIJ | VALCARCEL OSORIO NORBERTO | O985 |
| 24915 | ACUDEN | VARELA CARTAGENA, PATRIA S. | 3721 |
| 89224 | ADFAN | VARGAS PEREZ, ANA | 9087 |
| 18208 | ADSEF | VARGAS VARGAS, MARIA E. | 6246 |
| 18291 | ADSEF | VARGAS VEGA, ESTHER E. | 1317 |
| 15559 | ADSEF | VAZQUEZ CASTILLO, IRMA | 0336 |
| 24994 | SEC | VAZQUEZ CINTRON, ROSA IRIS | 6499 |
| 26715 | ADSEF | VAZQUEZ RIVERA, MARIA TERESA | 2621 |
| 17029 | ACUDEN | VEGA HERNANDEZ, GILBERTA | 8691 |

| | | | |
|---|---|---|---|
| 26719 | ADFAN | VEGA JIMENEZ, MILAGROS | 4509 |
| 17036 | ADFAN | VEGA LOPEZ, JORGE L. | 0761 |
| 18485 | ADSEF | VEGA SOTO, AMALIA | 5755 |
| 16354 | ADSEF | VELAZQUEZ BENITEZ, ANA DELIA | 4981 |
| 17757 | ADSEF | VELAZQUEZ CRUZ, ADA Y. | 4475 |
| 33133 | ADSEF | VELAZQUEZ ROSADO, MIGDALIA CLAIM: RO | 2025 |
| 15861 | ADSEF | VELEZ CORREA, EULALIA | 7016 |
| 21989 | ADSEF | VELEZ LAFFONSE, JOSE | 2111 |
| 20458 | ADSEF | VELEZ MELENDEZ, IVELISSE | 1916 |
| 15764 | SEC | VELEZ NIEVES, DELIA | 5274 |
| 18339 | ADSEF | VELEZ ORTIZ, HILDA | 1829 |
| 22287 | ADSEF | VELEZ ORTIZ, MIRIAM M. | 9696 |
| 24946 | ARV | VELEZ SANCHEZ, NYDIA M. | 7772 |
| 17756 | ADSEF | VELEZ TIRADO, ENOELIA | 4333 |
| 16440 | ADFAN | VERGES VAZQUEZ, CARMEN M. | 5769 |
| 15757 | ADSEF | VIERA RAMOS, IVELISSE | 0593 |
| 15822 | ADSEF | VIERA ZAYAS, CARMEN | 3802 |
| 22134 | ADSEF | VILLA SOTO, MARIA | 9404 |
| 18294 | ADSEF | VILLAFANE DE LEON, FELIX M. | 9248 |
| 16434 | ADSEF | VILLAFANE PEREZ, ARLYN I. | 2726 |
| 81733 | ADSEF | VILLEGAS MARTINEZ, ROSITA | 0303 |
| 12115 | ADSEF | VIZCARRONDO FLORES, EVELYN | 2407 |
| 22345 | ADSEF | ZAYAS ESTERAS, REINA L. | 9882 |
| 60084 | AIJ | ZAYAS RIVERA NORBERTO | |