25 de marzo de 2020

RECF...
2020 APR 14 AM 11: 01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

No. Reclamaciones
45249
56702
88723
52946

PROMESA
Título III
**No. 17 BK 3283-LTS**

Por medio de esta misiva, yo María E. Villanueva Torres, Maestra Pensionada del Departamento de Educación de Puerto Rico, les dejo saber que no estoy de acuerdo con la objeción que se emitió conforme al caso: Título III de la Ley Promesa.

Considero que el Estado libre Asociado de Puerto Rico, nos ha fallado y privado de aumentos de sueldo y retribuciones pendientes de adjudicación. Según información brindada por la Asociación de Maestros de Puerto Rico, las siguientes leyes, están pendientes de adjudicación:

Ley 109 1ro de julio de 2008
OASE 2013 -11- 0224

Ley 96 1ro de julio de 2002
OASE 2013 -04 – 1542

En cuanto a los Aumentos de Sueldo, y Retribuciones Pendientes de Adjudicación se refiere, he hecho las gestiones pertinentes en el Departamento de Educación de Puerto Rico, para someter los documentos que evidencien lo antes expuesto y a la verdad que no ha sido fácil porque indican que van a enviarlos por correo regular o electrónico y los mismos no llegan.

Solicité al Departamento de Educación, las 409 de las leyes para las cuales apliqué y me indicaron que ellos no podían ir documento por documento. Someto, todas las que me entregaron, entre ellas, algunas evidencian que me pagaron leyes que estoy reclamando.

Reenvío los documentos con las correcciones indicadas, y someto los siguientes anejos:

Anejo 1   Carta de Objeción
Anejo 2   Certificación Departamento de Educación
Anejo 3   Informe Renta Anual Vitalicia Sistema de Retiro para Maestros
Anejo 4   Certificación de Pensión del Sistema de Retiro para Maestros
Anejo 5   Talonario
Anejo 6   Informe de Cambios Personal Docente (409)

_____
María E. Villanueva Torres