DEPARTAMENTO DE EDUCACIÓN
GOBIERNO DE PUERTO RICO

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

2020 FEB 18 PM 12:12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**ATT: LEY PROMESA**

18 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | MARIA E. VILLANUEVA TORRES |
| Seguro Social | : | -5928 |
| Categoría | : | MA. EDUCACION TEMPRANA-NIVEL ELEMENTAL (K-3) |
| Distrito Escolar | : | TOA BAJA |
| Sueldo Mensual | : | $3,240.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 29 de mayo de 2009 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (30) años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

María E. Villanueva Torres

Promesa Título III
No. 17BK 3283-LTS

Reclamación: 45249
56702
88723
52946

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Rev.GIFT 10-OCT-08

Estado Libre Asociado de Puerto Rico
Sistema de Retiro para Maestros

# INFORME RENTA ANUAL VITALICIA

Núm de Caso: 1672

Fecha Radicación (Mes-Día-Año): 28-abr-09
Fecha Vencimiento: 7-jul-09

VILLANUEVA TORRES MARIA E. — Apellido Paterno, Materno, Nombre e Inicial
Seguro Social: [illegible]-328
Sexo: ☑ Femenino ☐ Masculino

19-ago-1953 — Fecha Nacimiento (Mes-Día-Año)
ELEM-TOA ALTA — Categoría y Pueblo
Retiro Ley Núm.: Ley 91 del 2004

FILED
2009 FEB 18 AM 10: 02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Dirección Postal: RR 4 BOX 26310
TOA ALTA PR 00953

Tipo de Renta (Pensión): ☑ Años de Servicio y Edad ☐ Edad ☐ Diferida
☐ Incapacidad Ocupacional ☐ Incapacidad No Ocupacional

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Renta | |
|---|---|---|---|---|---|---|---|---|---|
| Años | Meses | Días | Años | Meses | Sem | Días | | Mensual | Anual |
| 55 | 9 | 11 | 30 | 0 | 3 | 3.5 | $ 53,254.70 | $ 2,288.67 | $ 27,464.04 |

Fecha de Renuncia (Mes-Día-Año): 29-may-09 — Último Día de Pago: 29-may-09
Fecha Efectividad Pensión (Mes-Día-Año): 30-may-09 — Cierre de Nómina: 9-jul-09
Fecha Primer Pago Pensión (Mes-Día-Año): 31-Jul-09 — Importe $ 2,288.67
Pago Global Retroactivo: Desde 30-may-09 Hasta 15-jul-09 Importe Total $ 3,580.67

## DESGLOSE DE DESCUENTOS

| | Clave | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|---|
| Importe Total (Bruto) | | $ 3,580.67 | $ 2,288.67 |
| Menos Descuentos: | | Descuento | Descuento |
| Préstamos: Personal (PP) | 47-000 | 398.55 | 265.70 |
| Cultural (RC) | 45-000 | | |
| Hipotecario (PH) | 36-000 | | |
| Fianzas | 67-059 | | |
| | | | |
| Aport. Individual 9% (Clave 26-001) | | | |
| ASUME | | | |
| Otros | | | |
| Importe Neto | | $ 3,182.12 | $ 2,022.97 |

#133.85

PAGADO
9 JUL 2009

AREA DE RETIRO
DOCUMENTOS PREINTERVENIDOS
JUL 09 2009
NOMBRE: MARIANELA GONZALEZ MARTINEZ
FIRMA:

Bonos:
☑ Bono Verano (PBV) $ 100.00 ☑ Bono Medicamentos (PBM) $ 100.00
☐ Bono Navidad (BNP)

Certifico que la información aquí provista es cierta, correcta y completa.

ALFONSO MARTINEZ SANCHEZ — Nombre del Empleado — Firma — 25-jun-2009 Fecha
NORMA I. PEÑA AGOSTO — Nombre Supervisor — Firma — Fecha

## PREINTERVENCIÓN DE DOCUMENTOS

Verificación de: ☑ Exactitud ☑ Legalidad ☑ Firmas ☐ Otros

AREA DE RETIRO
DOCUMENTOS PREINTERVENIDOS
JUN 29 2009
NOMBRE:
FIRMA:

## USO DIRECTOR(A) AREA RETIRO

Aprobado por: IVONNE L. ORTIZ VALLADARES
Nombre Director(a) o Representante Autorizado
Firma — Fecha (Mes-Día-Año): 7/3/09

## USO AREA DE PENSIONADOS (Sección Nóminas)

Ingreso a Nómina Mes 7 ☐ 1ra ☑ 2da
Nombre Empleado: Waidal Rodríguez Mirabal
Firma — Fecha (Mes-Día-Año): 7/1/09

Nómina Pago Global Mes Julio ☐ 1ra ☑ 2da ☐ Off Cycle ☑ Pay Line
Nombre Empleado
Firma — Fecha (Mes-Día-Año): 7/10/09

Juan Agosto Castro — Nombre Supervisor — Firma — Fecha (Mes-Día-Año): 6-Agosto 2009

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.

Promesa Título III
No. 17 BK 3283 LTS
Reclamación:
45249
56702
88723
52946

GOBIERNO DE PUERTO RICO
Sistema de Retiro para Maestros

RECEIVED AND FILED
2020 FEB 18 AM 10:42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Maria E. Villanueva Torres**, con número de seguro social que termina en **5928**.

| | |
|---|---|
| **Fecha de Efectividad de la Pensión** | **30 de mayo de 2009** |
| **Tiempo Cotizado para la Pensión** | **30 años, 0 mes, 3 sem., 3.5 día** |
| **Pensión Mensual Inicial** | **$2,288.67** |
| **Pensión Mensual Actual** | **$2,288.67** |

Esta certificación se expide hoy, **14 de febrero de 2020** en **San Juan**, **Puerto Rico**.

**Edgardo J. Negrón Ramírez**
**Supervisor**
**Área de Servicios de Retiro**

Maria E. Villanueva Torres

Promesa
Título III
No. 17 BK 3283-LTS
Reclamación: 45249
56702
88723
52946

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918 P.O. Box 191879 · San Juan PR 00919-1879

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| Grupo de Pago: | SM -Quincenal | Business Unit: | PUERT |
|---|---|---|---|
| Desde: | 02/01/2020 | Aviso #: | 6080276 |
| Hasta: | 02/15/2020 | Fecha Aviso: | 02/14/2020 |

MARIA E VILLANUEVA TORRES
RR 4 BOX 26310
TOA ALTA, PR 00953

SS: XXX-XX-5928

| # Empleado: | XXXXX5928 |
|---|---|
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $2,288.67 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

**HORAS E INGRESOS**

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,144.34 | 247.50 | 3,433.02 |
| Total: | | | 1,144.34 | 247.50 | 3,433.02 |

**IMPUESTOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

**DEDUCCIONES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

**DEDUCCIONES GENERALES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MCS Advantage | 50.00 | 150.00 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 25.50 |
| Total: | 58.50 | 175.50 |

**BENEFICIOS PATRONALES PAGADOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MCS Advantage | 0.00 | 100.00 |
| * Tributable | | |

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,144.34 | 0.00 | 58.50 | 1,085.84 |
| Acumulado: | 3,433.02 | 0.00 | 175.50 | 3,257.52 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

**DISTRIBUCION PAGA NETA**

| | |
|---|---|
| Aviso #6080276 | 1,085.84 |
| Total: | 1,085.84 |

MENSAJE:

**Gobierno de Puerto Rico**
**592 - SISTEMA DE RETIRO MAESTRO-PENS**

**Fecha**
**02/14/2020**

**Aviso No.**
**6080276**

**Cant. Desposito:** **$1,085.84**

**A la**
**Cuenta(s) De**

MARIA E VILLANUEVA TORRES
RR 4 BOX 26310
TOA ALTA, PR 00953

**DISTRIBUCION DE DEPOSITO DIRECTO**

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $1,085.84 |
| Total: | | $1,085.84 |

**NO-NEGOCIABLE**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL - HATO REY, PUERTO RICO

DEJO DE ACUMULAR 0 DIAS 0.00 HRS
VACACIONES REGULARES
POR AUSENCIAS DESCONTABLES

PAGAR 40 DIAS 0.00 HRS
VACACIONES REGULARES - JULIO

INFORME DE CAMBIO - PERSONAL DOCENTE

CLAVE ALFA: VIL

VILLANUEVA TORRES, MARIA E
NOMBRE

-5928
SEGURO SOCIAL

TOA ALTA -068/MARIA C. OSORIO
DISTRITO/ESCUELA

15 - BA
PREPARACION

REGULAR (01) -
STATUS

26-0-0-0.0
ANTES DESPUES
EXPERIENCIA (A-M-S-D)

MA, EDUC. NINEZ TEMP. NIVEL ELEM.(K-3) -9
CATEGORIA - CLASE

NUMERO DE PUESTO

$ 2,380.00
SUELDO ANTES DEL CAMBIO

01/JUNIO/2005
PAGO DE VACACIONES

ESTATAL (111)
FONDO

CAUSA DEL CESE

ULTIMO DIA DE TRABAJO

ULTIMO DIA DE PAGO

E1110-11100-0310000-1008-00100-2006-
CIFRA DE CUENTA

OBSERVACIONES: AUMENTO EN SUELDO SEGUN CONVENIO COLECTIVO EFECTIVO AL 1 DE JULIO DE 2005 A $2480.00

APROBADO POR EL SECRETARIO DE EDUCACION.

FIRMA

FECHA

PARA USO DE LA DIVISION DE NOMINAS
(CESE)
PROXIMO MES

PC 5
CURO 3)

María E. Villanueva Torres

FORM. 409

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL – HATO REY, PUERTO RICO

INFORME DE CAMBIO ESPECIAL – PERSONAL DOCENTE

| ANTES DEL CAMBIO | | DESPUES DEL CAMBIO |
|---|---|---|
| 1. NOMBRE DEL EMPLEADO | Villanueva Torres, María E. | |
| 2. NUM. SEGURO SOCIAL | -5928 | |
| 3. PREP. ACADEMICA | BA | |
| 4. EXPERIRENCIA | | |
| 5. STATUS EMP. *CONTRATO* | Permanente | |
| 6. SUELDO BRUTO | $1,125.00 | $1,150.00 |
| 7. NUM. DE LA PLAZA | | |
| 8. CATEGORIA | Elemental | |
| 9. CLASIFICACION | | |
| 10. FONDO | Esaatal | |
| 11. CIFRA CUENTA | 91-111-081-01-001 | (93-111-081-01-68-01-001-1110-01-0000) |
| 12. FECHA-EFECTIVIDAD | | 5 agosto 91 |
| 13. ACCION Y DURACION | | Aum S/Ley 89 |
| 14. DISTRITO ESCOLAR | Toa Alta | |

15. ENMIENDA A LOS SIGUIENTES CAMBIOS.

| ACCION | EFECTIVIDAD | SUELDO ANTES | SUELDO DESPUES | DISTRITO | CIFRA DE CUENTA |
|---|---|---|---|---|---|
| Aum S/Exp | 1 jul. 92 | $1,150.00 | $1,175.00 | Toa Alta | 93-111-081-01-068-001-1110-01-0000 |
| Aum S/Exp. | 5 jul. 93 | 1,175.00 | 1,200.00 | | |

16. APROBADO POR EL SECRETARIO DE EDUCACION

[signature]

FIRMA

16 de sept. 1993 iaf

FECHA

SI EL NOMBRAMIENTO ES PROVISIONAL EL MISMO CONSTITUYE UN CERTIFICADO PROVISIONAL POR SU DURACION.

[signature]

Form. 40.. Rev./79

Pagarle ______ días por vacaciones regulares en julio

Descontarle ________ días por ausencias

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE INSTRUCCION PUBLICA
División de Personal - Hato Rey, Puerto Rico

INFORME DE CAMBIO - PERSONAL DOCENTE

| ANTES DEL CAMBIO | | DESPUES DEL CAMBIO |
|---|---|---|
| 1 Nombre del Empleado | VILLANUEVA TORRES, MARIA E. | |
| 2 Núm. Seg. Social | -5928 | |
| 3 Sexo | | |
| 4 Estado Civil | | |
| 5 Prep. Académica | BAE 15 | |
| 6 Experiencia | 19-0-0-0 | |
| 7 Status Empleado (Contrato) | PERM. 01 | |
| 8 Sueldo Bruto | $1,750 | $1,775 |
| 9 Núm. de la Plaza | | |
| 10 Categoría de la Plaza | ELEMENTAL 9971 | |
| 11 Clasificación Puestos Dir | | |
| 12 Fondo | ESTATAL | |
| 13 Cifra Cuenta | 98-111-081-09-063-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-01-000066-0000 | |
| 14 Fecha de Efectividad | | 5 de agosto de 1996 |
| 15 Acción y Duración | | AUM.S/LEY 89 |
| 16 Causa del Cese | | |
| 17 Ultimo Día Trabajo | | |
| 18 Ultimo Día de Pago | | |
| 19 Programa Escolar | | |
| 20 Turno en Registro | | |
| 21 Distrito Escolar | TOA ALTA 66 | |

LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA

22 Desde

23 Hasta

24 Observaciones (Antes del Cambio)

25 Observaciones (Después del Cambio)

26 ______________________ ____________

Firma Empleado en caso de cambio de contrato a probatorio, traslado, reasignación permanente o descenso — Fecha

27 Deseo:

☐ Acogerme ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de P.R. en caso de cambio de contrato de sustituto a probatorio o de sustituto a permanente.

______________________ ____________

Firma del Empleado — Fecha

28 Recomendado

______________________ ____________

Superintendente de Escuelas — Fecha

29 Recomendado

______________________ ____________

Superintendente de Escuelas — Fecha

30 APROBADO: POR EL SECRETARIO DE INSTRUCCION PUBLICA

______________________

FIRMA

______________________

FECHA

Si el nombramiento es provisional el mismo constituye un CERTIFICADO PROVISIONAL por su duración

PIPE

**Departamento de Educación**
**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**Secretaria Auxiliar de Recursos Humanos**
**Informe de Cambios**

| | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | MARIA E, VILLANUEVA TORRES | |
| 2. Número de Seguro Social | 5928 | |
| 3. Lugar de Nacimiento | NARANJITO, P.R. | |
| 4. Fecha de Nacimiento | 19 de agosto de 1953 | |
| 5. Sexo | F | |
| 6. Estado Civil | CASADO | |
| 7. Preparación Académica | MA 21 | |
| 8. Experiencia | 30.0.0.0.0 | |
| 9. Status del Empleado | PERMANENTE | |
| 10. Sueldo Bruto | $3,240.00 | |
| 11. Número de Puesto | | |
| 12. Categoría del Puesto | M,EDUC. NIÑEZ TEMP. NIVEL ELEM.(K-3) | JUL 01 2009 |
| 13. Fondo | ESTATAL | |
| 14. Cifra de cuenta | E1110-22100-0810000-0000-08100-2009-SCHOOLWIDE09 | |
| 15. Fecha de efectividad | 29 de mayo de 2009 03:00 pm | |
| 16. Acción | RENUNCIA | |
| 17. Duración | | |
| 18. Causa del Cese | JUBILACIÓN | |
| 19. Ultimo día de Trabajo | 29 de mayo de 2009 03:00 pm | |
| 20. Ultimo día de Pago | 29 de mayo de 2009 03:00 pm | |
| 21. Prog Esc, Nivel/Grado | | |
| 24. Distrito Escolar | TOA ALTA | |
| 25. Escuela | MARIA C. OSORIO | |

26. Dirección Postal:RR 4 BOX 26310 TOA ALTA PUERTO RICO 00953

26. Teléfono: ~~(787)279-3564~~ 787-214-3366

27. Observaciones:CANCELA PAGO VACACIONES SRM Y AEELA. SE ACOGE A LOS BENEFICIOS DE LA LEY NUM 91 DE 29 DE MARZO DE 2004 (RVI) P/ GLOBAL VAC. REG 40.0.00 (DESDE 01/JUNIO/2009 08:00 AM - HASTA 28/JULIO/2009 03:00 PM) Y ENF. 89.1.47 (DESDE 03/AGOSTO/2009 08:00 AM - HASTA 08/DICIEMBRE/2009 09:47 AM). AÑOS DE SERVICIO

28.Preparado por: LUZ N GONZALEZ RIVERA — FECHA: 23 de junio de 2009

29.Verificado por: LUZ N GONZALEZ RIVERA — FECHA: 23 de junio de 2009

30.Aprobado por: LIC BRENDA A. VIRELLA CRESPO — FECHA: 23 de junio de 2009

Secretario de Educación o su representante

SECRETARIA AUXILIAR DE RECURSOS HUMANOS
INFORME DE CAMBIO - PERSONAL DOCENTE

NOMBRE: VILLANUEVA TORRES, MARIA E
SEGURO SOCIAL: [illegible]-3928

| | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| PREPARACION ACADEMICA | BA | |
| STATUS | PERMANENTE -01 | |
| SUELDO | $ 1,[illegible]0.00 | $ 2,080.00 |
| CATEGORIA | MAESTRO ELEMENTAL -9971 | |
| FONDO | ESTATAL | |
| CIFRA DE CUENTA | E1110-11100-0810000-1008-00100-2003- | |
| FECHA EFECTIVIDAD | | 01/JULIO/2002 |
| ACCION Y DURACION | | AUMENTO SUELDO LEY [illegible] |
| DISTRITO | TOA ALTA -068 | |
| ESCUELA | MARIA C. OSORIO -72090 | |

APROBADO: POR EL SECRETARIO DE EDUCACION O SU REPRESENTANTE

[signature]

FIRMA

FECHA

DOCENTE-MAESTROS\ESTATAL\BAYAMON\TOA ALTA

Primera Titulo III
NO. 17BK 3283-LTS
Reclamación: 45249
56702
88723
52946

[signature]

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL - HATO REY, PUERTO RICO

AMR

INFORME DE CAMBIO - PERSONAL DOCENTE

CLAVE ALFA: VIL

VILLANUEVA TORRES, MARIA E — NOMBRE

-5928 — SEGURO SOCIAL

TOA ALTA — DISTRITO

15 - BA — PREPARACION

73890-MARIA C. OSORIO — UBICACION/ESCUELA

NUMERO DE PUESTO

REGULAR — STATUS

ESTATAL — FONDO

MAESTRO ELEMENTAL — CATEGORIA - CLASE

10 DE ENERO 2000 — FECHA DE EFECTIVIDAD

E1110-11100-0810000-1008-00100-2000- — CIFRA DE CUENTA

$ 1,775.00 — ANTES DEL CAMBIO

$ 1,975.00 — DESPUES DEL CAMBIO

OBSERVACIONES:

AUMENTO EN SUELDO CONFORME A LA LEY NUM. 169 DE 29 DE JULIO DE 1999.

APROBADO POR EL SECRETARIO DE EDUCACION.

RECIBIDO
FEB 2 ? 2000
DIVISION DE NOMINAS
SECCION DE CORRESPONDENCIA

María E. Villanueva

Form. 409 Rev. 7/79

Pagarle _______ días por vacaciones regulares en julio

Descontarle _________ días por ausencias

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE INSTRUCCION PUBLICA
División de Personal - Hato Rey, Puerto Rico

INFORME DE CAMBIO - PERSONAL DOCENTE

| ANTES DEL CAMBIO | Clave 9971 | DESPUES DEL CAMBIO |
|---|---|---|
| 1 Nombre del Empleado | Villanueva Torres, María | |
| 2 Núm. Seg. Social | ___ __ -5928 | |
| 3 Sexo | F | |
| 4 Estado Civil | | |
| 5 Prep. Académica | N | BAE |
| 6 Experiencia | 8-0 | |
| 7 Status Empleado (Contrato) | Trans. Eleg. | |
| 8 Sueldo Bruto | $753. | $787. |
| 9 Núm. de la Plaza | | |
| 10 Categoría de la Plaza | Elemental | |
| 11 Clasificación Puestos Dir | | |
| 12 Fondo | E | |
| 13 Cifra Cuenta | 86-111-80-05-01 | |
| 14 Fecha de Efectividad | | 1ro. julio 1986 |
| 15 Acción y Duración | | Cambio sueldo por preparación |
| 16 Causa del Cese | | |
| 17 Ultimo Día Trabajo | | |
| 18 Ultimo Día de Pago | | |
| 19 Programa Escolar | | |
| 20 Turno en Registro | | |
| 21 Distrito Escolar | Toa Alta | |

LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA

22 Desde

23 Hasta

24 Observaciones (Antes del Cambio)

25 Observaciones (Después del Cambio)

Corrige Pago vacaciones enviado anteriormente. Aum. s/exp. de $787. a $812. efectivo 1ro. julio 86.

26 ______________________________ ____________

Firma Empleado en caso de cambio de contrato a probatorio, traslado, reasignación permanente o descenso — Fecha

27 Deseo:
☐ Acogerme ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de P.R. en caso de cambio de contrato de sustituto a probatorio o de sustituto a permanente.

Firma del Empleado — Fecha

28 Recomendado

Superintendente de Escuelas — Fecha

29 Recomendado

Superintendente de Escuelas — Fecha

30 APROBADO: POR EL SECRETARIO DE INSTRUCCION PUBLICA

FIRMA — 11 junio 86 FECHA

Si el nombramiento es provisional el mismo constituye un CERTIFICADO PROVISIONAL por su duración

DEPARTAMENTO DE EDUCACION
ESTADO LIBRE ASOCIADO DE PUERTO RICO

SECRETARIA AUXILIAR DE RECURSOS HUMANOS
INFORME DE CAMBIOS - PERSONAL DOCENTE

| | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1. NOMBRE DEL EMPLEADO | VILLANUEVA TORRES, MARIA E | |
| 2. SEGURO SOCIAL | [illegible]-5923 | |
| 3. PREPARACION ACADEMICA | BA | |
| 4. SUELDO BRUTO | $ 2,020.00 | $ 2,230.00 |
| 5. NUMERO DE PUESTO | [illegible] | |
| 6. CATEGORIA DE PUESTO | MAESTRO ELEMENTAL -9971 | |
| 7. FONDO | ESTATAL | |
| 8. CIFRA DE CUENTA | 11110-11100-0810000-1006-00100-2003- | |
| 9. FECHA DE EFECTIVIDAD | | 01/JULIO/2003 |
| 10. ACCION Y DURACION | | AUMENTO EN SUELDO |
| 11. ESCUELA | MARIA C. OSORIO -73890 | |
| 12. DISTRITO ESCOLAR | TOA ALTA -068 | |

13. OBSERVACIONES: AUMENTO SUELDO DE ACUERDO AL CONVENIO COLECTIVO ENTRE EL DEPARTAMENTO DE EDUCACION Y LA FEDERACION DE MAESTROS RATIFICADO EL [illegible] DE AGOSTO DE 2002.

14. APROBADO POR EL SECRETARIO O SU REPRESENTANTE

[signature]

FIRMA

FECHA

[signature]

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL - HATO REY, PUERTO RICO

INFORME DE CAMBIO - PERSONAL DOCENTE

VILLANUEVA-TORRES,MARIA E

NOMBRE

-5926

SEGURO SOCIAL

$ 1175.00

SUELDO ANTES

$ 1300.00

SUELDO DESPUES

1 DE OCTUBRE DE 1993

EFECTIVIDAD

9971 -MAESTRO ELEMENTAL

CATEGORIA

94-222-081-29-718-075-1120-01-0637
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CIFRA DE CUENTA

063-TOA ALTA

DISTRITO ESCOLAR

OBSERVACIONES:

AUMENTO SUELDO LEY NUMERO 28 DEL 28 DE JULIO DE 1993.

APROBADO POR EL SECRETARIO DE EDUCACION

FIRMA

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL - HATO REY, PUERTO RICO

DEJO DE ACUMULAR 0 DIAS 0.00 HRS
VACACIONES REGULARES
POR AUSENCIAS DESCONTABLES

PAGAR 40 DIAS 0.00 HRS
VACACIONES REGULARES - JULIO

INFORME DE CAMBIO - PERSONAL DOCENTE

CLAVE ALFA: VIL

VILLANUEVA TORRES, MARIA E
NOMBRE

5928
SEGURO SOCIAL

TOA ALTA -068/MARIA C. OSORIO
DISTRITO/ESCUELA

15 - EA
PREPARACION

REGULAR (01) -
STATUS

25-0-0-0.0
ANTES DESPUES
EXPERIENCIA (A-M-S-D)

MAESTRO ELEMENTAL -9971
CATEGORIA - CLASE

NUMERO DE PUESTO

$ [illegible]
SUELDO ANTES DEL CAMBIO

01/JUNIO/2004
PAGO DE VACACIONES

ESTATAL (111)
FONDO

CAUSA DEL CESE

ULTIMO DIA DE TRABAJO

ULTIMO DIA DE PAGO

[illegible]
CIFRA DE CUENTA

[illegible]: AUMENTO DE SUELDO SEGUN CONVENIO COLECTIVO EFECTIVO AL 1 DE JULIO DE 2004 A [illegible]

[illegible] [signature]

[signature]

RECEIVED AND FILED
2020 FEB 18 AM 10:43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**María E. Villanueva Torres**
**RR Box 26310**
**Toa Alta, PR 00953**

# Hoja de Trámite

**Fecha** : martes 18 de febrero de 2020

**A** : PRIME CLERK
830 Third Ave, 9th Floor
New Yok, NY 10022

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court
for the District of Puerto Rico (San Juan)

**De** : María E. Villanueva Torres
Creditor

**ASUNTO** : ENTREGA DOCUMENTOS PROOF OF CLAIM
No.45249 No.52946 No.88723 No. 56702

Comentarios: ______INFORME DE CAMBIOS
__✓__CERTIFICACIÓN AÑOS DE SERVICIO
__✓__CERTIFICACION DE PENSION
__✓__CERTIFICACION PAGO DE PENSIÓN
______COPIA TALONARIO
Informe Vitalicio

Recibido por: [signature] clerk

Fecha: 18 de feb de 2020

María E. Villanueva Torres
Promesa Título III
No. 17 BK 3283 - LTS

Reclamación:
45249
56702
88723
52946