Maria E. Villanueva (Jarris)
RR 4 Box 26310
Toa Alta, P.R 00953-9444

CERTIFIED MAIL
7015 3430 0000 5231 6363




U.S. POSTAGE PAID
FCM LETTER
TOA ALTA, PR
00953
MAR 27, 20
AMOUNT
$7.40
R2303S101172-6

RECEIVED & FILED
2020 APR 14  AM 11:02
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN

Clerk's Office
United States District Court
Room 150 Federal BLDG
San Juan, Puerto Rico  80918-1767