Sr. Aníbal Torres González
HC#2 Box 25957
San Sebastián, P.R. 00685




U.S. POSTAGE PAID
FCM LG ENV
SAN SEBASTIAN, PR
00685
APR 04 20
AMOUNT
$4.75
R2304E105809-9

RECEIVED & FILED
2020 APR 14 AM 11:02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Secretaría
Tribunal de Distrito de los Estados Unidos
#150 Chardón Avenue
Federal Building
San Juan, P.R. 00918



CERTIFIED MAIL
7020 0090 0002 1273 9763