27 de marzo 2020

RECEIVED & FILED
2020 APR 14, AM 11:00 20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RE
Réplica de objeción global

Reclamación de la objeción global establecida por el Tribunal el 12 dic. 2019, referente a la reclamación de dinero no pagado por el Estado Libre Asociado de P.R.

Número de caso - 17 BK 03283 LTS del Estado Libre Asociado de P.R.

Número de reclamaciones
62306 - monto reclamado - 6,000
67471 - monto reclamado - 8,000
77197 - monto reclamado - 7,500
y los intereses del dinero dejado de devengar. Así como leyes aprobadas que no se me otorgó el dinero que me correspondía.

Delfina Santiago Marrero
Urb. Los Caobos Corozo #2725
Ponce, P.R 00716
Imail - delfinasantiago0104@gmail.com
Seguro Social - xxx-xx-2829
Celular - 787-643-1104

El Tribunal no puede declarar a lugar la objeción global en relación a mi reclamo en base al derecho y hecho de dinero no pagado por el ELA de P.R., siendo empleada del Departamento de Educación durante los años que se pusieron las leyes.

Me opongo a dicha objeción de la ley Promesa. La evidencia del derecho son los años trabajados durante las fechas que fueron efectivas dichas leyes y no cobijaron.

Debido a mi condición de salud por cirugías bastante complicadas y a la recuperación de las mismas, a lo mejor no cumplí como debía. Ahora que me siento mejor, he leído los libros e hice una llamada exponiendo mi situación. En el 2018, mes de febrero me pusieron una prótesis en la rodilla derecha. En abril de 2019, lo mismo en la rodilla izquierda. Además me sometí a una litotripsia (riñones). Ahora el 6 de marzo me dio un pequeño derrame cerebral y estuve 4 días hospitalizada. En el 2016 me operaron de la cervical en la cual me pusieron 12 tornillos y además me operaron de un nervio pinchado en la mano (ulnar) derecha. Desde el 2016 he estado mucho en depresión.

Comencé a trabajar con el Departamento de Educación en agosto del 1972 hasta mi jubilación el 30 de mayo de 2000. (2001)

Se incluyen documentos que evidencian estre reclamo. Estos son los siguientes:
- Comprobante de retención del 2013
- Certificación de Pensión con deducciones
- Certificación de Pensión - 2013
- Evidencia del derrame cerebral - 2020
- Discharge Summary - cirugía rodilla izquierda - abril 23 - 2019
- Siró - Rehabilitación 4-25-19 hasta 05-9/19
- Cirugía rodilla derecha - 4-12-18
- Carta del médico cirujano ortopeda Dr. Norberto Bdez

Copia de evidencia de reclamo emitida por su oficina.

Favor de enmendar mis reclamaciones con la evidencia aquí presentada. De necesitar información adicional, favor de comunicarse a:
  Celular - 787-643-1104
  imail - delfinasantiago0104@gmail.com

Gracias anticipadas.
                              Delfina Santiago