7019 1640 0001 4816 7609

U.S. POSTAGE PAID
FCM LG ENV
MERCEDITA, PR
00715
MAR 26, 20
AMOUNT
$7.60
R2305H129513-02

UNITED STATES
POSTAL SERVICE®

1000         00918

RECEIVED
2020 APR 14 AM 11:32
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, PR

**RETURN RECEIPT
REQUESTED**

Secretaria
Tribunal de Distrito de
los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767