A: Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED
2020 APR 14 AM 11:03
CLERK'S OFFICE
U.S. DISTRICT COURT

De: Sra. Afélica Vargas Halley
reclamante,

Asunto: Comunicación presunto de caso Promesa:

Saludos! Durante varios semanas he estado recibiendo cartas "Promesa" num 17 BK 3283-LTS y manual (filing relates to the Commonwealth HTA and ERS) en diferentes exhibit. Yo no tengo abogado que me represente, pero si hago constar que yo trabajé para el Gobierno de P.R. 2 Municipios de lajas, 12 años para la Comisión Estatal de Elecciones Junta de Inscripción

Permanente como Técnico de Inscripción y luego 18 años de nuevo para el Municipio de Lajas como Policía Municipal el cual finalizque Feb 2017, y de lo cual existe evidencia en el Retiro de P.R. y Assoc. Ela Gob. Si entienden que necesitan alguna otra evidencia la misma esta en Municipio de Lajas. Hago constar que si tengo derecho a alguna compensación por el Gobierno se me incluya por derecho propio o me puedan representar.

Atte

Ofelia Gay P Mattey
787-458 7335