Angélica Vargas Matley
HC-01 BOX 10335
Lajas P.R. 00667-9711

U.S. POSTAGE PAID
FCM LG ENV
LAJAS, PR
00667
APR 09, 20
AMOUNT
$1.00
R2305K134671-02

RECEIVED & FILED
2020 APR 14 AM 11: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

To: Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan (Puerto Rico) 00918