

9 de abril de 2020

A quien corresponda:

Yo, Marisol Rivera Cruz, vecina del pueblo de Manatí, Puerto Rico con número de celular (787) 484-9795, resido en la Urb. Oneill 2 Calle B, Manatí, PR 00674-6143.

Por este medio doy a conocer que NO ESTOY DE ACUERDO con lo que dictaminó la corte sobre mi reclamo cuyo número de reclamación es 139739 y que recientemente recibí la notificación de Prime Clerk, LLC con el número SRF 40278.

Por lo tanto, nuevamente reclamo al Sistema de Retiro de los empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del título III (Employees Retirement System of the Government of the Common wealth of Puerto Rico) ELA, ACT Y EL SRE, pues debido a los incumplimientos en los pagaré de los aumentos ofrecidos por mi ejecución profesional como educadora, más mi activación y pasos de la Carrerra Magisterial desde abril 2015 me he visto gravemente afectada.

Es poreso que adjunto a mi carta anterior enviada el 14 de febrero del año en curso les envié las evidencias de mi reclamo de los cuales les pido muy respetuosamente que sean revisados nuevamente. En ellos encontrarán copias de mis talonarios desde que comencé a trabajar como maestra en el Departamento de Educación (uno por mes) donde se ve claramente mi sueldo desde entonces como evidencia de que mi salario no ha recibido los aumentos prometidos y merecidos por mi labor como maestra. También, encontrarán la carta de evidencia de empleo la cual me fue dada en las oficinas centrales del Departamento de Educación (DE) en Hato Rey, Puerto Rico.  Además, les envié copia de la fecha de mi activación en la Carrera Magisterial y la evidencias de mis créditos completados en mi maestría en la Universidad Interamericana, Recinto de Arecibo.  Les envié también copia de varias de mis planillas donde se observa claramente mi salario y mi número de seguro social donde se puede confirmar todo lo reclamado anteriormente, entre otros documentos.

Quedo ante su consideración y pido disculpas por enviar esta carta escrita en tinta azul.  Como sabrán nuestra gobernadora, Hno. Wanda Vázquez dictaminó un toque de queda a partir del 16 de marzo como medida de prevención para contrarrestar los efectos de la epidemia del Coronavirus en la Isla y como ciudadana responsible  me he limitado a salir de mi hogar solo en casos de emergencias.

Atentamente,

_____

Profa. Marisol Rivera Cruz