Marisol Rivera Cruz
Urb. Oneill 2 Calle B
Manati, P.R. 00674-6143

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767