RECEIVED &
Clerk Office 2020 APR 14 AM 11:05

3 mayo 2020

Yo Elizabeth Jigay Jigay #caso 17 BK 03283 LTS (Ley Promesa, Título III) con número de reclamación 20585 la presente radicación guarda relación en el Estado Libre Asociado de Puerto Rico 17BK 3283 LTS, Autoridad de Carreteras y Transportación número 17BK 3567 LTS, Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico - 17 BK 3566 LTS

Mi número de Teléfono celular es 787-372-3933 mi dirección postal es Urb Capetal 2 Calle Excelza N42 Yauco PR 00698. En nombre del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico.

Los deudores, La de Supervisión y Administración Financiera para Puerto Rico como representante del Estado Libre Asociado de Puerto Rico. Trabaje en el Hospital de Area Dr. Tito Mattei de Yauco desde 1979. Durante el cual no se cumplio con el pago estipulado por la Ley Promesa, razón por la cual me interesa continuar con la demanda.

att
Elizabeth Jigay Jigay