Elizabeth Lugo Lugo
HUD Capetero
Calle Escoba N45
Yauco, PR
00698

SAN JUAN PR 009
04 APR 2020 PM 1 L

Alabama 1819

RECEIVED
2020 APR 14 AN 11:06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Clerk Office
United States District Court
Room 150, Federal Building
San Juan, P.R.
00918-1767