9 de abril de 2020

Señores:

Ustedes reclaman evidencia de mi petición. No puedo ofrecer evidencia más allá de la que incluí con la petición original porque no tengo acceso a las notificaciones que recibimos relacionados con el aumento de sueldo proclamado por el Gobernador Hon,. Carlos Romero Barceló en el 1981-82. Era un aumento de sueldo para todos los empleados públicos. Algunos empleados, como es en mi caso, no recibimos dicho aumento. Se establecieron varios mociones ante los tribunales como causa común, pero no tengo ningún documento relacionado. En parte porque dadas las situaciones de los últimos huracanes en Puerto Rico hemos extraviado muchos documentos.

Entiendo que ya ustedes tienen acceso o documentos provistos por otros compañeros así que no se si es posible que los utilicen para evidenciar mi reclamo. El aumento era aproximadamente de $50 mensuales, lo cual hace un total aproximado de $8,400.00 hasta el 30 de junio de 2005, cuando me retire por edad. Tanto el Departamento de Educación y la Administración de Sistemas de Retiro Central pueden corroborar esta información.

Espero que esto pueda ayudar en algo en mi caso. No se que otra cosa puedo hacer.

Gracias por su atención.

*Soraida Calderon Romero*
Soraida Calderon-Romero
No reclamación: 117469