Soraida Calderon
1108 E 6th Avenue
Mitchell SD 57301

RECEIVED & FILED
2020 APR 14 AM 11:04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

10 APR 2020 PM 1 L

DAKOTA CENTRAL 573

Secretaria
Tribunal de Distrito de los E.U.
Room 150 Federal Bldg
San Juan PR 00918-1767

0091839999