Número de Reclamación: 158415 & FII
Reclamante: Rafael García García
Empleado del Estado Libre Asociado de Puerto Rico
Teléfono:
Email:

Ref: Centésima Cuadragésima Sexta Objeción Global del Estado Asociado de Puerto Rico y del Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico

2 de abril de 2020

Mi nombre es Rafael García García quien reside en la siguiente dirección: Urb. Monte Brisas 5 5H15 calle 8, Fajardo Puerto Rico 00738, someto la siguiente información por requerimiento de su agencia:

Laboré 30 años en el Departamento de Educación. Durante mis años de trabajo el Honorable Gobernador Carlos Romero Barceló, (para los años 1977 al 1989), otorgó un aumento de sueldo permanente para los empleados públicos. A tenor con lo que establece la Ley Núm. 89 mejor conocida como "El Romerazo", se le otorgaba un aumento salarial a **los empleados públicos incluyendo a los maestros de ($50.00) dólares mensuales.** El propósito era hacer justicia salarial a los maestros. Al día de hoy no se cumplió con la Ley y no se me ha permitido gozar de este derecho adquirido. Trabajé de manera ininterrumpida desde 1984 hasta el 2010, información que puede ser verificada en los archivos del Departamento de Educación de Puerto Rico. Al estar activo en el Departamento de Educación, tenía el derecho disfrutar de dicho aumento.

Por lo antes señalado estoy reclamando el pago por la cantidad que me corresponda. Me acogí al Retiro de Maestros de Puerto Rico en el año 2010. Es importante señalar que al acogerme a la jubilación por años de servicio el monto de mi pensión fue afectada, como consecuencia de no haberse otorgado este aumento de sueldo.

Es mi interés se realice una investigación sobre este asunto y se revise esta determinación. Las leyes propuestas en el Estado Libre Asociado de Puerto Rico se crean para beneficiar a los empleados públicos y espero se pueda cumplir con las mismas.

Luego de haber revisado nuevamente los cálculos, según mi apreciación la deuda sería de: $10,000.00 dólares aproximadamente en adición a los efectos negativos en el monto de la pensión que actualmente recibo desde 2010 al presente.

Cordialmente,

*Rafael García García*

Rafael García García