Rafael Garcia Garcia
Urb Monte Brisas 5
H15 Calle 8
Fajardo P.R. 00738

RECEIVED & FILED
2020 APR 14 AM 11: 07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Tribunal de Distrito de los Estado Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

SAN JUAN PR 009
06 APR 2020 PM 2 L

FOREVER/USA