25 de marzo de 2020

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

En el asunto de
JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO
como representante de
ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros

PROMESA
Título III
Núm. 17 BK 03566-LTS
(Administrada conjuntamente)

La presente radicación guarda relación con el ELA, la ACT y el SRF

CENTESIMA OCTAVA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LO QUE SE ALEGAN INTERESES SOBRE LA BASE DE LAS REIVINDICACIONES SALARIALES, LABORALES POR SERVICIOS PRESTADOS.

NUMERO DE RECLAMACIÓN : 69487
MONTO DE RECLAMACIÓN   : $81,283.64

Gobierno de Puerto Rico, Administración de los Sistemas de Retiro de los empleados de Gobierno y la Judicatura
Certificación de balances de aportaciones estimada

El motivo para oponerme a esta Objeción Global es el siguiente:

La cantidad de monto de la reclamación son las aportaciones hechas por el suscribiente a la Administración de los Sistemas de Retiro de los empleados del Gobierno y la Judicatura por 21 años de servicio. Le acompaño certificación de Balances de Aportaciones Estimadas, número ASR2020032547911551 emitida el 25 de marzo del 2020. Adjunto evidencias

Respetuosamente sometido hoy 25 de marzo de 2020.

*Jorge E. Liboy Colón*

Jorge E. Liboy Colón
Auditor Departamento de Hacienda
Cond. Laguna Gardens 1
   Apt. 14A Avenida Laguna
   Carolina, Puerto Rico 00979-6542
   (787) 593-3309
   jliboy34@gmail.com