Jorge E. Liboy Cabi...
Cond. Laguna Gardens 1
1 Ave. Laguna Apt. 14A
Carolina P.R. 00979-6542

RECEIVED & FILED
2020 MAR 31 PM 3:12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 APR 14 AM 11:04

SAN JUAN PR 009
26 MAR 2020 PM 2 L

Alabama 1819 FOREVER USA

Jorge E. Liboy
Cond. Laguna Gardens I
1 Ave. Laguna Gardens, Apt. 14A
Carolina, PR 00979-6542

RECEIVED
2020 APR 14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk's Office
U.S. District Court - Puerto Rico
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767