RECEIVED 04/07/20

2020 APR 14 AM 11:04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

A quien pueda Interesar:

Yo, Ramón Rivera Espada certifico que recibí el manual de Vista sobre la Objeción global. Por este medio informo que estoy haciendo las gestiones para conseguir los documentos solicitados para la demanda de promesa Título III. en la cual estoy incluido.

Actualmente por la pandemia del Corona virus (COVID-19) en Puerto Rico las oficinas gubernamentales están cerradas y no he podido gestionar dichos documentos segun lo solicitado por ustedes.

Sin otro particular y esperando su contestación quedo.

att
*[signature]*
Tel. Res. (787) 839-8065
Tel. Cel. (787) 391-0072

Ramón Rivera Espada
617 Cedro Box 3410
Arroyo, PR 00714

RECEIVED & FILED
2020 APR 14  AM 11: 04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

SAN JUAN PR 009
09 APR 2020 PM 1 L
FOREVER / USA