Réplica

RECEIVED & FILED
2020 APR 14 AM 11: 07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

**(i) Datos de contacto:**
Nombre: María Del Carmen Reyes Nieves
Dirección: Urb. Palacios de Marbella C/ Cristóbal Colón #1118 Toa Alta Puerto Rico 00953
Teléfono: 787-923-5229
correo electrónico: mry037@yahoo.com

**(ii) Epígrafe**
Comisión Apelativa del Servicio Publico
(Asunto Aumento de salario mínimo OE Roselló)
Numero de caso: AQ 17-0176

Objeción Global
PROMESA
Titulo III
MMLID: 435296
EPOC ID: 170328301028024

**(iii) Motivo para oponerse a la Objeción global**
Se solicita que el Tribunal no declare ha lugar a la Objeción global, porque existe un procedimiento legal por el ajuste de salario desde hace mas de 15 años.

**(iv) Documentación justificativa**
Comisión Apelativa del Servicio Publico
(Asunto Aumento de salario mínimo OE Roselló)
Numero de caso: AQ 17-0176

Fecha: 27 de marzo de 2020

_____
María Del Carmen Reyes Nieves

**Réplica**

RECEIVED & FILED
2020 APR 14  AM 11: 07
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN PR

**(i) Datos de contacto:**
Nombre: María Del Carmen Reyes Nieves
Dirección: Urb. Palacios de Marbella C/ Cristóbal Colón #1118 Toa Alta Puerto Rico 00953
Teléfono: 787-923-5229
correo electrónico: mry037@yahoo.com

**(ii) Epígrafe**
Certificación de balances de aportaciones estimadas
Numero de certificación: ASR2020032747931634
Objeción Global
PROMESA
Titulo III
No. 17 BK 03566-LTS

**(iii) Motivo para oponerse a la Objeción global**
Se solicita que el Tribunal no declare ha lugar a la Objeción global, porque en el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (ASR) poseo la aportación de $48,105.50.

**(iv) Documentación justificativa**
Certificación de balances de aportaciones estimadas
Numero de certificación: ASR2020032747931634

Fecha: 27 de marzo de 2020

_____
María Del Carmen Reyes Nieves