María del C. Reyes
Urb. Palacios Ysabella
Cristóbal Colón
Toa Alta, P.R. 00953

Clerk's Office
Tribunal de districto de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

RECEIVED & FILED
2020 APR 14, AM 11:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.