7 de abril de 2020

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
Sam Juan P.R. 00918-1767

El motivo de esta réplica que presento plantea que comencé a trabajar con el Departamento de Educación de Puerto Rico en el año 1968, y en el 1984 se creó la Ley 89 conocida como "El Romerazo". Esta ley otorgaba un aumento de $100.00 mensuales a los empleados del Gobierno del Estado Libre Asociado de Puerto Rico, incluyendo a los maestros y nunca se honró dicho aumento.

Basado en la fecha de la aprobación de dicha Ley (1984) mis años de servicio después de la misma hasta el 31 de julio de 2001, fecha de mi jubilación y al presente año 2020, se me adeuda la cantidad de $43,900.00 (cuarenta y tres mil novecientos dólares) que corresponden a 36 años adeudados.

Agradeceré que se considere esta réplica presentada, a fin de recibir el monto adeudado por el Gobierno del Estado Libre Asociado de Puerto Rico, cónsono con las estipulaciones de la Ley del 1984, mejor conocida como El Romerazo.

Respetuosamente,

Zoraida Castellón Negrón
Po Box 856
Yauco, PR 00698
Tel. 787-856-6437
Número de caso: 17-BK-03283-LTS
No. de reclamación: 64380
castellon_zoraida@yahoo.com