Número de Evidencia de Reclamación:

Reclamante:

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

RECEIVED & FILED
2020 APR 14 AM 11:04
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN P.R.

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. ¿Cuál es el fundamento de su reclamación?

    ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☐ Empleo actual o anterior en el gobierno de Puerto Rico

    ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _____

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):

    $43,900 (cuarenta y tres mil novecientos dólares)

Número de Evidencia de Reclamación:
Reclamante:

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. *Responda preguntas 3(a)-(d).*

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: _Departamento de EDucación de P.R. (Estado Libre Asociado de P.R._

3(b). Identifique las fechas de su empleo con relación a su reclamación: _апто 1984 - 2020_

3(c). Últimos cuatro dígitos de su número de seguro social: _XXX-XX-7113_

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☒ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☒ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

_____
_____

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. *Responda Preguntas 4(a)-(f).*

4(a). Identifique el departamento o agencia que es parte de esta acción. _Departamento de Educación de Puerto Rico_

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: _Tribunal de Distrito de los EE.UU. para el Distrito de P.R. 150 Chardon Avenue Federal Building, San Juan, P.R._

4(c). Número de caso: _17-03283 (17-BK 3283-Lts) Prog. Título III_

4(d). Título, epígrafe, o nombre del caso:
_Ley 89 de 1984 "El Romerazo" (Junta de Supervisión y Administración Financiera de Puerto Rico.)_

2

*[signature]*

Número de Evidencia de Reclamación
Reclamante:

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
_Pendiente de resolución_

4(f). ¿Tiene usted una sentencia impaga? SÍ / No  (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_Agosto 1984 al presente 2020 con un monto total de $43,900 (cuarenta y tres mil, novecientos dólares)_

[signature]

3