Zoraida Casiano Rezon
PO Box 856
Yauco PR 00698-0856

RECEIVED
2020 APR 14 AM 11:04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Secretaria (Clerk's Office)
Tribunal de Distrito de Estados Unidos
Room 150 Federal Building
San Juan PR 00918-1767