Fecha. 27 de marzo de 2020

Nombre.. Sra. Maria Garcia Martinez

Dirección Residencial.. Parcelas Cespedes # 18
　　　　　　　　　　　　Bo. El Pino
　　　　　　　　　　　　Villalba Puerto Rico, 00766

Dirección Postal........... PMB 109 PO
　　　　　　　　　　　.Box. 6004
　　　　　　　　　　　Villalba, Puerto Rico 00766

Teléfono de contacto .. 1-787-231-3670

A---Tribunal de Distrito de los Estado Unidos
　　San Juan, Puerto Rico.

B---Deudor... Commonwealth of puerto Rico

C---Procedimiento...17 BK 3283- LTS

D---Titulo de la Objeción Global---Centésima Cuadragésima Primera Objeción Global

E.--- Num. De Reclamación---92764

Yo Maria Garcia Martínez reclamo lo que en derecho tengo a reclamar por los años trabajados en el Sistema de Gobierno del Estado Libre Asociado de Puerto Rico. En dichos años se aprobaron leyes concediendo beneficios y aumentos salarial a la clase trabajadora de país, los cuales no me fueron concedidos. En mi caso lo siguiente:

Ley que fue aprobadas..
　　Ley # 164 ---del 12 de julio de 2003—efectiva el 1 de enero de 2004
　　　　$100.00 mensuales
　　　　Importe reclamado adeudado $18,500.00
　　　　Fecha.... Desde enero 2004 a junio de 2019

Total de monto de la reclamación---- $18,500.00

*María J. Garcia Martínez* (firma)

Sra. María Garcia Martinez
　PMB 109 PO
　Box. 6004
　Villalba, Puerto Rico 00766

[Sello: RECEIVED & FILED 2020 APR 14 AM 11:07 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN P.R.]