Maria I. Garcia Martinez
PMB 109
Box. 6084
Villalba, P.R. 00766

RECEIVED & FILED
2020 APR 14 AM 11:0
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Secretaria ( Clerk's Office )
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767