4 de abril de 2020
Secretaria (Clerk's Office)
Tribunal de Distrito de Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00919-1767

RECEIVED & FILED
2020 APR 14 AM 11: 05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Asunto: Réplica (Estado Libre Asociado De Puerto Rico, número de procedimiento 17 BK 3283LTS)
Núm. De Reclamación: 136674

Señores:

Por este medio deseo informar y confirmar que trabajé en el Departamento de Educación de Puerto Rico en donde ocupé una plaza regular como Trabajadora Social desde el 3 de Septiembre de 1987 hasta el 22 de diciembre de 2017, para un total de 30 años.
Estaba activa cuando se aprobó la Ley 89 (Romerazo) en donde se otorgaba un aumento de $100 dólares mensuales y también cuando se aprobó la Ley 96 (Sila) de empleados públicos con un aumento mensual de $100 dólares. Los aumentos que he dejado de recibir afectan mi pension por consecuencia mi retiro.

Lo antes expresado lo expongo de mi mejor buena fé.

Adjunto evidencias solicitadas por ustedes.

Gracias;

_____

Carmen Hernández Abrams
Urbanización Altagracia
Calle Reina M-7
Toa Baja PR 00949
(787)397-8822

4 de abril de 2020
Secretaria (Clerk's Office)
Tribunal de Distrito de Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00919-1767



Asunto: Réplica (Estado Libre Asociado De Puerto Rico, número de procedimiento 17 BK 3283LTS)
Núm. De Reclamación: 136674

Señores:

Someto los siguientes datos de contacto:

Nombre: Carmen G. Hernández Abrams

Dirección: Urbanización Altagracia
Calle Reina M-7
Toa Baja PR 00949
Núm. Celular: 787-363-0968

Correo electrónico: tania.burgos4@gmail.com

Gracias

_____
Carmen Hernández Abrams
Urbanización Altagracia
Calle Reina M-7
Toa Baja PR 00949
(787)397-8822