

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN

12 de mayo de 2014

ATT: Sistema Retiro para Maestros

A QUIEN PUEDA INTERESAR

La presente certifica que **Carmen E. Hernández Abrams**, seguro social XXX-XX-5233, ha prestado servicios para el Departamento de Educación del Estado Libre Asociado de Puerto Rico, según se detalla a continuación:

| AÑO ESCOLAR | CATEGORIA | PUEBLO | SUELDO | CAMBIOS DE SUELDO | AÑOS | MESES | SEMANAS | DIAS |
|---|---|---|---|---|---|---|---|---|
| 1983-84  1 de agosto 1983 al 27 de julio 1984 | Ayudante Maestra | Bayamón II | $455.00 | Aum. sueldo 12 abril 1984 $537.00 | | | | |
| 1984-85  6 de agosto de 1984 al 26 de julio 1985 | Ayudante Trabajo Social | Bayamón I | $537.00 | — | | | | |
| 1985-86  13 de agosto 1985 al 1 de julio 1986 | Ayudante Trabajo Social Cap. I | Bayamón I | $520.00 | — | | | | |
| 1986-87  4 de agosto 1986 al 26 de julio 1987 | Ayudante Maestra Capítulo I | Bayamón I | $520.00 | Aum. sueldo 29 de sept. 1986 $575.00 | | | | |
| 1987-88  3 agosto 1987 al 2 de septiembre 1987 | Ayudante Maestra Capítulo I | Bayamón I | $575.00 | — | | | | |

Notas: No Cotizó al Sistema de Retiro para Maestros.
A los Ayudantes de Maestra no se les acredita experiencia.
Trabajó a tiempo completo.
Tenía status Transitorio Provisional.

Cándida Rosa Chico
Supervisora
Archivo Docente

CRCH/amg

Secretaría Auxiliar de Recursos Humanos
División de Archivo Docente
PO Box 190759
San Juan, Puerto Rico 00919-0759
Tel: (787) 773-3074, 3071 Fax: (787) 773-0178



El Departamento de Educación no discrimina por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.



# DEPARTAMENTO DE EDUCACION
Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos

ATT: Corte Federal

27 de junio de 2018

## CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | CARMEN G. HERNANDEZ ABRAMS |
| Seguro Social | : | ███-5233 |
| Categoría | : | TRABAJADOR SOCIAL ESCOLAR |
| Distrito Escolar | : | BAYAMON II |
| Sueldo Mensual | : | $2,655.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 22 de diciembre de 2017 |
| Otros | : | Ha prestado servicios para para el Departamento de Educación del Gobierno de Puerto Rico por un periodo de 25 años. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza regular desde 09/03/1987 hasta 12/22/2017. |

Candida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

12 de septiembre de 2017

DEPARTAMENTO DE EDUCACION
SECCIÓN DE NOMBRAMIENTOS Y CAMBIOS
APARTADO 190759

SAN JUAN PR 00919 0759

Solicitud No: 918696
Radicada en: 07 jun 2017

Atención: Sr. Enoch González Vélez

El(la) profesor(a) CARMEN G. HERNANDEZ ABRAMS con seguro social XXX-XX-5233 ha radicado una Solicitud de Retiro en nuestro Sistema. Al 28 de julio de 2017, fecha de su última aportación recibida,

[X] cualifica  [ ] no cualifica para acogerse a la jubilación.

Su tiempo cotizado y edad es el siguiente:

29 Años,   8 Meses,   2 Semanas,   4.00 Días y su edad es 56 años.

Los pagos pendientes no están considerados en esta certificación. Los mismos son:

[ ] Reconocimiento de Tiempo
[ ] Diferencia en % por transferencia recibida
[ ] Reembolso de Cuotas
[X] No aplica

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema.

Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras hasta tanto envien las autorizaciones de descuentos para tramitar su pensión.

Atentamente,

Ivonne L. Ortiz Valladares
Area de Servicios de Retiro

c:  CARMEN G. HERNANDEZ ABRAMS                              XXX-XX-5233
    URB ALTAGRACIA
    M 7 CALLE REINA
    TOA BAJA, PR 00949 2412

235 Avenida Arterial Hostos, Edificio Capital Center, Torre Norte, Hato Rey, Puerto Rico 00918
P.O. Box 191879, Hato Rey, PR 00919-1879
srm_correspondenciaconsulta@srm.pr.gov   (787) 777-1414   http://www.srm.pr.gov