Carmen Hernandez
urb. altagracia
calle Reina M-7
Toa Baja PR 00949

COLUMBUS OH 431

06 APR 2020 PM 5 L

Secretacia (Clerk's Office)
Tribunal de Distrito de Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00919 -1767

RECEIVED & FILE
2020 APR 14  AM 11: 05
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

00919-176767