3 de abril de 2020

Atención: Commonwealth of Puerto Rico Claims Processing Center

Sr. Martin J. Bienenstock / Brian S. Rosen

Sr. Hermann D. Bauer

De: Olga I. Belmont Ruiz

Reparto Esperanza Calle Monserrate Pacheco P-18

Yauco, Puerto Rico 00698-3137

787-527-5393

Numero de reclamación 127061

Seguro Social-XXX-XX-3063

El motivo de esta reclamación, plantea que para el año 1984 se creó la Ley 89 "El Romerazo", la cual otorgaba un aumento de $100 a los empleados del Gobierno del Estado Libre Asociado de Puerto Rico.

Basado en la Ley 89 y el tiempo que llevo laborando como Trabajadora Social para el Departamento de Educación de Puerto Rico (1998 al presente) ambos datos fundamentan el reclamo de $26,400 dólares aproximadamente, como adeudados por los 22 años de servicios en el Departamento de Educación de PR.

Agradeceré se considere el reclamo presentado a fin de recibir el monto adeudado por el gobierno del Estado Libre Asociado de Puerto Rico cónsono con las estipulaciones de la Ley 89 del 1984, mejor conocida como "El Romerazo"

Atentamente,

*[firma]*

Olga I. Belmont Ruiz