*Número de Evidencia de Reclamación:*
*Reclamante:*

RECEIVED

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

CLERK'S OFFICE
U.S. DIST.

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables.  Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar <u>más</u> información de la que se incluye en la evidencia de reclamación inicial.**  A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**

   ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☐ Empleo actual o anterior en el gobierno de Puerto Rico

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   *Año 1998-2020; 34,400 dólares*

   *Olga I. Belmonte Ruiz*
   *Claim # 127061*

*Número de Evidencia de Reclamación:*
*Reclamante:*

3. <u>Empleo.</u> ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?

   ☐ No. *Pase a la Pregunta 4.*

   ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
   *Departamento de Educacion de Puerto Rico*

3(b). Identifique las fechas de su empleo con relación a su reclamación:
   *Año 1998-2020*

3(c). Últimos cuatro dígitos de su número de seguro social: _3063_

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   ☐ Jubilación

   ☒ Salarios impagos

   ☒ Días por enfermedad

   ☐ Queja con el sindicato

   ☒ Vacaciones

   ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

4. <u>Acción legal.</u> ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?

   ☐ No.

   ☒ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
   *Departamento de Educación de Puerto Rico*

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: *Tribunal de distrito de los Estados Unidos para el distrito de Puerto Rico 150 Carlos Chardón Street Federal Building San Juan, P.R. 00918-1767*

4(c). Número de caso: *Promesa Titulo III Número 17 BK 03283-LTS*

4(d). Título, epígrafe, o nombre del caso:
   *Junta de Supervisión y Administración Financiera de P.R. Ley 89 de 1984 "El Remanso"*

   *Olga J. Belmont Ruiz*
   *Claim # 127067*

2

*Reclamante*:

4(e).  Estado del caso (pendiente de resolución, en apelación, o cerrado):

_Pendiente de resolución_

4(f).  ¿Tiene usted una sentencia impaga? Sí / No  (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_Sí. Agosto 1998 al presente año 2020, con un monto de 24,400 dólares._

_Olga L. Belmont Rivera_
_Claim # 127061_

# GOBIERNO DE PUERTO RICO
## INFORME DE SUELDOS Y DEDUCCIONES

| | NOMBRE | | | IDENTIFICACION | | PERIODO QUE TERMINA EN | | NUMERO DE COMPROBANTE | | NUMERO DE CHEQUE |
|---|---|---|---|---|---|---|---|---|---|---|
| OLGA IRIS BELMONT RUIZ | | | | REDACTED 3063 | | 30 1198 | | 392306 | | 621597357 |

| DEDUCCIONES | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ESPECIFICAS | | | | | | | MISCELANEAS | | | |
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS | ASOCIACION DE EMPLEADOS | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| | | | MEDICOS | AHORROS | SEGURO | | | | | | |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | | | | | | |
| 38526 | 6855 | 33093 | | | | | | | | | |
| MES CORRIENTE | | | | | | | | | | | |
| 38526 | 6855 | 33093 | | | | | | | | | |
| 472750 | 472750 | | 472750 | | 472750 | | 00 | | 78474 | | 394276 |
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | | ADELANTO SUELDO 1ª QUINCENA | | TOTAL DEDUCCIONES | | PAGA NETA | |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | MES CORRIENTE | | | | | |

VEASE CLAVES AL DORSO

**080 Dept. de Educacion - Maestros**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR  00919

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | |
| Desde: | 03/23/2020 | |
| Hasta: | 04/03/2020 | |

| Aviso #: | 6868249 |
|---|---|
| Fecha Aviso: | 03/30/2020 |

| OLGA I BELMONT RUIZ | | | |
|---|---|---|---|
| REPTO ESPERANZA | # Empleado: | REDACTED 3063 | |
| I 15 CALLE 6 | Dept: | 8005136-YAUCO-PONCE | |
| YAUCO, PR  00698 | Lugar: | ASUNCION RODRIGUEZ DE SALA | |
| SS: REDACTED 3063 | Titulo: | DEPARTAMENTO DE EDUCACION | |
| | Sueldo: | $2,821.67 Monthly | |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Claiming no personal exem |
| Concesiones: | 0 | |
| Pet. Adcl.: | | 1 |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,410.84 | 378.00 | 8,465.04 |
| **Total:** | | | 1,410.84 | 378.00 | 8,465.04 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 20.45 | 122.74 |
| PR Withholding | 57.82 | 346.92 |
| **Total:** | 78.27 | 469.66 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 126.98 | 761.88 |
| **Total:** | 126.98 | 761.88 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| DM-FONDOS UNIDOS | 1.00 | 6.00 |
| OS-AMPR LOCAL SIND AFIL | 8.50 | 51.00 |
| Ahorros-AEELA | 42.33 | 253.98 |
| **Total:** | 51.83 | 310.98 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 23.98 | 143.88 |

\* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,410.84 | 0.00 | 78.27 | 178.81 | 1,153.76 |
| Acumulado: | 8,465.04 | 0.00 | 469.66 | 1,072.86 | 6,922.52 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

| DISTRIBUCION PAGA NETA | |
|---|---|
| Aviso #6868249 | 1,153.76 |
| **Total:** | 1,153.76 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

**Dept. de Educacion - Maestros**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR  00919

Fecha
03/30/2020

Aviso No.
6868249

Cant. Deposito:   **$1,153.76**

A la
Cuenta(s) De

**OLGA I BELMONT RUIZ**
REPTO ESPERANZA
I 15 CALLE 6
YAUCO, PR  00698
Localizacion: ASUNCION RODRIGUEZ DE SALA

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Savings | XXXXXXXXXXXXXXXX | 1,153.76 |
| **Total:** | | 1,153.76 |

# NO-NEGOCIABLE