$0.47
US POSTAGE
FIRST-CLASS
062S0009565003
FROM 00698

Olga I. Belmont Ruiz
Rpti. Esperanza P-18
Calle Esmeralda Pachero
Yauco, P.R. 00698

Secretaria (Clerk's Office)
Tribunal de Distrito de Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 APR 14  AM 11:07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.