# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO COMO REPRESENTANTE DE ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS

PROMESA TITULO III
(Administrada conjuntamente)
la presente radiacacion guarda relacion con el ELA, la ACT y el SRE

DEUDORES

I. Datos: Heliodora Alicea Rodriguez, Numero de reclamacion: 104126, correo electronico: hely816@hotmail.com

II. Epigrafe: NOTIFCACION DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS.

III. Motivos: Yo Heliodora Alicea estoy Jubilada del Departamento de Educacion de Puerto Rico.

IV. Docente desde 29 Agosto 1977 hasta 1 Septiembre 2007, pertenezco al Sistema de Retiro desde el 1ro de Septiembre de 2007 al presente.
   a. Estoy reclamando la ley 89, ley 34, que en conjunto estimo en la cantidad de $100,000 que me pertenece actualmente y alguna otra cantidad adicional mientras estuve activa como empleada del Departamento de Educacion; ya que tengo todos mis derechos de recibir esta cantidad por todos los años de servicios conforme a las leyes establecidas por el ELA.

V. Documentacion Justificativa, adjunto la evidencia de documentos que incluye las leyes arriba mencionadas, de necesitar alguna otra informacion favor de notificarlo de inmediato.
   a. Certificacion de balances de aportaciones estimadas.
   b. Estado de cuenta estimado.
   c. Aceptacion de Renuncia (años de servicio)
   d. Certificacion de pension mensual y anual.

Heliodora Alicea Rodriguez

15 de febrero de 2020