

Estado Libre Asociado de Puerto Rico
Sistema de Retiro para Maestros

División de Servicios al Pensionado

HELIODORA ALICEA RODRÍGUEZ
PO BOX 102
ARROYO PR 00714

XXX-XX-4732

## CERTIFICACIÓN DE PENSIÓN MENSUAL Y ANUAL

Certifico que la profesora, **Heliodora Alicea Rodríguez** es pensionada del **Sistema de Retiro para Maestros,** desde el **1 de septiembre de 2007.** Recibe mensualmente **$2,516.04,** equivalente a **$30,192.48** anual.

Esta certificación se expide hoy, **23 de mayo de 2008,** en **San Juan, Puerto Rico.**

Rosanna Navas Rubio
Supervisora
Sala de Servicios de Retiro

PO Box 191879 San Juan, Puerto Rico 00919-1879 Teléfonos (787) 754-8611
ó 1-877-JRETIRO (5738476) http://www.jrm.gobierno.pr e-mail: consulta@jrm.gobierno.pr



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**
**OFICINA REGIONAL EDUCATIVA**
**OFICINA RECURSOS HUMANOS**

## ACEPTACION DE RENUNCIA

Región Educativa: **Humacao**     Distrito: **Arroyo**

Nombre del Maestro(a): **Heliodora Alicea Rodríguez**

Seguro Social:

Categoría de Puesto: **Directora Escolar Sec. III**

Número de Puesto: **R-01691**

Razón de Renuncia: **Renuncia por Años y Servicios**

Fecha de Efectividad de la Renuncia: **1 de septiembre de 2007**

En representación del Secretario(a) de Educacion le acepto su renuncia. Le deseamos mucho éxito en todas sus actividades futuras.

_____          24 agosto 2007
Firma del (la) Director(a) Regional          Fecha