Heliodoro [Olivo?]
Box: 102
Arroyo, P.R.
00714

RECEIVED
2020 APR 14 AM 11:05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

CERTIFIED MAIL

7013 2250 0000 6658 2571

U.S. POSTAGE
FCM LETTER
ARROYO, PR
00714
MAR 31, 20
AMOUNT
$4.—
R2305K131

1000   00918

Secretaria (Clerk office)
Tribunal de Distrito de EE.UU.
#150 Chardon Avenue
Federal Building
San Juan, P.R. 00918

00918-170625