Francisca Oliva
HC-01-3959
Arroyo, P.R.
00714

RECEIVED/FILED
2020 APR 14 AM 11:
US DISTRICT COURT
PR

CERTIFIED MAIL

7013 2250 0000 6658 751

UNITED STATES POSTAL SERVICE

1000    00918

U.S. POSTAGE PAID
FCM LETTER
ARROYO, PR
00714
MAR 31, 20
AMOUNT
$4.10
R2305K131158-3

Secretaria (Clerk office)
Tribunal Distrito de EE.UU.
#150 Charlon Building
San Juan, P.R. 00918