Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 APR 14 AM 11: 06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

April 4, 2020

To whom it May concern:

I, Angel L. Meléndez Silva, through this letter I request that the deadline of April 7, 2020 be extended to present the documentation required for this legal process (Case No. 17 BK 3283-LTS). I ask for this extension, because due to the Corona virus epidemic, the Department of Education of Puerto Rico has its offices closed and it is impossible for me to present my certificate of service as an educator.

Sincerely,

Angel L. Meléndez Silva
HC 63 Box 3352
Patillas, PR 00723