Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767



April 4, 2020

To whom it May concern:

I, Andrea Ramos Amaro, through this letter I request that the deadline of April 7, 2020

be extended to present the documentation required for this legal process (Case No. 17

BK 3283-LTS). I ask for this extension, because due to the Corona virus epidemic, the

Department of Education of Puerto Rico has its offices closed and it is impossible for

me to present my certificate of service as an educator.

Sincerely,

Andrea Ramos Amaro

Andrea Ramos Amaro
HC 63 Box 3352
Patillas, PR  00723