Angel L. Meléndez Silva
HC 63 Box 3352
Patillas, P.R. 00723

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, PR 00918-1767