**EXHIBIT D**
Proposed Order

RECEIVED & FILED
2020 APR 14 AM 11: 08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Réplica

(i) Datos de contacto. Reclamación 79288
Luz M. David Ballester residente de Comunidad Santa Marta Calle 2 B-24 Juana Díaz, PR. 00795 y con dirección postal P.O. Box 43 Juana Díaz, PR. 00795. Con dirección de correo electrónico marlindavid@hotmail.com

(ii) Epígrafe: Aparece el mismo en: https://cases.primeclerk.com/puertorico

(iii) Motivos para oponerse a la Objeción global:
Estuve trabajando en el Depto. de Educación como Directora de Escuela y no se me dió el Bonazo. Entiendo que como Empleada del Departamento de Educación me correspondía. $100.00 x 12 meses son $1,200.00 anuales por 21 años el importe es $25,200.00, si sumamos los intereses aproximadamente $6,000.00 y además esto influyó en menos cantidad de dinero al momento de retirarme en el 2006, sept. 29. Del 2006 al 2020 son 14 años, esto es aproximadamente como

Pág. 2

**EXHIBIT D**
Proposed Order

# $4,000.00 más aproximadamente creo que en intereses y en lo referente a la pensión es más dinero. Ustedes tendrán sus contables. Esta es mi posición. Entiendo que esto afectó la cantidad de pensión que iba a recibir más dinero después de 30 años de servicio. Además intereses del dinero que faltó de la pensión. Aproximadamente la deuda sería de $35,500.00

(iv)

IV. Documentación justificativa

La Ley del Romerazo. DE en sus archivos tiene esta información, además los intereses basado en lo que me adeudan y lo significativo que fue en mi pensión. Adjunto talonario de empleado del DE donde está mi pensión actual.