Luis M. Rivera Ballester
P.O. Box 43
Juana Díaz, P.R. 00795

RECEIVED
2020 APR 14 AM 11:08
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN P.R.

U.S. POSTAGE PAID
FCM LETTER
JUANA DIAZ, PR
00795
APR 06, 20
AMOUNT
$0.30
R2305K135197-07

Secretaria (Clerk's Office)
Tribunal de Distrito de Ma. Estrin Davira
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767