Fecha…. 17 de marzo de 2020

Nombre.. Irma I. Serrano Serrano

Dirección Residencial.. Parcelas Bayas # 56
Ponce, Puerto Rico 00731

Dirección Postal…. HC 6 Box 2190
Ponce, Puerto Rico 00731- 9611

Teléfono de contacto .. 787 315-3221

A---Tribunal de Distrito de los Estado Unidos
San Juan, puerto Rico.

B---Deudor… Commonwealth of puerto Rico

C---Procedimiento…17 BK 3283- LTS

D---Titulo de la Objeción Global---Centésima Cuadragésima Primera Objeción Global

E.--- Núm. De Reclamación---93899

Yo Irma I. Serrano Serrano reclamo lo que en derecho tengo a reclamar por los años trabajados en el Sistema de Gobierno del Estado Libre Asociado de Puerto Rico. En dichos años se aprobaron leyes concediendo beneficios y aumentos salarial a la clase trabajadora de país , los cuales no me fueron concedidos. Reclamo el siguiente beneficio:

Ley # 164 ---Del 12 de julio de 2003—Efectiva el 1 de enero de 2004
Aumento de $100.00 mensuales
Importe reclamado adeudado $17.300.00
Fecha…. Desde enero 2004 a junio 2018

Total monto de la reclamación $17,300.00

*[firma]*
Srta. Irma Serrana Serrano
HC 6 Box. 2190
Ponce, Puerto Rico 00731- 9611