Irma I. S____
HC 6 Box 2150
Ponce, Puerto Rico 00731-9611

RECEIVED & FILED
2020 APR 14  AM 11: 08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



Secretaria ( Clerk´s Office )
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan , Puerto Rico 00918- 1767