TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| *In re*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *et al*.,<br><br>Deudores.[1] | PROMESA,<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrada Conjuntamente)<br><br>**La presente radicación guarda relación con el ELA, la ACT y el SRE.** |

## RÉPLICA DE LA DEMANDANTE A LA CENTÉSIMA QUINCUAGÉSIMA NOVENA OBJECIÓN GLOBAL

**Introducciones**

1. Solo debe cumplimentar y radicar el presente formulario de réplica si su reclamo guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico, o si su reclamo guarda relación con una acción judicial pendiente de resolución o finalizada. Si su reclamo no surge de empleo actual o anterior en el Gobierno de Puerto Rico o si su reclamo no guarda relación con una acción judicial pendiente de resolución o finalizada, su réplica debe ser radicada de conformidad con los procedimientos detallados en las páginas 3 a 4 de la Notificación que acompaña a la Centésima quincuagésima novena objeción global.

2. Rogamos radique formularios de réplica separados por cada evidencia de reclamo a la que los Deudores se hayan opuesto. No radique un único formulario de réplica que aborde más de una evidencia de reclamo.

3. Rogamos conteste a todas las preguntas y a cada una de las subpreguntas aplicables.

4. Incluya tantos detalles como pueda en sus réplicas.
    a. **Sus respuestas deben proporcionar más información que la contenida en la evidencia de reclamos inicial**. Por ejemplo, si antes escribió "Ley 96" como fundamento de su reclamo,

---

[1] Los Deudores en el marco de los presentes Procedimientos radicados conforme al Título III, junto con el respectivo número de procedimiento radicado conforme al Título III y los últimos cuatro (4) dígitos del número federal de contribuyente de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (núm. de procedimiento de quiebra 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (núm. de procedimiento de quiebra 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (núm. de procedimiento de quiebra 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (núm. de procedimiento de quiebra 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (núm. de procedimiento de quiebra 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y denominados conjuntamente con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (núm. de procedimiento de quiebra 19-BK-5532-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3801) (Los números de los casos en virtud del Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

rogamos proporcione información más detallada relativa a leyes concretas que pretende invocar, el año de adopción de dicha ley, así como de qué forma y por qué considera que esa ley concreta permite fundamentar su reclamo.

b. Si está disponible y se aplica a su reclamo, rogamos proporcione, asimismo, lo siguiente:
- Copia de un escrito; por ejemplo, un Escrito de demanda o una Contestación;
- Cualquier sentencia o acuerdo de conciliación que no hayan sido pagados;
- Notificación por escrito de la intención de radicar un reclamo acompañada de un comprobante de envío; y
- Toda la documentación que a su criterio justifica su reclamo.

5. Si no dispone de una copia de su reclamo, podrá descargarla visitando el sitio web de Prime Clerk: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

6. Debe firmar su réplica en el lugar que se indica abajo. Si no lo hace, el secretario no aceptará la réplica a efectos de su radicación.

7. Rogamos radique el formulario cumplimentado y cualquiera de los documentos justificativos siguiendo las instrucciones de la Notificación que acompaña a la Objeción global a su reclamo.

**Cuestionario**

1. Rogamos proporcione el nombre, la dirección, el número de teléfono y la dirección de correo electrónico 1) de la demandante que responda; 2) del abogado o representante designado de la demandante al que los abogados del ELA, de la ACT y del SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción global en nombre de la demandante.

    - Nombre: Hipolito Cintron Sanchez
    - Dirección: HC-01-Box 4669 Juana Diaz PR 00795
    - Número de teléfono: 939-500-0019
    - Dirección de correo electrónico: elbaperez134@gmail.com

2. Número de su evidencia de reclamos: 169066

3. Los Deudores se han opuesto a su Evidencia de reclamos porque esta no proporciona información suficiente para que los Deudores comprendan el fundamento de su reclamo. Marque la casilla con la que guarde relación su Evidencia de reclamos y explique el motivo por el que se opone a la objeción indicando así el fundamento de su reclamo. Adjunte páginas adicionales si fuera necesario.

    - ☐ Acción judicial pendiente de resolución o finalizada con o contra el Gobierno de Puerto Rico
    - ☒ Empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico

Corporacion Azucarera de Puerto Rico - ELA
Nunca nos pagaron, Bonos, vacaciones, Lic. de Enfermedad

*Hipolito Cintron Sanchez*

2

Horas Extras, Plan Medico La Zafra, La Evidencia los perdí cuando el Huracan María perdí toda Documentacion

Adjunté copias de cualquier otra documentación u otras pruebas en apoyo de su reclamo.

4. ¿Cuál es el monto de su reclamo (cuánto alega que se le adeuda)?:

    $20,000.00

5. **Empleo.** ¿Su reclamo guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico?

    ☐ No. *Siga con la Pregunta 6.*

    ☐ Sí. **Responda a las Preguntas 5(a) a (d).**

5(a). Indique la agencia o el departamento específicos donde trabaja o ha trabajado:

   Corporacion Azucarera de Puerto Rico

5(b). Indique las fechas de su empleo relativo con su reclamo:

   Feb del 1979 hasta Junio del 1992

5(c). Últimos cuatro dígitos de su número del Seguridad Social: 2083

5(d). ¿Cuál es la naturaleza de sus reclamos relativos al empleo (marque todas las casillas aplicables)?:

   ☑ Pensión
   ☐ Salarios no pagados
   ☑ Días de licencia por enfermedad
   ☐ Quejas con sindicado
   ☑ Vacaciones

   ☐ Otros (proporcione tanta información detallada como pueda. Adjunte páginas adicionales si fuera necesario).

   Bono, Horas Extras, Plan Medico, Todo lo llamado Zafras

6. **Acción judicial.** ¿Su reclamo guarda relación con una acción judicial pendiente de resolución o finalizada?

   ☐ No.
   ☑ Sí. **Responda a las Preguntas 6(a) a (f).**

6(a). Indique el departamento o la agencia que sean parte en la acción.

   Secretaria (clerk's) Office Tribunal de Distrito de los E.U.

6(b). Indique el nombre y la dirección del tribunal o de la agencia ante los cuales la acción esté pendiente de resolución.

3

#150 Chardon Avenue Federal Building San Juan PR 00918

Número del caso: 16906066

6(d). Título, epígrafe o nombre del caso: Title III, Ley Promesa - num - 17 BK 3283 LTS

6(e). Estado del caso (pendiente de resolución, apelado o finalizado):

Pendiente de Resolucion.

6(f). ¿Tiene una sentencia que no haya sido pagada? Sí /(No) (rodee la opción que proceda)

En caso afirmativo, ¿cuál es la fecha y el monto de la sentencia?

_____

**FIRME ABAJO SU RÉPLICA**

*Hipolito Cintron Sanchez*
**Firma**

Hipolito Cintron Sanchez
**Deletree su nombre**

Abril 4-2020
**Fecha**

4

Ley Promesa Title III

SS. -2083

now: 17 BK 3283-LTS

Nombre: Hipolito Cintron Sanchez

Num. De Reclamacion: 169066

Deudor: Commonwealth of Puerto Rico

Monto de Reclamacion $20,000,00

Correo electronico: elbaperez134@gmail.com

Con Relacion a la Ley Promesa del Title III

Mi Reclamacion es que Yo Empece a trabajar con la Corporacion Azucarera de Puerto Rico para el año 1979 Febrero hasta el año 1992 en Junio. Lo que fue Bono, vacaciones, Horas Extras, Plan Medico, Lic. por Enfermedad, Retiro Lo que llamaban Zafra nunca nos pagaron La Ley Romeraro 189.

Hipolito Cintron Sanchez

Ley Promesa Title III

Num. 17 BK 3283-LTS

SS.

Nombre: Hipolito Cintron Sanchez

Num. de Reclamacion: 169066

Deudor: Commonwealth of Puerto Rico

Monto de Reclamacion $20,000.00

Correo Electronico: elbaperez134@gmail.com

Le estoy escribiendo esta notificacion por si esta carta llegara más tarde de la fecha de vencimiento lo cual no la habia podido llenar la documentacion por tal motivo le suplico que me reconcideren mi peticion.

Mas le informo que la documentacion o papeles que tenia para evidencia cuando surgio lo del Huracan Maria perdi todos los documentos y pertenencias personales por lo cual ya no tengo papeles para enviarles.

Hipolito Cintron Sanchez