Hipolito Cintron Sanchez
HC-01-Box 4669
Juana Díaz P.R. 00795

RECEIVED & FILED
2020 APR 14 AM 11:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

SAN JUAN PR 009
05 APR 2020 PM ? ?

Secretaria (clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico
00918-1767