6 de abril del 2020

Sra. Brunilda Feneque Carrero

Apartado 209

Rincón, PR. 00677

Número de caso 17BK 03566-LTS

Secretaria (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

ASUNTO: SOLICITUD DE RÉPLICA

PROMESA: TITULO III

Saludos cordiales;

Por la presente deseo informar que para el año 1980 bajo la gobernación del Honorable Carlos Romero Barceló se anunció un aumento de sueldo a empleados públicos que incluía al Departamento de Educación. Yo Brunilda Feneque Carrero residente del pueblo de Rincón, P.R. comencé a laborar para el Departamento de Educación, División Comedores Escolares para septiembre 1971 número de empleado 189922.

En relación a la decisión tomada en mi caso #17BK 03566-LTS, para el año 1980 estaba activamente laborando y no obtuve paga alguna del aumento prometido bajo esa administración.

Actualmente debido a la situación que estamos enfrentamos por la pandemia a nivel mundial, no he logrado contactar algún notario para recibir orientación del documento recibido y solicitar información a Oficinas del Departamento de Educación, División Comedores Escolares actualmente todas las oficinas se encuentran cerrada. Solicito que me otorguen un tiempo razonable para así poder recopilar y enviar la evidencia solicitada de aplicar a mi caso.

Atentamente,

Brunilda Feneque Carrero