Sra. Brunilda Feliciano C.
apartado 209
Rincón, P.R. 00677

SAN JUAN
PR 009
06 APR '20
PM 2 L

Secretaria (clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

SAN JUAN P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE
2020 APR 14 AM 11:08
RECEIVED & FILED

009183999