18 de febrero de 2020

The Financial Oversight
and Management Board
for Puerto Rico

RECEIVED & FILED
2020 APR 14 AM 11: 08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

La fecha de entrega de mi documento lee enero 14, 2020. Pero debido a la problemática sucedida en P.R. con relación a los sismos y eventos telúricos, viaje a E.U. y no me fue posible enviarlo a tiempo.

Por este medio hago constar que actualmente mi status es de Pensionada del Departamento de Educación del Estado Libre Asociado de P.R. Desde el 2007, fecha en que me jubilé, me he visto afectada con la situación económica, ya que, las leyes aprobadas para aumento de salario por los gobernantes anteriores al 2007 no me fueron aplicadas, afectando así mi pensión.

Con el paso de los años, el costo de vida ha aumentado, además del pago de medicamentos, debido a mis condiciones de salud, acaparan la mayor parte de mi presupuesto. Añadiendo el hecho de que al ser maestra no recibo el beneficio de Seguro Social, como otros pensionados, incrementando más opresión a mi situación. Sumado a esto el gobierno nos quiere bajar el 10% de nuestra pensión.

Entiendo que si estas leyes de aumento de sueldo se hubiesen aplicado a mi pensión, tendría el presupuesto suficiente para cubrir mis necesidades básicas. Tuve que jubilarme sin el beneficio del sueldo y sin beneficio de tener el sueldo necesario, para una mejor compensación en la jubilación.

Hago esta solicitud para que pronta y diligentemente tomen mi caso especialmente, considerando mi estado económico y el aumento en el costo de vida, para poder vivir una digna y aceptable. Espero que se haga justicia para así no terminar en la pobreza.

Migdalia López Cruz
Claim # 92188

Anejo:
Ley de Pagos de salarios