Migdalia Lopez Cruz
Urb. Las Veredas, 139
Calle Alelí, Camuy, P.R.
00627

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
Puerto Rico 00918-1767