Edna Lised Lazú García
Urbanización Hacienda Paloma #19
Calle Araucana, Luquillo P.R. 00773
787-909-8079
lised.lazue@gmail.com

UNITED STATES DISTRICT OF COURT

FOR THE DISTRICT OF PUERTO RICO

PROMESA TITULO III

NUM. 17BK-3283-LTS

RECLAMO NUMERO: 144849

CASE NUMBER: 17BK03283-LTS COMMONWEALTH OF PUERTO RICO

ASSERTED CLAIM AMOUNT: $15,000

DEBTOR NAME COMMONWEALTH OF PUERTO RICO

Date Filed 06/28/2018


RECLAMO NUMERO: 130810

CASE NUMBER: 17BK03283-LTS COMMONWEALTH OF PUERTO RICO

ASSERTED CLAIM AMOUNT: $ 31,574.82

MOTIVO DE LA OBJECIÓN

CON ESTA OBJECIÓN SOLICITO QUE DE EL GOBIERNO DE PUERTO RICO DECLARARSE EN QUIEBRA PIDO QUE SE ME ENTREGUE EL DINERO QUE HE COTIZADO POR LOS AÑOS TRABAJADOS EN EL SISTEMA DE RETIRO PARA MAESTROS DEL GOBIERNO DE PUERTO RICO. SOLICITO QUE SEA DESEMBOLSADO EL BALANCE DE ESTAS APORTACIONES ACUMULADAS DE $31,574.82 EN EL SRM Y QUE EL GOBIERNO NO SE QUEDE CON ESTE DINERO.

*[signature: Edna L. Lazú García]*

FIRMA DEL RECLAMANTE

*[handwritten: Urbanización Hacienda Paloma #19 Calle Araucana Luquillo P.R. 00773]*