

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

13 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | EDNA L. LAZU GARCIA |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. TEMPRANA (NIVEL ELEM- K-3) |
| Distrito Escolar | : | FAJARDO |
| Sueldo Mensual | : | $2,020.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 1 de agosto de 2018 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (14) años, (7) meses y (1) semanas. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.



ESTADO LIBRE ASOCIADO DE
PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN

Secretaría Auxiliar de Recursos Humanos
Division de Personal Docente

## INFORME DE NOMBRAMIENTOS Y CAMBIOS

Expediente                                                                 Número del Cambio: 4815

| Número del Cambio | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | EDNA L LAZU GARCIA | |
| 2. Seguro Social | | |
| 3. Número de Puesto | R71458 | |
| 4. Cifra de Cuenta | E1110-221-0810000-0000-08100-2019-SCHOOLWIDE19 | |
| 5. Cifra de Cuenta SIFDE | E1110 - 221 - 34769 - 01F - 2019 - SCHOOLWIDE19A - 34769 - 01F - 1110 | |
| 6. Estatus | REGULAR | |
| 7. Escala de Retribución | 01 | |
| 8. Clasificación y Número de Clase | MA. EDUC. TEMPRANA (NIVEL ELEM- K-3) 9803 | |
| 9. Sueldo | $2,020.00 | |
| 10. Diferencial | | |
| 11. División o Escuela | ROSA PASCUALA PARIS 34769 | |
| 12. Programa | | |
| 13. Ubicación | FAJARDO 129 | |
| 14. Acción y Duración | RENUNCIA POR TRANSICION VOLUNTARIA (8 MESES DE SUELDO_ | |
| 15. Aportación a Retiro | | |
| 16. Último Día de Trabajo | 06/JUNIO/2018 | |
| 17. Último Día de Pago | 27/JULIO/2018 03:00 PM | |
| 18. Fecha de Efectividad | 01/AGOSTO/2018 | |
| 19. Comentarios y Explicaciones | | |

20. Firma del Jefe de Agencia o Representante Autorizado

*[signature]*

Pablo G. Muñiz Reyes, CPA

Fecha de Preparado:    13/FEBRERO/2020                                    Preparado Por:

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2219, 2223, 2227, 2229, 2224, 3461 FAX (787)759-
El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-022
Rev. marzo 2017

EDNA L LAZU GARCIA
HACIENDA PALOMA
19 CALLE ARAUCANA
LUQUILLO PR 00773

Estimado(a) participante EDNA L LAZU GARCIA

De acuerdo a nuestros registros, el balance de aportaciones acumuladas en el SRM es de aproximadamente $26,823.69 al 14 de febrero de 2020. Las aportaciones han devengado intereses por $4,751.13 para un total de cuotas e intereses de $31,574.82.

El tiempo acreditado es de aproximadamente 14 año(s), 5 mes(es), 0 semana(s), 0 día(s).

Los pagos realizados por planes de pago, recaudaciones o pagos pendientes pueden no estar considerados en estos balances. Además, esta información puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el patrono y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema.

Estos cálculos son preliminares, están sujetos a verificación y ajustes cuando radique su Solicitud de Retiro. Deberá permanecer cotizando en el SRM hasta la fecha que proyecta retirarse.

Atentamente,

Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



☎ 787.777.1414     📠 787.759.2883     www.srm.pr.gov

RECEIVED & FILED

2020 APR 14 AM 11: 09

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico | 3:17-BK-3283 (LTS) |
| | PROMESA Title III |
| as representative of | |
| | (Jointly Administrated) |
| The Commonwealth of Puerto Rico, *et al.* | |
| Debtors | |

## NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on February 20, 2020. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 20 de febrero de 2020. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.

NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*
3:17-BK-3283 (LTS)

| 1 | | Pleading is illegible. L.Civ.R. 10 *(El escrito radicado es ilegible o no cumple con la R.L.Civ. 10)* |
|---|---|---|
| 2 | X | Lacks proper signature. Documents presented to the court in paper require a handwritten signature. L.Civ.R. 11 *(Documento no está firmado adecuadamente. Los documentos sometidos en papel tienen que estar firmados a mano. R.L.Civ. 11)* |
| 3 | | PROMESA Cover Sheet for Adversary Proceedings (DPR Modified PROMESA B1040) was not included. L.Bkcy.R. 7003-1 http://www.prd.uscourts.gov/promesa/forms-attorneys *(No se incluyó la Hoja de Trámite para Casos Adversarios (DPR Modified PROMESA B1040).* |
| 4 | | Failure to pay the filing fee in the amount of $400.00. See, L.Cv.R. 3.1(a). Payment shall be made within 24 hours in person at the Clerk's Office U.S. District Court with copy of the complaint /notice of removal. *(Incumplimiento con el pago de la cuota de radicación por la cantidad de $400.00. El pago debe hacerse personalmente dentro de 24 horas en la Secretaría del Tribunal Federal de Distrito adjuntando una copia de la demanda / notificación de remoción.)* |
| 5 | | Other: |

Date: February 25, 2020

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of Court

By: s/ Marian B. Ramirez-Rivera
Marian B. Ramirez Rivera
Deputy Clerk

sc: to filer with original filing attached