From: Edna Lised Lazu
Urb. Hacienda Palmas #19
Calle Araucana, Luquillo P.R. 00773

U.S. POSTAGE PAID
FCM LG ENV
FAJARDO, PR
00738
FEB 18, 20
AMOUNT
$1.20
R2305K135189-08

To: Secretaria (Clerks office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

RECEIVED & FILED
2020 APR 14 AM 11: 09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

RECEIVED & FILED
2020 FEB 20 PM 3: 48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.