9 de abril de 2020

Señores:

Ustedes reclaman evidencia de mi petición. No puedo ofrecer evidencia más allá de la que incluí con la petición original porque no tengo acceso a las notificaciones que recibimos relacionados con el aumento de sueldo proclamado por el Gobernador Hon,. Carlos Romero Barceló en el 1981-82. Era un aumento de sueldo para todos los empleados públicos. Algunos empleados, como es en mi caso, no recibimos dicho aumento. Se establecieron varios mociones ante los tribunales como causa común, pero no tengo ningún documento relacionado. En parte porque dadas las situaciones de los últimos huracanes en Puerto Rico hemos extraviado muchos documentos.

Entiendo que ya ustedes tienen acceso o documentos provistos por otros compañeros así que no se si es posible que los utilicen para evidenciar mi reclamo. El aumento era aproximadamente de $50 mensuales, lo cual hace un total aproximado de $12,550.00 hasta el 16 de junio de 2013, cuando me retiré por años de servicio. Tanto el Departamento de Educación, el Departamento del Trabajo y Recursos Humanos y la Administración de Sistemas de Retiro Central pueden corroborar esta información.

Espero que esto pueda ayudar en algo en mi caso. No se que otra cosa puedo hacer.

Gracias por su atención.

*Escalera Calderón*

Zoraida Escalera Calderón
No reclamación: 113489

[Stamp: RECEIVED & FILED 2020 APR 14 PM 3: 11 U.S. DISTRICT'S OFFICE SAN JUAN]

Yoaida Escalera Colderon
108 E 6th Avenue
Mitchell SD 57301

RECEIVED & FILED
2020 APR 14 PM 3:11
CLERK'S OFFICE
U.S. DIST [illegible]
SAN JUAN, PR

Secretaría
Tribunal de Distrito de los E.U.
Room 150 Federal Bldg.
San Juan PR 00918-1767