En marzo 2020

Yo Elba E. Matos Rangel me opongo a que se de lugar la objeción Global.

La Razón Por lo que me opongo es porque el Estado Libre Asociado de Puerto Rico, Especificamente el Departamento de Educación no me pagó los $100.00 Mesuales que Por Ley Tengo Derecho.

La Ley es #168 desde el 12 de Julio 2004. Se supone fuera efectivo a partir de 1 de octubre de 2004.

Exijo que se me pague ese aumento de $100.00 que Postulo dicha Ley.

Attentamente
Sra: Elba E. Matos Rangel   S.S (3494)

Le envio evidencia que trabajé Para el Estado Libre Asociado de Puerto Rico Departamento de educación (Comedores Escolares)

#17 BK 3283-LTS

RECEIVED & FILED
2020 APR 14   AM 11:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.