Estado Libre Asociado de Puerto Rico
ADMINISTRACION DE LOS SISTEMAS DE RETIRO
DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA
PO BOX 42003 • SAN JUAN PR 00940-2003

15 de abril de 2005

ELBA E MATOS RANGEL
URB LA LULA
N 19 CALLE 12
PONCE PR 00731

Estimado (a) señor (a) MATOS:          S.S:

Deseamos informarle que su solicitud de pensión por **MERITO** ha sido aprobada efectiva el **16 DE FEBRERO DE 2005**. La pensión que le corresponde de acuerdo con la legislación vigente es de **$998.93** mensuales. Si posteriormente esta Administración determina la existencia de deficiencias que afecten esta decisión, se procederá a hacer los ajustes pertinentes.

Los pensionados por años de servicio y edad o por mérito, podrán servir al Gobierno, sus instrumentalidades, municipios o corporaciones públicas, sin que se le suspendan sus pagos de pensión, en las siguientes circunstancias; prestar servicios profesionales y consultivos mediante contrato a base de honorarios; servir en puestos regulares con horario parcial que no exceda de la mitad de la jornada completa de trabajo y recibiendo una retribución que no exceda la mitad de lo que correspondería al mismo puesto si fuera a jornada completa.

Si necesita información adicional al respecto, puede solicitar la misma en nuestras oficinas o comunicarse libre de costo, a través de TELERETIRO AL 1-877-777-2020.

**Le extendemos el más sincero reconocimiento por su dedicación al servicio público.**

Cordialmente,

Juan Cancel Alegría
Administrador

Daniel Rodríguez Cotto
Director
Area de Servicios al Pensionado

mrm