Sra: Elba E. Matos Rullje
Urb: La Lula
Calle 12 N-19
Ponce P.R 00730-1526




RECEIVED & FILED
2020 APR 14 AM 11:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Secretaria Clerk's Office
United States District Court
#150 Chardón Avenue
Federal Building
San Juan, Puerto Rico
00918-1767