2 de Abril de 2020



RECEIVED & FILED
2020 APR 14 PM 3: 11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Eva L Quiles (Eva L Del Toro Ruiz)
19411 Tinway Court
Houston, TX 77073
Telefono: 863-202-5174
SSN: XXX-XX_3121
Case No. 17-03283
Proof of Claim No.: 124412

Por medio de esta carta yo, Eva L. Quiles (antes Eva L. Del Toro Ruiz) deseo hacer un reclamo por concepto de pagos no recibidos al crearse la Ley 89 de 1984 llamada "EL Romerazo". Esta ley otorgaba un aumento de $100.00 a los empleados del Gobierno del Estado Libre Asociado de Puerto Rico.

Yo labore en el Departamento de Educacion de Puerto Rico desde fines del 1983 hasta Mayo de 2006 y cobre mi ultimo cheque en Julio de 2006. Tomando esto en consideracion y de acuerdo a las estipulaciones de la Ley 89 de 1984 "El Romerazo", estimo que el Departamento de Educacion de Puerto Rico me adeuda una cantidad aproximada de $25,200.00.

De necesitar que esta servidora someta algun otro documento para justificar este reclamo, favor notificarme lo antes possible. Agradecere la atencion prestada a este reclamo y el pago correspondiente a la mayor brevedad. De ser necesario, sirvase contactar a la suscribiente por medio de la direccion fisica, direccion electronica o al telefono indicados en esta carta.

Muy Respetuosamente;

Sra. Eva Lydia Quiles (antes Eva L. Del Toro Ruiz)
Email: evadeltoro@hotmail.com

Mrs. Eva L. Quiles
19411 Tinway Ct.
Houston, TX 77073




FOREVER / USA

02 APR 2020 PM 6 L

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767


00918$9999