**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|------------|--------|----------------------|
| RAMOS BERNARD, RENIA | 99938 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|--------------------|-----------------------|--------|--------------------------------|
| RAMOS BERNARD, RENIA | 99938 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| KENIA RAMOS BERNARD | | 31 03 84 | 058681 | 519538401 |

**DEDUCCIONES**

| ESPECIFICAS | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| | | | | AHORROS | SEGURO | | | | | | |
| 2432 | 12965 | 9420 | | | | 56 | 2000 | 60 | 700 | | |

**MES CORRIENTE**

| | | | | |
|---|---|---|---|---|
| 1016 | 4456 | 3280 | 3500 | 1995 |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 193500 | 193500 | 66500 | 66500 | 24600 | 14947 | 26953 |

ACUMULADO DURANTE EL AÑO NATURAL | | | | MES CORRIENTE |

**VEASE CLAVES AL DORSO**

---

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| KENIA RAMOS BERNARD | | 31 05 84 | 065388 | 523911213 |

**DEDUCCIONES**

| ESPECIFICAS | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| | | | | AHORROS | SEGURO | | | | | | |
| 5080 | 22279 | 16400 | | | | 60 | 700 | | | | |

**MES CORRIENTE**

| | | | | |
|---|---|---|---|---|
| 1324 | 4657 | 3490 | 3500 | 2085 |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 332500 | 332500 | 69500 | 69500 | 26800 | 15756 | 26944 |

ACUMULADO DURANTE EL AÑO NATURAL | | | | MES CORRIENTE |

**VEASE CLAVES AL DORSO**

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|---|
| KENIA RAMOS BERNARD | | | 30 09 83 | 035612511 | |

**DEDUCCIONES**

| ESPECIFICAS | | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| | | | | AHORROS | SEGURO | | | | | | |
| 2744 | 36247 | 24165 | | | | 6E | 3000 | 60 | 700 | | |

**MES CORRIENTE**

| | | | | | |
|---|---|---|---|---|---|
| 451 | 407 | 2895 | 3500 | 1740 | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 541700 | 741000 | 61000 | 61000 | 22000 | 13563 | 23337 |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | MES CORRIENTE | | |

**VEASE CLAVES AL DORSO**

---

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|---|
| KENIA RAMOS BERNARD | | | 31 10 83 | 041186 | 507171474 |

**DEDUCCIONES**

| ESPECIFICAS | | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| | | | | AHORROS | SEGURO | | | | | | |
| 3215 | 40334 | 27060 | | | | 60 | 700 | | | | |

**MES CORRIENTE**

| | | | | | |
|---|---|---|---|---|---|
| 451 | 4087 | 2895 | 3500 | 1830 | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 602000 | 602000 | 61000 | 61000 | 23700 | 13463 | 23837 |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | MES CORRIENTE | | |

**VEASE CLAVES AL DORSO**

---

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|---|
| KENIA RAMOS BERNARD | | | 31 12 83 | 047662 | 512225856 |

**DEDUCCIONES**

| ESPECIFICAS | | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| | | | | AHORROS | SEGURO | | | | | | |
| 4249 | 50116 | 32850 | | | | 60 | 700 | | | | |

**MES CORRIENTE**

| | | | | | |
|---|---|---|---|---|---|
| 451 | 4087 | 2895 | 3500 | 1830 | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 748000 | 748000 | 61000 | 61000 | 23700 | 13463 | 23837 |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | MES CORRIENTE | | |

3 de abril de 2008


...ervidores Públicos Unidos
de Puerto Rico

ATT:  William Martir Cuevas
       Presidente Interino


## RE:  BONIFICACIÓN ESPECIAL – "ROMERAZO"

El día 4 de abril de 2001 solicitamos los servicios mediante documento
...nto del Bufete William J. Riezhohl, Rafael Vilá Corrión y Burgos.  A
esta fecha no hemos recibido conunicación de ellos.


El día 8 de septiembre de 2003 a las 2:00 p.m., realizamos llamada a la
oficina del Lcdo. Rafael Vilá.  Fuimos atendidos por la secretaria (Michella).
Ésta nos indicó que aparecíamos en listado por orden alfabético y que
estaban trabajando el caso.  Luego de esta fecha, hemos realizado varias
llamadas y los intentos han sido infructuosos.


Nos comunicamos con un compañero de trabajo que está retirado.  Nos
expresó que había visitado la oficina del Lcdo. Rafael Vilá ubicado en la
Avenida Ponce de León 268, Edificio Home Mortgage Plaza Suite 1004,
Hato Rey, P.R.   Al llegar estaba cerrado, por lo que se preguntó al
Administrador del edificio quien indicó que en efecto el Lcdo. Vilá ocupaba
la oficina.


Debido a que no tenemos forma de comunicarnos con éstos, solicitamos los
servicios legales de la Unión para la acción que corresponda.

**OFICINA DEL GOBERNADOR**

LA FORTALEZA

SAN JUAN, PUERTO RICO 00901



12 de abril de 1983

Estimado Servidor Público de Carrera:

El 1ro de junio de 1983, comenzarás a recibir una bonificación especial que se te pagará de la siguiente forma:

$50 el 1ro de junio de 1983
$30 el 1ro de julio de 1983
$50 el 31 de julio de 1983
$30 el 31 de agosto de 1983
$30 el 30 de septiembre de 1983

La bonificación que habrás de recibir además de tu sueldo, se logró con la aprobación de la Ley Núm. 12 de 27 de agosto de 1982. En tu caso particular representa una cantidad total de $190 en un período de 4 meses.

Debido a que la situación económica de nuestro país continúa difícil y que tenemos compromisos y prioridades ineludibles, sometí legislación ante las Cámaras Legislativas con el propósito de implantar un plan por etapas encaminado a mejorar la condición retributiva de los empleados públicos.

Dicho plan entrará en vigor el 1ro de octubre de 1983, conforme a la Ley Núm. 12 de 27 de agosto de 1982, y a legislación sometida. En esta ocasión, el 1ro de octubre de 1983, recibirás un aumento de $30 mensuales en tu sueldo regular que como tal será permanente y se habrá de considerar para los fines del cómputo de pensiones, de tu margen prestatario y para otros beneficios marginales.

-02-

Posteriormente, el 1ro de abril de 1984, o sea 6 meses después de haber recibido tu primer aumento en sueldo, entrarán en vigor nuevas escalas salariales, las que forman parte de un plan integral de retribución desarrollado por una firma consultora bajo la coordinación de la Oficina Central de Administración de Personal.

Las nuevas escalas de retribución que entrarán en vigor en estas fechas están desarrolladas en una base porcentual y superan en todos los tipos retributivos a las vigentes. La adopción de estas nuevas escalas te traerá un segundo aumento de sueldo. Este aumento será variable y su cuantía dependerá de la clasificación de tu puesto y del paso a que corresponda tu sueldo al entrar en vigor las nuevas escalas. En el caso de los empleados de carrera, el tipo mínimo vigente se incrementará desde $57 hasta $125 mensuales y, como te dije anteriormente, el aumento individual a recibir en dicha cantidad dependerá de la clasificación de tu puesto y del paso a que corresponda tu sueldo.

Para determinar el aumento neto que recibirás en virtud de las nuevas escalas de sueldos, deberás restarle el adelanto que ya se te habrá otorgado de $30 mensuales a partir del 1ro de octubre de 1983, al efecto bruto que tendrán las nuevas escalas sobre tu sueldo individual.

En años fiscales futuros se implantarán las otras 2 etapas de la reestructuración salarial, de acuerdo a los recursos disponibles que conllevan revisiones de las estructuras salariales. Cuando se adopte la tercera etapa, los mínimos de las escalas vigentes para los empleados de carrera, se incrementarán desde $169 mensuales hasta $375 mensuales, dependiendo del nivel de clasificación.

Esta acción representa un esfuerzo adicional de nuestra Administración por hacer justicia a los trabajadores en el servicio público, cuyos salarios tradicionalmente se han mantenido por debajo de las tendencias retributivas que se registran en el sector privado. Además, constituye una forma de compensar irrevocablemente y en forma permanente a los empleados públicos, ya que los ajustes salariales se hacen de conformidad con la realidad presupuestaria de nuestro gobierno, así que puedes tener la seguridad de que los mismos se harán efectivos en las fechas en que se dispone y no serán cancelados ulteriormente.

Espero haber clarificado todo lo concerniente a la situación salarial de los empleados de carrera, según se proyectó por los aumentos propuestos a la Asamblea Legislativa y por la implantación de las nuevas escalas salariales al 1ro de abril de 1984.

Cordialmente,

Carlos Romero Barceló

Adjuntas, Puerto Rico
4 de abril de 2001


Licenciado William J. Riefkohl
% Vilá, Carrión y Burgos
268 Ponce de León
Edificio Home Mortgage Plaza
Suite 1004
San Juan, Puerto Rico  00918-2006


ATT:  Licenciado Rafael A. Vilá


Adjunto Hoja de Contrato de Servicios Profesionales de los Empleados del

Departamento de la Familia local de Adjuntas.

1.  Gloria M. Soto Medina
2.  Kenia Ramos Bernard
3.  Myriam Alancastro Rivera
4.  Vilma B. Pietri Torres
5.  Norma I. Ortíz Arroyo
6.  Agueda M. Rivera de Cabán
7.  Georgina Miró Ramirez
8.  Iris M. Zayas Vera
9.  Yolanda Andujar de Vélez
10. Olga M. Rodríguez Estremera
11. Alma R. Acosta Rodríguez
12. Candida Oquendo Oquendo


De necesitar información adicional favor de comunicarse a la local de

Adjuntas con la señora Gloria M. Soto Medina, P.O.BOX 98 Oficina Local

Adjuntas.

Telefonos – 829-5500
               5300
               0016



*24 de abril de 2008*

*PROSOL UTIER*
*PO Box 9063*
*San Juan Puerto Rico*

*Kenia Ramos Bernard*
*Contrato de Servicios 3990*

*Acompaño los documentos que forman parte del contrato de servicios profesionales sobre la demanda de Salario mínimo federal. El contrato fue firmado en la reunión llevada a cabo en Guavanilla el 17 de abril de 2008. Agradeceré que los mismos sean tramitados con la solicitud.*

*Kenia Ramos Bernard*
*PO Box 453*
*Adjuntas, Puerto Rico 00601*

PÁGINA 2

Se adjuntan los siguientes documentos:

- Carta del 12 de abril de 1983, sobre Bonificación Especial.
- Carta con fecha del 4 de abril de 2001, solicitando los Servicios del Bufete William J. Riefllhal, Rafael Vilá, Corrión y Burgos.

Cordialmente,

Águeda M. Rivera Cabán
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
HC- 8 Box 1334
Ponce, P.R.  00731-9740
Tel. 787 – 438-0483
Trabajo 787 -829-5500/0016/5300

Olga M. Rodríguez Estremera
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
Bda. Rullán #18
Adjuntas, P.R.  00601
Tel. Trabajo 829-5300/5500/0016

Yolanda Andújar
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
P.O.Box 225
Adjuntas, P. R.  00601
Tel. Trabajo 787- 829/5300/5500/0016

Alma R. Acosta Rodríguez
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
P.O. Box 475 Adjuntas, P.R.  00601-9708
Tel. Trabajo 787 – 5500/5300/0016
Cel. 787 – 319-6901, (hijo)

Vilma B. Pietri Torres
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
P.O. Box 439, Adjuntas, P.R.  00601-0439
Tel. Trabajo 787- 829-5300/5500/0016




## PREGUNTAS FRECUENTES SOBRE LA DEMANDA DE SALARIO MÍNIMO FEDERAL

1.   *¿Qué es la Demanda de Salario Mínimo Federal?*
Desde el año 1985 la Hermandad de Trabajadores de de Servicios Sociales inició una constante denuncia sobre la aplicación incorrecta del salario mínimo en las escalas de retribución de los empleados públicos. Ya para 1990 radicamos el primer caso con 360 demandantes en el Tribunal Superior de San Juan. En síntesis, planteamos que el Gobierno tenía que establecer nuevas escalas de salario para todos los empleados y no limitarse a pagar el salario mínimo igualando el salario de conserjes, oficinistas secretarias, técnicos y trabajadores sociales, sin importar preparación, destrezas, años de servicio y otros requisitos de la plaza.
Continuamos luchando y en el 2000 radicamos un segundo caso con 900 demandantes reclamando la aplicación correcta del salario mínimo federal. Más de 15 años han pasado para que el tribunal dicte sentencia. En agosto de 2007, el Departamento de la Familia aceptó que para el 15 de septiembre de 2007 pagaría el salario correcto a los demandantes iniciales del caso. A su vez, pagaría el retroactivo de salario adeudado que asciende a miles de dólares.
En el año 2006 radicamos un tercer caso con más de 3,000 demandantes. La agencia deberá pagar a todos la deuda de salario acumulado.

2.   *¿Quién es elegible?*
Todo empleado que tenga un nombramiento transitorio o regular en el Departamento de la Familia, sin importar los años que lleve trabajando en la Agencia.
En el caso de empleados **retirados o que hayan renunciado**, sólo son elegibles aquellos que **no lleven más de 1 año fuera de la Agencia.**

3.   *¿Cuál es el procedimiento para entrar al Cuarto Caso de la Demanda?*
La demanda se viabiliza a través de un Contrato de Servicios Profesionales. El empleado debe completarlo y enviarlo o entregarlo a un Oficial de PROSOL- UTIER o en nuestra oficina. Para el envío, la dirección postal es:

PROSOL UTIER
PO Box 9063
San Juan, Puerto Rico 00908

La dirección física es: Calle Cerra # 612, Parada 15, Santurce.

- **Ningún documento debe ser enviado a las oficinas de las licenciadas. Toda la información de la demanda se canalizará a través de la oficina de PROSOL-UTIER.**
- **Es importante recalcar que empleados que hayan completado el contrato anteriormente o que figuren en alguno de los 3 casos anteriores no tienen que volver a llenar el contrato.**

(Continúa atrás)

EMPLEADOS DEPARTAMENTO DE LA FAMILIA
CONTRATO DE SERVICIOS PROFESIONALES
CALLE RECINTO SUR 301
EDIFICIO GALLARDO, OFICINA 305
VIEJO SAN JUAN
TEL. Y FAX 1 (787) 724-5323
e-mail: maclegal@coqui.net

*# 3990*
*12/4/08*
*Guayanilla*

Yo, Kenia Ramos Bernard _____ por la presente contrato a la Lcda. Ivonne González Morales y a la Lcda. Milagros Acevedo Colón, para que me representen en reclamación relacionada con la implantación incorrecta del salario mínimo federal, me restituyan los aumentos salariales que me correspondan en derecho. Entiendo que los honorarios serán contingentes a una reclamación próspera, ya sea mediante transacción y/o sentencia, a base de un 25% de la suma que reciba.

En Adjuntas Puerto Rico, hoy 24 de marzo de 2008

_____
Lcda. Ivonne González Morales
P.O. Box 9021828
San Juan, PR 00902-1828

_____
Lcda. Milagros Acevedo Colón
478 Calle Canals, Ste. 1A
Urb. Roosevelt
San Juan, PR 00918

_____
Cliente (firma)

## INFORMACIÓN PERSONAL (NO DEJE ESPACIOS EN BLANCO)

1. Agencia donde trabaja: Dept. de la Familia   Pueblo Adjuntas

2. Administración: ADSEF   Oficina Adjuntas   Región: Ponce

3. Nombre completo con dos apellidos (según aparecen en nómina): Kenia Ramos Bernard

4. Dirección Postal: PO Box   Adjuntas, PR 00601

5. Dirección Física: Carr.   Km   Adjuntas PR 00601

6. Seguro Social:   e-mail: Keniar @ tld.net

7. Tel. Res.: 787-829-5838   Tel. Trabajo: 787-829-5500   Cel.: 787-473-8124

8. Fecha en que comenzó a trabajar en la Agencia: 20/abril-1981

9. Indique los puesto(s) que ha ocupado y años en el puesto: TASF I al III desde 1981 hasta 2000
Supervisor I Sept/2000 hasta el presente.
Puesto actual: Sup. Asist. Soc. y Fam. Salario Mensual: $ 2551.00   Quincenal: $1275.50

10. Diga si ha recibido o recibe algún diferencial: ___ (SI) X (NO). Cantidad: $ _____ años _____

11. Indique su preparación académica: BA. (Concentración Trabajo Social)

12. Indique si con anterioridad ha recibido pasos por mérito y/o por años de servicios: X (SI) ___ (NO)
Fecha y número de pasos concedidos en cada ocasión: 1.2004-2 pasos Mérito - Ago 2007 -trienio

13. Indique cuál es su jornada diaria de trabajo (a) 7 ½ [X]   (b) 8 hrs. [ ]

14. Diga si supervisa personal: SI [X]   NO [ ]   y si alguno de los empleados que supervisa gana o ha ganado salario más altos que usted. De ser en la afirmativa, explique brevemente y provea nombres:

_____



**ADSEF**
ADMINISTRACION DE DESARROLLO
SOCIOECONOMICO DE LA FAMILIA

11 de septiembre de 2007

Kenia Ramos Bernard
Supervisor de Asistencia Social y Familiar II
Región de Ponce

Carmen Mercedes Torres
Administradora Auxiliar
de Recursos Humanos

**AUMENTO EN SUELDO POR AÑOS DE SERVICIOS**

El Artículo 5, Sección 8.3 Inciso 3 de la Ley para la Administración de los Recursos Humanos en el Servicio Público del Estado Libre Asociado de Puerto Rico, establece lo siguiente:

**Los empleados públicos no sindicados y gerenciales que hayan ocupado un puesto regular durante un período ininterrumpido de tres años de servicios, sin haber recibido ningún otro aumento de sueldo recibirán un aumento de hasta un cinco (5) por ciento de su sueldo o su equivalente en tipos intermedios. Para esto, el empleado debe haber provisto servicios satisfactorios durante el período de tres años según evidenciado en sus hojas de evaluaciones.**

A tenor con lo expuesto, se le concede un aumento en sueldo por años de servicios de un cinco (5%) por ciento, según recomendado por su Supervisor Inmediato.

Su sueldo mensual cambiará de $2,025 a $2,151. La fecha de efectividad de este aumento es al 3 de agosto de 2007.

De usted no estar de acuerdo con esta determinación, tendrá derecho apelar la misma ante la Comisión Apelativa del Sistema de Administración de Recursos Humanos, Calle San Justo 153, Viejo San Juan – P.O. Box 9023990, San Juan, P.R. 00902-3930, dentro del término de treinta (30) días contados a partir de la fecha del recibo de esta notificación.

MIMA/tlp



**DSEF**
ADMINISTRACIÓN DE DESARROLLO
SOCIOECONÓMICO DE LA FAMILIA

24 de agosto de 2007

Sa. Kenia Ramos Bernard
SASF I
Región Ponce

Estimado/a señor/a Ramos:

Me place informarle que el pasado 21 de agosto de 2007, el Hon. Félix V. Matos Rodríguez, Ph. D., Secretario del Departamento de la Familia, firmó la Orden Administrativa Núm. 08-001, que concede mejoramiento salarial a los Supervisores de Asistencia Social y Familiar I y II de la Administración de Desarrollo Socioeconómico de la Familia.

Dicha Orden Administrativa dispone que al 1 de septiembre de 2007 y 1 de enero de 2008 estén recibiendo un aumento de $200.00, respectivamente, para un total de $400.00. Durante el mes de septiembre verá reflejado en su salario el primer aumento.

Este aumento ha sido posible gracias a las economías generadas en la nómina de la ADSEF, lo que nos permite reconocer la importante labor y premiar el esfuerzo que cada uno de ustedes realiza supervisando los servicios que ofrecemos a las familias más necesitadas.

Le exhorto a continuar motivado/a y comprometido/a a servir con eficiencia, honestidad y dedicación, cualidades que nos distinguen como servidores públicos.

Atentamente,

Idalia Colón Rondón, MTS
Administradora

CMT



DEPARTAMENTO
DE LA FAMILIA
AUG 3 0 2007
OFICINA LOCAL
RECIBIDO POR

ESTADO LIBRE ASOCIADO DE PUERTO RICO
**DEPARTAMENTO DE LA FAMILIA**
ADFAN · ADSEF · ASUME · ACUDEN
SECRETARÍADO

PO BOX 8000, San Juan, PR  00910-0800* Tel. (787) 289-7600 Ext. 2302-2303 * Fax (787) 289-7602

*Estado Libre Asociado de Puerto Rico*
*Departamento de la Familia*
**ADMINISTRACIÓN DESARROLLO SOCIOECONÓMICO**
*Oficina de Recursos Humanos*

4 de marzo de 2005
*Fecha*

## NOTIFICACIÓN

**Nombre del Empleado:** Kenia Ramos Bernard

**Número Seguro Social:** _____

**Programa:** Adm. Des. Soc. de la Fam.--(PAN) Adjuntas

**Documento:** OCAP-15 #12133

**Acción:**          (X) Enmendar          ( ) Cancelar

Hemos procedido a efectuar el siguiente cambio en el documento que se indica:

**Cifra de Cuenta:** E1110-081-2004-222-I270000-PANADM-2004

*Esta enmienda obedece a que está incorrecta.*

Vivian Vázquez Paz
*Administradora Auxiliar*
*Recursos Humanos*

sbr

DEPARTAMENTO
DE LA FAMILIA
APR 2 7 2005
OFICINA LOCAL
RECIBIDO POR

ESTADO LIBRE ASOCIADO DE PUERT~~O~~ RICO
OFICINA CENTRAL DE ASESORAMIENTO LABORAL Y
DE ADMINISTRACIÓN DE PERSONAL

INFORME DE CAMBIO NUMERO ___12133___

Cifra de Cuenta E1110-001-2004-111-
1270000-1083 ~~(ADJADOTDOCY)~~     Símbolo   G-220-0

**DEPARTAMENTO DE LA FAMILIA**
**ADSEF**                                          **(PAN) ADJUNTAS**
DEPARTAMENTO O AGENCIA                    UNIDAD DE TRABAJO

Se notifica el siguiente cambio en sueldo de este empleado, en virtud de lo dispuesto por la Ley Núm. 164 de 22 de julio de 2003, la cual provee un aumento de sueldo general de $100 mensuales para los empleados públicos a partir del primero de enero de 2004.

**KENIA RAMOS BERNARD**
NOMBRE DEL EMPLEADO

                                          **DE CARRERA  REGULAR**
NÚMERO DE SEGURO SOCIAL              STATUS DEL EMPLEADO

3356                          **SUP. ASIST. SOC. Y FAMILIAR I**
Número de puesto                 Título de Clasificación

12                   **$1,284.00**         **$2,008.00**
Escala de Retribución          Mínimo              Máximo

| ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|
| Sueldo mensual (sin diferencial)  $1,573.00 | $1,673.00 |

Observaciones

VIVIAN VÁZQUEZ ~~DIR. ADM. AUX. SEC.~~ HUM.       3 DE MAYO DE 2004
Firma de la Autoridad Nominadora o su              Fecha
Representante Autorizado

sbr                          **1 8 MAY 2004**

Case:17-03283-LTS Doc#:12815-1 Filed:04/14/20 Entered:04/15/20 15:51:30 Desc:

Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE LA FAMILIA**
P.O. BOX 11398
SAN JUAN, PUERTO RICO 00910-1398

**INFORME DE CAMBIO**

Número del Cambio: **11941**

2. Número de Seguro Social del Empleado

IMPORTANTE
INSTRUCCIONES:
LEA AL DORSO

sbr 3/3/2005

| | Cambio a Efectuarse | Antes del Cambio | Después del Cambio |
|---|---|---|---|
| | | Puesto Núm. **3356** | Puesto Núm. |
| 3. | Nombre del empleado | Kenia Ramos Bernard | |
| 4. | Agencia, Administración o Secretariado | Adm. Des. Socioeconómico de la Familia | |
| 5. | Programa, División u Oficina | Programa Asistencia Nutricional | |
| 6. | Unidad, División o Sección | Adjuntas | |
| 7. | Ubicación geográfica del puesto | Región de Ponce | |
| 8. | Categoría del Empleado | De Carrera | |
| 9. | Status del Empleado | Regular | |
| 10. | Título de Clasificación | Sup. Asistencia Social y Familiar I | |
| 11. | Unidad Apropiada / Exento | Exento | |
| 12. | Sueldo | $1,673.00 | $1,875.00 |
| 12.a | Diferencial (1) | | |
| 12.b | Diferencial (2) | | |
| 13. | Descuento para Contribución sobre Ingresos | | |
| 14. | Descuento para Seguro Social | | |
| 15. | Descuento para Aportación Sistema de Retiro | | |
| 16. | Descuento para Servicios Médicos | | |
| 17. | Descuento para Ahorros (A.E.E.L.A.) | | |
| 18. | Descuento para Seguro (A.E.E.L.A.) | | |
| 19. | Descuento Unión | | |
| 20. | Otros Descuentos | | |
| 21. | Clase | | |
| 22. | Escala | | |
| 23. | Fecha de Efectividad | | 1 de julio de 2004 |

| 24. | SÍMBOLOS DE CONTABILIDAD | Fondo | Org. | Prog. | Asig. | Cuenta | Año Fisc. | Grant | Cuenta | Fondo | Org. | Prog. | Asig. | Año Fisc. | Grant |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 222 | 1270000 | | 081 | E1110 | 2004 | PANADM 2004 | | | | | | | |

25. Indique si se trata de: ☐ Ascenso ☐ Cambio de Categoría ☐ Cambio de Status ☐ Ascenso o Traslado Transitorio ☐ Diferencial
☐ Descenso ☐ Reclasificación ☐ Reinstalación ☐ Reubicación ☐ Traslado ☐ Nuevo Nombramiento ☒ Aumento de Sueldo

26. En Caso de cambio a otra agencia indique Licencia acreditada: ___ Compensatorio ___ días Licencia Regular ___ días ___ Concedido ___ días
Licencia Enfermedad: ___ días Concedida ___ días

| | | Fecha de Separación (Última día de Pago) | Licencia sin Paga | Fecha de Efectividad de la Separación |
|---|---|---|---|---|
| 27. | Renuncia | | | |
| 28. | Separación | | | |
| 29. | Destitución | | | |
| 30. | Cesantía | | | |

31. Suspensión de Empleo y Sueldo: Duración ___ De ___ A ___

32. Muerte: Fecha: ___ Hora: ___ Último día de pago ___ Participante de Retiro ☐ SI ☐ No

33. Clase de Licencia: ☐ Para estudio ☐ Especial con paga ☐ Maternidad
☐ Militar sin sueldo ☐ Sin sueldo
Duración ___ DE ___ A ___

34. Comentarios y Explicaciones (si necesita más espacio use el dorso) Aumento de $50.00 de acuerdo a la Orden Administrativa #05-004 del 23/dic/04
Aumento en Sueldo por Servicios Meritos equivalente a (2) pasos efectivo al 1 de julio de 2004. Autorizado por Hoja de Evaluación de
Disponibilidad de Fondos #2005-1293 del 4 de febrero de 2005. Esta OCAP #14-1222A.

35. Si el cambio de puesto es por Certificación de Elegibles indique: Certificación de Elegibles Núm. ___
Si el cambio es a otro puesto, indique el nombre del anterior incumbente ___

36. Si el cambio es a otra agencia y fuera de las agencias cuyos fondos se origina el cambio o su representante autorizado firmará aquí:

37. Firma del empleado en casos que fuere necesario

38. Aprobado por: _Vivian Vázquez Paz_ Adm./Aux. Rec. Hum.
Jefe de la Agencia o su Representante

ESTADO LIBRE ASOCIADO DE PUERTO RICO
OFICINA DE RECURSOS HUMANOS DEL
ESTADO LIBRE ASOCIADO DE PUERTO RICO

INFORME DE CAMBIO NÚMERO _____11942_____

Cifra de Cuenta **E1110-01F-2005-111-1270000-PANADM-2005**    Símbolo _____G-220-0_____

**DEPARTAMENTO DE LA FAMILIA**
**ADM. DESARROLLO SOCIOECONÓMICO DE LA FAMILIA**
DEPARTAMENTO O AGENCIA

**(PAN) ADJUNTAS**
UNIDAD DE TRABAJO

Se notifica el siguiente cambio en sueldo de este empleado, en virtud de lo dispuesto por la Ley Núm. 168 de 12 de julio de 2004, la cual provee un aumento de sueldo general de $150 mensuales para los empleados públicos a partir del primero de octubre de 2004.

**KENIA RAMOS BERNARD**
NOMBRE DEL EMPLEADO

**DE CARRERA  REGULAR**
STATUS DEL EMPLEADO

NÚMERO DE SEGURO SOCIAL

_____3356_____
Número de puesto

**SUP. ASISTENCIA SOCIAL Y FAMILIAR I**
Título de Clasificación

_____12_____
Escala de Retribución

$1,284.00          $2,008.00
Mínimo            Máximo

| ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|
| Sueldo mensual (sin diferencial)   $1,875.00 | $2,025.00 |

Observaciones

VIVIAN VÁZQUEZ PAZ, ADM. AUX. REC. HUM.
Firma de la Autoridad Nominadora o su Representante Autorizado

**28 DE FEBRERO DE 2005**
Fecha

sbr

Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE LA FAMILIA**
PO BOX 11398
SAN JUAN, PUERTO RICO 00910-1398

**INFORME DE CAMBIO**

**IMPORTANTE
INSTRUCCIONES:
LEA AL DORSO**

1. Número de Cambio: **11941**

2. Número de Seguro Social del Empleado:

sbr 3/3/2005

| Cambio a Efectuarse | Antes del Cambio | Después del Cambio |
|---|---|---|
| | Puesto Núm. **3356** | Puesto Núm. |
| 3. Nombre del empleado: | **Kenia Ramos Bernard** | |
| 4. Agencia, Administración o Secretariado: | **Adm. Des. Socioeconómico de la Familia** | |
| 5. Programa, División u Oficina: | **Programa Asistencia Nutricional** | |
| 6. Unidad, División o Sección: | **Adjuntas** | |
| 7. Ubicación geográfica del puesto: | **Región de Ponce** | |
| 8. Categoría del Empleado: | **De Carrera** | |
| 9. Status del Empleado: | **Regular** | |
| 10. Título de Clasificación: | **Sup. Asistencia Social y Familiar I** | |
| 11. Unidad Apropiada / Exento: | **Exento** | |
| 12. Sueldo: | **$1,673.00** | **$1,875.00** |
| 12.a Diferencial (1) | | |
| 12.b Diferencial (2) | | |
| 13. Descuento para Contribución sobre Ingresos | | |
| 14. Descuento para Seguro Social | | |
| 15. Descuento para Aportación Sistema de Retiro | | |
| 16. Descuento para Servicios Médicos | | |
| 17. Descuento para Ahorros (A.E.E.L.A.) | | |
| 18. Descuento para Seguro (A.E.E.L.A.) | | |
| 19. Descuento Unión | | |
| 20. Otros Descuentos | | |
| 21. Clase | | |
| 22. Escala | | |
| 23. Fecha de Efectividad | | **1 de julio de 2004** |

24. SÍMBOLOS DE CONTABILIDAD

| | Fondo | Org. | Prog. | Asig. | Cuenta | Año Pres. | Grant | Cuenta | Fondo | Org. | Prog. | Asig. | Año Pres. | Grant |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 222 | 1270000 | 081 | | E1110 | 2004 | PANADM 2004 | | | | | | | |

25. Indique si se trata de:
☐ Ascenso  ☐ Cambio de Categoría  ☐ Cambio de Status  ☐ Ascenso o Traslado Transitorio  ☐ Diferencial
☐ Descenso  ☐ Reclasificación  ☐ Reinstalación  ☐ Reubicación  ☐ Traslado  ☐ Nuevo Nombramiento  ☒ Aumento de Sueldo

26. En caso de cambio a otra agencia indique: Licencia a Liquidarse: Compensatorio ___ días.  Licencia Regular ___ días.  Concedida ___ días.
Licencia Enfermedad ___ días.  Concedida ___ días.

| | Fecha de Separación (Última día de Pago) | Licencia Sin Paga | Fecha de Efectividad de la Separación |
|---|---|---|---|
| 27. Renuncia | | | |
| 28. Separación | | | |
| 29. Destitución | | | |
| 30. Cesantía | | A | |

31. Suspensión de Empleo y Sueldo: Duración ___ De ___     Participante de Retiro ☐ Sí  ☐ No

32. Muerte: Fecha: ___ Hora ___   Último día de pago ___

33. Clase de Licencia: ☐ Para estudio  ☐ Especial con paga  ☐ Maternidad  ☐ Militar sin sueldo  ☐ Sin sueldo
Duración: ___ DE ___

34. Comentarios y Explicaciones (si necesita más espacio use el dorso): Aumento de $5,000.00 de acuerdo a la Orden Administrativa # 05-004 del 23/dic/04
Aumento en Sueldo por Servicios Meritorios equivalente a tal pasos efectivo el 1 de julio de 2005. Autorizado en Hoja de Evaluación #___
Disponibilidad de Fondos #___. Esta OCAP/s cancela la #12724.

35. Si el cambio de puesto es por Certificación de Elegibles indique: Certificación de Elegibles Núm. ___
Si el cambio es a otro puesto indique: Nombre del empleado anterior ___

36. Si el cambio es a otra agencia indique la firma del empleado a quien se le efectúa el cambio o su representante autorizado:

37. Firma del empleado en casos que fuere necesario:

38. Aprobado por: _Vivian Vázquez Paz_  **Vivian Vázquez Paz, Adm. Aux. Rec. Hum.**
Jefe de la Agencia o su Representante

1 3 ABR 2005

Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE LA FAMILIA**
PO BOX 11398
SAN JUAN, PUERTO RICO 00910-1398

**INFORME DE CAMBIO**

| | | Número del Cambio |
|---|---|---|
| | | 12724 |
| | 2. Número de Seguro Social del Empleado | |

**IMPORTANTE**
INSTRUCCIONES:
LEA AL DORSO

9/1/04

| Cambio a Efectuarse | Antes del Cambio | Después del Cambio |
|---|---|---|
| | Puesto Núm. 3356 | Puesto Núm. |
| 3. Nombre del empleado: | Kenia Ramos Bernard | |
| 4. Agencia, Administración o Secretariado | Adm. Desarrollo Socioeco. de la Fam. | |
| 5. Programa, División u Oficina | PAN | |
| 6. Unidad, División o Sección | Adjuntas | |
| 7. Ubicación geográfica del puesto | Región de Ponce | |
| 8. Categoría del Empleado | De Carrera | |
| 9. Status del Empleado | Regular | |
| 10. Título de Clasificación | Supervisor de Asist. Social y Fam. I | |
| 11. Unidad Apropiada / Exento | Exento | |
| 12. Sueldo | $1,673.00 | $1,811.00 |
| 12.a Diferencial (1) | | |
| 12.b Diferencial (2) | | |
| 13. Descuento para Contribución sobre Ingresos | | |
| 14. Descuento para Seguro Social | | |
| 15. Descuento para Aportación Sistema de Retiro | | |
| 16. Descuento para Servicios Médicos | | |
| 17. Descuento para Ahorros (A.E.E.L.A.) | | |
| 18. Descuento para Seguro (A.E.E.L.A.) | | |
| 19. Descuento Unión | | |
| 20. Otros Descuentos | | |
| 21. Clase | | |
| 22. Escala | | |
| 23. Fecha de Efectividad | | 1 de julio de 2004 |

| 24. SIMBOLOS DE CONTABILIDAD | Fondo | Org. | Prog. | Asig. | Cuenta | Año Pres. | Grant | Cuenta | Fondo | Org. | Prog. | Asig. | Año Pres. | Grant |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 111 | 1270000 | 1083 | 001 | E1110 | 2005 | | | | | | | | |

25. Indique si se trata de : ☐ Ascenso  ☐ Cambio de Categoría  ☐ Cambio de Status  ☐ Ascenso o Traslado Transitorio  ☐ Diferencial
☐ Descenso  ☐ Reclasificación  ☐ Reinstalación  ☐ Reubicación  ☐ Traslado  ☐ Nuevo Nombramiento  ☒ Aumento de Sueldo

26. En Caso de cambio a otra agencia indique – Licencia a acreditarse:  Compensatorio _____ días.
Licencia Enfermedad _____ días,  Concedida _____ días,  Licencia Regular _____ días,  Concedida _____ días.

| | Fecha de Separación (Último día de Pago) | Licencia sin Paga | Fecha de Efectividad de la Separación |
|---|---|---|---|
| 27. Renuncia | | | |
| 28. Separación | | | |
| 29. Destitución | | | |
| 30. Cesantía | | | |

31. Suspensión de Empleo y Sueldo:  Duración: _____  De _____  A _____
32. Muerte:  Último día de pago: _____  Participante de Retiro ☐ Sí  ☐ No
Fecha: _____  Hora _____

33. Clase de Licencia:  ☐ Para estudio  ☐ Especial con paga  ☐ Maternidad
☐ Militar sin sueldo  ☐ Sin sueldo
Duración: _____ DE _____ A _____

34. Comentarios y Explicaciones (si necesita más espacio use el dorso)  Aumento de Sueldo por Servicios Meritorios equiv. a (2) pasos. Autorizado en Hoja de Evaluación de Disponibilidad de Fondos # 2005-111 del 13 de julio de 2004.

35. Si el cambio de puesto es por Certificación de Elegibles indique:  Certificación de Elegibles Núm. _____

Si el cambio es a otro puesto, indique el nombre del anterior incumbente:

36. Si el cambio es a otra agencia el jefe de la agencia donde se originó el cambio o su representante autorizado firmará aquí:

37. Firma del empleado en casos que fuere necesario

38. Aprobado por:
Vivian Vázquez Paz/ Adm. Aux. de Rec. Hum.
Jefe de la Agencia o su Representante

Estado Libre Asociado de Puerto Rico
ADMINISTRACION DE DESARROLLO SOCIOECONOMICO DE LA FAMILIA
Departamento de la Familia
OFICINA DE RECURSOS HUMANOS

_25 DE AGOSTO DE 2004_
_Fecha_

### NOTIFICACION

Nombre del Empleado :   _KENIA RAMOS BERNARD_

Número Seguro Social : _____

Programa :   _PAN – ESTATAL ADJUNTAS_

Documento : _INFORME DE CAMBIO # 85453_

Acción :            ( X ) Enmendar        (  ) Cancelar

Hemos procedido a efectuar el siguiente cambio en el documento que se indica:

# 85453 – NUMERO DE PUESTO 7218
TITULO DE CLASIFICACION: TECNICO DE ASISTENCIA SOCIAL Y FAMILIAR III


Enmienda obedece a _información incorrecta._


VIVIAN VAZQUEZ PAZ
ADMINISTRADORA AUXILIAR
OFICINA DE RECURSOS HUMANOS

/lth

27 AGO 2004



Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE LA FAMILIA**
ADMINISTRACIÓN DESARROLLO SOCIOECONÓMICO
Oficina de Personal & Recursos Humanos

INFORME DE CAMBIO ESPECIAL NÚMERO    _85453_

| | |
|---|---|
| _222-1270000-081-2000-PANADM-2000_ | _G-220-0_ |
| **CIFRA DE CUENTA** | **SÍMBOLO** |

Departamento de la Familia
Adm. Desarrollo Socioeconómico de la Fam.          _(PAN)  ADJUNTAS_
**DEPARTAMENTO O AGENCIA**                    **UNIDAD DE TRABAJO**

Se notifica el siguiente cambio en el sueldo de sesenta ($60.00)  para todos los empleados de
ADSEF que formen parte del Sistema de Personal creado en virtud de lo dispuesto por la Ley de
Personal del Servicio Público, con status regular,  probatorio o transitorio, efectivo al 1 de octubre
de 1999.

_KENIA RAMOS BERNARD_
**NOMBRE DEL EMPLEADO**

De Carrera        Regular
**NÚMERO DE SEGURO SOCIAL**        **STATUS DEL EMPLEADO**
_7218_                  _TASE III_
_5356_              ~~SUPERVISORA ASISTENCIA SOCIAL Y FAM. I~~
**NÚMERO DEL PUESTO**            **TÍTULO DE CLASIFICACIÓN**

_12_
**ESCALA DE RETRIBUCIÓN**        $ _1,284.00_      $ _2,008.00_
                    **MÍNIMO**      **MÁXIMO**

| ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|
| Sueldo Mensual (sin diferencial)   $ _1,173.00_ | $ _1,233.00_ |

OBSERVACIONES: _____

_A: SEP 2004_

_____

María I.  Morales Álvarez-Directora Rec. Hum.          _12 de septiembre de 2001_
**Firma de la Autoridad Nominadora o su**                **Fecha**
**Representante Autorizado**

_SV/sra_



**ADSEF**
ADMINISTRACION DE DESARROLLO
SOCIOECONOMICO DE LA FAMILIA

*Vivian Vázquez Paz*
*Administradora Auxiliar*
*Oficina de Recursos Humanos*


16 de agosto de 2004


Kenia Ramos Bernard
Supervisor de Asistencia Social y Familiar I
Región Ponce


**AUMENTO EN SUELDO POR SERVICIOS MERITORIOS**

*Por recomendación de su Supervisor y en reconocimiento a sus ejecutorias, se le concede un aumento de sueldo equivalente a **2** pasos por merito en la escala salarial donde está asignada la clase del puesto que ocupa.*

*Su sueldo mensual cambiará de **$1,673.00** a **$1,811.00**.  La fecha de su efectividad de esta acción será al **1ro de julio de 2004**.*

*Le exhortamos a que continué brindando servicios de excelencia como hasta el presente.*


VIVIAN VAZQUEZ PAZ
Administradora Auxiliar

MIMA/MSR/arr


*PO BOX 8000, San Juan, PR  00910-0800* Tel. (787) 723-6006 * Fax (787) 724-0930*



ESTADO LIBRE ASOCIADO DE PUERTO RICO
OFICINA CENTRAL DE ASESORAMIENTO LABORAL Y
DE ADMINISTRACIÓN DE PERSONAL

INFORME DE CAMBIO NÚMERO _____ __12133__

Cifra de Cuenta __E1110-001-2004-111-__
__1270000-1083__

Símbolo   __G-220-0__

15 JUN 2004

__DEPARTAMENTO DE LA FAMILIA__
__ADSEF__
DEPARTAMENTO O AGENCIA

__(PAN) ADJUNTAS__
UNIDAD DE TRABAJO

Se notifica el siguiente cambio en sueldo de este empleado, en virtud de lo dispuesto por la Ley Núm. 164 de 22 de julio de 2003, la cual provee un aumento de sueldo general de $100 mensuales para los empleados públicos a partir del primero de enero de 2004.

__KENIA RAMOS BERNARD__
NOMBRE DEL EMPLEADO

_____
NÚMERO DE SEGURO SOCIAL

__DE CARRERA   REGULAR__
STATUS DEL EMPLEADO

__3356__
Número de puesto

__SUP. ASIST. SOC. Y FAMILIAR I__
Título de Clasificación

__12__
Escala de Retribución

__$1,284.00__          __$2,008.00__
Mínimo               Máximo

| ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|
| Sueldo mensual (sin diferencial)   $1,573.00 | $1,673.00 |

Observaciones_____

__VIVIAN VÁZQUEZ PAZ, ADM. AUX. REC. HUM.__
Firma de la Autoridad Nominadora o su
Representante Autorizado

__3 DE MAYO DE 2004__
Fecha

sbr



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**DEPARTAMENTO DE LA FAMILIA**
ADFAN · ADSEF · ASUME · SECRETARIADO

18 de mayo de 2004

Mérida Pagán de Corales
Directora Regional

## AUMENTO DE SUELDO  SERVICIOS SATISFACTORIOS

El empleado ___Kenia Ramos Bernard___ , Seguro Social_____ ,
Administración Desarrollo Socio Económico y Familiar, quien ocupa el puesto de
___Supervisora Asistencia Social y Fam.___ I (ha   trabajado,   no   ha   trabajado)
satisfactoriamente, razón por la cual (recomiendo, no recomiendo) se le otorgue aumento
de sueldo por mérito.

En virtud de lo establecido en el Artículo 4.8 de la Ley Número 89 de 12 de julio de
1979, que capacita a las autoridades nominadoras para conceder aumento en sueldo por
servicios meritorios.

Juan C. Acosta Rodríguez
_____
Firma Supervisor /a inmediato del Empleado


_____
Firma Directora Regional

bc

Case:17-03283-LTS Doc#:1281 Filed:04/15/20 Entered:04/15/20 15:54:20 Desc: Exhibit Page 25 of 49

OCAP-15
REV. 10/78

Estado Libre Asociado de Puerto Rico
OFIC. CENTRAL DE ADMINISTRACION DE PERSO
Apartado 8476, Estación Fernández Juncos, Santurce, P.R.

**INFORME DE CAMBIO**

1. Número de Cambio:
   9292

2. Número de Seguro Social

*IMPORTANTE*
*INSTRUCCIONES:*
*LEA AL DORSO*

|  | Antes del Cambio | Después del Cambio |
|---|---|---|
| Cambio a Efectuarse | Número de Puesto:3356 | Número de Puesto: |
| 3. Nombre del Empleado | Kenia Ramos Bernard | |
| 4. Estado Civil | | |
| 5. Departamento o Agencia | Departamento de la Familia | |
| 6. División | Adm . Desarrollo Socioeconómico de la Familia | |
| 7. Unidad o Sección | PAN | |
| 8. Ubicación geográfica del puesto | Adjuntas | |
| 9. Categoría del Empleado | De Carrera | |
| 10. Status del Empleado | Probatorior | Regular |
| 11. Título de Clasificación | Supervsor Asistencia Social y Familiar I | |
| 12. . Sueldo | $1,473.00 | |
| 12°. Diferencial | | |
| 13. Descuento para Contribución sobre Ingreso | | |
| 14. Descuento para Seguro Social | | |
| 15. Descuento para Aportación Sistema de Retiro | | |
| 16. Descuento para Servicios Médicos | | |
| 17. Descuento para Ahorros (A.E.E.L.A.) | | |
| 18. Descuento para Seguro (A.E.E.L.A.) | | |
| 19. Otros Descuentos | | |
| | | |
| | | |
| | | |
| 20. Fecha de Efectividad | | 1 de mayo de 2001 |

| | Cuenta | Asig. | Año Fiscal | Fondo | Org. (Agencia) | Prog. | Grant | Cuenta | Asig. | Año Fiscal | Fondo | Org. (Agencia) | Prog. | Grant |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21. CIFRA DE CUENTA | E1110 | 081 | 2001 | 222 | 1270000 | | PANADM 2002 | | | | | | | |

22. Indique si se trata de: ( ) Ascenso ( ) Cambio de Categoría (x) Cambio de Status ( ) Ascenso o Traslado Transitorio

( ) Descenso ( ) Reclasificación ( ) Reinstalación ( ) Reubicación ( ) Traslado ( ) Nuevo Nombramiento ( ) Aumento de Sueldo

23. En caso de cambio a otra agencia indique – Licencia a acreditarse: Compensatorios _____ dias

Licencia Enfermedad _____ dias Concedida _____ dias Licencia Regular _____ dias Concedidas _____ dias

| | Fecha de Separación (Ultimo día de Pago) | Licencia Sin Paga | Fecha de Efectividad de la Separación |
|---|---|---|---|
| 24. Renuncia | | | |
| 25. Separación | | | |
| 26. Destitución | | | |
| 27. Cesantía | | | |

28. Suspensión de Empleo y Sueldo: Duración _____ De: _____ A: _____

29. Muerte:
Fecha _____ Hora _____ 0 Participante de Retiro ( ) Si ( ) No
Ultimo día de pago: _____

30. Clase de Licencia: ( )Para estudio ( ) Especial con paga ( ) Maternidad
( ) Militar sin Sueldo ( ) Sin Sueldo
Duración: 124 días DE _____ A _____

31.Comentarios y Explicaciones (si necesita más espacio use el dorso) Se acompaña OCAP-35

32. Si el cambio de puesto es por Certificación de Elegibles indique: Certificación de Elegibles Núm. _____

Si el cambio es a otro puesto, indique el nombre del anterior incumbente; _____

33. Si el cambio es a otra agencia al jefe de la agencia donde se origine el cambio o su representante autorizado firmará aquí. _____

34. Firma del empleado en casos que fuere necesario

35. Aprobado por: _____
Vivian Vázquez ___ Adm. Aux. Rec. Hum.
Jefe de la Agencia o su Representante Autorizado

Revisado o Aprobado por: _____ Fecha: _____

Preparado por: Sylvia Burgos _____ Fecha: _____

Entregado a Empleada el 4-feb-04 BR

# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## DEPARTAMENTO DE LA FAMILIA
### ADMINISTRACIÓN DE DESARROLLO SOCIOECONÓMICO DE LA FAMILIA

INFORME DE CAMBIO ESPECIAL NÚMERO ___9293___

CIFRA DE CUENTA E1110-081-2002-222-1270000-PAN-ADM-2002   SIMBOLO __G-220-0__

_(PAN) Adjuntas_
UNIDAD DE TRABAJO

Se notifica el siguiente cambio en el sueldo de este empleado, en virtud de lo dispuesto por la Ley Número 96 de 1 de julio de 2002 la cual provee un aumento de sueldo general de $100.00 mensuales para los empleados públicos a partir del 1ro. de julio de 2002.

Kenia Ramos Bernard
**NOMBRE DEL EMPLEADO**

NÚMERO DE SEGURO SOCIAL

De Carrera          Regular
**ESTATUS DEL EMPLEADO**

_3356_
NÚMERO DE PUESTO

Sup. Asist. Soc. y Familiar I
**TÍTULO DE CLASIFICACIÓN**

_12_
ESCALA DE RETRIBUCIÓN

$1,284.00        $2,008.00
MÍNIMO           MÁXIMO

| ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|
| Sueldo Mensual (sin diferencial)   $ 1,473.00 | $ 1,573.00 |

OBSERVACIONES: _____

Vivian Vázquez Paz, Adm. Aux. Rec. Hum.
**Firma de la Autoridad Nominadora o su Representante Autorizado**

10 de septiembre de 2003
**Fecha**

sbr

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE LA FAMILIA
ADMINISTRACIÓN DESARROLLO SOCIOECONÓMICO
Oficina de Personal & Recursos Humanos



INFORME DE CAMBIO ESPECIAL NÚMERO    85453

222-1270000-081-2000-PANADM-2000                     G-220-0
CIFRA DE CUENTA                                      SÍMBOLO

Departamento de la Familia
Adm. Desarrollo Socioeconómico de la Fam.           (PAN)  ADJUNTAS
DEPARTAMENTO O AGENCIA                              UNIDAD DE TRABAJO

   Se notifica el siguiente cambio en el sueldo de sesenta (S60.00)  para todos los empleados de
ADSEF que formen parte del Sistema de Personal creado en virtud de lo dispuesto por la Ley de
Personal del Servicio Público, con status regular,  probatorio  o transitorio, efectivo al 1 de octubre
de 1999.

KENIA  RAMOS  BERNARD
NOMBRE DEL EMPLEADO

NÚMERO DE SEGURO SOCIAL          De Carrera          Regular
                                STATUS DEL EMPLEADO

3356                            SUPERVISORA ASISTENCIA SOCIAL Y FAM. I
NÚMERO DEL PUESTO               TÍTULO DE CLASIFICACIÓN

12                              $ 1,284.00      $ 2,008.00
ESCALA DE RETRIBUCIÓN           MÍNIMO          MÁXIMO

| ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|
| Sueldo Mensual (sin diferencial)    $ 1,173.00 | $ 1,233.00 |

OBSERVACIONES:

María I.  Morales Álvarez-Directora Rec. Hum.          12 de septiembre de 2001
Firma de la Autoridad Nominadora o su                  Fecha
Representante Autorizado

SV/sra



OCAP-15 ESP

2 4 JUN 1999

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE LA FAMILIA
SECRETARIA AUXILIAR DE PERSONAL Y RECURSOS HUMANOS
INFORME DE CAMBIO ESPECIAL

<u>80955</u>
Número de Cambio

**Nombre del Empleado:** KENIA RAMOS BERNARD

**Núm. Seguro Social:**

**Clasificación:** TECNICO SERVICIOS SOCIALES III

Antes del Cambio

## Departamento de Servicios Sociales

( )   Secretaria Auxiliar de la Familia

(x)   Secretaria Auxiliar Asistencia Pública

( )   Programa P.R.E.S.

( )   Secretaria Auxiliar de Rehabilitación Vocacional

( )   Secretaria Auxiliar de Dirección y Administración

Después del Cambio

## Departamento de la Familia

*Secretariado

( )   Adm. Familias y Niños

(x)   Administración Desarrollo Socioeconómico de la Familia

( )   Administración para el Sustento A Menores

( )   Administración de Rehabilitación Vocacional

**Fecha de efectividad:** **28 de julio de 1995**

**Observaciones:**   Transferencia e Incorporación de Programas conforme al Plan de Reoganización # 1 del 28 de julio de 1995, que crea el Departamento de la Familia.

* Una vez constituido el Secretariado se realizará el cambio correspondiente.

/tlp   ADA M. RIVERA-DIR. DE PERSONAL
Firma de la Autoridad Nominadora
o su Representante Autorizado

8 SEP 1998

18 junio 1998
Fecha

OCAP-15
ESPECIAL

**ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE LA FAMILIA
SANTURCE, PUERTO RICO**

INFORME DE CAMBIO ESPECIAL NUMERO __80954__

Cifra de Cuenta __94-222-077-02-075-1110__      Símbolo __1507__

Se notifica el siguiente cambio en el sueldo de este empleado, de conformidad con la Orden Ejecutiva OE-1994-32 y en virtud de lo dispuesto por lo dispuesto por la Orden Administrativa OA-1994-02. La misma decreta aumento en sueldo de $115.00 mensuales para los empleados del Departamento de Servicios Sociales por productividad y eficiencia de la Agencia a partir del 1ero. de julio de 1994.

__KENIA RAMOS BERNARD__
NOMBRE DEL EMPLEADO

__PROGRAMA ASISTENCIA NUTRICIONAL ADJUNTAS__
UNIDAD DE TRABAJO

__DE CARRERA-REGULAR__
STATUS DEL EMPLEADO

NUMERO SEGURO SOCIAL

__TECNICO SERVICIOS SOCIALES III__
TITULO DE CLASIFICACION

__7218__
NUMERO DEL PUESTO

__21__
ESCALA DE RETRIBUCION

__$787.00__     __$1,063.00__
Mínimo       Máximo

| ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|
| $904.00 | $1,019.00 |

Observaciones: _____

ADA M. RIVERA-DIR. DE PERSONAL
Firma de la Autoridad Nominadora
o su Representante Autorizado

__18 junio 1998__
Fecha

/tlp

8 SEP 1998

Ocap-15
Especial



**Estado Libre Asociado de Puerto Rico**
**DEPARTAMENTO DE LA FAMILIA**

**INFORME DE CAMBIO ESPECIAL NUMERO** 80953

Se notifica el siguiente cambio en el sueldo de este empleado en virtud de lo dispuesto en el Artículo 4, Sección 4.2 y el Artículo 5, Sección 5.14 de la Ley Número 5 del 14 de octubre de 1985, según enmendada conocida como Ley de Personal en el Servicio Público. El cambio es efectivo al implantarse el Plan de Clasificación y Retribución para el servicio de carrera del Departamento de la Familia a partir del 1ero. de marzo de 1996.

KENIA RAMOS BERNARD
Nombre del Empleado

7218
Número del Puesto

ADMINISTRACION DESARROLLO SOC ECO
DE LA FAMILIA (PAN) ADJUNTAS

Seguro Social

Unidad de Trabajo

| ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|
| Título de Clasificación: TECNICO SERVICIOS SOCIALES III | TECNICO DE ASISTENCIA SOCIAL Y FAMILIAR III |
| Número de Escala: 21 | X |
| Sueldo Mensual: $1,019.00 (Sin Diferencial) | $1,173.00 |

Observaciones: _____

ADA M. RIVERA-DIR. DE PERSONAL
Firma de la Autoridad Nominadora
o su Representante Autorizado

18 junio 1998
Fecha

**Estado Libre Asociado de Puerto Rico**
OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL
Santurce, Puerto Rico

**INFORME DE CAMBIO ESPECIAL NUMERO ___22329___**

Cifra de Cuenta_90-222-077-02-075-1110____    Símbolo _____1507_____

_Servicios Sociales_____    Programa Asistencia Nutricional Adjuntas_____
DEPARTAMENTO O AGENCIA                UNIDAD DE TRABAJO

Se notifica el siguiente cambio en el sueldo de este empleado, en virtud de lo dispuesto por la Ley Núm. 7 del 7 de mayo de 1989, la cual provee un aumento de sueldo general de $50.00 mensuales para los empleados públicos a partir del primero de julio de 1990.

_____Kenia Ramos Bernard_____
NOMBRE DEL EMPLEADO

_____    ____De Carrera Regular___
NUMERO DE SEGURO SOCIAL      STATUS DEL EMPLEADO

____7218_____    Técnico Servicios Sociales III
Número del Puesto    Título de Clasificación

____21_____    $787.00        $1,063.00
Escala de Retribución    Mínimo        Máximo

| ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|
| Sueldo Mensual     $821.00 (sin diferencial) | $871.00 |

Observaciones: _____

APROBADO
Depto. Servicios Sociales

JAN ? ? 190?

_____
Enrique González Polanco
Sec. Aux. de Pers. y Rec. Hum.
Firma de Autoridad Nominadora
o su Representante Autorizado

Fecha Secretaría Auxiliar de
Personal y Recursos Humanos

RECIBIDO
MAYO 0 4 1994

OCAP-15
Rev. 10/78

**IMPORTANTE
INSTRUCCIONES:
LEA AL DORSO**

Estado Libre Asociado de Puerto Rico
OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL
Apartado 8476, Estación Fernández Juncos, Santurce, P. R.

**INFORME DE CAMBIO**

1. Número del Cambio

**34183**

2. Número de Seguro Social del Empleado

| Cambio a Efectuarse | Antes del Cambio | Después del Cambio |
|---|---|---|
| | Puesto Núm. **7218** | Puesto Núm. |
| 3. Nombre del Empleado | Kenia Ramos Bernard | |
| 4. Estado Civil | | |
| 5. Departamento o Agencia | Servicios Sociales | |
| 6. División | Sec. Aux. Asistencia Pública | UCT |
| 7. Unidad o Sección | Prog. Asistencia Nutricional | 13 |
| 8. Ubicación geográfica del puesto | Adjunta | 1990 |
| 9. Categoría del Empleado | De Carrera | |
| 10. Status del Empleado | Regular | |
| 11. Título de Clasificación | Técnico Servicios Sociales II | Técnico Servicios Sociales II |
| 12. Sueldo | $790.00 | $821.00 |
| 12a. Diferencial | | |
| 13. Descuento para Contribución sobre Ingresos | | |
| 14. Descuento para Seguro Social | | |
| 15. Descuento para Aportación Sistema de Retiro | | |
| 16. Descuento para Servicios Médicos | | |
| 17. Descuento para Ahorros (A.E.E.L.A.) | | |
| 18. Descuento para Seguro (A.E.E.L.A.) | | |
| 19. Otros Descuentos | | |
| 20. Fecha de Efectividad | | 1 de agosto de 1988 |

OCT 5 1988

| | | A. F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto | A. F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21. | SIMBOLOS DE CONTABILIDAD | 88 | 111 | 77 | 11 | -- | 01 | 111 | 88 | 222 | 77 | 02 | -- | 75 | 111 |

22. Indique si se trata de: ☐ Ascenso   ☐ Cambio de Categoría   ☐ Cambio de Status   ☐ Ascenso o Traslado Transitorio
☐ Descenso ☒ Reclasificación ☐ Reinstalación ☐ Reubicación ☐ Traslado ☐ Nuevo Nombramiento ☐ Aumento de Sueldo

23. En caso de cambio a otra agencia indique — Licencia a acreditarse:  Compensatorio _____ días.
Licencia Enfermedad _____ días.  Concedida _____ días.  Licencia Regular _____ días.  Concedida _____ días.

| | Fecha de Separación (Último día de Pago) | Licencia Sin Paga | Fecha de Efectividad de la Separación |
|---|---|---|---|
| 24. Renuncia | | | |
| 25. Separación | | | |
| 26. Destitución | | | |
| 27. Cesantía | | | |

28. Suspensión de Empleo y Sueldo:  Duración:        De                                    A

29. Muerte:                              Ultimo día                                    Participante de Retiro
Fecha _____ Hora _____ de pago: _____                    ☐ Sí   ☐ No

30. Clase de Licencia:  ☐ Para estudio        ☐ Especial con paga        ☐ Maternidad
                                                ☐ Militar sin Sueldo        ☐ Sin Sueldo
Duración: _____ DE _____                                    A

31. Comentarios y Explicaciones (si necesita más espacio use el dorso)  Reclasificación mediante la Circular 1-78.
Anexo 71. Página 14. línea 11.  Autorizado en carta de la Oficina de Presupuesto y
Gerencia del 6 de mayo de 1988.

32. Si el cambio de puesto es por Certificación de Elegibles indique:  Certificación de Elegibles Núm.
Si el cambio es a otro puesto, indique el nombre del anterior incumbente:

APROBADO
OFICINA DE PERSONAL
AUG 18 1988
DEPARTAMENTO DE
SERVICIOS SOCIALES

33. Si el cambio es a otra agencia el jefe de la agencia donde se origina el cambio o su representante autorizado firmará aquí:

34. Firma del empleado en caso de que sea necesario

35. Aprobado por: Juanita Pérez Rodríguez
JV/emp  Sec. Aux. de Pers. y Rec. Hum.
Jefe de la Agencia o su Representante Autorizado

**PARA USO EXCLUSIVO DE LA OCAP**

Revisado o Aprobado por: _____                              Fecha: _____

OCAP-16
Especial
4-88

Estado Libre Asociado de Puerto Rico
**OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL**
Santurce, Puerto Rico

INFORME DE CAMBIO ESPECIAL NUMERO  95100        SEP 27

Cifra de Cuenta  88-111-77-11-01-111

Servicios Sociales
**DEPARTAMENTO O AGENCIA**

Símbolo  1506
Prog. Asistencia Nutricional
Adjunta
**UNIDAD DE TRABAJO**

Se notifica el siguiente cambio en el sueldo de este empleado, a virtud de lo dispuesto por la Ley 1 del 9 de febrero de 1988 la cual provee un aumento de sueldo de carácter general para los empleados públicos a partir del primero de abril de 1988.

Kenia Ramos Bernard
**NOMBRE DEL EMPLEADO**

**NUMERO DE SEGURO SOCIAL**

De Carrera Regular
**STATUS DEL EMPLEADO**

7218
**Número del Puesto**

Técnico Servicios Sociales II
**Título de Clasificación**

18
**Escala de Retribución**

$695.00            $938.00
Mínimo              Máximo

| ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|
| Sueldo Mensual (sin diferencial)  $750.00 | $790.00 |

Observaciones:

Carmen Luz González, Ayudante Especial
de la Sec. Aux. de Personal y Rec. Humanos

Firma de la Autoridad Nominadora o su
Representante Autorizado

25 de mayo de 1988
Fecha

lv/emp

APROBADO
DIVISION DE PERSONAL
JUL 20 1988
DEPARTAMENTO DE
SERVICIOS SOCIAL

OCAP-15
Especial
4-88

Estado Libre Asociado de Puerto Rico
**OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL**
Santurce, Puerto Rico

INFORME DE CAMBIO ESPECIAL NUMERO ___95100___   SEP 27 1988

Cifra de Cuenta ___88-111-77-11-01-111___         Simbolo ___1506___
                                                  Prog. Asistencia Nutricional
                                                  Adjunta
   Servicios Sociales
   **DEPARTAMENTO O AGENCIA**                          **UNIDAD DE TRABAJO**

Se notifica el siguiente cambio en el sueldo de este empleado, a virtud de lo dispuesto por la Ley 1 del 9 de febrero de 1988 la cual provee un aumento de sueldo de carácter general para los empleados públicos a partir del primero de abril de 1988.

                   Kenia Ramos Bernard
                   **NOMBRE DEL EMPLEADO**

                                        De Carrera Regular
   **NUMERO DE SEGURO SOCIAL**               **STATUS DEL EMPLEADO**

       7218                              Técnico Servicios Sociales II
   **Número del Puesto**                      **Título de Clasificación**

       18                               $695.00              $938.00
   **Escala de Retribución**              Mínimo              Máximo

| ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|
| Sueldo Mensual (sin diferencial)   $750.00 | $790.00 |

Observaciones: _____

_Carmen Luz González, Ayudante Especial_
de la Sec. Aux. de Personal y Rec. Humanos
   **Firma de la Autoridad Nominadora o su**          25 de mayo de 1988
   **Representante Autorizado**                              **Fecha**

lr/emp

APROBADO
DIVISION DE PERSONAL
JUL 20 [...]
DEPARTAMENTO DE
SERVICIOS SOCIALES

OCA
Especial
10 N?

Estado Libre Asociado de Puerto Rico
OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL
Santurce, Puerto Rico

JAN 07 1988

## INFORME DE CAMBIO ESPECIAL NUMERO   93,239

JAN 13 1988

Cifra de Cuenta   88-111-77011-01-111                        Simbolo   1506

Depto. de Servicios Sociales                          Prog. Asistencia Nutricional-Adjuntas

**DEPARTAMENTO O AGENCIA**                                **UNIDAD DE TRABAJO**

Se notifica el siguiente cambio en el sueldo de este empleado, a virtud de lo dispuesto por la Ley 90 del 9 de julio de 1986, la cual provee un aumento de sueldo de carácter general para los empleados públicos a partir del primero de octubre de 1986

                                        Kenia Ramos Bernard
                                        **NOMBRE DEL EMPLEADO**

                                                         De Carrera Regular
**NUMERO DE SEGURO SOCIAL**                              **STATUS DEL EMPLEADO**

-   -7218                                                Técnico de Servicios Sociales II
         **Numero del Puesto**                            **Título de Clasificación**

18                                               $695.00              $938.00
   **Escala de Retribución**                      Minimo               Máximo

| ANTES DEL CAMBIO | | DESPUES DEL CAMBIO |
|---|---|---|
| Sueldo Mensual (sin diferencial) | $695.00 | $750.00 |

Observaciones

_Carmen Luz González,_ Ayudante Especial de la Secretaria Aux. de Pers. y Rec. Humanos
Firma de la Autoridad Nominadora o su
Representante Autorizado

APROBADO
DIVISION DE PERSONAL
NOV 5 1987
DEPARTAMENTO DE
SERVICIOS SOCIALES

pb/svr

Fecha    15/oct/87

OCT. 0 3 1985

28 de agosto de 1985

Srta. Kenia Ramos Bernard
Técnico de Servicios Sociales II
Prog. de Asistencia Nutricional
Adjuntas, Puerto Rico

P/C: Martín Girón Dominicci
Director Regional de Ponce

Estimada señorita Ramos:

Efectivo el 1 de enero de 1984, se reclasificó el puesto que usted ocupa de Técnico de Servicios Sociales I a Técnico de Servicios Sociales II en el Programa de Asistencia Nutricional en la Oficina Local de Adjuntas. A partir de esa fecha su salario cambió de $610.00 a $645.00.

Deseamos informarle que en un principio la Oficina Central de Administración de Personal (OCAP) entendía que los $30.00 de aumento por la Ley número 12 del 27 de agosto de 1982, que fue efectivo al 1ro. de octubre de 1983 eran parte integral del sueldo y no debían restarse en el cómputo del aumento efectivo al 1ro. de abril de 1984. Debido a esta directriz se trabajó el Informe de Cambio número 64985 del 24 de febrero de 1985 y su salario cambió erróneamente de $635.00 a $722.00.

No obstante, esta norma fue cambiada mediante la carta del Sr. Francisco A. Cappas, anterior Subdirector de la Oficina Central de Administración de Personal (OCAP), del 29 de noviembre de 1984 relacionada con el aumento de la Ley número 84 efectivo al 1ro. de abril de 1984.

Dicha carta dispone que, "El sueldo que se debe utilizar como referencia para efectuar el ajuste correspondiente a la implantación de las nuevas estructuras retributivas al primero de abril de 1984, es aquel que devenga el empleado con anterioridad a la concesión del aumento que dispuso la Ley número 83, supra. En aquellos casos en que el empleado se hubiera beneficiado por alguna acción de personal que tuviera el efecto de incrementar su retribución, el sueldo a utilizar como referencia para el ajuste sería, el sueldo resultante de dicha acción menos $30.00. De no coincidir con alguno de los tipos retributivos de la escala, el ajuste se hará al tipo

Srta. Kenia Ramos Bernard
Página número 2
28 de agosto de 1985


inmediato superior.  Esta regla aplica a todo el personal, independientemente
de su "status" o categoría.  En todos los casos, tanto en aquellos en que los
empleados se beneficiaron durante el período de seis meses con transacciones
de personal tales como ascensos o reclasificaciones, como los que no se bene-
ficiaron, debemos aplicar el mismo procedimiento".

De acuerdo a lo anterior, procedimos a enmendar los cambios correspondientes
a la reclasificación y al aumento del 1ro. de abril de 1984.  Los sueldos apro-
bados fueron los siguientes:  en el Informe de Cambio (OCAP-15) número 64555
de la reclasificación de $610.00 a $635.00 y el correspondiente al aumento del
1ro. de abril de 1984 de $635.00 a $695.00.

No se recobrará el dinero pagado indebidamente a base de la opinión del
Secretario de Justicia del 23 de diciembre de 1983 y del caso de Jovino Miranda
Ríos V/S Departamento de Hacienda.

Lamentamos los inconvenientes causados por esta situación y nos reiteramos
a sus órdenes para futuras ocasiones.

Cordialmente,

Luis N. Pastrana Torres
Secretario Auxiliar de Personal
y Recursos Humanos

LG/svr

OCT. 0 3 1985

4 de septiembre de 1985

Srta. Everlidys Rodríguez Pacheco
Sección de Nóminas
Santurce, Puerto Rico   00910

Estimada señorita Rodríguez:

Hago referencia a la carta de la Sra. María Belén Rivera del 10 de julio de 1985, donde se me informa que lo planteado por mí en la carta del 30 de mayo de 1985, de la que le acompaño fotocopia, estaría bajo su evaluación.

En dicha carta pido que se investigue por que razón se me ha hecho un cambio en mi sueldo de $722.00 mensuales a $695.00; sin mediar ninguna comunicación o explicación al respecto.

Me dirijo a usted para ver cual es el curso que ha eguido su evaluación de mi caso, ya que hace más de un es que se me informó que estaba bajo estudio y todavía no e recibido su respuesta y mi sueldo sigue igual y no se me ha dado ninguna explicación al respecto.

Con gracias anticipadas por la ayuda que usted pueda brindarme en este asunto, queda de usted.

Cordialmente,

Keria Ramos Bernard
Keria Ramos Bernard
Bo.
Adjuntas, P.R.   00601

Anexo

OCT. 0 3 1985

30 de mayo de 1985

Dept. Servicios Sociales
División de Nóminas
San Juan, P.R.

Re:  Kenia Ramos Bernard
     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

Señores:

     S y Técnico de Servicios Sociales II del Programa de
Asistencia Nutricional, Región de Ponce, Local Adjuntas.  En
enero 1984 fui reclasificada de TSSI a TSS II, con un sueldo
bruto mensual de $645.00.  Con las reclasificaciones y aumentos
de sueldo en escala de abril 1984 mi sueldo aumentó a $695.00
mensuales.
     Luego de ésto se recibió la comunicación OCAP 1564985,
firmada por María Belén Rivera, Secretaria Nómina donde se me
indica que de acuerdo a las normas de reclasificación y sueldo
mi sueldo es de $722.00 y que por error estaba recibiendo la
cantidad anterior, procedieron entonces a hacer las correcciones.
     Permanecí devengando la cantidad de $722.00 mensuales hasta
marzo 1985.  En los meses de abril y mayo 1985 recibo nueva-
mente la cantidad de $695.00 mensuales sin mediar ninguna
comunicación o explicación al respecto.
     Por esas razones es que me gustaría saber si es que se
h .echo un ajuste o se me ha bajado el sueldo sin mediar
n. una explicación o como en la anterior comunicación se
trata solamente de algún error.
     Anticipandole las gracias por la atención que puedan
brindarle a este asunto, queda de usted.

                         Atentamente?

                         Kenia Ramos Bernard
                         Box
                         Adjuntas, P.R.  00601

Anexo:  Fotocopia de los talonarios de enero 1985 hasta mayo 1985



ESTADO LIBRE ASOCIADO DE PUERTO RICO

DEPARTAMENTO DE SERVICIOS SOCIALES

SAN JUAN, PUERTO RICO

AUG 23 1984

DIRIJA TODA CORRESPONDENCIA
OFICIAL AL SECRETARIO

Fecha: 10 de julio de 1984

Sra. María Belén Rivera, Jefe
Sección de Nóminas
Departamento de Servicios Sociales
Base Naval, Miramar

Nombre del Empleado:   Kenia Ramos Bernard

Número Seguro Social:

Formulario:   CCAP-15 #64555 y #64985

Programa:   Asistencia Nutricional Adjuntos

Hemos procedido a enmendar dicho formulario para que lea:

CCAP-15 #64555
Sueldo despues del cambio lea:  $635.00

CCAP-15 #64985
Sueldo antes del cambio lea:  $635.00 y despues del cambio lea:  $722.00

*Esta enmienda obedece a las normas emitidas por la División de Clasificación
y Retribución de OCAP

Esta enmienda cancela la enmienda del 23 de febrero de 1984.

Cordialmente,

Néster A. Rodríguez Jiménez
Jefe Interino Div de Personal

LMC/mnd



ESTADO LIBRE ASOCIADO DE PUERTO RICO

**DEPARTAMENTO DE SERVICIOS SOCIALES**

SAN JUAN, PUERTO RICO

Dirija toda correspondencia
oficial al Secretario

16 de julio de 1984

Sra. Kenia Ramos Bernard
Técnico Servicios Sociales II
Programa Asistencia Nutricional
Adjuntas, Puerto Rico

P/C:  Sra. Eva Raffucci de Blanco
Directora Oficina Regional-Ponce

Estimada señora Ramos:

Efectivo al 1ro de enero de 1984 procedimos con una reclasificación de su puesto de Técnico Servicios Sociales I a Técnico Servicios Sociales II. A partir de esta fecha usted comenzó a devengar un sueldo de $645.00 mensuales.

Según lo dispuesto en la carta Normativa Especial número 2-83 del 30 de septiembre de 1983, el aumento establecido en la Ley núm. 12 del 27 de agosto de 1982 se considera parte integral de su sueldo.  Estamos enmendando su sueldo a $635.00 mensuales de acuerdo a las normas emitidas por la División de Clasificación y Retribución de la Oficina Central de Administración de Personal. Estas disposiciones sobre retribución en los ascensos están estipulados en el inciso 2 de la Sección 11.2 del Reglamento de Personal.

Copia de la enmienda de sueldo ha sido referida a nuestra Sección de Nóminas, para los ajustes correspondientes.

Con el aumento del 1ro de abril de 1984 su sueldo será de $722.00 mensuales.

Esperamos que pueda dispensar los inconvenientes surgidos por esta situación.

Cordialmente,

Néstor R. Rodríguez Jiménez
Jefe Interino Div. de Personal

Año Internacional del Niño

OCAP-15
Rev. 10/77

Estado Libre Asociado de Puerto Rico
OFICINA CENTRAL DE ADMINISTRACIÓN DE PERSONAL
Apartado 8476, Estación Fernández Juncos, Santurce, P. R.

**IMPORTANTE**
**INSTRUCCIONES:**
**LEA AL DORSO**

INFORME DE CAMBIO

1. Número del Cambio

2. Número de Seguro Social del Empleado

|  | Antes del cambio | Después del Cambio |
|---|---|---|
| Cambio a Efectuarse | Puesto Núm. 721 | Puesto Núm. |
| 3. Nombre del Empleado | Kenia Ramos Bernard | |
| 4. Estado Civil | | |
| 5. Departamento o Agencia | Servicios Sociales | |
| 6. División | Secr. Aux. Asistencia Pública | JUN 01 1984 |
| 7. Unidad o Sección | Prog. Asistencia Nutricional | |
| 8. Ubicación geográfica del puesto | Adjuntas | |
| 9. Categoría del Empleado | | |
| 10. Status del Empleado | De Carrera Regular | |
| 11. Título de Clasificación | Técnico Servicios Sociales I | Técnico Servicios Sociales II |
| 12. Sueldo | $610.00 | $635.00 |
| 12a. Diferencial | | |
| 13. Descuento para Contribución sobre Ingresos | | |
| 14. Descuento para Seguro Social | | |
| 15. Descuento para Aportación Sistema de Retiro | | |
| 16. Descuento para Servicios Médicos | | |
| 17. Descuento para Ahorros (A.E.E.L.A.) | | |
| 18. Descuento para Seguro (A.E.E.L.A.) | | |
| 19. Otros Descuentos | | |
| 20. Fecha de Efectividad | | 1 de enero de 1984 |

| 21. SIMBOLOS DE CONTABILIDAD | A. F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto | A. F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 84 | 111 | 77 | 11 | - | 01 | 111 | | | | | | | |

22. Indique si se trata de: ☐ Ascenso  ☐ Cambio de Categoría  ☐ Cambio de Status  ☐ Ascenso o Traslado Transitorio
☐ Descenso  ☒ Reclasificación  ☐ Reinstalación  ☐ Reubicación  ☐ Traslado  ☐ Nuevo Nombramiento  ☐ Aumento de Sueldo

23. En caso de cambio a otra agencia indique — Licencia a acreditarse  Compensatorio _____ días.
Licencia Enfermedad _____ días.  Concedida _____ días.  Licencia Regular _____ días.  Concedida _____ días.

| | Fecha de Separación (Último día de Pago) | Licencia Sin Paga | Fecha de Efectividad de la Separación |
|---|---|---|---|
| 24. Renuncia | | | |
| 25. Separación | | | |
| 26. Destitución | | | |
| 27. Cesantía | | | |
| 28. Suspensión de Empleo y Sueldo: Duración: | De | | A |

29. Muerte:  Fecha _____ Hora _____  Último día de pago: _____  Participante de Retiro ☐ Si ☐ No

30. Clase de Licencia: ☐ Para estudio  ☐ Especial con paga  ☐ Maternidad  ☐ Militar sin Sueldo  ☐ Sin Sueldo
Duración: _____ DE _____ A _____

31. Comentarios y Explicaciones (si necesita más espacio use el dorso) Reclasificación mediante Circular 1-78 del 23 de diciembre de 1983, Anexo 72, Pág. 14, Línea 19. Se incluye carta Oficina Presupuesto y Gerencia del 30 de noviembre de 1983.

32. Si el cambio de puesto es por Certificación de Elegibles indique: Certificación de Elegibles Núm. _____
Si el cambio es a otro puesto, indique el nombre del anterior incumbente:

33. Si el cambio es a otra agencia el jefe de la agencia donde se origine el cambio o su representante autorizado firmará aquí:

Aprobado por: *María Pagán Russe, Jefe Interina*
Sec. Nombramientos y Cambios
Jefe de la Agencia o su Representante Autorizado

13/ene/84  CSR/asr

34. Firma del empleado

APROBADO
DIVISION DE PERSONAL
JAN 23 1984
DEPARTAMENTO DE
SERVICIOS SOCIALES

PARA USO EXCLUSIVO DE LA OCAP
Revisado o Aprobado por: _____  Fecha: _____

J. 19-06-148—1,700B.—41—IGPR.



MAY 07 1984

ESTADO LIBRE ASOCIADO DE PUERTO RICO

**DEPARTAMENTO DE SERVICIOS SOCIALES**

SAN JUAN, PUERTO RICO

DIRIJA TODA CORRESPONDENCIA
OFICIAL AL SECRETARIO

Fecha: __23 de febrero de 1984__

Srta. Magda E. Vélez Torres
Jefe, División Nombramientos y Cambios
Oficina Central Administración de Personal
Santurce, Puerto Rico

Nombre del Empleado: __Kenia Ramos Bernard .__

Número Seguro Social: _____   ._____

Formulario: __OCAP-15 #64555__

Programa: __Asistencia Nutricional__

Hemos procedido a enmendar dicho formulario para que lea:

Apartado núm. 12: Después del Cambio: $645.00

Esta enmienda responde a lo estipulado en la Carta Normativa
núm. 2-83 del 30 de septiembre de 1983.

Cordialmente,

/Maritza Correa Morales /
Jefe
Sec. Nombramientos y Cambios

OCAP-15
Especial

Estado Libre Asociado de Puerto Rico
OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL
Santurce, Puerto Rico

MAY 07 1984

INFORME DE CAMBIO ESPECIAL NUMERO _____64985_____

Cifra de Cuenta ___84-111-77-11-01-111___      Símbolo _____1506_____

___Servicios Sociales___                        Prog. Asistencia Nutricional
                                                 Adjuntas
DEPARTAMENTO O AGENCIA                           _____
                                                 UNIDAD DE TRABAJO

Se notifica el siguiente aumento en el sueldo del empleado que se indica a continuación, en virtud de
lo dispuesto por la Ley 84 del 4 de junio de 1983. El aumento de sueldo que se concede será efectivo al
primero de abril de 1984.

___Kenia Ramos Bernard___
NOMBRE DEL EMPLEADO

_____        _____
NUMERO DE SEGURO SOCIAL         NUMERO DEL EMPLEADO

|                        | ANTES DEL CAMBIO              | DESPUES DEL CAMBIO |
|------------------------|------------------------------|--------------------|
| Título de Clasificación | Técnico Servicios Sociales II |                    |
| Número del Puesto      | 7218                         |                    |
| Sueldo Mensual         | $645.00                      | $695.00            |
| Diferencial            |                              |                    |

Observaciones: _____
_____

/Maritza Correa Morales, Jefe
Sec. Nombramientos y Cambios                    24/feb/84
Firma de la Autoridad Nominadora o              Fecha
su Representante Autorizado

APROBADO
DIVISION DE PERSONAL
FEB 27 1984
DEPARTAMENTO DE

OCAP-I5
Especial

Estado Libre Asociado de Puerto Rico
Oficina Central de Administración de Personal
Santurce, Puerto Rico

INFORME DE CAMBIO ESPECIAL NUM. ___61795___

Cifra de Cuenta  84-111-77-11-01-111                    Símbolo      1505

                                                        Prog. Asistencia Nutricional
        Servicios Sociales                                      Adjuntas
      Departamento o Agencia                             Unidad de Trabajo

        Se notifica el siguiente cambio en el sueldo de este empleado en virtud del aumento dispuesto
por la Ley 12 del 27 de agosto de 1982, Ley de la Bonificación o Compensación Especial No
Recurrente y Aumento de Sueldo, efectivo al primero de octubre de 1983.

                                                        OCT 20 1983

            Kenia Ramos Bernard
            NOMBRE DEL EMPLEADO

NUMERO DE SEGURO SOCIAL                        NUMERO DE EMPLEADO

| | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| Título de Clasificación | Técnico Servicios Sociales I | |
| Número del Puesto | 7218 | |
| Sueldo Mensual | $580.00 | $610.00 |

Observaciones: _____

                                        APROBADO
                                        DIVISION DE PERSONAL

                                        OCT 6 1983

                                        DEPARTAMENTO DE
                                        SERVICIOS SOCIALES

Maritza Correa Morales-Jefe Nomb. y Cambios        29/sept. 83    CSR/bs
Firma de la Autoridad Nominadora o                      Fecha
su representante Autorizado

OCAP-15 ESPECIAL

Estado Libre Asociado de Puerto Rico
Departamento de Servicios Sociales
Oficina de Personal

Número de Cambio: 18914

Fecha: 28 de abril de 1982
82-111-77-11-01-111

INFORME DE CAMBIO

Nombre del Empleado    Kenia Ramos Bernard

Número de Seguro Social

Oficina                PROGRAMA DE CUPONES PARA ALIMENTOS
                       ADJUNTAS

Clasificación          TECNICO DE SERVICIOS SOCIALES I

Antes del Cambio                              Después del Cambio

Puesto Número:  4275                              7218

Fecha de efectividad                          1ro de febrero de 1982

Observaciones:   Cambio de número de puesto debido a renumeración del registro
                 de empleados de la Agencia.


                              Maritza Correa Morales
                              Jefe
                              Nombramientos y Cambios

                                        APROBADO

                                        MAY 12 1982

                                        DEPARTAMENTO DE
                                        SERVICIOS SOCIALES
                                        DIVISIÓN DE PERSONAL

Case:17-03283-LTS Doc#:18315-44 Filed:04/15/20 Entered:04/15/20 15:51:30 Desc: Exhibit Page 47

Modelo OP-15
Rev. 12 Feb. 76

**IMPORTANTE**
**INSTRUCCIONES:-**
**LEA AL DORSO**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
OFICINA DE PERSONAL

**I N F O R M E   D E   C A M B I O**

1. Número del Cambio 15685
2. Número del Empleado

| núm. | Cambio a Efectuarse | Antes del Cambio | Después del Cambio |
|---|---|---|---|
| | | Puesto Núm.  4275 | Puesto Núm. |
| 3. | Nombre del Empleado | Kenia Ramos Bernard | |
| 4. | Título de Clasificación | Técnico de Servicios Sociales I | |
| 5. | Departamento o Agencia | Servicios Sociales | |
| 6. | División | Sec. Aux. Asist. Pública | |
| 7. | Unidad o Sección | Prog. Cupones para Alimentos | |
| 8. | Dirección (del Trabajo) | Adjuntas | |
| 9. | Dirección (Postal) | | |
| 10. | Estado Civil | | |
| 11. | Clase de Nombramiento | De Carrera Probatorio | De Carrera Regular |
| 12. | Sueldo | $530.00 | |
| 13. | Descuento para Retiro | | |
| 14. | Descuento para Ahorro | | |
| 15. | Descuento para Seguro | | |
| 16. | Descuento por Préstamos | | |
| 17. | Descuento por Contribución sobre Ingresos | | |
| 18. | Cuota para la Cruz Azul | | |
| 19. | Otros Descuentos | | |
| 20. | Obvenciones | | |
| 21. | Fecha de Efectividad | | 16 de octubre de 1981 |

22. Indique si se trata de:

☐ Ascenso   ☐ Traslado   ☐ Descenso   ☒ Cambio de Status   ☐ Reasignación

23. En caso de traslado a otra agencia—Licencia que debe acreditarse:
Por Enfermedad _____ días   Para Vacaciones _____ días

| | Ultimo Día de Trabajo | Licencia Anual Concedida | Fecha de Separación (Ultimo día de pago) |
|---|---|---|---|
| 24. Renuncia | | | |
| 25. Separación en Período Probatorio | | | |
| 26. Destitución | | | |
| 27. Cesantía | | | |

| 28. Muerte | | Ultimo día | Participante de Retiro |
|---|---|---|---|
| Fecha | Hora | de pago | ☐ Sí   ☐ No |

| 29. Suspensión: | Duración | De | A |
|---|---|---|---|
| 30. Licencia sin sueldo: | Duración | De | A |
| 31. Licencia Militar: | Duración | De | A |
| 32. Licencia de Maternidad: | Duración | De | A |
| 33. Licencia Especial para Estudio: | Duración | De | A |

34. Reinstalación:

35. Comentarios y Explicaciones (Si necesita más espacio use el dorso)   Se incluye OCAP-35.

36. En caso de cambio de puesto indique:       Examen sin Oposición ☐
Seleccionado de Terna Núm. _____
Autorización Núm. _____ Nombre del anterior incumbente _____

37. Si el cambio es por traslado, el jefe de la agencia donde se ori-   38. Firma del empleado en caso de traslado o cambio de nombre,
gine el traslado o su representante autorizado firma aquí:   descenso y cambio de puesto dentro de servicios

Por Oposición       Sin Oposición       Exento

39. Aprobado por:
Iraida Golch de Rodríguez, Subdirectora, Div. de Personal       7 de diciembre de 1981
Jefe de la Agencia o su Representante Autorizado       Fecha

**APARTADOS 40 AL 44 PARA USO DE LA OFICINA DE PERSONAL SOLAMENTE**

| 40. Aprobado por: | 41. Tarjeta perforada | 42. Inscrito |
|---|---|---|
| Fecha | Por: | Por: |

**43. Antes del Cambio** SIMBOLOS DE CONTABILIDAD **44. Después del Cambio**

| A.F. | Fondo | Agencia | SCC Div. | Sub Div. | Asignación | Objeto | A.F. | Fondo | Agencia | Div. | Sub Div. | Asignación | Objeto | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 82 | 111 | 77 | 11 | - | 01 | 111 | **DEJESE EN BLANCO** |

—41—IGPR.

Modelo OP-15
Rev. 12 Feb. 70

ESTADO LIBRE ASOCIADO DE PUERTO RICO
OFICINA DE PERSONAL

**IMPORTANTE**
INSTRUCCIONES:
LEA AL DORSO

**INFORME DE CAMBIO**

1. Número del Cambio ........ 75
2. Número del Empleado

| Núm. | Cambio a Efectuarse | Antes del Cambio | Después del Cambio |
|---|---|---|---|
| | | Puesto Núm. 121 | Puesto Núm. 4275 |
| 3. | Nombre del Empleado | Xenia Ramos Bernard | |
| 4. | Título de Clasificación | Inv. de Querellas de Seguros I | Técnico Serv. Soc. |
| 5. | Departamento o Agencia | Ofic. del Comisionado de Seguros | Servicios Sociales |
| 6. | División | Servicios al Asegurado | Sec. Aux. Asis. Púb |
| 7. | Unidad o Sección | | Prog. Cupones para Ali |
| 8. | Dirección (del Trabajo) | San Juan | Adjuntas |
| 9. | Dirección (Postal) | | |
| 10. | Estado Civil | Soltera | |
| 11. | Clase de Nombramiento | Regular (De carrera) | De Carrera Probatorio |
| 12. | Sueldo | $580.00 | $595.00 |
| 13. | Descuento para Retiro | 26.65 | |
| 14. | Descuento para Ahorro | 17.40 | |
| 15. | Descuento para Seguro Social | 38.57 | |
| 16. | Descuento por Préstamos | | |
| 17. | Descuento por Contribución sobre Ingresos | 28.91 | |
| 18. | Cuota para la Cruz Azul | 8.60 | |
| 19. | Otros Descuentos | | |
| 20. | Obvenciones | | |
| 21. | Fecha de Efectividad | 15 de abril de 1981 | 16 de abril de 1981 |

22. Indique si se trata de:

[ ] Ascenso    [x] Traslado    [ ] Descenso    [ ] Cambio de Status    [ ] Reasignación
A 15 de abril de 1981

23. En caso de traslado a otra agencia—Licencia que debe acreditarse:
Por Enfermedad 0.75 días usadas: 10 días    Para Vacaciones 7.75 días Usadas: 24 días

| | Último Día de Trabajo | Licencia Anual Concedida | Fecha de Separación (Último día de pago) |
|---|---|---|---|
| 24. Renuncia | | | |
| 25. Separación en Período Probatorio | | | |
| 26. Destitución | | | |
| 27. Cesantía | | | |

28. Muerte    Fecha _____ Hora _____    Último día de pago: _____    Participante de Retiro [ ] Sí [ ] No

| | Duración | De | A |
|---|---|---|---|
| 29. Suspensión: | Duración | De | A |
| 30. Licencia sin sueldo: | Duración | De | A |
| 31. Licencia Militar: | Duración | De | A |
| 32. Licencia de Maternidad: | Duración | De | A |
| 33. Licencia Especial para Estudio | Duración | De | A |

34. Reinstalación.

35. Comentarios y Explicaciones (Si necesita más espacio use el dorso) Probatorio hasta el 15 de octubre 1981
La permanencia de su puesto estaría sujeto a que los fondos estatales y federal

36. En caso de cambio de puesto indique: no se vean afectados.    Examen sin Oposición [ ] Autorizado
Seleccionado de Terna Núm. 1375 mediante carta del 6/marzo/81 del Negociado de
Autorización Núm. _____ Nombre del anterior incumbente Vacante Original Presupuesto.

37. Si el cambio es por traslado, el jefe de la agencia donde se origine el traslado o su representante autorizado firma aquí:
Lic. Rolando Cruz, Comisionado de Seguros

38. Firma del empleado en caso de traslado o cambio de nombre, descenso y cambio de puesto dentro de servicios
[ ] Por Oposición    [ ] Sin Oposición    [ ] Exento

39. Aprobado por:
Maritza Correa Morales, Jefe Nomb. y Cambios    Fecha 28 de abril de 1981
Jefe de Personal o Representante Autorizado

LG/dcm

**APARTADOS 40 AL 44 PARA USO DE LA OFICINA DE PERSONAL SOLAMENTE**

40. Aprobado por:    Fecha APR 30 1981    | 41. Tarjeta perforada Por: | 42. Inscrito Por:

43. SÍMBOLOS DE CONTABILIDAD    44. Después del Cambio

| | | Sub Div. | Clasificación | Objeto | A.F. | Fondo | Agencia | Div. | Sub Div. | Asignación | Objeto | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Antes del Cambio | | | | | | | | | | | | DEJESE EN BLANCO |
| Ma | a | 01 | 111 | | 81 | 111 | 77 | 11 | — | 81 | 111 | |

# CONVOCATORIA EXTRAORDINARIA PARA:

A:          **EMPLEADOS(AS) DEPARTAMENTO DE LA FAMILIA
             REGIÓN DE PONCE**

DE:          PROGRAMA DE SOLIDARIDAD UTIER (PROSOL UTIER)

FECHA:       1 DE ABRIL DE 2008

ASUNTO:     **CONVOCATORIA EXTRAORDINARIA REUNIÓN PARA
             CONFORMAR DEMANDA DE SALARIO MÍNIMO FEDERAL
             (CUARTO CASO)**

El Programa de Solidaridad UTIER está llevando los casos de la Demanda de
Salario Mínimo Federal. Efectivo al año 2008, las Lcdas. Milagros Acevedo Colón e
Ivonne González Morales   estarán radicando un cuarto y último caso para esta
demanda. La demanda se viabiliza a través de un Contrato de Servicios
Profesionales y la fecha límite establecida fue el lunes, 31 de marzo de 2008.

**No obstante, como en la región de Ponce no se concretó una reunión antes
de la fecha límite, estamos haciendo una concesión para que todo
empleado(a) interesado(a) radique el contrato hasta el viernes, 11 de abril
de 2008.**

**Para estos fines, todo aquel empleado(a) que no figure en ninguna de las
demandas anteriores e interese pertenecer a la misma, PROSOL UTIER
estará llevando a cabo una única y última reunión para finalizar este
proceso, en:**

Día:          **viernes, 11 de abril de 2008**

Lugar:       **Anfiteatro Vicente Murga
              Pontificia Universidad Católica de PR
              Recinto de Ponce**

Hora:         **5:00 pm**

De tener dudas o para recibir mayor información, puede llamar a PROSOL UTIER a
los números de teléfono: (787) 724-6118 ó 6119.