FROM: Kenia Ramos Bernard
PO Box 453
Adjuntas, P.R. 00601

TO:
Clerk's Office
US District Court
#150 Chardon Ave
Federal Building
San Juan, PR 00918


