**Datos de contacto:**

Nombre: Ana Elba Bonilla Saldaña

Dirección: C/ 8A 30A #12 Villa Carolina
Carolina, PR 00985

Número de teléfono: 787 368-3919

Dirección electrónica: anaebonilla@hotmail.com

| | |
|---|---|
| Abogados: Martin J. Bienenstock, Brian S. Rosen<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, NY 10036<br>(212) 969-3000<br>Fax: (212) 969-2900 | Abogados de la Junta de Supervisión y Administración Financiera en representación de los Deudores<br>Hermann D. Bauer<br>O'NEILL & BORGES LLC<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel (787) 764-8181<br>Fax: (787) 753-8944 |

Epígrafe:
En el asunto de:
JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA
PARA PUERTO RICO,
Como representante de
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE
RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE
ASOCIADO DE PUERTO RICO Y DE LA AUTORIDAD DE EDIFICIOS PUBLICOS
DE PUERTO RICO

PROMESA,
Titulo III
Núm. 17 BK 3283-LTS

**Motivo para oponerse a la Objeción global**

Se reclama con número de reclamación **65201** la cantidad de $14,400 por deuda de la ley 96 de promesa de pago del 2002.

**Documentación significativa**

De acuerdo a la ley los empleados del gobierno recibirán un aumento salarial que no fue otorgado. Evidencia en el salario de pago. Debido a la situación de Corona Virus no es posible presentar otra evidencia, ninguna oficina de gobierno está operando por la cuarentena.