Ana E. Bonilla Saldaña
C/8 A 30 A #12
Villa Carolina
Carolina PR 00985

SAN JUAN PR 009

13 APR 2020  PM 2 L

Clerk's Office
U.S. District Court - Puerto Rico
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

00918-170625

