7 de abril de 2020

RECEIVED & FILED
2020 APR 14  PM 3:12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Tribunal de Distrito de Estados Unidos para el Distrito de Puerto Rico

Inre: Junta de Supervisión y Administración Financiera para Puerto Rico como representante del Estado Libre Asociado de Puerto Rico

Promesa Título III
Núm  17 BK 3283-LTS

Moción

Comparece Wilda Ramos Román, quien forma parte de la reclamación de epígrafe y quien ha sido notificada para presentar evidencias que favorezca mi reclamación.

Trabajo en el gobierno del Estado Libre Asociado de Puerto Rico y desde el 15 de marzo de 2020, me encuentro fuera de mi lugar de trabajo y la Orden Ejecutiva emitida por la Honorable Gobernadora establece que solo podemos salir de nuestros hogares para comprar alimentos, medicinas o en casos de emergencias de salud. Además, por las restricciones im-

puestas a los establecimientos que no despachan alimentos o medicinas, ha resultado imposible tener copias de mis documentos para presentarlos oportunamente. El cumplir con la orden del gobierno me ha ocasionado un estado de indefención que no puedo controlar.

Por lo antes expuesto muy respetuosamente solicito se extienda el término concedido para presentar las evidencias solicitadas.

Respetuosamente sometido, hoy 7 de abril de 2020

Certifico haber enviado copia a la firma Oneill + Borges y a Proskauer Rose LLP

Wilde Ramos Román
C18 Marina Oeste
Levittown Lakes
Toa Baja PR 00949