W. Ramos Perez
C18 Marina Oeste
Levittown Lakes
Toa Baja PR
00949

RETURN RECEIPT REQUESTED

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan PR
00918-1767

U.S. POSTAGE PAID
FCM LETTER
TOA BAJA, PR
00949
APR 09, 20
AMOUNT
$6.95
R2305K140928-12

7019 2280 0001 6710 3465

00918-170625