A: Secretaria (Clerk's office)
Tribunal de Distrito Estados Unidos

RECEIVED & FILED
2020 APR 14 PM 3:12
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

De: Sr. José Anibal Vayas Morales

Asunto: Reclamación de mis derechos o beneficios:

Como es de conocimiento he recibido documentos de una demanda en curso la cual se denomina Promesa y está siendo evaluada por el Tribunal Federal. Por tanto me gustaría se me informara mis derechos a reclamar mal[quier] beneficio a que tenga derecho, ya que yo labore desde 11 de abril 1988 en el Cuerpo Bomberos de P.R. hasta el 15 Sept 2016, siendo ahora pensionado del gobierno. Solicito se me incluya en la demanda y se evalue mi caso ya que tengo entiendo — ante

Sr. José A. Vayas Morales