From: José A. Vargas Morales
P.O. Box 1297
Lajas P.R. 00667



RECEIVED
2020 APR 14 PM 3:12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

A: Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan (Puerto Rico) 00918