DEPARTAMENTO DE SALUD
CENTRO PARA EL MANTENIMIENTO DE LA SALUD
YAUCO PUERTO RICO

TELS: 856-1375
856-2929

23 de julio de 1991

Personal Supervisor
Home Care Dr. Pila
Ponce - Puerto Rico -

Señores:

La señora Ana Aurea Irizarry Figueroa trabajó por treinta (30) años como Enfermera Graduada y fue también Supervisora de Enfermeras en el Centro de Diagnóstico y Tratamiento de Yauco. Por necesidad de los servicios concluye sus últimos años como Enfermera Obstétra.

Cabe señalar que la señora Irizarry se distinguió por su gran responsabilidad, iniciativa y capacidad en las áreas de trabajo.

Resumiendo a la luz de la experiencia con la señora Irizarry a través de los años compartidos, puede definirse como muy receptiva, desarrolló destrezas que le permitieron desempeñar las tareas con gran eficiencia.

Sin otro particular, quedo

Cordialmente,

*Ruth M. Pellicier Torres*

Sra. Ruth M. Pellicier Torres
Supervisora de Enfermeras Interina
CMS Yauco - Puerto Rico -

Modelo OP-15
Rev. 12 Feb. 70

**IMPORTANTE**
INSTRUCCIONES:-
LEA AL DORSO

ESTADO LIBRE ASOCIADO DE PUERTO RICO
OFICINA DE PERSONAL
INFORME DE CAMBIO

1. Número del Cambio P-1791
2. Número del Empleado

| Núm. | Cambio a Efectuarse | Antes del Cambio Pres. 407 | Después del Cambio |
|---|---|---|---|
| | | Puesto Núm. 1119 | Puesto Núm. |
| 3. | Nombre del Empleado | Ana A. Irizarry Figueroa | |
| 4. | Título de Clasificación | Enfermera III | |
| 5. | Departamento o Agencia | Adm. Fac. Serv. de Salud | |
| 6. | División | Negociado de Salud | |
| 7. | Unidad o Sección | Rfón. Salud-Dtos. Sur | |
| 8. | Dirección (del Trabajo) | Hospital Municipal Yauco | |
| 9. | Dirección (Postal) | | |
| 10. | Estado Civil | | |
| 11. | Clase de Nombramiento | Regular | |
| 12. | Sueldo | 1085.00 | |
| 13. | Descuento para Retiro | | |
| 14. | Descuento para Ahorro | | |
| 15. | Descuento para Seguro | | |
| 16. | Descuento por Préstamos | | |
| 17. | Descuento por Contribución sobre Ingresos | | |
| 18. | Cuota para la Cruz Azul | | |
| 19. | Otros Descuentos | | |
| 20. | Obvenciones | | |
| 21. | Fecha de Efectividad | | |

22. Indique si se trata de:
☐ Ascenso  ☐ Traslado  ☐ Descenso  ☐ Cambio de Status  ☐ Reasignación

23. En caso de traslado a otra agencia—Licencia que debe acreditarse:
Por Enfermedad _____ días    Para Vacaciones _____ días

| | Ultimo Día de Trabajo | Licencia Anual Concedida | Fecha de Separación (Ultimo día de pago) |
|---|---|---|---|
| 24. Renuncia | | | |
| 25. Separación en Período Probatorio | | | |
| 26. Destitución | | | |
| 27. Cesantía | | | |

28. Muerte  Fecha _____ Hora _____ Ultimo día de pago _____   Participante de Retiro ☐ Sí ☐ No

| | | Duración | De | A |
|---|---|---|---|---|
| 29. | Suspensión: | Duración | De | A |
| 30. | Licencia sin sueldo: | Duración | De | A |
| 31. | Licencia Militar: | Duración | De | A |
| 32. | Licencia de Maternidad: | Duración | De | A |
| 33. | Licencia Especial para Estudio: | Duración | De | A |
| 34. | Reinstalación: 1 agosto 1979 | Duración | De | A |

35. Comentarios y Explicaciones (Si necesita más espacio use el dorso) Reinstalación de licencia con sueldo para estudios, el 1 de agosto de 1979.

36. En caso de cambio de puesto indique:
Seleccionado de Terna Núm. _____
Autorización Núm. _____ Nombre del anterior incumbente _____
Examen sin Oposición ☐

37. Si el cambio es por traslado, el jefe de la agencia donde se origine el traslado o su representante autorizado firma aquí:
38. Firma del empleado en caso de traslado o cambio de nombre, descenso y cambio de puesto dentro de servicios
Por Oposición    Sin Oposición    Exento

39. Aprobado por Cristóbal E. Roubert-Oficial de Personal    Fecha 24 de julio de 1979
Jefe de la Agencia o su Representante Autorizado

**APROBADO**
AUG - 2 1979
OFICINA DE PERSONAL
DEPARTAMENTO DE SALUD
REGION SUR

APARTADOS 40 AL 44 PARA USO DE LA OFICINA DE PERSONAL SOLAMENTE

40. Aprobado por:
41. Tarjeta perforada  Por:
42. Inscrito  Por:

43. Antes del Cambio    SIMBOLOS DE CONTABILIDAD    44. Después del Cambio

| A.F. | Fondo | Agencia | Div. | Sub Div. | Asignación | Objeto | A.F. | Fondo | Agencia | Div. | Sub Div. | Asignación | Objeto |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 77 | | | | | 82 | 01 | | | | | | | |

DEJESE EN BLANCO

.—41-IGPR.

AP-15
Especial

Estado Libre Asociado de Puerto Rico
Departamento de Salud
ADMINISTRACION DE FACILIDADES Y SERVICIOS DE SALUD
Area de Personal

INFORME DE CAMBIO ESPECIAL NUMERO P-2927
REGION SUR

**SUR**

NOMBRE DEL EMPLEADO: Ana A. Irizarry Figueroa
NUMERO DE SEGURO SOCIAL: _____
TITULO DE CLASIFICACION: Enfermera III

De acuerdo al deslinde de recursos de personal entre el Departamento de Salud y la Administración de Facilidades y Servicios de Salud, según disposiciones de la Ley número 26 del 13 de noviembre de 1975, según enmendada, informamos los siguientes cambios efectivo al 1ro de julio de 1980.

| | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| NUMERO DE PUESTO | 1119 | D-0767 |
| PRESUPUESTO ADMINISTRATIVO | 402 | 402 |
| CIFRA DE CUENTA | 80-111-09-04-82-01 | 81-111-09-04-81 |
| PROGRAMA, DIVISION, SECCION Y DIRECCION DE TRABAJO | Hospital Municipal Yauco | Nivel Primario - C.D.T. Yauco |

Se notifica el siguiente cambio en el sueldo de este empleado en virtud de la Sección 5.10 Reglamento de Personal, Administración de Facilidades y Servicios de Salud, efectivo al 1ro de julio de 1980.

SUELDO MENSUAL

| ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|
| $695.00 | $720.00 |

COMENTARIOS: _____

23 de mayo de 1980
Fecha

Cristóbal E. Roubert-Oficial de Personal
Firma de la Autoridad Nominadora o su Representante Autorizado

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE SALUD
Administración de Facilidades y Servicios de Salud
Area de Personal

AP-15 Especial                                  REGION SUR

                                                INFORME DE CAMBIO (AP-15) # P-910

NOMBRE: Ana A. Irizarry Figueroa

NUMERO DE SEGURO SOCIAL: _____

Se notifica el siguiente cambio en el sueldo de este empleado en virtud de lo establecido en el Artículo 7.2 de la Ley Número 89 de 12 de julio de 1979, según enmendada, Ley de Retribución Uniforme. El aumento se concede por haber transcurrido cinco (5) años de servicios satisfactorios en forma ininterrumpida, sin que el empleado haya recibido ningún aumento de sueldo, excepto los otorgados por disposiciones de ley. El cambio es efectivo al 1 de diciembre de 1984.

|  | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| Título de Clasificación | Enfermera III |  |
| Sueldo Mensual | $720.00 | $740.00 |
| Diferencial |  |  |
| Total |  |  |

COMENTARIOS: _____

17 de diciembre de 1984
FECHA

Cristóbal M. Rochfort - Oficina Personal Reg.

Firma de la Autoridad Nominadora o su Representante Autorizado

APROBADO
DEC 2 0 1984
OFICINA DE PERSONAL
DEPARTAMENTO DE SALUD
REGION SUR

Estado Libre Asociado de Puerto Rico
Departamento de Salud
ADMINISTRACION DE FACILIDADES Y SERVICIOS DE SALUD
Región de Salud Sur
Oficina de Personal Regional

NOTIFICACION DE ENMIENDA

Fecha: 17 de diciembre de 1984

Ledo. José Amador-Pérez Otero
Director Auxiliar
Area de Personal

REFERENCIA:
Formulario: AP-15 Especial P-620
Empleado: Ana A. Irizarry Figueroa
Seguro Social:
Región: Salud Sur

Estimado Licenciado Pérez:

Mediante esta comunicación estamos enmendando el formulario de referencia según se detalla a continuación:

**Sueldo mensual lee:**

Antes del Cambio                       Después del Cambio
$740.00                                $770.00

AP-15 Especial P-2305:
$770.00                                $877.00

AP-15 Especial P-154:
CANCELADA

cc: Srta. Angie Nora
    Sra. Edna Ramos

Cordialmente,

CRISTOBAL E. ROUBERT, J.D.
Oficial de Personal
Región Salud Sur

Case:17-03283-LTS Doc#:12819-1 Filed:04/14/20 Entered:04/15/20 16:13:05 Desc: Exhibit Page 6 of 8

Modelo 10/80

**IMPORTANTE**
**INSTRUCCIONES:**
**LEA AL DORSO**

Departamento de Salud
ADMINISTRACION DE FACILIDADES Y SERVICIOS DE SALUD

## INFORME DE CAMBIO

1a. Región u Hospital: Salud Sur

2. Número de Seguro Social del Empleado:

| Cambio a Efectuarse | Antes del Cambio Pros. 402 | Después del Cambio |
|---|---|---|
| 3. Nombre del Empleado | Ana E. Irizarry Figueroa | |
| 4. Puesto Núm. | D-0757 | |
| 5. Título de Clasificación | Enfermera III | Enfermera III Obstétrica |
| 6. Programa | Nivel Primario | |
| 7. Departamento | | |
| 8. Facilidad | Centro Diagn. y Tratamiento | |
| 9. Ubicación Geográfica del Puesto | Yauco | |
| 10. Estado Civil | | |
| 11. Categoría del Empleado | De Carrera | |
| 12. Status del Empleado | Regular | |
| 13. a. Sueldo Mens. | 932.00 | |
| b. Diferencial | --- | |
| Total | 932.00 | |
| 14. Descuento para Contribución sobre Ingresos | | |
| 15. Descuento para Seguro Social | | |
| 16. Descuento para Aportación Sistema de Retiro | 4.3% | |
| 17. Descuento para Servicios Médicos | | |
| 18. Descuento para Ahorros (A. E. E. L. A.) | | |
| 19. Descuento para Seguros (A. E. E. L. A.) | | |
| 20. Obvenciones | | |
| 21. Otros Descuentos | | |
| 22. Fecha de Efectividad | | 8 de julio de 1987 |

23. SIMBOLOS DE CONTABILIDAD: 02503040000609600000111100

| A.F. | Fondo | Agencia | Div. | Sub. Div. | Asignación | Objeto | A.F. | Fondo | Agencia | Div. | Sub. Div. | Asignación | Objeto |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 88 | 111 | 09 | 03 | -- | 81 | | | | | | | | |

24. Indique si se trata de: ☐ Ascenso ☐ Cambio de Categoría ☐ Cambio de Status ☐ Ascenso o traslado Transitorio
☐ Descenso ☐ Reclasificación ☐ Reinstalación ☐ Reubicación ☐ Traslado ☐ Nuevo Nombramiento ☐ Aumento de Sueldo

25. En caso de cambio a otra agencia indique – Licencia a acreditarse: Compensatorio_____días.
Licencia Enfermedad_____días, Concedida_____días, Licencia Regular_____días, Concedida_____días.

| | Ultimo Día de Trabajo | Licencia Previamente Concedida | Fecha de Efectividad de la Separación |
|---|---|---|---|
| 26. Renuncia | | | |
| 27. Separación | | | |
| 28. Destitución | | | |
| 29. Cesantía | | | |

30. Suspensión de Empleo y Sueldo: Duración:_____ De_____ A_____
31. Muerte: Fecha_____ Hora_____ Ultimo día de pago:_____ Participante de Retiro ☐ Sí ☐ No
32. Clase de Licencia: ☐ Para estudio ☐ Especial con paga ☐ Militar sin Sueldo ☐ Maternidad ☐ Sin Sueldo
Duración:_____ DE_____ A_____

33. Comentarios y Explicaciones (si necesita más espacio use el dorso) Oficialización de funciones mediante autorización del 8 de julio de 1987 del Secretario de Salud y Director de la AFASS, Dr. Luis Izquierdo Mora.

34. Si el cambio de puesto es por Certificación de Elegibles indique: Certificación de Elegibles Núm.
Si el cambio es a otro puesto, indique el nombre del anterior incumbente:

35. Si el cambio es a otra agencia el jefe de la agencia donde se origine el cambio o su representante autorizado firmará aquí:

36. Firma del empleado en casos que fuere necesario

37. Aprobado por: Cristóbal E. Roybert, J.D. Ofic. Jefe de la Agencia o su Representante Autorizado

**APROBADO** agosto de 1987

Revisado o Aprobado por: _____ Fecha: AUG 18 1987

CER/tam/vls

OFICINA DE PERSONAL
DEPARTAMENTO DE SALUD
REGION SUR

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE SALUD
Administración de Facilidades y Servicios de Salud
Area de Personal

AP-15 Especial                                   REGION SUR

                                                 INFORME DE CAMBIO (AP-15) # P-263

NOMBRE: Ana A. Irizarry Figueroa

NUMERO DE SEGURO SOCIAL:

Se notifica el siguiente cambio en el sueldo de este empleado en virtud de lo establecido en el Artículo 7.2 de la Ley Número 89 de 12 de julio de 1979, según enmendada, Ley de Retribución Uniforme. El aumento se concede por haber transcurrido cinco (5) años de servicios satisfactorios en forma ininterrumpida, sin que el empleado haya recibido ningún aumento de sueldo, excepto los otorgados por disposiciones de ley. El cambio es efectivo al 1ro. de diciembre de 1987.

|  | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| Título de Clasificación | Enfermera III-Obstetra | |
| Sueldo Mensual | $932.00 | $982.00 |
| Diferencial | --- | --- |
| Total | $932.00 | $982.00 |

COMENTARIOS: _____

12 de noviembre de 1987
FECHA

CSR/lm/dt

Firma de la Autoridad Nominadora o
Su Representante Autorizado

APROBADO
NOV 17 1987
OFICINA DE PERSONAL
DEPARTAMENTO DE SALUD
REGION SUR

**Formulario 480.7C** / Form Rev. 07.19

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
Departamento de Hacienda - Department of the Treasury
DECLARACIÓN INFORMATIVA - PLANES DE RETIRO Y ANUALIDADES
INFORMATIVE RETURN - RETIREMENT PLANS AND ANNUITIES

F1585317888

AÑO CONTRIBUTIVO / TAXABLE YEAR: 2019
Enmendado - Amended: ( / / )
Número de Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number

## INFORMACIÓN DEL PAGADOR - PAYER'S INFORMATION
Núm. de Identificación Patronal - Employer Identification No.: 66-0433481
Nombre - Name: ADMINISTRACION DE SISTEMAS DE RETIRO
Dirección - Address:
PO BOX 42003
SAN JUAN PR 00940-2003

## INFORMACIÓN DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION
Seleccione un encasillado - Select one box:
[X] Residente / Resident
[ ] No Residente Ciudadano de E.U. / Nonresident U.S. Citizen
[ ] No Residente Extranjero / Nonresident Alien

Núm. de Identificación - Identification No.:
Nombre - Name: ANA IRIZARRY FIGUEROA
Dirección - Address:
URB BARINAS
D12 CALLE 3
YAUCO PR 00698-4707

## INFORMACIÓN DEL PLAN - PLAN'S INFORMATION
Núm. de Identificación Patronal - Employer Identification No.: 66-0433481
Nombre del Plan - Name of Plan: ADMINISTRACION DE SISTEMAS DE RETIRO
Nombre de quien auspicia el plan - Plan sponsor's name: ADMINISTRACION DE SISTEMAS DE RETIRO
Fecha en que comenzó a recibir la pensión / Date on which you started to receive the pension:
Día/Day 1   Mes/Month 1   Año/Year 1991

**Forma de Distribución: - Form of Distribution:**
[ ] Total / Lump Sum  [ ] Parcial / Partial  [X] Pagos Periódicos / Periodic Payments

**Tipo de Plan o Anualidad: - Plan or Annuity Type:**
[X] Gubernamental / Governmental  [ ] Privado Calificado / Qualified Private  [ ] No Calificado / Non Qualified  [ ] Anualidad Fija / Fixed Annuity  [ ] Anualidad Variable / Variable Annuity

| Descripción - Description | Cantidad - Amount | Distribuciones - Distributions | Amount |
|---|---|---|---|
| 1. Aportación Vía Transferencia / Rollover Contribution | | 16. Cantidad Distribuida / Amount Distributed | 10,890.96 |
| 2. Distribución Vía Transferencia / Rollover Distribution | | 17. Cantidad Tributable / Taxable Amount | 10,590.96 |
| 3. Costo de la Pensión o Anualidad / Cost of Pension or Annuity | 11,319.00 | 18. Cantidad sobre la cual se Pagó por Adelantado bajo las Secciones 1023.21, 1081.01(b)(9) o 1012D(b)(5) - Amount over which a Prepayment was Made under Sections 1023.21, 1081.01(b)(9) or 1012D(b)(5) | |
| 4. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 0.00 | | |
| 5. Contribución Retenida sobre Pagos Periódicos de Planes Calificados o Gubernamentales - Tax Withheld from Periodic Payments of Qualified or Governmental Plans | 0.00 | 19. Aportaciones Voluntarias / After-Tax Contributions | 0.00 |
| 6. Contribución Retenida sobre una Distribución Total (20%) / Tax Withheld from Lump Sum Distributions (20%) | | 20. Ingresos Exentos / Exempt Income | 300.00 |
| 7. Contribución Retenida sobre una Distribución Total (10%) / Tax Withheld from Lump Sum Distributions (10%) | | 21. Distribuciones por Razón de un Desastre Declarado por el Gobernador de Puerto Rico - Distributions for Reason of a Disaster Declared by the Governor of Puerto Rico | |
| 8. Contribución Retenida sobre Distribuciones de Planes No Calificados - Tax Withheld from Distributions of Non Qualified Plans | | | |
| 9. Contribución Retenida sobre Otras Distribuciones de Planes Calificados (10%) - Tax Withheld from Other Distributions of Qualified Plans (10%) | | A. Exentas / Exempt | 0.00 |
| 10. Contribución Retenida sobre Anualidades / Tax Withheld from Annuities | | B. Tributables / Taxable | 0.00 |
| 11. Contribución Retenida sobre Transferencia de un Plan Calificado a una Cuenta de Retiro Individual No Deducible - Tax Withheld from Rollover of a Qualified Plan to a Non Deductible Individual Retirement Account | | C. Cantidad sobre la cual se Pagó por Adelantado / Amount over which a Prepayment was Made | 0.00 |
| 12. Contribución Retenida sobre Distribuciones del Programa de Cuentas de Ahorro para el Retiro (10%) / Tax Withheld from Distributions of the Retirement Savings Account Program (10%) | | D. Aportaciones Voluntarias / After-Tax Contributions | 0.00 |
| 13. Contribución Retenida sobre Transferencia del Programa de Cuentas de Ahorro para el Retiro a Cuenta de Retiro Individual No Deducible (10%) - Tax Withheld from Rollover of the Retirement Savings Account Program to a Non Deductible Individual Retirement Account (10%) | | E. Total (Sume líneas 21A a la 21D) / Total (Add lines 21A through 21D) | 0.00 |
| 14. Contribución Retenida sobre Distribuciones a No Residentes - Tax Withheld from Nonresident's Distributions | | 22. Contribución Retenida sobre Distribuciones por Razón de un Desastre Declarado por el Gobernador de Puerto Rico - Income Tax Withheld on Distributions for Reason of a Disaster Declared by the Governor of Puerto Rico | 0.00 |
| 15. Contribución Retenida sobre Otras Distribuciones / Tax Withheld from Other Distributions | | 23. Código de Distribución / Distribution Code | A |
| | | Razones para el Cambio / Reasons for the Change | |

Número de Cuenta / Account Number: 582944302
Número de Control / Control Number: 190038613
Número de Control de la Declaración Informativa Original / Control Number of Original Informative Return:

FECHA DE RADICACIÓN: 28 DE FEBRERO O 30 DE AGOSTO, SEGÚN APLIQUE. VEA INSTRUCCIONES - FILING DATE: FEBRUARY 28 OR AUGUST 30, AS APPLICABLE. SEE INSTRUCTIONS
ENVÍE ELECTRÓNICAMENTE AL DEPARTAMENTO DE HACIENDA. ENTREGUE DOS COPIAS A QUIEN RECIBE EL PAGO. CONSERVE COPIA PARA SUS RECORDS.
SEND TO DEPARTMENT OF THE TREASURY ELECTRONICALLY. DELIVER TWO COPIES TO PAYEE. KEEP COPY FOR YOUR RECORDS.