




**CERTIFIED MAIL**

7019 1640 0000 2219 2802

UNITED STATES POSTAL SERVICE

1000  00918

U.S. FCM YAU 0069 APR AMO R230

Ana A Irizarry Figueroa
URB Barinas
D12 Calle 3
Yauco, Puerto Rico 00698

**Secretaría (Clerk's Office)**
**Tribunal de Distrito de los Estados Unidos**
**Room 150 Federal Building**
**San Juan, Puerto Rico 00918-1767**



RECEIVED
2020 APR 14 PM 3: 12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.