Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

RECEIVED
2020 APR 14 AM 11:07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

En el Asunto:

Junta de Supervisión y Administración Financiera para Puerto Rico       Promesa

                                                                         Título III

Estado Libre Asociado de Puerto Rico y otros                             Num.17BK3283-LTS

REPLICA

Replica a los números de reclamación: **108049 y 85141** Deudor Sistema de Retiro Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, Centésima Octava Objeción Global Anexo A: Defectuosas.

Honorable Tribunal:

    Les envío evidencia actualizada de mi cuenta de retiro. Copia adjunto

Gracias, Luz E. Vázquez Vélez

HC-02 Box 7758-7
Barceloneta, PR 00617
Tel: (787) 421-2977
Correo electrónico: luzv0368@gmail.com

Se envía copia de mi cuenta en Retiro a los siguientes:

Secretaria (Clerk Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan PR 00918-1767


Abogado de la Junta de Supervisión
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienenstock
Brian S. Rosen

Abogado del Comité de Acreedores (Counsel for the Creditor's Committee) Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz



GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: LUZ VAZQUEZ VELEZ**             Seguro Social: XXX-XX-9584
CALLE 11 BZN. 10
MAGUEYES
BARCELONETA, PR 00617

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRACION DE FAMILIAS Y NIÑOS |
| Años de Servicio: | 20.75 |
| Balance de Aportaciones: | $60,890.16 |

Esta certificación fue emitida el 14 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020011446381199

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



RETIRO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940   PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545   www.retiro.pr.gov



Luz E. Vázquez [illegible]
HC-02 Box 7758-7
Barceloneta P.R. 00617

Secretaría (Clerk Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan P.R. 00918-1767