## **Exhibit C**

**Task Code Time Breakdown**

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0009 HTA - General** | | | | | |
| **202** | **Associate** | Chris Theodoridis | $789.00 | 45.30 | $35,741.70 |
| | | Elliot Stevens | $789.00 | 1.20 | $946.80 |
| | | Philip Omorogbe | $789.00 | 39.00 | $30,771.00 |
| | **Associate Total** | | | **85.50** | **$67,459.50** |
| | **Lawyer** | Yafit Shalev | $789.00 | 18.50 | $14,596.50 |
| | **Lawyer Total** | | | **18.50** | **$14,596.50** |
| **202 Total** | | | | **104.00** | **$82,056.00** |
| **204** | **Partner** | Jeffrey W. Levitan | $789.00 | 0.30 | $236.70 |
| | | Lary Alan Rappaport | $789.00 | 0.80 | $631.20 |
| | | Martin J. Bienenstock | $789.00 | 1.10 | $867.90 |
| | | Michael A. Firestein | $789.00 | 1.70 | $1,341.30 |
| | | Paul Possinger | $789.00 | 0.70 | $552.30 |
| | | Timothy W. Mungovan | $789.00 | 0.90 | $710.10 |
| | **Partner Total** | | | **5.50** | **$4,339.50** |
| **204 Total** | | | | **5.50** | **$4,339.50** |
| **205** | **Partner** | Brian S. Rosen | $789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **0.30** | **$236.70** |
| **205 Total** | | | | **0.30** | **$236.70** |
| **206** | **Associate** | Elliot Stevens | $789.00 | 13.40 | $10,572.60 |
| | **Associate Total** | | | **13.40** | **$10,572.60** |
| **206 Total** | | | | **13.40** | **$10,572.60** |
| **207** | **Partner** | Michael A. Firestein | $789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **0.20** | **$157.80** |
| | **Lawyer** | Megan R. Volin | $789.00 | 0.90 | $710.10 |
| | **Lawyer Total** | | | **0.90** | **$710.10** |
| **207 Total** | | | | **1.10** | **$867.90** |
| **208** | **Partner** | Bradley R. Bobroff | $789.00 | 4.50 | $3,550.50 |
| | | Michael A. Firestein | $789.00 | 0.70 | $552.30 |
| | **Partner Total** | | | **5.20** | **$4,102.80** |
| | **Senior Counsel** | Jordan B. Leader | $789.00 | 2.90 | $2,288.10 |
| | **Senior Counsel Total** | | | **2.90** | **$2,288.10** |
| **208 Total** | | | | **8.10** | **$6,390.90** |
| **210** | **Partner** | Brian S. Rosen | $789.00 | 0.50 | $394.50 |
| | | Chantel L. Febus | $789.00 | 0.10 | $78.90 |
| | | Jeffrey W. Levitan | $789.00 | 4.20 | $3,313.80 |
| | | Lary Alan Rappaport | $789.00 | 2.50 | $1,972.50 |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Maja Zerjal | $789.00 | 0.50 | $394.50 |
| | | Michael A. Firestein | $789.00 | 4.80 | $3,787.20 |
| | | Michael T. Mervis | $789.00 | 0.50 | $394.50 |
| | | Steven O. Weise | $789.00 | 70.60 | $55,703.40 |
| | **Partner Total** | | | **83.70** | **$66,039.30** |
| | Associate | Adam L. Deming | $789.00 | 6.80 | $5,365.20 |
| | | Chris Theodoridis | $789.00 | 44.80 | $35,347.20 |
| | | Daniel Desatnik | $789.00 | 0.30 | $236.70 |
| | | Elisa Carino | $789.00 | 3.00 | $2,367.00 |
| | | Elliot Stevens | $789.00 | 6.30 | $4,970.70 |
| | | Joshua A. Esses | $789.00 | 0.10 | $78.90 |
| | | Lucy Wolf | $789.00 | 2.00 | $1,578.00 |
| | | Philip Omorogbe | $789.00 | 64.20 | $50,653.80 |
| | | Steve Ma | $789.00 | 0.10 | $78.90 |
| | **Associate Total** | | | **127.60** | **$100,676.40** |
| | Lawyer | Yafit Shalev | $789.00 | 78.80 | $62,173.20 |
| | **Lawyer Total** | | | **78.80** | **$62,173.20** |
| **210 Total** | | | | **290.10** | **$228,888.90** |
| 212 | Legal Assistant | Christopher M. Tarrant | $270.00 | 2.80 | $756.00 |
| | | Olaide M. Adejobi | $270.00 | 0.30 | $81.00 |
| | | Scarlett A. Neuberger | $270.00 | 4.90 | $1,323.00 |
| | **Legal Assistant Total** | | | **8.00** | **$2,160.00** |
| **212 Total** | | | | **8.00** | **$2,160.00** |
| 215 | Partner | Maja Zerjal | $789.00 | 0.50 | $394.50 |
| | | Martin J. Bienenstock | $789.00 | 5.70 | $4,497.30 |
| | **Partner Total** | | | **6.20** | **$4,891.80** |
| | Associate | Brooke H. Blackwell | $789.00 | 2.70 | $2,130.30 |
| | | Chris Theodoridis | $789.00 | 4.90 | $3,866.10 |
| | | Philip Omorogbe | $789.00 | 0.30 | $236.70 |
| | **Associate Total** | | | **7.90** | **$6,233.10** |
| **215 Total** | | | | **14.10** | **$11,124.90** |
| 216 | Partner | Jeffrey W. Levitan | $789.00 | 1.70 | $1,341.30 |
| | **Partner Total** | | | **1.70** | **$1,341.30** |
| **216 Total** | | | | **1.70** | **$1,341.30** |
| 218 | Associate | Elliot Stevens | $789.00 | 0.20 | $157.80 |
| | | Philip Omorogbe | $789.00 | 5.90 | $4,655.10 |
| | **Associate Total** | | | **6.10** | **$4,812.90** |
| | Legal Assistant | Christopher M. Tarrant | $270.00 | 2.20 | $594.00 |

PROMESA TITLE III: HTA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Natasha Petrov | $270.00 | 26.90 | $7,263.00 |
| | **Legal Assistant Total** | | | **29.10** | **$7,857.00** |
| **218 Total** | | | | **35.20** | **$12,669.90** |
| **Grand Total** | | | | **481.50** | **$360,648.60** |

3

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0049 HTA - AMBAC** | | | | | |
| 202 | Partner | Michael A. Firestein | $789.00 | 0.50 | $394.50 |
| | **Partner Total** | | | **0.50** | **$394.50** |
| **202 Total** | | | | **0.50** | **$394.50** |
| 210 | Partner | Michael A. Firestein | $789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **0.20** | **$157.80** |
| **210 Total** | | | | **0.20** | **$157.80** |
| 212 | Legal Assistant | Olaide M. Adejobi | $270.00 | 10.50 | $2,835.00 |
| | **Legal Assistant Total** | | | **10.50** | **$2,835.00** |
| **212 Total** | | | | **10.50** | **$2,835.00** |
| 219 | Partner | Ehud Barak | $789.00 | 8.00 | $6,312.00 |
| | | Jeffrey W. Levitan | $789.00 | 26.40 | $20,829.60 |
| | | John E. Roberts | $789.00 | 82.00 | $64,698.00 |
| | | Lary Alan Rappaport | $789.00 | 11.10 | $8,757.90 |
| | | Mark Harris | $789.00 | 8.30 | $6,548.70 |
| | | Martin J. Bienenstock | $789.00 | 12.90 | $10,178.10 |
| | | Michael A. Firestein | $789.00 | 14.50 | $11,440.50 |
| | | Stephen L. Ratner | $789.00 | 1.30 | $1,025.70 |
| | | Steven O. Weise | $789.00 | 6.60 | $5,207.40 |
| | | Timothy W. Mungovan | $789.00 | 1.30 | $1,025.70 |
| | **Partner Total** | | | **172.40** | **$136,023.60** |
| | Associate | Adam L. Deming | $789.00 | 0.80 | $631.20 |
| | | Elliot Stevens | $789.00 | 3.20 | $2,524.80 |
| | | Lucas Kowalczyk | $789.00 | 119.90 | $94,601.10 |
| | | Marc Palmer | $789.00 | 6.10 | $4,812.90 |
| | **Associate Total** | | | **130.00** | **$102,570.00** |
| **219 Total** | | | | **302.40** | **$238,593.60** |
| **Grand Total** | | | | **313.60** | **$241,980.90** |

4

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0050 HTA - Assured** | | | | | |
| **202** | **Partner** | Michael A. Firestein | $789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **0.30** | **$236.70** |
| **202 Total** | | | | **0.30** | **$236.70** |
| **212** | **Legal Assistant** | Laura M. Geary | $270.00 | 0.20 | $54.00 |
| | | Olaide M. Adejobi | $270.00 | 5.60 | $1,512.00 |
| | **Legal Assistant Total** | | | **5.80** | **$1,566.00** |
| **212 Total** | | | | **5.80** | **$1,566.00** |
| **219** | **Partner** | Brian S. Rosen | $789.00 | 0.20 | $157.80 |
| | | Chantel L. Febus | $789.00 | 0.10 | $78.90 |
| | | Jeffrey W. Levitan | $789.00 | 16.60 | $13,097.40 |
| | | John E. Roberts | $789.00 | 26.20 | $20,671.80 |
| | | Lary Alan Rappaport | $789.00 | 7.00 | $5,523.00 |
| | | Mark Harris | $789.00 | 30.50 | $24,064.50 |
| | | Martin J. Bienenstock | $789.00 | 9.20 | $7,258.80 |
| | | Michael A. Firestein | $789.00 | 6.20 | $4,891.80 |
| | | Stephen L. Ratner | $789.00 | 0.10 | $78.90 |
| | | Timothy W. Mungovan | $789.00 | 1.40 | $1,104.60 |
| | **Partner Total** | | | **97.50** | **$76,927.50** |
| | **Associate** | Adam L. Deming | $789.00 | 118.10 | $93,180.90 |
| | | Elliot Stevens | $789.00 | 1.80 | $1,420.20 |
| | | Joshua A. Esses | $789.00 | 2.90 | $2,288.10 |
| | | Lucas Kowalczyk | $789.00 | 0.50 | $394.50 |
| | **Associate Total** | | | **123.30** | **$97,283.70** |
| | **Lawyer** | Brooke C. Gottlieb | $789.00 | 10.90 | $8,600.10 |
| | **Lawyer Total** | | | **10.90** | **$8,600.10** |
| **219 Total** | | | | **231.70** | **$182,811.30** |
| **Grand Total** | | | | **237.80** | **$184,614.00** |

5

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0051 HTA - Peaje** | | | | | |
| 205 | Partner | Lary Alan Rappaport | $789.00 | 2.10 | $1,656.90 |
| | | Timothy W. Mungovan | $789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **2.40** | **$1,893.60** |
| **205 Total** | | | | **2.40** | **$1,893.60** |
| 206 | Partner | Matthew Triggs | $789.00 | 9.80 | $7,732.20 |
| | **Partner Total** | | | **9.80** | **$7,732.20** |
| **206 Total** | | | | **9.80** | **$7,732.20** |
| 207 | Partner | Lary Alan Rappaport | $789.00 | 0.10 | $78.90 |
| | | Michael A. Firestein | $789.00 | 0.50 | $394.50 |
| | **Partner Total** | | | **0.60** | **$473.40** |
| **207 Total** | | | | **0.60** | **$473.40** |
| 210 | Partner | Lary Alan Rappaport | $789.00 | 0.20 | $157.80 |
| | | Michael A. Firestein | $789.00 | 0.10 | $78.90 |
| | **Partner Total** | | | **0.30** | **$236.70** |
| **210 Total** | | | | **0.30** | **$236.70** |
| **Grand Total** | | | | **13.10** | **$10,335.90** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | **MATTER 33260.0053 HTA - Miscellaneous** | | | | |
| 208 | Partner | Maja Zerjal | $789.00 | 1.30 | $1,025.70 |
| | | Michael A. Firestein | $789.00 | 0.70 | $552.30 |
| | | Paul Possinger | $789.00 | 0.30 | $236.70 |
| | | Timothy W. Mungovan | $789.00 | 1.20 | $946.80 |
| | **Partner Total** | | | **3.50** | **$2,761.50** |
| | Senior Counsel | Jordan B. Leader | $789.00 | 0.70 | $552.30 |
| | **Senior Counsel Total** | | | **0.70** | **$552.30** |
| | Associate | Elliot Stevens | $789.00 | 4.70 | $3,708.30 |
| | | Steve Ma | $789.00 | 11.00 | $8,679.00 |
| | **Associate Total** | | | **15.70** | **$12,387.30** |
| | Legal Assistant | Christopher M. Tarrant | $270.00 | 0.60 | $162.00 |
| | **Legal Assistant Total** | | | **0.60** | **$162.00** |
| **208 Total** | | | | **20.50** | **$15,863.10** |
| 210 | Associate | Laura Stafford | $789.00 | 0.50 | $394.50 |
| | **Associate Total** | | | **0.50** | **$394.50** |
| **210 Total** | | | | **0.50** | **$394.50** |
| 212 | Legal Assistant | Angelo Monforte | $270.00 | 6.80 | $1,836.00 |
| | | Charles H. King | $270.00 | 2.00 | $540.00 |
| | | Christian Cordova-Pedroza | $270.00 | 2.30 | $621.00 |
| | **Legal Assistant Total** | | | **11.10** | **$2,997.00** |
| | Lit. Support | Laurie A. Henderson | $270.00 | 1.20 | $324.00 |
| | **Lit. Support Total** | | | **1.20** | **$324.00** |
| **212 Total** | | | | **12.30** | **$3,321.00** |
| 219 | Partner | Brian S. Rosen | $789.00 | 0.20 | $157.80 |
| | | John E. Roberts | $789.00 | 4.30 | $3,392.70 |
| | | Michael A. Firestein | $789.00 | 4.40 | $3,471.60 |
| | **Partner Total** | | | **8.90** | **$7,022.10** |
| | Senior Counsel | Jennifer L. Roche | $789.00 | 54.20 | $42,763.80 |
| | **Senior Counsel Total** | | | **54.20** | **$42,763.80** |
| **219 Total** | | | | **63.10** | **$49,785.90** |
| **Grand Total** | | | | **96.40** | **$69,364.50** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | **MATTER 33260.0074 HTA - Lien Avoidance and Secured Status** | | | | |
| **201** | Associate | Philip Omorogbe | $789.00 | 0.40 | $315.60 |
| | | Steve Ma | $789.00 | 0.10 | $78.90 |
| | **Associate Total** | | | **0.50** | **$394.50** |
| **201 Total** | | | | **0.50** | **$394.50** |
| **202** | Partner | Jeffrey W. Levitan | $789.00 | 3.10 | $2,445.90 |
| | | Jonathan E. Richman | $789.00 | 2.10 | $1,656.90 |
| | | Matthew Triggs | $789.00 | 12.80 | $10,099.20 |
| | | Michael A. Firestein | $789.00 | 1.00 | $789.00 |
| | **Partner Total** | | | **19.00** | **$14,991.00** |
| | Associate | Adam L. Deming | $789.00 | 4.30 | $3,392.70 |
| | | Ariella Muller | $789.00 | 18.40 | $14,517.60 |
| | | Brandon C. Clark | $789.00 | 5.40 | $4,260.60 |
| | | Elisa Carino | $789.00 | 25.00 | $19,725.00 |
| | | Elliot Stevens | $789.00 | 2.20 | $1,735.80 |
| | | Emily Kline | $789.00 | 9.90 | $7,811.10 |
| | | Hena Vora | $789.00 | 3.80 | $2,998.20 |
| | | Javier Sosa | $789.00 | 4.30 | $3,392.70 |
| | | Jessica Z. Greenburg | $789.00 | 21.50 | $16,963.50 |
| | | Julia M. Ansanelli | $789.00 | 41.70 | $32,901.30 |
| | | Lucy Wolf | $789.00 | 40.20 | $31,717.80 |
| | | Marc Palmer | $789.00 | 0.40 | $315.60 |
| | | Matthew I. Rochman | $789.00 | 10.40 | $8,205.60 |
| | | Matthew J. Morris | $789.00 | 14.80 | $11,677.20 |
| | | Melissa D. Digrande | $789.00 | 10.80 | $8,521.20 |
| | | Peter Fishkind | $789.00 | 1.30 | $1,025.70 |
| | | Philip Omorogbe | $789.00 | 6.90 | $5,444.10 |
| | | Russell Kostelak | $789.00 | 18.10 | $14,280.90 |
| | | Russell T. Gorkin | $789.00 | 12.90 | $10,178.10 |
| | | Seth H. Victor | $789.00 | 13.40 | $10,572.60 |
| | | Shiloh Rainwater | $789.00 | 2.20 | $1,735.80 |
| | | Steve Ma | $789.00 | 1.30 | $1,025.70 |
| | | William D. Dalsen | $789.00 | 4.00 | $3,156.00 |
| | **Associate Total** | | | **273.20** | **$215,554.80** |
| | Lawyer | Yafit Shalev | $789.00 | 19.10 | $15,069.90 |
| | **Lawyer Total** | | | **19.10** | **$15,069.90** |
| | Legal Assistant | Christopher M. Tarrant | $270.00 | 1.40 | $378.00 |
| | **Legal Assistant Total** | | | **1.40** | **$378.00** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | **202 Total** | | | **312.70** | **$245,993.70** |
| 204 | **Associate** | Christina Assi | $789.00 | 1.60 | $1,262.40 |
| | **Associate Total** | | | **1.60** | **$1,262.40** |
| **204 Total** | | | | **1.60** | **$1,262.40** |
| 205 | **Associate** | Christina Assi | $789.00 | 0.30 | $236.70 |
| | **Associate Total** | | | **0.30** | **$236.70** |
| **205 Total** | | | | **0.30** | **$236.70** |
| 206 | **Partner** | Ehud Barak | $789.00 | 9.20 | $7,258.80 |
| | | Jeffrey W. Levitan | $789.00 | 21.60 | $17,042.40 |
| | | Margaret A. Dale | $789.00 | 1.30 | $1,025.70 |
| | | Michael A. Firestein | $789.00 | 7.20 | $5,680.80 |
| | | Timothy W. Mungovan | $789.00 | 2.10 | $1,656.90 |
| | **Partner Total** | | | **41.40** | **$32,664.60** |
| | **Senior Counsel** | Julia D. Alonzo | $789.00 | 15.10 | $11,913.90 |
| | **Senior Counsel Total** | | | **15.10** | **$11,913.90** |
| | **Associate** | Aliza H. Bloch | $789.00 | 3.30 | $2,603.70 |
| | | Christina Assi | $789.00 | 2.50 | $1,972.50 |
| | | Daniel Desatnik | $789.00 | 6.30 | $4,970.70 |
| | | Elliot Stevens | $789.00 | 6.50 | $5,128.50 |
| | | Marc Palmer | $789.00 | 75.00 | $59,175.00 |
| | | Matthew A. Skrzynski | $789.00 | 3.30 | $2,603.70 |
| | | Matthew I. Rochman | $789.00 | 37.70 | $29,745.30 |
| | | Peter Fishkind | $789.00 | 0.40 | $315.60 |
| | | Russell Kostelak | $789.00 | 1.00 | $789.00 |
| | | Zachary Chalett | $789.00 | 29.90 | $23,591.10 |
| | **Associate Total** | | | **165.90** | **$130,895.10** |
| | **Lawyer** | Yafit Shalev | $789.00 | 10.00 | $7,890.00 |
| | **Lawyer Total** | | | **10.00** | **$7,890.00** |
| **206 Total** | | | | **232.40** | **$183,363.60** |
| 207 | **Partner** | Michael A. Firestein | $789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **0.20** | **$157.80** |
| **207 Total** | | | | **0.20** | **$157.80** |
| 208 | **Associate** | Elliot Stevens | $789.00 | 0.20 | $157.80 |
| | **Associate Total** | | | **0.20** | **$157.80** |
| **208 Total** | | | | **0.20** | **$157.80** |
| 210 | **Partner** | Brian S. Rosen | $789.00 | 0.10 | $78.90 |
| | | Chantel L. Febus | $789.00 | 43.00 | $33,927.00 |
| | | Ehud Barak | $789.00 | 1.00 | $789.00 |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Jeffrey W. Levitan | $789.00 | 7.90 | $6,233.10 |
| | | John E. Roberts | $789.00 | 7.30 | $5,759.70 |
| | | Jonathan E. Richman | $789.00 | 80.40 | $63,435.60 |
| | | Kevin J. Perra | $789.00 | 25.20 | $19,882.80 |
| | | Lary Alan Rappaport | $789.00 | 1.00 | $789.00 |
| | | Margaret A. Dale | $789.00 | 0.90 | $710.10 |
| | | Matthew Triggs | $789.00 | 88.60 | $69,905.40 |
| | | Michael A. Firestein | $789.00 | 8.20 | $6,469.80 |
| | | Michael T. Mervis | $789.00 | 18.30 | $14,438.70 |
| | | Scott P. Cooper | $789.00 | 30.10 | $23,748.90 |
| | | Seetha Ramachandran | $789.00 | 4.20 | $3,313.80 |
| | | Steven O. Weise | $789.00 | 91.50 | $72,193.50 |
| | | Timothy W. Mungovan | $789.00 | 0.60 | $473.40 |
| | **Partner Total** | | | **408.30** | **$322,148.70** |
| | **Senior Counsel** | Jennifer L. Roche | $789.00 | 9.80 | $7,732.20 |
| | | Julia D. Alonzo | $789.00 | 2.90 | $2,288.10 |
| | | Nathan R. Lander | $789.00 | 7.10 | $5,601.90 |
| | **Senior Counsel Total** | | | **19.80** | **$15,622.20** |
| | **Associate** | Adam L. Deming | $789.00 | 32.40 | $25,563.60 |
| | | Aliza H. Bloch | $789.00 | 21.40 | $16,884.60 |
| | | Bradley Presant | $789.00 | 80.30 | $63,356.70 |
| | | Brandon C. Clark | $789.00 | 9.20 | $7,258.80 |
| | | Brooke H. Blackwell | $789.00 | 2.80 | $2,209.20 |
| | | Carl Mazurek | $789.00 | 67.80 | $53,494.20 |
| | | Chris Theodoridis | $789.00 | 23.50 | $18,541.50 |
| | | Christina Assi | $789.00 | 2.20 | $1,735.80 |
| | | Daniel Desatnik | $789.00 | 4.40 | $3,471.60 |
| | | Elisa Carino | $789.00 | 34.50 | $27,220.50 |
| | | Elliot Stevens | $789.00 | 12.00 | $9,468.00 |
| | | Emily Kline | $789.00 | 16.60 | $13,097.40 |
| | | Hena Vora | $789.00 | 1.60 | $1,262.40 |
| | | Javier Sosa | $789.00 | 33.20 | $26,194.80 |
| | | Jessica Z. Greenburg | $789.00 | 72.80 | $57,439.20 |
| | | Joshua A. Esses | $789.00 | 1.50 | $1,183.50 |
| | | Julia M. Ansanelli | $789.00 | 7.70 | $6,075.30 |
| | | Laura Stafford | $789.00 | 3.20 | $2,524.80 |
| | | Lisa Markofsky | $789.00 | 8.80 | $6,943.20 |
| | | Lucy Wolf | $789.00 | 7.40 | $5,838.60 |
| | | Marc Palmer | $789.00 | 1.10 | $867.90 |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Matthew I. Rochman | $789.00 | 42.00 | $33,138.00 |
| | | Matthew J. Morris | $789.00 | 11.30 | $8,915.70 |
| | | Peter Fishkind | $789.00 | 11.70 | $9,231.30 |
| | | Philip Omorogbe | $789.00 | 16.90 | $13,334.10 |
| | | Russell Kostelak | $789.00 | 10.50 | $8,284.50 |
| | | Russell T. Gorkin | $789.00 | 26.60 | $20,987.40 |
| | | Seth H. Victor | $789.00 | 9.00 | $7,101.00 |
| | | Shiloh Rainwater | $789.00 | 99.30 | $78,347.70 |
| | | Steve Ma | $789.00 | 20.50 | $16,174.50 |
| | | William D. Dalsen | $789.00 | 4.90 | $3,866.10 |
| | | Zachary Chalett | $789.00 | 13.00 | $10,257.00 |
| | **Associate Total** | | | **710.10** | **$560,268.90** |
| | Lawyer | Megan R. Volin | $789.00 | 2.80 | $2,209.20 |
| | | Yafit Shalev | $789.00 | 22.90 | $18,068.10 |
| | **Lawyer Total** | | | **25.70** | **$20,277.30** |
| **210 Total** | | | | **1,163.90** | **$918,317.10** |
| 212 | Legal Assistant | Angelo Monforte | $270.00 | 25.10 | $6,777.00 |
| | | Christopher M. Tarrant | $270.00 | 28.20 | $7,614.00 |
| | | Julia L. Sutherland | $270.00 | 2.00 | $540.00 |
| | | Laura M. Geary | $270.00 | 1.20 | $324.00 |
| | | Lawrence T. Silvestro | $270.00 | 20.20 | $5,454.00 |
| | | Olaide M. Adejobi | $270.00 | 8.50 | $2,295.00 |
| | | Peg A. Nonez | $270.00 | 1.10 | $297.00 |
| | | Rebecca R. Elsner | $270.00 | 0.50 | $135.00 |
| | | Tal J. Singer | $270.00 | 4.20 | $1,134.00 |
| | **Legal Assistant Total** | | | **91.00** | **$24,570.00** |
| **212 Total** | | | | **91.00** | **$24,570.00** |
| 215 | Associate | Marc Palmer | $789.00 | 2.80 | $2,209.20 |
| | **Associate Total** | | | **2.80** | **$2,209.20** |
| **215 Total** | | | | **2.80** | **$2,209.20** |
| **Grand Total** | | | | **1,805.60** | **$1,376,662.80** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0082 HTA - Assured Motion to Lift Stay** | | | | | |
| 206 | Associate | Elliot Stevens | $789.00 | 1.20 | $946.80 |
| | **Associate Total** | | | **1.20** | **$946.80** |
| **206 Total** | | | | **1.20** | **$946.80** |
| 208 | Partner | Bradley R. Bobroff | $789.00 | 77.60 | $61,226.40 |
| | | Ehud Barak | $789.00 | 39.20 | $30,928.80 |
| | | Jeffrey W. Levitan | $789.00 | 26.80 | $21,145.20 |
| | | Lary Alan Rappaport | $789.00 | 4.60 | $3,629.40 |
| | | Martin J. Bienenstock | $789.00 | 25.50 | $20,119.50 |
| | | Michael A. Firestein | $789.00 | 8.40 | $6,627.60 |
| | | Michael T. Mervis | $789.00 | 11.00 | $8,679.00 |
| | | Paul Possinger | $789.00 | 7.90 | $6,233.10 |
| | | Peter D. Doyle | $789.00 | 2.70 | $2,130.30 |
| | | Steven O. Weise | $789.00 | 21.00 | $16,569.00 |
| | | Timothy W. Mungovan | $789.00 | 4.30 | $3,392.70 |
| | **Partner Total** | | | **229.00** | **$180,681.00** |
| | **Senior Counsel** | Jordan B. Leader | $789.00 | 85.30 | $67,301.70 |
| | **Senior Counsel Total** | | | **85.30** | **$67,301.70** |
| | Associate | Elliot Stevens | $789.00 | 59.30 | $46,787.70 |
| | | Emily Kline | $789.00 | 0.40 | $315.60 |
| | | Imani Tisdale | $789.00 | 27.50 | $21,697.50 |
| | | Javier Sosa | $789.00 | 2.50 | $1,972.50 |
| | | Joshua A. Esses | $789.00 | 2.90 | $2,288.10 |
| | | Kelly Landers Hawthorne | $789.00 | 77.10 | $60,831.90 |
| | **Associate Total** | | | **169.70** | **$133,893.30** |
| | Lawyer | Yafit Shalev | $789.00 | 8.10 | $6,390.90 |
| | **Lawyer Total** | | | **8.10** | **$6,390.90** |
| | Legal Assistant | Christopher M. Tarrant | $270.00 | 2.40 | $648.00 |
| | **Legal Assistant Total** | | | **2.40** | **$648.00** |
| **208 Total** | | | | **494.50** | **$388,914.90** |
| 210 | Partner | Chantel L. Febus | $789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **0.40** | **$315.60** |
| | Senior Counsel | Jennifer L. Roche | $789.00 | 3.60 | $2,840.40 |
| | **Senior Counsel Total** | | | **3.60** | **$2,840.40** |
| | Associate | Blake Cushing | $789.00 | 0.80 | $631.20 |
| | | Elliot Stevens | $789.00 | 0.10 | $78.90 |
| | **Associate Total** | | | **0.90** | **$710.10** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | **Lawyer** | Yafit Shalev | $789.00 | 2.20 | $1,735.80 |
| | **Lawyer Total** | | | **2.20** | **$1,735.80** |
| **210 Total** | | | | **7.10** | **$5,601.90** |
| **212** | **Legal Assistant** | Angelo Monforte | $270.00 | 1.20 | $324.00 |
| | | Christian Cordova-Pedroza | $270.00 | 0.50 | $135.00 |
| | | Dennis T. Mcpeck | $270.00 | 0.70 | $189.00 |
| | | Julia L. Sutherland | $270.00 | 7.30 | $1,971.00 |
| | | Laura M. Geary | $270.00 | 5.30 | $1,431.00 |
| | **Legal Assistant Total** | | | **15.00** | **$4,050.00** |
| **212 Total** | | | | **15.00** | **$4,050.00** |
| **Grand Total** | | | | **517.80** | **$399,513.60** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0092 HTA Action Objecting to Proofs of Claim Filed by HTA Bondholders against Commonwealth** | | | | | |
| **201** | **Partner** | Ehud Barak | $789.00 | 2.00 | $1,578.00 |
| | | Timothy W. Mungovan | $789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **2.20** | **$1,735.80** |
| **201 Total** | | | | **2.20** | **$1,735.80** |
| **202** | **Partner** | Michael A. Firestein | $789.00 | 0.50 | $394.50 |
| | **Partner Total** | | | **0.50** | **$394.50** |
| | **Associate** | Emily Kline | $789.00 | 2.10 | $1,656.90 |
| | | Russell Kostelak | $789.00 | 0.20 | $157.80 |
| | **Associate Total** | | | **2.30** | **$1,814.70** |
| | **Lawyer** | Yafit Shalev | $789.00 | 13.90 | $10,967.10 |
| | **Lawyer Total** | | | **13.90** | **$10,967.10** |
| **202 Total** | | | | **16.70** | **$13,176.30** |
| **206** | **Partner** | Bradley R. Bobroff | $789.00 | 1.80 | $1,420.20 |
| | | Colin Kass | $789.00 | 9.10 | $7,179.90 |
| | | Ehud Barak | $789.00 | 0.20 | $157.80 |
| | | Jeffrey W. Levitan | $789.00 | 14.30 | $11,282.70 |
| | | Lary Alan Rappaport | $789.00 | 15.10 | $11,913.90 |
| | | Martin J. Bienenstock | $789.00 | 6.80 | $5,365.20 |
| | | Matthew Triggs | $789.00 | 4.10 | $3,234.90 |
| | | Michael A. Firestein | $789.00 | 37.40 | $29,508.60 |
| | | Scott P. Cooper | $789.00 | 0.20 | $157.80 |
| | | Stephen L. Ratner | $789.00 | 0.80 | $631.20 |
| | | Steven O. Weise | $789.00 | 34.30 | $27,062.70 |
| | | Timothy W. Mungovan | $789.00 | 16.70 | $13,176.30 |
| | **Partner Total** | | | **140.80** | **$111,091.20** |
| | **Senior Counsel** | Julia D. Alonzo | $789.00 | 24.20 | $19,093.80 |
| | **Senior Counsel Total** | | | **24.20** | **$19,093.80** |
| | **Associate** | Elliot Stevens | $789.00 | 20.70 | $16,332.30 |
| | | Imani Tisdale | $789.00 | 31.70 | $25,011.30 |
| | | Javier Sosa | $789.00 | 4.00 | $3,156.00 |
| | | Jessica Z. Greenburg | $789.00 | 6.40 | $5,049.60 |
| | | Kelly Landers Hawthorne | $789.00 | 27.90 | $22,013.10 |
| | | Marc Palmer | $789.00 | 27.10 | $21,381.90 |
| | | Matthew A. Skrzynski | $789.00 | 0.20 | $157.80 |
| | | Matthew I. Rochman | $789.00 | 9.60 | $7,574.40 |
| | **Associate Total** | | | **127.60** | **$100,676.40** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | Lawyer | Yafit Shalev | $789.00 | 14.50 | $11,440.50 |
| | **Lawyer Total** | | | **14.50** | **$11,440.50** |
| | Legal Assistant | Julia L. Sutherland | $270.00 | 1.40 | $378.00 |
| | **Legal Assistant Total** | | | **1.40** | **$378.00** |
| **206 Total** | | | | **308.50** | **$242,679.90** |
| 207 | Associate | Marc Palmer | $789.00 | 0.30 | $236.70 |
| | **Associate Total** | | | **0.30** | **$236.70** |
| **207 Total** | | | | **0.30** | **$236.70** |
| 210 | Partner | Lary Alan Rappaport | $789.00 | 0.20 | $157.80 |
| | | Matthew Triggs | $789.00 | 17.60 | $13,886.40 |
| | | Steven O. Weise | $789.00 | 12.20 | $9,625.80 |
| | **Partner Total** | | | **30.00** | **$23,670.00** |
| | Senior Counsel | Jennifer L. Roche | $789.00 | 0.10 | $78.90 |
| | **Senior Counsel Total** | | | **0.10** | **$78.90** |
| | Associate | Adam L. Deming | $789.00 | 0.50 | $394.50 |
| | | Bradley Presant | $789.00 | 13.20 | $10,414.80 |
| | | Jessica Z. Greenburg | $789.00 | 12.40 | $9,783.60 |
| | | Lisa Markofsky | $789.00 | 5.70 | $4,497.30 |
| | | Lucy Wolf | $789.00 | 0.40 | $315.60 |
| | | Marc Palmer | $789.00 | 1.60 | $1,262.40 |
| | **Associate Total** | | | **33.80** | **$26,668.20** |
| **210 Total** | | | | **63.90** | **$50,417.10** |
| 212 | Legal Assistant | Angelo Monforte | $270.00 | 12.80 | $3,456.00 |
| | | Charles H. King | $270.00 | 5.40 | $1,458.00 |
| | | Christopher M. Tarrant | $270.00 | 5.00 | $1,350.00 |
| | | Dennis T. Mcpeck | $270.00 | 1.20 | $324.00 |
| | | Julia L. Sutherland | $270.00 | 5.10 | $1,377.00 |
| | | Laura M. Geary | $270.00 | 1.50 | $405.00 |
| | | Lawrence T. Silvestro | $270.00 | 3.00 | $810.00 |
| | | Lela Lerner | $270.00 | 1.80 | $486.00 |
| | | Natasha Petrov | $270.00 | 9.90 | $2,673.00 |
| | | Olaide M. Adejobi | $270.00 | 2.00 | $540.00 |
| | | Shealeen E. Schaefer | $270.00 | 7.40 | $1,998.00 |
| | | Tal J. Singer | $270.00 | 3.50 | $945.00 |
| | | Tyler A. Davidian | $270.00 | 1.50 | $405.00 |
| | **Legal Assistant Total** | | | **60.10** | **$16,227.00** |
| **212 Total** | | | | **60.10** | **$16,227.00** |
| **Grand Total** | | | | **451.70** | **$324,472.80** |