# Exhibit D

**Budget and Staffing Plan**

Case:17-03283-LTS   Doc#:12827-4   Filed:04/15/20   Entered:04/15/20 19:13:27   Desc:
Exhibit D   Page 2 of 5

**Exhibit D-1**

**Budget Plan for the Compensation Period**[1]

---

[1] The total fees sought in this Application exceeded the total budgeted fees for the time period by 2.6%. Additionally, Proskauer fees in October exceeded the budget by $171,311.20 or 66.7% and in December by $8,859.30 or 0.7%. Proskauer billed more time than expected due to the increased activity at the direction of the Oversight Board related to the strategy for the development of a plan of adjustment, preparing oppositions to Ambac and Assured's petitions for writs of certiorari, conducting research and drafting the Debtor's complaint challenging proofs of claim filed by certain HTA bondholders related to the HTA bonds, and responding to requests to lift the automatic stay by various parties, including the Assured Lift Stay Motion.

| Matter ID | Matter | October 2019 | | November 2019 | | December 2019 | | January 2020 | |
|---|---|---|---|---|---|---|---|---|---|
| | | Actual Fees | Estimated Fees | Actual Fees | Estimated Fees | Actual Fees | Estimated Fees | Actual Fees | Estimated Fees |
| 33260.0009 | PROMESA TITLE III: HTA | $ 231,722.40 | $ 70,000.00 | $ 91,377.30 | $ 125,000.00 | $ 25,684.80 | $ 300,000.00 | $ 11,864.10 | $ 20,000.00 |
| 33260.0049 | HTA TITLE III - AMBAC | $ 103,390.50 | $ 75,000.00 | $ 135,276.60 | $ 150,000.00 | $ 2,998.20 | $ 5,000.00 | $ 315.60 | $ 5,000.00 |
| 33260.0050 | HTA TITLE III - ASSURED | $ 84,365.10 | $ 60,000.00 | $ 98,355.30 | $ 100,000.00 | $ 1,183.50 | $ 5,000.00 | $ 710.10 | $ 5,000.00 |
| 33260.0051 | HTA TITLE III - PEAJE | $ - | $ 5,000.00 | $ - | $ - | $ 2,603.70 | $ 5,000.00 | $ 7,732.20 | $ 5,000.00 |
| 33260.0053 | HTA TITLE III - MISCELLANEOUS | $ 946.80 | $ 2,000.00 | $ 4,415.10 | $ 1,000.00 | $ 15,148.80 | $ 5,000.00 | $ 48,853.80 | $ 25,000.00 |
| 33260.0074 | HTA LIEN AVOIDANCE AND SECURED STATUS COMPLAINTS | $ 2,126.70 | $ 30,000.00 | $ 92,454.60 | $ 50,000.00 | $ 1,279,110.00 | $ 1,000,000.00 | $ 2,971.50 | $ 25,000.00 |
| 33260.0082 | HTA - ASSURED MOTION TO LIFT STAY | $ 5,759.70 | $ 15,000.00 | $ - | $ - | $ 2,130.30 | $ - | $ 391,623.60 | $ 444,000.00 |
| 33260.0092 | HTA REVENUE BOND COMPLAINTS | $ - | $ - | $ - | $ - | $ - | $ - | $ 324,472.80 | $ 360,000.00 |
| **HTA TOTAL** | | $ 428,311.20 | $ 257,000.00 | $ 421,878.90 | $ 426,000.00 | $ 1,328,859.30 | $ 1,320,000.00 | $ 788,543.70 | $ 889,000.00 |
| **ESTIMATED FEES Compensation Period (October 2019 - January 2020) TOTAL:** | | | | | | | | | $2,892,000.00 |
| **ACTUAL FEES Compensation Period (October 2019 - January 2020) TOTAL:** | | | | | | | | | $2,967,593.10 |
| **Percent Variance (Actual vs. Budgeted Fees)** | | | | | | | | | 2.6% above budget |

**Exhibit D-2**

**Staffing Plan for the Compensation Period**

**Staffing Plan for the Compensation Period**[2]

| Category of Timekeeper[3] | Number of Timekeepers Expected to Work on The Matter During the Budget Period[4] | Average Hourly Rate[5] |
|---|---|---|
| Partners | 16 | $789 |
| Senior Counsel | 7 | $789 |
| Associates & Lawyers | 13 | $789 |
| e-Discovery Attorneys | 5 | $390 |
| Law Clerks | 5 | $270 |
| Paraprofessionals | 10 | $270 |
| **Total:** | **56** | |

---

[2] As noted in the Staffing Plan for the Compensation Period at Exhibit D-2 in the Application, the number of timekeepers expected to work on the matter during the Compensation Period was 56, and thus the actual number of timekeepers was 32 more than anticipated. Additional team members were needed to assist with research and analysis related to further developing the Debtor's strategy for a plan of adjustment, preparing the Debtor's complaint challenging proofs of claim filed by certain HTA bondholders related to the HTA bonds, and opposing requests to lift the automatic stay filed by various parties. Proskauer increased its staffing appropriately in accordance with the increased demands of the Debtor's Title III Case to ensure that diligent and timely representation was provided to the Oversight Board.

[3] Attorney Practice Groups: BSGR&B, Litigation, Labor & Employment, and Corporate.

[4] The chart reflects Proskauer's staffing plan for the designated period based on currently foreseeable activities. Actual staffing needs, including additional attorneys, may vary materially based on actual facts and circumstances arising in the designated period, including as a result of currently unanticipated disputes. The staffing plan currently includes attorneys from the BSGR&B, Litigation, Labor & Employment, and Corporate practice groups. The expertise of attorneys from other specialized areas is likely to be required during the course of these PROMESA cases.

[5] As explained in the Application, Proskauer's Engagement Letter provides as of January 1, 2020 for rates 4% higher than these rates, but Proskauer agreed not to request allowance and payment of the incremental rates until after confirmation of a plan of adjustment for the Commonwealth or a final fee application.