## **Exhibit E**

**Proskauer Rate Increase Calculations**

| Debtor | January 2020 Hours (Actual Billed) | 2019 Rates (Actual) | January 2020 Fees at 2019 Rate (Actual Billed) | 2020 Rates (Calculated) | January 2020 Fees at 2020 Rate (Calculated) | Proskauer Compensation Increase at Calculated Fees |
|---|---|---|---|---|---|---|
| **CW** | | | | | | |
| Paraprofessionals | 619.60 | $270.00 | $167,292.00 | $280.00 | $173,488.00 | $6,196.00 |
| E-Discovery Attorneys | 11.60 | $390.00 | $4,524.00 | $405.00 | $4,698.00 | $174.00 |
| Attorneys & Lawyers | 4,799.10 | $789.00 | $3,786,489.90 | $820.00 | $3,935,262.00 | $148,772.10 |
| **CW Total** | **5,430.30** | | **$3,958,305.90** | | **$4,113,448.00** | **$155,142.10** |
| **ERS** | | | | | | |
| Paraprofessionals | 104.90 | $270.00 | $28,323.00 | $280.00 | $29,372.00 | $1,049.00 |
| E-Discovery Attorneys | 3.90 | $390.00 | $1,521.00 | $405.00 | $1,579.50 | $58.50 |
| Attorneys & Lawyers | 679.50 | $789.00 | $536,125.50 | $820.00 | $557,190.00 | $21,064.50 |
| **ERS Total** | **788.30** | | **$565,969.50** | | **$588,141.50** | **$22,172.00** |
| **HTA** | | | | | | |
| Paraprofessionals | 85.10 | $270.00 | $22,977.00 | $280.00 | $23,828.00 | $851.00 |
| Attorneys | 970.30 | $789.00 | $765,566.70 | $820.00 | $795,646.00 | $30,079.30 |
| **HTA Total** | **1,055.40** | | **$788,543.70** | | **$819,474.00** | **$30,930.30** |
| **PBA** | | | | | | |
| Paraprofessionals | 26.00 | $270.00 | $7,020.00 | $280.00 | $7,280.00 | $260.00 |
| Attorneys & Lawyers | 95.80 | $789.00 | $75,586.20 | $820.00 | $78,556.00 | $2,969.80 |
| **PBA Total** | **121.80** | | **$82,606.20** | | **$85,836.00** | **$3,229.80** |
| **PREPA** | | | | | | |
| Paraprofessionals | 163.70 | $270.00 | $44,199.00 | $280.00 | $45,836.00 | $1,637.00 |
| E-Discovery Attorneys | 93.20 | $390.00 | $36,348.00 | $405.00 | $37,746.00 | $1,398.00 |
| Attorneys & Lawyers | 772.10 | $789.00 | $609,186.90 | $820.00 | $633,122.00 | $23,935.10 |
| **PREPA Total** | **1,029.00** | | **$689,733.90** | | **$716,704.00** | **$26,970.10** |
| **GRAND TOTAL** | **8,424.80** | | **$6,085,159.20** | | **$6,323,603.50** | **$238,444.30** |