<u>**Exhibit C**</u>

**Task Code Time Breakdown**

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|-------------|--------------|
| | | **MATTER 33260.0022 PREPA - General** | | | |
| **201** | **Partner** | Ehud Barak | $789.00 | 11.50 | $9,073.50 |
| | | Gregg M. Mashberg | $789.00 | 0.10 | $78.90 |
| | | Paul Possinger | $789.00 | 13.10 | $10,335.90 |
| | | Timothy W. Mungovan | $789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **24.90** | **$19,646.10** |
| | **Associate** | Adam L. Deming | $789.00 | 1.60 | $1,262.40 |
| | | Brooke H. Blackwell | $789.00 | 5.30 | $4,181.70 |
| | | Chris Theodoridis | $789.00 | 0.20 | $157.80 |
| | | Daniel Desatnik | $789.00 | 3.90 | $3,077.10 |
| | | Jennifer L. Jones | $789.00 | 3.30 | $2,603.70 |
| | | Joshua A. Esses | $789.00 | 0.30 | $236.70 |
| | | Laura Stafford | $789.00 | 0.80 | $631.20 |
| | | Lucy Wolf | $789.00 | 1.30 | $1,025.70 |
| | | Steve Ma | $789.00 | 0.20 | $157.80 |
| | **Associate Total** | | | **16.90** | **$13,334.10** |
| **201 Total** | | | | **41.80** | **$32,980.20** |
| **202** | **Partner** | Paul Possinger | $789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **0.30** | **$236.70** |
| | **Associate** | Adam L. Deming | $789.00 | 1.20 | $946.80 |
| | | Bradley Presant | $789.00 | 4.90 | $3,866.10 |
| | | Brooke H. Blackwell | $789.00 | 26.20 | $20,671.80 |
| | | Carl Mazurek | $789.00 | 10.60 | $8,363.40 |
| | | Chris Theodoridis | $789.00 | 21.30 | $16,805.70 |
| | | Daniel Desatnik | $789.00 | 5.80 | $4,576.20 |
| | | Elliot Stevens | $789.00 | 6.70 | $5,286.30 |
| | | Javier Sosa | $789.00 | 32.70 | $25,800.30 |
| | | Laura Stafford | $789.00 | 0.20 | $157.80 |
| | | Matthew A. Skrzynski | $789.00 | 1.20 | $946.80 |
| | | Mee R. Kim | $789.00 | 12.30 | $9,704.70 |
| | | Michael Wheat | $789.00 | 6.00 | $4,734.00 |
| | | Raphael Y. H. Da Costa | $789.00 | 3.00 | $2,367.00 |
| | **Associate Total** | | | **132.10** | **$104,226.90** |
| | **Lawyer** | Megan R. Volin | $789.00 | 20.10 | $15,858.90 |
| | | William G. Fassuliotis | $789.00 | 2.60 | $2,051.40 |
| | | Yafit Shalev | $789.00 | 17.30 | $13,649.70 |
| | **Lawyer Total** | | | **40.00** | **$31,560.00** |
| | **Legal Assistant** | Christopher M. Tarrant | $270.00 | 5.30 | $1,431.00 |

1

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|-------------|--------------|
| | | Natasha Petrov | $270.00 | 8.70 | $2,349.00 |
| | **Legal Assistant Total** | | | **14.00** | **$3,780.00** |
| **202 Total** | | | | **186.40** | **$139,803.60** |
| **203** | **Partner** | Ehud Barak | $789.00 | 5.80 | $4,576.20 |
| | **Partner Total** | | | **5.80** | **$4,576.20** |
| **203 Total** | | | | **5.80** | **$4,576.20** |
| **204** | **Partner** | Michael T. Mervis | $789.00 | 0.30 | $236.70 |
| | | Paul Possinger | $789.00 | 22.80 | $17,989.20 |
| | **Partner Total** | | | **23.10** | **$18,225.90** |
| | **Associate** | Brandon C. Clark | $789.00 | 6.40 | $5,049.60 |
| | | Carl Mazurek | $789.00 | 0.50 | $394.50 |
| | **Associate Total** | | | **6.90** | **$5,444.10** |
| **204 Total** | | | | **30.00** | **$23,670.00** |
| **205** | **Partner** | Ehud Barak | $789.00 | 8.70 | $6,864.30 |
| | | Martin J. Bienenstock | $789.00 | 1.00 | $789.00 |
| | | Michael T. Mervis | $789.00 | 3.10 | $2,445.90 |
| | | Paul Possinger | $789.00 | 10.30 | $8,126.70 |
| | **Partner Total** | | | **23.10** | **$18,225.90** |
| | **Associate** | Brandon C. Clark | $789.00 | 0.90 | $710.10 |
| | | Chris Theodoridis | $789.00 | 0.70 | $552.30 |
| | | Daniel Desatnik | $789.00 | 7.70 | $6,075.30 |
| | | Elliot Stevens | $789.00 | 2.10 | $1,656.90 |
| | | Jennifer L. Jones | $789.00 | 0.30 | $236.70 |
| | | Laura Stafford | $789.00 | 1.90 | $1,499.10 |
| | **Associate Total** | | | **13.60** | **$10,730.40** |
| **205 Total** | | | | **36.70** | **$28,956.30** |
| **206** | **Partner** | Ehud Barak | $789.00 | 217.60 | $171,686.40 |
| | | Gregg M. Mashberg | $789.00 | 138.20 | $109,039.80 |
| | | Lary Alan Rappaport | $789.00 | 0.10 | $78.90 |
| | | Maja Zerjal | $789.00 | 1.10 | $867.90 |
| | | Margaret A. Dale | $789.00 | 9.20 | $7,258.80 |
| | | Martin J. Bienenstock | $789.00 | 90.80 | $71,641.20 |
| | | Michael A. Firestein | $789.00 | 0.20 | $157.80 |
| | | Michael T. Mervis | $789.00 | 4.20 | $3,313.80 |
| | | Paul Possinger | $789.00 | 81.10 | $63,987.90 |
| | | Scott P. Cooper | $789.00 | 0.50 | $394.50 |
| | **Partner Total** | | | **543.00** | **$428,427.00** |
| | **Associate** | Bradley Presant | $789.00 | 41.40 | $32,664.60 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Brandon C. Clark | $789.00 | 36.80 | $29,035.20 |
| | | Carl Mazurek | $789.00 | 48.30 | $38,108.70 |
| | | Chris Theodoridis | $789.00 | 11.30 | $8,915.70 |
| | | Daniel Desatnik | $789.00 | 245.70 | $193,857.30 |
| | | Elisa Carino | $789.00 | 16.40 | $12,939.60 |
| | | Elliot Stevens | $789.00 | 89.80 | $70,852.20 |
| | | Javier Sosa | $789.00 | 4.30 | $3,392.70 |
| | | Jennifer L. Jones | $789.00 | 21.40 | $16,884.60 |
| | | Joshua A. Esses | $789.00 | 0.10 | $78.90 |
| | | Laura Stafford | $789.00 | 95.30 | $75,191.70 |
| | | Lucy Wolf | $789.00 | 16.40 | $12,939.60 |
| | | Matthew A. Skrzynski | $789.00 | 39.00 | $30,771.00 |
| | | Michael Wheat | $789.00 | 5.00 | $3,945.00 |
| | | Steve Ma | $789.00 | 1.80 | $1,420.20 |
| | **Associate Total** | | | **673.00** | **$530,997.00** |
| | **Lawyer** | Megan R. Volin | $789.00 | 43.40 | $34,242.60 |
| | | William G. Fassuliotis | $789.00 | 7.30 | $5,759.70 |
| | | Yafit Shalev | $789.00 | 23.50 | $18,541.50 |
| | **Lawyer Total** | | | **74.20** | **$58,543.80** |
| | **Legal Assistant** | Christopher M. Tarrant | $270.00 | 1.30 | $351.00 |
| | **Legal Assistant Total** | | | **1.30** | **$351.00** |
| **206 Total** | | | | **1,291.50** | **$1,018,318.80** |
| **207** | **Partner** | Chantel L. Febus | $789.00 | 1.00 | $789.00 |
| | | Gregg M. Mashberg | $789.00 | 7.10 | $5,601.90 |
| | | Lary Alan Rappaport | $789.00 | 2.30 | $1,814.70 |
| | | Margaret A. Dale | $789.00 | 6.50 | $5,128.50 |
| | | Martin J. Bienenstock | $789.00 | 7.40 | $5,838.60 |
| | | Michael A. Firestein | $789.00 | 2.10 | $1,656.90 |
| | | Michael T. Mervis | $789.00 | 0.50 | $394.50 |
| | | Paul Possinger | $789.00 | 5.20 | $4,102.80 |
| | | Timothy W. Mungovan | $789.00 | 1.40 | $1,104.60 |
| | **Partner Total** | | | **33.50** | **$26,431.50** |
| | **Associate** | Bradley Presant | $789.00 | 1.00 | $789.00 |
| | | Brandon C. Clark | $789.00 | 0.10 | $78.90 |
| | | Daniel Desatnik | $789.00 | 26.80 | $21,145.20 |
| | | Elliot Stevens | $789.00 | 9.10 | $7,179.90 |
| | | Jennifer L. Jones | $789.00 | 4.40 | $3,471.60 |
| | | Laura Stafford | $789.00 | 3.10 | $2,445.90 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| | | Matthew A. Skrzynski | $789.00 | 2.00 | $1,578.00 |
| | | Matthew I. Rochman | $789.00 | 2.30 | $1,814.70 |
| | | Michael Wheat | $789.00 | 1.20 | $946.80 |
| | Associate Total | | | **50.00** | **$39,450.00** |
| **207 Total** | | | | **83.50** | **$65,881.50** |
| **210** | **Partner** | Antonio N. Piccirillo | $789.00 | 36.70 | $28,956.30 |
| | | Ehud Barak | $789.00 | 230.40 | $181,785.60 |
| | | Gregg M. Mashberg | $789.00 | 188.10 | $148,410.90 |
| | | Hadassa R. Waxman | $789.00 | 2.70 | $2,130.30 |
| | | James P. Gerkis | $789.00 | 23.60 | $18,620.40 |
| | | Jonathan E. Richman | $789.00 | 0.70 | $552.30 |
| | | Lary Alan Rappaport | $789.00 | 3.80 | $2,998.20 |
| | | Maja Zerjal | $789.00 | 0.70 | $552.30 |
| | | Margaret A. Dale | $789.00 | 189.20 | $149,278.80 |
| | | Martin J. Bienenstock | $789.00 | 2.10 | $1,656.90 |
| | | Michael A. Firestein | $789.00 | 1.40 | $1,104.60 |
| | | Michael T. Mervis | $789.00 | 135.50 | $106,909.50 |
| | | Paul Possinger | $789.00 | 246.80 | $194,725.20 |
| | | Ralph C. Ferrara | $789.00 | 4.80 | $3,787.20 |
| | | Scott P. Cooper | $789.00 | 0.60 | $473.40 |
| | | Timothy W. Mungovan | $789.00 | 1.00 | $789.00 |
| | **Partner Total** | | | **1,068.10** | **$842,730.90** |
| | **Associate** | Adam L. Deming | $789.00 | 45.00 | $35,505.00 |
| | | Bradley Presant | $789.00 | 207.00 | $163,323.00 |
| | | Brandon C. Clark | $789.00 | 90.10 | $71,088.90 |
| | | Brooke H. Blackwell | $789.00 | 5.00 | $3,945.00 |
| | | Carl Mazurek | $789.00 | 89.60 | $70,694.40 |
| | | Chris Theodoridis | $789.00 | 62.10 | $48,996.90 |
| | | Daniel Desatnik | $789.00 | 109.30 | $86,237.70 |
| | | Elisa Carino | $789.00 | 18.90 | $14,912.10 |
| | | Elliot Stevens | $789.00 | 28.60 | $22,565.40 |
| | | Javier Sosa | $789.00 | 71.40 | $56,334.60 |
| | | Jennifer L. Jones | $789.00 | 437.90 | $345,503.10 |
| | | Jillian Ruben | $789.00 | 25.50 | $20,119.50 |
| | | Joshua A. Esses | $789.00 | 12.20 | $9,625.80 |
| | | Laura Stafford | $789.00 | 177.50 | $140,047.50 |
| | | Lucy Wolf | $789.00 | 55.90 | $44,105.10 |
| | | Matthew A. Skrzynski | $789.00 | 1.30 | $1,025.70 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Matthew I. Rochman | $789.00 | 4.40 | $3,471.60 |
| | | Mee R. Kim | $789.00 | 33.80 | $26,668.20 |
| | | Michael Wheat | $789.00 | 1.50 | $1,183.50 |
| | | Sarah Hughes | $789.00 | 30.50 | $24,064.50 |
| | | Steve Ma | $789.00 | 1.20 | $946.80 |
| | **Associate Total** | | | **1,508.70** | **$1,190,364.30** |
| | **Lawyer** | Megan R. Volin | $789.00 | 5.40 | $4,260.60 |
| | | William G. Fassuliotis | $789.00 | 3.80 | $2,998.20 |
| | | Yafit Shalev | $789.00 | 9.00 | $7,101.00 |
| | **Lawyer Total** | | | **18.20** | **$14,359.80** |
| **210 Total** | | | | **2,595.00** | **$2,047,455.00** |
| **211** | **Partner** | Ehud Barak | $789.00 | 7.90 | $6,233.10 |
| | | Gregg M. Mashberg | $789.00 | 12.30 | $9,704.70 |
| | | Margaret A. Dale | $789.00 | 12.20 | $9,625.80 |
| | | Paul Possinger | $789.00 | 18.30 | $14,438.70 |
| | **Partner Total** | | | 50.70 | $40,002.30 |
| | Associate | Jennifer L. Jones | $789.00 | 27.90 | $22,013.10 |
| | **Associate Total** | | | 27.90 | $22,013.10 |
| **211 Total** | | | | **78.60** | **$62,015.40** |
| **212** | **E-Discovery Attorney** | Michael R. Clarke | $390.00 | 0.30 | $117.00 |
| | | Olga Friedman | $390.00 | 42.10 | $16,419.00 |
| | | Yvonne O. Ike | $390.00 | 22.30 | $8,697.00 |
| | **E-Discovery Attorney Total** | | | **64.70** | **$25,233.00** |
| | **Legal Assistant** | Angelo Monforte | $270.00 | 46.50 | $12,555.00 |
| | | Charles H. King | $270.00 | 14.70 | $3,969.00 |
| | | Christopher M. Tarrant | $270.00 | 26.40 | $7,128.00 |
| | | Dennis T. Mcpeck | $270.00 | 3.50 | $945.00 |
| | | Joan K. Hoffman | $270.00 | 5.70 | $1,539.00 |
| | | Julia L. Sutherland | $270.00 | 49.10 | $13,257.00 |
| | | Karina Pantoja | $270.00 | 13.30 | $3,591.00 |
| | | Laura M. Geary | $270.00 | 64.10 | $17,307.00 |
| | | Lawrence T. Silvestro | $270.00 | 193.60 | $52,272.00 |
| | | Lela Lerner | $270.00 | 1.50 | $405.00 |
| | | Natasha Petrov | $270.00 | 6.10 | $1,647.00 |
| | | Olaide M. Adejobi | $270.00 | 18.90 | $5,103.00 |
| | | Rebecca R. Elsner | $270.00 | 13.60 | $3,672.00 |
| | | Samuel H. Forman | $270.00 | 1.50 | $405.00 |
| | | Shealeen E. Schaefer | $270.00 | 12.20 | $3,294.00 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Tal J. Singer | $270.00 | 2.50 | $675.00 |
| | | Victoria L. Klevan | $270.00 | 2.30 | $621.00 |
| | **Legal Assistant Total** | | | **475.50** | **$128,385.00** |
| | **Practice Support** | Eric R. Chernus | $270.00 | 27.80 | $7,506.00 |
| | | Isaac L. Antoon | $270.00 | 0.20 | $54.00 |
| | | Rachel L. Fox | $270.00 | 1.00 | $270.00 |
| | | Salvatore Zurzolo | $270.00 | 0.30 | $81.00 |
| | **Practice Support Total** | | | **29.30** | **$7,911.00** |
| **212 Total** | | | | **569.50** | **$161,529.00** |
| 213 | **Partner** | Paul Possinger | $789.00 | 0.80 | $631.20 |
| | **Partner Total** | | | **0.80** | **$631.20** |
| | **Associate** | Daniel Desatnik | $789.00 | 0.60 | $473.40 |
| | | Joshua A. Esses | $789.00 | 0.50 | $394.50 |
| | **Associate Total** | | | **1.10** | **$867.90** |
| **213 Total** | | | | **1.90** | **$1,499.10** |
| 215 | **Partner** | Ehud Barak | $789.00 | 18.10 | $14,280.90 |
| | | Maja Zerjal | $789.00 | 9.50 | $7,495.50 |
| | | Martin J. Bienenstock | $789.00 | 2.70 | $2,130.30 |
| | | Paul Possinger | $789.00 | 43.40 | $34,242.60 |
| | **Partner Total** | | | **73.70** | **$58,149.30** |
| | **Associate** | Adam L. Deming | $789.00 | 0.50 | $394.50 |
| | | Brooke H. Blackwell | $789.00 | 14.40 | $11,361.60 |
| | | Chris Theodoridis | $789.00 | 5.70 | $4,497.30 |
| | | Daniel Desatnik | $789.00 | 6.80 | $5,365.20 |
| | | Elliot Stevens | $789.00 | 0.70 | $552.30 |
| | | Joshua A. Esses | $789.00 | 23.60 | $18,620.40 |
| | | Steve Ma | $789.00 | 0.10 | $78.90 |
| | **Associate Total** | | | **51.80** | **$40,870.20** |
| **215 Total** | | | | **125.50** | **$99,019.50** |
| 218 | **Associate** | Philip Omorogbe | $789.00 | 6.60 | $5,207.40 |
| | **Associate Total** | | | **6.60** | **$5,207.40** |
| | **Legal Assistant** | Christopher M. Tarrant | $270.00 | 6.70 | $1,809.00 |
| | | Natasha Petrov | $270.00 | 41.70 | $11,259.00 |
| | **Legal Assistant Total** | | | **48.40** | **$13,068.00** |
| **218 Total** | | | | **55.00** | **$18,275.40** |
| 220 | **Partner** | Maja Zerjal | $789.00 | 2.50 | $1,972.50 |
| | **Partner Total** | | | **2.50** | **$1,972.50** |
| | **Associate** | Elliot Stevens | $789.00 | 1.10 | $867.90 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|-------------|---------------|
| | **Associate Total** | | | **1.10** | **$867.90** |
| | **Legal Assistant** | Christopher M. Tarrant | $270.00 | 0.90 | $243.00 |
| | **Legal Assistant Total** | | | **0.90** | **$243.00** |
| **220 Total** | | | | **4.50** | **$3,083.40** |
| **Grand Total** | | | | **5,105.70** | **$3,707,063.40** |

7

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| **MATTER 33260.0054  PREPA - PREC** | | | | | |
| 202 | Associate | Elliot Stevens | $789.00 | 0.10 | $78.90 |
| | **Associate Total** | | | **0.10** | **$78.90** |
| **202 Total** | | | | **0.10** | **$78.90** |
| 205 | Partner | Paul Possinger | $789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **0.40** | **$315.60** |
| **205 Total** | | | | **0.40** | **$315.60** |
| 206 | Partner | Paul Possinger | $789.00 | 0.90 | $710.10 |
| | **Partner Total** | | | **0.90** | **$710.10** |
| **206 Total** | | | | **0.90** | **$710.10** |
| 210 | Partner | Margaret A. Dale | $789.00 | 0.70 | $552.30 |
| | **Partner Total** | | | **0.70** | **$552.30** |
| | Associate | Laura Stafford | $789.00 | 2.90 | $2,288.10 |
| | **Associate Total** | | | **2.90** | **$2,288.10** |
| **210 Total** | | | | **3.60** | **$2,840.40** |
| **Grand Total** | | | | **5.00** | **$3,945.00** |

8

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| | | | | | |
| **MATTER 33260.0055  PREPA -  Vitol** | | | | | |
| | | | | | |
| **201** | **Partner** | Jeffrey W. Levitan | $789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **0.30** | **$236.70** |
| **201 Total** | | | | **0.30** | **$236.70** |
| **202** | **Partner** | Lary Alan Rappaport | $789.00 | 7.80 | $6,154.20 |
| | **Partner Total** | | | **7.80** | **$6,154.20** |
| **202 Total** | | | | **7.80** | **$6,154.20** |
| **204** | **Partner** | Jeffrey W. Levitan | $789.00 | 1.20 | $946.80 |
| | | Lary Alan Rappaport | $789.00 | 2.90 | $2,288.10 |
| | **Partner Total** | | | **4.10** | **$3,234.90** |
| | **Associate** | Kelly M. Curtis | $789.00 | 0.60 | $473.40 |
| | **Associate Total** | | | **0.60** | **$473.40** |
| **204 Total** | | | | **4.70** | **$3,708.30** |
| **206** | **Partner** | Jeffrey W. Levitan | $789.00 | 8.70 | $6,864.30 |
| | | Lary Alan Rappaport | $789.00 | 27.20 | $21,460.80 |
| | | Martin J. Bienenstock | $789.00 | 2.40 | $1,893.60 |
| | | Timothy W. Mungovan | $789.00 | 1.10 | $867.90 |
| | **Partner Total** | | | **39.40** | **$31,086.60** |
| | **Associate** | Kelly M. Curtis | $789.00 | 2.60 | $2,051.40 |
| | **Associate Total** | | | **2.60** | **$2,051.40** |
| **206 Total** | | | | **42.00** | **$33,138.00** |
| **207** | **Partner** | Jeffrey W. Levitan | $789.00 | 2.90 | $2,288.10 |
| | | Lary Alan Rappaport | $789.00 | 1.70 | $1,341.30 |
| | | Michael A. Firestein | $789.00 | 0.20 | $157.80 |
| | | Timothy W. Mungovan | $789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **5.10** | **$4,023.90** |
| **207 Total** | | | | **5.10** | **$4,023.90** |
| **210** | **Partner** | Jeffrey W. Levitan | $789.00 | 15.00 | $11,835.00 |
| | | Lary Alan Rappaport | $789.00 | 34.30 | $27,062.70 |
| | | Michael A. Firestein | $789.00 | 0.90 | $710.10 |
| | | Paul Possinger | $789.00 | 0.50 | $394.50 |
| | **Partner Total** | | | **50.70** | **$40,002.30** |
| | **Senior Counsel** | Julia D. Alonzo | $789.00 | 0.50 | $394.50 |
| | **Senior Counsel Total** | | | **0.50** | **$394.50** |
| | **Associate** | Kelly M. Curtis | $789.00 | 1.00 | $789.00 |
| | | Laura Stafford | $789.00 | 0.80 | $631.20 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | **Associate Total** | | | **1.80** | **$1,420.20** |
| **210 Total** | | | | **53.00** | **$41,817.00** |
| **219** | **Partner** | Jeffrey W. Levitan | $789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **0.20** | **$157.80** |
| **219 Total** | | | | **0.20** | **$157.80** |
| **Grand Total** | | | | **113.10** | **$89,235.90** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|-------------|---------------|
| **MATTER 33260.0056  PREPA -  UTIER CBA** | | | | | |
| **201** | **Associate** | Laura Stafford | $789.00 | 0.10 | $78.90 |
| | **Associate Total** | | | **0.10** | **$78.90** |
| **201 Total** | | | | **0.10** | **$78.90** |
| **202** | **Associate** | Javier Sosa | $789.00 | 5.80 | $4,576.20 |
| | | Matthew J. Morris | $789.00 | 0.60 | $473.40 |
| | | Sophia J. Alonso | $789.00 | 1.10 | $867.90 |
| | **Associate Total** | | | **7.50** | **$5,917.50** |
| **202 Total** | | | | **7.50** | **$5,917.50** |
| **204** | **Associate** | Laura Stafford | $789.00 | 0.80 | $631.20 |
| | | Matthew J. Morris | $789.00 | 7.40 | $5,838.60 |
| | | Sophia J. Alonso | $789.00 | 0.40 | $315.60 |
| | **Associate Total** | | | **8.60** | **$6,785.40** |
| **204 Total** | | | | **8.60** | **$6,785.40** |
| **205** | **Partner** | Jonathan E. Richman | $789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **0.40** | **$315.60** |
| | **Associate** | Javier Sosa | $789.00 | 3.00 | $2,367.00 |
| | | Laura Stafford | $789.00 | 5.60 | $4,418.40 |
| | | Matthew J. Morris | $789.00 | 4.50 | $3,550.50 |
| | | Seth D. Fier | $789.00 | 1.80 | $1,420.20 |
| | | Sophia J. Alonso | $789.00 | 9.60 | $7,574.40 |
| | **Associate Total** | | | **24.50** | **$19,330.50** |
| **205 Total** | | | | **24.90** | **$19,646.10** |
| **206** | **Partner** | Jonathan E. Richman | $789.00 | 4.90 | $3,866.10 |
| | | Stephen L. Ratner | $789.00 | 0.50 | $394.50 |
| | **Partner Total** | | | **5.40** | **$4,260.60** |
| | **Associate** | Matthew J. Morris | $789.00 | 0.50 | $394.50 |
| | **Associate Total** | | | **0.50** | **$394.50** |
| **206 Total** | | | | **5.90** | **$4,655.10** |
| **207** | **Partner** | Jonathan E. Richman | $789.00 | 0.10 | $78.90 |
| | | Scott P. Cooper | $789.00 | 0.10 | $78.90 |
| | **Partner Total** | | | **0.20** | **$157.80** |
| | **Associate** | Matthew J. Morris | $789.00 | 0.20 | $157.80 |
| | **Associate Total** | | | **0.20** | **$157.80** |
| **207 Total** | | | | **0.40** | **$315.60** |
| **210** | **Partner** | Chantel L. Febus | $789.00 | 0.30 | $236.70 |
| | | Jonathan E. Richman | $789.00 | 141.30 | $111,485.70 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|-------------|---------------|
| | | Michael A. Firestein | $789.00 | 0.20 | $157.80 |
| | | Paul Possinger | $789.00 | 0.30 | $236.70 |
| | | Scott P. Cooper | $789.00 | 83.50 | $65,881.50 |
| | | Seetha Ramachandran | $789.00 | 11.40 | $8,994.60 |
| | | Stephen L. Ratner | $789.00 | 0.30 | $236.70 |
| | | Timothy W. Mungovan | $789.00 | 0.70 | $552.30 |
| | **Partner Total** | | | **238.00** | **$187,782.00** |
| | **Associate** | Javier Sosa | $789.00 | 118.40 | $93,417.60 |
| | | Julia M. Ansanelli | $789.00 | 144.70 | $114,168.30 |
| | | Laura Stafford | $789.00 | 59.30 | $46,787.70 |
| | | Matthew J. Morris | $789.00 | 117.00 | $92,313.00 |
| | | Mee R. Kim | $789.00 | 43.60 | $34,400.40 |
| | | Seth D. Fier | $789.00 | 52.40 | $41,343.60 |
| | | Sophia J. Alonso | $789.00 | 171.90 | $135,629.10 |
| | **Associate Total** | | | **707.30** | **$558,059.70** |
| | **E-Discovery Attorney** | James Kay | $390.00 | 407.80 | $159,042.00 |
| | | Olga Friedman | $390.00 | 4.80 | $1,872.00 |
| | | Yvonne O. Ike | $390.00 | 2.40 | $936.00 |
| | **E-Discovery Attorney Total** | | | **415.00** | **$161,850.00** |
| **210 Total** | | | | **1,360.30** | **$907,691.70** |
| **211** | **Associate** | Sophia J. Alonso | $789.00 | 5.50 | $4,339.50 |
| | **Associate Total** | | | **5.50** | **$4,339.50** |
| **211 Total** | | | | **5.50** | **$4,339.50** |
| **212** | **E-Discovery Attorney** | Olga Friedman | $390.00 | 79.80 | $31,122.00 |
| | | Yvonne O. Ike | $390.00 | 19.80 | $7,722.00 |
| | **E-Discovery Attorney Total** | | | **99.60** | **$38,844.00** |
| | **Legal Assistant** | Alexandra R. Maloney | $270.00 | 11.60 | $3,132.00 |
| | | Angelo Monforte | $270.00 | 1.20 | $324.00 |
| | | Christian Cordova-Pedroza | $270.00 | 50.10 | $13,527.00 |
| | | Laura M. Geary | $270.00 | 0.90 | $243.00 |
| | | Lawrence T. Silvestro | $270.00 | 2.10 | $567.00 |
| | | Shealeen E. Schaefer | $270.00 | 402.20 | $108,594.00 |
| | **Legal Assistant Total** | | | **468.10** | **$126,387.00** |
| | **Practice Support** | Eric R. Chernus | $270.00 | 126.10 | $34,047.00 |
| | | Isaac L. Antoon | $270.00 | 3.40 | $918.00 |
| | | Lukasz Supronik | $270.00 | 0.30 | $81.00 |
| | | Rachel L. Fox | $270.00 | 0.60 | $162.00 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|-------------|---------------|
| | **Practice Support Total** | | | **130.40** | **$35,208.00** |
| **212 Total** | | | | **698.10** | **$200,439.00** |
| **219** | **Associate** | Matthew J. Morris | $789.00 | 2.00 | $1,578.00 |
| | **Associate Total** | | | **2.00** | **$1,578.00** |
| | **E-Discovery Attorney** | James Kay | $390.00 | 9.30 | $3,627.00 |
| | **E-Discovery Attorney Total** | | | **9.30** | **$3,627.00** |
| **219 Total** | | | | **11.30** | **$5,205.00** |
| | **211** | **Associate** | Sophia J. Alonso | $789.00 | 5.50 | $4,339.50 |
| | **Associate Total** | | | **5.50** | **$4,339.50** |
| **211 Total** | | | | **5.50** | **$4,339.50** |
| **Grand Total** | | | | **2,122.60** | **$1,155,073.80** |

13

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| **MATTER 33260.0059  PREPA – Miscellaneous** | | | | | |
| 201 | **Partner** | Ehud Barak | $789.00 | 0.70 | $552.30 |
| | **Partner Total** | | | **0.70** | **$552.30** |
| **201 Total** | | | | **0.70** | **$552.30** |
| 202 | **Partner** | Lary Alan Rappaport | $789.00 | 1.10 | $867.90 |
| | **Partner Total** | | | **1.10** | **$867.90** |
| **202 Total** | | | | **1.10** | **$867.90** |
| 204 | **Partner** | Lary Alan Rappaport | $789.00 | 4.40 | $3,471.60 |
| | | Paul Possinger | $789.00 | 1.30 | $1,025.70 |
| | **Partner Total** | | | **5.70** | **$4,497.30** |
| | **Associate** | Kelly M. Curtis | $789.00 | 0.50 | $394.50 |
| | **Associate Total** | | | **0.50** | **$394.50** |
| **204 Total** | | | | **6.20** | **$4,891.80** |
| 205 | **Partner** | Ehud Barak | $789.00 | 0.50 | $394.50 |
| | | Lary Alan Rappaport | $789.00 | 6.20 | $4,891.80 |
| | **Partner Total** | | | **6.70** | **$5,286.30** |
| **205 Total** | | | | **6.70** | **$5,286.30** |
| 206 | **Partner** | Lary Alan Rappaport | $789.00 | 7.90 | $6,233.10 |
| | | Michael A. Firestein | $789.00 | 0.20 | $157.80 |
| | | Paul Possinger | $789.00 | 1.90 | $1,499.10 |
| | **Partner Total** | | | **10.00** | **$7,890.00** |
| **206 Total** | | | | **10.00** | **$7,890.00** |
| 207 | **Partner** | Lary Alan Rappaport | $789.00 | 4.90 | $3,866.10 |
| | | Michael A. Firestein | $789.00 | 0.20 | $157.80 |
| | | Timothy W. Mungovan | $789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **5.40** | **$4,260.60** |
| **207 Total** | | | | **5.40** | **$4,260.60** |
| 208 | **Partner** | Maja Zerjal | $789.00 | 0.70 | $552.30 |
| | **Partner Total** | | | **0.70** | **$552.30** |
| | **Associate** | Steve Ma | $789.00 | 4.60 | $3,629.40 |
| | **Associate Total** | | | **4.60** | **$3,629.40** |
| **208 Total** | | | | **5.30** | **$4,181.70** |
| 210 | **Partner** | Lary Alan Rappaport | $789.00 | 8.90 | $7,022.10 |
| | | Michael A. Firestein | $789.00 | 0.60 | $473.40 |
| | | Paul Possinger | $789.00 | 2.40 | $1,893.60 |
| | **Partner Total** | | | **11.90** | **$9,389.10** |
| **210 Total** | | | | **11.90** | **$9,389.10** |

14

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|-------------|---------------|
| **219** | **Partner** | John E. Roberts | $789.00 | 1.20 | $946.80 |
| | **Partner Total** | | | **1.20** | **$946.80** |
| | **Associate** | Jennifer L. Jones | $789.00 | 0.20 | $157.80 |
| | | Laura Stafford | $789.00 | 0.20 | $157.80 |
| | | Shiloh Rainwater | $789.00 | 4.80 | $3,787.20 |
| | **Associate Total** | | | **5.20** | **$4,102.80** |
| **219 Total** | | | | **6.40** | **$5,049.60** |
| **Grand Total** | | | | **53.70** | **$42,369.30** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| **MATTER 33260.0070  PREPA –  UTIER v. Ortiz Vazquez** | | | | | |
| **206** | **Partner** | Jonathan E. Richman | $789.00 | 2.00 | $1,578.00 |
| | **Partner Total** | | | **2.00** | **$1,578.00** |
| **206 Total** | | | | **2.00** | **$1,578.00** |
| **207** | **Partner** | Jonathan E. Richman | $789.00 | 0.90 | $710.10 |
| | | Stephen L. Ratner | $789.00 | 0.50 | $394.50 |
| | **Partner Total** | | | **1.40** | **$1,104.60** |
| | **Senior Counsel** | Jennifer L. Roche | $789.00 | 0.40 | $315.60 |
| | **Senior Counsel Total** | | | **0.40** | **$315.60** |
| **207 Total** | | | | **1.80** | **$1,420.20** |
| **210** | **Partner** | Jonathan E. Richman | $789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **0.30** | **$236.70** |
| | **Senior Counsel** | Jennifer L. Roche | $789.00 | 0.30 | $236.70 |
| | **Senior Counsel Total** | | | **0.30** | **$236.70** |
| **210 Total** | | | | **0.60** | **$473.40** |
| **Grand Total** | | | | **4.40** | **$3,471.60** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| **MATTER 33260.0075  PREPA – Costa Sur Insurance Recovery** | | | | | |
| **201** | **Partner** | Marc E. Rosenthal | $789.00 | 0.50 | $394.50 |
| | | Paul Possinger | $789.00 | 1.20 | $946.80 |
| | **Partner Total** | | | **1.70** | **$1,341.30** |
| **201 Total** | | | | **1.70** | **$1,341.30** |
| **202** | **Associate** | Michael Wheat | $789.00 | 0.50 | $394.50 |
| | **Associate Total** | | | **0.50** | **$394.50** |
| **202 Total** | | | | **0.50** | **$394.50** |
| **204** | **Partner** | Marc E. Rosenthal | $789.00 | 6.80 | $5,365.20 |
| | | Paul Possinger | $789.00 | 1.20 | $946.80 |
| | **Partner Total** | | | **8.00** | **$6,312.00** |
| **204 Total** | | | | **8.00** | **$6,312.00** |
| **205** | **Partner** | Marc E. Rosenthal | $789.00 | 22.60 | $17,831.40 |
| | **Partner Total** | | | **22.60** | **$17,831.40** |
| **205 Total** | | | | **22.60** | **$17,831.40** |
| **206** | **Partner** | Marc E. Rosenthal | $789.00 | 46.80 | $36,925.20 |
| | | Margaret A. Dale | $789.00 | 0.30 | $236.70 |
| | | Paul Possinger | $789.00 | 3.80 | $2,998.20 |
| | | Timothy W. Mungovan | $789.00 | 0.90 | $710.10 |
| | **Partner Total** | | | **51.80** | **$40,870.20** |
| | **Associate** | Brandon C. Clark | $789.00 | 7.50 | $5,917.50 |
| | | Brooke H. Blackwell | $789.00 | 23.50 | $18,541.50 |
| | | Javier Sosa | $789.00 | 2.40 | $1,893.60 |
| | | Laura Stafford | $789.00 | 1.90 | $1,499.10 |
| | **Associate Total** | | | **35.30** | **$27,851.70** |
| | **Legal Assistant** | Christopher M. Tarrant | $270.00 | 2.70 | $729.00 |
| | | Natasha Petrov | $270.00 | 0.30 | $81.00 |
| | **Legal Assistant Total** | | | **3.00** | **$810.00** |
| **206 Total** | | | | **90.10** | **$69,531.90** |
| **207** | **Partner** | Lary Alan Rappaport | $789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **0.40** | **$315.60** |
| **207 Total** | | | | **0.40** | **$315.60** |
| **210** | **Partner** | Lary Alan Rappaport | $789.00 | 0.20 | $157.80 |
| | | Marc E. Rosenthal | $789.00 | 17.70 | $13,965.30 |
| | | Margaret A. Dale | $789.00 | 2.20 | $1,735.80 |
| | | Paul Possinger | $789.00 | 4.50 | $3,550.50 |
| | | Timothy W. Mungovan | $789.00 | 2.20 | $1,735.80 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | **Partner Total** | | | **26.80** | **$21,145.20** |
| | Associate | Brandon C. Clark | $789.00 | 4.90 | $3,866.10 |
| | | Brooke H. Blackwell | $789.00 | 1.30 | $1,025.70 |
| | | Laura Stafford | $789.00 | 2.10 | $1,656.90 |
| | | Michael Wheat | $789.00 | 7.10 | $5,601.90 |
| | **Associate Total** | | | **15.40** | **$12,150.60** |
| **210 Total** | | | | **42.20** | **$33,295.80** |
| **211** | **Partner** | Marc E. Rosenthal | $789.00 | 2.00 | $1,578.00 |
| | **Partner Total** | | | **2.00** | **$1,578.00** |
| **211 Total** | | | | **2.00** | **$1,578.00** |
| **212** | **Legal Assistant** | Natasha Petrov | $270.00 | 0.60 | $162.00 |
| | **Legal Assistant Total** | | | **0.60** | **$162.00** |
| **212 Total** | | | | **0.60** | **$162.00** |
| **Grand Total** | | | | **168.10** | **$130,762.50** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | **MATTER 33260.0079  PREPA –  Fuel Line Lenders' Action** | | | |
| 202 | Associate | Elliot Stevens | $789.00 | 6.50 | $5,128.50 |
| | **Associate Total** | | | **6.50** | **$5,128.50** |
| | Lawyer | Yafit Shalev | $789.00 | 20.60 | $16,253.40 |
| | **Lawyer Total** | | | **20.60** | **$16,253.40** |
| **202 Total** | | | | **27.10** | **$21,381.90** |
| 204 | Partner | Paul Possinger | $789.00 | 0.70 | $552.30 |
| | **Partner Total** | | | **0.70** | **$552.30** |
| **204 Total** | | | | **0.70** | **$552.30** |
| 205 | Partner | Paul Possinger | $789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **0.40** | **$315.60** |
| **205 Total** | | | | **0.40** | **$315.60** |
| 206 | Partner | Ehud Barak | $789.00 | 31.30 | $24,695.70 |
| | | Lary Alan Rappaport | $789.00 | 7.30 | $5,759.70 |
| | | Margaret A. Dale | $789.00 | 2.60 | $2,051.40 |
| | | Martin J. Bienenstock | $789.00 | 59.80 | $47,182.20 |
| | | Paul Possinger | $789.00 | 16.30 | $12,860.70 |
| | | Timothy W. Mungovan | $789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **117.60** | **$92,786.40** |
| | Associate | Bradley Presant | $789.00 | 0.90 | $710.10 |
| | | Daniel Desatnik | $789.00 | 84.00 | $66,276.00 |
| | | Elliot Stevens | $789.00 | 55.30 | $43,631.70 |
| | | Jennifer L. Jones | $789.00 | 1.50 | $1,183.50 |
| | | Matthew I. Rochman | $789.00 | 0.40 | $315.60 |
| | **Associate Total** | | | **142.10** | **$112,116.90** |
| **206 Total** | | | | **259.70** | **$204,903.30** |
| 207 | Partner | Gregg M. Mashberg | $789.00 | 0.60 | $473.40 |
| | | Lary Alan Rappaport | $789.00 | 1.80 | $1,420.20 |
| | | Michael A. Firestein | $789.00 | 0.20 | $157.80 |
| | | Paul Possinger | $789.00 | 7.80 | $6,154.20 |
| | | Stephen L. Ratner | $789.00 | 0.20 | $157.80 |
| | | Timothy W. Mungovan | $789.00 | 0.10 | $78.90 |
| | **Partner Total** | | | **10.70** | **$8,442.30** |
| | Associate | Brandon C. Clark | $789.00 | 0.40 | $315.60 |
| | | Daniel Desatnik | $789.00 | 1.40 | $1,104.60 |
| | | Elliot Stevens | $789.00 | 3.60 | $2,840.40 |
| | | Matthew I. Rochman | $789.00 | 0.20 | $157.80 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | **Associate Total** | | | **5.60** | **$4,418.40** |
| **207 Total** | | | | **16.30** | **$12,860.70** |
| **210** | **Partner** | Gregg M. Mashberg | $789.00 | 0.50 | $394.50 |
| | | Jeffrey W. Levitan | $789.00 | 0.30 | $236.70 |
| | | Lary Alan Rappaport | $789.00 | 1.10 | $867.90 |
| | | Martin J. Bienenstock | $789.00 | 1.70 | $1,341.30 |
| | | Paul Possinger | $789.00 | 4.30 | $3,392.70 |
| | | Ralph C. Ferrara | $789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **8.30** | **$6,548.70** |
| | **Associate** | Daniel Desatnik | $789.00 | 9.30 | $7,337.70 |
| | | Elliot Stevens | $789.00 | 3.50 | $2,761.50 |
| | | Jennifer L. Jones | $789.00 | 1.50 | $1,183.50 |
| | | Laura Stafford | $789.00 | 0.20 | $157.80 |
| | **Associate Total** | | | **14.50** | **$11,440.50** |
| **210 Total** | | | | **22.80** | **$17,989.20** |
| **212** | **Legal Assistant** | Angelo Monforte | $270.00 | 2.50 | $675.00 |
| | | Christopher M. Tarrant | $270.00 | 2.30 | $621.00 |
| | | Lawrence T. Silvestro | $270.00 | 0.30 | $81.00 |
| | **Legal Assistant Total** | | | **5.10** | **$1,377.00** |
| **212 Total** | | | | **5.10** | **$1,377.00** |
| **Grand Total** | | | | **332.10** | **$259,380.00** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| **MATTER 33260.0085  PREPA – Cobra Acquisition LLC** | | | | | |
| **202** | **Partner** | Hadassa R. Waxman | $789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **0.30** | **$236.70** |
| | **Associate** | Blake Cushing | $789.00 | 0.60 | $473.40 |
| | | Elisa Carino | $789.00 | 9.20 | $7,258.80 |
| | | Elliot Stevens | $789.00 | 4.30 | $3,392.70 |
| | | Lucy Wolf | $789.00 | 3.60 | $2,840.40 |
| | | Matthew A. Skrzynski | $789.00 | 0.30 | $236.70 |
| | **Associate Total** | | | **18.00** | **$14,202.00** |
| | **Legal Assistant** | Christopher M. Tarrant | $270.00 | 2.40 | $648.00 |
| | **Legal Assistant Total** | | | **2.40** | **$648.00** |
| **202 Total** | | | | **20.70** | **$15,086.70** |
| **203** | **Partner** | Hadassa R. Waxman | $789.00 | 3.20 | $2,524.80 |
| | **Partner Total** | | | **3.20** | **$2,524.80** |
| | **Associate** | Lucy Wolf | $789.00 | 1.80 | $1,420.20 |
| | | Matthew A. Skrzynski | $789.00 | 0.60 | $473.40 |
| | **Associate Total** | | | **2.40** | **$1,893.60** |
| **203 Total** | | | | **5.60** | **$4,418.40** |
| **204** | **Partner** | Paul Possinger | $789.00 | 1.40 | $1,104.60 |
| | | Scott P. Cooper | $789.00 | 1.20 | $946.80 |
| | **Partner Total** | | | **2.60** | **$2,051.40** |
| **204 Total** | | | | **2.60** | **$2,051.40** |
| **205** | **Partner** | Hadassa R. Waxman | $789.00 | 2.00 | $1,578.00 |
| | | Paul Possinger | $789.00 | 5.90 | $4,655.10 |
| | | Scott P. Cooper | $789.00 | 1.10 | $867.90 |
| | **Partner Total** | | | **9.00** | **$7,101.00** |
| | **Associate** | Daniel Desatnik | $789.00 | 1.80 | $1,420.20 |
| | | Elisa Carino | $789.00 | 0.60 | $473.40 |
| | | Elliot Stevens | $789.00 | 1.10 | $867.90 |
| | | Lucy Wolf | $789.00 | 0.60 | $473.40 |
| | **Associate Total** | | | **4.10** | **$3,234.90** |
| **205 Total** | | | | **13.10** | **$10,335.90** |
| **206** | **Partner** | Ehud Barak | $789.00 | 2.30 | $1,814.70 |
| | | Hadassa R. Waxman | $789.00 | 16.10 | $12,702.90 |
| | | Paul Possinger | $789.00 | 7.30 | $5,759.70 |
| | | Scott P. Cooper | $789.00 | 15.30 | $12,071.70 |
| | **Partner Total** | | | **41.00** | **$32,349.00** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | Associate | Daniel Desatnik | $789.00 | 26.50 | $20,908.50 |
| | | Elliot Stevens | $789.00 | 21.80 | $17,200.20 |
| | | Laura Stafford | $789.00 | 2.20 | $1,735.80 |
| | | Matthew A. Skrzynski | $789.00 | 7.50 | $5,917.50 |
| | **Associate Total** | | | **58.00** | **$45,762.00** |
| **206 Total** | | | | **99.00** | **$78,111.00** |
| 207 | Partner | Paul Possinger | $789.00 | 1.60 | $1,262.40 |
| | | Scott P. Cooper | $789.00 | 8.60 | $6,785.40 |
| | **Partner Total** | | | **10.20** | **$8,047.80** |
| | Associate | Daniel Desatnik | $789.00 | 0.40 | $315.60 |
| | | Elliot Stevens | $789.00 | 0.30 | $236.70 |
| | | Jennifer L. Jones | $789.00 | 0.40 | $315.60 |
| | **Associate Total** | | | **1.10** | **$867.90** |
| **207 Total** | | | | **11.30** | **$8,915.70** |
| 210 | Partner | Ehud Barak | $789.00 | 0.40 | $315.60 |
| | | Hadassa R. Waxman | $789.00 | 16.00 | $12,624.00 |
| | | Lary Alan Rappaport | $789.00 | 0.90 | $710.10 |
| | | Michael A. Firestein | $789.00 | 0.60 | $473.40 |
| | | Paul Possinger | $789.00 | 4.80 | $3,787.20 |
| | | Scott P. Cooper | $789.00 | 15.20 | $11,992.80 |
| | | Timothy W. Mungovan | $789.00 | 0.70 | $552.30 |
| | **Partner Total** | | | **38.60** | **$30,455.40** |
| | Associate | Blake Cushing | $789.00 | 0.30 | $236.70 |
| | | Elisa Carino | $789.00 | 0.20 | $157.80 |
| | | Elliot Stevens | $789.00 | 0.80 | $631.20 |
| | | Matthew A. Skrzynski | $789.00 | 5.20 | $4,102.80 |
| | **Associate Total** | | | **6.50** | **$5,128.50** |
| **210 Total** | | | | **45.10** | **$35,583.90** |
| 212 | Legal Assistant | Christopher M. Tarrant | $270.00 | 3.00 | $810.00 |
| | | Lawrence T. Silvestro | $270.00 | 0.80 | $216.00 |
| | **Legal Assistant Total** | | | **3.80** | **$1,026.00** |
| **212 Total** | | | | **3.80** | **$1,026.00** |
| **Grand Total** | | | | **201.20** | **$155,529.00** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| **MATTER 33260.0086  PREPA – SREAEE v. FOMB** | | | | | |
| **201** | **Associate** | Elliot Stevens | $789.00 | 0.10 | $78.90 |
| | **Associate Total** | | | **0.10** | **$78.90** |
| **201 Total** | | | | **0.10** | **$78.90** |
| **202** | **Partner** | Paul Possinger | $789.00 | 0.80 | $631.20 |
| | **Partner Total** | | | **0.80** | **$631.20** |
| | **Associate** | Elliot Stevens | $789.00 | 5.20 | $4,102.80 |
| | | Kelly M. Curtis | $789.00 | 2.70 | $2,130.30 |
| | **Associate Total** | | | **7.90** | **$6,233.10** |
| **202 Total** | | | | **8.70** | **$6,864.30** |
| **204** | **Partner** | Lary Alan Rappaport | $789.00 | 3.10 | $2,445.90 |
| | **Partner Total** | | | **3.10** | **$2,445.90** |
| | **Associate** | Kelly M. Curtis | $789.00 | 2.90 | $2,288.10 |
| | **Associate Total** | | | **2.90** | **$2,288.10** |
| **204 Total** | | | | **6.00** | **$4,734.00** |
| **206** | **Partner** | Ehud Barak | $789.00 | 19.00 | $14,991.00 |
| | | Gregg M. Mashberg | $789.00 | 0.50 | $394.50 |
| | | Lary Alan Rappaport | $789.00 | 49.30 | $38,897.70 |
| | | Margaret A. Dale | $789.00 | 0.70 | $552.30 |
| | | Martin J. Bienenstock | $789.00 | 4.60 | $3,629.40 |
| | | Michael A. Firestein | $789.00 | 1.00 | $789.00 |
| | | Paul Possinger | $789.00 | 10.40 | $8,205.60 |
| | | Timothy W. Mungovan | $789.00 | 0.70 | $552.30 |
| | **Partner Total** | | | **86.20** | **$68,011.80** |
| | **Associate** | Daniel Desatnik | $789.00 | 22.20 | $17,515.80 |
| | | Elliot Stevens | $789.00 | 22.40 | $17,673.60 |
| | | Jennifer L. Jones | $789.00 | 1.30 | $1,025.70 |
| | **Associate Total** | | | **45.90** | **$36,215.10** |
| **206 Total** | | | | **132.10** | **$104,226.90** |
| **207** | **Partner** | Lary Alan Rappaport | $789.00 | 2.60 | $2,051.40 |
| | | Michael A. Firestein | $789.00 | 0.30 | $236.70 |
| | | Paul Possinger | $789.00 | 1.30 | $1,025.70 |
| | | Timothy W. Mungovan | $789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **4.50** | **$3,550.50** |
| | **Associate** | Daniel Desatnik | $789.00 | 1.60 | $1,262.40 |
| | | Elliot Stevens | $789.00 | 1.20 | $946.80 |
| | **Associate Total** | | | **2.80** | **$2,209.20** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **207 Total** | | | | **7.30** | **$5,759.70** |
| **210** | **Partner** | Ehud Barak | $789.00 | 0.10 | $78.90 |
| | | Lary Alan Rappaport | $789.00 | 16.20 | $12,781.80 |
| | | Margaret A. Dale | $789.00 | 0.30 | $236.70 |
| | | Michael A. Firestein | $789.00 | 3.20 | $2,524.80 |
| | | Paul Possinger | $789.00 | 1.00 | $789.00 |
| | | Stephen L. Ratner | $789.00 | 0.10 | $78.90 |
| | | Timothy W. Mungovan | $789.00 | 0.70 | $552.30 |
| | **Partner Total** | | | **21.60** | **$17,042.40** |
| | **Associate** | Daniel Desatnik | $789.00 | 1.60 | $1,262.40 |
| | | Jennifer L. Jones | $789.00 | 1.10 | $867.90 |
| | | Kelly M. Curtis | $789.00 | 7.50 | $5,917.50 |
| | | Matthew I. Rochman | $789.00 | 0.20 | $157.80 |
| | **Associate Total** | | | **10.40** | **$8,205.60** |
| **210 Total** | | | | **32.00** | **$25,248.00** |
| **212** | **Legal Assistant** | Angelo Monforte | $270.00 | 1.40 | $378.00 |
| | **Legal Assistant Total** | | | **1.40** | **$378.00** |
| **212 Total** | | | | **1.40** | **$378.00** |
| **Grand Total** | | | | **187.60** | **$147,289.80** |