## Exhibit C

## Task Code Time Breakdown

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0007 ERS - General** | | | | | |
| 201 | Partner | Chantel L. Febus | $789.00 | 0.30 | $236.70 |
| | | Maja Zerjal | $789.00 | 0.40 | $315.60 |
| | | Margaret A. Dale | $789.00 | 2.00 | $1,578.00 |
| | **Partner Total** | | | **2.70** | **$2,130.30** |
| | Associate | Joshua A. Esses | $789.00 | 0.50 | $394.50 |
| | | Laura Stafford | $789.00 | 0.20 | $157.80 |
| | | Mee R. Kim | $789.00 | 5.20 | $4,102.80 |
| | **Associate Total** | | | **5.90** | **$4,655.10** |
| **201 Total** | | | | **8.60** | **$6,785.40** |
| 202 | Partner | Jonathan E. Richman | $789.00 | 3.90 | $3,077.10 |
| | | Martin J. Bienenstock | $789.00 | 6.80 | $5,365.20 |
| | **Partner Total** | | | **10.70** | **$8,442.30** |
| | Associate | Carl Mazurek | $789.00 | 12.00 | $9,468.00 |
| | | Joseph Clark | $789.00 | 3.10 | $2,445.90 |
| | | Matthew A. Skrzynski | $789.00 | 4.50 | $3,550.50 |
| | | Philip Omorogbe | $789.00 | 3.30 | $2,603.70 |
| | **Associate Total** | | | **22.90** | **$18,068.10** |
| | Legal Assistant | Tal J. Singer | $270.00 | 1.20 | $324.00 |
| | **Legal Assistant Total** | | | **1.20** | **$324.00** |
| **202 Total** | | | | **34.80** | **$26,834.40** |
| 203 | Partner | Margaret A. Dale | $789.00 | 4.40 | $3,471.60 |
| | **Partner Total** | | | **4.40** | **$3,471.60** |
| | Associate | William D. Dalsen | $789.00 | 3.00 | $2,367.00 |
| | **Associate Total** | | | **3.00** | **$2,367.00** |
| **203 Total** | | | | **7.40** | **$5,838.60** |
| 204 | Partner | Brian S. Rosen | $789.00 | 1.60 | $1,262.40 |
| | | Margaret A. Dale | $789.00 | 0.70 | $552.30 |
| | | Timothy W. Mungovan | $789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **2.70** | **$2,130.30** |
| | Senior Counsel | Jennifer L. Roche | $789.00 | 11.00 | $8,679.00 |
| | **Senior Counsel Total** | | | **11.00** | **$8,679.00** |
| | Associate | Carl Mazurek | $789.00 | 3.90 | $3,077.10 |
| | | Joshua A. Esses | $789.00 | 2.40 | $1,893.60 |
| | | William D. Dalsen | $789.00 | 11.80 | $9,310.20 |
| | **Associate Total** | | | **18.10** | **$14,280.90** |
| **204 Total** | | | | **31.80** | **$25,090.20** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| 205 | Partner | Margaret A. Dale | $789.00 | 2.30 | $1,814.70 |
| | **Partner Total** | | | **2.30** | **$1,814.70** |
| | Senior Counsel | Jennifer L. Roche | $789.00 | 4.90 | $3,866.10 |
| | **Senior Counsel Total** | | | **4.90** | **$3,866.10** |
| | Associate | Carl Mazurek | $789.00 | 2.50 | $1,972.50 |
| | | William D. Dalsen | $789.00 | 4.80 | $3,787.20 |
| | **Associate Total** | | | **7.30** | **$5,759.70** |
| **205 Total** | | | | **14.50** | **$11,440.50** |
| 206 | Partner | Brian S. Rosen | $789.00 | 1.10 | $867.90 |
| | | Jeffrey W. Levitan | $789.00 | 38.00 | $29,982.00 |
| | | Margaret A. Dale | $789.00 | 0.60 | $473.40 |
| | | Paul Possinger | $789.00 | 1.40 | $1,104.60 |
| | | Ralph C. Ferrara | $789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **41.50** | **$32,743.50** |
| | Senior Counsel | Jennifer L. Roche | $789.00 | 21.00 | $16,569.00 |
| | **Senior Counsel Total** | | | **21.00** | **$16,569.00** |
| | Associate | Carl Mazurek | $789.00 | 39.40 | $31,086.60 |
| | | Elisa Carino | $789.00 | 6.90 | $5,444.10 |
| | | Joshua A. Esses | $789.00 | 61.20 | $48,286.80 |
| | | Laura Stafford | $789.00 | 0.50 | $394.50 |
| | | Matthew A. Skrzynski | $789.00 | 3.30 | $2,603.70 |
| | | William D. Dalsen | $789.00 | 54.50 | $43,000.50 |
| | **Associate Total** | | | **165.80** | **$130,816.20** |
| **206 Total** | | | | **228.30** | **$180,128.70** |
| 207 | Partner | Brian S. Rosen | $789.00 | 3.70 | $2,919.30 |
| | | Kevin J. Perra | $789.00 | 1.50 | $1,183.50 |
| | | Lary Alan Rappaport | $789.00 | 0.30 | $236.70 |
| | | Margaret A. Dale | $789.00 | 0.40 | $315.60 |
| | | Michael A. Firestein | $789.00 | 1.40 | $1,104.60 |
| | | Michael R. Hackett | $789.00 | 1.60 | $1,262.40 |
| | | Paul Possinger | $789.00 | 0.30 | $236.70 |
| | | Stephen L. Ratner | $789.00 | 0.20 | $157.80 |
| | | Timothy W. Mungovan | $789.00 | 1.70 | $1,341.30 |
| | **Partner Total** | | | **11.10** | **$8,757.90** |
| | Associate | Carl Mazurek | $789.00 | 4.00 | $3,156.00 |
| | | Elisa Carino | $789.00 | 2.60 | $2,051.40 |
| | | Joshua A. Esses | $789.00 | 0.10 | $78.90 |
| | | Matthew A. Skrzynski | $789.00 | 0.90 | $710.10 |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
|  |  | William D. Dalsen | $789.00 | 1.50 | $1,183.50 |
|  | **Associate Total** |  |  | **9.10** | **$7,179.90** |
| **207 Total** |  |  |  | **20.20** | **$15,937.80** |
| **208** | **Partner** | Jeffrey W. Levitan | $789.00 | 0.60 | $473.40 |
|  | **Partner Total** |  |  | **0.60** | **$473.40** |
|  | **Legal Assistant** | Olaide M. Adejobi | $270.00 | 3.80 | $1,026.00 |
|  | **Legal Assistant Total** |  |  | **3.80** | **$1,026.00** |
| **208 Total** |  |  |  | **4.40** | **$1,499.40** |
| **210** | **Partner** | Brian S. Rosen | $789.00 | 29.00 | $22,881.00 |
|  |  | Chantel L. Febus | $789.00 | 7.00 | $5,523.00 |
|  |  | Jeffrey W. Levitan | $789.00 | 77.80 | $61,384.20 |
|  |  | Jonathan E. Richman | $789.00 | 1.40 | $1,104.60 |
|  |  | Lary Alan Rappaport | $789.00 | 5.40 | $4,260.60 |
|  |  | Maja Zerjal | $789.00 | 5.80 | $4,576.20 |
|  |  | Margaret A. Dale | $789.00 | 146.50 | $115,588.50 |
|  |  | Michael A. Firestein | $789.00 | 0.50 | $394.50 |
|  |  | Michael R. Hackett | $789.00 | 0.80 | $631.20 |
|  |  | Paul M. Hamburger | $789.00 | 0.40 | $315.60 |
|  |  | Paul Possinger | $789.00 | 1.20 | $946.80 |
|  |  | Ralph C. Ferrara | $789.00 | 2.90 | $2,288.10 |
|  |  | Steven O. Weise | $789.00 | 43.50 | $34,321.50 |
|  |  | Timothy W. Mungovan | $789.00 | 0.40 | $315.60 |
|  | **Partner Total** |  |  | **322.60** | **$254,531.40** |
|  | **Senior Counsel** | Jennifer L. Roche | $789.00 | 167.20 | $131,920.80 |
|  | **Senior Counsel Total** |  |  | **167.20** | **$131,920.80** |
|  | **Associate** | Alyse Fiori Stach | $789.00 | 1.00 | $789.00 |
|  |  | Carl Mazurek | $789.00 | 48.30 | $38,108.70 |
|  |  | Elisa Carino | $789.00 | 68.70 | $54,204.30 |
|  |  | Elliot Stevens | $789.00 | 0.60 | $473.40 |
|  |  | Joshua A. Esses | $789.00 | 25.20 | $19,882.80 |
|  |  | Laura Stafford | $789.00 | 2.80 | $2,209.20 |
|  |  | Matthew A. Skrzynski | $789.00 | 3.60 | $2,840.40 |
|  |  | Mee R. Kim | $789.00 | 60.80 | $47,971.20 |
|  |  | William D. Dalsen | $789.00 | 147.50 | $116,377.50 |
|  | **Associate Total** |  |  | **358.50** | **$282,856.50** |
|  | **E-Discovery Attorney** | Yvonne O. Ike | $390.00 | 1.00 | $390.00 |
|  | **E-Discovery Attorney Total** |  |  | **1.00** | **$390.00** |
| **210 Total** |  |  |  | **849.30** | **$669,698.70** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| 211 | Partner | Margaret A. Dale | $789.00 | 9.00 | $7,101.00 |
| | **Partner Total** | | | **9.00** | **$7,101.00** |
| | Associate | Joshua A. Esses | $789.00 | 7.80 | $6,154.20 |
| | **Associate Total** | | | **7.80** | **$6,154.20** |
| **211 Total** | | | | **16.80** | **$13,255.20** |
| 212 | E-Discovery Attorney | Olga Friedman | $390.00 | 3.00 | $1,170.00 |
| | | Yvonne O. Ike | $390.00 | 1.10 | $429.00 |
| | **E-Discovery Attorney Total** | | | **4.10** | **$1,599.00** |
| | Legal Assistant | Angelo Monforte | $270.00 | 11.30 | $3,051.00 |
| | | Christopher M. Tarrant | $270.00 | 31.20 | $8,424.00 |
| | | Dennis T. Mcpeck | $270.00 | 2.00 | $540.00 |
| | | Julia L. Sutherland | $270.00 | 0.80 | $216.00 |
| | | Laura M. Geary | $270.00 | 6.40 | $1,728.00 |
| | | Lawrence T. Silvestro | $270.00 | 13.40 | $3,618.00 |
| | | Olaide M. Adejobi | $270.00 | 24.70 | $6,669.00 |
| | | Scarlett A. Neuberger | $270.00 | 0.60 | $162.00 |
| | | Shealeen E. Schaefer | $270.00 | 64.50 | $17,415.00 |
| | | Tal J. Singer | $270.00 | 3.00 | $810.00 |
| | **Legal Assistant Total** | | | **157.90** | **$42,633.00** |
| | Practice Support | Eric R. Chernus | $270.00 | 8.40 | $2,268.00 |
| | **Practice Support Total** | | | **8.40** | **$2,268.00** |
| **212 Total** | | | | **170.40** | **$46,500.00** |
| 215 | Partner | Brian S. Rosen | $789.00 | 1.30 | $1,025.70 |
| | **Partner Total** | | | **1.30** | **$1,025.70** |
| **215 Total** | | | | **1.30** | **$1,025.70** |
| 218 | Associate | Philip Omorogbe | $789.00 | 7.30 | $5,759.70 |
| | **Associate Total** | | | **7.30** | **$5,759.70** |
| | Legal Assistant | Christopher M. Tarrant | $270.00 | 3.50 | $945.00 |
| | | Natasha Petrov | $270.00 | 32.50 | $8,775.00 |
| | **Legal Assistant Total** | | | **36.00** | **$9,720.00** |
| **218 Total** | | | | **43.30** | **$15,479.70** |
| 219 | Partner | Jeffrey W. Levitan | $789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **0.40** | **$315.60** |
| **219 Total** | | | | **0.40** | **$315.60** |
| **Grand Total** | | | | **1,431.50** | **$1,019,829.90** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0045 ERS - Altair** | | | | | |
| 210 | Associate | Carl Mazurek | $789.00 | 3.80 | $2,998.20 |
| | **Associate Total** | | | **3.80** | **$2,998.20** |
| **210 Total** | | | | **3.80** | **$2,998.20** |
| 211 | Partner | Martin J. Bienenstock | $789.00 | 4.40 | $3,471.60 |
| | **Partner Total** | | | **4.40** | **$3,471.60** |
| | Associate | Joshua A. Esses | $789.00 | 4.20 | $3,313.80 |
| | **Associate Total** | | | **4.20** | **$3,313.80** |
| **211 Total** | | | | **8.60** | **$6,785.40** |
| 212 | Legal Assistant | Angelo Monforte | $270.00 | 9.50 | $2,565.00 |
| | | Charles H. King | $270.00 | 10.00 | $2,700.00 |
| | | Christopher M. Tarrant | $270.00 | 13.70 | $3,699.00 |
| | | Julia L. Sutherland | $270.00 | 0.50 | $135.00 |
| | | Lawrence T. Silvestro | $270.00 | 2.80 | $756.00 |
| | | Olaide M. Adejobi | $270.00 | 1.40 | $378.00 |
| | | Tal J. Singer | $270.00 | 6.20 | $1,674.00 |
| | **Legal Assistant Total** | | | **44.10** | **$11,907.00** |
| | Lit. Support | Laurie A. Henderson | $270.00 | 0.50 | $135.00 |
| | **Lit. Support Total** | | | **0.50** | **$135.00** |
| **212 Total** | | | | **44.60** | **$12,042.00** |
| 219 | Partner | Anthony Cacace | $789.00 | 0.40 | $315.60 |
| | | Brian S. Rosen | $789.00 | 7.50 | $5,917.50 |
| | | Chantel L. Febus | $789.00 | 0.70 | $552.30 |
| | | Jeffrey W. Levitan | $789.00 | 52.00 | $41,028.00 |
| | | John E. Roberts | $789.00 | 30.60 | $24,143.40 |
| | | Jonathan E. Richman | $789.00 | 3.60 | $2,840.40 |
| | | Kevin J. Perra | $789.00 | 3.40 | $2,682.60 |
| | | Lary Alan Rappaport | $789.00 | 0.80 | $631.20 |
| | | Margaret A. Dale | $789.00 | 0.60 | $473.40 |
| | | Martin J. Bienenstock | $789.00 | 105.90 | $83,555.10 |
| | | Michael A. Firestein | $789.00 | 0.50 | $394.50 |
| | | Michael R. Hackett | $789.00 | 3.80 | $2,998.20 |
| | | Neal S. Schelberg | $789.00 | 0.70 | $552.30 |
| | | Paul M. Hamburger | $789.00 | 13.60 | $10,730.40 |
| | | Paul Possinger | $789.00 | 0.40 | $315.60 |
| | | Ralph C. Ferrara | $789.00 | 1.30 | $1,025.70 |
| | | Stephen L. Ratner | $789.00 | 2.60 | $2,051.40 |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Steven O. Weise | $789.00 | 145.40 | $114,720.60 |
| | | Timothy W. Mungovan | $789.00 | 3.20 | $2,524.80 |
| | **Partner Total** | | | **377.00** | **$297,453.00** |
| | **Senior Counsel** | Jennifer L. Roche | $789.00 | 2.10 | $1,656.90 |
| | **Senior Counsel Total** | | | **2.10** | **$1,656.90** |
| | **Associate** | Carl Mazurek | $789.00 | 5.10 | $4,023.90 |
| | | Hena Vora | $789.00 | 4.50 | $3,550.50 |
| | | Joseph Clark | $789.00 | 1.60 | $1,262.40 |
| | | Joshua A. Esses | $789.00 | 118.10 | $93,180.90 |
| | | Matthew J. Morris | $789.00 | 7.60 | $5,996.40 |
| | | William D. Dalsen | $789.00 | 19.40 | $15,306.60 |
| | **Associate Total** | | | **156.30** | **$123,320.70** |
| **219 Total** | | | | **535.40** | **$422,430.60** |
| **Grand Total** | | | | **592.40** | **$444,256.20** |

6

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0046 ERS - Pension Challenge** | | | | | |
| **205** | **Partner** | Jonathan E. Richman | $789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **0.20** | **$157.80** |
| **205 Total** | | | | **0.20** | **$157.80** |
| **210** | **Partner** | Jonathan E. Richman | $789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **0.30** | **$236.70** |
| **210 Total** | | | | **0.30** | **$236.70** |
| **Grand Total** | | | | **0.50** | **$394.50** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0048 ERS - Miscellaneous** | | | | | |
| 201 | Partner | Margaret A. Dale | $789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **0.40** | **$315.60** |
| **201 Total** | | | | **0.40** | **$315.60** |
| 204 | Partner | Margaret A. Dale | $789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **0.30** | **$236.70** |
| **204 Total** | | | | **0.30** | **$236.70** |
| 208 | Partner | Jeffrey W. Levitan | $789.00 | 7.70 | $6,075.30 |
| | | Ralph C. Ferrara | $789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **7.90** | **$6,233.10** |
| | Associate | Joshua A. Esses | $789.00 | 2.00 | $1,578.00 |
| | **Associate Total** | | | **2.00** | **$1,578.00** |
| **208 Total** | | | | **9.90** | **$7,811.10** |
| 210 | Partner | Jeffrey W. Levitan | $789.00 | 0.60 | $473.40 |
| | | Margaret A. Dale | $789.00 | 0.90 | $710.10 |
| | **Partner Total** | | | **1.50** | **$1,183.50** |
| **210 Total** | | | | **1.50** | **$1,183.50** |
| 212 | Legal Assistant | Angelo Monforte | $270.00 | 0.90 | $243.00 |
| | | Karina Pantoja | $270.00 | 1.10 | $297.00 |
| | | Laura M. Geary | $270.00 | 3.70 | $999.00 |
| | | Lawrence T. Silvestro | $270.00 | 7.00 | $1,890.00 |
| | | Olaide M. Adejobi | $270.00 | 0.60 | $162.00 |
| | | Shealeen E. Schaefer | $270.00 | 0.20 | $54.00 |
| | **Legal Assistant Total** | | | **13.50** | **$3,645.00** |
| | Lit. Support | Laurie A. Henderson | $270.00 | 1.50 | $405.00 |
| | **Lit. Support Total** | | | **1.50** | **$405.00** |
| **212 Total** | | | | **15.00** | **$4,050.00** |
| 219 | Partner | Brian S. Rosen | $789.00 | 1.50 | $1,183.50 |
| | | Chantel L. Febus | $789.00 | 1.30 | $1,025.70 |
| | | Jeffrey W. Levitan | $789.00 | 22.90 | $18,068.10 |
| | | John E. Roberts | $789.00 | 28.80 | $22,723.20 |
| | | Margaret A. Dale | $789.00 | 47.20 | $37,240.80 |
| | | Mark Harris | $789.00 | 0.30 | $236.70 |
| | | Michael A. Firestein | $789.00 | 1.60 | $1,262.40 |
| | | Michael R. Hackett | $789.00 | 1.10 | $867.90 |
| | | Paul Possinger | $789.00 | 1.90 | $1,499.10 |
| | | Stephen L. Ratner | $789.00 | 0.30 | $236.70 |
| | | Timothy W. Mungovan | $789.00 | 3.10 | $2,445.90 |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | **Partner Total** | | | **110.00** | **$86,790.00** |
| | **Senior Counsel** | Jennifer L. Roche | $789.00 | 21.70 | $17,121.30 |
| | **Senior Counsel Total** | | | **21.70** | **$17,121.30** |
| | **Associate** | Carl Mazurek | $789.00 | 12.60 | $9,941.40 |
| | | Elliot Stevens | $789.00 | 0.30 | $236.70 |
| | | Javier Sosa | $789.00 | 12.40 | $9,783.60 |
| | | Joshua A. Esses | $789.00 | 23.20 | $18,304.80 |
| | | William D. Dalsen | $789.00 | 117.80 | $92,944.20 |
| | **Associate Total** | | | **166.30** | **$131,210.70** |
| **219 Total** | | | | **298.00** | **$235,122.00** |
| **Grand Total** | | | | **325.10** | **$248,718.90** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0068 ERS - Cooperativas de Ahoro y Creditor Vegabajena** | | | | | |
| **202** | **Partner** | Michael A. Firestein | $789.00 | 0.70 | $552.30 |
| | **Partner Total** | | | **0.70** | **$552.30** |
| **202 Total** | | | | **0.70** | **$552.30** |
| **206** | **Partner** | Brian S. Rosen | $789.00 | 0.60 | $473.40 |
| | | Michael A. Firestein | $789.00 | 1.00 | $789.00 |
| | | Paul Possinger | $789.00 | 0.90 | $710.10 |
| | **Partner Total** | | | **2.50** | **$1,972.50** |
| | **Senior Counsel** | Jennifer L. Roche | $789.00 | 6.60 | $5,207.40 |
| | **Senior Counsel Total** | | | **6.60** | **$5,207.40** |
| **206 Total** | | | | **9.10** | **$7,179.90** |
| **207** | **Partner** | Michael A. Firestein | $789.00 | 0.90 | $710.10 |
| | **Partner Total** | | | **0.90** | **$710.10** |
| | **Associate** | Laura Stafford | $789.00 | 0.30 | $236.70 |
| | **Associate Total** | | | **0.30** | **$236.70** |
| **207 Total** | | | | **1.20** | **$946.80** |
| **210** | **Partner** | Brian S. Rosen | $789.00 | 0.60 | $473.40 |
| | | Lary Alan Rappaport | $789.00 | 1.10 | $867.90 |
| | | Michael A. Firestein | $789.00 | 2.70 | $2,130.30 |
| | | Paul Possinger | $789.00 | 2.00 | $1,578.00 |
| | **Partner Total** | | | **6.40** | **$5,049.60** |
| | **Senior Counsel** | Jennifer L. Roche | $789.00 | 6.50 | $5,128.50 |
| | **Senior Counsel Total** | | | **6.50** | **$5,128.50** |
| | **Associate** | Laura Stafford | $789.00 | 0.70 | $552.30 |
| | **Associate Total** | | | **0.70** | **$552.30** |
| **210 Total** | | | | **13.60** | **$10,730.40** |
| **Grand Total** | | | | **24.60** | **$19,409.40** |