## **Exhibit D**

**Budget and Staffing Plan**

**Exhibit D-1**

**Budget Plan for the Compensation Period**[1]

---

[1] Although the total fees sought in this Application did not exceed the total budgeted fees for the Compensation Period (the fees sought in this Application are 2.4% below budgeted fees), the fees sought for October exceeded the budgeted fees by $32,913.70 or 20.4%, and the fees sought for December exceeded the budgeted fees by $18,869.60 or 4.9%. The efforts expended by Proskauer attorneys and paraprofessionals in connection with Court-ordered mediation and related discovery and in connection with opposing the bondholders' renewed motion for appointment of a trustee pursuant to Bankruptcy Code § 926 required more hours than anticipated and are the reason for the higher than budgeted fees in those months.

| Matter ID | Matter | October 2019 | | November 2019 | | December 2019 | | January 2020 | |
|---|---|---|---|---|---|---|---|---|---|
| | | Actual Fees | Estimated Fees | Actual Fees | Estimated Fees | Actual Fees | Estimated Fees | Actual Fees | Estimated Fees |
| 33260.0007 | PROMESA TITLE III: ERS | $ 151,563.00 | $ 120,000.00 | $ 245,487.30 | $ 260,000.00 | $ 303,398.70 | $ 275,000.00 | $ 319,380.90 | $ 600,000.00 |
| 33260.0045 | ERS TITLE III - ALTAIR | $ 32,803.80 | $ 35,000.00 | $ 306,720.90 | $ 325,000.00 | $ 97,551.60 | $ 105,000.00 | $ 7,179.90 | $ 25,000.00 |
| 33260.0046 | ERS TITLE III - PENSION CHALLENGE | $ - | $ 500.00 | $ 157.80 | $ - | $ - | $ - | $ 236.70 | $ - |
| 33260.0048 | ERS TITLE III - MISCELLANEOUS | $ 9,546.90 | $ 5,500.00 | $ - | $ - | $ - | $ - | $ 239,172.00 | $ - |
| 33260.0068 | ERS TITLE III – COOPERATIVA DE AHORO Y CREDITOR | $ - | $ - | $ 16,490.10 | $ 20,000.00 | $ 2,919.30 | $ 5,000.00 | $ - | $ - |
| ERS TOTAL | | $ 193,913.70 | $ 161,000.00 | $ 568,856.10 | $ 605,000.00 | $ 403,869.60 | $ 385,000.00 | $ 565,969.50 | $ 625,000.00 |
| ESTIMATED FEES Compensation Period (October 2019 - January 2020) TOTAL: | | | | | | | | | $1,776,000.00 |
| ACTUAL FEES Compensation Period (October 2019 - January 2020) TOTAL: | | | | | | | | | $1,732,608.90 |
| Percent Variance (Actual vs. Budgeted Fees) | | | | | | | | | 2.4% below budget |

**Exhibit D-2**

**Staffing Plan for the Compensation Period**

**Staffing Plan for the Compensation Period**

| Category of Timekeeper[2] | Number of Timekeepers Expected to Work on The Matter During the Budget Period[3] | Average Hourly Rate[4] |
|---|---|---|
| Partners | 15 | $789 |
| Senior Counsel | 8 | $789 |
| Associates & Lawyers | 11 | $789 |
| e-Discovery Attorneys | 5 | $390 |
| Law Clerks | 5 | $270 |
| Paraprofessionals | 13 | $270 |
| **Total:** | **57** | |

---

[2] Attorney Practice Groups: BSGR&B, Litigation, Labor & Employment, and Corporate.

[3] The chart reflects Proskauer's staffing plan for the designated period based on currently foreseeable activities. Actual staffing needs, including additional attorneys, may vary materially based on actual facts and circumstances arising in the designated period, including as a result of currently unanticipated disputes. The staffing plan currently includes attorneys from the BSGR&B, Litigation, Corporate, and Labor & Employment practice groups. The expertise of attorneys from other specialized areas is likely to be required during the course of these PROMESA cases.

[4] As explained in the Application, Proskauer's Engagement Letter provides as of January 1, 2020 for rates 4% higher than these rates, but Proskauer agreed not to request allowance and payment of the incremental rates until after confirmation of a plan of adjustment for the Commonwealth or a final fee application.