## Exhibit B

**Monthly Statements**

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO PUBLIC BUILDINGS
AUTHORITY,[2]

     Debtor.

---------------------------------------------------------------x

PROMESA
Title III

No. 19 BK 5523-LTS

(Joint Administration Requested)

## COVER SHEET TO FIRST MONTHLY FEE APPLICATION OF PROSKAUER ROSE LLP AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO PUBLIC BUILDINGS AUTHORITY ("PBA") FOR THE PERIOD SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019

Name of Applicant:                          Proskauer Rose LLP ("Proskauer")

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The last four (4) digits of PBA's federal tax identification number are 3801.

Authorized to Provide
Professional Services to:                    Financial Oversight and Management Board, as
                                             Representative for the Debtor Pursuant to
                                             PROMESA Section 315(b)

Period for which compensation
and reimbursement for fees and services
is sought:                                   September 1, 2019 through September 30, 2019

Amount of compensation sought
as actual, reasonable and necessary:         **$65,798.40**

Amount of expense reimbursement
sought as actual, reasonable and necessary:  **$14.00**

Total Amount for these Invoices:             **$65,812.40**

This is a: _X_ monthly __ interim __ final application.

This is Proskauer's first monthly fee application in these cases.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for September 2019.


_____
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On October 4, 2019 sent to:

**FOMB:**
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn: Professor Arthur J. Gonzalez
     FOMB Board Member

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

**Office of United States Trustee**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
     Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc. A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn: Juan J. Casillas Ayala, Esq.
     Alberto J. E. Añeses Negrón, Esq.

**Co-Counsel for the Fee Examiner**
Godfrey & Kahn S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF:**
O'Melveny & Myers LLP,
Times Square Tower
7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq.
     Suzzanne Uhland, Esq.
     Diana M. Perez, Esq.

Marini Pietrantoni Muñiz LLC
MCS Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
     Carolina Velaz-Rivero, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block  LLP
919 Third Avenue
New York, NY 10022-3908
Attn.: Robert Gordon, Esq.
     Richard Levin, Esq.

Jenner & Block  LLP
353 N. Clark Street
Chicago, IL 60654
Attn.: Catherine Steege, Esq.
     Melissa Root, Esq.

Bennazar, García & Milián, C.S.P.
Edificio Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn.: A.J. Bennazar-Zequeira, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
     Central Accounting
     Omar E. Rodríguez Pérez, CPA, Assistant
     Secretary of Central Accounting
     Angel L. Pantoja Rodríguez, Deputy Assistant of
     Internal Revenue and Tax Policy
     Francisco Parés Alicea, Assistant Secretary of
     Internal Revenue and Tax Policy
     Francisco Peña Montañez, CPA, Assistant
     Secretary of the Treasury

**Summary of Legal Fees for the Period September 2019**

| | PBA - General | | |
|---|---|---|---|
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 201 | Tasks relating to the Board, its Members, its Staff, its Advisors or its Consultants | 0.30 | $236.70 |
| 205 | Communications with the Commonwealth and its Representatives of the Commonwealth or its Instrumentalities | 0.10 | $78.90 |
| 206 | Documents Filed on Behalf of the Board | 60.30 | $47,576.70 |
| 210 | Analysis and Strategy | 14.30 | $11,075.10 |
| 212 | General Administration | 25.30 | $6,831.00 |
| | **Total** | **100.30** | **$65,798.40** |

**Summary of Legal Fees for the Period September 2019**

### ACROSS ALL PBA-RELATED MATTERS

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Brian S. Rosen | Partner | BSGR & B | $789.00 | 0.40 | $315.60 |
| Jeffrey W. Levitan | Partner | BSGR & B | $789.00 | 4.20 | $3,313.80 |
| Matthew Triggs | Partner | Litigation | $789.00 | 4.20 | $3,313.80 |
| Michael A. Firestein | Partner | Litigation | $789.00 | 2.30 | $1,814.70 |
| Ralph C. Ferrara | Partner | Litigation | $789.00 | 0.20 | $157.80 |
| Elliot Stevens | Associate | BSGR & B | $789.00 | 7.60 | $5,996.40 |
| Lisa Markofsky | Associate | Litigation | $789.00 | 0.30 | $236.70 |
| Matthew I. Rochman | Associate | Litigation | $789.00 | 1.50 | $1,183.50 |
| Philip Omorogbe | Associate | Corporate | $789.00 | 53.90 | $42,527.10 |
| | | | **TOTAL** | **74.60** | **$58,859.40** |

| Paraprofessional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Angelo Monforte | Legal Assistant | Litigation | $270.00 | 1.10 | $297.00 |
| Christopher M. Tarrant | Legal Assistant | BSGR & B | $270.00 | 7.80 | $2,106.00 |
| Laura M. Geary | Legal Assistant | Litigation | $270.00 | 5.10 | $1,377.00 |
| Natasha Petrov | Legal Assistant | BSGR & B | $270.00 | 0.40 | $108.00 |
| Scarlett A. Neuberger | Legal Assistant | BSGR & B | $270.00 | 8.60 | $2,322.00 |
| Tal J. Singer | Legal Assistant | Litigation | $270.00 | 2.70 | $729.00 |
| | | | **TOTAL** | **25.70** | **$6,939.00** |

| SUMMARY OF LEGAL FEES | Hours 100.30 | Fees $65,798.40 |
|---|---|---|

**Summary of Disbursements for the period September 2019**

### ACROSS ALL PBA-RELATED MATTERS

| EXPENSE CATEGORY | AMOUNTS |
|---|---|
| Lexis | $14.00 |
| **Total** | **$ 14.00** |

Proskauer requests payment of fees and reimbursement of expenses in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $59,218.56, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $14.00) in the total amount $59,232.56.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice.  The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico.  The amount of this invoice is reasonable.  The services were rendered and the corresponding payment has not been made.  To the best of my knowledge, Proskauer Rose LLP does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

# **Exhibit A**

33260 FOMB                                                                    Invoice 190127176
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
   0083 PROMESA TITLE III: PBA                                                          Page 1

| Summary of Time Billed by Task | | Hours | Value |
|---|---|---|---|
| 201 | Tasks relating to the Board and Associated Members | 0.30 | $236.70 |
| 205 | Communications with the Commonwealth and its Representatives | 0.10 | $78.90 |
| 206 | Documents Filed on Behalf of the Board | 60.30 | $47,576.70 |
| 210 | Analysis and Strategy | 14.30 | $11,075.10 |
| 212 | General Administration | 25.30 | $6,831.00 |
| | **Total** | **100.30** | **$65,798.40** |

33260 FOMB
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

Invoice 190127176

| 0083 PROMESA TITLE III: PBA | | | | | Page 2 |

**Tasks relating to the Board and Associated Members -- 201**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/25/19 | Elliot Stevens | 201 | Call with O'Neill, P. Omorogbe, S. Ma, and others relating to Commonwealth plan of adjustment and PBA filing (0.30). | 0.30 | $236.70 |
| **Tasks relating to the Board and Associated Members** | | | | **0.30** | **$236.70** |

**Communications with the Commonwealth and its Representatives -- 205**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/11/19 | Philip Omorogbe | 205 | Correspond with counsel to AAFAF regarding PBA Title III filing. | 0.10 | $78.90 |
| **Communications with the Commonwealth and its Representatives** | | | | **0.10** | **$78.90** |

**Documents Filed on Behalf of the Board -- 206**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/17/19 | Philip Omorogbe | 206 | Discuss PBA filings with E. Stevens (0.20); Draft portion of PBA first-day statement (1.80). | 2.00 | $1,578.00 |
| 09/19/19 | Philip Omorogbe | 206 | Draft portions of joint administration motion and creditor extension matrix for PBA (4.60). | 4.60 | $3,629.40 |
| 09/20/19 | Philip Omorogbe | 206 | Review case law regarding issues connected with PBA's upcoming filing (1.30): Review PBA first-day motions including notice of commencement motion and Title III notice (2.30). | 3.60 | $2,840.40 |
| 09/23/19 | Philip Omorogbe | 206 | Review and revise PBA Title III Petition (0.40); Review and revise related Board resolution (0.70); Review and revise notice of commencement motion (1.70); Review and revise joint administration motion (2.60); Review and revise PrimeClerk engagement letter (0.50); Review and revise creditor matrix extension motion (1.40)Review and revise statement of Board (2.20); Draft Board unanimous written consent regarding same (0.90); Communication with E. Stevens regarding same (1.10). | 11.50 | $9,073.50 |

33260 FOMB

Invoice 190127176

PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD MEMBER

0083 PROMESA TITLE III: PBA

Page 3

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/24/19 | Philip Omorogbe | 206 | Communications regarding PBA pleadings with J. Levitan and E. Stevens (1.10); Review and revise PBA Title III petition (0.30); Review and revise Board unanimous written consent resolution (0.80); Review and revise notice of commencement motion (0.90); Review and revise joint administration motion (2.30); Review and revise PrimeClerk engagement letter (0.30); Review and revise creditor matrix extension motion (1.30); Review and revise statement of Board (2.30); Correspondence regarding PBA Title III filing issues with Board general counsel (0.90). | 10.20 | $8,047.80 |
| 09/24/19 | Elliot Stevens | 206 | Discuss PBA issues with P. Omorogbe (0.20); Discuss filings and comments with J. Levitan, P. Omorogbe and B. Rosen (0.60). | 0.80 | $631.20 |
| 09/24/19 | Matthew I. Rochman | 206 | Draft revisions to Board's statement regarding PBA's Title III filing (1.10); Review lease documents produced by PBA in connection with drafting revisions to Board's statement regarding PBA's Title III filing (0.40). | 1.50 | $1,183.50 |
| 09/24/19 | Michael A. Firestein | 206 | Review and revise PBA first-day filing (0.30); Draft further first-day filing pleadings (0.40). | 0.70 | $552.30 |
| 09/25/19 | Michael A. Firestein | 206 | Review and revise PBA first-day statement (0.30). | 0.30 | $236.70 |
| 09/25/19 | Jeffrey W. Levitan | 206 | Conference with P. Omorogbe regarding filing issues. | 0.30 | $236.70 |
| 09/25/19 | Philip Omorogbe | 206 | Review and revise PBA Title III petition (0.40); Review and revise notice of commencement motion (0.90); Review and revise statement of Board (2.50); Review and revise creditor matrix extension motion (0.50); Review and revise joint administration motion (1.30); Correspondence regarding PBA Title III filing issues with Board general counsel (0.50); Correspond with PrimeClerk regarding same (0.50); Correspond with counsel to AAFAF regarding same (0.20); Discuss issues regarding filing with Puerto Rico team and local counsel (0.60); Correspond with local counsel regarding filing issues (0.70); Discuss filing issues with Puerto Rico team (1.00). | 9.10 | $7,179.90 |

33260 FOMB                                                                        Invoice 190127176
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
   0083 PROMESA TITLE III: PBA                                                                 Page 4

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 09/26/19 | Elliot Stevens | 206 | Review first-day statement (0.30); Review joint administration motion (0.20); Review petition for PBA (0.10); Review notice of commencement motion (0.20); Review unanimous written consents (0.10); E-mails relating to first-day pleadings with P. Omorogbe (0.30); E-mail with P. Omorogbe relating to 20 largest unsecured creditors (0.10); Review creditor matrix motion (0.20); Call with P. Omorogbe relating to PBA filing (0.30); E-mails with same relating to O'Melveny documents (0.20); Review finalized versions (0.20); E-mail to P. Omorogbe relating to same (0.10). | 2.30 | $1,814.70 |
| 09/26/19 | Elliot Stevens | 206 | Call regarding filing of PBA and plan of adjustment with S. Ma and O'Neill and others (0.30). | 0.30 | $236.70 |
| 09/26/19 | Philip Omorogbe | 206 | Review and revise PBA Title III petition (0.90); Review and revise notice of commencement motion (0.80); Review and revise creditor matrix extension motion (1.10); Review and revise statement of the Board (1.20); Review and revise joint administration motion (3.40); Review and revise list of 20 largest unsecured creditors (0.90); Correspond with PrimeClerk regarding same (0.30); Correspond with counsel to AAFAF regarding same (0.40); Discuss issues regarding filing with Puerto Rico team and local counsel (0.30); Correspond with local counsel regarding filing issues (0.70). | 10.00 | $7,890.00 |
| 09/27/19 | Philip Omorogbe | 206 | Review filing for PBA Title III filing (2.20); Correspond with PrimeClerk filing of same (0.30). | 2.50 | $1,972.50 |
| 09/27/19 | Michael A. Firestein | 206 | Review PBA petition filings (0.40). | 0.40 | $315.60 |
| 09/27/19 | Ralph C. Ferrara | 206 | Review PBA petition for Title III restructuring (0.20). | 0.20 | $157.80 |
| **Documents Filed on Behalf of the Board** | | | | **60.30** | **$47,576.70** |

**Analysis and Strategy -- 210**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 09/04/19 | Philip Omorogbe | 210 | Correspond with PJT Partners and B. Rosen regarding certain information for PBA Title III filing. | 0.30 | $236.70 |

33260 FOMB

PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

Invoice 190127176

0083 PROMESA TITLE III: PBA                                                              Page 5

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/17/19 | Brian S. Rosen | 210 | Draft memorandum to P. Omorogbe regarding PBA plan (0.10); Draft memorandum to S. Uhland regarding PBA plan (0.10); Draft memorandum to M. Bienenstock regarding PBA plan (0.20). | 0.40 | $315.60 |
| 09/23/19 | Elliot Stevens | 210 | E-mails with P. Omorogbe regarding PBA filing (0.10). | 0.10 | $78.90 |
| 09/24/19 | Lisa Markofsky | 210 | Review and revise factual background in draft filing (0.30). | 0.30 | $236.70 |
| 09/24/19 | Matthew H. Triggs | 210 | Review and propose revisions and comments to statement of Board (1.70); Review of underlying leases and complaint for purposes of addressing proposed Board statement (1.60). | 3.30 | $2,603.70 |
| 09/24/19 | Jeffrey W. Levitan | 210 | Review sample Title III petitions and pleadings (1.10); Review note comments on PBA petition and first-day pleadings (1.80); Conference with P. Omorogbe and E. Stevens regarding revisions to PBA filing (0.50); Teleconferences with B. Steele, C. Pullo, B. Rosen, and P. Omorogbe regarding PBA filing (0.50). | 3.90 | $3,077.10 |
| 09/24/19 | Michael A. Firestein | 210 | Teleconferences with M. Triggs on PBA first-day filing issues (0.40); Teleconferences with P. Omorogbe on PBA first-day filing issues (0.40). | 0.80 | $631.20 |
| 09/25/19 | Matthew H. Triggs | 210 | Reviewed and proposed revisions to Board statement in connection with PBA Title III. | 0.90 | $710.10 |
| 09/25/19 | Michael A. Firestein | 210 | Telephone conference with M. Triggs on strategy for revisions to PBA first-day statement (0.10). | 0.10 | $78.90 |
| 09/25/19 | Elliot Stevens | 210 | Discuss issues relating to PBA filing with P. Omorogbe (0.10); E-mails with team relating to same (0.10); Discuss issues relating to PBA filing with same (0.40); Draft edits to motion for joint administration (0.80); Discuss issues relating to PBA filing with P. Omorogbe (0.40); Review PBA first-day filings (0.40); E-mail with O'Neill and team relating to same (0.10). | 2.30 | $1,814.70 |
| 09/25/19 | Elliot Stevens | 210 | Discuss issues relating to PBA filing with P. Omorogbe (0.20). | 0.20 | $157.80 |
| 09/27/19 | Natasha Petrov | 210 | Review PBA Title III petition and related Reorg Research articles. | 0.40 | $108.00 |
| 09/27/19 | Elliot Stevens | 210 | Call with P. Omorogbe relating to PBA filing (0.20); E-mails with P. Omorogbe relating to same (0.20); E-mails with C. Tarrant and S. Ma relating to same (0.10); E-mail with P. Hamburger relating to same (0.30). | 0.80 | $631.20 |

33260 FOMB

Invoice 190127176

PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD MEMBER

0083 PROMESA TITLE III: PBA

Page 6

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/27/19 | Elliot Stevens | 210 | Call with P. Omorogbe relating to PBA filing (0.40). | 0.40 | $315.60 |
| 09/30/19 | Elliot Stevens | 210 | E-mails with P. Omorogbe and C. Tarrant relating to PBA filing and notices of appearance (0.10). | 0.10 | $78.90 |
| **Analysis and Strategy** | | | | **14.30** | **$11,075.10** |

**General Administration -- 212**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/20/19 | Angelo Monforte | 212 | Research and obtain PBA enabling act and statutes that make up the enabling act per M. Triggs. | 0.80 | $216.00 |
| 09/23/19 | Laura M. Geary | 212 | Cite-check PBA first-day statement per P. Omorogbe. | 0.90 | $243.00 |
| 09/24/19 | Scarlett A. Neuberger | 212 | Review first-day statement (1.40); Draft table of sources for information from first-day statement per P. Omorogbe (1.60); Conference with P. Omorogbe regarding same (0.10). | 3.10 | $837.00 |
| 09/24/19 | Christopher M. Tarrant | 212 | Review and revise first-day motions and exhibits (2.40); E-mails with P. Omorogbe regarding same (0.30). | 2.70 | $729.00 |
| 09/25/19 | Christopher M. Tarrant | 212 | Review and revise first-day motions and orders (1.20); Teleconference with S. Ma, M. Zerjal, and local counsel regarding filing and other matters (0.40). | 1.60 | $432.00 |
| 09/25/19 | Scarlett A. Neuberger | 212 | Organize chart of orders to include in joint administration motion per P. Omorogbe (1.10); Conference with P. Omorogbe regarding same (0.10); Organize list of notice parties and service requirements per P. Omorogbe (0.60); Conference with P. Omorogbe regarding same (0.10). | 1.90 | $513.00 |
| 09/25/19 | Scarlett A. Neuberger | 212 | Review and revise joint administration motion per P. Omorogbe (0.70); Conference with P. Omorogbe regarding same (0.10). | 0.80 | $216.00 |
| 09/26/19 | Scarlett A. Neuberger | 212 | Review and revise first-day motions (2.60); Conference with P. Omorogbe regarding same (0.20). | 2.80 | $756.00 |
| 09/26/19 | Tal J. Singer | 212 | Review and revise first-day pleadings (1.40); Review and revise top 20 unsecured creditors form (1.30). | 2.70 | $729.00 |
| 09/26/19 | Christopher M. Tarrant | 212 | Review and revise first-day pleadings for filing (1.40); E-mails with P. Omorogbe regarding same (0.20). | 1.60 | $432.00 |
| 09/27/19 | Laura M. Geary | 212 | Review Commonwealth Title III docket for any attorneys admitted for notice of appearance in PBA Title III. | 2.60 | $702.00 |

33260 FOMB                                                                    Invoice 190127176
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
    0083 PROMESA TITLE III: PBA                                                        Page 7

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/27/19 | Angelo Monforte | 212 | Review Reorg Research alerts and distribute PBA petition and Board press release per M. Triggs. | 0.30 | $81.00 |
| 09/27/19 | Christopher M. Tarrant | 212 | Review and revise first-day pleadings and related exhibits (1.10); Teleconferences and e-mails with P. Omorogbe and local counsel regarding same (0.40); Coordinate service of same with PrimeClerk (0.40). | 1.90 | $513.00 |
| 09/30/19 | Laura M. Geary | 212 | Draft notices of appearance for all pro hac vice attorneys to file per C. Tarrant. | 1.60 | $432.00 |
| **General Administration** | | | | **25.30** | **$6,831.00** |

**Total for Professional Services**                                                  **$65,798.40**

33260 FOMB                                                                    Invoice 190127176
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
    0083 PROMESA TITLE III: PBA                                                      Page 8

**Timekeeper Summary**

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| BRIAN S. ROSEN | PARTNER | 0.40 | 789.00 | $315.60 |
| JEFFREY W. LEVITAN | PARTNER | 4.20 | 789.00 | $3,313.80 |
| MATTHEW H. TRIGGS | PARTNER | 4.20 | 789.00 | $3,313.80 |
| MICHAEL A. FIRESTEIN | PARTNER | 2.30 | 789.00 | $1,814.70 |
| RALPH C. FERRARA | PARTNER | 0.20 | 789.00 | $157.80 |
| **Total for PARTNER** | | **11.30** | | **$8,915.70** |
| | | | | |
| ELLIOT STEVENS | ASSOCIATE | 7.60 | 789.00 | $5,996.40 |
| LISA MARKOFSKY | ASSOCIATE | 0.30 | 789.00 | $236.70 |
| MATTHEW I. ROCHMAN | ASSOCIATE | 1.50 | 789.00 | $1,183.50 |
| PHILIP OMOROGBE | ASSOCIATE | 53.90 | 789.00 | $42,527.10 |
| **Total for ASSOCIATE** | | **63.30** | | **$49,943.70** |
| | | | | |
| ANGELO MONFORTE | LEGAL ASSISTANT | 1.10 | 270.00 | $297.00 |
| CHRISTOPHER M. TARRANT | LEGAL ASSISTANT | 7.80 | 270.00 | $2,106.00 |
| LAURA M. GEARY | LEGAL ASSISTANT | 5.10 | 270.00 | $1,377.00 |
| NATASHA PETROV | LEGAL ASSISTANT | 0.40 | 270.00 | $108.00 |
| SCARLETT A. NEUBERGER | LEGAL ASSISTANT | 8.60 | 270.00 | $2,322.00 |
| TAL J. SINGER | LEGAL ASSISTANT | 2.70 | 270.00 | $729.00 |
| **Total for LEGAL ASSISTANT** | | **25.70** | | **$6,939.00** |
| | | | | |
| **Total** | | **100.30** | | **$65,798.40** |

**For Charges and Disbursements**

| Date | Timekeeper | Type | Description | Amount |
|---|---|---|---|---|
| 09/23/2019 | Elliot Stevens | LEXIS | LEXIS Connect and Comm Time - 0:00:00 Searches - 0 Shepards and Autocite - 0 Lexsees and Lexstat - 0 | $14.00 |
| | | | **Total for LEXIS** | **$14.00** |

**Charges and Disbursements Summary**

| Type of Disbursements | Amount |
|---|---|
| LEXIS | 14.00 |
| **Total Expenses** | **$14.00** |
| | |
| **Total Amount for this Matter** | **$65,812.40** |

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)


---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO PUBLIC BUILDINGS
AUTHORITY,

     Debtor.

---------------------------------------------------------------x

PROMESA
Title III

No. 19 BK 5523-LTS

(Joint Administration Requested)


## COVER SHEET TO SECOND MONTHLY FEE APPLICATION OF PROSKAUER ROSE LLP AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO PUBLIC BUILDINGS AUTHORITY ("PBA") FOR THE PERIOD OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Name of Applicant:                          Proskauer Rose LLP ("Proskauer")

Authorized to Provide
Professional Services to:                    Financial Oversight and Management Board, as
                                             Representative for the Debtor Pursuant to
                                             PROMESA Section 315(b)

Period for which compensation
and reimbursement for fees and services
is sought:                                   October 1, 2019 through October 31, 2019

Amount of compensation sought
as actual, reasonable and necessary:         **$34,431.30**

Amount of expense reimbursement
sought as actual, reasonable and necessary:  **$27.40**

Total Amount for these Invoices:             **$34,458.70**

This is a: _X_ monthly __ interim __ final application.

This is Proskauer's second monthly fee application in these cases.

### Principal Certification

I hereby authorize the submission of this Monthly Fee Statement for October 2019.


_____

Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On November 25, 2019 sent to:

**FOMB:**
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn: Professor Arthur J. Gonzalez
    FOMB Board Member

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

**Office of United States Trustee**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
    Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc. A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn: Juan J. Casillas Ayala, Esq.
    Alberto J. E. Añeses Negrón, Esq.

**Co-Counsel for the Fee Examiner**
Godfrey & Kahn S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF:**
O'Melveny & Myers LLP,
Times Square Tower
7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq.
    Suzzanne Uhland, Esq.
    Diana M. Perez, Esq.

Marini Pietrantoni Muñiz LLC
MCS Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
    Carolina Velaz-Rivero, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY 10022-3908
Attn.: Robert Gordon, Esq.
    Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn.: Catherine Steege, Esq.
    Melissa Root, Esq.

Bennazar, García & Milián, C.S.P.
Edificio Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn.: A.J. Bennazar-Zequeira, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
    Central Accounting
    Omar E. Rodríguez Pérez, CPA, Assistant
    Secretary of Central Accounting
    Angel L. Pantoja Rodríguez, Deputy Assistant of
    Internal Revenue and Tax Policy
    Francisco Parés Alicea, Assistant Secretary of
    Internal Revenue and Tax Policy
    Francisco Peña Montañez, CPA, Assistant
    Secretary of the Treasury

**Summary of Legal Fees for the Period October 2019**

| | PBA - General | | |
|---|---|---|---|
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 202 | Legal Research | 3.20 | $2,057.70 |
| 204 | Communications with Claimholders | 1.40 | $1,104.60 |
| 205 | Communications with the Commonwealth and its Representatives of the Commonwealth or its Instrumentalities | 0.40 | $315.60 |
| 206 | Documents Filed on Behalf of the Board | 13.70 | $10,809.30 |
| 207 | Non-Board Court Filings | 1.10 | $867.90 |
| 210 | Analysis and Strategy | 16.60 | $13,097.40 |
| 212 | General Administration | 22.30 | $6,021.00 |
| 218 | Employment and Fee Applications | 0.20 | $157.80 |
| | **Total** | **58.90** | **$34,431.30** |

**Summary of Legal Fees for the Period October 2019**

### ACROSS ALL PBA-RELATED MATTERS

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Jeffrey W. Levitan | Partner | BSGR & B | $789.00 | 0.60 | $473.40 |
| Matthew Triggs | Partner | Litigation | $789.00 | 8.50 | $6,706.50 |
| Elliot Stevens | Associate | BSGR & B | $789.00 | 3.30 | $2,603.70 |
| Laura Stafford | Associate | Litigation | $789.00 | 0.60 | $473.40 |
| Maja Zerjal | Associate | BSGR & B | $789.00 | 0.60 | $473.40 |
| Matthew I. Rochman | Associate | Litigation | $789.00 | 0.50 | $394.50 |
| Philip Omorogbe | Associate | Corporate | $789.00 | 20.70 | $16,332.30 |
| Steve Ma | Associate | BSGR & B | $789.00 | 0.90 | $710.10 |
| | | | **TOTAL** | **35.70** | **$28,167.30** |

| Paraprofessional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Angelo Monforte | Legal Assistant | Litigation | $270.00 | 4.10 | $1,107.00 |
| Christopher M. Tarrant | Legal Assistant | BSGR & B | $270.00 | 7.40 | $1,998.00 |
| Karina Pantoja | Legal Assistant | Labor & Employment | $270.00 | 1.40 | $378.00 |
| Lawrence T. Silvestro | Legal Assistant | Litigation | $270.00 | 4.50 | $1,215.00 |
| Olaide M. Adejobi | Legal Assistant | Litigation | $270.00 | 0.30 | $81.00 |
| Scarlett A. Neuberger | Legal Assistant | BSGR & B | $270.00 | 4.60 | $1,242.00 |
| Tal J. Singer | Legal Assistant | Litigation | $270.00 | 0.90 | $243.00 |
| | | | **TOTAL** | **23.20** | **$6,264.00** |

| SUMMARY OF LEGAL FEES | Hours 58.90 | Fees $34,431.30 |
|---|---|---|

6

<u>**Summary of Disbursements for the period October 2019**</u>

### ACROSS ALL PBA-RELATED MATTERS

| EXPENSE CATEGORY | AMOUNTS |
|---|---:|
| Reproduction | $27.40 |
| **Total** | **$ 27.40** |

Proskauer requests payment of fees and reimbursement of expenses in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $30,988.17, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $27.40) in the total amount $31,015.57.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice.  The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico.  The amount of this invoice is reasonable.  The services were rendered and the corresponding payment has not been made.  To the best of my knowledge, Proskauer Rose LLP does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

# **Exhibit A**

33260 FOMB                                                           Invoice 190131925
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0083 PROMESA TITLE III: PBA                                          Page 1

| Summary of Time Billed by Task | | Hours | Value |
|---|---|---|---|
| 202 | Legal Research | 3.20 | $2,057.70 |
| 204 | Communications with Claimholders | 1.40 | $1,104.60 |
| 205 | Communications with the Commonwealth and its Representatives | 0.40 | $315.60 |
| 206 | Documents Filed on Behalf of the Board | 13.70 | $10,809.30 |
| 207 | Non-Board Court Filings | 1.10 | $867.90 |
| 210 | Analysis and Strategy | 16.60 | $13,097.40 |
| 212 | General Administration | 22.30 | $6,021.00 |
| 218 | Employment and Fee Applications | 0.20 | $157.80 |
| | **Total** | **58.90** | **$34,431.30** |

33260 FOMB                                                                          Invoice 190131925
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0083 PROMESA TITLE III: PBA                                                         Page 2

## Legal Research -- 202

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 10/16/19 | Angelo Monforte | 202 | Conduct research regarding PBA's 1995 bond resolution per M. Triggs. | 0.90 | $243.00 |
| 10/17/19 | Jeffrey W. Levitan | 202 | Research regarding removal issues. | 0.40 | $315.60 |
| 10/28/19 | Philip Omorogbe | 202 | Review statutes regarding remand of civil actions against PBA (1.70); Call with E. Stevens regarding PrimeClerk notice (0.20). | 1.90 | $1,499.10 |
| **Legal Research** | | | | **3.20** | **$2,057.70** |

## Communications with Claimholders -- 204

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 10/01/19 | Philip Omorogbe | 204 | Discuss issues related to PBA joint administration order with counsel to creditor. | 0.80 | $631.20 |
| 10/01/19 | Maja Zerjal | 204 | Discuss PBA filing, plan and disclosure statement with creditor (0.30); Draft e-mail to E. Stevens and P. Omorogbe regarding same (0.10); Discuss same with E. Stevens and P. Omorogbe (0.20). | 0.60 | $473.40 |
| **Communications with Claimholders** | | | | **1.40** | **$1,104.60** |

## Communications with the Commonwealth and its Representatives -- 205

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 10/15/19 | Philip Omorogbe | 205 | Discuss creditor matrix filing with PrimeClerk and counsel to AAFAF. | 0.40 | $315.60 |
| **Communications with the Commonwealth and its Representatives** | | | | **0.40** | **$315.60** |

## Documents Filed on Behalf of the Board -- 206

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 10/07/19 | Jeffrey W. Levitan | 206 | Review e-mail, conference with P. Omorogbe regarding submission of orders. | 0.20 | $157.80 |

33260 FOMB

Invoice 190131925

PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD MEMBER

0083 PROMESA TITLE III: PBA

Page 3

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/07/19 | Philip Omorogbe | 206 | Draft informative motion related to PBA joint administration proposed order (0.50); Correspondence with the Court regarding same (0.90); Discuss PBA proposed orders with E. Stevens (0.30); Discuss PBA proposed orders with J. Levitan (0.10); Review PBA proposed order regarding request for such from Court (0.60); Correspond with L. Stafford, Z. Chalett and E. Stevens regarding same (0.40). | 2.80 | $2,209.20 |
| 10/07/19 | Elliot Stevens | 206 | Teleconference with P. Omorogbe relating to PBA orders (0.30); E-mails with C. Tarrant and P. Omorogbe relating to PBA joint administration motion (0.20); Review revised proposed order for P. Omorogbe (0.20). | 0.70 | $552.30 |
| 10/11/19 | Philip Omorogbe | 206 | Discuss with S. Neuberger regarding PBA motion to set bar date. | 0.80 | $631.20 |
| 10/21/19 | Philip Omorogbe | 206 | Communication with L. Silvestro regarding PBA remand motion (0.40); Review precedent regarding same (0.40). | 0.80 | $631.20 |
| 10/28/19 | Elliot Stevens | 206 | Call with P. Omorogbe relating to PBA PrimeClerk notice (0.20); E-mail with same relating to same (0.10). | 0.30 | $236.70 |
| 10/29/19 | Philip Omorogbe | 206 | Review precedent motions regarding motion to file proofs of claim within PBA case (0.70); Discuss with S. Ma and L. Stafford regarding same (0.50); Draft portion of motion regarding same (1.40). | 2.60 | $2,051.40 |
| 10/29/19 | Laura Stafford | 206 | Teleconference with S. Ma and P. Omorogbe regarding PBA bar date orders. | 0.50 | $394.50 |
| 10/29/19 | Steve MA | 206 | Review draft PBA bar date motion (0.40); Call with P. Omorogbe and L. Stafford regarding PBA bar date motion (0.50). | 0.90 | $710.10 |
| 10/31/19 | Philip Omorogbe | 206 | Review precedent motions regarding remand of cases into district court regarding PBA Title III (2.20); Draft remand motion in PBA case (1.70); Communication with J. Levitan regarding same (0.20). | 4.10 | $3,234.90 |
| **Documents Filed on Behalf of the Board** | | | | **13.70** | **$10,809.30** |

33260 FOMB

PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD MEMBER

Invoice 190131925

0083 PROMESA TITLE III: PBA

Page 4

**Non-Board Court Filings -- 207**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 10/08/19 | Philip Omorogbe | 207 | Review proofs of claims filed by monoline insurers, indenture trustee and large bondholders regarding PBA claims concerning objections to confirmation of joint plan. | 1.10 | $867.90 |
| | **Non-Board Court Filings** | | | **1.10** | **$867.90** |

**Analysis and Strategy -- 210**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 10/01/19 | Elliot Stevens | 210 | E-mail with M. Zerjal relating to PBA joint administration motion issue (0.10); Teleconference with P. Omorogbe and M. Zerjal (partial) relating to same (0.70); E-mail with same relating to same (0.10). | 0.90 | $710.10 |
| 10/01/19 | Matthew I. Rochman | 210 | Review correspondence from M. Firestein and M. Triggs regarding upcoming potential litigation related to general obligation and PBA bonds. | 0.50 | $394.50 |
| 10/02/19 | Elliot Stevens | 210 | Teleconference with P. Omorogbe relating to PBA issues. | 0.20 | $157.80 |
| 10/04/19 | Elliot Stevens | 210 | Teleconference with P. Omorogbe relating to PBA first day filings. | 0.10 | $78.90 |
| 10/04/19 | Philip Omorogbe | 210 | Discuss with E. Stevens issue regarding PBA joint administration proposed order (0.10); Review proposed order (0.10). | 0.20 | $157.80 |
| 10/07/19 | Laura Stafford | 210 | Teleconference with P. Omorogbe regarding PBA filings. | 0.10 | $78.90 |
| 10/09/19 | Elliot Stevens | 210 | E-mail with C. Tarrant and P. Omorogbe relating to PBA joint administration motion order. | 0.10 | $78.90 |
| 10/10/19 | Elliot Stevens | 210 | E-mail with P. Omorogbe relating to PBA filings. | 0.10 | $78.90 |
| 10/14/19 | Elliot Stevens | 210 | Teleconference with P. Omorogbe relating to PBA. | 0.20 | $157.80 |
| 10/15/19 | Matthew H. Triggs | 210 | Review and analysis of PBA lease provisions for purposes of 12c and related GO issues (3.20); E-mail analysis to L. Markofsky and M. Rochman regarding lease provision (0.20). | 3.40 | $2,682.60 |
| 10/16/19 | Matthew H. Triggs | 210 | Review of PBA leases for purposes of restart of PBA proceeding (2.30); Review of PBA resolution in 1995 that authorized issues and bonds and connection to lease payments (1.10). | 3.40 | $2,682.60 |

33260 FOMB

PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

Invoice 190131925

0083 PROMESA TITLE III: PBA

Page 5

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 10/17/19 | Matthew H. Triggs | 210 | Review and analysis of PBA leases and amendments thereto for purposes of restart of PBA proceeding (1.10); Review of 1995 PBA resolution authorizing issuance of PBA bonds (0.60). | 1.70 | $1,341.30 |
| 10/18/19 | Philip Omorogbe | 210 | Discuss with J. Levitan motion to extend time to remand/remove actions into PBA's case. | 0.20 | $157.80 |
| 10/22/19 | Philip Omorogbe | 210 | Communication with PrimeClerk regarding PBA conflict of interest disclosures (0.20); Communication with L. Silvestro regarding PBA remand motion (0.30); Review PREPA remand motion in connection with same (0.30). | 0.80 | $631.20 |
| 10/24/19 | Philip Omorogbe | 210 | Communication with the Board regarding PrimeClerk disclosure and certification in connection with PBA engagement letter (0.80); Discuss same with E. Stevens (0.40); Discuss same with B. Rosen (0.30); Review PBA disclosures and certifications concerning conflict of interest issue (0.50); Communication with E. Stevens regarding same (0.30); Review precedent disclosures regarding same (0.20); Communication with PrimeClerk regarding same (0.10). | 2.60 | $2,051.40 |
| 10/24/19 | Elliot Stevens | 210 | Confer with P. Omorogbe regarding PrimeClerk retention issues (0.40); E-mails with P. Omorogbe relating to PBA PrimeClerk retention issues (0.10). | 0.50 | $394.50 |
| 10/25/19 | Philip Omorogbe | 210 | Communication with Board regarding PrimeClerk disclosures (0.20); Review precedent notice regarding same (0.40); Draft notice regarding same (1.00). | 1.60 | $1,262.40 |
| **Analysis and Strategy** | | | | **16.60** | **$13,097.40** |

**General Administration -- 212**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 10/03/19 | Scarlett A. Neuberger | 212 | Draft certificates of no objection in connection with first day filings per C. Tarrant (3.10); E-mails with C. Tarrant regarding same (0.10). | 3.20 | $864.00 |

33260 FOMB

Invoice 190131925

PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD MEMBER

0083 PROMESA TITLE III: PBA

Page 6

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 10/07/19 | Christopher M. Tarrant | 212 | Review docket and certificates of no response to first day motions (0.80); Prepare notice of filing regarding amended joint administration order (0.60); Review and revised amended joint administration order (0.60); E-mail and phone call with P. Omorogbe regarding same (0.30). | 2.30 | $621.00 |
| 10/10/19 | Lawrence T. Silvestro | 212 | Review new Title III action and procedures for filing in said action. | 0.90 | $243.00 |
| 10/10/19 | Tal J. Singer | 212 | Review PBA documents to note all upcoming deadlines. | 0.90 | $243.00 |
| 10/10/19 | Angelo Monforte | 212 | Review docket and compile briefing in connection with the joint plan of adjustment per M. Triggs. | 0.60 | $162.00 |
| 10/10/19 | Angelo Monforte | 212 | Review dockets and distribute omnibus objections and related filings in connection to the joint plan of adjustment per M. Rochman. | 1.20 | $324.00 |
| 10/11/19 | Karina Pantoja | 212 | Conference with C. Tarrant regarding translation of notice of commencement (0.20); Translate notice of commencement (1.20). | 1.40 | $378.00 |
| 10/11/19 | Scarlett A. Neuberger | 212 | Draft proposed order for bar date motion per P. Omorogbe (0.60); Teleconference with P. Omorogbe regarding same (0.80). | 1.40 | $378.00 |
| 10/11/19 | Olaide M. Adejobi | 212 | Review draft notice of commencement of PBA Title III case per C. Tarrant. | 0.30 | $81.00 |
| 10/11/19 | Christopher M. Tarrant | 212 | Review notice of commencement proofs for publications in various journals (0.60); Review publications (0.40); Teleconference with PrimeClerk regarding same (0.60); E-mails with PrimeClerk regarding same (0.30). | 1.90 | $513.00 |
| 10/14/19 | Christopher M. Tarrant | 212 | Teleconference with PrimeClerk regarding PBA notice of commencement publication (0.30); Follow up e-mail regarding same (0.30). | 0.60 | $162.00 |
| 10/17/19 | Christopher M. Tarrant | 212 | Finalize all notices of appearance (0.40); E-mail same to E. Stevens for review (0.20). | 0.60 | $162.00 |
| 10/18/19 | Christopher M. Tarrant | 212 | E-mail and calls with PrimeClerk regarding status of publications of notice of commencement. | 0.40 | $108.00 |
| 10/21/19 | Christopher M. Tarrant | 212 | Research regarding motion to extend deadlines regarding notice of removal (1.40); E-mail with P. Omorogbe regarding same (0.20). | 1.60 | $432.00 |
| 10/21/19 | Lawrence T. Silvestro | 212 | Prepare draft of PBA motion to extend time to remand cases and review governing procedures and rules (1.80). | 1.80 | $486.00 |

33260 FOMB

Invoice 190131925

PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

0083 PROMESA TITLE III: PBA

Page 7

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 10/22/19 | Lawrence T. Silvestro | 212 | Prepare draft of PBA motion to extend time to remand cases and review governing procedures and rules (1.80). | 1.80 | $486.00 |
| 10/28/19 | Angelo Monforte | 212 | Prepare exhibits to notice of filing of PrimeClerk certifications related to PrimeClerk engagement per P. Omorogbe. | 1.40 | $378.00 |
| **General Administration** | | | | **22.30** | **$6,021.00** |

**Employment and Fee Applications -- 218**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 10/01/19 | Elliot Stevens | 218 | E-mail with D. Brown relating to PBA monthly fee statement filing (0.10). | 0.10 | $78.90 |
| 10/02/19 | Elliot Stevens | 218 | Review and comment on PBA fee monthly statement, and e-mail with D. Brown relating to same. | 0.10 | $78.90 |
| **Employment and Fee Applications** | | | | **0.20** | **$157.80** |

**Total for Professional Services**                                   **$34,431.30**

33260 FOMB                                                                Invoice 190131925
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
    0083 PROMESA TITLE III: PBA                                                    Page 8

**Timekeeper Summary**

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---:|---:|---:|
| JEFFREY W. LEVITAN | PARTNER | 0.60 | 789.00 | $473.40 |
| MATTHEW H. TRIGGS | PARTNER | 8.50 | 789.00 | $6,706.50 |
| **Total for PARTNER** | | **9.10** | | **$7,179.90** |
| | | | | |
| ELLIOT STEVENS | ASSOCIATE | 3.30 | 789.00 | $2,603.70 |
| LAURA STAFFORD | ASSOCIATE | 0.60 | 789.00 | $473.40 |
| MAJA ZERJAL | ASSOCIATE | 0.60 | 789.00 | $473.40 |
| MATTHEW I. ROCHMAN | ASSOCIATE | 0.50 | 789.00 | $394.50 |
| PHILIP OMOROGBE | ASSOCIATE | 20.70 | 789.00 | $16,332.30 |
| STEVE MA | ASSOCIATE | 0.90 | 789.00 | $710.10 |
| **Total for ASSOCIATE** | | **26.60** | | **$20,987.40** |
| | | | | |
| ANGELO MONFORTE | LEGAL ASSISTANT | 4.10 | 270.00 | $1,107.00 |
| CHRISTOPHER M. TARRANT | LEGAL ASSISTANT | 7.40 | 270.00 | $1,998.00 |
| KARINA PANTOJA | LEGAL ASSISTANT | 1.40 | 270.00 | $378.00 |
| LAWRENCE T. SILVESTRO | LEGAL ASSISTANT | 4.50 | 270.00 | $1,215.00 |
| OLAIDE M. ADEJOBI | LEGAL ASSISTANT | 0.30 | 270.00 | $81.00 |
| SCARLETT A. NEUBERGER | LEGAL ASSISTANT | 4.60 | 270.00 | $1,242.00 |
| TAL J. SINGER | LEGAL ASSISTANT | 0.90 | 270.00 | $243.00 |
| **Total for LEGAL ASSISTANT** | | **23.20** | | **$6,264.00** |
| | | | | |
| | **Total** | **58.90** | | **$34,431.30** |

**For Charges and Disbursements**

| Date | Timekeeper | Type | Description | Amount |
|---|---|---|---|---:|
| 10/01/2019 | Elizabeth Torres | REPRODUCTION | REPRODUCTION | $0.20 |
| 10/01/2019 | Elizabeth Torres | REPRODUCTION | REPRODUCTION | $1.00 |
| 10/01/2019 | Elizabeth Torres | REPRODUCTION | REPRODUCTION | $0.20 |
| 10/01/2019 | Elizabeth Torres | REPRODUCTION | REPRODUCTION | $1.40 |
| 10/01/2019 | Elizabeth Torres | REPRODUCTION | REPRODUCTION | $1.60 |
| 10/01/2019 | Elizabeth Torres | REPRODUCTION | REPRODUCTION | $3.00 |
| 10/01/2019 | Elizabeth Torres | REPRODUCTION | REPRODUCTION | $8.20 |
| 10/01/2019 | Elizabeth Torres | REPRODUCTION | REPRODUCTION | $3.20 |
| 10/01/2019 | Elizabeth Torres | REPRODUCTION | REPRODUCTION | $6.00 |
| 10/01/2019 | Elizabeth Torres | REPRODUCTION | REPRODUCTION | $2.60 |
| | | | **Total for REPRODUCTION** | **$27.40** |

**Charges and Disbursements Summary**

| Type of Disbursements | Amount |
|---|---:|
| REPRODUCTION | 27.40 |
| **Total Expenses** | **$27.40** |
| | |
| **Total Amount for this Matter** | **$34,458.70** |

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO PUBLIC BUILDINGS
AUTHORITY,

    Debtor.

-------------------------------------------------------------x

PROMESA
Title III

No. 19 BK 5523-LTS

(Joint Administration Requested)

**COVER SHEET TO THIRD MONTHLY FEE APPLICATION OF PROSKAUER ROSE
LLP AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO
PUBLIC BUILDINGS AUTHORITY ("PBA")
FOR THE PERIOD NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Name of Applicant:                              Proskauer Rose LLP ("Proskauer")

Authorized to Provide
Professional Services to:                       Financial Oversight and Management Board, as
                                                Representative for the Debtor Pursuant to
                                                PROMESA Section 315(b)

Period for which compensation
and reimbursement for fees and services
is sought:                                      November 1, 2019 through November 30, 2019

Amount of compensation sought
as actual, reasonable and necessary:            **$62,437.80**

Amount of expense reimbursement
sought as actual, reasonable and necessary:     **$11.10**

Total Amount for these Invoices:                **$62,448.90**

This is a: _X_ monthly __ interim __ final application.

This is Proskauer's third monthly fee application in these cases.

## Principal Certification

I hereby authorize the submission of this Monthly Fee Statement for November 2019.


Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On December 23, 2019 sent to:

**FOMB:**
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn:  Professor Arthur J. Gonzalez
      FOMB Board Member

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

**Office of United States Trustee**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
      Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn:  Luc. A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:  Juan J. Casillas Ayala, Esq.
      Alberto J. E. Añeses Negrón, Esq.

**Co-Counsel for the Fee Examiner**
Godfrey & Kahn S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF:**
O'Melveny & Myers LLP,
Times Square Tower
7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq.
      Suzzanne Uhland, Esq.
      Diana M. Perez, Esq.

Marini Pietrantoni Muñiz LLC
MCS Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
      Carolina Velaz-Rivero, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block  LLP
919 Third Avenue
New York, NY 10022-3908
Attn.:  Robert Gordon, Esq.
      Richard Levin, Esq.

Jenner & Block  LLP
353 N. Clark Street
Chicago, IL 60654
Attn.:  Catherine Steege, Esq.
      Melissa Root, Esq.

Bennazar, García & Milián, C.S.P.
Edificio Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn.:  A.J. Bennazar-Zequeira, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
      Central Accounting
      Omar E. Rodríguez Pérez, CPA, Assistant
       Secretary of Central Accounting
      Angel L. Pantoja Rodríguez, Deputy Assistant of
       Internal Revenue and Tax Policy
      Francisco Parés Alicea, Assistant Secretary of
       Internal Revenue and Tax Policy
      Francisco Peña Montañez, CPA, Assistant
       Secretary of the Treasury

4

**Summary of Legal Fees for the Period November 2019**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| **PBA - General** | | | |
| 201 | Tasks relating to the Board, its Members, its Staff, its Advisors or its Consultants | 10.20 | $8,047.80 |
| 202 | Legal Research | 2.80 | $756.00 |
| 205 | Communications with the Commonwealth and its Representatives of the Commonwealth or its Instrumentalities | 3.00 | $2,367.00 |
| 206 | Documents Filed on Behalf of the Board | 55.30 | $42,645.60 |
| 207 | Non-Board Court Filings | 0.60 | $265.80 |
| 210 | Analysis and Strategy | 8.10 | $6,390.90 |
| 212 | General Administration | 3.10 | $837.00 |
| 218 | Employment and Fee Applications | 3.30 | $891.00 |
| 220 | Fee Applications for Other Parties | 0.30 | $236.70 |
| | **Total** | **86.70** | **$62,437.80** |

**Summary of Legal Fees for the Period November 2019**

### ACROSS ALL PBA-RELATED MATTERS

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Brian S. Rosen | Partner | BSGR & B | $789.00 | 0.40 | $315.60 |
| Jeffrey W. Levitan | Partner | BSGR & B | $789.00 | 2.60 | $2,051.40 |
| Maja Zerjal | Partner | BSGR & B | $789.00 | 0.30 | $236.70 |
| Michael A. Firestein | Partner | Litigation | $789.00 | 1.20 | $946.80 |
| Brooke H. Blackwell | Associate | Corporate | $789.00 | 5.60 | $4,418.40 |
| Laura Stafford | Associate | Litigation | $789.00 | 3.20 | $2,524.80 |
| Matthew A. Skrzynski | Associate | BSGR & B | $789.00 | 0.60 | $473.40 |
| Philip Omorogbe | Associate | Corporate | $789.00 | 48.90 | $38,582.10 |
| Steve Ma | Associate | BSGR & B | $789.00 | 12.40 | $9,783.60 |
| | | | **TOTAL** | **75.20** | **$59,332.80** |

| Paraprofessional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Christopher M. Tarrant | Legal Assistant | BSGR & B | $270.00 | 5.10 | $1,377.00 |
| Natasha Petrov | Legal Assistant | BSGR & B | $270.00 | 3.30 | $891.00 |
| Tal J. Singer | Legal Assistant | Litigation | $270.00 | 3.10 | $837.00 |
| | | | **TOTAL** | **11.50** | **$3,105.00** |

| SUMMARY OF LEGAL FEES | Hours 86.70 | Fees $62,437.80 |
|---|---|---|

6

<u>Summary of Disbursements for the period November 2019</u>

### ACROSS ALL PBA-RELATED MATTERS

| EXPENSE CATEGORY | AMOUNTS |
|---|---:|
| Reproduction | $11.10 |
| **Total** | **$ 11.10** |

Proskauer requests payment of fees and reimbursement of expenses in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $56,194.02, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $11.10) in the total amount $56,205.12.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice.  The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico.  The amount of this invoice is reasonable.  The services were rendered and the corresponding payment has not been made.  To the best of my knowledge, Proskauer Rose LLP does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

_/s/ Martin J. Bienenstock_
Martin J. Bienenstock (_pro hac vice_)

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

# **Exhibit A**

33260 FOMB                                                                  Invoice 190135256
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0083 PROMESA TITLE III: PBA                                                          Page 1

| Summary of Time Billed by Task | Hours | Value |
|---|---|---|
| 201 | Tasks relating to the Board and Associated Members | 10.20 | $8,047.80 |
| 202 | Legal Research | 2.80 | $756.00 |
| 205 | Communications with the Commonwealth and its Representatives | 3.00 | $2,367.00 |
| 206 | Documents Filed on Behalf of the Board | 55.30 | $42,645.60 |
| 207 | Non-Board Court Filings | 0.60 | $265.80 |
| 210 | Analysis and Strategy | 8.10 | $6,390.90 |
| 212 | General Administration | 3.10 | $837.00 |
| 218 | Employment and Fee Applications | 3.30 | $891.00 |
| 220 | Fee Applications for Other Parties | 0.30 | $236.70 |
| | **Total** | **86.70** | **$62,437.80** |

33260 FOMB                                                                    Invoice 190135256
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0083 PROMESA TITLE III: PBA                                                            Page 2

## Tasks relating to the Board and Associated Members -- 201

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 11/17/19 | Philip Omorogbe | 201 | Communication with J. El Koury and Alvarez Marsal regarding PBA engagement (0.20); Draft addendum regarding same (2.50). | 2.70 | $2,130.30 |
| 11/20/19 | Philip Omorogbe | 201 | Call from J. El Koury regarding Alvarez Marsal addendum. | 0.20 | $157.80 |
| 11/20/19 | Philip Omorogbe | 201 | Draft addendum to Alvarez Marsal engagement regarding PBA Title III. | 2.90 | $2,288.10 |
| 11/21/19 | Philip Omorogbe | 201 | Draft changes to Alvarez Marsal addendum reflecting Board conflict of interest concerns. | 4.40 | $3,471.60 |
| **Tasks relating to the Board and Associated Members** | | | | **10.20** | **$8,047.80** |

## Legal Research -- 202

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 11/15/19 | Christopher M. Tarrant | 202 | Research related to additional time to file schedules and matrix. | 1.60 | $432.00 |
| 11/18/19 | Christopher M. Tarrant | 202 | Research regarding motion for further extension of time to file creditor matrix (0.80); Review and revise draft motion of same (0.40). | 1.20 | $324.00 |
| **Legal Research** | | | | **2.80** | **$756.00** |

## Communications with the Commonwealth and its Representatives -- 205

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 11/12/19 | Philip Omorogbe | 205 | Communication with AAFAF regarding civil actions involving PBA. | 0.20 | $157.80 |
| 11/13/19 | Philip Omorogbe | 205 | Communication with counsel for AAFAF and Ankura regarding creditor matric (0.30); Review case management order regarding same (0.10). | 0.40 | $315.60 |
| 11/14/19 | Philip Omorogbe | 205 | Correspondence with AAFAF and Ankura regarding PBA creditor matrix. | 0.40 | $315.60 |
| 11/15/19 | Philip Omorogbe | 205 | Communication with Ankura and AAFAF regarding PBA creditor matrix. | 0.30 | $236.70 |
| 11/19/19 | Philip Omorogbe | 205 | Communication with AAFAF and Ankura regarding creditor matrix (0.30); Communication to B. Rosen and J. Levitan regarding same (0.40); Draft extension motion regarding creditor matrix (0.50). | 1.20 | $946.80 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 11/26/19 | Philip Omorogbe | 205 | Call from D. Barrett at Ankura regarding creditor matrix (0.20); Communication to PBA team regarding same (0.30). | 0.50 | $394.50 |
| **Communications with the Commonwealth and its Representatives** | | | | **3.00** | **$2,367.00** |

**Documents Filed on Behalf of the Board -- 206**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 11/01/19 | Philip Omorogbe | 206 | Conference and e-mails with J. Levitan regarding PBA removal extension motion. | 0.40 | $315.60 |
| 11/01/19 | Jeffrey W. Levitan | 206 | Review and revise removal motion (0.60); Conference with P. Omorogbe regarding removal motion (0.20). | 0.80 | $631.20 |
| 11/04/19 | Jeffrey W. Levitan | 206 | Conference P. Omorogbe regarding remand, lease deadline (0.20); Review e-mails regarding removal, e-mail P. Omorogbe regarding removal (0.30). | 0.50 | $394.50 |
| 11/04/19 | Philip Omorogbe | 206 | Draft portion of motion related to PBA general bar date (1.30); Review Commonwealth bar date motion regarding same (0.60); Draft issues list regarding bar date motion (0.40). | 2.30 | $1,814.70 |
| 11/04/19 | Philip Omorogbe | 206 | Communication with O'Melveny regarding pertinent information for PBA remand motion (0.40). | 0.40 | $315.60 |
| 11/04/19 | Philip Omorogbe | 206 | Draft portion of proposed order and notices related to PBA motion to set general bar date (1.00). | 1.00 | $789.00 |
| 11/05/19 | Philip Omorogbe | 206 | Draft portion of proposed order, notices and related exhibits regarding PBA motion to set general bar date (0.80); E-mail to S. Ma regarding same (0.20). | 1.00 | $789.00 |
| 11/05/19 | Philip Omorogbe | 206 | Review motion by PBA requesting time to set general bar date (0.60); Review Commonwealth bar date motion and proposed order regarding same (0.30); Draft portion of PBA general bar date motion (0.50); Draft e-mail to S. Ma regarding same (0.30); Update issues list regarding motion (0.40). | 2.10 | $1,656.90 |
| 11/05/19 | Steve MA | 206 | Review and comment on draft PBA bar date motion. | 3.40 | $2,682.60 |
| 11/06/19 | Philip Omorogbe | 206 | E-mail to O'Melveny regarding motion to remove actions to PBA Title III Case. | 0.30 | $236.70 |
| 11/06/19 | Steve MA | 206 | Review and comment on proposed bar date order and notices for PBA. | 1.20 | $946.80 |
| 11/07/19 | Steve MA | 206 | Review and comment on draft proposed order and notices for PBA bar date motion. | 3.10 | $2,445.90 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 11/11/19 | Brooke H. Blackwell | 206 | Review and revise bar date motion and proposed order (0.50); Internal communications with P. Omorogbe regarding same (0.20). | 0.70 | $552.30 |
| 11/11/19 | Philip Omorogbe | 206 | E-mail with S. Ma and L. Stafford regarding filing of PBA bar date motion (0.40); Review PBA Bar date proposed order regarding comments by S. Ma (0.70). | 1.10 | $867.90 |
| 11/12/19 | Brooke H. Blackwell | 206 | Review comments from S. Ma regarding revisions to motion and proposed order for bar date (1.20); Revise draft of motion and proposed order for bar date (1.90); Prepare summary of outstanding issues and further revisions in e-mail to P. Omorogbe (0.40); Call with P. Omorogbe regarding same (0.10). | 3.60 | $2,840.40 |
| 11/13/19 | Brooke H. Blackwell | 206 | Review and revise memorandum in support of bar date order for PBA (0.70); Confer with P. Omorogbe regarding follow-up for same (0.40). | 1.10 | $867.90 |
| 11/13/19 | Philip Omorogbe | 206 | Review S. Ma comments to motion requesting general bar date in PBA's Title III case (0.60); Draft motion addressing comments (1.90); Draft issues list regarding same (0.70); Discuss same with B. Blackwell (0.40). | 3.60 | $2,840.40 |
| 11/14/19 | Philip Omorogbe | 206 | Draft PBA bar date motion and proposed order regarding same. | 2.70 | $2,130.30 |
| 11/14/19 | Steve MA | 206 | Review and revise draft PBA bar date motion and proposed order. | 3.90 | $3,077.10 |
| 11/15/19 | Philip Omorogbe | 206 | Review draft creditor matrix from Ankura (0.30); E-mail to S. Ma regarding same (0.60); Review PBA documents regarding same (0.20). | 1.10 | $867.90 |
| 11/15/19 | Philip Omorogbe | 206 | Review PBA bar date motion proposed order. | 2.10 | $1,656.90 |
| 11/15/19 | Philip Omorogbe | 206 | Review HTA creditor matrix regarding PBA creditor matrix (0.40); Communication with B. Rosen regarding same (0.20); Draft urgent motion extending time to file creditor matrix (0.50). | 1.10 | $867.90 |
| 11/16/19 | Philip Omorogbe | 206 | E-mail to L. Stafford and S. Ma regarding PBA bar date motion. | 0.70 | $552.30 |
| 11/18/19 | Philip Omorogbe | 206 | Draft portion of extension to creditor matrix deadline. | 2.50 | $1,972.50 |
| 11/18/19 | Philip Omorogbe | 206 | Draft urgent motion to extend PBA time to file creditor matrix (0.70); Communication with B. Rosen regarding same (0.30); Communication with D. Barrett regarding same (0.20). | 1.20 | $946.80 |

33260 FOMB                                                                   Invoice 190135256
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0083 PROMESA TITLE III: PBA                                                              Page 5

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/18/19 | Philip Omorogbe | 206 | Draft motion for PBA to remove civil action into Title III case (2.20); Communication with J. Levitan regarding same (0.60). | 2.80 | $2,209.20 |
| 11/18/19 | Philip Omorogbe | 206 | Review case management order regarding motions to extend deadline (0.90); Discuss same with J. Levitan (0.20); Discuss same with B. Rosen (0.20); Draft communication to B Rosen and J. Levitan regarding same (0.30). | 1.60 | $1,262.40 |
| 11/18/19 | Jeffrey W. Levitan | 206 | Review e-mails, conference P. Omorogbe regarding removal, creditor matrix (0.20); Review draft motion regarding removal extension, conference P. Omorogbe (0.30); Review case management order, conference P. Omorogbe (0.20); E-mail B. Rosen regarding matrix (0.10). | 0.80 | $631.20 |
| 11/19/19 | Christopher M. Tarrant | 206 | Review and revise motion to further extend time to file creditor matrix. | 1.10 | $297.00 |
| 11/19/19 | Jeffrey W. Levitan | 206 | Conferences P. Omorogbe, B. Rosen regarding creditor matrix, review e-mails regarding same. | 0.50 | $394.50 |
| 11/21/19 | Laura Stafford | 206 | Revise draft motion for extension of time regarding creditor matrix (0.70). | 0.70 | $552.30 |
| 11/21/19 | Philip Omorogbe | 206 | Draft and fie motion to extend time for PBA to file creditor matrix. | 2.20 | $1,735.80 |
| 11/21/19 | Christopher M. Tarrant | 206 | Review and revise proposed order regarding motion to further extend time to file creditor matrix. | 0.80 | $216.00 |
| 11/26/19 | Philip Omorogbe | 206 | Review certificate of no objection regarding creditor matrix extension (0.40); Discuss same with T. Singer (0.50). | 0.90 | $710.10 |
| 11/27/19 | Philip Omorogbe | 206 | Communication regarding administrative expenses portion of PBA proof of claim with M. Skrzynski (0.30); Update PBA bar date order following creditor matrix extension motion (1.70). | 2.00 | $1,578.00 |
| **Documents Filed on Behalf of the Board** | | | | **55.30** | **$42,645.60** |

**Non-Board Court Filings -- 207**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/21/19 | Michael A. Firestein | 207 | Review PBA motion on creditor matrix (0.20). | 0.20 | $157.80 |
| 11/25/19 | Christopher M. Tarrant | 207 | Review order regarding motion to extend time to file matrix (0.20); E-mail P. Omorogbe regarding same (0.20). | 0.40 | $108.00 |
| **Non-Board Court Filings** | | | | **0.60** | **$265.80** |

33260 FOMB                                                                                      Invoice 190135256
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

0083 PROMESA TITLE III: PBA                                                                              Page 6

**Analysis and Strategy -- 210**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 11/11/19 | Philip Omorogbe | 210 | Discuss PBA bar date motion with B. Blackwell. | 0.30 | $236.70 |
| 11/11/19 | Philip Omorogbe | 210 | Draft task list of PBA related motions and deadlines for J. Levitan and B. Rosen (0.60); Review related motions and deadlines regarding same (0.30). | 0.90 | $710.10 |
| 11/11/19 | Steve MA | 210 | E-mail with P. Omorogbe regarding creditor matrix and bar date motion. | 0.20 | $157.80 |
| 11/11/19 | Laura Stafford | 210 | E-mails with P. Omorogbe and S. Ma regarding PBA bar date motion (0.60). | 0.60 | $473.40 |
| 11/13/19 | Laura Stafford | 210 | E-mails with P. Omorogbe regarding PBA claims reconciliation (0.50). | 0.50 | $394.50 |
| 11/14/19 | Laura Stafford | 210 | Call with B. Rosen and P. Omorogbe regarding PBA bar date motion (0.30). | 0.30 | $236.70 |
| 11/14/19 | Laura Stafford | 210 | E-mails with P. Omorogbe and S. Ma regarding PBA bar date motion (0.30). | 0.30 | $236.70 |
| 11/14/19 | Brian S. Rosen | 210 | Meeting with P. Omorogbe and L. Stafford regarding PBA items (0.30); E-mails with same regarding same (0.10). | 0.40 | $315.60 |
| 11/14/19 | Philip Omorogbe | 210 | Draft timelines regarding PBA general bar date. | 0.60 | $473.40 |
| 11/14/19 | Philip Omorogbe | 210 | Meeting with B. Rosen and L. Stafford regarding PBA Bar date motion (0.30). | 0.30 | $236.70 |
| 11/14/19 | Philip Omorogbe | 210 | E-mail to S. Ma and L. Stafford regarding timeline for PBA Title III. | 0.20 | $157.80 |
| 11/15/19 | Steve MA | 210 | Call with P. Omorogbe regarding PBA bar date motion and creditor matrix (0.10); Review creditor matrix documents (0.50). | 0.60 | $473.40 |
| 11/16/19 | Michael A. Firestein | 210 | Draft e-mails to Brown Rudnick on GO/PBA scheduling order strategy (0.40). | 0.40 | $315.60 |
| 11/16/19 | Laura Stafford | 210 | E-mails with P. Omorogbe regarding PBA bar date motion (0.10). | 0.10 | $78.90 |
| 11/17/19 | Laura Stafford | 210 | E-mails with J. Herriman, P. Omorogbe, S. Ma, J. Levitan, B. Rosen, E. Barak, and M. Zerjal regarding PBA claims (0.50). | 0.50 | $394.50 |
| 11/18/19 | Michael A. Firestein | 210 | Review Brown Rudnick correspondence and draft same concerning GO/PBA order (0.30); Call with T. Axelrod on GO/PBA scheduling order (0.30). | 0.60 | $473.40 |
| 11/21/19 | Laura Stafford | 210 | Call with P. Omorogbe regarding PBA engagement letter (0.20). | 0.20 | $157.80 |
| 11/25/19 | Brooke H. Blackwell | 210 | Internal communications with P. Omorogbe regarding bar date order and motion (0.20). | 0.20 | $157.80 |

33260 FOMB
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD MEMBER

0083 PROMESA TITLE III: PBA

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 11/27/19 | Philip Omorogbe | 210 | Communication with S. Ma, B. Blackwell and L. Stafford regarding creditor matrix extension. | 0.30 | $236.70 |
| 11/27/19 | Matthew A. Skrzynski | 210 | Correspond with P. Omorogbe regarding draft bar date order. | 0.30 | $236.70 |
| 11/27/19 | Matthew A. Skrzynski | 210 | Review draft bar date order regarding administrative expenses. | 0.30 | $236.70 |
| **Analysis and Strategy** | | | | **8.10** | **$6,390.90** |

## General Administration -- 212

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 11/26/19 | Tal J. Singer | 212 | Draft certificate of no objection for an order extending the date to file creditor matrix per P. Omorogbe (2.10); Meet with P. Omorogbe regarding same (0.50); Make changes to same per P. Omorogbe (0.50). | 3.10 | $837.00 |
| **General Administration** | | | | **3.10** | **$837.00** |

## Employment and Fee Applications -- 218

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 11/15/19 | Natasha Petrov | 218 | Review September invoice (0.40); Begin drafting Proskauer first interim fee application (1.10). | 1.50 | $405.00 |
| 11/19/19 | Natasha Petrov | 218 | Continue drafting Proskauer first interim fee application (0.80); Calculations regarding same (0.40). | 1.20 | $324.00 |
| 11/25/19 | Natasha Petrov | 218 | Review Proskauer October monthly statement in connection with drafting interim application (0.30); Calculations for Proskauer first interim fee application regarding same (0.30). | 0.60 | $162.00 |
| **Employment and Fee Applications** | | | | **3.30** | **$891.00** |

## Fee Applications for Other Parties -- 220

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 11/17/19 | Maja Zerjal | 220 | Review correspondence regarding claim reconciliation advisor retention. | 0.30 | $236.70 |
| **Fee Applications for Other Parties** | | | | **0.30** | **$236.70** |

| | | | | | |
|------|-----------|------|-------------|-------|--------|
| **Total for Professional Services** | | | | | **$62,437.80** |

33260 FOMB                                                                          Invoice 190135256
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
        0083 PROMESA TITLE III: PBA                                                            Page 8

**Timekeeper Summary**

| Timekeeper | Status | Hours | Rate | Value |
|------------|--------|------:|-----:|------:|
| BRIAN S. ROSEN | PARTNER | 0.40 | 789.00 | $315.60 |
| JEFFREY W. LEVITAN | PARTNER | 2.60 | 789.00 | $2,051.40 |
| MAJA ZERJAL | PARTNER | 0.30 | 789.00 | $236.70 |
| MICHAEL A. FIRESTEIN | PARTNER | 1.20 | 789.00 | $946.80 |
| **Total for PARTNER** | | **4.50** | | **$3,550.50** |
| | | | | |
| BROOKE H. BLACKWELL | ASSOCIATE | 5.60 | 789.00 | $4,418.40 |
| LAURA STAFFORD | ASSOCIATE | 3.20 | 789.00 | $2,524.80 |
| MATTHEW A. SKRZYNSKI | ASSOCIATE | 0.60 | 789.00 | $473.40 |
| PHILIP OMOROGBE | ASSOCIATE | 48.90 | 789.00 | $38,582.10 |
| STEVE MA | ASSOCIATE | 12.40 | 789.00 | $9,783.60 |
| **Total for ASSOCIATE** | | **70.70** | | **$55,782.30** |
| | | | | |
| CHRISTOPHER M. TARRANT | LEGAL ASSISTANT | 5.10 | 270.00 | $1,377.00 |
| NATASHA PETROV | LEGAL ASSISTANT | 3.30 | 270.00 | $891.00 |
| TAL J. SINGER | LEGAL ASSISTANT | 3.10 | 270.00 | $837.00 |
| **Total for LEGAL ASSISTANT** | | **11.50** | | **$3,105.00** |
| | | | | |
| **Total** | | **86.70** | | **$62,437.80** |

**For Charges and Disbursements**

| Date | Timekeeper | Type | Description | Amount |
|------|-----------|------|-------------|-------:|
| 11/04/2019 | Elizabeth Torres | REPRODUCTION | REPRODUCTION | $0.50 |
| 11/04/2019 | Elizabeth Torres | REPRODUCTION | REPRODUCTION | $0.50 |
| 11/04/2019 | Elizabeth Torres | REPRODUCTION | REPRODUCTION | $3.30 |
| 11/04/2019 | Elizabeth Torres | REPRODUCTION | REPRODUCTION | $0.30 |
| 11/04/2019 | Elizabeth Torres | REPRODUCTION | REPRODUCTION | $0.30 |
| 11/04/2019 | Elizabeth Torres | REPRODUCTION | REPRODUCTION | $0.10 |
| 11/21/2019 | Philip Omorogbe | REPRODUCTION | REPRODUCTION | $0.10 |
| 11/21/2019 | Philip Omorogbe | REPRODUCTION | REPRODUCTION | $0.80 |
| 11/21/2019 | Philip Omorogbe | REPRODUCTION | REPRODUCTION | $0.10 |
| 11/21/2019 | Philip Omorogbe | REPRODUCTION | REPRODUCTION | $0.10 |
| 11/21/2019 | Philip Omorogbe | REPRODUCTION | REPRODUCTION | $0.20 |
| 11/21/2019 | Philip Omorogbe | REPRODUCTION | REPRODUCTION | $0.80 |
| 11/21/2019 | Philip Omorogbe | REPRODUCTION | REPRODUCTION | $0.90 |
| 11/21/2019 | Philip Omorogbe | REPRODUCTION | REPRODUCTION | $1.00 |
| 11/21/2019 | Philip Omorogbe | REPRODUCTION | REPRODUCTION | $0.30 |
| 11/21/2019 | Philip Omorogbe | REPRODUCTION | REPRODUCTION | $0.90 |
| 11/21/2019 | Philip Omorogbe | REPRODUCTION | REPRODUCTION | $0.60 |
| 11/21/2019 | Philip Omorogbe | REPRODUCTION | REPRODUCTION | $0.30 |
| | | | **Total for REPRODUCTION** | **$11.10** |

**Charges and Disbursements Summary**

| Type of Disbursements | Amount |
|-----------------------|-------:|
| REPRODUCTION | 11.10 |
| **Total Expenses** | **$11.10** |

33260 FOMB                                                                    Invoice 190135256
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0083 PROMESA TITLE III: PBA                                                         Page 9

**Total Amount for this Matter**                                              **$62,448.90**

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

---

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO PUBLIC BUILDINGS
AUTHORITY,

     Debtor.

-------------------------------------------------------------x

PROMESA
Title III

No. 19 BK 5523-LTS

(Joint Administration Requested)

---

## COVER SHEET TO FOURTH MONTHLY FEE APPLICATION OF PROSKAUER ROSE LLP AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO PUBLIC BUILDINGS AUTHORITY ("PBA") FOR THE PERIOD DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Name of Applicant:                              Proskauer Rose LLP ("Proskauer")

Authorized to Provide
Professional Services to:                       Financial Oversight and Management Board, as
                                                Representative for the Debtor Pursuant to
                                                PROMESA Section 315(b)

Period for which compensation
and reimbursement for fees and services
is sought:                                      December 1, 2019 through December 31, 2019

Amount of compensation sought
as actual, reasonable and necessary:            **$19,028.10**

Amount of expense reimbursement
sought as actual, reasonable and necessary:     **$42.00**

Total Amount for these Invoices:                **$19,070.10**

This is a: _X_ monthly __ interim __ final application.

This is Proskauer's fouth monthly fee application in these cases.

2

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for December 2019.


_____

Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On January 25, 2019 sent to:

**FOMB:**
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn:  Professor Arthur J. Gonzalez
          FOMB Board Member

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

**Office of United States Trustee**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
          Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn:  Luc. A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:  Juan J. Casillas Ayala, Esq.
          Alberto J. E. Añeses Negrón, Esq.

**Co-Counsel for the Fee Examiner**
Godfrey & Kahn S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF:**
O'Melveny & Myers LLP,
Times Square Tower
7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq.
          Suzzanne Uhland, Esq.
          Diana M. Perez, Esq.

Marini Pietrantoni Muñiz LLC
MCS Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
          Carolina Velaz-Rivero, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block  LLP
919 Third Avenue
New York, NY 10022-3908
Attn.:  Robert Gordon, Esq.
          Richard Levin, Esq.

Jenner & Block  LLP
353 N. Clark Street
Chicago, IL 60654
Attn.:  Catherine Steege, Esq.
          Melissa Root, Esq.

Bennazar, García & Milián, C.S.P.
Edificio Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn.:  A.J. Bennazar-Zequeira, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
          Central Accounting
          Omar E. Rodríguez Pérez, CPA, Assistant
          Secretary of Central Accounting
          Angel L. Pantoja Rodríguez, Deputy Assistant of
          Internal Revenue and Tax Policy
          Francisco Parés Alicea, Assistant Secretary of
          Internal Revenue and Tax Policy
          Francisco Peña Montañez, CPA, Assistant
          Secretary of the Treasury

4

**Summary of Legal Fees for the Period December 2019**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| | **PBA - General** | | |
| 201 | Tasks relating to the Board, its Members, its Staff, its Advisors or its Consultants | 1.50 | $1,183.50 |
| 202 | Legal Research | 2.00 | $1,578.00 |
| 205 | Communications with the Commonwealth and its Representatives of the Commonwealth or its Instrumentalities | 0.90 | $710.10 |
| 206 | Documents Filed on Behalf of the Board | 7.40 | $5,838.60 |
| 210 | Analysis and Strategy | 7.80 | $6,154.20 |
| 212 | General Administration | 5.00 | $1,350.00 |
| 217 | Tax | 1.30 | $1,025.70 |
| 218 | Employment and Fee Applications | 4.40 | $1,188.00 |
| | **Total** | **30.30** | **$19,028.10** |

**Summary of Legal Fees for the Period December 2019**

### ACROSS ALL PBA-RELATED MATTERS

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Brian S. Rosen | Partner | BSGR & B | $789.00 | 0.60 | $473.40 |
| Jeffrey W. Levitan | Partner | BSGR & B | $789.00 | 2.20 | $1,735.80 |
| Martin T. Hamilton | Partner | Tax | $789.00 | 1.30 | $1,025.70 |
| Michael A. Firestein | Partner | Litigation | $789.00 | 0.30 | $236.70 |
| Brooke H. Blackwell | Associate | Corporate | $789.00 | 0.30 | $236.70 |
| Elliot Stevens | Associate | BSGR & B | $789.00 | 0.20 | $157.80 |
| Laura Stafford | Associate | Litigation | $789.00 | 0.20 | $157.80 |
| Matthew A. Skrzynski | Associate | BSGR & B | $789.00 | 2.00 | $1,578.00 |
| Philip Omorogbe | Associate | Corporate | $789.00 | 13.10 | $10,335.90 |
| Steve Ma | Associate | BSGR & B | $789.00 | 0.20 | $157.80 |
| Megan R. Volin | Lawyer | Corporate | $789.00 | 0.50 | $394.50 |
| | | | **TOTAL** | **20.90** | **$16,490.10** |

| Paraprofessional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Angelo Monforte | Legal Assistant | Litigation | $270.00 | 0.80 | $216.00 |
| Karina Pantoja | Legal Assistant | Labor & Employment | $270.00 | 4.20 | $1,134.00 |
| Natasha Petrov | Legal Assistant | BSGR & B | $270.00 | 4.40 | $1,188.00 |
| | | | **TOTAL** | **9.40** | **$2,538.00** |

| SUMMARY OF LEGAL FEES | Hours 30.30 | Fees $19,028.10 |
|---|---|---|

Summary of Disbursements for the period December 2019

ACROSS ALL PBA-RELATED MATTERS

| EXPENSE CATEGORY | AMOUNTS |
|---|---:|
| Westlaw | $42.00 |
| **Total** | **$42.00** |

Proskauer requests payment of fees and reimbursement of expenses in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $17,125.29, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $42.00) in the total amount $17,167.29.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice.  The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico.  The amount of this invoice is reasonable.  The services were rendered and the corresponding payment has not been made.  To the best of my knowledge, Proskauer Rose LLP does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

_/s/ Martin J. Bienenstock_
Martin J. Bienenstock (_pro hac vice_)

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

9

# **Exhibit A**

33260 FOMB                                                                    Invoice 190138260
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
   0083 PROMESA TITLE III: PBA                                                    Page 1

| Summary of Time Billed by Task | | Hours | Value |
|---|---|---|---|
| 201 | Tasks relating to the Board and Associated Members | 1.50 | $1,183.50 |
| 202 | Legal Research | 2.00 | $1,578.00 |
| 205 | Communications with the Commonwealth and its Representatives | 0.90 | $710.10 |
| 206 | Documents Filed on Behalf of the Board | 7.40 | $5,838.60 |
| 210 | Analysis and Strategy | 7.80 | $6,154.20 |
| 212 | General Administration | 5.00 | $1,350.00 |
| 217 | Tax | 1.30 | $1,025.70 |
| 218 | Employment and Fee Applications | 4.40 | $1,188.00 |
| | **Total** | **30.30** | **$19,028.10** |

33260 FOMB                                                                    Invoice 190138260
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
        0083 PROMESA TITLE III: PBA                                                       Page 2

**Tasks relating to the Board and Associated Members -- 201**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 12/21/19 | Philip Omorogbe | 201 | E-mail to Board local counsel regarding filing of PBA motion to extend time to remove. | 0.20 | $157.80 |
| 12/23/19 | Philip Omorogbe | 201 | Correspond with Board local counsel regarding filing of PBA motion to extend time to remove (0.20); Review same before filing (0.30). | 0.50 | $394.50 |
| 12/31/19 | Philip Omorogbe | 201 | E-mail to Board local counsel regarding translation of bar date notices regarding PBA bar date motion. | 0.80 | $631.20 |
| **Tasks relating to the Board and Associated Members** | | | | **1.50** | **$1,183.50** |

**Legal Research -- 202**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 12/09/19 | Matthew A. Skrzynski | 202 | Review precedent chapter 9 bar date orders (1.60); Confer with S. Ma regarding same PBA proof of claim (0.10). | 1.70 | $1,341.30 |
| 12/13/19 | Philip Omorogbe | 202 | Review facts and case law in preparation for meeting with AAFAF regarding Triple S insurance matter. | 0.30 | $236.70 |
| **Legal Research** | | | | **2.00** | **$1,578.00** |

**Communications with the Commonwealth and its Representatives -- 205**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 12/11/19 | Philip Omorogbe | 205 | E-mail with AAFAF regarding motion to extend time to remove Commonwealth actions into PBA Title III Case. | 0.20 | $157.80 |
| 12/12/19 | Philip Omorogbe | 205 | E-mail to PBA and it's advisors concerning PBA's creditor matrix and list (0.10); Call with L. Stafford regarding same (0.20). | 0.30 | $236.70 |
| 12/13/19 | Philip Omorogbe | 205 | Call with counsel to AAFAF regarding Triple S insurance matter. | 0.30 | $236.70 |
| 12/18/19 | Philip Omorogbe | 205 | Communication to AAFAF regarding PBA creditor list and matrix. | 0.10 | $78.90 |
| **Communications with the Commonwealth and its Representatives** | | | | **0.90** | **$710.10** |

33260 FOMB                                                                       Invoice 190138260
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0083 PROMESA TITLE III: PBA                                                      Page 3

**Documents Filed on Behalf of the Board -- 206**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 12/02/19 | Brooke H. Blackwell | 206 | Review and revise bar date motion (0.30). | 0.30 | $236.70 |
| 12/02/19 | Megan R. Volin | 206 | Call with B. Blackwell regarding PBA certificate of no objection. | 0.10 | $78.90 |
| 12/03/19 | Megan R. Volin | 206 | Draft certificate of no objection for motion to extend date to file creditor matrix. | 0.20 | $157.80 |
| 12/04/19 | Megan R. Volin | 206 | Revise certificate of no objection and send to T. Singer for filing. | 0.20 | $157.80 |
| 12/19/19 | Philip Omorogbe | 206 | Analyze cases in Commonwealth Courts against PBA in connection with motion to extend time to remove to title III Court. | 0.50 | $394.50 |
| 12/19/19 | Jeffrey W. Levitan | 206 | Review revised motion regarding remand and e-mail P. Omorogbe regarding same (0.40). | 0.40 | $315.60 |
| 12/20/19 | Jeffrey W. Levitan | 206 | Revise removal extension motion (0.30); Conference with P. Omorogbe regarding removal motion (0.40). | 0.70 | $552.30 |
| 12/20/19 | Philip Omorogbe | 206 | Review docket for documents regarding filing of PBA motion to extend time to remove (0.40); Review case management order regarding same (0.20); Draft notice of filing regarding same (0.70); Draft remainder of motion to extend time to remove (0.90); Review cases to be removed concerning same (0.50); Discuss same with J. Levitan (0.40). | 3.10 | $2,445.90 |
| 12/21/19 | Philip Omorogbe | 206 | Continue draft of motion regarding extension of PBA time to remove cases into Title III case (1.10); Continue draft of motion regarding same (0.80). | 1.90 | $1,499.10 |
| **Documents Filed on Behalf of the Board** | | | | **7.40** | **$5,838.60** |

**Analysis and Strategy -- 210**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 12/09/19 | Philip Omorogbe | 210 | Discuss administrative expense regarding PBA general bar date with M. Skrzynski. | 0.30 | $236.70 |
| 12/09/19 | Michael A. Firestein | 210 | Review audit report issues on PBA leases (0.20); Draft memorandum on PBA lease audit (0.10). | 0.30 | $236.70 |
| 12/09/19 | Steve MA | 210 | Call with M. Skrzynski regarding PBA proof of claim form. | 0.10 | $78.90 |
| 12/09/19 | Matthew A. Skrzynski | 210 | Confer with P. Omorogbe regarding proof of claim administrative expense language (0.30). | 0.30 | $236.70 |

33260 FOMB                                                               Invoice 190138260
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
   0083 PROMESA TITLE III: PBA                                          Page 4

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 12/12/19 | Brian S. Rosen | 210 | Review L. Marini memorandum regarding PBA insurance proceeds (0.10); Memorandum to same regarding same (0.10). | 0.20 | $157.80 |
| 12/12/19 | Laura Stafford | 210 | Call with P. Omorogbe regarding PBA creditor matrix (0.20). | 0.20 | $157.80 |
| 12/12/19 | Philip Omorogbe | 210 | E-mail to S. Ma regarding PBA creditor matrix and list. | 0.10 | $78.90 |
| 12/13/19 | Philip Omorogbe | 210 | Review facts and case law regarding Triple S insurance matter. | 1.10 | $867.90 |
| 12/13/19 | Philip Omorogbe | 210 | Discuss Triple S insurance matter with C. Theodoridis. | 0.30 | $236.70 |
| 12/13/19 | Brian S. Rosen | 210 | Conference with J. Levitan regarding PBA insurance issues (0.20). | 0.20 | $157.80 |
| 12/13/19 | Philip Omorogbe | 210 | Review issues regarding Triple S insurance payment to PBA. | 0.90 | $710.10 |
| 12/13/19 | Jeffrey W. Levitan | 210 | Review e-mails, P. Omorogbe memorandum regarding insurance payment (0.40); Participate in call with L. Marini, P. Omorogbe regarding insurance payments (0.30); Review prior insurance motion and transcript (0.20); Conference B. Rosen regarding insurance payment (0.20). | 1.10 | $867.90 |
| 12/13/19 | Elliot Stevens | 210 | E-mails with P. Omorogbe relating to PBA insurance issues (0.20). | 0.20 | $157.80 |
| 12/18/19 | Philip Omorogbe | 210 | Review litigations against PBA in commonwealth Court regarding motion to extend time to remove such motions. | 1.20 | $946.80 |
| 12/21/19 | Brian S. Rosen | 210 | Review P. Omorogbe memorandum regarding removal (0.10); Memorandum to J. Levitan regarding same (0.10). | 0.20 | $157.80 |
| 12/30/19 | Philip Omorogbe | 210 | Confer with E. Barak regarding Triple S insurance payment matter. | 0.20 | $157.80 |
| 12/30/19 | Philip Omorogbe | 210 | Review PBA bond documents regarding Triple S insurance payment matter. | 0.80 | $631.20 |
| 12/31/19 | Steve MA | 210 | Review update from P. Omorogbe regarding PBA bar date motion. | 0.10 | $78.90 |
| **Analysis and Strategy** | | | | **7.80** | **$6,154.20** |

**General Administration -- 212**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 12/06/19 | Angelo Monforte | 212 | Retrieve and circulate Board response and exhibits to 12(c) motion per M. Triggs. | 0.20 | $54.00 |
| 12/07/19 | Angelo Monforte | 212 | [REDACTED: Work relating to court-ordered mediation]. | 0.60 | $162.00 |
| 12/12/19 | Karina Pantoja | 212 | Translate documents regarding outstanding litigation (4.20). | 4.20 | $1,134.00 |

33260 FOMB                                                                    Invoice 190138260
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
   0083 PROMESA TITLE III: PBA                                                          Page 5

| | | |
|---|---:|---:|
| **General Administration** | **5.00** | **$1,350.00** |

**Tax -- 217**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---:|---:|
| 12/12/19 | Martin T. Hamilton | 217 | Review PBA IRS notice (0.80); E-mails with Y. Habenicht regarding same (0.50). | 1.30 | $1,025.70 |
| **Tax** | | | | **1.30** | **$1,025.70** |

**Employment and Fee Applications -- 218**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---:|---:|
| 12/12/19 | Natasha Petrov | 218 | Continue drafting Proskauer first interim fee application. | 1.60 | $432.00 |
| 12/16/19 | Natasha Petrov | 218 | Continue drafting Proskauer first interim fee application. | 0.40 | $108.00 |
| 12/19/19 | Natasha Petrov | 218 | Review September and October monthly statement for certain entries for eighth interim fee application. | 0.40 | $108.00 |
| 12/27/19 | Natasha Petrov | 218 | Review Proskauer November monthly statement (0.20); Calculations for Proskauer first interim fee application regarding same (0.40); Continue drafting Proskauer first interim fee application (1.10). | 1.70 | $459.00 |
| 12/30/19 | Natasha Petrov | 218 | Review November monthly statement for certain entries for first interim fee application. | 0.30 | $81.00 |
| **Employment and Fee Applications** | | | | **4.40** | **$1,188.00** |

| | |
|---|---:|
| **Total for Professional Services** | **$19,028.10** |

33260 FOMB                                                                           Invoice 190138260
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
    0083 PROMESA TITLE III: PBA                                                              Page 6

**Timekeeper Summary**

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| BRIAN S. ROSEN | PARTNER | 0.60 | 789.00 | $473.40 |
| JEFFREY W. LEVITAN | PARTNER | 2.20 | 789.00 | $1,735.80 |
| MARTIN T. HAMILTON | PARTNER | 1.30 | 789.00 | $1,025.70 |
| MICHAEL A. FIRESTEIN | PARTNER | 0.30 | 789.00 | $236.70 |
| **Total for PARTNER** | | **4.40** | | **$3,471.60** |
| | | | | |
| BROOKE H. BLACKWELL | ASSOCIATE | 0.30 | 789.00 | $236.70 |
| ELLIOT STEVENS | ASSOCIATE | 0.20 | 789.00 | $157.80 |
| LAURA STAFFORD | ASSOCIATE | 0.20 | 789.00 | $157.80 |
| MATTHEW A. SKRZYNSKI | ASSOCIATE | 2.00 | 789.00 | $1,578.00 |
| PHILIP OMOROGBE | ASSOCIATE | 13.10 | 789.00 | $10,335.90 |
| STEVE MA | ASSOCIATE | 0.20 | 789.00 | $157.80 |
| **Total for ASSOCIATE** | | **16.00** | | **$12,624.00** |
| | | | | |
| MEGAN R. VOLIN | LAWYER | 0.50 | 789.00 | $394.50 |
| **Total for LAWYER** | | **0.50** | | **$394.50** |
| | | | | |
| ANGELO MONFORTE | LEGAL ASSISTANT | 0.80 | 270.00 | $216.00 |
| KARINA PANTOJA | LEGAL ASSISTANT | 4.20 | 270.00 | $1,134.00 |
| NATASHA PETROV | LEGAL ASSISTANT | 4.40 | 270.00 | $1,188.00 |
| **Total for LEGAL ASSISTANT** | | **9.40** | | **$2,538.00** |
| | **Total** | **30.30** | | **$19,028.10** |

**For Charges and Disbursements**

| Date | Timekeeper | Type | Description | Amount |
|---|---|---|---|---|
| 12/20/2019 | Philip Omorogbe | WESTLAW | WESTLAW Connect and Comm Time - 0:00:00 WestChk and Other Trans - 2  Lines Printed | $42.00 |
| | | | **Total for WESTLAW** | **$42.00** |

**Charges and Disbursements Summary**

| Type of Disbursements | Amount |
|---|---|
| WESTLAW | 42.00 |
| **Total Expenses** | **$42.00** |
| **Total Amount for this Matter** | **$19,070.10** |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)


In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO PUBLIC BUILDINGS
AUTHORITY,

     Debtor.

------------------------------------------------------------x

PROMESA
Title III

No. 19 BK 5523-LTS

(Joint Administration Requested)


**COVER SHEET TO FIFTH MONTHLY FEE APPLICATION OF PROSKAUER ROSE
LLP AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO
PUBLIC BUILDINGS AUTHORITY ("PBA")
FOR THE PERIOD JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of Applicant: | Proskauer Rose LLP ("Proskauer") |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Period for which compensation and reimbursement for fees and services is sought: | January 1, 2020 through January 31, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | **$82,606.20** |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | **$11.30** |
| Total Amount for these Invoices: | **$82,617.50** |

This is a: _X_ monthly __ interim __ final application.

This is Proskauer's fifth monthly fee application in these cases.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for January 2020.


Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On February 27, 2020 sent to:

**FOMB:**
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn:  Professor Arthur J. Gonzalez
         FOMB Board Member

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

**Office of United States Trustee**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
         Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn:  Luc. A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:  Juan J. Casillas Ayala, Esq.
         Alberto J. E. Añeses Negrón, Esq.

**Co-Counsel for the Fee Examiner**
Godfrey & Kahn S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF:**
O'Melveny & Myers LLP,
Times Square Tower
7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq.
         Suzzanne Uhland, Esq.
         Diana M. Perez, Esq.

Marini Pietrantoni Muñiz LLC
MCS Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
         Carolina Velaz-Rivero, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block  LLP
919 Third Avenue
New York, NY 10022-3908
Attn.:  Robert Gordon, Esq.
         Richard Levin, Esq.

Jenner & Block  LLP
353 N. Clark Street
Chicago, IL 60654
Attn.:  Catherine Steege, Esq.
         Melissa Root, Esq.

Bennazar, García & Milián, C.S.P.
Edificio Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn.:  A.J. Bennazar-Zequeira, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
         Central Accounting
         Omar E. Rodríguez Pérez, CPA, Assistant
           Secretary of Central Accounting
         Angel L. Pantoja Rodríguez, Deputy Assistant of
           Internal Revenue and Tax Policy
         Francisco Parés Alicea, Assistant Secretary of
           Internal Revenue and Tax Policy
         Francisco Peña Montañez, CPA, Assistant
           Secretary of the Treasury

4

**Summary of Legal Fees for the Period January 2020**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| PBA - General | | | |
| 201 | Tasks relating to the Board, its Members, its Staff, its Advisors or its Consultants | 28.20 | $22,249.80 |
| 202 | Legal Research | 2.10 | $1,656.90 |
| 205 | Communications with the Commonwealth and its Representatives of the Commonwealth or its Instrumentalities | 2.30 | $1,814.70 |
| 206 | Documents Filed on Behalf of the Board | 41.70 | $32,901.30 |
| 210 | Analysis and Strategy | 21.50 | $16,963.50 |
| 212 | General Administration | 25.70 | $6,939.00 |
| 218 | Employment and Fee Applications | 0.30 | $81.00 |
| | **Total** | **121.80** | **$82,606.20** |

**Summary of Legal Fees for the Period January 2020**

### ACROSS ALL PBA-RELATED MATTERS

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Brian S. Rosen | Partner | BSGR & B | $789.00 | 0.20 | $157.80 |
| Jeffrey W. Levitan | Partner | BSGR & B | $789.00 | 0.50 | $394.50 |
| Maja Zerjal | Partner | BSGR & B | $789.00 | 5.30 | $4,181.70 |
| Michael A. Firestein | Partner | Litigation | $789.00 | 0.30 | $236.70 |
| Brooke H. Blackwell | Associate | Corporate | $789.00 | 0.20 | $157.80 |
| Laura Stafford | Associate | Litigation | $789.00 | 4.50 | $3,550.50 |
| Mee R. Kim | Associate | Litigation | $789.00 | 1.10 | $867.90 |
| Philip Omorogbe | Associate | Corporate | $789.00 | 74.90 | $59,096.10 |
| Steve Ma | Associate | BSGR & B | $789.00 | 0.40 | $315.60 |
| Megan R. Volin | Lawyer | Corporate | $789.00 | 2.60 | $2,051.40 |
| Yafit Shalev | Lawyer | BSGR & B | $789.00 | 5.80 | $4,576.20 |
| | | | **TOTAL** | **95.80** | **$75,586.20** |

| Paraprofessional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Christopher M. Tarrant | Legal Assistant | BSGR & B | $270.00 | 4.60 | $1,242.00 |
| Natasha Petrov | Legal Assistant | BSGR & B | $270.00 | 0.30 | $81.00 |
| Tal J. Singer | Legal Assistant | Litigation | $270.00 | 21.10 | $5,697.00 |
| | | | **TOTAL** | **26.00** | **$7,020.00** |

| SUMMARY OF LEGAL FEES | Hours 121.80 | Fees $82,606.20 |
|---|---|---|

<u>**Summary of Disbursements for the period January 2020**</u>

ACROSS ALL PBA-RELATED MATTERS

| EXPENSE CATEGORY | AMOUNTS |
|---|---:|
| Reproduction | $11.30 |
| **Total** | **$11.30** |

Proskauer requests payment of fees and reimbursement of expenses in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $74,345.58, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $11.30) in the total amount $74,356.88.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice.  The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico.  The amount of this invoice is reasonable.  The services were rendered and the corresponding payment has not been made.  To the best of my knowledge, Proskauer Rose LLP does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

# **Exhibit A**

33260 FOMB
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD MEMBER

Invoice 190141454

0083 PROMESA TITLE III: PBA

Page 1

| Summary of Time Billed by Task | | Hours | Value |
|---|---|---|---|
| 201 | Tasks relating to the Board and Associated Members | 28.20 | $22,249.80 |
| 202 | Legal Research | 2.10 | $1,656.90 |
| 205 | Communications with the Commonwealth and its Representatives | 2.30 | $1,814.70 |
| 206 | Documents Filed on Behalf of the Board | 41.70 | $32,901.30 |
| 210 | Analysis and Strategy | 21.50 | $16,963.50 |
| 212 | General Administration | 25.70 | $6,939.00 |
| 218 | Employment and Fee Applications | 0.30 | $81.00 |
| | **Total** | **121.80** | **$82,606.20** |

33260 FOMB

Invoice 190141454

PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD MEMBER

0083 PROMESA TITLE III: PBA

Page 2

**Tasks relating to the Board and Associated Members -- 201**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 01/08/20 | Yafit Shalev | 201 | Call with M. Zerjal, E. Fritz, and C. Alberty regarding the PBA accounts. | 0.50 | $394.50 |
| 01/09/20 | Laura Stafford | 201 | Review, analyze and comment upon Alvarez Marsal engagement letter. | 0.80 | $631.20 |
| 01/09/20 | Philip Omorogbe | 201 | Review Alvarez Marsal engagement agreement, addendum and ancillary documents regarding PBA engagement. | 4.20 | $3,313.80 |
| 01/10/20 | Philip Omorogbe | 201 | Communication with Alvarez Marsal regarding PBA engagement. | 0.70 | $552.30 |
| 01/10/20 | Philip Omorogbe | 201 | Review Alvarez Marsal certification and engagement letter regarding PBA engagement. | 0.50 | $394.50 |
| 01/13/20 | Philip Omorogbe | 201 | Draft statement regarding Alvarez Marsal PBA engagement. | 0.70 | $552.30 |
| 01/17/20 | Philip Omorogbe | 201 | Review Alvarez Marsal addendum to PBA engagement (3.10); Communication internally and with Board regarding same (1.10). | 4.20 | $3,313.80 |
| 01/17/20 | Philip Omorogbe | 201 | E-mail to Board regarding Alvarez Marsal claims reconciliation engagement in PBA case. | 0.10 | $78.90 |
| 01/20/20 | Philip Omorogbe | 201 | Communication with Board regarding Alvarez Marsal addendum. | 1.40 | $1,104.60 |
| 01/21/20 | Philip Omorogbe | 201 | Draft amendments to Alvarez Marsal engagement letter reflecting Board concerns. | 4.70 | $3,708.30 |
| 01/24/20 | Philip Omorogbe | 201 | Communication with Alvarez Marsal regarding PBA Engagement (0.50); Draft internal communication and memorandum regarding same (0.80). | 1.30 | $1,025.70 |
| 01/28/20 | Philip Omorogbe | 201 | Review Alvarez Marsal concerns and correspond with Alvarez Marsal regarding engagement agreement (1.80); Review ancillary documents regarding same (3.20); Communication to J. El Koury regarding same (0.70). | 5.70 | $4,497.30 |
| 01/29/20 | Philip Omorogbe | 201 | Call with Alvarez Marsal regarding addendum to engagement (0.60); Draft memorandum to B. Rosen regarding same (0.90); Review addendum terms regarding same (0.40); Communication with L. Stafford and B. Rosen (0.20). | 2.10 | $1,656.90 |
| 01/29/20 | Philip Omorogbe | 201 | Communication with T. Singer regarding covered instrumentality list regarding PBA Alvarez Marsal engagement. | 0.80 | $631.20 |
| 01/29/20 | Brian S. Rosen | 201 | Review P. Omorogbe memorandum regarding Alvarez Marsal retention issues (0.10); Draft memorandum to P. Omorogbe regarding same (0.10). | 0.20 | $157.80 |

33260 FOMB
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

Invoice 190141454

0083 PROMESA TITLE III: PBA

Page 3

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 01/30/20 | Philip Omorogbe | 201 | Communication with Ankura regarding creditor list. | 0.30 | $236.70 |
| **Tasks relating to the Board and Associated Members** | | | | **28.20** | **$22,249.80** |

### Legal Research -- 202

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 01/07/20 | Michael A. Firestein | 202 | Research 12(c) PBA issues for use in litigation sequencing (0.30). | 0.30 | $236.70 |
| 01/27/20 | Philip Omorogbe | 202 | Review precedent in connection with upcoming PBA filings. | 1.80 | $1,420.20 |
| **Legal Research** | | | | **2.10** | **$1,656.90** |

### Communications with the Commonwealth and its Representatives -- 205

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 01/06/20 | Philip Omorogbe | 205 | E-mail to PBA and AAFAF and advisors to same regarding PBA's creditor matrix and filing of urgent motion. | 0.30 | $236.70 |
| 01/09/20 | Philip Omorogbe | 205 | Communication with PBA advisors regarding PBA creditor list filing (0.50); Communication to internal PBA team regarding same (0.40). | 0.90 | $710.10 |
| 01/29/20 | Philip Omorogbe | 205 | Communication with Ankura regarding creditor list (0.40); Communication with L. Stafford and B. Rosen regarding same (0.70). | 1.10 | $867.90 |
| **Communications with the Commonwealth and its Representatives** | | | | **2.30** | **$1,814.70** |

### Documents Filed on Behalf of the Board -- 206

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 01/02/20 | Philip Omorogbe | 206 | Draft extension to creditor matrix and lists. | 2.70 | $2,130.30 |
| 01/03/20 | Philip Omorogbe | 206 | Review PBA creditor matrix and list extension motion, inputting comments from L. Stafford. | 0.40 | $315.60 |
| 01/03/20 | Laura Stafford | 206 | Review and revise draft PBA motion for extension of time for filing creditor list and matrix. | 0.90 | $710.10 |
| 01/03/20 | Philip Omorogbe | 206 | Draft extensions to creditor matrix and list filing. | 0.80 | $631.20 |
| 01/06/20 | Philip Omorogbe | 206 | Draft motion to extend time to file creditor matrix and lists in PBA case (0.50); E-mail to B. Rosen and L. Stafford regarding same (0.20). | 0.70 | $552.30 |

33260 FOMB
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

Invoice 190141454

0083 PROMESA TITLE III: PBA

Page 4

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 01/07/20 | Laura Stafford | 206 | Revise draft extension motion regarding PBA creditor matrix and list (0.30). | 0.30 | $236.70 |
| 01/07/20 | Philip Omorogbe | 206 | Draft urgent motion regarding PBA creditor matrix and creditor list. | 1.00 | $789.00 |
| 01/17/20 | Philip Omorogbe | 206 | Revise PBA bar date motion. | 1.90 | $1,499.10 |
| 01/17/20 | Philip Omorogbe | 206 | Review certificate of no objection regarding PBA motion to extend certain deadlines. | 1.30 | $1,025.70 |
| 01/21/20 | Philip Omorogbe | 206 | Draft certificate of no objection regarding motion with PBA case. | 0.80 | $631.20 |
| 01/22/20 | Philip Omorogbe | 206 | Draft and revise PBA creditor matrix and general bar date motion tasks. | 4.40 | $3,471.60 |
| 01/23/20 | Philip Omorogbe | 206 | Review PBA bar date proposed order and conform with new dates (2.10); Review bar date notices and conform regarding same and advisor comments (2.80). | 4.90 | $3,866.10 |
| 01/24/20 | Philip Omorogbe | 206 | Draft notices regarding PBA bar date (2.60); Communication with PBA advisors regarding bar date (0.40); Correspond with Ankura regarding PBA creditor matrix filing (0.40). | 3.40 | $2,682.60 |
| 01/27/20 | Philip Omorogbe | 206 | Discuss PBA creditor list filing with B. Rosen (0.30); Call with Ankura regarding same (0.30); Draft communication to Ankura and internal PBA team regarding same (0.20); Review precedents regarding same (0.40). | 1.20 | $946.80 |
| 01/27/20 | Megan R. Volin | 206 | Draft motion to extend time to assume or reject unexpired leases. | 2.60 | $2,051.40 |
| 01/27/20 | Jeffrey W. Levitan | 206 | Conferences and e-mails with M. Volin, B. Rosen regarding motion to extend time to assume or reject unexpired leases. | 0.50 | $394.50 |
| 01/28/20 | Philip Omorogbe | 206 | Revise PBA bar date order. | 2.60 | $2,051.40 |
| 01/30/20 | Philip Omorogbe | 206 | Draft notices regarding PBA creditor matrix (1.80); Draft notices regarding and creditor list (1.60); Review precedent regarding same (0.70); Review orders regarding same (0.90); Communication with T. Singer and C. Tarrant regarding same (0.60); Communication with L. Stafford, B. Rosen regarding same (0.60). | 6.20 | $4,891.80 |
| 01/31/20 | Philip Omorogbe | 206 | Draft notices regarding PBA creditor list and matrix filing (0.80); Discuss creditor list filing with D. Barrett (0.30); Implement advisor concerns regarding proposed order for general bar date motion (3.20); Implement same regarding notices (0.50); Discuss same with T. Singer (0.30). | 5.10 | $4,023.90 |
| **Documents Filed on Behalf of the Board** | | | | **41.70** | **$32,901.30** |

33260 FOMB

Invoice 190141454

PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD MEMBER

0083 PROMESA TITLE III: PBA

Page 5

## Analysis and Strategy -- 210

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 01/03/20 | Philip Omorogbe | 210 | Review PREPA 2019 motion in connection with PBA-Triple S insurance settlement matter. | 0.90 | $710.10 |
| 01/06/20 | Laura Stafford | 210 | E-mails with P. Omorogbe regarding motion to extend deadline to file creditor list and creditor matrix. | 0.30 | $236.70 |
| 01/06/20 | Philip Omorogbe | 210 | Confer with B. Rosen regarding creditor matrix and list filing. | 0.20 | $157.80 |
| 01/07/20 | Philip Omorogbe | 210 | Communication with Y. Shalev regarding PBA resolutions. | 0.30 | $236.70 |
| 01/07/20 | Philip Omorogbe | 210 | E-mail to the Court regarding creditor matrix urgent motion. | 0.10 | $78.90 |
| 01/08/20 | Yafit Shalev | 210 | Review bond resolutions as part of a research on the different PBA accounts. | 4.50 | $3,550.50 |
| 01/08/20 | Mee R. Kim | 210 | E-mails with M. Zerjal, A. Stach, Y. Shalev, E. Trigo and C. Vazquez regarding PBA bank accounts (0.30); Teleconference with M. Zerjal, E. Trigo and same team regarding same (0.60); E-mails with M. Zerjal, B. Rosen, M. Mervis and litigation team and Board advisors regarding same (0.20). | 1.10 | $867.90 |
| 01/08/20 | Yafit Shalev | 210 | Edit list of PBA accounts and sent to O'Melveny for their response. | 0.40 | $315.60 |
| 01/08/20 | Maja Zerjal | 210 | Analyze PBA accounts and restrictions (2.80); Discuss same with Proskauer and O'Neill teams (0.60); Discuss same with Y. Shalev (0.40); Draft e-mail to Y. Shalev regarding same (0.30); Review updated list of all accounts (0.70); Draft e-mail with open issues regarding PBA accounts to Board professionals (0.50). | 5.30 | $4,181.70 |
| 01/09/20 | Laura Stafford | 210 | E-mails with J. Herriman and P. Omorogbe regarding PBA claims. | 0.30 | $236.70 |
| 01/10/20 | Philip Omorogbe | 210 | Communication with PBA advisors regarding creditor list filing. | 0.90 | $710.10 |
| 01/23/20 | Laura Stafford | 210 | Call with S. Ma regarding PBA bar date and claims issues. | 0.40 | $315.60 |
| 01/23/20 | Steve MA | 210 | Participate in call with L. Stafford regarding PBA bar date and claims issues. | 0.40 | $315.60 |
| 01/24/20 | Philip Omorogbe | 210 | Create checklist regarding upcoming PBA filings (0.40); Review documents regarding same (3.30). | 3.70 | $2,919.30 |
| 01/27/20 | Laura Stafford | 210 | E-mails with P. Omorogbe and S. Ma regarding PBA bar date motion, creditor matrix, and list (0.40). | 0.40 | $315.60 |

33260 FOMB
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD MEMBER

Invoice 190141454

0083 PROMESA TITLE III: PBA

Page 6

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 01/28/20 | Laura Stafford | 210 | E-mails with S. Ma and P. Omorogbe regarding PBA claims reconciliation (0.80). | 0.80 | $631.20 |
| 01/29/20 | Yafit Shalev | 210 | Tracing and identifying accounts. | 0.40 | $315.60 |
| 01/29/20 | Laura Stafford | 210 | E-mails with P. Omorogbe regarding PBA creditor matrix (0.30). | 0.30 | $236.70 |
| 01/30/20 | Brooke H. Blackwell | 210 | Internal communications with P. Omorogbe regarding 365(d)(4) extension motions (0.20). | 0.20 | $157.80 |
| 01/30/20 | Philip Omorogbe | 210 | Discuss PBA 365(d)(4) extension with B Blackwell (0.40); Review PBA joint administration order regarding same (0.20). | 0.60 | $473.40 |
| **Analysis and Strategy** | | | | **21.50** | **$16,963.50** |

**General Administration -- 212**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 01/07/20 | Christopher M. Tarrant | 212 | Review and revise motion to extend time to file creditor matrix (0.40); File with Court (0.30); E-mails with Prime Clerk regarding service (0.20); E-mails with P. Omorogbe regarding same (0.20). | 1.10 | $297.00 |
| 01/08/20 | Christopher M. Tarrant | 212 | Research regarding GDB public deed of trust. | 2.10 | $567.00 |
| 01/16/20 | Tal J. Singer | 212 | Draft CNO per P. Omorogbe to be filed on 1/22/2020. | 1.60 | $432.00 |
| 01/16/20 | Tal J. Singer | 212 | Review and revise CNO draft as per B. Blackwell. | 0.50 | $135.00 |
| 01/16/20 | Tal J. Singer | 212 | Draft CNO per C. Tarrant to be filed on 1/17/2020. | 1.60 | $432.00 |
| 01/17/20 | Tal J. Singer | 212 | Review and revise CNO (0.80); Call with B. Blackwell regarding CNO (0.10); E-mails with local counsel regarding CNO to be filed in all three cases (0.40). | 1.30 | $351.00 |
| 01/17/20 | Tal J. Singer | 212 | Research CNO deadlines for filing per P. Omorogbe. | 0.80 | $216.00 |
| 01/20/20 | Tal J. Singer | 212 | Review and revise bar date motion. | 1.60 | $432.00 |
| 01/21/20 | Tal J. Singer | 212 | Review and revise CNO per P. Omorogbe. | 2.10 | $567.00 |
| 01/22/20 | Tal J. Singer | 212 | Confer with P. Omorogbe regarding changes to CNO. | 0.20 | $54.00 |

33260 FOMB
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

Invoice 190141454

    0083 PROMESA TITLE III: PBA                                                                     Page 7

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 01/27/20 | Tal J. Singer | 212 | Confer with P. Omorogbe regarding bar date motion draft (0.20); Review and revise bar date motion according to J. Berman's comments (1.10); Review and revise bar date motion according to O'Neil's comments (0.90); Create issues list for P. Omorogbe regarding all changes that need implementation in the bar date motion (2.10). | 4.30 | $1,161.00 |
| 01/27/20 | Christopher M. Tarrant | 212 | Review and revise motion for PBA bar date and related exhibits. | 1.40 | $378.00 |
| 01/29/20 | Tal J. Singer | 212 | Confer with P. Omorogbe regarding parties in interest list (0.10); Compare list of interested parties from O'Neil to current list to search for duplicates and missing names per P. Omorogbe (5.00). | 5.10 | $1,377.00 |
| 01/29/20 | Tal J. Singer | 212 | E-mail with Y. Shalev regarding PBA account numbers (0.10); Verify PBA account numbers with list of account number from O'Neil (1.50); Confer with M. Zerjal regarding results (0.20); Draft E-mail explaining results for M. Zerjal to be sent to Ernst Young (0.20). | 2.00 | $540.00 |
| **General Administration** | | | | **25.70** | **$6,939.00** |

**Employment and Fee Applications -- 218**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 01/21/20 | Natasha Petrov | 218 | Revise interim fee application. | 0.30 | $81.00 |
| **Employment and Fee Applications** | | | | **0.30** | **$81.00** |

**Total for Professional Services**                                                               **$82,606.20**

33260 FOMB                                                          Invoice 190141454
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
    0083 PROMESA TITLE III: PBA                                              Page 8

**Timekeeper Summary**

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---:|---:|---:|
| BRIAN S. ROSEN | PARTNER | 0.20 | 789.00 | $157.80 |
| JEFFREY W. LEVITAN | PARTNER | 0.50 | 789.00 | $394.50 |
| MAJA ZERJAL | PARTNER | 5.30 | 789.00 | $4,181.70 |
| MICHAEL A. FIRESTEIN | PARTNER | 0.30 | 789.00 | $236.70 |
| **Total for PARTNER** | | **6.30** | | **$4,970.70** |
| | | | | |
| BROOKE H. BLACKWELL | ASSOCIATE | 0.20 | 789.00 | $157.80 |
| LAURA STAFFORD | ASSOCIATE | 4.50 | 789.00 | $3,550.50 |
| MEE R. KIM | ASSOCIATE | 1.10 | 789.00 | $867.90 |
| PHILIP OMOROGBE | ASSOCIATE | 74.90 | 789.00 | $59,096.10 |
| STEVE MA | ASSOCIATE | 0.40 | 789.00 | $315.60 |
| **Total for ASSOCIATE** | | **81.10** | | **$63,987.90** |
| | | | | |
| MEGAN R. VOLIN | LAWYER | 2.60 | 789.00 | $2,051.40 |
| YAFIT SHALEV | LAWYER | 5.80 | 789.00 | $4,576.20 |
| **Total for LAWYER** | | **8.40** | | **$6,627.60** |
| | | | | |
| CHRISTOPHER M. TARRANT | LEGAL ASSISTANT | 4.60 | 270.00 | $1,242.00 |
| NATASHA PETROV | LEGAL ASSISTANT | 0.30 | 270.00 | $81.00 |
| TAL J. SINGER | LEGAL ASSISTANT | 21.10 | 270.00 | $5,697.00 |
| **Total for LEGAL ASSISTANT** | | **26.00** | | **$7,020.00** |
| | | | | |
| | **Total** | **121.80** | | **$82,606.20** |

**For Charges and Disbursements**

| Date | Timekeeper | Type | Description | Amount |
|---|---|---|---|---:|
| 01/21/2020 | Philip Omorogbe | REPRODUCTION | REPRODUCTION | $0.80 |
| 01/21/2020 | Philip Omorogbe | REPRODUCTION | REPRODUCTION | $0.80 |
| 01/24/2020 | Philip Omorogbe | REPRODUCTION | REPRODUCTION | $0.20 |
| 01/24/2020 | Philip Omorogbe | REPRODUCTION | REPRODUCTION | $0.10 |
| 01/27/2020 | Philip Omorogbe | REPRODUCTION | REPRODUCTION | $0.10 |
| 01/27/2020 | Megan R. Volin | REPRODUCTION | REPRODUCTION | $0.80 |
| 01/27/2020 | Megan R. Volin | REPRODUCTION | REPRODUCTION | $1.10 |
| 01/29/2020 | Philip Omorogbe | REPRODUCTION | REPRODUCTION | $2.20 |
| 01/29/2020 | Tal J. Singer | REPRODUCTION | REPRODUCTION | $0.40 |
| 01/29/2020 | Tal J. Singer | REPRODUCTION | REPRODUCTION | $0.10 |
| 01/29/2020 | Philip Omorogbe | REPRODUCTION | REPRODUCTION | $2.60 |
| 01/29/2020 | Tal J. Singer | REPRODUCTION | REPRODUCTION | $0.10 |
| 01/30/2020 | Philip Omorogbe | REPRODUCTION | REPRODUCTION | $0.20 |
| 01/31/2020 | Philip Omorogbe | REPRODUCTION | REPRODUCTION | $0.90 |
| 01/31/2020 | Philip Omorogbe | REPRODUCTION | REPRODUCTION | $0.90 |
| | | | **Total for REPRODUCTION** | **$11.30** |

**Charges and Disbursements Summary**

| Type of Disbursements | Amount |
|---|---:|
| REPRODUCTION | 11.30 |
| **Total Expenses** | **$11.30** |
| | |
| **Total Amount for this Matter** | **$82,617.50** |