## Exhibit C

**Task Code Time Breakdown**

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0083 PBA - General** | | | | | |
| **201** | **Partner** | Brian S. Rosen | $789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **0.20** | **$157.80** |
| | **Associate** | Elliot Stevens | $789.00 | 0.30 | $236.70 |
| | | Laura Stafford | $789.00 | 0.80 | $631.20 |
| | | Philip Omorogbe | $789.00 | 38.40 | $30,297.60 |
| | **Associate Total** | | | **39.50** | **$31,165.50** |
| | **Lawyer** | Yafit Shalev | $789.00 | 0.50 | $394.50 |
| | **Lawyer Total** | | | **0.50** | **$394.50** |
| **201 Total** | | | | **40.20** | **$31,717.80** |
| **202** | **Partner** | Jeffrey W. Levitan | $789.00 | 0.40 | $315.60 |
| | | Michael A. Firestein | $789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **0.70** | **$552.30** |
| | **Associate** | Matthew A. Skrzynski | $789.00 | 1.70 | $1,341.30 |
| | | Philip Omorogbe | $789.00 | 4.00 | $3,156.00 |
| | **Associate Total** | | | **5.70** | **$4,497.30** |
| | **Legal Assistant** | Angelo Monforte | $270.00 | 0.90 | $243.00 |
| | | Christopher M. Tarrant | $270.00 | 2.80 | $756.00 |
| | **Legal Assistant Total** | | | **3.70** | **$999.00** |
| **202 Total** | | | | **10.10** | **$6,048.60** |
| **204** | **Partner** | Maja Zerjal | $789.00 | 0.60 | $473.40 |
| | **Partner Total** | | | **0.60** | **$473.40** |
| | **Associate** | Philip Omorogbe | $789.00 | 0.80 | $631.20 |
| | **Associate Total** | | | **0.80** | **$631.20** |
| **204 Total** | | | | **1.40** | **$1,104.60** |
| **205** | **Associate** | Philip Omorogbe | $789.00 | 6.70 | $5,286.30 |
| | **Associate Total** | | | **6.70** | **$5,286.30** |
| **205 Total** | | | | **6.70** | **$5,286.30** |
| **206** | **Partner** | Jeffrey W. Levitan | $789.00 | 4.70 | $3,708.30 |
| | | Michael A. Firestein | $789.00 | 1.40 | $1,104.60 |
| | | Ralph C. Ferrara | $789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **6.30** | **$4,970.70** |
| | **Associate** | Brooke H. Blackwell | $789.00 | 5.70 | $4,497.30 |
| | | Elliot Stevens | $789.00 | 4.40 | $3,471.60 |
| | | Laura Stafford | $789.00 | 2.40 | $1,893.60 |
| | | Matthew I. Rochman | $789.00 | 1.50 | $1,183.50 |
| | | Philip Omorogbe | $789.00 | 140.60 | $110,933.40 |
| | | Steve Ma | $789.00 | 12.50 | $9,862.50 |

PROMESA TITLE III: PBA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | **Associate Total** | | | **167.10** | **$131,841.90** |
| | Lawyer | Megan R. Volin | $789.00 | 3.10 | $2,445.90 |
| | **Lawyer Total** | | | **3.10** | **$2,445.90** |
| | Legal Assistant | Christopher M. Tarrant | $270.00 | 1.90 | $513.00 |
| | **Legal Assistant Total** | | | **1.90** | **$513.00** |
| **206 Total** | | | | **178.40** | **$139,771.50** |
| 207 | Partner | Michael A. Firestein | $789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **0.20** | **$157.80** |
| | Associate | Philip Omorogbe | $789.00 | 1.10 | $867.90 |
| | **Associate Total** | | | **1.10** | **$867.90** |
| | Legal Assistant | Christopher M. Tarrant | $270.00 | 0.40 | $108.00 |
| | **Legal Assistant Total** | | | **0.40** | **$108.00** |
| **207 Total** | | | | **1.70** | **$1,133.70** |
| 210 | Partner | Brian S. Rosen | $789.00 | 1.40 | $1,104.60 |
| | | Jeffrey W. Levitan | $789.00 | 5.00 | $3,945.00 |
| | | Maja Zerjal | $789.00 | 5.30 | $4,181.70 |
| | | Matthew Triggs | $789.00 | 12.70 | $10,020.30 |
| | | Michael A. Firestein | $789.00 | 2.20 | $1,735.80 |
| | **Partner Total** | | | **26.60** | **$20,987.40** |
| | Associate | Brooke H. Blackwell | $789.00 | 0.40 | $315.60 |
| | | Elliot Stevens | $789.00 | 6.20 | $4,891.80 |
| | | Laura Stafford | $789.00 | 5.30 | $4,181.70 |
| | | Lisa Markofsky | $789.00 | 0.30 | $236.70 |
| | | Matthew A. Skrzynski | $789.00 | 0.90 | $710.10 |
| | | Matthew I. Rochman | $789.00 | 0.50 | $394.50 |
| | | Mee R. Kim | $789.00 | 1.10 | $867.90 |
| | | Philip Omorogbe | $789.00 | 19.90 | $15,701.10 |
| | | Steve Ma | $789.00 | 1.40 | $1,104.60 |
| | **Associate Total** | | | **36.00** | **$28,404.00** |
| | Lawyer | Yafit Shalev | $789.00 | 5.30 | $4,181.70 |
| | **Lawyer Total** | | | **5.30** | **$4,181.70** |
| | Legal Assistant | Natasha Petrov | $270.00 | 0.40 | $108.00 |
| | **Legal Assistant Total** | | | **0.40** | **$108.00** |
| **210 Total** | | | | **68.30** | **$53,681.10** |
| 212 | Legal Assistant | Angelo Monforte | $270.00 | 5.10 | $1,377.00 |
| | | Christopher M. Tarrant | $270.00 | 19.80 | $5,346.00 |
| | | Karina Pantoja | $270.00 | 5.60 | $1,512.00 |
| | | Laura M. Geary | $270.00 | 5.10 | $1,377.00 |
| | | Lawrence T. Silvestro | $270.00 | 4.50 | $1,215.00 |
| | | Olaide M. Adejobi | $270.00 | 0.30 | $81.00 |

PROMESA TITLE III: PBA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Scarlett A. Neuberger | $270.00 | 13.20 | $3,564.00 |
| | | Tal J. Singer | $270.00 | 27.80 | $7,506.00 |
| | **Legal Assistant Total** | | | **81.40** | **$21,978.00** |
| **212 Total** | | | | **81.40** | **$21,978.00** |
| 217 | **Partner** | Martin T. Hamilton | $789.00 | 1.30 | $1,025.70 |
| | **Partner Total** | | | **1.30** | **$1,025.70** |
| **217 Total** | | | | **1.30** | **$1,025.70** |
| 218 | **Associate** | Elliot Stevens | $789.00 | 0.20 | $157.80 |
| | **Associate Total** | | | **0.20** | **$157.80** |
| | **Legal Assistant** | Natasha Petrov | $270.00 | 8.00 | $2,160.00 |
| | **Legal Assistant Total** | | | **8.00** | **$2,160.00** |
| **218 Total** | | | | **8.20** | **$2,317.80** |
| 220 | **Partner** | Maja Zerjal | $789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **0.30** | **$236.70** |
| **220 Total** | | | | **0.30** | **$236.70** |
| **Grand Total** | | | | **398.00** | **$264,301.80** |