<u>EXHIBIT 1</u>

**TITLE III STAY MODIFICATIONS AGREED TO BY THE DEBTORS**
**FROM FEBRUARY 6, 2020 THROUGH APRIL 3, 2020**

| | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | STIPULATION DATE |
|---|---|---|---|---|---|
| 1. | *Autoridad de Energía Eléctrica de Puerto Rico v. Tropical Fruit, S.E.,*<br><br>Court of First Instance of Puerto Rico, San Juan Part<br><br>Case No. KEF 2013-0019<br><br>Eminent domain | Windmar Renewable Energy | Puerto Rico Electric Power Authority | The Title III Stay is modified solely to the limited extent necessary to allow the Prepetition Action to proceed to final judgment before the Commonwealth Court to resolve the pending dispute regarding the public use of certain property; <u>provided</u>, <u>however</u>, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment, any claims for money damages, and provisional remedies against PREPA or any other Title III debtor. | March 2, 2020 |
| 2. | *Dorcas Ruperto Rivera in representation of Minor A.R.R. Susiemar Vázquez Oyola in representation of minor I.A.V. and Carlota Sánchez Vázquez in representation of D.R.E. v. Commonwealth,*<br><br>Court of First Instance of Puerto Rico<br><br>Case No. SJ2019CV07264(805)<br><br>IDEA Case | Dorcas Ruperto Rivera in representation of Minor A.R.R. Susiemar Vázquez Oyola in representation of minor I.A.V. and Carlota Sánchez Vázquez in representation of D.R.E. | Commonwealth of Puerto Rico | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to final judgment before the Prepetition Court; <u>provided</u>, <u>however</u>, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against the Commonwealth or any other Title III debtor. | March 16, 2020 |