# EXHIBIT 2

## TITLE III STAY MODIFICATION REGARDING CONDEMNATION PROCEEDING AGREED TO BY HTA[1]

| | CASE INFORMATION | MOVANT | DEBTOR | DESCRIPTION OF TITLE III STAY MODIFICATION |
|---|---|---|---|---|
| 1. | *ACT v. Citizens Renovation & Dev.*, <br><br>Case Nos. KEF2001-0272 (a) and KEF2001-0272 (b) <br><br>Puerto Rico Court of First Instance <br><br>Condemnation Proceeding | Citizen Renovation & Dev. | HTA | As of April 3, 2020, the Title III Stay is hereby modified solely to the limited extent necessary to (i) allow Movant to withdraw any amounts consigned to the Prepetition Court in connection with the Prepetition Action, and (ii) to enable the Prepetition Action to proceed to judgment before the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against HTA or any other Title III Debtor, and any requirement for HTA to further supplement the Deposit. |

---

[1] Capitalized terms used herein that are not otherwise defined shall have the meaning given to them in the *Debtors' Fifteenth Omnibus Motion for Approval of Modifications of the Automatic Stay*.

"Deposit" shall mean the amount identified in the column "Deposit" in the table below.
"Movant" shall mean the party identified in the column "Movant" in the table below.
"Prepetition Action" shall mean the actions identified in the column, "Case Information."
"Prepetition Court" shall mean the Puerto Rico Court of First Instance.