UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br><br>Title III<br><br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**JOINT URGENT MOTION BY AMBAC ASSURANCE CORPORATION,
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO
FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY,
SEEKING AN ORDER GRANTING AN ADJOURNMENT OF THE HEARING
<u>ON THE PENSIONS DISCOVERY MOTIONS</u>**

To the Honorable United States Magistrate Judge Judith Gail Dein:

Movant Ambac Assurance Corporation ("Ambac") and Respondents The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), the Commonwealth of Puerto Rico (the "Commonwealth"), by and through the Oversight Board as the Commonwealth's representative pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), and the Puerto Rico Fiscal Agency and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

Financial Advisory Authority ("AAFAF," and together with the Oversight Board and the Commonwealth, the "Respondents"),[2] respectfully submit this joint urgent motion (the "Joint Motion") for entry of an order, substantially in the form attached hereto as **Exhibit A**, granting an adjournment of the hearing on Ambac's *Motion To Compel Compliance with the Court's December 15, 2017 and February 26, 2018 Orders Regarding the Urgent Joint Motion of the Ad Hoc Group of General Obligation Bondholders, Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., the Mutual Fund Group, and National Public Finance Guarantee Corporation for Order Authorizing Rule 2004 Examination* (Dkt. No. 7505) and *Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning Pensions Liabilities* (Dkt. No. 7507) (together, the "Pensions Discovery Motions") to the June Omnibus Hearing, scheduled to take place on **June 3, 2020**. In support of the Joint Motion, the Parties respectfully represent as follows:

## BACKGROUND

1. Ambac filed its *Motion To Compel Pensions Discovery* (Dkt. No. 7505) *and Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004* (Dkt. No. 7507) on July 18, 2019 (together, the "Pensions Discovery Motions"). Respondents filed their *Omnibus Opposition to the Pensions Discovery Motions* (Dkt. No. 7895) on July 9, 2019, and Ambac submitted its reply (Dkt No. 8230) on July 23, 2019. On October 23, 2019, Ambac requested additional information regarding the Commonwealth's pension liabilities (the "Supplemental Pensions Requests").

2. The Parties subsequently have requested to adjourn the hearing on the Pensions Discovery Motions in order to allow the Parties to continue to meet and confer in the hopes of

---

[2] The Movants and Respondents are collectively referred to as the "Parties."

-2-

narrowing any open disputes.[3] The Court has granted these requests.[4]

3. The Parties have filed joint status reports informing the Court of their progress during these continued meet and confers.[5]

4. The Parties' most recent joint status report was filed on February 27, 2020 (Dkt. No. 11803). At the same time, the Parties jointly filed an urgent motion (Dkt. No. 11805) seeking an order granting an adjournment of the hearing on the Pensions Discovery Motions in order to allow the Parties to continue to meet and confer. The Court granted the motion, adjourning the hearing on the Pensions Discovery Motions to the omnibus hearing scheduled for April 22, 2020, and ordering the Parties to submit a seventh joint status report to the Court by April 16, 2020 (Dkt. No. 11808).

5. As set forth in the Parties' seventh joint status report, filed concurrently with this Joint Motion, the Parties continue to engage in good faith discussions in an attempt to narrow the remaining issues that require adjudication by this Court.

## RELIEF REQUESTED

6. By this Joint Motion, the Parties request an order granting an adjournment of the hearing on the Pensions Discovery Motions to the June Omnibus Hearing, scheduled to take place on **June 3, 2020**.

7. For the reasons set forth herein, as well as in the Parties' seventh joint status report, the Parties believe an adjournment of the hearing on the Pensions Discovery Motions to the June Omnibus Hearing is appropriate.

---

[3] *See* Dkt. Nos. 8007, 8271, 8444, 8634, 8997, 9498, 10327.
[4] *See* Dkt. Nos. 8017, 8291, 8447, 8638, 9006, 9518, 10376.
[5] *See* Dkt Nos. 8445, 8633, 8996, 9496, 10325.

8. Pursuant to Paragraph 1.H of the *Eleventh Amended Notice, Case Management and Administrative Procedures* (Case No. 17 BK 3283-LTS, ECF No. 11885-1), the Parties hereby certify that they have carefully examined the matter and concluded that there is a true need for an urgent motion; have not created the urgency through any lack of due diligence; have made bona fide efforts to resolve the matter without a hearing; have made reasonable, good-faith communications in an effort to resolve or narrow the issues that are being brought to the Court; and no party opposes the relief requested herein.

9. This is the Parties' ninth request for an adjournment of the hearing on the Pensions Discovery Motions.

|  |  |
|---|---|
| Dated: April 16, 2020<br>San Juan, Puerto Rico | **FERRAIUOLI LLC**<br><br>By: /s/ *Roberto Cámara-Fuertes*<br>    Roberto Cámara-Fuertes (USDC-PR No. 219002)<br>    Sonia Colón (USDC-PR No. 213809)<br>    221 Ponce de León Avenue, 5th Floor<br>    San Juan, PR 00917<br>    Telephone: (787) 766-7000<br>    Facsimile:  (787) 766-7001<br>    Email:  rcamara@ferraiuoli.com<br>            scolon@ferraiuoli.com<br><br>**MILBANK LLP**<br><br>By: /s/ *Atara Miller*<br>    Dennis F. Dunne<br>    Andrew M. Leblanc<br>    Atara Miller<br>    Grant R. Mainland<br>    (admitted *pro hac vice*)<br>    55 Hudson Yards<br>    New York, NY 10001<br>    Telephone: (212) 530-5000<br>    Facsimile: (212) 530-5219<br>    Email: ddunne@milbank.com<br>           aleblanc@milbank.com<br>           amiller@milbank.com<br>           gmainland@milbank.com<br><br>***Attorneys for Ambac Assurance Corporation*** |

/s/ *Margaret A. Dale*
Martin J. Bienenstock
Stephen L. Ratner
Timothy W. Mungovan
Paul V. Possinger
Margaret A. Dale
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

***Attorneys for the Financial Oversight and Management Board as representative for the Debtors***

/s/ *Hermann D. Bauer*
Hermann D. Bauer (USDC No. 215205)
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

***Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors***

/s/ *Peter Friedman*
John J. Rapisardi
(Admitted *Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

Peter Friedman
(Admitted *Pro Hac Vice*)
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 383-5414

Elizabeth L. McKeen
Ashley M. Pavel
(Admitted *Pro Hac Vice*)
610 Newport Center Drive
17th Floor
Newport Beach, California 92660
Tel: (949) 823-6900
Fax: (949) 823-6994

***Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority***

/s/ *Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC No. 222301
Email: lmarini@mpmlawpr.com
Carolina Velaz-Rivero
USDC No. 300913
Email: cvelaz@mpmlawpr.com
**MARINI PIETRANTONI MUÑIZ LLC**
250 Ponce de León Ave.
Suite 900
San Juan, Puerto Rico 00918
Tel: (787) 705-2173
Fax: (787) 936-7494

***Co-Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority***

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date a true and exact copy of this notice was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record.

/s/ *Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com