UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:                                                              PROMESA
                                                                    Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of                                        No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO                                     (Jointly Administered)
et al.,

                Debtors.[1]
-----------------------------------------------------------x

ORDER IN CONNECTION WITH INFORMATIVE MOTION REGARDING MOTION REQUESTING
RELIEF OF STAY UNDER 362(D)(1) OF THE BANKRUPTCY CODE (DOCKET ENTRY NO. 12795)

        The Court has received and reviewed the *Informative Motion Regarding Motion
Requesting Relief of Stay Under 362(d)(1) of the Bankruptcy Code* (Docket Entry No. 12795 in
Case No. 17-3283, the "Informative Motion") filed by the Commonwealth of Puerto Rico (the
"Commonwealth"), by and through the Financial Oversight and Management Board for Puerto
Rico (the "Oversight Board").  In the Informative Motion, the Oversight Board states that the
parties to the *Motion Requesting Relief of Stay Under 362(d)(1) of the Bankruptcy Code* (Docket
Entry No. 2434 in Case No. 17-3283, the "Lift Stay Motion") have "finalized a stipulation
memorializing the agreement in principle to resolve the Lift Stay Motion, which the Oversight
Board approved prior to the COVID-19 pandemic," and that the parties will file either the
stipulation or an additional status report on or before May 15, 2020.  The parties request that the

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case
number and the last four (4) digits of each Debtor's federal tax identification number, as
applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth")
(Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii)
Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-
BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways
and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last
Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the
Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-
BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric
Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits
of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA")
(Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801)
(Title III case numbers are listed as Bankruptcy Case numbers due to software
limitations).

Court adjourn the April 22, 2020, hearing on the Lift Stay Motion to the June 3, 2020, omnibus hearing.

       The hearing in connection with the Lift Stay Motion, which is currently scheduled for April 22, 2020, at 9:30 a.m. (Atlantic Standard Time), is hereby adjourned to the omnibus hearing scheduled for **June 3, 2020, at 9:30 a.m. (Atlantic Standard Time)**.  The parties shall file either a stipulation memorializing their agreement in principle or a status report by 5:00 p.m. (Atlantic Standard Time) on May 15, 2020.

       SO ORDERED.

Dated:  April 16, 2020

                /s/ Laura Taylor Swain
               LAURA TAYLOR SWAIN
               United States District Judge