# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

### APPLICATION OF SHAI SCHMIDT FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE COURT:

COMES NOW Shai Schmidt, Esq. (the "Applicant") and respectfully requests *pro hac vice* admission to this Court, by stating as follows:

1. Applicant is an attorney with the law firm Kasowitz Benson Torres LLP, with offices at:

   | | | |
   |---|---|---|
   | **Address** | : | 1633 Broadway<br>New York, NY 10019 |
   | **E-mail** | : | Sschmidt@kasowitz.com |
   | **Phone** | : | 212-506-1949 |
   | **Fax** | : | 212-500-3462 |

2. Applicant will sign all pleadings with the name Shai Schmidt.

3. Applicant does not reside in the Commonwealth of Puerto Rico.

4. Applicant has been retained as counsel by plaintiff Ambac Assurance Corporation

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

("Ambac"), to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

5. Since January 11, 2010, Applicant has been and presently is a member in good standing of the bar of the highest court of the State of New York. Applicant's New York bar license number is 4787164.

6. Applicant has also been admitted to practice before the following courts where she remains as a member in good standing:

| Court: | Admission Date: |
|---|---|
| U.S. District Court for the Southern District of New York | October 01, 2013 |
| U.S. District Court for the Eastern District of New York | October 01, 2013 |

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three (3) years, Applicant has filed for *pro hac vice* admission in the United States Bankruptcy Court for the District of Puerto Rico in the following matters:

| Date of Application: | Case Styled and Number: |
|---|---|
| January 01, 2019 | Case No. 17-BK-3283 (LTS)[2] |
| February 27, 2020 | Case No. 20-CV-01094 (PAD) |
|  |  |

10. Local counsel of record associated with Applicant in this matter is:

    **Name** : Roberto A. Cámara Fuertes
    **USDC-PR** : 219002
    **E-mail** : rcamara@ferraiuoli.com
    **Address** : PO Box 195168
                  San Juan, PR 00919-5168
    **Phone** : (787) 766-7000 x 366
    **Fax** : (787) 766-7001

11. Applicant has been furnished a copy of, and has read, the Local Rules of the United States

---

[2] Applicant acted as attorney for Whitebox Advisors, LLC and certain of its affiliates in connection with certain COFINA matters, as part of the above-styled consolidated cases, which have now been settled or otherwise closed.

District Court for the District of Puerto Rico[3] and agrees to comply with them in their entirety.

12. Applicant is further aware that such rules provide in part that attorneys appearing *pro hac vice* must pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee shall be completed either through the CM/ECF payment module (using the pay.gov portal) or by attaching a check or money order payable to "Clerk, U.S. District Court."

WHEREFORE, Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

In New York, New York, this 16th day of April, 2020.

By: */s/ Shai Schmidt*
Shai Schmidt
SSchmidt@kasowitz.com

I HEREBY CERTIFY that I consent to the designation of local counsel of record for all purposes pursuant to P.R. Local Rule 83A(f).

In San Juan, Puerto Rico, this 16th day of April, 2020.

*s/ Roberto A. Cámara-Fuertes*
Roberto A. Cámara-Fuertes
USDC-PR No. 219002

---

[3] Latest version (with amendments through April 12, 2018) available at https://www.prd.uscourts.gov/sites/default/files/documents/ajax/Local_Rules_amended_as_of_Sept_2_2010_with_TOC%2015_0.pdf.

- 4 -

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY, that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send automatic notification of such filing to all CM/ECF participants in this case.

In San Juan, Puerto Rico, this 16th day of April, 2020.

**Ferraiuoli** LLC

PO Box 195168
San Juan, PR 00919-5168
Phone: 787.766.7000
Fax: 787.766.7001

*s/ Roberto A. Cámara Fuertes*
Roberto A. Cámara Fuertes
USDC-PR 219002
Email: rcamara@ferraiuoli.com