## **EXHIBIT B**

**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS
FOR THE PERIOD FROM OCTOBER 1, 2019 THROUGH JANUARY 31, 2020**

**EXHIBIT B**

Summary of Hours Billed by Professionals and Paraprofessionals
for the Period from October 1, 2019 through January 31, 2020

| Partners and Of Counsel | Position; Year(s) Admitted to Bar; Specialty | Rate | Hours | Amount |
|---|---|---|---|---|
| Edward S. Weisfelner | Partner; Admitted to New York Bar in 1983; Restructuring | $790.00 | 43.50 | $34,365.00 |
| Jeffrey L. Jonas | Partner; Admitted to Massachusetts Bar in 1988; Restructuring | $790.00 | .50 | $395.00 |
| Sunni P. Beville* | Partner; Admitted to Massachusetts Bar in 2002; Restructuring | $790.00 | 149.20 | $108,585.50 |
| Angela M. Papalaskaris | Partner; Admitted to New York Bar in 2004; White Collar Defense & Government Investigations | $790.00 | .40 | $316.00 |
| May Orenstein | Partner; Admitted to New York Bar in 1984; Litigation | $790.00 | 20.80 | $16,432.00 |
| Cathrine M. Castaldi | Partner; Admitted to California Bar in 1991; Restructuring | $790.00 | 24.20 | $19,118.00 |
| Andrew P. Strehle | Partner; Admitted to Massachusetts Bar in 1994; Admitted to New York Bar in 2010; Corporate - Finance | $790.00 | 1.30 | $1,027.00 |
| Adolfo R. Garcia | Partner; Admitted to New York Bar in 1975; Admitted to Massachusetts Bar in 1981; Corporate | $790.00 | 1.00 | $790.00 |
| **TOTAL** | | | **240.90** | **$181,028.50** |

\* Non-working travel is discounted at 50%

| Associates | Position; Year(s) Admitted to Bar; Specialty | Rate | Hours | Amount |
|---|---|---|---|---|
| Tristan G. Axelrod* | Associate; Admitted to Massachusetts Bar in 2014; Restructuring | $790.00 | 211.10 | $148,836.00 |
| Marisa I. Calleja | Associate; Admitted to New York Bar in 2017; White Collar Defense & Government Investigations | $790.00 | 1.00 | $790.00 |
| Rosa Sierra | Associate; Admitted to Florida Bar in 2015 and Massachusetts Bar in 2017; Restructuring | $790.00 | 293.80 | $232,102.00 |
| Brian P. Oldham | Associate; Admitted to Colorado Bar and the District of Columbia Bar in 2008; White Collar Defense & Government Investigations | $790.00 | 17.20 | $13,588.00 |
| Joshua Dunn | Associate; Admitted to Massachusetts Bar in 2014; Restructuring | $790.00 | .80 | $632.00 |
| Matthew A. Sawyer | Associate; Admitted to Massachusetts Bar in 2019; Restructuring | $790.00 | 23.20 | $18,328.00 |
| **TOTAL** | | | **547.10** | **$414,276.00** |

\* Non-working travel is discounted at 50%

| Paralegals and Research Assistants | Year(s) Admitted to Bar; Position; Specialty | Rate | Hours | Amount |
|---|---|---|---|---|
| Elizabeth G. Hosang | N/A; Paralegal with over 20 years' experience; Litigation | $270.00 | 3.70 | $999.00 |
| Carol S. Ennis | N/A; Paralegal with over 35 years' experience; Restructuring | $270.00 | 90.90 | $24,543.00 |
| Harriet E. Cohen | N/A; Paralegal with over 30 years' experience; Restructuring | $270.00 | 13.30 | $3,591.00 |
| Alexandra M. Deering | N/A; Paralegal with over 5 years' experience; Restructuring | $270.00 | 46.70 | $12,609.00 |
| Nina Khalatova | N/A; Paralegal with over 15 years' experience; Restructuring | $270.00 | 5.40 | $1,458.00 |
| Sharyn MacEachern | N/A Litigation Analyst | $90.00 | 2.00 | $180.00 |
| Jodi Hunt | N/A Litigation Analyst | $90.00 | 39.50 | $3,555.00 |
| Florence M. Larson | N/A Litigation Analyst | $90.00 | 14.70 | $1,323.00 |
| **TOTAL** | | | **216.20** | **$48,258.00** |
| **GRAND TOTAL** | | | **1,004.20** | **$643,562.50** |