## **EXHIBIT C**

**SUMMARY OF COMPENSATION BY MATTER FOR THE PERIOD
FROM OCTOBER 1, 2019 THROUGH JANUARY 31, 2020**

## EXHIBIT C

Summary of Compensation by Matter for the Period
from October 1, 2019 through January 31, 2020

| Task Code | Hours | Fees | Costs | Total Amount |
|---|---|---|---|---|
| General /Costs Only | 0.00 | $0.00 | $40,133.81 | $40,133.81 |
| Case Administration | 30.10 | $10,155.00 | $0.00 | $10,155.00 |
| Meetings and Communications with Client | 57.50 | $45,425.00 | $0.00 | $45,425.00 |
| Fee Applications | 56.20 | $24,326.00 | $0.00 | $24,326.00 |
| Hearings | 36.60 | $27,302.00 | $0.00 | $27,302.00 |
| Non-Working Travel* | 68.90 | $27,215.50 | $0.00 | $27,215.50 |
| GO Bonds / Debt Limit | 147.30 | $116,003.00 | $0.00 | $116,003.00 |
| Avoidance Actions | 483.00 | $327,092.00 | $0.00 | $327,092.00 |
| Third Party Claims | 68.10 | $53,799.00 | $0.00 | $53,799.00 |
| Adversary Proceedings | 47.40 | $5,056.00 | $0.00 | $5,056.00 |
| Plan and Disclosure Statement | 9.10 | $7,189.00 | $0.00 | $7,189.00 |
| **TOTAL** | **1,004.2** | **$643,562.50** | **$40,133.81** | **$683,696.31** |

\* Non-Working Travel is discounted at 50%