# **EXHIBIT D**

**SUMMARY OF BLENDED HOURLY RATES
AND COMPARABLE HOURLY RATES**

# EXHIBIT D

Summary of Blended Hourly Rates and Comparable Hourly Rates

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed in this Fee Application[1] | Billed for 2018 (excluding bankruptcy) |
| Partners | $743 | $779 |
| Associates | $756 | $485 |
| Paralegals | $270 | $299 |
| **All Timekeepers** | **$671** | **$592** |

---

[1] The Blended Hourly Rates include write-downs that have been factored into the calculations.