## **EXHIBIT E**

**SUMMARY OF REIMBURSABLE EXPENSES INCURRED
FOR THE PERIOD OCTOBER 1, 2019 THROUGH JANUARY 31, 2020**

**EXHIBIT E**

Summary of Reimbursable Expenses Incurred
for the Period October 1, 2019 through January 31, 2020

| Service | | Cost |
|---|---|---|
| 1. | Photocopy (In-house) <br> (10,267 pages × 10¢) | $1,026.70 |
| 2. | Outside Copies | $8.50 |
| 3. | Database Hosting/Internal Hosting | $270.00 |
| 4. | Research (On-line Actual Costs) – Westlaw | $2,064.00 |
| 5. | Filing Fees | $8,140.00 |
| 6. | PACER | $809.90 |
| 7. | Teleconferencing | $881.08 |
| 8. | Overnight Delivery | $223.97 |
| 9. | Meals | $353.21 |
| 10. | Postage | $78.80 |
| 11. | Travel - Hotel | $4,974.87 |
| 12. | Travel - Train | $2,473.20 |
| 13. | Travel - Taxi | $927.28 |
| 14. | Travel – Travel Agent Fees | $390.00 |
| 15. | Travel - Parking | $254.00 |
| 16. | Travel - Airfare | $2,594.70 |
| 17. | Consulting Services | $14,663.60 |
| | **TOTAL** | **$40,133.81** |