## **EXHIBIT F**

## **BUDGET PLAN AND COMPARATIVE ANALYSIS**

| Project Categories | Budgeted | | Actual | | Budgeted | | Actual | | Budgeted | | Actual | | Budgeted | | Actual | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hours Estimate (October 2019) | Time Value Estimate (October 2019) | Hours (October 2019) | Time Value (October 2019) | Hours Estimate (November 2019) | Time Value Estimate (November 2019) | Hours (November 2019) | Time Value (November 2019) | Hours Estimate (December 2019) | Time Value Estimate (December 2019) | Hours (December 2019) | Time Value (December 2019) | Hours Estimate (January 2020) | Time Value Estimate (January 2020) | Hours (January 2020) | Time Value (January 2020) |
| Case Administration | 5.0 | $3,950.00 | 0.9 | $243.00 | 5.0 | $3,950.00 | 0.9 | $711.00 | 5.0 | $3,950.00 | 12.0 | $3,240.00 | 5.0 | $3,950.00 | 16.3 | $5,961.00 |
| Meetings and Communications with Client | 25.0 | $19,750.00 | 24.4 | $19,276.00 | 25.0 | $19,750.00 | 8.7 | $6,873.00 | 25.0 | $19,750.00 | 12.7 | $10,033.00 | 15.0 | $11,850.00 | 11.7 | $9,243.00 |
| Fee Applications | 25.0 | $16,000.00 | 12.3 | $5,557.00 | 25.0 | $16,000.00 | 24.1 | $10,043.00 | 15.0 | $10,000.00 | 8.7 | $3,961.00 | 20.0 | $13,000.00 | 11.1 | $4,765.00 |
| General Investigation | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 |
| Hearings | 0.0 | $0.00 | 3.0 | $2,058.00 | 25.0 | $19,750.00 | 0.0 | $0.00 | 25.0 | $19,750.00 | 27.4 | $20,346.00 | 25.0 | $19,750.00 | 6.2 | $4,898.00 |
| Non-Working Travel | 40.0 | $31,000.00 | 34.5 | $13,627.50 | 25.0 | $19,750.00 | 11.8 | $4,661.00 | 25.0 | $19,750.00 | 22.6 | $8,927.00 | 25.0 | $19,750.00 | 0.0 | $0.00 |
| ERS | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 |
| PREPA | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 |
| GO Bonds / Debt Limit | 150.0 | $118,500.00 | 49.1 | $38,789.00 | 100.0 | $79,000.00 | 53.1 | $41,949.00 | 100.0 | $79,000.00 | 9.3 | $7,347.00 | 75.0 | $59,250.00 | 35.8 | $27,918.00 |
| Swaps | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 |
| Credit Rating Agencies | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 |
| COFINA | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 |
| Avoidance Actions | 200.0 | $160,000.00 | 147.4 | $100,538.00 | 200.0 | $160,000.00 | 127.4 | $74,140.00 | 200.0 | $160,000.00 | 124.9 | $87,231.00 | 150.0 | $118,500.00 | 83.3 | $65,183.00 |
| Referrals | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 |
| Third Party Claims | 75.0 | $60,000.00 | 31.3 | $24,727.00 | 30.0 | $23,700.00 | 0.0 | $0.00 | 30.0 | $23,700.00 | 10.1 | $7,979.00 | 10.0 | $7,900.00 | 26.7 | $21,093.00 |
| Adversary Proceedings | 10.0 | $5,000.00 | 19.0 | $1,710.00 | 10.0 | $5,000.00 | 0.0 | $0.00 | 10.0 | $5,000.00 | 28.4 | $3,346.00 | 10.0 | $5,000.00 | 0.0 | $0.00 |
| Plan and Disclosure Statement | 50.0 | $39,500.00 | 0.0 | $0.00 | 20.0 | $15,800.00 | 0.0 | $0.00 | 20.0 | $15,800.00 | 0.0 | $0.00 | 20.0 | $15,800.00 | 9.1 | $7,189.00 |
| | 580.0 | $453,700.00 | 321.9 | $206,525.50 | 465.0 | $362,700.00 | 226.0 | $138,377.00 | 455.0 | $356,700.00 | 256.1 | $152,410.00 | 355.0 | $274,750.00 | 200.2 | $146,250.00 |