# **EXHIBIT A**

**Schedule of Claims Subject to One Hundred Eighty-Fifth Omnibus Objection**

ONE HUNDRED EIGHTY-FIFTH OMNIBUS OBJECTION
Exhibit A – Izquierdo Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING AMENDED CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | ARROYO RIOS, EDNA<br>JORGE IZQUIERDO SAN MIGUEL<br>239 ARTERIAL HOSTOS, CAPITAL CENTER, TORRE SUR PISO 10, OFICINA 1005<br>SAN JUAN, PR 00918 | 5/26/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 34304 | $50,000.00 | ARROYO RIOS, EDNA M. JEAN CARLOS. & GUTIERREZ, VICTOR M.<br>C/O JORGE M IZQUIERDO<br>239 ART HOST CAP CTR TOR SUR PSO10 #1005<br>SAN JUAN, PR 00918 | 10/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 167866 | $50,000.00 |
| | Reason: Claimants' attorney, Jorge M. Izquierdo, filed initial proofs of claim on behalf of claimants related to various personal injury suits, and then Mr. Izquierdo also filed amended proofs of claim for same claimants and same alleged liabilities. | | | | | | | | | |
| 2 | GUTIERREZ ARROYO, JEAN CARLOS<br>JORGE IZQUIERDO SAN MIGUEL<br>239 ARTERIAL HOSTOS, CAPITAL CENTER TORRE SUR, PISO 10, OFICINA 1005<br>SAN JUAN, PR 00918 | 5/26/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 37399 | $700,000.00 | GUTIERREZ ARROYO, JEAN CARLOS<br>EDNA M ARROYO RIOS, VICTOR M GUTIERREZ<br>C/O LCDO JORGE M IZQUIERDO<br>239 ART HOST CAP CTR TOR SUR PSO10 #1005<br>SAN JUAN, PR 00918 | 10/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 167862 | $700,000.00 |
| | Reason: Claimants' attorney, Jorge M. Izquierdo, filed initial proofs of claim on behalf of claimants related to various personal injury suits, and then Mr. Izquierdo also filed amended proofs of claim for same claimants and same alleged liabilities. | | | | | | | | | |
| 3 | GUTIERREZ, VICTOR M.<br>JORGE IZQIERDO SAN MIGUEL<br>239 ARTERIAL HOSTOS, CAPITAL CENTER TORRE SUR PISO 10 OFICINA 1005<br>SAN JUAN, PR 00918 | 5/26/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 30815 | $50,000.00 | GUTIERREZ, VICTOR M<br>IZQUIERDO SAN MIGUEL LAW OFFICES<br>239 ARTERIAL HOSTOS, CAPITAL CENTER SUITE 1005<br>SAN JUAN, PR 00918 | 10/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 167872 | $50,000.00 |
| | Reason: Claimants' attorney, Jorge M. Izquierdo, filed initial proofs of claim on behalf of claimants related to various personal injury suits, and then Mr. Izquierdo also filed amended proofs of claim for same claimants and same alleged liabilities. | | | | | | | | | |
| 4 | IZQUIERDO SAN MIGUEL LAW OFFCIES, PSC.<br>JORGE IZUIERDO SAN MIGUEL<br>239 ARTERIAL HOSTOS, CAPITAL CENTER, TORRE SUR PISO 10, OFICINA 1005<br>SAN JUAN, PR 00918 | 5/26/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 29553 | $297,000.00 | IZQUIERDO SAN MIGUEL LAW OFFICES<br>239 ARTERIAL HOSTOS CAPITAL CENTER, SUITE 1005<br>SAN JUAN, PR 00918 | 10/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 167838 | $297,000.00 |
| | Reason: Claimants' attorney, Jorge M. Izquierdo, filed initial proofs of claim on behalf of claimants related to various personal injury suits, and then Mr. Izquierdo also filed amended proofs of claim for same claimants and same alleged liabilities. | | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

ONE HUNDRED EIGHTY-FIFTH OMNIBUS OBJECTION
Exhibit A – Izquierdo Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING AMENDED CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
| 5 | IZQUIERDO SAN MIGUEL LAW OFFICES<br>239 ARTERIAL HOSTOS CAPITAL CENTER, SUITE 1005<br>SAN JUAN, PR 00918 | 5/26/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 28652 | $264,000.00 | IZQUIERDO SAN MIGUEL LAW OFFICES PSC<br>239 ARTERIAL HOSTOS CAPITAL CENTER STE. 1005<br>SAN JUAN, PR 00918 | 10/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 167863 | $264,000.00 |
| | Reason: Claimants' attorney, Jorge M. Izquierdo, filed initial proofs of claim on behalf of claimants related to various personal injury suits, and then Mr. Izquierdo also filed amended proofs of claim for same claimants and same alleged liabilities. | | | | | | | | | |
| 6 | IZQUIERDO SAN MIGUEL LAW OFFICES<br>239 ARTERIAL HOSTOS CAPITAL CENTER, SUITE 1005<br>SAN JUAN, PR 00918 | 5/26/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 45714 | $3,750.00 | IZQUIERDO SAN MIGUEL LAW OFFICES<br>239 ARTERIAL HOSTOS CAPITAL CENTER, SUITE 1005<br>SAN JUAN, PR 00918 | 10/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 167861 | $3,750.00 |
| | Reason: Claimants' attorney, Jorge M. Izquierdo, filed initial proofs of claim on behalf of claimants related to various personal injury suits, and then Mr. Izquierdo also filed amended proofs of claim for same claimants and same alleged liabilities. | | | | | | | | | |
| 7 | NAYLEF A. PEREZ MONTALVO REPRESENTED BY HER MOTHER JANNEFFER MONTALVO<br>JORGE M. IZQUIERDO ESQ.<br>239 ARTERIAL HOSTOS, CAPITAL CENTER<br>TORRE SUR, 10TH FLOOR<br>SUITE 1005<br>SAN JUAN, PR 00918 | 5/26/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 30214 | $2,000,000.00 | JANNEFFER MONTALVO IN REPRESENTATION OF MINOR NAYLEF A PEREZ MONTALVO<br>C/O IZQUIERDO SAN MIGUEL LAW<br>239 ARTERIAL HOSTOS CAPITAL CENTER<br>SUITE 1005<br>SAN JUAN, PR 00918 | 10/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 167852 | $2,000,000.00 |
| | Reason: Claimants' attorney, Jorge M. Izquierdo, filed initial proofs of claim on behalf of claimants related to various personal injury suits, and then Mr. Izquierdo also filed amended proofs of claim for same claimants and same alleged liabilities. | | | | | | | | | |
| 8 | RAMOS MONTALVO, SARAH LYAN REPRESENTED BY HER MOTHER JANNEFFER MONTALVO<br>JORGE M.IZQUIERDO,ESQ, 239 ARTERIAL HOSTOS CAPITAL CENTER, TORRE SUR 10TH FLOOR, SUITE 1005<br>SAN JUAN, PR 00918 | 5/26/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 25016 | $2,000,000.00 | MONTALVO DELGADO, JANNEFER<br>C/O IZQUIERDO-SAN MIGUEL LAW OFFICE<br>ATTN: JORGE M. IZQUIERDO-SAN-MIGUEL<br>239 ARTERIAL HOSTOS AVENUE, SUITE 1005<br>SAN JUAN, PR 00918 | 10/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 167851 | $2,000,000.00 |
| | Reason: Claimants' attorney, Jorge M. Izquierdo, filed initial proofs of claim on behalf of claimants related to various personal injury suits, and then Mr. Izquierdo also filed amended proofs of claim for same claimants and same alleged liabilities. | | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

ONE HUNDRED EIGHTY-FIFTH OMNIBUS OBJECTION
Exhibit A – Izquierdo Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING AMENDED CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
| 9 | RIVERA RIVERA, NATHANAEL I/C/O JORGE IZQUIERDO SAN MIGUEL, ESSQ. 239 ARTERIAL-HOSTOS, CAPITAL CENTER, TORRE SUR PISO 10, OFICINA 1005 SAN JUAN, PR 00918 | 5/26/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 47347 | $15,000.00 | NATHANAEL RIVERA RIVERA (MINOR) REPRESENTED BY AMALIA QUINONES C/O IZQUIERDO SAN MIGUEL LAW OFFICES 239 ARTERIAL HOSTOS, CAPITAL CENTER SUITE 1005 SAN JUAN, PR 00918 | 10/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 167857 | $15,000.00 |
| | Reason: Claimants' attorney, Jorge M. Izquierdo, filed initial proofs of claim on behalf of claimants related to various personal injury suits, and then Mr. Izquierdo also filed amended proofs of claim for same claimants and same alleged liabilities. | | | | | | | | | |
| 10 | SANCHEZ RIVERA, MIGUEL JORGE IZQUIERDO SAN MIGUEL 230 ARTERIAL HOSTOS, CAPITAL CENTER, TORRE SUR PISO 10, OFICINA 1005 SAN JUAN, PR 00918 | 5/26/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 30238 | $300,000.00 | SANCHEZ RIVERA, MIGUEL ANGEL C/O IZQUIERDO SAN MIGUEL LAW OFFICES 239 ARTERIAL HOSTOS, CAPITAL CENTER SUITE 1005 SAN JUAN, PR 00918 | 10/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 167853 | $300,000.00 |
| | Reason: Claimants' attorney, Jorge M. Izquierdo, filed initial proofs of claim on behalf of claimants related to various personal injury suits, and then Mr. Izquierdo also filed amended proofs of claim for same claimants and same alleged liabilities. | | | | | | | | | |
| 11 | SANCHEZ TORRES, JOSE ALBERTO JORGE IZQUIERDO SAN MIGUEL 239 ARTERIAL HOSTOS, CAPITAL CENTER TORRE SUR PISO 10, OFICINA 1005 SAN JUAN, PR 00918 | 5/26/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 37392 | $150,000.00 | SANCHEZ TORRES, JOSE ALBERTO C/O IZQUIERDO SAN MIGUEL LAW OFFICES 239 ARTERIAL HOSTOS, CAPITAL CENTER SUITE 1005 SAN JUAN, PR 00918 | 10/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 167854 | $150,000.00 |
| | Reason: Claimants' attorney, Jorge M. Izquierdo, filed initial proofs of claim on behalf of claimants related to various personal injury suits, and then Mr. Izquierdo also filed amended proofs of claim for same claimants and same alleged liabilities. | | | | | | | | | |
| 12 | SOCORRO TORRES, CARMEN JORGE IZQUIERDO SAN MIGUEL 239 ARTERIAL HOSTOS, CAPITAL CENTER, TORRE SUR PISO 10, OFICINA 1005, SAN JUAN, PR 00918 | 5/26/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 24605 | $300,000.00 | SOCORRO TORRES, CARMEN C/O IZQUIERDO SAN MIGUEL LAW OFFICE 239 ARTERIAL HOSTOS, CAPITAL CENTER SUITE 1005 SAN JUAN, PR 00918 | 10/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 167856 | $300,000.00 |
| | Reason: Claimants' attorney, Jorge M. Izquierdo, filed initial proofs of claim on behalf of claimants related to various personal injury suits, and then Mr. Izquierdo also filed amended proofs of claim for same claimants and same alleged liabilities. | | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.