## <u>ANEXO A</u>

**Relación de reclamaciones objeto de la Centésima octogésima quinta objeción global**

CENTÉSIMO OCTOGÉSIMO QUINTO OBJECIÓN COLECTIVA
Anexo A – Izquierdo Reclamaciones Enmendadas

| RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIONES ENMENDADAS REMANENTES | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 ARROYO RIOS, EDNA JORGE IZQUIERDO SAN MIGUEL 239 ARTERIAL HOSTOS, CAPITAL CENTER, TORRE SUR PISO 10, OFICINA 1005 SAN JUAN, PR 00918 | 5/26/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 34304 | $50,000.00 | ARROYO RIOS, EDNA M. JEAN CARLOS & GUTIERREZ, VICTOR M. C/O JORGE M IZQUIERDO 239 ART HOST CAP CTR TOR SUR PSO10 #1005 SAN JUAN, PR 00918 | 10/29/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 167866 | $50,000.00 |
| Base para: Jorge M. Izquierdo, inicialmente sometió Evidencias de Reclamación de parte de demandantes relacionadas a varias demandas por lesiones personales, y después Sr. Izquierdo también sometió Evidencias de Reclamación modificadas por los mismos demandantes y las mismas obligaciones alegadas. | | | | | | | | | |
| 2 GUTIERREZ ARROYO, JEAN CARLOS JORGE IZQUIERDO SAN MIGUEL 239 ARTERIAL HOSTOS, CAPITAL CENTER TORRE SUR, PISO 10, OFICINA 1005 SAN JUAN, PR 00918 | 5/26/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 37399 | $700,000.00 | GUTIERREZ ARROYO, JEAN CARLOS EDNA M ARROYO RIOS, VICTOR M GUTIERREZ C/O LCDO JORGE M IZQUIERDO 239 ART HOST CAP CTR TOR SUR PSO10 #1005 SAN JUAN, PR 00918 | 10/29/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 167862 | $700,000.00 |
| Base para: Jorge M. Izquierdo, inicialmente sometió Evidencias de Reclamación de parte de demandantes relacionadas a varias demandas por lesiones personales, y después Sr. Izquierdo también sometió Evidencias de Reclamación modificadas por los mismos demandantes y las mismas obligaciones alegadas. | | | | | | | | | |
| 3 GUTIERREZ, VICTOR M. JORGE IZQIERDO SAN MIGUEL 239 ARTERIAL HOSTOS, CAPITAL CENTER TORRE SUR PISO 10 OFICINA 1005 SAN JUAN, PR 00918 | 5/26/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 30815 | $50,000.00 | GUTIERREZ, VICTOR M IZQUIERDO SAN MIGUEL LAW OFFICES 239 ARTERIAL HOSTOS, CAPITAL CENTER SUITE 1005 SAN JUAN, PR 00918 | 10/29/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 167872 | $50,000.00 |
| Base para: Jorge M. Izquierdo, inicialmente sometió Evidencias de Reclamación de parte de demandantes relacionadas a varias demandas por lesiones personales, y después Sr. Izquierdo también sometió Evidencias de Reclamación modificadas por los mismos demandantes y las mismas obligaciones alegadas. | | | | | | | | | |
| 4 IZQUIERDO SAN MIGUEL LAW OFFCIES, PSC. JORGE IZQIERDO SAN MIGUEL 239 ARTERIAL HOSTOS, CAPITAL CENTER, TORRE SUR PISO 10, OFICINA 1005 SAN JUAN, PR 00918 | 5/26/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 29553 | $297,000.00 | IZQUIERDO SAN MIGUEL LAW OFFICES 239 ARTERIAL HOSTOS CAPITAL CENTER, SUITE 1005 SAN JUAN, PR 00918 | 10/29/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 167838 | $297,000.00 |
| Base para: Jorge M. Izquierdo, inicialmente sometió Evidencias de Reclamación de parte de demandantes relacionadas a varias demandas por lesiones personales, y después Sr. Izquierdo también sometió Evidencias de Reclamación modificadas por los mismos demandantes y las mismas obligaciones alegadas. | | | | | | | | | |

* - Indica que la reclamación contiene montos por liquidar o indeterminados

CENTÉSIMO OCTOGÉSIMO QUINTO OBJECIÓN COLECTIVA
Anexo A – Izquierdo Reclamaciones Enmendadas

## RECLAMACIONES A SER DESESTIMADAS    RECLAMACIONES ENMENDADAS REMANENTES

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | IZQUIERDO SAN MIGUEL LAW OFFICES 239 ARTERIAL HOSTOS CAPITAL CENTER, SUITE 1005 SAN JUAN, PR 00918 | 5/26/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 28652 | $264,000.00 | IZQUIERDO SAN MIGUEL LAW OFFICES PSC 239 ARTERIAL HOSTOS CAPITAL CENTER STE. 1005 SAN JUAN, PR 00918 | 10/29/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 167863 | $264,000.00 |
| | Base para: Jorge M. Izquierdo, inicialmente sometió Evidencias de Reclamación de parte de demandantes relacionadas a varias demandas por lesiones personales, y después Sr. Izquierdo también sometió Evidencias de Reclamación modificadas por los mismos demandantes y las mismas obligaciones alegadas. | | | | | | | | | |
| 6 | IZQUIERDO SAN MIGUEL LAW OFFICES 239 ARTERIAL HOSTOS CAPITAL CENTER, SUITE 1005 SAN JUAN, PR 00918 | 5/26/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 45714 | $3,750.00 | IZQUIERDO SAN MIGUEL LAW OFFICES 239 ARTERIAL HOSTOS CAPITAL CENTER, SUITE 1005 SAN JUAN, PR 00918 | 10/29/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 167861 | $3,750.00 |
| | Base para: Jorge M. Izquierdo, inicialmente sometió Evidencias de Reclamación de parte de demandantes relacionadas a varias demandas por lesiones personales, y después Sr. Izquierdo también sometió Evidencias de Reclamación modificadas por los mismos demandantes y las mismas obligaciones alegadas. | | | | | | | | | |
| 7 | NAYLEF A. PEREZ MONTALVO REPRESENTED BY HER MOTHER JANNEFFER MONTALVO JORGE M. IZQUIERDO ESQ. 239 ARTERIAL HOSTOS, CAPITAL CENTER TORRE SUR, 10TH FLOOR SUITE 1005 SAN JUAN, PR 00918 | 5/26/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 30214 | $2,000,000.00 | JANNEFFER MONTALVO IN REPRESENTATION OF MINOR NAYLEF A PEREZ MONTALVO C/O IZQUIERDO SAN MIGUEL LAW 239 ARTERIAL HOSTOS CAPITAL CENTER SUITE 1005 SAN JUAN, PR 00918 | 10/29/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 167852 | $2,000,000.00 |
| | Base para: Jorge M. Izquierdo, inicialmente sometió Evidencias de Reclamación de parte de demandantes relacionadas a varias demandas por lesiones personales, y después Sr. Izquierdo también sometió Evidencias de Reclamación modificadas por los mismos demandantes y las mismas obligaciones alegadas. | | | | | | | | | |
| 8 | RAMOS MONTALVO, SARAH LYAN REPRESENTED BY HER MOTHER JANNEFFER MONTALVO JORGE M.IZQUIERDO,ESQ, 239 ARTERIAL HOSTOS CAPITAL CENTER, TORRE SUR 10TH FLOOR, SUITE 1005 SAN JUAN, PR 00918 | 5/26/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 25016 | $2,000,000.00 | MONTALVO DELGADO, JANNEFER C/O IZQUIERDO-SAN MIGUEL LAW OFFICE ATTN: JORGE M. IZQUIERDO-SAN-MIGUEL 239 ARTERIAL HOSTOS AVENUE, SUITE 1005 SAN JUAN, PR 00918 | 10/29/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 167851 | $2,000,000.00 |
| | Base para: Jorge M. Izquierdo, inicialmente sometió Evidencias de Reclamación de parte de demandantes relacionadas a varias demandas por lesiones personales, y después Sr. Izquierdo también sometió Evidencias de Reclamación modificadas por los mismos demandantes y las mismas obligaciones alegadas. | | | | | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

CENTÉSIMO OCTOGÉSIMO QUINTO OBJECIÓN COLECTIVA
Anexo A – Izqueirdo Reclamaciones Enmendadas

## RECLAMACIONES A SER DESETIMADAS | RECLAMACIONES ENMENDADAS REMANENTES

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | RIVERA RIVERA, NATHANAEL I/C/O JORGE IZQUIERDO SAN MIGUEL, ESSQ. 239 ARTERIAL-HOSTOS, CAPITAL CENTER, TORRE SUR PISO 10, OFICINA 1005 SAN JUAN, PR 00918 | 5/26/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 47347 | $15,000.00 | NATHANAEL RIVERA RIVERA (MINOR) REPRESENTED BY AMALIA QUINONES C/O IZQUIERDO SAN MIGUEL LAW OFFICES 239 ARTERIAL HOSTOS, CAPITAL CENTER SUITE 1005 SAN JUAN, PR 00918 | 10/29/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 167857 | $15,000.00 |

Base para: Jorge M. Izquierdo, inicialmente sometió Evidencias de Reclamación de parte de demandantes relacionadas a varias demandas por lesiones personales, y después Sr. Izquierdo también sometió Evidencias de Reclamación modificadas por los mismos demandantes y las mismas obligaciones alegadas.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | SANCHEZ RIVERA, MIGUEL JORGE IZQUIERDO SAN MIGUEL 230 ARTERIAL HOSTOS, CAPITAL CENTER, TORRE SUR PISO 10, OFICINA 1005 SAN JUAN, PR 00918 | 5/26/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 30238 | $300,000.00 | SANCHEZ RIVERA, MIGUEL ANGEL C/O IZQUIERDO SAN MIGUEL LAW OFFICES 239 ARTERIAL HOSTOS, CAPITAL CENTER SUITE 1005 SAN JUAN, PR 00918 | 10/29/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 167853 | $300,000.00 |

Base para: Jorge M. Izquierdo, inicialmente sometió Evidencias de Reclamación de parte de demandantes relacionadas a varias demandas por lesiones personales, y después Sr. Izquierdo también sometió Evidencias de Reclamación modificadas por los mismos demandantes y las mismas obligaciones alegadas.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | SANCHEZ TORRES, JOSE ALBERTO JORGE IZQUIERDO SAN MIGUEL 239 ARTERIAL HOSTOS, CAPITAL CENTER TORRE SUR PISO 10, OFICINA 1005 SAN JUAN, PR 00918 | 5/26/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 37392 | $150,000.00 | SANCHEZ TORRES, JOSE ALBERTO C/O IZQUIERDO SAN MIGUEL LAW OFFICES 239 ARTERIAL HOSTOS, CAPITAL CENTER SUITE 1005 SAN JUAN, PR 00918 | 10/29/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 167854 | $150,000.00 |

Base para: Jorge M. Izquierdo, inicialmente sometió Evidencias de Reclamación de parte de demandantes relacionadas a varias demandas por lesiones personales, y después Sr. Izquierdo también sometió Evidencias de Reclamación modificadas por los mismos demandantes y las mismas obligaciones alegadas.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | SOCORRO TORRES, CARMEN JORGE IZQUIERDO SAN MIGUEL 239 ARTERIAL HOSTOS, CAPITAL CENTER, TORRE SUR PISO 10, OFICINA 1005, SAN JUAN, PR 00918 | 5/26/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 24605 | $300,000.00 | SOCORRO TORRES, CARMEN C/O IZQUIERDO SAN MIGUEL LAW OFFICE 239 ARTERIAL HOSTOS, CAPITAL CENTER SUITE 1005 SAN JUAN, PR 00918 | 10/29/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 167856 | $300,000.00 |

Base para: Jorge M. Izquierdo, inicialmente sometió Evidencias de Reclamación de parte de demandantes relacionadas a varias demandas por lesiones personales, y después Sr. Izquierdo también sometió Evidencias de Reclamación modificadas por los mismos demandantes y las mismas obligaciones alegadas.

* - Indica que la reclamación contiene montos por liquidar o indeterminados