## <u>EXHIBIT A</u>

**Schedule of Claims Subject to the One Hundred Eighty-Seventh Omnibus Objection**

ONE HUNDRED EIGHTY-SEVENTH OMNIBUS OBJECTION
Exhibit A – Attorney Duplicate Claims

| CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 ADORNO, EDWIN O. PO BOX 237 VEGA ALTA, PR 00692-0237 | 6/5/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 31022 | $6,500.00 | ADORNO GONZALEZ, EDWIN OMAL CALLE AVALON G-143 URB., MIRABELLA VEGA ALTA, PR 00692 | 5/10/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 13805 | $5,445.38 |
| Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |
| 2 ARROYO-MARTINEZ, VANESSA URB. SANTA CLARA CALLE EMAJAGUA Q 28 GUAYNABO, PR 00969 | 5/10/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 14123 | $2,782.73 | ARROYO MARTINEZ, VANESSA JOSE A. GARCIA RODRIGUEZ APARTADO 9831 SANTURCE STATION SANTURCE, PR 00908 | 5/10/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 14398 | $2,782.73 |
| Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |
| 3 BATISTA MIRANDA, JOSE A. NORUEGA I-8 OASIS GARDENS GUAYNABO, PR 00969 | 5/16/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 13454 | $5,899.00 | BATISTA MIRANDA, JOSE A NORUEGA I-8, OASIS GARDENS GUAYNABO, PR 00969 | 5/10/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 13819 | $5,338.25 |
| Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |
| 4 CINTRON SANTIAGO, CARMEN ELIZABETH CALLE 2 BLQ. 2 #19 URB.MIRAFLORES BAYAMON, PR 00957 | 6/5/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 47894 | $2,386.95 | SANTIAGO, CARMEN E. CINTRON RR 02 BUZON 4910 ANASCO, PR 00610-9870 | 5/10/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 14095 | $2,498.95 |
| Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |
| 5 CRUZ SOTO, OMAR C LIRIOS #220 SAN RAFAEL ESTATES II BAYAMON, PR 00959 | 5/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 23074 | $2,598.44 | CRUZ SOTO, OMAR C/LIRIOS C- 22 SAN RAFAEL ESTATES II BAYAMON, PR 00959-4179 | 5/14/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 14791 | $2,598.44 |
| Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

# ONE HUNDRED EIGHTY-SEVENTH OMNIBUS OBJECTION
## Exhibit A – Attorney Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |

| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | DUPREY PEREZ, JOSE I SANTA TERESITA 1 CALLE ANDRES CABAN ISABELA, PR 00662 | 5/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 30226 | $7,328.94 | GARCIA NARVAEZ, AGUSTIN C/O LCDO. RAMON N. PLAZA MONTERO URB LA RAMBLA 922 ZARAGOZA PONCE, PR 00730 | 5/2/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 12113 | $543,702.17 |
| | Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |
| 7 | FERRER CAMACHO, ORLANDO L. RR-4 BOX 27164 TOA ALTA, PR 00953 | 5/31/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 45304 | $5,000.00 | FERRER CAMACHO, ORLANDO L. RR 4 BOX 27164 TOA ALTA, PR 00953 | 5/22/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 23921 | $3,249.20 |
| | Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |
| 8 | GUEVARA FERNANDEZ, NESTOR URB. RIO CANAS 2729 CALLE MISSISSIPPI PONCE, PR 00728 | 3/11/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 1987 | $5,216.48 | GUEVARA FERNANDEZ, NESTOR URB RIO CANAS 2729 MISSISSIPPI PONCE, PR 00728 | 5/25/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 33258 | $5,216.48 |
| | Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |
| 9 | HERNANDEZ GARCIA, JORGE L. URB. VERSALLES E-18 CALLE 5 BAYAMON, PR 00959 | 5/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 34007 | $5,129.57 | HERNANDEZ GARCIA, JORGE L. URB. VERSALLES CALLE 5 E-18 BAYAMON, PR 00959 | 5/25/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 36072 | $5,543.97 |
| | Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |
| 10 | HERNANDEZ GARCIA, JORGE L. URB. VERSALLES E-18 CALLE 5 BAYAMON, PR 00959-2111 | 6/1/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 29918 | $5,129.57 | HERNANDEZ GARCIA, JORGE L. URB. VERSALLES CALLE 5 E-18 BAYAMON, PR 00959 | 5/25/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 36072 | $5,543.97 |
| | Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

ONE HUNDRED EIGHTY-SEVENTH OMNIBUS OBJECTION
Exhibit A – Attorney Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |

| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | JUSINO CRUZ, LIDIS L. HC 4 BOX 21127 LAJAS, PR 00667 | 6/11/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 74978 | Undetermined* | GARCIA NARVAEZ, AGUSTIN C/O LCDO. RAMON N. PLAZA MONTERO URB LA RAMBLA 922 ZARAGOZA PONCE, PR 00730 | 5/2/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 12113 | $543,702.17 |

Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney.

| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | LUQUIS APONTE, RENE URB. EXT. SAN ANTONIO C / 4 R-10 CAGUAS, PR 00725 | 5/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 40813 | Undetermined* | LUQUIS APONTE, RENE URB. EXT. SAN ANTONIO C / 4 R-10 CAGUAS, PR 00725 | 5/24/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 24958 | $3,247.29 |

Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney.

| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | MORALES MALPICA, YADIRIS C3 BLOQUE 9 12 URB SANTA ROSA BAYAMON, PR 00959 | 5/25/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 33273 | $3,802.46 | MORALES MALPICA, YADIRIS CALLE 29 DF-6 URB. REXVILLE BAYAMON, PR 00957 | 5/24/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 28894 | $1,901.23 |

Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney.

| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | MORALES-BERRIOS, FABIAN HC 75 BOX 1164 NARANJITO, PR 00719 | 5/19/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 14644 | $4,800.00 | MORALES BERRIOS, FABIAN HC 75 BOX 1164 NARANJITO, PR 00719 | 5/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 17286 | $4,258.51 |

Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney.

| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | NAVARRO FERNANDEZ, JOSE M. URB. VILLA DEL CARMEN 1121 CALLE SACRA PONCE, PR 00716 | 5/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 38412 | $4,327.92 | NAVARRO FERNANDEZ, JOSE E. CALLE SCARE 1121 URB. VILLAS DEL CARMEN PONCE, PR 00716-2135 | 5/25/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 33234 | $4,927.92 |

Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney.

\* - Indicates claim contains unliquidated and/or undetermined amounts.

ONE HUNDRED EIGHTY-SEVENTH OMNIBUS OBJECTION
Exhibit A – Attorney Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |

| # | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 16 | ORTIZ GRACIA, ARCELIO P.O. BOX 1096 ARROYO, PR 00714 | 6/28/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 141017 | Undetermined* | ORTIZ GRACIA, ARCELIO PO BOX 1096 ARROYO, PR 00714 | 5/21/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 22518 | $6,427.12 |

Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney.

| # | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | OYOLA MARTINEZ, REINALDO 8314 BELMONTE VISTAS DEL OCEANO LOIZA, PR 00772 | 5/30/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 36446 | $5,900.00 | OYOLA MARTINEZ, REINALDO PO BOX 4065 CAROLINA, PR 00984 | 5/21/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 28212 | $7,922.28 |

Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney.

| # | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 18 | PEREZ-ROMAN, BRENDA L PMB 244 PO BOX 1345 TOA ALTA, PR 00954-1345 | 5/22/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 18726 | $3,229.56 | PEREZ ROMAN, BRENDA LIZ PMB 244 BOX 1345 TOA ALTA, PR 00954 | 5/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 17545 | $3,229.56 |

Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney.

| # | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 | POMALES RODRIGUEZ , WILSON URB BAIROA GOLDEN GATE I CALLE D H-9 CAGUAS, PR 00727 | 5/26/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 23764 | $3,928.74 | POMALES RODRIGUEZ, WILSON CALLE MIS AMORES D-21 URB. SAN ALFONSO CAGUAS, PR 00727 | 5/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 17566 | $3,928.74 |

Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney.

| # | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 | PORRATA CRUZ, ERIC HC 71 PO BOX 4403 CAYEY, PR 00736 | 5/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 17713 | Undetermined* | PORRATA CRUZ, ERIC A. HC-71 BOX 4403 CAYEY, PR 00736 | 5/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 17294 | Undetermined* |

Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney.

* - Indicates claim contains unliquidated and/or undetermined amounts.

ONE HUNDRED EIGHTY-SEVENTH OMNIBUS OBJECTION

Exhibit A – Attorney Duplicate Claims

| CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
| 21 QUINONES-CARABALLO, GLADYS W JARD DE CANOVANAS E38 CALLE 2A CANOVANAS, PR 00729 | 6/20/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 44995 | $4,517.00 | QUINONES CARABALLO, GLADYS W. COND. VIZCAYA APT. 311 CAROLINA, PR 00985 | 5/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 17608 | $4,776.80 |
| Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |
| 22 RAMIREZ SANTIAGO, JUAN D. URB. ALTURAS DEL ALBA 101206 CALLE CIELO VILLALBA, PR 00766-2353 | 3/21/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 3716 | $7,457.52 | RAMIREZ SANTIAGO, JUAN D. URB. ALTURAS DEL ALBA 101206 CALLE CIELO VILLALBA, PR 00766 | 5/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 18771 | $5,233.99 |
| Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |
| 23 RAMOS-VILLANUEVA, LUIS LOIZA VALLEY 287 CALLE BELLISIMA CANOVANAS, PR 00729 | 5/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 16031 | $5,400.00 | RAMOS VILLANUEVA, LUIS JOSE ARMANDO GARCIA RODRIGUEZ ASESOR LEGAL-ABOGADO (RUA 9534), ASOCIACION EMPLEADOS GERENCIALES - AEE APARTADO 9831 SANTURCE STATION SANTURCE, PR 00908 | 5/16/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 16021 | $5,490.18 |
| Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |
| 24 RIVERA RIVERA, NYDIA M. P.O. BOX 692 COROZAL, PR 00783-0692 | 5/22/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 27831 | $3,465.94 | RIVERA RIVERA, NYDIA M PO BOX 690 COROZAL, PR 00783-0690 | 5/22/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 24572 | $2,883.53 |
| Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |
| 25 RODRIGUEZ BETANCOURT, GUSTAVO E 12 ARBOLOTE AVENUE APT. 139 GUAYNABO, PR 00969 | 5/7/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 10772 | $4,891.14 | RODRIGUEZ BETANCOURT, GUSTAVO E. 12 AVE. ARBOLOTE 139 GUAYNABO, PR 00969 | 5/24/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 26936 | $4,891.14 |
| Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

ONE HUNDRED EIGHTY-SEVENTH OMNIBUS OBJECTION
Exhibit A – Attorney Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
| 26 | RODRIGUEZ RAMIREZ, IVETTE PO BOX 9022111 SAN JUAN, PR 00902 | 5/24/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 15379 | $3,100.00 | RODRIGUEZ RAMIREZ, IVETTE P.O. BOX 9022111 SAN JUAN, PR 00902 | 5/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 17689 | $3,300.00 |

Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 27 | ROSADO PEREZ, JOSE M RR 4 BUZON 5405 ANASCO, PR 00610 | 5/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 25883 | $5,000.00 | ROSADO PEREZ, JOSE M RR 04 BZN 5405 BO. HUMATOS ANASCO, PR 00610 | 5/22/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 26025 | $4,866.18 |

Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | SANCHEZ OLIVERAS, AIDA IVETTE P.O. BOX 560105 GUAYANILLA, PR 00656 | 6/26/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 149596 | Undetermined* | SANCHEZ OLIVERAS, AIDA IVETTE P O BOX 560105 GUAYANILLA, PR 00656 | 5/21/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 26819 | $2,882.12 |

Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 29 | SEGUI RODRIGUEZ , SAMUEL X. PO BOX 841 MAYAGUEZ, PR 00681-0841 | 4/16/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 7552 | $5,577.56 | SEGUI RODRIGUEZ , SAMUEL X. PO BOX 841 MAYAGUEZ, PR 00681-0841 | 5/25/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 32381 | $5,577.56 |

Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 30 | SEPULVEDA-APONTE, JOSE L SABANERA DEL RIO 323 CAMINO LOS NARDOS GURABO, PR 00778 | 4/19/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 6440 | $4,482.35 | SEPULVEDA APONTE, JOSE LEANDRO LLANOS DE GURABO 308 CALLE TRINITARIA GURABO, PR 00778 | 5/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 17418 | $4,482.35 |

Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney.

\* - Indicates claim contains unliquidated and/or undetermined amounts.

ONE HUNDRED EIGHTY-SEVENTH OMNIBUS OBJECTION
Exhibit A – Attorney Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
| 31 | SILVA HERNANDEZ, MARTA PALMAS PLANTATION 62 CALLE BUNKER COURT HUMACAO, PR 00791 | 4/12/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 5465 | $3,773.38 | SILVA HERNANDEZ, MARTA I C/BUNKER COURT URB. PALMAS PLANTTATION #62 HUMACAO, PR 00791-6016 | 5/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 16910 | $3,773.38 |
| | Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |
| 32 | VALENTIN TORRES, EDWIN PO BOX 3019 HATO ARRIBA SAN SEBASTIAN, PR 00685 | 5/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 34023 | $5,800.00 | VALENTIN TOIRS, EDWIN PO BOX 3019 HATO ARRIBA ST. SAN SEBASTIAN, PR 00685 | 5/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 22876 | $3,701.08 |
| | Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |
| 33 | VELEZ GONZALEZ, RAFAEL A. HACIENDA FLORIDA 823 CALLE MAGNOLIA YAUCO, PR 00698 | 5/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 50348 | $6,167.47 | VELEZ GONZALEZ, RAFAEL A. HACIENDA FLORIDA 823 CALLE MAGNOLIA YAUCO, PR 00698 | 5/22/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 23659 | $4,730.24 |
| | Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |
| 34 | VELEZ QUINONES, MARIA L PO BOX 434 SABANA GRANDE, PR 00634-0434 | 5/9/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 12564 | $2,932.95 | VELEZ QUINONES, MARIA L PO BOX 434 SABANA GRANDE, PR 00634-0434 | 5/25/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 33249 | $2,932.95 |
| | Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |

* - Indicates claim contains unliquidated and/or undetermined amounts.