# **ANEXO A**

**Relación de reclamaciones objeto de la Centésima octogésima séptima objeción global**

CENTÉSIMO OCTOGÉSIMO SÉPTIMO OBJECIÓN COLECTIVA
Anexo A – Reclamaciones de Abogados Duplicadas

## RECLAMACIONES A SER DESESTIMADAS | RECLAMACION REMANENTE

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ADORNO, EDWIN O. PO BOX 237 VEGA ALTA, PR 00692-0237 | 6/5/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 31022 | $6,500.00 | ADORNO GONZALEZ, EDWIN OMAL CALLE AVALON G-143 URB., MIRABELLA VEGA ALTA, PR 00692 | 5/10/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 13805 | $5,445.38 |
| | Base para: Reclamos fueron sometidos por el demandante y el abogado, Jose Armando Garcia Rodriguez, del demandante de parte del demandante por reclamos relacionados a bonos 2014 Navideños litigios. Los reclamos sometidos por el demandante son duplicativos de los reclamos sometidos por el abogado del demanante. | | | | | | | | | |
| 2 | ARROYO-MARTINEZ, VANESSA URB. SANTA CLARA CALLE EMAJAGUA Q 28 GUAYNABO, PR 00969 | 5/10/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 14123 | $2,782.73 | ARROYO MARTINEZ, VANESSA JOSE A. GARCIA RODRIGUEZ APARTADO 9831 SANTURCE STATION SANTURCE, PR 00908 | 5/10/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 14398 | $2,782.73 |
| | Base para: Reclamos fueron sometidos por el demandante y el abogado, Jose Armando Garcia Rodriguez, del demandante de parte del demandante por reclamos relacionados a bonos 2014 Navideños litigios. Los reclamos sometidos por el demandante son duplicativos de los reclamos sometidos por el abogado del demanante. | | | | | | | | | |
| 3 | BATISTA MIRANDA, JOSE A. NORUEGA I-8 OASIS GARDENS GUAYNABO, PR 00969 | 5/16/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 13454 | $5,899.00 | BATISTA MIRANDA, JOSE A NORUEGA I-8, OASIS GARDENS GUAYNABO, PR 00969 | 5/10/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 13819 | $5,338.25 |
| | Base para: Reclamos fueron sometidos por el demandante y el abogado, Jose Armando Garcia Rodriguez, del demandante de parte del demandante por reclamos relacionados a bonos 2014 Navideños litigios. Los reclamos sometidos por el demandante son duplicativos de los reclamos sometidos por el abogado del demanante. | | | | | | | | | |
| 4 | CINTRON SANTIAGO, CARMEN ELIZABETH CALLE 2 BLQ. 2 #19 URB.MIRAFLORES BAYAMON, PR 00957 | 6/5/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 47894 | $2,386.95 | SANTIAGO, CARMEN E. CINTRON RR 02 BUZON 4910 ANASCO, PR 00610-9870 | 5/10/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 14095 | $2,498.95 |
| | Base para: Reclamos fueron sometidos por el demandante y el abogado, Jose Armando Garcia Rodriguez, del demandante de parte del demandante por reclamos relacionados a bonos 2014 Navideños litigios. Los reclamos sometidos por el demandante son duplicativos de los reclamos sometidos por el abogado del demanante. | | | | | | | | | |
| 5 | CRUZ SOTO, OMAR C LIRIOS #220 SAN RAFAEL ESTATES II BAYAMON, PR 00959 | 5/29/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 23074 | $2,598.44 | CRUZ SOTO, OMAR C/LIRIOS C- 22 SAN RAFAEL ESTATES II BAYAMON, PR 00959-4179 | 5/14/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 14791 | $2,598.44 |
| | Base para: Reclamos fueron sometidos por el demandante y el abogado, Jose Armando Garcia Rodriguez, del demandante de parte del demandante por reclamos relacionados a bonos 2014 Navideños litigios. Los reclamos sometidos por el demandante son duplicativos de los reclamos sometidos por el abogado del demanante. | | | | | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

## RECLAMACIONES A SER DESESTIMADAS / RECLAMACION REMANENTE

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | DUPREY PEREZ, JOSE I<br>SANTA TERESITA<br>1 CALLE ANDRES CABAN<br>ISABELA, PR 00662 | 5/29/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 30226 | $7,328.94 | GARCIA NARVAEZ, AGUSTIN<br>C/O LCDO. RAMON N. PLAZA MONTERO<br>URB LA RAMBLA 922 ZARAGOZA<br>PONCE, PR 00730 | 5/2/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 12113 | $543,702.17 |

Base para: Reclamos fueron sometidos por el demandante y el abogado, Jose Armando Garcia Rodriguez, del demandante de parte del demandante por reclamos relacionados a bonos 2014 Navideños litigios. Los reclamos sometidos por el demandante son duplicativos de los reclamos sometidos por el abogado del demanante.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | FERRER CAMACHO, ORLANDO L.<br>RR-4 BOX 27164<br>TOA ALTA, PR 00953 | 5/31/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 45304 | $5,000.00 | FERRER CAMACHO, ORLANDO L.<br>RR 4 BOX 27164<br>TOA ALTA, PR 00953 | 5/22/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 23921 | $3,249.20 |

Base para: Reclamos fueron sometidos por el demandante y el abogado, Jose Armando Garcia Rodriguez, del demandante de parte del demandante por reclamos relacionados a bonos 2014 Navideños litigios. Los reclamos sometidos por el demandante son duplicativos de los reclamos sometidos por el abogado del demanante.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | GUEVARA FERNANDEZ, NESTOR<br>URB. RIO CANAS<br>2729 CALLE MISSISSIPPI<br>PONCE, PR 00728 | 3/11/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 1987 | $5,216.48 | GUEVARA FERNANDEZ, NESTOR<br>URB RIO CANAS<br>2729 MISSISSIPPI<br>PONCE, PR 00728 | 5/25/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 33258 | $5,216.48 |

Base para: Reclamos fueron sometidos por el demandante y el abogado, Jose Armando Garcia Rodriguez, del demandante de parte del demandante por reclamos relacionados a bonos 2014 Navideños litigios. Los reclamos sometidos por el demandante son duplicativos de los reclamos sometidos por el abogado del demanante.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | HERNANDEZ GARCIA, JORGE L.<br>URB. VERSALLES E-18 CALLE 5<br>BAYAMON, PR 00959 | 5/29/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 34007 | $5,129.57 | HERNANDEZ GARCIA, JORGE L.<br>URB. VERSALLES<br>CALLE 5 E-18<br>BAYAMON, PR 00959 | 5/25/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 36072 | $5,543.97 |

Base para: Reclamos fueron sometidos por el demandante y el abogado, Jose Armando Garcia Rodriguez, del demandante de parte del demandante por reclamos relacionados a bonos 2014 Navideños litigios. Los reclamos sometidos por el demandante son duplicativos de los reclamos sometidos por el abogado del demanante.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | HERNANDEZ GARCIA, JORGE L.<br>URB. VERSALLES<br>E-18 CALLE 5<br>BAYAMON, PR 00959-2111 | 6/1/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 29918 | $5,129.57 | HERNANDEZ GARCIA, JORGE L.<br>URB. VERSALLES<br>CALLE 5 E-18<br>BAYAMON, PR 00959 | 5/25/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 36072 | $5,543.97 |

Base para: Reclamos fueron sometidos por el demandante y el abogado, Jose Armando Garcia Rodriguez, del demandante de parte del demandante por reclamos relacionados a bonos 2014 Navideños litigios. Los reclamos sometidos por el demandante son duplicativos de los reclamos sometidos por el abogado del demanante.

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

CENTÉSIMO OCTOGÉSIMO SÉPTIMO OBJECIÓN COLECTIVA
Anexo A – Reclamaciones de Abogados Duplicadas

## RECLAMACIONES A SER DESESTIMADAS | RECLAMACION REMANENTE

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | JUSINO CRUZ, LIDIS L.<br>HC 4 BOX 21127<br>LAJAS, PR 00667 | 6/11/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 74978 | Indeterminado* | GARCIA NARVAEZ, AGUSTIN<br>C/O LCDO. RAMON N. PLAZA MONTERO<br>URB LA RAMBLA 922 ZARAGOZA<br>PONCE, PR 00730 | 5/2/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 12113 | $543,702.17 |

Base para: Reclamos fueron sometidos por el demandante y el abogado, Jose Armando Garcia Rodriguez, del demandante de parte del demandante por reclamos relacionados a bonos 2014 Navideños litigios. Los reclamos sometidos por el demandante son duplicativos de los reclamos sometidos por el abogado del demanante.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | LUQUIS APONTE, RENE<br>URB. EXT. SAN ANTONIO<br>C / 4 R-10<br>CAGUAS, PR 00725 | 5/29/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 40813 | Indeterminado* | LUQUIS APONTE, RENE<br>URB. EXT. SAN ANTONIO<br>C / 4 R-10<br>CAGUAS, PR 00725 | 5/24/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 24958 | $3,247.29 |

Base para: Reclamos fueron sometidos por el demandante y el abogado, Jose Armando Garcia Rodriguez, del demandante de parte del demandante por reclamos relacionados a bonos 2014 Navideños litigios. Los reclamos sometidos por el demandante son duplicativos de los reclamos sometidos por el abogado del demanante.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | MORALES MALPICA, YADIRIS<br>C3 BLOQUE 9 12<br>URB SANTA ROSA<br>BAYAMON, PR 00959 | 5/25/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 33273 | $3,802.46 | MORALES MALPICA, YADIRIS<br>CALLE 29 DF-6<br>URB. REXVILLE<br>BAYAMON, PR 00957 | 5/24/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 28894 | $1,901.23 |

Base para: Reclamos fueron sometidos por el demandante y el abogado, Jose Armando Garcia Rodriguez, del demandante de parte del demandante por reclamos relacionados a bonos 2014 Navideños litigios. Los reclamos sometidos por el demandante son duplicativos de los reclamos sometidos por el abogado del demanante.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | MORALES-BERRIOS, FABIAN<br>HC 75<br>BOX 1164<br>NARANJITO, PR 00719 | 5/19/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 14644 | $4,800.00 | MORALES BERRIOS, FABIAN<br>HC 75 BOX 1164<br>NARANJITO, PR 00719 | 5/18/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 17286 | $4,258.51 |

Base para: Reclamos fueron sometidos por el demandante y el abogado, Jose Armando Garcia Rodriguez, del demandante de parte del demandante por reclamos relacionados a bonos 2014 Navideños litigios. Los reclamos sometidos por el demandante son duplicativos de los reclamos sometidos por el abogado del demanante.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | NAVARRO FERNANDEZ, JOSE M.<br>URB. VILLA DEL CARMEN<br>1121 CALLE SACRA<br>PONCE, PR 00716 | 5/29/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 38412 | $4,327.92 | NAVARRO FERNANDEZ, JOSE E.<br>CALLE SCARE 1121<br>URB. VILLAS DEL CARMEN<br>PONCE, PR 00716-2135 | 5/25/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 33234 | $4,927.92 |

Base para: Reclamos fueron sometidos por el demandante y el abogado, Jose Armando Garcia Rodriguez, del demandante de parte del demandante por reclamos relacionados a bonos 2014 Navideños litigios. Los reclamos sometidos por el demandante son duplicativos de los reclamos sometidos por el abogado del demanante.

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

CENTÉSIMO OCTOGÉSIMO SÉPTIMO OBJECIÓN COLECTIVA
Anexo A – Reclamaciones de Abogados Duplicadas

## RECLAMACIONES A SER DESESTIMADAS | RECLAMACION REMANENTE

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| 16 | ORTIZ GRACIA, ARCELIO<br>P.O. BOX 1096<br>ARROYO, PR 00714 | 6/28/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 141017 | Indeterminado* | ORTIZ GRACIA, ARCELIO<br>PO BOX 1096<br>ARROYO, PR 00714 | 5/21/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 22518 | $6,427.12 |
| | Base para: Reclamos fueron sometidos por el demandante y el abogado, Jose Armando Garcia Rodriguez, del demandante de parte del demandante por reclamos relacionados a bonos 2014 Navideños litigios. Los reclamos sometidos por el demandante son duplicativos de los reclamos sometidos por el abogado del demanante. |
| 17 | OYOLA MARTINEZ, REINALDO<br>8314 BELMONTE VISTAS DEL OCEANO<br>LOIZA, PR 00772 | 5/30/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 36446 | $5,900.00 | OYOLA MARTINEZ, REINALDO<br>PO BOX 4065<br>CAROLINA, PR 00984 | 5/21/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 28212 | $7,922.28 |
| | Base para: Reclamos fueron sometidos por el demandante y el abogado, Jose Armando Garcia Rodriguez, del demandante de parte del demandante por reclamos relacionados a bonos 2014 Navideños litigios. Los reclamos sometidos por el demandante son duplicativos de los reclamos sometidos por el abogado del demanante. |
| 18 | PEREZ-ROMAN, BRENDA L<br>PMB 244<br>PO BOX 1345<br>TOA ALTA, PR 00954-1345 | 5/22/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 18726 | $3,229.56 | PEREZ ROMAN, BRENDA LIZ<br>PMB 244 BOX 1345<br>TOA ALTA, PR 00954 | 5/18/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 17545 | $3,229.56 |
| | Base para: Reclamos fueron sometidos por el demandante y el abogado, Jose Armando Garcia Rodriguez, del demandante de parte del demandante por reclamos relacionados a bonos 2014 Navideños litigios. Los reclamos sometidos por el demandante son duplicativos de los reclamos sometidos por el abogado del demanante. |
| 19 | POMALES RODRIGUEZ, WILSON<br>URB BAIROA GOLDEN GATE I<br>CALLE D H-9<br>CAGUAS, PR 00727 | 5/26/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 23764 | $3,928.74 | POMALES RODRIGUEZ, WILSON<br>CALLE MIS AMORES D-21<br>URB. SAN ALFONSO<br>CAGUAS, PR 00727 | 5/18/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 17566 | $3,928.74 |
| | Base para: Reclamos fueron sometidos por el demandante y el abogado, Jose Armando Garcia Rodriguez, del demandante de parte del demandante por reclamos relacionados a bonos 2014 Navideños litigios. Los reclamos sometidos por el demandante son duplicativos de los reclamos sometidos por el abogado del demanante. |
| 20 | PORRATA CRUZ, ERIC<br>HC 71 PO BOX 4403<br>CAYEY, PR 00736 | 5/18/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 17713 | Indeterminado* | PORRATA CRUZ, ERIC A.<br>HC-71<br>BOX 4403<br>CAYEY, PR 00736 | 5/18/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 17294 | Indeterminado* |
| | Base para: Reclamos fueron sometidos por el demandante y el abogado, Jose Armando Garcia Rodriguez, del demandante de parte del demandante por reclamos relacionados a bonos 2014 Navideños litigios. Los reclamos sometidos por el demandante son duplicativos de los reclamos sometidos por el abogado del demanante. |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACION REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 21 | QUINONES-CARABALLO, GLADYS W<br>JARD DE CANOVANAS<br>E38 CALLE 2A<br>CANOVANAS, PR 00729 | 6/20/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 44995 | $4,517.00 | QUINONES CARABALLO, GLADYS W.<br>COND. VIZCAYA APT. 311<br>CAROLINA, PR 00985 | 5/18/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 17608 | $4,776.80 |
| | Base para: Reclamos fueron sometidos por el demandante y el abogado, Jose Armando Garcia Rodriguez, del demandante de parte del demandante por reclamos relacionados a bonos 2014 Navideños litigios. Los reclamos sometidos por el demandante son duplicativos de los reclamos sometidos por el abogado del demanante. | | | | | | | | | |
| 22 | RAMIREZ SANTIAGO, JUAN D.<br>URB. ALTURAS DEL ALBA<br>101206 CALLE CIELO<br>VILLALBA, PR 00766-2353 | 3/21/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 3716 | $7,457.52 | RAMIREZ SANTIAGO, JUAN D.<br>URB. ALTURAS DEL ALBA<br>101206 CALLE CIELO<br>VILLALBA, PR 00766 | 5/18/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 18771 | $5,233.99 |
| | Base para: Reclamos fueron sometidos por el demandante y el abogado, Jose Armando Garcia Rodriguez, del demandante de parte del demandante por reclamos relacionados a bonos 2014 Navideños litigios. Los reclamos sometidos por el demandante son duplicativos de los reclamos sometidos por el abogado del demanante. | | | | | | | | | |
| 23 | RAMOS-VILLANUEVA, LUIS<br>LOIZA VALLEY<br>287 CALLE BELLISIMA<br>CANOVANAS, PR 00729 | 5/18/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 16031 | $5,400.00 | RAMOS VILLANUEVA, LUIS<br>JOSE ARMANDO GARCIA RODRIGUEZ<br>ASESOR LEGAL-ABOGADO (RUA 9534), ASOCIACION EMPLEADOS GERENCIALES - AEE<br>APARTADO 9831 SANTURCE STATION<br>SANTURCE, PR 00908 | 5/16/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 16021 | $5,490.18 |
| | Base para: Reclamos fueron sometidos por el demandante y el abogado, Jose Armando Garcia Rodriguez, del demandante de parte del demandante por reclamos relacionados a bonos 2014 Navideños litigios. Los reclamos sometidos por el demandante son duplicativos de los reclamos sometidos por el abogado del demanante. | | | | | | | | | |
| 24 | RIVERA RIVERA, NYDIA M.<br>P.O. BOX 692<br>COROZAL, PR 00783-0692 | 5/22/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 27831 | $3,465.94 | RIVERA RIVERA, NYDIA M<br>PO BOX 690<br>COROZAL, PR 00783-0690 | 5/22/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 24572 | $2,883.53 |
| | Base para: Reclamos fueron sometidos por el demandante y el abogado, Jose Armando Garcia Rodriguez, del demandante de parte del demandante por reclamos relacionados a bonos 2014 Navideños litigios. Los reclamos sometidos por el demandante son duplicativos de los reclamos sometidos por el abogado del demanante. | | | | | | | | | |
| 25 | RODRIGUEZ BETANCOURT, GUSTAVO E<br>12 ARBOLOTE AVENUE<br>APT. 139<br>GUAYNABO, PR 00969 | 5/7/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 10772 | $4,891.14 | RODRIGUEZ BETANCOURT, GUSTAVO E.<br>12 AVE. ARBOLOTE 139<br>GUAYNABO, PR 00969 | 5/24/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 26936 | $4,891.14 |
| | Base para: Reclamos fueron sometidos por el demandante y el abogado, Jose Armando Garcia Rodriguez, del demandante de parte del demandante por reclamos relacionados a bonos 2014 Navideños litigios. Los reclamos sometidos por el demandante son duplicativos de los reclamos sometidos por el abogado del demanante. | | | | | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

CENTÉSIMO OCTOGÉSIMO SÉPTIMO OBJECIÓN COLECTIVA
Anexo A – Reclamaciones de Abogados Duplicadas

## RECLAMACIONES A SER DESETIMADAS | RECLAMACION REMANENTE

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| 26 | RODRIGUEZ RAMIREZ, IVETTE<br>PO BOX 9022111<br>SAN JUAN, PR 00902 | 5/24/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 15379 | $3,100.00 | RODRIGUEZ RAMIREZ, IVETTE<br>P.O. BOX 9022111<br>SAN JUAN, PR 00902 | 5/18/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 17689 | $3,300.00 |

Base para: Reclamos fueron sometidos por el demandante y el abogado, Jose Armando Garcia Rodriguez, del demandante de parte del demandante por reclamos relacionados a bonos 2014 Navideños litigios. Los reclamos sometidos por el demandante son duplicativos de los reclamos sometidos por el abogado del demanante.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 27 | ROSADO PEREZ, JOSE M<br>RR 4 BUZON 5405<br>ANASCO, PR 00610 | 5/29/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 25883 | $5,000.00 | ROSADO PEREZ, JOSE M<br>RR 04 BZN 5405 BO. HUMATOS<br>ANASCO, PR 00610 | 5/22/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 26025 | $4,866.18 |

Base para: Reclamos fueron sometidos por el demandante y el abogado, Jose Armando Garcia Rodriguez, del demandante de parte del demandante por reclamos relacionados a bonos 2014 Navideños litigios. Los reclamos sometidos por el demandante son duplicativos de los reclamos sometidos por el abogado del demanante.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | SANCHEZ OLIVERAS, AIDA IVETTE<br>P.O. BOX 560105<br>GUAYANILLA, PR 00656 | 6/26/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 149596 | Indeterminado* | SANCHEZ OLIVERAS, AIDA IVETTE<br>P O BOX 560105<br>GUAYANILLA, PR 00656 | 5/21/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 26819 | $2,882.12 |

Base para: Reclamos fueron sometidos por el demandante y el abogado, Jose Armando Garcia Rodriguez, del demandante de parte del demandante por reclamos relacionados a bonos 2014 Navideños litigios. Los reclamos sometidos por el demandante son duplicativos de los reclamos sometidos por el abogado del demanante.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 29 | SEGUI RODRIGUEZ, SAMUEL X.<br>PO BOX 841<br>MAYAGUEZ, PR 00681-0841 | 4/16/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 7552 | $5,577.56 | SEGUI RODRIGUEZ, SAMUEL X.<br>PO BOX 841<br>MAYAGUEZ, PR 00681-0841 | 5/25/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 32381 | $5,577.56 |

Base para: Reclamos fueron sometidos por el demandante y el abogado, Jose Armando Garcia Rodriguez, del demandante de parte del demandante por reclamos relacionados a bonos 2014 Navideños litigios. Los reclamos sometidos por el demandante son duplicativos de los reclamos sometidos por el abogado del demanante.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 30 | SEPULVEDA-APONTE, JOSE L<br>SABANERA DEL RIO<br>323 CAMINO LOS NARDOS<br>GURABO, PR 00778 | 4/19/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 6440 | $4,482.35 | SEPULVEDA APONTE, JOSE LEANDRO<br>LLANOS DE GURABO<br>308 CALLE TRINITARIA<br>GURABO, PR 00778 | 5/18/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 17418 | $4,482.35 |

Base para: Reclamos fueron sometidos por el demandante y el abogado, Jose Armando Garcia Rodriguez, del demandante de parte del demandante por reclamos relacionados a bonos 2014 Navideños litigios. Los reclamos sometidos por el demandante son duplicativos de los reclamos sometidos por el abogado del demanante.

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

CENTÉSIMO OCTOGÉSIMO SÉPTIMO OBJECIÓN COLECTIVA
Anexo A – Reclamaciones de Abogados Duplicadas

## RECLAMACIONES A SER DESESTIMADAS | RECLAMACION REMANENTE

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| 31 | SILVA HERNANDEZ, MARTA<br>PALMAS PLANTATION<br>62 CALLE BUNKER COURT<br>HUMACAO, PR 00791 | 4/12/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 5465 | $3,773.38 | SILVA HERNANDEZ, MARTA I<br>C/BUNKER COURT<br>URB. PALMAS PLANTTATION #62<br>HUMACAO, PR 00791-6016 | 5/18/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 16910 | $3,773.38 |
| | Base para: Reclamos fueron sometidos por el demandante y el abogado, Jose Armando Garcia Rodriguez, del demandante de parte del demandante por reclamos relacionados a bonos 2014 Navideños litigios. Los reclamos sometidos por el demandante son duplicativos de los reclamos sometidos por el abogado del demanante. | | | | | | | | | |
| 32 | VALENTIN TORRES, EDWIN<br>PO BOX 3019 HATO ARRIBA<br>SAN SEBASTIAN, PR 00685 | 5/18/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 34023 | $5,800.00 | VALENTIN TOIRS, EDWIN<br>PO BOX 3019<br>HATO ARRIBA ST.<br>SAN SEBASTIAN, PR 00685 | 5/18/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 22876 | $3,701.08 |
| | Base para: Reclamos fueron sometidos por el demandante y el abogado, Jose Armando Garcia Rodriguez, del demandante de parte del demandante por reclamos relacionados a bonos 2014 Navideños litigios. Los reclamos sometidos por el demandante son duplicativos de los reclamos sometidos por el abogado del demanante. | | | | | | | | | |
| 33 | VELEZ GONZALEZ, RAFAEL A.<br>HACIENDA FLORIDA<br>823 CALLE MAGNOLIA<br>YAUCO, PR 00698 | 5/29/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 50348 | $6,167.47 | VELEZ GONZALEZ, RAFAEL A.<br>HACIENDA FLORIDA 823<br>CALLE MAGNOLIA<br>YAUCO, PR 00698 | 5/22/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 23659 | $4,730.24 |
| | Base para: Reclamos fueron sometidos por el demandante y el abogado, Jose Armando Garcia Rodriguez, del demandante de parte del demandante por reclamos relacionados a bonos 2014 Navideños litigios. Los reclamos sometidos por el demandante son duplicativos de los reclamos sometidos por el abogado del demanante. | | | | | | | | | |
| 34 | VELEZ QUINONES, MARIA L<br>PO BOX 434<br>SABANA GRANDE, PR 00634-0434 | 5/9/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 12564 | $2,932.95 | VELEZ QUINONES, MARIA L<br>PO BOX 434<br>SABANA GRANDE, PR 00634-0434 | 5/25/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 33249 | $2,932.95 |
| | Base para: Reclamos fueron sometidos por el demandante y el abogado, Jose Armando Garcia Rodriguez, del demandante de parte del demandante por reclamos relacionados a bonos 2014 Navideños litigios. Los reclamos sometidos por el demandante son duplicativos de los reclamos sometidos por el abogado del demanante. | | | | | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados