# **EXHIBIT A**

**Schedule of Claims Subject to the One Hundred Eighty-Eighth Omnibus Objection**

One Hundred and Eighty-Eighth Omnibus Objection

Exhibit A - Incorrect Debtor

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | GARCÍA MELÉNDEZ, CARMEN A.<br>HC-01 BOX 2330<br>MAUNABO, PR 00707 | 35497 | Commonwealth of Puerto Rico | Unsecured | $450.00 | Puerto Rico Electric Power Authority | Unsecured | $450.00 |

Reason: Claimant identifies as obligor as Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| 2 | IEH AUTO PARTS LLC DBA AUTO PLUS AUTO PARTS<br>GARRETT A. NAIL<br>TWO ALLIANCE<br>3560 LENOX ROAD, SUITE 1600<br>ATLANTA, GA30326 | 76191 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $10,169.73 | Puerto Rico Electric Power Authority | Unsecured | $10,169.73 |

Reason: Claimant identifies as obligor as Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | | | TOTAL | | $ 10,619.73 | TOTAL | | $ 10,619.73 |