# ANEXO A

**Relación de reclamaciones objeto de la Centésima octogésima octava objeción global**

Objeción Global Ciento Ochenta y Ocho

Anexo A - Deudor incorrecto

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | GARCÍA MELÉNDEZ, CARMEN A.<br>HC-01 BOX 2330<br>MAUNABO, PR 00707 | 35497 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $450.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $450.00 |
| | Base para: El Reclamante identifica al Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que la obligación, de existir, corresponde a la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 2 | IEH AUTO PARTS LLC DBA AUTO PLUS AUTO PARTS<br>GARRETT A. NAIL<br>TWO ALLIANCE<br>3560 LENOX ROAD, SUITE 1600<br>ATLANTA, GA 30326 | 76191 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $10,169.73 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $10,169.73 |
| | Base para: El Reclamante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que la obligación, de existir, corresponde a la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| | | | TOTAL | | $ 10,619.73 | TOTAL | | $ 10,619.73 |