## EXHIBIT B

**Declaration of Jay Herriman**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

<table>
<tr><td>

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et
al.*,

                        Debtors.[1]

</td><td>

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**This filing relates to the
Commonwealth and ERS.**

</td></tr>
</table>

**DECLARATION OF JAY HERRIMAN IN SUPPORT OF ONE HUNDRED EIGHTY-
EIGHTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE
COMMONWEALTH OF PUERTO RICO AND EMPLOYEES RETIREMENT SYSTEM
OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO
CLAIMS ASSERTED AGAINST THE INCORRECT DEBTOR**

I, Jay Herriman, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that

the following is true and correct to the best of my knowledge, information and belief:

1.      I am a Managing Director of Alvarez & Marsal North America, LLC ("A&M").

The Financial Oversight and Management Board (the "Oversight Board") retained A&M to assist

with, *inter alia*, the claims reconciliation process for the Debtors' case filed pursuant to the Puerto

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number
and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are
the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK
3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing
Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal
Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy
Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees
Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS")
(Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto
Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four
Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and
together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors")
(Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III
case numbers are listed as Bankruptcy Case numbers due to software limitations)

Rico Oversight, Management, and Economic Stability Act ("PROMESA"). Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

2. In my capacity as a Managing Director of A&M, I am one of the persons responsible for overseeing the claims reconciliation and objection process in the Debtors' cases filed pursuant to PROMESA. The Debtors' ongoing claims reconciliation process involves the collective effort of a team of A&M employees, as well as Proskauer Rose LLP and O'Neill & Borges LLC, counsel for the Oversight Board, the legal representative for the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), and the Employees Retirement System for the Government of the Commonwealth or Puerto Rico ("ERS," and together with the Commonwealth and HTA, the "Debtors").

3. I submit this declaration in support of the *One Hundred Eighty-Eighth Omnibus Objection (Non-Substantive) to Claims Asserted Against the Incorrect Debtor* (the "One Hundred Eighty-Eighth Omnibus Objection"). I have personally reviewed the One Hundred Eighty-Eighth Omnibus Objection and exhibits thereto and am, accordingly, familiar with the information contained therein.

4. In preparation for filing the One Hundred Eighty-Eighth Omnibus Objection, and under my direction and/or supervision, each of the claims at issue in the One Hundred Eighty-Eighth Omnibus Objection was carefully reviewed and analyzed in good faith using due diligence by the appropriate personnel. These efforts resulted in the identification of the claims to be reclassified, as identified in Exhibit A to the One Hundred Eighty-Eighth Omnibus Objection.

5. To the best of my knowledge, information, and belief, the claims identified in the column titled "Asserted" in Exhibit A to the One Hundred Eighty-Eighth Omnibus Objection (collectively, the "Incorrect Debtor Claims") identify as obligor the Commonwealth or ERS, when

such claims are properly asserted, if at all, against the Puerto Rico Electric Power Authority ("PREPA"). As to each Incorrect Debtor Claim, the proof of claim or supporting documentation demonstrate that the asserted liability appropriately lies, if at all, with PREPA, as identified in the column titled "Corrected" in Exhibit A to the One Hundred Eighty-Eighth Omnibus Objection.

6.      Based on the foregoing, and to the best of my knowledge, information, and belief, the information contained in the One Hundred Eighty-Eighth Omnibus Objection and exhibits thereto is true and correct, and the relief requested therein is in the best interests of the Debtors and their creditors.

7.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.


Dated: April 17, 2020

By:     /s/ Jay Herriman
        Jay Herriman

# ANEXO B

## Declaración de Jay Herriman

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

---

*In re*:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN
FINANCIERA PARA PUERTO RICO,

     como representante

DEL ESTADO LIBRE ASOCIADO DE PUERTO
RICO, *et al.*,

                            Deudores.[1]

PROMESA
Título III

Núm. 17 BK 3283-LTS

(Administrado Conjuntamente)

**La presente radicación guarda
relación con el ELA y el SRE.**

---

**DECLARACIÓN DE JAY HERRIMAN EN APOYO DE LA CENTÉSIMA
OCTOGÉSIMA OCTAVA OBJECIÓN (NO SUSTANTIVA) DEL ESTADO LIBRE
ASOCIADO DE PUERTO RICO Y EL SISTEMA DE RETIRO DE LOS EMPLEADOS
DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A
RECLAMACIONES ALEGADAS CONTRA EL DEUDOR INCORRECTO**

Yo, Jay Herriman, de conformidad con el título 28 U.S.C., § 1746, por medio de la presente

declaro, so pena de incurrir en falso testimonio, que lo que sigue es veraz y correcto a mi fiel saber

y entender:

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de
Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de
cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de
Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva
federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA")
(Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación
contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la
"ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación
contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado
Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos
cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía
Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro
dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos
de Puerto Rico (la "AEP", y denominados conjuntamente con el ELA, COFINA, la ACT, el SRE
y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5532-LTS) (Últimos cuatro dígitos
del número federal de contribuyente: 3801) (Los números de los casos de Título III están
enumerados como números de Casos de Quiebra debido a ciertas limitaciones en el programa
informático)

1.      Soy director general de Alvarez & Marsal North America, LLC ("A&M"). La Junta de Supervisión y Administración Financiera (la "Junta de Supervisión") contrató a A&M para que le ayudara, entre otras cosas, con el proceso de reconciliación de reclamaciones en relación con el caso de los Deudores radicado conforme a la Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico ("PROMESA"). Salvo disposición en contrario en la presente declaración, tengo conocimiento personal de los hechos aquí expuestos.

2.      En mi capacidad de director general de A&M, soy una de las personas responsables de supervisar el proceso de reconciliación y objeciones relativo a las reclamaciones en el marco de los casos de los Deudores radicados conforme a PROMESA. El proceso continuo de reconciliación de reclamaciones de los Deudores implica un esfuerzo colectivo de un equipo de los empleados de A&M, así como de Proskauer Rose LLP y O'Neill & Borges LLC, abogados de la Junta de Supervisión, el representante legal del Estado Libre Asociado de Puerto Rico (el "ELA"), de la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE", y junto con el ELA y la ACT, los "Deudores").

3.      Realizo esta declaración en apoyo de la *Centésima octogésima octava objeción global (no sustantiva) a Reclamaciones Alegadas contra el Deudor Incorrecto* (la "Centésima octogésima octava objeción global"). He revisado personalmente la Centésima octogésima octava objeción global, y los anexos relativos a la misma, por lo que estoy familiarizado con la información que contienen.

4.      Durante el proceso de preparación para radicar la Centésima octogésima octava objeción global, bajo mi dirección y/o supervisión, cada una de las reclamaciones controvertidas en la Centésima octogésima octava objeción global fue examinada y analizada cuidadosamente de

2

buena fe aplicando la debida diligencia por parte del personal pertinente. Dichos esfuerzos resultaron en la identificación de las reclamaciones que han de ser reclasificadas, según se identifica en el Anexo A de la Centésima octogésima octava objeción global.

5.      A mi fiel saber y entender, las reclamaciones identificadas en el Anexo A de la Centésima octogésima octava objeción global en la columna titulada "Alegadas (*Asserted*)" (conjuntamente, las "Reclamaciones de Deudores Incorrectos") identifican como deudor al ELA o al SRE, cuando tales reclamaciones se alegan correctamente (en su caso) contra la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE"). En cuanto a dichas Reclamaciones de Deudores Incorrectos, la evidencia de reclamaciones o la documentación justificativa demuestran que la responsabilidad alegada corresponde debidamente (si acaso) a la AEE, según lo identificado en la columna titulada "Corregidas (*Corrected*)" en el Anexo A de la Centésima octogésima octava objeción global.

6.      Sobre la base de lo que antecede, y a mi fiel saber y entender, la información contenida en la Centésima octogésima octava objeción global y en sus anexos es veraz y correcta, y el remedio allí solicitado redunda en el mejor interés de los Deudores y de sus acreedores.

7.      Declaro, so pena de incurrir en falso testimonio conforme a las leyes de los Estados Unidos de América, que lo que antecede es veraz y correcto a mi fiel saber y entender.


Fecha:  17 de abril de 2020

                                        Por:    *[Firma en la versión en ingles]*
                                                Jay Herriman

3