# EXHIBIT A
**Schedule of Claims Subject to the One Hundred Eighty-Ninth Omnibus Objection**

One Hundred and Eighty-Ninth Omnibus Objection
Exhibit A - Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | HERNANDEZ SANCHEZ, JUAN R<br>MANSIONES DE CAROLINA<br>NN-30 CALLE YAUREL<br>CAROLINA, PR 00987 | 05/25/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 26679 | Undetermined* | HERNANDEZ SANCHEZ, JUAN R<br>MANSIONES DE CAROLINA<br>NN30 CALLE YAUREL<br>CAROLINA, PR 00987 | 05/25/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 26678 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 2 | PLAZA LAS AMERICAS, INC<br>G. CARLO-ALTIERI LAW OFFICES<br>254 CALLE SAN JOSE THIRD FLOOR<br>SAN JUAN, PR 00901 | 06/05/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 35921 | $ 7,205,220.53* | PLAZA LAS AMERICAS, INC.<br>G. CARLO-ALTIERI LAW OFFICES<br>254 CALLE SAN JOSE, THIRD FLOOR<br>SAN JUAN, PR 00901 | 06/06/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 39992 | $ 7,205,220.53* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 3 | PUERTO RICO LAND ADMINISTRATION<br>419 DE DIEGO ST., STE. 301<br>SAN JUAN, PR 00923 | 06/27/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 75494 | $ 1,129,811.76 | PUERTO RICO LAND ADMINISTRATION<br>419 DE DIEGO ST., STE. 301<br>SAN JUAN, PR 00923 | 06/25/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 50438 | $ 1,129,811.76 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts