# ANEXO A
**Relación de reclamaciones objeto de la Centésima octogésima novena objeción global**

Objeción Global Ciento Ochenta y Nueve
Anexo A - Reclamos duplicados exactos

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 HERNANDEZ SANCHEZ, JUAN R<br>MANSIONES DE CAROLINA<br>NN-30 CALLE YAUREL<br>CAROLINA, PR 00987 | 05/25/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 26679 | Indeterminado* | HERNANDEZ SANCHEZ, JUAN R<br>MANSIONES DE CAROLINA<br>NN30 CALLE YAUREL<br>CAROLINA, PR 00987 | 05/25/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 26678 | Indeterminado* |
| Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 2 PLAZA LAS AMERICAS, INC<br>G. CARLO-ALTIERI LAW OFFICES<br>254 CALLE SAN JOSE<br>THIRD FLOOR<br>SAN JUAN, PR 00901 | 06/05/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 35921 | $ 7,205,220.53* | PLAZA LAS AMERICAS, INC.<br>G. CARLO-ALTIERI LAW OFFICES<br>254 CALLE SAN JOSE, THIRD FLOOR<br>SAN JUAN, PR 00901 | 06/06/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 39992 | $ 7,205,220.53* |
| Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 3 PUERTO RICO LAND ADMINISTRATION<br>419 DE DIEGO ST., STE. 301<br>SAN JUAN, PR 00923 | 06/27/18 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 75494 | $ 1,129,811.76 | PUERTO RICO LAND ADMINISTRATION<br>419 DE DIEGO ST., STE. 301<br>SAN JUAN, PR 00923 | 06/25/18 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 50438 | $ 1,129,811.76 |
| Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Página 1 de 1