# ANEXO A
**Relación de reclamaciones objeto de la Centésima nonagésima primera objeción global**

Objeción Global Ciento Noventa y Uno
Anexo A - Ausencia de obligación

| # | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 19978 | $ 48,594.60 |
| | Base para: La Evidencia de Reclamo no presenta un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Compañía de Parques Nacionales, que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 2 | DEPARTMENT OF NATURAL AND ENVIRONMENT RESOURCES<br>P O BOX 366147<br>SAN JUAN, PR 00936 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 30550 | $ 5,998.10 |
| | Base para: La Evidencia de Reclamo no presenta un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo demuestran una obligación existente entre el Reclamante y la Universidad de Puerto Rico, que no forma parte de los procedimientos al amparo del Título III. | | | | | |
| 3 | DEPARTMENT OF NATURAL AND ENVIRONMENT RESOURCES<br>PO BOX 366147<br>SAN JUAN, PR 00936 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 35297 | $ 96,884.69 |
| | Base para: La Evidencia de Reclamo no presenta un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Compañía de Parques Nacionales, que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 4 | DEPARTMENT OF NATURAL AND ENVIRONMENT RESOURCES<br>PO BOX 366147<br>SAN JUAN, PR 00936 | 6/5/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 59984 | $ 510,629.95 |
| | Base para: La Evidencia de Reclamo no presenta un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo demuestran una obligación existente entre el Reclamante y la Autoridad de Desperdicios Sólidos, que no forma parte de los procedimientos al amparo del Título III. | | | | | |
| | | | | | TOTAL | $ 662,107.34 |