# ANEXO A

**Relación de reclamaciones objeto de la Centésima nonagésima quinta objeción global**

CENTÉSIMO NONAGÉSIMO QUINTO OBJECIÓN COLECTIVA

Anexo A – Inversores de Fondos Mutuos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 1 | RAFAEL DIAZ SANCHEZ AND RAFAELA SANCHEZ RODRIGUEZ<br>P.O BOX 1548<br>DORADO, PR 00646-1548 | 5/30/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 43460 | $18,463.45 |
| | Base Para: El reclamante es un presunto inversor de uno o mas fondos comunes que, a su vez, puede haber invertido en bonos emitidos por el Autoridad de Energía Electrica de Puerto Rico (AEE). Por la reclamación ser sometida en base del estatus del reclamador como un alegado acreedor de la AEE, la reclamación no fue sometida por un actual acreedor de la AEE. La reclamación es derivativa de reclamaciones que deben ser aseguradas por el fondo de inversión directamente para reclamar alguna recuperación. | | | | | |
| 2 | RODRIGUEZ RIVERA , CARLOS R<br>L-9 8 CUPEY GARDENS<br>SAN JUAN, PR 00926-7323 | 5/29/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 43726 | $1,697.34 |
| | Base Para: El reclamante es un presunto inversor de uno o mas fondos comunes que, a su vez, puede haber invertido en bonos emitidos por el Autoridad de Energía Electrica de Puerto Rico (AEE). Por la reclamación ser sometida en base del estatus del reclamador como un alegado acreedor de la AEE, la reclamación no fue sometida por un actual acreedor de la AEE. La reclamación es derivativa de reclamaciones que deben ser aseguradas por el fondo de inversión directamente para reclamar alguna recuperación. | | | | | |
| 3 | SIFONTES, TOMÁS C<br>M1 CALLE 9<br>URB. PRADO ALTO<br>GUAYNABO, PR 00966 | 4/6/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 4211 | Indeterminado* |
| | Base Para: El reclamante es un presunto inversor de uno o mas fondos comunes que, a su vez, puede haber invertido en bonos emitidos por el Autoridad de Energía Electrica de Puerto Rico (AEE). Por la reclamación ser sometida en base del estatus del reclamador como un alegado acreedor de la AEE, la reclamación no fue sometida por un actual acreedor de la AEE. La reclamación es derivativa de reclamaciones que deben ser aseguradas por el fondo de inversión directamente para reclamar alguna recuperación. | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados