## ANEXO A

**Relación de reclamaciones objeto de la Centésima nonagésima sexta objeción global**

# CENTÉSIMO NONAGÉSIMO SEXTO OBJECIÓN COLECTIVA

### Anexo A – Reclamaciones Contra el Deudor Incorrecto

| | | | FORMULADAS | | CORREGIDO | |
|---|---|---|---|---|---|---|
| | NOMBRE | N.° DE RECLAMACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN |
| 1 | GONZALEZ LUCIANO, MARIA D<br>HC-01 BOX 4074<br>ADJUNTAS, PR  00601 | 125898 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | Indeterminado* | ESTADO LIBRE ASOCIADO DE PUERTO RICO | Indeterminado* |

Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas  documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Estado Libre Asociado de Puerto Rico, el demandante identifica como deudor al Autoridad de Energía Electrica de Puerto Rico.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | LABOY ARCE, ANEIDA<br>JOHN F KENNEDY 18<br>ADJUNTAS, PR  00601 | 152553 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | Indeterminado* | ESTADO LIBRE ASOCIADO DE PUERTO RICO | Indeterminado* |

Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas  documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Estado Libre Asociado de Puerto Rico, el demandante identifica como deudor al Autoridad de Energía Electrica de Puerto Rico.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | MORALES MORALES, ILDEFONSO<br>PO BOX 63<br>CASTANER, PR  00631 | 129143 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | Indeterminado* | ESTADO LIBRE ASOCIADO DE PUERTO RICO | Indeterminado* |

Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas  documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Estado Libre Asociado de Puerto Rico, el demandante identifica como deudor al Autoridad de Energía Electrica de Puerto Rico.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | OTERO RODRIGUEZ, LETICIA<br>14 BRISA DE VARROS<br>OROCOVIS, PR  00720 | 130426 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | Indeterminado* | ESTADO LIBRE ASOCIADO DE PUERTO RICO | Indeterminado* |

Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas  documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Estado Libre Asociado de Puerto Rico, el demandante identifica como deudor al Autoridad de Energía Electrica de Puerto Rico.

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

CENTÉSIMO NONAGÉSIMO SEXTO OBJECIÓN COLECTIVA

Anexo A – Reclamaciones Contra el Deudor Incorrecto

| | NOMBRE | N.° DE RECLAMACIÓN | FORMULADAS | | CORREGIDO | |
|---|---|---|---|---|---|---|
| | | | DEUDOR | MONTO DE LA RECLAMACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN |
| 5 | OTERO RODRIGUEZ, LETICIA<br>14 BRISAS DE VARROS<br>OROCOVIS, PR  00720 | 125169 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | Indeterminado* | ESTADO LIBRE ASOCIADO DE PUERTO RICO | Indeterminado* |

Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas  documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Estado Libre Asociado de Puerto Rico, el demandante identifica como deudor al Autoridad de Energía Electrica de Puerto Rico.

| | NOMBRE | N.° DE RECLAMACIÓN | FORMULADAS | | CORREGIDO | |
|---|---|---|---|---|---|---|
| 6 | SIFONTES, TOMÁS C<br>M1 CALLE 9<br>URB. PRADO ALTO<br>GUAYNABO, PR  00966 | 4211 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | $300,000.00 | SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO | $135,000.00 |
| | | | | | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | Indeterminado* |
| | | | | | | Total: $135,000.00* |

Base para: Reclamación afirma deudas de $300,000 (US) contra Autoridad de Energía Electrica de Puerto Rico, pero la reclamación, documentaciones secundarias, y/o revisión a la información de CUSIPs por los bonos emitidos demuestran que cualquier deuda por esta porción del reclamo se posiciona, como mucho, debajo de Autoridad de Energía Electrica de Puerto Rico por un monto indeterminado y la Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico por el monto de $135,000 (US)

| | NOMBRE | N.° DE RECLAMACIÓN | FORMULADAS | | CORREGIDO | |
|---|---|---|---|---|---|---|
| 7 | SOTO GONZALEZ, CARLOS OMAR<br>PO BOX 63<br>CASTANER, PR  00631 | 127594 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | Indeterminado* | ESTADO LIBRE ASOCIADO DE PUERTO RICO | Indeterminado* |

Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas  documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Estado Libre Asociado de Puerto Rico, el demandante identifica como deudor al Autoridad de Energía Electrica de Puerto Rico.

\* - Indica que la reclamación contiene montos por liquidar o indeterminados