# EXHIBIT A

**Schedule of Claims Subject to the One Hundred Ninety-Seventh Omnibus Objection**

## One Hundred and Ninety-Seventh Omnibus Objection
## Exhibit A - Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | C E & L FIRE EXTINGUISHERS PO BOX 3092 BAYAMON, PR00960 | 05/07/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 11890 | Undetermined* | CARLOS FLORES CE & L FIRE EXTINGUISHERS PO BOX 3092 BAYAMON, PR00960 | 05/07/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 11075 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 2 | DAT@ACCESS COMUNICATIONS INC. HÉCTOR FIGUEROA-VINCENTY 310 CALLE SAN FRANCISCO SUITE 32 SAN JUAN, PR 00901 | 06/01/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 35965 | $ 11,130.28 | DAT@ACCESS COMUNICATIONS INC. HÉCTOR FIGUEROA-VINCENTY 310 CALLE SAN FRANCISCO SUITE 32 SAN JUAN, PR 00901 | 06/01/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 34624 | $ 1,130.28 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 3 | DAT@ACCESS EQUIPMENT CO HÉCTOR FIGUEROA-VINCENTY 310 CALLE SAN FRANCISCO SUITE 32 SAN JUAN, PR 00901 | 06/01/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 35955 | $ 1,130.28 | DAT@ACCESS COMUNICATIONS INC. HÉCTOR FIGUEROA-VINCENTY 310 CALLE SAN FRANCISCO SUITE 32 SAN JUAN, PR 00901 | 06/01/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 34624 | $ 1,130.28 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 4 | GARCIA-FIGUEROA, NANCY I HC 61 BOX 4356 TRUJILLO ALTO, PR 00976 | 04/18/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 7614 | $ 77,859.00 | GARCIA FIGUEROA, NANCY I HC 61 BUZON 4356 TRUJILLO ALTO, PR 00976 | 04/18/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 7610 | $ 77,859.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 5 | GONZALEZ AYALA, GLORIMAR VILLA COOPERATIVA A 22 CALLE 1 CAROLINA, PR 00985-4203 | 06/27/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 60100 | $ 8,698.59* | GONZALEZ AYALA, GLORIMAR VILLA COOPERATIVA A22 CALLE 1 CAROLINA, PR 00985-4203 | 06/25/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 41589 | $ 8,698.59* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts             Page 1 of 3

One Hundred and Ninety-Seventh Omnibus Objection
Exhibit A - Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 | LUGO ORTIZ, WANDA I<br>URB LOS FLAMBOYANES 1622 CALLE LILAS<br>PONCE, PR 00716-4612 | 06/05/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 47281 | Undetermined* | LUGO ORTIZ, WANDA I.<br>VILLAS DEL LAUREL II 1412 BOULEVARD<br>COTO LAUREL, PR 00780 | 05/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 26526 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 7 | MAISONET ORTIZ, MIGDALIA<br>P.O. BOX 2645<br>BO GURABO ABAJO SECTOR REPARTO LOMA ALTA A17 CARR. 185 KM 15.8<br>JUNCOS, PR 00777 | 05/16/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 15620 | Undetermined* | MAISONET ORTIZ, MIGDALIA<br>PO BOX 2645<br>JUNCOS, PR 00777 | 05/16/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 15770 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 8 | MARTINEZ CRESPO, JUAN C.<br>INSTITUCION FASE III 3793 PONCE BY PASS M-NARANJA-224<br>PONCE, PR 00728 | 04/16/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 7489 | $ 150,000.00* | MARTINEZ CRESPO, JUAN CARLOS<br>INSTITUCIÓN FASE III 3793<br>PONCE BY PASS M-NARANJA-224<br>PONCE, PR 00728 | 04/16/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 7469 | $ 150,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 9 | PELLOT PEREZ, JOSE J<br>MARIBEL GARCIA AYALA, ATTORNEY<br>URB. CAMINO DE LA PRINCESA<br>77 CALLE AURORA<br>GUAYAMA, PR00784 | 02/07/19 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 168140 | $ 90,000.00* | PELLOT PEREZ, JOSE J<br>MARIBEL GARCIA AYALA<br>URB. CAMINO DE LA PRINCESA<br>77 CALLE AURORA<br>GUAYAMA, PR00784-7619 | 02/07/19 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 168143 | $ 90,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

One Hundred and Ninety-Seventh Omnibus Objection
Exhibit A - Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 10 | TARGET DEVELOPMENT CORPORATION<br>PO BOX 1348<br>SAN JUAN, PR 00978 | 03/19/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 3366 | $ 15,485.00 | TARGET DEVELOPMENT CORP.<br>PO BOX 1348<br>SAINT JUST, PR 00978-1348 | 08/21/17 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 222 | $ 15,485.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 11 | TRINIDAD HERNANDEZ, GLADYS<br>RR 17 BOX 11505<br>SAN JUAN, PR 00926 | 03/29/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 5646 | $ 23,484.54* | TRINIDAD HERNANDEZ, GLADYS N<br>RR 6 BOX 11505<br>BO CUPEY ALTO<br>SAN JUAN, PR 00926 | 03/29/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 5329 | $ 23,484.54* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 12 | UNIVERSAL CARE CORP<br>PO BOX 1051<br>SABANA SECA, PR 00952-1051 | 04/02/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 4323 | $ 667,042.70 | UNIVERSAL CARE CORP<br>PO BOX 1051<br>SABANA SECA, PR 00952-1051 | 04/09/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 6537 | $ 667,042.70 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 13 | VELAZQUEZ, JOSE A.<br>PO BOX 144<br>PATILLAS, PR00723 | 07/02/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 149326 | $ 6,600.00 | VELAZQUEZ SANTIAGO, SUCESION DE JOSE A<br>PO BOX 144<br>PATILLAS, PR00723-0144 | 07/02/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 123877 | $ 6,600.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts