**<u>EXHIBIT E</u>**

**From:** Rosen, Brian S. <brosen@proskauer.com>
**Sent:** Tuesday, April 7, 2020 10:59 AM
**To:** Servais, Casey <Casey.Servais@cwt.com>
**Cc:** Solow, Richard <Richard.Solow@cwt.com>; Friedman, Peter <pfriedman@omm.com>; McKeen, Elizabeth L. <emckeen@omm.com>; smillman@stroock.com; kpasquale@stroock.com; jbarrios@prestigelegalpr.com; lucdespins@paulhastings.com; alexbongartz@paulhastings.com; Bienenstock, Martin J. <mbienenstock@proskauer.com>; Possinger, Paul V. <ppossinger@proskauer.com>; Barak, Ehud <ebarak@proskauer.com>; Desatnik, Daniel <DDesatnik@proskauer.com>; Natbony, Bill <Bill.Natbony@cwt.com>; Curtin, Thomas <Thomas.Curtin@cwt.com>; Miller, Atara <AMiller@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Hughes, John <JHughes2@milbank.com>; Ohring, Jonathan <JOhring@milbank.com>; Buckley, Douglas (DBuckley@KRAMERLEVIN.com) <DBuckley@kramerlevin.com>
**Subject:** Re: Scheduling Request re: 3013 Motion

How can anyone answer your question until it is know what is being said by you and how, most likely, you are intending to expand the scope of the limited relief being sought?

Sent from my iPad

On Apr 7, 2020, at 10:56 AM, Servais, Casey <Casey.Servais@cwt.com> wrote:

*This email originated from outside the Firm.*

Thank you. Please note that Invesco and Ambac (whose counsel are CC'd) will also be filing joinders and/or statements in support with respect to the 3013 Motion, and that they will be joining in the Urgent Motion seeking an extension of the reply deadline to April 17.

AAFAF and AFT, since we have not heard from you, is it fair to assume that you do not object to the requested April 17 reply deadline? If not, please let us know.

Many thanks,

**Casey Servais**
Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel: +1 (212) 504-6193 | Fax: +1 (212) 504-6666
Casey.Servais@cwt.com | www.cadwalader.com

**From:** Rosen, Brian S. <brosen@proskauer.com>
**Sent:** Monday, April 6, 2020 4:31 PM
**To:** Solow, Richard <Richard.Solow@cwt.com>

**Cc:** lucdespins@paulhastings.com; alexbongartz@paulhastings.com; Bienenstock, Martin J.
<mbienenstock@proskauer.com>; Possinger, Paul V. <ppossinger@proskauer.com>; Barak, Ehud
<ebarak@proskauer.com>; Desatnik, Daniel <DDesatnik@proskauer.com>; pfriedman@omm.com;
emckeen@omm.com; jbarrios@prestigelegalpr.com; kpasquale@stroock.com; smillman@stroock.com;
Natbony, Bill <Bill.Natbony@cwt.com>; Servais, Casey <Casey.Servais@cwt.com>; Curtin, Thomas
<Thomas.Curtin@cwt.com>
**Subject:** Re: Scheduling Request re: 3013 Motion

Thank you for your email.  At this time, and without the benefit of your promised joinder and Statement
in Support, the Oversight Board is unable to take a position with respect to your request.

Brian Rosen

Sent from my iPad

On Apr 6, 2020, at 1:25 PM, Solow, Richard <Richard.Solow@cwt.com> wrote:

*This email originated from outside the Firm.*

Counsel,

On April 7, Assured Guaranty anticipates filing a joinder and statement in support with respect to
the *Motion of Official Committee of Unsecured Creditors Pursuant to Federal Rule of
Bankruptcy Procedure 3013 for Entry of an Order Reclassifying Class 39A and Class 41 Claims
under Oversight Board's Plan of Adjustment Dated February 28, 2020* (ECF No. 11989, the
"3013 Motion").

On April 3, 2020, the Court entered an order (ECF No. 12670) extending until **April 17, 2020 at
4:00 p.m. (Atlantic Standard Time)** the Committee's deadline to file reply papers in support of the
3013 Motion.  In keeping with this schedule established by the Court, Assured Guaranty intends to
file an Urgent Motion requesting an extension to April 17 of its deadline to file reply papers in
support of the 3013 Motion.

If possible, please let us know by **10:00 AM tomorrow morning (April 7)** if the Committee, the
Oversight Board, AAFAF, or the American Federation of Teachers intends to oppose Assured's
request that its reply deadline be extended to coincide with the Committee's reply deadline.

Best,
Rich

**Richard Solow**
*Associate*
Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel: +1 (212) 504-6094 | Fax: +1 (212) 504-6666

Richard.Solow@cwt.com | www.cadwalader.com

NOTE: The information in this email is confidential and may be legally privileged.  If you are not the intended recipient, you must not read, use or disseminate the information; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy.  Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cadwalader, Wickersham & Taft LLP for any loss or damage arising in any way from its use.

<11989 UCC Reclassification Motion.pdf>
<12084 AFT Objection.pdf>
<12625 Deadline Extension Motion.pdf>
<12670 - Order Extending Deadlines.pdf>

****************************************************************************
*************************************************************************
This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them.
Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.
****************************************************************************
*************************************************************************