UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------- X
                                                                                                :

In re:                                                                                  :

THE FINANCIAL OVERSIGHT AND         :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :    Title III
                                                                                   :

    as representative of                       :    Case No. 17-BK-3283 (LTS)
                                                                                   :

THE COMMONWEALTH OF PUERTO RICO *et al.,*  :    (Jointly Administered)
                                                                                   :

    Debtors.[1]                                                    :
------------------------------------------------------------------------- X

### INFORMATIVE MOTION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS SPECIAL CLAIMS COMMITTEE, REGARDING ORDER ON PROCEDURES FOR APRIL 22, 2020, OMNIBUS HEARING

To the Honorable United States District Court Judge Laura Taylor Swain:

1.    The Financial Oversight and Management Board for the Commonwealth of Puerto Rico (the "Commonwealth"), acting through its Special Claims Committee (the "Special Claims Committee"), hereby submits this informative motion in response to the Court's *Order Regarding Procedures For April 22, 2020, Omnibus Hearing* [ECF No. 12721] (the "Order").

2.    Sunni P. Beville, Esq. of Brown Rudnick LLP and Chelsea E. Mullarney, Esq. of Brown Rudnick LLP will appear with respect to the *Renewed Motion of UBS Financial Services*

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*for Relief from the Automatic Stay* [Docket No. 12561], and are filing contemporaneously a joint informative motion regarding that matter in accordance with the Order.

3. Sunni P. Beville, Esq. will appear regarding any statements made by any party to the extent the Court solicits, or circumstances warrant provision of, the views of the Special Claims Committee.

WHEREFORE, the Special Claims Committee respectfully requests that the Court take notice of the foregoing.

Dated: April 17, 2020      /s/ *Sunni P. Beville*

BROWN RUDNICK LLP
Sunni P. Beville, Esq. (*Pro Hac Vice*)
One Financial Center
Boston, MA 02111
Tel: (617) 856-8200
sbeville@brownrudnick.com

Chelsea E. Mullarney, Esq. (*Pro Hac Vice Pending*)
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
cmullarney@brownrudnick.com

*Counsel to the Financial Oversight and Management Board, acting through the Special Claims Committee*

and

/s/ *Alberto Estrella*
/s/ *Kenneth C. Suria*

ESTRELLA, LLC
Alberto Estrella (USDC-PR 209804)
Kenneth C. Suria (USDC-PR 213302)
P. O. Box 9023596
San Juan, Puerto Rico 00902–3596
Tel.: (787) 977-5050
Fax: (787) 977-5090

*Local Counsel to the Financial Oversight and Management Board, acting through the Special Claims Committee*