UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------ X
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.,* : (Jointly Administered)
:
Debtors.[1] :
------------------------------------------------------------------------ X

**JOINT INFORMATIVE MOTION OF
THE FINANCIAL OVERSIGHTAND MANAGEMENT
BOARD FOR PUERTO RICO, ACTING BY AND THROUGH
ITS SPECIAL CLAIMS COMMITTEE, UBS FINANCIAL SERVICES
INCORPORATED OF PUERTO RICO, AND INDIVIDUAL BENEFICIARY-
PLAINTIFFS IN THE ERS ACTION BEFORE THE COMMONWEALTH COURT
REGARDING ORDER ON PROCEDURES FOR APRIL 22, 2020, OMNIBUS HEARING**

To the Honorable United States District Court Judge Laura Taylor Swain:

1. The Financial Oversight and Management Board for the Commonwealth of Puerto Rico (the "Commonwealth"), acting through its Special Claims Committee (the "Special Claims Committee"), together with UBS Financial Services Incorporated of Puerto Rico ("UBS Financial"), and the individual beneficiary-plaintiffs in the ERS Action pending in the Commonwealth Court (the "Retiree Plaintiffs"), hereby submit this informative motion in

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

response to the Court's *Order Regarding Procedures For April 22, 2020, Omnibus Hearing* [ECF No. 12721] (the "Order").

2. The following parties will appear on live telephonic line in the order below to address the *Renewed Motion of UBS Financial Services for Relief from the Automatic Stay* [Docket No. 12561] (the "UBS Financial Motion"):

a) Paul Lockwood, Esq. of Skadden, Arps, Slate, Meagher, & Flom LLP and Roberto C. Quinones-Rivera, Esq. of McConnell Valdes LLC on behalf of UBS Financial (15 minutes);

b) Harold Vicente, Esq. of Vicente & Cuebas on behalf of the Retiree Plaintiffs in the ERS Action (10 minutes);

c) Sunni P. Beville, Esq. and Chelsea E. Mullarney, Esq. of Brown Rudnick LLP on behalf of the Special Claims Committee (10 minutes); and

d) Paul Lockwood, Esq. of Skadden, Arps, Slate, Meagher, & Flom LLP and Roberto C. Quinones-Rivera, Esq. of McConnell Valdes LLC on behalf of UBS Financial (5 minutes rebuttal).

WHEREFORE, the parties respectfully request that the Court take notice of the foregoing.

Dated: April 17, 2020

| | |
|---|---|
| */s/ Sunni P. Beville* | */s/ Paul J. Lockwood* |
| BROWN RUDNICK LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| Sunni P. Beville, Esq. (*Pro Hac Vice*) | |
| One Financial Center | Paul J. Lockwood (*admitted pro hac vice*) |
| Boston, MA 02111 | One Rodney Square |
| Tel: (617) 856-8200 | P.O. Box 636 |
| sbeville@brownrudnick.com | Wilmington, Delaware 19899 |
| | Tel.: (302) 651-3000 |
| Chelsea E. Mullarney, Esq. | Fax: (302) 651-3001 |
| (*Pro Hac Vice Pending*) | |
| Seven Times Square | -and- |

New York, NY 10036
Tel: (212) 209-4800
cmullarney@brownrudnick.com

*Counsel to the Special Claims Committee of the Financial Oversight and Management Board, acting by and through its members*

-and-

*/s/ Alberto Estrella*
*/s/ Kenneth C. Suria*
ESTRELLA, LLC
Alberto Estrella (USDC-PR 209804)
Kenneth C. Suria (USDC-PR 213302)
P. O. Box 9023596
San Juan, Puerto Rico 00902–3596
Tel.: (787) 977-5050
Fax: (787) 977-5090

*Local Counsel to the Special Claims Committee of the Financial Oversight and Management Board, acting by and through its members*

*/s/ Roberto C. Quiñones-Rivera*
McCONNELL VALDÉS LLC
Roberto C. Quiñones-Rivera, Esq.
USDC-PR Bar No. 211512
270 Muñoz Rivera Ave.
Hato Rey, Puerto Rico 00918
Tel.: (787) 250-2631
Fax: (787) 759-9225
rcq@mcvpr.com

*Counsel to UBS Financial Services Incorporated of Puerto Rico*

**VICENTE & CUEBAS**
P.O. Box 11609
San Juan, PR 00910-1609
Phone    (787) 751-8000
Facsimile (787) 756-5250

*/s/*Harold D. Vicente
**HAROLD D. VICENTE**
USDC-PR Bar No. 117711
E-mail:  hvicente@vclawpr.com
*/s/*Harold D. Vicente-Colón
**HAROLD D. VICENTE-COLÓN**
USDC-PR Bar No. 211805
E-Mail:  hdvc@vclawpr.com

-and-

**PUJOL LAW OFFICES, PSC**
P.O. Box 363042
San Juan, PR  00936-3042

3

Phone    (787) 724-0900
Facsimile (787) 724-1196

*/s/*Francisco Pujol-Meneses
**FRANCISCO PUJOL-MENESES**
USDC-PR Bar No. 212706
E-mail: fpujol@pujollawpr.com

-and-

**BUFETE ANDREU & SAGARDÍA**
261 Domenech Avenue
San Juan, PR 00918
Phones    (787) 754-1777 / (787) 763-8044
Facsimile (787) 763-8045

*/s/*José A. Andreu-Fuentes
**JOSÉ A. ANDREU-FUENTES**
USDC-PR Bar No. 204409
E-Mail: jaf@andreu-sagardia.com

*Counsel for Individual Plaintiffs,*
*Beneficiaries of the Retirement System*
*of the Commonwealth of Puerto Rico*