**EXHIBIT B**

**Declaration of Mark Shankweiler**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to PREPA.** |

### DECLARATION OF MARK SHANKWEILER IN SUPPORT OF THE ONE HUNDRED EIGHTY-SIXTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE PUERTO RICO ELECTRIC POWER AUTHORITY TO SUBSTANTIVELY DUPLICATIVE CLAIMS

I, Mark Shankweiler, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am a Managing Director of Berkeley Research Group, LLC ("BRG"). The Financial Oversight and Management Board (the "Oversight Board") retained BRG to assist with, *inter alia*, the claims reconciliation process for the Puerto Rico Electric Power Authority's

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

("PREPA") case filed pursuant to the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2] Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

2. In my capacity as a Managing Director of BRG, I am one of the persons responsible for overseeing the claims reconciliation and objection process in the PREPA case filed pursuant to PROMESA. PREPA's ongoing claims reconciliation process involves the collective effort of a team of BRG employees, as well as Proskauer Rose LLP and O'Neill & Borges LLC, counsel for the Oversight Board, the legal representative for PREPA.

3. I submit this declaration in support of the *One Hundred Eighty-Sixth (Non-Substantive) Objection of the Puerto Rico Electric Power Authority to Claims Asserting Duplicative Liabilities* (the "One Hundred Eighty-Sixth Omnibus Objection").[3] I have personally reviewed the One Hundred Eighty-Sixth Omnibus Objection and exhibits thereto and am, accordingly, familiar with the information contained therein.

4. In preparation for filing the One Hundred Eighty-Sixth Omnibus Objection, and under my direction and/or supervision, each of the claims at issue in the One Hundred Eighty-Sixth Omnibus Objection was carefully reviewed and analyzed in good faith using due diligence by the appropriate personnel. These efforts resulted in the identification of the claims to be disallowed, as identified in the column titled "Claims to be Disallowed" in Exhibit A to the One Hundred Eighty-Sixth Omnibus Objection.

5. To the best of my knowledge, information, and belief, the claims listed on Exhibit A to the One Hundred Eighty-Sixth Omnibus Objection in the column titled "Claims to be

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[3] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the One Hundred Eighty-Sixth Omnibus Objection.

Disallowed" assert the same liabilities, against the exact same Debtor, as the claims identified in the column titled "Remaining Claims" (each a "Remaining Claim" and collectively the "Remaining Claims"). For example, the Claims to Be Disallowed were filed on behalf of the same creditor/claimant as the Remaining Claims, they set forth the same basis for the claim, they generally assert the exact same claim amount, and they generally attach the same supporting documentation to each respective claim. Therefore, these claims are substantively duplicative to each other because they assert a claim for the same purported liability, though they are not exact/identical duplicates because, in certain instances, the Remaining Claims either include additional or different supporting documentation, assert a higher alleged claim amount, or are otherwise slightly different from the Claims to Be Disallowed. Because each of the Claims to Be Disallowed is duplicative of a Remaining Claim, PREPA requests that the duplicative claims be disallowed in their entirety to prevent multiple recoveries by the claimants.

6. Based on the foregoing, and to the best of my knowledge, information and belief, the information contained in the One Hundred Eighty-Sixth Omnibus Objection and exhibits thereto is true and correct, and the relief requested therein is in the best interests of PREPA and its creditors.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: April 17, 2020

By: /s/ Mark Shankweiler
Mark Shankweiler

# ANEXO B

**Declaración de Mark Shankweiler**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*: <br><br> JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, <br><br>   como representante <br><br> DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, *et al.*, <br><br>                                      Deudores.[1] | PROMESA <br> Título III <br><br> Núm. 17 BK 3283-LTS <br><br> (Administrado Conjuntamente) <br><br> **La presente radicación guarda relación con la AEE.** |

**DECLARACIÓN DE MARK SHANKWEILER EN APOYO DE LA CENTÉSIMA OCTOGÉSIMA SEXTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DE LA AUTORIDAD DE ENERGÍA ELÉCTRICA DE PUERTO RICO A RECLAMACIONES SUSTANCIALMENTE DUPLICADAS**

Yo, Mark Shankweiler, conforme al Título 28 U.S.C. § 1746, por medio de la presente declaro, so pena de incurrir en falso testimonio, que lo que sigue es veraz y correcto a mi fiel saber y entender:

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y denominados conjuntamente con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5532-LTS) (Últimos cuatro dígitos del número federal de contribuyente: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

1. Soy director general de Berkeley Research Group, LLC ("BRG"). La Junta de Supervisión y Administración Financiera (la "Junta de Supervisión") contrató a BRG para que le ayudara, entre otras cosas, con el proceso de reconciliación de reclamaciones en relación con el caso de la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") radicado conforme a la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA").[2] Salvo disposición en contrario en la presente declaración, tengo conocimiento personal de los hechos aquí expuestos.

2. En mi capacidad de director general de BRG, soy una de las personas responsables de supervisar el proceso de reconciliación y objeciones relativo a las reclamaciones en el marco del caso de la AEE radicado conforme a PROMESA. El proceso continuo de reconciliación de reclamaciones de la AEE implica un esfuerzo colectivo de un equipo de los empleados de BRG, así como de Proskauer Rose LLP y O'Neill & Borges LLC, abogados de la Junta de Supervisión, el representante legal de la AEE.

3. Realizo esta declaración en apoyo de la *Centésima octogésima sexta objeción global (no sustantiva) de la Autoridad de Energía Eléctrica de Puerto Rico a Reclamaciones en las que se alegan responsabilidades duplicadas* (la "Centésima octogésima sexta objeción global").[3] He revisado personalmente la Centésima octogésima sexta objeción global, y los anexos relativos a la misma, por lo que estoy familiarizado con la información que contienen.

4. Durante el proceso de preparación para radicar la Centésima octogésima sexta objeción global, bajo mi dirección y/o supervisión, cada una de las reclamaciones controvertidas en la Centésima octogésima sexta objeción global fue examinada y analizada cuidadosamente de

---

[2] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101 a 2241.

[3] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Centésima octogésima sexta objeción global.

2

buena fe aplicando la debida diligencia por parte del personal pertinente. Dichos esfuerzos resultaron en la identificación de las reclamaciones que han de ser rechazadas, según se identifica en la columna "Reclamaciones que han de ser rechazadas" del <u>Anexo A</u> de la Centésima octogésima sexta objeción global.

5. A mi fiel saber y entender, las reclamaciones identificadas en el <u>Anexo A</u> de la Centésima octogésima sexta objeción global en la columna titulada "Reclamaciones que han de ser rechazadas" alegan las mismas responsabilidades contra exactamente los mismos Deudores que las reclamaciones identificadas en la columna titulada "Reclamaciones Restantes" (cada una denominada una "<u>Reclamación Restante</u>" y conjuntamente, las "<u>Reclamaciones Restantes</u>"). Por ejemplo, las Reclamaciones que han de ser rechazadas fueron radicadas en nombre del mismo acreedor/demandante que en el caso de las Reclamaciones Restantes, dichas reclamaciones establecen los mismos fundamentos para la reclamación, por lo general reclaman exactamente el mismo monto y generalmente adjuntan la misma documentación justificativa a cada reclamación respectiva. En consecuencia, dichas reclamaciones están sustancialmente duplicadas las unas con respecto a las otras puesto que reclaman la misma supuesta responsabilidad, si bien no constituyen duplicados idénticos/exactos ya que en determinados casos las Reclamaciones Restantes incluyen documentación justificativa adicional o diferente, reclaman un monto mayor relativo a la presunta reclamación o bien son ligeramente diferentes en otros aspectos de las Reclamaciones que han de ser rechazadas. Puesto que cada Reclamación que ha de ser rechazada está duplicada con respecto a una Reclamación Restante, la AEE solicita que las reclamaciones duplicadas sean rechazadas en su totalidad para evitar recuperaciones múltiples por parte de los demandantes.

6. Sobre la base de lo que antecede, y a mi fiel saber y entender, la información contenida en la Centésima octogésima sexta objeción global y en sus anexos es veraz y correcta, y el remedio allí solicitado redunda en el mejor interés de la AEE y de sus acreedores.

7. Declaro, so pena de incurrir en falso testimonio conforme a las leyes de los Estados Unidos de América, que lo que antecede es veraz y correcto a mi fiel saber y entender.

Fecha: 17 de abril de 2020

                Por:    *[Firma en la versión en ingles]*
                            Mark Shankweiler