UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | PROMESA<br>Title III |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| As a representative of | |
| **THE COMMONWEALTH OF PUERTO RICO** *et al.*,<br><br>**Debtors.**[1] | Re: Dkt. No. 12721<br><br>**Telephonic Hearing date:** April 22, 2020 at 9:30 a.m. (Atlantic Standard Time) |

**INFORMATIVE MOTION OF THE FEE EXAMINER PURSUANT TO ORDER REGARDING PROCEDURES FOR APRIL 22, 2020 OMNIBUS HEARING**

The Fee Examiner appointed in these proceedings files this Informative Motion of the Fee Examiner pursuant to *Order Regarding Procedures for April 22, 2020 Omnibus Hearing* [Dkt. No. 12721]. In support, the Fee Examiner respectfully states that:

1.  On April 15, 2020, the Fee Examiner filed the *Fee Examiner's Supplemental Report and Status Report on Uncontested Professional Fee Applications Recommended for Court Approval at or Before the Omnibus Hearing Scheduled for April 22, 2020 at 9:30 A.M.*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*(AST)* [Dkt. No. 12803] (the "**Supplemental Seventh Interim Report**") recommending interim and final fee applications for the Court's approval on an uncontested basis.

2. The Supplemental Seventh Interim Report outlines the Fee Examiner's recommendations for the Court's approval, with adjustments, of a group of interim applications for the Seventh Interim Fee Period (June 1, 2019 to September 30, 2019) as well as interim applications from prior fee period.

3. The Supplemental Seventh Interim Report attached a proposed order approving the uncontested fee applications (the "**Proposed Order**"). Counsel also submitted the Proposed Order to chambers in MS Word format pursuant to the Tenth Amended Notice, Case Management and Administrative Procedures [Dkt. No. 8027-1].

4. Pursuant to the Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Dkt. No. 3269], if no objections are timely filed, fee applications may be approved by Court order without a hearing. *Id*. at 2(j). And the Court has done so in the past.

5. The Fee Examiner and counsel will request speaking lines for the telephonic omnibus hearing, though no oral presentation will be necessary if the Court enters the Proposed Order prior to the hearing.

Dated this 17th day of April, 2020.

WE HEREBY CERTIFY that on this date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

> EDGE Legal Strategies, PSC
>
> _s/ Eyck O. Lugo_
> Eyck O. Lugo
> Vilmarys M. Quiñones Cintrón
> 252 Ponce de León Avenue
> Citibank Tower, 12th Floor
> San Juan, PR 00918
> Telephone: (787) 522-2000
> Facsimile: (787) 522-2010
>
> *Puerto Rico Counsel for Fee Examiner*
>
> GODFREY & KAHN, S.C.
> One East Main Street, Suite 500
> Madison, WI 53703
> Telephone: (608) 257-3911
> Facsimile: (608) 257-0609
>
> Katherine Stadler (*Pro Hac Vice*)
>
> *Counsel for the Fee Examiner*

22191773.1