UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

# JOINT INFORMATIVE MOTION OF FINANCIAL OVERSIGHT AND MANAGEMENT BOARD AND THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY REGARDING ARGUMENT AT APRIL 22, 2020 OMNIBUS HEARING ON STATUS REPORT AND MOTION OF ELIEZER SANTANA BAEZ REQUESTING TO UNPARALYZE

To the Honorable United States District Judge Laura Taylor Swain:

    Pursuant to the Court's *Order Regarding Procedures for April 22, 2020 Omnibus Hearing* [ECF No. 12721], the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth") pursuant

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

to § 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA")[2], and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") respectfully state as follows:

1. The following parties will appear telephonically in the order below to address questions and comments, if any, related to their respective status reports:

    a. Oversight Board: Martin J. Bienenstock and Brian S. Rosen of Proskauer Rose, LLP.

    b. AAFAF: John J. Rapisardi and Peter Friedman of O'Melveny & Myers LLP and Luis C. Marini-Biaggi of Marini Pietrantoni Muñiz LLC.

    c. Martin Bienenstock and Brian Rosen reserve the right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III to the extent it impacts the interests of the Oversight Board.

    d. John Rapisardi and Peter Friedman reserve the right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III case to the extent it impacts the interests of AAFAF or the elected Government of Puerto Rico or any instrumentality thereof.

2. Luis C. Marini-Biaggi of Marini Pietrantoni Muñiz LLC will appear telephonically and seeks to be heard on the *Motion of Eliezer Santana-Báez Requesting to Unparalyze for Become in Knowledge in the File that the Commonwealth of Puerto Rico Was Not Summon in this Case* **[Case No. 17-3283, ECF No. 12516]**

    a. Luis C. Marini-Biaggi reserves the right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III case to the extent it impacts the interests of AAFAF or the elected Government of Puerto Rico or any instrumentality thereof.

**WHEREFORE**, the parties respectfully request that the Court take notice of the foregoing.

---

[2] PROMESA has been codified at codified at 48 U.S.C. §§ 2101–2241.

Dated: April 19, 2020.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ Luis C. Marini-Biaggi<br>Luis C. Marini-Biaggi<br>USDC No. 222301<br>Email: lmarini@mpmlawpr.com<br><br>Carolina Velaz-Rivero<br>USDC No. 300913<br>E:mail: cvelaz@mpmlawpr.com<br><br>**MARINI PIETRANTONI MUÑIZ LLC**<br>250 Ponce de León Ave., Suite 900<br>San Juan, Puerto Rico 00918<br>Tel: (787) 705-2171<br>Fax: (787) 936-7494<br><br>/s/ John J. Rapisardi<br>John J. Rapisardi<br>Nancy A. Mitchell<br>(Admitted Pro Hac Vice)<br>**O'MELVENY & MYERS LLP**<br>7 Times Square<br>New York, New York 10036<br>Tel: (212) 326-2000<br>Fax: (212) 326-2061<br><br>-and-<br><br>Peter Friedman (Admitted Pro Hac Vice)<br>1625 Eye Street, NW<br>Washington, D.C. 20006<br>Tel: (202) 383-5300<br>Fax: (202) 383-5414<br><br>*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority* | /s/ Hermann D. Bauer<br>Hermann D. Bauer<br>USDC No. 215205<br>**O'NEILL & BORGES LLC**<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel: (787) 764-8181<br>Fax: (787) 753-8944<br>Email: hermann.bauer@oneillborges.com<br><br>Martin J. Bienenstock (*pro hac vice*)<br>Brian S. Rosen (*pro hac vice*)<br>Paul V. Possinger (*pro hac vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square New<br>York, NY 10036 Tel:<br>(212) 969-3000<br>Fax: (212) 969-2900<br>Email: mbienenstock@proskauer.com<br>Email: brosen@proskauer.com<br>Email: ppossinger@proskauer.com<br><br>*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico* |