UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------------ x
In re:                                              :
                                                    :
THE FINANCIAL OVERSIGHT AND                         :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :  Title III
                                                    :
        as representative of                        :  Case No. 17-BK-3283 (LTS)
                                                    :
THE COMMONWEALTH OF PUERTO RICO et al.,             :  (Jointly Administered)
                                                    :
        Debtors.¹                                   :
                                                    :
------------------------------------------------------------------ x
```

**JOINT INFORMATIVE MOTION REGARDING ARGUMENT AT APRIL 22, 2020 HEARING ON MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3013 FOR ENTRY OF AN ORDER RECLASSIFYING CLASS 39A AND CLASS 41 CLAIMS UNDER OVERSIGHT BOARD'S PLAN OF ADJUSTMENT**

To the Honorable United States District Judge Laura Taylor Swain:

The Official Committee of Unsecured Creditors of all Title III Debtors (the "Committee"),[2] Ambac Assurance Corporation ("Ambac"), Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Invesco Funds (collectively, "Assured"), the Group of Creditors Holding Ordinary Course of Employment Claims[3] (the "Employee Creditors" and, together with

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The Committee is the official committee of unsecured creditors for all Title III Debtors, other than PBA and COFINA.

[3] The Group of Creditors Holding Ordinary Course of Employment Claims is defined in *Partial Joinder and Statement in Support of Group of Creditors' With Ordinary Course Employee Claims* [Docket No. 12811].

Ambac and Assured, the "Joinder Parties" and together with the Committee, the "Supporting Parties"), the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), the American Federation of State, County, and Municipal Employees International Union (the "AFSCME"), the Lawful Constitutional Debt Coalition (the "LCDC"), the American Federation of Teachers (the "AFT"), the QTCB Noteholder Group (the "QTCB Noteholders"), and the Official Committee of Retired Employees of Puerto Rico (the "Retiree Committee" and, together with the Oversight Board, the AFSCME, the LCDS, and the QTCB Noteholders, the "Objecting Parties"), respectfully submit this joint informative motion pursuant to the Court's *Order Regarding Procedures for April 22, 2020 Omnibus Hearing* [Case No. 17-3283, Docket No. 12721] (the "Scheduling Order") and respectfully state as follows:

1. The foregoing parties (the "Parties") will appear telephonically at the April 22, 2020 hearing (the "Hearing") to address the *Motion of Official Committee of Unsecured Creditors Pursuant to Federal Rule of Bankruptcy Procedure 3013 for Entry of an Order Reclassifying Class 39A and Class 41 Claims Under Oversight Board's Plan of Adjustment dated February 28, 2020* [Case No. 17-3283, Docket No. 11989] (the "Motion") as well as any and all objections, responses, statements, joinders, and replies to the Motion.

2. The following individuals may appear and speak on behalf of the Parties:

    a. Committee: Luc Despins and Shlomo Maza of Paul Hastings LLP [Docket Nos. 11989 and 12872]

    b. Ambac: Atara Miller of Milbank LLP [Docket No. 12691]

    c. Assured: William Natbony and Casey Servais of Cadwalader, Wickersham & Taft LLP [Docket No. 12687]

    d. Employee Creditors: Ivonne González-Morales [Docket No. 12811]

    e. Oversight Board: Martin Bienenstock of Proskauer Rose LLP [Docket No. 12726]

2

  f. <u>Retiree Committee</u>: Robert D. Gordon and/or Catherine Steege of Jenner & Block LLP [Docket Nos. 12684 and 12725]

  g. <u>AFSCME and AFT</u>: Kenneth Pasquale and/or Sherry Millman of Stroock & Stroock & Lavan LLP [Docket Nos. 12689 and 12084]

  h. <u>LCDC</u>: Susheel Kirpalani of Quinn Emanuel Urquhart & Sullivan LLP [Docket No. 12724]

  i. <u>QTCB Noteholders</u>: P. Sabin Willett of Morgan, Lewis & Bockius LLP [Docket No. 12723]

3. The Parties understand the Court has allocated 90 minutes for argument on the Motion to be split evenly between the Supporting Parties and the Objecting Parties. The Parties have agreed to allocate such time as follows:

  a. Supporting Parties' Opening Arguments (35 minutes):

    i. Committee: 23 minutes
    ii. Ambac: 4 minutes
    iii. Assured: 6 minutes
    iv. Employee Creditors: 2 minutes

  b. Objecting Parties' Arguments (45 minutes):

    i. Oversight Board: 22 minutes
    ii. Retiree Committee: 11 minutes
    iii. AFSCME and AFT: 2 minutes
    iv. LCDC: 6 minutes
    v. QTCB Noteholders: 4 minutes

  c. Supporting Parties' Rebuttal Arguments (10 minutes):

    i. Committee: 7 minutes
    ii. Ambac: 1 minute
    iii. Assured: 2 minutes

3

WHEREFORE, the Parties respectfully requests that the Court take notice of the above.

Dated: April 20, 2020        */s/ Luc. A. Despins*

PAUL HASTINGS LLP
Luc. A. Despins, Esq. (Pro Hac Vice)
James R. Bliss, Esq. (Pro Hac Vice)
Nicholas A. Bassett, Esq. (Pro Hac Vice)
G. Alexander Bongartz, Esq. (Pro Hac Vice)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
nicholasbassett@paulhastings.com
alexbongartz@paulhastings.com

- and -

*/s/ Juan J. Casillas Ayala*

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434 Fax: (787) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@cstlawpr.com

*Attorneys to the Official Committee of Unsecured Creditors*

4

*/s/ Kenneth Pasquale*

STROOCK & STROOCK & LAVAN LLP
Kenneth Pasquale (Pro Hac Vice)
Sherry J. Millman (Pro Hac Vice)
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006
kpasquale@stroock.com
smillman@stroock.com

*Attorneys for the American Federation of State, AFL-CIO County and Municipal Employees and the American Federation of Teachers, AFL-CIO*

*/s/ Judith E. Rivlin*

AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO
Judith E. Rivlin (Pro Hac Vice)
Teague P. Paterson (Pro Hac Vice)
Michael Artz (Pro Hac Vice)
1101 17th Street NW, Suite 900
Washington, DC 20011
Tel: (202) 775-5900
Fax: (202) 452-0556
jrivlin@afscme.org tpaterson@afscme.org
martz@afscme.org

-and-

*/s/ Manuel A. Rodriguez Baches*

MANUEL A. RODRIGUEZ BANCHS
Manuel A. Rodriguez Baches
P.O. BOX 368006
San Juan, Puerto Rico 00936-8006
Tel: (787) 764-8896
Fax: (787) 721-0975
manuel@rodriguez@banchs.com

*Attorneys for the American Federation of State, AFL-CIO County and Municipal Employees*

*/s/ José Luis Barrios-Ramos*

JOSÉ Luis BARRIOS-RAMOS
José Luis Barrios-Ramos, Esq.
278 César González Ave.
San Juan, Puerto Rico 00918
Tel: (787) 593-66341
jbarrios@prestigelegalpr.com

*Attorneys for the American Federation of Teachers, AFL-CIO*

5

| | |
|---|---|
| */s/ Susheel Kirpalani* | */s/ Robert Gordon* |
| QUINN, EMANUEL, URQUHART & SULLIVAN LLP<br>Susheel Kirpalani (Pro Hac Vice)<br>K. John Shaffer (Pro Hac Vice)<br>Daniel Salinas (USDC-PR 224006)<br>Eric Kay (Pro Hac Vice)<br>Kate Scherling (Pro Hac Vice)<br>Zachary Russell (Pro Hac Vice)<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010-1603<br>susheelkirpalani@quinnemanuel.com<br>johnshaffer@quinnemanuel.com<br>danielsalinas@quinnemanuel.com<br>erickay@quinnemanuel.com<br>katescherling@quinnemanuel.com<br>zacharyrussell@quinnemanuel.com<br><br>-and-<br><br>*/s/ Rafael Escalera*<br><br>Rafael Escalera (USDC No. 122609)<br>Sylvia M. Arizmendi (USDC-PR 210714)<br>Carlos R. Rivera-Ortiz (USDC-PR 303409)<br>255 Ponce de León Avenue<br>MCS Plaza, 10th Floor<br>San Juan, Puerto Rico 00917-1913<br>escalera@reichardescalera.com<br>arizmendis@reichardescalera.com<br>riverac@reichardescalera.com<br><br>*Attorneys for the Lawful Constitutional Debt Coalition* | JENNER & BLOCK LLP<br>Robert Gordon (Pro Hac Vice)<br>Richard Levin (Pro Hac Vice)<br>Carl Wedoff (Pro Hac Vice)<br>919 Third Ave<br>New York, NY 10022-3908<br>Tel: 212-891-1600<br>Fax: 212-891-1699<br>rgordon@jenner.com<br>rlevin@jenner.com<br>cwedoff@jenner.com<br><br>-and-<br><br>Catherine Steege (Pro Hac Vice)<br>Melissa Root (Pro Hac Vice)<br>Landon Raiford (Pro Hac Vice)<br>353 N. Clark Street<br>Chicago, IL 60654<br>Tel: 312-222-9350<br>Fax: 312-239-5199<br>csteege@jenner.com<br>mroot@jenner.com<br>lraiford@jenner.com<br><br>-and-<br><br>*/s/ A.J. Bennazar-Zequeira*<br><br>BENNAZAR, GARCÍA & MILIÁN, C.S.P.<br>A.J. Bennazar-Zequeira<br>Héctor M. Mayol Kauffmann<br>Edificio Union Plaza<br>1701 Avenida Ponce de León #416<br>Hato Rey, San Juan, PR 00918<br>Tel: 787-754-9191<br>Fax: 787-764-3101<br>ajb@bennazar.org<br>hector.mayol@bennazar.org<br><br>*Attorneys for The Official Committee of Retired Employees of Puerto Rico* |

6

| | |
|---|---|
| */s/ Martin J. Bienenstock* | */s/ Ivonne González-Morales* |
| PROSKAUER ROSE LLP<br>Martin J. Bienenstock (Pro Hac Vice)<br>Brian S. Rosen (Pro Hac Vice)<br>Paul V. Possinger (Pro Hac Vice)<br>Ehud Barak (Pro Hac Vice)<br>Daniel S. Desatnik (Pro Hac Vice)<br>Eleven Times Square New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900 | Ivonne González-Morales (USDC-PR 202701)<br>P.O. BOX 9021828<br>San Juan, P.R. 00902-1828<br>Tel: 787-724-5323<br>ivonnegm@prw.net<br><br>*Attorneys for the Groups of Creditors Holding Ordinary Course of Employment Claims* |
| -and- | */s/ Dennis F. Dunne* |
| */s/ Hermann D. Bauer*<br><br>O'NEILL & BORGES LLC<br>Hermann D. Bauer<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel: (787) 764-8181<br>Fax: (787) 753-8944<br><br>*Attorneys for the Financial Oversight and Management Board as representative for the Debtors* | MILBANK LLP<br>Dennis F. Dunne (Pro Hac Vice)<br>Atara Miller (Pro Hac Vice)<br>Grant R. Mainland (Pro Hac Vice)<br>John J. Hughes, III (Pro Hac Vice)<br>Jonathan Ohring (Pro Hac Vice)<br>55 Hudson Yards<br>New York, NY 10001<br>Tel: (212) 530-5000<br>Fax: (212) 530-5219<br>ddunne@milbank.com<br>amiller@milbank.com<br>gmainland@milbank.com<br>jhughes2@milbank.com<br>johring@milbank.com<br><br>-and-<br><br>*/s/ Roberto Cámara-Fuertes*<br><br>FERRAIUOLI LLC<br>Roberto Cámara-Fuertes (USDC-PR No. 219002)<br>Sonia Colón (USDC-PR No. 213809)<br> 221 Ponce de León Avenue, 5th Floor<br>San Juan, PR 00917<br>Tel: (787) 766-7000<br>Fax: (787) 766-7001<br>rcamara@ferraiuoli.com<br> scolon@ferraiuoli.com<br><br>*Attorneys for Ambac Assurance Corporation* |

*/s/ Mark C. Ellenberg*

CADWALADER, WICKERSHAM & TAFT LLP
Mark C. Ellenberg (Pro Hac Vice)
Howard R. Hawkins, Jr. (Pro Hac Vice)
William J. Natbony (Pro Hac Vice)
Ellen M. Halstead (Pro Hac Vice)
Thomas J. Curtin (Pro Hac Vice)
Casey J. Servais (Pro Hac Vice)
200 Liberty Street
New York, NY 10281
Tel: (212) 504-6000
Fax: (212) 504-6666
mark.ellenberg@cwt.com
howard.hawkins@cwt.com
bill.natbony@cwt.com
ellen.halstead@cwt.com
thomas.curtin@cwt.com
casey.servais@cwt.com

-and-

*/s/ Heriberto Burgos Pérez*

CASELLAS ALCOVER & BURGOS P.S.C.
Heriberto Burgos Pérez (USDC-PR 204809)
Ricardo F. Casellas-Sánchez (USDC-PR 203114)
Diana Pérez-Seda (USDC-PR 232014)
P.O. Box 364924
San Juan, PR 00936-4924
Tel: (787) 756-1400
Fax: (787) 756-1401
hburgos@cabprlaw.com
rcasellas@cabprlaw.com
dperez@cabprlaw.com

*Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

*/s/ Kurt A. Mayr*

MORGAN, LEWIS & BOCKIUS LLP
Kurt A. Mayr (Pro Hac Vice)
David L. Lawton (Pro Hac Vice)
Shannon B. Wolf (Pro Hac Vice)
One State Street
Hartford, CT 06103-3178
Tel: (860) 240-2700
Fax: (860) 240-2701
kurt.mayr@morganlewis.com
david.lawton@morganlewis.com
shannon.wolf@morganlewis.com

-and-

Sabin Willett (Pro Hac Vice)
One Federal Street
Boston, MA 02110-1726
Tel: (617) 951-8775
sabin.willett@morganlewis.com

-and-

*/s/ Sergio Criado*

CORREA-ACEVEDO & ABESADA LAW OFFICES, PSC
Sergio Criado (USDC-PR No. 226307)
Roberto Abesada-Agüet (USDC-PR No. 216706)
Centro Internacional de Mercadeo, Torre II
# 90 Carr. 165, Suite 407
Guaynabo, P.R. 00968
Tel: (787) 273-8300
Fax: (787) 273-8379
ra@calopsc.com
scriado@calopsc.com

*Attorneys for the QTCB Noteholder Group*