**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

**INFORMATIVE MOTION
OF FINANCIAL GUARANTY INSURANCE COMPANY
FOR APPEARANCE AT APRIL 22, 2020, OMNIBUS HEARING**

To the Honorable United States District Judge Laura Taylor Swain:

Financial Guaranty Insurance Company ("**FGIC**"), by and through its attorneys, Rexach & Picó, CSP and Butler Snow LLP, files this *Informative Motion of Financial Guaranty Insurance Company for Appearance at April 22, 2020, Omnibus Hearing*. In support of the Motion, FGIC respectfully states as follows:

1. Martin A. Sosland intends to participate on behalf of FGIC at the Hearing[1] conducted by the Court telephonically via CourtSolutions due to the ongoing COVID-19.

2. Based on the matters FGIC expects to be included in the agenda letter to be filed later today, Mr. Sosland does not currently intend to address the Court at the hearing. FGIC and Mr. Sosland reserve the right to amend this informative motion if the filed agenda letter includes matters not currently anticipated by FGIC. Mr. Sosland also will be available to respond to any

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms as in that certain *Order Regarding Procedures for Attendance, Participation and Observation of April 22, 2020, Omnibus Hearing* [Case No. 17-3283, Dkt. # 12721] (the "***Order***").

52621633.v1

matters raised by the Court or to any statements made by any party that affect the interests of FGIC.

Dated: April 20, 2020.

        Respectfully submitted,

        REXACH & PICÓ, CSP

By: */s/ María E. Picó*
    María E. Picó
    USDC-PR 123214
    802 Ave. Fernández Juncos
    San Juan PR 00907-4315
    Telephone: (787) 723-8520
    Facsimile: (787) 724-7844
    E-mail: mpico@rexachpico.com

        BUTLER SNOW LLP

By: */s/ Martin A. Sosland*
    Martin A. Sosland (*pro hac vice*)
    5430 LBJ Freeway, Suite 1200
    Dallas, TX 75240
    Telephone: (469) 680-5502
    Facsimile: (469) 680-5501
    E-mail: martin.sosland@butlersnow.com

    Jason W. Callen (*pro hac vice*)
    150 3rd Avenue, South, Suite 1600
    Nashville, TN 37201
    Telephone: (615) 651-6774
    Facsimile: (615) 651-6701
    E-mail: jason.callen@butlersnow.com

    *Attorneys for Financial Guaranty Insurance Company*

52621633.v1

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY**, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

Dated: April 20, 2020.

                Respectfully submitted,

                By: */s/ Martin A. Sosland*
                    Martin A. Sosland

                *Attorney for Financial Guaranty Insurance Company*