**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

ASOCIACIÓN DE MAESTROS DE PUERTO RICO,

    Movant,

v.

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Respondent.

PROMESA
Title III

No. 17 BK 3283-LTS

---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF MOTION SCHEDULED
FOR HEARING AT THE APRIL 22, 2020 OMNIBUS HEARING
TO THE JULY 29, 2020 OMNIBUS HEARING [ECF NO. 3914]**

To the Honorable United States District Judge Laura Taylor Swain:

    1.    The Commonwealth of Puerto Rico (the "Commonwealth"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Commonwealth's representative pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), and Asociación de Maestros de Puerto Rico ("AMPR"), respectfully submit this Notice adjourning the hearing on the *Motion for Relief from Automatic Stay* [ECF No. 3914] (the "Motion") filed by AMPR currently set for April 22, 2020 to the omnibus hearing scheduled for July 29, 2020.

2.  The Oversight Board and AMPR executed a settlement agreement dated as of June 27, 2019 that will result in a resolution of the dispute underlying the Motion and the consensual withdrawal of the Motion by AMPR.

3.  The Commonwealth has paid the settlement funds to AMPR. AMPR is now awaiting information from the Puerto Rico Department of Education that it needs to allocate and distribute the settlement funds to affected retired teachers. Given the current lockdown, the parties anticipate a further delay on the full implementation of the settlement.

4.  Because the settlement is not yet fully implemented, the parties hereby adjourn the hearing on the Motion currently set for April 22, 2020 to the omnibus hearing scheduled for July 29, 2020.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: April 20, 2020<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>*/s/ Martin J. Bienenstock*<br><br>Martin J. Bienenstock (*pro hac vice*)<br>Paul V. Possinger (*pro hac vice*)<br>Ehud Barak (*pro hac vice*)<br>Maja Zerjal (*pro hac vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br>Email: mbienenstock@proskauer.com<br>ppossinger@proskauer.com<br>ebarak@proskauer.com<br>mzerjal@proskauer.com<br><br>-and-<br><br>*/s/ Hermann D. Bauer*<br>Hermann D. Bauer<br>USDC No. 215205<br>**O'NEILL & BORGES LLC**<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel: (787) 764-8181<br>Fax: (787) 753-8944<br><br>*Attorneys for the Financial Oversight and Management Board as Representative of the Debtor*<br><br><br>*/s/ Jose Luis Barrios-Ramos*<br>Jose Luis Barrios-Ramos<br>USDC 223611<br>PRESTIGE LEGAL SERVICES, LLC<br>278 César González Ave.<br>San Juan, P.R. 00918<br>Tel: (787) 593-6641<br>Email: jbarrios@prestigelegalpr.com<br><br>*Attorney for Asociación de Maestros de Puerto Rico* |

2