# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR THE HEARING ON APRIL 22-23 AT 9:30 A.M. AST

| | |
|---|---|
| **Time and Date of Hearing:** | **Wednesday, April 22 2020**, from 9:30 a.m. to 12:00 p.m., from 1:00 p.m. to 5:00 p.m., and, if necessary, **Thursday, April 23, 2020**, from 9:30 a.m. to 12:00 p.m., and from 1:00 p.m. to 5:00 p.m. (Atlantic Standard Time) |
| **Location of Hearing:** | Honorable Laura Taylor Swain, United States District Court Judge Honorable Judith G. Dein, United States Magistrate Judge |

          **The Hearing will be Conducted Telephonically via CourtSolutions**

          Attorney Participation: Pursuant to the *Order Regarding Procedures for April 22, 2020 Omnibus Hearing* [Case No. 17-3283, ECF No. 12721], attached to this Agenda as **Exhibit A** (the "Procedures Order"), attorneys who have entered an appearance in the Title III cases and wish to participate as speakers or listen in on the proceedings must

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

register with CourtSolutions at www.court-solutions.com. The FOMB and AAFAF may register up to five speaking lines, and all other parties shall be limited to two speaking lines.  There will be no limitation on listen-only lines.

Members of the Public and Press: Members of the public and press may listen in on the proceedings on a listen-only line by dialing (888) 363-4734 and entering the access code (1527005) and security code (5480) when prompted.

**Copies of Documents:**    Copies of all documents filed in these Title III cases are available free of charge (a) by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

## I.    STATUS REPORTS:

1.    **Report from the Oversight Board.**

Description:  Pursuant to the Procedures Order, the Financial Oversight and Management Board for Puerto Rico (the "FOMB" or "Oversight Board") will file a written Status Report prior to the hearing.  The FOMB will report on (i) the general status and activities of the Oversight Board, (ii) the general status of relations among the Oversight Board and the Commonwealth and federal governments, (iii) the status of PRIDCO's RSA and anticipated Title VI filing, (iv) the anticipated timing of ADR-related notice mailings, and (v) the anticipated timing of publication of the PBA Bar Date Order, PBA Bar Date Extension Order, and the Pre-Solicitation Return Date Notice in *Caribbean Business* (see Case No. 17-3283, ECF No. 12574).

Speakers: Should the Court have questions or comments regarding the FOMB's Status Report, the names of counsel who intend to speak on the Status Report are Martin J. Bienenstock and Brian S. Rosen.

2.    **Report from AAFAF.**

Description: Pursuant to the Procedures Order, the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") will file a written Status Report prior to the hearing. AAFAF will provide a general status report on its status and activities, including an overview of the Commonwealth's response to the ongoing COVID-19 pandemic.

Speakers: Should the Court have questions or comments regarding AAFAF's Status Report, the names of counsel who intend to speak on the Status Report are John J. Rapisardi and Peter Friedman.

2

## II.   **CONTESTED MATTERS:**

1. **UCC's Motion to Reclassify Class 39A and Class 41 Claims.** Motion of Official Committee of Unsecured Creditors Pursuant to Federal Rule of Bankruptcy Procedure 3013 for Entry of an Order Reclassifying Class 39A and Class 41 Claims Under Oversight Board's Plan of Adjustment Dated February 28, 2020 **[Case No. 17-3283, ECF No. 11989]**

   Description: The Official Committee of Unsecured Creditors' motion pursuant to Federal Rule of Bankruptcy Procedure 3013 for entry of an order reclassifying Class 39A and Class 41 claims under the Oversight Board's Plan of Adjustment dated February 28, 2020.

   Objection Deadline:  April 13, 2020 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
   A. Objection of American Federation of Teachers, AFL-CIO on Behalf of Itself and Its Local Affiliates, Asociacion de Maestros de Puerto Rico and Asociacion de Masestros de Puerto Rico-Local Sindical to Motion of Official Committee of Unsecured Creditors Pursuant to Federal Rule of Bankruptcy Procedure 3013 for Entry of an Order Reclassifying Class 39A and Class 41 Claims Under Oversight Board's Plan of Adjustment Dated February 28, 2020 **[Case No. 17-3283, ECF No. 12084]**

   B. Objection to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico to the Motion of Official Committee of Unsecured Creditors Pursuant to Federal Rule of Bankruptcy Procedure 3013 for Entry of an Order Reclassifying Class 39A and Class 41 Claims Under Oversight Board's Plan of Adjustment Dated February 28, 2020 **[Case No. 17-3283, ECF No. 12684]**

   C. Objection of American Federation of State, County and Municipal Employees International Union, AFL-CIO ("AFSCME"), on Behalf of Itself and Its Local Affiliates, Servidores Publicos Unidos, AFSCME Council 95 and Capitulo de Retirados de SPU to Motion of Official Committee of Unsecured Creditors Pursuant to Federal Rule of Bankruptcy Procedure 3013 for Entry of an Order Reclassifying Class 39A and Class 41 Claims Under Oversight Board's Plan of Adjustment Dated February 28, 2020 **[Case No. 17-3283, ECF No. 12689]**

   D. Objection of the QTCB Noteholder Group to the Motion of Official Committee of Unsecured Creditors Pursuant to Federal Rule of Bankruptcy Procedure 3013 for Entry of an Order Reclassifying Class 39A and Class 41 Claims Under Oversight Board's Plan of Adjustment Dated February 28, 2020 **[Case No. 17-3283, ECF No. 12723]**

   E. Objection of the Lawful Constitutional Debt Coalition to the Motion of Official Committee of Unsecured Creditors Pursuant to Federal Rule of Bankruptcy Procedure 3013 for Entry of an Order Reclassifying Class 39A and Class 41 Claims Under Oversight Board's Plan of Adjustment Dated February 28, 2020 **[Case No. 17-3283, ECF No. 12724]**

F. The Official Committee of Retired Employees' Supplemental Objection to (A) the Partial Joinder of Ambac Assurance Corporation to Motion of Official Committee of Unsecured Creditors Under Federal Rule of Bankruptcy Procedure 3013 and (B) the Partial Joinder Statement In Support of Assure Guaranty Corp., Assured Guaranty Municipal Corp., and Invesco Funds with Respect to Motion of Official Committee of Unsecured Creditors Under Federal Rule of Bankruptcy Procedure 3013 **[Case No. 17-3283, ECF No. 12725]**

G. Opposition of Financial Oversight and Management Board to Motion of Official Committee of Unsecured Creditors Pursuant to Federal Rule of Bankruptcy Procedure 3013 for Entry of an Order Reclassifying Class 39A and Class 41 Claims Under Oversight Board's Plan of Adjustment Dated February 28, 2020 and Joinders Thereto **[Case No. 17-3283, ECF No. 12726]**

Reply, Joinder & Statement Deadlines: April 17, 2020 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:

A. Motion to Join UCC Motion for Reclassification of Claims (Docket 11989) Pursuant to Bankruptcy Rule 3013 **[Case No. 17-3283, ECF No. 12365]**

B. Partial Joinder and Statement in Support of Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Invesco Funds with Respect to  Motion of Official Committee of Unsecured Creditors Pursuant to Federal Rule of Bankruptcy Procedure 3013 for Entry of an Order Reclassifying Class 39A and Class 41 Claims Under Oversight Board's Plan of Adjustment Dated February 28, 2020 **[Case No. 17-3283, ECF No. 12687]**

C. Partial Joinder of Ambac Assurance Corporation to Motion of Official Committee of Unsecured Creditors Pursuant to Federal Rule of Bankruptcy Procedure 3013 for Entry of an Order Reclassifying Class 39A and Class 41 Claims Under Oversight Board's Plan of Adjustment Dated February 28, 2020 **[Case No. 17-3283, ECF No. 12691]**

D. Reservation of Rights of National Public Finance Guarantee Corporation to the Motion of Official Committee of Unsecured Creditors Pursuant to Federal Rule of Bankruptcy Procedure 3013 for Entry of an Order Reclassifying Class 39A and Class 41 Claims Under Oversight Board's Plan of Adjustment Dated February 28, 2020 **[Case No. 17-3283, ECF No. 12718]**

E. Partial Joinder and Statement in Support of Group of Creditors' with Ordinary Course Employee Claims **[Case No. 17-3283, ECF No. 12811]**

F. Reply of Assure Guaranty Corp., Assured Guaranty Municipal Corp., and Invesco Funds in Further Support of Motion of Official Committee of Unsecured Creditors Pursuant to Federal Rule of Bankruptcy Procedure 3013 for Entry of an Order Reclassifying Class 39A and Class 41 Claims Under Oversight Board's Plan of Adjustment Dated February 28, 2020 **[Case No. 17-3283, ECF No. 12871]**

2

G. Reply in Support of Motion of Official Committee of Unsecured Creditors Pursuant to Federal Rule of Bankruptcy Procedure 3013 for Entry of an Order Reclassifying Class 39A and Class 41 Claims Under Oversight Board's Plan of Adjustment Dated February 28, 2020 **[Case No. 17-3283, ECF No. 12872]**

H. Ambac Assurance Corporation's Reply in Further Support of Partial Joinder to Motion of Official Committee of Unsecured Creditors Pursuant to Federal Rule of Bankruptcy Procedure 3013 for Entry of an Order Reclassifying Class 39A and Class 41 Claims Under Oversight Board's Plan of Adjustment Dated February 28, 2020 **[Case No. 17-3283, ECF No. 12873]**

Related Documents:

A. Order Granting Joint Urgent Consensual Motion (Docket Entry No. 12625) **[Case No. 17-3283, ECF No. 12670]**

B. Order Granting Urgent Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Invesco Funds, and Ambac Assurance Corporation to Set Reply Deadline with Respect to Motion of Official Committee of Unsecured Creditors Pursuant to Federal Rule of Bankruptcy Procedure 3013 for Entry of an Order Reclassifying Class 39A and Class 41 Claims Under Oversight Board's Plan of Adjustment Dated February 28, 2020 **[Case No. 17-3283, ECF No. 12696]**

C. Order Granting Urgent Motion of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico for (I) Leave to File a Supplemental Opposition to (A) the Partial Joinder of Ambac Assurance Corporation to Motion of Official Committee of Unsecured Creditors Under Federal Rule of Bankruptcy Procedure 3013 [Dkt. No. 12691]; and (B) the Partial Joinder and Statement in Support of Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Invesco Funds with Respect to Motion of Official Committee of Unsecured Creditors Under Federal Rule of Bankruptcy Procedure 3013 [Dkt. 12687], and (II) Setting April 13, 2020 at 4:00 P.M. as the Deadline to File the Supplemental Opposition **[Case No. 17-3283, ECF No. 12708]**

Status:  This matter is going forward.

Estimated Time Required:  90 minutes.

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument.

A. Movants
   1. **UCC**: Luc Despins and Shlomo Maza, 23 minutes
   2. **Ambac**: Atara Miller, 4 minutes
   3. **Assured**: William Natbony and Casey Servais, 6 minutes
   4. **Employee Creditors**: Ivonne González-Morales, 2 minutes
B. Objecting Parties
   1. **FOMB**: Martin J. Bienenstock, 22 minutes

2

    2. **Official Committee of Retirees**: Robert D. Gordon, 11 minutes

    3. **QTCB Noteholder Group**: P. Sabin Willett, 4 minutes

    4. **AFSCME and AFT**: Kenneth Pasquale and Sherry Millman, 2 minutes

    5. **LCDC**: Susheel Kirpalani, 6 minutes

  C. Movants (Rebuttal)

    1. **UCC**: Luc Despins and Shlomo Maza, 7 minutes

    2. **Ambac**: Atara Miller, 1 minute

    3. **Assured**: William Natbony and Casey Servais, 2 minutes

2. **UBS Financial Services Renewed Motion for Relief from the Automatic Stay.** Renewed Motion of UBS Financial Services Incorporated of Puerto Rico for Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 12561, Case No. 17-3566, ECF No. 853]**

Description: UBS Financial Services Incorporated of Puerto Rico's renewed motion for relief from the automatic stay to prosecute counterclaims for breach of contract and indemnification against ERS in a lawsuit that ERS is currently pursuing against UBS under the caption *Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura de Puerto Rico v. UBS Fin. Servs. Inc. of Puerto Rico*, Civ. No. KAC-2011-1067 (803), currently pending in the Commonwealth of Puerto Rico Court of First Instance, San Juan Part.

Objection Deadline: April 14, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:

  A. Opposition to Renewed Motion of UBS Financial Service Incorporated of Puerto Rico for Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 12577]**

  B. Objection by the Financial Oversight and Management Board for Puerto Rico, Acting by and through the Members of the Special Claims Committee, to the Renewed Motion of UBS Financial Services Incorporated of Puerto Rico for Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 12751, Case No. 17-3566, ECF No. 859]**

Reply, Joinder & Statement Deadlines: April 17, 2020 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:

  A. Reply in Further Support of Renewed Motion of UBS Financial Services Incorporated of Puerto Rico for Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 12882, Case No. 17-3566, ECF No. 869]**

Related Documents:

  A. None.

Status: This matter is going forward.

Estimated Time Required: 40 minutes.

<u>Order and Number of Speakers</u>: The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument.

    A. **UBS Financial**: Paul Lockwood and Roberto C. Quinones-Rivera, 15 minutes

    B. **Retiree Plaintiffs**: Harold Vicente, 10 minutes

    C. **Special Claims Committee**: and Sunni P. Beville and Chelsea E. Mullarney, 10 minutes

    D. **UBS Financial (Rebuttal)**: Paul Lockwood and Roberto C. Quinones-Rivera, 5 minutes

3. **<u>Preliminary Hearing on Santana-Báez Lift Stay Motion.</u>** Motion of Eliezer Santana-Báez Requesting to Unparalyze for Become in Knowledge in the File that the Commonwealth of Puerto Rico Was Not Summon in this Case **[Case No. 17-3283, ECF No. 12516]**

<u>Description</u>: Motion filed by Eliezer Santana-Báez requesting relief from the automatic stay to prosecute a lawsuit the movant is pursuing against the Commonwealth under the caption *Elizer Santana Báez and Roberto Quiñones López v. Estado Libre Asociado de Puerto Rico et al*, Case No. D DP2016-0591, currently pending in the Commonwealth Court of First Instance, Bayamón Part.

<u>Objection Deadline</u>:  N/A.

<u>Responses</u>:

    A.  None.

<u>Reply, Joinder & Statement Deadlines</u>: N/A.

<u>Replies, Joinders & Statements</u>:

    A.  None.

<u>Related Documents</u>:

    A.  Order Scheduling Briefing of Motion Requesting to Unparalyze **[Case No. 17-3283, ECF No. 12527]**

    B.  Urgent Motion of the Commonwealth of Puerto Rico for Order Adjourning Deadlines and Setting Preliminary Hearing in Connection with Santana-Báez Lift Stay Motion **[Case No. 17-3283, ECF No. 12675]**

    C.  Order Granting Urgent Motion of the Commonwealth of Puerto Rico for Order Adjourning Deadlines and Setting Preliminary Hearing in Connection with Santana-Baez Lift Stay Motion **[Case No. 17-3283, ECF No. 12676]**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  15 minutes.

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument.
    A. **AAFAF**: Luis C. Marini-Biaggi, 5 minutes
    B. **Movant**: Eliezer Santana-Báez, 8 minutes
    C. **AAFAF (Reply)**: Luis C. Marini-Biaggi, 2 minutes

## III.  ADJOURNED MATTERS:

1. **AAFAF's Objection to Claim of the United States Department of the Treasury/Internal Revenue Service.** Puerto Rico Fiscal Agency and Financial Advisory Authority's Objection to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claims Nos. 168648 and 16885) **[Case No. 17-3283, ECF No. 7419, Case No. 17-3284, ECF No. 643]**

   Description:  Puerto Rico Fiscal Agency and Financial Advisory Authority's objection to proofs of claim of the United States Department of the Treasury/Internal Revenue Service (Claims No. 168648 and 16885) filed against the Puerto Rico Sales Tax Financing Corporation.

   Objection Deadline:  August 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
       A. None.

   Reply, Joinder & Statement Deadlines: September 4, 2019 at 4:00 p.m. (Atlantic Standard Time).

   Replies, Joinders & Statements:
       A. None

   Related Documents:
       A. Stipulation and Agreed Order (A) Withdrawing Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claims No. 168648 and 168885); (B) Deeming Previously Filed Objection to Apply to Amended IRS Proof of Claim (Claim No. 169423); (C) Extending Deadline to Respond to the Objection; and (D) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 7927, Case No. 17-3284, ECF No. 662]**

       B. Informative Motion Regarding Extension of COFINA's Deadline to Reply to United States' Response to Claim Objection **[Case No. 17-3283, ECF No. 9330, Case No. 17-3284, ECF No. 688]**

       C. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF 7419] **[Case No. 17-3283, ECF No. 10021, Case No. 17-3284, ECF No. 695]**

D.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF 7419] **[Case No. 17-3283, ECF No. 12550, Case No. 17-3284, ECF No. 702]**

Status:  This matter has been adjourned to the June 3, 2020 omnibus hearing.

Estimated Time Required:  N/A

2.  **PREPA's Motion to Assume Certain Contracts.** PREPA's Urgent Motion for Entry of an Order Authorizing PREPA to Assume Certain Contracts with EcoEléctrica, L.P and Gas Natural Aprovisionamientos SDG, S.A. **[Case No. 17-3283, ECF No. 12579, Case No. 17-4780, ECF No. 1951]**

Description:  Puerto Rico Electric Power Authority's motion (a) authorizing PREPA to assume (i) the Amended and Restated Power Purchase and Operating Agreement, dated as of March 27, 2020 (the "ECO PPOA"), between PREPA and EcoEléctrica, L.P. ("ECO"), relating to the existing 543 MW combined cycle cogeneration facility in Peñuelas (the "ECO Generation Facility"), which amends and restates the Power Purchase and Operating Agreement, dated March 10, 1995 (as amended prior to March 27, 2020, the "Pre-Restatement PPOA") between the same parties, and (ii) the Amended and Restated Natural Gas Sale and Purchase Agreement, dated as of March 23, 2020 (the "Naturgy GSPA," and together with the ECO PPOA, the "Contracts"), between PREPA and Gas Natural Aprovisionamientos SDG, S.A. ("Naturgy"), relating to the supply of natural gas to Units 5 and 6 of PREPA's 820 MW Costa Sur generating facility (the "Costa Sur Generation Facility"), located adjacent to the ECO facility, which amends and restates the Natural Gas Sale and Purchase Agreement dated March 28, 2012 (as amended prior to March 23, 2020, the "Pre-Restatement GSPA" and together with the Pre-Restatement PPOA, the "Pre-Restatement Contracts"), between the same parties, and (b) providing any additional relief required to effectuate the foregoing.

Objection Deadline:  April 8, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
A.  None.

Reply, Joinder & Statement Deadlines: April 15, 2020 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:

A.  None.

Related Documents:
A.  Declaration of Fernando M. Padilla in Support of PREPA's Urgent Motion for Entry of an Order Authorizing PREPA to Assume Certain Contracts with EcoEléctrica, L.P and Gas Natural Aprovisionamientos SDG, S.A. **[Case No. 17-3283, ECF No. 12580, Case No. 17-4780, ECF No. 1952]**

B.  Order Scheduling Briefing in Connection with PREPA's Urgent Motion for Entry of an Order Authorizing PREPA to Assume Certain Contracts with EcoEléctrica, L.P and Gas Natural Aprovisionamientos SDG, S.A. **[Case No. 17-3283, ECF No. 12588, Case No. 17-4780, ECF No. 1956]**

C.  Order Granting Urgent Motion to Extend Certain Briefing Deadlines and the Hearing in Connection with PREPA's Urgent Motion for Entry of an Order Authorizing PREPA to Assume Certain Contracts with EcoEléctrica, L.P and Gas Natural Aprovisionamientos SDG, S.A. **[Case No. 17-3283, ECF No. 12695, Case No. 17-4780, ECF No. 1960]**

Status:  This matter has been adjourned to the June 3, 2020 omnibus hearing.

Estimated Time Required:  N/A

3.  **FOMB's Motion to Direct Ambac to Withdraw Complaint.** Motion of Financial Oversight and Management Board Pursuant to Bankruptcy Code Sections 105(a) and 362 for Order Directing Ambac to Withdraw Complaint **[Case No. 17-3283, ECF No. 12569, Case No. 17-3567, ECF No. 756]**

Description: The Financial Oversight and Management Board's motion for an order directing Ambac Assurance Corporation to withdraw its complaint styled A*mbac Assurance Corporation v. Autopistas Metropolitanas de Puerto Rico, LLC*, Civil No. 3:20-cv-01094, filed on February 19, 2020 in the United States District Court for the District of Puerto Rico.

Objection Deadline:  April 7, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A.  None.

Reply, Joinder & Statement Deadlines: April 14, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and April 15, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
   A.  Joinder of Autopistas Metropolitanas de Puerto Rico, LLC to Motion of Financial Oversight and Management Board Pursuant to Bankruptcy Code Sections 105(a) and 362 for Order Directing Ambac to Withdraw Complaint **[Case No. 17-3283, ECF No. 12578, Case No. 17-3567, ECF No. 759]**

Related Documents:
   A.  Memorandum of Law in Support of Motion of Financial Oversight and Management Board Pursuant to Bankruptcy Code Sections 105(a) and 362 for Order Directing Ambac to Withdraw Complaint **[Case No. 17-3283, ECF No. 12570, Case No. 17-3567, ECF No. 757]**

2

B. Notice of Motion of Financial Oversight and Management Board Pursuant to Bankruptcy Code Sections 105(a) and 362 for Order Directing Ambac to Withdraw Complaint **[Case No. 17-3283, ECF No. 12571, Case No. 17-3567, ECF No. 758]**

C. Scheduling Order **[Case No. 17-3283, ECF No. 12478, Case No. 17-3567, ECF No. 763]**

Status:  This matter has been adjourned to the June 3, 2020 omnibus hearing.

Estimated Time Required:  N/A

4. **Debtor's 9019 Motion for Order Allowing PRIFA BANs Guarantee Claim.** Motion of the Commonwealth of Puerto Rico Pursuant to Bankruptcy Rule 9019 for an Order Approving Stipulation and Agreed Order (A) Allowing PRIFA BANs Guarantee Claim, (B) Authorizing Escrow of PRIFA Funds and (C) Directing the Dismissal of Litigation with Prejudice **[Case No. 17-3283, ECF No. 12519]**

Description:  The Commonwealth of Puerto Rico's motion approving the terms of the compromise and settlement among the Commonwealth, the Puerto Rico Fiscal Agency & Financial Advisory Authority, on behalf of the Puerto Rico Infrastructure Financing Authority ("PRIFA"), and holders (the "PRIFA BANs Bondholders") of the series of bond anticipation notes designated as Puerto Rico Infrastructure Financing Authority, Dedicated Tax Fund Revenue Bond Anticipation Notes, Series 2015 (collectively, the "PRIFA BANs"), issued by PRIFA, resolving certain disputes and litigations in connection with the PRIFA BANs.

Objection Deadline:  April 7, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:

A. Objection of Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp. and Ambac Assurance Corporation to Motion of the Commonwealth of Puerto Rico Pursuant to Bankruptcy Rule 9019 for an Order Approving Stipulation and Agreed Order (A) Allowing PRIFA BANs Guarantee Claim, (B) Authorizing Escrow of PRIFA Funds and (C) Directing the Dismissal of Litigation with Prejudice **[Case No. 17-3283, ECF No. 12699]**

B. Reservation of Rights of Official Committee of Unsecured Creditors with Respect to Motion of Commonwealth of Puerto Rico Pursuant to Bankruptcy Rule 9019 for Order Approving Stipulation and Agreed Order (A) Allowing PRIFA BANS Guarantee Claim, (B) Authorizing Escrow of PRIFA Funds and (C) Directing Dismissal of Litigation with Prejudiced **[Case No. 17-3283, ECF No. 12705]**

Reply, Joinder & Statement Deadlines: April 14, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and April 15, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:

    A.  None.

<u>Related Documents</u>:
    A.  None.

<u>Status</u>:  This matter has been adjourned to the June 3, 2020 omnibus hearing.

<u>Estimated Time Required</u>:  N/A

5.  **<u>Gladys García-Rubiera et. al.'s Motion Requesting Relief from Stay under 362(d)(1) of the Bankruptcy Code.</u>** Status Conference Regarding Gladys García-Rubiera *et. al.*'s Motion for Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 2434]**

<u>Description</u>:  Status conference regarding Gladys García-Rubiera *et.al.*'s motion for relief from the automatic stay in connection with the September 25, 2019 opinion issued by the United States Court of Appeals for the First Circuit **[Case No. 17-3283, ECF No. 8770]**

<u>Objection Deadline</u>:  N/A

<u>Responses</u>:
    A.  N/A

<u>Reply, Joinder & Statement Deadlines</u>: The parties to the Lift Stay Motion shall file an additional status report by December 2, 2019 at 5:00 p.m. (Atlantic Standard Time).

<u>Replies, Joinders & Statements</u>:
    A.  N/A

<u>Related Documents</u>:
    A.  Memorandum Order Granting in Part and Denying in Part Motion Requesting Relief from Stay Under Section 362(d)(1) of the Bankruptcy Code (Docket Entry No. 2434) **[Case No. 17-3283, ECF No. 2858]**

    B.  Opinion issued by the United States Court of Appeals for the First Circuit, dated September 25, 2019 **[Case No. 17-3283, ECF No. 8770]**

    C.  Judgement issued by the United States Court of Appeals for the First Circuit, dated September 25, 2019 **[Case No. 17-3283, ECF No. 8771]**

    D.  Order Scheduling Further Proceedings Regarding Motion Requesting Relief from Automatic Stay **[Case No. 17-3283, ECF No. 8890]**

    E.  Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 9130]**

    F.  Order in Connection with Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 9130) **[Case No. 17-3283, ECF No. 9142]**

G. Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 9384]**

H. Order in Connection with Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 9384) **[Case No. 17-3283, ECF No. 9389]**

I. Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 10265]**

J. Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 11756]**

K. Order in Connection with Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 11756) **[Case No. 17-3283, ECF No. 11771]**

L. Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 12795]**

M. Order in Connection with Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No.12795) **[Case No. 17-3283, ECF No. 12841]**

Status:  This matter has been adjourned to the June 3, 2020 omnibus hearing.

Estimated Time Required:  N/A

6. **Ambac's Motion to Compel Compliance with Orders Authorizing Rule 2004 Examination.** Ambac Assurance Corporation's Motion to Compel Compliance with the Court's December 15, 2017 and February 26, 2018 Orders regarding the Urgent Renewed Joint Motion of the Ad Hoc Group of General Obligation Bondholders, Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., the Mutual Fund Group, and National Public Finance Guarantee Corporation for Order Authorizing Rule 2004 Examination **[Case No. 17-3283, ECF No. 7505]**

Description: Ambac Assurance Corporation's motion to compel the Commonwealth of Puerto Rico, AAFAF, and the Financial Oversight and Management Board for Puerto Rico to comply with the Court's orders of December 15, 2017 and February 26, 2018 as they pertain to requests for information regarding the Commonwealth's pension liabilities, as set forth in the Rule 2004 motions dated September 12, 2017 (ECF. No. 1283) and November 28, 2017 (ECF. No. 1870).

Objection Deadline:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:

A. Respondents' Omnibus Opposition to Ambac Assurance Corporation's Motion to Compel [ECF No. 7505] and Ambac Assurance Corporation's Pension Motion [ECF No. 7507] **[Case No. 17-3283, ECF No. 7895]**

Reply, Joinder & Statement Deadlines: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:

A. Joinder of Ad Hoc Group of Constitutional Debtholders to Ambac Assurance Corporation's Requests for Rule 2004 Discovery **[Case No. 17-3283, ECF No. 7531]**

B. Joinder of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. to Ambac Assurance Corporation's Requests for Rule 2004 Discovery **[Case No. 17-3283, ECF No. 7588]**

C. Joinder of Financial Guaranty Insurance Company to Ambac Assurance Corporation's Motion to Compel Compliance with the Court's December 15, 2017 and February 26, 2018 Orders regarding the Urgent Renewed Joint Motion of the Ad Hoc Group of General Obligation Bondholders, Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., the Mutual Fund Group, and National Public Finance Guarantee Corporation for Order Authorizing Rule 2004 Examination [Dkt. No. 7505] **[Case No. 17-3283, ECF No. 7674]**

D. Joinder of the Ad Hoc Group of General Obligation Bondholders to Ambac Assurance Corporation's Requests for Rule 2004 Discovery **[Case No. 17-3283, ECF No. 7714]**

E. Limited Joinder of Official Committee of Unsecured Creditors in Ambac Assurance Corporation's Motion to Compel Seeking Discovery Pursuant to Rule 2004 [Dkt. No. 7505] **[Case No. 17-3283, ECF No. 7883]**

Related Documents:

A. Order Adjourning Hearing on Pension Discovery Motions **[Case No. 17-3283, ECF No. 8447]**

B. Second Joint Status Report of Movant Ambac Assurance Corporation and Respondents the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority with Respect to the Pension Discovery Motions **[Case No. 17-3283, ECF No. 8633]**

C. Joint Urgent Motion by Ambac Assurance Corporation, the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority, Seeking an Order

2

Granting an Adjournment of the Hearing of the Pensions Discovery Motions **[Case No. 17-3283, ECF No. 8634]**

D. Order Adjourning Hearing on Pensions Discovery Motions **[Case No. 17-3283, ECF No. 8638]**

E. Third Joint Status Report of Movant Ambac Assurance Corporation and Respondents the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority with Respect to the Pensions Discovery Motions **[Case No. 17-3283, ECF No. 8996]**

F. Order Adjourning Hearing on Pensions Discovery Motions **[Case No. 17-3283, ECF No. 9006]**

G. Fourth Joint Status Report of Movant Ambac Assurance Corporation and Respondents the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority with Respect to the Pensions Discovery Motions **[Case No. 17-3283, ECF No. 9496]**

H. Order Adjourning Hearing on Pensions Discovery Motions **[Case No. 17-3283, ECF No. 9518]**

I. Fifth Joint Status Report of Movant Ambac Assurance Corporation and Respondents the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority with Respect to the Pensions Discovery Motions **[Case No. 17-3283, ECF No. 10325]**

J. Order Adjourning Hearing on Pensions Discovery Motions **[Case No. 17-3283, ECF No. 10376]**

K. Sixth Joint Status Report of Movant Ambac Assurance Corporation and Respondents the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority with Respect to the Pensions Discovery Motions **[Case No. 17-3283, ECF No. 11803]**

L. Order Adjourning Hearing on Pensions Discovery Motions **[Case No. 17-3283, ECF No. 11808]**

M. Seventh Joint Status Report of Movant Ambac Assurance Corporation and Respondents the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial

Advisory Authority with Respect to the Pensions Discovery Motions **[Case No. 17-3283, ECF No. 12839]**

N. Order on Pensions Discovery Motions **[Case No. 17-3283, ECF No. 12863]**

Status:  This matter has been adjourned to the June 3, 2020 omnibus hearing.

Estimated Time Required:  N/A

7. **Ambac's Motion for Order Authorizing Rule 2004 Discovery Concerning Pension Liabilities.** Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery under Bankruptcy Rule 2004 Concerning Pension Liabilities **[Case No. 17-3283, ECF No. 7507]**

Description:  Ambac Assurance Corporation's motion for entry of order authorizing discovery of the Financial Oversight and Management Board for Puerto Rico as representative of the Commonwealth of Puerto Rico, the Puerto Rico Fiscal Agency and Financial Advisory Authority, and the Commonwealth of Puerto Rico under Bankruptcy Rule 2004 concerning pension liabilities.

Objection Deadline:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
A. Respondents' Omnibus Opposition to Ambac Assurance Corporation's Motion to Compel [ECF No. 7505] and Ambac Assurance Corporation's Pension Motion [ECF No. 7507] **[Case No. 17-3283, ECF No. 7895]**

Reply, Joinder & Statement Deadlines: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
A. Joinder of Ad Hoc Group of Constitutional Debtholders to Ambac Assurance Corporation's Requests for Rule 2004 Discovery **[Case No. 17-3283, ECF No. 7531]**

B. Joinder of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. to Ambac Assurance Corporation's Requests for Rule 2004 Discovery **[Case No. 17-3283, ECF No. 7588]**

C. Joinder of Financial Guaranty Insurance Company to Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery Under Bankruptcy

Rule 2004 Concerning Pension Liabilities [ECF No. 7507] Discovery **[Case No. 17-3283, ECF No. 7675]**

D. Joinder of the Ad Hoc Group of General Obligation Bondholders to Ambac Assurance Corporation's Requests for Rule 2004 Discovery **[Case No. 17-3283, ECF No. 7714]**

E. Limited Joinder of Official Committee of Unsecured Creditors in Ambac Assurance Corporation's Motion Regarding Pension Liabilities Seeking Discovery Pursuant to Rule 2004 [ECF No. 7507] **[Case No. 17-3283, ECF No. 7880]**

F. Ambac Assurance Corporation's Omnibus Reply in Further Support of the Pension Discovery Motions **[Case No. 17-3283, ECF No. 8230]**

Related Documents:

A. Order Adjourning Hearing on Pension Discovery Motions **[Case No. 17-3283, ECF No. 8447]**

B. Second Joint Status Report of Movant Ambac Assurance Corporation and Respondents the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority with Respect to the Pension Discovery Motions **[Case No. 17-3283, ECF No. 8633]**

C. Joint Urgent Motion by Ambac Assurance Corporation, the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority, Seeking an Order Granting an Adjournment of the Hearing of the Pension Discovery Motions **[Case No. 17-3283, ECF No. 8634]**

D. Order Adjourning Hearing on Pension Discovery Motions **[Case No. 17-3283, ECF No. 8638]**

E. Third Joint Status Report of Movant Ambac Assurance Corporation and Respondents the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority with Respect to the Pension Discovery Motions **[Case No. 17-3283, ECF No. 8996]**

F. Order Adjourning Hearing on Pension Discovery Motions **[Case No. 17-3283, ECF No. 9006]**

G. Fourth Joint Status Report of Movant Ambac Assurance Corporation and Respondents the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial

Advisory Authority with Respect to the Pension Discovery Motions **[Case No. 17-3283, ECF No. 9496]**

H.  Order Adjourning Hearing on Pension Discovery Motions **[Case No. 17-3283, ECF No. 9518]**

I.  Fifth Joint Status Report of Movant Ambac Assurance Corporation and Respondents the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority with Respect to the Pensions Discovery Motions **[Case No. 17-3283, ECF No. 10325]**

J.  Order Adjourning Hearing on Pensions Discovery Motions **[Case No. 17-3283, ECF No. 10376]**

K.  Sixth Joint Status Report of Movant Ambac Assurance Corporation and Respondents the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority with Respect to the Pensions Discovery Motions **[Case No. 17-3283, ECF No. 11803]**

L.  Order Adjourning Hearing on Pensions Discovery Motions **[Case No. 17-3283, ECF No. 11808]**

M.  Seventh Joint Status Report of Movant Ambac Assurance Corporation and Respondents the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority with Respect to the Pensions Discovery Motions **[Case No. 17-3283, ECF No. 12839]**

N.  Order on Pensions Discovery Motions **[Case No. 17-3283, ECF No. 12863]**

Status:  This matter has been adjourned to the June 3, 2020 omnibus hearing.

Estimated Time Required:  N/A

8.  **AMPR's Motion for Relief from Stay.** Asociación de Maestros de Puerto Rico and Asociación de Maestros de Puerto Rico-Local Sindical's Motion for Relief from Automatic Stay **[Case No. 17-3283, ECF No. 3914]**

Description:  Asociación de Maestros de Puerto Rico, and its union, Asociación de Maestros de Puerto Rico-Local Sindical, both of which are affiliates of the American Federation of Teachers, seek relief from the automatic stay to pursue an action against the Department of Education of the Commonwealth, the Secretary of the Department of Education of the Commonwealth, Julia Keleher, in her official capacity, and the Commonwealth of Puerto Rico.  The action seeks a declaratory judgment concerning causes of action for breach and/or impairment of contractual and vested property rights.

2

<u>Objection Deadline</u>:  October 27, 2018 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
    A. Objection of the Commonwealth to Motion for Relief from Automatic Stay filed by Asociación de Maestros de Puerto Rico, and its Union, Asociación de Maestros de Puerto Rico-Local Sindical **[Case No. 17-3283, ECF No. 4038]**

<u>Reply, Joinder & Statement Deadlines</u>: October 19, 2018 at 4:00 p.m. (Atlantic Standard Time).

<u>Replies, Joinders & Statements</u>:
    A. Movants' Reply to Objection of the Commonwealth to Motion for Relief from Automatic Stay Filed by AMPR and AMPR-LS **[Case No. 17-3283, ECF No. 4071]**

<u>Related Documents</u>:
    A. Order Scheduling Briefing of Motion for Relief from Automatic Stay **[Case No. 17-3283, ECF No. 3916]**

    B. Urgent Joint Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 3960]**

    C. Order Extending Deadlines under Order Scheduling Briefing of Motion for Relief from Automatic Stay **[Case No. 17-3283, ECF No. 3966]**

    D. Unopposed Motion of Commonwealth of Puerto Rico for Leave to File Sur-Reply to Movants' Reply to Objection of the Commonwealth to Motion for Relief from Automatic Stay Filed by AMPR and AMPR-LS **[Case No. 17-3283, ECF No. 4107]**

    E. Order Granting Unopposed Motion of Commonwealth of Puerto Rico for Leave to File Sur-Reply **[Case No. 17-3283, ECF No. 4449]**

    F. Joint Informative Motion Regarding Hearing on Motion for Relief from Stay filed by Asociación de Maestros de Puerto Rico **[Case No. 17-3283, ECF No. 4941]**

    G. Joint Status Report Regarding Motion for Relief from Stay Filed by Asociación de Maestros de Puerto Rico **[Case No. 17-3283, ECF No. 8075]**

    H. Joint Stipulation of Oversight Board and Asociación de Maestros de Puerto Rico Regarding Adjournment of Motion for Relief from Automatic Stay [ECF No. 3914] Filed by Asociación de Maestros de Puerto Rico **[Case No. 17-3283, ECF No. 9027]**

    I. Joint Status Report Regarding Motion for Relief from Stay Filed by Asociación de Maestros de Puerto Rico **[Case No. 17-3283, ECF No. 11955]**

    J. Order Granting Joint Status Report Regarding Motion for Relief from Stay Filed by Asociación de Maestros de Puerto Rico **[Case No. 17-3283, ECF No. 11965]**

K.  Notice of Adjournment of Motion Scheduled for Hearing at the April 22, 2020 Omnibus Hearing to the July 29, 2020 Omnibus Hearing [ECF No. 3914] **[ECF No. 12898]**

<u>Status</u>:  This matter has been adjourned to the July 29, 2020 omnibus hearing.

<u>Estimated Time Required</u>:  N/A

9.  **<u>Debtors' Omnibus Objections to Claims.</u>** Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the April 22, 2020 Omnibus Hearing to the June 2, 2020 Omnibus Hearing **[Case No. 17-3283, ECF No. 12750]**

The following omnibus objections to claims have been adjourned to the June 3, 2020 omnibus hearing, solely with respect to claims that have not already been disallowed by entry of a final written order of the Court.

Seventy-Eighth [ECF No. 8964]; Seventy-Ninth [ECF No. 8965]; Eightieth [ECF No. 8967]; Eighty-First [ECF No. 8968]; Eighty-Second [ECF No. 8969]; Eighty-Third [ECF No. 8970]; Eighty-Fourth [ECF No. 8971]; Eighty-Fifth [ECF No. 8973]; Eighty-Sixth [ECF No. 8975]; Eighty-Seventh [ECF No. 8976]; Eighty-Eighth [ECF No. 8977]; Eighty-Ninth [ECF No. 8978]; Ninetieth [ECF No. 8979]; Ninety-First [ECF No. 8980]; Ninety-Second [ECF No. 8981]; Ninety-Third [ECF No. 8982]; Ninety-Fourth [ECF No. 8983]; Ninety-Fifth [ECF No. 8984]; Ninety-Sixth [ECF No. 9546]; Ninety-Seventh [ECF No. 9547]; Ninety-Eighth [ECF No. 9548]; Ninety-Ninth [ECF No. 9549]; One Hundredth [ECF No. 9550]; One Hundred First [ECF No. 9551]; One Hundred Second [ECF No. 9552]; One Hundred Third [ECF No. 9553]; One Hundred Fourth [ECF No. 9554]; One Hundred Fifth [ECF No. 9555]; One Hundred Sixth [ECF No. 9556]; One Hundred Seventh [ECF No. 9557]; One Hundred Eighth [ECF No. 9558]; One Hundred Ninth [ECF No. 9559]; One Hundred Tenth [ECF No. 9560]; One Hundred Eleventh [ECF No. 9561]; One Hundred Twelfth [ECF No. 9562]; One Hundred Thirteenth [ECF No. 9563]; One Hundred Fourteenth [ECF No. 9564]; One Hundred Fifteenth [ECF No. 9565]; One Hundred Sixteenth [ECF No. 9566]; One Hundred Seventeenth [ECF No. 9567]; One Hundred Eighteenth [ECF No. 9568]; One Hundred Nineteenth [ECF No. 9569]; One Hundred Twentieth [ECF No. 9570]; One Hundred Twenty-First [ECF No. 9572]; One Hundred Twenty-Second [ECF No. 9574]; One Hundred Twenty-Third [ECF No. 9576]; One Hundred Twenty-Fourth [ECF No. 9892]; One Hundred Twenty-Fifth [ECF No. 9894]; One Hundred Twenty-Sixth [ECF No. 9895]; One Hundred Twenty-Seventh [ECF No. 9897]; One Hundred Twenty-[ECF No. 9900]; One Hundred Twenty-Ninth [ECF No. 9901]; One Hundred Thirtieth [ECF No. 9903]; One Hundred Thirty-First [ECF No. 9905]; One Hundred Thirty-Second [ECF No. 9906]; One Hundred Thirty-Third [ECF No. 9907]; One Hundred Thirty-Fourth [ECF No. 9908]; One Hundred Thirty-Fifth [ECF No. 9911]; One Hundred Thirty-Sixth [ECF No. 9912]; One Hundred Thirty-Seventh [ECF No. 9915]; One Hundred Thirty-Eighth [ECF No. 9917]; One Hundred Thirty-Ninth [ECF No. 9921]; One Hundred Fortieth [ECF No. 9933];   One Hundred Forty-First [ECF No. 9934]; One Hundred Forty-Second [ECF No. 9935]; One Hundred Forty-Third [ECF No. 9936]; One Hundred Forty-Fourth [ECF No. 9937]; One Hundred Forty-Fifth [ECF No. 9938]; One Hundred Forty-Sixth [ECF No. 9939]; One

Hundred Forty-Seventh [ECF No. 9940]; One Hundred Forty-Eighth [ECF No. 9941]; One Hundred Forty-Ninth [ECF No. 9942]; One Hundred Fiftieth [ECF No. 9943]; One Hundred Fifty-Fifth [ECF No. 9944]; One Hundred Fifty-Sixth [ECF No. 9945]; One Hundred Fifty-Seventh [ECF No. 9946]; One Hundred Fifty-Eighth [ECF No. 11820]; One Hundred Fifty-Ninth [ECF No. 11821]; One Hundred Sixtieth [ECF No. 11822]; One Hundred Sixty-First [ECF No. 11823]; One Hundred Sixty-Second [ECF No. 11824]; One Hundred Sixty-Third [ECF No. 11825]; One Hundred Sixty-Fourth [ECF No. 11826]; One Hundred Sixty-Fifth [ECF No. 11827]; One Hundred Sixty-Sixth [ECF No. 11828]; One Hundred Sixty-Seventh [ECF No. 11833]; One Hundred Sixty-Eighth [ECF No. 11834]; One Hundred Sixty-Ninth [ECF No. 11836]; One Hundred Seventieth [ECF No. 11837]; One Hundred Seventy-First [ECF No. 12125]; One Hundred Seventy-Second [ECF No. 12126]; One Hundred Seventy-Third [ECF No. 12138]; One Hundred Seventy-Fourth [ECF No. 12140]; One Hundred Seventy-Fifth [ECF No. 12141]; One Hundred Seventy-Sixth [ECF No. 12143]; One Hundred Seventy-Seventh [ECF No. 12144]; One Hundred Seventy-Eighth [ECF No. 12146]; One Hundred Seventy-Ninth [ECF No. 12147]; One Hundred Eightieth [ECF No. 12149]; One Hundred Eighty-First [ECF NO. 12159]; One Hundred Eighty-Second [ECF No. 12160]; One Hundred Eighty-Third [ECF No. 12163].

[*Remainder of page intentionally left blank*]

Dated: April 20, 2020.
San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Maja Zerjal
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

*/s/  Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Co-Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

**<u>Exhibit A</u>**

**Procedures Order**