IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

        Debtors.[1]

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of

THE EMPLOYEES RETIREMENT SYSTEM
OF THE GOVERNMENT OF THE
COMMONWEALTH OF PUERTO RICO (ERS),

        Debtor.

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS
(Jointly Administered)

This Order relates to
17 BK 3566-LTS and shall
also be filed in the Case No.
17 BK 3566-LTS.

PROMESA
Title III

No. 17 BK 3566-LTS
(Jointly Administered)

---

[1]     The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233 (LTS)) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

ORDER GRANTING THE JOINT URGENT MOTION TO
MODIFY THE SCHEDULE FOR RESOLUTION OF THE ERS
BONDHOLDER CLAIMS AND ADMINISTRATIVE EXPENSE MOTIONS

Upon consideration of the *Joint Urgent Motion to Modify the Schedule for Resolution of the ERS Bondholder Claims and Administrative Expense Motions* (Docket Entry No. 12874 in Case No. 17-3283 and Docket Entry No. 868 in Case No. 17-3566, the "Motion")[2]; and it appearing that (i) the Court has jurisdiction over this Urgent Motion pursuant to 28 § 1331 and 48 U.S.C. § 2166(a); (ii) that venue of this proceeding and the Motion is proper under 28 U.S.C. § 1391(b) and 48 U.S.C. § 2167(a); (iii) that notice of the Motion was adequate and proper under the circumstances and that no further or other notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is granted as set forth herein.

2. The following schedule shall apply to litigation regarding the Claims and the Administrative Expense Motions:

| Event | Deadline |
| --- | --- |
| Deadline for Government Parties and Committees to file Rule 12(b) motions to dismiss the Claims and the Administrative Expense Motions | 5/6/2020 |
| Deadline for Government Parties and Committees to respond to initial document requests with written responses and objections | 5/13/2020 |
| Deadline for Non-Party Participants to file Rule 12(b) motions to dismiss the Claims and the Administrative Expense Motions or joinders to such Rule 12(b) motions | 5/13/2020 |

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

| Event | Deadline |
|---|---|
| Deadline for ERS Bondholder Groups and the Fiscal Agent to file Rule 12(c) motions | 6/10/2020 |
| Deadline for Non-Party Participants to file Rule 12(c) motions or joinders to Rule 12 (c) motions | 6/17/2020 |
| Deadline for ERS Bondholder Groups and the Fiscal Agent to file oppositions to any Rule 12(b) motions | 6/17/2020 |
| Deadline for Non-Party Participants to file responses or joinders to oppositions to Rule 12(b) motions | 6/24/2020 |
| Deadline for Government Parties and Committees to file opposition to ERS Bondholder Groups and the Fiscal Agent Rule 12(c) motions | 7/8/2020 |
| Deadline for Non-Party Participants to file responses or joinders to oppositions to Rule 12(c) motions | 7/15/2020 |
| Deadline for Government Parties and Committees to file replies in support of any Rule 12(b) motions | 7/15/2020 |
| Deadline for Non-Party Participants to file responses or joinders to replies in support of any Rule 12(b) motions | 7/22/2020 |
| Deadline for ERS Bondholder Groups and the Fiscal Agent to file replies in support of any Rule 12(c) motions | 8/6/2020 |
| Deadline for Non-Party Participants to file responses or joinders to replies in support of any Rule 12(c) motions | 8/13/2020 |
| Hearing on Rule 12 motions | Date Set by Court |
| Deadline for completion of document discovery | 30 Days After Decision on Rule 12 Motions |
| Subsequent to the court's ruling on the Rule 12 motions, the parties are to meet and confer regarding a schedule for any further litigation necessary to fully | TBD |

| Event | Deadline |
|---|---|
| resolve the Claims and the Administrative Expense Motions | |

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order

Dated: April 20, 2020.

SO ORDERED:

/s/ Laura Taylor Swain
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE