UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

----------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER SCHEDULING BRIEFING IN CONNECTION WITH MOTION
REQUESTING ALLOWANCE OF POST PETITION TORT CLAIM AS PRIORITY CLAIM
PURSUANT TO FUNDAMENTAL FAIRNESS DOCTRINE IN *READING CO. V. BROWN*, 391 US 471 (1968)

    The Court has received and reviewed the *Motion Requesting Allowance of Post Petition Tort Claim as Priority Claim Pursuant to the Fundamental Fairness Doctrine in Reading Co. v. Brown, 391 US 471 (1968)* (Docket Entry No. 12897 in Case No. 17-3283, the "Motion"), filed by Leslie Jay Bonilla Sauder (the "Movant").

    Responsive papers to the Motion, if any, must be filed by **May 4, 2020, at 5:00 p.m. (Atlantic Standard Time)**. Movant's reply papers must be filed by **May 11, 2020, at 5:00 p.m. (Atlantic Standard Time)**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Court will thereafter take the Motion on submission, unless the Court determines that a hearing is necessary.

SO ORDERED.  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Dated: April 21, 2020  United States District Judge