# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| As Representative Of | No. 17 BK 3283-LTS |
| | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al*. | |
| *Debtors*. | |

## APPLICATION FOR ADMISSION PRO HAC VICE OF
## KATHY S. GHILADI

TO THE HONORABLE COURT:

COMES NOW, Kathy S. Ghiladi ("the applicant") and states and requests as follows:

1. Applicant is an attorney and member of the law firm Feldesman Tucker Leifer Fidell LLP, with offices at 1129 20th Street, N.W., Fourth Floor, Washington, D.C. 20036.

2. Applicant has been retained as a member of the above-named firm by the following entities to provide legal representation in connection with the above-styled matter now pending before the Unites States District Court for the District of Puerto Rico:

> Atlantic Medical Center, Inc.; Camuy Health Services, Inc.; Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc.; Ciales Primary Health Care Services, Inc.; Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc.; Costa Salud, Inc.; Centro de Salud de Lares, Inc.; Centro de Servicios Primarios de Salud de Patillas, Inc.; and Hospital General Castañer, Inc.

3. The Applicant will sign all pleadings with the name Kathy S. Ghiladi.

4. Applicant's contact information is as follows:

Case:17-03283-LTS Doc#:12914 Filed:04/21/20 Entered:04/21/20 14:30:36 Desc: Main
Document Page 2 of 5

2

> Name: Kathy S. Ghiladi
> Email: kghiladi@FTLF.com
> Telephone: (202) 466-8960

5. Since December 7, 1992, applicant has been and presently a member in good standing of the bar of the highest court of the District of Columbia, where applicant regularly practices law and where her bar license number is 435484.

6. Applicant has been admitted to practice before the following courts:

| Court | Admission Date |
| --- | --- |
| Maryland Court of Appeals | December 17, 1991 |
| United States Court of Federal Claims | May 3, 1996 |
| United States District Court for the District of Columbia | March 4, 1996 |
| United States District Court for the District of Maryland | December 2, 1996 |
| United States Court of Appeals for the First Circuit | April 19, 2018 |
| United States Court of Appeals for the Third Circuit | August 10, 2012 |
| United States Court of Appeals for the Fourth Circuit | January 12, 2001 |
| United States Court of Appeals for the Fifth Circuit | September 15, 2016 |
| United States Court of Appeals for the Federal Circuit | November 24, 2015 |

7. Applicant is a member in good standing of the bars of the court listed in the preceding paragraph.

8. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

9. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

10. Applicant is currently admitted *pro hac vice* in *Rio Grande Community Health Center, Inc. v. Armendariz, Sec'y, Dep't. of Health, Commonwealth of Puerto Rico*, Civil No. 03-1640 (GAG). D.P.R.

11. Local counsel of record associated with the applicant in this matter is:

>Miguel J. Rodríguez Marxuach
>USDC Bar Number 206011
>**Rodríguez Marxuach, P.S.C.**
>Popular Center Suite 1425
>208 Ponce de León Ave.,
>San Juan, Puerto Rico, 00918
>787-754-9898 (phone)
>787-754-9897 (fax)
>mrm@rmlawpr.com

12. Applicant has read the local rules of this court and will comply with the same.

13. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee shall accompany this submission payable to "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-captioned matter.

Date:   April 20, 2020

Respectfully submitted,

/s/ Kathy S. Ghiladi
Kathy S. Ghiladi
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, N.W., Fourth Floor
Washington, D.C. 20036.
kghiladi@FTLF.com
Telephone: (202) 466-8960

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: April 20, 2020

          Respectfully submitted,

          /s/ Miguel Rodríguez Marxuach
          Miguel Rodríguez Marxuach
          USDC No. 206011
          RODRÍGUEZ MARXUACH, PSC
          268 Ponce de León Ave., Suite 1425
          San Juan, Puerto Rico 00918
          Tel 787-754-9898
          Fax 787-754-9897
          mrm@rmlawpr.com

I HEREBY CERTIFY that I have served a true and exact copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 pro hac vice admission fee.

Date: April 20, 2020

          Respectfully submitted,

          /s/ Miguel J. Rodríguez Marxuach
          USDC Bar Number 206011
          **Rodríguez Marxuach, P.S.C.**
          Popular Center Suite 1425
          208 Ponce de León Ave.,
          San Juan, Puerto Rico, 00918
          787-754-9898 (phone)
          787-754-9897 (fax)
          mrm@rmlawpr.com

```
Court Name: District Court
Division: 1
Receipt Number: PRX100070565
Cashier ID: vdiaz
Transaction Date: 04/21/2020
Payer Name: RODRIGUEZ-MARXUACH, MIGUEL J
------------------------------------
PRO HAC VICE
 For: RODRIGUEZ-MARXUACH, MIGUEL J
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:       $1,200.00
------------------------------------
PAPER CHECK CONVERSION
 Remitter: RODRIGUEZ MARXUACH, PSC
 Check/Money Order Num: 7715
 Amt Tendered:  $300.00
PAPER CHECK CONVERSION
 Remitter: RODRIGUEZ MARXUACH, PSC
 Check/Money Order Num: 7716
 Amt Tendered:  $300.00
PAPER CHECK CONVERSION
 Remitter: RODRIGUEZ MARXUACH, PSC
 Check/Money Order Num: 7714
 Amt Tendered:  $300.00
PAPER CHECK CONVERSION
 Remitter: RODRIGUEZ MARXUACH, PSC
 Check/Money Order Num: 7717
 Amt Tendered:  $300.00
------------------------------------
Total Due:       $1,200.00
Total Tendered:  $1,200.00
Change Amt:      $0.00

17-3283 LTS PRO HAC VICE OF KATHY
S. GHILADI, LISA G.
BECKERMAN,JOANNA F. NEWDECK AND
NICOLE BACON THRU RODRIGUEZ
MARXUACH, MIGUEL
```