# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## SUPPLEMENTAL CERTIFICATE OF SERVICE

    I, Hunter Neal, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    On April 16, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit A**:

- Motion (A) to Establish Extended Deadline for Responses to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings, (B) to Continue the Hearing as to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearing Until the April 22, 2020 Omnibus Hearing, (C) Approving Form of Notice, and (D) Granting Related Relief [Docket No. 12220]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

On April 16, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit B**:

- Final Order Regarding (A) Stay Period, (B) Mandatory Mediation, and (C) Certain Deadlines Related Thereto [Docket No. 12189]

On April 16, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit C**:

- Notice of (A) Extension of Deadline for Responses to Omnibus Objections to Claims Scheduled for Hearing on December 11, 2019 or January 29, 2020 and (B) Continuance of Hearing as to Late-Filed Responses [Docket No. 12220, Pages 16-24]

- Notificacion A) De Extension de La Fecha Limite Para Responder a Objeciones Globales a Las Reclamaciones Programadas Para La Vista El 11 de Diciembre de 2019 O El 29 de Enero de 2020, Y B) De Continuacion de Las Vistas Relativas a Las Replicas Radicadas Tarde [Docket No. 12292, Pages 5-14]

- Order (A) Establishing Extended Deadline for Responses to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings, (B) Continuing the Hearing as to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings Until the April 22, 2020 Omnibus Hearing, (C) Approving Form of Notice, and (D) Granting Related Relief [Docket No. 12325]

Dated: April 21, 2020

                                                  */s/ Hunter Neal*
                                                  Hunter Neal

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 21, 2020, by Hunter Neal, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 41450

**Exhibit A**

Exhibit A

Supplemental Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 1700624 | ALVARADO DECLET, MARGARITA | 5303 LAUSTIN LN | | | KILLEEN | TX | 76543-4340 |
| 852082 | AYALA ACEVEDO, JORGE L. | EST DE TORTUGLERO | 542 CALLE TULIPA | | VEGA BAJA | PR | 00693-3640 |
| 919111 | BATISTA DIAZ, MACYS H | 1955 BELLS FERRY RD APT 3433 | | | MARIETTA | GA | 30066-7052 |
| 1092775 | BERRIOS ORTIZ, SAUL | 136 WALKER RD | | | NEW BRITAIN | CT | 06053-1998 |
| 1689506 | BURGOS ROMAN, YODELISS | 14470 MINDELLO DR | | | FORT MYERS | FL | 33905-5618 |
| 64268 | CALERO GONZALEZ, JACQUELINE | 3013 CALLE DELIZE | | | ISABELA | PR | 00662-6322 |
| 1765128 | CLAUDIO CRUZ, JUAN MARCOS | 5 FAIRWAY CT | | | EAST HARTFORD | CT | 06108-2760 |
| 1558903 | CONCEPCION FUENTES, JOSUE | PO BOX 6103 | | | AGUADILLA | PR | 00604-6013 |
| 238412 | CONCEPCION SANTIAGO, JESUS | 13200 EMERALD COAST DR APT 106 | | | ORLANDO | FL | 32824-4726 |
| 1720890 | DASTA LUGO, ROSAURA | 4997 CASON COVE DR APT 111 | | | ORLANDO | FL | 32811-6371 |
| 1632464 | DE LOS ANGELES VELEZ TORRES, MARIA | 3580 DOVETAIL AVE | | | KISSIMMEE | FL | 34741-2936 |
| 1617434 | DEL TORO ROSADO, RUBEN | HC 37 BOX 4588 | | | GUANICA | PR | 00653-8448 |
| 1627946 | DIAZ RODRIGUEZ, MARIBEL | 120 HAWTHORN ST. | | | NEW BEDFORD | MA | 02740-3425 |
| 1672418 | ESPINOSA MARTINEZ, DAMARIS | 4113 4TH ST | | | CHESAPEAKE | VA | 23324-1524 |
| 1433419 | GALARZA DELGADO, JULIE | 2975 DESOTO BLVD N | | | NAPLES | FL | 34120-8994 |
| 1657579 | GARCIA FIGUEROA, CARMEN M | PO BOX 1045 | | | RINCON | PR | 00677-1045 |
| 1676752 | GARCIA PILLOT, ZULMA M. | 105 HARLAND AVE | | | WATERBURY | CT | 06705-3129 |
| 223606 | HILDA R MUNOZ DE JESUS | HC 4 BOX 5674 | | | COAMO | PR | 00769-9699 |
| 1101889 | JAIME VEGA, WENDELL S | ISRAEL ROLDON GONZALEZ | ROLDON NAVEDO LAW OFFICE | 35 CALLE PROGRESO | AGUADILLA | PR | 00603-5016 |
| 1019556 | JOSE O RODRIGUEZ VALCARCEL | PO BOX 274 | | | HOLLYWOOD | MD | 20636-0274 |
| 1762147 | LOPEZ MONTANEZ, JESSICA | 10614 DEMILO PL APT 201 | | | ORLANDO | FL | 32836-7623 |
| 1613573 | LUGO PILLOT, ZULMA | HC 1 BOX 3774 | | | ADJUNTAS | PR | 00601-9554 |
| 997709 | MARCEL CURET, GERALDINE | 8656 DERRY DR | | | JACKSONVILLE | FL | 32244-7126 |
| 1678903 | MARIA DE LOS ANGELES VELEZ TORRES | 3580 DOVETALL AVE | | | KISSIMMEE | FL | 34741-2936 |
| 1643954 | MEDINA OYOLA, GLORIMAR | 6323 GYPSUM CT | | | HOUSTON | TX | 77041-6018 |
| 1615201 | MELENDEZ MALDONADO, MERCEDES | URB MONTE SOL | 411 C-16 | | JUANA DIAZ | PR | 00795 |
| 719720 | MERCEDES MELENDEZ MALDONADO | URB MONTE SOL | 411 C-16 | | JUANA DIAZ | PR | 00795 |
| 1780109 | MORALES RULLÁN, ROSEDIM J. | 16 ALTS DE ROBLEGAL | | | UTUADO | PR | 00641-9705 |
| 1793142 | MORALES SANTIAGO, RUBÉN | 1851 WELLS RD | | | DUDEE | PR | 48131-3706 |
| 1826256 | MORALES TORRES, PROVIDENCIA | 2607 CLOUDY MDN | | | SAN ANTONIO | TX | 78222-3422 |
| 1798252 | NAVARRO RIVERA, LUIS MANUEL | 1011 BIRKBECK ST APT 2 | | | FREELAND | PA | 18224-1528 |
| 1063707 | NIEVES ROSARIO, MIGUEL | 14505 DARWIN AVE | | | CLEVELAND | OH | 44110-2009 |
| 1688283 | POMALES, JACKELINE | 2704 ECLIPSE PL | | | CELINA | TX | 75009-1746 |
| 1029121 | QUIROS ROSADO, JULIO | URB CASA MIA | 5421 CALLE GUABAIRO | | PONCE | PR | 00728-3412 |
| 419638 | QUIROS ROSADO, JULIO D | URB CASA MIA | 5421 CALLE GUABAIRO | | PONCE | PR | 00728-3412 |
| 1683226 | RIVERA AGUILAR, ANTONIO | URB SAN SALVADOR | B12 CALLE FERNANDEZ VANGAS | | MANATI | PR | 00674-4904 |
| 1694579 | RIVERA CALIZ, CRIMILDA H | 3208 GOLDEN DEWOROP LN | | | PLANT CITY | FI | 33566-0522 |
| 1779956 | RIVERA CALIZ, MARIBEL M. | 3208 GOLDEN DEWDROP LN | | | PLANT CITY | FL | 33566-0522 |
| 1731984 | RIVERA COLON, MYRNA E. | 105 PASEO DEL PRINCIPE # 105-8 | | | PONCE | PR | 00716-2849 |
| 1751543 | RIVERA RIVERA, DAVID OSCAR | 5108 KENESAW ST | | | COLLEGE PARK | MD | 20740-1763 |
| 1689291 | RIVERA RODRIGUEZ, INDHIRA | 107 VILLA SIVESTRE | | | LAS PIEDRAS | PR | 00771-9114 |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Exhibit A
Supplemental Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 1770294 | RODRIGUEZ FRADERA, CARLOS | 1 ERLICH CT | | | LAJAS | PR | 00667-2614 |
| 1889361 | RODRIGUEZ QUINONES, MARIA M | 59 CALLE SS RODRIGUEZ STE 1 | | | GUANICA | PR | 00653-2656 |
| 1549619 | RODRIGUEZ RUIZ, KEIDA | PO BOX 6103 | | | AGUADILLA | PR | 00604-6103 |
| 1689603 | ROMAN, YODELISS BURGOS | 14470 MINDELLO DR | | | FORT MYERS | FL | 33905-5618 |
| 1088677 | ROSADO RODRIGUEZ, ILEANA | HC 37 BOX 4588 | | | GUANICA | PR | 00653-8448 |
| 1666590 | ROSADO VAZQUEZ, NILDA L. | RR 2 BOX 6272 | | | TOA ALTA | PR | 00953-7125 |
| 1749698 | ROSADO, ILEANA | HC 37 BOX 4588 | | | GUANICA | PR | 00653-8448 |
| 1612913 | ROSARIO, MILDRED PASTORIZA | DORADO SUR 3 2058 CALLE ADONIDIA D9 | | | DORADO | PR | 00646 |
| 1592328 | RUIZ MELENDEZ, INGRIMER | 411 C-16 | | | JUANA DIAZ | PR | 00795 |
| 47099 | SANTIAGO MARTINEZ, BELKIS | SANTIAGO | 1364 EAGLE CREEK BLVD APT 205 | | SHAKOPEE | MN | 35373-2969 |
| 856568 | SANTIAGO MARTINEZ, BELKIS ISABEL | ESTANCIAS DE LA FUENTE | 1364 EAGLE CREEK BLVD APT 205 | | SHAKOPEE | MN | 33379-2969 |
| 1916983 | TORRES NIEVES, JO-ANN | 392 CALLE SARGENTO MEDINA APT 703 | | | SAN JUAN | PR | 00918-3804 |
| 880199 | VEGA RUIZ, ALADINO | 50 WORCESTER ST | | | NEW BEDFORD | MA | 02745-1006 |
| 586005 | VELAZQUEZ CAUSSADE, VICTOR | ISRAEL ROLDAN | 35 CALLE PROGRESO | | AGUADILLA | PR | 00603-5016 |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

**Exhibit B**

Exhibit B
Supplemental Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 1470010 | ANA M. BERTRAN-BARRERAS | EDDIE Q. MORALES, ATTORNEY | BUCHANAN OFFICE CENTER | SUITE 103 | 40 ROAD 165 | GUAYNABO | PR | 00966 |
| 2147432 | DELIA HERNANDEZ | HERNANDEZ OHARRIZ & SANTIAGO LAW FIRM, OSC | EDGARDO J. HERNANDEZ OHARRIZ | ATTORNEY AT LAW | 100 CARR. 165 CIM TOWER 1, SUITE 612 | GUAYNABO | PR | 00968 |
| 1460352 | WILLIAM L OLBRICHT | 401 HOLLAND LN APT 926 | | | | ALEXANDRIA | VA | 22314-3476 |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

**Exhibit C**

Exhibit C

Supplemental Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 1733381 | ALVARADO MISKOWSKI , TILSA | 627 ROBIN LN | | KISSIMMEE | FL | 34759-4526 |
| 1814990 | ANTONIO MOJICA TORRES | 1430 E LUZERENE ST | | PHILADELPHIA | PA | 19124-3336 |
| 852082 | AYALA ACEVEDO, JORGE L. | EST DE TORTUGLERO | 542 CALLE TULIPA | VEGA BAJA | PR | 00693-3640 |
| 919111 | BATISTA DIAZ, MACYS H | 1955 BELLS FERRY RD APT 3433 | | MARIETTA | GA | 30066-7052 |
| 1765128 | CLAUDIO CRUZ, JUAN MARCOS | 5 FAIRWAY CT | | EAST HARTFORD | CT | 06108-2760 |
| 1558903 | CONCEPCION FUENTES, JOSUE | PO BOX 6103 | | AGUADILLA | PR | 00604-6013 |
| 1694579 | CRIMILDA H RIVERA CALIZ | 3208 GOLDEN DEWOROP LN | | PLANT CITY | Fl | 33566-0522 |
| 1751543 | DAVID OSCAR RIVERA RIVERA | 5108 KENESAW ST | | COLLEGE PARK | MD | 20740-1763 |
| 1657579 | GARCIA FIGUEROA, CARMEN M | PO BOX 1045 | | RINCON | PR | 00677-1045 |
| 1676752 | GARCIA PILLOT, ZULMA M. | 105 HARLAND AVE | | WATERBURY | CT | 06705-3129 |
| 1643954 | GLORIMAR MEDINA OYOLA | 6323 GYPSUM CT | | HOUSTON | TX | 77041-6018 |
| 238412 | JESUS CONCEPCION SANTIAGO | 13200 EMERALD COAST DR APT 106 | | ORLANDO | FL | 32824-4726 |
| 1916983 | JO-ANN TORRES NIEVES | 392 CALLE SARGENTO MEDINA APT 703 | | SAN JUAN | PR | 00918-3804 |
| 1019556 | JOSE O RODRIGUEZ VALCARCEL | PO BOX 274 | | HOLLYWOOD | MD | 20636-0274 |
| 1613573 | LUGO PILLOT, ZULMA | HC 1 BOX 3774 | | ADJUNTAS | PR | 00601-9554 |
| 1779956 | MARIBEL M. RIVERA CALIZ | 3208 GOLDEN DEWDROP LN | | PLANT CITY | FL | 33566-0522 |
| 1764026 | MERCADO GUILBERT, EUGENIA M. | 1224 WINDSOR CT | | ALABASTER | AL | 35007-4155 |
| 719720 | MERCEDES MELENDEZ MALDONADO | URB MONTE SOL | 411 C-16 | JUANA DIAZ | PR | 00795 |
| 1612913 | MILDRED PASTORIZA ROSARIO | DORADO SUR 3 2058 CALLE ADONIDIA D9 | | DORADO | PR | 00646 |
| 1782300 | MORALES RULLÁN, ROSEFIM J. | 16 ALTS DE ROBLEGAL | | UTUADO | PR | 00641-9705 |
| 1783666 | MYRNA E. SANTANA DAVILA | 530 SPRING HAVEN LOOP | | SPRING HILL | FL | 34600-3400 |
| 1798252 | NAVARRO RIVERA, LUIS MANUEL | 1011 BIRKBECK ST APT 2 | | FREELAND | PA | 18224-1528 |
| 1689291 | RIVERA RODRIGUEZ, INDHIRA | 107 VILLA SIVESTRE | | LAS PIEDRAS | PR | 00771-9114 |
| 1770294 | RODRIGUEZ FRADERA, CARLOS | 1 ERLICH CT | | LAJAS | PR | 00667-2614 |
| 1749698 | ROSADO, ILEANA | HC 37 BOX 4588 | | GUANICA | PR | 00653-8448 |
| 1592328 | RUIZ MELENDEZ, INGRIMER | 411 C-16 | | JUANA DIAZ | PR | 00795 |
| 1689506 | YODELISS BURGOS ROMAN | 14470 MINDELLO DR | | FORT MYERS | FL | 33905-5618 |

In re: The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)