# Exhibit 1

## The April 2019 Lift Stay Notice

## Breen, Matthew

| | |
|---|---|
| **From:** | Bacon, Nicole <nbacon@feldesmantucker.com> |
| **Sent:** | Tuesday, April 16, 2019 4:04 PM |
| **To:** | 'Susana Peñagaricano'; 'Hermann.Bauer@oneillborges.com'; 'ubaldo.fernandez@oneillborges.com'; Perez, Diana (External); 'lmarini@mpmlawpr.com'; 'cvelaz@mpmlawpr.com' |
| **Cc:** | 'Carolina Velaz Rivero'; 'Luis Marini'; 'Garau Gonzalez, Ivan (AAFAF)'; 'Iván J. Ramírez Camacho'; 'Wandymar Burgos Vargas'; Feldesman, James; 'Miguel Rodriguez Marxuach'; Ghiladi, Kathy; Caracas, Nancy; '{F387501}.Feldesman_Docs@WorkSiteEmm.feldesmantucker.com' |
| **Subject:** | RE: Lift Stay Notice (Rio Grande Community Health Center, Inc., et al. v. Hon. Rafael Rodriguez Mercado, Secretary, Department of Health Commonwealth of Puerto Rico, Case No. 03-1640 (Consolidated with Case Nos. 06-1291, 06-1524)) |
| **Importance:** | High |

Dear Ms. Peñagaricano:

I write to follow up on the lift stay notice submitted on behalf of Atlantic Medical Center, Inc., Camuy Health Services, Inc., Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services, Inc., Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc., Costa Salud, Inc., Centro de Salud de Lares, Inc., Centro de Servicios Primarios de Salud de Patillas, Inc., and Hospital General Castañer, Inc.

We would like to request a phone call as soon as possible to discuss an agreement to lift of the stay for the consolidated cases styled *Rio Grande Community Health Center, Inc., et al. v. Hon. Rafael Rodriguez Mercado, Secretary, Department of Health Commonwealth of Puerto Rico*, Case No. 03-1640.  It is our understanding that due to the stay, the Commonwealth of Puerto Rico does not intend to make quarterly payments owed to our clients even though (1) our clients have a federal statutory right to payments for services they rendered to Puerto Rico Medicaid patients in the first quarter of 2019, and (2) the Commonwealth has a continuing obligation to make such payments pursuant to 42 U.S.C. §1396a(bb) as a condition of participation in the federal Medicaid program.

Our clients rely on these payments to provide services to Puerto Rico's most vulnerable population and delay of those payments jeopardizes the availability of their services. Please let us know your what time is best to speak with you either **tomorrow April 17th or Thursday, April 18th**.  Thank you for your prompt attention to this matter.

Sincerely,
Nicole M. Bacon

**Nicole M. Bacon**
Partner
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
**T.** 202.466.8960
**F.** 202.293.8103
**www.ftlf.com**

1

FELDESMAN+TUCKER+LEIFER+FIDELL

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Tucker Leifer Fidell LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify nbacon@feldesmantucker.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

**From:** Susana Peñagaricano <spenagaricano@justicia.pr.gov>
**Sent:** Thursday, April 11, 2019 1:59 PM
**To:** Bacon, Nicole <nbacon@feldesmantucker.com>; Bacon, Nicole <nbacon@feldesmantucker.com>
**Cc:** Carolina Velaz Rivero <cvelaz@mpmlawpr.com>; Luis Marini <lmarini@mpmlawpr.com>; Garau Gonzalez, Ivan (AAFAF) <ivan.garau@aafaf.pr.gov>; Iván J. Ramírez Camacho <ivramirez@justicia.pr.gov>; Wandymar Burgos Vargas <wburgos@justicia.pr.gov>
**Subject:** FW: Lift Stay Notice (Rio Grande Community Health Center, Inc., et al. v. Hon. Rafael Rodriguez Mercado, Secretary, Department of Health Commonwealth of Puerto Rico, Case No. 03-1640 (Consolidated with Case Nos. 06-1291, 06-1524))

Esteemed counsel:

I acknowledge receipt of your Notice, requesting relief from the Automatic Stay for the continuance of the proceedings in the case: Rio Grande Community Health Center, Inc., et al. v. Hon. Rafael Rodriguez Mercado, Secretary, Department of Health Commonwealth of Puerto Rico, Case No. 03-1640 (Consolidated with Case Nos. 06-1291, 06-1524).  We will review the Notice and circle back to you.

Cordially,

s//SIPB

# Susana I. Peñagarícano Brown

Director
Federal Litigation and Bankruptcy Division
Commonwealth of Puerto Rico
Department of Justice
spenagaricano@justicia.pr.gov

Calle Teniente César González #677
Esq. Ave. Jesús T. Piñero
San Juan, PR 00919

P.O. Box 9020192
San Juan, P.R. 00902-0192


-----Original Message-----

From: Bacon, Nicole <nbacon@feldesmantucker.com>
Sent: Tuesday, April 9, 2019 10:06 PM
To: Hermann.Bauer@oneillborges.com; ubaldo.fernandez@oneillborges.com; dperez@omm.com; Luis
Marini <lmarini@mpmlawpr.com>; Carolina Velaz Rivero <cvelaz@mpmlawpr.com>
Cc: Feldesman, James <JFeldesman@feldesmantucker.com>; Miguel Rodriguez Marxuach
<mrm@rmlawpr.com>; Ghiladi, Kathy <KGhiladi@feldesmantucker.com>; Caracas, Nancy
<nCaracas@feldesmantucker.com>
Subject: Lift Stay Notice

Dear Counsel:

Please be advised that Atlantic Medical Center, Inc., Camuy Health Services, Inc., Centro de Salud
Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services, Inc., Corp. de Serv. Médicos
Primarios y Prevención de Hatillo, Inc., Costa Salud, Inc., Centro de Salud de Lares, Inc., Centro de
Servicios Primarios de Salud de Patillas, Inc., and Hospital General Castañer, Inc. intend to seek relief
from the automatic stay in light of the Opinion and Order entered by the United States Court of
Appeals for the First Circuit dated March 21, 2019 in Case No. 18-1783 (copy attached) (the "Appellate
Order").

Each of the named movants are parties plaintiff in litigation styled Rio Grande Community Health
Center, Inc., et al. v. Hon. Rafael Rodriguez Mercado, Secretary, Department of Health Commonwealth
of Puerto Rico, Case No. 03-1640 (Consolidated with Case Nos. 06-1291, 06-1524), United States
District Court for the District of Puerto Rico (the
"Litigation").[1]<https://webmail.feldesmantucker.com/owa/?ae=PreFormAction&a=Forward&t=IPM.
Note&id=RgAAAAC1P6uk8J8hQpXi%2fTlcQFHXBwAT%2bc3vrv1KTKRMG%2bg%2f06kTAAAFx6HXAA
Dc73sONeEYS5iLTu9rUdnlAAB42lvVAAAJ&pspid=_1554861348993_229759354#_ftn1>  Each of the
named movants are federally qualified health centers providing medical services on a continuing basis
to a variety of Puerto Rican citizens and residents including but not limited to the indigent and
uninsured as well as Medicare and Medicaid recipients.

The Litigation concerns the continuing obligation of the Commonwealth to make wrap around
payments ("WAPs") pursuant 42 U.S.C. §1396a(bb).  Because of persistent failure and/or refusal of the
Commonwealth to make the payments required by federal law, the District Court issued an injunction
requiring the payment of estimated WAPs on a quarterly basis (see Docket Entry  No. 743 in Civil
Action No. 06-1260; see also Docket No. 674 in Civil Action No. 03-1640) (both attached
hereto).  Since the entry of the referenced Order, the Commonwealth has made estimated WAPs for
periods through the fourth quarter of 2018.  Earlier this year, the Plaintiff Health Centers and the
Commonwealth reached agreements resetting the rates at which the Health Centers will be
compensated on a "per visit" basis derived from complex calculations agreed to by both sides.   The
continuation of the uninterrupted WAPs is essential to the continued provision of medical services to
the constituency of each Health Center.  Without such payments the Health Centers will be in
imminent danger of financial collapse.  The next quarterly payment from the Commonwealth is due
April 17, 2019.

3

At page 31 of the Appellate Order, the Court of Appeals for the First Circuit held that:

PROMESA, by virtue of Section 301(a), expressly incorporates 11 U.S.C. §362, and the default operation of Section 362 in this case is to stay - - or temporarily "relieve" - - the Commonwealth's compliance with its federal obligations under the Medicaid Act.

The movant Health Centers require relief from the stay in order to allow the District Court to: (a) continue requiring quarterly estimated WAPs at the newly agreed rates; and (b) continue to oversee the process of reconciliation of past services and compensation due.  The Litigation is a complex and highly technical.  It has been pending before the District Court for 15 years and the District Court is well versed in issues to be decided.  Clearly, the District Court is qualified to continue in its present role and allowing it to do so serves the goal of judicial economy.

We look forward to discussions at your earliest convenience.

_____

[1]<https://webmail.feldesmantucker.com/owa/?ae=PreFormAction&a=Forward&t=IPM.Note&id=Rg AAAAC1P6uk8J8hQpXi%2fTlcQFHXBwAT%2bc3vrv1KTKRMG%2bg%2f06kTAAAFx6HXAADc73sONeEY S5iLTu9rUdnlAAB42lvVAAAJ&pspid=_1554861348993_229759354#_ftnref1> All of the cases in the district court (Case Nos. 03-1640, 06-1291, and 06-1524) were consolidated under the lead case 06-1260 from 2008 until 2015, at which point the trial judge severed 06-1260 as the sole plaintiff in that matter had reached a settlement with the Commonwealth.  The lead case post-severance is 03-1640.

Nicole M. Bacon
Partner
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
T. 202.466.8960
F. 202.293.8103
www.ftlf.com<http://www.ftlf.com>

[FELDESMAN + TUCKER + LEIFER + FIDELL]<http:\\www.ftlf.com> CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Tucker Leifer Fidell LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify nbacon@feldesmantucker.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

_____

4