**Exhibit 6**

**The Movants' Calculations**

**Summary of Quarterly Payments for 2019**

|  | Correct Payment* | Actual Payment Q1 | Amount owed Q1 | Actual Payment Q2 | Amount owed Q2 | Actual Payment Q3 | Amount owed Q3 | Actual Payment Q4 | Amount owed Q4 | Total Owed 2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| Arroyo (Centro de Salud Fam. Dr. Julio Palmieri Ferri) | $ 408,528.31 | $ 393,733.01 | $ 14,795.31 | $ 386,335.36 | $ 22,192.96 | $ 390,034.18 | $ 18,494.13 | $ 388,184.77 | $ 20,343.54 | $ 75,825.94 |
| Barceloneta (Atlantic Medical Center) | $ 600,235.74 | $ 476,071.95 | $ 124,163.79 | $ 413,990.05 | $ 186,245.69 | $ 445,031.00 | $ 155,204.74 | $ 429,510.52 | $ 170,725.22 | $ 636,339.45 |
| Camuy (Camuy Community Health Center) | $ 961,239.05 | $ 880,608.39 | $ 80,630.66 | $ 840,293.07 | $ 120,945.98 | $ 860,450.73 | $ 100,788.32 | $ 850,371.90 | $ 110,867.15 | $ 413,232.11 |
| Castañer (Hospital General de Castañer) | $ 882,946.99 | $ 549,789.46 | $ 333,157.52 | $ 383,210.70 | $ 499,736.28 | $ 466,500.08 | $ 416,446.90 | $ 424,855.39 | $ 458,091.60 | $ 1,707,432.30 |
| Ciales (PRYMED Primary Health Services) | $ 305,230.26 | $ 242,253.61 | $ 62,976.65 | $ 210,765.28 | $ 94,464.98 | $ 226,509.45 | $ 78,720.81 | $ 218,637.36 | $ 86,592.90 | $ 322,755.34 |
| Hatillo (Servicios Médicos y Primarios de Hatillo) | $ 644,023.92 | $ 571,859.19 | $ 72,164.73 | $ 535,776.83 | $ 108,247.09 | $ 553,818.01 | $ 90,205.91 | $ 544,797.42 | $ 99,226.50 | $ 369,844.22 |
| Lares (Centro de Salud de Lares) | $ 1,714,225.10 | $ 1,172,152.89 | $ 542,072.21 | $ 901,116.79 | $ 813,108.32 | $ 1,036,634.84 | $ 677,590.27 | $ 968,875.81 | $ 745,349.29 | $ 2,778,120.09 |
| Patillas (Centro de Servicios Primarios de Salud de Patillas) | $ 696,630.30 | $ 525,418.04 | $ 171,212.26 | $ 439,811.91 | $ 256,818.39 | $ 482,614.98 | $ 214,015.33 | $ 461,213.44 | $ 235,416.86 | $ 877,462.84 |
| Rincón (Rincón Health Center) | $ 484,026.75 | $ 389,770.98 | $ 94,255.76 | $ 342,643.10 | $ 141,383.64 | $ 366,207.04 | $ 117,819.70 | $ 354,425.07 | $ 129,601.68 | $ 483,060.79 |
|  | $ 6,697,086.43 | $ 5,201,657.53 | $ 1,495,428.89 | $ 4,453,943.09 | $ 2,243,143.34 | $ 4,827,800.31 | $ 1,869,286.12 | $ 4,640,871.68 | $ 2,056,214.75 | $ 7,664,073.10 |

* Per Commonwealth's calcuations