|  |  |
|---|---|
| **Hearing Date:** | **June 3rd, 2020, 9:30 am (AST)** |
| **Objection Deadline:** | **May 26th, 2020, 4:00 pm (AST)** |

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br><br><br>(Jointly Administered) |
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BORD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor[1] | PROMESA<br>Title III |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780 -LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**NOTICE OF HEARING ON ATLANTIC MEDICAL CENTER, INC., CAMUY HEALTH SERVICES, INC., CENTRO DE SALUD FAMILIAR DR. JULIO PALMIERI FERRI, INC., CIALES PRIMARY HEALTH CARE SERVICES, INC., CORP. DE SERV. MEDICOS PRIMARIOS Y PREVENCIÓN DE HATILLO, INC., COSTA SALUD, INC., CENTRO DE SALUD DE LARES, INC., CENTRO DE SERVICIOS PRIMARIOS DE SALUD DE PATILLAS, INC. AND HOSPITAL GENERAL CASTAÑER, INC.'S MOTION SEEKING (I) ENFORCEMENT OF THE COURT'S PRIOR ORDER AND (II) RELIEF FROM THE AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that a hearing on Atlantic Medical Center, Inc., Camuy Health Services, Inc., Centro De Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services, Inc., Corp. De Serv. Médicos Primarios y Prevención De Hatillo, Inc., Costa Salud, Inc., Centro De Salud De Lares, Inc., Centro De Servicios Primarios De Salud De Patillas, Inc. And Hospital General Castañer, Inc.'s Urgent Motion Seeking (I) Enforcement Of the Court's Prior Order and (II) Relief From The Automatic Stay (the "Motion") will be held before the Honorable Laura Taylor Swain, United States District Judge, at the United States District Court for the District of Puerto Rico, in Room 3, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, Puerto Rico 00918-1767, on June 3rd, 2020 at 9:30 am Atlantic Standard Time.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections ("Objections") to the Motion by any party shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Puerto Rico, shall be filed with the Court (a) by attorneys practicing in the

District Court, including attorneys admitted *pro hac vice*, electronically in accordance with rule 5 of the Local Rules for the District of Puerto Rico, and (b) by all other parties in interest, on a CD ROM, in text-searchable portable document format (PDF), and shall be served in accordance with the Eleventh Amended Notice, Case Management and Administrative Procedures [Docket No. 11885-1] (the "Case Management Order"), so as to be so filed and received by the Standard Parties (as defined in the Case Management Order) no later than May 26th, 2020 at 4:00 pm Atlantic Standard Time (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if no Objections are timely filed by the Objection Deadline, the Court may grant the Motion without a hearing.

I HEREBY CERTIFY that this Notice of Hearing has been electronically filed with the Clerk of this Court using the CM-ECF system which will send notice to all attorneys of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 21st of April 2020

| | |
|---|---|
| **FELDESMAN TUCKER LEIFER FIDELL**<br>By: /s/Nicole M. Bacon (*pro hac vice* admission pending)<br>/s/James L. Feldesman (admitted *pro hac vice*)<br>/s/Kathy S. Ghiladi (*pro hac vice* admission pending)<br>1129 29th Street NW Suite 400<br>Washington, DC  20036<br>Telephone (202) 466-8960<br><br>**RODRIGUEZ MARXUACH, PSC**<br>By: /s/Miguel J. Rodríguez Marxuach (USDC No. 206011)<br>María Celeste Colberg-Guerra (USDC No. 227314)<br>PO Box 16636<br>San Juan, PR 00908-6636<br>Telephone (787) 754-9898 | **AKIN GUMP STRAUSS HAUER & FELD LLP**<br>By: /s/Lisa G. Beckerman (*pro hac vice* admission pending)<br>One Bryant Park<br>New York, NY  10036<br>Telephone (212) 872-1000<br><br>/s/Joanna F. Newdeck (*pro hac vice* admission pending)<br>2001 K Street N.W.<br>Washington, DC 20006<br>Telephone (202) 887-4000 |