Fecha. 27 de marzo de 2020

Nombre.. Sra. Amparo Figueroa Fajardo

Dirección Residencial.. 45 virtud ST
                     Ponce, Puerto Rico
                     00730

Dirección Postal.... Ave. Tito Castro
                    Ste. 102 PMB. 174
                    Ponce, Puerto Rico 00716

Teléfono de contacto .. 1-787-601-7879

A---Tribunal de Distrito de los Estado Unidos
      San Juan, puerto Rico.

B---Deudor... Commonwealth of puerto Rico

C---Procedimiento...17 BK 3283- LTS

D---Titulo de la Objecion Global---Centésima Cuadragésima Primera Objecion Global

E.--- Núm. De Reclamación---91296

Yo Amparo Figueroa Fajardo reclamo lo que en derecho tengo a reclamar por los años trabajados en el Sistema de Gobierno del Estado Libre Asociado de Puerto Rico. En dichos años se aprobaron leyes concediendo beneficios y aumentos salarial a la clase trabajadora de país , los cuales no me fueron concedidos. En mi caso lo siguiente:

**Ley que fue aprobadas..**

1. **Ley # 164** ---del 12 de julio de 2003—efectiva el 1 de enero de 2004
       **$100.00 mensuales**
       Importe reclamado adeudado $19,200
       Fecha.... Desde enero 2004 a diciembre de 2019

Total de monto de la reclamación---- $19,200

*Sra. Amparo Figueroa Fajardo*
   609 Ave. Tito Castro
    Ste. 102 PMB. 174
     Ponce, Puerto Rico 00716