From Ampara Figueroa
609 Ave TITO CASTRO
Ste 102 PMB 174
Ponce PR 00716

RECEIVED & FILED
2020 APR 17 AM 9:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

To: Clerk Office – Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767