

## CERTIFICACIÓN AÑOS DE SERVICIO Y EDAD

31 de mayo de 2007

SRA MATILDE PEDRAZA
SECCION DE NOMBRAMIENTOS Y CAMBIOS
DEPARTAMENTO DE EDUCACIÓN

                                              **Prof: Ines M. Lugo Santana**
                                              Seg. Social :

El (La) profesor (a) de referencia ha radicado una Solicitud de Retiro por la Ley Núm. 91 del 29 de marzo de 2004 (Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico.
[ X ]   **Años de Servicio**     [ ] Edad          [ ] Diferida        [ ]Suplementaria
Al  **2 de mayo de 2007**    ( fecha en que piensa renunciar) **(fecha de su última cotización recibida)**
[ X ] cualifica [ ] no cualifica,  **para acogerse a la jubilación, y tiene el siguiente tiempo:**

| AÑOS | MESES | SEMANAS | DÍAS | EDAD |
|------|-------|---------|------|------|
| 31   | 4     | 1       | 1½   | 54   |

Los pagos pendientes no están considerados en esta certificación. Los mismos son:
    [ X ] Reconocimiento de Tiempo ( 1 a 2 s 3 d )
    [   ] Diferencia en Por Ciento por Transferencia Recibida
    [   ] Reembolso de Cuotas
    [   ] No aplica

**De cualificar para pensión y tener menos de 30 años de servicios cotizados, cualifica para una pensión calculada al 1.8 por ciento del promedio de los 36 salarios más altos, multiplicado por el tiempo cotizado.**

**El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema.  Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.**

**Las Pólizas de Salud y Planes Médicos deben ser pagados directamente a las aseguradoras hasta tanto sometan las autorizaciones de descuentos para tramitar en su pensión.**
**Todas las aportaciones deben estar en el sistema al momento de procesar su pensión.**

Cordialmente,

Wanda G. Santiago López                                 Yolanda Cotto Ayala
Directora                                                    Oficial Servicios de Retiro
Área Servicios de Retiro

FELD/ebc

CF: PROF: INES LUGO SANTANA
     LOS CAOBOS
     1021 CALLE ACEROLA
     PONCE PR 00716

PO Box 191879 San Juan, PR 00919-1879 Teléfonos 1(787)754-8611 ó 1-877-JRETIRO (573-8476)
http://www.srm.gobierno.pr   E-mail: consulta@srm.gobierno.pr

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 06/01/2019 |
| Hasta: | 06/15/2019 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 1712445 |
| Fecha Aviso: | 06/14/2019 |

INES M LUGO SANTANA
URB LOS CAOBOS
1021 CALLE ACEROLA
PONCE PR 00716-2620
SS: XXX-XX-6693

| | |
|---|---|
| # Empleado: | XXXXX6693 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,855.83 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 927.92 | 892.50 | 10,207.12 |
| Total: | | | 927.92 | 892.50 | 10,207.12 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AS-ASOC PENSIONADOS | 1.00 | 11.00 |
| Total: | 1.00 | 11.00 |

* Tributable

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Plan Medico ASES | 0.00 | 500.00 |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 927.92 | 0.00 | 1.00 | 926.92 |
| Acumulado: | 10,207.12 | 0.00 | 11.00 | 10,196.12 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #1712445 | 926.92 |
| Total: | 926.92 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
06/14/2019

Aviso
1712445

Cant. Deposito: __$926.92__

TRAY 80 SQ 19774*****************SCH 5-DIGIT 00716      19774 2 AV 0.383
INES M LUGO SANTANA
URB LOS CAOBOS
1021 CALLE ACEROLA
PONCE PR 00716-2620

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $926.92 |
| Total: | | $926.92 |

**NO-NEGOCIABLE**



9 de febrero de 2007

Prof. Inés Lugo Santana

S.S. ·6693

Estimado(a) profesor(a): Lugo
De acuerdo con la información disponible al presente en nuestra oficina, usted tiene **cotizado al Sistema aproximadamente:**

| AÑOS | MESES | SEMANAS | DIAS |
|------|-------|---------|------|
| 31   | 1     | 1       | 1.5  |

Al 30 de enero de 2007.

Usted completaría **años de servicios** durante el mes de ------------
Usted recibiría una **pensión aproximada de $1,853.00 a junio 2007**
Usted tendría un descuento de **aportación individual (9%)** de aproximadamente $222.40 **hasta completar el requisito** de treinta años (30) *de* servicio y/o **cincuenta y cinco (55) años de edad**.

**Estos cálculos son preliminares** y están sujetos a verificación final y oficial a la fecha de su retiro. **Esto no es una Certificación Oficial de Retiro.** Cuando se radique oficialmente una solicitud de retiro se le enviará una Certificación final para el referido propósito.

Estos cómputos **no reflejan** el tiempo de cualquier pago total que haya hecho por concepto de Reconocimiento de Tiempo, Transferencia, Reembolso de Aportaciones, o cualquier retiro de aportaciones al Sistema. Tampoco contemplan el retiro de aportaciones que usted haya efectuado.

Cordialmente,

Arlene Hoyos Escalera
Oficial
Sala de Servicios

Oficina Regional de Ponce

Sta. María Shopping Center – 441 Calle Ferrocarril Ste. 271 – Ponce PR 00717-1102
Tel. (787) 840-0800 Fax (787) 841-1130

# CERTIFICADO

**VITALICIO**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE INSTRUCCIÓN PÚBLICA
SAN JUAN DE PUERTO RICO



## LA SECRETARIA DE INSTRUCCIÓN PÚBLICA

POR LA PRESENTE CONFIERE A:

_INES LUGO SANTANA_

_MAESTRA DE ESCUELA ELEMENTAL_

EL PRESENTE CERTIFICADO DE MAESTRO QUE LO FACULTA PARA EJERCER COMO EN LAS ESCUELAS PÚBLICAS O PRIVADAS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

EXPEDIDO DESDE _27 de noviembre_ DE 19 _84_

DADO EN SAN JUAN DE PUERTO RICO EL _27 de noviembre_ DE 19 _84_.

_____
SECRETARIA DE INSTRUCCIÓN PUBLICA

Número 327