Inés Lugo Santana
Los Caobos Calle Acerola
1021 Ponce P.R. 00716



Secretaria (clerk's office)
Tribunal de Distrito De los Estados Unidos
Rooms 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 APR 17 AM 9 08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR