RECEIVED & FILED
2020 APR 17 PM 1:27
CLERK'S OFFICE
U.S. DISTRICT COURT

16 de abril 2020

De: María del C. Rodríguez Rodríguez
Claim 1881
No. 17 BK 3283-LTS

Deudor: Commonwealth of Puerto Rico

To: Secretaría
Tribunal de Distrito de E.U.
#150 Chardón Avenue
Federal Building
San Juan, P.R. 00918

16 de abril 2020

Asunto: Carta explicativa exponiendo mi objeción a su determinación.

Me dirijo a ustedes, muy respetuosamente, para notificar que yo llevé personalmente, mi expediente de trabajo por mis 30 años de servicio al gobierno de Puerto Rico; estuve en el Edificio Federal en Hato Rey, el día 14 enero 2020 y dejé mi copia de expediente detallado por sucesos y cambios en sueldos. Dicho expediente data del 1984 al 2013 cuando terminé mis funciones, acogiéndome al retiro.

Además, envié copia a las abogadas en New York tal como menciona en el libro que me enviaron.

Creo que todo está detallado y especificado y no veo por qué tiene que haber objeción a mi pedido de reclamo ya que se me debe el ROMERAZO y el mínimo federal que se otorgó en 1984.

El ROMERAZO debe rondar por los $70,000 con intereses y el mínimo federal por los $100,000 con intereses.

Creo haber enviado lo necesario para tomar decisiones justas en mi pedido ya que fue un derecho que me pertenece y aún, con todos los protocolos de este Tribunal, no hay por qué evadir lo que me pertenece, refiriéndose al gobierno de Puerto Rico.

Atentamente,

María del C. Rodríguez Rodríguez