

Maria Rodriguez
PO Box 1108
Lares PR 00669

SAN JUAN PR 009

16 APR 2020 PM 1 L



RECEIVED & FILED
2020 APR 17 PM 1: 27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

TO: Secretaría
Tribunal de Distrito de Estados Unidos
#150 Avenida Chardón
Federal Building
San Juan, P.R. 00918

00918-170399