CELSO PEREZ PENA
HC 02 BOX 17173
SAN SEBASTIAN, PR 00685

RECEIVED & FILED
2020 APR 17 AM 9: 09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

15 APR 2020 PM 1 L

SECRETARIA DE JUNTA DE SUPERVICION
ROOM 150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO 00918-1767

00918399999