Mabel Díaz Velázquez
Cond. Vista Verde Apt. 903
Urb. Altamesa
San Juan, PR 00921




U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00936
APR 14, 20
AMOUNT
$7.60
R2304E105433-35

CERTIFIED MAIL®
7020 0090 0001 1968 2346

RECEIVED & FILED
2020 APR 17 PM 1:28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

United States District Court
Clerks Office - PROMESA
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767