ARMANDO PEREZ SANTIAGO
HC 02 BOX 17173
SAN SEBASTIAN, PR 00685

SAN JUAN PR 009
15 APR 2020 PM 1 L

RECEIVED & FILED
2020 APR 17 AM 9:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

SECRETARIA DE JUNTA DE SUPERVICION
ROOM 150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO 00918-1767

009183-9999