ANGREL L SANTIAGO
HC 02 BOX 172594
SAN SEBASTIAN, PR 00685

RECEIVED & FILED
2020 APR 17 AM 9:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SECRETARIA DE JUNTA DE SUPERVICION
ROOM 150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO 00918-1767

009183999