4 de marzo de 2020

A quien pueda interesar:

Por la presente, yo Marie Ivette Galarza Pagán quiero presentar una reclamación, la misma está relacionada a un pago de la Ley Promesa, Título III (#17BK03283LTS). Ésta radicación guarda relación con el Estado Libre Asociado de Puerto Rico, (#17BK 03283LTS), Autoridad de Carreteras y Transportación (#17BK03283) y del Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (#17BK03283). Mi número de reclamación es el #90450.

Los Deudores, La de Supervisión y Administración Financiera para Puerto Rico como representante del Estado Libre Asociado de Puerto Rico. Trabajé en el Hospital de Área Dr. Tito Mattei de Yauco desde el año 1993. Mi alegación es que no se cumplió con un pago que fue estipulado por la Ley Promesa durante ese periodo de tiempo. Mi deseo es que se continúe con la demanda radicada.

Mi número de teléfono es (787) 508-0753, mi dirección postal es HC 2 Box 10756 Yauco P. R. 00698. En nombre del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico.

Gracias por la atención prestada.

Cordialmente,

Marie Ivette Galarza Pagán

RECEIVED & FILED
2020 APR 17 AM 9:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.