Marie I Galarza Pagán
HC-2 Box 10756
Yauco P.R 00698

RECEIVED & FILED
2020 APR 17 AM 9:09
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R

Clerks Office
United Estate Distried
Court Room 150 Federal
Building, San Juan, P.R