Lourdes Rodriguez Bauza'
Urb. Torremolinos
F 14 Calle D
Guaynabo, PR 00969

   

United States District Court
Clerks Office - PROMESA
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

RECEIVED & FILED
2020 APR 17 PM 1:28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR