26 de marzo de 2020

Tribunal de Distrito de Estados Unidos
Federal Building 150
San Juan, Puerto Rico 00918

Margarita Rivera Lozada
P.O. Box 1526
Arroyo, P.R. 00714
**Número de Reclamación 171238**

*[firma: Dra. Margarita Rivera Lozada]*

Distinguidos Servidores;

Por medio de esta misiva solicito la Réplica relacionada a la Ley PROMESA Título 3 del Estado Libre Asociado de P.R. y el Departamanto de Educación.

Adjunto copias de certificaciones como maestra que me brindaron el Retiro 1979(ley89), Ley96 del 1 de julio de 2002, efectiva al 1 de enero de 2002(ley64). y el Deoartamento de Educación

Cordialmente,

*[firma]*
Margarita Rivera Lozada
Demandante

*RECEIVED & FILED*
*2020 APR 21 PM 2:30*
*CLERK'S OFFICE*
*U.S DISTRICT COURT*
*SAN JUAN P.R.*

26 de marzo de 2020

Tribunal de Distrito de Estados Unidos
Federal Building 150
San Juan, Puerto Rico 00918

Margarita Rivera Lozada
P.O. Box 1526
Arroyo, P.R. 00714
Número de Reclamación 171238

*[firma: Margarita Rivera Lozada]*

Distinguidos Servidores;

Por medio de esta misiva deseo iformarles a ustedes que serví al Departamento de Educación desde el año 1964 hasta el año1999,en carácter de maestra de escuela elemental.
Considero que tengo derecho a recibir el pago de Retribución del 11 de junio de 1979(ley89),Ley96 del 1 de julio de 2002,efectiva al 1 de enero de 2002(ley64).
De acuerdo a mis cálculos,el dinero que se me debe es $25,000.00 dólares ,hasta el año 1999,que finalizó mi servicio con el Departamento de Educación.

Nota a considerar

Deseo indicarle a usted por este medio que por las siguientes situaciones que he tenido no me ha sido posible enviar a tiempo mi reclamación;
1. El correo postal envió la correspondencia a otro domicilio y no la recibí a tiempo.
2. Un tiempo despues, me visitó un compañero de trabajo, y me indicó que había recibido corrrespondencia de ustedes. Inmediatamente me comuniqué y unas semanas posteriores, recibí las solicitudes de reclamación a mi nombre y número de reclamación.
3. Tuve situacón de enfermedad y no me fué posible conseguir la información que necesitaba.
4. La situación de los temblores en Puerto Rico, dificultó y retrasó mi proceso de visita programada para el 7 de enero de 2020.
5. Programé otra visita al Departamento de Educación y Junta de Retiro y ocurrió el toque de queda por el Coronavirus.

Por tal razón le envío la réplica y la carta citando las leyes y mas adelante, cuando se levante el toque de queda en Puerto Rico, estaré enviando las evidencias y certificaciones ya que las oficinas gubernamentales se encuentran cerradas.

Adjunto envío las cartas que llevaré al Tribunal de Distrito de Estados Unidos en P.R.

*Margarita Rivera Lozada* (firma)
Margarita Rivera Lozada
P.O. Box 1526
Arroyo, P.R. 00714
**Número de Reclamación 171238**