Margarita Rivera
P.O. Box 1526
Arroyo, P.R 00714

Secretaria (Clerk F. Office)
Tribunal de Distrito de los
Estados Unidos
Room 150
San Juan, P.R 00918

RECEIVED & FILED
2020 APR 21 PM 2:30
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R

