| | |
|---|---|
| **Nombre:** | **Janet Rodríguez Rodríguez** |
| Dirección: | Residencial y postal |
| | Urb. Los Caobos 1545 |
| | Calle grosella Ponce, Puerto Rico 00716 |
| Teléfono: | (787)384-4992 |
| Deudor: | Commonwealth of Puerto Rico |
| Procedimiento: | 17BK3283-LTS |

RECEIVED & FILED
2020 APR 21  AM 9:04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Título de la objeción Global – Centésima cuadragésima primera objeción Global

Número de reclamación: 96206

Yo, Janet Rodríguez reclamo el derecho que tengo a reclamar por los años trabajados con el sistema de educación pública del Gobierno del Estado Libre Asociado de Puerto Rico. En dichos años se aprobaron leyes conociendo beneficios y aumentos salariales a la clase trabajadora del país; para las cuales no me fueron concedidos

.Leyes aprobadas:

a) Ley 89 – conocida como el Romerazo del 12 de julio de 1979. Reclamación adeudada 50.00 mensuales desde julio 1980 a 2005.
b) Ley 34 retribución por merito.
c) Ley 96-1 de julio 2002 aumento salarial de $100.

Esperando se pueda resolver este asunto prontamente queda de ustedes.

Atentamente,

*Janet Rodríguez*

Janet Rodríguez
Maestra retirada