Janet Rodriguez
Urb Los Caobos
1545 Calle Grosella
Ponce, PR 00716

RECEIVED & FILED
2020 APR 21 AM 9:04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Secretaria (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767