4 de Abril 2020

Yo Alicia Guilbe Mercado, Retirada del Estado
Libre Asociado de Puerto Rico por 27 años como
Enfermera Anestesista Graduada y con un Sueldo
Mensual de 500.00 Dólares. En el Tiempo del SR Carlos
Romero Balcelo Gobernador en Los años 1980-88
Se aprovó la Ley Igualdad de sueldo "El Romera so"
A todos los Empleados del Departamento de Salud.
En el caso mio Nunca se me Igualo A Pesar
de mis Reclamos. Las Demas Enfermera Le
Subieron el sueldo a 900.00 mo.

Por eso Hago Esta Reclamacion a la
Consideracion de ustedes para que se me
Haga Justicia,

PROMESA
Title III
No. 17 BK 3283 - LTS

Muy Atentamente
Alicia Guilbe Mercado
ALICIA Guilbe Mercado

XXX-XX 9955

rogamos proporcione información más detallada relativa a leyes concretas que pretende invocar, el año de adopción de dicha ley, así como de qué forma y por qué considera que esa ley concreta permite fundamentar su reclamo.

b. Si está disponible y se aplica a su reclamo, rogamos proporcione, asimismo, lo siguiente:
  - Copia de un escrito; por ejemplo, un Escrito de demanda o una Contestación;
  - Cualquier sentencia o acuerdo de conciliación que no hayan sido pagados;
  - Notificación por escrito de la intención de radicar un reclamo acompañada de un comprobante de envío; y
  - Toda la documentación que a su criterio justifica su reclamo.

5. Si no dispone de una copia de su reclamo, podrá descargarla visitando el sitio web de Prime Clerk: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

6. Debe firmar su réplica en el lugar que se indica abajo. Si no lo hace, el secretario no aceptará la réplica a efectos de su radicación.

7. Rogamos radique el formulario cumplimentado y cualquiera de los documentos justificativos siguiendo las instrucciones de la Notificación que acompaña a la Objeción global a su reclamo.

**Cuestionario**

1. Rogamos proporcione el nombre, la dirección, el número de teléfono y la dirección de correo electrónico 1) de la demandante que responda; 2) del abogado o representante designado de la demandante al que los abogados del ELA, de la ACT y del SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción global en nombre de la demandante.

  ◻ **Nombre:** ALICIA Guilbe mercado

  ◻ **Dirección:** Calle A #A-2 P.O.Box 7547, Ponce, PR. 00732

  ◻ **Número de teléfono:** (787) 412-5216

  ◻ **Dirección de correo electrónico:** guillermorivera.papa@hotmail.com

2. **Número de su evidencia de reclamos:** 17-03283-LTS

3. **Los Deudores se han opuesto a su Evidencia de reclamos porque esta no proporciona información suficiente para que los Deudores comprendan el fundamento de su reclamo. Marque la casilla con la que guarde relación su Evidencia de reclamos y explique el motivo por el que se opone a la objeción indicando así el fundamento de su reclamo. Adjunte páginas adicionales si fuera necesario.**

  ◻ Acción judicial pendiente de resolución o finalizada con o contra el Gobierno de Puerto Rico

  ☒ Empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico

  Fui Empleada del Gobierno (ELA) EN LA Posicion de ENFERMERA GRAduada 27 Años del 1959-1986 y Reclamo El proyecto del Gobernador EN turno Romero Barcelo de Igualdad de Sueldo EL (ROMERAZO)

2

_____

_____

**Adjunte copias de cualquier otra documentación u otras pruebas en apoyo de su reclamo.**

4. **¿Cuál es el monto de su reclamo (cuánto alega que se le adeuda)?:**

   39,360.00 _____

5. **Empleo. ¿Su reclamo guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico?**
   □ No. *Siga con la Pregunta 6.*

   ☒ Sí. **Responda a las Preguntas 5(a) a (d).**

5(a). Indique la agencia o el departamento específicos donde trabaja o ha trabajado:

   Dept de Salud - Hosp. Regional, Ponce, PR.

5(b). Indique las fechas de su empleo relativo con su reclamo:

   1980 - 88 - Ley 80 - Romerazo -

5(c). Últimos cuatro dígitos de su número del Seguridad Social: _____ 9955 _____

5(d). ¿Cuál es la naturaleza de sus reclamos relativos al empleo (marque todas las casillas aplicables)?:

   □     Pensión

   ☒     Salarios no pagados

   □     Días de licencia por enfermedad

   □     Quejas con sindicato

   □     Vacaciones

   □ Otros (proporcione tanta información detallada como pueda. Adjunte páginas adicionales si fuera necesario).

   _____

   _____

6. **Acción judicial. ¿Su reclamo guarda relación con una acción judicial pendiente de resolución o finalizada?**

   □     No.

   ☒     Sí. **Responda a las Preguntas 6(a) a (f).**

6(a). Indique el departamento o la agencia que sean parte en la acción.

   Dpto Salud - Hosp Regional, Ponce PR.

6(b). Indique el nombre y la dirección del tribunal o de la agencia ante los cuales la acción esté pendiente de resolución.

   Tribunal De Distrito
   De Los Estados Unidos
   Para El Distrito
   De Puerto Rico

3

_____ 6(c).

Número del caso: _17 - 0 3 2 8 3 - L T S_

6(d). Título, epígrafe o nombre del caso: _169518 144347_

6(e). Estado del caso (pendiente de resolución, apelado o finalizado):

_____ _Si_ _____

6(f). ¿Tiene una sentencia que no haya sido pagada? Sí / (No) (rodee la opción que proceda)

En caso afirmativo, ¿cuál es la fecha y el monto de la sentencia?

_No me han pagado nada_

## FIRME ABAJO SU RÉPLICA

_Alicia Guilbe Mercado_
**Firma**

_Alicia Guilbe Mercado_
**Deletree su nombre**

_Abril 4 de 2020_
**Fecha**