ALICIA GUILBE MERCADO
PO BOX 7547
PONCE, PR 00732

RECEIVED & FILED
2020 APR 21  PM 2: 29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

07 APR 2020  PM 1 L

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767