17 abril 2020

A Abogados y CoAbogados de la Junta de Supervisión y Administración Financiera

RECEIVED & FILED 2020 APR 21 PM 2:30 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.

Mi nombre es Aurelina Febres Delgado. Me dirijo a ustedes respondiendo a la carta enviada por la Junta de Supervisión y Administración Financiera para Puerto Rico. Notificación de Moción Conjunta del Estado Libre Asociado de Puerto Rico, del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, y de la Autoridad de Edificios Públicos de Puerto Rico para solicitar una Orden (I) Que apruebe la declaración de divulgación, (II) Que fije la fecha de Registro de la Votación, (III) Que Apruebe la Notificación de la Vista de Confirmación y el Cronograma de Confirmación, (IV) Que Apruebe los Paquetes de Convocatoria y los Procedimientos para su Distribución, (V) Que Apruebe Modelos de Boletas y los Procedimientos de Votación y elección, (VI) Que Apruebe la Notificación de la Condición de Miembro Sin Derecho a Voto, (VII) Que fije las fechas límite para la Votación, Elección y Confirmación, y (VIII) que apruebe procedimientos de Recuento de Votos.

En dicha carta, se informa que se llevará a cabo una votación para determinar el grupo que representará a los bonistas del Sistema de Retiro de Empleados Públicos de Puerto Rico. En dicha notificación aparece Martin J. Bienenstock de PROSKAUER ROSE, LLC como Abogados de la Junta de Supervisión y Administración Financiera en representación de los Deudores.

Por medio de esta carta, Yo Aurelina Febres Delgado, autorizo a los anteriores Bufetes Legales a representarme en el presente caso.

Gracias por su atención.

Aurelina Febres Delgado

Aurelina Febres Delgado

Case 17-03283-LTS
Doc #: 11733

Dirección:
Calle 3 F11 Urb. Mountain View
Carolina, P.R. 00987

Febrero 17-2020

De Aurelina Febres Delgado
Maestra y Bibliotecaria Escuela de Carolina,
Del Departamento de Educación de Puerto Rico.
Con servicio de 26 años y meses 3 días

Promesa III

no-17 BK 3283 LTS

mo 1645.88   #1439588
                143924

Motivos para oponerse a la objeción.
Ya que nosotros pagamos una cuota
para retiro, para poder tener unos
años para el retiro y tener tener con
que pagar los gastos medicos y nuestra
medicina. Es importante que se nos debe
esta cuotas. ya que pagamos un seguro
de años para pasar nuestra vejez.

Ademas y trabajaba extra teníamos
2 grupos diario con cincuenta estudiantes
cada grupo A.M y P.M.
Y atender los grupos de los maestros en las
diferentes actividades que ellos tenían que
realizar en la biblioteca o ayudar alguna
persona de la comunidad en que vivos
para que pudieran seguir progresando
y dar mejor servicio a su pueblo.

0646 486

9231 7944

RECEIVED
2020 APR 21 PM 2:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Aurelina Febres Delgado
Firma

Calle 3 E11 Urbanización
Mountain View Carolina, P.R.
00987
Tel 787-257-0763

> *"The Teacher as the teaching axis, is the professional in charge of the most transcendental work in the life of his students; The influence of its impact endures forever. The teaching class has in there hands the prosperity of an entire country. Therefore, the Government of the Commonwealth of Puerto Rico is committed to do everything necessary to protect them and provide them with a withdrawal.*
>
> *Worthy, meritorious for the years of education dedicated to the Puerto Rican people."*

As a retired teacher and participant of the System that receives a pension in accordance with the dispositions of the law, AURELINA FEBRES DELGADO has a meritorious CLAIM.

This motion is made in the grounds that the claimant has a valid allegation on the basis of the claims of wages deducted for pension of the Teachers Retirement Pensions System of the Puerto Rico Government while she was working as teacher and librarian of the Department of Education.

## CONCLUSION

For all the foregoing reasons, the CLAMAINT request that the Court dismiss the Global Objection in regards with the claim.

Dated: February 17, 2020                         Respectfully Submitted,

*Aurelina Febres Delgado*
Aurelina Febres Delgado
Claimant

> *"The Teacher as the teaching axis, is the professional in charge of the most transcendental work in the life of his students; The influence of its impact endures forever. The teaching class has in there hands the prosperity of an entire country. Therefore, the Government of the Commonwealth of Puerto Rico is committed to do everything necessary to protect them and provide them with a withdrawal.*
>
> *Worthy, meritorious for the years of education dedicated to the Puerto Rican people."*

As a retired teacher and participant of the System that receives a pension in accordance with the dispositions of the law, AURELINA FEBRES DELGADO has a meritorious CLAIM.

This motion is made in the grounds that the claimant has a valid allegation on the basis of the claims of wages deducted for pension of the Teachers Retirement Pensions System of the Puerto Rico Government while she was working as teacher and librarian of the Department of Education.

## CONCLUSION

For all the foregoing reasons, the CLAMAINT request that the Court dismiss the Global Objection in regards with the claim.

Dated: February 17, 2020                                     Respectfully Submitted,


                                                              Aurelina Febres Delgado
                                                              Claimant

                                                              *Aurelina Febres Delgado* (signature)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico | 3:17-BK-3283 (LTS) |
| | PROMESA Title III |
| *as representative of* | |
| | (Jointly Administrated) |
| The Commonwealth of Puerto Rico, *et al.* | |
| Debtors | |

## NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on February 19, 2020. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 19 de febrero de 2020. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.

NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*
3:17-BK-3283 (LTS)

| 1 | | Pleading is illegible. L.Civ.R. 10 *(El escrito radicado es ilegible o no cumple con la R.L.Civ. 10)* |
|---|---|---|
| 2 | X | Lacks proper signature. Documents presented to the court in paper require a handwritten signature. L.Civ.R. 11 *(Documento no está firmado adecuadamente. Los documentos sometidos en papel tienen que estar firmados a mano. R.L.Civ. 11)* |
| 3 | | PROMESA Cover Sheet for Adversary Proceedings (DPR Modified PROMESA B1040) was not included. L.Bkcy.R. 7003-1 http://www.prd.uscourts.gov/promesa/forms-attorneys *(No se incluyó la Hoja de Trámite para Casos Adversarios (DPR Modified PROMESA B1040).* |
| 4 | | Failure to pay the filing fee in the amount of $400.00. See, L.Cv.R. 3.1(a). Payment shall be made within 24 hours in person at the Clerk's Office U.S. District Court with copy of the complaint /notice of removal. *(Incumplimiento con el pago de la cuota de radicación por la cantidad de $400.00. El pago debe hacerse personalmente dentro de 24 horas en la Secretaría del Tribunal Federal de Distrito adjuntando una copia de la demanda / notificación de remoción.)* |
| 5 | | Other: |

Date: February 25, 2020

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of Court

By: s/ Marian B. Ramirez-Rivera
    Marian B. Ramirez Rivera
    Deputy Clerk

sc: to filer with original filing attached