Aurelina Febres Delgado
Urb. Mountain View
Calle 3, E11
Carolina, P.R. 00987



CERTIFIED MAIL
7019 1640 0001 5760 1712





U.S. POSTAGE PAID
FCM LG ENV
CAROLINA, PR
00983
APR 18, 20
AMOUNT
$7.80
R2305K132999-14

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
#150, Chardon Avenue
San Juan, P.R. 00918

RECEIVED
2020 APR 21 PM 2:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR