***CUST PR 1845 SRF 40241 PackID: 542 MMLID: 1938902-P SVC: 168th Omni
SERRANO LAUREANO, CARMEN
URBANISACION SANTA ANA
APARTADO 402
VEGA ALTA, PR 00692

000542

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| SERRANO LAUREANO, CARMEN | 144517 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| SERRANO LAUREANO, CARMEN | 144517 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000542

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 07/01/2018 |
| Hasta: | 07/15/2018 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 5763315 |
| Fecha Aviso: | 07/13/2018 |

**CARMEN SERRANO LAUREANO**
PO BOX 402
VEGA ALTA PR 00692-0402
SS: XXX-XX-2299

| | |
|---|---|
| # Empleado: | XXXXX2299 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,698.78 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 849.39 | 1,050.00 | 11,042.07 |
| Total: | | | 849.39 | 1,050.00 | 11,042.07 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AS-ASOC PENSIONADOS | 1.00 | 13.00 |
| AS-ASOC E P A | 6.00 | 78.00 |
| Total: | 7.00 | 91.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-SSS LEY 117 | 0.00 | 500.00 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 849.39 | 0.00 | 7.00 | 842.39 |
| Acumulado: | 11,042.07 | 0.00 | 91.00 | 10,951.07 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5763315 | 842.39 |
| Total: | 842.39 |

**MENSAJE:**

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
07/13/2018

Aviso No.
5763315

Cant. Deposito: _____$842.39_____

TRAY 45 SQ 10264•••••••••••••••SCH 5-DIGIT 00646    10264 2 AV 0.378
CARMEN SERRANO LAUREANO
PO BOX 402
VEGA ALTA PR 00692-0402

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $842.39 |
| Total: | | $842.39 |

**NO-NEGOCIABLE**

| **Gobierno de Puerto Rico** | | | Grupo de Pago: | SM -Quincenal | | Business Unit: PUERT | |
|---|---|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | | Desde: | 07/18/2018 | | Aviso #: | 5957759 |
| | | | Hasta: | 07/18/2018 | | Fecha Aviso: | 07/18/2018 |

| **CARMEN SERRANO LAUREANO** | | # Empleado: | XXXXX2299 | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|---|---|
| PO BOX 402 | | Dept: | 592160-ANOS SERVICIO LEY91 2004 | | Estado Civil: | Married | Married |
| VEGA ALTA PR 00692-0402 | | Lugar: | A/OS SERVICIO LEY 91 | | Concesiones: | 0 | 39 +99 |
| | | Titulo: | Pensionado | | Pct. Adcl.: | | |
| SS: XXX-XX-2299 | | Sueldo: | $1,698.78 Monthly | | Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| BONO MEDICINA- PENSIONADOS | | | 100.00 | | 100.00 |
| Pago de Salarios Regulares | | | 0.00 | 1,050.00 | 11,042.07 |
| Total: | | | 100.00 | 1,050.00 | 11,142.07 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AS-ASOC PENSIONADOS | 0.00 | 13.00 |
| AS-ASOC E P A | 0.00 | 78.00 |
| Total: | 0.00 | 91.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-SSS LEY 117 | 0.00 | 500.00 |
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 100.00 | 0.00 | 0.00 | 100.00 |
| Acumulado: | 11,142.07 | 0.00 | 91.00 | 11,051.07 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5957759 | 100.00 |
| Total: | 100.00 |

MENSAJE:

---

**Gobierno de Puerto Rico**  
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha  
07/18/2018

Aviso No.  
5957759

Cant. Deposito: _____$100.00_____

TRAY 45 SQ 10264**********SCH 5-DIGIT 00646    10264 2 AV 0.378  
CARMEN SERRANO LAUREANO  
PO BOX 402  
VEGA ALTA PR 00692-0402

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $100.00 |
| Total: | | $100.00 |

**NO-NEGOCIABLE**