Carmen A Serrano Laureano
PO Box 402
Vega Alta PR 00692-0402



RECEIVED & FILED
2020 APR 21 AM 9:04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los EU.
Room 150 Federal Building
San Juan PR 00918-1767