17 de abril de 2020

RECEIVED & FILED
2020 APR 21 PM 2:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

A: Abogados y Coabogados de la Junta de Supervisión y Administración Financiera

Promesa: Título III          Claim # 92037
Caso: 17-03283-LTS     Claim # 91812
Documentos # 12220, 11950
Filled 3/10/2020
SRF 40534, 40278

Mi nombre es Ana A. García Febles. Me dirijo a ustedes para responder a los documentos

Documento #1
Notificación de Moción conjunta para establecer una extensión a la fecha límite para responder a las objeciones de pospone calendario para audiencia para abril 22, 2020.

En esta carta, ustedes me informan sobre la votación que se realizará para seleccionar el grupo que representará a los Bonistas del Sistema de Retiro de los Empleados del Gobierno del E.L.A. de P.R. Ya que esta moción está redactada en términos ilegales para los cuales necesito asesoría, aunque, he estado haciendo gestiones para comunicarme con el licenciado Herman D. Bauer, USDC Núm. 215205 de Oneill & Borges LLC para clarificar sobre la respuesta a la moción, han sido in-fructuosas mis gestiones. Por lo cual autorizó a Oneill/Borges, LLC ha asumir mi representación, sobre esta moción y que me informen sobre los resultados de la gestiones hechas al respecto.

Telf-787-449-3157. att.
Cena J-Garcia Febres
Calle C-A11 Jardines de
Carolina, Carolina, P.R. 00987

UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2020 FEB 19 PM 4: 40

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br><br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.<br><br>Claim # 92032<br><br>Claim # 91812 | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**This filing relates to the**<br><br>**Commonwealth, HTA, and ERS.** |

**Replicate Global Objection to the Secretary of the United States District Court for the District of Puerto Rico**

**Contact Information:**

ANA A. GARCÍA FEBRES, neighbor of Urb. Jardines de Carolina Calle C-A 11, Carolina, P.R, 00987, telephone (787) 449-3157, email: orkidea13@gmail.com.

**Motives to oppose to the Global Objection:**

The CLAIM of ANA A. GARCIA FEBRES is a legitimate allegation and is sufficient. She was a teacher and counselor of the Department of Education of Puerto Rico by 33 years, 9 months, 1 weeks, 2.5 days. During that time, she was doing monthly contributions to the System of Retirement Pensions for Teachers of Puerto Rico Government. The effectiveness date of the pension July 29, 2011. The contributions of ANA A. GARCIA FEBRES to the System of Retirement Pensions for Teachers of Puerto Rico Government, are evidenced in a certification that is attached to this document.

The Act Num. 160 of December 24, 2013 "The Law of the System of Retirement for Teachers of the Commonwealth of Puerto Rico stablishes:

> *"The Teacher as the teaching axis, is the professional in charge of the most transcendental work in the life of his students; The influence of its impact endures forever. The teaching class has in there hands the prosperity of an entire country. Therefore, the Government of the Commonwealth of Puerto Rico is committed to do everything necessary to protect them and provide them with a withdrawal.*
>
> *Worthy, meritorious for the years of education dedicated to the Puerto Rican people."*

As a retired teacher and participant of the System that receives a pension in accordance with the dispositions of the law, ANA GARCIA FEBRES has a meritorious CLAIM.

This motion is made in the grounds that the claimant has a valid allegation on the basis of the claims of wages deducted for pension of the Teachers Retirement Pensions System of the Puerto Rico Government while she was working as teacher and librarian of the Department of Education.

## CONCLUSION

For all the foregoing reasons, the CLAMAINT request that the Honorable United States Court for the District of Puerto Rico, dismiss the Global Objection in regards with the claim.

Dated: February 17, 2020

Respectfully Submitted,

*[signature]*

Ana A. García Febres
Claimant