**Return address:**

Ana A. Garcia Febres
Urb. Jardines de Carolina
Calle C, A11
Carolina, P.R. 00987



CERTIFIED MAIL

7019 1640 0001 5760 1699





U.S. POSTAGE PAID
FCM LG ENV
CAROLINA, PR 00983
APR 18, 20
AMOUNT
$7.80
R2305K132999-14

**Received stamp:**

RECEIVED & FILED
2020 APR 21 PM 2:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**Addressee:**

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room #150 Chardon Avenue
San Juan, P.R., 00918-1767