**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| RIVERA COLON, NACHELYN | 78398 | 6/22/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $8,472.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| RIVERA COLON, NACHELYN | 78398 | 6/22/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $8,472.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

**RESUMEN ACUERDO**



BONO FIRMA $1000 para cada miembro

para cada miembro de la unidad apropiada como bonificación por la firma del acuerdo.

**Aportación Plan Médico Único -** Se acuerda una aportación patronal al plan médico de $170.00 mensuales para todos los afiliados. Con esta aportación 7 de nuestras locales afiliadas reciben un aumento. En los casos que esta aportación sea menor a la que recibe el unionado en este momento, SPU-AFSCME negoció un Fondo especial de 5 millones para completar la diferencia en costo entre la aportación actual y la de $170.00. De esta forma, SPU garantiza a sus afiliados cubiertos bajo Ley 158-2006 que no recibirán otro golpe a su bolsillo por este concepto durante los 5 años de vigencia de este contrato. Esto implica además mantener nuestro plan médico único según negociado y no nos obligarán a ser parte del plan de salud del Gobierno.



**Convenio Colectivo-** El Convenio Colectivo se mantiene vigente en sus áreas no económicas y se ajusta en las áreas económicas que establece el acuerdo. Este tendrá una vigencia de 5 años y no podrá ser suspendido o modificado por el Gobierno de Puerto Rico.



Las contribuciones de nuestros miembros al Sistema 2000 fueron rescatadas en este acuerdo. Actualmente ese dinero no existe en caja, se utilizó por el Gobierno. Con este acuerdo, logramos la asignación de 1,360 millones de dólares para que las cuentas sean segregadas en cuentas individuales y los dineros que se le deben a cada uno de ustedes sean depositados en sus cuentas personalizadas. De la deuda ser mayor a esta cantidad, los pagos se prorratearan.

**Bonificaciones-** Del Gobierno otorgar una bonificación a los empleados públicos, dicha bonificación nos aplicará a nosotros.

**Bonificación presupuestaria -** A partir de 2020, podríamos recibir un bono adicional si se cumplen las proyecciones presupuestarias en el plan fiscal. Si el exceso de superávit de caja es de $100 millones o más, el 25% de éste se asignará a la cuenta de bonificación.

**Cesantías -** Si el Gobierno tuviera que implantar un plan de cesantías de empleados, éstas serán por estricta antigüedad.



sábado, el mismo será efectivo el antes laborable. Si cae domingo feriado será concedido al día siguie como es la práctica actual.

**Licencias-** se mantiene lo establec en la Ley 26-2017, pero si legálme los beneficios mejoran o aument serán aplicables a nosotros.



**Licencia para padres con hijos discapacidad física y mental y p atender personas de edad avanza** Se logra la autorización como tie oficial de 1 día al mes para llevar a hijos a citas y tratamiento. De la m manera, se autoriza que ese mism pueda ser utilizado para citas y t mientos de personas de edad avanz

**Futuros Beneficios del Gobierno -** Gobierno otorga o aprueba térm económicos más beneficiosos para empleados públicos, nosotros tam recibiremos esos beneficios.

**Ratificación -** Para que este acuerdo pueda ser efectivo tiene que ser ratificado por la mayoría de los votantes miembros de la unidad apropiada en votación secreta.



Servidores Públicos Unidos de Puerto Rico, Concilio 95 AFSCME Tel. 1-787-272-7222 www.spu

**GOBIERNO DE PUERTO RICO**
Departamento de la Familia

## CERTIFICACION DE EMPLEO

Certifico que la **Sra. Nachelyn M. Rivera Colón**, es empleada del Departamento de la Familia en el Programa Determinación de Incapacidad desde el 22 de junio de 2014.

Ocupa un puesto de Asistente de Analistas en Determinación de Incapacidad I con estatus de carrera - regular. Devenga un sueldo de $1,341.00 mensual.

Esta certificación se expide a petición de la señora Rivera, hoy 26 de agosto de 2019, conforme a Récord de Servicios de la empleada.

Carmin Rodriguez Negrón
Secretaria Auxiliar Interina
(787)625-4900 ext. 1768/1133

smb

Edif. Roosevelt Plaza 185 • PO Box 11398, San Juan, PR 00910-1398 • 787.294-4900 ext. 1666
Secretaría Auxiliar de Recursos Humanos y Relaciones Laborales

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

22 de junio de 2018

Agencia: 406 - DEPARTAMENTO DE LA FAMILIA

NACHELYN RIVERA COLON
PO BOX 550
CANOVANAS, PR 00729

Seguro Social: XXX-XX-8942

A base de la información en nuestros registros, al 22 de junio de 2018 usted posee:

**Fecha de Nacimiento:**
**Fecha de Ingreso al Servicio Público:** 30 de junio de 2014
**Fecha de Comienzo de Cotización:** 30 de junio de 2014

Género: Femenino

### Ley 3 al 30 de junio de 2013

| | |
|---|---:|
| Años Acreditados: | 0.00 |
| Aportaciones: | $0.00 |
| Intereses: | $0.00 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $0.00 |
| SNC Pagada: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

### Ley 3 al 30 de junio de 2017

| | |
|---|---:|
| Tiempo Trabajado: | 3.01 |
| Aportaciones: | $4,354.07 |
| Intereses: | $259.78 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $4,613.85 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203