Nachelyn M. Rivera Colón
urb. Rio grande estates
Calle 1 B5
Rio grande P.R. 00745





Secretaría
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767