**REPLICA OBJECION GLOBAL**

I.   **Datos de contacto**

**Nombre:** Lissette Pola Bota
**Direccion:** Bo. Angola 19
               Carretera 132
               Ponce. P.R. 00728
**teléfono:** 787-612-3966

  **Email**: plissette23 @gmail.com

II.   **Epigrafe**

  A:  **Secretaria (Clerk's Office)**
  B:  **Tribunal de Distrito de los Estados Unidos**
  C:  **Estado Libre Asociado y Otros Deudores**
  D: **Numero de Procedimiento:**  17-BK-03283-LTS
     **números de Referencia:** 43923; 70479; 67779
  E: **OCTOGESIMA NOVENA OBJECION GLOBAL REFERENTE A LA
     SOLICITUD DE DINERO NO PAGADO POR EL ESTADO LIBRE
     ASOCIADO DE PUERTO RICO**

     **Numero de las evidencias por reclamo**
     **# 43923    Ley # 89 Romerazo - Efectiva 12 de julio de 1979
                  (aumento salarial $100.00 mensuales)**
     **# 70479    Ley Escala salarial – Pasos, 6 de julio
                  (aumento anual $25.00)**
     **# 67779    Ley # 96, efectiva 1 julio 2002
                  (aumento mensual de $100.00)** $42,000
                  **Ley # 164, efectiva 22 julio 2003
                  (aumento mensual $100.00)**

III.

El 18 junio de 2018, sometí por email el Formulario Oficial 410 Modificado, solicitando dinero adeudado por mis años de servicio en esta institución mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

**Ley # 89 Romerazo - Efectiva 12 de julio de 1979**
      **(aumento salarial $100.00 mensuales)**
**Ley Escala salarial – Pasos, 6 de julio**
      **(aumento anual $25.00)**
**Ley # 96, efectiva 1 julio 2002**
      **(aumento mensual de $100.00)**
**Ley # 164, efectiva 22 julio 2003**
      **(aumento mensual $100.00)**

IV.

Incluyo documentos evidenciando el tiempo que llevo en el Departamento de Educación de Puerto Rico, desde 3 agosto de 1998 hasta el presente.

Carta patrono, evidencia de tiempo trabajado hasta el presente. Agradeceré su consideración a esta replica.

Atentamente;

Lissette Pola Bota

**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

8 de abril de 2020

A quien pueda interesar:

Certifico que **LISSETTE POLA BOTA**, número de seguro social **XXX-XX-3966** labora en nuestra Agencia desde **3 de agosto de 1998** al **Presente**.

Actualmente, ocupa puesto en calidad de **MA. EDUC. SEC (MATEMATICAS)** en **SUPERIOR OCUP. Y TECNICA DE YAUCO (SIGLO 21)**, **Oficina Regional Educativa de PONCE** y devenga un salario de **$3,156.67** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

Juan Francisco Rivera Aponte
Secretario Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*

P.O. Box 190759, San Juan PR 00919-0759



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

X

*Número de Evidencia de Reclamación:*
*Reclamante:*

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar <u>más</u> información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envie el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com. o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

   ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☐ Empleo actual o anterior en el gobierno de Puerto Rico

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   Ago 98 – Presente
   $ 42,000

2

X

*Número de Evidencia de Reclamación:*
*Reclamante*:

3. **Empleo.** ¿**Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?**

   ☐ No. *Pase a la Pregunta 4.*

   ☑ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
   Dept. Educacion

3(b). Identifique las fechas de su empleo con relación a su reclamación:
   Ago 1998 ⇒ presente

3(c). Últimos cuatro dígitos de su número de seguro social: XXX-XX-396L

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   ☐ Jubilación

   ☑ Salarios impagos

   ☐ Días por enfermedad

   ☐ Queja con el sindicato

   ☐ Vacaciones

   ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   _____

4. **Acción legal.** ¿**Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?**

   ☐ No.

   ☑ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
   Dept. Educacion

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente
   de resolución: Tribunal de distrito de los Estados Unidos
   #150 Chardon Ave. Federal Building

4(c). Número de caso: 17 - 03283 -LTS

4(d). Título, epígrafe, o nombre del caso:
   Promesa T, tulo III.

2

*Número de Evidencia de Reclamante*:

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

*Pendiente resolución*

4(f). ¿Tiene usted una sentencia impaga? (Sí) No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

*Ago 98 — presente*

## REPLICA OBJECION GLOBAL

**I.    Datos de contacto**

**Nombre:** Lissette Pola Bota
**Direccion:** Bo. Angola 19
                          Carretera 132
                          Ponce. P.R. 00728
**teléfono:** 787-612-3966

  **Email**: plissette23 @gmail.com

**II.    Epigrafe**

**A:  Secretaria (Clerk's Office)**
**B:  Tribunal de Distrito de los Estados Unidos**
**C:  Estado Libre Asociado y Otros Deudores**
**D: Numero de Procedimiento:**  17-BK-03283-LTS
   **números de Referencia:** 43923; 70479; 67779
**E: OCTOGESIMA NOVENA OBJECION GLOBAL REFERENTE A LA**
   **SOLICITUD DE DINERO NO PAGADO POR EL ESTADO LIBRE**
   **ASOCIADO DE PUERTO RICO**



   **Numero de las evidencias por reclamo**
   **# 43923   Ley # 89 Romerazo - Efectiva 12 de julio de 1979**
              **(aumento salarial $100.00 mensuales)**
   **# 70479   Ley Escala salarial – Pasos, 6 de julio**
              **(aumento anual $25.00)**
   **# 67779   Ley # 96, efectiva 1 julio 2002**
              **(aumento mensual de $100.00)**
              **Ley # 164, efectiva 22 julio 2003**
              **(aumento mensual $100.00)**

III.

El 18 junio de 2018, sometí por email el Formulario Oficial 410
Modificado, solicitando dinero adeudado por mis años de servicio en
esta institución mediante la aprobación por el gobierno del Estado Libre
Asociado de Puerto Rico de las siguientes leyes:

**Ley # 89 Romerazo - Efectiva 12 de julio de 1979**
  **(aumento salarial $100.00 mensuales)**
**Ley Escala salarial – Pasos, 6 de julio**
  **(aumento anual $25.00)**
**Ley # 96, efectiva 1 julio 2002**
  **(aumento mensual de $100.00)**
**Ley # 164, efectiva 22 julio 2003**
  **(aumento mensual $100.00)**

IV.

Incluyo documentos evidenciando el tiempo que llevo en el
Departamento de Educación de Puerto Rico, desde 3 agosto de 1998
hasta el presente.

Carta patrono, evidencia de tiempo trabajado hasta el presente.
Agradeceré su consideración a esta replica.


Atentamente;


Lissette Pola Bota

**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

8 de abril de 2020

A quien pueda interesar:

Certifico que **LISSETTE POLA BOTA**, número de seguro social **XXX-XX-3966** labora en nuestra Agencia desde **3 de agosto de 1998** al **Presente**.

Actualmente, ocupa puesto en calidad de **MA. EDUC. SEC (MATEMATICAS)** en **SUPERIOR OCUP. Y TECNICA DE YAUCO (SIGLO 21)**, **Oficina Regional Educativa de PONCE** y devenga un salario de **$3,156.67** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

Juan Francisco Rivera Aponte
Secretario Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*

P.O. Box 190759, San Juan PR 00919-0759



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

X

Case:17-03283-LTS Doc#:8978-6 Filed:10/24/19 Entered:10/24/19 18:44:54 Desc:
*Número de Evidencia de Reclamación* Attachment 1 Page 8 of 10
*Reclamante*:

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar <u>más</u> información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

   ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☐ Empleo actual o anterior en el gobierno de Puerto Rico

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**
   Ago 98 - 2020 _____

2

X

*Número de Evidencia de Reclamación:*
*Reclamante:*

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?

   ☐ No. *Pase a la Pregunta 4.*

   ☑ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
Dept Educación

3(b). Identifique las fechas de su empleo con relación a su reclamación:
Ago 1998 - presente

3(c). Últimos cuatro dígitos de su número de seguro social: XXX-XX-3966

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   ☐ Jubilación

   ☒ Salarios impagos

   ☐ Días por enfermedad

   ☐ Queja con el sindicato

   ☐ Vacaciones

   ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   _____

   _____

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?

   ☐ No.

   ☑ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
Dept. Educación

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: Tribunal de distrito de Estado Unido
#150 Clerdon Ave Federal Baildbing

4(c). Número de caso: 17-03283 - LTS

4(d). Título, epígrafe, o nombre del caso:
promesa Título III

2

*Número de Evidencia de Reclamante:*

*Reclamante*:

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

*pendiente resolución*

4(f). ¿Tiene usted una sentencia impaga? Sí / No  (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

*Ago 1998 - 2020*

## REPLICA OBJECION GLOBAL

**I.   Datos de contacto**

**Nombre:** Lissette Pola Bota
**Direccion:** Bo. Angola 19
                      Carretera 132
                      Ponce. P.R. 00728
**teléfono:** 787-612-3966

 **Email:** plissette23 @gmail.com



**II.   Epigrafe**

A:  **Secretaria (Clerk's Office)**
B:  **Tribunal de Distrito de los Estados Unidos**
C:  **Estado Libre Asociado y Otros Deudores**
D: **Numero de Procedimiento:**  17-BK-03283-LTS
   **números de Referencia:** 43923; 70479; 67779
E: **OCTOGESIMA NOVENA OBJECION GLOBAL REFERENTE A LA**
   **SOLICITUD DE DINERO NO PAGADO POR EL ESTADO LIBRE**
   **ASOCIADO DE PUERTO RICO**

   **Numero de las evidencias por reclamo**
   **# 43923    Ley # 89 Romerazo - Efectiva 12 de julio de 1979** $26,400
                      **(aumento salarial $100.00 mensuales)**
      **# 70479    Ley Escala salarial – Pasos, 6 de julio**
                      **(aumento anual $25.00)**
      **# 67779    Ley # 96, efectiva 1 julio 2002**
                      **(aumento mensual de $100.00)**
                      **Ley # 164, efectiva 22 julio 2003**
                      **(aumento mensual $100.00)**

                      $ 68, 400

III.

El 18 junio de 2018, sometí por email el Formulario Oficial 410 Modificado, solicitando dinero adeudado por mis años de servicio en esta institución mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

**Ley # 89 Romerazo - Efectiva 12 de julio de 1979**
  **(aumento salarial $100.00 mensuales)**
**Ley Escala salarial – Pasos, 6 de julio**
  **(aumento anual $25.00)**
**Ley # 96, efectiva 1 julio 2002**
  **(aumento mensual de $100.00)**
**Ley # 164, efectiva 22 julio 2003**
  **(aumento mensual $100.00)**

IV.

Incluyo documentos evidenciando el tiempo que llevo en el Departamento de Educación de Puerto Rico, desde 3 agosto de 1998 hasta el presente.

Carta patrono, evidencia de tiempo trabajado hasta el presente. Agradeceré su consideración a esta replica.

Atentamente;

Lissette Pola Bota

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

8 de abril de 2020

A quien pueda interesar:

Certifico que **LISSETTE POLA BOTA**, número de seguro social **XXX-XX-3966** labora en nuestra Agencia desde **3 de agosto de 1998** al **Presente**.

Actualmente, ocupa puesto en calidad de **MA. EDUC. SEC (MATEMATICAS)** en **SUPERIOR OCUP. Y TECNICA DE YAUCO (SIGLO 21)**, **Oficina Regional Educativa de PONCE** y devenga un salario de **$3,156.67** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaría Auxiliar de Recursos Humanos.

Juan Francisco Rivera Aponte
Secretario Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*

P.O. Box 190759, San Juan PR 00919-0759



DEPARTAMENTO DE
**EDUCACIÓN**
GOBIERNO DE PUERTO RICO

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

Número de Evidencia de Reclamación:
Reclamante:

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**

   ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☐ Empleo actual o anterior en el gobierno de Puerto Rico

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   desde 1998 → presente   ~ $68,400 (3 reclamaciones)
   $26,400  romerezo

*Número de Evidencia de Reclamación:*

*Reclamante:*

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?

   ☐ No. *Pase a la Pregunta 4.*

   ☑ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
   Departamento de educación

3(b). Identifique las fechas de su empleo con relación a su reclamación:
   Ago 1998 - Presente

3(c). Últimos cuatro dígitos de su número de seguro social: xxx- xx - 3966

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   ☐ Jubilación

   ☑ Salarios impagos

   ☐ Días por enfermedad

   ☐ Queja con el sindicato

   ☐ Vacaciones

   ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   _____

   _____

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?

   ☐ No.

   ☑ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
   Departamento de educación

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: Tribunal de distrito de los Estados Unidos
   #150 Chardon Ave
   Federal Building

4(c). Número de caso: 17- 03283 - LTS

4(d). Título, epígrafe, o nombre del caso:
   Promesa Titulo III

2

*Número de Evidencia de Reclamante*:

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

Pendiente resolución

4(f). ¿Tiene usted una sentencia impaga? Sí / No  (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

Ago 1998 - presente

3

LISSETTE POLA BOTA
BO. ANGOLA 19
CARR. 132
PONCE, P.R. 00728



SAN JUAN P&DC 009
THU 16 APR 2020 PM

SECRETARIA (CLERK'S OFFICE)
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
ROOM 150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO 00918-1767

RECEIVED & FILED
2020 APR 17  PM 1:28
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN P.R.

Modelo SC-1515 (IRM)
14-mayo-71
Manual de Contabilidad

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**JUNTA DE RETIRO PARA MAESTROS**
**INFORME RENTA ANUAL VITALICIA**

RECEIVED & FILED

2020 APR 17   AM 9: 08

.9%  $191.94

CLERK'S OFFICE
U.S. BKRCY COURT

| | Núm. Reclamación | Sexo F |
|---|---|---|
| **CARMEN Z SANTOS VAZQUEZ** | 39135 | |

**Tipo de Renta:**

a- Años de Servicio y edad
  Opcional    ( X )
  Obligatorio ( )
b. Edad ( )

c- Incapacidad
  Ocupacional ( )
  No Ocupacional ( )
d- Diferida ( )

**Fecha de Nacimiento**

| Año | Mes | Día |
|---|---|---|

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Fecha de Retiro | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 52 | 2 | 1 | 30 | 11 | 2 | 2 | $ 43,252.59 | 2004 | 7 | 28 |
| Años | Meses | Días | Años | Meses | Sem. | Días | | Año | Mes | Día |

**Fecha de Efectividad**

| Año | Mes | Día |
|---|---|---|
| 2004 | 7 | 29 |

Retiro Ley Núm. **91DEL2004**

**Cómputo de la Renta Anual:**

a- Sueldo promedio mensual más alto durante TRES años consecutivos a $2,132.77     $ 1,599.57

.75%   X   30 años
(Por ciento)                        (Tiempo Acreditado)

*En caso de renta anual diferida, ésta comenzará al cumplir la edad de_____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad

b.   Ajuste para llegar al Mínimo Establecido por ley 89

OFICINA DE FINANZAS
DOCUMENTOS PREINTERVENIDOS

ANN   13 AGO 2004

Diferido
AWILDA VÁZQUEZ CARABALLO

| Años de Servicio | Edad | Incapacidad Física | |
|---|---|---|---|
| $ | $ | $ | $ |

Diferencia Mínimo o Renta Sistema de Retiro

| **Renta Mensual Vitalicia** | 1,599.57 |
|---|---|
| **Renta Anual Vitalicia** | 19,194.84 |

| Computado | | Fecha | Cotejado | | Fecha |
|---|---|---|---|---|---|
| Carlos J. Serrano | | 11/8/04 | María A. Torres Morales | | 12/08/04 |
| **Recomendado:** | | | **Aprobado:** | | |
| Irma García Hernández | | 12/8/04 | 17 agosto /04. | Dinelia Oyola Morales | |
| Directora Area Servicios de Retiro | | Fecha | Fecha | Subdirectora Ejecutiva | |

agb
Fecha: 10 de agosto de 2004

## GOBIERNO DE PUERTO RICO
### Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Carmen Z. Santos Vazquez**, con número de seguro social que termina en **8631**.

| | |
|---|---:|
| **Fecha de Efectividad de la Pensión** | **29 de julio de 2004** |
| **Tiempo Cotizado para la Pensión** | **30 años, 11 meses, 2 semanas, 2 días** |
| **Pensión Mensual Inicial** | **$1,599.57** |
| **Pensión Mensual Actual** | **$1,599.57** |

Esta certificación se expide hoy, **5 de marzo de 2020** en **San Juan**, **Puerto Rico**.

**Edgardo J. Negrón Ramírez**
**Supervisor**
**Área de Servicios de Retiro**

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



**Sistema de Retiro para Maestros**
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

☏ 787.777.1414      🖷 787.764.6910      www.srm.pr.gov



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT:  LEY PROMESA**

5 de marzo de 2020

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | CARMEN Z. SANTOS VAZQUEZ |
| Seguro Social | : | -8631 |
| Categoría | : | MA. EDUCACION TEMPRANA - NIVEL ELEMENTAL (K-3) |
| Distrito Escolar | : | GURABO |
| Sueldo Mensual | : | $2,405.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 28 de julio de 2004 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (31) años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Carmen Z. Santos Vázquez
Urb. Vista Monte
A-18 Calle 4
Cidra, P.R. 00739-3712

SAN JUAN PR 009

15 APR 2020 PM 2

FOREVER
USA

RECEIVED & FILED
2020 APR 17 AM 9:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Secretaria (clerk Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

00918-9999