# United States Court of Appeals
## For the First Circuit

No. 20-1065

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY

Debtors

- - - - - - - - - - - - - - - - - - - - - - -

ANDALUSIAN GLOBAL DESIGNATED ACTIVITY COMPANY; GLENDON OPPORTUNITIES FUND, L.P.; LMA SPC, for an on behalf of Map 98 Segregated Portfolio; CROWN MANAGED ACCOUNTS, for and on behalf of Crown/PW SP; MASON CAPITAL MASTER FUND LP; OAKTREE-FORREST MULTI-STRATEGY, LLC (SERIES B); OAKTREE OPPORTUNITIES FUND IX (PARALLEL 2), LP; OAKTREE OPPORTUNITIES FUND IX, L.P.; OAKTREE VALUE OPPORTUNITIES FUND HOLDINGS, L.P.; OAKTREE OPPORTUNITIES FUND IX (PARALLEL), L.P.; OAKTREE HUNTINGTON INVESTMENT FUND II, L.P.; OAKTREE OPPORTUNITIES FUND X, L.P.; OAKTREE OPPORTUNITIES FUND X (PARALLEL), L.P.; OAKTREE OPPORTUNITIES FUND X (PARALLEL 2), L.P.; OCEANA MASTER FUND LTD.; OCHER ROSE, L.L.C.; PENTWATER MERGER ARBITRAGE MASTER FUND LTD.; PUERTO RICO AAA PORTFOLIO BOND FUND II, INC.; PUERTO RICO AAA PORTFOLIO BOND FUND, INC.; PUERTO RICO AAA PORTFOLIO TARGET MATURITY FUND, INC.; PUERTO RICO FIXED INCOME FUND, INC.; PUERTO RICO FIXED INCOME FUND II, INC.; PUERTO RICO FIXED INCOME FUND III, INC.; PUERTO RICO FIXED INCOME FUND IV, INC.; PUERTO RICO FIXED INCOME FUND V, INC.; PUERTO RICO GNMA AND U.S. GOVERNMENT TARGET MATURITY FUND, INC.; PUERTO RICO INVESTORS BOND FUND I, INC.; PUERTO RICO INVESTORS TAX-FREE FUND II, INC.; PUERTO RICO INVESTORS TAX-FREE FUND, INC.; PUERTO RICO INVESTORS TAX-FREE FUND III, INC.; PUERTO RICO INVESTORS TAX-FREE FUND VI, INC.; PUERTO RICO INVESTORS TAX-FREE FUND V, INC.; PUERTO RICO INVESTORS TAX-FREE FUND IV, INC.; PUERTO RICO MORTGAGE-BACKED & U.S. GOVERNMENT SECURITIES FUND, INC.; PWCM MASTER FUND LTD; REDWOOD MASTER FUND, LTD; TAX-

FREE PUERTO RICO FUND II, INC.; TAX-FREE PUERTO RICO FUND, INC.; TAX-FREE PUERTO RICO TARGET MATURITY FUND, INC.; SV CREDIT, L.P.

Movants - Appellants

v.

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO

Debtors - Appellees

THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY; THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES OF THE COMMONWEALTH OF PUERTO RICO

Interested Parties - Appellees

**MANDATE**

Entered: April 9, 2020

In accordance with the judgment of March 19, 2020, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Julia D. Alonzo
Ginger D. Anders
Ann M. Ashton
Ehud Barak
Hermann D. Bauer-Alvarez
Antonio Juan Bennazar-Zequeira
Bruce Bennett
Martin J. Bienenstock
Katiuska Bolanos-Lugo
Georg Alexander Bongartz

Guy Brenner
Ricardo Burgos-Vargas
Wandymar Burgos-Vargas
Juan J. Casillas-Ayala
Raul Castellanos-Malave
John K. Cunningham
Margaret Antinori Dale
William D. Dalsen
Joseph P. Davis III
Luis Francisco Del-Valle-Emmanuelli
Luc A. Despins
Arturo Diaz-Angueira
Yaira Dubin
Adele M. El-Khouri
Chantel L. Febus
Ubaldo M. Fernandez
Alfredo Fernandez-Martinez
Ralph C. Ferrara
Michael A. Firestein
Carl Forbes Jr.
David Robert Fox
Peter M. Friedman
Carla Garcia-Benitez
Ian Heath Gershengorn
Chad Golder
Robert D. Gordon
Michael R. Hackett
Mark David Harris
Lindsay C. Harrison
Beth Heifetz
Stephan E. Hornung
Glenn Kurtz
Alicia Irene Lavergne-Ramirez
Monsita Lecaroz-Arribas
Richard B. Levin
Jeffrey W. Levitan
Michael Luskin
Luis C. Marini-Biaggi
Rachel G. Miller Ziegler
Timothy W. Mungovan
Ashley M. Pavel
Susana I. Penagaricano Brown
Daniel Jose Perez-Refojos
Kevin J. Perra
Paul V. Possinger
Juan Carlos Ramirez-Ortiz

John J. Rapisardi
Lary Alan Rappaport
Stephen L. Ratner
John E. Roberts
Jennifer L. Roche
Melissa M. Root
Brian S. Rosen
Benjamin Rosenblum
Carlos Alberto Ruiz Rodriguez
Jose Carlos Sanchez-Castro
Sparkle Leah Sooknanan
Laura E. Stafford
Catherine Steege
Geoffrey S. Stewart
Suzzanne Uhland
Carolina Velaz-Rivero
Donald B. Verrilli Jr.
Steven O. Weise
Maja Zerjal