# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Morning session:
Set: 9:30 AM (AST)
Started: 9:30 AM (AST)
Ended: 11:36 AM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE JUDGE LAURA TAYLOR SWAIN**  DATE: April 22, 2020
**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY: Carmen Tacoronte / Lisa Ng
COURT REPORTER: Amy Walker

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al.*<br>Debtors | 3:17-BK-3283 (LTS)<br><br>PROMESA Title III<br><br>(Jointly Administered) |
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico,<br>Debtor | 3:17-BK-3566 (LTS)<br><br>PROMESA Title III<br>(Jointly Administered) |

3:17-BK-3283 (LTS)
Omnibus Hearing – April 22, 2020

**Omnibus Hearing held.**[1]

I. **STATUS REPORTS**

    1. Report from the Oversight Board

        a. See Case No. 17-3283, ECF No. 12910.

    2. Report from AAFAF

        a. See Case No. 17-3283, ECF No. 12921.

II. **CONTESTED MATTERS:**

    1. UCC's Motion to Reclassify Class 39A and Class 41 Claims. [Case No. 17-3283, ECF No. 11989]

        a. Denied without prejudice. Order to be issued.

    2. UBS Financial Services Renewed Motion for Relief from the Automatic Stay. [Case No. 17-3283, ECF No. 12561 / Case No. 17-3566, ECF No. 853]

        a. Denied without prejudice. Order to be issued.

    3. Preliminary Hearing on Santana-Baez Motion for Lift Stay Motion. [Case No. 17-3283, ECF No. 12516]

        a. Scheduling order to be issued.

III. **ADJOURNED MATTERS:**

    1. AAFAF's Objection to Claim of the United States Department of the Treasury/Internal Revenue Service. [Case No. 17-3283, ECF No. 7419, Case No. 17-3284, ECF No. 643]
    2. PREPA's Motion to Assume Certain Contracts. [Case No. 17-3283, ECF No. 12579, Case No. 17-4780, ECF No. 1951]
    3. FOMB's Motion to Direct Ambac to Withdraw Complaint. [Case No. 17-3283, ECF No. 12569, Case No. 17-3567, ECF No. 756]
    4. Debtor's 9019 Motion for Order Allowing PRIFA BANs Guarantee Claim. [Case No. 17-3283, ECF No. 12519]

---

[1] Hearing held by telephone conference.

3:17-BK-3283 (LTS)
Omnibus Hearing – April 22, 2020

5. Gladys García-Rubiera et. al.'s Motion Requesting Relief from Stay under 362(d)(1) of the Bankruptcy Code. [Case No. 17-3283, ECF No. 2434]
6. Ambac's Motion to Compel Compliance with Orders Authorizing 2004 Examinations. [Case No. 17-3283, ECF No. 7505]
7. Ambac's Motion for Order Authorizing 2004 Discovery Concerning Pension Liabilities. [Case No. 17-3283, ECF No. 7507]
8. AMPR's Motion for Relief from Stay. [Case No. 17-3283, ECF No. 3914]
9. Debtors' Omnibus Objections to Claims. Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the April 22, 2020 Omnibus Hearing to the June 2, 2020 Omnibus Hearing [Case No. 17-3283, ECF No. 12750]

/Carmen Tacoronte
Carmen Tacoronte
Courtroom Deputy