UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------------- X
:
In re:                                                           :
                                                                 :
THE FINANCIAL OVERSIGHT AND                                      :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                :   Title III
                                                                 :
            as representative of                                 :   Case No. 17-BK-3283 (LTS)
                                                                 :
THE COMMONWEALTH OF PUERTO RICO et al.,                          :   (Jointly Administered)
                                                                 :
            Debtors.[1]                                          :
----------------------------------------------------------------- X

ORDER DENYING MOTION OF OFFICIAL COMMITTEE OF UNSECURED
CREDITORS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3013
FOR ENTRY OF AN ORDER RECLASSIFYING CLASS 39A AND CLASS 41 CLAIMS
UNDER OVERSIGHT BOARD'S PLAN OF ADJUSTMENT DATED FEBRUARY 28, 2020

For the reasons stated on the record at the omnibus hearing on April 22, 2020, the
*Motion of Official Committee of Unsecured Creditors Pursuant to Federal Rule of Bankruptcy
Procedure 3013 for Entry of an Order Reclassifying Class 39A and Class 41 Claims Under
Oversight Board's Plan of Adjustment Dated February 28, 2020* (Docket Entry No. 11989 in
Case No. 17-3283, the "Motion") is denied without prejudice.

Subsequent to the filing of the status report pursuant to paragraph 3 of the *Order
Granting Motion to Adjourn Hearing to Consider the Adequacy of Information Contained in the
Disclosure Statement and Related Deadlines* (Docket Entry No. 12549 in Case No. 17-3283),
and prior to the filing of any motion to reset deadlines in connection with the disclosure

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case
number and the last four (4) digits of each Debtor's federal tax identification number, as
applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283
(LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing
Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits
of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority
("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID:
3808); (iv) Employees Retirement System of the Government of the Commonwealth of
Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of
Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA")
(Bankruptcy Case No. 17-BK-4780 (LTS)); and Puerto Rico Public Buildings Authority
("PBA") (Bankruptcy Case No. 19-BK-5233 (Last Four Digits of Federal Tax ID: 3801)
(Title III case numbers are listed as Bankruptcy Case numbers due to software
limitations) (Last Four Digits of Federal Tax ID: 3747).

statement hearing, the parties are directed to meet and confer regarding whether it is necessary
and appropriate for the classification issues raised in the Motion and related briefing to be
addressed separately from, and in advance of, the disclosure statement hearing.

Dated:      April 23, 2020

/s/ Laura Taylor Swain
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE