**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
*et al.*,

    Debtors.[1]

-----------------------------------------------------------------x

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

**SEVENTH JOINT STATUS REPORT OF UAW, SEIU AND AAFAF**
**WITH RESPECT TO THE PROCESSING OF GRIEVANCES AND ARBITRATIONS**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

3042755.2

To the Honorable United States District Judge Laura Taylor Swain:

International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, AFL-CIO (UAW) ("UAW"), Service Employees International Union ("SEIU"), and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), respectfully submit this seventh joint status report concerning the processing of union grievances and arbitrations.[2]

Background:

On January 16, 2018, the American Federation of State, County and Municipal Employees, AFL-CIO ("AFSCME") and the American Federation of Teachers, AFL-CIO ("AFT") filed a joint motion ("Motion") [ECF No. 2245] for an order to permit the processing through resolution of union arbitrations and grievances. UAW and SEIU filed a joinder to the motion ("Joinder") [ECF No. 2249].

On March 7, 2018, the Court issued an order ("Order") [ECF No. 2692] resolving the Motion and approving a stipulation ("Stipulation") that had been reached between the Commonwealth, AFSCME and AFT setting forth certain terms regarding the processing of grievances and arbitrations. UAW and SEIU were not parties to the Stipulation, and the Order did not address the Joinder.

At the March 7, 2018 omnibus hearing, counsel for UAW, SEIU and AAFAF informed the Court that the Commonwealth agreed to apply the terms of the Stipulation to UAW and SEIU for a period of 60 days.

---

[2] The Financial Oversight and Management Board for Puerto Rico, as the Debtors' representative pursuant to PROMESA section 315(b), has authorized AAFAF to file this seventh joint status report on behalf of the Commonwealth of Puerto Rico (the "Commonwealth").

2

On May 18, 2018, the Commonwealth agreed to continue, for a period of 120 additional days, to apply the terms of the Stipulation to UAW and SEIU, and UAW and SEIU agreed that the Joinder would remain adjourned without a hearing date.

On September 11, 2018, at the request of UAW and SEIU, the Commonwealth agreed to continue, for an additional period of 120 days, to apply the terms of the Stipulation to UAW and SEIU, and UAW and SEIU agreed that the Joinder would remain adjourned without a hearing date.

On January 9, 2019, at the request of UAW and SEIU, the Commonwealth agreed to continue, for an additional period of 120 days, to apply the terms of the Stipulation to UAW and SEIU, and UAW and SEIU agreed that the Joinder would remain adjourned without a hearing date.

On May 16, 2019, at the request of UAW and SEIU, the Commonwealth agreed to continue, for an additional period of 120 days, to apply the terms of the Stipulation to UAW and SEIU, and UAW and SEIU agreed that the Joinder would remain adjourned without a hearing date.

On September 9, 2019, at the request of UAW and SEIU, the Commonwealth agreed to continue, for an additional period of 120 days, to apply the terms of the Stipulation to UAW and SEIU, and UAW and SEIU agreed that the Joinder would remain adjourned without a hearing date.

On January 9, 2020, at the request of UAW and SEIU, the Commonwealth agreed to continue, for an additional period of 120 days, to apply the terms of the Stipulation to UAW and SEIU, and UAW and SEIU agreed that the Joinder would remain adjourned without a hearing date.

Current Status:

On April 20, 2020, at the request of UAW and SEIU, the Commonwealth agreed to continue, for an additional period of 120 days, to apply the terms of the Stipulation to UAW and SEIU, and UAW and SEIU agreed that the Joinder would remain adjourned without a hearing date.

Dated: April 24, 2020

                        **COHEN, WEISS AND SIMON LLP**

By:    */s/ Peter D. DeChiara*
       Richard M. Seltzer *(pro hac vice)*
       Peter D. DeChiara *(pro hac vice)*
       Marie B. Hahn *(pro hac vice)*
       900 Third Avenue
       New York, NY 10022-4869
       (212) 563-4100

**MONSERRATE SIMONET & GIERBOLINI**

*/s/ Miguel Simonet Sierra*
Miguel Simonet Sierra
USDC # 210101
101 San Patricio Ave., Suite 1120
Guaynabo, PR 00968
Tel.: (787) 620-5300

*Counsel to UAW and SEIU*

4

**O'MELVENY & MYERS LLP**

By: */s/ Peter Friedman*
John J. Rapisardi *(pro hac vice)*
Suzzanne Uhland *(pro hac vice)*
Peter Friedman *(pro hac vice)*
7 Times Square
New York, NY 10036
(212) 326-2000

*Counsel for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

**MARINI PIETRANTONI MUÑIZ LLC**

By: */s/ Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC No. 222301
MCS Plaza, Suite 500
255 Ponce de León Ave.
San Juan, Puerto Rico 00917
Tel: (787) 705-2171
Fax: (787) 936-7494

*Counsel for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

5

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of April 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will notify all counsel of record by emailing a copy and caused to be mailed, as provided in the Court-approved Case Management Procedures in this case.

Dated: April 24, 2020  /s/ *Marie B. Hahn*
Marie B. Hahn