## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## AFFIDAVIT OF PUBLICATION

    I, Asir U. Ashraf, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    This Affidavit of Publication includes sworn statements verifying that the *Notice of Deadlines for Filing Proofs of Claim for Creditors of the Puerto Rico Public Buildings Authority*, as conformed for publication, was published on April 16, 2020 in the national editions of the *Bond Buyer* as described in **Exhibit A**, (2) *El Diario NY* as described in **Exhibit B**, (3) *El Nuevo Dia* as described in **Exhibit C**, and (4) *El Nuevo Herald* as described in **Exhibit D**.

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: April 24, 2020

*/s/ Asir U. Ashraf*
Asir U. Ashraf

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 24, 2020, by Asir U. Ashraf, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 41454

**<u>Exhibit A</u>**

**Copy Of
Advertisement
Of**

**Certificate of Publication**

Yohanna Beato, is the Billing Coordinator of the
BOND BUYER, a daily newspaper printed and published at One State
Street Plaza, in the City of New York, County of New York, State of
New York; and the notice, of which the annexed is a printed copy, was
regularly published in said BOND BUYER on April 16th, 2020.

X   *Yohanna Beato*

*Billing Coordinator*
*April 16th 2020*

# Legal Notice

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

In re:
THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,
as representative of
THE COMMONWEALTH OF PUERTO RICO, *et al.*,
Debtor.[1]

PROMESA Title III
No. 17 BK 3283-LTS

(Jointly Administered)

In re:
THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,
as representative of
THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,
Debtor.

PROMESA Title III
Case No. 19 BK 5523-LTS

(Jointly Administered)

### NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM FOR CREDITORS OF THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY

### FINAL REMINDER

**TO ALL CREDITORS OF THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY, AND TO OTHER PARTIES IN INTEREST, PLEASE TAKE NOTICE OF THE FOLLOWING:**

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") has filed a voluntary petition under section 304(a) of *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] initiating a Title III case under PROMESA (a "Title III Case") for the Puerto Rico Public Buildings Authority ("PBA" or the "Debtor") on September 27, 2019. **You may be a creditor of PBA, and you may be required to file a proof of claim** ("Proof of Claim").

**If you have already filed a Proof of Claim, no further action is required unless directed by court order, notice, or otherwise.**

#### OVERVIEW — KEY POINTS

- This is a legal notice concerning PBA's Title III case. This Notice is being sent to all parties that may be owed money by PBA (known as "Creditors").
- **The Overview on this page describes the key terms of this Notice. Please read the entire Notice carefully for further details.**
- In a Title III case under PROMESA, Creditors of PBA may be required to file claim forms stating the amount of money owed to them as of the day the Title III case was filed. This Notice explains how to file claims.
- **Many creditors of PBA are not required to file a claim.** This Notice explains who is required to file a claim and who is not required to file a claim. **Please see Section 2 of this document for a complete list of parties not required to file a claim.**
- **If you are not required to file a claim, you do not need to complete and return a claim form**, and you will still keep your rights to vote on a plan of adjustment and receive payments under the plan. A plan of adjustment is a document that explains how PBA proposes to pay the amounts it owes to its creditors. This plan is available for creditors to review at https://cases.primeclerk. com/puertorico/.
- **If you are required to file a claim against PBA**, you must do so by **May 15, 2020 at 4:00 p.m., Atlantic Standard Time.**
- Claims may be filed by (a) electronically filing on the Claims Agent's website at https://cases.primeclerk.com/puertorico/EPOC-Index, or (b) mail or hand delivery to the addresses provided in Section 6 of this document.
- After reading this document, if you require additional information regarding this Notice, you may contact the Claims Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@ primeclerk.com. Please note that the people answering the phone number are not able to provide legal advice. If you have questions about your legal rights, including whether you need to file a claim, you should talk to an attorney.

#### Section 1 — The Bar Dates

On March 11, 2020, the United States District Court for the District of Puerto Rico (the "District Court") entered an order (the "Bar Date Order") in the Title III Case for PBA in accordance with Bankruptcy Rule 3003(c) fixing the following deadlines to file Proofs of Claim (collectively, the "Bar Dates"):

(a) **General Bar Date**: **4:00 p.m. (Atlantic Standard Time) on May 15, 2020**, is the deadline (the "General Bar Date") for filing proofs of claim (as defined in Bankruptcy Code section 101(5)), against PBA on account of (i) claims arising, or deemed to have arisen, prior to the commencement of PBA's Title III Case on September 27, 2019, including, for the avoidance of doubt, claims arising under Bankruptcy Code section 503(b)(9), and (ii) claims asserted by governmental units (as defined in Bankruptcy Code section 101(27));

(b) **Rejection Bar Date**: Except as otherwise set forth in any order authorizing the rejection of an executory contract or unexpired lease, **4:00 p.m. (Atlantic Standard Time) on the date that is the later of (i) the General Bar Date and (ii) the first business day that is thirty-five (35) calendar days after the entry of an order by the Court authorizing such rejection** is the deadline for a party to any such rejected executory contract or unexpired lease to file proofs of claim relating to the rejection of such contract or lease (the "Rejection Bar Date," and together with the General Bar Date, the "Bar Dates"); and

(c) **Bar Date if Creditor List is Amended or Supplemented**: If, after the Bar Date Notice is served, PBA (a) amends its Creditor List to reduce a claim and/or to change the classification, nature or characterization of a claim, or (b) supplements its respective Creditor List, PBA shall give notice of any amendment or supplement to the holders of claims reduced or changed thereby, and advise such holders they shall each have until the **later of (i) the General Bar Date and (ii) thirty-five (35) days from the date of such notice** to file a proof of claim, or an amended proof of claim, if applicable, or be barred from so doing.

As used in this Notice, a "claim," as defined in section 101(5) of the Bankruptcy Code, whenever arising, any claim against PBA based upon PBA's primary, secondary, direct, indirect, fixed, secured, unsecured, contingent, guaranteed, disputed, undisputed, liquidated, unliquidated, matured, unmatured, legal, or equitable liability or otherwise, including, for the avoidance of doubt, claims arising under section 503(b)(9) of the Bankruptcy Code (each, a "Claim").

#### Section 2 — Who is NOT Required To File a Proof of Claim

**THE FACT THAT YOU RECEIVED THIS NOTICE DOES NOT MEAN THAT YOU HAVE A CLAIM AGAINST PBA OR THAT PBA BELIEVES YOU HAVE A CLAIM.**

The following persons and entities are **not** required to file a Proof of Claim on or before the applicable Bar Date:

A. **Allowed Claims**: Any person or entity whose claim was previously allowed by an order of this Court entered on or before the applicable Bar Date;

B. **Paid Claims**: Any person or entity whose claim was paid in full by PBA, including claims paid by PBA after the commencement date of its Title III Case;

C. **Proofs of Claim Already Filed**: Any person or entity who already properly filed a proof of claim, which substantially conforms to the Proof of Claim Form, in this Title III Case with the Court or PBA's claims and noticing agent;

D. **Claims Properly Listed and Categorized on Creditor List**: Any person or entity whose claim is listed on the Creditor List and (i) the claim is not listed as "disputed," "contingent," or "unliquidated," (ii) the person or entity does not dispute the amount and nature of the claim as set forth on the Creditor List, and (iii) the person or entity does not dispute that the claim is an obligation of PBA;

E. **Pension Claims**: Any retiree, active employee, and former employee and any beneficiary of the foregoing persons for accrued pensions and any and all other post-retirement benefits due as a result of such person's employment by or being a beneficiary of the PBA ("Pension Claims"); provided, however, that any such holder should assert a claim not otherwise excepted from filing a proof of claim by Paragraphs A. through L. of this Motion by filing a proof of claim with respect to such other claim on or before the General Bar Date to avoid disallowance of such other claim;

F. **Union or Non-Union Employee Claims**: Any union-represented or non-union represented employee, furloughed employee, or former employee for compensation and employment benefits, including, without limitation, wages, salaries, employee medical benefits and/or insurance benefits, or workers' compensation claims ("Compensation Claims"); provided, however, that Compensation Claims shall not include claims asserted or to be asserted in any lawsuit or administrative proceeding based on tort or non-employment-related to common law, statutory law, or regulation even where such claims assert as damages an entitlement to wages, salaries, employee medical benefits and/or insurance benefits;

G. **Individual Union Members' Claims**: Any person or entity that holds a claim limited to obligations due under their respective collective bargaining agreements, to the extent the relevant union files a master proof of claim on behalf of their respective constituents against PBA ("CBA Claims"); provided, however, that any such holder should assert (I) a claim not otherwise excepted from filing a proof of claim by Paragraphs A. through L. of the Bar Date Motion, or (II) a claim for a grievance that has been resolved and liquidated by settlement or arbitration award as of September 27, 2019 (such claim, a "Resolved Grievance"), by filing a proof of claim with respect to such claim on or before the General Bar Date to avoid disallowance of such claim;

H. **Individual Bondholder Claims Covered by Timely Filed Bond Master Proof of Claim**: Any person or entity that holds a claim that is limited to the repayment of principal, interest and other fees and expenses, to the extent the relevant indenture trustee, fiscal agent, or similar agent or nominee files a Bond Debt Master Proof of Claim against the relevant Debtor on or before the General Bar Date on account of all bond claims against the relevant Debtor under the respective trust agreement or bond document; provided, however, that any such holder must assert a claim not otherwise excepted from filing a proof of claim by Paragraphs A. through L. of this Section by filing a proof of claim with respect to such other claim on or before the General Bar Date to avoid disallowance of such other claim;

I. **Inter-Governmental Claims**: Any municipality, department, or agency of the Commonwealth asserting a claim against PBA in an amount less than $100 million. For the avoidance of doubt, any entity asserting a claim against PBA equal to or greater than $100 million must file a proof of claim with respect to such claim on or before the General Bar Date to avoid disallowance of such claim;

J. **Administrative Expenses**: Any holder of a claim allowable under Bankruptcy Code sections 503(b) and 507(a)(2) as an administrative expense (**other** than a claim under Bankruptcy Code section 503(b)(9));

K. **Proofs of Claim with Separate Deadlines**: Any holder of a claim for which a separate deadline is or has been fixed by this Court; and

L. **Professionals' Administrative Claims**: Professionals who assert administrative claims for fees and expenses subject to the Court's approval pursuant to PROMESA section 316.

provided, however, that, should the District Court fix a date by which the Claims described in Paragraphs [A. through L.] above must be filed, you will be notified of such bar date at the appropriate time.

#### Section 3 — When You MUST File a Proof of Claim

You **MUST** file a Proof of Claim to vote on any plan of adjustment filed by the Oversight Board on behalf of PBA or to share in any distributions from PBA if you have a Claim that arose prior to the commencement date and it is not one of the types of Claims described in Paragraphs A. through L. in Section 2 above.

A holder of a possible Claim against PBA should consult an attorney if such holder has any questions regarding this Notice, including whether the holder should file a Proof of Claim.

#### Section 4 — Consequences of Failure to File a Proof of Claim by the Applicable Bar Date

ANY HOLDER OF A CLAIM THAT IS NOT EXCEPTED FROM THE REQUIREMENTS OF THE BAR DATE ORDER, AS SET FORTH IN PARAGRAPHS A. THROUGH L. IN SECTION 2 ABOVE, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM WILL BE FOREVER BARRED (UNLESS OTHERWISE ORDERED BY THE COURT) FROM ASSERTING SUCH CLAIM AGAINST PBA, FROM VOTING ON ANY PLAN OF ADJUSTMENT FILED IN THIS TITLE III CASE, AND FROM PARTICIPATING IN ANY DISTRIBUTION IN THIS TITLE III CASE ON ACCOUNT OF SUCH CLAIM.

#### Section 5 — What to File

Each Proof of Claim, to be properly filed pursuant to this Notice, shall: (i) be written in English or Spanish; (ii) be denominated in lawful currency of the United States as of the Title III Case commencement date; (iii) set forth with specificity the legal and factual basis for the asserted claim; (iv) include a copy of the supporting documentation (or, if such documentation is voluminous, you must attach a summary of such documentation) or an explanation as to why such documentation is not available, with such documentation, summary, or explanation being provided in English or Spanish; (v) include an original or electronic signature of the claimant or an authorized agent of the claimant; and (vi) substantially conform to the Proof of Claim Form approved by the Bar Date Order. If you file a summary of the supporting documentation because they are voluminous, you must transmit the supporting documentation to (a) the Claims Agent and (b) PBA within ten days after the date of a written request by PBA for such documents.

The Proof of Claim Form can be obtained, as well as filed, on the website established and maintained by the Claims Agent at https://cases.primeclerk.com/puertorico/.

#### Section 6 — Where and How to File

All Proofs of Claim, except as otherwise provided for or specifically excepted in Section 2 above, shall be filed with the claims and noticing agent, Prime Clerk LLC (the "Claims Agent") pursuant to the procedures provided herein **so as to actually be received** on or before the applicable Bar Date, depending upon the nature of the Claim.

Proofs of Claim may be filed through any of the following methods:

(i) completing the electronic Proof of Claim on the Claims Agent's website at https://cases.primeclerk.com/puertorico/EPOC-Index.

(ii) if delivered by **first class mail**, at the following address: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk LLC, Grand Central Station, PO Box 4708, New York, NY 10163-4708;

(iii) if **by overnight courier**, at the following address: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, or

(iv) if **by hand delivery**, at any of the following locations: (a) Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, or (b) the following locations in the Commonwealth, available during the listed dates and times:

**Locations in the Commonwealth Accepting Proofs of Claim by Hand Delivery[3]**

The locations will not be open prior to May 3, 2020. After the locations open, they will be available through May 15, 2020 (except weekends and Court Holidays). Please call (844) 822-9231 before proceeding to one of these locations to confirm whether the location is open.

| Address | Hours (AST) |
|---|---|
| José V. Toledo Federal Building & US Courthouse Clerk's Office 300 Recinto Sur Street, San Juan, PR 00901 | M-F 8:00 a.m. to 5:00 p.m. |
| Federico Degetau Federal Building and Clemente Ruiz Nazario U.S. Courthouse Clerk's Office 150 Carlos Chardón Street, San Juan, Puerto Rico, 00918-1767 | M-F 8:30 a.m. to 3:30 p.m. |
| MCS Building, Suite 222 A Bankruptcy Court Clerk's Office 880 Tito Castro Avenue, Ponce, PR 00716-4732 | M-F 8:00 a.m. to 5:00 p.m. |
| Aerotek Abasco Bianca Convention Center Carr 2 KM 143, Suite 3, Añasco, PR 00610 | M-F 8:30 a.m. to 5:00 p.m. |
| Oceana HUB Center 2 Calle Acerina, Caguas, PR 00725 | M-F 8:30 a.m. to 5:00 p.m. |

Proofs of Claim sent by facsimile, telecopy, or electronic mail transmission will **not** be accepted; provided, however, they may be submitted through Prime Clerk's website: https://cases.primeclerk.com/puertorico/EPOC-Index.

#### Section 7 — Additional Information

PBA's Creditor List and the Bar Date Order may be downloaded and examined free of charge from the Claims Agent website, https://cases.primeclerk.com/puertorico/. Any creditor that relies on PBA's Creditor List bears responsibility for determining that its Claim is accurately listed therein.

If you require additional information regarding this Notice, you may contact the Claims Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.

Dated: April 8, 2020

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[3] PBA reserves the right to amend the locations accepting proofs of claim by hand delivery.

**<u>Exhibit B</u>**



an impreMedia company

Affidavit of Publication State of New York County of New York, ss:
The undersigned, <u>Esperanza Ruiz,</u> is an Account Executive of
EL DIARIO/LA PRENSA a company of Impremedia, located at
15 Metro Tech Center, 7th Floor, Brooklyn, NY 11201

This is a daily newspaper published in **New York State**. The legal notice of
**The Commonwealth of Puerto Rico**
was published in said newspaper as set forth below or in the annexed exhibit.

This newspaper has been
designated by the Clerk of New York County for this purpose.

**Said Notice was published on:**

**Thursday, April 16, 2020**

Subscribed and sworn to before me this

day of _April, 2020_

_Esperanza Ruiz_
Account Executive

Notary Public, New York County, N.Y.

SAMUEL TSE
NOTARY PUBLIC, STATE OF NEW YORK
No. 01TS6357989
Qualified in Kings County
Commission Expires May 1, 20 21

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

En la causa:

LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA
PARA PUERTO RICO,
como representante de
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, Y OTROS
Deudor.[1]

PROMESA
Título III
Caso n.° 17 BK 3283-LTS
(Administrados en forma conjunta)

En la causa:

LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA
PARA PUERTO RICO,
como representante de
LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO
Deudor.

PROMESA
Título III
Caso n.° 17 BK 3283-LTS
(Administrados en forma conjunta)

**AVISO DE PLAZOS PARA LA PRESENTACIÓN DE EVIDENCIAS DE RECLAMACIONES**

**ÚLTIMO AVISO**

**A TODOS LOS ACREEDORES DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS Y OTRAS PARTES INTERESADAS, TENGA A BIEN NOTIFICARSE:**

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") presentó una petición voluntaria en virtud del artículo 304(a) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA"),[2] que inicia un caso en virtud del Título III de PROMESA (el "Caso en virtud del Título III") para la Autoridad de Edificios Públicos ("PBA" o el "Deudor") el 27 de septiembre de 2019. **Usted podría ser acreedor de PBA y es posible que deba presentar una evidencia de reclamación** ("Evidencia de reclamación").

**INFORMACIÓN GENERAL: PUNTOS CLAVE**

- **Este documento es una notificación legal relacionada al Caso de Título III de PBA. Este documento esta siendo enviado a todas las partes que pueden ser adeudadas dinero por PBA (conocidos como los "acreedores")**
- **En la información general de esta página, se describen los términos clave del documento. Lea detenidamente todo el documento para obtener más detalles.**
- En un caso bajo el Título III conforme a la ley PROMESA, es probable que se les exija a los acreedores de PBA que presenten formularios de evidencia de reclamaciones que indiquen el monto adeudado hasta el día en que se presentó el caso. En este documento se explica cómo presentar reclamaciones.
- **A muchos acreedores de PBA no se les exige presentar una reclamación.** En este documento se explica quiénes deben presentar una reclamación y quiénes no deben presentarla. **Consulte la Sección 2 de este documento para obtener una lista completa de las partes que no deben presentar una reclamación.**
- **Si a usted no se le exige presentar una reclamación, no es necesario que complete y devuelva un formulario de evidencia de reclamación**, y seguirá manteniendo sus derechos de estar o pueden cobrar un plan de ajuste y recibir pagos en virtud del plan. Un plan de ajuste es un documento en el que se explica la manera en que PBA propone pagar los montos adeudados a sus acreedores. Este plan está disponible para que lo revisen los acreedores en https://cases.primeclerk.com/puertorico/.
- **Si debe presentar una reclamación en contra de PBA,** debe hacerlo antes del **15 de mayo del 2020 a las 4:00 p.m., hora del Atlántico.**

**Sección 1. Las Fechas límite.** El 11 de marzo de 2020, el Tribunal de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal de Distrito") emitió una resolución (la "Orden de fechas límite") para el Caso en virtud del Título III de PBA de conformidad con la Norma de quiebra 3003(c) en la que se establecen los siguientes plazos para presentar Evidencias de reclamaciones (en conjunto, las "Fechas límite"):

(a) **Fecha límite general: 4:00 p.m. (hora estándar del Atlántico) del 15 de mayo de 2020.** Este es el plazo (la "Fecha límite general") para presentar evidencias de reclamaciones (según se define en el artículo 101(5) del Código de Quiebras), en contra de PBA por concepto de (i) reclamaciones que surgieron o se considera que surgieron antes de la fecha de inicio del caso de PBA en virtud del Título III el 27 de septiembre de 2019, inclusive, a fin de disipar dudas, reclamaciones que surgieron de conformidad con el artículo 503(b)(9) del Código de Quiebras, y (ii) reclamaciones alegadas por entidades gubernamentales (según se definen en el artículo 101(27) del Código de Quiebras).

(b) **Fecha límite de rechazo:** salvo que se estipule lo contrario en alguna orden que autorice el rechazo de un contrato de ejecución pendiente o un arrendamiento vigente, las **4:00 p.m. (hora estándar del Atlántico) de la fecha que sea posterior entre (i) la Fecha límite general y (ii) el primer día hábil después de los treinta y cinco (35) días calendario posteriores a la emisión de la orden por parte del Tribunal que autorice dicho rechazo** es el plazo para que una parte del contrato de ejecución pendiente o arrendamiento vigente rechazados presente evidencias de reclamaciones relacionadas con el rechazo de dicho contrato o arrendamiento (la "Fecha límite de rechazo" y, junto con la Fecha límite general, las "Fechas límite").

Según su uso en este Aviso, una "reclamación", tal como se define en el artículo 101(5) del Código de Quiebras, siempre que surja, incluye, cualquier reclamación en contra de PBA basada en la responsabilidad primaria, secundaria, directa, indirecta, fija, garantizada, no garantizada, eventual, asegurada, impugnada, no impugnada, liquidada, no liquidada, vencida, no vencida, legal o contingente al sistema del Equity de PBAo de alguna otra manera, incluidos, a fin de disipar dudas, los créditos que surjan de conformidad con el artículo 503(b)(9) del Código de Quiebras para una de ellos, una ("Reclamación").

**Sección 2. Quiénes NO deben presentar Evidencias de reclamaciones. EL HECHO DE QUE HAYA RECIBIDO ESTE AVISO NO IMPLICA QUE USTED TENGA UN RECLAMACIÓN O EVIDENCIA DE RECLAMACIÓN QUE USTED TIENE UNA RECLAMACIÓN.**

A las siguientes personas y entidades no se les exige presentar una Evidencia de reclamaciones en la Fecha límite correspondiente o con anterioridad:

A. Reclamaciones permitidas: cualquier persona o entidad cuya reclamación se haya permitido anteriormente mediante una orden de este Tribunal emitida en la Fecha límite correspondiente o con anterioridad.

B. Reclamaciones pagadas: cualquier persona o entidad cuya reclamación se haya pagado totalmente por parte de un Deudor, incluidas las reclamaciones que se pagaron después de la fecha de inicio de su respectivo Caso en virtud del Título III.

C. Evidencias de reclamaciones ya presentadas: cualquier persona o entidad que ya presentó correctamente una evidencia de reclamación, que respete sustancialmente el Formulario de evidencia de reclamación, en estos Casos en virtud del Título III ante el Tribunal o el agente de créditos y avisos de los Deudores.

D. Créditos correctamente mencionados y categorizados en las Listas de acreedores: cualquier persona o entidad cuyo crédito figure en una de las Listas de acreedores y (i) si el crédito no se menciona como "impugnado", "eventual" o "no liquidado", (ii) si la persona o la entidad no impugnan el monto y la naturaleza del crédito, tal como se establece en la Lista de acreedores correspondiente, y (iii) si la persona o la entidad no disputan que el crédito es una obligación del Deudor en cuestión.

E. Créditos por pensión: cualquier jubilado, empleado activo o exempleado de y cualquier beneficiario de las personas mencionadas anteriormente por pensiones acumuladas y cualquier y todo beneficio post-retiro vencido como resultado de cada empleo de esa persona por ser un beneficiario del Deudor de Título III ("Reclamaciones de Pensión"); sin embargo, dicho titular debe alegar un crédito que no esté exceptuado, de alguna otra manera, de la presentación de una evidencia de reclamaciones según las párrafos A a L de esta moción, para lo cual debe presentar una evidencia de reclamaciones con respecto a este otro crédito en la Fecha límite general o con anterioridad para evitar el rechazo del otro crédito.

F. Créditos de empleados sindicalizados o no sindicalizados: cualquier empleado, empleado con licencia o exempleado representados por un sindicato o no representados por un sindicato para la indemnización y los beneficios de empleo, incluidos, entre otros, los sueldos, salarios, beneficios médicos para empleados, o beneficios de seguros o reclamaciones de indemnización por accidentes laborales ("Créditos de indemnización"); sin embargo, los Créditos de indemnización no deben incluir créditos que se alegaron o se alegarán en una causa judicial o un procedimiento administrativo sobre la base de agravio o derecho consuetudinario, derecho estatutario o reglamentarios no relacionados con el empleo, incluso cuando dichos créditos se aleguen como daños o derechos a recibir sueldos, salarios, beneficios médicos para empleados o beneficios de seguros.

G. Créditos de mientras de sindicatos individuales: cualquier persona o entidad titular de un crédito que se limita a obligaciones en virtud de sus respectivos convenios colectivos de trabajo, en la medida en que la unión relevante presente una reclamación colectiva en nombre de sus respectivos constituyentes en contra del Deudor ("Reclamaciones CBA"); sin embargo, dicho titular debe alegar (i) un crédito que no esté excepctuado, de alguna otra manera, de la presentación de una evidencia de reclamaciones según los párrafos A a L de esta moción o (ii) un crédito por una causa que se resolvió y liquidó mediante un arreglo o laudo arbitral al 27 de septiembre de 2019 (dicha reclamación, una "Queja Resuelta"), y, para ello, debe presentar una evidencia de reclamaciones con respecto al crédito en la Fecha límite general o con anterioridad para evitar el rechazo del crédito.

H. Créditos de tenedores de bonos individuales cubiertos por evidencias de reclamaciones principales de deudas en bonos presentadas oportunamente: cualquier persona o entidad titular de un crédito que se limita al pago de capital, intereses y otros cargos y gastos, en la medida en que el fiduciario, agente fiscal, o agente o designado similares pertinentes presenten una Evidencia de reclamaciones principal de una deuda en bonos en contra del Deudor pertinente en la Fecha límite general o con anterioridad en concepto de todos los créditos en forma de bonos en contra del Deudor pertinente en virtud del respectivo acuerdo de fideicomiso o documento del bono; sin embargo, dicho titular debe alegar un crédito que no esté excepctuado, de alguna otra manera, de la presentación de una evidencia de reclamaciones según los párrafos A a L de esta sección, para lo cual debe presentar una evidencia de reclamaciones con respecto a este otro crédito en la Fecha límite general o con anterioridad para evitar el rechazo de este otro crédito.

I. Créditos intergubernamentales: cualquier municipio, departamento u organismo de Commonwealth que no sea un Deudor ni un "organismo territorial cubierto" (según se define en la ley PROMESA) que alegue un crédito en contra de PBA por un monto menor que $100 millones. A fin de disipar dudas, cualquier entidad que alegue un crédito en contra de PBA igual o superior a $100 millones debe presentar una evidencia de reclamaciones con respecto a dicho crédito en la Fecha límite general o con anterioridad para evitar el rechazo de dicho crédito.

J. Gastos administrativos: cualquier titular de un crédito permisible en virtud de los artículos 503(b) y 507(a)(2) del Código de Quiebras como gasto administrativo (**que no sea** un crédito en virtud del artículo 503(b)(9) del Código de Quiebras).

K. Evidencias de reclamaciones con propósitos independientes: cualquier titular de un crédito para el cual este Tribunal fijo o haya fijado un plazo independiente.

L. Créditos administrativos de profesionales: profesionales que alegan créditos administrativos por honorarios y gastos sujetos a la aprobación del Tribunal de conformidad con el artículo 316 de la ley PROMESA.

Sin embargo, en caso de que el Tribunal de Distrito fije una fecha antes de la cual deban presentarse los Créditos descritos anteriormente en los párrafos A a L, usted recibirá oportunamente una notificación de dicha fecha límite.

**Sección 3. Quiénes DEBEN presentar Evidencias de reclamaciones.** Usted DEBE presentar una **Evidencia de reclamaciones** para evitar en cualquier plan de ajuste presentado por la Junta de Supervisión en nombre de PBA o para participar en las distribuciones de PBA si tiene un crédito que surgió antes de la fecha de inicio y que no corresponde a uno de los tipos de Créditos descritos anteriormente en los párrafos A a L de la Sección 2.

**Sección 4. Consecuencias de no presentar una Evidencia de reclamaciones antes de la Fecha límite correspondiente. A TODO TITULAR DE UN CRÉDITO QUE NO ESTÉ EXIMIDO DE LOS REQUISITOS DE LA ORDEN DE FECHAS LÍMITE, TAL COMO SE INDICÓ ANTERIORMENTE EN LOS PÁRRAFOS A-L DE LA SECCIÓN 2, Y QUE NO PRESENTE DE MANERA OPORTUNA UNA EVIDENCIA DE RECLAMACIONES EN EL FORMULARIO APROPIADO SE LE PROHIBIRÁ A PERPETUIDAD (SALVO QUE EL TRIBUNAL RESUELVA LO CONTRARIO) ALEGAR DICHO CRÉDITO EN CONTRA DE PBA, VOTAR EN CUALQUIER PLAN DE AJUSTE PRESENTADO EN ESTE CASO EN VIRTUD DEL TÍTULO III Y PARTICIPAR DE CUALQUIER DISTRIBUCIÓN EN ESTE CASO EN VIRTUD DEL TÍTULO III EN CONCEPTO DE DICHO CRÉDITO.**

**Sección 5. Qué se debe presentar.** Cada Evidencia de reclamación, para presentarse correctamente de conformidad con este Aviso, deberá: (i) estar escrita en inglés o en español; (ii) estar denominada en moneda de curso legal de los Estados Unidos a la fecha de inicio del Caso pertinente en virtud del Título III; (iii) establecer específicamente el fundamento legal y fáctico del crédito alegado; (iv) incluir una copia de la documentación de respaldo o, si esta documentación es demasiado extensa, debe adjuntar un resumen de dicha documentación o una explicación de por qué la documentación no está disponible, y la documentación, el resumen o la explicación deben proporcionarse en inglés o en español; (v) incluir una firma original o electrónica del reclamante o un representante autorizado del reclamante, y (vi) respetar sustancialmente el Formulario de evidencia de reclamaciones aprobado por la Orden de fechas límite. Si presenta un resumen de la documentación de respaldo porque es muy extensa, debe enviar esta documentación (a) al Agente de créditos y (b) al Deudor en un plazo de diez días posteriores a la fecha de una solicitud escrita de dichos documentos por parte del Deudor.

El Formulario de evidencia de reclamaciones se puede obtener, así como presentar, en el sitio web que establece y mantiene el Agente de créditos en https://cases.primeclerk.com/puertorico/.

**Sección 6. Dónde y cómo realizar la presentación.** Todas las Evidencias de reclamaciones, salvo que se indique lo contrario o sea eximan específicamente en la sección 2 incluida anteriormente, deberán presentarse ante el Agente de créditos y avisos, Prime Clerk LLC, (el "Agente de créditos") de conformidad con los procedimientos descritos en el presente documento **para que se reciban efectivamente** en la Fecha límite correspondiente o con anterioridad, según la naturaleza del Crédito.

Las Evidencias de reclamaciones pueden presentarse a través de cualquiera de los siguientes métodos:
(i) Completar la Evidencia de reclamaciones en formato electrónico en el sitio web del Agente de créditos en https://cases.primeclerk.com/puertorico/EPOC-Index.
(ii) Realizar el envío por servicio de correo "first class" a la siguiente dirección: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232.
(iii) Enviar mediante servicio de correo "overnight" a la siguiente dirección: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232.
(iv) Realizar la entrega personalmente en cualquiera de las siguientes ubicaciones: (a) Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, o (b) las Direcciones de Commonwealth que se indican a continuación, disponibles durante las fechas y los horarios señalados:

**Ubicaciones de Commonwealth
donde se acepta la entrega personalmente de las Evidencias de reclamaciones[3]**

Las oficinas no estarán abiertas antes del 3 de mayo de 2020. Después de que estas abran, estarán disponibles hasta el 15 de mayo de 2020 (salvo fines de semana y feriados judiciales). Llame al (844) 822-9231 antes de dirigirse a una de estas oficinas para confirmar que este abierta.

| Dirección | Horarios (AST) |
|---|---|
| José V. Toledo Federal Building & US Courthouse, Clerk's Office<br>300 Recinto Sur Street, San Juan, PR 00901 | De lun. a vier.<br>de 8:00 a. m. a 5:00 p. m. |
| Federico Degetau Federal Building and Clemente Ruiz Nazario U.S. Courthouse<br>Clerk's Office<br>150 Carlos Chardón Street, San Juan, Puerto Rico, 00918-1767 | De lun. a vier.<br>de 8:30 a. m. a 3:30 p. m. |
| MCS Building, Suite 222 A, Bankruptcy Court Clerk's Office<br>880 Tito Castro Avenue, Ponce, PR 00716-4732 | De lun. a vier.<br>de 8:00 a. m. a 5:00 p. m. |
| Aerotek Aliados, Blanca Convention Center<br>Carr 2 KM 143, Suite 3, Añasco, PR 00610 | De lun. a vier.<br>de 8:30 a. m. a 5:00 p. m. |
| Oceana HUB Center<br>2 Calle Acerina, Caguas, PR 00725 | De lun. a vier.<br>de 8:30 a. m. a 5:00 p. m. |

**No** se aceptarán las Evidencias de reclamaciones enviadas por facsímil, telecopia o transmisión por correo electrónico; sin embargo, pueden enviarse a través del sitio web de Prime Clerk; https://cases.primeclerk.com/puertorico/EPOC-Index.

**Sección 7. Información adicional.** Las Listas de acreedores de PBA y la Orden de fechas límite pueden descargarse y revisarse sin cargo en el sitio web del Agente de créditos, https://cases.primeclerk.com/puertorico/. Todo acreedor que se base en las Listas de acreedores de PBA asume la responsabilidad de determinar que su Crédito figure correctamente en dichas listas.

Si necesita información adicional sobre este Aviso, puede comunicarse con el Agente de créditos al (844) 822-9231 (línea gratuita para los EE. UU y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a. m. a 7:00 p. m. (hora del Atlántico) (disponible en español), o por correo electrónico a la dirección puertoricoinfo@primeclerk.com.

Fecha: Abril 8, 2020

[1]   Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación tributaria federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado ") (Caso de quiebra No. 17BK 3283-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de quiebra No. 17 BK 3284-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de quiebra No. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de quiebra No. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 9686); y (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") (últimos cuatro dígitos del número de identificación tributaria federal: 3747); y (vi) Autoridad de Edificios Públicos ("PBA") (Caso de quiebra No. 19-BK-5523-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3801) (los casos al amparo del Título III figuran como números de identificación tributaria federal debido a limitaciones del software).

[2]   PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

[3]   PBA se reserva el derecho de enmendar las ubicaciones aceptando evidencias de reclamaciones mediante entrega en mano.

971-84806-1

# SERVICIOS LEGALES



1505 Abogados      1505 Abogados

## ACCIDENTES DE CONSTRUCCIÓN

Accidentes de Autos • Mala Practica Medica
• Muerte por Negligencia

Llame los 7 días en Español

Abogado con muchos años de experiencia que te ayudara con humanismo y profesionalismo en tu idioma

**(646) 620-2390 • (212) 683-3800**

## William Schwitzer & Associates, PC

820 SECOND AVE. 10TH FL., NY, NY 10017

## ACCIDENTES DE CONSTRUCCIÓN
Más de 30 Años de Experiencia

• SU ESTADO MIGRATORIO NO IMPORTA
• Consulta Gratis • No pagas si no ganas

LOS ABOGADOS DEL PUEBLO
## GORAYEB & ASSOCIATES, P.C.

JUSTICIA PARA VÍCTIMAS DE
ACCIDENTES DE CONSTRUCCIÓN

**(212) 267-GANE | GORAYEB.COM**

971-84455-1



## Estamos

para la **gente** que hace de
**Nueva York** una ciudad grandiosa

Es cierto, te traemos las últimas noticias. Pero eso no es todo. Además de ello, participamos activamente en los asuntos de la comunidad y en la búsqueda de justicia, y para que nuestros líderes sean responsables por sus acciones.

Desde el 12 de octubre de 1913, hemos sido los guardaespaldas de esta comunidad. Luchamos siempre por mejores escuelas, por calles seguras, en defensa de los inmigrantes, por el cuidado médico para ti.

Pero sobre todo, **te escuchamos.**

## Estamos para ti
### EL DIARIO

**<u>Exhibit C</u>**

# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

### PROMESA Título III
### Caso Núm. 17-BK-3283 (LTS)

La Junta de Supervisión y Administración Financiera para Puerto Rico
como representante de El Estado Libre Asociado de Puerto Rico y otros

**Aviso de plazos para la presentación de evidencias de reclamaciones (ULTIMO AVISO) a todos los acreedores de la Autoridad de Edificios Públicos y otras partes interesadas....**

# AFIDAVIT

Yo, Elba Elisa Llanos Rodríguez, habiendo prestado el debido juramento declaro:

Que soy Representante del periódico "EL NUEVO DIA" que se publica en Guaynabo, P.R.; que en las ediciones de este periódico correspondientes a los días:

**16 DE ABRIL DE 2020**

se dio publicidad al anuncio expedido por

**JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO**

en el caso arriba mencionado y copia del cual se une al presente afidávit para que forme parte del mismo.

Guaynabo, P.R. _21 abril_ 20 _20_

_E. Llanos_

Afidávit No. ___65524___ del Registro.

Jurado y reconocido ante mi por Elba Elisa Llanos Rodriguez, vecina de Bayamón, mayor de edad, casada, Representante del periódico "EL NUEVO DIA", a quien doy fe de conocer personalmente,

Guaynabo, P.R. _21 abril_ 20 _20_

NOTARIO

RECIBO

4U19-00166375

**Sello**

9397
03/13/2020
$5.00

Sello de Asistencia Legal
81024-2020-0313-78724383

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En la causa:<br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br>como representante de<br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, Y OTROS Deudor.¹ | PROMESA<br>Título III<br><br>Caso n.ª 17 BK 3283-LTS<br>(Administrada en forma conjunta) |
| En la causa:<br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br>como representante de<br>LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO Deudor. | PROMESA<br>Título III<br><br>Caso n.ª 17 BK 3283-LTS<br>(Administrada en forma conjunta) |

## AVISO DE PLAZOS PARA LA PRESENTACIÓN DE EVIDENCIAS DE RECLAMACIONES

## ÚLTIMO AVISO

**A TODOS LOS ACREEDORES DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS Y OTRAS PARTES INTERESADAS, TENGA A BIEN NOTIFICARSE:**

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") presentó una petición voluntaria en virtud del artículo 304(a) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")² que inicia un caso en virtud del Título III de PROMESA (un "Caso en virtud del Título III") para la Autoridad de Edificios Públicos ("PBA" o el "Deudor") el 27 de septiembre de 2019. **Usted podría ser acreedor de PBA y es posible que deba presentar una evidencia de reclamación** ("Evidencia de reclamación").

### INFORMACIÓN GENERAL: PUNTOS CLAVE

*   **Este documento es una notificación legal relacionada al Caso de Título III de PBA. Este documento podría enviarse a todas las partes que pueden ser adeudadas dinero por PBA (conocidos como los "acreedores")**
*   **En la información general de esta página, se describen los términos clave del documento. Lea detenidamente todo el documento para obtener más detalles.**
*   En un caso bajo el Título III conforme a la ley PROMESA, es probable que se les exija a los acreedores de PBA que presenten formularios de evidencia de reclamaciones que indiquen el monto adeudado hasta el día en que se presentó el caso. En este documento se explica cómo proceder correctamente.
*   **A muchos acreedores de PBA no se les exige presentar una reclamación.** En este documento se explica quiénes deben presentar una reclamación y quiénes no deben presentarla. **Consulte la Sección 2** de este documento para obtener una lista completa de las partes que **no deben** presentar una reclamación.
*   **Si a usted no se le exige presentar una reclamación, no es necesario que complete y devuelva un formulario de evidencia de reclamación,** y seguirá manteniendo sus derechos de votar con respecto a un plan de ajuste y recibir pagos en virtud del plan. Un plan de ajuste es un documento en el que se explica la manera en que PBA propone pagar los montos adeudados a sus acreedores. Este plan está disponible para que lo revisen los acreedores en https://cases.primeclerk.com/puertorico/.
*   **Si debe presentar una reclamación en contra de PBA, debe hacerlo antes del 15 de mayo de 2020 a las 4:00 p.m., hora del Atlántico.**
    *   Las reclamaciones pueden presentarse (a) de manera electrónica, realizando la presentación en el sitio web del Agente de créditos en https://cases.primeclerk.com/puertorico/EPOC-index, o (b) por correo postal o entrega personalmente en las direcciones indicadas en la Sección 6 de este documento.
    *   Si, después de leer este documento, necesita información adicional sobre este Aviso, puede comunicarse con el Agente de créditos al (844) 822-9231 (línea gratuita para los EE. UU y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora del Atlántico) (disponible en español), o por correo electrónico a la dirección puertoricoinfo@primeclerk.com. Tenga en cuenta que las personas no pueden brindar asesoramiento legal. Si tiene preguntas sobre sus derechos legales, entre ellos, si necesita presentar una reclamación, debe hablar con un abogado.

**Sección 1. Las Fechas límite.** El 11 de marzo de 2020, el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal de Distrito") emitió una resolución (la "Orden de fechas límite") para el Caso en virtud del Título III de PBA de conformidad con la Norma de quiebra 3003(c) en la que se establecen los siguientes plazos para presentar Evidencias de reclamaciones (en conjunto, las "Fechas límite"):

(a) **Fecha límite general: 4:00 p.m. (hora estándar del Atlántico) el 15 de mayo de 2020.** Este es el plazo (la "Fecha límite general") para presentar evidencias de reclamaciones (según se definen en el artículo 101(5) del Código de Quiebras), en contra de PBA por concepto de (i) reclamaciones que surgieron a se considera que surgieron antes de la fecha de inicio del caso de PBA en virtud del Título III el 27 de septiembre de 2019, incluidos, a fin de disipar dudas, reclamaciones que surgieron de conformidad con el artículo 503(b)(9) del Código de Quiebras, y (ii) reclamaciones pagadas por entidades gubernamentales (según se definen en el artículo 101(27) del Código de Quiebras).

(b) **Fecha límite de rechazos:** salvo que se estipule lo contrario en alguna orden que autorice el rechazo de un contrato de ejecución pendiente o un arrendamiento vigente, las **4:00 p.m. (hora estándar del Atlántico) de la fecha que sea posterior entre (i) la Fecha límite general y (ii) el primer día hábil después de los treinta y cinco (35) días calendario posteriores a la emisión de la orden por parte del Tribunal que autorice dicho rechazo** es el plazo para que una parte del contrato de ejecución pendiente o arrendamiento vigente rechazados presente evidencias de reclamaciones relacionadas con el rechazo de dicho contrato o arrendamiento (la "Fecha límite de rechazos" y, junto con la Fecha límite general, las "Fechas límite").

Según su uso en este Aviso, una "reclamación", tal como se define en el artículo 101(5) del Código de Quiebras, siempre que surja, incluye, cualquier reclamación en contra de PBA basada en la responsabilidad pretérita, secundaria, directa, indirecta, fija, garantizada, no garantizada, eventual, asegurada, impugnada, no impugnada, liquidada, no liquidada, vencida, no vencida, legal o conforme al sistema del Equity de PBA surgida de cualquier otra manera, incluidos, a fin de disipar dudas, los créditos que surjan de conformidad con el artículo 503(b)(9) del Código de Quiebras (cada uno de ellos, una "Reclamación").

**Sección 2. Quiénes NO deben presentar Evidencias de reclamaciones. EL HECHO DE QUE HAYA RECIBIDO ESTE AVISO NO IMPLICA QUE USTED TENGA UNA RECLAMACIÓN EN CONTRA DE PBA NI QUE PBA CONSIDERE QUE USTED TIENE UNA RECLAMACIÓN.**

**A las siguientes personas y entidades no se les exige presentar una Evidencia de reclamaciones en la Fecha límite correspondiente o con anterioridad:**

A.   **Reclamaciones permitidas:** cualquier persona o entidad cuya reclamación se haya permitido anteriormente mediante una orden de este Tribunal emitida en la Fecha límite correspondiente o con anterioridad.

B.   **Reclamaciones pagadas:** cualquier persona o entidad cuya reclamación haya pagado totalmente por parte de un Deudor, incluidas las reclamaciones pagadas por un Deudor después de la fecha de inicio de su respectivo Caso en virtud del Título III.

C.   **Evidencias de reclamaciones ya presentadas:** cualquier persona o entidad que ya presentó correctamente una evidencia de reclamación, que respeta sustancialmente el Formulario de evidencia de reclamación, en estos Casos en virtud del Título III ante el Tribunal o el agente de créditos y avisos de los Deudores.

D.   **Créditos correctamente mencionados y categorizados en las Listas de acreedores:** cualquier persona o entidad cuyo crédito figure en una de las Listas de acreedores y (i) si el crédito no se menciona como "impugnado", "eventual" o "no liquidado", (ii) si la persona o la entidad no impugnan el monto y la naturaleza del crédito, tal como se establece en la Lista de acreedores correspondiente, y (iii) si la persona o la entidad no disputan que el crédito es una obligación del Deudor en cuestión.

E.   **Créditos por pensión:** Cualquier jubilado, empleado activo y exempleado de y cualquier beneficiario de las personas mencionadas anteriormente por pensiones acumuladas y cualquier y todo beneficio posretiro vencido como resultado de cada empleo de esa persona por ser un beneficiario del Deudor de Título III ("Reclamaciones de Pensión"); sin embargo, dicho titular debe alegar un crédito que no esté exceptuado, de alguna otra manera, de la presentación de una evidencia de reclamaciones según los párrafos A a L de esta sección, para lo cual debe presentar una evidencia de reclamaciones con respecto a este otro crédito en la Fecha límite general o con anterioridad para evitar el rechazo del otro crédito.

F.   **Créditos de empleados garantizados o no sindicalizados:** cualquier empleado, empleado con licencia o exempleado representado por un sindicato o no representado por un sindicato para la indemnización y los beneficios de empleo, incluidos, entre otros, los sueldos, salarios, beneficios médicos para empleados, o beneficios de seguros o reclamaciones de indemnización por accidentes laborales ("Créditos de indemnización"); sin embargo, los Créditos de indemnización no deben incluir créditos que se alegaron si se alegaran en una causa judicial o un procedimiento administrativo sobre la base de agravio o derecho consuetudinario, derecho estatutario o reglamentaciones no relacionadas con el empleo, incluso cuando dichos créditos se aleguen como daños o derecho a recibir sueldos, salarios, beneficios médicos para

acreedores de bonos individuales cubiertos por evidencias de reclamaciones principales de deudas en bonos presentadas oportunamente: cualquier persona o entidad titular de un crédito que se limita al pago de capital, intereses y otros cargos y gastos, en la medida en que el fiduciario, agente fiscal, o agente o delegado similares pertinentes presenten una Evidencia de reclamaciones principal de una deuda en bonos en contra del Deudor pertinente en la Fecha límite general o con anterioridad en concepto de todos los créditos en forma de bonos en contra del Deudor pertinente en virtud del respectivo acuerdo de fideicomiso o documento del bono; sin embargo, dicho titular debe alegar un crédito que no esté exceptuado, de alguna otra manera, de la presentación de una evidencia de reclamaciones según los párrafos A a L de esta sección, para lo cual debe presentar una evidencia de reclamaciones con respecto a este otro crédito en la Fecha límite general o con anterioridad para evitar el rechazo del otro crédito.

I.   **Créditos intergubernamentales:** cualquier municipio, departamento u organismo de Commonwealth que no sea un Deudor ni un "organismo territorial cubierto" (según se define en la ley PROMESA) que alegue un crédito en contra de PBA por un monto menor que $100 millones. A fin de disipar dudas, cualquier entidad que alegue un crédito en contra de PBA igual o superior a $100 millones debe presentar una evidencia de reclamaciones con respecto a dicho crédito en la Fecha límite general o con anterioridad para evitar el rechazo de dicho crédito.

J.   **Gastos administrativos:** cualquier titular de un crédito permisible en virtud de los artículos 503(b) y 507(a)(2) del Código de Quiebras como gasto administrativo **(que no sea** un crédito en virtud del artículo 503(b)(9) del Código de Quiebras).

K.   **Evidencias de reclamaciones con plazos independientes:** cualquier titular de un crédito para el cual este Tribunal fije o haya fijado un plazo independiente.

L.   **Créditos administrativos de profesionales:** profesionales que alegan créditos administrativos por honorarios y gastos sujetos a la aprobación del Tribunal de conformidad con el artículo 316 de la ley PROMESA.

Sin embargo, en caso de que el Tribunal de Distrito fije una fecha antes de la cual deban presentarse los Créditos descritos anteriormente en los párrafos A a L, usted recibirá oportunamente una notificación de dicha fecha límite.

**Sección 3. Quiénes DEBEN presentar Evidencias de reclamaciones.** Usted DEBE presentar una **Evidencia de reclamaciones** para votar en cualquier plan de ajuste presentado por la Junta de Supervisión en nombre de PBA o para participar en las distribuciones de PBA si tiene un Crédito que surgió antes de la fecha de inicio y que no corresponde a uno de los tipos de Créditos descritos anteriormente en los párrafos A a L de la Sección 2.

Un titular de un posible Crédito en contra de PBA debe consultar con un abogado si tiene preguntas relacionadas con este Aviso, entre ellas, si debe titular debe presentar una Evidencia de reclamación.

**Sección 4. Consecuencias de no presentar una Evidencia de reclamaciones antes de la Fecha límite correspondiente. A TODO TITULAR DE UN CRÉDITO QUE NO ESTÉ EXCEPTUADO DE LOS REQUISITOS DE LA ORDEN DE FECHAS LÍMITE, TAL COMO SE INDICÓ ANTERIORMENTE EN LOS PÁRRAFOS A-L DE LA SECCIÓN 2, Y QUE NO PRESENTE DE MANERA OPORTUNA UNA EVIDENCIA DE RECLAMACIONES EN EL FORMULARIO APROPIADO SE LE PROHIBIRÁ A PERPETUIDAD (SALVO QUE EL TRIBUNAL RESUELVA LO CONTRARIO) ALEGAR DICHO CRÉDITO EN CONTRA DE PBA, VOTAR EN CUALQUIER PLAN DE AJUSTE PRESENTADO EN ESTE CASO EN VIRTUD DEL TÍTULO III Y PARTICIPAR DE CUALQUIER DISTRIBUCIÓN EN ESTE CASO EN VIRTUD DEL TÍTULO III EN CONCEPTO DE DICHO CRÉDITO.**

**Sección 5. Qué se debe presentar.** Cada Evidencia de reclamación, para presentarse correctamente de conformidad con este Aviso, deberá: (i) estar escrita en inglés o en español; (ii) estar denominada en moneda de curso legal de los Estados Unidos a la fecha de inicio del Caso pertinente en virtud del Título III; (iii) establecer específicamente el fundamento legal y fáctico del crédito alegado; (iv) incluir una copia de la documentación de respaldo o, si esta documentación es demasiado extensa, debe adjuntar un resumen de dicha documentación o una explicación de por qué la documentación no está disponible, y la documentación, si resumen o la explicación deben proporcionarse en inglés o en español; (v) incluir una firma original o electrónica del reclamante o un representante autorizado del reclamante, y (vi) respetar sustancialmente el Formulario de evidencia de reclamaciones aprobado por la Orden de fechas límite. Si presenta un resumen o la documentación de respaldo porque es muy extensa, debe enviar esta documentación (a) al Agente de créditos y (b) al Deudor en un plazo de diez días posteriores a la fecha de una solicitud escrita de dichos documentos por parte del Deudor.

El Formulario de evidencia de reclamaciones se puede obtener, así como presentar, en el sitio web que establece y mantiene el Agente de créditos en https://cases.primeclerk.com/puertorico/.

**Sección 6. Dónde y cómo realizar la presentación.** Todas las Evidencias de reclamaciones, salvo que se indique lo contrario o se eximan específicamente en la sección 2 incluida anteriormente, deberán presentarse ante el Agente de créditos y avisos, Prime Clerk LLC, (el "Agente de créditos") de conformidad con los procedimientos descritos en el presente documento **para que se reciban efectivamente** en la Fecha límite correspondiente o con anterioridad, según la naturaleza del Crédito.

Las Evidencias de reclamaciones pueden presentarse a través de cualquiera de los siguientes métodos:

i)   Completar la Evidencia de reclamaciones en formato electrónico en el sitio web del Agente de créditos en https://cases.primeclerk.com/puertorico/EPOC-index.

ii)  Realizar el envío por servicio de correo "first class" a la siguiente dirección: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk LLC, Grand Central Station, PO Box 4708, New York, NY 10163-4708.

iii) Enviar mediante servicio de correo "overnight" a la siguiente dirección: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232.

iv)  Realizar la entrega personalmente en cualquiera de las siguientes direcciones: (a) Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, o (b) las direcciones de Commonwealth que se indican a continuación, disponibles durante las fechas y los horarios señalados:

### Ubicaciones de Commonwealth donde se acepta la entrega personalmente de las Evidencias de reclamaciones³

Las oficinas no estarán abiertas antes del 3 de mayo de 2020. Después de que estas abran, estarán disponibles hasta el 15 de mayo de 2020 (salvo fines de semana y feriados judiciales). Llame al (844) 822-9231 antes de dirigirse a una de estas oficinas para confirmar que esté abierta.

| Dirección | Horarios (AST) |
|---|---|
| José V. Toledo Federal Building & US Courthouse, Clerk's Office<br>300 Recinto Sur Street, San Juan, PR 00901 | De lun. a vier.<br>de 8:00 a. m. a 5:00 p. m. |
| Federico Degetau Federal Building and Clemente Ruiz Nazario U.S. Courthouse<br>Clerk's Office<br>150 Carlos Chardón Street, San Juan, Puerto Rico, 00918-1767 | De lun. a vier.<br>de 8:30 a. m. a 3:30 p. m. |
| MCS Building, Suite 222 A, Bankruptcy Court Clerk's Office<br>880 Tito Castro Avenue, Ponce, PR 00716-4732 | De lun. a vier.<br>de 8:00 a. m. a 5:00 p. m. |
| Aerotek Añasco, Blanca Concención Center<br>Carr 2 KM 143, Suite 3, Añasco, PR 00610 | De lun. a vier.<br>de 8:30 a. m. a 5:00 p. m. |
| Oceans HUB Center<br>2 Calle Acerina, Caguas, PR 00725 | De lun. a vier.<br>de 8:30 a. m. a 5:00 p. m. |

**No** se aceptarán las Evidencias de reclamaciones enviadas por facsímil, telecopia o transmisión por correo electrónico; sin embargo, pueden enviarse a través del sitio web de Prime Clerk: https://cases.primeclerk.com/puertorico/EPOC-index.

**Sección 7. Información adicional.** Las Listas de acreedores de PBA y la Orden de fechas límite pueden descargarse y revisarse sin cargo en el sitio web del Agente de créditos, https://cases.primeclerk.com/puertorico/. Todo acreedor que se base en las Listas de acreedores de PBA asume la responsabilidad de determinar que su Crédito figure correctamente en dichas listas.

Si necesita información adicional sobre este Aviso, puede comunicarse con el Agente de créditos al (844) 822-9231 (línea gratuita para los EE. UU y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a. m. a 7:00 p. m. (hora del Atlántico) (disponible en español), o por correo electrónico puertoricoinfo@primeclerk.com.

Fecha: Abril 8, 2020

¹ Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación tributaria federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado ") (Caso de Contacto n.º 17BK 3283-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de quiebra No. 17 BK 3284-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico (HTA)("(Caso de quiebra No. 17 BK 3567-LTS) (últimos cuatro

**<u>Exhibit D</u>**



State of Florida                                                              April 22, 2020
County of Monroe, Dade and Broward

I *Matthew Weisberg* Being Duly Sworn on oath say he is and during all times herein stated has been the publisher's designated agent of the publication known as **EL Nuevo Herald** has full knowledge of the facts herein stated as follows:

The run of paper advertisement (ROP) in the Main section A of EL Nuevo Herald for LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARAPUERTO RICO, Caso n. º 17 BK 3283-LTS was distributed to Publishers full circulations (EL Nuevo Herald) On the 16th day of April 2020.

By: 

**Miami Herald**
MEDIA COMPANY

3511 NW 91 Avenue, Miami, FL 33172 I ********@miamiherald.com I www.miamiherald.com I www.elnuevoherald.com

Case:17-03283-LTS Doc#:12956 Filed:04/24/20 Entered:04/24/20 19:50:25 Desc: Main Document Page 14 of 14

# Cheques de ayuda llevarán el nombre del presidente

POR COLLEEN LONG
Y ZEKE MILLER
*Associated Press*
WASHINGTON

El nombre del presidente Donald Trump estará impreso en los cheques de ayuda que el Servicio Interno de Impuestos enviará a decenas de millones de estadounidenses en todo el país, una medida sin precedentes concretada esta semana.

El Departamento del Tesoro, al que pertenece el IRS –siglas en inglés del órgano fiscal–, confirmó la decisión en un comunicado difundido el miércoles. Se trata de la primera vez que el nombre de un presidente aparecerá en algún pago del IRS, ya sea en un cheque de reembolso fiscal u otros estímulos que se hayan enviado durante crisis económicas del pasado.

El Tesoro señaló que la decisión de añadir el nombre de Trump no retrasará la emisión de los cheques, que serán enviados por correo a aquellas personas que no están listas para recibir depósitos directos del IRS.

"Está programado que los cheques de Pago por Impacto Económico salgan a tiempo y exactamente como se planeó; no hay demora de ningún tipo", señaló el Departamento del Tesoro en su comunicado. "De hecho, anticipamos que los primeros cheques estén en el correo en los primeros días de la próxima semana, que es mucho antes de lo que se enviaron los primeros cheques en 2008, y mucho antes de lo calculado inicialmente".

MANDEL NGAN AFP via Getty Images

EL PRESIDENTE Donald Trump da una conferencia de prensa sobre el coronavirus, el martes en el Jardín de las Rosas de la Casa Blanca, en Washington D.C.

Dos funcionarios del gobierno que hablaron con The Associated Press dijeron que la leyenda "presidente Donald J. Trump" aparecerá en el costado izquierdo de la sección de notas de los cheques. Ambos funcionarios declararon a condición de guardar el anonimato debido a que no tenían autorización para hablar sobre el tema públicamente.

El Washington Post, el primer medio en reportar que los cheques llevarán el nombre de Trump en los cheques, dijo que se ubicará debajo de la leyenda "Pago por Impacto Económico".

Los cheques se enviarán por correo a las personas de quienes el IRS no tiene información disponible que permita hacerles depósitos directos, muchos de ellos individuos de bajos ingresos.

Llevarán la firma de un funcionario de la Oficina de Servicios Fiscales, una subdivisión del Departamento del Tesoro responsable de la impresión de los cheques. Éstos son firmados por servidores civiles para garantizar que los pagos gubernamentales sean apartidistas. Un presidente no está autorizado a firmar fondos enviados por el Departamento del Tesoro.

Trump negó hace unos días que quisiera firmar los cheques, luego de ser cuestionado sobre reportes que indicaban lo contrario.

"No. ¿Firmarlos yo? No", dijo el presidente el 3 de abril. "Hay millones de cheques. ¿Voy a firmarlos? No. Es una iniciativa del gobierno de Trump. Pero, ¿quiero firmarlos? No".

Los pagos forman parte de un paquete de rescate de $2.2 billones promulgado a fines del mes pasado con el objetivo de compensar el desplome económico causado por las órdenes de confinamiento relacionadas con la pandemia de coronavirus.

La AP tuvo acceso la semana pasada a un memo de la Comisión de Recursos y Arbitrios de la Cámara de Representantes, en el que se indicaba que el IRS realizaría alrededor de $60 millones de pagos en depósitos directos a mediados de abril, posiblemente esta semana. El IRS tiene la información de depósitos bancarios de dichos individuos gracias a sus declaraciones fiscales de 2018 y 2019.

# Trump amenaza con cerrar el Congreso para nombrar cargos sin supervisión

*Agencia EFE*
WASHINGTON

El presidente de Estados Unidos, Donald Trump, amenazó este miércoles con cerrar el Congreso si este sigue sin reunirse por la pandemia del COVID-19, para poder nombrar cargos sin la supervisión del Legislativo.

Trump apeló a un poder constitucional nunca antes utilizado para amenazar con cerrar la Cámara de Representantes y el Senado si estos no acuerdan reunirse o suspender su actividad por iniciativa propia.

"La práctica actual de abandonar la ciudad (Washington) mientras se realizan sesiones falsas 'pro forma' es un incumplimiento del deber que el pueblo estadounidense no puede permitirse durante esta crisis. Es una estafa. Lo que hacen es una estafa y todos lo saben", dijo Trump durante una rueda de prensa.

El hecho de que el Congreso siga formalmente abierto aunque sin actividad no permite a Trump nombrar a cargos automáticamente.

Trump culpó a la oposición demócrata de la parálisis y dio por hecho que el Senado, controlado por los republicanos, estará de acuerdo con suspender sus actividades para darle ese poder.

"Si la Cámara de Representantes (en manos de los diputados demócratas) no acepta esa suspensión ejerceré mi autoridad constitucional para cerrar ambas cámaras", advirtió Trump, al afirmar que el Gobierno "necesita" que los congresistas vuelvan al trabajo.

"Ellos lo saben, han sido advertidos y se les está advirtiendo ahora mismo. Si no lo aprueban, entonces tomaremos ese camino y probablemente nos llevarán a los tribunales y ya veremos quién gana", añadió el presidente.

El presidente Trump explicó que hay 129 cargos esperando la aprobación del Senado para asumir sus puestos, algunos, dijo, vitales para ayudar en la pandemia del COVID-19 como el director de la Inteligencia Nacional o el subsecretario de Agricultura encargado de los programas alimenticios.

El Senado no tiene previsto reunirse hasta el 20 de abril, pero la Cámara de Representantes no se va a congregar hasta el 4 de mayo.

Pese a su falta de actividad, los congresistas fueron capaces de negociar, legislar y aprobar a finales de marzo el paquete de estímulo económico de $2.2 billones para responder al COVID-19, el mayor de la historia de Estados Unidos.

En la ciudad de Washington, sede tanto del Congreso como de la Casa Blanca, rige una orden de confinamiento que su alcaldesa, Muriel Bowser, extendió este mismo miércoles hasta el 15 de mayo.

VIENE DE LA 1A

# SUMARIO

### MIAMI-DADE SE PREPARA PARA MÁS TRAGEDIA

La Oficina de Medicina Forense de Miami-Dade anunció este miércoles que ha alquilado dos remolques refrigerados para utilizarlas como morgues móviles en caso de que sea necesario ante el coronavirus.

La agencia informó en un comunicado que la medida es para garantizar que está preparada para para ayudar frente a los desafíos que pueda enfrentar en esta pandemia.

"Estamos listos para brindar apoyo de contingencia a sistemas médicos y mortuorios en caso de necesidad", indicó.

A inicios de abril Darren Caprara, director de operaciones de la Oficina del Médico Forense de Miami-Dade, dijo que las rastras refrigeradas pueden guardar entre 20 y 30 cadáveres.

El Condado registró 11 muertes adicionales el miércoles.

### SEGUNDO DÍA CON MENOS DE MIL CASOS EN FLORIDA

Este miércoles ha sido el segundo día consecutivo con menos de mil casos del coronavirus en el estado. Es la primera vez que pasa en abril.

Florida registró 43 muertes el miércoles, casi la mitad de las reportadas el martes.

En total, el mortífero coronavirus ha cobrado la vida de 614 personas en Florida, y los casos confirmados de COVID-19 se elevaron a 22,519. El miércoles hubo 891 nuevos fallecidos, según las cifras del Departamento estatal de Salud.

Con 155 fallecidos y 8,066 casos confirmados, Miami-Dade sigue siendo el principal foco en el estado, al registrar el mayor número de decesos y de contagiados.

Le sigue Broward, con 3,363 contagios y 94 muertos; detrás va Palm Beach, con 1,816 casos confirmados y 107 decesos.

La cifra de personas hospitalizadas en Florida alcanzó 3,249.

### MÁSCARAS PARA MAYORES EN HIALEAH Y SWEETWATER

La Ciudad de Hialeah, que cuenta con más de mil casos de la enfermedad según el reporte del departamento de salud, distribuirá el jueves más de 3,000 máscaras de tres capas a la población de la tercera edad que reside en edificios para personas mayores y en las viviendas de Hialeah Housing Authority.

Las máscaras se entregarán el 16 de abril a las 11:00 a.m. en Daisy & Rosa, 1380 W 26 Pl. Hialeah, FL 33010.

En Sweetwater, distribuirán más de 500 máscaras, según anunció el comisionado del Condado Miami-Dade José "Pepe" Díaz.

"Instamos a las personas mayores a quedarse en casa si no tienen que estar fuera, pero si deben irse a la tienda de comestibles o a la farmacia, por ejemplo, queremos que se mantengan lo más protegidos posible usando mascarillas y cubiertas faciales, dijo Díaz.

La distribución se llevará a cabo en las siguientes ubicaciones:

- **Sweetwater Tower Apartments:** 10 a.m., 10750 SW 4th Street, Sweetwater, FL 33174.
- **Lil Abner Apartments:** Cerca de las 10:30 a.m. a las 11 a.m., 455 NW 114th Ave, Sweetwater, FL 33172.
- **Villa Hermosa Apartments:** De 1 1 :00 a.m. al mediodía, 11455 West Flagler Street, Miami, FL 33174.
- **Los Robles Apartments:**Entre las 12:p.m a 1:00 p.m., 11495 West Flagler Street, Sweetwater, FL, 33172.

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En la causa:<br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br>como representante de<br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, Y OTROS<br>Deudor.[1] | PROMESA<br>Título III<br>Caso n.º 17 BK 3283-LTS<br>(Administrados en forma conjunta) |
| En la causa:<br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br>como representante de<br>LA AUTORIDAD DE EDIFICIOS PUBLICOS DE PUERTO RICO<br>Deudor. | PROMESA<br>Título III<br>Caso n.º 17 BK 3283-LTS<br>(Administrados en forma conjunta) |

**AVISO DE PLAZOS PARA LA PRESENTACIÓN DE EVIDENCIAS DE RECLAMACIONES**

**ÚLTIMO AVISO**

**A TODOS LOS ACREEDORES DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS Y OTRAS PARTES INTERESADAS, TENGA A BIEN NOTIFICARSE:**

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") presentó una petición voluntaria en virtud del artículo 304(a) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA"),[2] que inicia un caso en virtud del Título III de PROMESA (un "Caso en virtud del Título III") para la Autoridad de Edificios Públicos ("PBA" o el "Deudor") el 27 de septiembre de 2019. **Usted podría ser acreedor de PBA y es posible que deba presentar una evidencia de reclamación** ("Evidencia de reclamación").

**INFORMACIÓN GENERAL: PUNTOS CLAVE**

- **Este documento es una notificación legal relacionada al Caso de Título III de PBA. Este documento esta siendo enviado a todas las partes que pueden ser adeudadas dinero por PBA (conocidos como los "acreedores")**
- **En la información general de esta página, se describen los términos clave del documento. Lea detenidamente todo el documento para obtener más detalles.**
- En un caso bajo el Título III conforme a la ley PROMESA, es probable que se les exija a los acreedores de PBA que presenten formularios de evidencia de reclamaciones que indiquen el monto adeudado hasta el día en que se presentó el caso. En este documento se explica cómo presentar reclamaciones.
- **A muchos acreedores de PBA no se les exige presentar una reclamación.** En este documento se explica quiénes deben presentar una reclamación y quiénes no deben presentarla. **Consulte la Sección 2 de este documento para obtener una lista completa de las partes que no deben presentar una reclamación.**
- **Si a usted no se le exige presentar una reclamación, no es necesario que complete y devuelva un formulario de evidencia de reclamación**, y seguirá manteniendo sus derechos de votar con respecto a un plan de ajuste y recibir pagos en virtud del plan. Un plan de ajuste es un documento en el que se explica la manera en que PBA propone pagar los montos adeudados a sus acreedores. Este plan está disponible para que lo revisen los acreedores en https://cases.primeclerk.com/puertorico/.
- **Si debe presentar una reclamación en contra de PBA**, debe hacerlo antes del **15 de mayo del 2020 a las 4:00 p. m., hora del Atlántico**.
- Las reclamaciones pueden presentarse (a) de manera electrónica, realizando la presentación en el sitio web del Agente de créditos en https://cases.primeclerk.com/puertorico/EPOC-Index, o (b) por correo postal o entrega personalmente en las direcciones indicadas en la Sección 6 de este documento.
- Si, después de leer este documento, necesita información adicional sobre este Aviso, puede comunicarse con el Agente de créditos al (844) 822-9231 (línea gratuita para los EE. UU y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a. m. a 7:00 p. m. (hora del Atlántico) (disponible en español), o por correo electrónico a la dirección puertoricoinfo@primeclerk.com. Tenga en cuenta que las personas que responden las llamadas no pueden brindar asesoramiento legal. Si tiene preguntas sobre sus derechos legales, entre ellos, si necesita presentar una reclamación, debe hablar con un abogado.

**Sección 1. Las Fechas límite.** El 11 de marzo de 2020, el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal de Distrito") emitió una resolución (la "Orden de fechas límite") para el Caso en virtud del Título III de PBA de conformidad con la Norma de quiebra 3003(c) en la que se establecen los siguientes plazos para presentar Evidencias de reclamaciones (en conjunto, las "Fechas límite"):

(a) **Fecha límite general**: **4:00 p. m. (hora estándar del Atlántico) del 15 de mayo de 2020**. Este es el plazo (la "Fecha límite general") para presentar evidencias de reclamaciones (según se definen en el artículo 101(5) del Código de Quiebras), en contra de PBA por concepto de (i) reclamaciones que surgieron o se considera que surgieron antes de la fecha de inicio del caso de PBA en virtud del Título III el 27 de septiembre de 2019, incluidos, a fin de disipar dudas, reclamaciones que surgieron de conformidad con el artículo 503(b)(9) del Código de Quiebras, y (ii) reclamaciones alegadas por entidades gubernamentales (según se definen en el artículo 101(27) del Código de Quiebras).

(b) **Fecha límite de rechazos**: salvo que se estipule lo contrario en alguna orden que autorice el rechazo de un contrato de ejecución pendiente o un arrendamiento vigente, las **4:00 p. m. (hora estándar del Atlántico) de la fecha que sea posterior entre (i) la Fecha límite general y (ii) el primer día hábil después de los treinta y cinco (35) días calendario posteriores a la emisión de la orden por parte del Tribunal que autorice dicho rechazo** es el plazo para que una parte del contrato de ejecución pendiente o arrendamiento vigente rechazados presente evidencias de reclamaciones relacionadas con el rechazo de dicho contrato o arrendamiento (la "Fecha límite de rechazos" y, junto con la Fecha límite general, las "Fechas límite").

Según su uso en este Aviso, una "reclamación", tal como se define en el artículo 101(5) del Código de Quiebras, siempre que surge, incluye, cualquier reclamación en contra de PBA basado en la responsabilidad primaria, secundaria, directa, indirecta, fija, garantizada, no garantizada, eventual, asegurada, impugnada, no impugnada, liquidada, no liquidada, vencida, no vencida, legal o conforme al sistema del Equity de PBAo de alguna otra manera, incluidos, a fin de disipar dudas, los créditos que surjan de conformidad con el artículo 503(b)(9) del Código de Quiebras (cada uno de ellos, una "Reclamación").

**Sección 2. Quiénes NO deben presentar Evidencias de reclamaciones. EL HECHO DE QUE HAYA RECIBIDO ESTE AVISO NO IMPLICA QUE USTED TENGA UN RECLAMACIÓN EN CONTRA DE PBA NI QUE PBA CONSIDERE QUE USTED TIENE UNA RECLAMACIÓN.**

**A las siguientes personas y entidades no se les exige presentar una Evidencia de reclamaciones en la Fecha límite correspondiente o con anterioridad**:

A. Reclamaciones permitidas: cualquier persona o entidad cuya reclamación se haya permitido anteriormente mediante una orden de este Tribunal emitida en la Fecha límite correspondiente o con anterioridad.

B. Reclamaciones pagadas: cualquier persona o entidad cuya reclamación se haya pagado totalmente por parte de un Deudor, incluidas las reclamaciones pagados por un Deudor después de la fecha de inicio de su respectivo Caso en virtud del Título III.

C. Evidencias de reclamaciones ya presentadas: cualquier persona o entidad que ya presentó correctamente una evidencia de reclamación, que respeta sustancialmente el Formulario de evidencia de reclamación, en estos Casos en virtud del Título III ante el Tribunal o el agente de créditos y avisos de los Deudores.

D. Créditos correctamente mencionados y categorizados en las Listas de acreedores: cualquier persona o entidad cuyo crédito figure en una de las Listas de acreedores y (i) si el crédito no se menciona como "impugnado", "eventual" o "no liquidado", (ii) si la persona o la entidad no impugnan el monto y la naturaleza del crédito, tal como se establece en la Lista de acreedores correspondiente, y (iii) si la persona o la entidad no disputan que el crédito es una obligación del Deudor en cuestión.

E. Créditos por pensión: Cualquier jubilado, empleado activo y exempleado de y cualquier beneficiario de las personas mencionadas anteriormente por pensiones acumuladas y cualquier y todo beneficio post-retiro vencido como resultado de cada empleo de esa persona por ser un beneficiario del Deudor de Título III ("Reclamaciones de Pensión");; sin embargo, dicho titular debe alegar un crédito que no esté exceptuado, de alguna otra manera, de la presentación de una evidencia de reclamaciones según los párrafos A a L de esta moción, para lo cual debe presentar una evidencia de reclamaciones con respecto a este otro crédito en la Fecha límite general o con anterioridad para evitar el rechazo del otro crédito.

F. Créditos de empleados sindicalizados o no sindicalizados: cualquier empleado, empleado con licencia o exempleado representados por un sindicato o no representados por un sindicato para la indemnización y los beneficios de empleo, incluidos, entre otros, los sueldos, salarios, beneficios médicos para empleados, o beneficios de seguros o reclamaciones de indemnización por accidentes laborales ("Créditos de indemnización"); sin embargo, los Créditos de indemnización no deben incluir créditos que se alegaron o se alegarán en una causa judicial o un procedimiento administrativo sobre la base de agravio o derecho consuetudinario, derecho estatutario o reglamentaciones no relacionados con el empleo, incluso cuando dichos créditos se alegan como daños o derecho a recibir sueldos, salarios, beneficios médicos para empleados o beneficios de seguros.

G. Créditos de miembros de sindicatos individuales: cualquier persona o entidad titular de un crédito que se limita a obligaciones en virtud de sus respectivos convenios colectivos de trabajo, en la medida en que la unión relevante presente una reclamación colectiva en nombre de sus respectivos constituyentes en contra del Deudor ("Reclamaciones CBA"); sin embargo, dicho titular debe alegar (I) un crédito que no esté exceptuado, de alguna otra manera, de la presentación de una evidencia de reclamaciones según los párrafos A a L de esta moción o (II) un crédito por una queja que se resolvió y liquidó mediante un arreglo o laudo arbitral al 27 de septiembre de 2019 (dicha reclamación, una "Queja Resuelta"), y, para ello, debe presentar una evidencia de reclamaciones con respecto al crédito en la Fecha límite general o con anterioridad para evitar el rechazo del crédito.

H. Créditos de tenedores de bonos individuales cubiertos por evidencias de reclamaciones principales de deudas en bonos presentadas oportunamente: cualquier persona o entidad titular de un crédito que se limita al pago de capital, intereses y otros cargos y gastos, en la medida en que el fiduciario, agente fiscal, o agente o designado similares pertinentes presenten una Evidencia de reclamaciones principal de una deuda en bonos en contra del Deudor pertinente en la Fecha límite general o con anterioridad en concepto de todos los créditos en forma de bonos en contra del Deudor pertinente en virtud del respectivo acuerdo de fideicomiso o documento del bono; sin embargo, dicho titular debe alegar un crédito que no esté exceptuado, de alguna otra manera, de la presentación de una evidencia de reclamaciones según los párrafos A a L de esta sección, para lo cual debe presentar una evidencia de reclamaciones con respecto a este otro crédito en la Fecha límite general o con anterioridad para evitar el rechazo del otro crédito.

I. Créditos intergubernamentales: cualquier municipio, departamento u organismo de Commonwealth que no sea un Deudor ni un "organismo territorial cubierto" (según se define en la ley PROMESA) que alegue un crédito en contra de PBA por un monto menor que $100 millones. A fin de disipar dudas, cualquier entidad que alegue un crédito en contra de PBA igual o superior a $100 millones debe presentar una evidencia de reclamaciones con respecto a dicho crédito en la Fecha límite general o con anterioridad para evitar el rechazo de dicho crédito.

J. Gastos administrativos: cualquier titular de un crédito permisible en virtud de los artículos 503(b) y 507(a)(2) del Código de Quiebras como gasto administrativo (**que no sea** un crédito en virtud del artículo 503(b)(9) del Código de Quiebras).

K. Evidencias de reclamaciones con plazos independientes: cualquier titular de un crédito para el cual este Tribunal fije o haya fijado un plazo independiente.

L. Créditos administrativos de profesionales: profesionales que alegan créditos administrativos por honorarios y gastos sujetos a la aprobación del Tribunal de conformidad con el artículo 316 de la ley PROMESA.

Sin embargo, en caso de que el Tribunal de Distrito fije una fecha antes de la cual deban presentarse los Créditos descritos anteriormente en los párrafos A a L, usted recibirá oportunamente una notificación de dicha fecha límite.

**Sección 3. Quiénes DEBEN presentar Evidencias de reclamaciones.** Usted **DEBE** presentar una **Evidencia de reclamaciones** para votar en cualquier plan de ajuste presentado por la Junta de Supervisión en nombre de PBA o para participar en las distribuciones de PBA si tiene un Crédito que surgió antes de la fecha de inicio y que no corresponde a uno de los tipos de Créditos descritos anteriormente en los párrafos A a L de la Sección 2.

**Un titular de un posible Crédito en contra de PBA debe consultar con un abogado si tiene preguntas relacionadas con este Aviso, entre ellas, si dicho titular debe presentar una Evidencia de reclamación.**

**Sección 4. Consecuencias de no presentar una Evidencia de reclamaciones antes de la Fecha límite correspondiente. A TODO TITULAR DE UN CRÉDITO QUE NO ESTÉ EXIMIDO DE LOS REQUISITOS DE LA ORDEN DE FECHAS LÍMITE, TAL COMO SE INDICÓ ANTERIORMENTE EN LOS PÁRRAFOS A-L DE LA SECCIÓN 2, Y QUE NO PRESENTE DE MANERA OPORTUNA UNA EVIDENCIA DE RECLAMACIONES EN EL FORMULARIO APROPIADO SE LE PROHIBIRÁ A PERPETUIDAD (SALVO QUE EL TRIBUNAL RESUELVA LO CONTRARIO) ALEGAR DICHO CRÉDITO EN CONTRA DE PBA, VOTAR EN CUALQUIER PLAN DE AJUSTE PRESENTADO EN ESTE CASO EN VIRTUD DEL TÍTULO III Y PARTICIPAR DE CUALQUIER DISTRIBUCIÓN EN ESTE CASO EN VIRTUD DEL TÍTULO III EN CONCEPTO DE DICHO CRÉDITO.**

**Sección 5. Qué se debe presentar.** Cada Evidencia de reclamación, para presentarse correctamente de conformidad con este Aviso, deberá: (i) estar escrita en inglés o en español; (ii) estar denominada en moneda de curso legal de los Estados Unidos a la fecha de inicio del Caso pertinente en virtud del Título III; (iii) establecer específicamente el fundamento legal y fáctico del crédito alegado; (iv) incluir una copia de la documentación de respaldo (o, si esta documentación es demasiado extensa, debe adjuntar un resumen de dicha documentación) o una explicación de por qué la documentación no está disponible, y la documentación, el resumen o la explicación deben proporcionarse en inglés o en español; (v) incluir una firma original o electrónica del reclamante o un representante autorizado del reclamante, y (vi) respetar sustancialmente el Formulario de evidencia de reclamaciones aprobado por la Orden de fechas límite. Si presenta un resumen de la documentación de respaldo porque es muy extensa, debe enviar esta documentación (a) al Agente de créditos y (b) al Deudor en un plazo de diez días posteriores a la fecha de una solicitud escrita de dichos documentos por parte del Deudor.

El Formulario de evidencia de reclamaciones se puede obtener, así como presentar, en el sitio web que establece y mantiene el Agente de créditos en https://cases.primeclerk.com/puertorico/.

**Sección 6. Dónde y cómo realizar la presentación.** Todas las Evidencias de reclamaciones, salvo que se indique lo contrario o se eximan específicamente en la sección 2 incluida anteriormente, deberán presentarse ante el Agente de créditos y avisos, Prime Clerk LLC, (el "Agente de créditos") de conformidad con los procedimientos descritos en el presente documento **para que se reciban efectivamente** en la Fecha límite correspondiente o con anterioridad, según la naturaleza del Crédito.

Las Evidencias de reclamaciones pueden presentarse a través de cualquiera de los siguientes métodos:

(i) Completar la Evidencia de reclamaciones en formato electrónico en el sitio web del Agente de créditos en https://cases.primeclerk.com/puertorico/EPOC-Index.
(ii) Realizar el envío por servicio de correo "first class" a la siguiente dirección: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk LLC, Grand Central Station, PO Box 4708, New York, NY 10163-4708.
(iii) Enviar mediante servicio de correo "overnight" a la siguiente dirección: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232.
(iv) Realizar la entrega personalmente en cualquiera de las siguientes ubicaciones: (a) Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, o (b) las direcciones de Commonwealth que se indican a continuación, disponibles durante las fechas y los horarios señalados:

**Ubicaciones de Commonwealth donde se acepta la entrega personalmente de las Evidencias de reclamaciones[3]**
Las oficinas no estarán abiertas antes del 3 de mayo de 2020. Después de que estas abran, estarán disponibles hasta el 15 de mayo de 2020 (salvo fines de semana y feriados judiciales).
Llame al (844) 822-9231 antes de dirigirse a una de estas oficinas para confirmar que esté abierta.

| Dirección | Horarios (AST) |
|---|---|
| José V. Toledo Federal Building & US Courthouse, Clerk's Office<br>300 Recinto Sur Street, San Juan, PR 00901 | De lun. a vier.<br>de 8:00 a. m. a 5:00 p. m. |
| Federico Degetau Federal Building and Clemente Ruiz Nazario U.S. Courthouse<br>Clerk's Office<br>150 Carlos Chardón Street, San Juan, Puerto Rico, 00918-1767 | De lun. a vier.<br>de 8:30 a. m. a 3:30 p. m. |
| MCS Building, Suite 222 A, Bankruptcy Court Clerk's Office<br>880 Tito Castro Avenue, Ponce, PR 00716-4732 | De lun. a vier.<br>de 8:00 a. m. a 5:00 p. m. |
| Aerotek Añasco, Bianca Convention Center<br>Carr 2 KM 143, Suite 3, Añasco, PR 00610 | De lun. a vier.<br>de 8:30 a. m. a 5:00 p. m. |
| Oceana HUB Center<br>2 Calle Acerina, Caguas, PR 00725 | De lun. a vier.<br>de 8:30 a. m. a 5:00 p. m. |

**No** se aceptarán las Evidencias de reclamaciones enviadas por facsímil, telecopia o transmisión por correo electrónico; sin embargo, pueden enviarse a través del sitio web de Prime Clerk: https://cases.primeclerk.com/puertorico/EPOC-Index.

**Sección 7. Información adicional.** Las Listas de acreedores de PBA y la Orden de fechas límite pueden descargarse y revisarse sin cargo en el sitio web del Agente de créditos, https://cases.primeclerk.com/puertorico/. Todo acreedor que se base en las Listas de acreedores de PBA asume la responsabilidad de determinar que su Crédito figure correctamente en dichas listas.

Si necesita información adicional sobre este Aviso, puede comunicarse con el Agente de créditos al (844) 822-9231 (línea gratuita para los EE. UU y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a. m. a 7:00 p. m. (hora del Atlántico) (disponible en español), o por correo electrónico a la dirección puertoricoinfo@primeclerk.com.

Fecha: April 8, 2020

[1] Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación tributaria federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado ") (Caso de quiebra No. 17BK 3283-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de quiebra No. 17 BK 3284-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de quiebra No. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de quiebra No. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 9686); y (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") (últimos cuatro dígitos del número de identificación tributaria federal: 3747); y (vi) Autoridad de Edificios Públicos ("PBA") (Caso de quiebra No. 19-BK-5523-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3801) (los casos al amparo del Título III figuran como números el Caso de Quiebra debido a limitaciones del software).

[2] PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

[3] PBA se reserva el derecho de enmendar las ubicaciones aceptando evidencias de reclamaciones mediante entrega en mano.