**CHARLES A. CUPRILL, P.S.C.**
*Law Offices*

*356 Calle Fortaleza*
*Segundo Piso*
*San Juan, PR 00901*

*Tels.: 787-977-0515*
*787-977-0516*
*Fax: 787-977-0518*
*E-mail: ccuprill@cuprill.com*

Charles A. Cuprill-Hernández, Esq.- cacuprill@cuprill.com

**VIA E-MAIL: PRClaimsInfo@primeclerk.com**

February 22, 2019

Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

RE: Lucas and Jorge L. Valdivieso (Claim No.6359)

      As requested, we are hereby submitting the completed form forwarded by Prime Clerk, LLC with the evidence in support of the proof of claim of reference, which is to be amended to $329,550.08

Cordially,

*[signature]*
Charles A. Cuprill Hernández

cc. Antonio Barcelo, Esq.
    Jorge L. Valdivieso, Esq.
    Yesmin Valdivieso, CPA

AP-HR-1

Prime Clerk LLC
(844) 822-9231 · PRClaimsInfo@primeclerk.com

PROMESA PROOF OF CLAIM NUMBER: **6359**
Claimant Name: **Perez Valdivieso, Lucas and Jorge L.**

**Please complete and return this form on or before February 22, 2019**, via email to PRClaimsInfo@primeclerk.com or by mail, hand delivery, or overnight mail to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

All supplemental information which you provide will be appended to your claim and appear on the official claims register.

BASIS OF CLAIM:

- ☐ An unpaid invoice you issued to the Puerto Rican Government
- ☐ Current or Former Employment with the Government of Puerto Rico
- ☒ Other (describe): **Damages to construction project (Industrial Trapiche) Road 385 Km. 0.3, Peñuelas, P.R. Claim to be amend to $329,550.08 (See Exhibit A)**

FOR AN OPEN INVOICE:

Vendor Number/Tax Identification Number/Last four digits of Social Security Number: _____

The government agency or department who entered into the contract(s) with you: _____

Your contract number(s) and/or Purchase Order Number(s): _____

Please provide documentation in support of your claim including, a copy of any contract(s), purchase order(s), invoice(s) (which include dates of service provided for services rendered and delivery dates for goods), bill(s) of lading, and proof(s) of delivery).

FOR CURRENT OR PAST EMPLOYMENT:

Specific agency or department where you were, or are, employed: _____

Specific period in which you were, or are, employed, in relation to the claim: _____

Last four digits of your social security number: _____

Nature of your employment claim:

- ☐ Pension
- ☐ Unpaid Wages
- ☐ Sick Days
- ☐ Vacation
- ☐ Union Grievance
- ☐ Pending or Closed Legal Action
- ☐ Other: _____

[*Continued on Reverse*]

To the extent you have any documentation in support of your claim, please include those documents in your response.

*\*\*If your claim is related to a pending or closed legal action, please complete the "FOR A LEGAL ACTION" section below and provide all documentation requested therein.\*\**

FOR A LEGAL ACTION:

Have you commenced a legal action? Y / N  Yes.

If Yes, fill out the sections below. If No, please attach written notice of your intent to assert a claim, along with proof of mail and contact information for counsel, if available.

Identify the department or agency which is a party to the action: Puerto Rico Highways and Transportation Authority (PRHTA)

Identify the name and address of the court or agency where the action is pending: Court of First Instance, Expropriation Section, PO Box 190887, San Juan, PR 00919-0887

Case number: Civil No. K EF2002-0814

Title, Caption, or Name of Case: Autoridad de Carreteras y Transportacion de P.R. v. Jorge Lucas Perez Valdivieso, et als

Status of the case (pending, on appeal, or concluded): Pending.

Do you have an unpaid judgment? Y / N. If so, what is the date and amount of the judgment?  No. Not applicable.

FOR OTHER TYPE OF CLAIM:

Please describe the basis for your claim: _____

To the extent you have any documentation in support of your claim, please include those documents in your response.



**TERRAVERDE, LLC**
DISEÑO, CONSTRUCCIÓN Y MÁS...

17 de marzo de 2017

Tallaboa Industrial Development, Inc.
PO Box 1144 Peñuelas PR 00624

RE: Propuesta para trabajos eléctricos y de plomería
    Trapiche Oeste (7 Solares Comerciales)
    Bo. Cuebas, Carr. PR-385 km. 0.3
    Peñuelas, PR

Estimado señor Valdivieso:

Según acordado sometemos ante su consideración la siguiente **PROPUESTA**:

I. **DESCRIPCIÓN DE SERVICIOS:**
  1. Diseño del sistema Eléctrico
  2. Construcción del sistema de Electricidad primaria para 7 solares comerciales
  3. Construcción del sistema de Agua Potable

II. **ESPECIFICACIONES:**
  1. Se estiman ochenta y cinco (85) días laborables para completar los servicios antes descritos.
  2. Incluye pruebas de compactación y técnico de suelos.
  3. Implementación del MOT (drones y abanderados para control de tráfico)
  4. Esta propuesta **no incluye** lo siguiente:
      a. Permisos y fianzas para corte de calle y control de tráfico, MOT
      b. Excavaciones en roca
      c. Monturas temporeras
      d. Pagos a AEE, AAA (Tapping Fees) u otra agencia
      e. Payment and Performance Bond
      f. Material para backfill, se asume utilizar el terreno removido de la excavación
      g. La radicación de planos para permiso y el pago de fianza.
      h. Diseño, permisos y construcción del sistema de telecomunicaciones
  5. De ser necesario servicios adicionales a los especificados en esta propuesta los mismos serán cotizados por separados.

III. **HONORARIOS:**

Los honorarios por los servicios antes descritos ascienden a la suma de (**$260,720**) dólares, no incluye el IVU "Business to Business" (4%). Ivu ($3,650.08).

Gracias por la oportunidad de cotizarles.

Sometido por:



Mariely Y. Mojica Riutort
Presidenta

Aprobado por:

_____

Fecha: _____

Terraverde, LLC
PO Box 800986 Coto Laurel PR 00780-0986 | Ph 787.844.2712| Fx 787.840.7738
www.terraverdepr.com | terraverde.info@gmail.com

# TERRAVERDE, LLC
## DISEÑO, CONSTRUCCIÓN Y MÁS...

21 de febrero de 2019

Hermanos Valdiviesos
PO Box 1144
Peñuelas PR 00624

RE: Propuesta del 17 de marzo de 2017
Trabajos de electricidad y plomería
Trapiche Oeste- 7 solares comerciales
Bo. Cuebas Carr PR 385 Km 0.3, Peñuelas PR

Estimados Hermanos Valdiviesos:

La presente misiva es para certificar que el estimado emitido el 17 de marzo de 2017, tendrá un aumento de un 25% debido al aumento en los costos de los materiales.

Cualquier otra información adicional favor de comunicarse a nuestra oficina.

Cordialmente;

---
Rafael Mojica Torres
Gerente de Proyecto

ldjl



Terraverde, LLC
PO Box 800986 Coto Laurel PR 00780-0986 | Ph 787.844.2712| Fx 787.840.7738
www.terraverdepr.com | terraverde.info@gmail.com