17 abril 2020

RECEIVED & FILED
2020 APR 21 PM 2:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

A: Abogados y Co-Abogadas de la Junta de Supervisión y Administración Financiera

Mi nombre es Edwin A. García Febus. Me dirijo a ustedes respondiendo a la carta enviada por la Junta de Supervisión Financiera para Puerto Rico "Notificación de Moción Conjunta del Estado Libre Asociado de Puerto Rico, del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico y de la Autoridad de Edificios Públicos de Puerto Rico para solicitar una orden (I) Que apruebe la Declaración de Divulgación, (II) Que fije la fecha de Registro de la Votación, (III) Que Apruebe la Notificación de la Vista de Confirmación y el cronograma de Confirmación, (IV) Que Apruebe los Paquetes de Convocatoria y los Procedimientos para su Distribución, (V) Que Apruebe Modelos de Boletas y los Procedimientos de Votación y elección, (VI) Que Apruebe la Notificación de la Condición de Miembro sin Derecho al Voto, (VII) Que fije las fechas límites para votación, elección y confirmación, y (VIII) Que Apruebe Procedimientos de Recuento de Votos."

En dicha carta se informa que se llevará a cabo una votación para determinar el grupo que representará a los bonistas del Sistema de Retiro de Empleados de Puerto Rico. En dicha notificación dispone que Martin J. Bienenstock de PROSKAUER ROSE LLP. como Abogados de la Junta de Supervisión y Administración financiera en representación de los Deudores. Además, indica que Hermann D. Bauer de O'Neill & Borges, LLC son los Co-Abogados de la Junta de Supervisión y Administración Financiera en representación de los Deudores.

Por medio de esta carta, Yo Edwin A. García Febres autorizo a los anteriores Bufetes Legales a llevar mi representación legal en este caso.

Gracias Por su Atención,

Edwin A. García Febres
Case 17 03283 LTS
Doc 11950
Dirección: Calle 3 E 11, Mountain View
Carolina, PR 00987