Edwin A. Garcia Febres
Urb. Mountain View
Calle 3, E11
Carolina, P.R. 00987

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
#150, Chardon Avenue
San Juan, P.R. 00918