Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Commonwealth of P.R. Caso No. 17BK 3283-LTS

Yessica L. Negrón Bobet
Urb. Vally Arriba Glacasis Ponosa
1622 Buzón 202 Coamo P.R. 00769
(787) 900-2111
yessianta@yahoo.com

Título III
Número 17-03283-LTS

RECEIVED 2020 APR 24 AM 9:46 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN PR

Réplica a la Centésima Vigésima Sexta Objeción Global (No sustentada) del Estado Libre Asociado de Puerto Rico como Empleado del Departamento de Educación del Gobierno del Estado Libre Asociado de P.R. en reclamo del aumento salarial de la Ley 89 de 1979 (Ronerato) a partir del 1999 hasta el 2006.

En Junio de 2018, se radicó y sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo como Trabajadora Social en el Departamento de Educación por servicios prestados y que no fueron pagados

Durante su gobernación el gobernador Carlos Romero Barceló aprobó la Ley 89 del 12 de julio de 1979) que concedía un aumento salarial a los maestros del Departamento de Educación (DE) del gobierno de Puerto Rico de $100.00 mensuales. Este aumento nunca se pagó o se registró.

Durante el término de esta ley (1999-2006) ya era empleada del (DE). De acuerdo con mis cálculos, el periodo comprende 3 años a 1,200.00 lo que representa 3,600.00 a los cual tengo derecho.

Se estima dicha cantidad.

Yessyca L. Negrón Bobet