Yessica L. Nieves Robert
Urb. Valle Verde de Cacao
Calle Rubis 662 Adams
P.R. 00749

Secretaria
Miguel de Jesus de la
3 Cruz Viuros from 150
Federal Building
San Juan (P.R.) 00918-0147

SAN JUAN PR 009

RECEIVED & FILED
2020 APR 24 AM 9: 46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

0091881703