17 de abril de 2020

Miriam I. Torres Ramos

Agencia: Departamento de Educación de Puerto Rico

Tiempo en el empleo Año 1980 – mayo 2010

Años de servicio: 30 Años

Retiro: Años de servicio

Beneficios reclamados por salarios no recibidos por incumplimiento del Gobierno de Puerto Rico.

Adjunto Leyes:

Lay Núm. 96............. 1 de julio de 2002

Ley Núm. 164.......... 22 de abril de 2004

Ley Núm. 168...........12 de julio de 2004

Ley núm. 62............ 4 de septiembre de 1992

Copia de talonario de pago de pensiona

*Miriam J. Trestano*
(787) 313-2086
e-Mail: mirtu28@line.com

LEY NUM. 96

DE JULIO DE 2002

Para conceder un aumento de sueldo de cien (100) dólares a los empleados públicos del Gobierno Central del Estado Libre Asociado de Puerto Rico, efectivo el 1ro. de julio de 2002.

## EXPOSICION DE MOTIVOS

Puerto Rico cuenta con miles de servidores públicos honestos y responsables que día a día dedican sus vidas al servicio de nuestra gente y buscando el bienestar de todos los puertorriqueños.

El servidor público del Siglo 21, como representante de la honestidad y la dignidad del trabajo, goza de la confianza de esta Administración.

De igual forma, esta Administración está consciente de los sacrificios que realizan estos servidores públicos, quienes trabajan incesantemente para proveerle a la ciudadanía un servicio de excelencia, a cambio de una remuneración que propenda a una vida con limitaciones.

Aún así, estos hombres y mujeres que honran el servicio público le siguen sirviendo con desprendimiento y dedicación a Puerto Rico.

En la década de los años ochenta, se comenzó a desarrollar una nueva orientación de la política pública en cuanto a salarios y beneficios marginales para los empleados públicos, con el propósito de colocar a éstos a la par con los empleados de la empresa privada, en la medida que lo permitan los recursos públicos.

A tono con esta política pública, en el pasado se legisló para concederles aumentos generales de salario, aumentos en la aportación patronal para el pago de primas de los planes médicos, y aumentos permitidos por la Ley Núm. 89 de 12 de julio de 1979, según enmendada, conocida como "Ley de Retribución Uniforme", entre otros.

Así también, diversos grupos han recibido aumentos de salarios mediante la aprobación de leyes especiales como es el caso de los policías y los maestros.

Es la intención de esta Administración y de esta Asamblea Legislativa reconocer la ardua tarea que realizan estos empleados públicos para adelantar la calidad y la eficiencia de nuestra administración pública.

Por tanto, aún ante la estrechez económica a la que nos enfrentamos, y reconociendo el reclamo de los diversos grupos que representan el sector laboral gubernamental, es imperante hacerle justicia a nuestros empleados públicos, concediéndoles un aumento salarial de...

**Para continuar leyendo**



## Ley Núm. 164 del año 2003

(P. de la C. 3485), 2003, ley 164

**Para conceder un aumento de sueldo de cien dólares a los empleados Públicos del Gobierno Central de ELA, efectivo el 1ro de enero de 2004**
Ley Núm.164 de 22 de julio de 2003

Para conceder un aumento' de sueldo de cien (100) dólares a los empleados Públicos del Gobierno Central del Estado Libre Asociado de Puerto Rico, efectivo el 1ro. de enero de 2004.

### EXPOSICION DE MOTIVOS

El propósito del servicio público a nivel central es el de brindar apoyo al desarrollo económico y social de Puerto Rico., Como tal, es el facilitador de los esfuerzos de la sociedad civil, En reconocimiento a la excelente labor y aportación que hacen los servidores públicos en beneficio de la sociedad, el Gobierno del Estado Libre Asociado de **Puerto Rico ha** propiciado diversas iniciativas para mejorar las condiciones de trabajo de los servidores públicos, mediante el diálogo en los procesos de negociación colectiva; aprobando leyes especiales para mejorar los beneficios marginales de los empleados públicos; concediendo aumentos a diversos grupos que incluyen: maestros, policías, bomberos y a empleados del Gobierno Central; propiciando, la revisión de planes de retribución; concediendo aumentos por mérito, aumentos o bonos de productividad y asistencia, entre otras.

Nuestra Administración, tiene el propósito de continuar ofreciendo las mejores condiciones salariales posibles a todos los servidores públicos, dentro de la realidad económica mundial y nuestra actual situación económica, de manera que se promueva el reclutamiento, selección y retención de los candidatos más aptos para el desempeño en el servicio público y a su vez se impulse una mayor productividad.

Conforme a lo anterior, se concede mediante esta Ley un nuevo aumento salarial de cien (100) dólares a ser efectivo en enero de 2004, a todos los empleados públicos que están bajo las condiciones estipuladas más adelante, disponiéndose que los empleados cubiertos bajo la Ley Núm. 45 de 25 de febrero de 1998, según enmendada, que no hayan completado su proceso de negociación colectiva a la fecha de efectividad de esta Ley recibirán el aumento propuesto. No obstante, una vez recibido el aumento salarial otorgado por esta Ley, sólo podrán negociarse, colectivamente aumentos de sueldo adicionales con cargo al presupuesto para el Año Fiscal 2004-2005 y de futuros presupuestos.

***DECRETASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:***

**Artículo 1.-** Los aumentos concedidos al amparo de esta Ley serán de la siguiente forma:

(a) Cien (100) dólares mensuales de aumento de sueldo a los empleados públicos que al 31 de diciembre de 2003 estén en servicio activo, sin distinción de status ni categoría. Cuando en un puesto se prestaren servicios a jornada parcial, el aumento a concederse será proporcional a la jornada

de trabajo. Aquellos empleados vinculados al servicio que no estén en servicio activo al 1 de enero de 2004, tendrán derecho a recibir el aumento efectivo a la fecha que se reintegre al servicio.

· El aumento de sueldo se concederá aun cuando el empleado esté devengando un sueldo igual o superior al tipo máximo de la escala o que con el aumento excedan éste. Dicho aumento no afectará el margen retributivo de que disfrutan los empleados para mejoramiento salarial ni se ajustará a escala. Disponiéndose que las acciones de personal que se efectúen con posterioridad a la vigencia del presente aumento se tramitarán conforme a las normas que emita la Oficina Central de Asesoramiento Laboral y de Administración de Recursos Humanos, en armonía con la Ley Núm. 89 de 12 de julio de 1979, según enmendada, conocida como "Ley de Retribución Uniforme" y el Reglamento de Retribución Uniforme.

**Artículo 2.-**El costo del aumento de sueldo propuesto será sufragado por fondos a ser provistos mediante reembolso por la Oficina de Gerencia y Presupuesto, con cargo a las asignaciones que para este propósito se incluyeron en la Resolución Conjunta del Presupuesto General. Sin embargo, dicho reembolso cubrirá únicamente los sueldos que son sufragados con recursos provenientes del Fondo General. Se dispone que los empleados públicos que conforme a las fechas aquí establecidas cualifican para este aumento, pero cobran de otros fondos, reciban los mismos aumentos con cargo a los fondos especiales federales y estatales de los cuales cobran. Las agencias para las cuales trabajen este tipo de empleados públicos, así como aquellas cuyo presupuesto proviene de una fórmula, deberán hacer los ajustes correspondientes en dichos fondos para otorgar aumentos salariales, según lo dispuesto en este Artículo.

**Artículo 3.-**Para obtener el reembolso al que se hace referencia en el Artículo 2 de esta Ley, cada agencia que sufrague dichos aumentos del Fondo General someterá a la Oficina de Gerencia y Presupuesto una relación certificada que incluya nombre del empleado, número de: seguro social, clasificación del puesto, fecha que comenzó a trabajar, sueldo devengado y costo total para la agencia del aumento concedido. Dicha certificación debe recibirse en la Oficina de Gerencia y Presupuesto no más tarde del 1ro de abril de 2004.

**Artículo 4.-**Se excluyen de las disposiciones de esta Ley las siguientes agencias 0 dependencias públicas: (1) la Universidad de Puerto Rico; (2) las corporaciones públicas que tiene autoridad expresa para llevar a cabo convenios colectivos bajo las disposiciones de la Ley Núm. 130 de 8 de mayo de 1945, según enmendada, (3) los empleados municipales y/o aquellos que presten ser-vicios a los municipios; (4) los empleados cubiertos por la Ley Núm. 45 de 25 febrero de 1998, según enmendada, que hayan suscrito un convenio colectivo a la fecha de la vigencia de esta Ley que incluya concesión de aumentos de sueldos; y (5) los miembros del Personal del Sistema de Rango del Cuerpo de Bomberos de Puerto Rico.

**Artículo 5.-**El aumento concedido mediante esta Ley será efectivo el 1 de enero de 2004.

**Artículo 6.-**Los aumentos de sueldo concedidos mediante esta Ley no tienen el efecto de interrumpir el tiempo par ser acreedor de un aumento por años de servicio.

**Artículo 7.-**Aquellos empleados cubiertos bajo la Ley Núm. 45 de 25 de febrero de 1998, según enmendad, que reciban en este año fiscal el aumento dispuesto en esta Ley, sólo podrán negociar colectivamente aumentos de sueldo adicionales con cargo al presupuesto para el año fiscal 2004-2005 y de futuros presupuestos".

**Artículo 8.-**Toda disposición de ley que esté en conflicto con lo aquí dispuesto quedará sin efecto mientras tenga aplicabilidad esta Ley.

**Artículo 9.-**Esta Ley comenzará a regir inmediatamente después de su aprobación.

*Presidente de la Cámara*
*Presidente del Senado*



# Ley Núm. 168 del año 2004

(P. de la C. 4743), 2004, ley 168



Para conceder aumento de 150 dólares a los empleados públicos
**LEY NÚM. 168 DEL 12 DE JULIO DE 2004**

Para conceder un aumento de sueldo de ciento cincuenta (150) dólares mensuales a empleados públicos del Gobierno Central del Estado Libre Asociado de Puerto Rico.

**EXPOSICION DE MOTIVOS**

Puerto Rico exige mejores servicios gubernamentales y demanda mayor eficiencia y productividad. La consecución de este reclamo social requiere empleados motivados y comprometidos con el desarrollo económico. Los empleados públicos han sido y son los principales ejecutores de los servicios gubernamentales y de las obras de infraestructura esenciales para el beneficio y bienestar de todo el pueblo de Puerto Rico.

Esta Administración, sensible a las necesidades del pueblo y de sus empleados, ha logrado identificar fondos para conceder los aumentos de salarios más abarcadores en la historia laboral del servicio público, sin necesidad de recurrir a la implantación de planes de cesantías. Muchas agencias han logrado hacer economías y facilitar procesos con la colaboración de sus servidores públicos.

En reconocimiento a la labor que realizan nuestros empleados públicos y a la importancia que tiene para esta Administración, los servicios que prestan a las familias puertorriqueñas directa o indirectamente, se provee para un aumento salarial de ciento cincuenta (150) dólares a partir del 1 de octubre de 2004 a todos los empleados públicos que no están cubiertos por la Ley Núm. 45 de 25 de febrero de 1998, según enmendada, y para los que si lo están pero no tienen convenios negociados al 29 de febrero de 2004.

En el caso de los empleados sindicados bajo Ley Núm. 45 de 25 de febrero de 1998, según enmendada, en unidades apropiadas cubiertas por convenios colectivos firmados y vigentes con cláusulas de aumentos de salarios, recibirán este aumento al 1 de julio de 2004. Aquellos que hayan negociado mediante convenio una cantidad menor a la autorizada mediante esta legislación, recibirán la cantidad que sea necesaria para completar e aumento propuesto de cientos cincuenta (150) dólares mensuales en efectivo el 1 de julio de 2004. Por otra parte, aquellos que hubiesen negociado un aumento de salario mayor a los ciento cincuenta (150) dólares mensuales podrán recibir la diferencia siempre que la agencia aporte los costos adicionales que conlleve.

*DECRETASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:*

**Artículo 1.-** Los aumentos concedidos al amparo de esta Ley serán de la siguiente forma:

(a) Ciento cincuenta (150) dólares mensuales de aumento de sueldo a los empleados públicos que al 30 de septiembre de 2004 estén en servicio activo, sin distinción de status ni categoría. Cuando en un puesto se prestasen servicios a jornada parcial, el aumento a concederse será proporcional a la jornada de trabajo. Aquellos empleados vinculados al servicio que no estén en servicio activo al 1 de octubre de 2004, tendrán derecho a recibir el aumento efectivo a la fecha que se reintegre al servicio.

El aumento de sueldo se concederá aún cuando el empleado esté devengando un sueldo igual o superior al tipo máximo de la escala o que con el aumento exceda éste. Dicho aumento no afectará el margen retributivo de que disfrutan los empleados para mejoramiento salarial ni se ajustará a escala. Se dispone que las acciones de personal que se efectúen con posterioridad a la vigencia se tramitarán conforme a las normas que emita la Oficina Central de Asesoramiento Laboral y de Administración de Recursos Humanos, en armonía con la Ley Núm. 89 de 12 de julio de 1979, según enmendada, conocida como Ley de Retribución Uniforme y el Reglamento de Retribución Uniforme.

(b) Ciento cincuenta (150) dólares mensuales de aumento de sueldo a los empleados públicos que al 30 de junio estén en servicio activo, y cubiertos por un convenio colectivo bajo la Ley Núm. 45 de 25 de febrero de 1998, según enmendada, vigente y firmado antes del 29 de febrero de 2004. Cuando en un puesto se prestas en servicios a jornada parcial, el aumento a concederse será proporcional a la jornada de trabajo. Aquellos empleados vinculados a los servicios que no estén en servicio activo al 1 de julio de 2004, tendrán derecho a recibir el aumento efectivo a la fecha que se reintegre al servicio.

El aumento de sueldo se concederá aún cuando el empleado esté devengando un sueldo igual o superior al máximo de la escala o que con el aumento excedan éste. Dicho aumento no afectará el margen retributivo de que disfrutan los empleados para mejoramiento salarial ni se ajustará a escala. Se dispone que las acciones de personal que se efectúen con posterioridad a la vigencia se tramitarán conforme a las normas que emita la Oficina Central de Asesoramiento Laboral y de Administración de Recursos Humanos, en armonía con la Ley Núm. 89 de 12 de julio de 1979, según enmendada, conocida como Ley De Retribución Uniforme y el Reglamento de Retribución Uniforme.

**Artículo 2.-**El costo del aumento de sueldo propuesto será sufragado por fondos a ser provistos mediante reembolso por la Oficina de Gerencia y Presupuesto, con cargo a las asignaciones que para este propósito se incluyeron en la Resolución Conjunta del Presupuesto General. Sin embargo, dicho reembolso cubrirá únicamente los sueldos que son sufragados con recursos provenientes del Fondo General. Se dispone que los empleados públicos que conforme a las fechas aquí establecidas cualifican para este aumento, pero cobran de otros fondos, reciban los mismos aumentos con cargo a los fondos especiales federales y estatales de los cuales cobran. Las agencias para las cuales trabajen este tipo de empleados públicos, así como aquellos cuyo presupuesto proviene de una fórmula, deberán hacer los ajustes correspondientes en dichos fondos para otorgar aumentos de salarios, según lo dispuesto en este Artículo.

**Artículo 3.-**Para obtener el reembolso al que se hace referencia en el Artículo 2 de esta Ley, cada agencia que sufrague dichos aumentos del Fondo General someterá a la Oficina de Gerencia y Presupuesto una relación certificada del aumento concedido para todos los empleados beneficiarios, según defina la Oficina de Gerencia y Presupuesto. Dicha certificación debe recibirse en la Oficina de Gerencia y Presupuesto no más tarde del 31 de octubre de 2004.

**Artículo 4.-**Se excluyen de las disposiciones de esta Ley las siguientes agencias o dependencias públicas: (1) Universidad de Puerto Rico; (2) las corporaciones públicas que tiene autoridad expresa para llevar a cabo convenios colectivos bajo las disposiciones de la Ley Núm. 130 de 8 de mayo de 1945, según enmendada; (3) la Rama Judicial; (4) los empleados municipales y/o aquellos que presten servicios a los municipios; (5) los miembros del Personal del Sistema de Rango del Cuerpo de Bomberos de Puerto Rico; y (6) los miembros del Sistema de Rango de la Policía de Puerto Rico.

**Artículo 5.-**El aumento concedido en esta Ley será efectivo el 1 de octubre de 2004, para todos los empleados públicos que no están cubiertos por la Ley Núm. 45 de 25 de febrero de 1998, según enmendada, y para los que, aún estándolo, no tenían un convenio firmado al 29 de febrero de 2004 que tuviera cláusula de aumentos de salarios negociados. El mismo no tendrá el efecto de interrumpir el tiempo para ser acreedor de un aumento por años de servicio, conforme la Ley Núm. 89 de 12 de julio de 1979, según enmendada, conocida como Ley de Retribución Uniforme.

Por otra parte, aquellos que hubieran negociado un aumento de salario mayor a los ciento cincuenta (150) dólares mensuales, podrán recibir el mismo siempre que la agencia aporte los costos adicionales que conlleve dicho aumento.

**Artículo 6.-**Los sindicatos que representen empleados en unidades apropiadas cubierta por la Ley Núm. 45 de 25 de febrero de 1998, según enmendada, cuyos miembros de la unidad apropiada reciban este año fiscal el aumento dispuesto en esta Ley, sólo podrán negociar colectivamente aumentos de sueldo adicionales con cargo al presupuesto para el año fiscal 2005-2006 y conforme a la Ley Núm. 45 de 25 de febrero de 1998, según enmendada.

**Artículo 7.-**Toda disposición de ley que esté en conflicto con lo aquí dispuesto quedar sin efecto mientras tenga aplicabilidad esta Ley.

**Artículo 8.-**Esta Ley comenzará a regir inmediatamente después de su aprobación.

**Nota Importante:** Esta ley es copia de la ley original cuando fue aprobada, no incluye enmiendas posteriores.

**Presione Aquí para regresar al Menú anterior y seleccionar otra ley.**

### ADVERTENCIA

Este documento constituye un documento de las leyes del Estado Libre Asociado de P.R. que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las leyes de Puerto Rico. Su distribución electrónica se hace como un servicio público a la comunidad. Siempre busque leyes posteriores para posibles enmiendas a esta ley.

## LexJuris de Puerto Rico siempre está bajo construcción.

© 1996-2004 LexJuris de Puerto Rico - Derechos Reservados

# *Ley de Ajuste de Pensiones de los Maestros Retirados del Gobierno de Puerto Rico*

## Ley Núm. 62 de 4 de Septiembre de 1992

Para ordenar al Sistema de Retiro para Maestros creado en virtud de la Ley Núm. 218 de 6 de mayo de 1951, según enmendada, para que ajuste las pensiones concedidas o a concederse por dicho Sistema en un tres por ciento (3%) cada tres años comenzando el primero de enero de 1992.

## EXPOSICION DE MOTIVOS

Las personas que dependen de una pensión o de un ingreso fijo relativamente bajo son las que sufren con mayor rigor y crudeza la pérdida en el poder adquisitivo de sus ingresos.

Este es el caso de unos catorce mil pensionados del Sistema de Retiro para Maestros que en un 35% reciben pensiones menores de $400 al mes. Tomando en consideración los descuentos de nómina para seguro de vida, planes médicos y pago de diversos préstamos resulta que la mayoría de estas pensiones se reducen prácticamente a niveles de indigencia, más aún si consideramos que estos maestros no disfrutan de los beneficios del Seguro Social Federal.

En los pasados seis años se aprobó una serie de medidas por este Gobierno dirigidas a aliviar la carga económica de estos pensionados. Entre éstas se destacan como las más sobresalientes las siguientes: se aumentó el Aguinaldo de Navidad de los pensionados de cien (100) a ciento cincuenta (150) dólares; se eximió del pago de contribuciones sobre ingresos hasta cinco mil (5,000) dólares a los maestros pensionados menores de sesenta (60) años de edad y en ocho mil (8,000) dólares a los que excedan de esa edad y releva de la declaración de sus planillas a aquellos que sólo tienen ingresos por las pensiones mencionadas; se aumentó a cuarenta (40) dólares la aportación del Gobierno para los planes de salud de sus empleados y pensionados; se determinó que ningún pensionado recibirá una pensión menor de doscientos (200) dólares; se fijó en trescientos (300) dólares la pensión mínima de los maestros y se le aumentaron, además, cincuenta (50) dólares lo que elevó la pensión mínima de éstos a trescientos cincuenta (350) dólares; se le concedió a 41,342 pensionados del sistema central y a sus beneficiarios cónyuges o hijos menores e incapacitados un aumento de veinticinco (25) dólares mensuales, con una erogación para el Sistema de Retiro Central de $15,000,000.

A pesar de la aprobación de todas estas leyes y de otras que benefician de igual modo a nuestros maestros pensionados, entendemos que es nuestro deber el asegurarnos que las pensiones se ajusten por lo menos cada tres años en un tres por ciento (3%) para compensar en algo el alza que se registre en el costo de vida.

Esta norma ya existe a nivel del Gobierno Federal ya que las pensiones concedidas bajo las disposiciones del Seguro Social, tanto en los Estados Unidos como en Puerto Rico, se ajustan anualmente a tono con el alza registrada en el costo de la vida.

Esta ley es una medida de equidad y constituye, en cierta forma, un reconocimiento a los mejores años de productividad de miles de ex-maestros del sistema público de enseñanza.

*Decrétase por la Asamblea Legislativa de Puerto Rico:*

**Artículo 1. — Título Corto.** (18 L.P.R.A. § 384 nota)

Esta ley se conocerá como "Ley de Ajuste de Pensiones de los Maestros Retirados del Gobierno de Puerto Rico".

**Artículo 2. — Definiciones.** (18 L.P.R.A. § 384)

A menos que del contexto de esta ley se desprenda otra acepción, los siguientes términos tendrán el significado que a continuación se expresa:
a) Sistema — Sistema de Retiro para Maestros, creado en virtud de la Ley Núm. 218 de 6 de mayo de 1951, según enmendada, o en virtud de la legislación que se apruebe en el futuro.
b) Pensión Ajustada — Pensión que resultare después de aplicar el tres por ciento (3%) a la pensión bruta.

**Artículo 3. — Delegación de Responsabilidad.** (18 L.P.R.A. § 384a)

Se ordena al Sistema, comenzando el primero de enero de 1992 y subsiguientemente cada tres (3) años a ajustar en un tres por ciento (3%) todas las anualidades que estén vigentes al 1ro. de enero del año del aumento y que se hayan estado percibiendo por lo menos tres (3) años antes de la fecha del aumento. Si en algún año el Sistema tuviese reservas solamente para veinticuatro (24) meses o menos no podrá concederse aumento alguno en las pensiones.

**Artículo 4. — Cómputo Final de la Pensión Ajustada.** (18 L.P.R.A. § 384b)

El Sistema tendrá poder para elevar al dólar más alto las pensiones ajustadas que resultaren en cuantías con fracciones de dólar.

**Artículo 5. — Costo.** (18 L.P.R.A. § 384c)

El costo del ajuste de las pensiones o rentas anuales vitalicias autorizado por esta Ley, provendrá de las reservas en el Fondo de Anualidades y Pensiones para Maestros de Puerto Rico, de los intereses que produzcan las nuevas inversiones realizadas por la Junta de Retiro para Maestros de Puerto Rico según autorizadas por la Sección 35 de la Ley de Retiro para Maestros"; de las aportaciones patronales e individuales vigentes y de aquellos aumentos que pudiesen haber en el futuro en éstas; y de aquellas asignaciones especiales con que contribuya el Gobierno con el propósito de mantener la solvencia económica del sistema y que sean consignadas en el Presupuesto General de Gastos del Gobierno de Puerto Rico, para el año en que se efectúe el ajuste de las pensiones.

**Artículo 6. — Efectividad.** (18 L.P.R.A. § 384d)

Retroactivo al 1ro. de enero de 1992 y subsiguientemente cada tres (3) años, se aumentarán en un tres por ciento (3%) todas las anualidades que se paguen bajo esta ley por edad, años de servicio o incapacidad que estén vigentes a esa fecha y que se hayan estado percibiendo por lo menos tres años antes. En años subsiguientes al 1992 el aumento trienal estará sujeto a que haya una previa recomendación favorable del Actuario del Sistema de Retiro para Maestros. Cumplidos estos requisitos la Junta de Retiro para Maestros someterá la propuesta del aumento a la Asamblea Legislativa de Puerto Rico para su aprobación. El aumento trienal en años subsiguientes al 1992 cubrirá todas las anualidades que se paguen bajo esta ley por edad, años de servicio e incapacidad que estén vigentes al 1ro. de enero del año en que se conceda el aumento y que se hayan estado percibiendo por lo menos tres años antes.

**Artículo 7. — Normas.** (18 L.P.R.A. § 384e)

El Sistema promulgará las normas y reglamentos que habrán de regir la administración de esta ley.

**Artículo 8. — Vigencia.** (18 L.P.R.A. § 384 nota)

Esta Ley tendrá vigencia inmediata a partir de la fecha de su aprobación, pero su efecto económico será retroactivo a partir del 1ro. de enero de 1992.

Nota. Este documento fue preparado por la Oficina de Gerencia y Presupuesto. En el mismo se han incorporado todas las enmiendas hechas a la Ley a fin de facilitar su consulta. Para exactitud y precisión, refiérase a los textos originales de dicha ley. Preparado por la Biblioteca de la Oficina de Gerencia y Presupuesto

### Artículo 6. — Efectividad. (18 L.P.R.A. § 384d)

Retroactivo al 1ro. de enero de 1992 y subsiguientemente cada tres (3) años, se aumentarán en un tres por ciento (3%) todas las anualidades que se paguen bajo esta ley por edad, años de servicio o incapacidad que estén vigentes a esa fecha y que se hayan estado percibiendo por lo menos tres años antes. En años subsiguientes al 1992 el aumento trienal estará sujeto a que haya una previa recomendación favorable del Actuario del Sistema de Retiro para Maestros. Cumplidos estos requisitos la Junta de Retiro para Maestros someterá la propuesta del aumento a la Asamblea Legislativa de Puerto Rico para su aprobación. El aumento trienal en años subsiguientes al 1992 cubrirá todas las anualidades que se paguen bajo esta ley por edad, años de servicio e incapacidad que estén vigentes al 1ro. de enero del año en que se conceda el aumento y que se hayan estado percibiendo por lo menos tres años antes.

### Artículo 7. — Normas. (18 L.P.R.A. § 384e)

El Sistema promulgará las normas y reglamentos que habrán de regir la administración de esta ley.

### Artículo 8. — Vigencia. (18 L.P.R.A. § 384 nota)

Esta Ley tendrá vigencia inmediata a partir de la fecha de su aprobación, pero su efecto económico será retroactivo a partir del 1ro. de enero de 1992.

Nota. Este documento fue preparado por la Oficina de Gerencia y Presupuesto. En el mismo se han incorporado todas las enmiendas hechas a la Ley a fin de facilitar su consulta. Para exactitud y precisión, refiérase a los textos originales de dicha ley. Preparado por la Biblioteca de la Oficina de Gerencia y Presupuesto

| Gobierno de Puerto Rico | | Grupo de Pago: | SM -Quincenal | Business Unit: | PUERT |
|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | Desde: | 03/01/2018 | Aviso #: | 3660649 |
| | | Hasta: | 03/15/2018 | Fecha Aviso: | 03/15/2018 |

| MIRIAM I TORRES RAMOS | # Empleado: | XXXXX6959 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| BO COCO NUEVO | Dept: | 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: | Married | Married |
| 43 CALLE DIOSDADO DONES | Lugar: | A/OS SERVICIO LEY 91 | Concesiones: | 0 | 39 +99 |
| SALINAS, PR 00751 | Titulo: | Pensionado | Pct. Adel.: | | |
| SS: XXX-XX-6959 | Sueldo: | $1,894.16 Monthly | Cant. Adel.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 947.08 | 405.00 | 4,735.40 |
| Total: | | | 947.08 | 405.00 | 4,735.40 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 267.40 |
| AE-Asoc Emp ELA-Prest Regular | 172.82 | 864.10 |
| AE-Seguro por Muerte Asoc ELA | 3.50 | 17.50 |
| AS-EMP ACOG SEG ASOC EMP ELA | 1.00 | 5.00 |
| Ahorros-AEELA | 28.41 | 142.05 |
| Total: | 259.21 | 1,296.05 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MMM LEY117 | 0.00 | 200.00 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 947.08 | 0.00 | 259.21 | 687.87 |
| Acumulado: | 4,735.40 | 0.00 | 1,296.05 | 3,439.35 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #3660649 | 687.87 |
| Total: | 687.87 |

MENSAJE:

Gobierno de Puerto Rico  
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha  
03/15/2018

Aviso No.  
3660649

Cant. Desposito: _____ $687.87

A la  
Cuenta(s) De

MIRIAM I TORRES RAMOS  
BO COCO NUEVO  
43 CALLE DIOSDADO DONES  
SALINAS, PR 00751

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $687.87 |
| Total: | | $687.87 |

## NO-NEGOCIABLE

| Gobierno de Puerto Rico | | Grupo de Pago: | SM -Quincenal | Business Unit: | PUERT |
|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | Desde: | 03/16/2018 | Aviso #: | 3915172 |
| | | Hasta: | 03/31/2018 | Fecha Aviso: | 03/29/2018 |

| MIRIAM I TORRES RAMOS | # Empleado: | XXXXX6959 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| BO COCO NUEVO | Dept: | 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: | Married | Married |
| +43 CALLE DIOSDADO DONES | Lugar: | A/OS SERVICIO LEY 91 | Concesiones: | 0 | 39 + 99 |
| SALINAS, PR 00751 | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: XXX-XX-6959 | Sueldo: | $1,894.16 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS / IMPUESTOS

| | | ------------- Corriente ------------- | | ------ Acumulado ------ | | | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 947.08 | 487.50 | 5,682.48 | | | |
| Total: | | | 947.08 | 487.50 | 5,682.48 | Total: | 0.00 | 0.00 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | RM-Prest Pers De Cuota-Ret Mae | 53.48 | 320.88 | SM-MMM LEY 117 | 100.00 | 300.00 |
| | | | AE-Asoc Emp ELA-Prest Regular | 172.82 | 1,036.92 | | | |
| | | | AE-Seguro por Muerte Asoc ELA | 3.50 | 21.00 | | | |
| | | | AS-EMP ACOG SEG ASOC EMP ELA | 1.00 | 6.00 | | | |
| | | | Ahorros-AEELA | 28.41 | 170.46 | | | |
| Total: | 0.00 | 0.00 | Total: | 259.21 | 1,555.26 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | |
|---|---|---|---|---|
| Corriente: | 947.08 | 0.00 | 259.21 | 687.87 |
| Acumulado: | 5,682.48 | 0.00 | 1,555.26 | 4,127.22 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #3915172 | 687.87 |
| + Acumulado: | | | | |
| - Utilizado: | | | Total: | 687.87 |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
03/29/2018

Aviso No.
3915172

Cant. Desposito: __$687.87__

A la
Cuenta(s) De

    MIRIAM I TORRES RAMOS
    BO COCO NUEVO
    43 CALLE DIOSDADO DONES
    SALINAS, PR 00751

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $687.87 |
| Total: | | $687.87 |

## NO-NEGOCIABLE