Miriam Jones Ramos
Apartado 97
Aguirre, PR. 00704



RECEIVED & FILED
2020 APR 24 PM 3:27
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

7018 1130 0000 8996 9620

U.S. POSTAGE PAID
FCM LG ENV
AGUIRRE, PR
00704
APR 21, 20
AMOUNT
$7.80
R2305P150291-03

Secretaría (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767