April 20, 2020

Clerk's Office
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED

2020 APR 24 PM 3: 26

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

To Whom It May Concern:

    I Jose M. Mangual Guilbe, am writing this letter to process my claim in the PROMESA Title Case III No. 17 BK 3283-LTS case, being my claim #122177. In which I demand to be paid what rightfully is owed to me for my years working as a public employee for the Central Government of the Commonwealth of Puerto Rico.

    On July 22, 2003 a law was passed called *Law No.* 164 which stipulates: "To grant a salary increase of one hundred ($100) dollars to the Public employees of the Central Government of the Commonwealth of Puerto Rico" which was made effective the 1st. of January 2004. This payment increase was never given to me while being a public employee. The amount I am owed is a total of eighty-four hundred ($8,400) dollars for working in the. Department of Correction of Juvenile Institution for working during 2004 to 2011.

Sincerely,

*[signature]*

Jose M. Mangual Guilbe
2325 Urb. Los Caobos, Calle Tabonuco
Ponce, PR 00716
Tel. (787) 848-0837
Cel. (939) 432-0772
pmangual0019@yahoo.com