José M. [illegible]
2325 Urb. Los Cnobos
Calle Tabonuco Ponce
P.R. 00716

RECEIVED & FILED
2020 APR 24 PM 3:26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria ( Clerk´s Office )
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767