## Estado Libre Asociado de Puerto Rico
592 - Junta Retiro Maestros Pensiona

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/07/01 |
| Hasta: | 12/07/01 |

# Cheque: 0136465
Fecha: 12/07/01

| | | | | | | |
|---|---|---|---|---|---|---|
| MIGDONIA SERRANO QUI ONES | # Empleado: | REDACTED 9572 | | DATA IMP: | Federal | PR |
| URB SAN JOSE | Dept: | 592130-PENSIONADOS LEY 45 | | Estado Civil: | Married | Married |
| A-5 CALLE 2 | Oficina: | PENSIONADOS LEY 45 | | Concesiones: | 0 | 39 +99 |
| PONCE PR 00731 | Titulo: | Pensionado | | Pct. Adel.: | | |
| REDACTED | Sueldo: | $1,634.75 Monthly | | Cant. Adel.: | | |

**HORAS E INGRESOS** — **IMPUESTOS**

P0349340

## Estado Libre Asociado de Puerto Rico
592 - Junta Retiro Maestros Pensiona

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 03/16/02 |
| Hasta: | 03/31/02 |

# Cheque: 0308329
Fecha: 03/29/02

| | | | | | | |
|---|---|---|---|---|---|---|
| MIGDONIA SERRANO QUI ONES | # Empleado: | P583289572 | | DATA IMP: | Federal | PR |
| URB SAN JOSE | Dept: | 592060-Anos de Serv:032 | | Estado Civil: | Married | Married |
| A-5 CALLE 2 | Oficina: | Ley 218/51:032 | | Concesiones: | 0 | 39 +99 |
| PONCE PR 00731 | Titulo: | Pensionado | | Pct. Adel.: | | |
| SS: 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 | Sueldo: | $1,634.75 Monthly | | Cant. Adel.: | | |

**HORAS E INGRESOS** — **IMPUESTOS**

## Estado Libre Asociado de Puerto Rico
592 - JUNTA RETIRO MAESTROS PENSIONA

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 11/01/2006 |
| Hasta: | 11/15/2006 |

Business Unit:
Aviso #:
Fecha Aviso:

| | | | | | | |
|---|---|---|---|---|---|---|
| MIGDONIA SERRANO QUINONES | # Empleado: | REDACTED | | DATA IMP: | Federal | PR |
| URB SAN JOSE | Dept: | 592060-Anos de Serv:032 | | Estado Civil: | Married | Married |
| 1223 CAMELITAS DESCALZOS | Lugar: | Ley 218/51:032 | | Concesiones: | 0 | 39 +99 |
| PONCE, PR 00728-1901 | Titulo: | Pensionado | | Pct. Adel.: | | |
| SS: REDACTED | Sueldo: | $1,635.75 Monthly | | Cant. Adel.: | | |

**HORAS E INGRESOS** — **IMPUESTOS**

| Descripcion | Sueldo | ------- Corriente ------- | | ------ Acumulado ------ | | Descripcion | Corriente |
| | | Horas | Ingresos | Horas | Ingresos | | |
|---|---|---|---|---|---|---|---|
| Pago de Salarios Regulares | 10.066154 | 81.25 | 817.88 | 1,706.25 | 17,175.48 | | |
| Bono Navidad Pensionados | | | 0.00 | | 550.00 | | |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 | | |
| Pensionados - Bono Verano | | | 0.00 | | 100.00 | | |

Reclamacion 1041792    Sistema de Retiro

## Pay Stub 1

**Estado Libre Asociado de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | | |
|---|---|---|
| Grupo de Pago: SM -Quincenal | Business Unit: PUERT |
| Desde: 02/01/2008 | Aviso #: 8309777 |
| Hasta: 02/15/2008 | Fecha Aviso: 02/14/2008 |

MIGDONIA SERRANO QUINONES
URB SAN JOSE
1223 CAMELITAS DESCALZOS
PONCE, PR 00728-1901
SS: REDACTED

# Empleado: REDACTED
Dept: 592060-Anos de Serv:032
Lugar: Ley 218/51:032
Titulo: Pensionado
Sueldo: $1,684.82 Monthly

DATA IMP: Federal / PR
Estado Civil: Married / Married
Concesiones: 0 / 39 +99
Pct. Adcl.:
Cant. Adcl.:

HORAS E INGRESOS — Corriente — Acumulado — IMPUESTOS

---

## Pay Stub 2

**Estado Libre Asociado de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Grupo de Pago: SM -Quincenal
Desde: 07/17/2007
Hasta: 07/17/2007
Business Unit: PUERT
Aviso #: 6083447
Fecha Aviso: 07/13/2007

MIGDONIA SERRANO QUINONES
URB SAN JOSE
1223 CAMELITAS DESCALZOS
PONCE, PR 00728-1901
SS: REDACTED

# Empleado: REDACTED
Dept: 592060-Anos de Serv:032
Lugar: Ley 218/51:032
Titulo: Pensionado
Sueldo: $1,684.82 Monthly

DATA IMP: Federal / PR
Estado Civil: Married / Married
Concesiones: 0 / 39 +99
Pct. Adcl.:
Cant. Adcl.:

HORAS E INGRESOS — IMPUESTOS

---

## Pay Stub 3

**Estado Libre Asociado de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Grupo de Pago: SM -Quincenal
Desde: 12/01/2009
Hasta: 12/15/2009
Business Unit: PUERT
Aviso #: 8078473
Fecha Aviso: 12/15/2009

MIGDONIA SERRANO QUINONES
URB SAN JOSE
1223 CAMELITAS DESCALZOS
PONCE, PR 00728-1901
SS: REDACTED

# Empleado: REDACTED
Dept: 592060-Anos de Serv:032
Lugar: Ley 218/51:032
Titulo: Pensionado
Sueldo: $1,684.82 Monthly

DATA IMP: Federal / PR
Estado Civil: Married / Married
Concesiones: 0 / 39 +99
Pct. Adcl.:
Cant. Adcl.:

HORAS E INGRESOS — IMPUESTOS

---

## Pay Stub 4

**Estado Libre Asociado de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Grupo de Pago: SM -Quincenal
Desde: 10/01/2010
Hasta: 10/15/2010
Business Unit: PUERT
Aviso #: 3894579
Fecha Aviso: 10/15/2010

MIGDONIA SERRANO QUINONES
URB SAN JOSE
1223 CAMELITAS DESCALZOS
PONCE, PR 00728-1901
SS: REDACTED

# Empleado: REDACTED
Dept: 592060-Anos de Serv:032
Lugar: Ley 218/51:032
Titulo: Pensionado
Sueldo: $1,684.82 Monthly

DATA IMP: Federal / PR
Estado Civil: Married / Married
Concesiones: 0 / 39 +99
Pct. Adcl.:
Cant. Adcl.:

HORAS E INGRESOS — IMPUESTOS

---

## Pay Stub 5

**Estado Libre Asociado de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Grupo de Pago: SM -Quincenal
Desde: 02/16/2011
Hasta: 02/28/2011
Business Unit: PUERT
Aviso #: 6597431
Fecha Aviso: 02/28/201

MIGDONIA SERRANO QUINONES
URB SAN JOSE
1223 CAMELITAS DESCALZOS
PONCE, PR 00728-1901
SS: XXX-XX-9572

# Empleado: XXXXX9572
Dept: 592060-Anos de Serv:032
Lugar: Ley 218/51:032
Titulo: Pensionado
Sueldo: $1,684.82 Monthly

DATA IMP: Federal / PR
Estado Civil: Married / Married
Concesiones: 0 / 39 +99
Pct. Adcl.:
Cant. Adcl.:

HORAS E INGRESOS

| Descripcion | Sueldo | Corriente | | Acumulado | | Descripcion | Corriente | Acumu |
|---|---|---|---|---|---|---|---|---|
| | | Horas | Ingresos | Horas | Ingresos | | | |
| | 10.368123 | 81.25 | 842.41 | 325.00 | 3,369.64 | | | |

---

## Pay Stub 6

**Estado Libre Asociado de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Grupo de Pago: SM -Quincenal
Desde: 09/16/2015
Hasta: 09/30/2015
Business Unit: PUERT
Aviso #: 8596077
Fecha Aviso: 09/30/2015

MIGDONIA SERRANO QUINONES
EST DEL GOLF CLUB
309 CALLE JUAN H CINTRON
PONCE PR 00730-0515
SS: XXX-XX-9572

# Empleado: XXXXX9572
Dept: 592060-Anos de Serv:032
Lugar: Ley 218/51:032
Titulo: Pensionado
Sueldo: $1,684.82 Monthly

DATA IMP: Federal / PR
Estado Civil: Married / Married
Concesiones: 0 / 39 +99
Pct. Adcl.:
Cant. Adcl.:

HORAS E INGRESOS

| Descripcion | Sueldo | Corriente | | Acumulado | | Descripcion | Corriente | Acumulad |
|---|---|---|---|---|---|---|---|---|
| | | Horas | Ingresos | Horas | Ingresos | | | |
| Pago de Salarios Regulares | 10.368123 | 81.25 | 842.41 | 1,462.50 | 15,163.38 | | | |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 | | | |

**Estado Libre Asociado de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | | |
|---|---|---|
| MIGDONIA SERRANO QUINONES<br>EST DEL GOLF CLUB<br>309 CALLE JUAN H CINTRON<br>PONCE PR 00730-0515<br>SS: XXX-XX-9572 | # Empleado: XXXXX9572<br>Dept: 592060-Anos de Serv:032<br>Lugar: Ley 218/51:032<br>Titulo: Pensionado<br>Sueldo: $1,684.82 Monthly | Grupo de Pago: SM -Quincenal<br>Desde: 10/16/2014<br>Hasta: 10/31/2014<br>DATA IMP: Federal PR<br>Estado Civil: Married Married<br>Concesiones: 0 39 +99<br>Pct. Adcl.:<br>Cant. Adcl.: |

Business Unit: PUERT
Aviso #: 2198858
Fecha Aviso: 10/30/2014

(upside-down fragment)
Balance Final: 0.0
+ Ajustes:
- Donada:
- Utilizado:
+ Acumulado:
Balance Inicial: 0.0
Total: 841.41
Aviso #0985049  841.41
DISTRIBUCION PAGA NETA

**Estado Libre Asociado de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | | |
|---|---|---|
| MIGDONIA SERRANO QUINONES<br>EST DEL GOLF CLUB<br>309 CALLE JUAN H CINTRON<br>PONCE PR 00730-0515<br>SS: XXX-XX-9572 | # Empleado: XXXXX9572<br>Dept: 592060-Anos de Serv:032<br>Lugar: Ley 218/51:032<br>Titulo: Pensionado<br>Sueldo: $1,684.82 Monthly | Grupo de Pago: SM -Quincenal<br>Desde: 02/01/2016<br>Hasta: 02/15/2016<br>DATA IMP: Federal PR<br>Estado Civil: Married Married<br>Concesiones: 0 39 +99 |

Business Unit: PUERT
Aviso #: 1326212
Fecha Aviso: 02/12/2016

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | | |
|---|---|---|
| MIGDONIA SERRANO QUINONES<br>EST DEL GOLF CLUB<br>309 CALLE JUAN H CINTRON<br>PONCE PR 00730-0515<br>SS: XXX-XX-9572 | # Empleado: XXXXX9572<br>Dept: 592060-Anos de Serv:032<br>Lugar: Ley 218/51:032<br>Titulo: Pensionado<br>Sueldo: $1,684.82 Monthly | Grupo de Pago: SM -Quincenal<br>Desde: 04/01/2017<br>Hasta: 04/15/2017<br>DATA IMP: Federal PR<br>Estado Civil: Married Married<br>Concesiones: 0 39 +99 |

Business Unit: PUERT
Aviso #: 7298098
Fecha Aviso: 04/13/2017

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | | |
|---|---|---|
| MIGDONIA SERRANO QUINONES<br>EST DEL GOLF CLUB<br>309 CALLE JUAN H CINTRON<br>PONCE PR 00730-0515<br>SS: XXX-XX-9572 | # Empleado: XXXXX9572<br>Dept: 592060-Anos de Serv:032<br>Lugar: Ley 218/51:032<br>Titulo: Pensionado<br>Sueldo: $1,684.82 Monthly | Grupo de Pago: SM -Quincenal<br>Desde: 10/16/2018<br>Hasta: 10/31/2018<br>DATA IMP: Federal PR<br>Estado Civil: Married Married<br>Concesiones: 0 39 +99 |

Business Unit: PUERT
Aviso #: 7607104
Fecha Aviso: 10/30/2018

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | | |
|---|---|---|
| MIGDONIA SERRANO QUINONES<br>EST DEL GOLF CLUB<br>231 CALLE QUIQUE LUCCA<br>PONCE PR 00730-0512<br>SS: XXX-XX-9572 | # Empleado: XXXXX9572<br>Dept: 592060-Anos de Serv:032<br>Lugar: Ley 218/51:032<br>Titulo: Pensionado<br>Sueldo: $1,684.82 Monthly | Grupo de Pago: SM -Quincenal<br>Desde: 06/01/2019<br>Hasta: 06/15/2019<br>DATA IMP: Federal PR<br>Estado Civil: Married Married<br>Concesiones: 0 39 +99 |

Business Unit: PUERT
Aviso #: 1689921
Fecha Aviso: 06/14/2019

| | Corriente | | | Acumulado | | | |
|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | 10.368123 | 81.25 | 842.41 | 893.75 | 9,266.51 | | | |

*Reclamacion 104792    Sistema De Retiro*