April 20, 2020

Clerk's Office
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

To Whom It May Concern:

    I Walter Rodriguez Oquendo, am writing this letter to process my claim in the PROMESA Title Case III No. 17 BK 3283-LTS case, being my claim #117791. In which I demand to be paid what rightfully is owed to me for my years working as a public employee for the Central Government of the Commonwealth of Puerto Rico.

    On July 22, 2003 a law was passed called *Law No.* 164 which stipulates: "To grant a salary increase of one hundred ($100) dollars to the Public employees of the Central Government of the Commonwealth of Puerto Rico" which was made effective the 1st. of January 2004. This payment increase was never given to me while being a public employee. The amount I am owed is a total of ten thousand and five hundred ($10,500) dollars for working in the Department of Public Transportation of Puerto Rico (DTOP) for working during January 2004 to September of 2013.

Sincerely,

*[signature]*

Walter Rodriguez Oquendo
HC 06-Box 4074
Ponce, PR 00731
(787)-361-7569
walorodrigez@gmail.com

RECEIVED & FILED
2020 APR 28 PM 12:01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.