WALTER RODRIGUEZ
HC-06 BOX 4074
PONCE P.R. 00731

Secretaria ( Clerk's Office )
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan , Puerto Rico 00918-1767