Otra reclamación presentada

RECEIVED & FILED
2020 APR 24 PM 3: 27
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN PR

Reclamación 101803   caso no. 17-03283

Agencia:

Nombre: Migdunia Serrano Quiñones
        calle Wito Morales 5 i 1          (antes era Juan H Cintrón 309
        939-238-3861                       Me mudé).
        email: mserrano 733 @gmail.com
        #caso: 17-03283

Alquile un apartamento de mi propiedad a la
Administración de Vivienda Pública, vigente desde
27 abril de 2015 hasta el 26 de abril 2016.
Luego del 26 de abril 2016 No realizaron la
inspección final hasta pasados 4 meses.
(En vio evidencia de la inspección final). Me indicaron
dejarán la residente en el apto y pagarán más
adelante. No pagaron los 4 meses.
        Deuda: 3,400 + 350.35 daños = 3750

        Envio copia primera página del contrato
página 5  página 6  página 7

Migdonia Serrano Quinones
Migdonia Serrano Quiñones
21 abril 2020

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**Departamento de la Vivienda**
**Administración de Vivienda Pública**

**Contrato de Arrendamiento para Realojo en Mercado Privado**

En San Juan, Puerto Rico, a     18 de  Febrero de 2015

**COMPARECEN**

**De la Primera Parte: MIGDONIA SERRANO QUIÑONES** con seguro social verificado en este acto, cuyos últimos cuatro dígitos son **9572** mayor de edad, estado civil **SOLTERA** de ocupación **RETIRADA** y vecino(a) de **PONCE**, Puerto Rico, denominado(a) en adelante como la Parte Arrendadora.

**De la Segunda Parte:** La Administración de Vivienda Pública (AVP), representada en este acto por: **Sr. Ramón L. Rosario de la Cruz** mayor de edad, estado civil **soltero** y presidente de **A & M Contract, Inc.** en adelante denominado la Parte Arrendataria.

**De la Tercera Parte: INGRID PEREZ LOPEZ**    mayor de edad, de estado civil **SOLTERA** de ocupación **AMA DE CASA** con seguro social verificado en este acto, cuyos últimos cuatro dígitos son **4628** con domicilio en el Residencial **Las Gladiolas I Torre A Apartamento 201** de **San Juan** Puerto Rico.  La Tercera Parte en adelante denominada como **Jefe de Familia o los inquilinos**, es residente de Vivienda Pública sujeto a todas las cláusulas y condiciones dispuestas en el Contrato de Arrendamiento que tiene suscrito con la Administración de Vivienda Pública y con todos los Reglamentos que forman parte del mismo.

Manifiestan los comparecientes estar plenamente capacitados para contratar y en consecuencia:

**EXPONEN**

**PRIMERO:** Que la Parte Arrendadora es el único dueño en pleno y absoluto dominio de la propiedad residencial objeto de este Contrato, la cual está sita en **URB. BOSQUE REAL, EDIF. 5 APTO. 505, SAN JUAN, PR 00926**

Y consta de: **3** cuartos, **2** baño y otras áreas, a saber: N/A
Este inmueble se denomina en lo sucesivo como la "Unidad Arrendada".

**SEGUNDO:** La Administración de Vivienda Pública es la agencia del Gobierno de Puerto Rico que recibe del Departamento Federal de la Vivienda y Desarrollo Urbano (HUD) fondos para la administración de los residenciales públicos.  La Parte Arrendataria tiene la responsabilidad de rehabilitar los desarrollos de vivienda pública con Fondos Federales. Cuando se rehabilita el residencial público los residentes son realojados temporalmente a otros residenciales públicos o al mercado privado según la disponibilidad de unidades durante la rehabilitación del  residencial público en cuestión.  La Parte Arrendataria usa los parámetros establecidos por HUD y aquéllos que de tiempo en tiempo aprueba para determinar la cantidad a pagar por concepto de canon de arrendamiento en el mercado privado (en adelante, la renta).

La renta será pagada mensualmente por la Parte Arrendataria para que el **Jefe de Familia y los miembros de la composición familiar** utilicen la unidad arrendada para su uso y disfrute bajo los mismos parámetros y condiciones de vivienda, acordados previamente con la Parte Arrendataria al aprobársele la vivienda pública, salvo que podrá requerirse otras obligaciones como proveer mantenimiento adecuado y ordinario a la vivienda, lo cual contribuye a la Política de Auto Suficiencia ("Self Sufficiency Policy"). a la Parte Arrendadora.

Contrato de Arrendamiento para el Realojo en Mercado Privado
Página 5

4. La Parte Arrendadora será responsable de rendir y pagar las aportaciones correspondientes al Seguro Social y Contribuciones sobre Ingresos, y cualquier otra contribución aplicable, por cualquier cantidad de ingresos devengados en virtud de este contrato.

5. Expresamente reconoce la Parte Arrendadora que estas certificaciones son una condición esencial del presente contrato, y de no ser correcto en todo o en parte esto será causa suficiente para que la Parte Arrendataria pueda dejar sin efecto el contrato y la Parte Arrendadora deberá reintegrar al **ARRENDATARIO** toda suma de dinero recibida bajo este contrato. La Parte Arrendataria podrá, a su opción, retener de las rentas o cualquier suma de dinero que adeude a la Parte Arrendadora y pagar cualquier deuda que surja de la Parte Arrendadora con relación a las certificaciones antes mencionadas.

6. **CONFLICTO DE INTERESES:** La Parte Arrendadora certifica que:
   a. Ningún(a) servidor(a) público(a) de esta agencia ejecutiva tiene interés pecuniario en este contrato, compra o transacción comercial, y tampoco ha tenido en los últimos cuatro (4) años directa o indirectamente interés pecuniario en este negocio.
   b. Ningún(a) servidor(a) público(a) de esta agencia ejecutiva solicitó o aceptó directa o indirectamente, para él (ella), para algún miembro de su unidad familiar o para cualquier persona, regalos, gratificaciones, favores, servicios, donativos, préstamos, o cualquier otra cosa de valor monetario.
   c. Ningún(a) servidor(a) público(a) le solicitó o aceptó bien alguno de valor económico, vinculados a esta transacción, de persona alguna de la entidad que representa como pago para realizar los deberes y responsabilidades de su empleo.
   d. Ningún(a) servidor(a) público(a) me solicitó, directa o indirectamente, para él (ella), para algún miembro de su unidad familiar, ni para cualquier otra persona, negocio o entidad, bien alguno de valor económico, incluyendo regalos, préstamos, promesas, favores o servicios a cambio de que la actuación de dicho servidor(a) público(a) esté influenciada para su favor o de la entidad que representa.



7. La Parte Arrendadora certifica bajo pena de perjurio que todas las representaciones y certificaciones que ha realizado en este contrato son veraces.

8. **TERMINACIÓN:** En caso de incumplimiento por parte de la Parte Arrendadora de cualquiera, todas o algunas de las cláusulas de este contrato, la Parte Arrendataria podrá rescindir del mismo inmediatamente y de tener que recurrir a la vía judicial para reclamar daños, cumplimiento o por cualquier otra reclamación que en derecho proceda, será por cuenta de la Parte Arrendadora las costas, gastos y los honorarios de abogado en que incurra la Parte Arrendataria.

   a. La Parte Arrendataria podrá, con notificación escrita previa de treinta (30) días, terminar el presente contrato, en todo o en parte, por conveniencia.
   b. También podrá la Parte Arrendataria resolver el presente contrato en caso de que la Parte Arrendadora resulte culpable de algún delito contra el erario, la fe y función pública, o que envuelva fondos o propiedad públicos, ya sean estatales o federales.
   c. La parte arrendataria podrá dar por terminado este contrato y proceder a la reubicación del jefe de familia, en caso de se haga disponible una unidad de vivienda pública decente, segura e higiénica en proyecto residencial Las Gladiolas (luego de culminado el redesarrollo del mismo), la cual se ajuste a la composición familiar del jefe de familia. En dicho caso, la Arrendataria notificara a la parte Arrendadora y al Jefe de Familia de dicha cancelación con treinta (30) días de antelación. Dentro de dicho termino, el Jefe de Familia deberá entregar la unidad arrendada a la Arrendataria de conformidad con este Contrato y reubicarse a la unidad identificada por la Arrendataria. Esta cláusula esta sujeta a lo dispuesto en la **Notificación de no Desplazamiento** suscripta por el Jefe de Familia con fecha de **2 de septiembre de 2011** la cual se mantiene en pleno vigor y vigencia, y que se hace formar parte integral del presente contrato.
   d. La Parte Arrendataria notificará oportunamente al **Jefe de Familia** la fecha pactada para el vencimiento del contrato de arrendamiento, su

INGRID PEREZ

Contrato de Arrendamiento para el Realojo en Mercado Privado
Página 6

prórroga o su terminación. El **Jefe de Familia** deberá entregar, en la fecha indicada, la vivienda al **Arrendatario** en condiciones óptimas para su inspección final. Si el **Jefe de Familia** se negase a entregar la vivienda en la fecha indicada, la Parte Arrendataria procederá, sin más dilación, a solicitar el desahucio ante el tribunal con competencia.    Mientras se ventila la causa, el **Jefe de Familia** estará obligado a pagar la totalidad de la renta de mercado privado a la Parte Arrendadora.

**DECIMOCUARTO: La Parte Arrendadora** no discriminará contra el **Jefe de Familia** o miembros de la familia, según se detallan adelante, en la prestación de servicios, ni en forma alguna, por razón de raza, color, credo, religión, ideas políticas, sexo u origen nacional.

**DECIMOQUINTO:** La Parte Arrendadora se compromete a notificar de inmediato a la Administración de Vivienda Pública y/o su representante si el **Jefe de Familia** deja de vivir o residir en algún momento la unidad objeto de este contrato, no estuviese ocupando la misma como su vivienda principal, o la vivienda es ocupada por un tercero que no es parte del listado de la composición familiar según se ha establecido en este contrato.

**DECIMOSEXTO:** Los nombres, la edad y la relación con el **Jefe de Familia** de los miembros de la composición familiar de la Familia que han de residir en la vivienda objeto de y bajo los términos de este Contrato son y se encuentran aquí listados:

|   | Nombre | Relación | Edad |
|---|---|---|---|
| 1. | INGRID PEREZ LOPEZ | Jefe Familia | 42 |
| 2. | DENHAM RAMIREZ PEREZ | HIJA | 22 |
| 3. | CHERISH RAMIREZ PEREZ | HIJA | 20 |
| 4. | FRANKIE RAMIREZ PEREZ | HIJO | 10 |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |

**DECIMOSEPTIMO:** Que los comparecientes acuerdan que este Contrato estará vigente desde el      27 de Abril de 2015   hasta el 26 de Abril de 2016.

**DECIMOOCTAVO:** En caso de ser elegibles a vivienda pública el **Jefe de Familia** y/o los miembros de la familia, aún a la fecha de terminación de este Contrato, con el consentimiento de la Parte Arrendadora, las partes se comunicarán para entrar en un nuevo contrato o extender la duración del presente contrato con una vigencia de acuerdo al estimado del término de rehabilitación del residencial público. De no haberse terminado la modernización de la unidad de vivienda pública designada al **Jefe de Familia** y la vigencia de este contrato estuviese por terminar, la Parte Arrendataria tendrá el derecho de renovar el mismo. Disponiéndose que en caso de que la Administración de Vivienda Pública decida no renovar dicho Contrato el contrato queda cancelado a la fecha de su expiración.

**DECIMONOVENO:** Este contrato podrá ser enmendado durante su tiempo de vigencia de así surgir alguna Ley o Reglamento Estatal o Federal que así lo requiera.

**VIGESIMO:** Cualquier comunicación que la Parte Arrendadora necesite hacer al **Arrendatario** relacionadas con el contenido de este documento y/o sobre la conducta del **Jefe de Familia**, será dirigida a la: *Oficina del Director de Realojo del Representante de la Administración de Vivienda Pública:*

| Dirección Física AVP y/o Su Representante | Dirección Postal AVP y/o Su Representante |
|---|---|
| **Calle del Parque** <br> **Edif. 403 Piso 4** <br> **Santurce, PR** | **A & M  Contract, Inc.** <br> **PO Box 19448** <br> **San Juan PR 00910** |

INGRID PEREZ

## VIGESIMOPRIMERO: CESION DE CONTRATO

1. Este contrato será vinculante para los sucesores de cualquiera de las partes. El **Jefe de Familia** ni la Parte Arrendadora podrán ceder sus derechos y obligaciones sin el previo permiso escrito de la Parte Arrendataria.

2. La Parte Arrendataria podrá ceder este contrato por cualquier motivo contemplado aquí o permitido por Ley, incluyendo por razones que den lugar a terminación o rescisión del contrato. La Parte Arrendataria notificará por escrito a las partes dicha cesión dentro del término de 30 días desde que la Parte Arrendataria haya completado dicha cesión, sin necesidad de que se otorgue una enmienda al presente contrato.

   a. **Cambio de Representante de la Parte Arrendataria.** La Parte Arrendataria a todos los efectos legales es la AVP y no la firma que le representa en este acto. En caso de que se termine el contrato de administración entre la AVP y su representante, este contrato seguirá en todo vigor, pero la Parte Arrendataria notificará por escrito a la Parte Arrendadora los datos de su nuevo representante para los fines de la administración de las responsabilidades bajo este contrato, sin necesidad de que se enmiende este contrato y sin que ello constituya una cesión del presente contrato de arrendamiento.

**VIGESIMOSEGUNDO:** En caso de que un Tribunal o dependencia gubernamental o federal con jurisdicción declare nula cualquier cláusula de este contrato, todas las demás seguirán siendo validas y exigibles.

En San Juan Puerto Rico   **18 de Febrero de 2015**

Firma de la Parte Arrendadora
Nombre en letra de molde:
**MIGDONIA SERRANO QUIÑONES**
Dirección postal:
**URB. ESTANCIAS DEL GOLF CLUB**
**CALLE JUAN H. CINTRON #309**
**PONCE, PR 00730**

Teléfono: 787-400-6659
Últimos 4 dígitos Seguro Social: 9572
Identificación:   LIC. 558460

Firma del Jefe De Familia
Nombre en letra de molde:
**INGRID PEREZ LOPEZ**
Dirección en el Residencial de Procedencia::
**Residencial: Las Gladiolas I**
**Edificio: A**
**Apartamento:  201**

Teléfono:
Últimos 4 dígitos Seguro Social: 4628
Identificación: LIC. 4640505

Firma de la Parte Arrendataria
**Sr. Ramón L. Rosario de La Cruz**
**Presidente**

**Nombre de la Compañía**
**representando en este Acto a la**
**Administración de Vivienda**
**Pública:**
**A & M Contract, Inc.**
Dirección:
**Calle Del Parque,**
**Edif. 403 Piso 4**
**Santurce, PR**
**Tel: (787) 523-3838**

INGRID PEREZ

Recibido: _Wilma_ _____

Fecha: 9-6-16

Por: _____

Fecha: 31 de AGOSTO de 2016

31 de agosto de 2016.
entrega de esta reclamación
fecha que se realizó inspección final

Director Programa de Realojo
A & M Contract, Inc.

Re:    Re:    Residente:    INGRID PEREZ LOPEZ
       Residencial:    Gladiolas I
       Propiedad Alquilada (dirección): URB BOSQUE REAL EDF. 5 APTO. 505 SAN JUAN
       Contrato Comenzó:    27 de ABRIL de 2015
       Contrato Vence:    26 de ABRIL de 2016
       Fecha mudanza:    19 de AGOSTO de 2016

Estimados señores:

Deseo indicar que al mudarse el residente de epígrafe mi propiedad sufrió los siguientes daños:

Puerta de un cuarto
lampara (rota la base)
cerradura de puerta sliding door
boton secadora (dryer timer Knob)

## Adjunto incluyo original de facturas y estimados relacionados que suman a la cantidad de ___350.35___.

Favor tomar nota para que se me reembolse por la cantidad correspondiente.

Atentamente,

Factura:
1) puerta  } 186.08
   sliding door
   lampara
2) dryer timer  44.27
3) mano obra  120.00

Arrendador:

_Migdonia Serrano Quiñones_
**MIGDONIA SERRANO QUIÑONES**
**URB. ESTANCIAS DEL GOLF CLUB**
**CALLE JUAN H. CINTRON #309**
**PONCE, PR 00730**

Teléfono: 787-400-6659

Nota: la llave del apartamento me fue entregada el 31 de
agosto de 2016 por la representante de la compañía
que realizó la inspección final el 31 de agosto de 2016
(Sylvia Ramirez)

Reclamación 101803
Administración de Vivienda Pública