Migdonia Serrano
Calle Urito Morales 511
b Estancias del Golf 00730 0515

RECEIVED & FILED
2020 APR 24 PM 3:28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR



Secretaria (clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan P.R. 00918-1767