ANGEL SOTO PITRE
HC 1 BOX 3921
SAN SEBASTIAN, PR 00685

RECEIVED & FILED
2020 APR 28 PM 12:01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

24 APR 2020 PM 1 L

SECRETARIA DE JUNTA DE SUPERVICION
ROOM 150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO 00918-1767