Número de Reclamación: 148413
Reclamante: María I. Rosa
Empleada Retirada del Estado Libre Asociado de Puerto Rico
Teléfono: 787-508-1988

Ref: Centésima Cuadragésima Sexta Objeción Global del Estado Asociado de Puerto Rico y del Sistema de Retiro de Empleados del Gobierno del Estado Libre Asocaido de Puerto Rico

10 de abril de 2020

Mi nombre es María I. Rosa y mi dirección postal es: PO Box 181, Luquillo, Puerto Rico, 00773-0181. Someto la siguiente información por requerimiento de su agencia:

Laboré 30 años en el Departamento de Educación del Gobierno de Puerto Rico para los años 1970 al 2001.

El Honorable Carlos Romero Barceló, Gobernador de Puerto Rico para los años de 1977 al 1989, otorgó un aumento de sueldo permanente a todos los empleados públicos, Ley Núm. 89 conocida como el Romerazo. Este aumento se otorgó durante el año 1989.

El Estado Libre Asociado de Puerto Rico nunca otorgó ese aumento de sueldo. Por lo antes señalado estoy reclamando el pago por la cantidad que me corresponda desde el año 1989 hasta el presente. Es importante señalar que al acogerme a la jubilación por años de servicio el monto de mi pensión fue afectada, como consecuencia de no haberse otorgado este aumento de sueldo.

Es mi interés que se realice una investigación sobre este asunto y se revise esta determinación. Las leyes propuestas en el Estado Libre Asociado de Puerto Rico se crean para beneficiar a los empleados públicos y espero se pueda cumplir con la misma. Luego de haber revisado nuevamente los cálculos, según mi apreciación la deuda sería de: $18,600.00 aproximadamente.

Estoy enviando esta reclamación fuera de la fecha establecida, ya que tuve diferentes situaciones de movilidad para obtener mi correspondencia. Espero me puedan tomar en consideración.

Cordialmente,

*María I. Rosa* (firma)
María I. Rosa

RECEIVED & FILED 2020 APR 28 PM 12:00 CLERK'S OFFICE US DISTRICT COURT SAN JUAN, PR