Maria Isabel Rosa
P.O. Box 181
Luquillo, PR 00773-0181

SAN JUAN PR 009
23 APR 2020 PM 1 L

RECEIVED & FILED
2020 APR 28 PM 12: 00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767