RAFAEL VALENTIN VELAZQUEZ
HC 7 BOX 76624
SAN SEBASTIAN, PR 00685



RECEIVED & FILED
2020 APR 28 PM 12:01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SECRETARIA DE JUNTA DE SUPERVICION
ROOM 150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO 00918-1767