Maunabo, P.R. 00707

Aida Alvarez
Reclamación 15749
Caso BK 03566 LTS

Secretaría (Clerk office
Tribunal de distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918 1767

Distinguidos Señores:

Por este medio la profesora jubilada Aida M. Alvarez caso: BK 03566.LTS y Reclamación 15749 - Promesa Titulo III - cuyo deudor es el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico me dirijo a ustedes, humildemente en pos de la ayuda que ustedes puedan brindarme respeto al siguiente caso:

Hace algún tiempo me enviaron por correo un formulario relacionado con Promesa Titulo III. No. 17 BK. 3283 LTS. para que lo llenara y enviara. El mismo estaba escrito en inglés y apenas pude entender el mensaje del escrito Aunque no domino el inglés lo contesté como pude y lo envié de nuevo a su destino. Luego en el año 2020 me llegó un folleto aunque tardío ya que parece a ser que el envio fue a parar a otro buzón y no al de mi casa por lo tanto no lo devolvieron a tiempo y ya cuando llegó a mis manos en contestación al formulario enviado anteriormente ya la fecha indicada para devolver contestación al mismo había pasado.

Hay que ver que con todos estos revoluces de los terremotos

y el Covid-19, con esto, todo se atrazó.

Pues, en este segundo panfleto que me llegó contiene una lista de nombres de personas que también al que yo habían llenado esa solicitud de Reclamación y en esa lista está mi nombre. La lista se titula Cuarta objeción global

Anexo A Defectuosas

En la misma se encuentra la fecha de presentación del caso. En el caso mío, (7/6/2018), el número de caso, 17 BK 03566, el deudor Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, el número de reclamación (157149) y por último el monto de reclamación, el que indica Indeterminado, lo que indica que la reclamación tiene montos por liquidar o indeterminados.

Debajo de mi dirección
Aida M. Alvarez
Urb. Emilio Calimano #33
Calle #2
Maunabo, P.R. 00707

Página 63 de 174
Aparece la siguiente información cito:
Base para: "La evidencia de reclamación tiene la intensión de formular las responsabilidades asociadas con el Sistema de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico; pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema de manera que los deudores no pueden determinar

si el reclamante tiene alguna reclamación contra el Sistema de Retiro de los Empleados del Gobierno del E.L.A. o cualquier de los otros deudores en virtud del Título III."

Como se me ha hecho difícil en estos tiempos constactar algún abogado para atender mi situación, les estoy pidiendo una oportunidad para poder resolver esto.

Aquí les envió una réplica con algunos datos para ver cómo me pueden ayudar.

Nombre: Aida M. Álvarez
Urb. Emilio Calimano #33
Calle #2
Maunabo, P.R. 00707

Correo Electrónico: Aidsa.Vallés 1,2,34 gmail.c.comp.
(ella es mi hija)

Epígrafe:
  centésima vigésima cuarta objeción global
    Anexo A: Defectuosa

Fecha de presentación
  7-6-2018

Número de caso
  17 BK 03566-LTS

Deudor:
  Sistema de Retiro de Empleados del Gobierno del ELA

Número de reclamación
  11 88 31

\*\* Monto de reclamación
$6,300 aproximadamente: puede ser más...

\* Nota:
Esta reclamación data desde el periodo de gobernación del Honorable Carlos Romero Barceló 1976-1988. Esto tiene que ver con un paso de dinero que él nos otorgó en uno de esos periodos pero el mismo nunca se vió reflejado en los pagos que llegaban a nosotros (cheques). Por lo tanto el magisterio con la ayuda de abogados de las asociaciones hicimos dicha reclamación.

Motivos para oponerme a la objeción global
1. El formulario que me enviaron para llenar no lo entendí claramente. No domino el inglés
2. Apenas, entendí el propósito del mismo
3. Contesté todo lo que pude entender
4. Fue hasta que llegó el folleto Centésima vigésima objeción global que pude entender lo que en sí necesitaba contestar en el formulario que había llenado, y que en sí ustedes querían saber.
5. En cuanto al monto de reclamación alegada no sabía si esta reclamación abarcaba desde el momento que se suponía la otorgación del depósito del paso de este dinero.

Espero que esta información pueda servirles de algo. En estos momentos tengo 74 años. Estoy impedida y tengo tres hijos impedidos
¡Qué el Señor les bendiga mucho
Queda en espera de ustedes, Aida M. Alvarez

Ada M. Alvarez Rodriguez
Urb. Emilio Colimano #33
calle 2, Maunabo PR 00707

Secretaria (Clerk's office)
Tribunal de Distrito de
los Estados Unidos
Room 150 Federal Building
San Juan PR 00918-1767

2020 APR 28 PM 2:28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

PM 2 1 RECEIVED & FILED
27 APR 20
PR 000