Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

Reclamacion # 2173

Buenas Dias

Ya misma es para la reclamacion aqui le envio las evidencias de retiro.

Yo envio a esta fecha ya que estamos en una emergencia por la pandemia el Covid-19. Y hain toque de queda todo esta cerrado. Tambien estabamos con los terremotos. Gracias por su atencion

RECEIVED
2020 APR 24 PM 3:26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

SR-RA-095
Rev. Dec.17

**REEMBOLSO, RETIRO O TRANSFERENCIAS DE APORTACIONES**

(Ley 3 - 2013 y Ley 106 - 2017)

**RETIRO**
GOBIERNO DE PUERTO RICO

| SECCIÓN I. BENEFICIO SOLICITADO |
|---|
| Seleccione el beneficio a Solicitar: |
| 1 ☐ Retiro de Aportaciones Programa Híbrido (Tener menos de (5) cinco años cotizados en el servicio público o tener menos de ($10,000) diez mil dólares en aportaciones). (1020) |
| 2 ☐ Retiro de Aportaciones del Nuevo Plan de Aportaciones Definidas o Transferencia Cuenta Bancaria (1106) |
| *Nota: El balance en el Programa Híbrido y el Nuevo Plan de Aportaciones Definidas estará sujeto a deducciones de préstamos con la ASR y la Asociación de Empleados del E.L.A., si aplica. |

### SECCIÓN II. DATOS DEL PARTICIPANTE

| Apellido Paterno, Materno, Nombre e Inicial | Seguro Social | Teléfono |
|---|---|---|
| Quiñones Felix Moises | -7456 | 939-267-4241 |

| Dirección Postal | Género | Fecha Matrimonio (D/M/A) |
|---|---|---|
| HCS Box 7741 Yauco PR 00698 | ☑ M ☐ F | |
| P O Box, HC Box, RR Box | Estado Civil ☐ Casado ☑ Soltero ☐ Viudo | |
| Yauco PR 00698 | Fecha de Nacimiento (D/M/A) | Lugar de Empleo/Agencia |
| Ciudad Estado Zip + 4 | 5-9-73 | DCR |

### SECCIÓN III. DATOS DEL SOLICITANTE — RELACION CON EL PARTICIPANTE

| Apellido Paterno, Materno, Nombre e Inicial | Seguro Social | Correo electrónico |
|---|---|---|
| Quiñones Felix Moises | 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 | |

### SECCIÓN IV. DETALLE DE PRÉSTAMOS VIGENTES CON EL SISTEMA (Participante)

Hipotecario ☐ Sí ☑ No Número _____    Personal ☑ Sí ☐ No Número _____
Aplicación de aportaciones** ☐ Mensualidades    Viaje Cultural ☑ Sí ☐ No Número _____
☐ Principal    Cooperativa ☐ Sí ☐ No Número _____

**Nota: Las aportaciones serán aplicadas a los pagos mensuales, con excepción de aquellos prestatarios que tengan la intención de saldar el total del préstamo hipotecario, en cuyo caso este puede solicitar que se le apliquen al principal.

### SECCIÓN V. OTROS SISTEMAS DE RETIRO EN LOS QUE HA COTIZADO Y HA REALIZADO TRANSFERENCIA DE APORTACIONES

| | Sí | No | Fecha (día/mes/año) |
|---|---|---|---|
| ☐ Sistema de Retiro para Maestros | ☐ | ☑ | |
| ☐ Sistema de Retiro de la Universidad de Puerto Rico | ☐ | ☑ | |
| ☐ Sistema de Retiro de la Autoridad de Energía Eléctrica | ☐ | ☑ | |
| ☐ Judicatura | ☐ | ☑ | |

### SECCIÓN VI. CERTIFICACIÓN DE LA OFICINA DE RECURSOS HUMANOS (PARA USO DEL PATRONO)

| Fecha de Separación del Servicio (día/mes/año) | Fecha del Último Pago (día/mes/año) |
|---|---|
| | |

| Núm. | Mes | Año | Sueldo | Cantidad descontada | Fecha de remesa a Retiro |||
|---|---|---|---|---|---|---|---|
| | | | | | Día | Mes | Año |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |

Certifico que al participante se le efectuaron los descuentos indicados de su retribución mensual durante los últimos 6 meses.

| Nombre del Director de Recursos Humanos o su Representante Autorizado | Firma | Puesto que Ocupa | Fecha (día/mes/año) |
|---|---|---|---|

Conservación: Igual al expediente del cual forma parte.

273-le4e4 X5899

Página 1 de 3

ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA
PO Box 42003 San Juan, PR 00940-2203 • Tel. 787-777-1500 • www.retiro.pr.gov

*[Handwritten top right: Solicité Retiro Ibrido 14-Mayo-2018]*



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

11 de mayo de 2018

Agencia: 404 - DEPT. DE CORRECCION Y REHABILITACION

*[Handwritten: Nilsa Kuilan (787) 273-6464 ext. 5899]*

MOISES QUINONES FELIX
HC 05 BOX 7741
YAUCO, PR 00698

Seguro Social: XXX-XX-7456

*[Handwritten numbers: 5205, 5113, 5205, 5706, 5218, 5742]*

A base de la información en nuestros registros, al 11 de mayo de 2018 usted posee:

Fecha de Nacimiento: 05 de septiembre de 1973    Género: Masculino
Fecha de Ingreso al Servicio Público: 26 de mayo de 1995
Fecha de Comienzo de Cotización: 26 de mayo de 1995

*[Handwritten left margin: pensión a los 65 años]*
*[Handwritten: Retiro hibrido 1 jul. 2013]*

| Ley 1 al 30 de junio de 2013 | | Ley 3 al | |
|---|---|---|---|
| Años Acreditados: | 17.00 | Años Acreditados: | 2.10 |
| Aportaciones: | $28,071.86 | Aportaciones: | $7,515.15 |
| Intereses: | $7,025.64 | Intereses: | $253.34 |
| Gastos Teneduría: | $0.00 | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $35,097.50 | Total Aportaciones: | $7,768.49 |
| SNC Pagado: | $0.00 | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | |
| Beneficio: | $0.00 | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545
www.retiro.pr.gov



RETIRO
ESTADO LIBRE ASOCIADO DE PUERTO RICO

# GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

1 de marzo de 2019

**CERTIFICADA CON ACUSE DE RECIBO**

Sr. Félix Moisés Quiñones
HC 05 Box 7741
Yauco, PR 00698

Estimado(a) señor(a) Moisés:

Nos referimos a su **Solicitud de Reembolso de Aportaciones Ley 106,** que radicó en este Sistema de Retiro.

El Artículo 3.8 de la Ley 106 del 23 de agosto de 2017, reitera que en caso de que el Participante se separe del servicio público, puede solicitar el desembolso del **balance** en su Cuenta de Aportación Definida, sujeto al pago de los impuestos aplicables, según el Código de Rentas Internas para un Nuevo Puerto Rico, pagaderos al momento del desembolso de los fondos y a la reglamentación que la Junta de Retiro establezca a estos efectos.

Luego de evaluar su expediente y realizar un análisis de sus aportaciones en su Cuenta de Aportación Definida, hemos computado que no tiene balance a desembolsar. Durante el período que comprende el 14 de abril de 2016 al 1 de febrero de 2018, usted se encontraba en una licencia sin sueldo; y no realizó aportaciones a su Cuenta de Aportación Definida.

Por lo antes expuesto, no podemos considerar favorablemente su solicitud.

De usted no estar de acuerdo con esta decisión puede presentar un escrito de reconsideración. A esos efectos, le incluyo Pliego de Advertencias y reglas generales que aplican para las solicitudes de reconsideración o apelación. Usted tiene un término de quince (15) días desde la fecha de la notificación de la decisión, para presentar un escrito de reconsideración o treinta (30) días calendario para presentar un escrito de apelación ante la Junta de Síndicos de este Sistema de Retiro.

Cordialmente,

**Lcdo. Luis M. Collazo Rodríguez**
Administrador

*[firma]*

**Frankie Silva Saldaña**
Director
Área de Servicios a Participantes

XXX-XX-7456
Anejo
mmr



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

25 de febrero de 2019

Agencia: 404 - DEPT. DE CORRECCION Y REHABILITACION

Seguro Social: XXX-XX-7456

MOISES QUINONES FELIX
HC 05 BOX 7741

YAUCO, PR 00698

A base de la información en nuestros registros, al 25 de febrero de 2019 usted posee:

Género: Masculino

Fecha de Nacimiento: 05 de septiembre de 1973
Fecha de Ingreso al Servicio Público: 26 de mayo de 1995
Fecha de Comienzo de Cotización: 26 de mayo de 1995

| Ley Anterior al 30 de junio de 2013 | | Ley 3 al 30 de junio de 2016 | | Ley 106 | |
|---|---:|---|---:|---|---:|
| Años Acreditados: | 17 | Tiempo Trabajado: | 2.1 | Tiempo Trabajado: | 0 |
| Aportaciones: | 28,071.86 | Aportaciones: | 7,515.15 | Aportaciones: | 0.00 |
| Intereses: | 7,025.64 | Intereses: | 253.34 | Intereses: | 0.00 |
| Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| Total Aportaciones: | 35,097.50 | Total Aportaciones: | 7,768.49 | Total Aportaciones: | 0.00 |
| SNC Pagado: | 0.00 | | | | |
| SNC Tiempo: | 0.00 | | | | |
| Beneficio: | 527.75 | Beneficio: | 33.90 | Beneficio: | 0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Linea del Portal de Internet de ASR: http://www.asr.gobierno.pr.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



RETIRO
GOBIERNO DE PUERTO RICO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

Moises Quinones Felix
HC 5 Box 7741
Yauco PR 00698

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN
2020 APR 24 PM 4:26

U.S. POSTAGE PAID
FCM LETTER
GUANICA, PR
00653
APR 21, 20
AMOUNT
$6.00
R2305K134947-04

7017 0660 0000 0837 4887

Secretaria (Clerk's Office)
Tribunal de Distrito de los
Estados Unidos Chardon Avenue
Room 150 Federal Building
San Juan PR 00918-1767