**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

### PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.

Date Filed: 6/26/2018
Proof of Claim No.: 111270

For additional information, please visit
http://cases.primeclerk.com/puertorico, or
call us at 844.822.9231.

RECEIVED & ~~FILED~~
CLERK'S OFFICE
APR 28 2020
US DISTRICT COURT
SAN JUAN, PR

Nancy I. Ortiz Matos
P.O. Box 252
Comerio, PR 00782

---

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

17 AUG '18
PM 6 L

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

### PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.

Date Filed: 6/26/2018
Proof of Claim No.: 84582

For additional information, please visit
http://cases.primeclerk.com/puertorico, or
call us at 844.822.9231.

Nancy I. Ortiz Matos
PO Box 252
Comerio, PR 00723

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Nancy I. Ortiz Matos**, con número de seguro social que termina en 8918.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 29 de julio de 2004 |
| Tiempo Cotizado para la Pensión | 30 años, 9 meses, 3 semanas, 4 días |
| Pensión Mensual Inicial | $1,599.59 |
| Pensión Mensual Actual | $1,599.59 |

Esta certificación se expide hoy, 5 de marzo de 2020 en San Juan, Puerto Rico.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414    787.764.6910    www.srm.pr.gov



## DEPARTAMENTO DE EDUCACION
Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: LEY PROMESA

5 de marzo de 2020

# CERTIFICACION

| | |
|---|---|
| Certifico que | : NANCY ORTIZ MATOS |
| Seguro Social | : |
| Categoría | : MA. EDUCACION TEMPRANA - NIVEL ELEMENTAL (K-3) |
| Distrito Escolar | : BARRANQUITAS |
| Sueldo Mensual | : $2,405.00 |
| Status | : PERMANENTE |
| Observaciones | : |
| Trabaja | : N/A |
| Cesó | : N/A |
| Renunció | : Efectivo el 28 de julio de 2004 |
| Otros | : Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (29) años. (2) semnas y (1) dia. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Modelo SC-1515 (IRM)
14-mayo-71
Manual de Contabilidad

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**JUNTA DE RETIRO PARA MAESTROS**
**INFORME RENTA ANUAL VITALICIA**

.9% = $191.95

| | Núm. Reclamación | Sexo F |
|---|---|---|
| NANCY ORTIZ MATOS | 39138 | Fecha de Nacimiento |

Tipo de Renta:
a- Años de Servicio y edad
  Opcional (X)
  Obligatorio ( )
b. Edad ( )

c- Incapacidad
  Ocupacional ( )
  No Ocupacional ( )
d- Diferida ( )

Fecha de Nacimiento: 1953 / 10 / 17 (Año / Mes / Día)

Edad al Retirarse: 50 años 9 meses 12 días

Servicios Acreditados: 30 Años 9 Meses 3 Sem. 4 Días

Costo Anualidad: $ 42,118.86

Fecha de Retiro: 2004 / 7 / 28
Fecha de Efectividad: 2004 / 7 / 29

Retiro Ley Núm. **91 DEL 2004**

Cómputo de la Renta Anual:
a- Sueldo promedio mensual más alto durante TRES años consecutivos a $2,132.78

.75% X 30 años
(Por ciento) (Tiempo Acreditado)

$ 1,599.59

*En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad

b. Ajuste para llegar al Mínimo Establecido por ley 89

Años de Servicio    Edad    Incapacidad Física    Diferido
$ _____    $ _____    $ _____    $ _____

OFICINA DE FINANZAS
DOCUMENTOS PREINTERVENIDOS
1 3 AGO 2004
MADELINE MARRERO FIGUEROA

Diferencia Mínimo o Renta Sistema de Retiro: 1,599.59

Renta Mensual Vitalicia: 19,195.08

Renta Anual Vitalicia
Computado: Annie Rivera    2/8/04 Fecha
Recomendado: Irma García Hernández, Directora Área Servicios de Retiro    12/8/04 Fecha

Cotejado: María A. Torres Morales    10/aug/04 Fecha
Aprobado: Dinelia Ayala Morales    17/8/04 Fecha
Dinelia Ayola Morales, Subdirectora Ejecutiva

Agb
Fecha: 9 de agosto de 2004

Nancy Ortiz [illegible]
P.O. Box 252
Comerio, P.R. 00782

U.S. POSTAGE PAID
FCM LETTER
COMERIO, PR
00782
APR 25, 20
AMOUNT
$0.40
R2303S100638-06

7019 0160 0001 1347 7223

Secretaria {clerks office}
Tribunal de Distrito de los E.U
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
US DISTRICT COURT
SAN JUAN, PR
APR 28 2020

00918$1339