UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT MANAGEMENT BOARD FOR PUERTO RICO<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>    DEBTOR | PROMESA<br>TITLE III<br><br><br><br>No. 17 BK 3283-LTS |

NOTICE OF WITHDRAWAL

TO THE HONORABLE COURT:

COMES NOW the undersigned attorney and very respectfully states and prays:

1. The undersigned attorney appeared in representation of various parties to request a lift of the automatic stay, all of which have been terminated. Said cases are:

17-03283 Sucesión Mandry Mercado; 17-04780 Finca Matilde, Inc.; 17-04780 Isla del Río, Inc.;17-03283 Gloria M. Esteva Marqués; 17-03567 Finca Perseverancia, Inc.;17-04780 Sucesión Sastre Wirshing.

2. The undersigned requests this Honorable Court to be removed from the Electronic Mail Notice List.

WHEREFORE, it is respectfully prayed that this Court takes notice of the above and that the undersigned be excluded from the Electronic Mail Notice List.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Office of the United States Trustee and to the attorneys of record.

RESPECTFULLY SUBMITTED.

In Ponce, Puerto Rico, this 29th of April, 2020.

/s/María E. Vicéns Rivera
MARÍA E. VICÉNS RIVERA
USDC- PR 226711
9140 MARINA ST., SUITE 801
PONCE, PUERTO RICO 00717
TEL. / FAX: (787) 259-1999
E-mail: mevicens@yahoo.com