UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>  Debtors | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br><br><br>(Jointly Administered) |
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BORD FOR PUERTO RICO<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>  Debtor[1] | PROMESA<br>Title III |

## CERTIFICATE OF SERVICE

  COME NOW the undersigned counsel for plaintiffs Atlantic Medical Center, Inc., Camuy Health Services, Inc., Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2

Health Care Services, Inc., Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc., Costa Salud, Inc., Centro de Salud de Lares, Inc., Centro de Servicios Primarios de Salud de Patillas, Inc., Hospital General Castañer, Inc. and Rio Grande Community Health Center, Inc. and hereby certify that we have served copy of Atlantic Medical Center, Inc., Camuy Health Services, Inc., Centro De Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services, Inc., Corp. De Serv. Médicos Primarios y Prevención De Hatillo, Inc., Costa Salud, Inc., Centro De Salud De Lares, Inc., Centro De Servicios Primarios De Salud De Patillas, Inc. and Hospital General Castañer, Inc. and hereby certify that the Urgent Motion Seeking (I) Enforcement Of the Court's Prior Order and (II) Relief From The Automatic Stay (Docket No. 12918), filed by the above referenced parties on April 21, 2020, was electronically filed with the Clerk of this Court by using the CM-ECF system which sent notice to all attorneys of record of the Affected Parties, the Standard Parties and the Rule 2002 Parties pursuant to the Eleventh Amended Notice, Case Management and Administrative Procedures (Docket No. 11885 in Case No. 17-3283).

Respectfully submitted,

April 29, 2020

| | |
|---|---|
| /s/ Miguel Rodríguez Marxuach<br>Miguel Rodríguez Marxuach<br>USDC No. 206011<br>RODRÍGUEZ MARXUACH, PSC<br>Popular Center, Suite 1425<br>208 Ponce de León Ave.<br>San Juan, PR  00918<br>Tel 787-754-9898<br>Fax 787-754-9897<br>mrm@rmlawpr.com | /s/ James L. Feldesman<br>James L. Feldesman*<br>/s/ Kathy S. Ghiladi<br>Kathy S. Ghiladi**<br>/s/ Nicole M. Bacon<br>Nicole M. Bacon**<br>Feldesman Tucker Leifer Fidell LLP<br>1129 20th Street, N.W., Fourth Floor<br>Washington, DC  20036<br>(202) 466-8960 (telephone)<br>(202) 293-8103 (facsimile)<br>jfeldesman@ftlf.com<br>kghiladi@ftlf.com<br>nbacon@ftlf.com |
| /s/ Lisa G. Beckerman<br>Lisa G. Beckerman**<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park,<br>New York, NY 10036-6745<br>lbeckerman@akingump.com<br>Telephone: 212.872.8012 | /s/ Joanna F. Newdeck<br>Joanna F. Newdeck**<br>Akin Gump Strauss Hauer & Feld LLP<br>2001 K Street, N.W.<br>Washington, DC 20006-1037<br>jnewdeck@akingump.com<br>Telephone: 202.887.4549 |

\* Admitted *Pro Hac Vice*
\*\* *Pro Hac Vice Pending*

*Attorneys for Plaintiffs Atlantic Medical Center, Inc., Camuy Health Services, Inc., Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services, Inc., Corp. de Serv. Médicos, Primarios y Prevención de Hatillo, Inc., Costa Salud, Inc., Centro de Salud de Lares, Inc., Centro de Servicios Primarios de Salud de Patillas, Inc., Hospital General Castañer, Inc. and Río Grande Community Health Center, Inc.*