# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------ x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

       Debtors.[1]

------------------------------------------------------------------------ x

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,

       as representative of

THE COMMONWEALTH OF PUERTO RICO. *et al.,*

       and

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF ALL TITLE III DEBTORS (OTHER
THAN COFINA),

       Plaintiffs,

v.

      PUERTO RICO PUBLIC BUILDINGS AUTHORITY,

: PROMESA
: Title III
:
: Case No. 17-BK-3283 (LTS)
: (Jointly Administered)

Adv. Proc. No. 18-00149-LTS

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Defendant.

-------------------------------------------------------------------- x

## NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE TAKE NOTICE** that on January 28, 2019, Norton Rose Fulbright US LLP ("NRF") and the Garffer Group of Legal Advisors, LLC ("Garffer") appeared in the Commonwealth of Puerto Rico Title III case (Case No. 17-BK-3283-LTS) at Dkt. No. 4945, and in the above-captioned Title III case adversary proceeding (Adv. Proc. No. 18-00149-LTS), through its Answer to Complaint on behalf of defendant Puerto Rico Public Buildings Authority ("PBA"), at Dkt. No. 20.

**PLEASE TAKE FURTHER NOTICE** that on September 27, 2019, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") filed a voluntary petition for relief for PBA pursuant to section 304(a) of PROMESA, commencing a case under title III thereof ("PBA's Title III Case").

**PLEASE TAKE FURTHER NOTICE** that in light of PBA's Title III Case, NRF and Garffer will no longer represent PBA in the above-captioned Title III cases and their respective appearances are hereby withdrawn.

**PLEASE TAKE FURTHER NOTICE** that as circumstances require, the Oversight Board as PBA's representative in PBA's Title III Case, pursuant to PROMESA section 315(b) or the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), in its capacity as Fiscal Agent for PBA pursuant to the authority granted to it under the *Enabling Act of the Fiscal Agency and Financial Authority,* Act 2-2017, will appear as PBA's representative in PBA's Title III Case and any related adversary proceedings.

**PLEASE TAKE FURTHER NOTICE** that all notices to be provided to PBA should be provided as follows:

If to AAFAF, to:

O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Attn: Peter Friedman, Esq.
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Attn: John Rapisardi, Esq.
    Nancy Mitchell, Esq.
    Maria DiConza, Esq.
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

MARINI PIETRANTONI MUÑIZ
250 Ponce de León Ave., Suite 900
San Juan, Puerto Rico 00918
Attn: Luis C. Marini-Biaggi, Esq.
    Carolina Velaz-Rivero
Tel: (787) 705-2171
Fax: (787) 936-7494

If to the Oversight Board, to:

PROSKAUER ROSE LLP
11 Times Square
New York, New York 10036
Attn: Martin J. Bienenstock, Esq.
    Brian S. Rosen, Esq.
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

PROSKAUER ROSE LLP
70 West Madison
Suite 3800
Chicago, IL 60602-4342
Attn: Paul V. Possinger, Esq.
Telephone: (312) 962-3570
Facsimile: (312) 962-3551

O'NEILL & BORGES LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Attn: Hermann D. Bauer Alvarez Esq.
Telephone: (787) 764-8181
Facsimile: (787) 753-8944

Dated April 29, 2020

Respectfully submitted,

**O'MELVENY & MYERS
LLP**

*/s/ Peter Friedman*
Peter Friedman
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
Email: pfriedman@omm.com

**MARINI PIETRANTONI MUÑIZ LLC**

*/s/ Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC No. 222301
Email: lmarini@mpmlawpr.com
Carolina Velaz-Rivero
USDC No. 300913
E:mail: cvelaz@mpmlawpr.com

250 Ponce de León Ave., Suite 900
San Juan, Puerto Rico 00918
Tel: (787) 705-2171
Fax: (787) 936-7494

*Counsel for Puerto Rico Fiscal Agency and Financial Advisory Authority as Fiscal Agent for Puerto Rico Public Buildings Authority*

By:  */s/ Julio J. Pagan Perez*

Julio J. Pagan Perez
USDC PR No. 223004
Telephone: (787) 607-0906
julio.pagan@g2la.com

**THE GARFFER GROUP OF LEGAL ADVISORS, LLC**
419 Calle De Diego
Suite 311 Urb Santa Barbara
San Juan, Puerto Rico 00923
Telephone: (787) 545-4455

-and-

**NORTON ROSE FULBRIGHT US LLP**

Toby L. Gerber
Bob B. Bruner
2200 Ross Avenue, Suite 3600
Dallas, Texas  75201-7932
Telephone:  (214) 855-8000
Facsimile:  (214) 855-8200
toby.gerber@nortonrosefulbright.com
bob.bruner@nortonrosefulbright.com

Lawrence A. Bauer
1301 Avenue of the Americas
New York, New York 10019-6022
Telephone: (212) 318-3078
lawrence.bauer@nortonrosefulbright.com

Peter L. Canzano
799 9th Street NW, Suite 1000
Washington, D.C. 20001
Telephone: (202) 662-4760
peter.canzano@nortonrosefulbright.com