## **EXHIBIT 1**

**Time Detail**

Timekeeper: Andrew Wolfe Independent Contractor to the FOMB, Adjunct Professor at Rice and American Universities

**Fee of $25,000 contracted on a Monthly Retainer for half-time Work (in August 22 days at 4 hours a day is 88 hours).** $25,000

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly | Hours | Project Category | Fees | Debtor on behalf service rendered | Service Location | Task Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| October-19 | Title III | 10/2/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Inter-advisor call on macro updates and modeling (with McKinsey and FOMB staff). |
| October-19 | Title III | 10/16/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Inter-advisor call on macro updates and modeling (with McKinsey and FOMB staff). |
| October-19 | Title III | 10/23/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Inter-advisor call on macro updates and modeling (with McKinsey and FOMB staff). |
| October-19 | Title III | 10/30/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Inter-advisor call on macro updates and modeling (with McKinsey and FOMB staff). |
| October-19 | Title III | 10/31/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Inter-advisor call on Ease of Doing Business modeling (with McKinsey and FOMB staff). |
| October-19 | Title III | 10/31/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Inter-advisor call with McKinsey staff member on tax modeling. |

| | | |
|---|---|---|
| Total | 6.00 | $ 1,800.00 |
| Share of the work on Prepa | 0.0% | $0.00 |
| Share of the work on the Commonwealth | 100.0% | $1,800.00 |

| | | |
|---|---|---|
| **days in Puerto Rico** | 0.00 | $0.00 |
| total shares | 100% | |

Timekeeper: Andrew Wolfe Independent Contractor to the FOMB, Adjunct Professor at Rice and American Universities

**Fee of $25,000 contracted on a Monthly Retainer for half-time Work (in November days at 4 hours a day is 76 hours).**                                                                                          $25,000

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | Debtor on behalf service rendered | Service Location | Task Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| November-19 | Title III | 11/1/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Drafting of expert report on Utier case in coordination with lawyers. |
| November-19 | Title III | 11/1/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Drafting of expert report on Utier case in coordination with lawyers. |
| November-19 | Title III | 11/1/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Drafting of expert report on Utier case in coordination with lawyers. |
| November-19 | Title III | 11/4/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Drafting of expert report on Utier case in coordination with lawyers. |
| November-19 | Title III | 11/4/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Drafting of expert report on Utier case in coordination with lawyers. |
| November-19 | Title III | 11/4/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Drafting of expert report on Utier case in coordination with lawyers. |
| November-19 | Title III | 11/5/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Drafting of expert report on Utier case in coordination with lawyers. |
| November-19 | Title III | 11/5/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Drafting of expert report on Utier case in coordination with lawyers. |
| November-19 | Title III | 11/5/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Drafting of expert report on Utier case in coordination with lawyers. |
| November-19 | Title III | 11/5/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Drafting of expert report on Utier case in coordination with lawyers. |
| November-19 | Title III | 11/6/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Drafting of expert report on Utier case in coordination with lawyers. |
| November-19 | Title III | 11/6/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Drafting of expert report on Utier case in coordination with lawyers. |
| November-19 | Title III | 11/6/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Drafting of expert report on Utier case in coordination with lawyers. |
| November-19 | Title III | 11/6/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | ME | Inter-advisor call on macro updates and modeling (with McKInsey and FOMB staff). |
| November-19 | Title III | 11/7/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Drafting of expert report on Utier case in coordination with lawyers. |
| November-19 | Title III | 11/7/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Drafting of expert report on Utier case in coordination with lawyers. |
| November-19 | Title III | 11/7/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Revew of expert reports of other witnesses and other court docs provided by Proskauer. |
| November-19 | Title III | 11/7/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Revew of expert reports of other witnesses and other court docs provided by Proskauer. |
| November-19 | Title III | 11/8/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Drafting of expert report on Utier case in coordination with lawyers. |
| November-19 | Title III | 11/8/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Drafting of expert report on Utier case in coordination with lawyers. |
| November-19 | Title III | 11/8/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Revew of expert reports of other witnesses and other court docs provided by Proskauer. |
| November-19 | Title III | 11/8/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Revew of expert reports of other witnesses and other court docs provided by Proskauer. |
| November-19 | Title III | 11/12/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Revew of expert reports of other witnesses and other court docs provided by Proskauer. |
| November-19 | Title III | 11/12/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Revew of expert reports of other witnesses and other court docs provided by Proskauer. |
| November-19 | Title III | 11/12/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Revew of expert reports of other witnesses and other court docs provided by Proskauer. |
| November-19 | Title III | 11/12/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Revew of expert reports of other witnesses and other court docs provided by Proskauer. |
| November-19 | Title III | 11/13/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Revew of expert reports of other witnesses and other court docs provided by Proskauer. |
| November-19 | Title III | 11/13/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Revew of expert reports of other witnesses and other court docs provided by Proskauer. |
| November-19 | Title III | 11/13/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Revew of expert reports of other witnesses and other court docs provided by Proskauer. |
| November-19 | Title III | 11/13/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Inter-advisor call on macro updates and modeling (with McKInsey and FOMB staff). |
| November-19 | Title III | 11/14/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Revew of expert reports of other witnesses and other court docs provided by Proskauer. |
| November-19 | Title III | 11/14/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Revew of expert reports of other witnesses and other court docs provided by Proskauer. |
| November-19 | Title III | 11/14/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Revew of expert reports of other witnesses and other court docs provided by Proskauer. |
| November-19 | Title III | 11/14/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Revew of expert reports of other witnesses and other court docs provided by Proskauer. |
| November-19 | Title III | 11/15/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Revew of expert reports of other witnesses and other court docs provided by Proskauer. |
| November-19 | Title III | 11/15/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Revew of expert reports of other witnesses and other court docs provided by Proskauer. |
| November-19 | Title III | 11/15/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Revew of expert reports of other witnesses and other court docs provided by Proskauer. |
| November-19 | Title III | 11/15/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Revew of expert reports of other witnesses and other court docs provided by Proskauer. |
| November-19 | Title III | 11/18/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | ME | Re-working of fiscal model in light of all cumulative changes to policy and data since FP3.0 update |
| November-19 | Title III | 11/18/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | ME | Re-working of fiscal model in light of all cumulative changes to policy and data since FP3.0 update |
| November-19 | Title III | 11/18/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | ME | Re-working of fiscal model in light of all cumulative changes to policy and data since FP3.0 update |
| November-19 | Title III | 11/18/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | ME | Re-working of fiscal model in light of all cumulative changes to policy and data since FP3.0 update |
| November-19 | Title III | 11/18/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work in researching data for monthly note #10 for CEO in review of recent devlopments |
| November-19 | Title III | 11/19/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work in researching data for monthly note #10 for CEO in review of recent devlopments |
| November-19 | Title III | 11/19/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work in researching data for monthly note #10 for CEO in review of recent devlopments |
| November-19 | Title III | 11/19/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work in researching data for monthly note #10 for CEO in review of recent devlopments |
| November-19 | Title III | 11/19/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work in researching data for monthly note #10 for CEO in review of recent devlopments |
| November-19 | Title III | 11/20/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work in researching data for monthly note #10 for CEO in review of recent devlopments |
| November-19 | Title III | 11/20/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work in researching data for monthly note #10 for CEO in review of recent devlopments |
| November-19 | Title III | 11/20/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Inter-advisor call on macro updates and modeling (with McKInsey and FOMB staff). |
| November-19 | Title III | 11/21/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work in researching data for monthly note #10 for CEO in review of recent developments |
| November-19 | Title III | 11/21/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work in researching data for monthly note #10 for CEO in review of recent devlopments |
| November-19 | Title III | 11/21/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | ME | Re-working of fiscal model in light of all cumulative changes to policy and data since FP3.0 update |
| November-19 | Title III | 11/21/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | ME | Re-working of fiscal model in light of all cumulative changes to policy and data since FP3.0 update |
| November-19 | Title III | 11/22/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | ME | Re-working of fiscal model in light of all cumulative changes to policy and data since FP3.0 update |
| November-19 | Title III | 11/22/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | ME | Re-working of fiscal model in light of all cumulative changes to policy and data since FP3.0 update |
| November-19 | Title III | 11/22/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | ME | Re-working of fiscal model in light of all cumulative changes to policy and data since FP3.0 update |
| November-19 | Title III | 11/22/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | ME | Re-working of fiscal model in light of all cumulative changes to policy and data since FP3.0 update |
| November-19 | Title III | 11/22/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | ME | Re-working of fiscal model in light of all cumulative changes to policy and data since FP3.0 update |

| | | | | |
|---|---|---|---|---|
| Total | | 64.00 | | $ 19,200.00 |
| Share of the work on Prepa | | 62.5% | | $12,000.00 |
| Share of the work on the Commonwealth | | 20.3% | | $3,900.00 |
| | | | | |
| **days in Puerto Rico** | | 0.00 | | $0.00 |
| | | | | |
| total shares | | 83% | | |
| | | | | |
| Check | | 17% | | |

Timekeeper: Andrew Wolfe Independent Contractor to the FOMB, Adjunct Professor at Rice and American Universities

**Fee of $25,000 contracted on a Monthly Retainer for half-time Work (in December days at 4 hours a day is 84 hours).**                                                                                                                                                                                        $25,000

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | Debtor on behalf service rendered | Service Location | Task Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| December-19 | Title III | 12/2/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Research for CEO on fiscal consolidation impact on growth. |
| December-19 | Title III | 12/2/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Research for CEO on fiscal consolidation impact on growth. |
| December-19 | Title III | 12/2/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Research for CEO on fiscal consolidation impact on growth. |
| December-19 | Title III | 12/2/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Research for CEO on fiscal consolidation impact on growth. |
| December-19 | Title III | 12/2/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Data work on monthly report #10. |
| December-19 | Title III | 12/3/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Data work on monthly report #10. |
| December-19 | Title III | 12/3/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Data work on monthly report #10. |
| December-19 | Title III | 12/3/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Data work on monthly report #10. |
| December-19 | Title III | 12/4/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Weekly advisors call on macroeconomic developments. |
| December-19 | Title III | 12/4/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Drafting of expert report on Utier case in coordination with lawyers. |
| December-19 | Title III | 12/4/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Drafting of expert report on Utier case in coordination with lawyers. |
| December-19 | Title III | 12/4/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Drafting of expert report on Utier case in coordination with lawyers. |
| December-19 | Title III | 12/5/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Drafting of expert report on Utier case in coordination with lawyers. |
| December-19 | Title III | 12/5/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Drafting of expert report on Utier case in coordination with lawyers. |
| December-19 | Title III | 12/5/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Drafting of expert report on Utier case in coordination with lawyers. |
| December-19 | Title III | 12/5/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | ME | Inter-advisor call on macro updates and modeling (with McKinsey and FOMB staff). |
| December-19 | Title III | 12/6/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Drafting of expert report on Utier case in coordination with lawyers. |
| December-19 | Title III | 12/6/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Drafting of expert report on Utier case in coordination with lawyers. |
| December-19 | Title III | 12/6/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Revew of expert reports of other witnesses and other court docs provided by Proskauer. |
| December-19 | Title III | 12/6/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Revew of expert reports of other witnesses and other court docs provided by Proskauer. |
| December-19 | Title III | 12/9/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Drafting of expert report on Utier case in coordination with lawyers. |
| December-19 | Title III | 12/9/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Drafting of expert report on Utier case in coordination with lawyers. |
| December-19 | Title III | 12/9/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Revew of expert reports of other witnesses and other court docs provided by Proskauer. |
| December-19 | Title III | 12/9/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Revew of expert reports of other witnesses and other court docs provided by Proskauer. |
| December-19 | Title III | 12/10/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Revew of expert reports of other witnesses and other court docs provided by Proskauer. |
| December-19 | Title III | 12/10/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Revew of expert reports of other witnesses and other court docs provided by Proskauer. |
| December-19 | Title III | 12/10/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Revew of expert reports of other witnesses and other court docs provided by Proskauer. |
| December-19 | Title III | 12/10/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Revew of expert reports of other witnesses and other court docs provided by Proskauer. |
| December-19 | Title III | 12/11/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Revew of expert reports of other witnesses and other court docs provided by Proskauer. |
| December-19 | Title III | 12/11/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Revew of expert reports of other witnesses and other court docs provided by Proskauer. |
| December-19 | Title III | 12/11/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Revew of expert reports of other witnesses and other court docs provided by Proskauer. |
| December-19 | Title III | 12/11/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Inter-advisor call on macro updates and modeling (with McKinsey and FOMB staff). |
| December-19 | Title III | 12/13/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Revew of expert reports of other witnesses and other court docs provided by Proskauer. |
| December-19 | Title III | 12/13/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Revew of expert reports of other witnesses and other court docs provided by Proskauer. |
| December-19 | Title III | 12/13/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Revew of expert reports of other witnesses and other court docs provided by Proskauer. |
| December-19 | Title III | 12/13/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Revew of expert reports of other witnesses and other court docs provided by Proskauer. |
| December-19 | Title III | 12/16/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Redrafting of my expert report for Proskauer. |
| December-19 | Title III | 12/16/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Redrafting of my expert report for Proskauer. |
| December-19 | Title III | 12/16/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Redrafting of my expert report for Proskauer. |
| December-19 | Title III | 12/16/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Redrafting of my expert report for Proskauer. |
| December-19 | Title III | 12/16/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Redrafting of my expert report for Proskauer. |
| December-19 | Title III | 12/16/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Redrafting of my expert report for Proskauer. |
| December-19 | Title III | 12/17/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Redrafting of my expert report for Proskauer. |
| December-19 | Title III | 12/17/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Redrafting of my expert report for Proskauer. |
| December-19 | Title III | 12/17/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Redrafting of my expert report for Proskauer. |
| December-19 | Title III | 12/17/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Redrafting of my expert report for Proskauer. |
| December-19 | Title III | 12/17/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Redrafting of my expert report for Proskauer. |
| December-19 | Title III | 12/17/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Redrafting of my expert report for Proskauer. |
| December-19 | Title III | 12/17/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Redrafting of my expert report for Proskauer. |
| December-19 | Title III | 12/18/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work in researching data for monthly note #10 for CEO in review of recent devlopments |
| December-19 | Title III | 12/18/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work in researching data for monthly note #10 for CEO in review of recent devlopments |
| December-19 | Title III | 12/18/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work in researching data for monthly note #10 for CEO in review of recent devlopments |
| December-19 | Title III | 12/18/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Inter-advisor call on macro updates and modeling (with McKinsey and FOMB staff). |
| December-19 | Title III | 12/19/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work in researching data for monthly note #10 for CEO in review of recent devlopments |
| December-19 | Title III | 12/19/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work in researching data for monthly note #10 for CEO in review of recent devlopments |
| December-19 | Title III | 12/19/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work in researching data for monthly note #10 for CEO in review of recent devlopments |
| December-19 | Title III | 12/19/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Call with Proskauer and follow up research for legal team on Utier. |
| December-19 | Title III | 12/30/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Review of new law on labor and how it affects my work on Utier claim. |
| December-19 | Title III | 12/30/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Review of new law on labor and how it affects my work on Utier claim. |
| December-19 | Title III | 12/30/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Review of new law on labor and how it affects my work on Utier claim. |
| December-19 | Title III | 12/30/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Review of new law on labor and how it affects my work on Utier claim. |
| December-19 | Title III | 12/31/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Review of new law on labor and how it affects my work on Utier claim. |
| December-19 | Title III | 12/31/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Review of new law on labor and how it affects my work on Utier claim. |
| December-19 | Title III | 12/31/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Review of new law on labor and how it affects my work on Utier claim. |
| December-19 | Title III | 12/31/19 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | ME | Review of new law on labor and how it affects my work on Utier claim. |

| | | | | | |
|---|---|---|---|---|---|
| **Total** | | | | 71.00 | $ 21,300.00 |
| Share of the work on Prepa | | | | 71.8% | $15,300.00 |
| Share of the work on the Commonwealth | | | | 28.2% | $6,000.00 |
| | | | | | |
| **days in Puerto Rico** | | | | 0.00 | $0.00 |
| total shares | | | | 100% | |
| Check | | | | 0% | |

Timekeeper: Andrew Wolfe Independent Contractor to the FOMB, Adjunct Professor at Rice and American Universities

**Fee of $25,000 contracted on a Monthly Retainer for half-time Work (in January 21 days at 4 hours a day is 84 hours).** $25,000

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly | Hours | Project Category | Fees | Debtor on behalf service rendered | Service Location | Task Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| January-20 | Title III | 1/2/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Research for CEO on fiscal consolidation impact on growth. |
| January-20 | Title III | 1/2/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Research for CEO on fiscal consolidation impact on growth. |
| January-20 | Title III | 1/2/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Research for CEO on fiscal consolidation impact on growth. |
| January-20 | Title III | 1/2/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Research for CEO on fiscal consolidation impact on growth. |
| January-20 | Title III | 1/3/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Data work on monthly report #10. |
| January-20 | Title III | 1/3/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Drafting of monthly report #10. |
| January-20 | Title III | 1/3/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Drafting of monthly report #10. |
| January-20 | Title III | 1/3/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Finalization of monthly report #10. |
| January-20 | Title III | 1/6/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Research on ease of doing business in Puerto Rico and World Bank evaluation. |
| January-20 | Title III | 1/6/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Research on ease of doing business in Puerto Rico and World Bank evaluation. |
| January-20 | Title III | 1/6/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Research on ease of doing business in Puerto Rico and World Bank evaluation. |
| January-20 | Title III | 1/6/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Drafting of special memo #1 on ease of doing business for the CEO. |
| January-20 | Title III | 1/7/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Phone conversation with journalist Nicolas Brown of Reuters as requested by CEO. |
| January-20 | Title III | 1/6/2020 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for Prepa | $ 150.00 | Commonwealth | TX | Phone conversation preparation on Utier docs. |
| January-20 | Title III | 1/7/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Phone conversation preparation on Utier docs. |
| January-20 | Title III | 1/7/2020 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for Prepa | $ 150.00 | Commonwealth | TX | Phone call with lawyers on Utier. |
| January-20 | Title III | 1/7/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work on fiscal model update for new fiscal plan. |
| January-20 | Title III | 1/8/2020 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 150.00 | Commonwealth | TX | Call with McKInsie on opening of new fiscal plan update. |
| January-20 | Title III | 1/8/2020 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 150.00 | Commonwealth | TX | Call with McKinsie and Lyman Stone on new population estimates. |
| January-20 | Title III | 1/8/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Review of deposition draft for Friday discussion with lawyers. |
| January-20 | Title III | 1/8/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Review of deposition draft for Friday discussion with lawyers. |
| January-20 | Title III | 1/8/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Review of deposition draft for Friday discussion with lawyers. |
| January-20 | Title III | 1/9/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Review of deposition draft for Friday discussion with lawyers. |
| January-20 | Title III | 1/9/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Review of deposition draft for Friday discussion with lawyers. |
| January-20 | Title III | 1/9/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work on new fiscal plan model. |
| January-20 | Title III | 1/9/2020 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 150.00 | Commonwealth | TX | Work on new fiscal plan model. |
| January-00 | Title III | 1/9/2020 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 150.00 | Commonwealth | TX | Review of population demographics memo from Lyman Stone. |
| January-20 | Title III | 1/10/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work on new fiscal plan model. |
| January-20 | Title III | 1/10/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work on new fiscal plan model. |
| January-20 | Title III | 1/10/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work on new fiscal plan model. |
| January-20 | Title III | 1/10/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ 300.00 | Commonwealth | TX | Call with Proskauer on Utier deposition. |
| January-20 | Title III | 1/13/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work on new fiscal plan model. |
| January-20 | Title III | 1/13/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work on new fiscal plan model. |
| January-20 | Title III | 1/13/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work on new fiscal plan model. |
| January-20 | Title III | 1/14/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work on new fiscal plan model. |
| January-20 | Title III | 1/14/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work on new fiscal plan model. |
| January-20 | Title III | 1/14/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work on new fiscal plan model. |
| January-20 | Title III | 1/14/2020 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 150.00 | Commonwealth | TX | Work on new fiscal plan model. |
| January-20 | Title III | 1/14/2020 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 150.00 | Commonwealth | TX | Call with McKInsie on opening of new fiscal plan update. |
| January-20 | Title III | 1/15/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work on new fiscal plan model. |
| January-20 | Title III | 1/15/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work on new fiscal plan model. |
| January-20 | Title III | 1/15/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work on new fiscal plan model. |
| January-20 | Title III | 1/15/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work on new fiscal plan model. |
| January-20 | Title III | 1/16/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Data work on monthly report #11. |
| January-20 | Title III | 1/16/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Data work on monthly report #11. |
| January-20 | Title III | 1/16/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Data work on monthly report #11. |
| January-20 | Title III | 1/16/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Data work on monthly report #11. |
| January-20 | Title III | 1/17/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with McKinsie and FOMB advisors on recovery funding. |
| January-20 | Title III | 1/17/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work on new fiscal plan model. |
| January-20 | Title III | 1/17/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work on new fiscal plan model. |
| January-20 | Title III | 1/21/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Review of estimating techniques for disaster modeling. |
| January-20 | Title III | 1/21/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Review of estimating techniques for disaster modeling. |
| January-20 | Title III | 1/21/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Review of estimating techniques for disaster modeling. |
| January-20 | Title III | 1/21/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Review of estimating techniques for disaster modeling. |
| January-20 | Title III | 1/22/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Data work on monthly report #11. |
| January-20 | Title III | 1/22/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Data work on monthly report #11. |
| January-20 | Title III | 1/22/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Drafting work on monthly report #11. |
| January-20 | Title III | 1/22/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Drafting work on monthly report #11. |
| January-20 | Title III | 1/23/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work on new fiscal plan model. |
| January-20 | Title III | 1/23/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work on new fiscal plan model. |
| January-20 | Title III | 1/23/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work on new fiscal plan model. |
| January-20 | Title III | 1/24/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work on new fiscal plan model. |
| January-20 | Title III | 1/24/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work on new fiscal plan model. |
| January-20 | Title III | 1/24/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Finalization work on monthly report #11. |
| January-20 | Title III | 1/24/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Finalization work on monthly report #11. |
| January-20 | Title III | 1/27/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Late updating of fiscal data for monthly report #11. |

| Month | Title | Date | Name | Role | Rate | Hours | Task | Amount | Entity | State | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| January-20 | Title III | 1/27/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Late updating of fiscal data for monthly report #11. |
| January-20 | Title III | 1/27/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Late updating of fiscal data for monthly report #11. |
| January-20 | Title III | 1/27/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Finalization work on updated draft of monthly report #11. |
| January-20 | Title III | 1/28/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with McKinsie and FOMB advisors on recovery funding and latest modeling.. |
| January-20 | Title III | 1/28/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Updating model with latets CBO data. |
| January-20 | Title III | 1/28/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work on new fiscal plan model. |
| January-20 | Title III | 1/28/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work on new fiscal plan model. |
| January-20 | Title III | 1/29/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with Lyman Stone on demographic projections. |
| January-20 | Title III | 1/29/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work on new fiscal plan model following population discussion. |
| January-20 | Title III | 1/30/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work on new fiscal plan model following population discussion and medicaid. |
| January-20 | Title III | 1/30/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work on new fiscal plan model following population discussion and medicaid. |
| January-20 | Title III | 1/30/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work on new fiscal plan model following population discussion and medicaid. |
| January-20 | Title III | 1/30/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work on new fiscal plan model following population discussion and medicaid. |
| January-20 | Title III | 1/30/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work on new fiscal plan model following population discussion and medicaid. |
| January-20 | Title III | 1/30/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work on new fiscal plan model following population discussion and medicaid. |
| January-20 | Title III | 1/31/2020 | Andrew Wolfe | Advisor to Board | $300 | - | | $ - | Commonwealth | TX | Off day |
| January-20 | Title III | 1/31/2020 | Andrew Wolfe | Advisor to Board | $300 | - | | $ - | Commonwealth | TX | Off day |
| January-20 | Title III | 1/31/2020 | Andrew Wolfe | Advisor to Board | $300 | - | | $ - | Commonwealth | TX | Off day |

| | | | |
|---|---|---|---|
| Total | | 80.00 | $ 24,000.00 |
| Share of the work on Prepa | | 10.0% Business operations--Fiscal plan development for Prepa | $2,400.00 |
| Share of the work on the Commonwealth | | 90.0% Business operations--Fiscal plan monitoring for the Commonwealth | $21,600.00 |
| **days in Puerto Rico** | | 0.00 | $0.00 |
| total shares | | 100% | |
| Check | | 0% | |