# EXHIBIT 2

**Expense Itemization**

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 10110 | Title III | 11/1/19-11/26/19 | Andrew Wolfe | Legal fees | $ 1,665.00 | 1 | $1,665.00 | Legal fees for 2 Interim fee filings of Title III claims in November. |

| TOTAL IN DECEMBER | | | | | | | $1,665.00 | |

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 10153 | Title III | 1/15/2020 | Andrew Wolfe | Legal fees | $ 585.00 | 1 | $585.00 | Coordination with Mr. Negron and 7th interim fee application legal work. |

| TOTAL IN JANUARY | | | | | | | **$585.00** | |