# **EXHIBIT 30**

# Commonwealth of Puerto Rico

Comprehensive Annual Financial Report
Year Ended June 30, 2011

## COMMONWEALTH OF PUERTO RICO

**TABLE OF CONTENTS**

| | Page |
|---|---|
| **Part I: Introductory Section (Unaudited)** | |
| LETTER OF TRANSMITTAL | 1–11 |
| PRINCIPAL OFFICIALS | 12 |
| ORGANIZATIONAL CHART | 13 |
| **Part II: Financial Section** | |
| INDEPENDENT AUDITORS' REPORT | 15–17 |
| MANAGEMENT'S DISCUSSION AND ANALYSIS (UNAUDITED) | 18–47 |
| BASIC FINANCIAL STATEMENTS: | |
|   Government-Wide Financial Statements: | |
|     Statement of Net Assets (Deficit) | 48–49 |
|     Statement of Activities | 50–51 |
|     Fund Financial Statements: | |
|       Balance Sheet — Governmental Funds | 52–53 |
|       Reconciliation of the Balance Sheet to the Statement of Net Assets (Deficit) — Governmental Funds | 54 |
|       Statement of Revenues, Expenditures, and Changes in Fund Balances (Deficit) — Governmental Funds | 55–56 |
|       Reconciliation of the Statement of Revenues, Expenditures, and Changes in Fund Balances (Deficit) to the Statement of Activities — Governmental Funds | 57 |
|       Statement of Revenues and Expenditures – Budget and Actual — Budget Basis — General Fund | 58 |
|       Statement of Net Assets (Deficit) — Proprietary Funds | 59 |
|       Statement of Revenues, Expenses, and Changes in Fund Net Assets (Deficit) — Proprietary Funds | 60 |
|       Statement of Cash Flows — Proprietary Funds | 61–62 |

| | |
|---|---:|
| Statement of Fiduciary Net Assets — Fiduciary Funds | 63 |
| Statement of Changes in Fiduciary Net Assets — Pension Trust Funds | 64 |
| Combining Statement of Net Assets (Deficit) — Major Component Units | 65–68 |
| Combining Statement of Activities — Major Component Units | 69 |
| Notes to Basic Financial Statements | 70–252 |

**Required Supplementary Information (Unaudited):**

| | |
|---|---:|
| SCHEDULE OF FUNDING PROGRESS — RETIREMENT SYSTEMS | 254 |
| SCHEDULE OF FUNDING PROGRESS — POSTEMPLOYMENT HEALTHCARE BENEFITS | 255 |

**Supplementary Information:**

**Combining and Individual Fund Financial Statements and Schedules:**

GENERAL FUND:

| | |
|---|---:|
| Supplemental Schedule of Expenditures by Agency — Budget and Actual — Budget Basis | 258–260 |

NONMAJOR GOVERNMENTAL FUNDS:

| | |
|---|---:|
| Combining Balance Sheet | 263–264 |
| Combining Statement of Revenues, Expenditures, and Changes in Fund Balances | 265 |

NONMAJOR PROPRIETARY FUNDS:

| | |
|---|---:|
| Combining Statement of Net Assets | 267 |
| Combining Statement of Revenues, Expenses, and Changes in Net Assets | 268 |
| Combining Statement of Cash Flows | 269 |

FIDUCIARY FUNDS:

| | |
|---|---:|
| Combining Statement of Fiduciary Net Assets — Pension Trust Funds | 271 |
| Combining Statement of Changes in Fiduciary Net Assets — Pension Trust Funds | 272 |
| Combining Statement of Changes in Assets and Liabilities — Agency Funds | 273 |

NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS:

   Combining Statement of Net Assets (Deficit) — 275–286

   Combining Statement of Activities — 287

**Part III: Statistical Section (Unaudited):**

SCHEDULES OF FINANCIAL TREND INFORMATION:

   Changes in Net Assets (Deficit) for the Last Eight Fiscal Years — 291–292

   Net Assets (Deficit) by Component for the Last Eight Fiscal Years — 293

   Changes in Fund Balances (Deficit) of Governmental Funds all Governmental Fund Types for the Last Ten Fiscal Years — 294

   Fund Balances (Deficit) of Governmental Funds for the Last Eight Fiscal Years — 295

SCHEDULE OF REVENUE CAPACITY INFORMATION —

   General Fund Net Revenues for the Last Ten Fiscal Years — 297–298

SCHEDULES OF DEBT CAPACITY INFORMATION:

   Legal Debt Margin Information for the Last Ten Fiscal Years — 300

   Ratio of Annual Debt Service for General Bonded Debt to Total General Expenditures for the Last Ten Fiscal Years — 301

SCHEDULES OF DEMOGRAPHIC AND ECONOMIC INFORMATION:

   Demographic and Economic Statistics for the Last Ten Fiscal Years — 303

   Average Employment by Sector for the Last Ten Fiscal Years — 304

   Tourism Indicators for the Last Ten Fiscal Years — 305

SCHEDULE OF OPERATING INFORMATION —

   Operating Indicators by Function for the Last Ten Fiscal Years — 307

As of June 30, 2011, accounts receivable from employers include accounts receivable from Medical Service Administration (ASEM by its Spanish acronym) of approximately $41 million, as follow (in thousands):

| | |
|---|---:|
| Employer and employee contributions | $ 21,568 |
| Interest | 18,997 |
| Total accounts receivable from ASEM | $ 40,565 |

During the fiscal year 2011, the Commonwealth's Legislature approved Law 2961 assigning funds to ASEM to settle its account receivable with ERS as of June 30, 2010. On January 5, 2011, ERS received an initial payment of $54 million. In addition, on August 2011, ERS received an interest payment of $14 million. ASEM and ERS have established a 3 year payment plan for the remaining outstanding balance of employer and employee contributions owed.

**10. PLEDGES OF RECEIVABLES AND FUTURE REVENUES**

The Commonwealth has pledged the first two point seventy-five (2.75%) percent of the sales and use tax for the repayment of certain outstanding obligations of the Commonwealth. During 2011, COFINA, a blended component unit of the Commonwealth, responsible for the financing, payments and retirement of certain debt obligations of the Commonwealth, has issued bonds for approximately $327.5 million payable through 2050. The Commonwealth has committed to appropriate each year, from the sales and use tax, amounts sufficient to cover the principal and interest requirements on the debt issued by COFINA. COFINA has pledged as the sole security for the bonds, the annual appropriations from the Commonwealth. Total principal and interest remaining on the secured debt is $33.2 billion and $16.8 billion, respectively. The pledged sale and use tax base amount for the fiscal year ended June 30, 2011 amounted to $572 million. For fiscal year 2011, interest paid by COFINA amounted to $540.6 million and the sales and use tax revenue recognized by the Commonwealth was $573 million.

Also, the Commonwealth has pledged part of the gross receipts of the gasoline excise taxes and one half of the diesel oil excise taxes (up to $11 million monthly but no more than $120 million annually) and $15 per vehicle per year from motor vehicle license fees for the repayment of the PRHTA Revenue Bonds. The Commonwealth has committed to appropriate each year, from the excise taxes, amounts sufficient to cover the principal and interest requirements on the debt issued by PRHTA. PRHTA has pledged as the sole security for the bonds, the annual appropriations from the Commonwealth. Total principal and interest remaining on the secured debt is $6.2 billion and $5.3 billion, respectively. The pledged excise tax for the fiscal year ended June 30, 2011 amounted to $120 million. For fiscal year 2011, principal and interest paid by PRHTA amounted to $120 million and $315 million, respectively, and the excise tax revenue recognized by the Commonwealth was $271 million.

Rum manufactured in Puerto Rico is subject to federal excise taxes; however, these are returned by the U.S. Internal Revenue Service (IRS) to the Commonwealth. Act No. 44, as amended, requires that in each fiscal year through fiscal year 2057, the first $117 million, of certain federal excise taxes received by the Commonwealth be transferred to the Puerto Rico Infrastructure Financing Authority ("PRIFA"). Such taxes consist of the federal excise taxes levied on rum and other articles produced in Puerto Rico and sold in the United States, which taxes are collected by the U.S. treasury and returned to the Commonwealth. The Commonwealth has pledged these taxes for the repayment of PRIFA's Special Tax Revenue Bonds. The Commonwealth has committed to appropriate each year, from the excise taxes, amounts sufficient to cover the principal and interest requirements on the debt issued by PRIFA. PRIFA has pledged as the sole security for the bonds, the annual appropriations from the Commonwealth. The federal excise taxes securing the Bonds are subject to a number of factors, including the continued