# <u>EXHIBIT 38</u>

EXHIBIT FILED UNDER SEAL