**NATBONY REPLY DECLARATION**
**EXHIBIT 2**

**FILED UNDER SEAL**