**NATBONY REPLY DECLARATION**
**EXHIBIT 3**

**FILED UNDER SEAL**