# **NATBONY REPLY DECLARATION**
# **EXHIBIT 7**

# Impuestos sobre Artículos de Uso y Consumo, Ley de; Enmiendas
Ley Núm. 24 de 20 de junio de 1970

**(P. de la C. 891)**

Para enmendar el renglón 21-37 del apartado (b) del Artículo 10, adicionar un inciso (4) al apartado (b) del Artículo 37, y enmendar el Artículo 83 de la Ley número 2, aprobada el 20 de enero de 1956, conocida como "Ley de Impuestos sobre Artículos de Uso y Consumo de Puerto Rico", según enmendada.

*DECRÉTASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:*

Artículo 1.—Por la presente se enmienda el renglón 21-37 del apartado (b) del Artículo 10 de la Ley número 2 aprobada el 20 de enero de 1956,{$^1$}$^1$ según enmendada, para que se lea como sigue:

"Artículo 10.—IMPUESTOS SOBRE ARTÍCULOS

(b) Tabla de Impuestos.—Los artículos sujetos al pago de impuestos son los que a continuación se expresan:

| Artículo | Objeto Gravado | Determinación de Impuesto |
|---|---|---|
| 21  37 | Gas oil o Diesel oil | 8¢ por cada galón o fracción de galón" |

Artículo 2.—Se adiciona un inciso (4) al apartado (b) del Artículo 37 de la Ley núm. 2, aprobada en 20 de enero de 1956,{$^2$}$^2$ según enmendada, para que se lea como sigue:

Artículo 37.—Gas Oil o Diesel Oil.—

(b) Exención del Impuesto.—El impuesto sobre gas oil o diesel oil no será aplicable a:

(4) El gas oil o diesel oil utilizado por agricultores, ganaderos y avicultores exclusivamente en operaciones agrícolas. Para poder gozar de esta exención será requisito que el Departamento de Agricultura expida una certificación anual contentiva de la siguiente información: (1) que el combustible será usado por un agricultor, ganadero o avicultor bona fide para el desarrollo de sus operaciones agrícolas y (2) cantidad del combustible requerido por dicho agricultor, ganadero o avicultor para la operación de su negocio.

El Departamento de Hacienda y de Agricultura promulgarán reglamentos para poner en vigor esta exención.

El Secretario de Hacienda queda facultado para devolver cualquier impuesto que se haya pagado sobre gas oil o diesel oil suministrado para ser usado para los fines especificados anteriormente, siempre que el impuesto no haya sido traspasado total o parcialmente en el precio de venta del producto. El reintegro de impuestos autorizado por este párrafo se hará a la persona o entidad que demuestre, a satisfacción del Secretario, que ha sufrido el peso económico del impuesto, aunque sea una persona o entidad distinta a la que pago el mismo al fisco.



Artículo 3.—Se enmienda el Artículo 83 de la Ley núm. 2 aprobada el 20 de enero de 1956,{³}³ según enmendada, para que se lea como sigue:

==Artículo 83.—DISPOSICIÓN DE LOS FONDOS==

El producto de los impuestos recaudados a virtud de esta ley ingresará en el Fondo General del Tesoro de Puerto Rico, excepto el monto del impuesto sobre gasolina y gas oil o diesel oil prescrito en el renglón 15 y en el renglón 21, respectivamente, del apartado (b) del Artículo 10 de esta ley, cuyo monto se dispondrá de la siguiente manera: (i) Hasta el 30 de junio de 1970 seis onzavas partes del impuesto sobre la gasolina no será ingresado en el Tesoro de Puerto Rico, sino en un Depósito Especial a nombre y para beneficio de la Autoridad de Carreteras de Puerto Rico para ser usado por la Autoridad para sus fines corporativos; (ii) Efectivo el 1ro. de julio de 1970 ocho onzavas partes del impuesto sobre la gasolina será ingresado en dicho Fondo Especial; (iii) Efectivo el 1ro. de julio de 1971 el total del producto del impuesto sobre la gasolina equivalente a once centavos por galón ingresará en dicho Fondo Especial para ser usado para los mismos propósitos; (iv) Efectivo el 1ro. de julio de 1970 cuatro centavos del producto del impuesto sobre gas oil o diesel oil será ingresado en dicho Fondo Especial para ser usado también por dicha Autoridad para fines corporativos.

El Secretario transferirá de tiempo en tiempo y según lo acuerde con la Autoridad de Carreteras las cantidades ingresadas en dicho Depósito Especial deduciendo de las mismas las cantidades reembolsadas bajo las disposiciones del apartado (c) del Artículo 30 de esta ley.{⁴}⁴ Dicha Autoridad queda por la presente autorizada para comprometer o pignorar el producto de la recaudación así recibida al pago del principal y los intereses de bonos u otras obligaciones de la Autoridad o para cualquier otro propósito lícito de la Autoridad, tal compromiso o pignoración quedando sujeto a la disposición de la sección 8 del Articulo VI de la Constitución de Puerto Rico;{⁵}⁵ disponiéndose, sin embargo, que el producto de dicha recaudación se usará solamente para el pago de intereses y amortización de la deuda pública, según se provee en dicha sección 8, hasta tanto los otros recursos disponibles referidos en dicha sección sean insuficientes para tales fines, de lo contrario, el producto de dicha recaudación en la cantidad que sea necesaria, se usará solamente para el pago del principal y los intereses de bonos, y otras obligaciones de la Autoridad y para cumplir con cualesquiera estipulaciones convenidas por la Autoridad con los tenedores de dichos bonos u otras obligaciones.

El Estado Libre Asociado de Puerto Rico por la presente acuerda y se compromete con cualquier persona, firma o corporación, o con cualquier agencia de los Estados Unidos de América o de cualquier Estado o del Estado Libre Asociado de Puerto Rico, que suscriban o adquieran bonos de la Autoridad de Carreteras de Puerto Rico para el pago de los cuales el producto del impuesto sobre gasolina se pignore, según autorizado por esta sección, a no reducir el impuesto sobre gasolina, o sobre el gas diesel oil prescrito por los renglones 15 y 21, respectivamente, del apartado (b) del Artículo 10 de esta ley a una cantidad inferior a once (11) centavos por galón de gasolina o de cuatro (4) centavos por galón de gas oil o diesel oil, respectivamente, o eliminar o reducir a una cantidad inferior a once (11) centavos el galón de gasolina o de cuatro (4) centavos el galón de gas oil o diesel oil, el monto del producto de tal impuesto a ser ingresado en un depósito especial a nombre y para beneficio de la Autoridad de Carreteras de Puerto Rico, según se dispone en esta sección, hasta tanto dichos bonos emitidos en cualquier momento, incluyendo sus intereses, hayan sido totalmente pagados.



En caso de que el monto del producto del impuesto sobre gasolina y del gas oil o diesel oil hasta el presente asignado o que en el futuro se le asigne a dicha Autoridad, de acuerdo con esta ley, resulte ser en cualquier momento insuficiente para pagar el principal y los intereses de los bonos u otras obligaciones sobre dinero tomado a préstamo emitidas por dicha Autoridad para pagar el costo de facilidades de tránsito y para el pago de las cuales el producto de dicho impuesto sobre gasolina y del gas oil o diesel oil haya sido pignorado, y los fondos de la reserva de la Autoridad para el pago de los requerimientos de la deuda se apliquen para cubrir la deficiencia en las cantidades que sean necesarias para hacer tales pagos, las cantidades usadas de tal fondo de reserva para cubrir dicha deficiencia serán reembolsadas a la Autoridad del primer producto recibido en el próximo año fiscal o años fiscales subsiguientes por el Estado Libre Asociado de Puerto Rico provenientes de (i) cualesquiera otros impuestos que estén entonces en vigor sobre cualquier otro combustible o medio de propulsión que se usen, entre otros propósitos, para impulsar vehículos de carreteras y (ii) cualquier parte remanente del impuesto sobre gasolina y gas oil y diesel oil que este entonces en vigor.

El producto de dichos otros impuestos y la parte remanente del impuesto sobre gasolina y gas oil y diesel oil que han de ser usados bajo las disposiciones de esta sección para reembolsar los fondos de la reserva para los requerimientos de la deuda, no se ingresarán en el Fondo General del Tesoro cuando se cobren, sino que serán ingresados en el Depósito Especial arriba mencionado para beneficio de la Autoridad de Carreteras de Puerto Rico, y, sujeto a las disposiciones de la Sección 8 del Artículo VI de la Constitución del Estado Libre Asociado de Puerto Rico, serán usados para reembolsar dicho fondo de reserva para el pago de los requerimientos de la deuda.

Los impuestos sobre espectáculos públicos cobrados en el estadio municipal de la capital y en los parques atléticos de Ponce, Mayagüez, Caguas, Arecibo y San Juan durante un período de ocho años, contado a partir de la fecha en que se inaugure el estadio municipal de la capital, ingresarán en una cuenta especial y se transferirán al municipio de San Juan por el Secretario de Hacienda en la forma y tiempo que esta determine. Al finalizar este período de ocho años únicamente los impuestos sobre espectáculos públicos cobrados en el estadio municipal de la Capital ingresarán en dicha cuenta especial y se transferirán al municipio de San Juan en la cantidad y durante el tiempo que el Secretario de Hacienda estime necesario, considerando los ingresos y gastos resultantes de la operación y construcción del parque y de sus facilidades. En caso de que cualquiera de los municipios de Ponce, Mayagüez, Caguas y/o Arecibo incurra en deuda con el propósito de sufragar mejoras o ampliaciones en su respectivo parque atlético, los impuestos sobre espectáculos públicos recaudados en dicho parque atlético a virtud de este Subtítulo dejarán de ingresarse en la cuenta especial de la cual se transferirán al municipio de San Juan según lo dispuesto anteriormente y se ingresarán en una cuenta especial y se transferirán al municipio que correspondiere hasta el pago total de la deuda en que se incurra. Esta disposición comenzará a regir a partir de la fecha en que inicien las obras de mejora o ampliación. El Administrador de Parques y Recreo Públicos supervisará y aprobará las obras y notificará al Secretario de Hacienda la fecha de su iniciación. A los fines de este párrafo, se entenderán iniciadas las obras de mejoras o ampliación una vez la Asamblea Municipal del municipio en cuestión autorice un empréstito para el financiamiento de dichas obras. Tales fondos serán revertidos al Fondo General del Tesoro de Puerto Rico, si las mejoras o ampliaciones no se inician físicamente dentro de un período de dos (2) años desde la fecha de autorización del empréstito.



El producto del impuesto sobre la ocupación de habitaciones de hoteles, hoteles de apartamentos y casas de hospedaje ingresará en el "Fondo Especial para la Amortización y Redención de Obligaciones Generales Evidenciadas por Bonos y Pagarés" creado por la Ley 269 de 11 de mayo de 1949,{⁶}⁶ hasta aquella cantidad que anualmente el Secretario de Hacienda determine es suficiente y adecuada para atender el pago de principal e intereses de los bonos u otras obligaciones emitidos por el Estado Libre Asociado de Puerto Rico para beneficio de la Compañía de Fomento Recreativo de Puerto Rico. Al determinar esta cantidad, el Secretario de Hacienda incluirá una cantidad razonable en concepto de reserva. Una vez ingresada la cantidad antes mencionada de ahí en adelante el producto de este impuesto ingresará durante el año de que se trate, al "Fondo para el Fomento Recreativo de Puerto Rico" que por la presente se crea. Por lo menos una vez al año los dineros en dicho fondo serán transferidos a la Compañía de Fomento Recreativo para ser usados por ésta en el desarrollo de sus propósitos.

Artículo 3.—Esta ley tendrá vigencia inmediata.

Aprobada en 20 de junio de 1970.

Nota al Calce

¹{¹} 13 L.P.R.A. sec. 4010 (b).

²{²} 13 L.P.R.A. sec. 4037 (b) (4).

³{³} 13 L.P.R.A. sec. 4083.

⁴{⁴} 13 L.P.R.A. sec. 4030(c).

⁵{⁵} L.P.R.A., tomo 1.

⁶{⁶} 13 L.P.R.A. secs. 402 a 404.

