**NATBONY REPLY DECLARATION**
**EXHIBIT 13**

15 ASAMBLEA    5 SESION
LEGISLATIVA    ORDINARIA

(R. C. de la C. 2013)

Res. Conj. Núm. 87

(Aprobada en 30 de junio de 2007)

# RESOLUCION CONJUNTA

Para asignar a las agencias e instrumentalidades públicas la cantidad de tres mil seiscientos cuarenta y un millones novecientos dieciocho mil (3,641,918,000) dólares con cargo al Fondo General del Tesoro Estatal 2007-2008, para llevar a cabo los propósitos que se detallan en la Sección 1 de esta Resolución Conjunta; autorizar el traspaso de fondos; autorizar la transferencia de fondos; autorizar el anticipo de fondos; autorizar para la contratación; permitir la aceptación de donativos; ordenar la preparación de informes; y para autorizar el pareo de los fondos asignados.

*RESUELVESE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:*

Sección 1.-Se asigna a las agencias e instrumentalidades públicas, la cantidad de tres mil seiscientos cuarenta y un millones novecientos dieciocho mil (3,641,918,000) dólares, con cargo al Fondo General del Tesoro Estatal 2007-2008, para llevar a cabo los propósitos que se detallan a continuación:

A. **GASTOS DE FUNCIONAMIENTO**

**Administración de Servicios Médicos**
Para el reclutamiento y pago de salarios para el Centro
Cerebrovascular de Puerto Rico y del Caribe.                $1,700,000

**Administración de Servicios y Desarrollo Agropecuario**
Para gastos de funcionamiento de la Administración
de Servicios y Desarrollo Agropecuario.                     10,000,000

Para continuar la reorientación de actividades de erradicación
de la garrapata africana que trasmite la fiebre al ganado a unas
de control de la garrapata basada en la venta de servicios al
ganadero.                                                   1,148,000

                                    **Subtotal**            **11,148,000**

**Administración del Derecho al Trabajo**
Para gastos de funcionamiento del Programa de Oportunidades
de Empleo y Adiestramiento y para la creación de oportunidades
de empleo.                                                  3,000,000

**Asamblea Legislativa, Actividades Conjuntas**
Para gastos de funcionamiento de la Comisión Especial Conjunta
de Donativos Legislativos, Ley Núm. 113 de 11 de agosto de
1996, según enmendada.                                      700,000

|  |  |
|---|---:|
| a través de toda la Isla. | 7,000,000 |

**Escuela de Artes Plásticas**

|  |  |
|---|---:|
| Para el desarrollo de proyectos especiales que sean utilizados para fortalecer el programa de diseño industrial y fomentar la visita de artistas y críticos internacionales para enriquecer la formación de los estudiantes de arte. | 100,000 |

**Junta de Planificación**

|  |  |
|---|---:|
| Para gastos operacionales del Grupo de Trabajo Interagencial Especial para Río Piedras, Ley Núm. 75 de 5 de julio de 1995, según enmendada. | 150,000 |
| Para gastos de funcionamiento del Grupo Consultivo para el Desarrollo de la Región de Castañer, Ley Núm. 14 de 15 de marzo de 1996, según enmendada, mediante la Ley Núm. 403 de 22 de septiembre de 2004. | <u>150,000</u> |
| **Subtotal** | **300,000** |

**Oficina de Asuntos de la Juventud**

|  |  |
|---|---:|
| Para cumplir con la otorgación del "Premio Compromiso Juvenil", Ley Núm. 434 de 22 de septiembre de 2004. | 1,000 |

**Oficina de Gerencia y Presupuesto, Asignaciones bajo la custodia**

|  |  |
|---|---:|
| Para Proyectos de Tecnologías de Información Gubernamental, para el desarrollo e implantación del gobierno electrónico. | 16,468,000 |
| Para resarcir sentencias contra el Estado. | 7,368,000 |
| Para el Instituto de Estadísticas. | <u>1,000,000</u> |
| **Subtotal** | **24,836,000** |

**Policía de Puerto Rico**

|  |  |
|---|---:|
| Para conceder un beneficio $60,000 para pago de hipoteca de la residencia principal al viudo/a o hijos de un policía estatal que muere en el cumplimiento de su deber, Ley Núm. 127 de 27 de junio de 1958, según enmendada, mediante la Ley Núm. 296 de 3 de diciembre de 2003. | 420,000 |

**Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico y la Judicatura**

Aportaciones para pensiones y seguridad social

Exhibit 13 Page 4 of 10

12

| | |
|---|---:|
| autorizadas por las siguientes leyes: | |
| Ley Núm. 447 de 15 de mayo de 1951, según enmendada, mediante la Ley Núm. 10 de 21 de mayo de 1992 | 4,267,000 |
| Ley Núm. 23 de 23 de septiembre de 1983 | 1,399,000 |
| Ley Núm. 27 de 6 de mayo de 1955 | 1,000 |
| Ley Núm. 158 de 27 de junio de 2003 | 7,326,000 |
| Ley Núm. 37 de 13 de junio de 2001 | 9,483,000 |
| Ley Núm. 155 de 27 de junio de 2003 | 6,309,000 |
| Ley Núm. 134 de 13 de agosto de 1996 | 489,000 |
| Ley Núm. 40 de 13 de junio de 2001 | 41,567,000 |
| Ley Núm. 41 de 13 de junio de 2001 | 597,000 |
| Ley Núm. 124 de 8 de junio de 1973 | 406,000 |
| Ley Núm. 72 de 20 de junio de 1956 | 403,000 |
| Ley Núm. 127 de 27 de junio de 1958 | 16,789,000 |
| Ley Núm. 208 de 25 de agosto de 2000 | 5,587,000 |
| Ley Núm. 524 de 29 de septiembre de 2004 | 236,000 |
| Ley Núm. 156 de 27 de junio de 2003 | 12,401,000 |
| Ley Núm. 98 de 4 de junio de 1980, según enmendada, mediante la Ley Núm. 109 de 2 de septiembre de 1997 | 28,200,000 |
| Ley Núm. 82 de 2 de mayo de 1941 | 12,000 |
| Ley Núm. 2 de 26 de marzo de 1965 | 51,000 |
| Ley Núm. 6 de 6 de diciembre de 1950 y Ley Núm. 7 de 12 de diciembre de 1950 | 3,000 |
| Ley Núm. 169 de 30 de junio de 1968 | 4,600,000 |
| Ley Núm. 95 de 29 de junio de 1963 | 87,500,000 |

Case:17-03283-LTS Doc#:13004-13 Filed:04/30/20 Entered:04/30/20 12:38:28 Desc:
Exhibit 13 Page 5 of 10

13

| | |
|---|---:|
| Ley Núm. 98 de 4 de junio de 1980 | <u>414,000</u> |
| **Subtotal** | **228,040,000** |

**Sistema de Retiro para Maestros**
Aportaciones para pensiones y seguridad social
autorizadas por las siguientes leyes:

| | |
|---|---:|
| Ley Núm. 49 de 23 de mayo de 1980, según enmendada, mediante la Ley Núm. 109 de 2 de septiembre de 1997 (JRM). | 7,100,000 |
| Ley Núm. 124 de 8 de junio de 1973 | 83,000 |
| Ley Núm. 162 de 15 de junio de 2003 (JRM) | 2,834,000 |
| Ley Núm. 22 de 14 de junio de 1965 | 49,000 |
| Ley Núm. 272 de 29 de marzo de 2004 | 18,000 |
| Ley Núm. 38 de 13 de junio de 2001 | 2,834,000 |
| Ley Núm. 39 de 13 de junio de 2001 | 27,605,000 |
| Ley Núm. 47 de 1 de junio de 1984 | 59,000 |
| Ley Núm. 52 de 16 de junio de 1966 | 26,000,000 |
| Ley Núm. 62 de 4 de septiembre de 1992 | <u>1,503,000</u> |
| **Subtotal** | **68,085,000** |

**Universidad de Puerto Rico**

| | |
|---|---:|
| Para conceder becas a estudiantes bajo el Programa para la Especialización en Catalogación y Preservación del Patrimonio Histórico, Cultural y Artístico, Ley Núm. 187 de 4 de agosto de 2004. | 200,000 |
| Para conceder becas a estudiantes de Medicina, Odontología y Medicina Veterinaria, Ley Núm. 17 de 5 de junio de 1948. | <u>500,000</u> |
| **Subtotal** | **700,000** |
| **Total** | **1,751,198,000** |

| | |
|---|---|
| (R. C. de la C. 2013<br>[Joint Resolution of the<br>Chamber of Representatives]) | [hw:] *15th* **Legislative**     [hw:] *5th* **Ordinary**<br>**ASSEMBLY          SESSION**<br>**Joint Res. No.**        [hw:] *87*<br>**(Approved on** [hw:] ***June 30, 2007*)** |

**JOINT RESOLUTION**

To appropriate to the public agencies and instrumentalities the amount of three billion six hundred forty-one million nine hundred eighteen thousand (3,641,918,000) dollars charged to the General Fund of the Commonwealth Treasury for 2007-2008, in order to complete the goals that are detailed in Section 1 of this Joint Resolution; to authorize the transfer of funds; to authorize the transfer of funds; to authorize advance of funds; to authorize contracting; to allow the acceptance of donations; to order the preparation of reports; and to authorize the matching of appropriated funds.

*BY ORDER OF THE LEGISLATIVE ASSEMBLY OF PUERTO RICO:*

Section 1. To the public agencies and instrumentalities is appropriated the amount of three billion six hundred forty-one million nine hundred eighteen thousand (3,641,918,000) dollars, charged to the General Fund of the Commonwealth Treasury for 2007-2008, in order to complete the goals that are detailed below:

**A.     FINANCING COSTS**

**Administration of Medical Services**
For recruitment and payment of salaries for the Puerto Rico
and Caribbean Stroke Center.                                                                    $1,700,000

**Administration of Services and Agricultural Development**
For operating costs of the Administration of Services and
Agricultural Development.                                                                        10,000,000

To continue the reorientation of efforts to eradicate the African
tick, which transmits fever to livestock, towards efforts to control
the tick based on the sale of services to the farmer.                                    <u>1,148,000</u>

**Subtotal**                                                                                          **11,148,000**

**Administration of the Right to Work**
For operating costs of the Program for Employment and Training
Opportunities and for the creation of employment opportunities.          3,000,000

**Legislative Assembly, Joint Activities**
For operating costs of the Special Joint Commission on Legislative
Donations, Law No. 113 of August 11, 1996, as amended.                       700,000

|  |  |
|---|---:|
| across the whole island. | 7,000,000 |

**School of Visual Arts**
For the development of special projects to be utilized to strengthen the industrial design project and to promote visits by international artists and critics in order to enrich the training of art students. — 100,000

**Planning Committee**
For operating costs of the Special Interagency Work Group for Rio Piedras, Law No. 75 of July 5, 1995, as amended. — 150,000

For operating costs of the Consultative Group for the Development of the Castañer Region, Law No. 14 of March 15, 1996, as amended, under Law No. 403 of September 22, 2004. — <u>150,000</u>

**Subtotal** — **300,000**

**Office of Youth Affairs**
To comply with the awarding of the "Prize for Commitment to Youth", Law No. 434 of September 22, 2004. — 1,000

**Office of Management and Budget, Appropriations under custody**
For Government Information Technology Projects, for the development and implementation of e-government. — 16,468,000

To compensate for sentences against the State. — 7,368,000

For the Institute of Statistics. — <u>1,000,000</u>

**Subtotal** — **24,836,000**

**Police of Puerto Rico**
To grant an award of $60,000 to pay for the mortgage of the principal residence to the widower/widow or children of a state policeman who dies in the line of duty, Law No. 127 of June 27, 1958, as amended, under Law No. 296 of December 3, 2003. — 420,000

**Retirement System for Employees of the Government of the Commonwealth of Puerto Rico and the Judiciary**
Contributions for pensions and social security

authorized by the following laws:
Law No. 447 of May 15, 1951,
as amended, by
Law No. 10 of May 21, 1992 ..................................................... 4,267,000

Law No. 23 of September 23, 1983 ............................................ 1,399,000

Law No. 27 of May 6, 1995 ......................................................... 1,000
.
Law No. 158 of June 27, 2003 .................................................... 7,326,000

Law No. 37 of June 13, 2001 ...................................................... 9,483,000

Law No. 155 of June 27, 2003 .................................................... 6,309,000

Law No. 134 of August 13, 1996 ................................................ 489,000

Law No. 40 of June 13, 2001 ...................................................... 41,567,000

Law No. 41 of June 13, 2001 ...................................................... 597,000

Law No. 124 of June 8, 1973 ...................................................... 406,000

Law No. 72 of June 20, 1956 ...................................................... 403,000

Law No. 127 of June 27, 1958 .................................................... 16,789,000

Law No. 208 of August 25, 2000 ................................................ 5,587,000

Law No. 524 of September 29, 2004 .......................................... 236,000

Law No. 156 of June 27, 2003 .................................................... 12,401,000
Law No. 98 of June 4, 1980, as amended,
          by Law No. 109 of September 2, 1997 ........................... 28,200,000

Law No. 82 of May 2, 1941 ......................................................... 12,000

Law No. 2 of March 26, 1965 ..................................................... 51,000
Law No. 6 of December 6, 1950
          and Law No. 7, of December 12, 1950 ........................... 3,000
Law No. 169 of June 30, 1968 .................................................... 4,600,000

Law No. 95 of June 29, 1963 ...................................................... 87,500,000

| | | |
|---|---|---:|
| Law No. | 98 of June 4, 1980 | <u>414,000</u> |
| | **Subtotal** | **228,040,000** |

**Teachers' Retirement System**

| | | |
|---|---|---:|
| Contributions for pensions and social security authorized by the following laws: Law No. 49 of May 23, 1980, as amended, under Law No. 109 of September 2, 1997 (JRM). | | 7,100,000 |
| Law No. | 124 of June 8, 1973 | 83,000 |
| Law No. | 162 of June 15, 2003 (JRM) | 2,834,000 |
| Law No. | 22 of June 14, 1965 | 49,000 |
| Law No. | 272 of March 29, 2004 | 18,000 |
| Law No. | 38 of June 13, 2001 | 2,834,000 |
| Law No. | 39 of June 13, 2001 | 27,605,000 |
| Law No. | 47 of June 1, 1984 | 59,000 |
| Law No. | 52 of June 16, 1966 | 26,000,000 |
| Law No. | 62 of September 4, 1992 | <u>1,503,000</u> |
| | **Subtotal** | **68,085,000** |

**University of Puerto Rico**

| | |
|---|---:|
| To award grants to students under the Program for Specialization in Cataloguing and Preservation of Historical, Cultural and Artistic Heritage, Law No. 187 of August 4, 2004. | 200,000 |
| To award grants to students of Medicine, Dentistry and Veterinary Medicine, Law No. 17 of June 5, 1948. | <u>500,000</u> |
| **Subtotal** | **700,000** |
| **Total** | **1,751,198,000** |



| | |
|---|---|
| **DATE OF TRANSLATION:** | 18-Mar-20 |
| **ELECTRONIC FILE NAME:** | RCae-2007 Excerpts |
| **SOURCE LANGUAGE:** | Spanish |
| **TARGET LANGUAGE:** | English |
| **TRANSPERFECT JOB ID:** | US0659494 |

TransPerfect is globally certified under the standards ISO 9001:2015 and ISO 17100:2015. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

TCert v. 2.0