## NATBONY REPLY DECLARATION
## EXHIBIT 16

BILINGUAL
BILINGÜE

# McGraw-Hill's

# Spanish and English Legal Dictionary

# Diccionario Jurídico Inglés-Español

## Dahl's Abridged Law Dictionary
## Diccionario Jurídico Abreviado Dahl

**With definitions from codes, case law, and statutes**

**Con definiciones sacadas de**

**códigos, decisiones judiciales y leyes**

# Henry Saint Dahl

**Asamblea**. Assembly, committee.

**Asamblea general de accionistas**. General shareholders' meeting.

**Ascendiente**. Ascendant.

**Ascenso**. Promotion, advancement, raise. Ascent, climbing.

**Asediar**. To storm, assail, attack. To inconvenience.

**Asedio**. Siege, taking by storm. Cornering.

**Asegurable**. Insurable.

**Asegurado**. Insured.

**Asegurador**. Insurer, insurance company.

**Asegurar**. To insure.

**Aserción**. Assertion, averment, declaration, statement.

**Asertar**. To assert, aver, avow, declare, state.

**Asesinar**. To murder.

**Asesinato**. Murder, assassination, homicide.

**Asesino**. Assassin, murderer.

**Asesor**. Counselor, adviser, advisor.

**Asfixia**. Asphyxia, choking, smothering, suffocation.

**Asfixiar**. To asphyxiate, choke, smother, strangle, suffocate.

**Asiento**. Entry. The following kinds of entries shall be made in the registry books: presentation, registrations, cautionary. notices, cancellations and notations. (PR Mort. Law 1979 sec. 80).

   Annotation, inscription, registration, recordation.

**Asignación**. Appropriation, allocation, allotment, attribution, allowance.

**Asilado**. Person who enjoys political asylum.

**Asilar**. To grant political asylum.

**Asilo**. Asylum. Safe harbor. Hospital for the mentally unbalanced and indigent.

**Asistencia**. Attendance, appearance.

**Asociación**. Association.

**Asociación con fines no pecuniarios**. Non-profit association.

# McGraw-Hill's Spanish and English Legal Dictionary

# Diccionario Jurídico Inglés-Español

### Dahl's Abridged Law Dictionary
### Diccionario Jurídico Abreviado Dahl

## Henry Saint Dahl

Attorney and Law Professor • Attorney in Washington, D.C., Texas, and New York; Abogado en Madrid y Buenos Aires • LL.M. (London, England), Stazhor (St. Petersburg, Russia) • Sworn Translator (English, French); Traductor Público Nacional (Buenos Aires, Argentina) • Visiting Law Professor Conservatoire National des Arts et Métiers (Paris, France) • Associate Director of the SMU NAFTA Law Center • Vice Presidente de la Cámara de Comercio Panamericana • Special Counsel to Jones, Walker, Waechter, Poitevent, Carrère & Denègre

With the collaboration of Tamera Boudreau
Member of the Texas Bar

### McGraw-Hill

New York Chicago San Francisco Lisbon London Madrid Mexico City
Milan New Delhi San Juan Seoul Singapore Sydney Toronto