# **NATBONY REPLY DECLARATION**
# **EXHIBIT 17**

BILINGUAL
BILINGÜE

# McGraw-Hill's
# Spanish and English Legal Dictionary

# Diccionario Jurídico Inglés-Español

Dahl's Abridged Law Dictionary
Diccionario Jurídico Abreviado Dahl

With definitions from codes, case law, and statutes

Con definiciones sacadas de

códigos, decisiones judiciales y leyes

## Henry Saint Dahl

examining judge shall inform the witness included in the foregoing paragraph that he is not obliged to testify against the accused, but that he may make the statements which he may deem proper, the answer which he may give to this notice being recorded. 2) The attorney of the accused, with regard to the facts which the latter may have confided to him as his counsel. (Sp. L. Crim. P., art. 416).

**Dispensable**. Excusable, justifiable.

**Dispensar**. To excuse, justify, pardon. To distribute, to give out.

**Disponente**. Conveyor, party who sells or who transfers.

**Disponer**. To alienate, convey, sell. To order, mandate.

**Disponibilidad**. Availability, existence. Cash.

**Disponible**. Available, free, present, ready.

**Disponiéndose**. Being ordered that.

**Disponiéndose (en una ley)**. Provided clause (in a statute). Generally the mission of a provided clause is to establish an exception to the general provisions of a statute or to some of the, or to quality or modify them in some aspects. (Bull Insular Line v. Superior Court, 86 PRR 148 (1962)).

**Disponiéndose bajo la condición de**. Proviso, provided that.

**Disponiéndose que**. Proviso saying that.

**Disposición**. Disposition, clause, provision, proviso. Decree, order, ruling. State of mind, character.

**Disposición inoficiosa**. Inofficious clause. Those dispositions which fathers and mothers and other ascendants make of their property to the prejudice of their descendants, beyond the proportion reserved to them by law, are called inofficious. (Lou. Civ. C. art. 3556).

**Disposición testamentaria**. Testamentary disposition. Testamentary dispositions are either universal, under a universal title, or under a particular title. Each of these dispositions, whether it be made under the name of institution of heir, or under the name of legacy, shall have its effect, according to the rules hereafter established for universal legacies, for legacies under a universal title, and for particular legacies. (Lou.

# McGraw-Hill's Spanish and English Legal Dictionary

# Diccionario Jurídico Inglés-Español

Dahl's Abridged Law Dictionary
Diccionario Jurídico Abreviado Dahl

## Henry Saint Dahl

Attorney and Law Professor • Attorney in Washington, D.C., Texas, and New York; Abogado en Madrid y Buenos Aires • LL.M. (London, England), Stazhor (St. Petersburg, Russia) • Sworn Translator (English, French); Traductor Público Nacional (Buenos Aires, Argentina) • Visiting Law Professor Conservatoire National des Arts et Métiers (Paris, France) • Associate Director of the SMU NAFTA Law Center • Vice Presidente de la Cámara de Comercio Panamericana • Special Counsel to Jones, Walker, Waechter, Poitevent, Carrère & Denègre

With the collaboration of Tamera Boudreau
Member of the Texas Bar

### McGraw-Hill

New York   Chicago   San Francisco   Lisbon   London   Madrid   Mexico City
Milan   New Delhi   San Juan   Seoul   Singapore   Sydney   Toronto