**NATBONY REPLY DECLARATION**
**EXHIBIT 18**

**FILED UNDER SEAL**