## NATBONY REPLY DECLARATION
## EXHIBIT 19

## FILED UNDER SEAL