**NATBONY REPLY DECLARATION**
**EXHIBIT 21**

**FILED UNDER SEAL**