**NATBONY REPLY DECLARATION**
**EXHIBIT 24 – Part 1**



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Departamento de Transportación
y Obras Públicas

# MEMORIAL EXPLICATIVO

# AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN
# RECOMENDACIONES PRESUPUESTARIAS
# AÑO FISCAL 2014-2015



AUTORIDAD DE CARRETERAS Y TRANSPORTACION

## Ing. Javier Ramos Hernández
### Director Ejecutivo

 

## SITUACIÓN OPERACIONAL Y FISCAL DE LA AGENCIA

A. Año Fiscal 2013-2014

1. Exponer un resumen de la situación operacional y programática de su agencia durante el Año Fiscal 2013-2014.

| Proyección al 30 de junio de 2014 | Programas Operacionales | Programa de Mejoras | Servicio Deuda |
|---|---|---|---|
| TOTAL DE INGRESOS | $ 173,230,000 | $ 176,906,657 | $ 540,910,000 |
| TOTAL DE GASTOS | $ 267,667,509 | $ 234,755,719 | $ 587,442,702 |
| SOBRANTE (DEFICIT) | $ (94,437,509) | $ (57,849,062) | $ (46,532,702) |

2. Explicar la situación fiscal presupuestaria al cierre del año fiscal. Detalle los ajustes realizados conforme a la situación fiscal actual del País y las economías generadas (o que generarán) conforme a éstos.

Proyectamos terminar el año fiscal con un gasto de $253,257 por encima de lo presupuestado. Este es el resultado de unas economías en la nómina de unos $2,176,259 y otras economías de $1,364,707 que fueron absorbidas por un gasto imprevisto de $3,794,223 proveniente del efecto de la Ley 32 del 25 de junio de 2013, (Ley de Retiro).

3. Detalle las deudas por pagar y por cobrar al 30 de junio de 2014 y como compara con el año fiscal anterior 2012-2013.

| Deudas por pagar a junio 30 de 2014 y 2013 | | |
|---|---|---|
| Suplidores | $ 71,404,725 | $ 32,912,522 |
| Agencias | $ 50,665,610 | $ 21,026,770 |
| Contratistas | $ 21,058,829 | $ 25,053,742 |
| Otros | $ 9,976,710 | $ 22,786,544 |
| Total | $ 153,105,874 | $ 101,779,578 |

| Cuentas por cobrar a junio 30 de 2014 y 2013 | | |
|---|---|---|
| Agencias | $ 37,931,633 | $ 35,954,040 |
| Arrendamiento | $ 4,584,893 | $ 4,637,558 |
| Contratistas | $ 4,662,044 | $ 4,101,894 |
| Otros | $ 4,704,695 | $ 4,518,659 |
| Total | $ 51,883,265 | $ 49,212,151 |

ACT
29

HTA_STAY0000388

 
4. Exponer los programas especiales, iniciativas y compromisos programáticos encomendados y atendidos por la agencia. Proveer estadísticas y/o información oficial con relación a costos de nómina, gastos operacionales, fondos federales, fondos especiales, fondos propios, asignaciones presupuestarias para la implementación de dichos programas, iniciativas y compromisos.

No Aplica

5. Detallar los proyectos realizados total o parcialmente con fondos otorgados bajo la Ley de Reinversión y Estímulo Económico Federal (Fondos ARRA) y su estatus, según sea aplicable.

Todos los proyectos fueron completados antes del 30 de junio de 2013.

6. Explique los ajustes realizados conforme a la aprobación del P. de la C. 1686 (Ley 33-2014) y del R. C. de la C. 486. (Res. Conj. 11-2014).

No Aplica

## ANÁLISIS DEL PRESUPUESTO – Año Fiscal 2014 – 2015

A. Presupuesto Funcional del Fondo General

1. Resolución Conjunta del Presupuesto General



PRESUPUESTO 2014-2015 GASTOS vs. INGRESOS — PRESUPUESTO DE INGRESOS Y GASTOS

| | Gastos | Ingresos |
|---|---|---|
| TOTAL | $1,242,800,388.00 | $909,500,000.00 |
| Servicio A La Deuda | $804,612,474.00 | $705,350,000.00 |
| Mejoras Permanentes | $185,000,000.00 | $150,000,000.00 |
| Gastos Operacionales | $253,187,914.00 | $54,150,000.00 |

ACT 30

HTA_STAY0000389

ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Departamento de Transportación
y Obras Públicas

AUTORIDAD DE CARRETERAS Y TRANSPORTACION

ESTADO LIBRE ASOCIADO DE
PUERTO RICO

## PRESUPUESTO 2014-2015

### GASTOS

**Distribución Programática del Presupuesto de la ACT**
**Gastos Operacionales**
**2014-2015**

TOTAL
$253,187,914.00

AUTORIDAD DE CARRETERAS Y TRANSPORTACION
7

ESTADO LIBRE ASOCIADO DE
PUERTO RICO

## PRESUPUESTO 2014-2015

### GASTOS

MEJORAS PERMANENTES

SERVICIO A LA DEUDA

AUTORIDAD DE CARRETERAS Y TRANSPORTACION
5




