## NATBONY REPLY DECLARATION
### EXHIBIT 24 – Part 2





ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Departamento de Transportación
y Obras Públicas

2. **Asignaciones Especiales para Gastos de Funcionamiento**

a. **En caso de que la agencia tenga recomendada cualquier asignación especial para gastos de funcionamiento de algún programa, suplir explicación sobre el alcance y propósito de la medida y el desglose de la suma recomendada.**

No Aplica

b. **De tener algún compromiso proveniente de alguna ley especial, convenio colectivo u otra fuente, proveer el impacto presupuestario para el Presupuesto 2014-2015 y copia del documento que sustente dicha asignación presupuestaria.**

No Aplica

3. **Demandas con Sentencias**
a. **Detallar demandas con sentencias que requieran pago del Fondo General, incluyendo las cantidades a desembolsarse para el Año Fiscal 2014-2015 y cómo compara con períodos fiscales anteriores.**

No Aplica

4. **Gastos Ineludibles**

| Gastos Ineludibles | | | | | |
|---|---|---|---|---|---|
| | Administración | Tren Urbano | Autopistas | Construcción | Servicio deuda |
| Nómina | $ 35,229,019 | $ 1,629,348 | $ 12,845,243 | $ 54,889,554 | $ - |
| Utilidades | 2,779,315 | 11,704,411 | 4,539,280 | | |
| Seguros | | 6,000,000 | 2,950,000 | | |
| Operador Tren Urbano | | 60,117,887 | | | |
| Operador Autoexpreso | | | 37,577,394 | | |
| Intereses | | | | | 397,329,013 |
| Principal | | | | | 407,283,461 |
| Total | $ 38,008,334 | $ 79,451,646 | $ 57,911,917 | $ 54,889,554 | $ 804,612,474 |

B. **Fondos Federales**

**Si su agencia financia total o parcialmente algún programa con fondos federales, favor de indicar:**

1. **Nombre del programa, código federal y ley que lo crea o autoriza.**

La Autoridad utiliza fondos federales en su programa de mejoras permanentes. Estos fondos provienen de los programas de Federal Highway Administration (FHWA), bajo el Título 23. Además, recibe fondos para mantenimiento del Tren Urbano de Federal Transit Administration (FTA).

ACT

32



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Departamento de Transportación
y Obras Públicas



AUTORIDAD DE CARRETERAS Y TRANSPORTACION

2. **Aportación federal y desglose por objeto de gastos.**

   Construcción de Sistemas de Carreteras- $130,000,000 (FHWA)
   Alternativa de Transporte Integrado- $15,000,000 (FTA)

3. **Requerimiento de pareo local, si alguno.**

   El requisito de pareo local para el uso de fondos federales de funcionamiento y mejoras capitales es del veinte (20) porciento. Los fondos federales se obtienen mediante reembolso de los gastos incurridos.

4. **Explicación programática del uso de fondos.**

   **Federal Highway Administration (FHWA)**- Los fondos están divididos en dos programas principales: "Safe Accountable, Flexible, Efficient Transportation Equity Act (SAFETEA-LU)"y "Moving Ahead Progress in the 21st Century Act (MAP 21)"y se utilizan para desarrollar proyectos de seguridad y conectividad vial dentro de la red de carreteras del país.

   **Federal Transit Administration (FTA)** (Section 5307) – Los fondos recibidos son utilizados para reembolsar gastos de mantenimiento del Tren Urbano.

5. **Cambio, si alguno, en legislación federal que impacte los fondos recibidos por su agencia. Si hubiese impacto en su agencia, exponga medidas que tomará la agencia para atender dichos cambios.**

   La ley de transportación vigente, MAP-21, cambió la forma en que Puerto Rico recibía los fondos. Anteriormente y a diferencia de los Estados, se recibían los fondos a una cuenta o "pote" del cual Puerto Rico asignaba los mismos a distintos proyectos (siguiendo los debidos procesos federales de planificación).

   MAP-21 asigna los fondos por programa, de forma semejante a los Estados. Por ejemplo, el 50% de los fondos tienen que ser utilizados en carreteras con clasificación NHS (NHPP), 25% en proyectos que cumplan con los requisitos del Programa de Seguridad (HSIP) y el otro 25% en proyectos que cumplan con lo estipulado en el 23CFR, Ch1.

   En resumen, esta ley no cambió la cantidad de fondos, sino la forma de asignarlos. Desde el pasado año fiscal federal, que entró en vigor esta ley, la Agencia ha continuado desarrollando proyectos que cumplen con cada programa de manera de utilizar la totalidad de los fondos asignados.

ACT

33





6. **Indique reducción o aumento en cantidad de fondos federales recibidos.**

   La cantidad de fondos presupuestados para el próximo año fiscal se reduce en $4,391,166.

7. **Enumere programas, departamentos o secciones de programas que están bajo categoría de alto riesgo o "high risk".**

   La denominación de "high-risk" fue puesta a la Autoridad de Carreteras y Transportación (ACT) en 2005 y levantada en 2008, luego de las acciones, compromisos y cambios implementados por la Agencia para corregir las deficiencias reportadas por FHWA. A pesar de esto, actualmente la ACT tiene total supervisión federal ("full oversight"). Todos los programas de la Agencia operan bajo supervisión federal.

   Como parte de esos compromisos, queda por cumplir a cabalidad la implementación de la Oficina de Puentes y la Oficina de Materiales. Durante el pasado mes de diciembre y el mes de enero, se han publicado convocatorias para el reclutamiento de personal técnico especializado para ocupar puestos en estas oficinas. Esto es reportado mensualmente a FHWA, quienes monitorean el progreso de la implementación de estas oficinas.

8. **Sobrante de fondos federales proyectados para el presente Año Fiscal 2013-2014.**

   No hay sobrante proyectado al 30 de junio de 2014.

C. **Fondos Especiales Estatales**

   **Si su agencia financia total o parcialmente algún Programa con Fondos Especiales Estatales, favor de indicar:**

   1. **Nombre del Fondo y Ley que autoriza su creación.**

      No Aplica

   2. **Ingresos y gastos para los Años Fiscales 2012-2013 y 2013-2014 y la proyección de recursos del Año Fiscal 2014-2015 (incluyendo recaudos del año a comenzar y cualquier balance de años anteriores), según disponga.**

      No Aplica

   3. **Indique si hubo retiro de fondos de dicho Fondo Especial en los pasados tres (3) años fiscales y qué efecto tuvo esto en la operación de la Agencia. Detalle la cuantía retirada anualmente e informe el balance actual del Fondo Especial.**

      No Aplica

ACT

34





D.  Ingresos Propios u Otros Recursos

Desglose por objeto de gastos de los ingresos generados por la Agencia y el concepto de dicho ingreso.  Ofrecer justificación de estos fondos.

|  | Servicio Deuda | Gastos Operacionales | Programa de Mejoras |
|---|---|---|---|
| Arbitrios de Gasolina y Derivados | $443,410 | | |
| Peajes | | $131,110 | |
| Licencias vehículo | $ 95,500 | | |
| Cigarrillos | $ 20,000 | | |
| Otros | $ 15,330 | | |
| Fondos Federales | | | $145,000 |
| Tarifas tren | | $ 8,900 | |
| Multas | | $ 20,000 | |
| Emisión bonos | | | $ 20,000 |
| Otros | | $ 10,250 | |
| Total | $574,240 | $170,260 | $165,000 |

## ASUNTOS GENERALES

1.  Nómina – Desglose del costo total de la nómina para los Años Fiscales 2013-2014 y 2014-2015, presentados por origen de recursos.

| Nómina y Costos Relacionados | Otros Ingresos | Préstamos Emisión Bonos |
|---|---|---|
| 2014-2015 | $ 22,845,000 | $ 84,336,308 |
| 2013-2014 | $ 41,558,000 | $ 57,971,507 |

2.  Relación de Puestos Ocupados – Desglose de la cantidad de puestos ocupados a marzo de 2013 y a marzo de 2014, por categoría de puestos y origen de recursos, incluyendo el concepto y justificación para el mismo.

| Puestos ocupados | 30 de marzo 2014 | 30 de marzo 2013 |
|---|---|---|
| Confianza | 37 | 9 |
| Gerenciales | 841 | 900 |
| Unionados | 740 | 779 |

HTA_STAY0000394