**NATBONY REPLY DECLARATION**
**EXHIBIT 24 – Part 3**

 

3. Contratos – Relación de contratos formalizados durante el Año Fiscal 2013-2014. Entre estos contratos debe incluir: renta, servicios profesionales, cabilderos y servicios no profesionales.

| Contratos Formalizados 2013-2014 | |
|---|---|
| Renta | $ 2,600,000 |
| Servicios | $ 4,000,000 |
| Servicios profesionales | $ 3,005,000 |

4. Detalle la cantidad de empleados que se retiraron por virtud de la Ley 3-2013. Cuántos de estos puestos han sido ocupados y cuántos permanecen congelados.

- 40 renuncias en virtud de la ley 3-2013
- Ninguno de los 40 puestos por renuncias han sido ocupados.

HTA_STAY0000395

 

# ANEJO I
## AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN
### RESUMEN DE GASTOS Y GASTOS PROYECTADOS
### FONDO GENERAL

ACT
37

HTA_STAY0000396




Autoridad de Carreteras y Transportación
Gastos Funcionamiento (Presupuesto Gastos Operacionales)
Gastado Año Fiscal 2012-2013

| CONCEPTOS | PROGRAMAS | | | | | |
|---|---|---|---|---|---|---|
| *Nóminas y Costos Relacionados* | DAG | A&F | Autop | ATI | CSC | TOTAL |
| Sueldos Puestos Regulares | 2,173,766 | 20,556,828 | 9,066,779 | 1,247,167 | 41,375,492 | 74,420,032 |
| Aportaciones a Sistema de Retiro | 159,238 | 2,544,071 | 1,301,514 | 141,448 | 4,873,659 | 9,019,930 |
| Aportaciones a: FSE | 0 | 914,283 | 144,699 | 12,862 | 0 | 1,071,844 |
| Aportaciones a Seguro Hosp. | 0 | 9,759,575 | 1,756,095 | 127,717 | 0 | 11,643,387 |
| Aportaciones a: Seguro Social Federal | 125,172 | 1,186,508 | 505,678 | 73,418 | 2,422,592 | 4,313,368 |
| Aportaciones Seguro Desempleo | 0 | 0 | 0 | 0 | 0 | 0 |
| Aportaciones a Beneficios Marginales | 1,509 | 53,681 | 15,484 | 1,665 | 62,186 | 134,525 |
| Contribucion al Medicare | 31,519 | 277,476 | 118,266 | 17,292 | 566,641 | 1,011,194 |
| Cuidado Diurno | 0 | 79,160 | 0 | 0 | 0 | 79,160 |
| Subtotal | 2,491,204 | 35,371,582 | 12,908,515 | 1,621,569 | 49,300,570 | 101,693,440 |
| *Facilidades y Pagos Por Servicios Publicos* | | | | | | |
| AEE-Pago Corriente | 0 | 971,111 | 3,916,782 | 11,229,853 | 0 | 16,117,746 |
| Autoridad de Telefonos | 0 | 467,783 | 66,026 | 0 | 0 | 533,809 |
| AAA Pago Corriente | 0 | 61,636 | 132,060 | 0 | 0 | 193,696 |
| Arrendamiento a AEP | 61,608 | 346,205 | 24,970 | 0 | 278,534 | 711,317 |
| Servicios Publicos | 0 | 0 | 0 | 0 | 0 | 0 |
| Subtotal | 61,608 | 1,846,735 | 4,139,838 | 11,229,853 | 278,534 | 17,556,568 |
| *Servicios Comprados* | | | | | | |
| Arrendamiento otras Edif. y Constru. | 0 | 0 | 0 | 0 | 0 | 0 |
| Servicios Comprados no Clasificados | 0 | 0 | 0 | 0 | 0 | 0 |
| Arrend. otras intrum. Publicas | 0 | 0 | 0 | 0 | 0 | 0 |
| Pago por servicio de adiestramiento | 0 | 13,480 | 0 | 0 | 0 | 13,480 |
| Conservacion y rep. edif. y estruct. | 270 | 32,317 | 673,241 | 9,211 | 6,765 | 721,804 |
| Arrendamiento a entidades privadas | 0 | 0 | 0 | 0 | 0 | 0 |
| Impresos y Encuadernaciones | 0 | 66,283 | 660 | 0 | 380 | 67,323 |
| Pago de primas de seguros | 0 | 640,113 | 2,875,138 | 5,922,438 | 0 | 9,437,689 |
| Pago por servicios comprados | 0 | 1,607,742 | 44,475,467 | 66,642,893 | 0 | 112,726,102 |
| Franqueo | 0 | 0 | 0 | 0 | 0 | 0 |
| Equipo Comp: Hardware y Software | 376 | 52,238 | 140 | 0 | 0 | 52,754 |
| Arrendamiento de otros equipos | 28,822 | 2,000,101 | 2,127,111 | 6,059 | 144,516 | 4,306,609 |
| Conservacion y rep. equipo de ofic. | 0 | 51,446 | 37,587 | 675 | 7,353 | 97,061 |
| Subtotal | 29,468 | 4,463,720 | 50,189,344 | 72,581,276 | 159,014 | 127,422,822 |

ACT
38

HTA_STAY0000397




Autoridad de Carreteras y Transportación
Gastos Funcionamiento (Presupuesto Gastos Operacionales)
Gastado Año Fiscal 2012-2013
**CONTINUACIÓN**

| | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| *Gastos de Transportacion y Subsistencia* | | | | | | |
| Aportacion a Dietas | 0 | 0 | 0 | 0 | 0 | 0 |
| Gastos de Viajes | 15,046 | 67,930 | 216,395 | 1,136 | 48,779 | 349,286 |
| Servicios de Transportacion | 0 | 593,382 | 390,451 | 0 | 0 | 983,833 |
| Subtotal | 15,046 | 661,312 | 606,846 | 1,136 | 48,779 | 1,333,119 |
| *Servicios Profesionales* | | | | | | |
| Servicios Prof. y Consultivos | 361,791 | 1,353,846 | 628,320 | 828,243 | 53,290 | 3,225,490 |
| Servicios Legales | 0 | 0 | 0 | 0 | 0 | 0 |
| Subtotal | 361,791 | 1,353,846 | 628,320 | 828,243 | 53,290 | 3,225,490 |
| *Otros Gastos* | | | | | | |
| Aportaciones a Gastos Representacion | 0 | 0 | 0 | 0 | 0 | 0 |
| Reclamaciones | 0 | 0 | 0 | 0 | 0 | 0 |
| Dietas a Miembros de Juntas | 0 | 0 | 0 | 0 | 0 | 0 |
| Otros Gastos | 12,782 | 2,395,352 | 40,105 | 1,503 | 158,357 | 2,608,099 |
| Subtotal | 12,782 | 2,395,352 | 40,105 | 1,503 | 158,357 | 2,608,099 |
| *Materiales y Suministros* | | | | | | |
| Materiales y Suministros y Piezas | 0 | 0 | 0 | 0 | 2,254 | 2,254 |
| Subtotal | 0 | 0 | 0 | 0 | 2,254 | 2,254 |
| *Compra de Vehiculos de Motor* | | | | | | |
| Adquisicion de Equipo de Oficina y relacion. | 777 | 10,377 | 590 | 0 | 0 | 11,744 |
| Compra de Equipo | 315 | 0 | 18,481 | 0 | 3,571 | 22,367 |
| Subtotal | 1,092 | 10,377 | 19,071 | 0 | 3,571 | 34,111 |
| *Anuncios y Pautas en Medios* | | | | | | |
| Anuncios | 0 | 24,788 | 0 | 0 | 3,414 | 28,202 |
| Publicidad | 0 | 0 | 0 | 0 | 0 | 0 |
| Subtotal | 0 | 24,788 | 0 | 0 | 3,414 | 28,202 |
| TOTAL | 2,972,991 | 46,127,712 | 68,532,039 | 86,263,580 | 50,007,783 | 253,904,105 |

Programas
Dirección y Administración General (DAG)
Administración y Finanzas (A&F)
Operación y Mantenimiento de Autopistas (Autop)
Alternativa de Transporte Integrado (ATI)
Construcción de Sistemas de Carreteras (CSC)

ACT
39

 

Autoridad de Carreteras y Transportación
Gastos Funcionamiento (Presupuesto Gastos Operacionales)
Gasto Proyectado Año Fiscal 2013-2014

| CONCEPTOS | PROGRAMAS | | | | | |
|---|---|---|---|---|---|---|
| *Nominas y Costos Relacionados* | DAG | A&F | Autop | ATI | CSC | Total |
| Sueldos Puestos Regulares | 2,155,473 | 19,469,531 | 8,390,343 | 1,215,633 | 38,634,792 | 69,865,772 |
| Aportaciones a Sistema de Retiro | 264,585 | 3,043,062 | 1,558,354 | 172,759 | 5,820,772 | 10,859,532 |
| Aportaciones a: FSE | 0 | 1,238,134 | 195,316 | 17,602 | 0 | 1,451,052 |
| Aportaciones a Seguro Hosp. | 0 | 9,831,474 | 2,090,616 | 134,620 | 0 | 12,056,710 |
| Aportaciones a: Seguro Social Federal | 133,640 | 1,153,494 | 471,531 | 70,489 | 2,224,413 | 4,053,567 |
| Aportaciones Seguro Desempleo | 0 | 45,000 | 0 | 0 | 0 | 45,000 |
| Aportaciones a Beneficios Marginales | 3,192 | 53,758 | 25,205 | 1,760 | 62,349 | 146,264 |
| Contribucion al Medicare | 31,254 | 269,766 | 110,278 | 16,486 | 520,226 | 948,010 |
| Cuidado Diurno | 0 | 100,000 | 3,600 | 0 | 0 | 103,600 |
| Subtotal | 2,588,144 | 35,204,219 | 12,845,243 | 1,629,349 | 47,262,552 | 99,529,507 |
| *Facilidades y pagos Por Servicios Publicos* | | | | | | |
| AEE-Pago Corriente | 0 | 1,020,111 | 4,140,000 | 11,668,665 | 0 | 16,828,776 |
| Autoridad de Teléfonos | 0 | 500,000 | 77,280 | 35,746 | 0 | 613,026 |
| AAA Pago Corriente | 0 | 123,310 | 272,000 | 0 | 360 | 395,670 |
| Arrendamiento a AEP | 154,000 | 1,135,894 | 50,000 | 0 | 556,820 | 1,896,714 |
| Servicios Publicos | 0 | 0 | 0 | 0 | 0 | 0 |
| Subtotal | 154,000 | 2,779,315 | 4,539,280 | 11,704,411 | 557,180 | 19,734,186 |
| *Servicios Comprados* | | | | | | |
| Arrendamiento otras Edif. y Constru. | 0 | 0 | 0 | 0 | 0 | 0 |
| Servicios Comprados no Clasificados | 0 | 0 | 0 | 0 | 0 | 0 |
| Arrend. otras intrum. Publicas | 0 | 0 | 0 | 0 | 0 | 0 |
| Pago por servicio de Adiestramiento | 0 | 12,000 | 1,500 | 1,500 | 0 | 15,000 |
| Conservacion y rep. edif. y estruct. | 2,000 | 30,000 | 1,515,000 | 100,000 | 0 | 1,647,000 |
| Arrendamiento a Entidades Privadas | 0 | 0 | 0 | 0 | | 0 |
| Impresos y Encuadernaciones | 0 | 195,500 | 4,700 | 1,000 | 3,500 | 204,700 |
| Pago de Primas de Seguros | 0 | 650,000 | 2,950,000 | 6,000,000 | 0 | 9,600,000 |
| Pago por Servicios Comprados | 0 | 1,300,000 | 50,213,815 | 66,770,985 | 0 | 118,284,800 |
| Franqueo | | | | | | 0 |
| Compra Equipo Comp: Hardware y Software | 37,967 | 112,875 | 0 | 0 | 30,000 | 180,842 |
| Arrendamiento de Otros Equipos | 1,800 | 2,936,341 | 423,000 | 10,800 | 196,800 | 3,568,741 |
| Conservacion y Rep. Equipo de Ofic. | 0 | 307,639 | 118,000 | 7,000 | 59,200 | 491,839 |
| Subtotal | 41,767 | 5,544,355 | 55,226,015 | 72,891,285 | 289,500 | 133,992,922 |

ACT
40

HTA_STAY0000399