**NATBONY REPLY DECLARATION**
**EXHIBIT 24 – Part 4**



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Departamento de Transportación
y Obras Públicas



AUTORIDAD DE CARRETERAS Y TRANSPORTACION

Autoridad de Carreteras y Transportación
Gastos Funcionamiento (Presupuesto Gastos Operacionales)
Gastado Proyectado Año Fiscal 2013-2014
**CONTINUACIÓN**

| Gastos de Transportacion y Subsistencia | | | | | | |
|---|---|---|---|---|---|---|
| Aportacion a Dietas | 0 | 0 | 0 | 0 | 0 | 0 |
| Gastos de Viajes | 43,500 | 45,500 | 220,000 | 8,000 | 43,650 | 360,650 |
| Servicios de Transportación | 0 | 750,150 | 1,000,090 | 0 | 0 | 1,750,240 |
| Subtotal | 43,500 | 795,650 | 1,220,090 | 8,000 | 43,650 | 2,110,890 |
| *Servicios Profesionales* | | | | | | |
| Servicios Prof. y Consultivos | 450,000 | 2,570,811 | 0 | 1,050,000 | 94,200 | 4,165,011 |
| Servicios Legales | 0 | 0 | 0 | 0 | 0 | 0 |
| Subtotal | 450,000 | 2,570,811 | 0 | 1,050,000 | 94,200 | 4,165,011 |
| *Otros Gastos* | | | | | | |
| Aportaciones a Gastos Representacion | 0 | 0 | 0 | 0 | 0 | 0 |
| Reclamaciones | 0 | 0 | 0 | 0 | 0 | 0 |
| Dietas a Miembros de Juntas | 0 | 0 | 0 | 0 | 0 | 0 |
| Otros Gastos | 140,200 | 5,444,503 | 1,425,000 | 477,259 | 320,775 | 7,807,737 |
| Subtotal | 140,200 | 5,444,503 | 1,425,000 | 477,259 | 320,775 | 7,807,737 |
| *Materiales y Sumnistros* | | | | | | |
| Materiales y Suministros y Piezas | 0 | 0 | 0 | 0 | 24,000 | 24,000 |
| Subtotal | 0 | 0 | 0 | 0 | 24,000 | 24,000 |
| *Compra de Equipo* | | | | | | |
| Compra de Vehiculos de Motor | 0 | 0 | 0 | 0 | 0 | 0 |
| Adquisicion de Equipo de Oficina y relacion. | 0 | 0 | 0 | 0 | 0 | 0 |
| Compra de Equipo | 0 | 0 | 0 | 0 | 0 | 0 |
| Subtotal | 0 | 0 | 0 | 0 | 0 | 0 |
| *Anuncios y Pautas en Medios* | | | | | | |
| Anuncios | 0 | 50,000 | 0 | 0 | 0 | 50,000 |
| Publicidad | 0 | 0 | 0 | 0 | 0 | 0 |
| Subtotal | 0 | 50,000 | 0 | 0 | 0 | 50,000 |
| TOTAL | 3,417,611 | 52,388,853 | 75,255,628 | 87,760,304 | 48,591,857 | 267,414,253 |

Programas
Dirección y Administración General (DAG)
Administración y Finanzas (A&F)
Operación y Mantenimiento de Autopistas (Autop)
Alternativa de Transporte Integrado (ATI)
Construcción de Sistemas de Carreteras (CSC)

ACT

HTA_STAY0000400





Autoridad de Carreteras y Transportación
Gastos Funcionamiento
Recomendado 2014-2015

| | | Presupuesto Gastos Operacionales | | | | Presupuesto Mej. Perrman. | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| *Nominas y Costos Relacionados* | DAG | A&F | Autop | ATI | Subtotal | CSC | TOTAL |
| Sueldos Puestos Regulares | 2,155,474 | 19,469,530 | 8,390,344 | 1,215,632 | 31,230,980 | 38,959,795 | 70,190,775 |
| Aportaciones a Sistema de Retiro | 264,585 | 9,167,861 | 1,558,354 | 172,758 | 11,163,558 | 5,820,773 | 16,984,331 |
| Aportaciones a: FSE | 0 | 1,238,134 | 195,316 | 17,602 | 1,451,052 | 1,177,000 | 2,628,052 |
| Aportaciones a Seguro Hosp. | 0 | 3,731,474 | 2,090,616 | 134,620 | 5,956,710 | 6,100,000 | 12,056,710 |
| Aportaciones a: Seguro Social Federal | 133,639 | 1,153,493 | 471,531 | 70,490 | 1,829,153 | 2,244,562 | 4,073,715 |
| Aportaciones Seguro Desempleo | 0 | 45,000 | 0 | 0 | 45,000 | 0 | 45,000 |
| Aportaciones a Beneficios Marginales | 3,192 | 53,758 | 25,205 | 1,760 | 83,915 | 62,349 | 146,264 |
| Contribucion al Medicare | 31,254 | 269,769 | 110,277 | 16,486 | 427,786 | 525,075 | 952,861 |
| Cuidado Diurno | 0 | 100,000 | 3,600 | 0 | 103,600 | 0 | 103,600 |
| Subtotal | 2,588,144 | 35,229,019 | 12,845,243 | 1,629,348 | 52,291,754 | 54,889,554 | 107,181,308 |
| *Facilidades y pagos Por Servicios Públicos* | | | | | | | |
| AEE-Pago Corriente | 0 | 1,020,111 | 4,140,000 | 11,668,665 | 16,828,776 | 0 | 16,828,776 |
| Autoridad de Teléfonos | 0 | 500,000 | 77,280 | 35,746 | 613,026 | 0 | 613,026 |
| AAA Pago Corriente | 0 | 123,310 | 272,000 | 0 | 395,310 | 360 | 395,670 |
| Arrendamiento a AEP | 154,000 | 1,135,894 | 50,000 | 0 | 1,339,894 | 556,820 | 1,896,714 |
| Servicios Publicos | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Subtotal | 154,000 | 2,779,315 | 4,539,280 | 11,704,411 | 19,177,006 | 557,180 | 19,734,186 |
| *Servicios Comprados* | | | | | | | |
| Arrendamiento otras Edif. y Constru. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Servicios Comprados no Clasificados | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Arrend. otras intrum. Publicas | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pago por servicio de Adiestramiento | 0 | 12,000 | 1,500 | 1,500 | 15,000 | 0 | 15,000 |
| Conservacion y rep. edif. y estruct. | 2,000 | 30,000 | 1,515,000 | 100,000 | 1,647,000 | 0 | 1,647,000 |
| Arrendamiento a Entidades Privadas | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Impresos y Encuadernaciones | 0 | 0 | 0 | 0 | 0 | 24,000 | 24,000 |
| Pago de Primas de Seguros | 0 | 650,000 | 2,950,000 | 6,000,000 | 9,600,000 | 0 | 9,600,000 |
| Pago por Servicios Comprados | 0 | 1,170,000 | 37,577,394 | 60,117,887 | 98,865,281 | 0 | 98,865,281 |
| Franqueo | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Compra Equipo Comp: Hardware y Software | 0 | 112,875 | 0 | 0 | 112,875 | 30,000 | 142,875 |
| Arrendamiento de Otros Equipos | 37,967 | 1,359,061 | 423,000 | 10,800 | 1,830,828 | 1,849,080 | 3,679,908 |
| Conservacion y Rep. Equipo de Ofic. | 1,800 | 307,639 | 118,000 | 7,000 | 434,439 | 59,200 | 493,639 |
| Subtotal | 41,767 | 3,641,575 | 42,584,894 | 66,237,187 | 112,505,423 | 1,962,280 | 114,467,703 |

HTA_STAY0000401



ESTADO LIBRE ASOCIADO DE
P U E R T O   R I C O
Departamento de Transportación
y Obras Públicas



Autoridad de Carreteras y Transportación
Gastos Funcionamiento
Recomendado 2014-2015
CONTINUACIÓN

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| *Donativos, Subsidios y Otras Distribuciones* | | | | | | | |
| Sentencias e Indemnizaciones | 0 | 0 | 0 | 0 | 0 | 15,000,000 | 15,000,000 |
| Subtotal | 0 | 0 | 0 | 0 | 0 | 15,000,000 | 15,000,000 |
| *Gastos de Transportacion y Subsistencia* | | | | | | | |
| Aportacion a Dietas | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Gastos de Viajes | 43,500 | 45,500 | 220,000 | 8,000 | 317,000 | 643,650 | 960,650 |
| Servicios de Transportacion | 0 | 750,150 | 1,000,090 | 0 | 1,750,240 | 300,000 | 2,050,240 |
| Subtotal | 43,500 | 795,650 | 1,220,090 | 8,000 | 2,067,240 | 943,650 | 3,010,890 |
| *Servicios Profesionales* | | | | | | | |
| Servicios Prof. y Consultivos | 513,000 | 2,319,980 | 503,211 | 945,000 | 4,281,191 | 94,200 | 4,375,391 |
| Servicios Legales | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Subtotal | 513,000 | 2,319,980 | 503,211 | 945,000 | 4,281,191 | 94,200 | 4,375,391 |
| *Otros Gastos* | | | | | | | |
| Aportaciones a Gastos Representacion | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Reclamaciones | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Dietas a Miembros de Juntas | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Otros Gastos | 140,200 | 2,824,502 | 425,000 | 453,259 | 3,842,961 | 320,775 | 4,163,736 |
| Subtotal | 140,200 | 2,824,502 | 425,000 | 453,259 | 3,842,961 | 320,775 | 4,163,736 |
| *Materiales y Sumnistros* | | | | | | | |
| Materiales y Suministros y Piezas | 0 | 195,500 | 4,700 | 1,000 | 201,200 | 3,500 | 204,700 |
| Subtotal | 0 | 195,500 | 4,700 | 1,000 | 201,200 | 3,500 | 204,700 |
| *Compra de Equipo* | | | | | | | |
| Compra de Vehiculos de Motor | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Adquisicion de Equipo de Oficina y relacion. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Compra de Equipo | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Subtotal | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| *Anuncios y Pautas en Medios* | | | | | | | |
| Anuncios | 0 | 50,000 | 0 | 0 | 50,000 | 0 | 50,000 |
| Publicidad | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Subtotal | 0 | 50,000 | 0 | 0 | 50,000 | 0 | 50,000 |
| TOTAL | 3,480,611 | 47,835,541 | 62,122,418 | 80,978,205 | 194,416,775 | 73,771,139 | 268,187,914 |

Programas
Dirección y Administración General (DAG)
Administración y Finanzas (A&F)
Operación y Mantenimiento de Autopistas (Autop)
Alternativa de Transporte Integrado (ATI)
Construcción de Sistemas de Carreteras (CSC)

Nota:
A partir del 2014-2015 el Programa de Construcción de Sistemas
de Información, que es el componente administrativo para el desarrollo
de infraestructura, pasa a ser parte del presupuesto de Mejoras
Permanentes.

ACT
43

[Emblem] **COMMONWEALTH**
**OF PUERTO RICO**
**Department of Transportation**
**and Public Works**

**EXPLANATORY REPORT**

**PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY**
**BUDGETARY RECOMMENDATIONS**
**FISCAL YEAR 2014-2015**

**[Logo]**
**PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY**

**Javier Ramos Hernández, Engr.**
**Executive Director**

**ACT**
**28**

**OPERATIONAL AND FISCAL SITUATION OF THE AGENCY**

   **A.** Fiscal Year 2013-2014
      **1.** Present a summary of the operational and programmatic situation of your agency throughout the fiscal year 2013-2014.

| Projection as of June 30, 2014 | Operational Programs | Improvement Programs | Debt Servicing |
|---|---|---|---|
| TOTAL INCOME | $173,230,000 | $176,906,657 | $540,910,000 |
| TOTAL EXPENSES | $267,667,509 | $234,755,719 | $587,442,702 |
| | | | |
| EXCESS (DEFICIT) | $(94,437,509) | $(57,849,062) | $(46,532,702) |

      **2. Explain the budgetary fiscal situation at the end of the fiscal year. Specify the adjustments made according to the country's current fiscal situation, and the economies generated (or that will be generated) by them.**

The fiscal year is expected to finish with a $253,257 expense above the amount budgeted. This is the result of some payroll economies of $2,176,259 and other economies of $1,364,707 that were absorbed by an unexpected expense of $3,794,223 resulting from Act No. 32 of June 25, 2013 (Retirement Act) coming into force.

      **3. Explain in detail the payables and receivables as of June 30, 2014 and how they compare to the ones of the previous fiscal year 2012-2013.**

| Account payables as of June 30, 2014-2013 | | |
|---|---|---|
| Suppliers | $71,404,725 | $32,912,522 |
| Agencies | $50,665,610 | $21,026,770 |
| Contractors | $21,058,829 | $25,053,742 |
| Others | $9,976,710 | $22,786,544 |
| Total | $153,105,874 | $101,779,578 |

| Account receivables as of June 30, 2014-2013 | | |
|---|---|---|
| Agencies | $37,931,633 | $35,954,040 |
| Lease | $4,584,893 | $4,637,558 |
| Contractors | $4,662,044 | $4,101,894 |
| Others | $4,704,695 | $4,518,659 |
| Total | $51,883,265 | $49,212,151 |

ACT
29

4. **Present all special programs, initiatives and programmatic commitments designated and addressed by the agency. Provide statistics and official information related to payroll costs, operational expenses, federal funds, special funds, equity, and budget appropriations for implementing such programs, initiatives and commitments.**

Does not apply.

5. **Explain in detail all projects totally or partially made with the funds awarded under the American Recovery and Reinvestment Act (ARRA Funds) and their status, as applicable.**

All projects were completed before June 30, 2013.

6. **Explain all adjustments made according to the approval of Act Proposal No. 1686 submitted by the House of Representatives of Puerto Rico (Act 33-2014) and the Joint Resolution No. 486 submitted by the House of Representatives of Puerto Rico (Joint Resolution 11-2014).**

Does not apply.

## BUDGET ANALYSIS – Fiscal Year 2014-2015

A. **Functional Budget of the General Fund**

1. **Joint Resolution of the General Budget**



ACT
30





ESTADO LIBRE ASOCIADO DE PUERTO RICO

## BUDGET 2014-2015

## EXPENSES

**Programmatic Distribution of PRHTA's Budget Operational Expenses**

**2014-2015**

TOTAL $253,187,914.00

7

ESTADO LIBRE ASOCIADO DE PUERTO RICO

## BUDGET 2014-2015

## EXPENSES

PERMANENT IMPROVEMENTS

DEBT SERVICING

5

**ACT 31**

2. **Special Appropriations for Operating Expenses**

   a. **Should the agency be recommended of any special appropriation for the operating expenses of a program, provide information of measure's scope and purpose and breakdown of the suggested amount.**

      Does not apply.

   b. **Should there be a commitment resulting from a special act, collective agreement or other source, provide budgetary impact analysis for Budget 2014-2015 and copy of the document proving such budgetary appropriation.**

      Does not apply.

3. **Claims with Sentences**

   a. **Provide specific information of claims with sentences that require payment from the General Fund, including amounts appointed for disbursement in the Fiscal Year 2014-2015 and how they compare to the ones of the previous fiscal periods.**

      Does not apply.

4. **Unavoidable Expenses**

| Unavoidable Expenses | | | | | |
|---|---|---|---|---|---|
| | **Administration** | **Urban Train** | **Highways** | **Construction** | **Debt Servicing** |
| **Payroll** | $35,229,019 | $1,629,348 | $12,845,243 | $54,889,554 | $ - |
| **Utilities** | 2,779,315 | 11,704,411 | 4,539,280 | | |
| **Insurance** | | 6,000,000 | 2,950,000 | | |
| **Urban Train Operator** | | 60,117,887 | | | |
| **Autoexpreso Operator** | | | 37,577,394 | | |
| **Interests** | | | | | 397,329,013 |
| **Principal** | | | | | 407,283,461 |
| **Total** | **$38,008,334** | **$79,451,646** | **$57,911,917** | **$54,889,554** | **$804,612,474** |

B. **Federal Funds**

   If your agency totally or partially funds a program with federal funds, please specify:

   1. **Name of the program, federal code and act that creates or authorizes such funding**

      The Authority uses federal funds for its permanent improvement program. These funds come from the Federal Highway Administration (FHWA) programs in Title 23. In addition, it receives funds for the maintenance of the Federal Transit Administration's Urban Train (FTA).

ACT
32

2. **Federal appropriation and breakdown by object of expense**

   Construction of Highway System- $130,000,000 (FHWA)

   Integrated Transport Alternative- $15,000,000 (FTA)

3. **Requirement of local match, if any.**

   The local match requirement for the use of operating federal funds and capital improvements is twenty (20) percent. Federal funds result from the reimbursement of expenses incurred.

4. **Programmatic explanation for the use of funds.**

   **Federal Highway Administration (FHWA)** – Funds are divided into two main programs: "Safe Accountable, Flexible, Efficient Transportation Equity Act (SAFETEA-LU)" and "Moving Ahead Progress in the 21st Century Act (MPA 21)," and are used to develop road safety and connectivity projects within the highway system of the country.

   **Federal Transit Administration (FTA)** (Section 5307) – Funds received are used to reimburse the maintenance expenses for the Urban Train.

5. **Change, if any, in the federal legislation that makes an impact on the funds received by your agency. Should there be an impact on your agency, present measures that the agency will take to address such changes.**

   The current transportation act, MAP-21, changed the way Puerto Rico received funds. Previously and unlike the States, Puerto Rico received funds on an account or "pot" from which he assigned funds to different projects (following the appropriate federal processes of planning.)

   MAP-21 allocates funds by program, similar to the States. For example, 50% of the funds have to be used for highways with a NHS (NHPP) classification, 25% for projects that comply with the Safety Program (HSIP) requirements and 25% for projects that abide by the stipulated in 23CFR, Ch1.

   To summarize, this act did not change the amount of funds, but the way of appropriating them. Since the previous federal fiscal year, in which this act came into force, the Agency has continued to develop projects that support every program by using the appropriated funds in their entirety.

ACT
33

6. **Specify reduction or growth of federal funds received.**

The amount of budgeted funds for the next fiscal year decreases by $4,391,166.

7. **List programs, departments or program sections that are placed under the category of high-risk.**

The "high-risk" label was given by the Puerto Rico Highway and Transportation Authority (PRHTA) on 2005 and removed on 2008 after the actions, commitments and changes implemented by the Agency to correct the deficiencies reported by the FHWA. In spite of this, the PRHTA has full federal oversight at this time. All Agency programs function under federal oversight.

As part of these commitments, the implementation of the Office of Bridges and the Office of Materials needs to be fully complied. On December and January, applications were invited for specialized technical personnel to fill job vacancies within these offices. The FHWA receives a monthly report of this process in order to monitor the progress of these offices' implementation.

8. **Excess of the federal funds projected for the current Fiscal Year 2013-2014.**

There is no excess projected as of June 30, 2014.

C. **Special State Funds**

If your agency totally or partially funds a Program with Special State Funds, please specify:

1. **Name of the fund and act that authorizes such funding**

Does not apply.

2. **Incomes and expenses for the Fiscal Years 2012-2013 and 2013-2014 and the projection of resources for the Fiscal Year 2014-2015 (including the collection of the coming year and any balance of previous years), as applicable.**

Does not apply.

3. **Specify if there has been a withdrawal of funds from such Special Fund in the last (3) fiscal years and the effect this had in the operation of the Agency. Explain in detail the amount withdrew annually and report the current balance of the Special Fund.**

Does not apply.

**ACT
34**

---

D.  Own Income and Other Resources

Break down the income generated by the Agency by object of expense and mention the concept of each one. Justify these funds.

|  | Debt Servicing | Operational Expenses | Improvement Program |
|---|---|---|---|
| Taxes on gasoline and derivatives | $443,410 | | |
| Toll fees | | $131,110 | |
| Vehicle licenses | $95,500 | | |
| Cigarettes | $20,000 | | |
| Others | $15,330 | | |
| Federal Funds | | | $145,000 |
| Train Fares | | $8,900 | |
| Fines | | $20,000 | |
| Bonds Issuance | | | $20,000 |
| Others | | $10,250 | |
| Total | $574,240 | $170,260 | $165,000 |

## GENERAL ISSUES

1.  Payroll – Breakdown of payroll's total cost for the Fiscal Years 2013-2014 and 2014-2015 classified by source of funds.

| Payroll and Related Costs | Other Incomes | Loans Bonds Issuance |
|---|---|---|
| 2014-2015 | $22,845,000 | $84,336,308 |
| 2013-2014 | $41,558,000 | $57,971,507 |

2.  List of Positions Filled – Breakdown of the amount of positions filled as of March, 2013 and March, 2014, by category and source of funds, specifying the concept of each one and providing justifications.

| Positions Filled | March 30, 2014 | March 30, 2013 |
|---|---|---|
| Position of Trust | 37 | 9 |
| Managerial Position | 841 | 900 |
| Union position | 740 | 779 |

ACT 35

3.  **Contracts – List of official contracts for the Fiscal Year 2013-2014. These contracts should
    include: rent, professional services, lobbyists and non-professional services.**

| Official Contracts for 2013-2014 | |
|---|---|
| **Rent** | $2,600,000 |
| **Services** | $4,000,000 |
| **Professional Services** | $3,005,000 |

4.  **Explain in detail the amount of employees that resigned by virtue of Act 3-2013. Mention
    how many of these positions have been filled and how many still remain open.**

- 40 resignations by virtue of Act 3-2013
- None of the 40 positions opened due to resignations have been filled.

**ACT
36**

**[Emblem] COMMONWEALTH**
**OF PUERTO RICO**
**Department of Transportation**
**and Public Works**

<u>**ANNEX I**</u>
PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY
**SUMMARY OF EXPENSES AND PROJECTED EXPENSES**
**GENERAL FUND**

**ACT**
**37**

Puerto Rico Highways and Transportation Authority
Operating Expenses (Budget for Operational Expenses)
Expenses for Fiscal Year 2012-2013

| ITEMS | PROGRAMS | | | | | |
|---|---|---|---|---|---|---|
| *Payroll and Related Costs* | DAG | A&F | Autop | ATI | CSC | TOTAL |
| Salaries for Regular Positions | 2,173,766 | 20,556,828 | 9,066,779 | 1,247,167 | 41,375,492 | 74,420,032 |
| Contributions to Retirement System | 159,238 | 2,544,071 | 1,301,514 | 141,448 | 4,873,659 | 9,019,930 |
| Contributions to State Insurance Fund (FSE) | 0 | 914,283 | 144,699 | 12,862 | 0 | 1,071,844 |
| Contributions to Hospital Insurance | 0 | 9,759,575 | 1,756,095 | 127,717 | 0 | 11,643,387 |
| Contributions to Federal Social Insurance | 125,172 | 1,186,508 | 505,678 | 73,418 | 2,422,592 | 4,313,368 |
| Contributions to Unemployment Insurance | 0 | 0 | 0 | 0 | 0 | 0 |
| Contributions to Marginal Benefits | 1,509 | 53,681 | 15,484 | 1,665 | 62,186 | 134,525 |
| Contribution to Medicare | 31,519 | 277,476 | 118,266 | 17,292 | 566,641 | 1,011,194 |
| Day care | 0 | 79,160 | 0 | 0 | 0 | 79,160 |
| Subtotal | 2,491,204 | 35,371,582 | 12,908,515 | 1,621,569 | 49,300,570 | 101,693,440 |
| *Facilities and Utility Payments* | | | | | | |
| PREPA – Electric Power Payment | 0 | 971,111 | 3,916,782 | 11,229,853 | 0 | 16,117,746 |
| Telephone Authority | 0 | 467,783 | 66,026 | 0 | 0 | 533,809 |
| PRASA – Water and Sewer Payment | 0 | 61,636 | 132,060 | 0 | 0 | 193,696 |
| PBA Leasing | 61,608 | 346,205 | 24,970 | 0 | 278,534 | 711,317 |
| Utilities | 0 | 0 | 0 | 0 | 0 | 0 |
| Subtotal | 61,608 | 1,846,735 | 4,139,838 | 11,229,853 | 278,534 | 17,556,568 |
| *Purchased Services* | | | | | | |
| Leasing of Other Building and Constructions | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-classified Purchased Services | 0 | 0 | 0 | 0 | 0 | 0 |
| Leasing of Other Public Instruments | 0 | 0 | 0 | 0 | 0 | 0 |
| Payment for Training Services | 0 | 13,480 | 0 | 0 | 0 | 13,480 |
| Conservation and Repair of Buildings and Structures | 270 | 32,317 | 673,241 | 9,211 | 6,765 | 721,804 |
| Private Entities Leasing | 0 | 0 | 0 | 0 | 0 | 0 |
| Printing and Binding | 0 | 66,283 | 660 | 0 | 380 | 67,323 |
| Payment of Insurance Premiums | 0 | 640,113 | 2,875,138 | 5,922,438 | 0 | 9,437,689 |
| Payment for Purchased Services | 0 | 1,607,742 | 44,475,467 | 66,642,893 | 0 | 112,726,102 |
| Postage | 0 | 0 | 0 | 0 | 0 | 0 |
| Purchase of Computer Equipment (Hardware and Software) | 376 | 52,238 | 140 | 0 | 0 | 52,754 |
| Rent of Other Equipment | 28,822 | 2,000,101 | 2,127,111 | 6,059 | 144,516 | 4,306,609 |
| Conservation and Repair of Office Equipment | 0 | 51,446 | 37,587 | 675 | 7,353 | 97,061 |
| Subtotal | 29,468 | 4,463,720 | 50,189,344 | 72,581,276 | 159,014 | 127,422,822 |

**ACT
38**

Puerto Rico Highways and Transportation Authority
Operating Expenses (Budget for Operational Expenses)
Expenses for Fiscal Year 2012-2013
**(CONTINUED)**

| Living and Transportation Expenses | | | | | | |
|---|---|---|---|---|---|---|
| Diet Expenses | 0 | 0 | 0 | 0 | 0 | 0 |
| Travel Expenses | 15,046 | 67,930 | 216,395 | 1,136 | 48,779 | 349,286 |
| Transportation Services | 0 | 593,382 | 390,451 | 0 | 0 | 983,833 |
| Subtotal | 15,046 | 661,312 | 606,846 | 1,136 | 48,779 | 1,333,119 |
| *Professional Services* | | | | | | |
| Professional and Advisory Services | 361,791 | 1,353,846 | 628,320 | 828,243 | 53,290 | 3,225,490 |
| Legal Services | 0 | 0 | 0 | 0 | 0 | 0 |
| Subtotal | 361,791 | 1,353,846 | 628,320 | 828,243 | 53,290 | 3,225,490 |
| *Other Expenses* | | | | | | |
| Contributions for Hospitality Expenses | 0 | 0 | 0 | 0 | 0 | 0 |
| Claims | 0 | 0 | 0 | 0 | 0 | 0 |
| Diet Expenses for Board Members | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Expenses | 12,782 | 2,395,352 | 40,105 | 1,503 | 158,357 | 2,608,099 |
| Subtotal | 12,782 | 2,395,352 | 40,105 | 1,503 | 158,357 | 2,608,099 |
| *Materials and Supplies* | | | | | | |
| Materials, Supplies and Spare Parts | 0 | 0 | 0 | 0 | 2,254 | 2,254 |
| Subtotal | 0 | 0 | 0 | 0 | 2,254 | 2,254 |
| *Purchase of Motor Vehicles* | | | | | | |
| Purchase of Office Equipment and Related Items | 777 | 10,377 | 590 | 0 | 0 | 11,744 |
| Purchase of Equipment | 315 | 0 | 18,481 | 0 | 3,571 | 22,367 |
| Subtotal | 1,092 | 10,377 | 19,071 | 0 | 3,571 | 34,111 |
| *Media Ads and Campaigns* | | | | | | |
| Ads | 0 | 24,788 | 0 | 0 | 3,414 | 28,202 |
| Publicity | 0 | 0 | 0 | 0 | 0 | 0 |
| Subtotal | 0 | 24,788 | 0 | 0 | 3,414 | 28,202 |
| TOTAL | 2,972,991 | 46,127,712 | 68,532,039 | 85,263,580 | 50,007,783 | 253,904,105 |

Programs
Direction and General Administration (DAG)
Administration and Finance (A&F)
Highway Operation and Maintenance (Autop)
Integrated Transport Alternative (ATI)
Construction of Highway Systems (CSC)

**ACT
39**

---

Puerto Rico Highways and Transportation Authority
Operating Expenses (Budget for Operational Expenses)
Projected Expenses for Fiscal Year 2013-2014

| ITEMS | PROGRAMS | | | | | |
|---|---|---|---|---|---|---|
| *Payroll and Related Costs* | DAG | A&F | Autop | ATI | CSC | Total |
| Salaries for Regular Positions | 2,155,473 | 19,469,531 | 8,390,343 | 1,215,633 | 38,634,792 | 60,865,772 |
| Contributions to Retirement System | 264,585 | 3,043,062 | 1,558,354 | 172,759 | 5,820,772 | 10,859,532 |
| Contributions to State Insurance Fund (FSE) | 0 | 1,238,134 | 195,316 | 17,602 | 0 | 1,451,052 |
| Contributions to Hospital Insurance | 0 | 9,831,474 | 2,090,616 | 134,620 | 0 | 12,056,710 |
| Contributions to Federal Social Insurance | 133,640 | 1,153,494 | 471,531 | 70,489 | 2,224,413 | 4,053,567 |
| Contributions to Unemployment Insurance | 0 | 45,000 | 0 | 0 | 0 | 45,000 |
| Contributions to Marginal Benefits | 3,192 | 53,758 | 25,205 | 1,760 | 62,349 | 146,264 |
| Contribution to Medicare | 31,254 | 269,766 | 110,278 | 16,486 | 520,226 | 948,010 |
| Day care | 0 | 100,000 | 3,600 | 0 | 0 | 103,600 |
| Subtotal | 2,588,144 | 35,204,219 | 12,845,243 | 1,629,349 | 47,262,552 | 99,529,507 |
| *Facilities and Payments for Utilities* | | | | | | |
| PREPA – Electric Power Payment | 0 | 1,020,111 | 4,140,000 | 11,668,665 | 0 | 16,828,776 |
| Telephone Authority | 0 | 500,000 | 77,280 | 35,746 | 0 | 613,026 |
| PRASA – Water and Sewer Payment | 0 | 123,310 | 272,000 | 0 | 360 | 395,670 |
| PBA Leasing | 154,000 | 1,135,894 | 50,000 | 0 | 556,820 | 1,896,714 |
| Utilities | 0 | 0 | 0 | 0 | 0 | 0 |
| Subtotal | 154,000 | 2,779,315 | 4,539,280 | 11,704,411 | 557,180 | 19,734,186 |
| *Purchased Services* | | | | | | |
| Leasing of Other Building and Constructions | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-classified Purchased Services | 0 | 0 | 0 | 0 | 0 | 0 |
| Leasing of Other Public Instruments | 0 | 0 | 0 | 0 | 0 | 0 |
| Payment for Training Services | 0 | 12,000 | 1,500 | 1,500 | 0 | 15,000 |
| Conservation and Repair of Buildings and Structures | 2,000 | 30,000 | 1,515,000 | 100,000 | 0 | 1,647,000 |
| Private Entities Leasing | 0 | 0 | 0 | 0 | 0 | 0 |
| Printing and Binding | 0 | 195,500 | 4,700 | 1,000 | 3,500 | 204,700 |
| Payment of Insurance Premiums | 0 | 650,000 | 2,950,000 | 6,000,000 | 0 | 9,600,000 |
| Payment for Purchased Services | 0 | 1,300,000 | 50,213,815 | 66,770,985 | 0 | 118,284,800 |
| Postage | | | | | | 0 |
| Purchase of Computer Equipment (Hardware and Software) | 37,967 | 112,875 | 0 | 0 | 30,000 | 180,842 |
| Rent of Other Equipment | 1,800 | 2,936,341 | 423,000 | 10,800 | 196,800 | 3,568,741 |
| Conservation and Repair of Office Equipment | 0 | 307,639 | 118,000 | 7,000 | 59,200 | 491,839 |
| Subtotal | 41,767 | 5,544,355 | 55,226,015 | 72,891,285 | 289,500 | 133,992,922 |

**ACT
40**

Puerto Rico Highways and Transportation Authority
Operating Expenses (Budget for Operational Expenses)
Projected Expenses for Fiscal Year 2013-2014
**(CONTINUED)**

| | | | | | | |
|---|---|---|---|---|---|---|
| *Living and Transportation Expenses* | | | | | | |
| Diet Expenses | 0 | 0 | 0 | 0 | 0 | 0 |
| Travel Expenses | 43,500 | 45,500 | 220,000 | 8,000 | 43,650 | 360,650 |
| Transportation Services | 0 | 750,150 | 1,000,090 | 0 | 0 | 1,750,240 |
| Subtotal | 43,500 | 795,650 | 1,220,090 | 8,000 | 43,650 | 2,110,890 |
| *Professional Services* | | | | | | |
| Professional and Advisory Services | 450,000 | 2,570,811 | 0 | 1,050,000 | 94,200 | 4,165,011 |
| Legal Services | 0 | 0 | 0 | 0 | 0 | 0 |
| Subtotal | 450,000 | 2,570,811 | 0 | 1,050,000 | 94,200 | 4,165,011 |
| *Other Expenses* | | | | | | |
| Entertainment Expenses | 0 | 0 | 0 | 0 | 0 | 0 |
| Claims | 0 | 0 | 0 | 0 | 0 | 0 |
| Diet Expenses for Board Members | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Expenses | 140,200 | 5,444,503 | 1,425,000 | 477,259 | 320,775 | 7,807,737 |
| Subtotal | 140,200 | 5,444,503 | 1,425,000 | 477,259 | 320,775 | 7,807,737 |
| *Materials and Supplies* | | | | | | |
| Materials, Supplies and Spare Parts | 0 | 0 | 0 | 0 | 24,000 | 24,000 |
| Subtotal | 0 | 0 | 0 | 0 | 24,000 | 24,000 |
| *Purchase of Equipment* | | | | | | |
| Purchase of Motor Vehicles | 0 | 0 | 0 | 0 | 0 | 0 |
| Purchase of Office Equipment and Related Items | 0 | 0 | 0 | 0 | 0 | 0 |
| Purchase of Equipment | 0 | 0 | 0 | 0 | 0 | 0 |
| Subtotal | 0 | 0 | 0 | 0 | 0 | 0 |
| *Media Ads and Campaigns* | | | | | | |
| Ads | 0 | 50,000 | 0 | 0 | 0 | 50,000 |
| Publicity | 0 | 0 | 0 | 0 | 0 | 0 |
| Subtotal | 0 | 50,000 | 0 | 0 | 0 | 50,000 |
| TOTAL | 3,417,611 | 52,388,853 | 75,255,628 | 87,760,304 | 48,591,857 | 267,414,253 |

Programs
Direction and General Administration (DAG)
Administration and Finance (A&F)
Highway Operation and Maintenance (Autop)
Integrated Transport Alternative (ATI)
Construction of Highway Systems (CSC)

**ACT
41**

Puerto Rico Highways and Transportation Authority
Operating Expenses
Recommended for 2014-2015

| | Budget for Operational Expenses | | | | | Budget for Permanent Improvement | |
|---|---|---|---|---|---|---|---|
| *Payroll and Related Costs* | DAG | A&F | Autop | ATI | Subtotal | CSC | TOTAL |
| Salaries for Regular Positions | 2,155,474 | 19,469,530 | 8,390,344 | 1,215,632 | 31,230,980 | 38,959,795 | 70,190,775 |
| Contributions to Retirement System | 264,585 | 9,167,861 | 1,558,354 | 172,758 | 11,163,558 | 5,820,773 | 16,984,331 |
| Contributions to State Insurance Fund (FSE) | 0 | 1,238,134 | 195,316 | 17,602 | 1,451,052 | 1,177,000 | 2,628,052 |
| Contributions to Hospital Insurance | 0 | 3,731,474 | 2,090,616 | 134,620 | 5,956,710 | 6,100,000 | 12,056,710 |
| Contributions to Federal Social Insurance | 133,639 | 1,153,493 | 471,531 | 70,490 | 1,829,153 | 2,244,562 | 4,073,715 |
| Contributions to Unemployment Insurance | 0 | 45,000 | 0 | 0 | 45,000 | 0 | 45,000 |
| Contributions to Marginal Benefits | 3,192 | 53,758 | 25,205 | 1,760 | 83,915 | 62,349 | 146,264 |
| Contribution to Medicare | 31,254 | 269,769 | 110,277 | 16,486 | 427,786 | 525,075 | 952,861 |
| Day care | 0 | 100,000 | 3,600 | 0 | 103,600 | 0 | 103,600 |
| Subtotal | 2,588,144 | 35,229,019 | 12,845,243 | 1,629,348 | 52,291,754 | 54,889,554 | 107,181,308 |
| *Facilities and Payments for Utilities* | | | | | | | |
| PREPA – Electric Power Payment | 0 | 1,020,111 | 4,140,000 | 11,668,665 | 16,828,776 | 0 | 16,828,776 |
| Telephone Authority | 0 | 500,000 | 77,280 | 35,746 | 613,026 | 0 | 613,026 |
| PRASA – Water and Sewer Payment | 0 | 123,310 | 272,000 | 0 | 395,310 | 360 | 395,670 |
| PBA Leasing | 154,000 | 1,135,894 | 50,000 | 0 | 1,339,894 | 556,820 | 1,896,714 |
| Utilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Subtotal | 154,000 | 2,779,315 | 4,539,280 | 11,704,411 | 19,177,006 | 557,180 | 19,734,186 |
| *Purchased Services* | | | | | | | |
| Leasing of Other Building and Constructions | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-classified Purchased Services | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Leasing of Other Public Instruments | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Payment for Training Services | 0 | 12,000 | 1,500 | 1,500 | 15,000 | 0 | 15,000 |
| Conservation and Repair of Buildings and Structures | 2,000 | 30,000 | 1,515,000 | 100,000 | 1,647,000 | 0 | 1,647,000 |
| Private Entities Leasing | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Printing and Binding | 0 | 0 | 0 | 0 | 0 | 24,000 | 24,000 |
| Payment of Insurance Premiums | 0 | 650,000 | 2,950,000 | 6,000,000 | 9,600,000 | 0 | 9,600,000 |
| Payment for Purchased Services | 0 | 1,170,000 | 37,577,394 | 60,117,887 | 98,865,281 | 0 | 98,865,281 |
| Postage | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Purchase of Computer Equipment (Hardware and Software) | 0 | 112,875 | 0 | 0 | 112,875 | 30,000 | 142,875 |
| Rent of Other Equipment | 37,967 | 1,359,061 | 423,000 | 10,800 | 1,830,828 | 1,849,080 | 3,679,908 |
| Conservation and Repair of Office Equipment | 1,800 | 307,639 | 118,000 | 7,000 | 434,439 | 59,200 | 493,639 |
| Subtotal | 41,767 | 3,641,575 | 42,584,894 | 66,237,187 | 112,505,423 | 1,962,280 | 114,467,703 |

**ACT
42**

Puerto Rico Highways and Transportation Authority
Operating Expenses
Recommended for 2014-2015
**(CONTINUED)**

| *Donations, Subsidies and Other Distributions* | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sentences and Compensations | 0 | 0 | 0 | 0 | 0 | 15,000,000 | 15,000,000 |
| Subtotal | 0 | 0 | 0 | 0 | 0 | 15,000,000 | 15,000,000 |
| *Living and Transportation Expenses* | | | | | | | |
| Diet Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Travel Expenses | 43,500 | 45,500 | 220,000 | 8,000 | 317,000 | 643,650 | 960,650 |
| Transportation Services | 0 | 750,150 | 1,000,090 | 0 | 1,750,240 | 300,000 | 2,050,240 |
| Subtotal | 43,500 | 795,650 | 1,220,090 | 8,000 | 2,067,240 | 943,650 | 3,010,890 |
| *Professional Services* | | | | | | | |
| Professional and Advisory Services | 513,000 | 2,319,980 | 503,211 | 945,000 | 4,281,191 | 94,200 | 4,375,391 |
| Legal Services | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Subtotal | 513,000 | 2,319,980 | 503,211 | 945,000 | 4,281,191 | 94,200 | 4,375,391 |
| *Other Expenses* | | | | | | | |
| Entertainment Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Claims | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Diet Expenses for Board Members | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Expenses | 140,200 | 2,824,502 | 425,000 | 453,259 | 3,842,961 | 320,775 | 4,163,736 |
| Subtotal | 140,200 | 2,824,502 | 425,000 | 453,259 | 3,842,961 | 320,775 | 4,163,736 |
| *Materials and Supplies* | | | | | | | |
| Materials, Supplies and Spare Parts | 0 | 195,500 | 4,700 | 1,000 | 201,200 | 3,500 | 204,700 |
| Subtotal | 0 | 195,500 | 4,700 | 1,000 | 201,200 | 3,500 | 204,700 |
| *Purchase of Equipment* | | | | | | | |
| Purchase of Motor Vehicles | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Purchase of Office Equipment and Related Items | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Purchase of Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Subtotal | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| *Media Ads and Campaigns* | | | | | | | |
| Ads | 0 | 50,000 | 0 | 0 | 50,000 | 0 | 50,000 |
| Publicity | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Subtotal | 0 | 50,000 | 0 | 0 | 50,000 | 0 | 50,000 |
| TOTAL | 3,480,611 | 47,835,541 | 62,122,418 | 80,978,205 | 194,416,775 | 73,771,139 | 268,187,914 |

Programs
Direction and General Administration (DAG)
Administration and Finance (A&F)
Highway Operation and Maintenance (Autop)
Integrated Transport Alternative (ATI)
Construction of Highway Systems (CSC)

Note:
As of 2014-2015, the Program for the Development of Information Systems, which is the administrative component for infrastructure development, falls under the budget appropriated for Permanent Improvements.

**ACT
43**



# CERTIFICATE OF ACCURACY

I, **María R. Arias**, with U.S. Legal Support, Inc., declare that I have provided Translation Services executed on this 3rd of April 2020.

Furthermore, I declare that I am a certified translator for ***English and Spanish*** languages and that I am competent to translate between those two languages.

I hereby certify that I have translated the attached document into English to the best of my knowledge and ability and believe this translation to be a true, accurate, and complete rendition of the original Spanish files provided to me.

*"AC-15"*                                                                         *No. of Pages: 16*
*(1 pdf files)*

Sincerely,

*María R. Arias*                                                           04/03/2020
--------------------------------------                    ----------------------------------
Maria R. Arias                                                                    Date
ATA-Certified Translator
English ≈ Spanish



Verify at www.atanet.org/verify

U.S. Legal Support, Inc. – Translations Services Department – 855-538-3099
translations@uslegalsupport.com