## NATBONY REPLY DECLARATION
## EXHIBIT 25

# Memorial Explicativo



**AUTORIDAD DE CARRETERAS Y TRANSPORTACION**

## Recomendaciones Presupuestarias
## Año Fiscal 2015-2016

### Hon. Rafael Hernández Montañez

Presidente
Comisión de Hacienda y Presupuesto

HTA_STAY0000403



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Autoridad de Carreteras y Transportación

Memorial Explicativo
Recomendaciones Presupuestarias
Año Fiscal 2015-2016

## A. Análisis del Presupuesto Año Fiscal 2014-2015

1. Estimado de cómo la agencia proyecta terminar el año 2014-2015.

| Proyección al 30 de junio de 2015 (en miles) | | | |
|---|---|---|---|
| Concepto | Programas Operacionales | Programa de Mejoras | Total |
| Total de Ingresos | $236,997 | $167,822 | $404,819 |
| Total de Gastos | ($198,567) | ($244,890) | ($443,457) |
| Gran Total | $38,430 | ($77,068) | ($38,638) |

2. Detalle de las deudas con que se proyecta terminar el Año Fiscal 2014-2015, si alguna. El mismo debe incluir deudas de años anteriores y planes de pagos que tenga la agencia.

| Deudas por pagar a junio 30 de 2015 (en miles) | |
|---|---|
| Concepto | Cantidad |
| Suplidores | $33,397 |
| Agencias | $45,020 |
| Contratistas | $23,238 |

| Planes de Pago a junio 30 de 2015 (en miles) | |
|---|---|
| Concepto | Cantidad |
| Sentencias de planes de pago | $73,712 |
| Planes de pagos con Agencias | $9,000 |

HTA_STAY0000404



ESTADO LIBRE ASOCIADO DE
P U E R T O   R I C O
Autoridad de Carreteras y Transportación

Memorial Explicativo
Recomendaciones Presupuestarias
Año Fiscal 2015-2016

3. Desglose del costo total de la nómina al 30 de septiembre de 2014, al 31 de marzo de 2015 y proyectada al 30 de junio de 2015. El mismo deberá ser presentado por origen de recursos y categoría de puestos.

| Gastos de Nómina por Origen de Recursos Año Fiscal 2014-2015 (en miles) | | | |
|---|---|---|---|
| Origen de Recursos | Gasto Acumulado al 30 de septiembre de 2014 | Gasto Acumulado al 31 de marzo de 2015 | Gasto Proyectado al 30 de junio de 2015 |
| Fondos Propios | $19,019 | $61,392 | $88,657 |
| Gran Total | $19,019 | $61,392 | $88,657 |

4. Desglose de la cantidad de puestos ocupados a septiembre de 2014 y a marzo de 2015 y proyectados al 30 de junio de 2015, por categoría de puestos y origen de recursos.



No vislumbramos cambios significativos en los puestos al 30 de junio del 2015, en comparación con el 31 de marzo de 2015

HTA_STAY0000405



ESTADO LIBRE ASOCIADO DE
**PUERTO RICO**
Autoridad de Carreteras y Transportación

Memorial Explicativo
Recomendaciones Presupuestarias
Año Fiscal 2015-2016

5. Detalle de los servicios profesionales y consultivos recibidos durante el año fiscal. Incluir el costo total y por hora, así como la justificación del porqué es necesario el servicio.

| Servicios Profesionales y Consultivos al 31 de marzo de 2015 (en miles) | |
|---|---|
| Concepto | Cantidad |
| Servicios Técnicos | $6,313 |
| Servicios de Ingeniería | $2,788 |
| Servicios Profesionales | $2,373 |
| Otros Servicios | $4,478 |
| Gran Total | $15,952 |

Estos contratos son de naturaleza técnica en áreas de diseño, legal, financiera y otros servicios. Muchos de estos relacionados con el programa de mejoras permanentes que lleva a cabo la Autoridad.

6. Detalle de las economías logradas, en comparación al presupuesto 2013-2014.

En la operación del **Tren Urbano** se lograrán ahorros en la factura de la energía eléctrica de aproximadamente unos $4,000,000. Antes de este esfuerzo, la factura mensual promedio ascendía a $1,000,000 y se ha reducido a aproximadamente a $600,000 mensuales. Incluso la última factura recibida fue por $520,000 lo cual muestra la efectividad de nuestras medidas.

Establecimiento de los **"Toll Credits"** por parte del gobierno federal. Con esta aprobación se convierten los proyectos incluidos en el Programa de Construcción y Mejoras Permanentes Federales en unos con fondos federales a un 100%. La autoridad recibió créditos por una suma de $750 millones que podrá utilizar en proyectos federales, sin necesidad de desembolsar fondos estatales para el pareo.

Al día de hoy la ACT está manejando 40 iniciativas que reciben pareo con "Toll Credits" lo cual representa una inversión de $182,789,253 a la economía del país y han permitido un ahorro de $37,128,012 que de otra manera la Autoridad hubiese tenido que financiar con fondos propios.

HTA_STAY0000406



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Autoridad de Carreteras y Transportación

Memorial Explicativo
Recomendaciones Presupuestarias
Año Fiscal 2015-2016

Como parte del compromiso de la ACT en cumplir con los parámetros de la ley 66 se ha logrado una reducción en nómina de $8 Millones y ahorros en contratos de $14 Millones.

7. Ajustes y transferencias de asignaciones realizadas al 31 de marzo de 2015.

   La ACT no realizó ni ajustes ni transferencias al 31 de marzo del 2015.

8. Detalle al 31 de marzo de todas las asignaciones especiales de la agencia. El mismo debe incluir descripción de la asignación, Año Fiscal, cantidad original, cantidad gastada, cantidad obligada y balance disponible.

| Concepto | Resolución o Convenio | Asignación | Desembolso | Balance |
|---|---|---|---|---|
| **Puerto Municipio de Culebras** | Convenio 2013-000204 | $1,524,352.99 | $937,777.14 | $586,575.85 |
| **RC-123-2013 Municipio de Mayagüez** | RC-123-2013 | $200,000.00 | | $200,000.00 |
| **PR-22 Hatillo** | Convenio 2013-000129 | $2,500,000.00 | $1,644,140.00 | $855,860.00 |
| **Moca** | RC-91-2013 & Municipio | $300,000.00 | $204,931.35 | $95,068.65 |
| **Gran Total** | | **$4,524,352.99** | **$2,786,848.49** | **$1,737,504.50** |

9. Métricas utilizadas para medir la eficiencia y efectividad de los Programas y Servicios que ofrece la agencia. Debe incluir el porciento de logros alcanzados.

   Las métricas operativas para medir la eficiencia del Tren Urbano son las siguientes:
   - Viajes Programados Completados        99%
   - Puntualidad en los Viajes        99%
   - Incidentes Mayores – Safety        0
   - Personas Transportadas al Año        10 Millones
   - Pasajeros Transportados en 10 años        94,708,200

   En la operación del Autoexpreso hemos hecho un esfuerzo para reducir las violaciones y así limitar las multas. Esto reduce el costo del operador.

HTA_STAY0000407



ESTADO LIBRE ASOCIADO DE
**PUERTO RICO**
Autoridad de Carreteras y Transportación

Memorial Explicativo
Recomendaciones Presupuestarias
Año Fiscal 2015-2016

| Desglose de Multas por Año (año natural) | | | |
|---|---|---|---|
| Año | 2013 | 2014 | 2015 Estimado Anual |
| Multas | 3,348,241 | 2,450,321 | 2,064,687 |
| % de Reducción | - | 27% | 16% |

10. Programa de Mejoras Permanentes (Si aplica) Agencias que recibieron fondos por las Resoluciones Conjuntas Núm. 22-2013 y Núm. 96-2013.

   a. Explicar el estatus del proyecto, incluyendo el por ciento de terminación. Además, indicar si existen balances de asignaciones de años anteriores.

   La Autoridad no recibió fondos de estas resoluciones.

B. **Análisis del Presupuesto recomendado para el Año Fiscal 2015-2016**

   1. Resolución Conjunta del Presupuesto General (Compare con el año fiscal 2014-2015)

   Justificación del Presupuesto Total Recomendado para el año fiscal 2015-2016 por programas y conceptos de gastos.



Fondos Federales $145,000,000 33%

$434,154,00
Desglose de Ingresos

Ingresos Propios $289,154,000 67%

El presupuesto consolidado para el año fiscal 2015-2016 asciende a $434,154,000, los cuales incluyen $289,154,000 de ingresos propios y $145,000,000 de Fondos Federales

Página **6** de **14**

HTA_STAY0000408



ESTADO LIBRE ASOCIADO DE
P U E R T O   R I C O
Autoridad de Carreteras y Transportación

Memorial Explicativo
Recomendaciones Presupuestarias
Año Fiscal 2015-2016

lo cual representa un presupuesto balanceado. Este presupuesto contrasta con presupuestos anteriores que requerían un componente de financiamiento a través de líneas de crédito en el Banco Gubernamental de Fomento que totalizaron sobre $2,000 Millones. Además se recibieron fondos ARRA por $105 Millones y dos emisiones de bonos del Gobierno Central que totalizaron $594 Millones para proyectos.

Este presupuesto asume que la totalidad de la deuda de la Autoridad de Carreteras y Transportación con el Banco Gubernamental de Fomento para Puerto Rico va a ser transferida a la Autoridad para el Financiamiento para la Infraestructura el 1 de julio del 2015, según legislado en la ley 1 del 2015, la cual se hará cargo de esta deuda con los ingresos del aumento al arbitrio de los derivados del petróleo. Para que el presupuesto no conlleve financiamiento es imperativo que los recaudos anticipados se alcancen.



Esta distribución programática refleja una reducción de unos $25 millones en gastos operacionales y un aumento de $14 millones en el programa de mejoras permanentes. Entre las partidas de reducción se encuentra la reducción en nómina de $8 Millones y ahorros en contratos de $14 Millones. El aumento en el Programa de Mejoras Permanentes se debe a un aumento en los desembolsos programados para sentencias relacionadas con la adquisición de propiedades.

HTA_STAY0000409



ESTADO LIBRE ASOCIADO DE
P U E R T O   R I C O
Autoridad de Carreteras y Transportación

2. Asignaciones Especiales para Gastos de Funcionamiento (Compare con lo asignado en el año fiscal 2014-2015)

En caso de que la agencia tenga recomendada una asignación especial para gastos de funcionamiento, incluir el memorial explicativo sobre el alcance y propósito de la medida y el desglose de la suma recomendada.

La ACT no recibió asignaciones especiales durante el año fiscal.

3. Nómina y costos relacionados

Análisis de la nómina sufragada del Fondo General. Detalle por Programa.

La ACT no recibe aportaciones del Fondo General.

4. Puestos (Compare con los puestos del año fiscal 2014-2015).

Detalle de los puestos ocupados y vacantes por programa.



**Puestos Ocupados y Vacantes 2016**

HTA_STAY0000410

ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Autoridad de Carreteras y Transportación

Memorial Explicativo
Recomendaciones Presupuestarias
Año Fiscal 2015-2016



**Puestos Ocupados y Vacantes
2015**

Esta comparación arroja una disminución de 13 puestos menos ocupados entre el 2015 versus el 2016.

5. Balance de Fondos provenientes de Asignaciones Legislativas que hayan cumplido 3 años o más de vigencia.

No aplica. La ACT no recibe aportaciones provenientes de Asignaciones Legislativas.

6. Fondos Federales (Compare con lo asignado en el año fiscal 2014-2015)

Si su agencia recibe fondos federales favor de indicar:

a. Nombre del Programa.

b. Aportación Federal (cantidad) y desglose por objeto de gastos.

c. Requerimiento de pareo local, si alguno.

HTA_STAY0000411



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Autoridad de Carreteras y Transportación

Memorial Explicativo
Recomendaciones Presupuestarias
Año Fiscal 2015-2016

d. Explicación programática del uso de los fondos.

La Autoridad utiliza los fondos federales en su programa de mejoras permanentes. Estos fondos provienen de los programas de "Federal Highway Administration (FHWA)", bajo el Título 23. Además, recibe fondos para mantenimiento del Tren Urbano de "Federal Transit Administration (FTA)".



e. Copia del documento en el cual se establece los acuerdos, normas y directrices entre su agencia y el gobierno federal relativo a los pareos de fondos federales.

El Gobierno Federal y la Autoridad de Carreteras y Transportación tienen acuerdos de varias naturalezas y varían según la iniciativa o el uso asignado de los fondos. Según mencionamos en la contestación de la pregunta número seis parte A de este memorial, la mayoría de estos fondos recibirán pareos cubiertos con "Toll Credits" otorgados por el mismo Gobierno Federal.

7. Fondos Especiales Estatales (Compare con lo asignado en el año fiscal 2014-2015)

Si su agencia maneja fondos especiales estatales, favor de indicar:

a.Nombre del Fondo y Número de Ley que autoriza su creación.

La ACT no recibe aportación del Fondos Especiales Estatales

HTA_STAY0000412



ESTADO LIBRE ASOCIADO DE
P U E R T O   R I C O
Autoridad de Carreteras y Transportación

Memorial Explicativo
Recomendaciones Presupuestarias
Año Fiscal 2015-2016

8. Ingresos Propios u Otros Recursos

Si su agencia recibe ingresos propios, favor de explicar la fuente de los mismos y el desglose por objeto de gastos.

| Concepto | Servicio a la Deuda (en Miles) | Gastos Operacionales (en Miles) | Programa de Mejoras (en Miles) |
|---|---|---|---|
| Arbitrios de Gasolina y Derivados | $344,220 | | |
| Peajes | | $128,400 | |
| Licencias vehículo | $2,969 | | $89,631 |
| Cigarrillos | | $5,000 | $15,000 |
| Otros | | | $14,650 |
| Fondos Federales | | $15,000 | $130,000 |
| Tarifas tren | | $12,000 | |
| Multas | | $10,000 | |
| Emisión bonos | | | $10,000 |
| Otros | | $3,106 | $1,367 |
| Gran Total | $347,189 | $173,506 | $260,648 |

La Autoridad recibe ingresos de tres fuentes: (1) ingresos propios (2) otros ingresos y (3) fondos federales.

1) Los ingresos propios se nutren de los arbitrios de la gasolina y diesel, cobro de peaje, licencias, tablillas y cigarrillos.

2) Los otros ingresos se nutren mayormente de las tarifas de los sistemas de transportación bajo el Programa Alternativa de Transporte Integrado (ATI) y el cobro de multas y otros ingresos del sistema de Autoexpreso.

3) Los fondos federales provienen de aportaciones de la "Federal Highway Administration (FHWA)" y "Federal Transit Administration (FTA)". En forma de rembolso se utilizarán para continuar el desarrollo de un sistema vial seguro y moderno.

HTA_STAY0000413



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Autoridad de Carreteras y Transportación

Memorial Explicativo
Recomendaciones Presupuestarias
Año Fiscal 2015-2016

9. Detalle de asignación recomendada en el presupuesto del año fiscal 2015-2016 para el pago de deudas de años anteriores.

El presupuesto 2015-2016 tiene una partida de $16.7 Millones para el pago de deudas de años anteriores. Además incluye $53 Millones para el pago de sentencias judiciales en caso de expropiación y litigios. Estas cantidades estarán disponibles si la deuda de ACT con el Banco Gubernamental de Fomento es transferida a la Autoridad para el Financiamiento para la Infraestructura.

10. Otros Gastos y Asignaciones Englobadas (Compare con lo asignado en el año fiscal 2014-2015)

Desglose de estos conceptos de gastos y su propósito, para el año fiscal 2015-2016.

El presupuesto para el año fiscal 2015-2016 no contempla partida por concepto de Otros Gastos y Asignaciones Englobadas.

11. Facilidades (Si aplica)

Detalle de las facilidades que rentan a la Autoridad de Edificios Públicos. El mismo debe incluir localización y uso de la facilidad.

La ACT comparte, con el DTOP, el Centro Gubernamental Roberto Sánchez Vilella (Minillas) localizado en la Ave. De Diego en Santurce desde donde maneja la operación de sus oficinas centrales, administrativas y gerenciales.

Detalle de las instalaciones o espacios que le pertenecen a la agencia y se encuentran en desuso.

En este año fiscal la ACT se está dando a la tarea de actualizar su inventario de propiedades e identificar el uso actual de cada una de ellas.

HTA_STAY0000414



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Autoridad de Carreteras y Transportación

Memorial Explicativo
Recomendaciones Presupuestarias
Año Fiscal 2015-2016

12. Medidas de reducción de gastos que ha implementado la agencia conforme a la Ley 66-2014 "Ley Especial de Sostenibilidad Fiscal y Operacional del Gobierno del Estado Libre Asociado de Puerto Rico" ejemplo: consumo energético, acueductos y alcantarillado, renta, etc. Explique al detalle los resultados de este plan y de los presentados anteriormente, en sus informes a la Comisión en vistas públicas RC.124 y (o) en informes trimestrales de haber alguna diferencia.

Los resultados que la ACT ha obtenido como resultado de las medidas de reducción de gastos, que hemos implementado, a tono con la Ley Número 66-2014 son los siguientes:

- Reducción de 40% en los contratos de servicios profesionales y comprados en comparación con el año fiscal 2014.
- Reducción de un 62% en gastos de nómina de confianza en comparación con los gastos incurridos en el año fiscal 2012.
- Posposición de aumentos por concepto de beneficios económicos y compensaciones monetarias extraordinarias (Convenios Colectivos y cláusulas extensivas al personal gerencial).
- Reducción en el consumo de energía eléctrica en el Tren Urbano como resultado de haber renegociado las tarifas establecidas en los cinco puntos de medición de consumo del Tren.

El total de las economías alcanzadas por la implementación de estas medidas ascendió a $27,423,555.

| Implementación Ley #66-2014 Año Fiscal 2014-2015 | |
| --- | --- |
| Medidas | Ahorro |
| Reducción de Contratos de Servicios Profesionales | $14,400,000 |
| Reducción en Gastos de Nómina de Empleados de Confianza | $2,587,524 |
| Posposición de Aumentos en Beneficios Económicos y Compensaciones Monetarias Extraordinarias *(Convenios Colectivos y Cláusulas Extensivas al Personal Gerencial)* | $6,436,031 |
| Reducción en consumo energético | $4,000,000 |
| Gran Total | $27,423,555 |

HTA_STAY0000415



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Autoridad de Carreteras y Transportación

Memorial Explicativo
Recomendaciones Presupuestarias
Año Fiscal 2015-2016

13. ¿Cuánto ha sido la economía por reducción en las tarifas de servicios profesionales, según establece la Ley 66-2014?

Ver tabla bajo la pregunta número 12.

14. ¿Cuánto ha sido la economía por reducción en nómina de empleados de confianza, según establece la Ley 66-2014?

Ver tabla bajo la pregunta número 12.

15. ¿Cuántos convenios colectivos se encuentran en proceso de negociaciones? Explique brevemente.

La Autoridad no está negociando ningún convenio colectivo al presente.

16. Deberá incluir el último informe radicado sobre el cumplimiento de la Ley 66-2014. (De no haber radicado alguno de los informes trimestrales, deberá someter una explicación sobre el particular según lo estipula la ley en su Artículo 4)

A este documento anejamos el último informe radicado sobre el cumplimiento de la Ley 66-2014.

HTA_STAY0000416

# Explanatory Report

# [logo]
# Puerto Rico Highways and Transportation Authority

# Recommended Budget
# Fiscal Year 2015-2016

**Hon. Rafael Hernández Montañez**
**Chairman**
**Treasury and Budget Committee**

**HTA_STAY0000403**

[seal]                                                                    Explanatory Report
COMMONWEALTH OF PUERTO RICO                                               Recommended Budget
Highways and Transportation Authority                                    Fiscal year 2015-2016

## A. Budget Analysis for Fiscal Year 2014-2015

1. An estimate of how the Agency plans to finish the year 2014-2015.

| Projection as of June 30, 2015 (in thousands) | | | |
|---|---|---|---|
| Item | Operating Programs | Improvement Program | Total |
| **Total of income** | $ 236, 997 | $ 167, 822 | **$ 404, 819** |
| **Total of expenses** | ($ 198, 567) | ($ 244, 890) | **($ 443, 457)** |
| **Grand Total** | **$ 38, 430** | **($ 77, 068)** | **($ 38, 638)** |

2. Detail of debts projected as of the end of Fiscal year 2014 – 2015, if any.

    This must include debts from previous years and payment plans that the agency has.

| Debts Payable as of June 30, 2015 (in thousands) | |
|---|---|
| Item | Amount |
| **Suppliers** | $ 33, 397 |
| **Agencies** | $ 45, 020 |
| **Contractors** | $ 23, 238 |

| Payment Plans as of June 30, 2015 (in thousands) | |
|---|---|
| Item | Amount |
| **Payment plans** | $ 73, 712 |
| **Payment plans with Agencies** | $ 9, 000 |

**HTA_STAY0000404**

[seal]
COMMONWEALTH OF PUERTO RICO
Highways and Transportation Authority

Explanatory Report
Recommended Budget
Fiscal year 2015-2016

3. Breakdown of the total payroll costs as of September 30, 2014, as of March 31, 2015, and projected as of June 30, 2015. This must be presented by source of funds and job category.

| Payroll Expenses by Source of Funds<br>Fiscal Year 2014 – 2015<br>(in thousands) | | |
|---|---|---|
| Source of Funds | Cumulative expenses as of September 30, 2014 | Cumulative expenses as of March 31, 2015 | Projected expenses as of June 30, 2015 |
| Own Funds | $ 19, 019 | $ 61, 392 | $ 88, 657 |
| Grand Total | $ 19, 019 | $ 61, 392 | $ 88, 657 |

4. Breakdown of the amount of occupied positions as of September 2014 and as of March 2015 and projected as of June 30, 2015, by job category and source of funds.



We do not see significant change forthcoming in the positions as of June 30, 2015, in contrast with March 31, 2015.

HTA_STAY0000405

[seal]                                                                    Explanatory Report
COMMONWEALTH OF PUERTO RICO                                   Recommended Budget
Highways and Transportation Authority                           Fiscal year 2015-2016

5. Detail of professional and consultancy services received during the fiscal year. Include the total and hourly cost, as well as the explanation of why the service is necessary.

| Professional and Consultancy Services as of March 31, 2015 (in thousands) | |
|---|---|
| **Item** | **Amount** |
| Technical services | $ 6, 313 |
| Engineering services | $ 2, 788 |
| Professional services | $ 2, 373 |
| Other services | $ 4, 478 |
| **Grand Total** | **$ 15, 952** |

These agreements are of a technical nature in the areas of design, law, finances and other services. Many of these agreements are associated with the permanent improvements program, which is carried out by the Authority.

6. Detail of the achieved economies, in comparison with the budget of 2013 – 2014.

In the operation of **Urban Train,** savings of approximately $4,000,000 will be achieved in the electric energy bill. Before this effort, the average monthly bill would amount to $1,000,000 and it has been reduced to approximately $6,000,000 per month. Even the last received bill was of $520,000, effectiveness of our measures.

Establishment of the **"Toll Credits"** on the part of the federal government. With this approval, the projects included in the Construction and Federal Permanent Improvement Program become one with 100% federal funding. The authority received credits for an amount of $750 million, which it will be able to use in federal projects, with no need to disburse state funds for the matching.

Currently, the Authority is managing 40 initiatives that receive matching with "Toll Credits", which represents an investment of $182,789,253 to the country's economy, and which has allowed savings of $37,128,012, which the Authority would otherwise have had to finance with its own funds.

**HTA_STAY0000406**

As part of the PHRTA's commitment to comply with the parameters of Law 66, a reduction of $8 million in payroll, and savings of $14 million in contracts have been archieved.

7. Adjustments and transfers of appropriations made as of March 31, 2015.

   The Authority made no adjustments nor transfers as of March 31, 2015.

8. Detail as of March 31 of all special appropriations of the agency. This must include the description of the appropriation, fiscal year, original amount, spent amount, obligated amount, and available balance.

| Item | Resolution or Agreement | Appropriation | Disbursement | Balance |
|---|---|---|---|---|
| **Port Municipality of Culebras** | Agreement 2013-000204 | $ 1,524,352.99 | $937,777.14 | $ 586,575.85 |
| **RC-123-2013 Municipality of Mayangüez** | RC-123-2013 | $ 200,000.00 | | $ 200,000.00 |
| **PR-22 Hatillo** | Agreement 2013-000129 | $ 2,500,000.00 | $ 1,644,140.00 | $ 855,860.00 |
| **Moca** | RC-91-2013 & Municipality | $ 300,000.00 | $ 204,931.35 | $ 95,068.65 |
| **Grand Total** | | **$ 4,524,352.99** | **$ 2,786,848.49** | **$ 1,737,504.50** |

9. Metrics used to measure the effectiveness of the Programs and Services that the agency offers. Must include the percentage of objectives reached.

The operational metrics to measure the effectiveness of the Urban Train are the following:

- Scheduled trips completed            99%
- Punctuality in the trips               99%
- Major Incidents – Safety             0
- People transported per year         10 million
- Passengers transported in 10 years  94,708,200

In the operation of the AutoExpreso, we have managed to reduce the infractions and thus limit the fines. This reduces the operator cost.

HTA_STAY0000407

[seal]                                                                    Explanatory Report
COMMONWEALTH OF PUERTO RICO                                        Recommended Budget
Highways and Transportation Authority                              Fiscal year 2015-2016

| Breakdown of Fines per Year (calendar year) | | | |
|---|---|---|---|
| Year | 2013 | **2014** | **2015** **Annual Estimate** |
| **Fines** | 3,348,241 | 2,450,321 | 2,064,687 |
| **% of Reduction** | - | 27% | 16% |

10. Permanent Improvement Program (if applicable). Agencies that received funds based on Joint Resolutions No. 22-2013 and No. 96-2013.

   1. Explain the status of the project, including the percentage of completeness.

      Indicate if there is any appropriation balance of previous years.

      The Authority did not receive funds of these resolutions.

11. **Analysis of the recommended Budget for Fiscal Year 2015 – 2016**

   1. Joint Resolution of the General Budget (compare with fiscal year 2014 – 2015) Justification of Total Recommended Budget for fiscal year 2015 - 2016 for programs and expense items.



**HTA_STAY0000408**

---

[seal]                                                                    Explanatory Report
COMMONWEALTH OF PUERTO RICO                                   Recommended Budget
Highways and Transportation Authority                              Fiscal year 2015-2016

The consolidated budget for fiscal year 2015 – 2016 amounts to $434,154,000, which includes $289,154,000 of own income, and $145,000,000 of Federal Funds, which represents a balanced budget. This budget contrasts with previous budgets that required to be financed through credit lines in the "Government Development Bank" that summed up to $2,000 million. In addition, ARRA funds for $105 million and two bonuses from the Central Government were received, and summed up $594 million for projects.

This budget means that the total debt of the Highway and Transportation Authority with the Government Development Bank for Puerto Rico will be transferred to the Authority for the Finance for the Infrastructure on July 1, 2015, according to the law 1 of 2015. The Authority will handle this debt by using the income from the tax increase on oil derivates. The anticipated collect must be performed to avoid funding request for the budget.



This pragmatic distribution reflects a reduction of around $25 million in operating expenses, and an increase of $14 million in permanent improvement programs. The reduction includes cutting down $8 million in the payroll, and saving $14 million from agreements. The increase in permanent improvement programs is due to an increase in the scheduled payments for sentences related to the acquisition of property.

**HTA_STAY0000409**

[seal]
COMMONWEALTH OF PUERTO RICO
Highways and Transportation Authority

Explanatory Report
Recommended Budget
Fiscal year 2015-2016

2. Special Appropriations for Operating Expenses (Compare with budget for fiscal year 2014 – 2015)

If the agency has a recommended special appropriation for operating expenses, it should be included the explanatory report about the scope and object of the extent and breakdown of the recommended amount.

The HTA did not receive special appropriations during the fiscal year.

3. Payroll and Related Costs

Analysis of the payroll financed by the General Fund. Detail per Program.

The Authority does not receive contributions from the General Fund.

4. Positions (Compare with the positions of fiscal year 2014 – 2015)

Detail of the occupied positions and vacancies per program.



**HTA_STAY0000410**

[seal]                                                                    Explanatory Report
COMMONWEALTH OF PUERTO RICO                                  Recommended Budget
Highways and Transportation Authority                          Fiscal year 2015-2016



This comparison shows a reduction of 13 positions which were not occupied in 2015 versus 2016.

5. Balance of funds from the Legislative Appropriations that have completed 3 years or more of the validity period.

It does not apply. The Authority does not receive contributions from the Legislative Appropriations.

6. Federal Funds (Compare to the budget appropriated in the fiscal year 2014 – 2015)

If your agency receives federal funds, please indicate the following:

   a. Program Name.
   b. Federal Contributions (amount) and breakdown of expenses.
   c. Requirement of local matching, if any.
   d. Pragmatic explanation about the use of funds.

**HTA_STAY0000411**

[seal]                                                                    Explanatory Report
COMMONWEALTH OF PUERTO RICO                                    Recommended Budget
Highways and Transportation Authority                              Fiscal year 2015-2016

The Authority uses the federal funds in its program of permanent improvement. These funds come from the programs of the "Federal Highway Administration (FHWA)", under the 23rd Title. Furthermore, the Authority receives funds from the "Federal Transit Administration (FTA)" for the maintenance of the Urban Train.



e. Copy of the document, which includes the agreements, standards and guidelines between your agency and the federal government, related to the matching federal funds.

The Federal Government and the Highways and Transportation Authority have agreements of different natures, and they vary according to the proposal and the use of funds. According to the answer of the question number six part A of this report, the majority of these funds will receive a matching covered with "Toll Credits" granted by the Federal Government.

7. Special State Funds (Compare to the budget appropriated for the fiscal year 2014 – 2015)

If your agency manages the special state funds, please indicate the following:

a. Fund Name and the Law that authorizes its establishment.

The HTA does not receive contributions from Special State Funds.

**HTA_STAY0000412**

[seal]

COMMONWEALTH OF PUERTO RICO
Highways and Transportation Authority

Explanatory Report
Recommended Budget
Fiscal year 2015-2016

## 8. Own Income and Other Resources

If your agency receives own income, please explain their source and the breakdown of expenses.

| Item | Debt Servicing (Thousands) | Operating Expenses (Thousands) | Improvement Programs (Thousands) |
|---|---|---|---|
| Excise taxes on gasoline and derivatives | $ 344,220 | | |
| Tolls | | $ 128,400 | |
| Vehicle licenses | $2,969 | | $ 89,631 |
| Cigarettes | | $ 5,000 | $ 15,000 |
| Others | | | $ 14,650 |
| Federal Funds | | $ 15,000 | $ 130,000 |
| Train rates | | $ 12,000 | |
| Fines | | $ 10,000 | |
| Bond Issuance | | | $ 10,000 |
| Others | | $ 3,106 | $ 1,367 |
| Grand Total | $ 347,189 | $ 173,506 | $ 260,648 |

The Authority receives income from three sources: (1) own income, (2) other income, and (3) federal funds.

1) The own income comes from the excise taxes on gasoline and diesel, toll collections, licenses, license plates, and cigarettes.

2) The other income mostly derives from the rates of the transportations systems under the program of Integrated Transportation Alternative (ATI) and the charges from fines and other income from the Autoexpreso system.

3) The federal funds come from the contributions from the "Federal Highway Administration (FHWA)" and "Federal Transit Administration (FTA)". The contributions will be used as a reimbursement to continue with the development of a safe and modern highway system.

**HTA_STAY0000413**

---

**ENGLISH TRANSLATION**                                                    **Page 11 of 14**

[seal]                                                          Explanatory Report
COMMONWEALTH OF PUERTO RICO                                   Recommended Budget
Highways and Transportation Authority                        Fiscal year 2015-2016

9. Detail of the recommended appropriation in the budget of the fiscal year 2015-2016 that will be used to pay the debt from previous years.

The budget 2015-2016 has $ 16.7 million to pay the debt from previous years. Furthermore, it includes $ 53 million to pay the court judgments in case of an expropriation and disputes. The quantities will be available if the debt between the Authority and the Government Development Bank is transferred to the Infrastructure Financing Authority.

10. Other Expenses and Non-Itemized Appropriations (Compare to the budget appropriated for the fiscal year 2014-2015)

Breakdown of the expenses and their purposes, for the fiscal year 2015-2016.

The budget for the fiscal year 2015-2016 does not consider items such as Other Expenses and Non-Itemized Appropriations.

11. Facilities (if applicable)

Detail of the facilities leased from the Public Buildings Authority. The same document must include the location and use of the facility.

The Authority shares, with the DTOP, the *Centro Gubernamental Roberto Sánchez Vilella (Minillas)* located at Ave. De Diego, Santurce. The Authority manages its central, administrative, and management offices from this facility.

Detail of the installations or areas that are part of the agency and are in abeyance.

In this fiscal year, the HTA has decided to update its property inventory and identify the current use of every single property.

**HTA_STAY0000414**

[seal]                                                           Explanatory Report
COMMONWEALTH OF PUERTO RICO                    Recommended Budget
Highways and Transportation Authority               Fiscal year 2015-2016

12. Cost-reduction measures that the Agency has introduced according to the Act 66-2014 "Puerto Rico Special Fiscal and Operational Sustainability Act" example: energy consumption, aqueducts and sewage, lease, etc. Explain in detail the outcomes of this plan and the ones that were presented previously, through the reports to the Commission in public view RC.124 and (or) through the quarterly reports, if there is any difference.

The outcomes obtained by the HTA as a result of the cost-reduction measures that we have implemented, according to the Act N°. 66-2014 are:

- Reduction of the 40% of the professional services and purchase agreements, compared to the fiscal year of 2014.
- Reduction of the 62% of the trust payroll expenses, compared to the expenses from the fiscal year 2012.
- Postponement of the increases under the item of economic benefits and extraordinary monetary compensations (Bargaining agreements and extensive clauses to the managerial staff).
- Reduction of the energy consumption at the Tren Urbano as a result of the renegotiation of the established rates in the five points of the consumption mediation of the Train.

The total amount of the savings achieved by the implementation of these measures amounted to $27,423,555.

| Implementation of Act N° 66-2014 Fiscal Year 2014-2015 | |
|---|---|
| **Measures** | **Savings** |
| **Reduction of Professional Services Agreements** | $ 14,400,000 |
| **Reduction of the Trust Payroll Expenses** | $ 2,587,524 |
| **Postponement of the increases under the item of economic benefits and extraordinary monetary compensations (Bargaining agreements and extensive clauses to the managerial staff)** | $ 6,436,031 |
| **Reduction of energy consumption** | $ 4,000,000 |
| **Grand Total** | $ 27,423,555 |

**HTA_STAY0000415**

**ENGLISH TRANSLATION**                                    **Page 13 of 14**

[seal]                                                                      Explanatory Report
COMMONWEALTH OF PUERTO RICO                                     Recommended Budget
Highways and Transportation Authority                             Fiscal year 2015-2016

13. How has the economy been affected by the reduction of the professional services rates, according to the Law 66-2014?

See table below, question number 12.

14. How has the economy been affected by the reduction of the payroll of trust employees, according to the Law 66-2014?

See table below, question number 12.

15. How many bargaining agreements are under negotiation?

Briefly explain.

The Authority is not currently negotiating any bargaining agreement.

16. Include the last report about the compliance with the Act 66-2014.

(If there is no quarterly report, an explanation about the incompliance should be included as stated in this Act, Section 4)

Attached to this document is the last report about the compliance of the Act 66-2014.

HTA_STAY0000416



# CERTIFICATE OF ACCURACY

I, **María R. Arias**, with U.S. Legal Support, Inc., declare that I have provided Translation Services executed on this 3rd of April 2020.

Furthermore, I declare that I am a certified translator for **English and Spanish** languages and that I am competent to translate between those two languages.

I hereby certify that I have translated the attached document into English to the best of my knowledge and ability and believe this translation to be a true, accurate, and complete rendition of the original Spanish file(s) provided to me.

*Name: "HTA_STAY0000403" (pdf file)*                          *No. of Pages: 14*

Sincerely,



*María R. Arias*                                                04/03/2020

---------------------------------------                    ----------------------------------
Maria R. Arias                                                 Date
ATA-Certified Translator
English ≈ Spanish

Maria R. Arias
English into Spanish
Certification #465288

Verify at www.atanet.org/verify

U.S. Legal Support, Inc. – Translations Services Department – 855-538-3099
translations@uslegalsupport.com