<u>**NATBONY REPLY DECLARATION**</u>
<u>**EXHIBIT 26**</u>



ESTADO LIBRE ASOCIADO DE
**PUERTO RICO**
Autoridad de Carreteras y Transportación

13 de junio de 2016

Lcdo. José M. Orta Valdez
Director Ejecutivo
Comisión de Hacienda y Finanzas Públicas
Senado de Puerto Rico
El Capitolio
Apartado 9023431
San Juan, PR  00902-3431

Estimado licenciado Orta:

Reciba un cordial saludo.  Según me fuera solicitado en sus cartas del 22 de febrero y 19 de mayo de 2016, se incluye el documento Requerimiento de Información Presupuesto 2016-2017, en el cual se detalla la información correspondiente a la Autoridad de Carreteras y Transportación.

Junto con esta comunicación también se incluyen los siguientes documentos:

- Copia de las cartas del 22 de febrero y el 19 de mayo de 2016.
- Tablas de Desembolsos a Realizar por Demandas de la Oficina de Adquisición de Propiedades y de la Oficina Legal.
- "5-Year Summary" for the years 2012, 2013, 2014, 2015, and 2016:  Ridership per Public Transportation System, Construction Projects Started Per Year, and Traffic Per Toll.
- Contratos Otorgados para los trimestres del 1ro. de julio al 30 de septiembre y del 1ro. de octubre al 31 de diciembre de 2015, así como del 1ro. de enero al 31 de marzo de 2016.
- Informe Trimestral Ley 66 del 1ro. de enero al 31 de marzo de 2016 y hojas de trámite que acusan el recibo del mismo en La Fortaleza, el Senado de PR y la Cámara de Representantes el 15 de abril de 2016.

De tener alguna duda o comentario, puede comunicarse a nuestra oficina al 787-721-8787, Ext. 1022.

Cordialmente,

Carmen A. Villar Prados
Directora Ejecutiva

Centro Gubernamental  Roberto Sánchez Vilella
Apartado 42007, San Juan, PR 00940-2007
Tel. (787) 721.8787
www.dtop.gov.pr

 facebook.com/dtop     @DTOP





ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Autoridad de Carreteras y Transportación

## *I.* **Presupuesto Recomendado para el Año Fiscal 2016-2017**

El presupuesto consolidado de gasto para el año fiscal 2016-2017 asciende a $523,300,000 los cuales serán financiados con $220,000,000 de Otros Ingresos, $153,300,000 de Ingresos Propios y $150,000,000 de Fondos Federales. Este presupuesto es $274,720,000 menor que el del año fiscal anterior y no requiere un componente de financiamiento.

La reducción del presupuesto se debe a que no incluye partidas para el servicio a la deuda de los bonos emitidos por virtud de las resoluciones del 1968 y 1998 e incluye un pago a las líneas de crédito del BGF por $110,000,000.

La razón por la cual no se incluye servicio a la deuda, en el presupuesto ante su consideración, es porque la deuda de bonos emitidos por la Autoridad, está incluida dentro del plan del gobierno central como parte de la negociación de la deuda pública.

Para efectos del presupuesto 2016-2017 la Autoridad categoriza los ingresos que recibe basándose en tres fuentes principales: (1) ingresos propios, (2) otros ingresos y (3) fondos federales.

1) Los **ingresos propios** se nutren mayormente del cobro de peajes y el cobro de multas y otros ingresos del sistema de cobro electrónico a través del sistema de AutoExpreso. Además, incluye las tarifas de los sistemas de transportación bajo el Programa Alternativa de Transporte Integrado (ATI): Tren Urbano, Metro Urbano y autobuses TU conexión.

2) Los **otros ingresos** provienen de arbitrios y derechos asignados a la Autoridad por virtud de ley. Estos son $9.25 del arbitrio de la crudita, $25 por vehículo de

Centro Gubernamental Roberto Sánchez Vilella
Apartado 42007, San Juan, PR 00940-2007
Tel. (787) 721.8787
www.dtop.gov.pr



 facebook.com/dtop    @DTOP


AUTORIDAD DE CARRETERAS Y TRANSPORTACION

HTA_STAY0000418

Presupuesto Recomendado para el Año Fiscal 2016-2017
Autoridad de Carreteras y Transportación
10 de junio de 2016
Página 2

    los derechos de renovación de la licencia del vehículo y $20 millones del arbitrio de los cigarrillos según legislados en las leyes 30 y 31 del 2013.

3) Los **fondos federales** provienen de aportaciones de la "Federal Highway Administration (FHWA)" y "Federal Transit Administration (FTA)" y del "National Highway Traffic Safety Administration (NHTSA)" que recibe la ACT como *Grantee*. Al momento, los fondos del FHWA y FTA se recibe a través de rembolso y se utilizan para continuar el desarrollo de un sistema vial seguro y moderno. Los fondos de NHTSA se reciben una vez incurridos.

## Programas

➢ **Administración y Finanzas**

Descripción del Programa

Administra la operación de bienes y servicios de la Autoridad, entre ellos: presupuesto, pagos, inversiones, contabilidad, reclutamiento de personal, auditorías internas y asesoramiento legal.

Presupuesto: $34,916,000 de ingresos propios.

Clientela

Todas las unidades operacionales que componen la Autoridad y el público en general.

➢ **Alternativa de Transporte Integrado**

Descripción del Programa



Comprende todas las actividades relacionadas con la operación de un sistema de transportación colectiva integrado para proveer servicios, los siete (7) días a la semana, a toda la zona metropolitana de San Juan. El programa agrupa el servicio del Tren Urbano, autobuses alimentadores del Tren Urbano, el servicio expreso de Metrobús y el Metro Urbano que provee transporte entre los municipios de Toa Baja y Bayamón a través de un carril exclusivo en la PR - 22.

HTA_STAY0000419

Presupuesto Recomendado para el Año Fiscal 2016-2017
Autoridad de Carreteras y Transportación
10 de junio de 2016
Página 3

Presupuesto: $80,564,000, que se distribuyen en $60,564,000 ingresos propios y $20,000,000 de fondos federales.

Clientela

Sobre 40,000 pasajeros diarios en los tres (3) sistemas.

➢ **Construcción de Sistemas de Carreteras**

Descripción del Programa

Administra, asesora, planifica, diseña y prepara los proyectos de construcción de carreteras, a tono con el desarrollo del plan vial de la Autoridad. Lleva a cabo proyectos de mejoras, reemplazo de puentes, adquisición de propiedades y pavimentación de carreteras.

Presupuesto: $110,000,000 de otros ingresos ,$130,000,000 de fondos federales y $5,000,000 de ingresos propios.

Clientela

Automovilistas, transportistas y público en general.

➢ **Dirección y Administración General**

Descripción del Programa

Establece la política pública de la Autoridad. Adopta, enmienda o deroga estatutos para reglamentar los asuntos y establece normas para administrar y determinar las negociaciones y acuerdos de la Autoridad.

Presupuesto: $9,884,000 de ingresos propios.

Clientela

Público en general.



➢ **Operación y Mantenimiento de Autopistas**

Descripción del Programa

Planifica, dirige, coordina y supervisa el mantenimiento y la operación de las autopistas para mantenerlas en perfectas condiciones para uso y disfrute de los

Presupuesto Recomendado para el Año Fiscal 2016-2017
Autoridad de Carreteras y Transportación
10 de junio de 2016
Página 4

usuarios. Además, se encarga de realizar los recaudos del peaje en las autopistas y provee supervisión a las estaciones con carriles de AutoExpreso.

<u>Presupuesto:</u> $42,936,000 de ingresos propios.

<u>Clientela</u>

Atiende el movimiento mensual de alrededor 18,000,000 viajes de vehículos que transitan por el sistema de Autopistas de Puerto Rico y al público en general.

## II.   Fondos Asignados por Origen de Recursos

### a) Fondo General

1) Detalle la asignación presupuestaria recomendada de su agencia/corporación proveniente del Fondo General para el Año Fiscal 2016-2017. Exprese cómo compara ésta con su asignación presupuestaria para el Año Fiscal en curso 2015-2016.

*La Autoridad no recibe asignación del Fondo General.*

2) Indique si el presupuesto recomendado del Fondo General para el Año Fiscal 2016-2017 disminuyó o incrementó en comparación con su presupuesto aprobado del Fondo General para el Año Fiscal 2015-2016. Favor de justificar el ajuste en la partida asignada.

*La Autoridad no recibe asignación del Fondo General.*

3) Exprese si la Oficina de Gerencia y Presupuesto ("OGP") realizó transferencias, hacia o desde su agencia, que modificaron su asignación presupuestaria proveniente del Fondo General durante el presente Año Fiscal 2015-2016. Favor de indicar las cuantías transferidas, la fecha de las transferencias y el propósito de las mismas.

*La Autoridad no recibió aportaciones del Fondo General para el año fiscal 2015-2016.*

HTA_STAY0000421

Presupuesto Recomendado para el Año Fiscal 2016-2017
Autoridad de Carreteras y Transportación
10 de junio de 2016
Página 5

4) Diga si su asignación presupuestaria proveniente del Fondo General fue
suficiente para cubrir la totalidad de las responsabilidades fiscales
proyectadas de su agencia para el presente Año Fiscal 2015-2016.

*La Autoridad no recibió aportaciones del Fondo General.*

5) Indique si solicitó fondos adicionales a través del Año Fiscal, 2015-2016,
provenientes del Fondo General.  De contestar en la afirmativa, favor de
indicar la cuantía, fecha y propósito.

*La Autoridad no solicitó ni recibió aportaciones adicionales del Fondo General.*

6) Exprese si su agencia fue recipiente de Asignaciones Especiales en el
Presupuesto Recomendado 2015-2016.  Favor de enumerar las asignaciones
y expresar lo siguiente para cada una de ellas:
   i. Cuantía Asignada.
   ii. Cuantía desembolsada y fecha de desembolso.
   iii. Cuantía gastada y fecha de desembolso.
   iv. Estatus del proyecto, programa, mejora, otro, y porcentaje de
   terminación del proyecto, mejora, o programa.
   v. Favor de indicar si dicha Asignación Especial se le otorga anualmente.
   Señale los años fiscales en que su agencia/corporación ha recibido
   dicha Asignación Especial.



*La Autoridad no recibió aportaciones de Asignaciones Especiales en el
Presupuesto Recomendado 2015-2016.*

7) Señale si en el presente Presupuesto Recomendado 2016-2017 su
agencia/corporación será recipiente de Asignaciones Especiales.  Cómo
comparan éstas asignaciones con las recibidas en el Año Fiscal 2015-2016. Si
hubo un aumento o disminución, favor de justificar el ajuste.

*La Autoridad no anticipa recibir aportaciones de Asignaciones Especiales.*

HTA_STAY0000422

Presupuesto Recomendado para el Año Fiscal 2016-2017
Autoridad de Carreteras y Transportación
10 de junio de 2016
Página 6

**b) Fondos por Leyes Especiales**

1) Indique si su agencia/corporación maneja Fondos Especiales. Favor indicar la Ley que los crea y su balance actual.

   *La Autoridad no recibe fondos por Leyes Especiales.*

2) Favor expresar si la OGP ha realizado transferencias de dichos Fondos Especiales en el presente Año Fiscal 2015-2016. Indicar la cuantía, fecha y propósito de la transferencia.

   *La Autoridad no recibe fondos por Leyes Especiales.*

3) Favor de proveer una tabla en la cual se reflejen las transferencias del Fondo Especial por los pasados cinco (5) años fiscales.

   *La Autoridad no recibe fondos por Leyes Especiales.*

4) Indique si en el Presupuesto Recomendado 2016-2017 se contempla realizar transferencias de dichos Fondos Especiales.

   *La Autoridad no recibe fondos por Leyes Especiales.*

**c) Resoluciones Conjuntas**

1) Favor de indicar si a su agencia/corporación se le han otorgado fondos legislativos en el presente Año Fiscal 2015-2016 por virtud de Resoluciones Conjuntas aprobadas con posterioridad al Presupuesto 2015-2016.

   *La Autoridad no recibió fondos legislativos en el presente Año Fiscal 2015-2016 por virtud de Resoluciones Conjuntas.*

2) Indique el número de la Resolución, la cuantía y el propósito de dicha asignación.

   *La Autoridad no recibió fondos legislativos en el presente Año Fiscal 2015-2016 por virtud de Resoluciones Conjuntas.*

HTA_STAY0000423

Presupuesto Recomendado para el Año Fiscal 2016-2017
Autoridad de Carreteras y Transportación
10 de junio de 2016
Página 7

3) Favor de expresar el estatus de las obras o mejoras dispuestas por dicha asignación legislativa.

*La Autoridad no recibió fondos legislativos en el presente Año Fiscal 2015-2016 por virtud de Resoluciones Conjuntas.*

**d) Fondos Federales**

1) Exprese si su agencia es recipiente de Fondos Federales.

*Sí, la Autoridad de Carreteras y Transportación es recipiente de fondos federales de Federal Highway Administration (FHWA), Federal Transit Administration (FTA) y National Highway Traffic Safety Administration (NHTSA).*

2) ¿De qué forma su agencia recibe los Fondos Federales? (Ej. a través de reembolsos, etc.)

*Los fondos federales de FHWA y FTA se obtienen mediante reembolso de los gastos incurridos. Los fondos se NHTSA se reciben por adelantado una vez incurridos.*



3) Favor de indicar los programas que se sufragan, total o parcialmente, con Fondos Federales y la agencia federal que le otorga los mismos a su agencia/corporación.

*La Autoridad utiliza los fondos federales en su programa de mejoras permanentes. Estos fondos provienen de los programas de "Federal Highway Administration (FHWA)", bajo el Título 23. Además, recibe fondos para mantenimiento del Tren Urbano de "Federal Transit Administration (FTA)".*

*Del mismo modo, la Autoridad como Grantee de los fondos federales de FTA funge como receptor de fondos que se utilizan para el programa de Sección 5310 a través del cual los municipios adquieren los vehículos de transportación colectiva (mini autobuses) que utilizan para dar servicios en sus respectivos*

HTA_STAY0000424

Presupuesto Recomendado para el Año Fiscal 2016-2017
Autoridad de Carreteras y Transportación
10 de junio de 2016
Página 8

*Municipios. Finalmente, la Autoridad realiza proyectos de seguridad vial que son contratados a través de la Comisión para la Seguridad en el Tránsito y que son financiados con fondos del "National Highway Transportation Safety Administration (NHTSA)".*

4) Indique las cuantías recibidas en el presente Año Fiscal 2015-2016 y sus respectivos pareos estatales. ¿Se han recibido la totalidad de los fondos federales proyectados en el presupuesto de su agencia/corporación en el Año Fiscal 2015-2016? ¿Hubo algún ajuste en los fondos federales proyectados a ser recibidos en el 2015-2016?

*Aportación federal y desglose por objeto de gastos en el Año Fiscal 2015-2016:*



**Figura 1**

HTA_STAY0000425

Presupuesto Recomendado para el Año Fiscal 2016-2017
Autoridad de Carreteras y Transportación
10 de junio de 2016
Página 9

5) Indique si su agencia/corporación o alguno de sus programas están categorizados como alto riesgo. De estarlo, favor de justificar dicha categorización.

*Ninguno de los programas federales previamente indicados se encuentra categorizado como alto riesgo. No obstante ello, hemos recibido un informe preliminar por parte de la FTA indicándonos que tenemos que reforzar nuestra Directoría de Alternativa de Transporte Integrado (ATI), la cual fiscaliza el sistema de riel, Tren Urbano, para proveer capacidad técnica de inmediato. A tales efectos, la ACT se encuentra en el proceso de llevar a cabo un proceso competitivo de RFQ/RFP para contratar consultores externos expertos en la materia y obtener así dicha capacidad.*

6) ¿Su agencia perdió Fondos Federales por no haber podido justificar los gastos correspondientes?

*La Autoridad de Carreteras y Transportación no ha perdido Fondos Federales por no haber podido justificar los gastos correspondientes.*

7) Exprese la cantidad de fondos estatales que requiere su agencia/corporación para parear los fondos federales a ser recibidos a través del Año Fiscal 2016-2017. ¿Cómo compara esta cuantía con el Año Fiscal anterior, 2015-2016? ¿Están contemplados los pareos estatales requeridos en su Presupuesto Recomendado 2016-2017?



*El requisito de pareo local para el uso de fondos federales de funcionamiento y mejoras capitales es el veinte (20) por ciento. No obstante ello, desde 2013 la Autoridad ha logrado reducir la cantidad de pareo en los nuevos proyectos y nuevos "Grants" de FTA con un programa de créditos de peaje (toll credits) que convierte las aportaciones federales casi en un 100%.*

HTA_STAY0000426

Presupuesto Recomendado para el Año Fiscal 2016-2017
Autoridad de Carreteras y Transportación
10 de junio de 2016
Página 10

> *No obstante ello, para los proyectos en los cuales no se ha podido aplicar los créditos de peajes, los pareos estatales están contemplados en el presupuesto recomendado para el año fiscal 2016-2017.*

**e) Ingresos Propios**

1) Indique si su agencia genera ingresos propios y especifique la cuantía generada en el presente Año Fiscal 2015-2016.

   *Ver tabla bajo la pregunta Número 2 en esta sección donde se describen los ingresos recibidos, excluyendo los fondos federales.*

2) ¿Cómo comparan sus ingresos propios con los pasados cinco (5) años fiscales? De haber una disminución o aumento, favor de justificar el mismo.



**Figura 2**

*Los ingresos de la Autoridad se vieron disminuidos durante el presente año fiscal como resultado del "clawback" que se activó efectivo el 1 de diciembre de 2015 mediante la Orden Ejecutiva 2015 - 046.*



Presupuesto Recomendado para el Año Fiscal 2016-2017
Autoridad de Carreteras y Transportación
10 de junio de 2016
Página 11

*A tales efectos, la ACT dejó de recibir cerca de $262,000,000 por concepto de arbitrios y derechos legislados.*

3) ¿La OGP realizó transferencias de fondos, desde o hacia su agencia/corporación durante el presente Año Fiscal 2015-2016? Favor indicar fecha, cuantía y propósitos.

*La OGP no realizó transferencias de fondos, desde o hacia la corporación durante el presente Año Fiscal 2015-2016.*

## III.   Nómina

1) Indique la cuantía de fondos presupuestados para el Año Fiscal 2016-2017 que corresponden a nómina. ¿Qué porcentaje esto representa del total de su presupuesto recomendado? ¿Cómo compara con los pasados tres (3) años fiscales?



Figura 3

Presupuesto Recomendado para el Año Fiscal 2016-2017
Autoridad de Carreteras y Transportación
10 de junio de 2016
Página 12

2) Desglose el gasto de nómina del presente Año Fiscal 2015-2016 por origen de recursos.

| GASTOS DE NÓMINA POR ORIGEN DE RECURSOS | | | |
|---|---|---|---|
| (En Miles) | | | |
| Origen de Recursos | Gastos Acumulados al 30 de abril de 2016 | Gastos Proyectados al 30 de junio de 2016 | Gasto Total de la Nómina |
| Dirección y Administración | $32,645 | $12,528 | $45,174 |
| Sistema de Carreteras | $39,393 | $7,878 | $47,271 |
| Gran Total | $72,038 | $20,406 | $92,444 |

**Figura 4**

3) ¿Cómo compara la asignación recomendada del Año Fiscal 2016-2017 con los últimos tres (3) años fiscales? Si hubo un aumento o disminución favor de justificar el ajuste.

   *Ver tabla y explicación de la pregunta Número 1.*



4) Exprese si la cuantía de fondos recomendados para el Año Fiscal 2016-2017 cubre la totalidad de los gastos de nómina y beneficios requeridos en su agencia/corporación.

   *La ACT entiende que dentro de este presupuesto está cubriendo todos los costos y beneficios adquiridos. No obstante, el presupuesto no provee para gastos adicionales improvistos.*

HTA_STAY0000429

Presupuesto Recomendado para el Año Fiscal 2016-2017
Autoridad de Carreteras y Transportación
10 de junio de 2016
Página 13

5) Indique el total de puestos ocupados y vacantes en su agencia/corporación y su categorización (transitorio, permanente, etc.) ¿Cómo compara con el Año Fiscal 2015-2016?

*Se detalla a continuación comparación al 31 de diciembre de ambos años fiscales.*



**Figura 5**

*Los puestos de confianza autorizados son 64 y la Autoridad ha operado con un total de 35 a 38 puestos menos.*

6) Provea la lista de Contratos Profesionales vigentes de su agencia para el Año Fiscal 2015-2016, e indique su vigencia, cuantía y propósito. (Si la lista es extensa, puede proveerla en un CD o un USB *flash drive*).



*Los contratos profesionales para el Año Fiscal 2015-2016 suman un total $22,442,341 y a este documento se adjuntan las listas de Contratos Profesionales vigentes de la ACT para el Año Fiscal 2015-2016.*

## IV.  **Deudas por Cobrar**

1) Señale el total de deudas por cobrar de su agencia/corporación para el presente Año Fiscal 2015-2016.

*El total de deudas por cobrar de la ACT para el presente Año Fiscal 2015-2016, al 30 de abril de 2016, es de $67,946,432 de los cuales $61,566,586 están reservados como incobrables.*

HTA_STAY0000430

Presupuesto Recomendado para el Año Fiscal 2016-2017
Autoridad de Carreteras y Transportación
10 de junio de 2016
Página 14

2) De dicho total, indique la cuantía que corresponde a instrumentalidades del Estado Libre Asociado de Puerto Rico. Favor de enumerarlas.

*Del total de deudas por cobrar de la ACT, la cuantía que corresponde a instrumentalidades del Estado Libre Asociado de Puerto Rico es de aproximadamente $50,000,000.*

3) ¿Cómo compara el total de deudas por cobrar del presente Año Fiscal 2015-2016 con el pasado Año Fiscal 2014-2015?

*A la misma fecha las cuentas por cobrar, después de restar las cuentas incobrables, ascienden a $17,279,006.*

## V. Deudas por Pagar

1) Señale el total de deudas por pagar de su agencia/corporación para el presente Año Fiscal 2015-2016.

*El total de deudas por pagar de la ACT proyectado para la culminación del Año Fiscal 2015-2016, al 30 de junio de 2016, es de $112,329,000. Esto no incluye sentencias con planes de pago.*

2) De dicho total, indique la cuantía que corresponde a instrumentalidades del Estado Libre Asociado de Puerto Rico. Favor de enumerarlas.

*Del total de deudas por pagar de la ACT, la cuantía proyectada al 30 de junio de 2016 que corresponde a instrumentalidades del Estado Libre Asociado de Puerto Rico es de $50,009,000.*

3) ¿Cómo compara el total de deudas por pagar del presente Año Fiscal 2015-2016 con el pasado Año Fiscal 2014-2015?

*A la misma fecha del 31 de marzo de 2015 las cuentas por pagar, ascienden a $120,656,682.*

HTA_STAY0000431

Presupuesto Recomendado para el Año Fiscal 2016-2017
Autoridad de Carreteras y Transportación
10 de junio de 2016
Página 15

4) Enumere las sentencias finales en contra de su agencia/corporación, incluyendo cuantías y término para cumplir con las mismas.

*Las sentencias finales en contra de la Autoridad suman unos $74 millones y están programadas en planes de pago que culminan en el año fiscal 2019.*

**(Ver Anejo Desembolsos a Realizar por Demandas a marzo 2016)**

## *VI.* **Ahorros Generados**

1) Enumere cada una de las gestiones que su agencia ha realizado para cumplir con las disposiciones de la Ley Núm. 66-2014.

*Se estableció una meta de ahorro que incluyó una reducción en los salarios de confianza, pago de bono de navidad y pagos de licencias, incentivos y diferenciales tal y como permitía la ley. Además, se llevó a cabo una reducción en los contratos de servicios profesionales a tenor con la ley.*

2) Indique los ahorros generados para cada una de dichas medidas.  Favor expresar las cuantías específicas.



| Medidas y Ahorros al 31 de marzo de 2016 | Ahorro |
|---|---|
| Reducción de Contratos de Servicios Profesionales | $15,813,340 |
| Reducción en Gastos de Nómina de Empleados de Confianza | $2,525,952 |
| Posposición de aumentos en beneficios económicos y compensaciones monetarias.  (Convenios Colectivos y Cláusulas Extensivas al Personal Gerencial | $5,270,000 |
| **Total** | **$23,609,292** |

**Figura 6**

3) Exprese cualquier otra gestión que ha realizado su agencia en el presente Año Fiscal 2015-2016 para generar ahorros en su agencia/corporación.

Presupuesto Recomendado para el Año Fiscal 2016-2017
Autoridad de Carreteras y Transportación
10 de junio de 2016
Página 16

*En el año fiscal 2015-2016 la ACT generó ahorros en tres áreas importantes: Operador de sistema electrónico de peajes AutoExpreso en aproximadamente $9 millones anuales, Operador privado de Autobuses - First Transit en aproximadamente $3 millones anuales y ahorros en el consumo de energía eléctrica en aproximadamente $2 millones.*

4) Enumere las metas que tiene su agencia para el próximo Año Fiscal 2016-2017 en términos de implementación de medidas de ahorro.

   *Durante el año fiscal 2015-2016 se completó un proceso competitivo para operador del sistema del Tren Urbano el cual promete lograr ahorros millonarios para los próximos 15 años.*

5) Favor de explicar los acuerdos llevados a cabo con los empleados unionados y/o generados con respecto a cláusulas económicas y no económicas de conformidad a la Ley 66-2014.

   *No se llegó a ningún acuerdo con los representantes de los empleados unionados.*

## VII.  Áreas Programáticas

1) Enumere y discuta en términos generales los programas que maneja su agencia, sus metas para el presente Año Fiscal 2015-2016 *vis* a *vis* los logros obtenidos.

   *Los programas están detallados en la primera parte de este memorial y los logros están detallados en la ponencia.*

2) Indique el tipo de población impactada (envejecientes, mujeres, niños, etc.), pueblo o sector y la cantidad de personas atendidas, si aplica.

   *Le incluimos una tabla que recoge la utilización de los sistemas de transportación y los proyectos comenzados por los últimos 5 años calendario.*

Presupuesto Recomendado para el Año Fiscal 2016-2017
Autoridad de Carreteras y Transportación
10 de junio de 2016
Página 17

3) Enumere las metas que tiene su agencia para el próximo Año Fiscal 2016-2017 en términos programáticos.

1. ***Seguridad Vial*** - *Como Autoridad de Carreteras y Transportación, estamos comprometidos con la seguridad vial. Prueba de ellos fue la Firma del Memorando de Entendimiento entre DTOP, ACT, Policía de Puerto Rico y FHWA. Como parte del proyecto del Plan Estratégico de Seguridad en la Carreteras, la importancia de este acuerdo es garantizar la permanencia de $30 millones en fondos federales para invertirlos en medidas que mejoren la seguridad en las carreteras. El propósito de este plan es reducir las fatalidades y crear vías más seguras en el País.*

2. *Se continuará la implementación del programa federal de mejoras permanentes de la ACT el cual allega cerca de $130 millones anuales dedicados a la infraestructura. Gracias a los esfuerzos en **maximizar el uso de fondos federales,** podrá rehabilitarse carreteras como la PR-10, la cual carece de mantenimiento y mejoras por más de una década.*

3. ***Carril de Peaje Dinámico*** *(DTL por sus siglas en inglés) de Caguas a San Juan – Se comenzará la construcción de un carril exclusivo en la mediana de la PR-18 y PR-52 de Caguas a San Juan lo cual no sólo aliviará la congestión vehicular sino que también generará ingresos adicionales para la ACT. La construcción se llevará a cabo en fases y la misma será sufragada con fondos federales provenientes del plan de mejoras capitales de la ACT.*

4. *Proveer **capacidad técnica** para fiscalizar el operador del sistema del Tren Urbano - se llevará a cabo un proceso de RFQ/RFP, cuyo contrato cualifica para ser sufragado con fondos federales de la FTA. El tener personal capacitado que complemente el personal de la Directoría de ATI, permitirá generar ahorros en la operación y mantenimiento del sistema.*

5. *Como parte de las gestiones a realizarse y según descrito en la Sección III del Acuerdo de Entendimiento firmado por el Estado Libre Asociado de Puerto Rico (a través del Departamento de Transportación y Obras Públicas) y el*



Presupuesto Recomendado para el Año Fiscal 2016-2017
Autoridad de Carreteras y Transportación
10 de junio de 2016
Página 18

    *Departamento de Transportación Federal el pasado mes de febrero, se estará*
*contratando una empresa que evaluará todos los procesos existentes en la ACT*
*con el fin de **buscar eficiencias, maximizar recursos y acelerar procesos***
*existentes dentro del programa de construcción y la Agencia en sí.*

6. *La ACT desarrolló unos cuatro RFQ/RFP con el fin de **optimizar y reemplazar***
*  **la tecnología existente** de la ACT con el fin de generar ahorros y crear*
*  eficiencias.*



HTA_STAY0000435

Autoridad de Carreteras y Transportación
AREA DE ADQUISICIÓN DE PROPIEDADES

**Desembolsos a realizar por demandas**
Area de Adquisición de Propiedades - Oficina Legal
Actualizado al:     3/31/2016

| # | P/I | KEF | AC | Importe total |
|---|-----|-----|----|---------------|
|   | P/I | KEF |    |               |
| 3 | Sucn Fernández Garzot | 1992-0040 | 003038 | 2,500,000 |
| 5 | Gabriel Reyes Albandos | 2003-0400 | 918702 | 3,544,362 |
| 10 | Finca Matilde | 2004-0377 | 200219 | 3,084,517 |
| 18 | Alrod SE | 2006-5201 | 019927 | 2,116,345 |
| 42 | Jose Hernandez Castrodad | 2011-0355 | 003403 | 1,834,458 |
| 50 | Las Haciendas SE | 2008-0056 | 006611 | 3,000,000 |
| 52 | Sucn Cruz Carrasquillo | 2010-0521 | 006611 | 683,023 |
| 53 | MT Inv. SE | 2010-0526 | 006611 | 561,200 |
| 54 | Sucn Oscar Nevarez | 2011-0274 | 224187 | 1,679,720 |
| 59 | Cemex | 2003-0127 | 000910 | 890,000 |
| 70 | Deborah Homes | 2011-0019 | 006611 | 334,000 |
| 79 | Fiori Virella | 2004-1202 | 200215 | 10,000,000 |
| 81 | José Binet | 2003-0122 | 200213 | 871,620 |
| 82 | Jose D. Rodriguez | 2012-0354 | 014614 | 1,000 |
| 92 | Sucn. Manuel Acevedo | 2004-0144 | 100054 | 40,635 |
| 93 | Clancia Diaz | 2011-0393 | 017739 | 6,000 |
| 94 | José Collazo | 2005-0084 | 000079 | 111,505 |
| 95 | Roberto A. Gonzalez Seijo | 2012-0133 | 801271 | 4,045 |
| 95 | Manuel Acevedo | 2004-0148 | 100054 | 102,867 |
| 96 | Sucn. Rexach | 2001-0338 | 000079 | 2,814 |
| 97 | Citizens Renovation | 2001-0335 | 000079 | 178,172 |
| 97 | Citizens Renovation | 2001-0272 | 000079 | 2,941,391 |
| 98 | Monjas | KAC2010-1332 |  | 1,274,000 |
| 99 | Julio Domingo Silva | 2012-0019 | 010252 | 134,245 |
|   |  |  |  |  |
|   | South Parcel |  |  | 16,022,439 |

Total                              $    51,918,358

6/7/2016

---

Autoridad de Carreteras y Transportación
OFICINA LEGAL

| P/I | KEF | AC | Cod. | Importe Total | Bal. Pendiente |
|-----|-----|----|----|---------------|----------------|
| Caso | # Kso |  |  |  |  |
| Jose Carro | KAC-2012-0558 |  | P | 6,000,000 | 3,666,688 |
| Thomas Yaegers | KAC-1995-1261 |  | P | 774,494 | 236,654 |
| Thomas Yaegers | KAC-1995-1261 (2) |  | P | 783,341 | 239,349 |
| LPCD | KCD-2008-1803 |  | P | 5,200,000 | 1,233,330 |
| Tamrio | KAC-2010-1175 |  | P | 1,500,004 | 333,336 |
| Innovative Transport | FO 90863 |  | P | 514,284 | 342,856 |
| JJMR / United Surety & Indemnity | KAC-2003-6328 |  | P | 3,500,000 | 200,000 |
| Tamrio | KAC-2008-6188 |  | P | 1,300,000 | 1,300,000 |
| Harrleen Mendez Colon | A2CI-2006-0481 |  | P | 100,000 | 100,000 |
| Maria J. Haddock | KPE-2011-3628 |  | P. | 112,500 | 112,500 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| Maritza Villela Malos | GDP-2003-0299 |  | PS | 150,000 | 150,000 |
| Luis Rubi Gonzalez | DDp-20011-0850 |  | PS | 285,538 | 285,538 |
| Ramon de Jesus | GDP-1989-0091 |  | PS | 181,000 | 181,000 |
| Toledo & Toledo |  |  | PS | 121,805 | 121,805 |
| Unique Builders | KCD 2009-0649 |  | PS | 547,325 | 547,325 |
| Kanoso Auto Sale | ISCI-2010-00072 |  | PS | 301,904 | 301,904 |
| Empresas Alvarez | KAC-2002-7666 |  | PS | 250,000 | 250,000 |
| Jesus Marrero Navarro | EDP-2012-0330 |  | PS | 10,000 | 10,000 |
| Sandra Rivera Ponce de Leon | KDP-2006-0386 |  | PS | 75,000 | 75,000 |
| L. Reyes Contractor | KAC-2012-0591 |  | PS | 100,000 | 100,000 |
| Antonio Fuentes  y Otros | JAC-20012-0316 |  | PS | 224,814 | 224,814 |
| Isis Velez Soto | DDP1999-0864 |  | PS | 250,000 | 250,000 |
|  |  |  |  |  | . |
|  |  |  |  |  | . |
|  |  |  |  |  | . |
|  |  |  |  |  | . |
|  |  |  |  |  | . |
|  |  |  |  |  | . |
|  |  |  |  |  | . |
|  |  |  |  |  | . |
|  |  |  |  | 22,282,008 | 10,282,089 |

6/7/2016

HTA_STAY0000436

# 5-YEAR SUMMARY





## RIDERSHIP PER PUBLIC TRANSPORTATION SYSTEM

| | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|
| METRO URBANO | 10,449 | 160,317 | 190,934 | 210,601 | 81,046 (YTD) |
| TREN URBANO | 11,020,529 | 10,993,097 | 10,090,096 | 8,505,294 | 2,799,314 |
| FIRST TRANSIT | 1,644,808 | 1,647,574 | 1,664,504 | 1,224,359 | 164,738 |

## CONSTRUCTION PROJECTS STARTED PER YEAR

| | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|
| NO. OF PROJECTS | 106 | 35 | 21 | 25 | 20 (YTD) |
| INVESTEMENT | $396 MM | $55 MM | $100 MM | $71 MM | $35 MM |

## TRAFFIC PER TOLL SYSTEM

| | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|
| TOTAL VEHICLES: | 190,949,447 | 215,288,128 | 215,805,324 | 222,384,615 | 37,940,995 (YTD) |
| DTL | | | | | |
| TMB | 113,450,859 | 123,513,772 | 122,456,234 | 124,995,950 | 20,689,558 |
| PRHTA | | | | | 16,156,578 |
| Metropistas | 73,180,160 | 86,662,657 | 87,027,109 | 90,717,436 | |

**Contratos otorgados**
**7/1/2015 a 9/30/2015**



**Resultado Búsqueda por Entidades:**
**Autoridad de Carreteras y Transportación de Puerto Rico**

| Contrato | Enmienda | Fecha Otorgamiento | Vigencia Desde | Vigencia Hasta | Cuantía | Entidad | Categoría Servicio | Tipo Servicio |
|---|---|---|---|---|---|---|---|---|
| 2016-000021 | | 7/10/2015 | 7/10/2015 | 1/26/2016 | $579,818.00 | Kimley-Horn Puerto Rico LLC | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2016-000022 | | 7/10/2015 | 7/10/2015 | 1/26/2016 | $525,572.00 | Kimley-Horn Puerto Rico LLC | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2016-000023 | A | 9/9/2015 | 9/9/2015 | 6/30/2016 | $10,000.00 | Crespo & Rodríguez Inc. | SERVICIOS PROFESIONALES | SERVICIOS LEGALES |
| 2016-000023 | | 7/13/2015 | 7/13/2015 | 6/30/2016 | $10,000.00 | Crespo & Rodríguez Inc | SERVICIOS PROFESIONALES | SERVICIOS LEGALES |
| 2016-000024 | | 7/17/2015 | 7/17/2015 | 6/30/2016 | $38,889.00 | EVERTEC Group LLC | SERVICIOS RELACIONADOS A LOS SISTEMAS DE INFORMACIÓN | SERVICIOS RELACIONADOS CON EL PROCESAMIENTO DE DATOS |
| 2016-000025 | | 7/20/2015 | 7/20/2015 | 6/30/2016 | $30,568.06 | Interboro Systems Corporation | SERVICIOS RELACIONADOS A LOS SISTEMAS DE INFORMACIÓN | SERVICIOS RELACIONADOS CON EL PROCESAMIENTO DE DATOS |
| 2016-000026 | | 7/20/2015 | 7/20/2015 | 6/30/2016 | $34,510.00 | Interboro Systems Corporation | SERVICIOS MISCELÁNEOS NO PERSONALES | SERVICIOS DE MANTENIMIENTO DE EQUIPO |
| 2016-000027 | | 7/20/2015 | 7/20/2015 | 6/30/2016 | $150,000.00 | NILSA M. COLON DE REYES | SERVICIOS PROFESIONALES | SERVICIOS LEGALES |
| 2016-000029 | | 7/20/2015 | 7/20/2015 | 6/30/2016 | $24,000.00 | RADIO REDENTOR INC. | COMPRA / VENTA Y/O ALQUILER DE INMUEBLES | LOCALES |
| 2016-000030 | | 7/27/2015 | 7/27/2015 | 7/26/2017 | $518,132.44 | ATKINS CARIBE LLP | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2016-000031 | | 7/27/2015 | 7/27/2015 | 11/30/2015 | $43,200.00 | HUGO DÍAZ MOLINI | SERVICIOS PROFESIONALES | SERVICIOS DE CONTABILIDAD |
| 2016-000032 | | 7/27/2015 | 7/27/2015 | 6/30/2016 | $25,000.00 | Lcda. Anibelle Sloan Altieri | SERVICIOS PROFESIONALES | SERVICIOS LEGALES |
| 2016-000033 | | 7/30/2015 | 8/3/2015 | 9/30/2015 | $92,785.50 | Leaseway of Puerto Rico Inc. | COMPRA / VENTA Y ALQUILER DE EQUIPO Y VEHÍCULOS Y OTROS | AUTOMÓVILES |
| 2016-000035 | | 7/17/2015 | 7/17/2015 | 5/12/2016 | $132,156.25 | GERMÁN TORRES BERRÍOS D/B/A GERMÁN TORRES BERRÍOS | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2016-000036 | | 7/31/2015 | 7/31/2015 | 6/30/2016 | $940,340.00 | Barrett Hale & Alamo LLC | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2016-000037 | | 7/31/2015 | 7/31/2015 | 6/30/2016 | $850,000.00 | Barrett Hale & Alamo LLC | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2016-000038 | | 8/3/2015 | 8/3/2015 | 6/30/2016 | $399,968.00 | BEHAR-YBARRA & ASSOCIATES LLP | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2016-000039 | | 8/4/2015 | 8/4/2015 | 6/30/2016 | $25,000.00 | Lcdo. Guillermo Mojica Maldonado | SERVICIOS PROFESIONALES | SERVICIOS LEGALES |
| 2016-000040 | | 8/4/2015 | 8/4/2015 | 6/30/2016 | $30,000.00 | APPLIED RESEARCH INC. | SERVICIOS PROFESIONALES | SERVICIOS DE ECONOMISTAS |
| 2016-000041 | | 8/4/2015 | 8/4/2015 | 6/30/2016 | $10,000.00 | APPLIED RESEARCH INC. | SERVICIOS PROFESIONALES | SERVICIOS DE ECONOMISTAS |
| 2016-000042 | | 8/4/2015 | 8/4/2015 | 6/30/2016 | $120,000.00 | José A. Valenzuela Fuentes CPA | SERVICIOS PROFESIONALES | SERVICIOS DE CONTABILIDAD |
| 2016-000044 | | 8/10/2015 | 8/10/2015 | 6/30/2016 | $56,160.00 | JOSE MENDEZ RODRIGUEZ | SERVICIOS MISCELÁNEOS NO PERSONALES | SERVICIOS DE MANTENIMIENTO |
| 2016-000045 | | 8/4/2015 | 8/4/2015 | 6/30/2016 | $1,800.00 | Puerto Rico Telephone Company d/b/a Claro | COMPRA / VENTA Y ALQUILER DE EQUIPO Y VEHÍCULOS Y OTROS | EQUIPO DE OFICINA |
| 2016-000046 | | 8/12/2015 | 8/12/2015 | 8/12/2017 | $136,800.00 | CC1 Limited Partnership d/ba Coca Cola Puerto Rico | COMPRA / VENTA Y ALQUILER DE EQUIPO Y VEHÍCULOS Y OTROS | MÁQUINAS EXPENDEDORAS |
| 2016-000048 | | 8/17/2015 | 8/17/2015 | 6/30/2016 | $72,960.00 | FUSIONWORKS INC. | SERVICIOS RELACIONADOS A LOS SISTEMAS DE INFORMACIÓN | SERVICIOS RELACIONADOS CON EL PROCESAMIENTO DE DATOS |
| 2016-000049 | | 8/17/2015 | 8/17/2015 | 6/30/2016 | $140,000.00 | Pedro J. Dávila Colón Professional Land Surveyors | SERVICIOS TÉCNICOS | SERVICIOS DE AGRIMENSURA |

HTA_STAY0000438

**Contratos otorgados**
**7/1/2015 a 9/30/2015**



**Resultado Búsqueda por Entidades:**
**Autoridad de Carreteras y Transportación de Puerto Rico**

| Contrato | Enmienda | Fecha_Otorgamiento | Vigencia_Desde | Vigencia_Hasta | Cuantía | Contratista | Categoria_Servicio | Tipo_Servicio |
|---|---|---|---|---|---|---|---|---|
| 2015-000054 | C | 9/29/2015 | 9/29/2015 | 6/30/2016 | $0.00 | Juan O. Virella Sánchez P.E. | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2015-000102 | B | 9/28/2015 | 9/28/2015 | 6/30/2016 | $0.00 | FUSIONWORKS INC. | SERVICIOS RELACIONADOS A LOS SISTEMAS DE INFORMACIÓN | SERVICIOS RELACIONADOS CON EL PROCESAMIENTO DE DATOS |
| 2015-000111 | B | 9/28/2015 | 9/28/2015 | 6/30/2016 | $0.00 | FUSIONWORKS INC. | SERVICIOS RELACIONADOS A LOS SISTEMAS DE INFORMACIÓN | SERVICIOS RELACIONADOS CON EL PROCESAMIENTO DE DATOS |
| 2015-000115 | B | 9/29/2015 | 9/29/2015 | 12/31/2015 | $0.00 | CSA ARCHITECTS &  ENGINEERS LLP | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2015-000117 | A | 8/31/2015 | 8/31/2015 | 3/30/2017 | $11,940.00 | NUSTREAM COMMUNICATIONS INC. | SERVICIOS MISCELÁNEOS NO PERSONALES | SERVICIOS DE TELECOMUNICACIONES |
| 2015-000130 | A | 9/16/2015 | 9/17/2015 | 3/15/2016 | $0.00 | Torres-Rosa Consulting Engineers | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2015-000131 | A | 8/17/2015 | 8/17/2015 | 2/14/2016 | $0.00 | Torres-Rosa Consulting Engineers | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2015-000155 | A | 9/2/2015 | 9/2/2015 | 5/21/2016 | $130,681.90 | URS CARIBE LLP | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2016-000003 | | 7/1/2015 | 7/1/2015 | 12/31/2015 | $64,000.00 | Aquatech Industrial Inc. | SERVICIOS MISCELÁNEOS NO PERSONALES | SERVICIOS DE MANTENIMIENTO DE EQUIPO |
| 2016-000004 | | 7/1/2015 | 7/1/2015 | 6/30/2016 | $200,000.00 | FACCIO & PABÓN-ROCA COUNSELLORS AT LAW | SERVICIOS PROFESIONALES | SERVICIOS LEGALES |
| 2016-000005 | A | 9/4/2015 | 9/4/2015 | 4/30/2016 | $0.00 | GENESIS SECURITY SERVICES INC. | SERVICIOS MISCELÁNEOS NO PERSONALES | SERVICIOS DE VIGILANCIA |
| 2016-000005 | | 7/1/2015 | 7/1/2015 | 9/24/2015 | $1,546,092.48 | GENESIS SECURITY SERVICES INC. | SERVICIOS MISCELÁNEOS NO PERSONALES | SERVICIOS DE VIGILANCIA |
| 2016-000006 | | 7/1/2015 | 7/1/2015 | 6/30/2016 | $35,000.00 | JORGE L ACEVEDO ANDINO | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2016-000007 | | 7/1/2015 | 7/1/2015 | 6/30/2016 | $72,000.00 | Luis G. Santos Figueroa | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2016-000008 | | 7/1/2015 | 7/1/2015 | 9/30/2017 | $337,027.00 | MANAGEMENT & TECHNICAL CONSULTING GROUP INC. | SERVICIOS TÉCNICOS | SERVICIOS DE ESTADÍSTICOS |
| 2016-000009 | | 7/1/2015 | 7/1/2015 | 6/30/2016 | $17,400.00 | Nicrojuris.com Inc. | SERVICIOS PROFESIONALES | SERVICIOS LEGALES |
| 2016-000010 | | 7/1/2015 | 7/1/2015 | 6/30/2016 | $300,000.00 | Puerto Rico Legal Advocates PSC | SERVICIOS PROFESIONALES | SERVICIOS LEGALES |
| 2016-000011 | | 7/1/2015 | 7/1/2015 | 6/30/2016 | $350,000.00 | Quiñones & Arbona PSC | SERVICIOS PROFESIONALES | SERVICIOS LEGALES |
| 2016-000012 | | 7/1/2015 | 7/1/2015 | 11/10/2015 | $614,000.00 | Total Petroleum Puerto Rico Corp | SERVICIOS MISCELÁNEOS NO PERSONALES | SERVICIOS DE TRANSPORTACIÓN |
| 2016-000014 | | 7/3/2015 | 7/3/2015 | 12/31/2015 | $54,500.00 | CMA ARCHITECTS & ENGINEERS LLP | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2016-000015 | | 7/3/2015 | 7/3/2015 | 6/30/2016 | $720,000.00 | INTEGRATED CONSULTANTS & LEGAL ADVISORS LLC | SERVICIOS PROFESIONALES | SERVICIOS LEGALES |
| 2016-000016 | | 7/9/2015 | 7/9/2015 | 6/30/2016 | $70,000.00 | FRANCISCO A. RIVERA RIVERA | SERVICIOS TÉCNICOS | SERVICIOS DE TASACIÓN |
| 2016-000017 | | 7/9/2015 | 7/9/2015 | 11/15/2015 | $1,492,104.00 | Manguat's Office Cleaning Service Inc. | SERVICIOS MISCELÁNEOS NO PERSONALES | SERVICIOS DE MANTENIMIENTO |
| 2016-000018 | | 7/9/2015 | 7/9/2015 | 6/30/2016 | $75,000.00 | Soria LLC | SERVICIOS PROFESIONALES | SERVICIOS DE CONTABILIDAD |
| 2016-000019 | | 7/10/2015 | 7/10/2015 | 6/30/2016 | $864,000.00 | Caribbean Project Management PC | SERVICIOS DE CONSULTORIA | CONSULTORÍA ADMINISTRATIVA |
| 2016-000020 | | 7/10/2015 | 7/10/2015 | 1/26/2016 | $225,382.70 | Germán Torres Berríos | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |

HTA_STAY0000439

**Contratos otorgados**
**7/1/2015 a 9/30/2015**



**Resultado Búsqueda por Entidades:**
**Autoridad de Carreteras y Transportación de Puerto Rico**

| Contrato | Enmienda | Fecha de Otorgamiento | Vigencia Desde | Vigencia Hasta | Cuantía | Contratista | Clase de Servicio | Tipo de Servicio |
|---|---|---|---|---|---|---|---|---|
| 2016-000051 | | 8/25/2015 | 8/25/2015 | 6/30/2016 | $100,000.00 | DAVID MORENO VÁZQUEZ | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2016-000052 | | 8/25/2015 | 8/25/2015 | 6/30/2016 | $150,000.00 | FEF Consultores CSP. | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2016-000053 | | 8/25/2015 | 8/25/2015 | 6/30/2016 | $400,000.00 | INGENIAR ENGINEERING SOLUTIONS PSC | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2016-000054 | | 9/2/2015 | 9/2/2015 | 6/30/2016 | $7,500.00 | Universidad Interamericana de Puerto Rico Inc. | SERVICIOS DE CONSULTORIA | CONSULTORÍA ADMINISTRATIVA |
| 2016-000055 | | 9/2/2015 | 9/2/2015 | 4/29/2016 | $700,000.00 | URS CARIBE LLP | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2016-000056 | | 9/4/2015 | 9/4/2015 | 6/30/2016 | $25,000.00 | LUGO TORO LAW OFFICES PSC | SERVICIOS PROFESIONALES | SERVICIOS LEGALES |
| 2016-000057 | | 9/9/2015 | 9/9/2015 | 6/30/2016 | $20,000.00 | Crespo & Rodríguez Inc. | SERVICIOS PERSONALES NO PROFESIONALES | SERVICIOS DE TRADUCCIÓN |
| 2016-000059 | | 9/16/2015 | 9/16/2015 | 6/30/2016 | $8,400.00 | DAVID RHOE | SERVICIOS TÉCNICOS | SERVICIOS DE LABORATORIOS NO MÉDICOS |
| 2016-000060 | | 9/16/2015 | 9/16/2015 | 6/30/2016 | $100,000.00 | JAQUELINE LÓPEZ MELENDEZ | SERVICIOS PROFESIONALES | SERVICIOS DE ARQUEOLOGÍA |
| 2016-000061 | | 9/16/2015 | 9/16/2015 | 6/30/2016 | $66,000.00 | María Teresa Jiménez Pla | SERVICIOS DE CONSULTORIA | CONSULTORÍA RELACIONADA CON EL PROCESAMIENTO DE DATOS |
| 2016-000065 | | 9/29/2015 | 9/29/2015 | 6/30/2016 | $49,658.00 | CSA ARCHITECTS &  ENGINEERS LLP | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2016-000066 | | 9/29/2015 | 9/29/2015 | 6/30/2016 | $48,836.00 | CSA ARCHITECTS &  ENGINEERS LLP | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2016-000067 | | 9/29/2015 | 9/29/2015 | 6/30/2016 | $95,030.00 | DE ANGEL & COMPAÑÍA CPA CSP | SERVICIOS PROFESIONALES | SERVICIOS DE CONTABILIDAD |
| 2016-000068 | | 9/29/2015 | 9/29/2015 | 6/30/2015 | $8,100.00 | Refri-Air Specialists Corp. | SERVICIOS MISCELÁNEOS NO PERSONALES | SERVICIOS DE MANTENIMIENTO Y REPARACIÓN DE ACONDIC. |
| | | | | | $14,435,311.33 | | | |

HTA_STAY0000440

**Contratos otorgados**
**10/1/2015 a 12/31/2015**



**Resultado Búsqueda por Entidades:**
**3125 | Autoridad de Carreteras y Transportación de Puerto Rico**

| Contrato | Enmienda | Fecha Otorgamiento | Vigencia-Desde | Vigencia-Hasta | Cuantía | Contratista | Categoría-Servicio | Tipo-Servicio |
|---|---|---|---|---|---|---|---|---|
| 2015-000007 | F | 10/5/2015 | 10/6/2015 | 4/5/2016 | $0.00 | CONSTRUCTORA HARTMANN S.E. | SERVICIOS MISCELÁNEOS NO PERSONALES | SERVICIOS DE VIGILANCIA |
| 2015-000092 | A | 10/28/2015 | 10/28/2015 | 7/1/2019 | $0.00 | AUTOPISTAS METROPOLITANAS DE PUERTO RICO LLC | SERVICIOS RELACIONADOS A LOS SISTEMAS DE INFORMACIÓN | SERVICIOS RELACIONADOS CON EL PROCESAMIENTO DE DATOS |
| 2015-000092 | A | 10/28/2015 | 10/28/2015 | 7/1/2019 | $0.00 | Gila LLC. | SERVICIOS RELACIONADOS A LOS SISTEMAS DE INFORMACIÓN | SERVICIOS RELACIONADOS CON EL PROCESAMIENTO DE DATOS |
| 2015-000146 | A | 10/30/2015 | 10/31/2015 | 2/28/2016 | $0.00 | CHM INGENIEROS CSP. | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2015-000147 | A | 12/29/2015 | 12/29/2015 | 6/20/2016 | $0.00 | Barrett Hale & Alamo LLC | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2015-000152 | A | 11/9/2015 | 11/9/2015 | 5/7/2016 | $1,680.00 | INTEGRA DESIGN GROUP ARCHITECTS & ENGINEERS PSC | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2016-000003 | A | 12/30/2015 | 12/30/2015 | 2/29/2016 | $19,000.00 | Aquatech Industrial Inc. | SERVICIOS MISCELÁNEOS NO PERSONALES | SERVICIOS DE MANTENIMIENTO DE EQUIPO |
| 2016-000019 | A | 12/24/2015 | 12/24/2015 | 6/30/2016 | $500,000.00 | Caribbean Project Management PC | SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA |
| 2016-000071 | | 10/28/2015 | 10/28/2015 | 6/30/2016 | $57,700.00 | Caribbean Controls Group Inc. | SERVICIOS MISCELÁNEOS NO PERSONALES | SERVICIOS DE MANTENIMIENTO DE EQUIPO |
| 2016-000072 | | 10/28/2015 | 10/28/2015 | 6/30/2016 | $100,000.00 | CMA ARCHITECTS & ENGINEERS LLP | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2016-000073 | | 10/28/2015 | 10/28/2015 | 6/30/2016 | $473,045.92 | CMA ARCHITECTS & ENGINEERS LLP | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2016-000074 | | 10/28/2015 | 10/28/2015 | 6/24/2016 | $691,257.13 | CSA ARCHITECTS AND ENGINEERS LLP | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2016-000075 | | 10/28/2015 | 10/28/2015 | 6/30/2016 | $138,293.00 | CSA ARCHITECTS AND ENGINEERS LLP | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2016-000076 | | 10/28/2015 | 10/28/2015 | 4/25/2016 | $132,675.00 | Integra Design Group PSC | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2016-000077 | | 10/28/2015 | 10/28/2015 | 11/1/2016 | $200,539.00 | KLEIN ENGINEERING PSC | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2016-000078 | | 11/20/2015 | 11/20/2015 | 6/30/2016 | $44,480.00 | CMA ARCHITECTS & ENGINEERS LLP | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2016-000079 | | 11/20/2015 | 11/20/2015 | 6/30/2016 | $6,000.00 | Iglesias Vázquez & Associates Ingenieros PSC | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2016-000081 | | 12/1/2015 | 12/1/2015 | 5/15/2016 | $1,889,472.00 | Mangual's Office Cleaning Service Inc. | SERVICIOS MISCELÁNEOS NO PERSONALES | SERVICIOS DE MANTENIMIENTO |
| 2016-000082 | | 12/1/2015 | 12/1/2015 | 6/30/2016 | $160,000.00 | Sharon Meléndez Ortiz | SERVICIOS PROFESIONALES | SERVICIOS DE ARQUEOLOGÍA |
| 2016-000083 | | 12/17/2015 | 12/17/2015 | 6/30/2016 | $277,900.00 | Total Petroleum Puerto Rico Corp | SERVICIOS MISCELÁNEOS NO PERSONALES | SERVICIOS DE TRANSPORTACIÓN |
| 2016-000084 | | 12/17/2015 | 12/17/2015 | 6/30/2016 | $220,000.00 | Asociación Puertorriqueña del Concreto Inc. | SERVICIOS EDUCATIVOS / DE ADIESTRAMIENTOS Y DE ORIENTACIONES | SERVICIO DE ADIESTRAMIENTO |
| 2016-000085 | | 12/17/2015 | 12/17/2015 | 6/30/2016 | $2,766.40 | Infokeepers of Puerto Rico Inc. | SERVICIOS RELACIONADOS A LOS SISTEMAS DE INFORMACIÓN | SERVICIOS RELACIONADOS CON LOS SISTEMAS DE INFORMACIÓN |
| 2016-000089 | | 12/28/2015 | 12/28/2015 | 6/25/2016 | $80,617.00 | JR+JD Structural Engineers PSC | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2016-000092 | | 12/30/2015 | 12/30/2015 | 6/27/2016 | $225,774.00 | CSA ARCHITECTS &  ENGINEERS LLP | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2016-000093 | | 12/30/2015 | 12/30/2015 | 12/29/2016 | $532,931.50 | Juan O. Virella Sánchez | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| | | | | | $5,685,031.95 | | | |

HTA_STAY0000441

**Contratos otorgados**
**1/1/2016 a 3/31/2016**



Resultado Búsqueda por Entidades:
3125 | Autoridad de Carreteras y Transportación de Puerto Rico

| Número de Contrato | Enm. | Contratista | Fec. Otorg. | Vig. Desde | Vig. Hasta | Cuantía | Categoría de Servicio | Tipo de Servicio |
|---|---|---|---|---|---|---|---|---|
| 2015-000093 | C | FAGAN CONSULTING, LLC | 1/25/2016 | 1/25/2016 | 6/30/2016 | $399,703.00 | SERVICIOS DE CONSULTORIA | CONSULTORÍA ADMINISTRATIVA |
| 2015-000127 | A | Juan O. Virella Sánchez | 2/18/2016 | 2/18/2016 | 6/30/2016 | $0.00 | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2015-000128 | A | Juan O. Virella Sánchez | 2/18/2016 | 2/18/2016 | 6/30/2016 | $0.00 | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2015-000130 | B | Torres-Rosa Consulting Engineers | 3/14/2016 | 3/14/2016 | 6/30/2016 | $0.00 | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2015-000131 | B | Torres-Rosa Consulting Engineers | 2/12/2016 | 2/12/2016 | 6/30/2016 | $0.00 | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2015-000146 | B | CHM INGENIEROS, CEP. | 2/26/2016 | 2/26/2016 | 6/30/2016 | $0.00 | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2015-000148 | A | CHM Ingenieros y Arquitectos, CSP | 2/22/2016 | 2/22/2016 | 6/30/2016 | $0.00 | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2015-000149 | A | KLEIN ENGINEERING, PSC | 2/25/2016 | 2/25/2016 | 6/30/2016 | $0.00 | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2016-000011 | A | Quiñones & Arbona, PSC | 1/28/2016 | 1/28/2016 | 6/30/2016 | $260,000.00 | SERVICIOS PROFESIONALES | SERVICIOS LEGALES |
| 2016-000018 | A | Soria, LLC | 1/25/2016 | 1/25/2016 | 6/30/2016 | $95,000.00 | SERVICIOS PROFESIONALES | SERVICIOS DE CONTABILIDAD |
| 2016-000030 | A | Germán Torres Barrios | 1/22/2016 | 1/22/2016 | 6/30/2016 | $0.00 | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2016-000031 | A | Kimley-Horm Puerto Rico, LLC | 1/25/2016 | 1/25/2016 | 6/30/2016 | $0.00 | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2016-000032 | A | Kimley-Horm Puerto Rico, LLC | 1/25/2016 | 1/25/2016 | 6/30/2016 | -$16,000.00 | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2016-000044 | A | JOSE MENDEZ RODRIGUEZ | 2/18/2016 | 2/18/2016 | 6/30/2016 | $33,840.00 | SERVICIOS MISCELÁNEOS NO PERSONALES | SERVICIOS DE MANTENIMIENTO |
| 2016-000067 | A | DE ANGEL & COMPAÑÍA, CPA, CSP | 3/16/2016 | 3/16/2016 | 6/30/2016 | $25,000.00 | SERVICIOS PROFESIONALES | SERVICIOS DE CONTABILIDAD |
| 2016-000094 | | CSA ARCHITECTS & ENGINEERS, LLP | 1/25/2016 | 1/25/2016 | 6/30/2016 | $39,320.22 | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2016-000095 | | CSA ARCHITECTS & ENGINEERS, LLP | 1/25/2016 | 1/25/2016 | 6/30/2016 | $65,373.00 | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2016-000096 | | CMA ARCHITECTS AND ENGINEERS LLC | 2/1/2016 | 2/1/2016 | 6/30/2016 | $126,703.00 | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2016-000098 | | DG3A Design Group, PSC | 2/5/2016 | 2/5/2016 | 6/8/2016 | $554,990.31 | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2016-000099 | | LOGISTIC ENGINEERING CONSULTANTS, CSP | 2/5/2016 | 2/5/2016 | 2/4/2017 | $138,492.60 | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2016-000100 | | GEOGRAPHIC MAPPING TECHNOLOGIES, CORP. | 2/18/2016 | 2/18/2016 | 6/30/2016 | $12,500.00 | SERVICIOS RELACIONADOS A LOS SISTEMAS DE INFORMACIÓN | SERVICIOS RELACIONADOS CON LOS SISTEMAS DE INFORMACIÓN |
| 2016-000103 | | Aquatech Industrial, Inc. | 3/1/2016 | 3/1/2016 | 6/30/2016 | $40,000.00 | SERVICIOS MISCELÁNEOS NO PERSONALES | SERVICIOS DE MANTENIMIENTO DE EQUIPO |
| 2016-000107 | | Roberto L. Resach Cintrón | 3/16/2016 | 3/16/2016 | 9/12/2016 | $422,780.75 | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2016-000109 | | CMA Architects & Engineers, L.L.C. | 3/23/2016 | 3/23/2016 | 6/30/2016 | $64,300.00 | SERVICIOS PROFESIONALES | SERVICIOS DE INGENIERÍA |
| 2016-000110 | | Netwave Equipment Corp. | 3/30/2016 | 3/30/2016 | 6/30/2016 | $20,000.00 | SERVICIOS RELACIONADOS A LOS SISTEMAS DE INFORMACIÓN | SERVICIOS RELACIONADOS CON LOS SISTEMAS DE INFORMACIÓN |

$2,321,999.88

Page 1 of 1

HTA_STAY0000442

ESTADO LIBRE ASOCIADO DE
**PUERTO RICO**
Autoridad de Carreteras y Transportación

### HOJA DE TRÁMITE
### OFICINA DE LA DIRECTORA EJECUTIVA

INICIALES

FECHA: 15 de abril de 2016

*4001/amo*

A:

RECIBIDO ABR 15 '16 PM 10:39

SECRETARIA SENADO DE P.R.

Hon. Alejandro J. García Padilla
Gobernador
Estado Libre Asociado de Puerto Rico
La Fortaleza
San Juan, Puerto Rico

Lcda. Ayleen Figueroa Vázquez
Secretaria
Cámara de Representantes
El Capitolio
San Juan, Puerto Rico

Lcda. Tania Barbarossa Ortiz
Secretaria
Senado de Puerto Rico
San Juan, Puerto Rico

DE: César M. Gandiaga Texidor
Director Ejecutivo Auxiliar para Administración y Finanzas

ASUNTO: **INFORME TRIMESTRAL LEY 66 DEL 1RO. DE ENERO AL 31 DE
MARZO DE 2016 - AUTORIDAD DE CARRETERAS Y
TRANSPORTACION**

Se incluye el informe de referencia, en su formato nuevo, según se establece en
la Carta Circular 126-15, recibida de la Oficina de Gerencia y Presupuesto, con fecha del 16
de septiembre de 2015, titulada "Formularios para Establecer Requerimientos de Información
Definida, Uniforme y Comparable para Fiscalizar el Cumplimiento con las Disposiciones
Contenidas en la Ley Núm. 66-2014", para su trámite correspondiente.

Centro Gubernamental Roberto Sánchez Vilella
Apartado 42007, San Juan, PR 00940-2007
Tel. (787) 721.8787
www.dtop.gov.pr

facebook.com/dtop      @DTOP


AUTORIDAD DE CARRETERAS Y TRANSPORTACION

HTA_STAY0000443

ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Autoridad de Carreteras y Transportación

## HOJA DE TRÁMITE
### OFICINA DE LA DIRECTORA EJECUTIVA

INICIALES

FECHA: 15 de abril de 2016                                    4001/amo

A:
    Hon. Alejandro J. García Padilla
    Gobernador
    Estado Libre Asociado de Puerto Rico
    La Fortaleza
    San Juan, Puerto Rico

    Lcda. Ayleen Figueroa Vázquez
    Secretaria
    Cámara de Representantes
    El Capitolio
    San Juan, Puerto Rico

    Lcda. Tania Barbarossa Ortiz
    Secretaria
    Senado de Puerto Rico
    San Juan, Puerto Rico

DE:
    César M. Gandiaga Texidor
    Director Ejecutivo Auxiliar para Administración y Finanzas

ASUNTO:  **INFORME TRIMESTRAL LEY 66 DEL 1RO. DE ENERO AL 31 DE
           MARZO DE 2016 - AUTORIDAD DE CARRETERAS Y
           TRANSPORTACION**

| |
|---|
| Se incluye el informe de referencia, en su formato nuevo, según se establece en |
| la Carta Circular 126-15, recibida de la Oficina de Gerencia y Presupuesto, con fecha del 16 |
| de septiembre de 2015, titulada "Formularios para Establecer Requerimientos de Información |
| Definida, Uniforme y Comparable para Fiscalizar el Cumplimiento con las Disposiciones |
| Contenidas en la Ley Núm. 66-2014", para su trámite correspondiente. |
| |
| |
| |

Centro Gubernamental Roberto Sánchez Vilella
Apartado 42007, San Juan, PR 00940-2007
Tel. (787) 721.8787
www.dtop.gov.pr

 facebook.com/dtop         »DTOP



HTA_STAY0000444

ESTADO LIBRE ASOCIADO DE
**PUERTO RICO**
Autoridad de Carreteras y Transportación

### HOJA DE TRÁMITE
### OFICINA DE LA DIRECTORA EJECUTIVA

FECHA:    15 de abril de 2016

A:        **Hon. Alejandro J. García Padilla**
          **Gobernador**
          **Estado Libre Asociado de Puerto Rico**
          **La Fortaleza**
          **San Juan, Puerto Rico**

          **Lcda. Ayleen Figueroa Vázquez**
          **Secretaria**
          **Cámara de Representantes**
          **El Capitolio**
          **San Juan, Puerto Rico**

          **Lcda. Tania Barbarossa Ortiz**
          **Secretaria**
          **Senado de Puerto Rico**
          **San Juan, Puerto Rico**

DE:       **César M. Gandiaga Texidor**
          **Director Ejecutivo Auxiliar para Administración y Finanzas**

ASUNTO:   **INFORME TRIMESTRAL LEY 66 DEL 1RO. DE ENERO AL 31 DE**
          **MARZO DE 2016 - AUTORIDAD DE CARRETERAS Y**
          **TRANSPORTACION**

Se incluye el informe de referencia, en su formato nuevo, según se establece en
la Carta Circular 126-15, recibida de la Oficina de Gerencia y Presupuesto, con fecha del 16
de septiembre de 2015, titulada "Formularios para Establecer Requerimientos de Información
Definida, Uniforme y Comparable para Fiscalizar el Cumplimiento con las Disposiciones
Contenidas en la Ley Núm. 66-2014", para su trámite correspondiente.

Centro Gubernamental Roberto Sánchez Vilella
Apartado 42007, San Juan, PR 00940-2007
Tel. (787) 721.8787
www.dtop.gov.pr

 facebook.com/dtop        @DTOP



HTA_STAY0000445

Formulario I-66
Rev. 9-2015

Estado Libre Asociado de Puerto Rico
Ley Núm. 66 - 2014 Artículo 6



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Oficina de Gerencia y
Presupuesto

## RESUMEN DE CONTRATOS POR SERVICIOS PROFESIONALES Y SERVICIOS COMPRADOS

### PARTE I

*NOMBRE AGENCIA: AUTORIDAD DE CARRETERAS Y TRANSPORTACION*
*CÓDIGO DE LA AGENCIA: 3125*

| | AF2014 | Periodo Fiscal Anterior o Cumulativo Trimestral (según aplique) |
|---|---|---|
| *Total de Gastos Incurridos Servicios Comprados y Servicios Profesionales* | 50,247,562 | 51,981,888 |
| *Contratos excluidos de la base de comparación* | 11,991,882 | 29,539,547 |
| *Total de Base de Gastos por Servicios Otorgados* | 38,255,681 | 22,442,341 |
| Diferencia porcentual entre AF2014 y AF2016 para determinar cumplimiento de reducción de un diez por ciento (10%) | | -41% |

### PARTE II

Certifico que la información suministrada en este documento es cierta, correcta y completa.

Nombre de Jefe de Entidad o Funcionado Delegado Autorizado: **CARMEN A. VILLAR PRADOS**
Puesto: **DIRECTORA EJECUTIVA**
Fecha:

Firma

HTA_STAY0000446

| Formulario II-66 Rev. 09-2015 | Estado Libre Asociado de Puerto Rico Ley Núm. 66-2014 Artículo 7 | | AF20___ |
|---|---|---|---|
| | **AJUSTE DE TARIFAS EN SERVICIOS COMPRADOS Y PROFESIONALES** | | |
| | Ajustes a tarifa a partir del 17 de junio de 2014 | | |

**Nombre de la Agencia**

AUTORIDAD DE CARRETERAS Y TRANSPORTACION

Código de Agencia: 3125

**Parte I**

| Tipo de Servicio | Tarifa previo Ley 66 | Tarifa renegociada con posterioridad a la Ley 66 | Ahorro proyectado luego de la renegociación de las tarifas |
|---|---|---|---|
| N/A | N/A | N/A | NOTA: LOS AJUSTES EN LOS CONTRATOS SE HICIERON A BASE DE LAS CUANTIAS Y NO EN LAS TARIFAS. |
| | | | |
| | | | |
| | | | |
| | | | |

**Parte II**

**Certificación**

Certifico que la información suministrada en este documento es cierta, correcta y completa.

| Título | Nombre | | Firma | Fecha |
|---|---|---|---|---|
| Jefe de la Agencia o Funcionario Delegado Autorizado | CARMEN A. VILLAR PRADOS | DIRECTORA EJECUTIVA | *[firma]* | 13/abril/16 |

Formulario III-66
Rev. 09-2015

Estado Libre Asociado de Puerto Rico
Ley Núm. 66-2014 Artículo 8

## INFORME DE GASTO DE NÓMINA DE EMPLEADOS DE CONFIANZA

Nombre de la Entidad

Autoridad de Carreteras y Transportación

Código
3125

**PARTE I**

| | A | B | C | D |
|---|---|---|---|---|
| | | REDUCCIÓN EN EL GASTO DE NÓMINA DE CONFIANZA | | |
| | Base Comparable en el Gasto en Nómina de confianza junio 2012 | Base Comparable en el Gasto de nómina de confianza en el mes de cierre del trimestre objeto del Informe | Diferencia (A - B) | % de Diferencia (C / A) |
| | $4,078,104 | $1,552,152 | ($2,525,952) | -62% |

**PARTE II**

| Certificación | | |
|---|---|---|
| Certifico que la información suministrada en este documento es cierta, correcta y completa | | |
| Título | Nombre | Fecha |
| Jefe de Entidad de la Rama Ejecutiva o Funcionario Delegado Autorizado | *[firma]* Carmen A. Villar Prados, Directora Ejecutiva | 13/abril/16 |

HTA_STAY0000448

Formulario IV-66
Rev. 09-2015

Estado Libre Asociado de Puerto Rico
Ley Núm. 66-2014 Artículo 9

## Puestos Vacantes en el Cumulativo del Período Trimestral

| Nombre de la Entidad | Autoridad de Carreteras y Transportación | Código |
| --- | --- | --- |
| Parte I | | 3125 |

| | Puestos Vacantes | |
| --- | --- | --- |
| Número de Puesto | Descripción del Puesto | Puesto fue cubierto de forma excepcional (si o no) |
| 17900541 | TÉCNICO DE SISTEMA DE OFICINA GERENCIAL II | No |
| 17900886 | CONDUCTOR VEHÍCULO PESADO | No |
| 17901059 | ADMINISTRADOR DE SISTEMA DE OFICINA II | No |
| 17901460 | TÉCNICO DE SISTEMA DE COMUNICACIÓN | No |
| 17903063 | OFICIAL ADMINISTRATIVO III | No |
| 17903282 | DIRECTOR OFICINA DE DERECHOS CIVILES | No |
| 17903570 | AUXILIAR DE INGENIERÍA III | No |
| 17903577 | JEFE OFICINA DE AGRIMENSURA | No |
| 17903642 | TÉCNICO DE SISTEMA DE OFICINA GERENCIAL III | No |
| 17904216 | SUBDIRECTOR AREA DE ADQUISICIÓN DE PROPIEDADES | No |
| 17904258 | OFICINISTA ADMINISTRATIVO I | No |
| 17904315 | TÉCNICO DE LABORATORIO DE PRUEBA DE MATERIALES | No |

| Parte II | |
| --- | --- |
| | Certificación |
| | Certifico que la información suministrada en este documento es cierta, correcta y completa. |

| Título | Nombre | Fecha |
| --- | --- | --- |
| Jefe de la Agencia o Funcionario Delegado Autorizado | Carmen A. Villar Prados, Directora Ejecutiva | 13/ador-2/16 |

HTA_STAY0000449

Formulario V-66
Rev. 09-2015

Estado Libre Asociado de Puerto Rico
Ley Núm. 66-2014 Artículo 10

**Traslados y Destaques Administrativos**

| Nombre de la Entidad | Autoridad de Carreteras y Transportación | Código: 3125 |
|---|---|---|

Traslados y Destaques Administrativos: (TODO TRASLADO DEBERÁ CUMPLIR CON LA CARTA CIRCULAR 125-15 DONDE SE ESTABLECE LOS CRITERIOS PARA REALIZAR EL TRASLADO DE EMPLEADOS DE LA RAMA EJECUTIVA A TENOR CON LAS DISPOSICIONES DE LA LEY NÚM. 66-2014, CONOCIDA COMO "LEY ESPECIAL DE SOSTENIBILIDAD FISCAL Y OPERACIONAL DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO")

**Parte I**

| Traslados o Destaque de la Entidad | | | |
|---|---|---|---|
| Numero de Puesto | Descripción del Puesto | Agencia Receptora del Traslado | Responde a un traslado o destaque |
| 3623 | Analista de Recursos Humanos I | DTOP | Destaque |
| 0136 | Jefe de Brigada de Construcción de Carreteras | DTOP | Destaque |
| 2225 | Supervisor de Transacciones de Recursos Humanos | AAA | Destaque |
| 0070 | Ayudante de Director de Área | DTOP | Destaque |
| 0032 | Relacionista Público | Fortaleza | Destaque |
| 3169 | Ayudante del Secretario I | Comision Seguridad en el Tránsito | Destaque |

**Parte II**

| Traslados o Destaque hacia la Entidad | | | |
|---|---|---|---|
| Numero de Puesto | Descripción del Puesto | Agencia de la que proviene empleado | Responde a un traslado o destaque |
| 2105.22.2520.01 | Mabel O. Sanabria Torres | ATM | Destaque |

**Parte III**

| Certificación | | |
|---|---|---|
| Certifico que la información suministrada en este documento es cierta, correcta y completa. | | |
| Titulo | Nombre | Fecha |
| Jefe de la Agencia o Funcionado Delegado Autorizado | Carmen A. Villar Prados, Directora Ejecutiva | 13/april/16 |

Formulario VI-66
Rev. 09-2015

Estado Libre Asociado de Puerto Rico
Ley Núm. 66-2014 Artículo 11

**No Concesión de Beneficios a Empleados Unionados (en virtud al Artículo 11 de la Ley 66-2014) y Economías Logradas**

**Entidad: AUTORIDAD DE CARRETERAS Y TRANSPORTACION**

**Código: 3125**

**PARTE I**

Certifico que la Entidad NO ha concedido aumentos en beneficios económicos o compensación monetaria extraordinaria a sus empleados: (Si no aplica, continuar a Parte II A y B)

| Título | Nombre | Firma | Fecha |
|---|---|---|---|
| Jefe de la Agencia o Funcionario Delegado Autorizado | CARMEN A. VILLAR PRADOS, DIRECTORA EJECUTIVA | _(firma)_ | 13/agosto/16 |

**PARTE II (A)**

La Entidad ha logrado acuerdos que le permiten no aplicar las disposiciones contenidas en el Artículo 11 de la Ley 66-2014: Sí ___

| Descripción de Beneficios Económicos Otorgados (Según Acuerdo) | Beneficios Económicos a Otorgar ($) | Impacto del Beneficio | Economías/Ahorros Alcanzados para Sufragar Beneficios |
|---|---|---|---|
| LA ENTIDAD NO LOGRO ACUERDOS PARA APLICAR LAS DISPOSICIONES DE LA LEY 66. | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**PARTE II (B)**

**Certificación**

Certifico que la información suministrada en este documento es cierta, correcta y completa.

| Título | Nombre | Firma | Fecha |
|---|---|---|---|
| Jefe de la Agencia o Funcionario Delegado Autorizado | CARMEN A. VILLAR PRADOS, DIRECTORA EJECUTIVA | _(firma)_ | 13/agosto/16 |

Formulario VII-66
Rev. 09-2015

Estado Libre Asociado de Puerto Rico
Ley Núm. 66-2014 Artículo 21
**Prohibiciones Respecto al Uso de Escoltas, Contratación de Servicios, entre Otros**

| Entidad: AUTORIDAD DE CARRETERAS Y TRANSPORTACION | | | Código: 3125 |
|---|---|---|---|

**La Agencia ha incurrido en Gastos de Escolta:**

| Agencia incurrió en gastos de Escolta | Causa de la Excepción | Indique si medió autorización del Gobernador o la persona que este delegue | Cantidad desembolsada en el periodo cumulativo |
|---|---|---|---|
| NO | N/A | | |
| | | | $                                   - |

**La entidad ha incurrido en Gastos para el pago de Viajes:**

| Agencia incurrió en gastos de Viaje | Indique si medió autorización del Gobernador o la persona que este delegue | Cantidad desembolsada en el periodo cumulativo |
|---|---|---|
| NO | | |
| | $                              - | |

**Autorización del Gobernador para contratos de servicios profesionales o comprados en exceso de $100,000**

| | ___X___ Sí, se solicitó autorización conforme las reglamentaciones vigentes | | _____ No se solicitó autorización |
|---|---|---|---|

**La Entidad ha incurrido en Gastos para el pago de teléfonos celulares, asistentes personales (PDA's), equipo de servicio de Internet u otros servicios tecnológicos:**

| Agencia incurrió en gastos de celulares, asistentes personales, equipos de servicio de Internet u otros | Exponer de forma detallada los fundamentos para la excepción | Indique si medió autorización del Gobernador o la persona que este delegue | N/A |
|---|---|---|---|
| | N/A | | |

| Certificación | | | |
|---|---|---|---|
| Certifico que la información suministrada en este documento es cierta, correcta y completa. | | | |
| Título | Nombre | Firma | Fecha |
| Jefe de la Agencia o Funcionado Delegado Autorizado | Carmen A. Villar Prados, Directora Ejecutiva | *Calle Villador* | 12/abreil/16 |

HTA_STAY0000452

Estado Libre Asociado de Puerto Rico
Ley Núm. 66-2014 Artículo 22

| REDUCCIÓN DE GASTOS Y CONTRATOS POR CONCEPTO DE ARRENDAMIENTOS | | | | |
|---|---|---|---|---|

Formulario VIII-66

Rev. 09-2015

Nombre de la Entidad: **AUTORIDAD DE CARRETERAS Y TRANSPORTACION**                                    Código: 3125

**PARTE I**

| A | B | C | D | E |
|---|---|---|---|---|
| Gasto Arrendamiento  AF 14 | Gasto Arrendamiento durante el cumulativo de los trimestres de AF en curso | Proyección de Gastos en este concepto hasta el final del AF en curso | Gasto Proyectado Total para el AF en curso | Ahorro Proyectado Anual para el AF en curso (A – D) |
| LA ENTIDAD NO TIENE ARRENDAMIENTOS CON TERCEROS. | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | - | - |
| | | $ | - | $ | - |

**PARTE II**

| Certificación | | | |
|---|---|---|---|
| Certifico que la información suministrada en este documento es cierta, correcta y completa | | | |
| Título | Firma | | Fecha |
| Directora, Oficina de Presupuesto y Finanzas Jefe de Entidad de la Rama Ejecutiva o Funcionario Delegado Autorizado | Carmen A. Villar Prados, Directora Ejecutiva | | 13 abril l/e |

[Logo]
Commonwealth of Puerto Rico
Puerto Rico Highways and Transportation Authority


June 13, 2016


José M. Orta Valdez
Executive Director
Commission on Treasury and Public Finance
Senate of Puerto Rico
The Capitol
PO Box 9023431
San Juan, PR 00902-3431


Dear Mr. Orta,

Greetings. As requested in your letters of February 22 and May 19, 2016, please find attached the document called Request of 2016-2017 Budget Information, which contains detailed information related to the Highways and Transportation Authority.

The following documents are also attached to this message:

- Copy of the letters of February 22 and May 19, 2016
- Tables of the amounts to be paid as requested by the Property Acquisition Office and the Legal Office
- Five-year summary for the years 2012, 2013, 2014, 2015, and 2016: Ridership per public transportation system, construction projects started per year, and traffic per toll
- Contracts granted for the following quarters: July 1 to September 30, 2015; October 1 to December 31, 2015; and January 1 to March 31, 2016
- Quarterly Report of Law 66 from January 1 to March 31, 2016, as well as confirmation reports that acknolwdge its receipt in La Fortaleza, the Senate of Puerto Rico, and the House of Representatives on April 15, 2016.

Should you have any doubts or comments, please contact our office at 787-721-8787, Ext. 1022.

Sincerely,

[signature]
Carmen A. Villar Prados
Executive Director



Roberto Sánchez Vilella Government Center
PO Box 42007, San Juan, PR 00940-2007
Phone number: (787) 721.8787
www.dtop.gov.pr
facebook.com/dtop    Twitter: @DTOP

[Logo: Highways and Transportation Authority]


HTA_STAY417


**ENGLISH TRANSLATION**                                **Page 1 of 37**

I. **Recommended Budget for the Fiscal Year 2016-2017**

The consolidated budget of expenditure for the fiscal year 2016-2017 is US$523,300,000, which will be funded with US$220,000,000 from Other Income, US$153,300,000 from Own Income, and US$150,000,000 from Federal Funds. This budget has US$274,720,000 less than the past fiscal year's budget and does not require a financing component.

The budget was reduced because it does not include line items for debt servicing of the bonds issued by the resolutions of 1968 and 1998, and it includes a payment to the BGF lines of credit for US$110,000,000.

Debt servicing was not included in this budget because the debt for bonds issued by the Authority is included in the central government plan as part of the negotiation of public debt.

For the budget 2016-2017, the Authority has classified the income it receives according to three main sources: (1) own income, (2) other income, and (3) federal funds.

1) The **own income** mainly comes from toll charges and fines collection, as well as other income from the electronic toll collection system through the AutoExpreso system. In addition, it includes the fees of transportation systems under the Integrated Transportation Alternative Program (ATI): urban train, urban subway, and connection TU buses.

2) The **other income** category includes excise taxes and fees assigned to the Authority by law. These are US$9.25 from the petroleum tax, US$25 per vehicle

Roberto Sánchez Vilella Government Center
PO Box 42007, San Juan, PR 00940-2007
Phone number: (787) 721.8787
www.dtop.gov.pr
facebook.com/dtop    Twitter: @DTOP

[Logo: Highways and Transportation Authority]

**ENGLISH TRANSLATION**

Case:17-03283-LTS   Doc#:13004-29   Filed:04/30/20   Entered:04/30/20 12:38:28   Desc:
Exhibit 26   Page 41 of 76

from the vehicle license renewal fee, and US$20 million from the cigarette tax, as provided in Acts 30 and 31 of 2013.

3) The **federal funds** come from the contributions of the Federal Highway Administration (FHWA) and the Federal Transit Administration (FTA), as well as the National Highway Traffic Safety Administration (NHTSA), which is HTA's Grantee. So far, FHWA and FTA funds are received through reimbursement and are used to continue developing a safe and modern road system. NHTSA funds are received once they are incurred.

## Programs

- **Administration and Finance**
  Program Description
  It manages the operation of the Authority's assets and services, such as budgets, payments, invesments, accounting, staff recruitment, internal audits, and legal counseling.
  Budget: US$34,916,000 of own income.
  Clients
  All operational units that are part of the Authority and public in general.



- **Integrated Transportation Alternative**
  Program Description
  It includes all the activites related to the operation of an integrated public transportation system in order to provide services for the San Juan metropolitan area every day of the week (7). The program manages the urban train service, the urban train feeder buses, the Metrobús express service, and the urban subway, which provides transportation in Toa Baja and Bayamón municipalities through an exclusive road in PR-22.

HTA_STAY0000419

Recommended Budget for Fiscal Year 2016-2017
Highways and Transportation Authority
June 10, 2016
Page 3

Budget: US$80,564,000 (US$60,564,000 come from the own income category, while US$20,000,000 come from federal funds).
Clients
Over 40,000 daily passengers among the three (3) systems.

- **Construction of Road Systems**
Program Description
It manages, advises, plans, designs, and prepares the road construction projects in line with the development of the Authority's road plan. It conducts improvement plans, bridge replacement, property acquisition and road paving.
Budget: US$110,000,000 of other income, US$130,000,000 of federal funds, and US$5,000,000 of own income.
Clients
Car drivers, transporters, and public in general.

- **General Management and Administration**
Program Description
It determines the Authority's public policy. It adopts, amends, or repeals statutes to regulate affairs, and sets guidelines to manage and define the Authority's negotiations and agreements.
Budget: US$ 9,884,000 of own income.
Clients
Public in general.



- **Road Operation and Maintenance**
Program Description
It plans, manages, coordinates, and supervises the operation and maintenance of roads to keep them in good condition for the use and enjoyment of customers.

**ENGLISH TRANSLATION**

Recommended Budget for Fiscal Year 2016-2017
Highways and Transportation Authority
June 10, 2016
Page 4

In addition, it collects toll fees on the road and supervises the stations with AutoExpreso lanes.
<u>Budget</u>: US$42,936,000 of own income.
<u>Clients</u>
It assists around 18,000,000 vehicle journeys that circulate every month around the system of Highways of Puerto Rico and public in general.

**II.  <u>Funds Appropriated by Source of Funds</u>**

**a)  General Fund**

1)  Describe the budget appropriation recommended by your agency/corporation from the General Fund for Fiscal Year 2016-2017. Explain how it is similar or different compared to the budget appropriation for the current Fiscal Year 2015-2016.
*The Authority does not receive appropriations from the General Fund.*

2)  State whether the recommended budget of the General Fund for Fiscal Year 2016-2017 decreased or increased compared to the approved budget of the General Fund for Fiscal Year 2015-2016. Please justify the adjustment of the allocated funds.
*The Authority does not receive appropriations from the General Fund.*



3)  Explain if the Office of Management and Budget (OMB) made transfers, from or to its agency, which modified its budget appropriation from the General Fund during this Fiscal Year 2015-2016. Please state the amounts transferred, dates of the transfers, and their purpose.
*The authority did not receive any contributions from the General Fund for Fiscal Year 2015-2016.*

HTA_STAY0000421

Recommended Budget for Fiscal Year 2016-2017
Highways and Transportation Authority
June 10, 2016
Page 5

4) State if your budget appropriation from the General Fund was enough to pay all of your agency's fiscal responsibilites expected for this Fiscal Year 2015-2016.
*The Authority did not receive any contributions from the General Fund.*

5) State if you requested additional funds from the General Fund throughout Fiscal Year 2015-2016. If so, please include the amount, date, and purpose.
*The Authority did not request nor receive any additional contributions from the General Fund.*

6) Explain if your agency received Special Appropriations for the Recommended Budget 2015-2016. Please list the appropriations and state the following for each:
   i.   Amount appropriated
   ii.  Amount disbursed and date of disbursement.
   iii. Amount spent and date of disbursement.
   iv.  Status of the project, program, improvement, or others, and percentage of completion of the project, program, or improvement.
   v.   Please state if the Special Appropriation is granted annually. Indicate the fiscal years in which your agency/corporation has received said Special Appropriation.

*The Authority did not receive any Special Appropriations for the Recommended Budget 2015-2016.*

7) Indicate if your agency/corporation will receive Special Appropriations for this Recommended Budget 2016-2017. Explain how these appropriations are similar or different compared to the ones received in Fiscal Year 2015-2016. Please justify the adjustment in case the appropriations increased or decreased.
*The Authority does not expect to receive any Special Appropriations.*

HTA_STAY0000422

**ENGLISH TRANSLATION**

Recommended Budget for Fiscal Year 2016-2017
Highways and Transportation Authority
June 10, 2016
Page 6

**b)  Funds granted by Special Laws**

1) Indicate whether your agency/corporation manages Special Funds. Please state the Law that created them and the current balance.
*The Authority does not receive any funds granted by Special Laws.*

2) Please explain if the OMB has made transfers of said Special Funds in this Fiscal Year 2015-2016. Indicate the amount, date, and purpose of the transfer.
*The Authority does not receive any funds granted by Special Laws.*

3) Please provide a table that shows the Special Fund transfers for the past five (5) fiscal years.
*The Authority does not receive any funds granted by Special Laws.*

4) Indicate if transfers from said Special Funds are expected to be made for the Recommended Budget 2016-2017.
*The Authority does not receive any funds granted by Special Laws.*

**c)  Joint Resolutions**



1) Please indicate if your agency/corporation has been granted legislative funds for this Fiscal Year 2015-2016 under Joint Resolutions approved after the Budget 2015-2016.
*The Authority did not receive any legislative funds in this Fiscal Year 2015-2016 under Joint Resolutions.*

2) Indicate the resolution number, amount, and purpose of said appropriation.
*The Authority did not receive any legislative funds in this Fiscal Year 2015-2016 under Joint Resolutions.*

HTA_STAY0000423

**ENGLISH TRANSLATION**

Recommended Budget for Fiscal Year 2016-2017
Highways and Transportation Authority
June 10, 2016
Page 7

3) Please describe the status of the works or improvements arranged due to said legislative appropriation.
*The Authority did not receive any legislative funds in this Fiscal Year 2015-2016 under Joint Resolutions.*

**d) Federal Funds**

1) Indicate if your agency receives Federal Funds.
*Yes, the Highways and Transportation Authority received federal funds from the Federal Highway Administration (FHWA), the Federal Transit Administration (FTA), and the National Highway Traffic Safety Administration (NHTSA).*

2) How does your agency receive Federal Funds? (e.g., through reimbursement, etc.)
*The federal funds from FHWA and FTA are obtained through reimbursement of the expenses. The funds from the NHTSA are received in advance once they are incurred.*



3) Please indicate which programs are funded, either totally or partially, with Federal Funds, as well as the federal agency that grants those funds to your agency/corporation.
*The Authority uses the federal funds in its permanent improvements program. These funds come from the Federal Highway Administration (FHWA) programs under Title 23. It also receives funds from the Federal Transit Administration (FTA) for the urban train's maintenance.*
*Furthermore, the Authority, as grantee of FTA's federal funds, serves as recipient of funds that are used for the Section 5310 program, through which the municipalities acquire mass transportation vehicles (minibuses) used to*

HTA_STAY0000424

**ENGLISH TRANSLATION**

Recommended Budget for Fiscal Year 2016-2017
Highways and Transportation Authority
June 10, 2016
Page 8

*provide services in their corresponding areas. Finally, the Authority develops road safety projects that are contracted through the Commission on Transit Safety and that are funded with funds from the National Highway Transportation Safety Administration (NHTSA).*

4)  Indicate the amounts received in this Fiscal Year 2015-2016 and their corresponding state matches. Was the total of federal funds expected in your agency/corporation's budget in Fiscal Year 2015-2016 received? Was there any adjustment in the federal funds expected to be received in 2015-2016? *Federal contributions and breakdown by purpose of expenses in Fiscal Year 2015-2016:*



Figure 1

HTA_STAY0000425

Recommended Budget for Fiscal Year 2016-2017
Highways and Transportation Authority
June 10, 2016
Page 9

5) State if your agency/corporation or any of its programs are classified as high risk. If so, please justify said classification.

*None of the federal programs stated above is classified as high risk. However, we have received a preliminary report from the FTA stating that we have to strengthen our Directorate of the Integrated Transportation Alternative (ATI), which inspects the rail system and the urban train, to provide technical aid immediately. To this end, the HTA is conducting a competitive RFQ/RFP process to contract external consultants that are experts in the field, in order to obtain said capacity.*

6) Did your agency lose Federal Funds for not having justified the corresponding expenses?

*The Highways and Transportation Authority has not lost Federal Funds for not having justified the corresponding expenses.*

7) Indicate the amount of federal funds your agency/corporation needs to match the federal funds to be received throughout Fiscal Year 2016-2017. How is this amount similar or different compared to the past Fiscal Year 2015-2016? Are the required state matches considered in your Recommended Budget 2016-2017?

*The requirement of local matching for the use of federal funds for capital operation and improvements is 20%. However, since 2013, the Authority has managed to reduce the matching quantity in the new FTA's projects and Grants due to a program of toll credits that converts federal contributions in almost 100%.*

HTA_STAY0000426

**ENGLISH TRANSLATION**

Recommended Budget for Fiscal Year 2016-2017
Highways and Transportation Authority
June 10, 2016
Page 10

> *Nevertheless, for the projects in which toll credits cannot be applied yet, state matches are considered in the recommended budget for fiscal year 2016-2017.*

**e) Own Income**

1) State if your agency generates own income and specify the amount generated in this Fiscal Year 2015-2016.
*See the figure below Question 2 in this section, in which the income received (except federal funds) is detailed.*

2) How do you compare your current own income with the income obtained throughout the past five (5) fiscal years? In case it increased or decreased, please justify the adjustment.





Figure 2

> *The Authority's income decreased during this fiscal year as a result of the clawback that came into force on December 1, 2015, under Executive Order 2015 - 046.*

HTA_STAY0000427

Recommended Budget for Fiscal Year 2016-2017
Highways and Transportation Authority
June 10, 2016
Page 11

*Therefore, the HTA lost US$ 262,000,000 of regulated taxes and fees.*

3) *Did the OMB make fund transfers, from or to your agency/corporation, during this Fiscal Year 2015-2016? Please state the date, amount, and purpose.*
*The OMB did not make any fund transfers, from or to the corporation, during this Fiscal Year 2015-2016.*

### III.  Payroll

1) Indicate the amount of funds estimated for Fiscal Year 2016-2017 that correspond to payroll. What percentage does this represent of the total of your recommended budget? How do you compare the past three (3) fiscal years?



Figure 3

HTA_STAY0000428

Recommended Budget for Fiscal Year 2016-2017
Highways and Transportation Authority
June 10, 2016
Page 12

2) Explain the payroll expense of this Fiscal Year 2015-2016 by source of funds.

| PAYROLL EXPENSE BY SOURCE OF FUNDS (in thousands) | | |
|---|---|---|
| Source of Funds | Cumulative Expenses to April 30, 2016 | Estimated Expenses to June 30, 2016 | Total Payroll Expense |
| Management and Administration | $32,645 | $12,528 | $45,174 |
| Highway System | $39,393 | $7,878 | $47,271 |
| Total | $72,038 | $20,406 | $92,444 |

**Figure 4**

3) How do you compare the appropriation recommended for Fiscal Year 2016-2017 with the past three (3) fiscal years? In case it increased or decreased, please justify the adjustment.
*See the table and description of Question 1.*



4) Indicate if the amount of funds recommended for Fiscal Year 2016-2017 will be enough to pay all the payroll and benefit expenses required by your agency/corporation.
*The HTA acknowledges that all expenses and benefits are covered in this budget. However, unexpected additional expenses are not considered in the budget.*

HTA_STAY0000429

Recommended Budget for Fiscal Year 2016-2017
Highways and Transportation Authority
June 10, 2016
Page 13

5) State the total of filled and vacant positions in your agency/corporation and their classification (temporary, permanent, etc.). How do you compare them with Fiscal Year 2015-2016?
*The comparison between both fiscal years to December 31 is explained below.*



**Figure 5**

*There are 64 authorized positions of trust, and the Authority has operated with 35 to 38 fewer positions.*

6) Provide the list of your agency's current Professional Contracts for Fiscal Year 2015-2016, and indicate their period of validity, amount, and purpose. (If the list is too long, you can provide it in a CD or USB flash drive.)
*The professional contracts for Fiscal Year 2015-2016 total US$22,442,341. The lists of the HTA's current Professional Contracts for Fiscal Year 2015-2016 are attached to this document.*

## IV. Debts Receivable

1) Indicate the total of your agency/corporation's debts receivable for this Fiscal Year 2015-2016.
*The HTA's total of debts receivable for this Fiscal Year 2015-2016 to April 30, 2016, is US$67,946,432, out of which US$61,566,586 are classified as uncollectible.*

HTA_STAY0000430

ENGLISH TRANSLATION

Recommended Budget for Fiscal Year 2016-2017
Highways and Transportation Authority
June 10, 2016
Page 14

2) Out of the total, indicate the amount that corresponds to instrumentalities of the Commonwealth of Puerto Rico. Please list them.
*Out of the HTA's total of debts receivable, the amount that corresponds to instrumentalities of the Commonwealth of Puerto Rico is approximately US$50,000,000.*

3) How do you compare the total of debts receivable of this Fiscal Year 2015-2016 to the past Fiscal Year 2014-2015?
*To the same date, after deducting uncollectible debts, the debts receivable total US$17,279,006.*

**V.** **Debts Payable**

1) Indicate the total of your agency/corporation's debts payable for this Fiscal Year 2015-2016.
*The HTA's total of debts payable expected by the end of Fiscal Year 2015-2016, to June 30, 2016, is US$112,329,000. This does not include any sentences with payment plans.*



2) Out of the total, indicate the amount that corresponds to instrumentalities of the Commonwealth of Puerto Rico. Please list them.
*Out of the HTA's total of debts payable, the amount estimated to June 30, 2016, which corresponds to instrumentalities of the Commonwealth of Puerto Rico, is approximately US$50,009,000.*

3) How do you compare the total of debts payable of this Fiscal Year 2015-2016 with the past Fiscal Year 2014-2015?
*To the same date of March 31, 2015, the amount of debts payable total US$120,656,682*

HTA_STAY0000431.

Recommended Budget for Fiscal Year 2016-2017
Highways and Transportation Authority
June 10, 2016
Page 15

4) List the final sentences against your agency/corporation, including the amounts and due dates to comply with them.
*The final sentences against the Authority total around US$74 million, and they are scheduled in payment plans that end in fiscal year 2019.*

**(See Appendix: Disbursements due to Claims to March 2016)**

## VI.   Generated Savings

1) List all the actions your agency has taken to comply with provisions of Law No. 66-2014.
*A savings goal was set out, which included a reduction in salary of the positions of trust, the Christmas bonus and license, incentive, and differential payments, allowed by law. Also, there was a reduction in the contracts of professional services in accordance with the law.*

2) Indicate the savings generated for each of the measures taken. Please state the specific amounts.

*a/p*

| Measures and Savings to March 31, 2016 | Savings |
|---|---|
| Reduction in Professional Services Contracts | $15,813,340 |
| Reduction in Payroll Expenses for Trust Employees | $2,525,952 |
| Postponement in the increase of economic benefits and extraordinary economic compensations. (Collective agreements and clauses extended to the management staff) | $5,270,000 |
| TOTAL | $23,609,292 |

**Figure 6**

3) Explain any other action your agency has taken this Fiscal Year 2015-2016 in order to generate savings in your agency/corporation.

HTA_STAY0000432

**ENGLISH TRANSLATION**

Recommended Budget for Fiscal Year 2016-2017
Highways and Transportation Authority
June 10, 2016
Page 16

*During Fiscal Year 2015-2016, the HTA generated savings in three important areas: around US$9 million in the Autoexpreso electronic toll collection system operator annually, around US$3 million in the First Transit private bus operator annually, and around US$2 million in energy consumption savings.*

4) List the goals your agency has for next Fiscal Year 2016-2017 regarding the implementation of savings measures.
*During fiscal year 2015-2016, we completed a competitive process for the Urban Train system operator, which promises to save millions for the next 15 years.*

5) Please describe the agreements you have reached with union employees or the ones you have generated regarding both economic and non-economic clauses in compliance with Law 66-2014.
*We did not reach any agreement with the representatives of the union employees.*

**VII.    Programmatic Areas**

1) List and discuss, in general terms, the programs your agency manages, as well as their goals for this Fiscal Year 2015-2016 compared to the achievements made.
*The programs are detailed in the first part of this report, while the achievements are described in the prepared statement.*

2) Indicate the type of impacted population (elderly people, women, children, etc.), village, or sector, as well as the number of people assisted, if applicable.
*We have included a table that shows the usage of the transportation systems and the projects started in the last five calendar years.*

HTA_STAY0000433

Recommended Budget for Fiscal Year 2016-2017
Highways and Transportation Authority
June 10, 2016
Page 17

3) List the goals your agency has for the next Fiscal Year 2016-2017 in programmatic terms.

1. ***Road Safety:*** *The Highways and Transportation Authority is comitted to road safety. This is supported by the signing of the Memorandum of Understanding between DTPW, HTA, Puerto Rico Police Deparment, and FHWA. As part of the Strategic Highway Safety Plan project, this agreement is important as it guarantees US$30 million of federal funds to be invested in measures that will improve safety on the road. The purpose of this plan is to reduce fatalities and create safer roads in the country.*

2. *To continue with the implementation of the federal program of HTA's permanent improvements, which collects around US$130 million for infrastructure annually. Because of the efforts made to **maximize the use of federal funds**, some roads will be rehabilitated; for instance, PR-10, which has lacked maintenance and improvements for more than a decade.*

3. ***Dynamic Toll Lane*** *(DTL) from Caguas to San Juan: We will begin the construction works of an exclusive lane between PR-18 and PR-52 from Caguas to San Juan, which will relieve traffic congestion and generate additional income for HTA. The construction will be completed in stages and will be funded with general funds from the HTA's capital improvements plan.*

4. *Provide **technical capacity** to inspect the operator of the  Urban Train system: A RFQ/RFP process will be conducted, and its contract is appproved to be funded  with  FTA's  federal  funds. Having qualified personnel that complements the Directorate of ITA's  staff will allow us to generate savings in the system's operation and maintenance.*

5. *As part of the actions to be taken, as described in Section III of the Agreement of Understanding signed by the Commonwealth of Puerto*

HTA_STAY0000434

**ENGLISH TRANSLATION**

Recommended Budget for Fiscal Year 2016-2017
Highways and Transportation Authority
June 10, 2016
Page 18

Rico (through the Department of Transportation and Public Works) and the Federal Transportation Deparment last February, a company will be hired to evaluate all the existing processes of HTA, in order to **find efficiencies, maximize resources, and accelerate processes** within the construction program and the Agency.

6. HTA developed four RFQ/RFP to **optimize and replace the HTA's existing technology** in order to generate savings and create efficiencies.

*ap*

HTA_STAY0000435

**ENGLISH TRANSLATION**                                   **Page 19 of 37**

Highways and Transportation Authority
PROPERTY ACQUISITION AREA

Disbursements due to Claims
Property Acquisition Area - Legal Office

Updated:          3/31/2016

| # | P/I | KEF | AC | Total amount |
|---|-----|-----|-----|--------------|
| | P/I | KEF | | |
| 3 | Sucn Fernández Garzot | 1992-0040 | 003038 | 2,500,000 |
| 5 | Gabriel Reyes Albandos | 2003-0400 | 918702 | 3,544,362 |
| 10 | Finca Matilde | 2004-0377 | 200219 | 3,084,517 |
| 18 | Alrod SE | 2006-5201 | 019927 | 2,116,345 |
| 42 | Jose Hernandez Castrodad | 2011-0355 | 003403 | 1,834,458 |
| 50 | Las Haciendas SE | 2008-0056 | 006611 | 3,000,000 |
| 52 | Sucn Cruz Carrasquillo | 2010-0521 | 006611 | 683,023 |
| 53 | MT Inv. SE | 2010-0526 | 006611 | 561,200 |
| 54 | Sucn Oscar Nevarez | 2011-0274 | 224187 | 1,679,720 |
| 59 | Cemex | 2003-0127 | 000910 | 890,000 |
| 70 | Deborah Homes | 2011-0019 | 006611 | 334,000 |
| 79 | Fiori Virella | 2004-1202 | 200215 | 10,000,000 |
| 81 | José Binet | 2003-0122 | 200213 | 871,620 |
| 82 | Jose D. Rodriguez | 2012-0354 | 014614 | 1,000 |
| 92 | Sucn. Manuel Acevedo | 2004-0144 | 100054 | 40,635 |
| 93 | Cianela Diaz | 2011-0393 | 017739 | 6,000 |
| 94 | José Collazo | 2005-0084 | 000079 | 111,505 |
| 95 | Roberto A. Gonzalez Seijo | 2012-0133 | 801271 | 4,045 |
| 95 | Manuel Acevedo | 2004-0148 | 100054 | 102,867 |
| 96 | Sucn. Rexach | 2001-0338 | 000079 | 2,814 |
| 97 | Citizens Renovation | 2001-0335 | 000079 | 178,172 |
| 97 | Citizens Renovation | 2001-0272 | 000079 | 2,941,391 |
| 98 | Monjas | KAC2010-1332 | | 1,274,000 |
| 99 | Julio Domingo Silva | 2012-0019 | 010252 | 134,245 |
| | | | | |
| | South Parcel | | | 16,022,439 |
| | Total | | | $51,918,358 |

6/7/2016

Highways and Transportation Authority
LEGAL OFFICE

| P/I | KEF | AC | Code | Total amount | Pending balance |
|-----|-----|-----|------|--------------|-----------------|
| Case | #Kso | | | | |
| Jose Carro | KAC-2012-0556 | | P | 6,000,000 | 3,666,688 |
| Thomas Yaegers | KAC-1995-1261 | | P | 774,494 | 236,654 |
| Thomas Yaegers | KAC-1995-1261 (2) | | P | 783,341 | 239,349 |
| LPCD | KCD-2008-1803 | | P | 5,200,000 | 1,233,330 |
| Tamrio | KAC-2010-1175 | | P | 1,500,004 | 333,336 |
| Innovative Transport | PO 90863 | | P | 514,284 | 342,856 |
| JJMR/United Surety & Indemnity | KAC-2003-6328 | | P | 3,500,000 | 200,000 |
| Tamrio | KAC-2006-6188 | | P | 1,300,000 | 1,300,000 |
| Harrileen Mendez Colon | A2CI-2006-0481 | | P | 100,000 | 100,000 |
| Maria J. Haddock | KPE-2011-3628 | | P | 112,500 | 112,500 |
| | | | | | |
| | | | | | |
| Maritza Villeta Matos | GDP-2003-0299 | | PS | 150,000 | 150,000 |
| Luis Rubí Gonzalez | DDp-20011-0850 | | PS | 285,538 | 285,538 |
| Ramon de Jesus | GDP-1999-0091 | | PS | 181,000 | 181,000 |
| Toledo & Toledo | | | PS | 121,805 | 121,805 |
| Unique Builders | KCD 2009-0649 | | PS | 547,325 | 547,325 |
| Kanoso Auto Sale | ISCI-2010-00072 | | PS | 301,904 | 301,904 |
| Empresas Alvarez | KAC-2002-7666 | | PS | 250,000 | 250,000 |
| Jesus Marrero Navarro | EDP-2012-0330 | | PS | 10,000 | 10,000 |
| Sandra Rivera Ponce de Leon | KDP-2006-0386 | | PS | 75,000 | 75,000 |
| L. Reyes Contractor | KAC-2012-0981 | | PS | 100,000 | 100,000 |
| Antonio Fuentes y Otros | JAC-20012-0316 | | PS | 224,814 | 224,814 |
| Iris Velez Soto | DDP1999-0864 | | PS | 250,000 | 250,000 |
| | | | | | |
| | | | | 22,282,008 | 10,262,099 |

6/7/2016

HTA_STAY0000436

[ORIGINAL PAGE IN ENGLISH]

HTA_STAY0000437

[Logo: Highways and Transportation Authority]

**GRANTED CONTRACTS**
**7/1/2015 to 9/30/2015**

**Results of the Search by Entities:**
**Puerto Rico Highways and Transportation Authority**

| Contract | Amend. | Date of grant | Effective from | Effective until | Amount | Contractor | Service category | Service type |
|---|---|---|---|---|---|---|---|---|
| 2016-000021 | | 7/10/2015 | 7/10/2015 | 1/26/2016 | $579,818.00 | Kimley-Horm Puerto Rico LLC | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2016-000022 | | 7/10/2015 | 7/10/2015 | 1/26/2016 | $525,572.00 | Kimley-Horm Puerto Rico LLC | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2016-000023 | A | 9/9/2015 | 9/9/2015 | 6/30/2016 | $10,000.00 | Crespo & Rodríguez Inc. | PROFESSIONAL SERVICES | LEGAL SERVICES |
| 2016-000023 | | 7/13/2015 | 7/13/2015 | 6/30/2016 | $10,000.00 | Crespo & Rodríguez Inc. | PROFESSIONAL SERVICES | LEGAL SERVICES |
| 2016-000024 | | 7/17/2015 | 7/17/2015 | 6/30/2016 | $38,889.00 | EVERTEC Group LLC | SERVICES RELATED TO INFORMATION SYSTEMS | SERVICES RELATED TO DATA PROCESSING |
| 2016-000025 | | 7/20/2015 | 7/20/2015 | 6/30/2016 | $30,568.06 | Interboro Systems Corporation | SERVICES RELATED TO INFORMATION SYSTEMS | SERVICES RELATED TO DATA PROCESSING |
| 2016-000026 | | 7/20/2015 | 7/20/2015 | 6/30/2016 | $34,510.00 | Interboro Systems Corporation | NON-PERSONAL MISCELLANEOUS SERVICES | EQUIPMENT MAINTENANCE SERVICES |
| 2016-000027 | | 7/20/2015 | 7/20/2015 | 6/30/2016 | $150,000.00 | NILSA M. COLON DE REYES | PROFESSIONAL SERVICES | LEGAL SERVICES |
| 2016-000029 | | 7/20/2015 | 7/20/2015 | 6/30/2016 | $24,000.00 | RADIO REDENTOR INC. | PURCHASE OR RENTAL OF REAL ESTATE | VENUE |
| 2016-000030 | | 7/27/2015 | 7/27/2015 | 7/26/2017 | $518,132.44 | ATKINS CARIBE LLP | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2016-000031 | | 7/27/2015 | 7/27/2015 | 11/30/2015 | $43,200.00 | HUGO DIAZ MOLINI | PROFESSIONAL SERVICES | ACCOUNTING SERVICES |
| 2016-000032 | | 7/27/2015 | 7/27/2015 | 6/30/2016 | $25,000.00 | Ms. Anibelle Sloan Altieri | PROFESSIONAL SERVICES | LEGAL SERVICES |
| 2016-000033 | | 7/30/2015 | 8/3/2015 | 9/30/2015 | $92,785.50 | Leaseway of Puerto Rico Inc. | PURCHASE AND RENTAL OF EQUIPMENT/VEHICLES AND OTHERS | VEHICLES |
| 2016-000035 | | 7/17/2015 | 7/17/2015 | 5/12/2016 | $132,156.25 | GERMÁN TORRES BERRÍOS D/B/A GERMÁN TORRES BERRÍOS | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2016-000036 | | 7/31/2015 | 7/31/2015 | 6/30/2016 | $940,340.00 | Barrett Hale & Alamo LLC | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2016-000037 | | 7/31/2015 | 7/31/2015 | 6/30/2016 | $850,000.00 | Barrett Hale & Alamo LLC | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2016-000038 | | 8/3/2015 | 8/3/2015 | 6/30/2016 | $399,968.00 | BEHAR-YBARRA & ASSOCIATES LLP | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2016-000039 | | 8/4/2015 | 8/4/2015 | 6/30/2016 | $25,000.00 | Mr. Guillermo Mojica Maldonado | PROFESSIONAL SERVICES | LEGAL SERVICES |
| 2016-000040 | | 8/4/2015 | 8/4/2015 | 6/30/2016 | $30,000.00 | APPLIED RESEARCH INC. | PROFESSIONAL SERVICES | SERVICES OF ECONOMISTS |
| 2016-000041 | | 8/4/2015 | 8/4/2015 | 6/30/2016 | $10,000.00 | APPLIED RESEARCH INC. | PROFESSIONAL SERVICES | SERVICES OF ECONOMISTS |
| 2016-000042 | | 8/4/2015 | 8/4/2015 | 6/30/2016 | $120,000.00 | José A. Valenzuela Fuentes CPA | PROFESSIONAL SERVICES | ACCOUNTING SERVICES |
| 2016-000044 | | 8/10/2015 | 8/10/2015 | 6/30/2016 | $56,160.00 | JOSE MENDEZ RODRIGUEZ | NON-PERSONAL MISCELLANEOUS SERVICES | MAINTENANCE SERVICES |
| 2016-000045 | | 8/4/2015 | 8/4/2015 | 6/30/2016 | $1,800.00 | Puerto Rico Telephone Company d/b/a Claro | PURCHASE AND RENTAL OF EQUIPMENT/VEHICLES AND OTHERS | OFFICE EQUIPMENT |
| 2016-000046 | | 8/12/2015 | 8/12/2015 | 8/12/2017 | $136,800.00 | CC1 Limited Partnership dba Coca Cola Puerto Rico | PURCHASE AND RENTAL OF EQUIPMENT/VEHICLES AND OTHERS | VENDING MACHINES |
| 2016-000048 | | 8/17/2015 | 8/17/2015 | 6/30/2016 | $72,960.00 | FUSIONWORKS INC. | SERVICES RELATED TO INFORMATION SYSTEMS | SERVICES RELATED TO DATA PROCESSING |
| 2016-000049 | | 8/17/2015 | 8/17/2015 | 6/30/2016 | $140,000.00 | Pedro J. Dávila Colón Professional Land Surveyors | TECHNICAL SERVICES | SURVEYING SERVICES |

HTA_STAY0000438

**ENGLISH TRANSLATION**

[Logo: Highways and Transportation Authority]

**GRANTED CONTRACTS**
**7/1/2015 to 9/30/2015**

**Results of the Search by Entities:**
**Puerto Rico Highways and Transportation Authority**

| Contract | Amend. | Date of grant | Effective from | Effective until | Amount | Contractor | Service category | Service type |
|----------|--------|---------------|----------------|-----------------|--------|-----------|------------------|--------------|
| 2015-000054 | C | 9/29/2015 | 9/29/2015 | 6/30/2016 | $0.00 | Juan O. Virella Sánchez P.E. | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2015-000102 | B | 9/28/2015 | 9/28/2015 | 6/30/2016 | $0.00 | FUSIONWORKS INC. | SERVICES RELATED TO INFORMATION SYSTEMS | SERVICES RELATED TO DATA PROCESSING |
| 2015-000111 | B | 9/28/2015 | 9/28/2015 | 6/30/2016 | $0.00 | FUSIONWORKS INC. | SERVICES RELATED TO INFORMATION SYSTEMS | SERVICES RELATED TO DATA PROCESSING |
| 2015-000115 | B | 9/29/2015 | 9/29/2015 | 12/31/2015 | $0.00 | CSA ARCHITECTS & ENGINEERS LLP | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2015-000117 | A | 8/31/2015 | 8/31/2015 | 3/30/2017 | $11,940.00 | NUSTREAM COMMUNICATIONS INC. | NON-PERSONAL MISCELLANEOUS SERVICES | TELECOMMUNICATION SERVICES |
| 2015-000130 | A | 9/16/2015 | 9/17/2015 | 3/15/2016 | $0.00 | Torres-Rosa Consulting Engineers | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2015-000131 | A | 8/17/2015 | 8/17/2015 | 2/14/2016 | $0.00 | Torres-Rosa Consulting Engineers | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2015-000155 | A | 9/2/2015 | 9/2/2015 | 5/21/2016 | $130,681.90 | URS CARIBE LLP | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2016-000003 | | 7/1/2015 | 7/1/2015 | 12/31/2015 | $64,000.00 | Aquatech Industrial Inc. | NON-PERSONAL MISCELLANEOUS SERVICES | EQUIPMENT MAINTENANCE SERVICES |
| 2016-000004 | | 7/1/2015 | 7/1/2015 | 6/30/2016 | $200,000.00 | FACCIO & PABÓN-ROCA COUNSELLORS AT LAW | PROFESSIONAL SERVICES | LEGAL SERVICES |
| 2016-000005 | A | 9/4/2015 | 9/4/2015 | 4/30/2016 | $0.00 | GENESIS SECURITY SERVICES INC. | NON-PERSONAL MISCELLANEOUS SERVICES | SURVEILLANCE SERVICES |
| 2016-000005 | | 7/1/2015 | 7/1/2015 | 9/24/2015 | $1,546,092.48 | GENESIS SECURITY SERVICES INC. | NON-PERSONAL MISCELLANEOUS SERVICES | SURVEILLANCE SERVICES |
| 2016-000006 | | 7/1/2015 | 7/1/2015 | 6/30/2016 | $35,000.00 | JORGE L ACEVEDO ANDINO | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2016-000007 | | 7/1/2015 | 7/1/2015 | 6/30/2016 | $72,000.00 | Luis G. Santos Figueroa | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2016-000008 | | 7/1/2015 | 7/1/2015 | 9/30/2017 | $337,027.00 | MANAGEMENT & TECHNICAL CONSULTING GROUP INC. | TECHNICAL SERVICES | SERVICES OF STATISTICIANS |
| 2016-000009 | | 7/1/2015 | 7/1/2015 | 6/30/2016 | $17,400.00 | Microjuris.com Inc. | PROFESSIONAL SERVICES | LEGAL SERVICES |
| 2016-000010 | | 7/1/2015 | 7/1/2015 | 6/30/2016 | $300,000.00 | Puerto Rico Legal Advocates PSC | PROFESSIONAL SERVICES | LEGAL SERVICES |
| 2016-000011 | | 7/1/2015 | 7/1/2015 | 6/30/2016 | $350,000.00 | Quiñones & Arbona PSC | PROFESSIONAL SERVICES | LEGAL SERVICES |
| 2016-000012 | | 7/1/2015 | 7/1/2015 | 11/10/2015 | $614,000.00 | Total Petroleum Puerto Rico Corp | NON-PERSONAL MISCELLANEOUS SERVICES | TRANSPORTATION SERVICES |
| 2016-000014 | | 7/3/2015 | 7/3/2015 | 12/31/2015 | $94,500.00 | CMA ARCHITECTS & ENGINEERS LLP | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2016-000015 | | 7/3/2015 | 7/3/2015 | 6/30/2016 | $720,000.00 | INTEGRATED CONSULTANTS & LEGAL ADVISORS LLC | PROFESSIONAL SERVICES | LEGAL SERVICES |
| 2016-000016 | | 7/9/2015 | 7/9/2015 | 6/30/2016 | $70,000.00 | FRANCISCO A. RIVERA RIVERA | TECHNICAL SERVICES | VALUATION SERVICES |
| 2016-000017 | | 7/9/2015 | 7/9/2015 | 11/15/2015 | $1,492,104.00 | Mangual's Office Cleaning Service Inc. | NON-PERSONAL MISCELLANEOUS SERVICES | MAINTENANCE SERVICES |
| 2016-000018 | | 7/9/2015 | 7/9/2015 | 6/30/2016 | $75,000.00 | Soria LLC | PROFESSIONAL SERVICES | ACCOUNTING SERVICES |
| 2016-000019 | | 7/10/2015 | 7/10/2015 | 6/30/2016 | $864,000.00 | Caribbean Project Management PC | CONSULTING SERVICES | ADMINISTRATIVE CONSULTING |
| 2016-000020 | | 7/10/2015 | 7/10/2015 | 1/26/2016 | $225,382.70 | Germán Torres Berrios | PROFESSIONAL SERVICES | ENGINEERING SERVICES |

Page 1 of 3

HTA_STAY0000439

[Logo: Highways and Transportation Authority]

**GRANTED CONTRACTS**
**7/1/2015 to 9/30/2015**

**Results of the Search by Entities:**
**Puerto Rico Highways and Transportation Authority**

| Contract | Amend. | Date of grant | Effective from | Effective until | Amount | Contractor | Service category | Service type |
|---|---|---|---|---|---|---|---|---|
| 2016-000051 | | 8/25/2015 | 8/25/2015 | 6/30/2016 | $100,000.00 | DAVID MORENO VAZQUEZ | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2016-000052 | | 8/25/2015 | 8/25/2015 | 6/30/2016 | $150,000.00 | FEF Consultores CSP. | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2016-000053 | | 8/25/2015 | 8/25/2015 | 6/30/2016 | $490,000.00 | INGENIAR ENGINEERING SOLUTIONS PSC | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2016-000054 | | 9/2/2015 | 9/2/2015 | 6/30/2016 | $7,500.00 | Universidad Interamericana de Puerto Rico Inc. | CONSULTING SERVICES | ADMINISTRATIVE CONSULTING |
| 2016-000055 | | 9/2/2015 | 9/2/2015 | 4/29/2016 | $700,000.00 | URS CARIBE LLP | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2016-000056 | | 9/4/2015 | 9/4/2015 | 6/30/2016 | $25,000.00 | LUGO TORO LAW OFFICES PSC | PROFESSIONAL SERVICES | LEGAL SERVICES |
| 2016-000057 | | 9/9/2015 | 9/9/2015 | 6/30/2016 | $20,000.00 | Crespo & Rodriguez Inc. | NON-PERSONAL MISCELLANEOUS SERVICES | TRANSLATION SERVICES |
| 2016-000059 | | 9/16/2015 | 9/16/2015 | 6/30/2016 | $8,400.00 | DAVID RHOE | TECHNICAL SERVICES | NON-MEDICAL LAB SERVICES |
| 2016-000060 | | 9/16/2015 | 9/16/2015 | 6/30/2016 | $100,000.00 | JACQUELINE LOPEZ MELENDEZ | PROFESSIONAL SERVICES | ARCHAEOLOGY SERVICES |
| 2016-000061 | | 9/16/2015 | 9/16/2015 | 6/30/2016 | $66,000.00 | María Teresa Jimenez Pla | CONSULTING SERVICES | CONSULTING RELATED TO DATA PROCESSING |
| 2016-000065 | | 9/29/2015 | 9/29/2015 | 6/30/2016 | $49,658.00 | CSA ARCHITECTS & ENGINEERS LLP | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2016-000066 | | 9/29/2015 | 9/29/2015 | 6/30/2016 | $48,836.00 | CSA ARCHITECTS & ENGINEERS LLP | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2016-000067 | | 9/29/2015 | 9/29/2015 | 6/30/2016 | $95,030.00 | DE ANGEL & COMPANIA CPA CSP | PROFESSIONAL SERVICES | ACCOUNTING SERVICES |
| 2016-000068 | | 9/29/2015 | 9/29/2015 | 6/30/2016 | $8,100.00 | Refri-Air Specialists Corp. | NON-PERSONAL MISCELLANEOUS SERVICES | A/C MAINTENANCE AND REPAIR SERVICES |

$14,435,311.33

Page 3 of 3

HTA_STAY0000440

**ENGLISH TRANSLATION**

**GRANTED CONTRACTS**
**10/1/2015 to 12/31/2015**

[Logo: dtop CARRETERAS]

**Results of the Search by Entities:**
**3125 | Puerto Rico Highways and Transportation Authority**

| Contract | Amend. | Date of grant | Effective from | Effective until | Amount | Contractor | Service category | Service type |
|---|---|---|---|---|---|---|---|---|
| 2015-000007 | F | 10/6/2015 | 10/6/2015 | 4/5/2016 | $0.00 | CONSTRUCTORA HARTMANN S.E. | NON-PERSONAL MISCELLANEOUS SERVICES | SURVEILLANCE SERVICES |
| 2015-000092 | A | 10/28/2015 | 10/28/2015 | 7/1/2019 | $0.00 | AUTOPISTAS METROPOLITANAS DE PUERTO RICO LLC | SERVICES RELATED TO INFORMATION SYSTEMS | SERVICES RELATED TO DATA PROCESSING |
| 2015-000092 | A | 10/28/2015 | 10/28/2015 | 7/1/2019 | $0.00 | Gila LLC | SERVICES RELATED TO INFORMATION SYSTEMS | SERVICES RELATED TO DATA PROCESSING |
| 2015-000146 | A | 10/30/2015 | 10/31/2015 | 2/28/2016 | $0.00 | CHM INGENIEROS CSP. | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2015-000147 | A | 12/29/2015 | 12/29/2015 | 6/30/2016 | $0.00 | Barrett Hale & Alamo LLC | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2015-000152 | A | 11/9/2015 | 11/9/2015 | 5/7/2016 | $1,680.00 | INTEGRA DESIGN GROUP ARCHITECTS & ENGINEERS PSC | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2016-000003 | A | 12/30/2015 | 12/30/2015 | 2/29/2016 | $19,000.00 | Aquatech Industrial Inc. | NON-PERSONAL MISCELLANEOUS SERVICES | EQUIPMENT MAINTENANCE SERVICES |
| 2016-000019 | A | 12/24/2015 | 12/24/2015 | 6/30/2016 | $500,000.00 | Caribbean Project Management PC | CONSULTING SERVICES | ADMINISTRATIVE CONSULTING |
| 2016-000071 | | 10/28/2015 | 10/28/2015 | 6/30/2016 | $57,700.00 | Caribbean Controls Group Inc. | NON-PERSONAL MISCELLANEOUS SERVICES | EQUIPMENT MAINTENANCE SERVICES |
| 2016-000072 | | 10/28/2015 | 10/28/2015 | 6/30/2016 | $100,000.00 | CMA ARCHITECTS & ENGINEERS LLP | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2016-000073 | | 10/28/2015 | 10/28/2015 | 6/30/2016 | $473,945.92 | CMA ARCHITECTS & ENGINEERS LLP | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2016-000074 | | 10/28/2015 | 10/28/2015 | 6/24/2016 | $691,257.13 | CSA ARCHITECTS AND ENGINEERS LLP | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2016-000075 | | 10/28/2015 | 10/28/2015 | 6/30/2016 | $138,293.00 | CSA ARCHITECTS AND ENGINEERS LLP | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2016-000076 | | 10/28/2015 | 10/28/2015 | 4/25/2016 | $122,676.00 | Integra Design Group PSC | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2016-000077 | | 10/28/2015 | 10/28/2015 | 11/1/2016 | $200,539.00 | KLEIN ENGINEERING PSC | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2016-000078 | | 11/20/2015 | 11/20/2015 | 6/30/2016 | $44,480.00 | CMA ARCHITECTS & ENGINEERS LLP | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2016-000079 | | 11/20/2015 | 11/20/2015 | 6/30/2016 | $6,000.00 | Iglesias Vázquez & Associates Ingenieros PSC | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2016-000081 | | 12/1/2015 | 12/1/2015 | 5/15/2016 | $1,889,472.00 | Mangual's Office Cleaning Service Inc. | NON-PERSONAL MISCELLANEOUS SERVICES | MAINTENANCE SERVICES |
| 2016-000082 | | 12/1/2015 | 12/1/2015 | 6/30/2016 | $100,000.00 | Sharon Meléndez Ortíz | PROFESSIONAL SERVICES | ARCHAEOLOGY SERVICES |
| 2016-000083 | | 12/17/2015 | 12/17/2015 | 6/30/2016 | $277,900.00 | Total Petroleum Puerto Rico Corp | NON-PERSONAL MISCELLANEOUS SERVICES | TRANSPORTATION SERVICES |
| 2016-000084 | | 12/17/2015 | 12/17/2015 | 6/30/2016 | $220,000.00 | Asociación Puertorriqueña del Concreto Inc. | EDUCATION/TRAINING AND ORIENTATION SERVICES | TRAINING SERVICES |
| 2016-000085 | | 12/17/2015 | 12/17/2015 | 6/30/2016 | $2,766.40 | Infokeepers of Puerto Rico Inc. | SERVICES RELATED TO INFORMATION SYSTEMS | SERVICES RELATED TO INFORMATION SYSTEMS |
| 2016-000089 | | 12/28/2015 | 12/28/2015 | 6/25/2016 | $80,617.00 | JR+JD Structural Engineers PSC | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2016-000092 | | 12/30/2015 | 12/30/2015 | 6/27/2016 | $225,774.00 | CSA ARCHITECTS & ENGINEERS LLP | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2016-000093 | | 12/30/2015 | 12/30/2015 | 12/29/2016 | $532,931.50 | Juan O. Virella Sánchez | PROFESSIONAL SERVICES | ENGINEERING SERVICES |

$ 5,685,031.95

HTA_STAY0000441

**ENGLISH TRANSLATION**

**GRANTED CONTRACTS**
**1/1/2016 to 3/31/2016**

[Logo: dtop CARRETERAS]

**Results of the Search by Entities:**
**3125 | Puerto Rico Highways and Transportation Authority**

| Contract No. | Amend. | Contractor | Date of grant | Effective from | Effective until | Amount | Service category | Service type |
|---|---|---|---|---|---|---|---|---|
| 2015-000093 | C | FAGAN CONSULTING, LLC | 1/25/2016 | 1/25/2016 | 6/30/2016 | $399,700.00 | CONSULTING SERVICES | ADMINISTRATIVE SERVICES |
| 2015-000127 | A | Juan O. Virella Sánchez | 2/18/2016 | 2/18/2016 | 6/30/2016 | $0.00 | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2015-000128 | A | Juan O. Virella Sánchez | 2/18/2016 | 2/18/2016 | 6/30/2016 | $0.00 | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2015-000130 | B | Torres-Rosa Consulting Engineers | 3/14/2016 | 3/14/2016 | 6/30/2016 | $0.00 | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2015-000131 | B | Torres-Rosa Consulting Engineers | 2/12/2016 | 2/12/2016 | 6/30/2016 | $0.00 | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2015-000146 | B | CHM INGENIEROS, CSP. | 2/26/2016 | 2/26/2016 | 6/30/2016 | $0.00 | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2015-000148 | A | CHM Ingenieros y Arquitectos, CSP | 2/22/2016 | 2/22/2016 | 6/30/2016 | $0.00 | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2015-000149 | A | KLEIN ENGINEERING, PSC | 2/25/2016 | 2/25/2016 | 6/30/2016 | $0.00 | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2016-000011 | A | Quiñones & Arbona, PSC | 1/28/2016 | 1/28/2016 | 6/30/2016 | $300,000.00 | PROFESSIONAL SERVICES | LEGAL SERVICES |
| 2016-000018 | A | Soria, LLC | 1/25/2016 | 1/25/2016 | 6/30/2016 | $95,000.00 | PROFESSIONAL SERVICES | ACCOUNTING SERVICES |
| 2016-000020 | A | Germán Torres Berrios | 1/22/2016 | 1/22/2016 | 6/30/2016 | $0.00 | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2016-000021 | A | Kimley-Horm Puerto Rico, LLC | 1/25/2016 | 1/25/2016 | 6/30/2016 | $0.00 | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2016-000022 | A | Kimley-Horm Puerto Rico, LLC | 1/25/2016 | 1/25/2016 | 6/30/2016 | -$16,000.00 | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2016-000044 | A | JOSE MENDEZ RODRIGUEZ | 2/18/2016 | 2/18/2016 | 6/30/2016 | $33,840.00 | NON-PERSONAL MISCELLANEOUS SERVICES | MAINTENANCE SERVICES |
| 2016-000067 | A | DE ANGEL & COMPANIA, CPA, CSP | 3/16/2016 | 3/16/2016 | 6/30/2016 | $25,000.00 | PROFESSIONAL SERVICES | ACCOUNTING SERVICES |
| 2016-000094 | | CSA ARCHITECTS & ENGINEERS, LLP | 1/25/2016 | 1/25/2016 | 6/30/2016 | $39,320.22 | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2016-000095 | | CSA ARCHITECTS & ENGINEERS, LLP | 1/25/2016 | 1/25/2016 | 6/30/2016 | $65,373.00 | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2016-000096 | | CMA ARCHITECTS AND ENGINEERS LLC | 2/1/2016 | 2/1/2016 | 6/30/2016 | $126,703.00 | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2016-000098 | | DG3A Design Group, PSC | 2/5/2016 | 2/5/2016 | 8/8/2016 | $554,990.31 | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2016-000099 | | LOGISTIC ENGINEERING CONSULTANTS, CSP | 2/5/2016 | 2/5/2016 | 2/4/2017 | $138,492.60 | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2016-000100 | | GEOGRAPHIC MAPPING TECHNOLOGIES, CORP. | 2/18/2016 | 2/18/2016 | 6/30/2016 | $12,500.00 | SERVICES RELATED TO INFORMATION SYSTEMS | SERVICES RELATED TO INFORMATION SYSTEMS |
| 2016-000103 | | Aquatech Industrial, Inc. | 3/1/2016 | 3/1/2016 | 6/30/2016 | $40,000.00 | NON-PERSONAL MISCELLANEOUS SERVICES | EQUIPMENT MAINTENANCE SERVICES |
| 2016-000107 | | Roberto L. Rexach Cintrón | 3/16/2016 | 3/16/2016 | 9/12/2016 | $422,780.75 | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2016-000109 | | CMA Architects & Engineers, L.L.C. | 3/23/2016 | 3/23/2016 | 6/30/2016 | $64,300.00 | PROFESSIONAL SERVICES | ENGINEERING SERVICES |
| 2016-000110 | | Netwave Equipment Corp. | 3/30/2016 | 3/30/2016 | 6/30/2016 | $20,000.00 | SERVICES RELATED TO INFORMATION SYSTEMS | SERVICES RELATED TO INFORMATION SYSTEMS |

$2,321,999.88

HTA_STAY0000442

**ENGLISH TRANSLATION**

[Logo]
Commonwealth of Puerto Rico
Puerto Rico Highways and Transportation Authority

**COVERING NOTE**
**EXECUTIVE DIRECTOR OFFICE**

INITIALS

DATE: April 15, 2016                                             4001/amo

To:       Hon. Alejandro J. García Padilla
          Governor
          Commonwealth of Puerto Rico
          La Fortaleza
          San Juan, Puerto Rico

          Ms. Ayleen Figueroa Vázquez
          Secretary
          House of Representatives
          The Capitol
          San Juan, Puerto Rico

          Ms. Tania Barbarossa Ortiz
          Secretary
          Senate of Puerto Rico
          San Juan, Puerto Rico

[stamp]

RECEIVED APRIL 15, 2016 10:39 AM

SENATE OF P.R. SECRETARIAT

FROM:     César M. Gandiaga Texidor
          Assistant Executive Director for Administration and Finance

SUBJECT:  QUARTERLY REPORT, LAW 66 OF JANUARY 1 TO MARCH 31, 2016
          HIGHWAYS AND TRANSPORTATION AUTHORITY

The reference report, in its new format, is included as established in Circular Letter 126-15, received from the Office of Management and Budget on September 16, 2015, with the title "Forms to Establish Requirements of Defined, Uniform, and Comparable Information to Supervise the Compliance with the Provisions in Law No. 66-2014," for the corresponding procedure.

Roberto Sánchez Vilella Government Center
PO Box 42007, San Juan, PR 00940-2007
Phone number: (787) 721.8787
www.dtop.gov.pr
facebook.com/dtop     Twitter: @DTOP

[Logo: Highways and Transportation Authority]

HTA_STAY0000443

**ENGLISH TRANSLATION**

[Logo]
Commonwealth of Puerto Rico
Puerto Rico Highways and Transportation Authority

**COVERING NOTE**
**EXECUTIVE DIRECTOR OFFICE**

INITIALS

DATE: April 15, 2016                                                          4001/amo

To:          Hon. Alejandro J. García Padilla
             Governor
             Commonwealth of Puerto Rico              [signature]
             La Fortaleza
             San Juan, Puerto Rico

             Ms. Ayleen Figueroa Vázquez
             Secretary
             House of Representatives
             The Capitol
             San Juan, Puerto Rico

             Ms. Tania Barbarossa Ortiz
             Secretary
             Senate of Puerto Rico
             San Juan, Puerto Rico

FROM:        César M. Gandiaga Texidor
             Assistant Executive Director for Administration and Finance

SUBJECT:     QUARTERLY REPORT, LAW 66 OF JANUARY 1 TO MARCH 31, 2016
             HIGHWAYS AND TRANSPORTATION AUTHORITY

The reference report, in its new format, is included as established in Circular Letter 126-15, received from the Office of Management and Budget on September 16, 2015, with the title "Forms to Establish Requirements of Defined, Uniform, and Comparable Information to Supervise the Compliance with the Provisions in Law No. 66-2014," for the corresponding procedure.

Roberto Sánchez Vilella Government Center
PO Box 42007, San Juan, PR 00940-2007
Phone number: (787) 721.8787
www.dtop.gov.pr
facebook.com/dtop     Twitter: @DTOP

                         [Logo: Highways and Transportation Authority]

[Vertical text in right margin:] APRIL 15, 2016 10:39 AM   HOUSE OF REPRESENTATIVES   [illegible] OFFICE   [stamp]

HTA_STAY0000444

**ENGLISH TRANSLATION**

[Logo]
Commonwealth of Puerto Rico
Puerto Rico Highways and Transportation Authority


**COVERING NOTE**
**EXECUTIVE DIRECTOR OFFICE**

INITIALS

DATE: April 15, 2016                                                        4001/amo

To:        Hon. Alejandro J. García Padilla
           Governor
           Commonwealth of Puerto Rico                                 [signature]
           La Fortaleza
           San Juan, Puerto Rico

           Ms. Ayleen Figueroa Vázquez
           Secretary
           House of Representatives
           The Capitol
           San Juan, Puerto Rico

           Ms. Tania Barbarossa Ortiz
           Secretary
           Senate of Puerto Rico
           San Juan, Puerto Rico

[vertical stamp: APRIL 15, 2016 11:00 AM   LA FORTALEZA MAIL   RECEIVED]   [stamp]

FROM:      César M. Gandiaga Texidor
           Assistant Executive Director for Administration and Finance


SUBJECT:   QUARTERLY REPORT, LAW 66 OF JANUARY 1 TO MARCH 31, 2016
           HIGHWAYS AND TRANSPORTATION AUTHORITY


The reference report, in its new format, is included as established in Circular Letter 126-15, received from the Office of Management and Budget on September 16, 2015, with the title "Forms to Establish Requirements of Defined, Uniform, and Comparable Information to Supervise the Compliance with the Provisions in Law No. 66-2014," for the corresponding procedure.


Roberto Sánchez Vilella Government Center
PO Box 42007, San Juan, PR 00940-2007
Phone number: (787) 721.8787
www.dtop.gov.pr
facebook.com/dtop     Twitter: @DTOP

                                    [Logo: Highways and Transportation Authority]


                                                                    HTA_STAY0000445

**ENGLISH TRANSLATION**

| Form I-66 Rev. 9-2015 | [Logo] Commonwealth of Puerto Rico Office of Management and Budget |
|---|---|

Commonwealth of Puerto Rico
Law No. 66 - 2014, Article 6

| SUMMARY OF CONTRACTS BY PROFESSIONAL SERVICES AND PURCHASED SERVICES | | |
|---|---|---|
| PART I | | |
| AGENCY NAME: HIGHWAYS AND TRANSPORTATION AUTHORITY | | |
| AGENCY CODE: 3125 | | |
| | | |
| | FY2014 | PREVIOUS FISCAL YEAR OR ACCUMULATED QUARTERLY AMOUNT (as applicable) |
| Total of incurred expenses in purchased services and professional services | 50,247,562 | 51,981,888 |
| Contracts exempt from the comparison baseline | 11,991,882 | 29,539,547 |
| Total baseline of expenses for granted services | 38,255,681 | 22,442,341 |
| Percentage difference between FY2014 and FY2016 to determine compliance with the 10% reduction | | -41% |
| | | |
| PART II | | |
| I hereby certifiy that the information provided on this document is true, accurate, and complete.  Name of the Head of the Entity or Authorized Appointed Officer: CARMEN A. VILLAR PRADOS Position: EXECUTIVE DIRECTOR Date: Signature:      [Signature] | | |

HTA_STAY0000446

| Form II-66<br>Rev. 9-2015 | Commonwealth of Puerto Rico<br>Law No. 66 - 2014, Article 7<br>ADJUSTMENT OF FEES FOR PURCHASED AND PROFESSIONAL SERVICES<br>Adjustment of fees from June 17, 2014 | | FY20____ |
|---|---|---|---|
| **Agency Name**<br>HIGHWAYS AND TRANSPORTATION AUTHORITY | | | Agency Code: 3125 |
| PART I | | | |

| Type of service | Fee prior to Law 66 | Determined fee after Law 66 | Estimated savings after the renegotiation of fees |
|---|---|---|---|
| N/A | N/A | N/A | NOTE: THE ADJUSTMENTS IN CONTRACTS WERE MADE BASED ON THE AMOUNTS, NOT ON THE FEES. |
| | | | |
| | | | |
| | | | |

| PART II | | | |
|---|---|---|---|
| ENDORSEMENT | | | |
| I hereby certifiy that the information provided on this document is true, accurate, and complete. | | | |
| Position | Name | Signature | Date |
| Head of the Entity or Authorized Appointed Officer | CARMEN A. VILLAR PRADOS EXECUTIVE DIRECTOR | [signature] | April 13, 2016 |

HTA_STAY0000447

| Form III-66<br>Rev. 9-2015 | Commonwealth of Puerto Rico<br>Law No. 66 - 2014, Article 8<br>REPORT OF EXPENSES OF TRUST EMPLOYEES PAYROLL | [Logo]<br>Commonwealth of Puerto Rico<br>Office of Management and Budget |
|---|---|---|

| Entity Name<br>HIGHWAYS AND TRANSPORTATION AUTHORITY | Code: 3125 |
|---|---|

**PART I**

| REDUCTION IN EXPENSES OF TRUST PAYROLL ||||
|---|---|---|---|
| A | B | C | D |
| Comparable baseline in the expenses of trust payroll, June 2012 | Comparable baseline in the expenses of trust payroll in the quarter closing month, which is the subject of the report | Difference<br><br>(A - B) | Difference %<br><br>(C / A) |
| $4,078,104 | $1,552,152 | ($2,525,952) | -62% |

**PART II**

| ENDORSEMENT ||||
|---|---|---|---|
| I hereby certifiy that the information provided on this document is true, accurate, and complete. ||||
| Position | Name || Date |
| Head of the Entity of the Executive Field or Authorized Appointed Officer | [signature]<br>Carmen A. Villar Prados, Executive Director || April 13, 2016 |

HTA_STAY0000448

Form IV-66
Rev. 09-2015

Commonwealth of Puerto Rico
Law No. 66 - 2014, Article 9

**VACANT POSITIONS IN THE CUMULATIVE QUARTERLY PERIOD**

| Entity Name: Highways and Transportation Authority Part I | | Code 3125 |
|---|---|---|
| Vacant Positions | | |
| Position No. | Description | Was the position filled exceptionally? (Yes or No) |
| 17900541 | SYSTEMS TECHNICIAN OF MANAGEMENT OFFICE II | No |
| 17900886 | HEAVY VEHICLE DRIVER | No |
| 17901059 | OFFICE SYSTEMS MANAGER II | No |
| 17901460 | COMMUNICATION SYSTEM TECHNICIAN | No |
| 17903063 | ADMINISTRATIVE OFFICER III | No |
| 17903282 | DIRECTOR OF CIVIL RIGHTS OFFICE | No |
| 17903570 | ENGINEERING ASSISTANT III | No |
| 17903577 | CHIEF OF SURVEYING OFFICE | No |
| 17903642 | SYSTEMS TECHNICIAN OF MANAGEMENT OFFICE III | No |
| 17904216 | VICE-DIRECTOR OF PROPERTY ACQUISITION AREA | No |
| 17904258 | ADMINISTRATIVE OFFICE EMPLOYEE I | No |
| 17904315 | MATERIALS TESTING LAB TECHNICIAN | No |

| PART II | | |
|---|---|---|
| ENDORSEMENT | | |
| I hereby certifiy that the information provided on this document is true, accurate, and complete. | | |
| Position | Name | Date |
| Head of the Entity or Authorized Appointed Officer | [signature] Carmen A. Villar Prados, Executive Director | April 13, 2016 |

HTA_STAY0000449

Form V-66
Rev. 09-2015

Commonwealth of Puerto Rico
Law No. 66 - 2014, Article 10

## ADMINISTRATIVE TRANSFERS AND APPOINTMENTS

| Entity Name | Highways and Transportation Authority | | Code: 3125 |
|---|---|---|---|
| ADMINISTRATIVE TRANSFERS AND APPOINTMENTS: EVERY TRANSFER MUST COMPLY WITH CIRCULAR LETTER 125-15, WHICH DETERMINES THE CRITERIA TO COMPLETE THE TRANSFER OF EMPLOYEES OF THE EXECUTIVE FIELD IN COMPLIANCE WITH THE PROVISIONS OF LAW No. 66-2014, KNOWN AS "GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO SPECIAL FISCAL AND OPERATIONAL SUSTAINABILITY ACT" | | | |
| Part I | | | |
| TRANSFERS OR APPOINTMENTS FROM THE ENTITY | | | |
| Position No. | Description | Receiving Agency | Responds to Transfer or Appointment |
| 3623 | Human Resources Analyst I | DTOP | Appointment |
| 0136 | Chief of Road Construction Brigade | DTOP | Appointment |
| 2225 | Human Resources Operations Supervisor | AAA | Appointment |
| 0070 | Assistant of Area Director | DTOP | Appointment |
| 0032 | Public Relations Specialist | Fortaleza | Appointment |
| 3169 | Secretary Assistant I | Commission on Road Safety | Appointment |
| | | | |
| Part II | | | |
| TRANSFERS OR APPOINTMENTS TO THE ENTITY | | | |
| Position No. | Description | Employee's Original Agency | Responds to Transfer or Appointment |
| 2105.22.2520.01 | Mabel O. Sanabria Torres | ATM | Appointment |
| | | | |
| Part III | | | |
| ENDORSEMENT | | | |
| I hereby certifiy that the information provided on this document is true, accurate, and complete. | | | |
| Position | Name | | Date |
| Head of the Entity or Authorized Appointed Officer | [Signature]<br>Carmen A. Villar Prados, Executive Director | | April 13, 2016 |

HTA_STAY0000450

**ENGLISH TRANSLATION**

Form VI-66
Rev. 09-2015

Commonwealth of Puerto Rico
Law No. 66 - 2014, Article 11

**Denial of Benefits for Union Employees (under Article 11 of Law 66-2014) and Achieved Savings**

| Entity Name | Highways and Transportation Authority | | |
|---|---|---|---|
| Code | 3125 | | |
| Part I | | | |
| I hereby certify that the Entity has NOT granted any increase in economic benefits or extraordinary economic compensations to its employees (If not applicable, complete Part II, A and B). | | | |

| Position | Name | Signature | Date |
|---|---|---|---|
| Head of the Entity or Authorized Appointed Officer | CARMEN A. VILLAR PRADOS, EXECUTIVE DIRECTOR | [signature] | April 13, 2016 |

| Part II (A) | | | |
|---|---|---|---|
| The Entity has made agreements that allow it not to apply the provisions of Article 11, Law 66-2014: YES | | | |

| Description of economic benefits granted (as in the agreement) | Economic benefits to be granted ($) | Benefit impact | Savings achieved to fund benefits |
|---|---|---|---|
| THE ENTITY DID NOT REACH ANY AGREEMENTS TO APPLY THE PROVISIONS OF LAW 66. | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Part II (B) | | | |
|---|---|---|---|
| ENDORSEMENT | | | |
| I hereby certifiy that the information provided on this document is true, accurate, and complete. | | | |

| Position | Name | Signature | Date |
|---|---|---|---|
| Head of the Entity or Authorized Appointed Officer | CARMEN A. VILLAR PRADOS, EXECUTIVE DIRECTOR | [signature] | April 13, 2016 |

HTA_STAY0000451

Form VII-66
Rev. 09-2015

Commonwealth of Puerto Rico
Law No. 66 - 2014, Article 21

**Prohibitions on the Use of Guards, Service Procurement, Among Others**

| Entity: Highways and Transportation Authority | | | Code: 3125 |
|---|---|---|---|
| The agency has incurred in guard expenses: | | | |
| The Agency incurred in guard expenses | Cause of exception | Indicate if you requested authorization from the Governor or any officer appointed by him | Amount paid in the cumulative period |
| NO | N/A | | |
| | | | $ _____ |
| The Entity incurred in expenses to pay trips: | | | |
| The Agency incurred in trip expenses | Indicate if you requested authorization from the Governor or any officer appointed by him | Amount paid in the cumulative period | |
| NO | | | |
| | | $ _____ | |
| | | | |
| Governor's authorization for professional or purchased services procurement for over $100,000 | | | |
| | X Yes, we did request authorization according to the current regulations | | Authorization was not solicited. |
| | | | |
| The Entity incurred in expenses to pay phone bills, personnal assistants (PDA), Internet equipment or other technology services: | | | |
| The Agency incurred in expenses to pay phone bills, personnal assistants, Internet equipment, or others | Explain the causes of exception | Indicate if you requested authorization from the Governor or any officer appointed by him | N/A |
| | N/A | | |
| | | | |
| ENDORSEMENT | | | |
| I hereby certifiy that the information provided on this document is true, accurate, and complete. | | | |
| Position | Name | Signature | Date |
| Head of the Entity or Authorized Appointed Officer | Carmen A. Villar Prados Executive Director | [signature] | April 13, 2016 |

HTA_STAY0000452

**ENGLISH TRANSLATION**

Commonwealth of Puerto Rico
Law No. 66 - 2014, Article 22

| REDUCTION IN RENTAL EXPENSES AND CONTRACTS | | | | |
|---|---|---|---|---|
| Form VIII-66 | | | | |
| Rev. 09-2015 | | | | |
| Entity Name: <u>HIGHWAYS AND TRANSPORTATION AUTHORITY</u> | | | | Code: 3125 |
| PART I | | | | |
| A | B | C | D | E |
| Rental expenses - FY 14 | Rental expenses in the cumulative period of the current FY quarters | Estimated rental expenses until the end of this FY | Total of estimated expenses for this FY | Estimated annual savings for this FY (A - D) |
| THE ENTITY DOES NOT HAVE ANY RENTALS WITH THIRD-PARTIES. | | | | |
| | | $ _____ | | $ _____ |
| PART II | | | | |
| ENDORSEMENT | | | | |
| I hereby certifiy that the information provided on this document is true, accurate, and complete. | | | | |
| Position | Signature | | Date | |
| Head of the Office of Budget and Finance Head of Entity of the Executive Field or Authorized Appointed Officer | [signature] Carmen A. Villar Prados, Executive Director | | April 13, 2016 | |

HTA_STAY0000453



# CERTIFICATE OF ACCURACY

I, **María R. Arias**, with U.S. Legal Support, Inc., declare that I have provided Translation Services executed on this 3rd of April 2020.

Furthermore, I declare that I am a certified translator for *English and Spanish* languages and that I am competent to translate between those two languages.

I hereby certify that I have translated the attached document into English to the best of my knowledge and ability and believe this translation to be a true, accurate, and complete rendition of the original Spanish file(s) provided to me.

*Name: "HTA_STAY0000417" (pdf file)*                         *No. of Pages: 37*

Sincerely,

*María R. Arias*                                                    04/03/2020
-------------------------------------                    ----------------------------------
Maria R. Arias                                                        Date
ATA-Certified Translator
English ≈ Spanish



U.S. Legal Support, Inc. – Translations Services Department – 855-538-3099
translations@uslegalsupport.com