**NATBONY REPLY DECLARATION**
**EXHIBIT 27**

**FILED UNDER SEAL**