**<u>NATBONY REPLY DECLARATION</u>**
**<u>EXHIBIT 28</u>**

**<u>FILED UNDER SEAL</u>**