**NATBONY REPLY DECLARATION**
**EXHIBIT 29**

**FILED UNDER SEAL**