## NATBONY REPLY DECLARATION
## EXHIBIT 30

## FILED UNDER SEAL