**NATBONY REPLY DECLARATION**
**EXHIBIT 31**

**FILED UNDER SEAL**