# NATBONY REPLY DECLARATION
# EXHIBIT 32

# FILED UNDER SEAL