## NATBONY REPLY DECLARATION
## EXHIBIT 33

## FILED UNDER SEAL