**NATBONY REPLY DECLARATION**
**EXHIBIT 34**

**FILED UNDER SEAL**