**NATBONY REPLY DECLARATION**
**EXHIBIT 35**

**FILED UNDER SEAL**