# NATBONY REPLY DECLARATION
# EXHIBIT 36

# FILED UNDER SEAL