# NATBONY REPLY DECLARATION
# EXHIBIT 37

# FILED UNDER SEAL