UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ("HTA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

**INFORMATIVE MOTION OF AMBAC ASSURANCE CORPORATION, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, FINANCIAL GUARANTY INSURANCE COMPANY, THE BANK OF NEW YORK MELLON, AND U.S. BANK TRUST NATIONAL ASSOCIATION REGARDING THE FILING OF DOCUMENTS UNDER SEAL**

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Ambac[2], Assured, National, FGIC, The Bank of New York Mellon, in its capacity as CCDA bondholder trustee, and U.S. Bank, in its capacity as successor trustee for the PRIFA bondholders (collectively, the "Lift Stay Movants") by and through their undersigned attorneys, respectfully submit this informative motion (the "Informative Motion") regarding filing the Lift Stay Motions under seal. In further support of the Informative Motion, the Lift Stay Movants respectfully state as follows:

1. On April 17, 2020, the Lift Stay Movants, joined by AmeriNational Community Services, LLC, Cantor-Katz Collateral Monitor LLC, the UCC, and the Government Parties filed a *Stipulation and [Proposed] Protective Order* (ECF No. 12876) (the "Proposed Protective Order") which proposed the handling of confidential documents and related information that were produced through discovery on the Lift Stay Motions.

2. On April 21, 2020, the Court filed the Protective Order approving the Proposed Lift Stay Protective Order. (ECF No. 12912.)

3. The Protective Order prohibits public disclosure of discovery marked as Confidential Material and provides that "[i]n connection with the Lift Stay Motions and pursuant to this Protective Order, the Parties are authorized to redact Confidential Material or Professional Eyes Only Material in public filings and are ***not*** required to file a separate motion to file under seal such Confidential Material or Professional Eyes Only Material." (ECF No. 12912 ¶¶ 8, 21, 24 (emphasis added).)

4. To comply with the requirements of the Protective Order, the Lift Stay Movants are filing certain exhibits that the Government Parties marked as Confidential Material under seal, and

---

[2] Unless otherwise specified, defined terms have the meanings given to them in the *Stipulation and Protective Order* (ECF No. 12912) (the "Protective Order") and Lift Stay Motions.

in addition are filing reply briefs and declarations in support of the Lift Stay Motions under seal, with redacted versions (omitting any discussion of discovery that the Government Parties marked as Confidential Material) filed publicly.

5. Lift Stay Movants take no position on whether any of the documents that the Government Parties have marked as Confidential Material in fact contain confidential or otherwise sensitive information such that it should remain under seal. Lift Stay Movants believe generally that all financial and related information of the Commonwealth and its instrumentalities, particularly other Title III debtors, should be publicly available. Lift Stay Movants are prepared to file all papers in unredacted form on the public docket, if the Court so directs.

[*Remainder of Page Intentionally Omitted.*]

Dated: April 30, 2020
San Juan, Puerto Rico

**FERRAIUOLI LLC**

By: */s/ Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)
Sonia Colón (USDC-PR No. 213809)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com
scolon@ferraiuoli.com

**MILBANK LLP**

By: */s/ Atara Miller*
Dennis F. Dunne (admitted *pro hac vice*)
Atara Miller (admitted *pro hac vice*)
Grant R. Mainland (admitted *pro hac vice*)
John J. Hughes, III (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Email: ddunne@milbank.com
amiller@milbank.com
gmainland@milbank.com
jhughes2@milbank.com

**ARENT FOX LLP**

By: */s/ David L. Dubrow*
David L. Dubrow (admitted *pro hac vice*)
Mark A. Angelov (admitted *pro hac vice*)
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
Email: david.dubrow@arentfox.com
mark.angelov@arentfox.com
Randall A. Brater (admitted *pro hac vice*)
1717 K Street, NW
Washington, DC 20006
Telephone: (202) 857-6000
Facsimile: (202) 857-6395
Email: randall.brater@arentfox.com

***Attorneys for Ambac Assurance Corporation***

3

| | |
|---|---|
| **ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC**<br><br>By: /s/ *Eric Pérez-Ochoa*<br>Eric Pérez-Ochoa<br>(USDC-PR No. 206314)<br>Email: epo@amgprlaw.com<br><br>By: /s/ *Luis A. Oliver-Fraticelli*<br>Luis A. Oliver-Fraticelli<br>(USDC-PR No. 209204)<br>Email: loliver@amgprlaw.com<br><br>208 Ponce de Leon Ave., Suite 1600<br>San Juan, PR 00936<br>Telephone: (787) 756-9000<br>Facsimile: (787) 756-9010<br><br>**WEIL, GOTSHAL & MANGES LLP**<br><br>By: */s/ Robert Berezin*<br>Jonathan D. Polkes (admitted *pro hac vice*)<br>Gregory Silbert (admitted *pro hac vice*)<br>Robert Berezin (admitted *pro hac vice*)<br>Kelly DiBlasi (admitted *pro hac vice*)<br>Gabriel A. Morgan (admitted *pro hac vice*)<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>Email: jonathan.polkes@weil.com<br>gregory.silbert@weil.com<br>robert.berezin@weil.com<br>kelly.diblasi@weil.com<br>gabriel.morgan@weil.com<br><br>***Attorneys for National Public Finance Guarantee Corp.*** | **CASELLAS ALCOVER & BURGOS P.S.C.**<br><br>By: /s/ *Heriberto Burgo Pérez*<br>Heriberto Burgos Pérez<br>(USDC-PR No. 204809)<br>Ricardo F. Casellas-Sánchez<br>(USDC-PR No. 203114)<br>Diana Pérez-Seda<br>(USDC-PR No. 232014)<br>P.O. Box 364924<br>San Juan, PR 00936-4924<br>Telephone: (787) 756-1400<br>Facsimile: (787) 756-1401<br>Email: hburgos@cabprlaw.com<br>rcasellas@cabprlaw.com<br>dperez@cabprlaw.com<br><br>**CADWALADER, WICKERSHAM & TAFT LLP**<br><br>By: */s/ Howard R. Hawkins, Jr.*<br>Howard R. Hawkins, Jr. (admitted *pro hac vice*)<br>Mark C. Ellenberg (admitted *pro hac vice*)<br>William J. Natbony (admitted *pro hac vice*)<br>Ellen M. Halstead (admitted *pro hac vice*)<br>Thomas J. Curtin (admitted *pro hac vice*)<br>Casey J. Servais (admitted *pro hac vice*)<br>200 Liberty Street<br>New York, NY 10281<br>Telephone: (212) 504-6000<br>Facsimile: (212) 504-6666<br>Email: howard.hawkins@cwt.com<br>mark.ellenberg@cwt.com<br>bill.natbony@cwt.com<br>ellen.halstead@cwt.com<br>thomas.curtin@cwt.com<br>casey.servais@cwt.com<br><br>***Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*** |

**REXACH & PICÓ, CSP**

By: */s/ María E. Picó*
    María E. Picó
    (USDC-PR No. 123214)
    802 Ave. Fernández Juncos
    San Juan, PR 00907-4315
    Telephone: (787) 723-8520
    Facsimile: (787) 724-7844
    Email: mpico@rexachpico.com

**BUTLER SNOW LLP**

By: */s/ Martin A. Sosland*
    Martin A. Sosland (admitted *pro hac vice*)
    5430 LBJ Freeway, Suite 1200
    Dallas, TX 75240
    Telephone: (469) 680-5502
    Facsimile: (469) 680-5501
    Email: martin.sosland@butlersnow.com
    Jason W. Callen (admitted *pro hac vice*)
    150 3rd Ave., S., Suite 1600
    Nashville, TN 37201
    Telephone: (615) 651-6774
    Facsimile: (615) 651-6701
    Email: jason.callen@butlersnow.com

**Attorneys for Financial Guaranty Insurance Company**

[*Remainder of Page Intentionally Omitted*]

**RIVERA, TULLA AND FERRER, LLC**

By: */s/ Eric A. Tulla*
    Eric A. Tulla
    (USDC-DPR No. 118313)
    Email: etulla@ riveratulla.com
    Iris J. Cabrera-Gómez
    (USDC-DPR No. 221101)
    Email: icabrera@ riveratulla.com
    Rivera Tulla & Ferrer Building
    50 Quisqueya Street
    San Juan, PR 00917-1212
    Telephone: (787) 753-0438
    Facsimile: (787) 767-5784

**SEPULVADO, MALDONADO & COURET**

By: */s/ Albéniz Couret Fuentes*
    Albéniz Couret Fuentes
    (USDC-PR No. 222207)
    304 Ponce de León Ave. Suite 990
    San Juan, PR 00918
    Telephone: (787) 765-5656
    Facsimile: (787) 294-0073
    Email: acouret@smclawpr.com

**HOGAN LOVELLS US LLP**

By: */s/ Robin E. Keller*
Robin E. Keller, Esq.
Ronald Silverman, Esq.
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
robin.keller@hoganlovells.com
ronald.silverman@hoganlovells.com

**Attorneys for U.S. Bank National Association, in its Capacity as Trustee to PRIFA Bondholders**

**REED SMITH LLP**

By: */s/ Eric A. Schaffer*
    Eric A. Schaffer (admitted *pro hac vice*)
    Luke A. Sizemore (admitted *pro hac vice)*
    Jared S. Roach (admitted *pro hac vice*)
    225 Fifth Avenue, Suite 1200
    Pittsburgh, PA 15222
    Telephone: (412) 288-3131
    Facsimile: (412) 288-3063
    Email: eschaffer@reedsmith.com
           lsizemore@reedsmith.com
           jroach@reedsmith.com

**Attorneys for The Bank of New York Mellon, in its Capacity as Trustee to CCDA Bondholders**

[*Remainder of Page Intentionally Omitted*]

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date a true and exact copy of this notice was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record.

/s/ *Sonia Cólon*
Sonia Colón (USDC-PR No. 213809)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: scolon@ferraiuoli.com