IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>                      Debtor.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY,<br><br>                      Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

## ORDER CLARIFYING STIPULATION AND PROTECTIVE ORDER

The Court hereby clarifies the Stipulation and Protective Order (Dkt. No. 12912 in 17-BK-3283 and Dkt. No. 771 in 17-BK-3567) entered by the Court on April 21, 2020. It was not the intention of the Court to permit the parties to file documents under seal without prior authorization from the Court. Thus, for the avoidance of doubt, parties must file a motion for leave to file under seal and must obtain court authorization to file under seal, prior to filing any documents under seal.

Any party that has filed a document under seal in this matter without seeking leave to do so must file a motion for leave to file under seal on or before **May 5, 2020**. The Court directs the Clerk to temporarily seal any filing that has been filed under seal without court authorization until **May 5, 2020**, and to provide access to such documents only to the parties to the Stipulation and Protective Order (Dkt. No. 12912 in 17-BK-3283 and Dkt. No. 771 in 17-BK-3567).

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: April 30, 2020