UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>Debtor. | PROMESA Title III<br><br>Case No. 19-BK-5523-LTS<br><br>(Jointly Administered) |

ORDER GRANTING MOTION OF THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY
FOR ENTRY OF ORDER (A) EXTENDING THE DEADLINE
FOR FILING PROOFS OF CLAIM AND (B) APPROVING FORM
AND MANNER OF NOTICE THEREOF

Upon the *Motion of the Public Buildings Authority for Entry of Order (A) Extending the Deadline for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof* (Docket Entry No. 12991 in Case No. 17-3283 and Docket Entry No. 78 in Case No. 19-5523, the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

"Motion"),[2] dated April 29, 2020, of the Puerto Rico Public Buildings Authority ("PBA" or the ("Debtor") for entry of an order (this "Order") establishing an extended deadline for filing proofs of claim against PBA; and this Court having jurisdiction over this matter pursuant to PROMESA Section 306(a); and it appearing that venue in this district is proper pursuant to PROMESA Section 307(a); and the Court having found that the relief requested in the Motion is in the best interests of PBA, its creditors, and other parties in interest; and the Court having found that, based upon the relief requested by the Motion, no other or further notice is required; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and any objections to the relief requested herein having been resolved as set forth herein, or withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted to the extent set forth herein.

2. The General Bar Date for claimants to submit proofs of claim either electronically, by mail, or by hand delivery, as defined and set forth in the *Order (A) Establishing Deadlines and Procedures for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof* [Case No. 19-5523, ECF No. 55], shall be extended to **4:00 p.m. (Atlantic Standard Time) on June 26, 2020** (the "Second Extended Bar Date").

3. In accordance with Bankruptcy Rule 2002, PBA, through Prime Clerk, is authorized and directed to cause a copy of a notice, substantially in the form of **and incorporating the redlined changes in** the notice attached hereto as <u>Attachment 1</u>, to be published once, on or before fifteen (15) days after the entry of this Order, or as soon as practicable thereafter under the circumstances, in (a) *El Nuevo Día* in Spanish (primary circulation is in Puerto Rico), (b) *San Juan Star* in English (primary

---

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

circulation is in Puerto Rico), (c) *El Diario* and *El Nuevo Herald*, both in Spanish (primary circulation is in New York and Miami, respectively), and (d) *The Bond Buyer*.

4. PBA, through Prime Clerk, is authorized and directed to cause no less than fourteen radio advertisements, alerting listeners of the Second Extended Bar Date, to be aired during the two-week period preceding the Second Extended Bar Date, on (a) WMEG FM (contemporary hit radio) in Spanish and (b) WKAQ AM (Spanish language talk radio) in Spanish.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

6. This Order resolves Docket Entry No. 12991 in Case No. 17-3283 and Docket Entry No. 78 in Case No. 19-5523.

Dated: May 1, 2020

/s/ Laura Taylor Swain
Honorable Judge Laura Taylor Swain
United States District Judge