UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ("HTA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

**MOTION OF AMBAC ASSURANCE CORPORATION, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, FINANCIAL GUARANTY INSURANCE COMPANY, THE BANK OF NEW YORK MELLON, AND U.S. BANK TRUST NATIONAL ASSOCIATION TO FILE DOCUMENTS RELATED TO LIFT STAY MOTIONS UNDER SEAL**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Ambac[2], Assured, National, FGIC, The Bank of New York Mellon, in its capacity as CCDA bondholder trustee, and U.S. Bank, in its capacity as successor trustee for the PRIFA bondholders (collectively, the "Movants") by and through their undersigned attorneys, respectfully submit this motion to seal certain papers related to the lift stay motions (the "Motion to Seal"). Attached hereto as **Exhibit A** is a proposed order granting the Motion to Seal. In further support of the Motion to Seal, the Lift Stay Movants respectfully state as follows:

1. On April 17, 2020, the Movants, joined by AmeriNational Community Services, LLC, Cantor-Katz Collateral Monitor LLC, the UCC, and the Government Parties filed a *Stipulation and [Proposed] Protective Order* (ECF No. 12876) (the "Protective Order")[3], which contained procedures for handling confidential documents produced in discovery on the Lift Stay Motions. On April 21, 2020, the Court entered the Protective Order. (ECF No. 12912.)[4]

2. The Protective Order prohibits parties from filing on the public docket any discovery material that another party has marked confidential, and it states that "[i]n connection with the Lift Stay Motions . . . the Parties . . . are *not* required to file a separate motion to file under seal such Confidential Material or Professional Eyes Only Material." (ECF No. 12912 ¶ 21 (emphasis added).)

3. Yesterday, Movants filed certain papers in connection with the Lift Stay Motions, in accordance with the procedures set out in the Protective Order, including filing materials

---

[2] Unless otherwise specified, defined terms have the meanings given to them in the *Stipulation and Protective Order* (ECF No. 12912) (the "Protective Order") and Lift Stay Motions.

[3] "ECF No." refers to documents filed in Case No. 17-BK-3283-LTS, unless otherwise noted. *See also* ECF No. 768 in Case No. 17-BK-3567-LTS.

[4] The *Stipulation and Protective Order* was also entered by the Court as ECF No. 771 in Case No. 17-BK-3567-LTS.

containing information designated as Confidential by the Government Parties under seal.[5] Movants concurrently filed redacted versions of the briefs, declarations, and an expert report that were filed, redacting only the specific information the Government Parties designated as confidential, so that the remainder of these documents would be available on the public docket.

4. After Movants completed the filings they were able to complete, the Court entered an *Order Clarifying Stipulation and Protective Order* (ECF No. 13013) ("Clarification Order") stating that the Court's intent in adopting the Protective Order was not to permit parties to file documents under seal without prior authorization. The Court ordered any party that has filed a document under seal without seeking leave to do so to file a motion for leave to seal by May 5, 2020.

5. Movants submit this Motion to Seal in compliance with the Court's Clarification Order, and their obligation under the Protective Order to file any materials containing information designated as Confidential thereunder under seal. Movants take no position on whether the information designated by the Government Parties is in fact confidential or whether it should remain under seal. As a general matter, Movants believe that Commonwealth and instrumentality financial and other related information should be publicly available. Movants are prepared to file all papers on the public docket if the Court so directs.

---

[5] Counsel for the Lift Stay Movants attempted to file under seal the *Declaration of William J. Natbony in Support of Reply in Support of Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Relief from the Automatic Stay, or, in the Alternative, Adequate Protection* and accompanying exhibits. Counsel received certain error messages and continues to work with the Clerk's Office to get these issued resolved. This Motion seeks permission to file the Declaration and exhibits under seal once the technical issue has been resolved. A redacted public version of the Declaration and exhibits was filed as ECF No. 13004 in Case No. 17-BK-3283-LTS and ECF No. 780 in Case No. 17-BK-3567-LTS. The Court and all Parties to the HTA Lift Stay Motion have received full and unredacted versions of these documents.

2

| | |
|---|---|
| Dated: May 1, 2020<br>San Juan, Puerto Rico | **FERRAIUOLI LLC**<br><br>By: */s/ Roberto Cámara-Fuertes*<br>Roberto Cámara-Fuertes (USDC-PR No. 219002)<br>Sonia Colón (USDC-PR No. 213809)<br>221 Ponce de León Avenue, 5th Floor<br>San Juan, PR 00917<br>Telephone: (787) 766-7000<br>Facsimile: (787) 766-7001<br>Email: rcamara@ferraiuoli.com<br>scolon@ferraiuoli.com<br><br>**MILBANK LLP**<br><br>By: */s/ Atara Miller*<br>Dennis F. Dunne (admitted *pro hac vice*)<br>Atara Miller (admitted *pro hac vice*)<br>Grant R. Mainland (admitted *pro hac vice*)<br>John J. Hughes, III (admitted *pro hac vice*)<br>55 Hudson Yards<br>New York, NY 10001<br>Telephone: (212) 530-5000<br>Facsimile: (212) 530-5219<br>Email: ddunne@milbank.com<br>amiller@milbank.com<br>gmainland@milbank.com<br>jhughes2@milbank.com<br><br>**ARENT FOX LLP**<br><br>By: */s/ David L. Dubrow*<br>David L. Dubrow (admitted *pro hac vice*)<br>Mark A. Angelov (admitted *pro hac vice*)<br>1301 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 484-3900<br>Facsimile: (212) 484-3990<br>Email: david.dubrow@arentfox.com<br>mark.angelov@arentfox.com<br>Randall A. Brater (admitted *pro hac vice*)<br>1717 K Street, NW<br>Washington, DC 20006<br>Telephone: (202) 857-6000<br>Facsimile: (202) 857-6395<br>Email: randall.brater@arentfox.com<br><br>***Attorneys for Ambac Assurance Corporation*** |

3

| | |
|---|---|
| **ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC**<br><br>By: /s/ *Eric Pérez-Ochoa*<br>Eric Pérez-Ochoa<br>(USDC-PR No. 206314)<br>Email: epo@amgprlaw.com<br><br>By: /s/ *Luis A. Oliver-Fraticelli*<br>Luis A. Oliver-Fraticelli<br>(USDC-PR No. 209204)<br>Email: loliver@amgprlaw.com<br><br>208 Ponce de Leon Ave., Suite 1600<br>San Juan, PR 00936<br>Telephone: (787) 756-9000<br>Facsimile: (787) 756-9010 | **CASELLAS ALCOVER & BURGOS P.S.C.**<br><br>By: /s/ *Heriberto Burgo Pérez*<br>Heriberto Burgos Pérez<br>(USDC-PR No. 204809)<br>Ricardo F. Casellas-Sánchez<br>(USDC-PR No. 203114)<br>Diana Pérez-Seda<br>(USDC-PR No. 232014)<br>P.O. Box 364924<br>San Juan, PR 00936-4924<br>Telephone: (787) 756-1400<br>Facsimile: (787) 756-1401<br>Email: hburgos@cabprlaw.com<br>rcasellas@cabprlaw.com<br>dperez@cabprlaw.com |
| **WEIL, GOTSHAL & MANGES LLP**<br><br>By: */s/ Robert Berezin*<br>Jonathan D. Polkes (admitted *pro hac vice*)<br>Gregory Silbert (admitted *pro hac vice*)<br>Robert Berezin (admitted *pro hac vice*)<br>Kelly DiBlasi (admitted *pro hac vice*)<br>Gabriel A. Morgan (admitted *pro hac vice*)<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>Email: jonathan.polkes@weil.com<br>gregory.silbert@weil.com<br>robert.berezin@weil.com<br>kelly.diblasi@weil.com<br>gabriel.morgan@weil.com<br><br>***Attorneys for National Public Finance Guarantee Corp.*** | **CADWALADER, WICKERSHAM & TAFT LLP**<br><br>By: */s/ Howard R. Hawkins, Jr.*<br>Howard R. Hawkins, Jr. (admitted *pro hac vice*)<br>Mark C. Ellenberg (admitted *pro hac vice*)<br>William J. Natbony (admitted *pro hac vice*)<br>Ellen M. Halstead (admitted *pro hac vice*)<br>Thomas J. Curtin (admitted *pro hac vice*)<br>Casey J. Servais (admitted *pro hac vice*)<br>200 Liberty Street<br>New York, NY 10281<br>Telephone: (212) 504-6000<br>Facsimile: (212) 504-6666<br>Email: howard.hawkins@cwt.com<br>mark.ellenberg@cwt.com<br>bill.natbony@cwt.com<br>ellen.halstead@cwt.com<br>thomas.curtin@cwt.com<br>casey.servais@cwt.com<br><br>***Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*** |

**REXACH & PICÓ, CSP**

By: */s/ María E. Picó*
    María E. Picó
    (USDC-PR No. 123214)
    802 Ave. Fernández Juncos
    San Juan, PR 00907-4315
    Telephone: (787) 723-8520
    Facsimile: (787) 724-7844
    Email: mpico@rexachpico.com

**BUTLER SNOW LLP**

By: */s/ Martin A. Sosland*
    Martin A. Sosland (admitted *pro hac vice*)
    5430 LBJ Freeway, Suite 1200
    Dallas, TX 75240
    Telephone: (469) 680-5502
    Facsimile: (469) 680-5501
    Email: martin.sosland@butlersnow.com
    Jason W. Callen (admitted *pro hac vice*)
    150 3rd Ave., S., Suite 1600
    Nashville, TN 37201
    Telephone: (615) 651-6774
    Facsimile: (615) 651-6701
    Email: jason.callen@butlersnow.com

**Attorneys for Financial Guaranty Insurance Company**

[*Remainder of Page Intentionally Omitted*]

| | |
|---|---|
| **RIVERA, TULLA AND FERRER, LLC**<br><br>By: */s/ Eric A. Tulla*<br>　　Eric A. Tulla<br>　　(USDC-DPR No. 118313)<br>　　Email: etulla@ riveratulla.com<br>　　Iris J. Cabrera-Gómez<br>　　(USDC-DPR No. 221101)<br>　　Email: icabrera@ riveratulla.com<br>　　Rivera Tulla & Ferrer Building<br>　　50 Quisqueya Street<br>　　San Juan, PR 00917-1212<br>　　Telephone: (787) 753-0438<br>　　Facsimile: (787) 767-5784 | **SEPULVADO, MALDONADO & COURET**<br><br>By: */s/ Albéniz Couret Fuentes*<br>　　Albéniz Couret Fuentes<br>　　(USDC-PR No. 222207)<br>　　304 Ponce de León Ave. Suite 990<br>　　San Juan, PR 00918<br>　　Telephone: (787) 765-5656<br>　　Facsimile: (787) 294-0073<br>　　Email: acouret@smclawpr.com |
| **HOGAN LOVELLS US LLP**<br><br>By: */s/ Robin E. Keller*<br>　　Robin E. Keller, Esq.<br>　　Ronald Silverman, Esq.<br>　　390 Madison Avenue<br>　　New York, NY 10017<br>　　Telephone: (212) 918-3000<br>　　Facsimile: (212) 918-3100<br>　　robin.keller@hoganlovells.com<br>　　ronald.silverman@hoganlovells.com<br><br>**Attorneys for U.S. Bank National Association, in its Capacity as Trustee to PRIFA Bondholders** | **REED SMITH LLP**<br><br>By: */s/ Eric A. Schaffer*<br>　　Eric A. Schaffer (admitted *pro hac vice*)<br>　　Luke A. Sizemore (admitted *pro hac vice*)<br>　　Jared S. Roach (admitted *pro hac vice*)<br>　　225 Fifth Avenue, Suite 1200<br>　　Pittsburgh, PA 15222<br>　　Telephone: (412) 288-3131<br>　　Facsimile: (412) 288-3063<br>　　Email: eschaffer@reedsmith.com<br>　　　　　lsizemore@reedsmith.com<br>　　　　　jroach@reedsmith.com<br><br>**Attorneys for The Bank of New York Mellon, in its Capacity as Trustee to CCDA Bondholders** |

[*Remainder of Page Intentionally Omitted*]

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date a true and exact copy of this notice was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record.

/s/ *Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com