# __Exhibit A__

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>                       Debtor.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ("HTA"),<br><br>                       Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

## [PROPOSED] ORDER GRANTING MOTION OF AMBAC ASSURANCE CORPORATION, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, FINANCIAL GUARANTY INSURANCE COMPANY, THE BANK OF NEW YORK MELLON, AND U.S. BANK TRUST NATIONAL ASSOCIATION TO FILE DOCUMENTS RELATED TO LIFT STAY MOTIONS UNDER SEAL

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon consideration of the *Motion of Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, Financial Guaranty Insurance Company, The Bank of New York Mellon, and U.S. Bank Trust National Association to File Documents Related to Lift Stay Motions Under Seal* (the "Motion to Seal"),[2] and the Court having reviewed the Motion to Seal and the relief requested; the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 48 U.S.C. § 2166(a); the Court determining that venue of this proceeding and the Motion to Seal in this District is proper under 28 U.S.C. § 1391(b) and 48 U.S.C. § 2167(a); notice of the Motion to Seal being adequate and proper under the circumstances; upon the record of the hearing on the Motion to Seal; and after due deliberation and sufficient cause appearing; therefore, it is HEREBY ORDERED THAT:

1.   The Motion to Seal is GRANTED as set forth herein;

2.   The Lift Stay Movants' filing of the following documents under seal in Case No. 17-BK-3283-LTS is accepted: ECF Nos. 12996, 13000, 13001, 13002, 13005, 13008, and 13010.

3.   The Lift Stay Movants' filing of the following documents under seal in Case No. 17-BK-3567-LTS is accepted: ECF Nos. 778 and 781.

4.   In addition to the foregoing, the Lift Stay Movants may file under seal an unredacted version of the *Declaration of William J. Natbony in Support of Reply in Support of Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Relief from the Automatic Stay, or, in the Alternative, Adequate Protection* and its accompanying exhibits, a redacted public version of

---

[2] Capitalized terms not defined in this Order shall have the meanings ascribed to them in the Motion to Seal.

which was filed as ECF No. 13004 in Case No. 17-BK-3283-LTS and ECF No. 780

in Case No. 17-BK-3567-LTS.

SO ORDERED.

Dated: _____

                                                      _____

                                                      JUDITH GAIL DEIN
                                                    UNITED STATES MAGISTRATE JUDGE