UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                  Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER SETTING DEADLINE FOR STATUS REPORT REGARDING
COVID-19 PANDEMIC AND PROPOSED DISCLOSURE STATEMENT SCHEDULE

        The Court has received and reviewed the *Status Report of the Financial Oversight and Management Board for Puerto Rico Regarding the COVID-19 Pandemic and Proposed Disclosure Statement Schedule* (Docket Entry No. 13018 in Case No. 17-3283, the "Status Report"), filed by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"). In the Status Report, the Oversight Board requests that it be permitted to provide the Court with an updated status report regarding the timeline for the Debtors' plan of adjustment and disclosure statement process on or before July 15, 2020.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Oversight Board's request is granted. The Oversight Board shall file an updated status report, including a proposal for the Debtors' plan and disclosure statement process, by **July 15, 2020 at 5:00 p.m. (Atlantic Standard Time)**.

SO ORDERED.

Dated: May 1, 2020

                                                                            /s/ Laura Taylor Swain
                                                                           LAURA TAYLOR SWAIN
                                                                           United States District Judge