Georgina J. Curioni Rey
PO Box 2002
Mayaguez PR 00681

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767