RECEIVED & FILED
2020 MAY ·5 AM 8 42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Datos de Contacto:

1)   Nombre: Sobrino Enríquez Rafael A.

    Dirección: Urb. Vistamar calle 5, A33

    Guayama, PR 00784

    Números de Teléfono: 787-557-2275

                   939-246-9389

                   787-557-2146 (esposa)

    Email: rafysobrino@hotmail.com

2)   Abogado: Manuel E. Fuster Martínez

    Dirección: 62 Calimano N Cecilia Dominguez

    Guayama, PR 00784

    Teléfono: 787-864-3015

United States District Court
For The District of Puerto Rico

The Financial Oversight and Management Board For Puerto for Puerto Rico
As representative of: The CommonWealth of Puerto Rico

No. 17 BK 3283- LTS
Eighty-Third Omnibus Objection (Non-Substantive) of the CommonWealth of Puerto Rico, Puerto Rico HighWay and Transportation Authority, and Employees Retirement System of The Government of the CommonWealth of Puerto Rico to Deficient Claims Asserting Interests Based On Salary Demands, Employment Or Services Provided

Número de Caso: 17 BK 03566-LTS

No. Reclamación: 62601

_____

Firma: Rafael A. Sobrino Enríquez