


U.S. POSTAGE PAID
FCM LG ENV
GUAYAMA, PR
00784
APR 30, 20
AMOUNT
$1.00
R2303S101103-99

00918

Guayama, PR 00785

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, PR. 00918-1767

RECEIVED & FILED
2020 MAY -5 AM 8:42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.