Datos de Contacto:

1) Nombre: Sobrino Enríquez Rafael A.

   Dirección: Urb. Vistamar calle 5, A33

   Guayama, PR 00784

   Números de Teléfono: ~~787-557-2275~~

   939-246-9389

   787-557-2146 (esposa)

   Email: rafysobrino@hotmail.com

2) Abogado: Manuel E. Fuster Martínez

   Dirección: 62 Calimano N Cecilia Dominguez

   Guayama, PR 00784

   Teléfono: 787-864-3015

United States District Court
For The District of Puerto Rico

The Financial Oversight and Management Board for Puerto for Puerto Rico
As representative of: The CommonWealth of Puerto Rico

No. 17 BK 3283- LTS
ONE HUNDRED AND SEVENTH OMNIBUS OBJECTION (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico HighWay and Transportation Authority, and Employees Retirement System of The Government of the CommonWealth of Puerto Rico to Deficient Claims Asserting Interests Based On Salary Demands, Employment Or Services Provided

Número de Caso: 17 BK 03283-LTS
No. Reclamación: 72418

_____
Firma: Rafael A. Sobrino Enríquez