



U.S. POSTAGE PAID
FCM LG ENV
GUAYAMA, PR
00784
R2303S101103-99

00918

2020 MAY -5 AM 8:42

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Guayama, PR 00785

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767