UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

--------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

      Debtors.[1]

PROMESA
Title III


No. 17 BK 3283-LTS

(Jointly Administered)

--------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY,

      Debtor.

PROMESA
Title III


No. 17 BK 3567-LTS

--------------------------------------------------------x

ORDER SCHEDULING BRIEFING OF OPPOSED URGENT MOTION
OF THE GOVERNMENT PARTIES FOR LEAVE TO FILE SUR-REPLIES AND TO ADJOURN THE
PRELIMINARY HEARING REGARDING THE REVENUE BOND LIFT STAY MOTIONS TO JUNE 4, 2020

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Court has received and reviewed the *Opposed Urgent Motion of the Government Parties for Leave to File Sur-Replies and to Adjourn the Preliminary Hearing Regarding the Revenue Bond Lift Stay Motions to June 4, 2020* (Docket Entry No. 13041 in Case No. 17-3283 and Docket Entry No. 788 in Case No. 17-3567, the "Urgent Motion") filed by the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority.

Any opposition papers to the Urgent Motion must be filed by **May 6, 2020, at 5:00 p.m. (Atlantic Standard Time)**.  Reply papers must be filed by **May 7, 2020, at 12:00 p.m. (Atlantic Standard Time)**.  The Court will thereafter take the Urgent Motion on submission.

SO ORDERED.

Dated: May 5, 2020

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge