17 de enero de 2020

Secretaría
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & ~~FILED~~
2020 JAN 23 PM 4: 53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RECEIVED & FILED
2020 MAY -5 PM 4: 23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

(I)- Datos del contacto

    Nombre: **Rosana Morales Colón**

    Direccion Residencial:    Calle 410 Blq. 143 #20
                                        Villa Carolina, Carolina PR 00985

    Direccion Postal:    Calle 410 Blq. 143 #20
                                        Villa Carolina, Carolina PR 00985

    Teléfono: **(787) 310-7038**
    Correo Electrónico: **rosyn_79@yahoo.com**

(II) – Epígrafe

    Nombre del deudor:    Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico

    Número del Procedimiento:    17 BK 3283-LTS

    Título de Objeción Legal:    ONE HUNDRED AND SECOND OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED

    Número de Reclamo:    80967

*Rosana Morales Colón* (signature)

(III)-<u>Motivo(s) para oponerse a Objeción global</u>

Me opongo a la Objeción Global dado que el dinero aportado por mi parte al Sistema de Retiro por concepto de ahorro personal fue utilizado por el Gobierno de Puerto Rico lo que incumple el acuerdo con el Sistema de Retiro. Por lo tanto solicito que persista el reclamo sometido, dado que el Gobierno del Estado Libre Asociado de Puerto Rico me adeuda la cantidad de $9,995.04 por concepto de aportación al sistema de Retiro de Puerto Rico.

Cabe señalar que debido a los sismos ocurridos en Puerto Rico, varias agencias gubernamentales casaron sus funciones como medida de seguridad. Debido a esta situación se ha visto afectada la radicación de la información solicitada y aquí brindada en la fecha límite establecida.