Rosana Morales Colón
Calle 410 Blq. 143 #20
Villa Carolina, Carolina
P.R. 00985



Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767