

# DEPARTAMENTO DE EDUCACION
Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

5 de marzo de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | CARMEN Z. SANTOS VAZQUEZ |
| Seguro Social | : | -8631 |
| Categoría | : | MA. EDUCACION TEMPRANA - NIVEL ELEMENTAL (K-3) |
| Distrito Escolar | : | GURABO |
| Sueldo Mensual | : | $2,405.00 |
| Status | : | PERMANENTE |

Observaciones :

| | | |
|---|---|---|
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 28 de julio de 2004 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (31) años. |

*Carmen Z. Santos Vázquez*

Candida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Modelo SC-1515 (IRM)
14-mayo-71
Manual de Contabilidad

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**JUNTA DE RETIRO PARA MAESTROS**
**INFORME RENTA ANUAL VITALICIA**

RECEIVED & FILED
2020 APR 17 AM 9:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

.9% = $191.94

**CARMEN Z SANTOS VAZQUEZ**

Núm. Reclamación: 39135
Sexo: F
Fecha de Nacimiento: [redacted]

Tipo de Renta:
a- Años de Servicio y edad
   Opcional    ( X )
   Obligatorio ( )
b. Edad        ( )
c- Incapacidad
   Ocupacional    ( )
   No Ocupacional ( )
d- Diferida       ( )

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Fecha de Retiro | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 52 | 2 | 1 | 30 | 11 | 2 | 2 | $ 43,252.59 | 2004 | 7 | 28 |
| Años | Meses | Días | Años | Meses | Sem. | Días | | Año | Mes | Día |

Fecha de Efectividad
| 2004 | 7 | 29 |
| Año | Mes | Día |

Retiro Ley Núm. **91DEL2004**

Cómputo de la Renta Anual:
a- Sueldo promedio mensual más alto durante TRES años consecutivos a $2,132.77     $ 1,599.57

.75%    X    30 años
(Por ciento)         (Tiempo Acreditado)

*En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad

b. Ajuste para llegar al Mínimo Establecido por ley 89

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ _____ | $ _____ | $ _____ | $ _____ |

OFICINA DE FINANZAS
DOCUMENTOS PREINTERVENIDOS
ANN  13 AGO 2004
AWILDA VÁZQUEZ CARABALLO

Diferencia Mínimo o Renta Sistema de Retiro

Renta Mensual Vitalicia                                                1,599.57
Renta Anual Vitalicia                                                  19,194.84

Computado: Carlos J. Serrano    11/8/04
Cotejado: María A. Torres Morales    12/10/04
Recomendado: Irma García Hernández, Directora Area Servicios de Retiro    12/8/04
Aprobado: Dinelia Oyola Morales, Subdirectora Ejecutiva    17 agosto /04

agb
Fecha: 10 de agosto de 2004

Carmen Z. Santos Vázquez

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Carmen Z. Santos Vazquez**, con número de seguro social que termina en **8631**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 29 de julio de 2004 |
| Tiempo Cotizado para la Pensión | 30 años, 11 meses, 2 semanas, 2 días |
| Pensión Mensual Inicial | $1,599.57 |
| Pensión Mensual Actual | $1,599.57 |

Esta certificación se expide hoy, **5 de marzo de 2020** en **San Juan**, Puerto Rico.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414     787.764.6910     www.srm.pr.gov

**SRM**
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2020 MAY -5 PM 4: 24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al.*<br><br>Debtors | 3:17-BK-3283 (LTS)<br><br>PROMESA Title III<br><br>(Jointly Administrated) |

## NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on April 17, 2020. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 17 de abril de 2020. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.

NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*
3:17-BK-3283 (LTS)

| 1 | | Pleading is illegible. L.Civ.R. 10 *(El escrito radicado es ilegible o no cumple con la R.L.Civ. 10)* |
|---|---|---|
| 2 | X | Lacks proper signature. Documents presented to the court in paper require a handwritten signature. L.Civ.R. 11 *(Documento no está firmado adecuadamente. Los documentos sometidos en papel tienen que estar firmados a mano. R.L.Civ. 11)* |
| 3 | | PROMESA Cover Sheet for Adversary Proceedings (DPR Modified PROMESA B1040) was not included. L.Bkcy.R. 7003-1 http://www.prd.uscourts.gov/promesa/forms-attorneys *(No se incluyó la Hoja de Trámite para Casos Adversarios (DPR Modified PROMESA B1040).)* |
| 4 | | Failure to pay the filing fee in the amount of $400.00. See, L.Cv.R. 3.1(a). Payment shall be made within 24 hours in person at the Clerk's Office U.S. District Court with copy of the complaint /notice of removal. *(Incumplimiento con el pago de la cuota de radicación por la cantidad de $400.00. El pago debe hacerse personalmente dentro de 24 horas en la Secretaría del Tribunal Federal de Distrito adjuntando una copia de la demanda / notificación de remoción.)* |
| 5 | | Other: |

Date: April 22, 2020

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of Court

By: s/ Marian B. Ramirez-Rivera
Marian B. Ramirez Rivera
Deputy Clerk

sc: to filer with original filing attached