Carmen Z. Santos Vázquez
Urb. Vista Monte
A-18 Calle 4
Cidra, P.R. 00739-3712



Clerk's Office
United States District Court
Room 150 Federal BLDG
San Juan, P.R. 00918-1767