RECEIVED & FILED
2020 MAY -5 PM 4:22

Fecha: 2 de mayo de 2020

Asunto: Radicación de réplica para impugnar objeción global

Datos del Reclamante: María de Armas Figueroa
# de Teléfono: 787-347-1221
# de Correo Electrónico: mdearmasfigueroa24950@yahoo.com
Dirección Residencial: Urb. Guayama Valley calle 15 AA+6 Guayama, P.R. 00784
Dirección Postal: P.O. Box 2345 Guayama P.R. 00785
Nombre del Deudor: Estado Libre Asociado de Puerto Rico
Número de Reclamación: 90086
Número de Caso: 17 BK 03566-LTS
17 BK 035

Motivo: Solicito no se me excluya de la reclamación de los Maestros en el pleito de clase contra el Estado Libre Asociado de Puerto Rico por las siguientes leyes:
Ley 89 de 1979 conocida como Romerazo
Ley de Retiro (3%)
Ley de Escala Salarial

Ley del Costo de Vida (Ley 96)

Cantidad del Reclamo: $5,000 dólares

Período de Compensación: agosto 1989 Esc. Barrancas
Año 1990-1995 Esc. José Muñoz Vázquez
Año 1996-1998 - Esc. Bartolo Caussade
1999-2000 - Esc. Anselmo Vázquez
2001-2017 - Esc. Oscar Hernández Guevara

Todas éstas escuelas en el pueblo de Guayama, P.R.