**FROM:**

María de Armas Figueroa
P.O. Box 2345
Guayama, PR. 00785

**TO:**

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, PR. 00918-1767



U.S. POSTAGE PAID
FCM LG ENV
GUAYAMA, PR
00784
MAY 02, 20
AMOUNT
**$1.20**
R2303S101103-29

**Utility Mailer**
**10 1/2" x 16"**



ReadyPost.