# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>  Debtor.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ("HTA"),<br><br>  Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

**MOTION OF AMBAC ASSURANCE CORPORATION, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, FINANCIAL GUARANTY INSURANCE COMPANY, THE BANK OF NEW YORK MELLON, AND U.S. BANK TRUST NATIONAL ASSOCIATION TO REDACT PREVIOUSLY FILED DOCUMENTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9037(H)**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Ambac[2], Assured, National, FGIC, The Bank of New York Mellon, in its capacity as successor trustee for the CCDA bondholders, and U.S. Bank, in its capacity as successor trustee for the PRIFA bondholders (collectively, "Movants") by and through their undersigned attorneys, respectfully submit this motion to redact (the "Motion to Redact") certain papers related to the lift stay motions (the "Lift Stay Motions"). Attached hereto as **Exhibit A** is a proposed order granting the Motion to Redact, and as **Exhibits B-G** are the proposed redacted documents, as required by Fed. R. Bankr. P. 9037(h)(1)(B). In further support of the Motion to Redact, Movants respectfully state as follows:

1. On April 30, 2020, Movants filed certain exhibits in connection with counsel declarations supporting the Lift Stay Motions. The following exhibits contained financial account numbers, which should have been redacted in part, pursuant to Fed. R. Bankr. P. 9037(a)(4):

    a. Exhibit 66 to the Declaration of William Natbony (originally filed as ECF No. 13004-71 and as ECF No. 780-71 in Case No. 17-3567 and proposed redacted version attached hereto as Exhibit B);

    b. Exhibit 39 to the Declaration of Atara Miller (originally filed as ECF No. 12998-15, and proposed redacted version attached hereto as Exhibit C); and

    c. Exhibits 38, 41, 42, and 45 to the Declaration of John J. Hughes, III (originally filed as ECF Nos. 13007-19, 13007-22, 13007-23, and 13007-26, and proposed redacted versions attached hereto as Exhibits D-G, respectively).

2. Pursuant to Fed. R. Bankr. P. 9037(h), Movants seek to substitute the redacted exhibits attached as Exhibits B-G for the previously filed unredacted exhibits. The unredacted

---

[2] Unless otherwise specified, defined terms have the meanings given to them in the *Stipulation and Protective Order* (ECF No. 12912) (the "Protective Order") and Lift Stay Motions.

versions of the aforementioned exhibits have since been removed from the public filing system, as required by Fed. R. Bankr. P. 9037(h)(2).

[*Remainder of Page Intentionally Omitted*]

| | |
|---|---|
| Dated: May 6, 2020<br>San Juan, Puerto Rico | **FERRAIUOLI LLC**<br><br>By:     */s/ Roberto Cámara-Fuertes*<br>        Roberto Cámara-Fuertes (USDC-PR No. 219002)<br>        Sonia Colón (USDC-PR No. 213809)<br>        221 Ponce de León Avenue, 5th Floor<br>        San Juan, PR 00917<br>        Telephone: (787) 766-7000<br>        Facsimile: (787) 766-7001<br>        Email: rcamara@ferraiuoli.com<br>                  scolon@ferraiuoli.com<br><br>**MILBANK LLP**<br><br>By:     */s/ Atara Miller*<br>        Dennis F. Dunne (admitted *pro hac vice*)<br>        Atara Miller (admitted *pro hac vice*)<br>        Grant R. Mainland (admitted *pro hac vice*)<br>        John J. Hughes, III (admitted *pro hac vice*)<br>        55 Hudson Yards<br>        New York, NY 10001<br>        Telephone: (212) 530-5000<br>        Facsimile: (212) 530-5219<br>        Email: ddunne@milbank.com<br>                  amiller@milbank.com<br>                  gmainland@milbank.com<br>                  jhughes2@milbank.com<br><br>**Attorneys for Ambac Assurance Corporation** |

[*Remainder of Page Intentionally Omitted*]

| | |
|---|---|
| **ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC**<br><br>By: /s/ *Eric Pérez-Ochoa*<br>　　Eric Pérez-Ochoa<br>　　(USDC-PR No. 206314)<br>　　Email: epo@amgprlaw.com<br><br>By: /s/ *Luis A. Oliver-Fraticelli*<br>　　Luis A. Oliver-Fraticelli<br>　　(USDC-PR No. 209204)<br>　　Email: loliver@amgprlaw.com<br><br>　　208 Ponce de Leon Ave., Suite 1600<br>　　San Juan, PR 00936<br>　　Telephone: (787) 756-9000<br>　　Facsimile: (787) 756-9010 | **CASELLAS ALCOVER & BURGOS P.S.C.**<br><br>By: /s/ *Heriberto Burgo Pérez*<br>　　Heriberto Burgos Pérez<br>　　(USDC-PR No. 204809)<br>　　Ricardo F. Casellas-Sánchez<br>　　(USDC-PR No. 203114)<br>　　Diana Pérez-Seda<br>　　(USDC-PR No. 232014)<br>　　P.O. Box 364924<br>　　San Juan, PR 00936-4924<br>　　Telephone: (787) 756-1400<br>　　Facsimile: (787) 756-1401<br>　　Email: hburgos@cabprlaw.com<br>　　　　　rcasellas@cabprlaw.com<br>　　　　　dperez@cabprlaw.com |
| **WEIL, GOTSHAL & MANGES LLP**<br><br>By: /s/ *Robert Berezin*<br>　　Jonathan D. Polkes (admitted *pro hac vice*)<br>　　Gregory Silbert (admitted *pro hac vice*)<br>　　Robert Berezin (admitted *pro hac vice*)<br>　　Kelly DiBlasi (admitted *pro hac vice*)<br>　　Gabriel A. Morgan (admitted *pro hac vice*)<br>　　767 Fifth Avenue<br>　　New York, NY 10153<br>　　Telephone: (212) 310-8000<br>　　Facsimile: (212) 310-8007<br>　　Email: jonathan.polkes@weil.com<br>　　　　　gregory.silbert@weil.com<br>　　　　　robert.berezin@weil.com<br>　　　　　kelly.diblasi@weil.com<br>　　　　　gabriel.morgan@weil.com<br><br>***Attorneys for National Public Finance Guarantee Corp.*** | **CADWALADER, WICKERSHAM & TAFT LLP**<br><br>By: /s/ *Howard R. Hawkins, Jr.*<br>　　Howard R. Hawkins, Jr. (admitted *pro hac vice*)<br>　　Mark C. Ellenberg (admitted *pro hac vice*)<br>　　William J. Natbony (admitted *pro hac vice*)<br>　　Ellen M. Halstead (admitted *pro hac vice*)<br>　　Thomas J. Curtin (admitted *pro hac vice*)<br>　　Casey J. Servais (admitted *pro hac vice*)<br>　　200 Liberty Street<br>　　New York, NY 10281<br>　　Telephone: (212) 504-6000<br>　　Facsimile: (212) 504-6666<br>　　Email: howard.hawkins@cwt.com<br>　　　　　mark.ellenberg@cwt.com<br>　　　　　bill.natbony@cwt.com<br>　　　　　ellen.halstead@cwt.com<br>　　　　　thomas.curtin@cwt.com<br>　　　　　casey.servais@cwt.com<br><br>***Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*** |

**REXACH & PICÓ, CSP**

By: */s/ María E. Picó*
    María E. Picó
    (USDC-PR No. 123214)
    802 Ave. Fernández Juncos
    San Juan, PR 00907-4315
    Telephone: (787) 723-8520
    Facsimile: (787) 724-7844
    Email: mpico@rexachpico.com

**BUTLER SNOW LLP**

By: */s/ Martin A. Sosland*
    Martin A. Sosland (admitted *pro hac vice*)
    5430 LBJ Freeway, Suite 1200
    Dallas, TX 75240
    Telephone: (469) 680-5502
    Facsimile: (469) 680-5501
    Email: martin.sosland@butlersnow.com
    Jason W. Callen (admitted *pro hac vice*)
    150 3rd Ave., S., Suite 1600
    Nashville, TN 37201
    Telephone: (615) 651-6774
    Facsimile: (615) 651-6701
    Email: jason.callen@butlersnow.com

**Attorneys for Financial Guaranty Insurance Company**

[*Remainder of Page Intentionally Omitted*]

| | |
|---|---|
| **RIVERA, TULLA AND FERRER, LLC**<br><br>By: */s/ Eric A. Tulla*<br>Eric A. Tulla<br>(USDC-DPR No. 118313)<br>Email: etulla@ riveratulla.com<br>Iris J. Cabrera-Gómez<br>(USDC-DPR No. 221101)<br>Email: icabrera@ riveratulla.com<br>Rivera Tulla & Ferrer Building<br>50 Quisqueya Street<br>San Juan, PR 00917-1212<br>Telephone: (787) 753-0438<br>Facsimile: (787) 767-5784 | **SEPULVADO, MALDONADO & COURET**<br><br>By: */s/ Albéniz Couret Fuentes*<br>Albéniz Couret Fuentes<br>(USDC-PR No. 222207)<br>304 Ponce de León Ave. Suite 990<br>San Juan, PR 00918<br>Telephone: (787) 765-5656<br>Facsimile: (787) 294-0073<br>Email: acouret@smclawpr.com |

**HOGAN LOVELLS US LLP**

By: */s/ Robin E. Keller*
Robin E. Keller, Esq.
Ronald Silverman, Esq.
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
robin.keller@hoganlovells.com
ronald.silverman@hoganlovells.com

**Attorneys for U.S. Bank National Association, in its Capacity as Trustee to PRIFA Bondholders**

**REED SMITH LLP**

By: */s/ Eric A. Schaffer*
Eric A. Schaffer (admitted *pro hac vice*)
Luke A. Sizemore (admitted *pro hac vice)*
Jared S. Roach (admitted *pro hac vice*)
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
Email: eschaffer@reedsmith.com
      lsizemore@reedsmith.com
      jroach@reedsmith.com

**Attorneys for The Bank of New York Mellon, in its Capacity as Trustee to CCDA Bondholders**

[*Remainder of Page Intentionally Omitted*]

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date a true and exact copy of this notice was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record.

/s/ *Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com