# **Exhibit A**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>                    Debtor.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>PUERTO RICO HIGHWAYS AND<br>TRANSPORTATION AUTHORITY ("HTA"),<br><br>                    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**[PROPOSED] ORDER GRANTING MOTION OF AMBAC ASSURANCE
CORPORATION, ASSURED GUARANTY CORP., ASSURED GUARANTY
MUNICIPAL CORP., NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION,
FINANCIAL GUARANTY INSURANCE COMPANY, THE BANK OF NEW YORK
MELLON, AND U.S. BANK TRUST NATIONAL ASSOCIATION TO REDACT
PREVIOUSLY FILED DOCUMENTS PURSUANT TO FEDERAL RULE OF
<u>BANKRUPTCY PROCEDURE 9037(H)</u>**

Upon consideration of the *Motion of Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, Financial Guaranty Insurance Company, The Bank of New York Mellon, and U.S. Bank Trust National Association to Redact Previously Filed Documents Pursuant to Federal Rule of Bankruptcy Procedure 9037(h)* (the "<u>Motion to Redact</u>"),[2] and the Court having reviewed the Motion to Redact and the relief requested; the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 48 U.S.C. § 2166(a); the Court determining that venue of this proceeding and the Motion to Redact in this District is proper under 28 U.S.C. § 1391(b) and 48 U.S.C. § 2167(a); notice of the Motion to Redact being adequate and proper under the circumstances; and after due deliberation and sufficient cause appearing; therefore, it is HEREBY ORDERED THAT:

1.      The Motion to Redact is GRANTED as set forth herein.

2.      The Movants' substitution of exhibits partially redacting financial-account numbers is accepted as follows:

    a)      Exhibit B to the Motion to Redact shall replace Exhibit 66 to the Declaration of William Natbony (originally filed as ECF No. 13004-71 in Case No. 17-BK-3283-LTS and as ECF No. 780-71 in Case No. 17-3567);

    b)      Exhibit C to the Motion to Redact shall replace Exhibit 39 to the

---

[2] Capitalized terms not defined in this Order shall have the meanings ascribed to them in the Motion to Redact.

Declaration of Atara Miller (originally filed as ECF No. 12998-15 in Case

No. 17-BK-3283-LTS); and

c)     Exhibits D-G to the Motion to Redact shall replace Exhibits 38, 41, 42,

and 45, respectively, to the Declaration of John J. Hughes, III (originally

filed as ECF Nos. 13007-19, 13007-22, 13007-23, and 13007-26 in Case

No. 17-BK-3283-LTS).


SO ORDERED.

Dated: _____

 

                                           _____
                                           JUDITH GAIL DEIN
                                           UNITED STATES MAGISTRATE JUDGE