# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Ada L. Berrios Cruz**, con número de seguro social que termina en **4278**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 29 de julio de 2004 |
| Tiempo Cotizado para la Pensión | 30 años, 11 meses, 2 semanas, 2.5 días |
| Pensión Mensual Inicial | $1,599.59 |
| Pensión Mensual Actual | $1,599.59 |

Esta certificación se expide hoy, **5 de marzo de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414   787.764.6910   www.srm.pr.gov

Modelo SC-1515 (IRM)
14-mayo-71
Manual de Contabilidad

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**JUNTA DE RETIRO PARA MAESTROS**
**INFORME RENTA ANUAL VITALICIA**

.9%=$191.95

| ADA L BERRIOS CRUZ | Núm. Reclamación 39136 | Sexo F |
|---|---|---|

**Tipo de Renta:**
a- Años de Servicio y edad
    Opcional  (X)
    Obligatorio ( )
b. Edad ( )
c- Incapacidad
    Ocupacional ( )
    No Ocupacional ( )
d- Diferida ( )

**Fecha de Nacimiento**
Año  Mes  Día

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Fecha de Retiro |
|---|---|---|---|
| 51   4   — <br> Años Meses Días | 30   11   2   2½ <br> Años Meses Sem. Días | $ 43,307.51 | 2004   7   28 <br> Año Mes Día |
| | | | **Fecha de Efectividad** <br> 2004   7   29 <br> Año Mes Día |

Retiro Ley Núm. **91DEL2004**

**Cómputo de la Renta Anual:**
a- Sueldo promedio mensual más alto durante TRES años consecutivos a $2,132.78     $ 1,599.59

.75%  X  30 años
(Por ciento)    (Tiempo Acreditado)

*En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad

b. Ajuste para llegar al Mínimo Establecido por ley 89

Años de Servicio   Edad   Incapacidad Física   Diferido
$ _____   $ _____   $ _____   $ _____

OFICINA DE FINANZAS
DOCUMENTOS PREINTERVENIDOS
18 AGO 2004
JOSÉ REYES DÁVILA

Diferencia Mínimo o Renta Sistema de Retiro

Renta Mensual Vitalicia     1,599.59

Renta Anual Vitalicia     19,195.08

| Computado | Fecha | Cotejado por: | Fecha |
|---|---|---|---|
| Annie Rivera | 11-8-04 | María A. Torres Morales | 17-agosto-04 |

| Recomendado: | Fecha | Aprobado: | Fecha | |
|---|---|---|---|---|
| Irma García Hernández <br> Directora Area Servicios de Retiro | 12/8/04 | | 17 agosto/04 | Dinelia Oyola Morales <br> Subdirectora Ejecutiva |

agb
Fecha: 11 de agosto de 2004

Ada L. Berrios



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: LEY PROMESA

5 de marzo de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | ADA L. BERRIOS CRUZ |
| Seguro Social | : | |
| Categoría | : | MA. EDUCACION - NIVEL ELEMENTAL (4-6) |
| Distrito Escolar | : | BARRANQUITAS |
| Sueldo Mensual | : | $2,405.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 28 de julio de 2004 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (31) años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.