Ada L. [illegible]
P.O. Box 352
Comerio, P.R. 00782

Secretaria (Clerk Office
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767