17 de enero de 2020

Secretaría
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

(I)-<u>Datos del contacto</u>

Nombre: **Vilmarie Morales Colón**

Direccion Residencial:
**Calle 410 Blq. 143 #20
Villa Carolina, Carolina PR 00985**

Direccion Postal:
**Calle 410 Blq. 143 #20
Villa Carolina, Carolina PR 00985**

Teléfono: **(787) 513-8064**
Correo Electrónico: <u>keilyshanty13@gmail.com</u>

(II) – <u>Epígrafe</u>

| | |
|---|---|
| Nombre del deudor: | **Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico** |
| Número del Procedimiento: | **17 BK 3283-LTS** |
| Título de Objeción Legal: | **ONE HUNDRED AND SECOND OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED** |
| Número de Reclamo: | **21692** |

RECEIVED & FILED
2020 JAN 23 PM 4:53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RECEIVED & FILED
2020 MAY -5 PM 4:23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Nombre: **Vilmarie Morales Colón**
Número de Reclamo: **21692**
Pág. 2

(III)-<u>Motivo(s) para oponerse a Objeción global</u>

El motivo para oponerme a la Objeción Global es que mi dinero aportado al Sistema de Retiro por concepto de ahorro personal fue utilizado por el Gobierno de Puerto Rico lo que incumple el acuerdo firmado con el Sistema de Retiro. Es por esta razón que solicito que persista el reclamo sometido, dado que el Gobierno del Estado Libre Asociado de Puerto Rico me adeuda la cantidad de $37,891.32 por concepto de aportación al sistema de Retiro de Puerto Rico.

Adjunto el estado de cuenta estimado de mis aportaciones al Sistema de Retiro provisto por esta Agencia en la cual no se refleja el tiempo trabajado del periodo correspondiente entre el año 2000 al 2013.

<u>Radicación</u>:

Cabe señalar que debido a los fuertes y constantes sismos que han estado ocurriendo en Puerto Rico, varias agencias gubernamentales casaron sus funciones como medida de seguridad. Debido a esta situación se ha visto afectada la radicación de la información solicitada y aqui brindada en la fecha límite establecida.

*Vilmarie Morales Colón* (signature)