Vilmarie Morales Colón
Calle 410 Blg. 143 #20
Villa Carolina, Carolina
P.R. 00985

CERTIFIED MAIL
7019 1640 0001 5758 9188

U.S. POSTAGE PAID
FCM LETTER
CAROLINA, PR
00983
APR 29, 20
AMOUNT
$6.40
R2305K133715-15

RECEIVED &
2020 MAY -5
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Builing
San Juan, P.R. 00918-1767