22 de abril de 2020



Primer Clerk LLC

Grand Central Station

P.O. Box 4850

New York, NY 10163-4850

Estimados señores:

Me dirijo a ustedes en relación a la reclamación **153878**, mi nombre es **Miguel Nieves Hernández**, seguro social REDACTED-2317 empleado del Departamento de Educación . La misma es en relación de la Ley 96 y por el Romeraso Ley **89**. En la Ley **96** se estableció un aumento salarial de **$100.00 dólares** mensuales concedidos por virtud de la Ley 96 del 1ero de julio de 2002. Ley **96**, aprobada en el 2002 bajo la administración de Sila Calderón, concedió un aumento de $100.00 dólares **a todos los empleados públicos sin distinción de status**, ni categoría, que estaban **activos** en el gobierno **al 30 de junio de 2002**. De igual forma, concedía a los empleados que estuvieran vinculados, pero no activos a esa fecha, el derecho al aumento a la fecha de su reinstalación en el gobierno. A pesar de cumplir con todos los requisitos solo se le dio a policías y maestros permanentes. Los demás empleados del gobierno no recibieron ese aumento.

Al calcular $100.00 dólares x 12 meses = $1,200.00 X 16 años (momento que radiqué la reclamación, 2018) = $ 19,200.00.

Ley 89 de 1980, comencé a trabajar en el 1986 y adquirí mi permanencia 1989. Al calcular $100.00 x 12 meses= $1,200.00 x 29 años (momento que radiqué la reclamación, 2018)= $34,000.00.

Por esta razón fue, que realicé dicha petición ya que esos beneficios no se otorgaron y el costo de vida continúan subiendo. Y los gremios de empleados los han peleado pero no se ha conseguido dicha retribución.

Cualquier otra información de lo poco que tengo puede comunicarse con este servidor. La agencia es la que tiene todo lo de los empleados.

Atentamente,

*Miguel Nieves Hernández*

Miguel Nieves Hernández

Nota: Devido a la Emergencia en Puerto Rico, Por el COVID-19 estoy enviando la Reclamación el Dia de Hoy

Gracias

Calle Pedro Hernández # 95 Quebradillas, P.R. 00678 Te. (787) 373-9255.