Miguel Nieves Hernandez
Unb: Kennedy
Calle: Pedro Hernandez #95
Quebradillas P.R. 00678

RECEIVED & FILED
2020 MAY -5 PN 4:24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR



SAN JUAN PR 009
01 MAY 2020 PM 2 L

Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767