**EXHIBIT A**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>    Debtors.[1] | PROMESA Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>    Debtor. | Case No. 17-BK-3567-LTS |
| ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., AMBAC ASSURANCE CORPORATION, NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, and FINANCIAL GUARANTY INSURANCE COMPANY<br><br>    Movants,<br><br>v. | Case No. 17-BK-3567-LTS<br>**Re: ECF No. 788** |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

|  |  |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, |  |
|     as representative of |  |
| PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, |  |
|     Respondent. |  |
| AMBAC ASSURANCE CORPORATION, FINANCIAL GUARANTY INSURANCE COMPANY, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., and U.S. BANK TRUST NATIONAL ASSOCIATION, | Case No. 17-BK-3283-LTS **Re: ECF No. 13041** |
|     Movants, |  |
| v. |  |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, |  |
|     as representative of |  |
| THE COMMONWEALTH OF PUERTO RICO, |  |
|     Respondent. |  |
| AMBAC ASSURANCE CORPORATION, FINANCIAL GUARANTEE INSURANCE COMPANY, ASSURED GUARANTY CORPORATION, ASSURED GUARANTY MUNICIPAL CORP., and THE BANK OF NEW YORK MELLON, as Fiscal Agent, | Case No. 17-BK-3283-LTS **Re: ECF No. 13041** |
|     Movants, |  |
| v. |  |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, |  |
|     as representative of |  |
| THE COMMONWEALTH OF PUERTO RICO, |  |
|     Respondent. |  |

**[MONOLINE PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART
THE OPPOSED URGENT MOTION OF THE GOVERNMENT PARTIES FOR LEAVE
TO FILE SUR-REPLIES AND TO ADJOURN THE PRELIMINARY HEARING
<u>REGARDING THE REVENUE BOND LIFT STAY MOTIONS TO JUNE 4, 2020</u>**

Upon consideration of the *Opposed Urgent Motion of the Government Parties for Leave to File Sur-Replies and to Adjourn the Preliminary Hearing Regarding the Revenue Bond Lift Stay Motions to June 4, 2020* (Dkt. No. 13041) (the "<u>Motion</u>") and the *Opposition of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and National Public Finance Guarantee Corporation to the Opposed Urgent Motion of the Government Parties for Leave to File Sur-Replies and to Adjourn the Preliminary Hearing Regarding the Revenue Bond Lift Stay Motions to June 4, 2020* (the "<u>Opposition</u>"),[2] and the Court having reviewed the Motion and the Opposition and the relief requested; the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 48 U.S.C. § 2166(a); the Court determining that venue of this proceeding in this District is proper under 28 U.S.C. § 1391(b) and 48 U.S.C. § 2167(a); notice of the Motion and the Opposition being adequate and proper under the circumstances; and after due deliberation and sufficient cause appearing; therefore, it is HEREBY ORDERED THAT:

1.      The Motion is GRANTED in part and DENIED in part as set forth herein;

2.      No later than **May 14, 2020**, the Government Parties may file a sur-reply of up to 15 pages each in connection with (i) the HTA Reply; (ii) the PRIFA Reply; and (iii) the CCDA Reply.

3.      Movants shall have until **May 21, 2020** to obtain discovery and until **May 25, 2020** to file any responses to the sur-reply briefs;

---

[2] Capitalized terms not defined in this Order shall have the meanings ascribed to them in the Opposition.

4.      The preliminary hearing shall take place on **June __, 2020**;

5.      There shall be a corresponding adjournment of the summary judgment schedule, such that there are 14 days between the preliminary hearing and the summary judgment opposition deadline so the parties can meet-and-confer regarding whether and to what extent the summary judgment practice remains necessary.

6.      The hearing on the motions for summary judgment, if necessary, is adjourned to _____.

SO ORDERED.

Dated: _____

_____
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE