# **Exhibit D**

# Insufficiently Alleged Claims

1. Insufficiently alleged claims in (i) the administrative expense claims filed by the ERS Bondholder Groups [ECF No. 9285 in Case No. 17-3283 and ECF No. 707 in Case No. 17-3566; ECF No. 9294 in Case No. 17-3283 and ECF No. 710 in Case No. 17-3566]; (ii) the Fiscal's Agent's Joinder to the ERS Bondholder Groups' administrative expense motion. [ECF No. 9298 in Case No. 17-3283 and ECF No. 712 in Case No. 17-3566]; and (iii) the addenda to the proofs of claim filed by the ERS Bondholder Groups and Fiscal Agent [Claim Nos. 16777, 16775, 32004)]

    a. Alter Ego

    b. Subrogation

    c. Avoidance

    d. Breach of fiduciary duty

    e. Breach of express and implied warranty

    f. Fraudulent misrepresentation

    g. Violations of the "United States Bankruptcy Code"

    h. Violations of "various securities laws"

    i. Equitable or constructive trust

    j. Equitable subordination

    k. Reimbursement

    l. Contribution