# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: Dkt. No. ___ |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor | PROMESA Title III<br><br>No. 17 BK 3566-LTS<br><br>Re: Dkt. No. ____ |

**[PROPOSED] ORDER GRANTING THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES OF THE COMMONWEALTH OF PUERTO RICO'S MOTION TO DISMISS PROOFS OF CLAIMS AND ADMINISTRATIVE EXPENSE CLAIMS ASSERTED AGAINST THE COMMONWEALTH AND ERS <u>BY CERTAIN HOLDERS OF ERS BONDS AND THE FISCAL AGENT</u>**

---

[1] The Debtors in these jointly-administered PROMESA title III cases (these "**Title III Cases**"), along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747).

Upon consideration of the *Official Committee of Retired Employees of the Commonwealth of Puerto Rico's Motion to Dismiss Proofs of Clam and Administrative Expense Claims Asserted Against the Commonwealth and ERS by Certain Holders of ERS Bonds and the Fiscal Agent* "**Motion**"); the Court having found and determined that (i) the Court has jurisdiction to consider the Motion and the relief requested therein; (ii) venue is proper before this Court pursuant to PROMESA section 307(a); (iii) due and proper notice of the Scheduling Motion has been provided under the particular circumstances and no other or further notice need be provided; (iv) based on the statements and arguments made in the Scheduling Motion, the relief requested in the Scheduling Motion is in the best interest of ERS, the Commonwealth and their creditors; (v) any objections to the relief requested in the Scheduling Motion have been withdrawn or are hereby overruled; and (vi) the legal and factual bases set forth in the Scheduling Motion establish just cause for the relief granted herein.

Accordingly, it is hereby ORDERED THAT:

1. The Motion is Granted.

2. All claims, including any proofs of claim or administrative expense claims and supplements thereto, filed or asserted against the Commonwealth and ERS by Claimants are disallowed and dismissed, with prejudice.

3. A copy of this Order shall be filed on the docket in the Commonwealth's and ERS's Title III cases.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____

                                                     _____
THE HONORABLE LAURA TAYLOR SWAIN
United States District Judge