# **Exhibit B**

CONFIDENTIAL
Shanshan Cao - March 4, 2020

Page 1

```
1                IN THE UNITED STATES DISTRICT COURT
2                  FOR THE DISTRICT OF PUERTO RICO
3
4      _____
5      In Re:                                      )
6      THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD )  PROMESA TITLE III
7      FOR PUERTO RICO                             )  Case No.
8              as representative of                )  17-BK-03283 (LTS)
9      THE COMMONWEALTH OF PUERTO RICO, et. al,    )
10             Debtors.                            )
11     _____)
12     In Re:                                      )
13     THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD )  PROMESA Title III
14     FOR PUERTO RICO                             )  Case No.
15             as representative of                )  17-BK-03566 (LTS)
16     THE EMPLOYEES RETIREMENT SYSTEM OF THE      )
17     GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,)
18             Debtor.                             )
19     _____)
20
21                    C O N F I D E N T I A L
22             Videotaped Deposition of Shanshan Cao
23
24     Reported by:
25     LORRAINE B. ABATE, CSR, RPR
```

CONFIDENTIAL
Shanshan Cao - March 4, 2020

Page 60

1                     Shanshan Cao
2    bonds for the first time?
3          A.    Because we did not think it was a risk,
4    correct.
5          Q.    Did John say anything about whether it
6    had been -- the validity of bonds had been considered
7    at the time SV Credit was going to purchase ERS bonds
8    for the first time?
9          A.    So I did not ask him if he had
10   considered it.  I asked him if he recalled he had
11   concerns about the authority to issue, and his
12   response was to the best of his recollection, no.
13         Q.    And John did not -- well, let me ask it
14   this way.  Actually, never mind.  Okay.
15               Looking at Steve, you also spoke with
16   him.  Did you ask Steve whether he had considered
17   whether the validity of the ERS bonds was an issue at
18   the time SV Credit initially purchased the bonds?
19         A.    So again, same as with Jonathan.  I did
20   not ask him if that was a specific risk that he
21   considered.  I did ask him if he was -- he recalled
22   any concerns about ERS's ability to authorize the
23   issuance of the bonds, and again, to the best of his
24   recollection, he was not concerned with that issue.
25         Q.    Do you recall when SV Credit first

CONFIDENTIAL
Shanshan Cao - March 4, 2020

Page 61

1 Shanshan Cao
2 learned or heard of the argument that the ERS bonds
3 were not validly issued?
4     MS. McGONIGLE: And I'll just caution
5     you not to disclose privileged communications in
6     your response.
7     THE WITNESS: So public pleadings are
8     okay?
9     A.    Public pleadings are okay?
10    Q.    We can start with that. Do you recall
11 when SV Credit first heard the argument the ERS bonds
12 were invalid in a public pleading?
13    A.    I don't recall the specific time frame,
14 but we had first focused on the issue of ERS's
15 authority to issue the bonds with respect to these
16 specific ultra vires arguments when the actual
17 litigation commenced.
18    Q.    When you say when the actual litigation
19 commenced, what do you mean?
20    A.    I guess when there were legal pleadings
21 filed.
22     MR. BASSETT: I'm sorry to interrupt,
23     but I just want to note an objection for the
24     record to the instruction on privilege grounds
25     to the extent the witness is excluding from her

CONFIDENTIAL
Shanshan Cao - March 4, 2020

Page 62

Shanshan Cao

```
 2    answer any communications from counsel that made
 3    SV Credit aware of any issue concerning the
 4    validity of the ERS bonds.
 5           We think that is an inappropriate
 6    instruction and reserve all rights.
 7           MR. DALSEN:  Okay.  Well, I will join
 8    the objection, but I'll also just continue the
 9    questions.  We can get there.
10    Q.     Was SV Credit aware of a pleading AAFAF
11    filed in 2017 asserting that the ERS bonds were not
12    validly issued?
13    A.     To the best of my knowledge, yes.  I
14    don't recall the specific dates, so I assume that is
15    the correct date.
16    Q.     Did SV Credit become aware of that
17    public pleading at the time it was filed?
18    A.     Again, to the best of my knowledge, yes.
19    Q.     Putting aside publicly-available
20    information, when did SV Credit first hear the
21    argument that the ERS bonds may be invalidly issued?
22           MS. McGONIGLE:  And I will repeat my
23    caution to the witness not to disclose
24    privileged information.
25    A.     I have nothing to add other than what I
```

CONFIDENTIAL
Shanshan Cao - March 4, 2020

Page 63

```
 1                    Shanshan Cao
 2   just said in response to your earlier question.
 3        Q.    And when you say that you have nothing
 4   to add, are you excluding from your answer
 5   information that you believe to be privileged?
 6             MS. McGONIGLE:  I'm going to object to
 7        that as well.  You know, answering that question
 8        would require the witness to indicate whether --
 9        to indicate whether she -- the substance of a
10        request for advice from counsel.  And therefore,
11        it is privileged.
12        Q.    Are you withholding any information in
13   your answer to my question?
14             MS. McGONIGLE:  Same objection.  She has
15        already told you that she has nothing to add in
16        light of the caution not to disclose privileged
17        information.  Answering yes or no to that
18        question would again, require her to disclose
19        the substance of a request for advice from
20        counsel.
21             MR. DALSEN:  Okay.  So let's just set it
22        this way, because I want the instruction on the
23        record.
24        Q.    So Ms. Cao, I'm going to ask you when
25   you say that you have nothing to add to your
```

CONFIDENTIAL
Shanshan Cao - March 4, 2020

Page 64

```
1                    Shanshan Cao
2    response, are you excluding from your answer to me
3    information that you believe to be privileged, yes or
4    no?
5    (DIR)
6              MS. McGONIGLE:  And again, I will
7         instruct the witness not to answer because the
8         question is essentially, whether or not SV
9         Credit sought or received advice from counsel
10        concerning the validity of the bonds, and that
11        answering that question would require disclosure
12        of the substance of a request or advice from
13        counsel.
14             MR. DALSEN:  And Ms. --
15        Q.   First of all, will you follow your
16   counsel's instruction?
17        A.   Yes.
18        Q.   Okay.  Ms. Cao, yes or no, do you recall
19   when, if at all, SV Credit, through any means, first
20   heard the argument that the ERS bonds were invalidly
21   issued?
22             MS. McGONIGLE:  And same caution.  I
23        advise the witness not to disclose privileged
24        communications.
25        A.   So again, the same answer as before.
```

CONFIDENTIAL
Shanshan Cao - March 4, 2020

Page 65

| | |
|---|---|
| 1 | Shanshan Cao |
| 2 | There were public pleadings that were filed that |
| 3 | specifically made allegations about ERS's authority |
| 4 | to issue bonds. |
| 5 | Q. Ms. Cao, do you recall when -- this is a |
| 6 | yes or no question. |
| 7 | Ms. Cao, do you recall when SV Credit |
| 8 | first heard the argument that the ERS bonds may be |
| 9 | invalid prior to any public pleading that you are |
| 10 | referring to? |
| 11 | MS. McGONIGLE: And again, same caution. |
| 12 | I advise the witness not to disclose privileged |
| 13 | communications. |
| 14 | A. Then I have nothing to add. |
| 15 | Q. And Ms. Cao, are you withholding |
| 16 | information on the basis of your counsel's caution in |
| 17 | response to my question? |
| 18 | MS. McGONIGLE: Same objection. |
| 19 | A. I have nothing to add. |
| 20 | Q. Ms. Cao, did SV Credit hear the argument |
| 21 | that the ERS bonds may be illegally issued or invalid |
| 22 | prior to the beginning of the ERS Title III case? |
| 23 | MS. McGONIGLE: Same objection. I'll |
| 24 | caution the witness not to disclose advice from |
| 25 | counsel. |

CONFIDENTIAL
Shanshan Cao - March 4, 2020

Page 66

|    | Shanshan Cao |
|----|---|
| 1  | |
| 2  | A.    So do you mind reminding me when the |
| 3  | Title III filing was. |
| 4  | Q.    May 21st, 2017. |
| 5  | A.    And the AAFAF complaint? |
| 6  | Q.    The AAFAF pleading I was referring to |
| 7  | earlier was I believe from November of 2017. |
| 8  | A.    So I have nothing to add. |
| 9  | Q.    And Ms. Cao, are you withholding |
| 10 | information in response to the question I just asked |
| 11 | you on the basis of your counsel's caution or |
| 12 | instruction? |
| 13 | (DIR) |
| 14 | MS. McGONIGLE: And again, same |
| 15 | objection.  Answering that question would |
| 16 | require the witness to reveal the substance of a |
| 17 | request for advice from counsel if there was |
| 18 | one, so I instruct the witness not to answer. |
| 19 | Q.    And are you going to follow your |
| 20 | counsel's instruction, Ms. Cao? |
| 21 | A.    Yes. |
| 22 | Q.    Okay.  Ms. Cao, did SV Credit hear the |
| 23 | argument that the ERS bonds may be illegally issued |
| 24 | or invalid prior to any of its purchases of ERS |
| 25 | bonds? |

CONFIDENTIAL
Shanshan Cao - March 4, 2020

Page 67

1  Shanshan Cao
2  MS. McGONIGLE: And same caution that I
3  have given before, I caution you not to disclose
4  privileged communications.
5  A.  I have nothing to add.
6  Q.  And Ms. Cao, are you withholding
7  information in response to my question on the basis
8  of your counsel's instruction?
9  (DIR)
10  MS. McGONIGLE: Same instruction as I've
11  given. I instruct the witness not to answer
12  because it would require disclosing substance of
13  a request for advice from counsel, if there was
14  such a request.
15  Q.  And are you going to follow your
16  counsel's instruction?
17  A.  Yes.
18  Q.  Ms. Cao, do you recall -- let me ask it
19  differently.
20  Ms. Cao, for SV Credit, do you recall
21  whether SV Credit first heard the argument that the
22  ERS bonds may be invalidly issued or illegally issued
23  prior to 2015?
24  MS. McGONIGLE: Same caution about not
25  disclosing advice from counsel, but you can

CONFIDENTIAL
Shanshan Cao - March 4, 2020

Page 68

1                    Shanshan Cao
2           answer.
3           A.    I don't recall, and I have nothing to
4     add.
5           Q.    Ms. Cao, are you withholding from your
6     response to my question any information on the basis
7     of your counsel's instruction?
8     (DIR)
9                 MS. McGONIGLE:  Same objection as I've
10          been giving as to the disclosure of the
11          request -- of the substance of the -- just from
12          counsel, if there was such a request, and I'll
13          instruct you not to answer.
14          Q.    And will you follow that instruction?
15          A.    Yes.
16          Q.    Ms. Cao, did SV Credit first hear the
17    argument that the ERS bonds may be illegally issued
18    or invalid at any point in 2014 or before 2014?
19                MS. McGONIGLE:  And same caution.  I
20          caution you not to disclose privileged
21          communications, but if you have other
22          information, you may provide it.
23          A.    I have nothing to add.
24          Q.    And Ms. Cao, are you withholding from
25    your response to my question any information on the

CONFIDENTIAL
Shanshan Cao - March 4, 2020

Page 69

```
 1                    Shanshan Cao
 2     basis of your client's -- or sorry, on the basis of
 3     your counsel's instruction?
 4     (DIR)
 5              MS. McGONIGLE:  And same privilege
 6        objection.  I'll instruct you not to answer.
 7         Q.    Are you going to follow that
 8     instruction?
 9         A.    Yes.
10         Q.    Okay.  Ms. Cao, in preparing for today's
11     deposition, you mentioned you had reviewed a 2011
12     statement.
13              Do you remember that?
14         A.    Yes.
15         Q.    Do you remember what that statute was?
16         A.    I don't recall the specifics, but it was
17     a statute that made certain amendments to the ERS
18     enabling act.
19         Q.    And is it your understanding that
20     statute had been passed in the year 2011?
21         A.    Given the date, I would assume so, but I
22     don't know for sure.
23         Q.    When did you first see that 2011
24     statute?
25         A.    I don't recall.
```

CONFIDENTIAL
Shanshan Cao - March 4, 2020

Page 82

1                    Shanshan Cao
2    considered to make subsequent purchases of ERS bonds?
3         A.    I don't recall specifically.  Again, our
4    general practice is to review updated available
5    information.  So it would have been similar to the
6    public documents that we referenced last time.  So
7    updated financial statements, for example, come to
8    mind.
9         Q.    I guess I'll ask yes or no, did SV
10   Credit seek the advice of outside legal counsel to
11   evaluate those subsequent purchases of ERS bonds?
12        A.    Again, I don't recall the specific time
13   frame in which we started having conversations with
14   Jones Day, but we did have discussions with Jones Day
15   and Kirkland around some of the issues.
16             MS. McGONIGLE:  And I'll just remind you
17        not to disclose the substance of those
18        discussions.
19        Q.    Ahead of those subsequent purchases, did
20   you specifically discuss the issue of whether the ERS
21   bonds had been validly issued with your outside legal
22   counsel?
23   (DIR)
24             MS. McGONIGLE:  Objection, and instruct
25        the witness not to answer as any response would

CONFIDENTIAL
Shanshan Cao - March 4, 2020

Page 83

1                    Shanshan Cao
2        disclose the content of a request for advice
3        from counsel, if a request was made.
4        Q.   Will you follow your counsel's
5   instruction?
6        A.   Yes.
7        Q.   Okay.  Did SV Credit in those --
8   actually, let me ask it this way; for the initial
9   purchase and the subsequent purchases, all of the
10  purchases of ERS bonds that SV Credit made, were
11  those purchases made in the open market?
12       A.   Again, not my area of expertise.  That's
13  more the trader.
14       Q.   So sitting here today, you don't know
15  one way or the other?
16       A.   I don't know the specifics of how he
17  executed the trades, no.
18       Q.   Do you know what a sale in the open
19  market means?
20       A.   I have a general appreciation for it,
21  yes.
22       Q.   What do you generally appreciate it to
23  mean?
24       A.   It's an order that a trader would place
25  with a desk to buy or sell.