# **Exhibit E**

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF PUERTO RICO
 3
 4   _____
 5   In Re:                                  )
 6   THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD ) PROMESA TITLE III
 7   FOR PUERTO RICO                         ) Case No.
 8           as representative of            ) 17-BK-03283 (LTS)
 9   THE COMMONWEALTH OF PUERTO RICO, et. al,)
10           Debtors.                        )
11   _____)
12   In Re:                                  )
13   THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD ) PROMESA Title III
14   FOR PUERTO RICO                         ) Case No.
15           as representative of            ) 17-BK-03566 (LTS)
16   THE EMPLOYEES RETIREMENT SYSTEM OF THE  )
17   GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, )
18           Debtor.                         )
19   _____)
20                        CONFIDENTIAL
21       VIDEOTAPED DEPOSITION UNDER ORAL EXAMINATION OF
22                     JORDAN MIKES, ESQ.
23                       March 5, 2020
24
25   REPORTED BY: MICHAEL FRIEDMAN, CCR
```

CONFIDENTIAL
Jordan Mikes, Esq. - March 5, 2020

Page 40

```
 1            To the extent that your answer
 2      would reveal attorney/client
 3      communications, I instruct you not to
 4      disclose that.
 5            Outside of that, you're free to
 6      answer.
 7      A     No answer, then.
 8      Q     So, you're following your counsel's
 9  instruction?
10      A     I am --
11      Q     Your counsel's --
12      A     -- following counsel, yes.
13      Q     What is your understanding of the
14  ultra vires topic?
15      A     My understanding of that is
16  there's -- it's a legal argument as to
17  whether or not there is due authority to
18  issue the bonds.
19      Q     And what is your under --
20  understanding of the ultra vires topic?
21            MR. PAPEZ:  Same objection and
22      instruction.
23            To the extent your answer would
24      reveal attorney/client communications, I
25      instruct you not to answer.
```

CONFIDENTIAL
Jordan Mikes, Esq. - March 5, 2020

Page 41

```
1                Beyond that, you're free to answer.
2        A    Following advice of counsel.
3        Q    So there's nothing that informs
4    your understanding of the ultra vires topic
5    other than privileged information that you
6    received from counsel?
7        A    That's correct.
8        Q    Okay.  What did you do to prepare
9    for your deposition today?
10       A    I had multiple meetings with
11   internal personnel on the investment team,
12   with -- with specifically David Brown, Adam
13   Bennett, and Bob O'Leary.
14            In addition, I prepared with
15   counsel, at length, and reviewed
16   documentation that came up in the course of
17   those discussions and in connection actually
18   with the discovery production.
19       Q    Okay.  Let's start with the
20   multiple meetings that you had with
21   Mr. Brown, Mr. Bennett, and Mr. O'Leary.
22            How many meetings?
23       A    I had -- I had two meetings with
24   Bob O'Leary.  By meeting, I'll include
25   conference calls.
```

CONFIDENTIAL
Jordan Mikes, Esq. - March 5, 2020

Page 63

```
 1     investment does not speak Spanish, so they
 2     would not have.
 3             Whether it was forwarded to them in
 4     an e-mail, I can't -- I cannot testify to,
 5     but no one has tried to read the -- the
 6     Spanish version.
 7             They delegate -- that would have
 8     been delegated to the legal function of it.
 9     And as I said, I did not read the Spanish
10     version.
11        Q     Do you know when the first time
12     would have been that someone delegated to the
13     legal function the task of reviewing the
14     official Spanish version of the ERS Enabling
15     Act at the time of the issuance of the ERS
16     bonds?
17             MR. PAPEZ:  Objection.
18             And I instruct you not to answer
19        that question.
20             Inherently calls for privileged
21        communications.
22             I instruct you not to answer, so...
23        Q     Are you going to follow your --
24        A     Following the advice, yes.
25             MS. ROOT:  I'm just asking for the
```

GregoryEdwards, LLC | Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

CONFIDENTIAL
Jordan Mikes, Esq. - March 5, 2020

Page 64

| | |
|---|---|
| 1 | date. |
| 2 | MR. PAPEZ: Yeah. |
| 3 | But you already -- in answering |
| 4 | that question, you would be asking him |
| 5 | to reveal communications he had or |
| 6 | Oaktree had with counsel, and advice |
| 7 | that Oaktree sought. |
| 8 | So -- I mean, the way you phrased |
| 9 | it -- the way you phrased the question, |
| 10 | he cannot answer without revealing |
| 11 | privileged communications. |
| 12 | MS. ROOT: He testified they |
| 13 | delegate, they would have been delegated |
| 14 | to the legal function, referring to the |
| 15 | Spanish version of the Enabling Act. |
| 16 | That was his testimony. |
| 17 | I'm asking him when that happened. |
| 18 | You're instructing him not to |
| 19 | answer? |
| 20 | MR. PAPEZ: I am. |
| 21 | MS. ROOT: I disagree with that |
| 22 | assertion. I reserve my right on that. |
| 23 | Q Mr. Mikes, I'm going mark a new |
| 24 | exhibit. |
| 25 | MS. ROOT: Mark this as Exhibit 3. |

```
 1            MS. ROOT:  I disagree with the
 2      privilege assertion.
 3       Q    Okay.  Let's go back to Exhibit 12.
 4            Exhibit 12 is the document we --
 5      that Oaktree purchases by date and fund.
 6            Mr. Mikes, on the dates on which
 7      Oaktree purchased ERS bonds in 2014, was
 8      anyone at Oaktree aware of the issue of
 9      whether ERS had authority to issue the ERS
10      bonds?
11       A    No.
12       Q    And when you say no, are you
13      excluding from your answer any communications
14      Oaktree had with counsel on whether ERS had
15      authority to issue the bonds?
16            MR. PAPEZ:  I'm going to object and
17      instruct the witness not to answer on
18      the grounds of attorney/client
19      communications, as I explained before.
20       A    I follow the advice of counsel.
21       Q    Mr. Mikes, on [REDACTED], when
22      Oaktree purchased ERS bonds, was anyone at
23      Oaktree considering the issue of whether ERS
24      had authority to issue the ERS bonds?
25       A    No.
```

CONFIDENTIAL
Jordan Mikes, Esq. - March 5, 2020

Page 217

```
 1      Q    Was anyone at Oaktree aware of an
 2   issue of whether ERS had authority to issue
 3   the ERS bonds?
 4      A    No.  In 2015, no, the bonds had
 5   been trading for years, and paying interest,
 6   and -- and there would be no reason.
 7           And so, no, there was no -- no --
 8   no consideration that that was an issue or a
 9   discussion of that validity.
10      Q    And when you say there was no
11   consideration that that was an issue or a
12   discussion of validity, are you excluding
13   from your answer any discussions Oaktree had
14   with counsel?
15           MR. PAPEZ:  Objection.  I instruct
16       the witness not to answer for the same
17       reasons on the record.
18      A    I follow the advice of counsel.
19      Q    Okay.  Mr. Mikes, in 2017, when
20   Oaktree Funds purchased ERS bonds in ▇
21   and ▇ of 2000 -- 2017, was anyone at
22   Oaktree aware of the issue of whether ERS had
23   authority to issue the ERS bonds?
24      A    No, no information about that,
25   either.
```

CONFIDENTIAL
Jordan Mikes, Esq. - March 5, 2020

Page 218

```
 1        Q    And in giving that answer, are you
 2   excluding any conversations with -- with
 3   counsel?
 4             MR. PAPEZ:  Objection.  I instruct
 5        you not to answer for the reasons that
 6        I've stated on the record.
 7        A    I will follow the advice of
 8   counsel.
 9             MS. ROOT:  Retiree Committee
10        disagrees with the privilege instruction
11        and reserves.
12             I pass the witness.
13             MR. PAPEZ:  Any questions from
14        anybody?
15             We have no questions.
16             MS. ROOT:  Thank you very much for
17        your time.
18             THE WITNESS:  Absolutely.  Thank
19        you.
20             THE VIDEOGRAPHER:  This concludes
21        today's deposition of the video
22        deposition of Mr. Jordan Mikes.
23             Today's testimony consists of one
24        volume containing four Media units.  The
25        master recordings will be held in the
```