# **Exhibit F**

CONFIDENTIAL
James Bolin - March 6, 2020

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF PUERTO RICO
 3
 4        _____
 5        In Re:                                    )
 6        THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD ) PROMESA TITLE III
 7        FOR PUERTO RICO                           ) Case No.
 8                as representative of              ) 17-BK-03283 (LTS)
 9        THE COMMONWEALTH OF PUERTO RICO, et. al,  )
10                Debtors.                          )
11        _____)
12        In Re:                                    )
13        THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD ) PROMESA Title III
14        FOR PUERTO RICO                           ) Case No.
15                as representative of              ) 17-BK-03566 (LTS)
16        THE EMPLOYEES RETIREMENT SYSTEM OF THE    )
17        GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, )
18                Debtor.                           )
19        _____)
20
21                          CONFIDENTIAL
22                     Transcript of James Bolin
23
24        Reported by:
25        LORRAINE B. ABATE, CSR, RPR
```

```
 1      CONFIDENTIAL - Bolin - March 6, 2020 - CONFIDENTIAL
 2   attaching this document?
 3       A.    I don't recall, no.
 4       Q.    Okay.  If you look about halfway down
 5   the block of names of recipients, toward the
 6   left-hand side, it says ▇▇▇▇▇▇▇▇
 7       A.    Yes.
 8       Q.    Is that your e-mail address?
 9       A.    Yes, it is.
10       Q.    Do you have any reason to believe you
11   didn't receive this e-mail?
12       A.    No.
13       Q.    Do you recall when you first -- let me
14   back up for a second.
15             I'm going to refer to the argument that
16   the ERS bonds were invalidly issued, and therefore,
17   were -- that the ERS bonds were issued beyond ERS's
18   authority, and therefore, invalid as for the ultra
19   vires issue.
20             Does that make sense to you?
21       A.    Yes.
22       Q.    Do you recall when you first became
23   aware of the ultra vires argument?
24             MR. PAPEZ:  And I just caution the
25       witness he's asking for a date.  You're free to
```

CONFIDENTIAL
James Bolin - March 6, 2020

Page 85

```
1        CONFIDENTIAL - Bolin - March 6, 2020 - CONFIDENTIAL
2            provide the date.
3        A.    Vague recollection, sometime in 2018.
4        Q.    Do you recall if it was early or late
5    2018?
6        A.    No.
7        Q.    Are you withholding any information on
8    the basis that you believe it to be privileged?
9            MR. PAPEZ:  Objection.  I'm going to
10           instruct the witness not to answer that
11           question.  Because in doing so, the question
12           inherently seeks confidential communications.
13       Q.    Will you follow that instruction?
14       A.    Yes.
15       Q.    Did Andalusian first hear of the ultra
16   vires argument before or after the beginning of the
17   ERS Title III case?  Which I'll represent to you was
18   May 2017.
19       A.    After.
20       Q.    Are you withholding any information on
21   the basis that you believe it to be privileged?
22           MR. PAPEZ:  Same objection, same
23           instruction.
24       Q.    Will you follow the instruction?
25       A.    Yes.
```

CONFIDENTIAL
James Bolin - March 6, 2020

Page 86

```
1     CONFIDENTIAL - Bolin - March 6, 2020 - CONFIDENTIAL
2         Q.    Did Andalusian first hear of the ultra
3     vires -- strike that.
4               Was the ultra vires argument ever a
5     subject of conversation before Andalusian first
6     purchased ERS bonds?
7         A.    No.
8         Q.    Are you withholding any information on
9     the basis you believe it to be privileged?
10              MR. PAPEZ:  Same objection, same
11        instruction.
12        Q.    You'll follow the instruction?
13        A.    Yes.
14              (Bolin Exhibit 6, Bondholders' Responses
15        and Objections to the Committees and Government
16        Parties' First Set of Interrogatories to the ERS
17        Bondholder Groups Related to the Lien Scope
18        Proceedings, marked for identification, as of
19        this date.)
20        Q.    Mr. Bolin, I have handed the court
21    reporter a document that she's marked as Exhibit 6.
22              Do you recognize this document?
23        A.    It purports to be the bondholders
24    responses and objections to the committee's and
25    government parties' first set of interrogatories to
```

```
1       CONFIDENTIAL - Bolin - March 6, 2020 - CONFIDENTIAL
2    other bonds?
3              MR. PAPEZ:  I'm going to object as
4       beyond the scope.
5              You can go ahead.
6       A.     We didn't think they were attractive.
7       Q.     Do you recall what information or
8    documents you reviewed to determine that you did not
9    think they were attractive?
10             MR. PAPEZ:  Objection, beyond the scope.
11             You can answer in a personal capacity to
12      the extent you remember.
13      A.     Commonwealth financials.  We might have
14   looked at the issuer financials.  I can't.  You're
15   almost asking me to establish a negative.  I can't.
16      Q.     Commonwealth issues or issuer financials
17   are the two types of documents?
18      A.     That would come to mind --
19      Q.     Come to mind.
20      A.     -- immediately.
21      Q.     Has Appaloosa ever reviewed statements
22   other than the ERS enabling act describing the
23   ability of Puerto Rico instrumentalities to issue
24   bonds?
25             MR. PAPEZ:  I'm going to object to the
```

CONFIDENTIAL
James Bolin - March 6, 2020

Page 126

```
 1      CONFIDENTIAL - Bolin - March 6, 2020 - CONFIDENTIAL
 2           extent that that may call for privileged
 3           communications.
 4                 If you've ever done so outside of any
 5           communications, you're free to testify to it.
 6           But I'm also going to object as beyond the
 7           scope, so it's a personal question.
 8           A.    So excluding ERS?
 9           Q.    Correct.
10           A.    I don't believe so.
11           Q.    So I'd like to go back to the
12      contribution of funds from other
13      Appaloosa-controlled -- strike that.
14                 The contribution of bonds from other
15      Appaloosa-controlled funds to Andalusian.
16                 Why were those contributions made?
17           A.    I decided to make them, and that was --
18      it became apparent in roughly May of 2017 that we
19      were -- ERS was not going to be a passive investment
20      because the -- and I can't remember whether the
21      litigation had been launched or the Commonwealth was
22      threatening to launch litigation against us.
23                 So we joined the bondholder group and
24      Andalusian was a convenient holding vehicle for the
25      bonds.  It was a less recognizable name with the
```

```
1      CONFIDENTIAL - Bolin - March 6, 2020 - CONFIDENTIAL
2          A.    No.
3          Q.    Did -- have you received any advice from
4      counsel about how to match sales and purchases, just
5      yes or no answer?
6          A.    No.
7               MR. MAZUREK:  I think that's all I have.
8          I'll pass the witness.
9               MR. PAPEZ:  Any other questions?  Okay,
10         well, we have no questions.  We'll read and
11         sign, though.
12              MR. MAZUREK:  We reserve our rights with
13         respect to all privilege disputes that are --
14         all privilege claims that been made by opposing
15         counsel.  We have obviously had back and forth
16         on the record about disagreeing with respect to
17         a number of these privilege claims and we
18         reserve our rights with respect to those.
19              MR. PAPEZ:  I understand you're
20         reserving your rights.  We disagree that you
21         have a basis for reserving your rights, but we
22         can agree to disagree on that and resolve it
23         later to the extent it needs to be resolved.
24              MR. MAZUREK:  And we leave this
25         deposition open.  We understand that you
```

|    |    |
|----|----|
| 1  | CONFIDENTIAL - Bolin - March 6, 2020 - CONFIDENTIAL |
| 2  | disagree with that position. |
| 3  | MR. PAPEZ: We do. Okay. Anybody else? |
| 4  | THE VIDEOGRAPHER: This concludes |
| 5  | today's testimony for the video deposition of |
| 6  | Mr. James Bolin. Today's testimony consists of |
| 7  | one volume containing three media units. |
| 8  | The master recording will be held in the |
| 9  | custody of Gregory Edwards, LLC. |
| 10 | The time is approximately 4:31 p.m., and |
| 11 | we're going off the record. |
| 12 | (Time noted: 4:31 p.m.) |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |