# **Exhibit G**

CONFIDENTIAL
Luke Corning - March 6, 2020

Page 1

|    |    |    |
|----|----|----|
| 1  | IN THE UNITED STATES DISTRICT COURT | |
| 2  | FOR THE DISTRICT OF PUERTO RICO | |
| 5  | In Re: ) | |
| 6  | THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD ) | PROMESA TITLE III |
| 7  | FOR PUERTO RICO ) | Case No. |
| 8  | as representative of ) | 17-BK-03283 (LTS) |
| 9  | THE COMMONWEALTH OF PUERTO RICO, et. al, ) | |
| 10 | Debtors. ) | |
| 12 | In Re: ) | |
| 13 | THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD ) | PROMESA Title III |
| 14 | FOR PUERTO RICO ) | Case No. |
| 15 | as representative of ) | 17-BK-03566 (LTS) |
| 16 | THE EMPLOYEES RETIREMENT SYSTEM OF THE ) | |
| 17 | GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, ) | |
| 18 | Debtor. ) | |

21       CONFIDENTIAL
22       Transcript of Luke Corning
24  Reported by:
25  LORRAINE B. ABATE, CSR, RPR

CONFIDENTIAL
Luke Corning - March 6, 2020

Page 43

```
1    CONFIDENTIAL - Corning - March 6, 2020 - CONFIDENTIAL
2              MR. RAIFORD:  Can we go off the record
3         for a second.
4              THE VIDEOGRAPHER:  The time is
5         approximately 9:43 a.m. and we're going off the
6         record.
7              (Discussion off the record.)
8              THE VIDEOGRAPHER:  The time is
9         approximately 10:03 a.m.  This begins media 2.
10        We're back on the record.
11             MR. RAIFORD:  So counsel had a
12        discussion off the record that I'll try to
13        summarize here.
14             Based on the previous ERS bondholder
15        depositions, it is the Retiree Committee -- and
16        I'm speaking for the UCC and the government
17        parties as well, our understanding that any
18        question that I ask regarding any communication
19        Pentwater had with counsel regarding the ERS
20        bonds you will instruct the witness not to
21        answer?
22             MR. PAPEZ:  Yeah, that is correct.  We
23        will be instructing the witness not to reveal
24        communications that Pentwater had with counsel
25        on the grounds that those would be
```

| | |
|---|---|
| 1 | CONFIDENTIAL - Corning - March 6, 2020 - CONFIDENTIAL |
| 2 | attorney-client communications. |
| 3 | MR. RAIFORD: And that would include any |
| 4 | questions that I ask regarding whether Pentwater |
| 5 | learned of the argument that the ERS bondholders |
| 6 | were issued invalid under the ERS enabling act |
| 7 | from counsel, you are going to instruct him not |
| 8 | to answer those questions as well? |
| 9 | MR. PAPEZ: Yes. |
| 10 | MR. RAIFORD: And that you're not going |
| 11 | to make me go through the exercise of asking |
| 12 | those questions but you are in fact instructing |
| 13 | him not to -- you are instructing him not to |
| 14 | answer? |
| 15 | MR. PAPEZ: Right. So we're -- we will |
| 16 | assert the attorney-client privilege and |
| 17 | instruct the witness not to answer questions |
| 18 | that would seek to divulge communications that |
| 19 | Pentwater had with counsel about any topics, |
| 20 | including communications, to the extent they |
| 21 | occurred, regarding whether the bonds were |
| 22 | issued ultra vires. |
| 23 | BY MR. RAIFORD: |
| 24 | Q. And, Mr. Corning, I'm assuming that if |
| 25 | you are given the instruction not to answer, you |

CONFIDENTIAL
Luke Corning - March 6, 2020

Page 45

| | |
|---|---|
| 1 | CONFIDENTIAL - Corning - March 6, 2020 - CONFIDENTIAL |
| 2 | would in fact not answer; is that correct? |
| 3 | A. Yes. |
| 4 | MR. RAIFORD: And then I guess the last |
| 5 | thing is that we are all, both Jones Day, the |
| 6 | committees and the government parties, and |
| 7 | anybody else in the room, is hereby reserving |
| 8 | their rights on this issue to argue this later |
| 9 | in front of the Court. |
| 10 | MR. PAPEZ: Yeah, that's fine. |
| 11 | MR. RAIFORD: Thanks, Matt. I |
| 12 | appreciate that. |
| 13 | BY MR. RAIFORD: |
| 14 | Q. So backing up a little bit, when the |
| 15 | Pentwater funds purchased ERS bonds, did they |
| 16 | purchase the -- their interest in the bonds in the |
| 17 | open market? |
| 18 | A. Yes. |
| 19 | Q. And -- |
| 20 | A. As far as I understand the open market |
| 21 | just to be through trading desks. |
| 22 | Q. -- can you go into a little more, for us |
| 23 | novices, exactly how that works in a little more |
| 24 | detail. |
| 25 | A. There are financial institutions that |

CONFIDENTIAL
Luke Corning - March 6, 2020

Page 51

```
 1      CONFIDENTIAL - Corning - March 6, 2020 - CONFIDENTIAL
 2   bonds for a long time, a significant amount of time.
 3              There were public pleadings where we
 4   argued back and forth about whether the bonds were
 5   ultra vires, whether they were invalidly issued, all
 6   that kind of stuff.
 7              So I'm wondering, at the time in ▓▓▓
 8   of ▓▓▓ when Pentwater first purchased an ERS bond,
 9   was it aware that there had been a challenge to the
10   validity of ERS bonds?
11              MS. PEREZ:  Objection.
12              To the extent your answer would reveal
13        attorney-client communication, I instruct you
14        not to answer.
15       A.     I suppose it would -- even if -- even if
16   the answer is no, I can't answer the question.
17              MR. PAPEZ:  You can answer that yes or
18        no if -- without revealing attorney-client
19        communications.
20       Q.     I'm not asking how you know.  I'm just
21   asking did you know at the time Pentwater first
22   purchased its first ERS bond, was it aware that there
23   had been challenges to the validity of ERS bonds?
24       A.     My recollection is I did not understand
25   that.
```

CONFIDENTIAL
Luke Corning - March 6, 2020

Page 52

```
1      CONFIDENTIAL - Corning - March 6, 2020 - CONFIDENTIAL
2          Q.    And when did you -- again, I'm not
3      asking how you know, who told you -- when did you
4      first become aware that there was a challenge to the
5      validity of the ERS bonds?
6          A.    I first heard about it, I suppose, more
7      superficially, at the -- some point when the UCC
8      filed -- I think it was the UCC -- filed a claim.
9              MR. PAPEZ:  Objection.
10         Q.    So I believe that would have been in the
11     spring of '19.  Does that sound accurate?
12         A.    I don't recall the exact date.
13         Q.    But your recollection is that you first
14     became aware of the UCC publicly filing a claim
15     objection to the ERS bonds or the claimant's position
16     in the ERS bonds?
17         A.    Correct.
18         Q.    Did you become aware of that filing on
19     your own?
20             MR. PAPEZ:  You can answer that yes or
21         no.
22         A.    No.
23         Q.    So someone made you aware, someone
24     outside of the Pentwater family, made you aware of
25     the UCC's filing?
```

CONFIDENTIAL
Luke Corning - March 6, 2020

Page 116

```
1    CONFIDENTIAL - Corning - March 6, 2020 - CONFIDENTIAL
2            MR. PAPEZ:  Sure.
3            THE VIDEOGRAPHER:  The time is
4        approximately 12:08, and we're going off the
5        record.
6            (There was a recess taken.)
7            THE VIDEOGRAPHER:  The time is
8        approximately 12:11 p.m., and we're back on the
9        record.
10   BY MR. RAIFORD:
11       Q.    So we have spoken about people you've
12   spoken to to prepare for today's deposition.  We've
13   talked about documents you reviewed to prepare for
14   today's deposition.
15            Did you do anything else to prepare for
16   today's deposition?
17       A.    I don't believe, other than the things
18   we've discussed.
19            MR. RAIFORD:  Thank you.  And Matt, I
20       guess we are done.  Our position is that we are
21       holding the deposition open.  We reserve our
22       rights to bring a motion to compel if we need
23       to, to resolve some of our differences, but with
24       that for-the-record statement, I have no further
25       questions and thank you for your time.
```