# **Exhibit M**

Andalusian Global Designated Activity Company

| Bates Number | Date | Filename | From | TO | CC | BCC | Subject | Privilege Asserted | Description |
|---|---|---|---|---|---|---|---|---|---|
| BH-ERS-2-PRIV-001 | 7/14/2017 | | Benjamin Rosenblum <brosenblum@JonesDay.com> | Jim Bolin | David Bersh; Bruce Bennett <bbennett@jonesday.com> | | Re: ERS Stipulation from OB | Attorney-Client Privilege; Attorney Work Product | Email from Benjamin Rosenblum (Jones Day) to Jim Bolin (Andalusian) CC'ing David Bersh (Andalusian) and Bruce Bennett (Jones Day) regarding legal advice on adequate protection and draft stipulation. |

Page 1

Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel), L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Huntington Investment Fund II, L.P., et al.

| Bates Number | Date | Filename | From | TO | CC | BCC | Subject | Privilege Asserted | Description |
|---|---|---|---|---|---|---|---|---|---|
| BH-ERS-5-004887 | 4/11/2017 | | Sparkle L Sooknanan <ssooknanan@jonesday.com> | Benjamin Rosenblum <brosenblum@JonesDay.com> | 'Bruce Bennett' ▓; 'Beth Heifetz' bheifetz@JonesDay.com ▓; 'Brown, David' ▓; Daniel Hanson ▓; 'Daniel Ehrmann' ▓; 'Elizabeth Krebs' ▓; 'ERS_GLC' ▓; 'Evan Silverbrand' ▓; Mossop' ▓; Josh Bissu ▓; Ian' ▓; 'Jessica Singer' ▓; 'Liang, Ken' ▓; 'Lee Goldberg' ▓; Michael Martino ▓; 'PR' ▓; 'Rick Engman' ▓; 'Cao, Shanshan' ▓; 'Dickerson' ▓; Steven' ▓; 'Sean Cannon' ▓; JonesDay.com ▓; 'Tesoriere, Steven' ▓; 'Fuller, Thomas' ▓; 'Melwani, Vivek' ▓ | | RE: ERS Update | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Email from Sparkle Sooknanan (Jones Day) to Benjamin Rosenblum (Jones Day), CC'ing ERS PR Group Distribution List regarding legal advice on adequate protection and attaching filed stipulation. |

Page 3

Ocher Rose, L.L.C.

| Bates Number | Date | Filename | From | To | CC | Subject | Privilege Asserted | Description |
|---|---|---|---|---|---|---|---|---|
| BH-ERS-6-PRIV-00 | 7/14/2017 | | Benjamin Rosenblum <brosenblum@JonesDay.com> | Sparkle L Sooknanan <ssooknanan@jonesday.com> | Christopher J DiPompeo <cdipompeo@jonesday.com>; Atish Nigam; Bruce Bennett <bbennett@jonesday.com>; bheifetz@jonesday.com <bheifetz@jonesday.com>; Brian Lanktree; Chris Delaney; David DB. Brown; Eitan Melamed; ERS_GL; Geoffrey Stewart <gstewart@JonesDay.com>; Ian IS. Silverbrand; Lauren Tilden; Lee Goldberg; Matt Barrett | Re: ERS Stipulation from OB | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Email from Benjamin Rosenblum (Jones Day) to Sparkle Sooknanan (Jones Day), CC'ing ERS PR Group Distribution List discussing legal advice on adeqaute protection and draft stipulation received from the Oversight Board. |

CONFIDENTIAL
Page 1

Crown Managed Accounts for and on behalf of Crown/PW SP, LMA SPC for and on behalf of Map 98 Segregated Portfolio, Oceana Master Fund Ltd., Pentwater Merger Arbitrage Master Fund Ltd., and PWCM Master Fund Ltd.

| Bates Number | Date | Filename | From | TO | CC | BCC | Subject | Privilege Asserted | Description |
|---|---|---|---|---|---|---|---|---|---|
| BH-ERS-PRIV-8-002 | 5/24/2017 | | | | | | | Attorney-Client Privilege; Attorney Work Product; Common Interest Privilege | Attachment to email from Sparkle Sooknanan (Jones Day) to ERS PR Group Distribution List, CC'ing JD Legal Team, regarding legal advice on adequate protection and attaching draft interrogatory responses regarding same. |

CONFIDENTIAL

SV Credit, L.P.

| Bates Number | Date | Filename | From | TO | CC | BCC | Subject | Privilege Asserted | Description |
|---|---|---|---|---|---|---|---|---|---|
| BH-ERS-7-PRIV-000 | 7/14/2017 | | Benjamin Rosenblum <brosenblum@JonesDay.com> | Sparkle L Sooknanan <ssooknanan@jonesday.com> | Christopher J DiPompeo <cdipompeo@jonesday.com>; Atish Nigam ; Bruce Bennett <bbennett@jonesday.com>; bheifetz@jonesday.com <bheifetz@jonesday.com>; Brian Lanktree ; Chris Delaney ; David DB. Brown ; ERS_GLC <gstewart@JonesDay.com>; Ian IS. Silverbrand ; Geoffrey Stewart ; Lauren Tilden ; Lee Goldberg ; Matt Barrett ; Thomas TF. Fuller | | Re: ERS Stipulation from OB | Attorney-Client Privilege; Attorney-Work Product; Common Interest Privilege | Email from Benjamin Rosenblum (Jones Day) to Sparkle Sooknanan (Jones Day), CC'ing ERS PR Group Distribution List discussing legal advice on adequate protection and draft stipulation received from the Oversight Board. |

CONFIDENTIAL
Page 1