# **Exhibit N**

Ocher Rose, L.L.C.

| Bates Number | Date | Filename | From | TO | CC | Subject | Privilege Asserted | Description |
|---|---|---|---|---|---|---|---|---|
| BH-ERS-6-PRIV-623 | 3/13/2019 | | Elan Daniels <REDACTED> | Patrick Dowd <REDACTED>; Daniel Ehrmann <REDACTED>; Evan Mossop <REDACTED>; Josh Bissu <REDACTED> | | FW: Puerto Rico - UCC Omnibus Objection Argues Issuance of ERS Bonds Illegally Made, Seeks to Disallow All Claims Against ERS Based on $3.1B of Outstanding Bonds (Americas Intelligence) | Attorney-Client Privilege | Email from Elan Daniels (in house counsel Ocher Rose) to Patrick Dowd (Ocher Rose), Daniel Ehrmann (Ocher Rose), Evan Mossop (Ocher Rose), and Josh Bissu (Ocher Rose) regarding legal advice on ERS bonds lien avoidance action. |