

SECRETARIA AUXILIAR DE RECURSOS HUMANOS
Oficina Regional Educativa de Caguas

# CERTIFICACIÓN

Certifico que la Prof. Rosa A. Zavala Martínez, seguro social _____, ocupó con status permanente el puesto Núm. R12482, Maestra Elemental (K-3), adscrito a la Escuela Abelardo Díaz Morales del Municipio de Caguas.

Laboró para la Agencia desde el 19 de agosto de 1997 hasta el 30 de mayo de 2014, fecha en que se acogió a su jubilación por años de servicios.

Devengó un salario bruto de $3,015.00 mensuales.

Cualquier información puede comunicarse al teléfono 787-743-1234, Ext. 4437.

Dado hoy, 27 de febrero de 2020, en Caguas, Puerto Rico.

Certifico correcto:


*[signature: Gladys Pérez Santiago]*

Técnico de Recursos Humanos
Área Recursos Humanos

DEPARTAMENTO DE EDUCACION
Región Educativa de Caguas
PO Box 398
Caguas, PR 00725

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico | 3:17-BK-3283 (LTS) |
| | PROMESA Title III |
| *as representative of* | |
| | (Jointly Administrated) |
| The Commonwealth of Puerto Rico, *et al.* | |
| Debtors | |

## NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on March 5, 2020. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 5 de marzo de 2020. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.

Case:17-03283-LTS Doc#:12173 Filed:03/09/20 Entered:03/09/20 10:46:32 Desc: Main Document Page 2 of 2

Case:17-03283-LTS Doc#:13062-1 Filed:05/07/20 Entered:05/07/20 10:28:51 Desc: 2nd notice re: Rosa A. Zavala Martinez Page 3 of 5

**NOTICE OF DEFECTIVE PLEADING**
*(Notificación de Documento Defectuoso)*
3:17-BK-3283 (LTS)

| | | |
|---|---|---|
| 1 | | Pleading is illegible. L.Civ.R. 10<br>*(El escrito radicado es ilegible o no cumple con la R.L.Civ. 10)* |
| 2 | X | Lacks proper signature. Documents presented to the court in paper require a handwritten signature. L.Civ.R. 11<br>*(Documento no está firmado adecuadamente. Los documentos sometidos en papel tienen que estar firmados a mano. R.L.Civ. 11)* |
| 3 | | PROMESA Cover Sheet for Adversary Proceedings (DPR Modified PROMESA B1040) was not included. L.Bkcy.R. 7003-1<br>http://www.prd.uscourts.gov/promesa/forms-attorneys<br>*(No se incluyó la Hoja de Trámite para Casos Adversarios (DPR Modified PROMESA B1040).* |
| 4 | | Failure to pay the filing fee in the amount of $400.00. See, L.Cv.R. 3.1(a). Payment shall be made within 24 hours in person at the Clerk's Office U.S. District Court with copy of the complaint /notice of removal.<br>*(Incumplimiento con el pago de la cuota de radicación por la cantidad de $400.00. El pago debe hacerse personalmente dentro de 24 horas en la Secretaría del Tribunal Federal de Distrito adjuntando una copia de la demanda / notificación de remoción.)* |
| 5 | X | Other: Please blackout or omit from your documents any personal information such as: medical records, Social Security number, financial account numbers, date of birth, driver's license or any other personal identifying numbers as per Local Civil Rule 5.2<br>*(Otro:) Favor de **eliminar u omitir** de sus documentos cualquier información personal como: documentos médicos, número de Seguro Social, números de cuentas financieras, fecha de nacimiento, licencia de conducir o cualquier otro número de identificación de acuerdo con la Regla Local Civil 5.2.* |

Received 2020 MAY -5 AM 8:42 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN

Date: March 9, 2020

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of Court

By: s/ Marian B. Ramirez Rivera
Marian B. Ramirez Rivera
Deputy Clerk

sc: to filer with original filing attached

Rosa A. Zavala Martinez
Urb. Villa del Rey
calle 29 LC10 Caguas, P.R. 00727

Clerk's Office
Unitel State District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767

Rosa A. Zavala Martinez
Urb. Villa del Rey
Calle 29 LC10 5ta. Secc.
Caguas, P.R. 00727

28 APR 2020 PM 1 L

Clerk's Office
United State District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767