

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

12 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | ANISA M. AYALA VELEZ |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. SEC  (ESTUDIOS SOCIALES E HISTORIA) |
| Distrito Escolar | : | MAYAGUEZ |
| Sueldo Mensual | : | $2,741.67 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | Desde el 18 de septiembre de 1990 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 18 años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

ANISA M. AYALA VELEZ
210 CALLE DR. VADI
MAYAGÜEZ, PR 00680-3310

U.S. POSTAGE PAID
FCM LETTER
MAYAGUEZ, PR
00680
APR 28, 20
AMOUNT

$6.95

R2305K142228-05

1000          00918

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7019 1640 0001 4973 0093

SECRETARÍA
TRIBUNAL DE DISTRITO DE LOS EU
ROOM 150  FEDERAL BLDG.
SAN JUAN, PR   00918-1767

ATTN: ABOGADOS DE LA JUNTA DE SUPERVISIÓN
MARTIN J. BIENENSTOCK
BRIAN S. ROSEN

0091881767 00007019 1640 0001 4973 0093