Abril 28, 2020

ABOGADO DE LA JUNTA DE SUPERVISION
Proskauer Rose L L P
Eleven Times Square
New York, New York, 10036-8299
Attn: Martin J. Bienenstock
     Brian S. Rosen

Contacto: Elba I. Rodríguez Sierra
     13449 Meadow Bay Loop, Orlando Fla. 32824
     Tel : 407-858-0519 (home) 407-376-8690 (cel)
     Efontanez035@gmail.com
Representante: Abogado de la Junta de Supervisión
     Proskauer Rose LLP
     Eleven Times Square
     New York, New York 10036-8299
     Attn: Martin J. Bienenstock
     Brian S. Rosen

Nombre Tribunal : Tribunal de Distrito De Los Estados Unidos
     Para el Distrito de Puerto Rico
Nombre Deudores: Estado Libre Asociado de Puerto Rico
No            17 BK-03283-LTS
NUM ID : 3481
Objeción Global: PROMESA Título III
Reclamación : 3988

Motivos para Reclamación, es que la información que aparece en la página 155 en español Anexo A, Relación de Reclamación objeto del Centésima nonagésima tercera objeción global, con mi nombre, Elba I. Rodríguez Sierra # 950, nada tiene que ver con la reclamación que presentara el día 16 de marzo de 2018 (copia adjunto). La misma está basada solicitud de Reteitegros en Planillas radicadas al Departamento de Hacienda de Puerto Rico de los años 2014 y 20159(copias adjunto), que hasta el presente no he recibido el dinero de esos reintegros.

Quiero señalar que todas las demás planillas de años subsiguientes han sido trabajadas correctamente y he recibido mis reitegros.

En espera acostumbrada atención,

1

Atentamente,

*Elba I. Rodrigue Sierra*

Notificado a: Secretaría -Tribunal Distrito de los Estados Unidos, por correo postal
Abogado de la Junta de Supervisión, por correo postal
Abogados del Comité de Acreedores, por correo postal