You may also file your claim electronically by visiting http://cases.primeclerk.com/puertorico/EPOC-Index

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).

| | Debtor | Case No. | Petition Date |
|---|---|---|---|
| ☒ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | July 2, 2017 |

3988 # Reclamo
MMLID: 481799
EPOC ID: 170328300790005
RECEIVED
MAR 21 2018
PRIME CLERK LLC
Claim No. [3988]
Initials [AZ] [W]
COPY



769

Debtor Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule G -- Income Tax Refunds - Corporations and Individuals as a Contingent general unsecured claim in the amount of $1,320.00. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule G -- Reembolso de Impuestos - Empresas y Individuos como un reclamo Contingente no asegurado por un monto de $1,320.00. Debe presentar una prueba de reclamación oportunamente o se le prohibirá por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

## Part 1 / Parte 1 — Identify the Claim / Identificar la reclamación

**1. Who is the current creditor? / ¿Quién es el acreedor actual?**

RODRIGUEZ SIERRA, ELBA

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor     José L. Fontanez Guzmán

769

2. Has this claim been acquired from someone else?

   ¿Esta reclamación se ha adquirido de otra persona?

   ☒ No / No
   ☐ Yes. From whom?
   Sí. ¿De quién? _____

3. Where should notices and payments to the creditor be sent?

   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   ¿A dónde deberían enviarse las notificaciones al acreedor?

   Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

   **Where should notices to the creditor be sent?**
   ¿A dónde deberían enviarse las notificaciones al acreedor?

   769

   RODRIGUEZ SIERRA, ELBA
   13449 MEADOW BAY LOOP
   ORLANDO, FL 32824

   407-858-0519 (Español)
   Contact phone / Teléfono de contacto

   Contact email / Correo electrónico de contacto

   **Where should payments to the creditor be sent?** (if different)
   ¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

   Name / Nombre _____

   Number / Número _____ Street / Calle _____

   City / Ciudad _____ State / Estado _____ ZIP Code / Código postal _____

   Contact phone / Teléfono de contacto

   Contact email / Correo electrónico de contacto

4. Does this claim amend one already filed?

   ¿Esta reclamación es una enmienda de otra presentada anteriormente?

   ☒ No / No
   ☐ Yes. Claim number on court claims registry (if known)
   Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____
   Filed on / Presentada el _____ (MM/DD/YYYY) / (DD/MM/AAAA)

5. Do you know if anyone else has filed a proof of claim for this claim?

   ¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

   ☒ No / No
   ☐ Yes. Who made the earlier filing?
   Sí. ¿Quién hizo la reclamación anterior? _____

**Part 2 / Parte 2:** Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?

   ¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

   ☒ No / No
   ☐ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
   Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

7. Do you supply goods and / or services to the government?

   ¿Proporciona bienes y / o servicios al gobierno?

   ☒ No / No
   ☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

   Vendor / Contract Number | Número de proveedor / contrato: _____

   List any amounts due after the Petition Date (listed above) but before June 30, 2017:
   Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

   *[signature: Elba I. Rodriguez Sierra]*

| | |
|---|---|
| 8. How much is the claim?<br>¿Cuál es el importe de la reclamación? | $ 2,640.00 . Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>☒ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| 9. What is the basis of the claim?<br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>Reintegro Planillas Año 2014 y 2015 |
| 10. Is all or part of the claim secured?<br>¿La reclamación está garantizada de manera total o parcial? | ☒ No / No<br>☐ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>Nature of property / Naturaleza del bien:<br>☐ Motor vehicle / Vehículos<br><br>☐ Other. Describe:<br>Otro. Describir: _____<br><br>Basis for perfection / Fundamento de la realización de pasos adicionales: _____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>Value of property / Valor del bien: $_____<br>Amount of the claim that is secured /<br>Importe de la reclamación que está garantizado: $_____<br>Amount of the claim that is unsecured /<br>Importe de la reclamación que no está garantizado: $_____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>Amount necessary to cure any default as of the Petition Date /<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____<br><br>Annual Interest Rate (on the Petition Date)<br>Tasa de interés anual (cuando se presentó el caso) _____ %<br>☐ Fixed / Fija<br>☐ Variable / Variable |
| 11. Is this claim based on a lease?<br>¿Esta reclamación está basada en un | ☒ No / No<br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $_____ |

*[signature]*

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br><br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received    $ _____<br>by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

**Part 3 / Parte 3:** Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el  16 MARZO 2018  (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma  *Elba I. Rodriguez Sierra*

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name  ELBA                I              Rodriguez SIERRA
      First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo  _____

Company / Compañía  _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección  13449  Meadow Bay Loop
                     Number / Número      Street / Calle

                     Orlando                           Fla         32824
                     City / Ciudad                     State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto  407-858-0519   Email / Correo electrónico _____

*Elba I. Rodriguez Sierra*

Formulario 482 (Opción 94) Rev. 03.16

## OPCIÓN 94

○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

Liquidador | Revisor

2015 — ESTADO LIBRE ASOCIADO DE PUERTO RICO — 2015
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2015 O AÑO COMENZADO EL

R G RO V1 V2 P1 P2 N D1 D2 E A M

Número de Serie

○ PLANILLA ENMENDADA
○ FALLECIÓ DURANTE EL AÑO: Día / Mes / Año
   ○ CONTRIBUYENTE  ○ CONYUGE
○ CONYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Indique seguro social y fecha de defunción del cónyuge fallecido)

**Nombre del Contribuyente:** Elba I. Rodriguez Sierra
13449 Meadow Bay Loop
Orlando, Fl 32824

**Nombre inicial del Cónyuge:** Jose L. Fontanez Guzman

Número de Seguro Social Contribuyente: ████████

Sello de Recibido

Sexo: F

E. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ● Casado que vive con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge arriba)
3. ○ Jefe de familia (No para casados)
4. ○ Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

CAMBIO DE DIRECCIÓN: ○ SI ○ No
SOLICITÓ PRÓRROGA: ○ SI ○ No

**Encasillado 1**

SI NO
A. ○ ○ ¿Ciudadano de Estados Unidos?
B. ○ ○ ¿Residente de Puerto Rico al finalizar el año?
C. ○ ○ ¿Otros ingresos exentos de contribución? Indique total $ _____ (Someta Anejo)

D. FUENTE DE MAYOR INGRESO:
1. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ● Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

CONTRATO GOBIERNO:
○ Contribuyente  ○ Conyuge

○ Ennegrezca aquí si se acoge al cómputo opcional de la contribución en el caso de personas casadas que viven juntas, rinden planilla conjunta y que ambos trabajen. No complete los Encasillados 2 y 3, ni las líneas 15 a la 25 del Encasillado 4, y pase al Anejo CO Individuo.

**Encasillado 2**

1. Sueldos, Comisiones, Concesiones y Propinas

A - Contribución Retenida | B - Sueldos, Comisiones, Concesiones y Propinas

(00) SUMINISTRE LOS COMPROBANTES DE RETENCIÓN (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique).

(01) Total de comprobantes con esta planilla

C - Salarios del Gobierno Federal (Total de Formularios W-2 con esta planilla)

2. Otros Ingresos (o Pérdidas):
A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10)
B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R)
C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R)
D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A)
E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B)
F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo)
G) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1D)
H) Ingresos misceláneos (Someta Anejo F Individuo)
I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo)
J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1)
K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ........... 5,921
L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: ____)
M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo)
N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo)
O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo)
P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo)
Q) Ganancia (o pérdida) en la venta o permuta de activos de capital (Someta Anejo D Individuo)
R) Planes cualificados y Contratos de Anualidad Variable (Someta Anejo D Individuo)
S) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1)

3. Total Ingreso Bruto (Sume líneas 1B, 1C y 2A a la 2S) ........... 5,921
4. Pensión Pagada por Divorcio o Separación (seg. soc. del que la recibe: ____) (Núm. sentencia: ____)
5. Ingreso Bruto Ajustado (Línea 3 menos línea 4) ........... 5,921

*Elba I. Rodriguez Sierra* (signature)

**Encasillado 3**

| | |
|---|---|
| 5. Ingreso Bruto Ajustado (De la línea 5, ...) | 5,921 |
| 6. DEDUCCIÓN FIJA: Si marcó en el Encasillado 1 el bloque 1 anote $3,150, el bloque 2 anote $2,... anote $2,730, el bloque 4 anote $2,100. Si marcó el bloque 5 y su conyuge detalló las deducciones anote cero. Si su conyuge ... | 3,150 |
| 7. Total deducciones detalladas (Anejo A Individuo, Parte I, línea 16) | |
| 8. Deducción fija o deducciones detalladas (Anote la mayor de la línea 6 o 7) | 3,150 |
| 9. Total deducciones adicionales (Anejo A Individuo, Parte II, línea 12) | |
| 10. Pago de servicio telefónico por comunicación con personal militar en zona de combate (Véanse instrucciones) | |
| 11. EXENCIÓN PERSONAL: Si marcó bloque 1 anote $3,000, bloque 2 $1,300, bloque 3 $3,000, bloque 4 $1,300, bloque 5 $1,500 | 3,000 |
| 12. EXENCIÓN POR DEPENDIENTES (Complete el Anejo A1 Individuo, véanse instrucciones) | |
| A) No universitarios, Categoría (N) ... x $2,500 | |
| B) Universitarios, Categoría (U) ... x $2,500 | |
| C) Incapacitados, ciegos o de 65 años o más, Categoría (I) ... x $2,500 | |
| D) Total Exención por Dependientes (Sume líneas 12A a la 12C) | |
| 13. Total Deducciones y Exenciones (Sume líneas 8, 9, 10, 11 y 12D) | 6,150 |
| 14. INGRESO NETO SUJETO A CONTRIBUCIÓN (Línea 5 menos línea 13. Si la línea 13 es mayor que la línea 5, anote cero) | 0 |
| 15. CONTRIBUCIÓN: (01) ☐ 1 Según Tabla ☐ 2 Especial sobre ganancias de capital ☐ 3 Extranjero no residente | 0 |
| 16. Cantidad de Ajuste Gradual (Determine este ajuste si la cantidad reflejada en la línea 14 es mayor de $75,000) (Anejo P Individuo, línea 7) | |
| 17. Exceso de la Contribución Básica Alterna sobre la Contribución Regular (Anejo O Individuo, Parte II, línea 5) (Véanse instrucciones) | |
| 18. Contribución sobre intereses, sujetos a retención (Anejo F Individuo, Parte I, línea 6) | |
| 19. Contribución especial sobre dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 4A) | |
| 20. Contribución sobre dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) | |
| 21. Contribución sobre distribuciones de IRA o Cuentas de Aportación Educativa que consistan de ingresos de fuentes dentro de P.R. (Anejo F Ind., Parte VII, línea 2) | |
| 22. Contribución sobre distribuciones de IRA a pensionados del Gobierno (Anejo F Individuo, Parte VII, línea 3) | |
| 23. Contribución sobre distribuciones y transferencias de Planes Gubernamentales (Anejo F Individuo, Parte V, línea 3) | |
| 24. Contribución especial sobre ingreso neto derivado de Proyectos Fílmicos o de Infraestructura bajo la Ley 362-1999 o Ley 27-2011, y de negocios con decreto de exención bajo la Ley 135-1997, y negocios con acuerdo especial bajo la Ley 1-2013 (Anejo K Individuo, Parte II, línea 12, Anejo L Individuo, Parte II, línea 14, Anejo M Individuo, Parte II, línea 8 o Anejo N Individuo, Parte II, línea 10) | |
| 25. Contribución sobre ingresos de equipos de béisbol de Grandes Ligas y la Asociación Nacional de Baloncesto de los E.U. (Anejo F Individuo, Parte VI, línea 2) | |
| 26. TOTAL CONTRIBUCIÓN DETERMINADA (Sume líneas 15 a la 25 o anote la cantidad del Anejo CO Individuo, línea 28, según aplique) | 0 |

**Encasillado 4**

| | |
|---|---|
| 27. Recobro de crédito reclamado en exceso (Anejo B Individuo, Parte I, línea 3) | |
| 28. Crédito para Contribuyentes Asalariados (Véanse instrucciones) | |
| 29. Créditos contributivos (Anejo B Individuo, Parte II, línea 24) | |
| 30. RESPONSABILIDAD CONTRIBUTIVA (Sume líneas 26 y 27 menos línea 28 o 29, la que aplique. Si es menos de cero, anote cero) | |
| 31. CONTRIBUCIÓN RETENIDA, PAGADA Y CRÉDITOS REEMBOLSABLES: | |
| A) Mediante retención sobre salarios. Suma las líneas 1A y 1C del Encasillado 2 o líneas 1A y 2A del Anejo CO Individuo | |
| B) Mediante retención sobre anualidades y pensiones (Anejo H Individuo, Parte II, línea 13) | 1,320 |
| C) Otros pagos y retenciones (Anejo B Individuo, Parte III, línea 17) | |
| D) Crédito por Trabajo (Véanse instrucciones) | |
| E) Crédito de la Oportunidad Americana (Someta Anejo B2 Individuo) | |
| F) Total Contribución Retenida, Pagada y Créditos Reembolsables (Suma líneas 31A a la 31E) | 1,3 |
| 32. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Si la línea 31F es menor que la línea 30, anote diferencia aquí; de lo contrario, en línea 36) | |
| 33. Menos: Cantidad pagada con prórroga automática | |
| 34. BALANCE PENDIENTE DE PAGO (Si la línea 32 es mayor que la línea 33, anote la diferencia aquí; de lo contrario, en la línea 36) | |
| 35. Adición a la Contribución por Falta de Pago de la Contribución Estimada (Anejo T Individuo, Parte II, línea 21) | |
| 36. Menos: Exceso de Contribución Retenida, Pagada y Créditos Reembolsables | |
| 37. Menos: Cantidad pagada (a) Con Planilla | |
| (b) Intereses | |
| (c) Recargos ___ y Penalidades ___ | |
| 38. BALANCE PENDIENTE DE PAGO (Suma líneas 34 y 35 menos líneas 36 y 37(a) y anote aquí. Si es menos de cero, anote la diferencia en línea 39) | |
| 39. CONTRIBUCIÓN PAGADA EN EXCESO (Sume líneas 30 y 35 menos líneas 31F y 33. Indique distribución en la línea A, B, C y D) | |
| A) Acreditar a la contribución estimada 2016 | |
| B) Aportación al Fondo Especial para el Estudio de la Bahía de San Juan | |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico | |
| D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado 5) | 1,32 |

**Encasillado 5**

AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO

Tipo de cuenta   Número de ruta/tránsito   Número de su cuenta
☐ Cheques  ☐ Ahorros

Cuenta a nombre de: _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del conyuge)

Declaro bajo penalidad de perjurio que la información incluida en esta planilla, anejos y documentos que se acompañan, ha sido examinada por mí y que la misma es cierta, correcta y completa. La declaración de la ... planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

Firma: _A. Rodríguez Seíri_   Fecha: 21/3/16   Firma del Conyuge: _José L. ... Guzmán_   Fecha: 21/3/...

Número de Registro

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ☐ Sí  ☐ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

# OPCIÓN 94

**2014 — ESTADO LIBRE ASOCIADO DE PUERTO RICO — DEPARTAMENTO DE HACIENDA**
**PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS**
AÑO CONTRIBUTIVO 2014 O AÑO COMENZADO EL ___ de ___ de ___ Y TERMINADO EL ___ de ___ de ___

Liquidador ___ Revisor ___
R | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: __/__/__ (Día/Mes/Año)
○ CONTRIBUYENTE ○ CÓNYUGE
○ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Indique seguro social del cónyuge fallecido)

**Nombre del Contribuyente:** Elba  **Inicial:** I.  **Apellido Paterno:** Rodriguez  **Apellido Materno:** Sierra
**Número de Seguro Social Contribuyente:** ████

**Dirección Postal:** HC 05 Box 7019, Guaynabo, PR
**Código Postal:** 00971-9577

**Fecha de Nacimiento:** Día ██ Mes ██ Año ██  **Sexo:** F

**Nombre e Inicial del Cónyuge:** Jose L.  **Apellido Paterno:** Fontanez  **Apellido Materno:** Guzman
**Número de Seguro Social Cónyuge:** ████
**Fecha de Nacimiento del Cónyuge:** Día ██ Mes ██ Año ██  **Sexo:** M

Incapacitado: ○ Contribuyente ○ Cónyuge
Teléfono Residencia: ( )
Teléfono del Trabajo: ( )
CAMBIO DE DIRECCIÓN: ○ Sí ○ No
SOLICITÓ PRÓRROGA: ○ Sí ○ No

## Encasillado 1

SI / NO
- A. ○ ○ ¿Ciudadano de Estados Unidos?
- B. ○ ○ ¿Residente de Puerto Rico al finalizar el año?
- C. ○ ○ ¿Otros ingresos exentos de contribución? Indique total $ ___ (Someta Anejo)

D. FUENTE DE MAYOR INGRESO:
1. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ■ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

Su ocupación ___  Ocupación cónyuge ___

E. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ■ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge arriba)
3. ○ Jefe de familia (No para casados)
4. ○ Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

CONTRATO GOBIERNO: ○ Contribuyente ○ Cónyuge

○ Ennegrezca aquí si se acoge al cómputo opcional de la contribución en el caso de personas casadas que viven juntas, rinden planilla conjunta y que ambos trabajen. No complete los Encasillados 2 y 3, ni las líneas 15 a la 25 del Encasillado 4, y pase al Anejo CO Individuo.

## Encasillado 2

| | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---:|---:|
| 1. Sueldos, Comisiones, Concesiones y Propinas | 00 | 00 |
| | 00 | 00 |
| | 00 | 00 |
| | 00 | 00 |
| (00) SUMINISTRE LOS COMPROBANTES DE RETENCIÓN (Formularios 499R-2/W-2PR, 499R-2cW-2cPR o W-2, según aplique). | | |
| (01) Total de comprobantes con esta planilla | 00 | 00 |

| | | Contribución Retenida | Salarios Federales |
|---|---|---:|---:|
| C- Salarios del Gobierno Federal (Véanse instrucciones) | (01) | 00 | (02) 00 |
| 2. Otros Ingresos (o Pérdidas): | | | |
| A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) | (03) | | 00 |
| B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) | (04) | | 00 |
| C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) | (05) | | 00 |
| D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) | (06) | | 00 |
| E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) | (07) | | 00 |
| F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) | (08) | | 00 |
| G) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1D) | (09) | | 00 |
| H) Ingresos misceláneos (Someta Anejo F Individuo) | (10) | | 00 |
| I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) | (11) | | 00 |
| J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) | (12) | | 00 |
| K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) | (13) | | 6,266 00 |
| L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: ___) | (15) | | 00 |
| M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) | (16) | | 00 |
| N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) | (17) | | 00 |
| O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) | (18) | | 00 |
| P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) | (19) | | 00 |
| Q) Ganancia (o pérdida) en la venta o permuta de activos de capital (Someta Anejo D Individuo) | (20) | | 00 |
| R) Planes Cualificados y Contratos de Anualidad Variable (Someta Anejo D Individuo) | (21) | | 00 |
| S) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) | (22) | | 00 |
| 3. Total Ingreso Bruto (Sume líneas 1B, 1C y 2A a la 2S) | (23) | | 6,266 00 |
| 4. Pensión Pagada por Divorcio o Separación (seg. soc. del que la recibe: ___) (24) (Núm. sentencia: ___) (25) | (26) | | 00 |
| 5. Ingreso Bruto Ajustado (Línea 3 menos línea 4) | (30) | | 6,266 00 |

Período de Conservación: Diez (10) años

*[signature: Elba I. Rodriguez Sierra]*

**Encasillado 3**

| Línea | Descripción | Valor |
|---|---|---|
| 5. | Ingreso Bruto Ajustado (De la línea 5, página 1) | 6,266 00 |
| 6. | DEDUCCIÓN FIJA: Si marcó en el Encasillado 1 el bloque 1 anote $3,150, el bloque 2 anote $2,100, el bloque 3 anote $2,735, el bloque 4 $2,100. Si marcó el bloque 5 y su cónyuge detalló las deducciones anote cero. Si su cónyuge no detalló anote $1,575 | 3,150 00 |
| 7. | Total deducciones detalladas (Anejo A Individuo, Parte I, línea 16) | 00 |
| 8. | Deducción fija o deducciones detalladas (Anote la mayor de la línea 6 o 7) | 3,150 00 |
| 9. | Total deducciones adicionales (Anejo A Individuo, Parte II, línea 12) | 00 |
| 10. | Pago de servicio telefónico por comunicación con personal militar en zona de combate (Véanse instrucciones) | 00 |
| 11. | EXENCIÓN PERSONAL: Si marcó bloque 1 anote $3,000, bloque 2 $1,300, bloque 3 $3,000, bloque 4 $1,300, bloque 5 $1,500 | 3,000 00 |
| 12. | EXENCIÓN POR DEPENDIENTES (Complete el Anejo A1 Individuo, véanse instrucciones) | |
| | A) No universitarios: Categoría (N) ___ x $2,500 | 00 |
| | B) Universitarios: Categoría (U) ___ x $2,500 | 00 |
| | C) Incapacitados, ciegos o de 65 años o más: Categoría (I) 1 x $2,500 | 2,500 00 |
| | D) Total Exención por Dependientes (Sume líneas 12A a la 12C) | 2,500 00 |
| 13. | Total Deducciones y Exenciones (Sume líneas 8, 9, 10, 11 y 12D) | 8,650 00 |
| 14. | INGRESO NETO SUJETO A CONTRIBUCIÓN (Línea 5 menos línea 13. Si la línea 13 es mayor que la línea 5, anote cero) | 0 00 |
| 15. | CONTRIBUCIÓN: (01) ○ 1 Según Tabla ○ 2 Especial sobre ganancias de capital ○ 3 Extranjero no residente | 0 00 |
| 16. | Cantidad de Ajuste Gradual (Determine este ajuste si la cantidad reflejada en la línea 14 es mayor de $75,000) (Anejo P Individuo, línea 7) | 00 |
| 17. | Exceso de la Contribución Básica Alterna sobre la Contribución Regular (Anejo O Individuo, Parte II, línea 5) (Véanse instrucciones) | 00 |
| 18. | Contribución sobre intereses sujetos a retención (Anejo F Individuo, Parte I, línea 6) | 00 |
| 19. | Contribución especial sobre dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 4A) | 00 |
| 20. | Contribución sobre dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) | 00 |
| 21. | Contribución sobre distribuciones de IRA o Cuentas de Aportación Educativa que consistan de ingresos de fuentes dentro de P.R. (Anejo F Ind., Parte VII, línea 2) | 00 |
| 22. | Contribución sobre distribuciones de IRA a pensionados del Gobierno (Anejo F Individuo, Parte VII, línea 3) | 00 |
| 23. | Contribución sobre distribuciones y transferencias de Planes Gubernamentales (Anejo F Individuo, Parte V, línea 3) | 00 |
| 24. | Contribución especial sobre ingreso neto derivado de Proyectos Fílmicos o de Infraestructura bajo la Ley 362-1999 o Ley 27-2011, y de negocios con decreto de exención bajo la Ley 135-1997, y negocios con acuerdo especial bajo la Ley 1-2013 (Anejo K Individuo, Parte II, línea 12, Anejo L Individuo, Parte II, línea 14, Anejo M Individuo, Parte II, línea 8 o Anejo N Individuo, Parte II, línea 10) | 00 |
| 25. | Contribución sobre ingresos de equipos de béisbol de Grandes Ligas y la Asociación Nacional de Baloncesto de los E.U. (Anejo F Individuo, Parte VI, línea 2) | 00 |
| 26. | TOTAL CONTRIBUCIÓN DETERMINADA (Sume líneas 15 a la 25 o anote la cantidad del Anejo CO Individuo, línea 28, según aplique) | 0 00 |
| 27. | Recobro de crédito reclamado en exceso (Anejo B Individuo, Parte I, línea 3) | 00 |
| 28. | Crédito para Contribuyentes Asalariados (Véanse instrucciones) | 00 |
| 29. | Créditos contributivos (Anejo B Individuo, Parte II, línea 25) | 00 |
| 30. | RESPONSABILIDAD CONTRIBUTIVA (Sume líneas 26 y 27 menos línea 28 o 29, la que aplique. Si es menos de cero, anote cero) | 0 00 |

**Encasillado 4**

| Línea | Descripción | Valor |
|---|---|---|
| 31. | CONTRIBUCIÓN RETENIDA, PAGADA Y CRÉDITOS REEMBOLSABLES: | |
| | A) Mediante retención sobre salarios (Sume las líneas 1A y 1C del Encasillado 2 o líneas 1A y 2A del Anejo CO Individuo) | 00 |
| | B) Mediante retención sobre anualidades y pensiones (Anejo H Individuo, Parte II, línea 13) | 1,320 00 |
| | C) Otros pagos y retenciones (Anejo B Individuo, Parte III, línea 17) | 00 |
| | D) Crédito por Trabajo (Véanse instrucciones) | 00 |
| | E) Crédito de la Oportunidad Americana (Someta Anejo B2 Individuo) | 00 |
| | F) Total Contribución Retenida, Pagada y Créditos Reembolsables (Sume líneas 31A a la 31E) | 1,320 00 |
| 32. | TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Si la línea 31F es menor que la línea 30, anote diferencia aquí, de lo contrario, en línea 37) | 00 |
| 33. | Menos: Cantidad pagada con prórroga automática | 00 |
| 34. | BALANCE PENDIENTE DE PAGO (Si la línea 32 es mayor que la línea 33, anote la diferencia aquí, de lo contrario, en la línea 37) | 00 |
| 35. | Adición a la Contribución por Falta de Pago de la Contribución Estimada (Anejo T Individuo, Parte II, línea 21) | 00 |
| 36. | Contribución especial a individuos que llevan a cabo industria o negocio por cuenta propia (Véanse instrucciones) | 00 |
| 37. | Menos: Exceso de Contribución Retenida, Pagada y Créditos Reembolsables | 1,320 00 |
| 38. | Menos: Cantidad pagada (a) Con Planilla | 00 |
| | (b) Intereses | 00 |
| | (c) Recargos ___ y Penalidades ___ | 00 |
| 39. | BALANCE PENDIENTE DE PAGO (Sume líneas 34 a la 36 menos líneas 37 y 38(a) y anote aquí. Si es menos de cero, anote la diferencia en línea 40) | 00 |
| 40. | CONTRIBUCIÓN PAGADA EN EXCESO (Sume líneas 30, 35 y 36 menos líneas 31F y 33. Indique distribución en la línea A, B, C y D) | 00 |
| | A) Acreditar a la contribución estimada 2015 | 00 |
| | B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan | 00 |
| | C) Aportación al Fondo Especial para la Universidad de Puerto Rico | 00 |
| | D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado 5) | 1,320 00 |

**Encasillado 5**

AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO

Tipo de cuenta: ○ Cheques ○ Ahorros

Número de ruta/tránsito: ☐☐☐☐☐☐☐☐☐

Número de su cuenta: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Cuenta a nombre de: _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que la información incluida en esta planilla, anejos y documentos que se acompañan, ha sido examinada por mí y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto al contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

Firma del Contribuyente: _____ Fecha: 6-4-15
Firma del Cónyuge: _____ Fecha: 6-4-15

Nombre de la Firma o Negocio: _____ Fecha: _____
Especialista por cuenta propia (ennegrezca aquí) ○  Número de Registro: _____

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ○ Sí ○ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Período de Conservación: Diez (10) años

**Anejo A1 Individuo**
Rev. 02.15 (Opción 94)



**DEPENDIENTES Y BENEFICIARIOS DE CUENTAS DE APORTACIÓN EDUCATIVA**

**2014**

Año contributivo comenzado el ___ de ___ de ___ y terminado el ___ de ___ de ___

Nombre del contribuyente: Elba I. Rodriguez Sierra

Número de Seguro Social: ___



## Parte I — Información sobre Dependientes (Véanse instrucciones)

**INFORMACIÓN IMPORTANTE PARTE I**

- No incluya al cónyuge en este anejo. Un individuo casado que vive con su cónyuge no es jefe de familia para fines contributivos, por lo que no debe incluir el nombre del cónyuge en el encasillado de jefatura (línea 01).
- Si reclama el estado personal de jefe de familia, incluya al dependiente que le da dicho derecho en la línea de Jefatura (01), pero no reclame la exención por este dependiente.
- Acompañe este Anejo con su planilla para poder considerar la exención por dependientes.



| | Nombre, Inicial | Apellido Paterno | Apellido Materno | Parentesco | Categoría (N)(U)(I) | Fecha de Nacimiento Día/Mes/Año | Número de Seguro Social |
|---|---|---|---|---|---|---|---|
| (02) | Maria D. | Sierra | Hernandez | Madre | I | ___ | ___ |
| (03) | | | | | | | |
| (04) | | | | | | | |
| (05) | | | | | | | |
| (06) | | | | | | | |
| (07) | | | | | | | |
| (08) | | | | | | | |
| (09) | | | | | | | |
| (10) | | | | | | | |

## Parte II — Beneficiarios de Cuentas de Aportación Educativa (Véanse instrucciones)



**INFORMACIÓN IMPORTANTE PARTE II**

- Estos beneficiarios no deberán considerarse al determinar la exención por dependientes. No obstante, si alguno de estos beneficiarios cualifica como su dependiente, deberá incluirlo también en la Parte I de este Anejo.

| | Nombre, Inicial | Apellido Pat. | Apellido Mat. | Fecha de Nacimiento (Día/Mes/Año) | Parentesco * | Número de Seguro Social | Cantidad Aportada (No exceder de $500 cada uno) |
|---|---|---|---|---|---|---|---|
| (01) | | | | | | | 00 |
| | Institución financiera | | | Número de la cuenta | | Número de Identificación Patronal | |
| (02) | | | | | | | 00 |
| | Institución financiera | | | Número de la cuenta | | Número de Identificación Patronal | |
| (03) | | | | | | | 00 |
| | Institución financiera | | | Número de la cuenta | | Número de Identificación Patronal | |
| (10) | Total aportaciones (Sume líneas (01) a la (03) y traslade al Anejo A Individuo, Parte II, línea 8 o al Anejo CO Individuo, línea 10H, según aplique). | | | | | | 00 |

* Véanse instrucciones.

Período de Conservación: Diez (10) años

*[Signature: Elba I. Rodriguez Sierra]*

**Anejo H Individuo**
Rev. 02.15 (Opción 94)

**INGRESO DE ANUALIDADES O PENSIONES**

**2014**

Año contributivo comenzado el ____ de _____ de ____ y terminado el ____ de _____ de ____

Nombre del contribuyente: Elba I. Rodriguez Sierra

Número de Seguro Social: ███████

(35)

Beneficiario de la pensión (ennegrezca uno): ○ 1 Contribuyente  ○ 2 Cónyuge
Pensión otorgada por (ennegrezca uno): ○ 1 ELA  ○ 2 Federal  ○ 3 Patrono de empresa privada
Lugar donde prestó el servicio: ○ 1 Puerto Rico  ○ 2 Estados Unidos  ○ 3 Otros _____
Fecha en que comenzó a disfrutar la pensión: Día ____ Mes ____ Año ____

### Parte I — Determinación del Costo Pendiente de Recobro (Véanse instrucciones)

1. Costo de la anualidad (cantidad pagada). Si es cero, pase a la Parte II y anote cero en la línea 10 ........ (01) ____ 00
2. Pensión recibida en años anteriores:
   Año: ____ ____ ____ ____ ____
   Cantidad: ____ ____ ____ ____ ____ ........ (02) ____ 00
3. Menos:
   (a) Pensión tributada en años anteriores:
   Año: ____ ____ ____ ____ ____
   Cantidad: ____ ____ ____ ____ (03) ____ 00
   (b) Pensión recibida exenta de tributación en años anteriores:
   Año: ____ ____ ____ ____ ____
   Cantidad: ____ ____ ____ ____ (04) ____ 00
4. Total (Sume líneas 3(a) y 3(b)) ........ (05) ____ 00
5. Costo de la pensión recobrado exento de tributación en años anteriores (Línea 2 menos línea 4) ........ (06) ____ 00
6. Costo de la pensión pendiente de recobro (Línea 1 menos línea 5) ........ (07) ____ 00

### Parte II — Ingreso Sujeto a Tributación (Véanse instrucciones)

7. Importe total recibido en el año ........ (08) **21,266** 00
8. Cantidad exenta de tributación ........ (09) **15,000** 00
9. Ingreso de pensión menos la cantidad exenta (Línea 7 menos línea 8. Si es menos de cero, pase a la línea 13) ........ (10) **6,266** 00
10. Costo de la pensión pendiente de recobro (Igual a la línea 6) ........ (11) **0** 00
11. Ingreso de pensión en exceso al costo pendiente de recobro (Línea 9 menos línea 10) ........ (12) **6,266** 00
12. Ingreso de pensión tributable (Anote aquí el importe de la línea 11 o el 3% de la línea 1, lo que sea mayor (pero no mayor que el importe de la línea 9). Anote esta cantidad en el Encasillado 2, línea 2K de la planilla o línea 3K, Columna B o C del Anejo CO Individuo, según aplique) ........ (13) **6,266** 00
13. Contribución retenida sobre anualidad o pensión para el año contributivo (Anote esta cantidad en el Encasillado 4, línea 31B de la planilla) ........ (14) **1,320** 00

Período de Conservación: Diez (10) años

*[signature: Elba I. Rodriguez Sierra]*