

Elba Rodriguez
13449 Meadow Bay Loop
Orlando, FL 32824



7020 0090 0001 9706 9886

U.S. POSTAGE
FCM LETTER
ORLANDO, FL
32862
APR 29, 20
AMOUNT
$7.25
R2305E124992-1

Secretaria (Clerk's Off
Tribunal De Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan, Puerto Rico
00918-1767