**EXHIBIT A**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>             Debtors.[2] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: Dkt. _____ |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>             Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3566-LTS<br><br>Re: Dkt. _____<br><br>Re: Adv. Pro. Nos. 19-00356, 19-00357, 19-00358, 19-039, 19-00361, 19-00366 and 19-00367 |

---

[2] The Debtors in these jointly-administered PROMESA title III cases (these "**Title III Cases**"), along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747).

**[PROPOSED] ORDER GRANTING URGENT MOTION TO SET BRIEFING
SCHEDULE ON THE MOTION OF THE OFFICIAL COMMITTEE OF RETIRED
EMPLOYEES OF THE COMMONWEALTH OF PUERTO RICO, THE FINANCIAL
OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO AS
REPRESENTATIVE OF THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS, AND THE SPECIAL CLAIMS
COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD
FOR PUERTO RICO
TO COMPEL DEPOSITION TESTIMONY BY ERS BONDHOLDERS AND
SUPPLEMENT OF BONDHOLDERS' PRIVILEGE LOGS**

Upon consideration of the *Motion to Set Briefing Schedule on the Motion of the Official
Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight
and Management Board of Puerto Rico as Representative of the Employees Retirement System of
the Government of the Commonwealth of Puerto Rico, the Official Committee of Unsecured
creditors, and the Special Claims Committee of the Financial Oversight and Management Board
for Puerto Rico to Compel Deposition Testimony by ERS Bondholders* (the "**Scheduling
Motion**"); the Court having found and determined that (i) the Court has jurisdiction to consider
the Scheduling Motion and the relief requested therein; (ii) venue is proper before this Court
pursuant to PROMESA section 307(a); (iii) due and proper notice of the Scheduling Motion has
been provided under the particular circumstances and no other or further notice need be provided;
(iv) based on the statements and arguments made in the Scheduling Motion, the relief requested in
the Scheduling Motion is in the best interest of ERS, the Commonwealth and their creditors; (v)
any objections to the relief requested in the Scheduling Motion have been withdrawn or are hereby
overruled; and (vi) the legal and factual bases set forth in the Scheduling Motion establish just
cause for the relief granted herein.

Accordingly, it is hereby ORDERED THAT:

1.      The following schedule shall apply to *Motion of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board of Puerto Rico as Representative of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, the Official Committee of Unsecured creditors, and the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico to Compel Deposition Testimony by ERS Bondholders* (Case No. 17-3283, Dkt. 13060; Case No. 17-3566, Dkt. 895 )(the "**Motion to Compel**").

> a.   Objections to the Motion to Compel are due on May 13, 2020.

> b.   Reply in Support of the Motion to Compel is due May 18, 2020.

2.      A copy of this Order shall be filed on the docket in the Commonwealth's and ERS's Title III cases.

3.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____


_____
HONORABLE JUDITH G. DEIN
United States Magistrate Judge