# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ("HTA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

# **ORDER GRANTING MOTION**

This matter is before the Court on the *Motion of Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, Financial Guaranty Insurance Company, The Bank of New York Mellon, and U.S. Bank Trust National Association to Redact Previously Filed Documents Pursuant to Federal Rule of Bankruptcy Procedure 9037(h)* (Dkt. No. 13047 in 17-BK-3283 and Dkt. No. 792 in 17-BK-3567) (the "Motion to Redact"). Therein the Movants'[2] request to substitute certain exhibits that were incorrectly filed without redactions for exhibits containing redactions. The redactions pertain to financial account numbers in the following documents: Exhibit 66 to the Declaration of William Natbony (Dkt. No. 13004-71 in 17-BK-3283-LTS and Dkt. No. 780-71 in 17-BK-3567), Exhibit 39 to the Declaration of Atara Miller (Dkt. No. 12998-15 in 17-BK-3283) and Exhibits 38, 41, 42, and 45 to the Declaration of John J. Hughes, III (Dkt. Nos. 13007-19, 13007-22, 13007-23, and 13007-26 in Case No. 17-BK-3283) (collectively, the "Exhibits"). Finding good cause for the requested relief, the Court hereby ALLOWS the Motion to Redact and directs the Clerk of Court to seal the Exhibits. The Movant's shall re-file the Exhibits in redacted form on the docket.

This Order resolves Dkt. No. 13047 in 17-BK-3283 and Dkt. No. 792 in 17-BK-3567.

SO ORDERED.

Dated: May 7, 2020

/s/ Judith Gail Dein
JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE

---

[2] Capitalized terms not defined in this Order shall have the meanings ascribed to them in the Motion to Redact.