UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3567-LTS |
| PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, | |
| Debtor. | |

------------------------------------------------------------x

ORDER GRANTING OPPOSED URGENT MOTION OF THE
GOVERNMENT PARTIES FOR LEAVE TO FILE SUR-REPLIES AND TO ADJOURN THE
PRELIMINARY HEARING REGARDING THE REVENUE BOND LIFT STAY MOTIONS TO JUNE 4, 2020

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon consideration of the *Opposed Urgent Motion of the Government Parties for Leave to File Sur-Replies and to Adjourn the Preliminary Hearing Regarding Revenue Bond Lift Stay Motions to June 4, 2020* (Docket Entry No. 13041 in Case No. 17-3283 and Docket Entry No. 788 in Case No. 17-3567, the "Urgent Motion"),[2] and it appearing that notice of the Urgent Motion was adequate and proper under the circumstances and that no further or other notice need be given; and any objections to the Urgent Motion having been overruled; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**:

1. The Urgent Motion is **GRANTED** as set forth herein.

2. The preliminary hearing on the Lift Stay Motions is adjourned to **June 4, 2020, at 9:30 a.m. (Atlantic Standard Time)**.

3. No later than **May 18, 2020, at 5:00 p.m. (Atlantic Standard Time)**, the Government Parties shall file a sur-reply of up to 30 pages each to (i) the HTA Lift Stay Motion; (ii) the PRIFA Lift Stay Motion; and (iii) the CCDA Lift Stay Motion.

4. Any application for permission to file responses to the Government Parties' sur-replies shall be filed no later than **12:00 p.m. (Atlantic Standard Time) on May 19, 2020**. Any papers in opposition to such application(s) shall be filed no later than **6:00 p.m. (Atlantic Standard Time) on May 19, 2020**, and any replies in further support of such application(s) shall be filed no later than **9:00 a.m. (Atlantic Standard Time) on May 20, 2020**.

5. To the extent that any responses to the Government Parties' sur-replies are permitted, such responses shall be filed no later than **5:00 p.m. (Atlantic Standard Time) on May 26, 2020**.

---

[2] Capitalized terms not otherwise defined herein have the meaning given to them in the Urgent Motion.

6. The parties are directed to meet and confer regarding the schedule in connection with the motions for partial summary judgment in Adversary Proceeding Nos. 20-003, 20-004, and 20-005 that is set forth in paragraph 2 of the *Joint Stipulation to Modify Certain Deadlines in Connection with Lift Stay and Related Motions and Revenue Bond Complaints Set Forth in the Court's March 26, 2020 Order [ECF 12540]* (Docket Entry No. 12700 in Case No. 17-3283), and to file, no later than **5:00 p.m. (Atlantic Standard Time) on May 13, 2020**, an informative motion either proposing a consensual modified schedule or identifying any disputes regarding any requested modifications to the current schedule.

7. This Order resolves Docket Entry No. 13041 in Case No. 17-3283 and Docket Entry No. 788 in Case No. 17-3567.

SO ORDERED.

Dated: May 7, 2020

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge