## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------------- x
::
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
    as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO, *et al*., : (Jointly Administered)
:
:
Debtors.[1] :
---------------------------------------------------------------------------- x

### APPLICATION FOR LEAVE TO WITHDRAW AS COUNSEL

To the Honorable United States District Judge Laura Taylor Swain:

    COMES NOW, the undersigned attorneys, and very respectfully STATE and PRAY as follows:

    1.    The undersigned, Edna Tejeda-Oyola, assumed the legal representation of Doral Financial Corporation, together with counsel Juan C. Salichs for the firm Salichs Pou & Associates, PSC, in these proceedings.

    2.    She is no longer employed by Salichs Pou & Associates, PSC. Thus, she respectfully request leave to withdraw as attorney of record on this case for Doral Financial

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233 (LTS)) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Corporation.

3. Juan C. Salichs will continue to appear as counsel to Doral Financial Corporation and handle all matters pertaining to the above captioned bankruptcy proceedings, including, but not limited to, filing all documents that shall be filed before this Honorable Court.

**WHEREFORE**, attorney Edna Tejeda-Oyola respectfully requests that this Honorable Court take notice of the above-mentioned facts and, consequently that an order granting her withdrawal as attorney of record, be entered in this case.

Dated: May 8, 2020

By: s/Edna Tejeda Oyola

SALICHS POU & ASSOCIATES PSC
P.O. Box 195553
San Juan, PR 00919-5553
Attn: Edna M. Tejeda-Oyola
USDC-PR No. 219803
Telephone: 787-449-6000
Email: etejeda@splawpr.com

SALICHS POU & ASSOCIATES PSC
PO Box 195553
San Juan, Puerto Rico 00919-5553
Tel: 787-449-6000
Fax: 787-474-3892

 S/ JUAN C. SALICHS-POU
USDC-PR No. **211610**
E-mail: jsalichs@splawpr.com