# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ("HTA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

**INFORMATIVE MOTION SUBMITTING REDACTED EXHIBITS PURSUANT TO THE COURT'S MAY 7, 2020 ORDER (ECF NO. 13067)**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Ambac[2], Assured, National, FGIC, The Bank of New York Mellon, in its capacity as successor trustee for the CCDA bondholders, and U.S. Bank, in its capacity as successor trustee for the PRIFA bondholders (collectively, "Movants") by and through their undersigned attorneys, respectfully submit this informative motion (the "Motion") submitting certain exhibits related to the Lift Stay Motions (the "Lift Stay Motions") in compliance with the *Order Granting Motion* (ECF. No. 13067,[3] and ECF No. 798 in Case No. 17-3567). In further support of this Motion, Movants respectfully state as follows:

1. On April 30, 2020, Movants filed certain exhibits in connection with counsel declarations supporting the Lift Stay Motions. The following exhibits contained financial account numbers, which should have been redacted in part, pursuant to Fed. R. Bankr. P. 9037(a)(4):

   a. Exhibit 66 to the Declaration of William Natbony (originally filed as ECF No. 13004-71 and as ECF No. 780-71 in Case No. 17-3567 and redacted version attached hereto as Exhibit A);

   b. Exhibit 39 to the Declaration of Atara Miller (originally filed as ECF No. 12998-15, and redacted version attached hereto as Exhibit B); and

   c. Exhibits 38, 41, 42, and 45 to the Declaration of John J. Hughes, III (originally filed as ECF Nos. 13007-19, 13007-22, 13007-23, and 13007-26, and redacted versions attached hereto as Exhibits C-F, respectively).

2. The unredacted versions of the aforementioned exhibits have since been removed from the public filing system, as required by Fed. R. Bankr. P. 9037(h)(2).

---

[2] Unless otherwise specified, defined terms have the meanings given to them in the *Stipulation and Protective Order* (ECF No. 12912) (the "Protective Order") and Lift Stay Motions.

[3] "ECF No." refers to documents filed in Case No. 17-BK-3283-LTS, unless otherwise noted.

3. On May 6, 2020, Movants submitted the *Motion of Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, Financial Guaranty Insurance Company, The Bank of New York Mellon, and U.S. Bank Trust National Association to Redact Previously Filed Documents Pursuant to Federal Rule of Bankruptcy Procedure 9037(H)* (ECF No. 13047, and ECF No. 792 in Case No. 17-3567) (the "Motion to Redact") seeking to file redacted versions of the exhibits.

4. On May 7, 2020 the Court granted the Motion to Redact. *Order Granting Motion* (ECF No. 13067, and ECF No. 798 in Case No. 17-3567).

5. Pursuant to Fed. R. Bankr. P. 9037(h), Movants now file this informative motion submitting the redacted exhibits attached hereto as **Exhibits A-F**.

[*Remainder of Page Intentionally Omitted*]

| | |
|---|---|
| Dated: May 8, 2020<br>San Juan, Puerto Rico | **FERRAIUOLI LLC**<br><br>By: */s/ Roberto Cámara-Fuertes*<br>Roberto Cámara-Fuertes (USDC-PR No. 219002)<br>Sonia Colón (USDC-PR No. 213809)<br>221 Ponce de León Avenue, 5th Floor<br>San Juan, PR 00917<br>Telephone: (787) 766-7000<br>Facsimile: (787) 766-7001<br>Email: rcamara@ferraiuoli.com<br>      scolon@ferraiuoli.com<br><br>**MILBANK LLP**<br><br>By: */s/ Atara Miller*<br>Dennis F. Dunne (admitted *pro hac vice*)<br>Atara Miller (admitted *pro hac vice*)<br>Grant R. Mainland (admitted *pro hac vice*)<br>John J. Hughes, III (admitted *pro hac vice*)<br>55 Hudson Yards<br>New York, NY 10001<br>Telephone: (212) 530-5000<br>Facsimile: (212) 530-5219<br>Email: ddunne@milbank.com<br>      amiller@milbank.com<br>      gmainland@milbank.com<br>      jhughes2@milbank.com<br><br>**Attorneys for Ambac Assurance Corporation** |

[*Remainder of Page Intentionally Omitted*]

3

**ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC**

By: /s/ *Eric Pérez-Ochoa*
 Eric Pérez-Ochoa
 (USDC-PR No. 206314)
 Email: epo@amgprlaw.com

By: /s/ *Luis A. Oliver-Fraticelli*
 Luis A. Oliver-Fraticelli
 (USDC-PR No. 209204)
 Email: loliver@amgprlaw.com

 208 Ponce de Leon Ave., Suite 1600
 San Juan, PR 00936
 Telephone: (787) 756-9000
 Facsimile: (787) 756-9010

**WEIL, GOTSHAL & MANGES LLP**

By: */s/ Robert Berezin*
 Jonathan D. Polkes (admitted *pro hac vice*)
 Gregory Silbert (admitted *pro hac vice*)
 Robert Berezin (admitted *pro hac vice*)
 Kelly DiBlasi (admitted *pro hac vice*)
 Gabriel A. Morgan (admitted *pro hac vice*)
 767 Fifth Avenue
 New York, NY 10153
 Telephone: (212) 310-8000
 Facsimile: (212) 310-8007
 Email: jonathan.polkes@weil.com
  gregory.silbert@weil.com
  robert.berezin@weil.com
  kelly.diblasi@weil.com
  gabriel.morgan@weil.com

***Attorneys for National Public Finance Guarantee Corp.***

**CASELLAS ALCOVER & BURGOS P.S.C.**

By: /s/ *Heriberto Burgo Pérez*
 Heriberto Burgos Pérez
 (USDC-PR No. 204809)
 Ricardo F. Casellas-Sánchez
 (USDC-PR No. 203114)
 Diana Pérez-Seda
 (USDC-PR No. 232014)
 P.O. Box 364924
 San Juan, PR 00936-4924
 Telephone: (787) 756-1400
 Facsimile: (787) 756-1401
 Email: hburgos@cabprlaw.com
  rcasellas@cabprlaw.com
  dperez@cabprlaw.com

**CADWALADER, WICKERSHAM & TAFT LLP**

By: */s/ Howard R. Hawkins, Jr.*
 Howard R. Hawkins, Jr. (admitted *pro hac vice*)
 Mark C. Ellenberg (admitted *pro hac vice*)
 William J. Natbony (admitted *pro hac vice*)
 Ellen M. Halstead (admitted *pro hac vice*)
 Thomas J. Curtin (admitted *pro hac vice*)
 Casey J. Servais (admitted *pro hac vice*)
 200 Liberty Street
 New York, NY 10281
 Telephone: (212) 504-6000
 Facsimile: (212) 504-6666
 Email: howard.hawkins@cwt.com
  mark.ellenberg@cwt.com
  bill.natbony@cwt.com
  ellen.halstead@cwt.com
  thomas.curtin@cwt.com
  casey.servais@cwt.com

***Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.***

4

**REXACH & PICÓ, CSP**

By: */s/ María E. Picó*
    María E. Picó
    (USDC-PR No. 123214)
    802 Ave. Fernández Juncos
    San Juan, PR 00907-4315
    Telephone: (787) 723-8520
    Facsimile: (787) 724-7844
    Email: mpico@rexachpico.com

**BUTLER SNOW LLP**

By: */s/ Martin A. Sosland*
    Martin A. Sosland (admitted *pro hac vice*)
    5430 LBJ Freeway, Suite 1200
    Dallas, TX 75240
    Telephone: (469) 680-5502
    Facsimile: (469) 680-5501
    Email: martin.sosland@butlersnow.com
    Jason W. Callen (admitted *pro hac vice*)
    150 3rd Ave., S., Suite 1600
    Nashville, TN 37201
    Telephone: (615) 651-6774
    Facsimile: (615) 651-6701
    Email: jason.callen@butlersnow.com

**Attorneys for Financial Guaranty Insurance Company**

[*Remainder of Page Intentionally Omitted*]

| | |
|---|---|
| **RIVERA, TULLA AND FERRER, LLC**<br><br>By: */s/ Eric A. Tulla*<br>Eric A. Tulla<br>(USDC-DPR No. 118313)<br>Email: etulla@riveratulla.com<br>Iris J. Cabrera-Gómez<br>(USDC-DPR No. 221101)<br>Email: icabrera@riveratulla.com<br>Rivera Tulla & Ferrer Building<br>50 Quisqueya Street<br>San Juan, PR 00917-1212<br>Telephone: (787) 753-0438<br>Facsimile: (787) 767-5784 | **SEPULVADO, MALDONADO & COURET**<br><br>By: */s/ Albéniz Couret Fuentes*<br>Albéniz Couret Fuentes<br>(USDC-PR No. 222207)<br>304 Ponce de León Ave. Suite 990<br>San Juan, PR 00918<br>Telephone: (787) 765-5656<br>Facsimile: (787) 294-0073<br>Email: acouret@smclawpr.com |
| **HOGAN LOVELLS US LLP**<br><br>By: */s/ Robin E. Keller*<br>Robin E. Keller, Esq.<br>Ronald Silverman, Esq.<br>390 Madison Avenue<br>New York, NY 10017<br>Telephone: (212) 918-3000<br>Facsimile: (212) 918-3100<br>robin.keller@hoganlovells.com<br>ronald.silverman@hoganlovells.com<br><br>**Attorneys for U.S. Bank National Association, in its Capacity as Trustee to PRIFA Bondholders** | **REED SMITH LLP**<br><br>By: */s/ Eric A. Schaffer*<br>Eric A. Schaffer (admitted *pro hac vice*)<br>Luke A. Sizemore (admitted *pro hac vice*)<br>Jared S. Roach (admitted *pro hac vice*)<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222<br>Telephone: (412) 288-3131<br>Facsimile: (412) 288-3063<br>Email: eschaffer@reedsmith.com<br>lsizemore@reedsmith.com<br>jroach@reedsmith.com<br><br>**Attorneys for The Bank of New York Mellon, in its Capacity as Trustee to CCDA Bondholders** |

[*Remainder of Page Intentionally Omitted*]

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date a true and exact copy of this notice was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record.

/s/ *Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com