Fecha. 6 de abril de 2020

Nombre.. Sr. Liua A. Gierbolini Ortiz

Dirección Residencial.. Mariano Quiñones #8
Coamo, Puerto Rico
00769

Dirección Postal.... .....Mariano Quiñones
Coamo, Puerto Rico
00769

Telefono de contacto .. 1-787-208-8311

A---Tribunal de Distrito de los Estado Unidos
San Juan, puerto Rico.

B---Deudor... Commonwealth of puerto Rico

C---Procedimiento...17 BK 3283- LTS

D---Titulo de la Objeción Global---Centésima Cuadragésima Primera Objecion Global

E.--- Num. De Reclamación---97210

Yo Luis A. Gierbolini Ortiz reclamo lo que en derecho tengo a reclamar por los años trabajados en el Sistema de Gobierno del Estado Libre Asociado de Puerto Rico. En dichos años se aprobaron leyes concediendo beneficios y aumentos salarial a la clase trabajadora de país , los cuales no me fueron concedidos. En mi caso lo siguiente:

Ley que fue aprobadas..
1. Ley 89 Restribucion Uniforme----Aprobada 12 julio de 1979---El Romerazo
   $50.00 mensuales
   Importe reclamado adeudado  $14,100.00
   Fecha—julio 1980 a diciembre de 2004
2. Ley # 164 ---del 12 de julio de 2003—efectiva el 1 de enero de 2004
   $100.00 mensuales
   Importe reclamado adeudado $1,200.00
   Fecha.... Desde enero 2004 a diciembre de 2004

Total de monto de la reclamación---- $15,300.00

*firma*

Sr, Luis Cruz Gierbolini
Mariano Quiñones
Coamo, Puerto Rico
00769

RECEIVED & FILED
2020 MAY -8 AM 10: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.