Luis A. Gierbolini Ortiz
Mariano Quiñones #8
Coamo PuertoRico 00769

RECEIVED & FILED
2020 MAY -8  AM 10: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria [ Clerk's Office )
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

SAN JUAN PR 009
05 MAY 2020 PM 1 L

