# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3566-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## ORDER SETTING BRIEFING SCHEDULE

This Court has received the *Motion to Set Briefing Schedule on the Motion of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board of Puerto Rico as Representative of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, the Official Committee of Unsecured Creditors, and the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico to Compel Deposition Testimony by ERS Bondholders* (Dkt No. 13066 in 17-BK-3283 and Dkt. No. 896 in 17-BK-3566) (the "Scheduling Motion") and the *Motion to Inform Regarding Urgent Motion to Set Briefing Schedule on the Motion of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board of Puerto Rico as Representative of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, the Official Committee of Unsecured Creditors, and the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico to Compel Deposition Testimony by ERS Bondholders* (the "Motion to Inform"). Upon the filing of the Scheduling Motion, the Court entered a briefing schedule on the Scheduling Motion. (Dkt. No. 13069 in 17-BK-3283 and Dkt. No. 897 in 17-BK-3566) (the "Briefing Schedule Order"). In the Motion to Inform, the parties represent that they have submitted the Motion to Compel (Dkt. No. 13060 in 17-BK-3283 and Dkt. No. 895 in 17-BK-3566) to mediation before Judge Houser and request that the Court enter an agreed briefing schedule for the Motion to Compel in the event it is not resolved in the mediation scheduled for May 12, 2020. Taking note of the agreement among the parties and finding good cause for

2

the requested relief, the Court hereby sets the following briefing schedule for the Motion to Compel:

1. The ERS Bondholders' Opposition will be due on **May 19, 2020**.

2. The Committees' and Government Parties' Reply will be due on **May 22, 2020**.

3. The Court will thereafter take the Motion to Compel on submission unless the Court orders otherwise.

This Order supersedes the Briefing Schedule Order (Dkt. No. 13069 in 17-BK-3283 and Dkt. No. 897 in 17-BK-3566). This Order resolves Dkt No. 13066 in 17-BK-3283 and Dkt. No. 896 in 17-BK-3566.

    SO ORDERED.

                                                      / s / Judith Gail Dein
                                                      Judith Gail Dein
                                                      United States Magistrate Judge

DATED: May 11, 2020