UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In Re: | ) | |
| The Financial Oversight An Management Board for Puerto Rico, | ) ) | PROMESA<br>Title III |
| As representative of | ) | No. 17 BK 3283-LTS |
| The Commonwealth of Puerto Rico, et Al, | ) | Jointly Administered |
| Debtors | ) | The filing relates to the Commonwealth, HTA and ERS |

RECEIVED & FILED
2020 MAY -8  AM 10: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

ONE HUNDRED NINETY-THIRD OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO SATISFIED CLAIMS

To the Honorable United States District Court Judge Laura Taylor Swain:

Por este medio certifico que el Departamento de Hacienda, de Puerto Rico, no adeuda dinero alguno sobre mis contribuciones de radicación de planillas para los anos 2015, 2016, 2017, 2018, 2019.

Esperando esta información les sea de utilidad.

*[signature]*
Yolanda Rosario Álvarez, MTS
Calle 41 2P-27
Urb. Metrópolis
Carolina, Puerto Rico 00987

Anejo:  Certificación de Radicación de Planillas.