Modelo SC 6088
Rev. 24 feb 20



Gobierno de Puerto Rico
**DEPARTAMENTO DE HACIENDA**
Área de Rentas Internas

Certificación de Radicación de Planillas

YOLANDA ROSARIO ALVAREZ
METROPOLIS
41 2P 27
CAROLINA PR 00987

Fecha: 06 mayo 2020
ID de Contribuyente: **REDACTED**
ID de Correspondencia: **REDACTED**

### Individuo - Contribución sobre Ingresos

| Año | Estatus |
|---|---|
| 2019 | Planilla radicada |
| 2018 | Planilla radicada |
| 2017 | Planilla radicada |
| 2016 | Planilla radicada |
| 2015 | Planilla radicada |

Advertencia:

De no estar de acuerdo con esta información, deberá presentar su reclamación acompañada de la evidencia correspondiente en uno de nuestros Centros de Servicio al Contribuyente (SAC). Para conocer la localización de los SAC, puede acceder a www.hacienda.pr.gov. Si tiene preguntas relacionadas a este documento, puede comunicarse al Centro de Contacto Hacienda Responde al (787) 622-0123.

**VALIDACIÓN**

Para verificar si este Certificado es válido, acceda https://suri.hacienda.pr.gov y presione el enlace de "Validar Certificados y Licencias".

**Vigencia:** Este Certificado es válido hasta 30 días después de la fecha de emisión.

Periodo de Conservación: Seis (6) años o una intervención del Contralor, lo que ocurra primero.

tL027
2