FELIX FIGUEROA JIMENEZ
HC 2 BOX 22171
SAN SEBASTIAN, PR 00685

RECEIVED & FILED
2020 MAY -8 AM 10: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SECRETARIA DE JUNTA DE SUPERVICION
ROOM 150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO 00918-1767

