LEY PROMESA

Reclamante:

Tamy Anaya Nieves

N. De Reclamación: 136343

Barrio Jauca 516 calle 5 Santa Isabel P, R, 00757

Celular: 787 718 7513

Email: tamyanaya@gmail.com



RECEIVED & FILED
2020 MAY -8 AM 10: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

TRIBUNAL DE DISTRITO DE LIOS ESTADOS UNIDOS

PARA EL DISTRITO DR PUERTO RICO,

PROMESA

| | |
|---|---|
| En el asunto de: | Titulo III |
| JUNTA DE SUPERVICION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO, | Núm. 17 BK 3283-LTS |
| Como representante de | (Administrada conjuntamente) |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO y Otros, | La presente radicación guarda relación con el ELA, la ACT y el |
| Deudores | SRE. |

Como empleada del Departamento de Educación, desde el 1994 tengo derecho a los diferentes aumentos salariales que fueron otorgados dentro de mi contrato. Las leyes firmadas durante esos años, me dan el derecho a solicitar de forma retroactiva los incentivos a los cuales tengo derecho. Por ende, solicito evalúen mi solicitud de acuerdo a lo antes expuesto lo más posible.

En esta replica estoy incluyendo los siguientes documentos como evidencia de mi reclamo:

Ley Núm., 161 (2013) $25.00 dólares mensuales

Ley 109 (2008) salario básicos $1,750.00 dólares mensuales

Ley 96 (2002) aumento $100.00 dólares

Hoja suelta: Número de casos

Certificación de empleo

Espero puedan atender mi reclamo lo antes posible.

Sometida la solicitud: Hoy jueves 20 de abril de 2020.

_____
Tamy Anaya Nieves



**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

23 de abril de 2020

A quien pueda interesar:

Certifico que **TAMY ANAYA NIEVES**, número de seguro social **XXX-XX-3658** labora en nuestra Agencia desde **9 de mayo de 1994** al **Presente**.

Actualmente, ocupa puesto en calidad de **MA. BIBLIOTECARIO** en **ELVIRA M. COLON NEGRON**, Oficina Regional Educativa de **PONCE** y devenga un salario de **$2,746.67** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaría Auxiliar de Recursos Humanos.

Juan Francisco Rivera Aponte
Secretario Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*

P.O. Box 190759, San Juan PR 00919-0759

**DEPARTAMENTO DE EDUCACIÓN**
GOBIERNO DE PUERTO RICO

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

A continuación números de casos:

- Carrera Magisterial : caso#: SJ2019CV07914 – PENDIENTE A RESOLUCION

- *LEY 109- 2008 AUMENTO DE 1 DE JULIO DE 2008 ( $ 150)*
Caso#: OASE 2013-11-0224 Retribución - Pendiente de adjudicación ante la OASE

- *LEY 96 DE 1 DE JULIO DE 2002 ( $ 100)*: Caso: Abdiel Acevedo Pérez y otros 700 – Caso#: 2013-04-1542 OASE Retribución - Pendiente de adjudicación ante la OASE

- *LIQUIDACION LICENCIA DE ENFERMEDAD*: Caso: AMPR v. Departamento de Educación y otros – caso#: SJ2017CV00542 - Se llegó acuerdo con la Junta de Control Fiscal

- *HOMEBOUND*: Caso: Ada Rodriguez Rivera v Otros (192)
Casa#: 2012-08-0197 OASE Retribución - Pendiente de adjudicación OASE

- *AUMENTO POR EXPERIENCIA* Caso: ABDIEL Acevedo Pérez (508) v DE
Caso#:2012-05-2084 OASE Retribución - Pendiente de adjudicación OASE

1



# Ley Núm. 161 del año 2013

(P. de la C. 1594); 2013, ley 161

**Para aumentar en veinticinco dólares ($25) mensuales, la escala de retribución de los maestros del Departamento de Educación de Puerto Rico**
**LEY NUM. 161 DE 24 DE DICIEMBRE DE 2013**

Para aumentar en veinticinco dólares ($25) mensuales, la escala de retribución de los maestros del Departamento de Educación de Puerto Rico, efectivo al 1ro de julio de 2014; proveer que en cada año fiscal posterior, comenzando el 1ro de julio de 2015 hasta el 1ro de julio de 2023, se aumentará la retribución mensual de los maestros por veinticinco dólares ($25); y para otros fines.

## EXPOSICIÓN DE MOTIVOS

Los maestros de Puerto Rico son una clave esencial en el desarrollo de nuestra sociedad, por lo que reconocemos la extraordinaria labor que éstos realizan por el bienestar de nuestros niños y de nuestras futuras generaciones. A pesar de las limitaciones presupuestarias que enfrentamos, se han realizado economías sustanciales en la base recurrente de la nómina del gobierno central mediante el ejercicio de disciplina en la re-contratación de empleados retirados; esto, sin despidos y sin afectar los servicios directos a la ciudadanía. De la misma forma, habremos de realizar en otras áreas y renglones, lo que nos permitirá hacerles justicia salarial a los maestros que incansablemente inculcan día a día de enseñanza a nuestros niños.

Conforme a ello, la presente medida persigue aumentar la escala de retribución de los maestros por la cantidad de veinticinco dólares mensuales ($25), efectivo el 1ro de julio de 2014, cuyo aumento se repetirá en cada año fiscal subsiguiente, hasta el año fiscal 2023-2024, para un total cumulativo de $250 mensuales o $3,000 al año. Ello de una forma balanceada y distribuida durante un periodo de diez años, de modo que se le conceda el tan merecido aumento, pero cumpliendo de una manera responsable con las realidades presupuestarias y fiscales que enfrenta nuestro país.

*DECRÉTASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:*

Artículo 1.-Se establece un ajuste en la escala de retribución a los maestros del salón de clases del Departamento de Educación, a los fines de aumentar su sueldo básico por la cantidad de veinticinco dólares ($25) mensuales, efectivo al 1ro de julio de 2014. Al comienzo de cada año fiscal posterior, comenzando el 1ro de julio de 2015 hasta el 1ro de julio de 2023, se aumentará la escala de retribución de los maestros para aumentar su sueldo básico mensual por veinticinco dólares ($25).

Artículo 2.-Los fondos necesarios para este aumento se consignarán en el Presupuesto General de Gastos del Gobierno del Estado Libre Asociado de Puerto Rico desde el año fiscal 2014-2015, y subsiguientemente en cada año fiscal hasta el 2023-2024.

Artículo 3.-Esta Ley comenzará a regir inmediatamente después de su aprobación.

**Notas Importantes:**
1. Esta ley es copia de la ley original cuando fue aprobada, no incluye enmiendas posteriores.
2. **Presione Aquí** para buscar enmiendas posteriores de tener alguna. Debe buscar desde la fecha de esta ley al presente.

3. Presione Aquí para ver la **Ley Completa, con sus enmiendas integradas y Actualizada** (Socios Solamente)
4. Visite la página de nuestro Club de LexJuris de Puerto Rico www.LexJuris.net para ver los beneficios y precios de las membresía y/o tiendita para ordenar su membresía en www.LexJurisStore.com o llame al tel. (787) 269-6475 LexJuris de Puerto Rico.

Presione Aquí para regresar al Menú anterior y seleccionar otra ley.
Ver índice por años hasta el presente
Para Búsquedas Avanzadas de todas las Leyes de Puerto Rico Actualizadas y Jurisprudencia (Solo Socios)

## ADVERTENCIA

Este documento constituye un documento de las leyes del Estado Libre Asociado de P.R. que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las leyes de Puerto Rico. Su distribución electrónica se hace como un servicio público a la comunidad. Siempre busque leyes posteriores para posibles enmiendas a esta ley.

Visite nuestro **Club de LexJuris de Puerto Rico**.

LexJuris de Puerto Rico siempre está bajo construcción.

Jurisprudencia | Información | Agencias | AbogadoPR.com | ProfesionalesPR.com | Biografías | Historia | Pueblos de Puerto Rico| Servicios ublicidad | Directorios | Compras | Eventos | Noticias | Entretenimiento |Publicaciones CD| LexJurisBooks | Revista Jurídica |

©-2012 LexJuris de Puerto Rico - Derechos Reservados



## Ley Núm. 96 del año 2002

(P. de la C. 2634) 2002 ley 96
(Reconsiderado)

**Para conceder un aumento de suelo de cien (100) dólares a los empleados públicos del gobierno.**

**LEY NUM. 96 DE 1 DE JULIO DE 2002**

Para conceder un aumento de sueldo de cien (100) dólares a los empleados públicos del Gobierno Central del Estado Libre Asociado de Puerto Rico, efectivo el 1ro. de julio de 2002.

### EXPOSICION DE MOTIVOS

Puerto Rico cuenta con miles de servidores públicos honestos y responsables que día a día dedican sus vidas al servicio de nuestra gente y buscando el bienestar de todos los puertorriqueños. El servidor público del Siglo 21, como representante de la honestidad y la dignidad del trabajo, goza de la confianza de esta Administración.

De igual forma, esta Administración está consciente de los sacrificios que realizan estos servidores públicos, quienes trabajan incesantemente para proveerle a la ciudadanía un servicio de excelencia, a cambio de una remuneración que propenda a una vida con limitaciones. Aún así, estos hombres y mujeres que honran el servicio público le siguen sirviendo con desprendimiento y dedicación a Puerto Rico.

En la década de los años ochenta, se comenzó a desarrollar una nueva orientación de la política pública en cuanto a salarios y beneficios marginales para los empleados públicos, con el propósito de colocar a éstos a la par con los empleados de la empresa privada, en la medida que lo permitan los recursos públicos. A tono con esta política pública, en el pasado se legisló para concederles aumentos generales de salario, aumentos en la aportación patronal para el pago de primas de los planes médicos, y aumentos permitidos por la Ley Núm. 89 de 12 de julio de 1979, según enmendada, conocida como "Ley de Retribución Uniforme", entre otros. Así también, diversos grupos han recibido aumentos de salarios mediante la aprobación de leyes especiales como es el caso de los policías y los maestros.

Es la intención de esta Administración y de esta Asamblea Legislativa reconocer la ardua tarea que realizan estos empleados públicos para adelantar la calidad y la eficiencia de nuestra administración pública.

Por tanto, aún ante la estrechez económica a la que nos enfrentamos, y reconociendo el reclamo de los diversos grupos que representan el sector laboral gubernamental, es imperante hacerle justicia a nuestros empleados públicos, concediéndoles un aumento salarial de cien (100) dólares mensuales a los empleados públicos que estén bajo las condiciones que más adelante se establecen.

*DECRETASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:*

**Artículo 1.-**Los aumentos concedidos al amparo de esta Ley serán de la siguiente forma:

(a)   Cien (100) dólares mensuales de aumento de sueldo a los empleados públicos que al 30 de junio de 2002 estén en servicio activo, sin distinción de status ni categoría. Cuando en un puesto se prestaren

servicios a jornada parcial, el aumento a concederse será proporcional a la jornada de trabajo. Aquellos empleados vinculados al servicio que no estén en servicio activo al 1ro. julio de 2002 tendrán derecho a recibir el aumento efectivo a la fecha en que se reintegren al servicio.

El aumento de sueldo se concederá aun cuando el empleado esté devengando un sueldo igual o superior al tipo máximo de la escala o que con el aumento excedan éste. Dicho aumento no afectará al margen retributivo de que disfrutan los empleados para mejoramiento salarial, ni se ajustará a escala. Disponiéndose que las acciones de personal que se efectúen con posterioridad a la vigencia del presente aumento se tramitarán conforme a las normas que emita la Oficina Central de Asesoramiento Laboral y de la Administración de Recursos Humanos, en armonía con la Ley Núm. 89 de 12 de julio de 1979, según enmendada, conocida como "Ley de Retribución Uniforme" y el Reglamento de Retribución Uniforme.

(b) Cien (100) dólares a los empleados organizados en sindicatos bajo la Ley Núm. 45 de 25 de febrero de 1998, según enmendada, incluidos en unidades apropiadas cuyo resultado de la fórmula bajo la Sección 7.5 de la ley antes citada es de cero o negativo. Aquellas unidades apropiadas cuyo resultado de la fórmula arroje positivo, pero menos de cien (100) dólares, recibirán un aumento equivalente a la diferencia entre cien (100) dólares y el resultado de dicha fórmula.

**Artículo 2.-** El costo del aumento de sueldo propuesto será sufragado por fondos a ser provistos mediante reembolso por la Oficina de Gerencia y Presupuesto, con cargo a las asignaciones que para este propósito se incluyeron en la Resolución Conjunta del Presupuesto General. Sin embargo, dicho reembolso cubrirá únicamente los sueldos que son sufragados con recursos provenientes del Fondo General. Se dispone que los empleados públicos que conforme a las fechas aquí establecidas cualifican para este aumento, pero cobran de otros fondos, recibirán los mismos aumentos con cargo a los fondos especiales federales y estatales de los cuales cobran. Las agencias para las cuales trabajen este tipo de empleados públicos deberán hacer los ajustes correspondientes en dichos fondos para otorgar aumentos salariales, según lo dispuesto en este Artículo.

**Artículo 3.-** Para obtener el reembolso al que se hace referencia en el Artículo 2 de esta Ley, cada agencia que sufrague dichos aumentos del Fondo General someterá a la Oficina de Gerencia y Presupuesto una relación certificada que incluya nombre del empleado, número de seguro social, clasificación del puesto, fecha en que comenzó a trabajar, sueldo devengado y costo total para la agencia del aumento concedido. Dicha certificación debe recibirse en la Oficina de Gerencia y Presupuesto no más tarde del 1ro. de septiembre de 2002.

**Artículo 4.-** Se excluyen de las disposiciones de esta Ley las siguientes agencias o dependencias públicas: (1) la Universidad de Puerto Rico; (2) las corporaciones públicas que tienen autoridad expresa para llevar a cabo convenios colectivos bajo las disposiciones de la Ley Núm. 130 de 8 de mayo de 1945, según enmendada; (3) los miembros uniformados de la Policía de Puerto Rico; (4) miembros del Personal del Sistema de Rango del Cuerpo de Bomberos de Puerto Rico; (5) los empleados municipales y/o aquellos que presten servicios a los municipios; (6) los empleados públicos cubiertos por la Ley Núm. 45 de 25 de febrero de 1998, según enmendada, incluidos en unidades apropiadas cuyo resultado de la fórmula de la Sección 7.5 de la ley antes citada es igual o mayor de cien (100) dólares mensuales.

**Artículo 5.-** Los aumentos concedidos mediante esta Ley serán efectivos a partir del 1ro. de julio de 2002.

**Artículo 6.-** Los aumentos de sueldo concedidos mediante esta Ley no tienen el efecto de interrumpir el tiempo para ser acreedor de un aumento por años de servicio.

**Artículo 7.-** Toda disposición de ley que esté en conflicto con lo aquí dispuesto quedará sin efecto mientras tenga aplicabilidad esta Ley.

**Artículo 8.-** Esta Ley comenzará a regir inmediatamente después de su aprobación.

[Presione Aquí para regresar al Menu anterior y seleccionar otra ley.](#)

## ADVERTENCIA

Este documento constituye un documento de las leyes del Estado Libre Asociado de P.R. que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las leyes de Puerto Rico. Su distribución electrónica se hace como un servicio público a la comunidad. Siempre busque leyes posteriores para posibles enmiendas a esta ley.

## LexJuris de Puerto Rico siempre está bajo construcción.

| Home| Leyes y Jurisprudencia | Información | Agencias | Profesionales | Biografías | Historia | Pueblos de Puerto Rico| Servicios |Publicidad | Directorios | Compras | Eventos | Noticias | Entretenimiento |Publicaciones CD| Ordenanzas | Revista Jurídica |

© 1996-2002 LexJuris de Puerto Rico - Derechos Reservados



## Ley Núm. 109 del año 2008

(P. de la C. 4130), 2008, ley 109

**Ley de aumento del salario básico a los maestros de 2008 a $1,750.00 mensuales.**
**Ley Núm. 109 de 11 de junio de 2008**

Para disponer que a partir del 1ro. de julio de 2008, toda persona que sea reclutado por el Departamento de Educación de Puerto Rico, el Departamento de Corrección y Rehabilitación y la Administración de Instituciones Juveniles, para ocupar una plaza de maestro(a) en una jornada a tiempo completo será compensada con un salario básico de mil setecientos cincuenta (1,750) dólares mensuales; establecer que toda persona que al presente esté ocupando la plaza de maestro(a) se le otorgará un aumento de ciento cincuenta (150) dólares mensuales a partir del 1ro. de julio de 2008; y para otros fines relacionados.

### EXPOSICION DE MOTIVOS

Resulta indiscutible que los(as) maestro(a)s son el eje alrededor del cual gira el conocimiento de la sociedad mundial. De igual forma en Puerto Rico, el(la) maestro(a) es la clave para asegurar que las niñas, niños y jóvenes desarrollen sus capacidades y talentos al máximo, a fin de que se conviertan en ciudadanos productivos e independientes, aprendices de por vida, y respetuosos de la ley y del ambiente. Efectivamente, el profesional de la enseñanza, junto al núcleo familiar, es el forjador del ciudadano que como adulto contribuirá al bienestar colectivo de nuestra sociedad.

A pesar de la importancia incuestionable de la clase magisterial en la sociedad, es una realidad que no se le compensa adecuadamente por la labor que realiza. Los(as) maestros(as) del Departamento de Educación de Puerto Rico, Departamento de Corrección y Rehabilitación y Administración de Instituciones Juveniles no han recibido un aumento en el nivel de salario básico por los pasados años, aunque sí recibieron mediante leyes especiales aumentos generales de salario que se les concedieron a todos los empleados públicos.

Por tal razón, el salario básico del(de la) maestro(a) puertorriqueño(a) ha permanecido por todos estos años en dieciocho mil (18,000) dólares anuales, cantidad que está muy por debajo del promedio que devengan los(as)maestros(as) de los cincuenta (50) estados de los EEUU.

Ante ese cuadro, resulta imperativo reconocer y compensar de forma adecuada el tesón y esfuerzo que realiza el profesional de la enseñanza que labora en el sistema de educación pública. A la clase magisterial se le debe compensar de manera justa y equitativa como se ha hecho con otros empleados gubernamentales que también ejercen labores de vital importancia para el pueblo. Así vemos como el(la) maestro(a) devenga mil quinientos (1,500) dólares mensuales ante los dos mil (2,000) dólares de los policías, dos mil quinientos (2,500) dólares de las enfermeras, mil seiscientos (1,600) dólares de los oficiales de custodia y mil setecientos (1,700) dólares de los encargados de comedores escolares. Además, recientemente se les otorgó una bonificación a los directores escolares de tres mil (3,000) dólares y desde el 1ro. de julio pasado, estos empleados recibieron un alza de doscientos cincuenta (250) dólares mensuales en sus cheques de nómina. Es imprescindible que al(a la) maestro(a), quien probablemente ejerce una de las labores más importantes en el gobierno, de igual manera reciban unos aumentos que se ajusten al costo de vida.

Mediante la presente legislación se provee para aumentar el sueldo básico del(de la) maestro(a) a unos mil setecientos cincuenta (1,750) dólares mensuales. El mismo aplicaría a toda persona que entre al magisterio a partir del 1ro. de julio de 2008. De otra parte, se concede a toda persona que al presente esté ocupando la plaza de maestro(a) o de Director(a) Escolar un aumento de ciento cincuenta (150) dólares mensuales. Es nuestra contención que la aprobación de esta Ley servirá para hacerle justicia a la clase profesional magisterial y servirá como un disuasivo al éxodo de los maestros a los EE.UU. donde el salario promedio del maestro(a) es superior al local.

*DECRETASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:*

Artículo 1.-A partir del 1ro. de julio de 2008, toda persona que sea reclutada por el Departamento de Educación de Puerto Rico, el Departamento de Corrección y Rehabilitación y la Administración de Instituciones Juveniles, para ocupar una plaza de maestro(a) en una jornada a tiempo completo será compensada con un salario básico de mil setecientos cincuenta (1,750) dólares mensuales.

Artículo 2.-Se establece que toda persona que, al 1ro. de julio de 2008, esté ocupando una plaza de maestro(a) dentro del Sistema de Educación Pública de Puerto Rico, del Departamento de Corrección y Rehabilitación y de la Administración de Instituciones Juveniles se le otorgue un aumento de ciento cincuenta (150) dólares mensuales.

Artículo 3.-Se dispone que el ajuste a la escala salarial y el aumento al sueldo aquí legislado son independientes y no menoscabarán cualquier otro ajuste realizado a las escalas o aumentos salariales otorgados, siempre que sean en beneficio del maestro(a), obtenido mediante negociación colectiva o por cualquier otro medio legal.

Artículo 4.-El impacto económico anual del ajuste a la escala salarial y del aumento al sueldo de los maestros(as) aquí legislado deberá ser consignado en el Presupuesto Anual de Gastos del Gobierno del Estado Libre Asociado de Puerto Rico para el Año Fiscal 2008-2009 y años subsiguientes. La procedencia de los fondos para cubrir dicho impacto provendrán de las partidas adjudicadas a nómina y costos relacionados de dichas agencias.

Artículo 5.-Esta Ley entrará en vigor el 1ro. de julio de 2008.

................................................
*Presidente de la Cámara*

................................................
*Presidente del Senado*

**Notas Importantes:**
1. Esta ley es copia de la ley original cuando fue aprobada, no incluye enmiendas posteriores.
2. Presione Aquí para buscar enmiendas posteriores de tener alguna. Debe buscar desde la fecha de esta ley al presente.
3. Presione Aquí para ver la **Ley Completa, con sus enmiendas integradas y Actualizada (Socios Solamente)**

Presione Aquí para regresar al Menú anterior y seleccionar otra ley.
Ver índice por años hasta el presente
Búsquedas Avanzadas de todas las Leyes Actualizadas y Jurisprudencia **(solo socios)**

**ADVERTENCIA**

Este documento constituye un documento de las leyes del Estado Libre Asociado de P.R. que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las leyes de Puerto Rico. Su distribución electrónica se hace como un servicio público a la comunidad. Siempre busque leyes posteriores para posibles enmiendas a esta ley.

Visite nuestro Club de LexJuris de Puerto Rico.

## LexJuris de Puerto Rico siempre está bajo construcción.

1996-2008 LexJuris de Puerto Rico - Derechos Reservados