Tamy Anaya Nieves
Bo. Jauca 514 c/5
Santa Isabel P.R. 00757

  

U.S. POSTAGE PAID
FCM LG ENV
SANTA ISABEL, PR
00757
MAY 05, 20
AMOUNT
$1.40
R2305K135417-7

Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan P.R. 00918-1767

RECEIVED & FILED
2020 MAY -8 AM 10: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.