RECEIVED & FILED
2020 MAY -8 AM 10: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

30 de abril de 2020

RE: CLAIM NUMERO 92166

Petición para que se continúe el proceso de la reclamación.

Trabaje para el Departamento de Educación del gobierno de Puerto Rico durante los años 1972 al 1982.

En 1984 comencé a trabajar para la Universidad de Puerto Rico hasta mi jubilación en el 2008.

Envío copia de cuotas al sistema de anualidades como evidencia de los años trabajados para el departamento de educación.

Carmen Acevedo Zambrana

Anexos

Anexo 1

JRM-56 REV. Sept. /82



## CUOTAS APORTADAS AL SISTEMA DE ANUALIDADES Y PENSIONES PARA MAESTROS DE PUERTO RICO

Participante: Carmen Acevedo Zambrana
Seguro Social: REDACTED-2199
Núm. Empleado: 51-0371

| Año Fiscal | Periodos Trabajados Desde | Periodos Trabajados Hasta | Sueldo Mensual | Sueldo Devengado | Tiempo Trabajado Meses | Tiempo Trabajado Días | Aportaciones Participante % | Aportaciones Participante Cantidad | Aportaciones Patronal % | Aportaciones Patronal Cantidad | Intereses Devengados % | Intereses Devengados Cantidad |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1971-72 | 2/ago/71 | 17/dic/71 | 435.00 | 2,175.00 | 5 | --- | 7 | 152.25 | 3.50 | 76.13 | .208 | 31.67 |
| 1971-72 | 10/ene/72 | 30/jun/72 | 495.00 | 2,970.00 | 6 | --- | 7 | 207.90 | 3.50 | 103.95 | .208 | 43.24 |
| 1972-73 | 3/jul/72 | 18/sep/72 | 550.00 | 1,402.57 | 2 | 11 | 7 | 98.18 | 3.50 | 49.09 | .188 | 18.46 |
| 1972-73 | 19/sep/72 | 29/jun/73 | 490.00 | 4,630.57 | 9 | 9 | 7 | 324.14 | 3.50 | 162.07 | .188 | 60.94 |
| 1973-74 | 4/jul/73 | 30/ene/74 | 515.00 | 3,411.85 | 6 | 12 1/2 | 7 | 238.83 | 3.50 | 119.41 | .168 | 40.12 |
| 1973-74 | 4/mar/74 | 28/jun/74 | 515.00 | 2,111.57 | 4 | 2 | 7 | 147.81 | 3.50 | 73.91 | .168 | 24.83 |
| 1974-75 | 1/jul/74 | 7/ago/74 | 615.00 | 692.00 | 1 | 2 1/2 | 7 | 48.44 | 3.50 | 24.22 | .148 | 7.17 |
| 1974-75 | 8/ago/74 | 27/jun/75 | 650.00 | 6,987.57 | 10 | 15 | 7 | 489.13 | 3.50 | 244.57 | .148 | 72.39 |
| 1975-76 | 1/jul/75 | 28/jul/75 | 650.00 | 650.00 | 1 | --- | 7 | 45.50 | 3.50 | 22.75 | .128 | 5.82 |
| 1975-76 | 4/ago/75 | 25/jun/76 | 615.00 | 6,765.00 | 11 | --- | 7 | 473.55 | 3.50 | 236.78 | .128 | 60.61 |
| 1976-77 | 5/jul/76 | 24/jun/77 | 615.00 | 7,380.00 | 12 | --- | 7 | 516.60 | 3.50 | 258.30 | .108 | 55.79 |
| 1977-78 | 28/jul/77 | 30/jul/77 | 615.00 | 92.28 | --- | 3 | 7 | 6.46 | 3.50 | 3.23 | .088 | .57 |
| 1977-78 | 1/jul/77 | 30/jun/78 | 665.00 | 7,880.28 | 11 | 17 | 7 | 551.62 | 3.50 | 275.81 | .088 | 48.54 |

JRM-56 REV. Sept. /82



CUOTAS APORTADAS AL SISTEMA DE ANUALIDADES
Y PENSIONES PARA MAESTROS DE PUERTO RICO

Participante: Carmen Acevedo Zambrana
Seguro Social: REDACTED 2199
Núm. Empleado: 51-0371

| Año Fiscal | Periodos Trabajados Desde | Hasta | Sueldo Mensual | Sueldo Devengado | Tiempo Trabajado Meses | Días | Aportaciones Participante % | Cantidad | Patronal % | Cantidad | Intereses Devengados % | Cantidad |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1978-79 | 3/jul/78 | 29/jun/79 | 690.00 | 8,280.00 | 12 | --- | 7 | 579.60 | 3.50 | 289.80 | .068 | 39.41 |
| 1979-80 | 2/jul/79 | 27/jul/79 | 725.00 | 725.00 | 1 | --- | 7 | 50.75 | 3.50 | 25.38 | .048 | 2.44 |
| 1979-80 | 6/ago/79 | 29/sep/79 | 750.00 | 1,500.00 | 2 | --- | 7 | 105.00 | 3.50 | 52.50 | .048 | 5.04 |
| 1979-80 | 1/oct/79 | 27/jun/80 | 770.00 | 6,930.00 | 9 | --- | 7 | 485.10 | 3.50 | 242.55 | .048 | 23.28 |
| 1980-81 | 30/jun/80 | 30/jun/80 | 770.00 | 38.57 | --- | 1 | 7 | 2.70 | 3.50 | 1.35 | .028 | .08 |
| 1980-81 | 1/jul/80 | 25/jun/81 | 820.00 | 9,778.57 | 11 | 18 1/2 | 7 | 684.50 | 3.50 | 342.25 | .028 | 19.17 |
| 1981-82 | 1/jul/81 | 24/may/82 | 845.00 | 9,104.85 | 10 | 15 1/2 | 7 | 637.34 | 3.50 | 318.67 | .008 | 5.10 |
|  |  |  |  |  |  |  |  | 5,845.40 |  | 2,922.72 |  | 554.67 |

TIEMPO ACREDITADO ES: 10 años, 8 meses, 7 días

Nota: Estas cuotas estan garantizando Préstamo Personal que tiene contraído en este Sistema de Retiro para Maestros
Balance Aproximado es: $1,847.13

PSP/grr

C E R T I F I C A C I O N

Certifico que de acuerdo con nuestros récords, ésta es una relación exacta de las cuotas
aportadas al Sistema de Anualidades y Pensiones para Maestros por el participante arriba indicado.

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| *In re*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante<br><br>DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, et al.,<br><br>Deudores.[1] | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrado Conjuntamente)<br><br>**La presente radicación guarda relación con el ELA, la ACT y el SRE.** |

## RÉPLICA DE LA DEMANDANTE A LA CENTÉSIMA NONAGÉSIMA SEGUNDA OBJECIÓN GLOBAL

**Introducciones**

1. Solo debe cumplimentar y radicar el presente formulario de réplica si su reclamación guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico, o si su reclamación guarda relación con una acción judicial pendiente de resolución o finalizada. Si su reclamación no surge de empleo actual o anterior en el Gobierno de Puerto Rico o si su reclamación no guarda relación con una acción judicial pendiente de resolución o finalizada, su réplica debe ser radicada de conformidad con los procedimientos detallados en las páginas 3 a 4 de la Notificación que acompaña a la Centésima nonagésima segunda objeción global.

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y denominados conjuntamente con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

2. Rogamos radique formularios de réplica separados por cada evidencia de reclamaciones a la que los Deudores se hayan opuesto. No radique un único formulario de réplica que aborde más de una evidencia de reclamaciones.

3. Rogamos conteste a todas las preguntas y a cada una de las subpreguntas aplicables.

4. Incluya tantos detalles como pueda en sus réplicas.

    a. **Sus respuestas deben proporcionar más información que la contenida en la evidencia de reclamaciones inicial**. Por ejemplo, si antes escribió "Ley 96" como fundamento de su reclamación, rogamos proporcione información más detallada relativa a leyes concretas que pretende invocar, el año de adopción de dicha ley, así como de qué forma y por qué considera que esa ley concreta permite fundamentar su reclamación.

    b. Si está disponible y se aplica a su reclamación, rogamos proporcione, asimismo, lo siguiente:

        - Copia de un escrito; por ejemplo, un Escrito de demanda o una Contestación;
        - Cualquier sentencia o acuerdo de conciliación que no hayan sido pagados;
        - Notificación por escrito de la intención de radicar una reclamación acompañada de un comprobante de envío; y
        - Toda la documentación que a su criterio justifica su reclamación.

5. Si no dispone de una copia de su reclamación, podrá descargarla visitando el sitio web de Prime Clerk: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

6. Debe firmar su réplica en el lugar que se indica abajo. Si no lo hace, el secretario no aceptará la réplica a efectos de su radicación.

7. Rogamos radique el formulario cumplimentado y cualquiera de los documentos justificativos siguiendo las instrucciones de la Notificación que acompaña a la Objeción Global a su reclamación.

**Cuestionario**

1. Rogamos proporcione el nombre, la dirección, el número de teléfono y la dirección de correo electrónico 1) de la demandante que responda; 2) del abogado o representante designado de la demandante al que los abogados del ELA, la ACT o el SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción Global en nombre de la demandante.

    ☐ **Nombre:** Carmen Acevedo Zambrana

    ☐ **Dirección:** Santa Ana 9-N11 Vega Alta PR 00692

    ☐ **Número de teléfono:** 787-448-4409

2

    ☐ Dirección de correo electrónico: _carmin.acevedo@gmail.com_

2. Número de su evidencia de reclamaciones: _____

3. Los Deudores se han opuesto a su Evidencia de reclamaciones porque esta no proporciona información suficiente para que los Deudores comprendan el fundamento de su reclamación. Marque la casilla con la que guarde relación su Evidencia de reclamaciones y explique el motivo por el que se opone a la objeción indicando así el fundamento de su reclamación. Adjunte páginas adicionales si fuera necesario.

    ☐ Acción judicial pendiente de resolución o finalizada con o contra el Gobierno de Puerto Rico

    ☒ Empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico

_____
_____
_____
_____

Adjunte copias de cualquier otra documentación u otras pruebas en apoyo de su reclamación.

4. ¿Cuál es el monto de su reclamación (cuánto alega que se le adeuda)?:

_____

5. **Empleo**. ¿Su reclamación guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico?
    ☐    No. *Siga con la Pregunta 6.*
    ☒    Sí. **Responda a las Preguntas 5(a) a (d).**

5(a). Indique la agencia o el departamento específicos donde trabaja o ha trabajado:
_Dept. de Educación_

5(b). Indique las fechas de su empleo en relación con su reclamación:
_1971 – 1982_

5(c). Últimos cuatro dígitos de su número del Seguro Social: _2199_

5(d). ¿Cuál es la naturaleza de sus reclamaciones relativas al empleo (marque todas las casillas aplicables)?:
    ☐    Pensión
    ☒    Salarios no pagados
    ☐    Días de licencia por enfermedad
    ☐    Quejas con sindicato

3

☐ Vacaciones

☐ Otros (proporcione tanta información detallada como pueda. Adjunte páginas adicionales si fuera necesario).

_____

_____

6. <u>Acción judicial</u>. ¿Su reclamación guarda relación con una acción judicial pendiente de resolución o finalizada?

☒ No.

☐ Sí. **Responda a las Preguntas 6(a) a (f)**.

6(a). Indique el departamento o la agencia que sean parte en la acción.

_____

6(b). Indique el nombre y la dirección del tribunal o de la agencia ante los cuales la acción esté pendiente de resolución.

_____

6(c). Caso núm.: _____

6(d). Título, epígrafe o nombre del caso: _____

6(e). Estado del caso (pendiente de resolución, apelado o finalizado): _____

6(f). ¿Tiene una sentencia que no haya sido pagada? Sí / No (marque su respuesta con un círculo)

En caso afirmativo, ¿cuál es la fecha y el monto de la sentencia? _____

<u>**FIRME ABAJO SU RÉPLICA**</u>

_Carmen Acevedo Zambrana_
**Firma**

_Carmen Acevedo Zambrana_
**Nombre en letra de molde**

_5-mayo-2020_
**Fecha**

4

THIS NOTICE RELATES TO A PROOF OF CLAIM YOU FILED AGAINST THE GOVERNMENT OF PUERTO RICO IN ITS PROCEEDINGS UNDER THE PUERTO RICO OVERSIGHT, MANAGEMENT, AND ECONOMIC STABILITY ACT.

IF YOU ARE RECEIVING THIS NOTICE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.

DOCUMENTS RELATING TO THIS CLAIM OBJECTION WERE MAILED TO YOU ON APRIL 17, 2020. PURSUANT TO DETAILS SET FORTH IN EXHIBIT "C" TO THE OBJECTION, THE DEADLINE TO RESPOND IS MAY 19, 2020. PLEASE CHECK YOUR MAIL BOX. IF YOU FAIL TO PROPERLY RESPOND TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE GOVERNMENT WITHOUT FURTHER NOTICE OR HEARING.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Acevedo Zambrana, Carmen | 92166 | 7/6/18 | Commonwealth of Puerto Rico | $75,000.00 |
| **Docket Number** | 12864 | **Objection Title** | One Hundred Ninety-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims | |
| **Reason:** | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

LA PRESENTE NOTIFICACIÓN ESTÁ RELACIONADA CON UNA EVIDENCIA DE RECLAMO QUE USTED PRESENTÓ CONTRA EL GOBIERNO DE PUERTO RICO EN EL PROCESO QUE SE SUSTANCIA EN VIRTUD DE LA LEY DE SUPERVISIÓN, ADMINISTRACIÓN Y ESTABILIDAD FINANCIERA DE PUERTO RICO.

SI USTED RECIBE ESTA NOTIFICACIÓN ES PORQUE UNO O MÁS DE LOS DEUDORES PRETENDEN DESESTIMAR SU RECLAMO POR LA RAZÓN EXPUESTA A CONTINUACIÓN.

LOS DOCUMENTOS RELACIONADOS CON ESTA OBJECIÓN DE RECLAMO LE FUERON ENVIADOS A USTED POR CORREO EL DÍA 17 DE ABRIL DE 2020. DE ACUERDO CON LOS DATOS ESTABLECIDOS EN EL ANEXO "C" A LA OBJECIÓN, LA FECHA LÍMITE PARA RESPONDER ES EL 19 DE MAYO DE 2020. SÍRVASE POR FAVOR VERIFICAR SU CASILLA DE CORREO. SI NO RESPONDE APROPIADAMENTE A LA OBJECIÓN, EL TRIBUNAL PODRÍA OTORGAR LA REPARACIÓN SOLICITADA POR EL GOBIERNO SIN PREVIO AVISO NI AUDIENCIA.

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Acevedo Zambrana, Carmen | 92166 | 7/6/18 | Commonwealth of Puerto Rico | $75,000.00 |
| **Número de registro de actos procesales** | 12864 | **Título de la objeción** | One Hundred Ninety-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims | |
| **Base para:** | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |