C Acevedo
Santa Ana 9-N11
Vega Alta PR 00692



U.S. POSTAGE PAID
VEGA ALTA, PR
00692
MAY 05 20
AMOUNT
$1.20
R2305K135419-25

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan PR 00918-1764

RECEIVED & FILED
2020 MAY -8 AM 10:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.