**EXHIBIT 1**

## AGREEMENT TO COMPLY WITH STIPULATION

I, Giselle López Soler state that:

1. My address is PMB 257, Rd. 19 1353, Guaynabo, PR 00966.

2. I am co-counsel for the Puerto Rico Fiscal Agency and Financial Advisory Authority.

3. I have received and reviewed the *Stipulation and Order for the Production and Exchange of Confidential Information* (the "*Stipulation*") entered on January 10, 2020 in Case No. 17-3283 (LTS). Docket No. 9797.

4. I have carefully read and understand the provisions of the *Stipulation*.

5. I will comply with all of the provisions of the *Stipulation*.

6. I hereby submit to the jurisdiction of this Court for the purpose of enforcement of the *Stipulation* in this action.

In San Juan, Puerto Rico, this 12th day of May, 2020.

/s/ Giselle López Soler
_____
Giselle López Soler