# REPLICA OBJECION GLOBAL

I. Datos de contacto

**Nombre:** Lissette Pola Bota
**Direccion:** Bo. Angola 19
  Carretera 132
  Ponce. P.R. 00728
**teléfono:** 787-612-3966

**Email:** plissette23 @gmail.com

II. Epigrafe

A: Secretaria (Clerk's Office)
B: Tribunal de Distrito de los Estados Unidos
C: Estado Libre Asociado y Otros Deudores
D: Numero de Procedimiento: 17-BK-03283-LTS
 números de Referencia: 43923; 70479; 67779
E: OCTOGESIMA NOVENA OBJECION GLOBAL REFERENTE A LA SOLICITUD DE DINERO NO PAGADO POR EL ESTADO LIBRE ASOCIADO DE PUERTO RICO

Numero de las evidencias por reclamo
 # 43923  Ley # 89 Romerazo - Efectiva 12 de julio de 1979
   (aumento salarial $100.00 mensuales)
 # 70479  Ley Escala salarial – Pasos, 6 de julio
   (aumento anual $25.00)
 # 67779  Ley # 96, efectiva 1 julio 2002
   (aumento mensual de $100.00)
   Ley # 164, efectiva 22 julio 2003   $42,000
   (aumento mensual $100.00)

III.

El 18 junio de 2018, sometí por email el Formulario Oficial 410 Modificado, solicitando dinero adeudado por mis años de servicio en esta institución mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

**Ley # 89 Romerazo - Efectiva 12 de julio de 1979**
(aumento salarial $100.00 mensuales)
**Ley Escala salarial – Pasos, 6 de julio**
(aumento anual $25.00)
**Ley # 96, efectiva 1 julio 2002**
(aumento mensual de $100.00)
**Ley # 164, efectiva 22 julio 2003**
(aumento mensual $100.00)

IV.

Incluyo documentos evidenciando el tiempo que llevo en el Departamento de Educación de Puerto Rico, desde 3 agosto de 1998 hasta el presente.

Carta patrono, evidencia de tiempo trabajado hasta el presente. Agradeceré su consideración a esta replica.

Atentamente;

Lissette Pola Bota

REPLICA OBJECION GLOBAL

I. Datos de contacto

Nombre: Lissette Pola Bota
Direccion: Bo. Angola 19
Carretera 132
Ponce. P.R. 00728
teléfono: 787-612-3966

Email: plissette23 @gmail.com

II. Epigrafe

A: Secretaria (Clerk's Office)
B: Tribunal de Distrito de los Estados Unidos
C: Estado Libre Asociado y Otros Deudores
D: Numero de Procedimiento: 17-BK-03283-LTS
  números de Referencia: 43923; 70479; 67779
E: OCTOGESIMA NOVENA OBJECION GLOBAL REFERENTE A LA
  SOLICITUD DE DINERO NO PAGADO POR EL ESTADO LIBRE
  ASOCIADO DE PUERTO RICO

Numero de las evidencias por reclamo
# 43923   Ley # 89 Romerazo - Efectiva 12 de julio de 1979   $26,400
          (aumento salarial $100.00 mensuales)
# 70479   Ley Escala salarial – Pasos, 6 de julio
          (aumento anual $25.00)
# 67779   Ley # 96, efectiva 1 julio 2002
          (aumento mensual de $100.00)
          Ley # 164, efectiva 22 julio 2003
          (aumento mensual $100.00)

          $68,400



III.

El 18 junio de 2018, sometí por email el Formulario Oficial 410 Modificado, solicitando dinero adeudado por mis años de servicio en esta institución mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

**Ley # 89 Romerazo - Efectiva 12 de julio de 1979**
    (aumento salarial $100.00 mensuales)
**Ley Escala salarial – Pasos, 6 de julio**
    (aumento anual $25.00)
**Ley # 96, efectiva 1 julio 2002**
    (aumento mensual de $100.00)
**Ley # 164, efectiva 22 julio 2003**
    (aumento mensual $100.00)

IV.

Incluyo documentos evidenciando el tiempo que llevo en el Departamento de Educación de Puerto Rico, desde 3 agosto de 1998 hasta el presente.

Carta patrono, evidencia de tiempo trabajado hasta el presente. Agradeceré su consideración a esta replica.

Atentamente;

Lissette Pola Bota

## REPLICA OBJECION GLOBAL

I. Datos de contacto

**Nombre:** Lissette Pola Bota
**Direccion:** Bo. Angola 19
  Carretera 132
  Ponce. P.R. 00728
**teléfono:** 787-612-3966

**Email:** plissette23 @gmail.com

II. Epigrafe



A: Secretaria (Clerk's Office)
B: Tribunal de Distrito de los Estados Unidos
C: Estado Libre Asociado y Otros Deudores
D: Numero de Procedimiento: 17-BK-03283-LTS
  números de Referencia: 43923; 70479; 67779
E: OCTOGESIMA NOVENA OBJECION GLOBAL REFERENTE A LA SOLICITUD DE DINERO NO PAGADO POR EL ESTADO LIBRE ASOCIADO DE PUERTO RICO

Numero de las evidencias por reclamo
# 43923  Ley # 89 Romerazo - Efectiva 12 de julio de 1979
    (aumento salarial $100.00 mensuales)
# 70479  Ley Escala salarial – Pasos, 6 de julio
    (aumento anual $25.00)
# 67779  Ley # 96, efectiva 1 julio 2002
    (aumento mensual de $100.00)
   Ley # 164, efectiva 22 julio 2003
    (aumento mensual $100.00)

III.

El 18 junio de 2018, sometí por email el Formulario Oficial 410 Modificado, solicitando dinero adeudado por mis años de servicio en esta institución mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

**Ley # 89 Romerazo - Efectiva 12 de julio de 1979**
(aumento salarial $100.00 mensuales)
**Ley Escala salarial – Pasos, 6 de julio**
(aumento anual $25.00)
**Ley # 96, efectiva 1 julio 2002**
(aumento mensual de $100.00)
**Ley # 164, efectiva 22 julio 2003**
(aumento mensual $100.00)

IV.

Incluyo documentos evidenciando el tiempo que llevo en el Departamento de Educación de Puerto Rico, desde 3 agosto de 1998 hasta el presente.
Carta patrono, evidencia de tiempo trabajado hasta el presente. Agradeceré su consideración a esta replica.

Atentamente;

Lissette Pola Bota