LISSETTE POLA BOTA
BO. ANGOLA 19
CARR. 132
PONCE, P.R. 00728

SAN JUAN P&DC
TUE 05 MAY 2020 PM

RECEIVED & FILED
2020 MAY -8 AM 10: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SECRETARIA (CLERK'S OFFICE)
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
ROOM 150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO 00918-1767