5 de mayo de 2020

RECEIVED & FILED
2020 MAY 12 AM 9:57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk's Office )
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00928-1767

Reclamación# 2173

Buenos Días

     La misma es para reclamar el retiro, aquí le envío las evidencias de retiro.
Lo envío a esta fecha ya que estuvimos con la emergencia de los terremotos en enero y ahora la emergencia de la pandemia del covid-19 y hay toqué de queda todo está cerrado aún.

Gracias, por su cooperación.

ATT
Moisés Quiñones

*(firma)*