MOISES Quiñones
H-G05 Box 7741
Yauco. P.R. 00698

To: Secretaria
CLERK'S OFFICE
Chardon Avenue
United States District Court
Room 150 Federal BLDG
San Juan. P.R. 00918.1767

CERTIFIED MAIL
7017 0660 0000 0838 3162

U.S. POSTAGE PAID
FCM LG ENV
GUANICA, PR
00653
MAY 07, 20
AMOUNT
$4.95
R2305K134947-07

RECEIVED & FILED
2020 MAY 12 AM 9:57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.