Rafael Ramos/Carmen Elena Morales
1000 Minda Drive
Austin, Texas 78758

RECEIVED & FILED 2020 MAY 12 AM 9: 31 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN

5 de Mayo de 2020

Secretaria (Office Clerk)
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan, Puerto Rico 00918-1767

Re: Estado Libre Asociado de Puerto Rico
Cason num: 17 BK 3283-LTS
Notificación de Réplica

Honorable Secretaria:

El pasado 25 de abril de 2020 recibí información sobre la reclamación que habíamos presentado bajo el caso de referencia. En dicho documento se desestima nuestra petición y nos informan que el dinero de la misma fue depositado a nuestra cuenta por pago directo.

Sin embargo, deseamos aclarar los hechos porque entendemos que nuestra reclamación es justa. Nosotros recibimos $1,202.00 del departamento de hacienda por pago directo el 24 de julio de 2017, pero el 24 de Agosto de 2017, procedimos a enviar un cheque certificado por $1,202.00 al Sr. Carrion. Ademas, hicimos el pago de nuestra plan de pago o sea pagamos de más la cantidad indicada porque ya estabamos completando el total de el plan de pago. Mi esposa comunicó con la oficina de el Sr. Carrión y nos indicaron que no podían emitirnos un reembolso de pago, porque esos fondos habían pasado a PROMESA y que debíamos completer los documentos para la reclamación directo al Tribunal de Distrito de Estados Unidos. Por tanto, a continuación procederé a presentar los datos relacionados y documentos que sostiene la misma.

1. El 15 de septiembre de 2012 ambos conyuges radicamos un caso de quiebra, caso 12-07282BKT, que fue confirmado mediante plan de pago el 6 de diciembre de 2012 y fue asignado a nuestro caso el Sr. Jose Carrion, capitulo 13 "trustee" (copia adjunta)
2. Para 12 de septiembre de 2017 el mencionado plan de pago fue satisfecho totalmente y nuestro caso fue cerrado. (adjunto copia carta trustee)
3. El 24 de julio de 2017 recibimos pago de hacienda por $1,202.00 por deposito directo.
4. El 24 de agosto de 2017 se emitio cheque certificado num 1031217000003149 a Jose Carrión por la cantidab de $1,202.00(copia adjunta)
5. El 12 de septiembre de 2017 finaliza nuestro plan de pagos bajo el capitulo 13 y somos notificados por Jose Carrión (Copia adjunta)

6. Hablamos con la oficina del Sr. Carrión y nos informan que no podían reemblosar el pago de $1,202.00 como sobrepago porque todos los fondos estan consignados bajo PROMESA y que había que hacer una reclamación al Tribunal de Los Estados Unidos
7. Procedimos a completer reclamacion al Tribunal de los Estados Unidos segun nos indicaron
8. El 24 de abril de 2020 recibimos documentos de parte del Tribunal de los Estados Unidos que el reembolso no procede porque el Departamento de Hacienda hizo deposito un deposito directo a nuestra cuenta el 24 de Agosto de 2017. Obviamente en desconocimiento de todo lo anterior indicado.

Luego de revisar todos documentos entendemos que nuestra reclamación es válida y que pagamos la mencionada cantidad en exceso a nuestro plan de pago.

Queremos que nos orienten si debemos canalizar nuestra reclamacion a otro departamento o ustedes procederán con la misma. De necesitar cualquier informacion adicional no duden en contactarnos y respetuosamente espero que nuestra reclamación sea evaluada a tenor con los hechos.

Atentamente,

Rafael Ramos Barrios                    Carmen Morales

C: Abogado Junta de Supervision (Counsel for the Oversight Board)

  Eleven Times Square
  New York, New York 10036-8299
  Attention: Martin J, Bienenstock
  Brian S. Rosen

  Abogados del Comite de Acreedores (Counsel for the Creditors Committee)
    Paul Hastings LLP
    200 Park Avenue
    New York, New York 10166
    Attn: Luc A Despins
       James Bliss
       James Worthhington
       G. Alexander Bongartz

Documents Enclosed