U.S. POSTAGE PAID
FCM LETTER
AUSTIN, TX
78759
MAY 05, 20
AMOUNT
**$7.10**
R2305M148765-12

00918

UNITED STATES
POSTAL SERVICE ®

1000

CERTIFIED MAIL ®

7018 1130 0001 1187 8159

Secretaria (Office Clerk)
Distrito d los Estados Unidos
Tribunal de
150 Edificio Federal
SanJuan, P.N. 00918-1767

CLERK'S OFFICE
U.S. DISTRICT COURT

RECEIVED & FILED
21 MAY 12   AM 9: 31

Rafael Ramos
2100 Pipers Field Dr.
Unit 5
Austin TX 78758