A quien corresponda.

Adjunto documentación que evidencia que trabajé como Trabajadora Social para el Departamento de la Familia y para el Departamento de Educación por lo que someto esta replica y adjunto evidencias.

Las leyes que me aplican son: Ley 158 de Carrera Magisterial, Ley Promesa, Ley 180, Ley 96, entre otras leyes.

Gracias por su atención al respecto.

*Karen E. Ortiz Vizcarrondo*
Karen E. Ortiz Vizcarrondo
karenortizvizcarrondo@gmail.com
Calle Rey Constantino 12107
Rio Grande Estates
Rio Grande, PR 00745

Claim # 108686
Claim# ~~110582~~
110581

RECEIVED & FILED
2020 MAY 12 PM 3:43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.