Karen Ortiz Vizcarrondo
Claim # 108686
SRF 3854
NO. 17 BK 3283-LTS

EVIDENCIA DE SER EMPLEADA DEL DEPARTAMENTO DE EDUCACIÓN

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION

SECRETARIA AUXILIAR DE RECURSOS HUMANOS

Lyman

INFORME DE CAMBIO - PERSONAL DOCENTE

| | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1. NOMBRE DEL EMPLEADO | ORTIZ VIZCARRONDO, KAREN | |
| 2. NUM. SEGURO SOCIAL | | |
| 3. EXPERIENCIA | 4- 1- 0- 1 | |
| 3. ESTATUS EMPLEADO | PROBATORIO -02 | PERMANENTE -01 |
| 4. NUM. DE PUESTO | B19005 | |
| 5. CATEGORIA | TRABAJADOR SOCIAL ESCOLAR -9974 | |
| 6. FONDO | ESTATAL | |
| 7. CIFRA DE CUENTA | E1110-11100-0810000-1008-00100-2006- | |
| 8. FECHA EFECTIVIDAD | | 10/OCTUBRE/2005 |
| 9. ACCION | | CAMBIO DE STATUS |
| 10. DISTRITO | FAJARDO -026 | |
| 11. ESCUELA | ROSA PASCUAL PARIS -34769 | |

12. OBSERVACIONES

CONSIDERE SOLAMENTE PARA CAMBIO DE STATUS

13. APROBADO POR EL SECRETARIO DE EDUCACION O SU REPRESENTANTE AUTORIZADO

RECIBIDO
NOV 22 2005
DIVISION DE NOMINAS
SECCION DE CORRESPONDENCIA

Carmen M. [signature]

FIRMA

FECHA

Karen Ortiz Vizcarrondo
Claim # 108686
SRF 3854
NO. 17 BK 3283-LTS

EVIDENCIA DE CARRERA MAGISTERIAL SOMETIDA Y DENEGADA

ocm 06

*Departamento de Educación*
***Estado Libre Asociado de Puerto Rico***
***Secretaria Auxiliar de Recursos Humanos***
***Oficina de la Carrera Magisterial***

**Certificaciones Docente y Desarrollo Profesional**

**CERTIFICACIÓN DE RADICACIÓN Y APROBACIÓN DEL PLAN DE MEJORAMIENTO PROFESIONAL**

Certificamos que, el (la) Profesor (la) **Karen E. Ortiz Vizcarrondo** con seguro social ________, de la escuela Elemental Rosa Pascuala París, del distrito escolar de Fajardo, radicó su Plan de Mejoramiento Profesional de acuerdo a lo establecido en el Artículo2.07 del Reglamento de la Carrera Magisterial para el período de abril 25 de 2011 al abril 28 de 2016. Certificamos, además que el Comité de Evaluación analizó y evaluó dicho Plan a la luz del Capítulo VI del mismo reglamento y que fue aprobado hoy 25 de abril de 2011.

**COMITÉ DE EVALUACIÓN**

| Nombre | Firma | Puesto que ocupa |
|---|---|---|
| Myriam Caballero | [signature] | Pres Consejo Escolar |
| Belén Figueroa | [signature] | Directora |
| Haydee Nozario | [signature] | Fac. Doc. Trabajo Social Lic-3728 |

Fecha en que el solicitante radicó el Plan: 25 de abril de 2011

RECIBIDO
MAY 03 2011
OFICINA DE CARRERA MAGISTERIAL

**DEPARTAMENTO DE EDUCACION**
**Escuela de la Comunidad Félix Sánchez Cruz**
**Distrito Escolar de Canóvanas**
**Municipio de Río Grande**
**Tel. (787) 888-7699 Fax (787) 888-7603**

# Hoja de Trámite

**Fecha:** 9/ marzo/ 2012

**A:** Nydia Vega
Enlace Carrera Magisterial
Región Educativa de Humacao

**De:** Karen E. Ortiz Vizcarrondo
Trabajadora Social Escolar
Escuela Félix Sánchez Cruz

**Asunto:** Documentos con solicitud de reclamación de nivel y revisión de salario

**Documentos incluidos:**

- OCM-07 enmendado ANEJO 1
- OCM-09 enmendado ANEJO 2
- Certificación de entrega de solicitudes de revisión ANEJO 3
- Certificación copia fiel y exacta ANEJO 4
- Certificación de radicación y aprobación del Plan de Mejoramiento Profesional
- Solicitud de activación a la Carrera magisterial
- Plan de mejoramiento profesional
- Objetivo general del plan
  - Elemento 1- Evidencias
  - Elemento 2- Evidencias
  - Elemento 3- Evidencias
  - Elemento 4- Evidencias
- Anejos

**Nota:** De necesitar algún otro documento adicional favor comunicarse conmigo a mi número de celular (787) 613-2579/Escuela (787) 888-7603/787-888-7699 dirección electrónica karenychicos@yahoo.com

**Recibido por:** ______________________________
**Fecha:** ______________________________

DEPARTAMENTO DE EDUCACION
Escuela de la Comunidad Félix Sánchez Cruz
Distrito Escolar de Canóvanas
Municipio de Río Grande
Tel. (787) 888-7699 Fax (787) 888-7603

Hoja de Trámite

**Fecha**: 14 de febrero de 2013

**A:** Oficina Carrera Magisterial
Oficina de Desarrollo del Capital Humano

**De:** Karen E. Ortiz Vizcarrondo
Trabajadora Social Escolar

**Asunto:** Documentos sometidos para solicitud de reclamación de nivel y revisión salarial

**Documentos incluidos:**

- OCM-07 enmendada ANEJO 1
- OCM-09 enmendada ANEJO 2
- Certificación copia fiel y exacta ANEJO 4
- Plan de mejoramiento profesional
- Objetivo general del plan
  - Elemento 1
    - Evidencias iniciadas por la Directora:
      - Certificación de Maestro – Consejera Escolar
      - Licencia de Consejera Profesional
      - Certificado de Junta Examinadora de Consejeros Profesionales
      - Certificado de Registro
      - Copia de Diploma de Maestría
      - Transcripción de Crédito de la Maestría
      - Certificación de Graduación
      - Copia de Licencia y Colegiación de Trabajo Social
      - Copia Certificado Vitalicio de Trabajo Social Escolar
      - Transcripción de Crédito de Bachillerato
  - Elemento 2
    - Evidencias iniciadas por la Directora
      - Copia de Certificados de Horas Contacto de Educación Continua
  - Elemento 3 – No Aplica
  - Elemento 4-
    - Evidencias
      - Copia de evaluaciones de Desempeño Docente de enero a mayo 2011
      - Copia de evaluaciones de Desempeño Docente de agosto a diciembre 2011
      - Copia de evaluaciones de Desempeño Docente de enero a mayo 2012
      - Copia de evaluaciones de Desempeño Docente de agosto a diciembre 2012
- Certificación de entrega de solicitudes de revisión ANEJO 3
- Anejos 5 - Hoja de Cotejo
- Hoja de evidencia de Traslado de Expediente
- Hoja de Trámite 2012 – evidenciando entrega de expediente a Nivel Regional
- Hoja de Visita evidenciando gestión realizada

RECIBIDO
APR 03 2013
OFICINA DE CARRERA MAGISTERIAL

**Nota:** De necesitar algún otro documento adicional favor comunicarse conmigo a mi número de celular (787) 613-2579/Escuela (787) 888-7603/787-888-7699 dirección electrónica karenychicos@yahoo.com

**Recibido por:** ______________________ **Fecha:** ______________

11

# OFICINA DE DESARROLLO DEL CAPITAL HUMANO
# PROGRAMA DE CARRERA MAGISTERIAL

OCM2012

## RECOMENDACIÓN DE SALARIO Y/O NIVEL ENERO 2013

Nombre Solicitante: Karen E Ortiz Vizcarrondo

Seguro Social: ____________ ____________

Región: Humacao Distrito: Canóvanas

Escuela: Félix Sánchez Cruz Puesto Permanencia: Trabajadora Social

Certificado Regular en: ____________ Experiencia: ____________ Preparación En Sistema: ______

Fecha De Activación: 2011 Horas A Partir De: ____________

## EL PLAN DE MEJORAMIENTO PROFESIONAL CONTIENE:

**Indique Si o No**

EL ORIGINAL DE OCM-07____ OCM-09____ CARTA COPIA FIEL Y EXACTA____ OBJETIVO _____

PLAN DE MEJORAMIENTO REDACTADO ______

**Contiene evidencia fehaciente de que cumple con:**

ELEMENTO # 1 ESTUDIO FORMALES: Si___ No____ MA en Consejería Opción 45____ DOC ________

**Complete la página 2 Anote los temas y fechas de los certificados provistos como evidencia**

ELEMENTO # 2 EDUCACION CONTINUA: Si__ No__ En esta revisión___ Rev.anterior:____ Total______

ELEMENTO # 3 PROYECTO ESPECIAL: Si__ No___ Horas __________ **Utilice criterios en página 5**

ELEMENTO # 4 EVALUACIONES: Sí__ No_____ ¿Cuántas?__________ **Complete página 4**

| **Nivel Aprobado:** | **Etapas Aprobadas** | **Incentivo Económico** | |
|---|---|---|---|
| **Nivel II** _____ | **Etapa 1** _____ | **$87.50** _____ | **$140** _____ |
| **Nivel III** _____ | **Etapa 2** _____ | **$175.00** _____ | **$280** _____ |
| **Nivel IV** _____ | **Etapa 3** _____ | **$262.50** _____ | **$420** _____ |
| | **Etapa 4** _____ | **$350.00** _____ | **$560** _____ |
| | **Etapa 5** _____ | **$437.50** _____ | **$700** _____ |

**DEVUELTO** ✓ **RAZÓN(ES):**

| | | | |
|---|---|---|---|
| No está activo. Efectividad del Plan caducó. | | No cumple con las horas contacto- elemento 2 | |
| No cumple con los requisitos del Nivel III. No completó maestría/doctorado. No tiene la experiencia requerida. | | No cumple elemento 4: Presenta una sola evaluación. Las evaluaciones no son recientes. | |
| La maestría/ doctorado no es en la especialidad.elem.1 | | Le faltan documentos requeridos, solicitud no radicada. | |
| No cumplió con la opción 45 | | No evidencia cumplimiento con el elemento 3 | |

Otras:
Indique.____________

COMENTARIO(S): Debe presentar Opción 45

EVALUADOR: [firma] FECHA: 21-Marzo-14

os Programas

ciones Docentes y Desarrollo
iente con la Subsecretaría de la
rogramas de Educación Continua.
las actividades generales que
s Comités en sus informes. Estas
lo establecido en los Artículos
to.

cencia aprobará los programas
a por los distritos. Éstos, deben
ía en o antes de las siguientes

le los programas correspondientes
el año escolar.

caso de los programas corres-
o semestre del año escolar.

los Programas

ocencia remitirá copias de los
ia a los distritos y a las escuelas.
lgarlos y de gestionar la asistencia
ividades programadas.

tir a Actividades

n continua, constituirán una parte
ico para desarrollar las destrezas
de la Carrera Magisterial. Los
e horas de atención al estudiante,
4.07 de la Ley.

**Artículo 8.10 Validación de otras Actividades de Educación Continua**

Los miembros de la Carrera Magisterial obtendrán autorización para asistir a actividades de educación continua, no programadas por el Departamento de Educación, que ofrezcan organizaciones educativas u otras entidades de reconocida competencia profesional siempre y cuando cumplan con los requisitos establecidos en el Artículo 8.03 de este Reglamento. Será responsabilidad del personal docente el realizar gestiones necesarias a fin de que se les acrediten las horas de participación en dichas actividades.

**Artículo 8.11 Casos Vía Excepción**

La Secretaría Auxiliar de Recursos Humanos, a petición del solicitante, referirá aquellos casos atípicos al Comité de Carrera Magisterial presidido por el Secretario o su representante. El Comité estará compuesto por miembros designados por el propio Secretario, entre los cuales habrá representación de la División de Certificaciones Docentes y Desarrollo Profesional. Este Comité podrá considerar circunstancias comprobables adicionales a las que se consideran en este Reglamento.

## CAPÍTULO IX

**Artículo 9.01 Definición**

A los efectos de este Reglamento, los términos que se definen a continuación tendrán el significado que se indica.

1. **Carrera Magisterial** – Sistema de niveles para promover el mejoramiento profesional del maestro de salón de clases, del maestro bibliotecario, del orientador escolar, del trabajador social escolar, del maestro especialista en tecnología instruccional, del coordinador industrial y del coordinador de programas vocacionales, a través

Reglamento de Carrera Magisterial – 2004 pág. 35

DCH2

**DEPARTAMENTO DE EDUCACIÓN**
Secretaría Auxiliar de Recursos Humanos
Oficina del Desarrollo del Capital Humano
Programa de Carrera Magisterial

**Solicitud de Evaluación de Créditos Graduados para Opción 45**

**Nombre (completo)** Karen Ortiz
**Escuela** Félix Sánchez
**Región** Humacao

**Puesto Permanente** Trabajo Social
**Distrito** Canóvanas **Municipio** Río Grande
**Fecha** 5/marzo/13

Estimado(a) Sr. (a) Dra. Milagros Rohena

Solicito autorización para acogerme a la alternativa "Opción 45" **(Artículo 5.04, Reglamento de Carrera Magisterial, Num.6761).**

Selecciones una de las dos alternativas y marque con una (X)

A.

Estoy activo(a) en Carrera Magisterial ( X )
Mi (maestría /doctorado):
No es en mi especialidad ( X ) Orientación y Consejería
No se ofrece en Puerto Rico ( )

B.

Me activo por primera vez ( )
Mi (maestría / doctorado):
No es en mi especialidad ( )

Someto copia de estudiante del grado de Maestría de la Universidad de Turabo en Gurabo para evaluación.

Mi correo electrónico es karenychicos@yahoo.com
Mi dirección postal es 12107 Rey Constantino, Río Grande Estates, Río Grande, P.R. 00745

Atentamente,

Karen Ortiz Vizcarrondo

RECIBIDO
MAR 0 5 2013
OFICINA DE CARRERA MAGISTERIAL

ESTADO LIBRE ASOCIADO DE
PUERTO RICO
DEPARTAMENTO DE EDUCACION

PROGRAMA DE CARRERA MAGISTERIAL

Prof(a) Karen E. Ortiz Vizcarrondo
Escuela Félix Sanchez
Distrito Canóvanas
Región Humacao

Maestro(a) Trabajadora Social
Grado Obtenido Maestría
Especialidad Orientación y Consejería

Estimado(a) profesor(a) Ortiz Vizcarrondo:

De acuerdo a la evaluación realizada a su Trascripción de créditos de estudios graduados en la(s) Universidad(es) **Del Turabo** y de conformidad con los artículos 5.04 y 6.08 del Reglamento de la Carrera Magisterial, se le reconocerá para el cumplimiento de su Plan de Mejoramiento Profesional, los siguientes cursos universitarios:

**Educación: 18 créditos requeridos**

| CODIGO | CLASE | CREDITOS |
|---|---|---|
| EDUC 580 | EVOLUTIVE PSYC: HUMAN GROWTH... | 3 |
| EDUC 600 | EDUCATIONAL RESEARCH | 3 |
| | | |
| | **Créditos reconocidos** | **6** |

**Especialidad: 27 créditos requeridos**

| CODIGO | CLASE | CREDITOS |
|---|---|---|
| EDUC 583 | INSTRUM & TECH DOR DIAG & APPR | 3 |
| EDUC 537 | BEHAVIOR MODIFI EDU CHILD ADOL | 3 |
| EDUC 591 | PREC MOT DEV IMPLI FOR PRIM SC | 3 |
| | **Créditos reconocidos** | **9** |

Usted deberá aprobar **(18)** créditos universitarios graduados en cursos relacionados a la categoría docente en el cual posee su nombramiento permanente **(Trabajo Social)** combinados con Tecnología Educativa y **(12)** en Educación General. Deberá presentar esta carta como evidencia de la aceptación de los cursos de su maestría anterior, y de la convalidación para la opción de los 45 créditos que requiere la Ley. Además, deberá incluir la misma en cada proceso de revisión de salario junto a copia de la transcripción con los cursos aprobados para cumplir con los créditos que le faltan. Este proceso evitará confusiones con el técnico que evalúe su caso.

Cordialmente,

Milagros Rohena Rivera, Ed. D.
Directora Ejecutiva

30 de septiembre de 2013
Fecha

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tel: (787) 773-5800

El Departamento de Educación no discrimina por razón de raza, color, género, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo

Karen Ortiz Vizcarrondo

Claim# ~~110582~~ 110581

SRF 3854

NO. 17 BK 3283-LTS

EVIDENCIA DE EMPLEADA DEL DEPARTAMENTO DE LA FAMILIA Y QUE ESTUVE ACOGIDA AL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA

ASR-BE-016
05/2001

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO**
**DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA**
**ESTACIÓN MINILLAS P O BOX 42003 SAN JUAN P R 00940**

## PROGRAMA DE CUENTAS DE AHORRO PARA EL RETIRO

Estado de Cuenta para el Periodo Desde 01/07/2001 *(Día/Mes/Año)* Hasta 31/12/2001 *(Día/Mes/Año)*

Nombre: ORTIZ VIZCARROND

Núm. Seguro Social:

Dirección: RIO GRANDE ESTATE
12107 CALLE REY CONSTANTINO
RIO GRANDE PR 00745

Agencia o Municipio: Adm. de Familias y Niños

Código de Agencia o Municipio: 407

| Partidas | Alternativas de Inversión | | Total |
|---|---|---|---|
| | Fondo Núm. 1 Ingreso Fijo | Fondo Núm. 2 Cartera de Inversiones | |
| Balance Inicial a 01/07/2001 | $0.00 | $0.00 | $0.00 |
| Aportaciones | 533.02 | 0.00 | 533.02 |
| Ajustes | -111.22 | 0.00 | -111.22 |
| Reembolso de Aportaciones u otros Desembolsos | 0.00 | 0.00 | 0.00 |
| Ganancias/Pérdidas por Inversión | 2.50 | 0.00 | 2.50 |
| Cargos por Teneduría | -2.36 | 0.00 | -2.36 |
| Transferencia en Alternativas de Inversión | 0.00 | 0.00 | 0.00 |
| Balance Final a 31/12/2001 | $421.94 | $0.00 | $421.94 |
| | | | |
| **Elección de Inversión** (porciento de inversión en múltiplos de diez) | 100 % | 0 % | |
| **Rendimiento de los Fondos** | 1.634 % | -3.855 % | |

De tener alguna duda con relación a la información, o no estar de acuerdo con la información brindada, debe comunicarse con el coordinador para asuntos de Retiro de su agencia.

Conservación: Igual que el expediente físico o electrónico del cual forma parte.

ASR-BE-016
05/2001

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO**
**DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA**
ESTACIÓN MINILLAS P O BOX 42003 SAN JUAN P R 00940

## PROGRAMA DE CUENTAS DE AHORRO PARA EL RETIRO

Estado de Cuenta para el Periodo Desde 01/01/2002 (Día/Mes/Año) Hasta 30/06/2002 (Día/Mes/Año)

Nombre: ORTIZ VIZCARRONDO, KAREN E

Dirección: RIO GRANDE ESTATE
12107 CALLE REY CONSTANTINO
RIO GRANDE PR 00745

Núm. Seguro Social:

Agencia o Municipio: Adm. de Familias y Niños

Código de Agencia o Municipio: 407

| Partidas | Alternativas de Inversión | | Total |
|---|---|---|---|
| | Fondo Núm. 1 Ingreso Fijo | Fondo Núm. 2 Cartera de Inversiones | |
| Balance Inicial a 01/01/2002 | $421.94 | $0.00 | $421.94 |
| Aportaciones | 55.61 | 0.00 | 55.61 |
| Ajustes | 0.00 | 0.00 | 0.00 |
| Reembolso de Aportaciones u otros Desembolsos | 0.00 | 0.00 | 0.00 |
| Ganancias/Pérdidas por Inversión | 7.20 | 0.00 | 7.20 |
| Cargos por Teneduría | -2.72 | 0.00 | -2.72 |
| Transferencia en Alternativas de Inversión | 0.00 | 0.00 | 0.00 |
| Balance Final a 30/06/2002 | $482.03 | $0.00 | $482.03 |
| | | | |
| **Elección de Inversión** (porciento de inversión en múltiplos de diez) | 100 % | 0 % | |
| **Rendimiento de los Fondos** | 1.610 % | -6.110 % | |

De tener alguna duda con relación a la información, o no estar de acuerdo con la información brindada, debe comunicarse con el coordinador para asuntos de Retiro de su agencia.

Conservación: Igual que el expediente físico o electrónico del cual forma parte.

| Post-it® Fax Note 7671 | Date 28/Sept./12 | # of pages ▶ 4 |
|---|---|---|
| To Dagmar Santiago | From Karen E. Ortiz | |
| Co./Dept. Dir. Servicio Participantes Sistema Retiro del Gob. y la Judicatura | Co. | |
| Phone # | Phone # 613-2579 | |
| Fax # 787-767-1108 | Fax # 787-887-2650 | |

28 de septiembre de 2012

Dagmar Santiago
Directora de Servicios a Participantes
Administración de Sistemas de Retiro
de los Empleados del Gobierno y Judicatura

Estimada señora Santiago:

Saludos cordiales. Sirva la presente para exponer mi situación. Trabajé para el Departamento de la Familia en el 2001 y me acogí a la Reforma 2000. Luego pasé al Departamento de Educación (docente) ya que soy Trabajadora Social y en octubre de 2009 solicité rembolso de este dinero acumulado bajo Reforma 2000. En días pasados recibí un cheque por la cantidad de $91.30 dólares correspondientes a ese rembolso. De acuerdo a la información que tengo (adjunto evidencia) al 2007 había acumulado $828.15 y al 2009 ya eran $892.64. En el día de hoy la Sra. Delgado de Administración de Sistemas de Retiro de los Empleados del Gobierno y Judicatura me orientó e indicó que esa era lo que me correspondía ya que el pago era de $111.22 pero con las deducciones se quedaba en $91.30 que tal vez el restante estaba en el Sistema de Retiro para Maestros (SRM). Llame al SRM y la Sra. Milagros Pizarro me indicó que no había ninguna aportación de otro retiro que no fuera lo que yo he acumulado bajo el SRM. Solicito una revisión del caso para conocer lo que pasó con el dinero restante. Agradeceré su atención al respecto.

Atentamente,

Karen E. Ortiz Vizcarrondo

Karen E. Ortiz Vizcarrondo
Tel. 787-613-2579
#ss
Calle Rey Constantino 12107
Rio Grande Estates, Rio Grande, PR

2012 NOV -2 PM 1:07

ADM. SISTEMAS DE RETIRO
CENTRO DE RECEPCIÓN

Formulario 480.7C
Form
Rev. 09.12

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
Departamento de Hacienda - Department of the Treasury
**DECLARACION INFORMATIVA - PLANES DE RETIRO Y ANUALIDADES**
INFORMATIVE RETURN - RETIREMENT PLANS AND ANNUITIES
AÑO CONTRIBUTIVO - TAXABLE YEAR: **2012**

Uso Oficial - Official Use

1124

Número de Serie

☐ Duplicado - Duplicate ☐ Enmendado - Amended: ( DD / MM / AAAA )

| INFORMACION DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION | INFORMACION DEL PAGADOR - PAYER'S INFORMATION |
|---|---|
| Núm. de Seguro Social - Social Security No. | Núm. de Identificación Patronal - Employer Identification Number<br>66-0599686 |
| KAREN ORTIZ VIZCARRONDO 1124<br>URB RIO GRANDE EST<br>12107 CALLE REY CONSTANTINO<br>RIO GRANDE PR 00745-5211 | ADMSTR DE SISTEMAS DE RETIRO<br>PO BOX 42003<br>SAN JUAN PR 00940-2003 |

Marque el encasillado correspondiente: – Check the corresponding box:

Forma de Distribución: – Form of Distribution:
☒ Total - Lump Sum ☐ Parcial - Partial ☐ Anualidad o Pagos Periódicos - Annuity or Periodic Payments

Tipo de Plan o Anualidad: – Plan or Annuity Type:
☒ Gubernamental - Governmental ☐ Privado Calificado - Qualified Private ☐ No Calificado - Non Qualified

| Descripción - Description | Cantidad - Amount | Distribuciones - Distributions | |
|---|---|---|---|
| 1. Aportación Vía Transferencia - Rollover Contribution | 0 | 12. Cantidad Distribuida - Amount Distributed | 142 |
| 2. Distribución Vía Transferencia - Rollover Distribution | 0 | 13. Cantidad Tributable - Taxable Amount | 31 |
| 3. Costo de la Anualidad - Annuity Cost | 0 | 14. Cantidad sobre la cual se Pagó por Adelantado bajo las Secciones 1081.01(b)(9) o 1012D(b)(5) - Amount over which a Prepayment was made under Sections 1081.01(b)(9) or 1012D(b)(5) | 0 |
| 4. Contribución Retenida sobre una Distribución Total (20%) - Tax Withheld from Lump Sum Distributions (20%) | 0 | 15. Desglose de Cantidad Distribuida - Breakdown of Amount Distributed | |
| 5. Contribución Retenida sobre una Distribución Total (10%) - Tax Withheld from Lump Sum Distributions (10%) | 0 | | |
| 6. Contribución Retenida sobre Otras Distribuciones de Planes Calificados (10%) - Tax Withheld from Other Distributions of Qualified Plans (10%) | 0 | A. Aportaciones Diferidas - Deferred Contributions | 0 |
| 7. Contribución Retenida sobre Transferencia de un Plan Calificado a una Cuenta de Retiro Individual No Deducible - Tax Withheld from Rollover of a Qualified Plan to a Non Deductible Individual Retirement Account | 0 | B. Aportaciones Voluntarias - After-Tax Contributions | 111 |
| 8. Contribución Retenida sobre Distribuciones del Programa de Cuentas de Ahorro para el Retiro (10%) - Tax Withheld from Distributions from the Retirement Savings Account Program (10%) | 0 | C. Ingreso Generado - Income Accretion | 31 |
| 9. Contribución Retenida sobre Transferencia del Programa de Cuentas de Ahorro para el Retiro a Cuenta de Retiro Individual No Deducible (10%) - Tax Withheld from Rollover of the Retirement Savings Account Program to a Non Deductible Individual Retirement Account (10%) | 0 | D. Otros - Others | 0 |
| 10. Contribución Retenida sobre Distribuciones a No Residentes - Tax Withheld from Nonresident's Distributions | 0 | E. Total (Sume líneas 15A a la 15D) - Total (Add lines 15A through 15D) | 142 |
| 11. Contribución Retenida sobre Otras Distribuciones - Tax Withheld from Other Distributions | 0 | 16. Código de Distribución - Distribution Code | B |

| Número de Cuenta - Account Number | Número de Control - Control Number |
|---|---|
| 581693461 | 120851603 |

VEA INSTRUCCIONES AL DORSO - SEE INSTRUCTIONS ON BACK
TRIPLICADO PARA LA PLANILLA DE QUIEN RECIBE EL PAGO - TRIPLICATE FOR THE PAYEE'S INCOME TAX RETURN
ADMINISTRACION DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA