

SAN JUAN PR 009
09 MAY 2020 PM 1 L

RECEIVED & FILED
2020 MAY 12 AM 9:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

SECRETARIA DE JUNTA DE SUPERVICION
ROOM 150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO 00918-1767

JUAN VALENTIN PITRE
HC 5 BOX 57047
SAN SEBASTIAN, PR 00685