ANGEL VALENTIN SERRANO
PO BOX 3219
SAN SEBASTIAN, PR 00685

RECEIVED & FILED

2020 MAY 12 AM 9:32

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

SECRETARIA DE JUNTA DE SUPERVICION
ROOM 150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO 00918-1767