

SAN JUAN PR 00909

02 MAY 2020 PM 2 1L

SECRETARIA DE JUNTA DE SUPERVICION
ROOM 150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO 00918-1767

I A

00685>572

RECEIVED & FILED

2020 MAY 12 PM 3: 51

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

JOSE A SANTIAGO VALENTIN
HC 5 BOX 51520
SAN SEBASTIAN, PR 00685

