## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, COMO REPRESENTANTE DE ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTRO, | PROMESA TITULO III NÚM.17BK3283-LTS (Administrada conjuntamente) La presente radicación guarda relación con ELA, la ACT y el SRE |

DEUDORES

I. Datos: Ida Arill Torres, Número de reclamo: 116263 (Dirección) Calle Valeriano Muñoz #3, Altos San Lorenzo P.R. 00754 (Celular) (787) 238-5081 (Email arillti@de.pr.gov)

II. Epígrafe: NOTIFICACIÓN DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPOTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFÍCADAS.

III. Motivos para oponerse a la Objeción global: Yo Ida Arill Torres soy empleado activo del Departamento de Educación de Puerto Rico no docente desde el año 1999. Estoy reclamando la Ley 96 en conjunto estimo la cantidad de $20,000.00 que me pertenece actualmente y alguna otra cantidad adicional mientras esté activo como empleado del Departamento de Educación tengo todo mi derecho de recibir estas cantidades aproximadas por todos los años de servicios conforme a las leyes establecidas por el Estado Libre Asociado.

IV. Documentación Justificativa: Ante el estado de emergencia causado por la pandemia del Corona Virus y las órdenes emitidas por el gobierno de Puerto Rico "Quédate en casa" no es posible someter la documentación justificativa para completar la reclamación.

*[firma]*
Ida Arill Torres
8 de mayo de 2020

SAN JUAN, PR
U.S. DISTRICT COURT
CLERK'S OFFICE

2020 MAY 12 PM 3: 48

RECEIVED & FILED