**Flat Rate Envelope**

**Print Postage Online - Go to www.usps.com/postageonline**

FLAT RATE ENVELOPE
PRIORITY MAIL
POSTAGE REQUIRED.

Recycled Paper

PLEASE PRESS FIRMLY    PLEASE PRESS FIRMLY    PLEASE PRESS FIRMLY



UNITED STATES

**P**

PRIORITY MAIL
US POSTAGE PAID
TERMINAL MAIL STATION
PERMIT NO. 20080
eVS - CNS BPro

## PRIORITY MAIL 1-DAY

Mail Station
Terminal
PO Box 1283
San Lorenzo PR 00754-1283

**0005**

Mailed From: 00754
Flat Rate Envelope

IDA ARILL TORRES
CALLE VALERIANO MUNOZ #3 ALTOS
SAN LORENZO, PR 00754

CONTENTS ☐ LIQUID
☐ FRAGILE  ☐ PERISHABLE
☐ POTENTIALLY HAZARDOUS MATERIAL
☐ NONE OF THE ABOVE

**SHIP TO:**

Tribunal De Distrito De Los Estados Unidos
Room 150 Federal Building
San Juan PR 00918

**USPS TRACKING # eVS**

9205 5901 8712 2200 0310 18



**HOW TO USE:**

1. COMPL...
Type or print return address and addressee information in designated area or on label


Affix postage or meter strip to area indicated in upper right hand corner.


Remove label backing and affix in designated location.


4. Bring your Priority Mail package to a post office, present it to your letter carrier, or call 1-800-222-1811 for pick up service. Stamped mail may be deposited in a