# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

          Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## <u>SUPPLEMENTAL CERTIFICATE OF SERVICE</u>

I, Hunter Neal, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On May 8, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit A**:

- Motion (A) to Establish Extended Deadline for Responses to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings, (B) to Continue the Hearing as to Omnibus Objection Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearing Until the April 22, 2020 Omnibus Hearing, (C) Approving Form of Notice, and (D) Granting Related Relief [Docket No. 12220]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

On May 8, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Vicki Mote (MMLID: 1444468), 515 Pecos Loop S.E., Rio Rancho, NM 87124-3210:

- Final Order Regarding (A) Stay Period, (B) Mandatory Mediation, and (C) Certain Deadlines Related Thereto [Docket No. 12189]

On May 8, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit B**:

- Notice of (A) Extension of Deadline for Responses to Omnibus Objections to Claims Scheduled for Hearing on December 11, 2019 or January 29, 2020 and (B) Continuance of Hearing as to Late-Filed Responses [Docket No. 12220]

- Notificacion A) De Extension de LA Fecha Limite Para Responder a Objeciones Globales a Las Reclamaciones Programadas Para La Vista El 11 de Diciembre de 2019 O El 29 de Enero de 2020, Y B) De Continuacion de Las Vistas Relativas a Las Replicas Radicadas Tarde [Docket No. 12292]

- Order (A) Establishing Extended Deadline for Responses to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings, (B) Continuing the Hearing as to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings Until the April 22, 2020 Omnibus Hearing, (C) Approving Form of Notice, and (D) Granting Related Relief [Docket No. 12325]

On May 8, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit C**:

- Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the April 22, 2020 Hearing to the June 3, 2020 Omnibus Hearing [Docket No. 12750]

Dated: May 13, 2020

*/s/ Hunter Neal*
Hunter Neal

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on May 13, 2020, by Hunter Neal, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ Liz Santodomingo*
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2022

SRF 42039

**<u>Exhibit A</u>**

Exhibit A

Supplemental Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL |
|-------|------|-----------|-----------|------|-------|--------|
| 1614868 | ANTONIO MOJICA TORRES | 1430 E LUZERENE ST | | PHILADELPHIA | PA | 19124-5336 |
| 1382927 | AURELIA M HERNANDEZ TRUJILLO | VILLA ANDALUCIA | CALLE COIN #I-4 | SAN JUAN | PR | 00926 |
| 1764026 | EUGENIA M. MERCADO GUILBERT | 1224 WINDSOR CT | | ALABASTER | AL | 35007-4155 |
| 1227728 | JOAQUIN G FELICIANO IBANEZ | 4847 FOX VALLEY DR APT 1A | | PORTAGE | MI | 49024-8106 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

**<u>Exhibit B</u>**

Exhibit B

Supplemental Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL |
|-------|------|-----------|-----------|------|-------|--------|
| 1595002 | GERMAN RUIZ GALARZA | 951 ASBURY DRIVE | | AURORA | IL | 60502 |
| 223606 | HILDA R MUNOZ DE JESUS | HC 4 BOX 5674 | | COAMO | PR | 00769-9699 |
| 1632464 | MARIA DE LOS ANGELES VELEZ TORRES | 3580 DOVETAIL AVE | | KISSIMMEE | FL | 34741-2936 |
| 1615201 | MERCEDES MELENDEZ MALDONADO | URB MONTE SOL | 411 C-16 | JUANA DIAZ | PR | 00795 |
| 1826256 | PROVIDENCIA MORALES TORRES | 2607 CLOUDY MDW | | SAN ANTONIO | TX | 78222-3422 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

**<u>Exhibit C</u>**

Exhibit C

Supplemental Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 1765246 | ALICEA HENSLEY , YOLANDA  T | HC 2 BOX 10324 | | YAUCO | PR | 00698-5673 |
| 250093 | APONTE RODRIGUEZ, JOSE R | 5406 WEDDING CT | | SAINT CHARLES | MD | 28602-1326 |
| 1669247 | BALLESTER KUILAN, ELIUD | 337 ST GEORGES CIR | | EAGLE | FL | 33839-3202 |
| 1047095 | BATISTA DIAZ, MACYS H | 1955 BELLS FERRY RD APT 3433 | | MARIETTA | CA | 30866-7052 |
| 243560 | BATISTA FLORES, JORGE | ROLDAN-GONZALEZ Y ASOCIADOS | 35 CALLE PROGRESO | AGUADILLA | PR | 00605-3016 |
| 1786189 | CENTENO GONZALEZ, JESUS M | PO BOX 310 | | RIO BLANCO | PR | 00744-0310 |
| 1154156 | DAVIDSON COLON, WILLIAM | 102 MORGAN FARM DR | | SENOIA | GA | 30276-2231 |
| 2080928 | DIAZ QUILES, EDILBERTO | 1101 CALLE 6 NE APT 414 | | SAN JUAN | PR | 00928-2363 |
| 1867823 | DIAZ QUILES, ISAAC | 1101 CALLE 6 NE APT 414 | | SAN JUAN | PR | 00928-2565 |
| 1602057 | FEBUS TORRES, ANA L | 159 TAYLOR AVE | | NEW HOPE | AL | 55760-8426 |
| 2097248 | FREYTES NEGRON, SONIA N | P.O. BOX 200 | | LAKE HAMILTON | FL | 33831-6200 |
| 1775613 | GARCIA BRUNO, ASUNCION | 4030 JOLIET AVE APT 3 | | LYONS | IL | 60334-1360 |
| 1101451 | GARCIA ROSARIO, WANDA L. | PASEOS REALES | 158 CALLE CASTILLO | ARECIBO | PR | 00612-5520 |
| 1628945 | GONZALEZ ROLDAN, ALICIA | 63765 CARR EL COQUI | | RINCON | PR | 00677-3615 |
| 1253854 | GONZALEZ VAZQUEZ, LUIS F | 3234 GROUSE AVE | | KISSIMMEE | FL | 34744-9260 |
| 1699739 | JIMENEZ COLON, ISMAEL | 4000 SALMON RIVER DR | | MONEGE | NC | 20110-1326 |
| 1615320 | MOJICA TORRES, ANTONIO | 1430 E LUZERNE ST | | PHILADELPHIA | PA | 19124-5556 |
| 2047264 | MOLINA PAGAN, JAVIER | HC 3 BOX 13220 | | UTUADO | PR | 00641-6510 |
| 1795360 | MORALES RULLÁN, ROSEDIM J. | 16 ALTS DE ROBLEGAL | | UTUADO | PR | 00641-9703 |
| 2004723 | MORALES VELAZQUEZ, NELKA LIZ | 6357 PORTHOLE LN | | FORT WORTH | TX | 76170-2008 |
| 1967730 | NEGRON MONSERRATE, MARIA A. | 825 RAVENS CIR APT 108 | | ALTAMONTE SPG | FL | 32714-3934 |
| 2009876 | NIEVES PLAZA, MAYRA I | 95 CALLE CHELO ROMAN | | ADJUNTAS | PR | 00601-2217 |
| 1594124 | OSORIO VAZQUEZ, NILSA | PO BOX 702 | | HAINES CITY | FL | 33845-0702 |
| 1076797 | PAGAN PEREZ, PAULINA I | 575 N WILLIAMSON BLVD APT 113 | | DAYTONA BEACH | FL | 32114-8161 |
| 1113485 | PLANAS SOSA, MARIA  T | 1587 PETAL PT NW | | KENNESAW | GA | 50152-7773 |
| 1642197 | POMALES, JACKELINE | 2704 ECLIPSE PL | | CELINA | TX | 75009-1746 |
| 2073328 | PONCE CASTAING, ANA ANGELICA | URB SALIMAR | A10 CALLE CARLOS LOPEZ GUEMAN | SALINAS | PR | 00751-2002 |
| 1733285 | RIVERA DE LEON, DORIA I. | PO BOX 180113 | | CASSELBERRY | FL | 32716-0113 |
| 1316836 | RODRIGUEZ MALDONADO, ANGEL L | 641 MADRID DR | | FOINCIANNA | FL | 34756-3342 |
| 2083280 | RODRIGUEZ QUINONES, MARIA M. | 59 CALLE 55 RODRIGUEZ STE 1 | | GUANICA | PR | 00653-2656 |

In re:  The Commonwealth of Puerto Rico, et al.

Case No. 17-03283 (LTS)

Exhibit C

Supplemental Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 1865590 | RODRIGUEZ RIVERA, TOMAS | PMB 110 | PO BOX 5008 | YAUCO | PR | 00698-5008 |
| 1987417 | RODRIQUEZ CABASSA, ELADIO | C8 URB MARGARITA | | CABO ROJO | PR | 00625-4141 |
| 1661185 | ROSARIO ALGARIN, CARMEN E | 669 GAINSBORO ST | | DELTONA | FL | 32725-3241 |
| 1958549 | SANCHEZ ALICEA, HECTOR S | RR 11 BOX 5607 | | BAYAMON | PR | 00956-9715 |
| 2072069 | SCHMIDT MORALES, WENDY L. | PO BOX 541 | | MERCEDITA | PR | 00715-0541 |
| 987989 | SUAREZ THILLET, EMMA | 714 E DIXON AVE | | CHARLEVOIX | MI | 49720-1130 |
| 1647216 | TORRES SANTIAGO, FERMIN | 8512 CARR 514 | | VILLALBA | PR | 00766-9036 |
| 1803272 | VALENTIN CARRERO, EMELLY | HC 5 BOX 13220 | | UTUADO | PR | 00641-6510 |
| 1794735 | VALENTIN SUAREZ, CARMEN LYDIA | 5902 MEMORIAL HWY APT 1513 | | TAMPA | FL | 33615-3056 |
| 1600989 | WAH REYES, CARLOS  R | 13 CALLE MUNOZ RIVERA | | BARRANQUITAS | PR | 00794-1705 |
| 2051706 | WALKER VELAZQUEZ , ELIA  E. | 801 CALLE 30 | APT 611 | SAN JUAN | PR | 00927-5207 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)