UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3567-LTS |
| PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, | |
| Debtor. | |

------------------------------------------------------------x

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO
RICO,

    as representative of

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA"); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| THE COMMONWEALTH OF PUERTO RICO, | Adv. Proc. No. 20-003-LTS |
| Plaintiff, | |
| -v- | |
| AMBAC ASSURANCE CORPORATION et al., | |
| Defendants. | |

------------------------------------------------------------x

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | |
| THE COMMONWEALTH OF PUERTO RICO, | Adv. Proc. No. 20-004-LTS |
| Plaintiff, | |
| -v- | |
| AMBAC ASSURANCE CORPORATION et al., | |
| Defendants. | |

------------------------------------------------------------x

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | |
| THE COMMONWEALTH OF PUERTO RICO, | Adv. Proc. No. 20-005-LTS |
| Plaintiff, | |
| -v- | |
| AMBAC ASSURANCE CORPORATION et al., | |
| Defendants. | |

------------------------------------------------------------x

<u>Order Modifying Schedule Regarding Motions for Partial Summary Judgment</u>

Upon consideration of the *Joint Informative Motion in Compliance with Order Granting Opposed Urgent Motion of the Government Parties for Leave to File Sur-Replies and to Adjourn the Preliminary Hearing Regarding the Revenue Bond Lift Stay Motions to June 4,*

*2020 [ECF No. 13068]* (Docket Entry No. 13113 in Case No. 17-3283), and the Court having found that it has jurisdiction over this matter pursuant to PROMESA Section 306; and it appearing that venue in this district is proper pursuant to PROMESA Section 307; and the Court taking note of the positions of the parties and having found good cause for the relief, it is hereby ORDERED that:

The limited summary judgment motions in Adversary Proceeding Nos. 20-003, 20-004, and 20-005, authorized by paragraph 2 of the Court's March 10, 2020, *Final Case Management Order for Revenue Bonds* (Docket Entry No. 12186 in Case No. 17-3283, the "Revenue Bond Order"), shall proceed on the following schedule:

1. The Parties are directed to meet and confer on or before **June 25, 2020**, regarding the impact of any rulings regarding the Lift Stay Motions;[2]

2. Responses to motions for partial summary judgment shall be filed on or before **July 1, 2020, at 5:00 p.m. (Atlantic Standard Time)**;

3. Replies in support of motions for partial summary judgment shall be filed on or before **August 3, 2020, at 12:00 p.m. (Atlantic Standard Time)**; and

4. A hearing on the motions for partial summary judgment will be held in New York on **August 13, 2020, at 9:30 a.m. (Atlantic Standard Time)**. Appearance logistics shall be determined as soon as practicable in view of existing circumstances.

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Revenue Bond Order.

All other dates, deadlines and terms set forth in the Revenue Bond Order shall remain in effect until further order of the Court.

SO ORDERED.

Dated: May 14, 2020

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                United States District Judge