# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-03566 (LTS) |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS,<br><br>and<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA),<br><br>as co-trustees of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO,<br><br>Plaintiff,<br><br>v.<br><br>DEFENDANT 1M, ET AL.,<br><br>Defendants. | Adv. Proc. No. 19-00356 (LTS) |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS,<br><br>and<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA),<br><br>as co-trustees of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO,<br><br>Plaintiff,<br><br>v.<br><br>STOEVER GLASS & CO., ET AL.,<br><br>Defendants. | Adv. Proc. No. 19-00357 (LTS) |

THE SPECIAL CLAIMS COMMITTEE OF THE
FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO, ACTING BY AND
THROUGH ITS MEMBERS,

and

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF ALL TITLE III DEBTORS
(OTHER THAN COFINA),

as co-trustees of

THE EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF PUERTO RICO,

Plaintiff,

v.

DEFENDANT 1H-78H,

Defendants.

Adv. Proc. No. 19-00359 (LTS)

---

THE SPECIAL CLAIMS COMMITTEE OF THE
FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO, ACTING BY AND
THROUGH ITS MEMBERS,

and

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF ALL TITLE III DEBTORS
(OTHER THAN COFINA),

as co-trustees of

THE EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF PUERTO RICO,

Plaintiff,

v.

Adv. Proc. No. 19-00361 (LTS)

DEFENDANT 1G-50G, et al.,     )
                       )

     Defendants.     )
                       )

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ) | Adv. Proc. No. 19-00366 (LTS) |

     as representative of     )

EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,     )

     and     )

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF ALL TITLE III DEBTORS (OTHER
THAN COFINA),     )

     as section 926 trustee of     )

THE COMMONWEALTH OF PUERTO RICO     )

     Plaintiffs,[2]     )

v.     )

ANDALUSIAN GLOBAL DESIGNATED ACTIVITY
COMPANY; THE BANK OF NEW YORK MELLON;
MASON CAPITAL MASTER FUND LP; OCHER
ROSE, L.L.C.; SV CREDIT, L.P.; CROWN
MANAGED ACCOUNTS FOR AND ON BEHALF
OF CROWN/PW SP; LMA SPC FOR AND ON
BEHALF OF MAP 98 SEGREGATED PORTFOLIO;
OCEANA MASTER FUND LTD.; PENTWATER
MERGER ARBITRAGE MASTER FUND LTD.;
AND PWCM MASTER FUND LTD,     )

     Defendants.     )

---

[2] The Official Committee of Unsecured Creditors serves as section 926 trustee and co-plaintiff in the prosecution of this adversary proceeding pursuant to Docket No. 6990, which is incorporated herein by reference.

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | ) ) ) |
| as representative of | ) ) |
| EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, | ) ) ) ) |
| and | ) ) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), | ) ) ) ) |
| as section 926 trustee of | ) ) |
| THE COMMONWEALTH OF PUERTO RICO | ) ) |
| Plaintiffs,[3] | ) ) ) |
| v. | ) ) |
| GLENDON OPPORTUNITIES FUND, L.P.; OAKTREE-FORREST MULTI-STRATEGY, LLC (SERIES B); OAKTREE OPPORTUNITIES FUND IX, L.P.; OAKTREE OPPORTUNITIES FUND IX (PARALLEL 2), L.P.; OAKTREE VALUE OPPORTUNITIES FUND, L.P.; PUERTO RICO AAA PORTFOLIO BOND FUND, INC.; PUERTO RICO AAA PORTFOLIO BOND FUND II, INC.; PUERTO RICO AAA PORTFOLIO TARGET MATURITY FUND, INC.; PUERTO RICO FIXED INCOME FUND, INC.; PUERTO RICO FIXED INCOME FUND II, INC.; PUERTO RICO FIXED INCOME FUND III, INC.; PUERTO RICO FIXED INCOME FUND IV, INC.; PUERTO RICO FIXED INCOME FUND V, INC.; PUERTO RICO GNMA & U.S. GOVERNMENT TARGET MATURITY FUND, INC.; PUERTO RICO INVESTORS BOND FUND I; PUERTO RICO INVESTORS TAX-FREE FUND, INC.; PUERTO RICO INVESTORS TAX-FREE | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Adv. Proc. No. 19-00367 (LTS)

---

[3] The Official Committee of Unsecured Creditors serves as section 926 trustee and co-plaintiff in the prosecution of this adversary proceeding pursuant to Docket No. 6990, which is incorporated herein by reference.

FUND II, INC.; PUERTO RICO INVESTORS TAX- )
FREE FUND III, INC.; PUERTO RICO INVESTORS )
TAX-FREE FUND IV, INC.; PUERTO RICO )
INVESTORS TAX-FREE FUND V, INC.; PUERTO )
RICO INVESTORS TAX-FREE FUND VI, INC.; )
PUERTO RICO MORTGAGE-BACKED & U.S. )
GOVERNMENT SECURITIES FUND, INC.; TAX- )
FREE PUERTO RICO FUND, INC.; TAX-FREE )
PUERTO RICO FUND II, INC.; TAX-FREE PUERTO )
RICO TARGET MATURITY FUND, INC.; UBS IRA )
SELECT GROWTH & INCOME PUERTO RICO )
FUND, )
                                          )
               Defendants.                )

**JOINT URGENT MOTION TO EXTEND BRIEFING SCHEDULE ON THE
URGENT MOTION OF THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES
OF THE COMMONWEALTH OF PUERTO RICO, THE FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD FOR PUERTO RICO AS REPRESENTATIVE
OF THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE
COMMONWEALTH OF PUERTO RICO, THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, AND THE SPECIAL CLAIMS COMMITTEE
OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR
PUERTO RICO TO COMPEL DEPOSITION TESTIMONY BY ERS BONDHOLDERS**

To the Chambers of the Honorable Judith G. Dein:

The Bondholders,[4] Committees, and Government Parties[5] (collectively, "the Parties") respectfully submit this urgent motion requesting an order, substantially in the form annexed hereto as **Exhibit A** (the "Proposed Order"), extending the briefing schedule in connection with the *Motion Of The Official Committee Of Retired Employees Of The Commonwealth Of Puerto Rico, The Financial Oversight And Management Board For Puerto Rico As Representative Of The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico, The Official Committee Of Unsecured Creditors, And The Special Claims Committee Of The Financial Oversight And Management Board For Puerto Rico To Compel Deposition Testimony By ERS Bondholders And The Supplement Of The ERS Bondholders' Privilege Logs*, ECF No. 895 in Case No. 17-03566-LTS (the "Motion to Compel").

---

[4] Altair Global Credit Opportunities Fund (A), LLC, Andalusian Global Designated Activity Company, Crown Managed Accounts for and on behalf of Crown/PW SP, Glendon Opportunities Fund, L.P., LMA SPC for and on behalf of Map 98 Segregated Portfolio, Mason Capital Master Fund LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel), L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Huntington Investment Fund II, L.P., Oaktree Opportunities Fund X, L.P., Oaktree Opportunities Fund X (Parallel), L.P., Oaktree Opportunities Fund X (Parallel 2), L.P., Oaktree Value Opportunities Fund Holdings, L.P., Oceana Master Fund Ltd., Ocher Rose, L.L.C., Pentwater Merger Arbitrage Master Fund Ltd., PWCM Master Fund Ltd., Redwood Master Fund, Ltd, SV Credit, L.P.

Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel), L.P., and Oaktree Opportunities Fund IX (Parallel 2), L.P. hold through Opps Culebra Holdings, L.P. Oaktree Huntington Investment Fund II, L.P. holds through Oaktree Opportunities Fund X Holdings (Delaware), L.P. Oaktree Opportunities Fund X, L.P., Oaktree Opportunities Fund X (Parallel), L.P., and Oaktree Opportunities Fund X (Parallel 2), L.P. hold through Oaktree Opps X Holdco Ltd.

[5] The Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, as representative of the Employees' Retirement System of the Government of the Commonwealth of Puerto Rico, the Official Committee of Unsecured Creditors, and the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico.

**Jurisdiction and Venue**

1.      The Court has subject matter jurisdiction pursuant to PROMESA §§ 106(a) and 306(a)(2) because this contested matter arises under PROMESA Title III and is related to the Commonwealth's Title III case.

2.      Venue is appropriate in this District under PROMESA §§ 106(a) and 307, and 28 U.S.C. § 1391.

**Background**

3.      On  May 11, 2020, the Court entered the *Order Setting Briefing Schedule* concerning the *Urgent Motion Of The Official Committee Of Retired Employees Of The Commonwealth Of Puerto Rico, The Financial Oversight And Management Board For Puerto Rico As Representative Of The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico, The Official Committee Of Unsecured Creditors, And The Special Claims Committee Of The Financial Oversight And Management Board For Puerto Rico To Compel Deposition Testimony By ERS Bondholders*, ECF No. 904 in Case No. 17-03566-LTS, setting the briefing schedule on the Motion to Compel.

4.      On May 12, 2020, the Parties participated in mediation before Judge Houser regarding the Motion to Compel.

5.      The Parties agreed to continue the mediation before Judge Houser concerning the Motion to Compel for one additional session on May 18, 2020.

6.      In view of the additional mediation session on May 18, 2020, the Parties agree the briefing schedule on the Motion to Compel should be extended by approximately 1 week to account for the Parties' further discussions.

**Relief Requested**

7.      The Parties respectfully request that the Court enter the Proposed Order extending the briefing schedule for the Motion to Compel.

8.      Good cause exists to extend the briefing schedule.  The Parties are attempting to resolve their dispute regarding the Motion to Compel through mediation and have agreed to one additional mediation session for that purpose.  The Parties respectfully submit that an extension of the briefing schedule on the Motion to Compel would be appropriate to avoid inefficiency in the event the Parties can resolve their dispute through mediation.

9.      The Parties have agreed on the following briefing schedule regarding the Motion to Compel, and respectfully request that the Court enter this modified briefing schedule for the Motion to Compel:

- The ERS Bondholders' Opposition will be due on May 26, 2020.

- The Committees' and Government Parties' Reply will be due on May 29, 2020.

**Certification**

10.      Pursuant to Section I.H. of the Case Management Procedures, undersigned counsel certifies that it engaged in reasonable, good faith communication with counsel to parties that may object. As required by Local Bankruptcy Rule 9013-1(a)(2), the undersigned counsel certify that counsel has carefully examined the matter and concluded that there is a true need to for expedited consideration of the Urgent Motion, and that the undersigned counsel have not created the urgency through lack of due diligence on their part.

**No Prior Request**

11.      No prior request for the relief sought in this Urgent Motion has been made to this or any other court.

WHEREFORE the Movants respectfully requests the Court enter the Proposed Order attached as **Exhibit A**, granting the relief requested herein and all other relief as is just and proper.


*[Remainder of Page Intentionally Left Blank]*

In San Juan, Puerto Rico, today May 14, 2020.

/s/Alfredo Fernández-Martínez
Alfredo Fernández-Martínez
DELGADO & FERNÁNDEZ, LLC
PO Box 11750
Fernández Juncos Station
San Juan, Puerto Rico 00910-1750
Tel. (787) 274-1414
Fax: (787) 764-8241
afernandez@delgadofernandez.com
USDC-PR 210511



Sarah Podmaniczky McGonigle (*pro hac vice*)
David R. Fox (*pro hac vice*)
JONES DAY
100 High Street, 21st Floor
Boston, MA 02110
Tel. (617) 449-6943
Fax: (617) 449-6999
smcgonigle@jonesday.com
drfox@jonesday.com

/s/ Geoffrey S. Stewart
Bruce Bennett (*pro hac vice*)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
Tel. (213) 489-3939
Fax: (213) 243-2539
bbennett@jonesday.com


Benjamin Rosenblum (*pro hac vice*)
JONES DAY
250 Vesey Street
New York, New York 10281
Tel. (212) 326-3939
Fax: (212) 755-7306
brosenblum@jonesday.com


Geoffrey S. Stewart (*pro hac vice*)
Matthew E. Papez (*pro hac vice*)
Sparkle L. Sooknanan (*pro hac vice*)
JONES DAY
51 Louisiana Ave. N.W.
Washington, DC 20001
Tel. (202) 879-3435
Fax: (202) 626-1700
gstewart@jonesday.com
mpapez@jonesday.com
ssooknanan@jonesday.com

*Counsel for Altair Global Credit Opportunities Fund (A), LLC, Andalusian Global Designated Activity Company, Crown Managed Accounts for and on behalf of Crown/PW SP, Glendon Opportunities Fund, L.P., LMA SPC for and on behalf of Map 98 Segregated Portfolio, Mason Capital Master Fund LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel), L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Huntington Investment Fund II, L.P., Oaktree Opportunities Fund X, L.P., Oaktree Opportunities Fund X (Parallel), L.P., Oaktree Opportunities Fund X (Parallel 2), L.P., Oaktree Value Opportunities Fund Holdings, L.P., Oceana Master Fund Ltd., Ocher Rose, L.L.C., Pentwater Merger Arbitrage Master Fund Ltd., PWCM Master Fund Ltd., Redwood Master Fund, Ltd, and SV Credit, L.P.*

Dated: May 14, 2020

**JENNER & BLOCK LLP**

By:
*/s/ Robert Gordon*
Robert Gordon (admitted *pro hac vice*)
919 Third Ave
New York, NY 10022-3908
rgordon@jenner.com
212-891-1600 (telephone)
212-891-1699 (facsimile)

Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
Landon Raiford (admitted *pro hac vice*)
353 N. Clark Street
Chicago, IL 60654
csteege@jenner.com
mroot@jenner.com
lraiford@jenner.com
312-222-9350 (telephone)
312-239-5199 (facsimile)

Respectfully submitted,

**BENNAZAR, GARCÍA & MILIÁN, C.S.P.**

By:
*/s/ A.J. Bennazar-Zequeira*
A.J. Bennazar-Zequeira
Héctor M. Mayol Kauffmann
Edificio Union Plaza
1701 Avenida Ponce de León #416
Hato Rey, San Juan, PR 00918
ajb@bennazar.org
hector.mayol@bennazar.org
787-754-9191 (telephone)
787-764-3101 (facsimile)

*Counsel for The Official Committee of Retired
Employees of Puerto Rico*

Respectfully submitted,

*/s/ Margaret A. Dale*

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*Pro hac vice*)
Jeffrey W. Levitan (*pro hac vice*)
Margaret A. Dale (*pro hac vice*)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
Email: brosen@proskauer.com
Email: jlevitan@proskauer.com
Email: mdale@proskauer.com

*/s/ Luis F. del Valle*
Luis F. del Valle-Emmanuelli
USDC-PR No. 209514

P.O. Box 79897
Carolina, Puerto Rico 00984-9897
Tel. 787.647.3503
Fax N/A
dvelawoffices@gmail.com

OF COUNSEL FOR
A&S LEGAL STUDIO, PSC
434 Avenida Hostos
San Juan, PR 00918
Tel. (787) 751-6764/763-0565
Fax (787) 763-8260

*Attorneys for the Financial Oversight and
Management Board for Puerto Rico, as
representative of the Employees Retirement
System of the Government of the
Commonwealth of Puerto Rico*


/s/ Sunni P. Beville
_____

BROWN RUDNICK LLP
Edward S. Weisfelner, Esq. (*pro hac vice*)
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
Email: eweisfelner@brownrucknick.com

Sunni P. Beville, Esq. (*pro hac vice*)
One Financial Center
Boston, MA 02111
Tel: (617) 856-8200
Email: sbeville@brownrudnick.com

*Counsel to the Special Claims Committee*

/s/ Alberto Estrella
_____

ESTRELLA, LLC
Alberto Estrella (USDC-PR 209804)
Kenneth C. Suria (USDC-PR 213302)
P.O. Box 9023596
San Juan, Puerto Rico 00902-3596
Tel: (787) 977-5050
Fax: (787) 977-5090

*Local Counsel to the Special Claims Committee*


_/s/ Luc A. Despins_

PAUL HASTINGS LLP
Luc A. Despins (*pro hac vice*)
James R. Bliss, Esq. (*pro hac vice*)
James B. Worthington, Esq. (*pro hac vice*)
G. Alexander Bongartz (*pro hac vice*)
200 Park Aenue
New York, NY 10166
Tel: (212) 318-6000
Email: lucdespins@paulhastings.com
Email: jamesbliss@paulhastings.com
Email: jamesworthington@paulhastings.com
Email: alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured
Creditors*
_/s/ Juan J. Casillas Ayala_

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq. (USDC-PR
218312)
Israel Fernández Rodrigues, Esq. (USDC-PR
22504)
Juan C. Nieves González, Esq. (USDC-PR
231707)
Cristina B. Fernández Niggemann, Esq.
(USDC-PR 306008)
P.O. Box 195075
San Juan, Puerto Rico 00919-5075
Tel: (797) 523-3434
Fax: (797) 523-3433
Email: jcasillas@cstlawpr.com
Email: ifernandez@cstlawpr.com
Email: jnieves@cstlawpr.com
Email: cfernandez@cstlawpr.com

*Local Counsel to the Official Committee of
Unsecured Creditors*

_/s/ John Arrastia_

GENOVESE JOBLOVE & BATTISTA, P.A.
John Arrastia, Esq. (*pro hac vice*)
John H. Genovese, Esq. (*pro hac vice*)
Jesus M. Suarez, Esq. (*pro hac vice*)
Mariaelena Gavo-Guitian, Esq. (*pro hac vice*)
100 SE 2nd Street, Suite 4400
Miami, FL 33131
Tel: (305) 349-2300
Email: jarrastia@gjb-law.com
Email: jgenovese@gjb-law.com
Email: jsuarez@gjb-law.com
Email: mguitian@gjb-law.com

*Special Litigation Counsel to the Official
Committee of Unsecured Creditors*

**EXHIBIT A**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>Debtors.[6] | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF<br>THE GOVERNMENT OF THE COMMONWEALTH<br>OF PUERTO RICO,<br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-03566 (LTS) |

---

[6] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, )

and )

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), )

as co-trustees of )

THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, )

Plaintiff, )

v. )

DEFENDANT 1M, ET AL., )

Defendants. )

Adv. Proc. No. 19-00356 (LTS)

---

THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, )

and )

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), )

as co-trustees of )

THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, )

Plaintiff, )

v. )

STOEVER GLASS & CO., ET AL., )

Defendants. )

Adv. Proc. No. 19-00357 (LTS)

|  |  |  |
|---|---|---|
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, | ) ) ) ) ) | Adv. Proc. No. 19-00359 (LTS) |

THE SPECIAL CLAIMS COMMITTEE OF THE
FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO, ACTING BY AND
THROUGH ITS MEMBERS,

    and

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF ALL TITLE III DEBTORS
(OTHER THAN COFINA),

    as co-trustees of

THE EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF PUERTO RICO,

    Plaintiff,

v.

DEFENDANT 1H-78H,

    Defendants.

Adv. Proc. No. 19-00359 (LTS)

---

THE SPECIAL CLAIMS COMMITTEE OF THE
FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO, ACTING BY AND
THROUGH ITS MEMBERS,

    and

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF ALL TITLE III DEBTORS
(OTHER THAN COFINA),

    as co-trustees of

THE EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF PUERTO RICO,

    Plaintiff,

v.

Adv. Proc. No. 19-00361 (LTS)

DEFENDANT 1G-50G, et al.,                            )
                                                     )
    Defendants.                  )
                                                     )
_____             )
                                                     )
THE FINANCIAL OVERSIGHT AND                          )
MANAGEMENT BOARD FOR PUERTO RICO,                    )     Adv. Proc. No. 19-00366 (LTS)
                                                     )
    as representative of         )
                                                     )
EMPLOYEES RETIREMENT SYSTEM OF THE                   )
GOVERNMENT OF THE COMMONWEALTH OF                    )
PUERTO RICO,                                         )
                                                     )
    and                          )
                                                     )
THE OFFICIAL COMMITTEE OF UNSECURED                  )
CREDITORS OF ALL TITLE III DEBTORS (OTHER            )
THAN COFINA),                                        )
                                                     )
    as section 926 trustee of   )
                                                     )
THE COMMONWEALTH OF PUERTO RICO                      )
                                                     )
    Plaintiffs,[7]              )
                                                     )
v.                                                   )
                                                     )
ANDALUSIAN GLOBAL DESIGNATED ACTIVITY                )
COMPANY; THE BANK OF NEW YORK MELLON;                )
MASON CAPITAL MASTER FUND LP; OCHER                  )
ROSE, L.L.C.; SV CREDIT, L.P.; CROWN                 )
MANAGED ACCOUNTS FOR AND ON BEHALF                   )
OF CROWN/PW SP; LMA SPC FOR AND ON                   )
BEHALF OF MAP 98 SEGREGATED PORTFOLIO;               )
OCEANA MASTER FUND LTD.; PENTWATER                   )
MERGER ARBITRAGE MASTER FUND LTD.;                   )
AND PWCM MASTER FUND LTD,                            )
                                                     )
    Defendants.                  )
                                                     )

---

[7] The Official Committee of Unsecured Creditors serves as section 926 trustee and co-plaintiff in the prosecution of this adversary proceeding pursuant to Docket No. 6990, which is incorporated herein by reference.

|  |  |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Adv. Proc. No. 19-00367 (LTS) |

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO, )

     as representative of )

EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO, )

     and )

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF ALL TITLE III DEBTORS (OTHER
THAN COFINA), )

     as section 926 trustee of )

THE COMMONWEALTH OF PUERTO RICO )

     Plaintiffs,[8] )

v. )

GLENDON OPPORTUNITIES FUND, L.P.;
OAKTREE-FORREST MULTI-STRATEGY, LLC
(SERIES B); OAKTREE OPPORTUNITIES FUND
IX, L.P.; OAKTREE OPPORTUNITIES FUND IX
(PARALLEL 2), L.P.; OAKTREE VALUE
OPPORTUNITIES FUND, L.P.; PUERTO RICO AAA
PORTFOLIO BOND FUND, INC.; PUERTO RICO
AAA PORTFOLIO BOND FUND II, INC.; PUERTO
RICO AAA PORTFOLIO TARGET MATURITY
FUND, INC.; PUERTO RICO FIXED INCOME
FUND, INC.; PUERTO RICO FIXED INCOME
FUND II, INC.; PUERTO RICO FIXED INCOME
FUND III, INC.; PUERTO RICO FIXED INCOME
FUND IV, INC.; PUERTO RICO FIXED INCOME
FUND V, INC.; PUERTO RICO GNMA & U.S.
GOVERNMENT TARGET MATURITY FUND,
INC.; PUERTO RICO INVESTORS BOND FUND I;
PUERTO RICO INVESTORS TAX-FREE FUND,
INC.; PUERTO RICO INVESTORS TAX-FREE )

---

[8] The Official Committee of Unsecured Creditors serves as section 926 trustee and co-plaintiff in the prosecution of this adversary proceeding pursuant to Docket No. 6990, which is incorporated herein by reference.

FUND II, INC.; PUERTO RICO INVESTORS TAX- )
FREE FUND III, INC.; PUERTO RICO INVESTORS )
TAX-FREE FUND IV, INC.; PUERTO RICO )
INVESTORS TAX-FREE FUND V, INC.; PUERTO )
RICO INVESTORS TAX-FREE FUND VI, INC.; )
PUERTO RICO MORTGAGE-BACKED & U.S. )
GOVERNMENT SECURITIES FUND, INC.; TAX- )
FREE PUERTO RICO FUND, INC.; TAX-FREE )
PUERTO RICO FUND II, INC.; TAX-FREE PUERTO )
RICO TARGET MATURITY FUND, INC.; UBS IRA )
SELECT GROWTH & INCOME PUERTO RICO )
FUND, )
)
            Defendants. )
)

**[PROPOSED] ORDER GRANTING JOINT URGENT MOTION TO EXTEND
BRIEFING SCHEDULE ON THE  MOTION OF THE OFFICIAL COMMITTEE
OF RETIRED EMPLOYEES OF THE COMMONWEALTH OF PUERTO RICO,
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO
RICO AS REPRESENTATIVE  OF THE EMPLOYEES RETIREMENT SYSTEM
OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,
THE OFFICIAL COMMITTEE  OF UNSECURED CREDITORS, AND THE SPECIAL
CLAIMS COMMITTEE  OF THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO TO COMPEL DEPOSITION TESTIMONY BY ERS
<u>BONDHOLDERS</u>**

Upon consideration of the *Joint Urgent Motion To Extend Briefing Schedule On The*

*Motion Of The Official Committee Of Retired Employees Of The Commonwealth Of Puerto Rico,*

*The Financial Oversight And Management Board For Puerto Rico As Representative Of The*

*Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico, The*

*Official Committee Of Unsecured Creditors, And The Special Claims Committee Of the*

*Financial Oversight And Management Board For Puerto Rico To Compel Deposition Testimony*

*By ERS Bondholders* (the "Urgent Motion"), the Court having found and determined that (i) the

Court has jurisdiction to consider the Urgent Motion and the relief requested therein; (ii) venue is

proper before this Court pursuant to PROMESA section 307(a); (iii) due and proper notice of the

Urgent Motion has been provided under the particular circumstances and no other or further notice need be provided; (iv) based on the statements and arguments made in the Urgent Motion, the relief requested in the Scheduling Motion is in the best interest of ERS, the Commonwealth and their creditors; (v) any objections to the relief requested in the Scheduling Motion have been withdrawn or are hereby overruled; and (vi) the legal and factual bases set forth in the Scheduling Motion establish just cause for the relief granted herein.

Accordingly, it is hereby ORDERED THAT:

1.     The following schedule shall apply to the *Motion Of The Official Committee Of Retired Employees Of The Commonwealth Of Puerto Rico, The Financial Oversight And Management Board For Puerto Rico As Representative Of The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico, The Official Committee Of Unsecured Creditors, And The Special Claims Committee Of The Financial Oversight And Management Board For Puerto Rico To Compel Deposition Testimony By ERS Bondholders And The Supplement Of The ERS Bondholders' Privilege Logs*, ECF No. 895 in Case No. 17-03566-LTS (the "Motion to Compel"):

     a.     Objections to the Motion to Compel are due on May 26, 2020.

     b.     Reply in Support of the Motion to Compel is due May 29, 2020.

2.     A copy of this Order shall be filed on the docket in the Commonwealth's and ERS's Title III cases.

3.     The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____

_____

HONORABLE JUDITH G. DEIN
United States Magistrate Judge