UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1]<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF No. 7419, 7908, 8426, 8635, 8839, 8887, 8993, 9330, 9649, 10021, 12550**<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS<br><br>**This document relates to the COFINA Title III case only and will be filed in the main case and COFINA Title III case.** |

**INFORMATIVE MOTION REGARDING ADJOURNMENT OF HEARING ON COFINA'S OBJECTION TO THE INTERNAL REVENUE SERVICE'S PROOFS OF CLAIM [ECF NO. 7419]**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States District Court Judge Laura Taylor Swain:

The Financial Oversight and Management Board for Puerto Rico, as COFINA's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), and the Fiscal Agency and Financial Advisory Authority ("AAFAF"), on its own behalf and as the sole entity authorized to act on behalf of all of Puerto Rico's governmental entities, including COFINA, by and through the *Enabling Act of the Fiscal Agency and Financial Advisory Authority*, Act 2-2017, hereby inform the Court that the United States Department of the Treasury/Internal Revenue Service (the "IRS") has consented to an adjournment of the hearing (the "Hearing") for the Court to consider *Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim Nos. 168648 and 168885)* (Case No. 1703283-LTS, ECF No. 7419; Case No. 17-03284-LTS, ECF No. 643). Per agreement with the IRS, the Hearing will be adjourned to July 29, 2020, at 9:30 a.m. (Atlantic Time).

*[Remainder of page intentionally left blank]*

Dated: San Juan, Puerto Rico
May 15, 2020

| | |
|---|---|
| */s/ William J. Sushon* <br> John J. Rapisardi (*pro hac vice*) <br> Peter Friedman (*pro hac vice*) <br> William J. Sushon (*pro hac vice*) <br> **O'MELVENY & MYERS LLP** <br> Times Square Tower <br> Seven Times Square <br> New York, NY 10036 <br> Tel.: (212) 326-2000 <br> Fax: (212) 326-2061 <br><br> *Attorneys for the Puerto Rico Fiscal Agency and Financial Advisor Authority* | */s/ Martin J. Bienenstock* <br> Martin J. Bienenstock (*pro hac vice*) <br> Brian S. Rosen (*pro hac vice*) <br> **PROSKAUER ROSE LLP** <br> Eleven Times Square <br> New York, NY 10036 <br> Tel.: (212) 969-3000 <br> Fax: (212) 969-2900 <br><br> *Attorneys for the Financial Oversight and Management Board, as representative for COFINA* |
| */s/ Luis C. Marini-Biaggi* <br> Luis C. Marini-Biaggi <br> USDC No. 222301 <br> Carolina Velaz-Rivero <br> USDC No. 300913 <br> **MARINI PIETRANTONI MUÑIZ LLC** <br> 250 Ponce de León Ave., Suite 900 <br> San Juan, Puerto Rico 00918 <br> Tel.: (787) 705-2171 <br> Fax: (787) 936-7494 <br><br> *Co-Attorneys for the Puerto Rico Fiscal Agency and Financial Advisor Authority* | */s/ Hermann D. Bauer* <br> Hermann D. Bauer <br> USDC No. 215205 <br> Daniel J. Perez-Refojos <br> USDC No. 303909 <br> **O'NEILL & BORGES LLC** <br> 250 Muñoz Rivera Ave., Suite 800 <br> San Juan, PR 00918-1813 <br> Tel.: (787) 764-8181 <br> Fax: (787) 753-8944 <br><br> *Co-Attorneys for the Financial Oversight and Management Board, as representative COFINA* |