**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>                              Debtor.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ("HTA"),<br><br>                              Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

**UNOPPOSED MOTION OF ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., AMBAC ASSURANCE CORPORATION, NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, AND FINANCIAL GUARANTY INSURANCE COMPANY TO SUPPLEMENT THE DECLARATION OF WILLIAM J. NATBONY (ECF NO. 13004)**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States District Judge Laura Taylor Swain:

1. On April 30, 2020, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company (together "**Movants**") filed their *Reply in Support of Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Relief from the Automatic Stay, or, in the Alternative, Adequate Protection*, dated April 30, 2020 (the "**HTA Reply**") on behalf of the Movants. (ECF No. 12294,[2] and ECF No. 777 in Case No. 17-BK-3567-LTS) (the "HTA Reply") in this proceeding.

2. In support of the HTA Reply, Movants submitted the *Declaration of William J. Natbony In Support Of Reply in Support of Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Relief from the Automatic Stay, or, in the Alternative, Adequate Protection* (ECF No. 13004, and ECF No. 780 in Case No. 17-BK-3567-LTS) (the "**Natbony Reply Declaration**"). Attached to this declaration were a number of exhibits. Due to a clerical error, one of the filed exhibits, Exhibit 6, was duplicative of another exhibit and the actual intended exhibit was inadvertently omitted.

3. Movants hereby request the Court's permission to withdraw Exhibit 6 to the Natbony Reply Declaration and file a supplemental declaration attaching the corrected exhibit, substantially in the form attached hereto as **Exhibit B** (the "**Supplemental Natbony Reply Declaration**").

4. Exhibit 6 to the Natbony Reply Declaration was intended to consist of a copy of the Puerto Rico Legislature's Act No. 5 of Oct. 8, 1987 ("**Act No. 5**"). A duplicate copy

---

[2] "ECF No." refers to documents filed in Case No. 17-BK-3283-LTS, unless otherwise noted.

of Exhibit 5 to the Natbony Reply Declaration was inadvertently filed in its stead. The Supplemental Natbony Reply Declaration will attach a true and correct copy of Act No. 5.

5. No party was prejudiced by this inadvertent error because Act No. 5 is a public law, a copy of which was provided for the convenience of the Court and the Parties to this action.

6. Movants have conferred with the other Parties to these actions. All other Parties expressed no objection to this Motion.

7. Based on the above facts, to correct the record and to comply with its duty of candor before the Court, Movants respectfully request that the Court enter an order, substantially in the form attached hereto as **Exhibit A**, granting leave to file the Supplemental Natbony Reply Declaration with the corrected exhibit.

[*Remainder of Page Intentionally Blank*]

Dated: New York, New York
May 15, 2020

| | |
|---|---|
| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TAFT LLP** |
| By: */s/ Heriberto Burgos Pérez* <br> Heriberto Burgos Pérez <br> USDC-PR 204809 <br> Ricardo F. Casellas-Sánchez <br> USDC-PR 203114 <br> Diana Pérez-Seda <br> USDC-PR 232014 <br> P.O. Box 364924 <br> San Juan, PR 00936-4924 <br> Telephone: (787) 756-1400 <br> Facsimile: (787) 756-1401 <br> Email: hburgos@cabprlaw.com <br> rcasellas@cabprlaw.com <br> dperez@cabprlaw.com <br><br> *Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* | By: */s/ Mark C. Ellenberg* <br> Howard R. Hawkins, Jr.* <br> Mark C. Ellenberg* <br> William J. Natbony* <br> Ellen M. Halstead* <br> Thomas J. Curtin* <br> Casey J. Servais* <br> 200 Liberty Street <br> New York, NY 10281 <br> Telephone: (212) 504-6000 <br> Facsimile: (212) 504-6666 <br> Email: howard.hawkins@cwt.com <br> mark.ellenberg@cwt.com <br> bill.natbony@cwt.com <br> ellen.halstead@cwt.com <br> thomas.curtin@cwt.com <br> casey.servais@cwt.com <br><br> *Admitted pro hac vice <br><br> *Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* |

-5-

| | |
|---|---|
| **ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC** | **WEIL, GOTSHAL & MANGES LLP** |
| By:/s/ *Eric Perez-Ochoa* <br> ERIC PÉREZ-OCHOA <br> USDC-PR No. 206,314 <br> E-mail: epo@amgprlaw.com <br><br> By:*/s/Luis A. Oliver-Fraticelli* <br> LUIS A. OLIVER-FRATICELLI <br> USDC-PR NO. 209,204 <br> E-mail: loliver@amgprlaw.com <br><br> 208 Ponce de Leon Ave., Suite 1600 <br> San Juan, PR 00936 <br> Tel.: (787) 756-9000 <br> Fax: (787) 756-9010 <br><br> *Attorneys for National Public Finance Guarantee Corp.* | By:/s/ *Robert Berezin* <br> JONATHAN D. POLKES* <br> GREGORY SILBERT* <br> ROBERT BEREZIN* <br> KELLY DIBLASI <br> GABRIEL A. MORGAN <br> 767 Fifth Avenue <br> New York, New York 10153 <br> Tel.: (212) 310-8000 <br> Fax: (212) 310-8007 <br> Email: jonathan.polkes@weil.com <br> gregory.silbert@weil.com <br> robert.berezin@weil.com <br> kelly.diblasi@weil.com <br> gabriel.morgan@weil.com <br><br> *admitted pro hac vice <br><br> *Attorneys for National Public Finance Guarantee Corp.* |

| | |
|---|---|
| **FERRAIUOLI LLC** | **MILBANK LLP** |
| By: */s/ Roberto Cámara-Fuertes* | By: */s/ Atara Miller* |
|    ROBERTO CÁMARA-FUERTES |    DENNIS F. DUNNE* |
|    USDC-PR NO. 219,002 |    ATARA MILLER* |
|    E-mail: rcamara@ferraiuoli.com |    GRANT R. MAINLAND* |
| |    JOHN J. HUGHES* |
| By: */s/ Sonia Colón* |    55 Hudson Yards |
|    SONIA COLÓN |    New York, New York 10001 |
|    USDC-PR NO. 213809 |    Tel.: (212) 530-5000 |
|    E-mail: scolon@ferraiuoli.com |    Fax: (212) 530-5219 |
| |    Email: ddunne@milbank.com |
|    221 Ponce de Leon Ave., 5th Floor |             amiller@milbank.com |
|    San Juan, PR 00917 |             gmainland@milbank.com |
|    Tel.: (787) 766-7000 |             jhughes2@milbank.com |
|    Fax: (787) 766-7001 | |
| | *admitted *pro hac vice* |
| *Counsel for Ambac Assurance Corporation* | *Counsel for Ambac Assurance Corporation* |

**ARENT FOX LLP**

By: /s/ *David L. Dubrow*
    DAVID L. DUBROW*
    MARK A. ANGELOV*
    1301 Avenue of the Americas
    New York, New York 10019
    Tel.:    (212) 484-3900
    Fax:    (212) 484-3990
    Email:    david.dubrow@arentfox.com
                mark.angelov@arentfox.com

By: /s/ *Randall A. Brater*
    RANDALL A. BRATER*
    1717 K Street, NW
    Washington, DC 20006
    Tel.:    (202) 857-6000
    Fax:    (202) 857-6395
    Email:    randall.brater@arentfox.com

*admitted pro hac vice

*Counsel for Ambac Assurance Corporation*

-8-

| | |
|---|---|
| **REXACH & PICÓ, CSP** | **BUTLER SNOW LLP** |
| By: */s/ María E. Picó* | By: */s/ Martin A. Sosland* |
| María E. Picó | Martin A. Sosland (*pro hac vice*) |
| USDC-PR 123214 | 5430 LBJ Freeway, Suite 1200 |
| 802 Ave. Fernández Juncos | Dallas, TX 75240 |
| San Juan PR 00907-4315 | Telephone: (469) 680-5502 |
| Telephone: (787) 723-8520 | Facsimile: (469) 680-5501 |
| Facsimile: (787) 724-7844 | E-mail: martin.sosland@butlersnow.com |
| E-mail: mpico@rexachpico.com | |
| | *Admitted pro hac vice in Case No. 17-BK-03283-LTS and Case No. 17-BK-03567-LTS* |
| *Attorney for Financial Guaranty Insurance Company* | |
| | Jason W. Callen |
| | 150 3rd Ave., S., Suite 1600 |
| | Nashville, TN 37201 |
| | Telephone: 615-651-6774 |
| | Facsimile: 615-651-6701 |
| | Email: jason.callen@butlersnow.com |
| | |
| | *Admitted pro hac vice in Case No. 17-BK-03283-LTS and Case No. 17-BK-03567-LTS* |
| | |
| | *Attorneys for Financial Guaranty Insurance Company* |

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At New York, New York, the 15th day of May, 2020.

By: /s/ *Howard R. Hawkins, Jr.*
Howard R. Hawkins, Jr.*
*Admitted pro hac vice

**EXHIBIT A**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor.[3] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ("HTA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., AMBAC ASSURANCE CORPORATION, NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, AND FINANCIAL GUARANTY INSURANCE COMPANY TO SUPPLEMENT THE DECLARATION OF WILLIAM J. NATBONY (ECF NO. 13004)**

Before the Court is the *Unopposed Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee*

---

[3] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Corporation, and Financial Guaranty Insurance Company to Supplement the Declaration of William J. Natbony (ECF No. 13004)* (the "**Motion**") in the above-captioned proceeding. The Court having reviewed the Motion and the relief requested; the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 48 U.S.C. § 2166(a); the Court determining that venue of this proceeding and the Motion in this District is proper under 28 U.S.C. § 1391(b) and 48 U.S.C. § 2167(a); notice of the Motion being adequate and proper under the circumstances; and after due deliberation and sufficient cause appearing; therefore, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein:

2. Movant's request to withdraw the exhibit filed as ECF No. 13004-6 in Case No. 17-BK-3283-LTS and ECF No. 780-6 in Case No. 17-BK-3567-LTS is granted; and

3. Movants may file a supplemental declaration attaching the corrected exhibit.

This Order resolves docket entry no. [___] in Case No. 17-BK-3283-LTS and docket entry no. [___] in Case No. 17-BK-3567-LTS.

SO ORDERED

Dated: [_____], 2020.

_____
THE HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE