ISAAC OQUENDO MUNIZ
HC 7 BOX 75000
SAN SEBASTIAN, PR 00685

SAN JUAN PR 009

12 MAY 2020 PM 1 L



CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

2020 MAY 15 AM 10:31

RECEIVED & FILED

SECRETARIA DE JUNTA DE SUPERVICION
ROOM 150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO 00918-1767

009183999