6 de mayo de 2020

A: Secretaria (Clerk's Office) Prime Clerk

De: Ana R. Torres Candelaria

Caso: 159213

La presente es para proveerles la evidencia para respaldar el caso y no sea rechazado. Adjunto documentos donde se evidencia que termine mi maestría para la Carrera Magisterial.

PD. Se envía evidencia hoy porque estamos en casa por el COVI-19 a nivel de todo Puerto Rico.

Gracias por su atención,

*Ana R. Torres Candelaria*
Ana R. Torres Candelaria
Urb. San Pedro
Calle San Mateo E-14
Toa Baja, P.R. 00949
Teléfono- 787-371-0588

