Ana R. Torres Candelaria
Urb. San Pedro
c/ San Mateo E-14
Toa Baja, P.R. 00949





Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767