

ISAAC OQUENDO MUNIZ
HC 7 BOX 75000
SAN SEBASTIAN, PR 00685

SAN JUAN PR 009
12 MAY 2020 PM 1 L

RECEIVED & FILED
2020 MAY 15 AM 10: 31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

SECRETARIA DE JUNTA DE SUPERVICION
ROOM 150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO 00918-1767