11 de Mayo del 2020

A: Abogados Junta de Control Fiscal Proskauer Rose LLP

A/A: Martin J. Bienenstock, Brian S. Rosen

Office clerk Tribunal Distrito de los Estados Unidos Room 150 Federal building
San Juan, P.R. 00918-1767

Asunto: Por este medio reclamo el dinero de pension cotizado como empleada de gobierno de Puerto Rico al momento de hacer mi reclamacion era de $28,000, suma que aumento a la fecha de mi retiro el 31 de diciembre del 2018. Yo cotize de julio de 2004 a diciembre 2018 por la ley de retiro $2,000. Se suponía que al retirarme me otorgara una suma global. La ley 66 de 2013 me ajusto la pensión y recibo menos dinero del que debo recibir. Se me asignó una pensión de $178.00 mensual.

Yo solicito que si esa ley 66 se revoca y el tribunal falla encontra del retior del E.L.A. se me otorgue una suma global del dinero que aun no he recibido por mis aportaciones a los sistemas de retiro del E.L.A de Puerto Rico.

Atentamente:

Maria V. Canales Martinez

S.S: _____ _____ 9148