

# GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

25 de junio de 2018

## ESTADO DE CUENTA ESTIMADO

Agencia: 135 - DEPARTAMENTO DE HACIENDA

MARIA CANALES MARTINEZ
BO. CARMELITA
BUZON 15 C/ CAROLINA
VEGA BAJA, PR 00693

Seguro Social: XXX-XX-9148

A base de la información en nuestros registros, al 25 de junio de 2018 usted posee:

**Fecha de Nacimiento:** 23 de diciembre de 1955  **Género:** Femenino
**Fecha de Ingreso al Servicio Público:** 29 de septiembre de 2004
**Fecha de Comienzo de Cotización:** 29 de septiembre de 2004

13 Años

| Ley R2000 al 30 de junio de 2013 | | Ley 3 al 30 de junio de 2017 | |
|---|---|---|---|
| Años Acreditados: | 8.10 | Tiempo Trabajado: | 12.10 |
| Aportaciones: | $16,348.64 | Aportaciones: | $25,961.52 |
| Intereses: | $802.40 | Intereses: | $4,157.92 |
| Gastos Teneduría: | ($55.42) | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $17,151.04 | Total Aportaciones: | $30,119.44 |
| SNC Pagado: | $0.00 | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | |
| Beneficio: | $0.00 | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545   www.retiro.pr.gov