DE: Maria V. Canales Martinez
Barrio Carmelita calle Carolina
Buzón 15 Vega Baja, Puerto Rico 00693

Secretaria (Clerk's office)
Tribunal de distrito de los Estados Unidos
Room 150 Federal Building
SAN Juan, Puerto Rico 00918-1767