11 de Mayo del 2020

A: Abogados Junta de Control Fiscal
A/A: Martin J. Bienenstock, Brian S. Rosen

Office clerk Tribunal Distrito de los Estados Unidos
Room 150 Federal building
San Juan, P.R. 00918-1767

Abogados comité de acreedores Paul Hastings LLP

Attn: Luc A. Despins, James Bliss, James Worthington, G. Alexander Bongartz

Asunto: Objeción global 17 bk 03283 LTS
Reclamación # 37480 presentada el 29 de mayo 2018 por $2,250. Se refiere a un aumento de salario que otorgó el gobierno aproximadamente en 2013. Dicho aumento era de $150 y el gobierno solo nos concedió $75.00 quedando a deber los otros $75.00

La Union U.A.W. de los trabajadores de hacienda llevó el pleito a los tribunales, fallando a favor de los empleados, nunca se nos pagó la diferencia de $75.00. La U.A.W. que nos representó, nunca nos informó los detalles del acuerdo a la fecha de mi reclamación eran $2,250 que el 31 de diciembre de 2018 debe haber aumentado considerablemente y eso es lo que solicitó la deuda de los $75.00 que el E.L.A. nos adeuda.

Para mayor informacion puede solicitarla a: Union de trabjadores de Hacienda U.A.W. Local 2373, 3100 carr. 190 Suite 201 Carolina, P.R. Tel. 787-776-6060 Fax. 787-776-6091

Atentamente:

Maria V. Canales Martinez

S.S: _____ ____ 9148