SAMUEL MERCADO RIOS
HC 7 BOX 75001
SAN SEBASTIAN, PR 00685

RECEIVED & FILED

2020 MAY 15  AM 10· 31

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

SAN JUAN PR 009

12 MAY 2020 PM 1 L

SECRETARIA DE JUNTA DE SUPERVICION
ROOM 150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO 00918-1767

00918#9999