15 de mayo, 2020

Reclamante: Romualdo Betancourt Collazo

Celular: 787-918-4573

Número de Procedimiento: 17 BK 3283-LTS

Número de Reclamación: 57163

Dirección: P.O. Box 1629
Juana Díaz, PR. 00795

Seguro Social: 4707

A quién pueda interesar:

Favor de añadir la siguiente información a mi reclamación Número: 57163:

| # | | #Reclamación | Cantidad Adeudada |
|---|---|---|---|
| ① | Ley 124 - Julio 1973 - Aumento de sueldo | — | $33,600. |
| ② | Ley 89 - Julio 1979 - Retribución uniforme | — | 26,400. |
| | | Total = | 60,000 |

Gracias por la atención al respecto,

Cordialmente,

Romualdo Betancourt Collazo