Romualdo Betancourt Colla[...]
P.O. Box 1629
Juana Díaz, PR 00795

RECEIVED & FILED
2020 MAY 15 AM 10:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.




U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
MAY 11, 20
AMOUNT
$1.00
R2305M147983-03

Secretaría (clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767