Arthur Samodovitz
200 Rano Blvd #44-27
Vestal, NY 13850

7019 2970 0001 7248 2315

U.S. POSTAGE PAID
FCM LG ENV
VESTAL, NY
13850
MAY 12, 20
AMOUNT
$5.15
R2305K132731-14

2020 MAY 15 PM 4:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

TO: Clerk's Office
U.S. District Court Federal Building
Room 150
150 Carlos Chardon Avenue
San Juan, Puerto Rico 00918-17