Por este medio notifico que a mi parecer deben extender las Fechas limites para Entregar Replicas.

En mi situacion actual Resido en los Estados Unidos en el Estado de Wisconsin, dada mi ubicación es dificil Para mi el cominicarme o frecuentar a Puerto Rico.

Deseo que extiendan las Fechas limites al menos 30 dias Para notificar cualquier Dato. Añado que la situación actual de la Pandemia del covid-19 afecta de algun modo la comunicación por medio correo postal.

¡Esta es mi objecion!. Espero que comprendan que los tiempos de america del norte y Puerto Rico son muy diferentes, condi ferencias en lo horarios las cuales no coinciden.

Fecha: 4/29/2020
Nombre: Jose A. Rosado Matos
Firma: _____

Adress: 7152 W Nash st. Milwaukee WI 53216