

ESTADO LIBRE ASOCIADO DE
**PUERTO RICO**

Departamento del Trabajo
y Recursos Humanos

Nilma Maldonado Colón
Secretaria Auxiliar



10 de septiembre de 2015

Juan A. Rosado Calderón
4 Calle Espíritu Santo
Loíza PR 00772

Estimado señor Rosado:

Notificamos que su solicitud de Extensión a su Licencia sin Sueldo que le fuera otorgada, fue aprobada. La licencia cubre desde el 16 de febrero de 2015 (9:58 a.m.) hasta el 31 de enero de 2016. Usted deberá reinstalarse a sus labores el 1 de febrero de 2016.

Le recordamos que es su responsabilidad notificar a la Secretaria Auxiliar de Recursos Humanos cualquier cambio en su dirección postal.

Cordialmente,

Nilma Maldonado Colón
Secretaria Auxiliar de Recursos Humanos



SECRETARIA AUXILIAR DE RECURSOS HUMANOS



Avenida Muñoz Rivera 505, Edificio Prudencio Rivera Martínez, Piso 15, Hato Rey, Puerto Rico 00919
PO Box 195540, San Juan, Puerto Rico 00919-5540
T .787 754.5353  Fax .787. 754.9550



ESTADO LIBRE ASOCIADO DE
PUERTO RICO

Departamento del Trabajo
y Recursos Humanos

Nilma Maldonado Colón
Secretaria Auxiliar

25 de agosto de 2015

Sr. Juan Rosado Calderón
Buzón 4 INT.
Calle Espíritu Santo
Loiza, PR 00772

Estimado señor Rosado Calderón:

Su solicitud de extensión de licencia sin sueldo por recomendación médica fue aprobada. La extensión de su licencia cubre desde 19 de agosto de 2015 hasta el 31 de enero de 2016, para un total de 166 días.

Esta solicitud cumple con lo establecido en el Artículo 13 Beneficios Marginales, Sección 13.6 Licencia con Paga, Inciso 3 Licencia por Enfermedad, Sub Inciso (e) del Reglamento para la Administración de los Recursos Humanos del Servicio de Carrera que lee:

> "En casos de enfermedad prolongada, una vez agotada la licencia por enfermedad, los empleados podrán hacer uso de toda licencia de vacaciones que tuvieren acumulada, previa autorización del supervisor inmediato. Si el empleado agotase ambas licencias y continuare enfermo, se le podrá conceder licencia sin sueldo."

Deberá reinstalarse a su puesto el día 1 de febrero de 2016.

Cordialmente,

Nilma Maldonado Colón
Secretaria Auxiliar de Recursos Humanos

mev

SECRETARIA AUXILIAR DE RECURSOS HUMANOS

Avenida Muñoz Rivera 505, Edificio Prudencio Rivera Martínez, Piso 15, Hato Rey, Puerto Rico 00919
PO Box 195540, San Juan, Puerto Rico 00919-5540
T .787. 754.5865  Fax .787. 756-1130


**Departamento del Trabajo**
Edif. Prudencio Rivera Martinez
505 Ave. Munoz Rivera
Hato Rey, PR 00918

| | |
|---|---|
| Grupo de Pago: | Quincenal |
| Desde: | 2013 |
| Hasta: | 09/30/2013 |
| Aviso #: | 4421927 |
| Fecha Aviso: | 09/30/2013 |

JUAN A. ROSADO CALDERON
C/ESPIRITU SANTO
# 4 INTERIOR
LOIZA, PR 00772
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 067090-Servicios Administrativo |
| Lugar: | Servicios Administrativo |
| Titulo: | Conductor de Automoviles |
| Sueldo: | $2,080.00 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 1 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,040.00 | 1,462.50 | 18,720.00 |
| Total: | | | 1,040.00 | 1,462.50 | 18,720.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 15.08 | 271.44 |
| Fed OASDI/Disability - EE | 64.48 | 1,160.64 |
| PR Withholding | 10.87 | 209.58 |
| Total: | 90.43 | 1,641.66 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido Coord. | 95.75 | 574.50 |
| Plan de Retiro < 4/1/90 | 0.00 | 950.16 |
| Total: | 95.75 | 1,524.66 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.60 | 15.60 |
| RC-Pres Cult Ret Cen-Em Clasif | 95.83 | 1,724.94 |
| AE-Asoc Emp ELA-Prest Regular | 196.46 | 3,531.00 |
| SM-First Medical Health Plan | 121.75 | 2,169.50 |
| SC-SVTS INC | 9.53 | 171.54 |
| RC-Pres Pers Ret Cen-E Clasif | 80.16 | 1,442.88 |
| AE-Seguro por Muerte Asoc ELA | 3.20 | 57.60 |
| AS-DIV EMP PUBLICOS UGT | 8.66 | 155.88 |
| Ahorros-AEELA | 31.20 | 561.60 |
| Total: | 549.39 | 9,830.54 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 250.00 | 2,250.00 |
| GPR Retiro Hibrido Coord. | 96.46 | 578.76 |
| FSED Disability Plan | 38.48 | 692.64 |
| Plan de Retiro < 4/1/90 | 0.00 | 1,157.52 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,040.00 | 0.00 | 90.43 | 645.14 | 304.43 |
| Acumulado: | 18,720.00 | 0.00 | 1,641.66 | 11,355.20 | 5,723.14 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4421927 | 304.43 |
| Total: | 304.43 |

**MENSAJE:**

---

**Departamento del Trabajo**
Edif. Prudencio Rivera Martinez
505 Ave. Munoz Rivera
Hato Rey, PR 00918

Fecha 09/30/2013

Aviso No. 4421927

Cant. Deposito: $304.43

A la Cuenta(s) De

JUAN A. ROSADO CALDERON
C/ESPIRITU SANTO
# 4 INTERIOR
LOIZA, PR 00772
Localizacion: Servicios Administrativo

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | 304.43 |
| Total: | | 304.43 |

## NO-NEGOCIABLE

**Departamento del Trabajo**
Edif. Prudencio Rivera Martinez, 505 Ave. Munoz Rivera
Hato Rey, PR 00918

Grupo de Pago: SM -Quin
Desde: 12/01/2012
Hasta: 12/15/2012
Aviso #: 9104687
Fecha Aviso: 12/14/2012

JUAN A. ROSADO CALDERON
C/ESPIRITU SANTO
# 4 INTERIOR
LOIZA, PR 00772
SS:

# Empleado:
Dept: 067090-Servicios Administrativo
Lugar: Servicios Administrativo
Titulo: Conductor de Automoviles
Sueldo: $2,080.00 Monthly

DATA IMP: Federal / PR
Estado Civil: Single / Single
Concesiones: 0 / 1
Pct. Adel.:
Cant. Adel.:

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 1,040.00 | 1,875.00 | 23,920.00 | |
| Bono de Navidad | | | 0.00 | | 1,000.00 |
| Bonificaciones | | | 0.00 | | 900.00 |
| Total: | | 1,040.00 | 1,875.00 | 25,820.00 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 15.08 | 374.39 |
| Fed OASDI/Disability - EE | 43.68 | 1,084.44 |
| PR Withholding | 13.98 | 454.54 |
| Total: | 72.74 | 1,913.37 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Plan de Retiro < 4/1/90 | 79.18 | 1,821.14 |
| Total: | 79.18 | 1,821.14 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RC-Pres Cult Ret Cen-Em Clasif | 95.83 | 2,204.09 |
| AE-Asoc Emp ELA-Prest Regular | 196.13 | 4,468.59 |
| SM-First Medical Health Plan | 116.25 | 2,208.75 |
| SC-SVTS INC | 9.53 | 9.53 |
| RC-Pres Pers Ret Cen-E Clasif | 80.16 | 1,843.68 |
| AE-Seguro por Muerte Asoc ELA | 3.20 | 73.60 |
| AS-DIV EMP PUBLICOS UGT | 8.66 | 199.18 |
| Ahorros-AEELA | 31.20 | 717.60 |
| SC-ORLANDO OLIVERAS INSS | 0.00 | 50.75 |
| Total: | 540.96 | 11,775.77 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Plan de Retiro < 4/1/90 | 96.46 | 2,322.58 |
| FSED Disability Plan | 38.48 | 955.34 |
| SM-First Medical Health Plan | 0.00 | 2,250.00 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,040.00 | 0.00 | 72.74 | 620.14 | 347.12 |
| Acumulado: | 25,820.00 | 0.00 | 1,913.37 | 13,596.91 | 10,309.72 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #9104687 | 347.12 |
| Total: | 347.12 |

MENSAJE:

---

Departamento del Trabajo
Edif. Prudencio Rivera Martinez
505 Ave. Munoz Rivera
Hato Rey, PR 00918

Fecha: 12/14/2012

Aviso No. 9104687

Cant. Deposito: $347.12

A la Cuenta(s) De

JUAN A. ROSADO CALDERON
C/ESPIRITU SANTO
# 4 INTERIOR
LOIZA, PR 00772
Localizacion: Servicios Administrativo

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $347.12 |
| Total: | | $347.12 |

## NO-NEGOCIABLE

**067 Departamento del Trabajo**
Edif. Prudencio Rivera Martinez
505 Ave. Munoz Rivera
Hato Rey, PR 00918

| | |
|---|---|
| Periodo de Pago: | Bisemanal (?) |
| Desde: | 10/10/2014 |
| Hasta: | 10/31/2014 |

Aviso #: 2295935
Fecha Aviso: 10/30/2014

JUAN A. ROSADO CALDERON
C/ESPIRITU SANTO
# 4 INTERIOR
LOIZA, PR 00772
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 067090-Servicios Administrativo |
| Lugar: | Sec. Trans. Sec. Corre |
| Titulo: | Conductor de Automoviles |
| Sueldo: | $2,080.00 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 1 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,040.00 | 1,635.00 | 20,800.00 |
| Bono Convenio Colectivo | | | 0.00 | | 300.00 |
| Total: | | | 1,040.00 | 1,635.00 | 21,100.00 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 15.08 | 305.95 |
| Fed OASDI/Disability - EE | 64.48 | 1,308.20 |
| PR Withholding | 10.58 | 236.08 |
| Total: | 90.14 | 1,850.23 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido Coord. | 99.88 | 1,948.04 |
| Total: | 99.88 | 1,948.04 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.60 | 52.00 |
| RC-Pres Cult Ret Cen-Em Clasif | 95.83 | 1,916.60 |
| AE-Asoc Emp ELA-Prest Regular | 198.31 | 3,936.60 |
| SM-First Medical Health Plan | 111.75 | 2,163.25 |
| RC-Pres Pers Ret Cen-E Clasif | 80.16 | 1,603.20 |
| AE-Seguro por Muerte Asoc ELA | 3.20 | 64.00 |
| AS-DIV EMP PUBLICOS UGT | 8.66 | 173.20 |
| Ahorros-AEELA | 31.20 | 624.00 |
| SM-First Medical Health Plan | 0.00 | 111.75 |
| SC-TRIPLE-S VIDA INC | 0.00 | 57.18 |
| Total: | 531.71 | 10,701.78 |

*Tributable

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 250.00 | 2,500.00 |
| GPR Retiro Hibrido Coord. | 96.46 | 1,929.20 |
| FSED Disability Plan | 38.48 | 780.70 |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,040.00 | 0.00 | 90.14 | 631.59 | 318.27 |
| Acumulado: | 21,100.00 | 0.00 | 1,850.23 | 12,649.82 | 6,599.95 |

## PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #2295935 | 318.27 |
| Total: | 318.27 |

**MENSAJE:**

---

**Departamento del Trabajo**
Edif. Prudencio Rivera Martinez
505 Ave. Munoz Rivera
Hato Rey, PR 00918

Fecha
10/30/2014

Aviso No.
2295935

Cant. Deposito:   $318.27

A la
Cuenta(s) De

JUAN A. ROSADO CALDERON
C/ESPIRITU SANTO
# 4 INTERIOR
LOIZA, PR 00772
Localizacion: Sec. Trans. Sec. Corre

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | 318.27 |
| Total: | | 318.27 |

## NO-NEGOCIABLE

**Departamento del Trabajo**
Edif. Prudencio Rivera Martinez
505 Ave. Munoz Rivera
Hato Rey, PR 00918

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 03/16/2011 |
| Hasta: | 03/31/2011 |
| Aviso #: | 7112903 |
| Fecha Aviso: | 03/30/2011 |

JUAN A. ROSADO CALDERON
C/ESPIRITU SANTO
# 4 INTERIOR
LOIZA, PR 00772
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 067090-Servicios Administrativo |
| Lugar: | Servicios Administrativo |
| Titulo: | Conductor de Automoviles |
| Sueldo: | $2,080.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 1 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,040.00 | 480.00 | 6,240.00 |
| Total: | | | 1,040.00 | 480.00 | 6,240.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 15.08 | 90.48 |
| Fed OASDI/Disability - EE | 43.68 | 262.08 |
| PR Withholding | 29.05 | 174.30 |
| Total: | 87.81 | 526.86 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Plan de Retiro < 4/1/90 | 79.18 | 475.08 |
| Total: | 79.18 | 475.08 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RC-Pres Cult Ret Cen-Em Clasif | 95.83 | 574.98 |
| AE-Asoc Emp ELA-Prest Regular | 189.34 | 1,117.68 |
| RC-Pres Pers Ret Cen-E Clasif | 85.05 | 510.30 |
| AE-Seguro por Muerte Asoc ELA | 3.20 | 19.20 |
| AS-DIV EMP PUBLICOS UGT | 8.66 | 51.96 |
| Ahorros-AEELA | 31.20 | 187.20 |
| Total: | 413.28 | 2,461.32 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Plan de Retiro < 4/1/90 | 96.46 | 578.76 |
| FSED Disability Plan | 38.48 | 230.88 |
| SM-Plan Medico ASES | 0.00 | 500.00 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,040.00 | 0.00 | 87.81 | 492.46 | 459.73 |
| Acumulado: | 6,240.00 | 0.00 | 526.86 | 2,936.40 | 2,776.74 |

### PTO HORAS / ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #7112903 | 459.73 |
| Total: | 459.73 |

**MENSAJE:**

---

Departamento del Trabajo
Edif. Prudencio Rivera Martinez
505 Ave. Munoz Rivera
Hato Rey, PR 00918

Fecha: 03/30/2011

Aviso No. 7112903

Cant. Deposito: **$459.73**

A la Cuenta(s) De

JUAN A. ROSADO CALDERON
C/ESPIRITU SANTO
# 4 INTERIOR
LOIZA, PR 00772
Localizacion: Servicios Administrativo

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $459.73 |
| Total: | | $459.73 |

## NO-NEGOCIABLE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico | 3:17-BK-3283 (LTS) <br><br> PROMESA Title III |
| as representative of <br><br><br> The Commonwealth of Puerto Rico, *et al.* <br><br> Debtors | (Jointly Administrated) |

## NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on April 14, 2020. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 14 de abril de 2020. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.