Jose A. Rosado Matos
7152 W. NASH St.
Milwaukee, WI 53216

Clerk's office
UNITED STATES DISTRICT COURT
Room 150 FEDERAL BLDG
SAN JUAN, P.R. 00918-1767