Torres Ayala, Ramon
Monte Brisas
4H-30 Calle 4-10
Fajardo, PR 00738

TELEFONO: 939-276-3791
EMAIL: monchito7566@gmail.com

EPIGRAFE:
1. TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

2. DEUDORES: Estado Libre Asociado de Puerto Rico (ELA), Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA), Autoridad de Carreteras y Transportación de Puerto Rico (ACT), Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SRE), Autoridad de Energía Eléctrica de Puerto Rico (AEE), Autoridad de Edificios Públicos de Puerto Rico (AEP).

3. NÚMERO DE PROCEDIMIENTO: 17 BK 3283-LTS

4. TÍTULO DE LA OBJECIÓN GLOBAL: CENTÉSIMA NONAGÉSIMA CUARTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMACIONES SATISFECHAS

5. NÚMERO DE LA EVIDENCIA DE RECLAMACIÓN: 3828

MOTIVO DE OPOSICIÓN A LA OBJECIÓN GLOBAL: Anexo A indica que el monto de $3,384 fueron depositados a mi cuenta bancaria en 7/24/2017. El planteamiento es incorrecto. Dicha transacción nunca ocurrió y por tanto someto a la corte el estado de cuenta de el mes en cuestión como evidencia para que se emita pago a mi persona.

DOCUMENTACIÓN JUSTIFICATIVA: Adjunto estado de cuenta bancaria cubriendo las fechas desde el 17 de julio de 2017 hasta el 14 de agosto de 2017.

_Ramón Torres Ayala_
Torres Ayala, Ramon

5/14/2020