**BANCO POPULAR DE PUERTO RICO**
P.O. BOX 362708
SAN JUAN  PR 00936 -2708

 **BANCO POPULAR.**

RAMON TORRES AYALA
MONTE BRISAS
4H30 CALLE 4  10
FAJARDO PR  00738


AHORRO A TODA HORA

62540

Este estado cubre sus transacciones después del   17 de julio de 2017 hasta el  14 de agosto de 2017.    Página 1

## A HORROS

### INFORMACIÓN DE BALANCE

| Balance inicial | + Créditos | + Intereses | - Débitos | - Cargos | = Balance final | Balance disponible |
|---|---|---|---|---|---|---|
| 151.76 | 1,247.82 | 0.00 | 1,390.29 | 4.00 | 5.29 | 5.29 |

| Balance diario promedio | Número de días en el ciclo | Tasa Periódica | Tasa rendimiento anual devengada |
|---|---|---|---|
| 90.60 | 28 | 0.0000000% | 00.000 % |

### CRÉDITOS REGULARES Y ELECTRÓNICOS

| Fecha | Descripción | | Cantidad | Fecha | Descripción | | Cantidad |
|---|---|---|---|---|---|---|---|
| 07-26 | **Depósito** Gandia Group Inc Dir Dep | XXXXXX0063 | 292.32 | 08-09 | **Depósito** Gandia Group Inc Dir Dep | XXXXXX0063 | 726.85 |
| 08-02 | **Depósito** Gandia Group Inc Dir Dep | XXXXXX0063 | 228.65 | | | | |

### DÉBITOS REGULARES Y ELECTRÓNICOS

| Fecha | Descripción | | Cantidad | Fecha | Descripción | | Cantidad |
|---|---|---|---|---|---|---|---|
| 07-18 | **Pago** Shell Fajardo  Fajardo  PR | 07-17  XXXXXXXXXXXX7593 | 19.95 | 07-27 | **Pago** Colmados Santa Is Fajardo  PR | 07-26  XXXXXXXXXXXX7593 | 28.18 |
| 07-18 | **Pago** Tiendas Capri 19  Humacao  PR | 07-17  XXXXXXXXXXXX7593 | 22.83 | 07-27 | **Pago** Colmados Santa Is Fajardo  PR | 07-27  XXXXXXXXXXXX7593 | 10.39 |
| 07-19 | **Pago** Panadería Monte B Fajardo  PR | 07-18  XXXXXXXXXXXX7593 | 4.00 | 07-31 | **Pago** Col y Carniceria Fajardo  PR | 07-28  XXXXXXXXXXXX7593 | 9.90 |
| 07-19 | **Pago** McDonalds System  Fajardo  PR | 07-19  XXXXXXXXXXXX7593 | 14.91 | 08-02 | **Pago** Econo Rial Fajard Fajardo  PR | 08-02  XXXXXXXXXXXX7593 | 67.69 |
| 07-20 | **Pago** Yess Tee Shirt  Fajardo  PR | 07-19  XXXXXXXXXXXX7593 | 10.00 | 08-03 | **Pago** Tiendas Capri 19  Humacao  PR | 08-03  XXXXXXXXXXXX7593 | 18.02 |
| 07-20 | **Pago** Colmados Santa Is Fajardo  PR | 07-20  XXXXXXXXXXXX7593 | 9.89 | 08-03 | **Pago** Wm Supercenter # Humacao  PR | 08-03  XXXXXXXXXXXX7593 | 10.60 |
| 07-24 | **Pago** Colmados Santa Is Fajardo  PR | 07-21  XXXXXXXXXXXX7593 | 15.31 | 08-03 | **Pago** Sams Club #6515  Humacao  PR | 08-03  XXXXXXXXXXXX7593 | 7.79 |
| 07-24 | **Pago** Colmados Santa Is Fajardo  PR | 07-22  XXXXXXXXXXXX7593 | 34.42 | 08-07 | **Pago** Colmados Santa Is Fajardo  PR | 08-05  XXXXXXXXXXXX7593 | 45.44 |
| 07-24 | **Pago** Villa Marina Wine Fajardo  PR | 07-23  XXXXXXXXXXXX7593 | 12.50 | 08-07 | **Pago** Colmados Santa Is Fajardo  PR | 08-06  XXXXXXXXXXXX7593 | 51.44 |
| 07-24 | **Pago** Econo Rial Fajard Fajardo  PR | 07-24  XXXXXXXXXXXX7593 | 6.38 | 08-07 | **Pago** Total Mango Tree  San Loren PR | 08-06  XXXXXXXXXXXX7593 | 26.96 |
| 07-26 | **Pago** AAA Ecr   Fajardo  PR | 07-26  XXXXXXXXXXXX7593 | 118.35 | 08-07 | **Pago** Auto Expreso llr  Humacao  PR | 08-07  XXXXXXXXXXXX7593 | 5.00 |
| 07-26 | **Pago** Rent-a-center #0  Fajardo | 07-26  XXXXXXXXXXXX7593 | 42.42 | 08-08 | **Retiro ATH** Puma Fajardo Service Sta  BPPR | 08-07  5590 | 20.00 |
| 07-26 | **Pago** Shoe Carnival #4  Fajardo  PR | 07-26  XXXXXXXXXXXX7593 | 11.15 | 08-09 | **Pago** AEE 74 Fajardo  Fajardo  PR | 08-09  XXXXXXXXXXXX7593 | 100.22 |
| 07-26 | **Pago** Me Salvé 103 Plaz Fajardo  PR | 07-26  XXXXXXXXXXXX7593 | 7.96 | 08-09 | **Pago** Yess Tee Shirt  Fajardo  PR | 08-09  XXXXXXXXXXXX7593 | 57.97 |
| 07-26 | **Pago** Wal-Mart #1822  Fajardo  P | 07-26  XXXXXXXXXXXX7593 | 28.00 | 08-09 | **Pago** Rent-a-center #0  Fajardo | 08-09  XXXXXXXXXXXX7593 | 42.42 |
| 07-26 | **Pago** McDonalds System  Fajardo  PR | 07-26  XXXXXXXXXXXX7593 | 11.24 | 08-09 | **Pago** Foot Locker 7060 Fajardo  PR | 08-09  XXXXXXXXXXXX7593 | 65.44 |

Aviso: Véase información importante al final de este estado.

 **BANCO POPULAR.**

RAMON TORRES AYALA

AHORRO A TODA HORA

Este estado cubre sus transacciones después del   17 de julio de 2017 hasta el 14 de agosto de 2017.   Página 2

## DÉBITOS REGULARES Y ELECTRÓNICOS

| Fecha | Descripción | Cantidad | Fecha | Descripción | Cantidad |
|---|---|---|---|---|---|
| 08-09 | **Pago** 08-09 XXXXXXXXXXXX7593 Me Salvé 103 Plaz Fajardo PR | 38.82 | 08-11 | **Pago** 08-10 XXXXXXXXXXXX7593 Puma Baralt Serv Fajardo PR | 14.89 |
| 08-09 | **Pago** 08-09 XXXXXXXXXXXX7593 Wal-Mart Store 869fajard PR | 63.80 | 08-11 | **Pago** 08-10 XXXXXXXXXXXX7593 Burger King 7161 Fajardo PR | 33.05 |
| 08-09 | **Pago** 08-09 XXXXXXXXXXXX7593 Samsclub #6515 Humacao P | 5.24 | 08-14 | **Pago** 08-12 XXXXXXXXXXXX7593 Wal-Mart #1822 Fajardo PR | 2.50 |
| 08-10 | **Retiro ATH** 08-10 9510 BPPR Luquillo 1 | 100.00 | 08-14 | **Pago** 08-12 XXXXXXXXXXXX7593 Colmados Santa Is Fajardo PR | 30.00 |
| 08-10 | **Pago** 08-09 XXXXXXXXXXXX7593 Samsclub #6515 Humacao P | 32.00 | 08-14 | **Pago** 08-12 XXXXXXXXXXXX7593 Villa Marina Wine Fajardo PR | 10.00 |
| 08-10 | **Pago** 08-09 XXXXXXXXXXXX7593 All Ways 99 Palma Humacao PR | 8.37 | 08-14 | **Pago** 08-13 XXXXXXXXXXXX7593 Econo Rial Fajard Fajardo PR | 36.06 |
| 08-10 | **Pago** 08-09 XXXXXXXXXXXX7593 Colmados Santa Is Fajardo PR | 9.89 | 08-14 | **Pago** 08-13 XXXXXXXXXXXX7593 Colmados Santa Is Fajardo PR | 30.90 |
| 08-11 | **Pago** 08-10 XXXXXXXXXXXX7593 Pan El Delfin Dor Fajardo PR | 7.50 | 08-14 | **Pago** 08-13 XXXXXXXXXXXX7593 Colmados Santa Is Fajardo PR | 14.00 |
| 08-11 | **Pago** 08-10 XXXXXXXXXXXX7593 Pan El Delfin Dor Fajardo PR | 16.50 | | | |

## CARGOS

| Fecha | Descripción | Cantidad |
|---|---|---|
| 08-14 | **Cargo por servicio ahorro** | 4.00 |

## BALANCE MÍNIMO

| Fecha | Descripción | Cantidad |
|---|---|---|
| 07-24 | **Balance mínimo durante este ciclo** | 1.57 |

## AVISO IMPORTANTE

A PARTIR DEL 23 DE SEPTIEMBRE DE 2016, ENTRARA EN VIGOR EL SIGUIENTE CAMBIO EN SU CUENTA: CARGO POR PROCESAMIENTO DE EMBARGO, SI ALGUNO; EMITIDO POR UN TRIBUNAL O AUTORIDAD GUBERRNAMENTAL A SU CUENTA, AUMENTARA DE $50 A $75.