

TORRES AYALA, RAMÓN
MONTE BRISAS
4H-30 CALLE 4-10
FAJARDO, PR 00738

2020 MAY 15 PM 4:35
RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

SECRETARÍA
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
SALA 150 EDIFICIO FEDERAL
SAN JUAN, PR 00918-1767

U.S. POSTAGE PAID
FCM LETTER
LUQUILLO, PR
00773
MAY 14, 20
AMOUNT
$6.40
R2304E105657-11

CERTIFIED MAIL
7019 0700 0001 3584 0977