Secretaria
Tribunal de Distrito de los Estados Unidos
#150 Avenida Chardon
Edificio Federal
San Juan, PR 00918

RECEIVED & FILED
2020 MAY 15  PM 4: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

13 de mayo 2020

Nelson Sanabria Cruz
PO box 347
Juncos, PR 00777

Caso # 17BK3283-LTS y reclamación #21119

**Honorable secretario del Tribunal**

Quiero presentar mi objeción sobre la reclamación del estado con numero 21119 por el total de $3,644.00 sometida en 05/22/2018. Esta indicaba que se recibió y se satisfizo mi reclamación por deposito o transferencia de mi cuenta de banco, lo cual no es correcto.

Después de revisar la información bancaria me percate que solo se depositó en la cuenta que termina en 3047 del Banco Santander de Puerto Rico la siguiente cantidad de $1,222 del cual corresponde el reintegro de mi planilla de contribución sobre ingresos del año 2017 la cantidad de $993. Dicho esto, la cantidad de la reclamación original no ha sido satisfecha por lo tanto objetamos lo que presento el demandado hoy 13 de mayo de 2020. Adjunto encontrara copia de la primera pagina de la planilla de contribución sobre ingresos del año 2017, como también copia del estado bancario del Banco Santander de Puerto Rico que termina en #3047que el indica el depósito arriba mencionado.

Atentamente

Nelson Sanabria