THIS NOTICE RELATES TO A PROOF OF CLAIM YOU FILED AGAINST THE GOVERNMENT OF PUERTO RICO IN ITS PROCEEDINGS UNDER THE PUERTO RICO OVERSIGHT, MANAGEMENT, AND ECONOMIC STABILITY ACT.

IF YOU ARE RECEIVING THIS NOTICE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.

DOCUMENTS RELATING TO THIS CLAIM OBJECTION WERE MAILED TO YOU ON APRIL 17, 2020. PURSUANT TO DETAILS SET FORTH IN EXHIBIT "C" TO THE OBJECTION, THE DEADLINE TO RESPOND IS MAY 19, 2020. PLEASE CHECK YOUR MAIL BOX. IF YOU FAIL TO PROPERLY RESPOND TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE GOVERNMENT WITHOUT FURTHER NOTICE OR HEARING.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| SANABRIA CRUZ, NELSON | 21119 | 5/22/18 | Commonwealth of Puerto Rico | $3,644.00 |
| **Docket Number** | 12867 | **Objection Title** | One Hundred Ninety-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Satisfied Claims | |
| **Reason:** | Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to a Direct Deposit dated 07/31/2017. | | | |

LA PRESENTE NOTIFICACIÓN ESTÁ RELACIONADA CON UNA EVIDENCIA DE RECLAMO QUE USTED PRESENTÓ CONTRA EL GOBIERNO DE PUERTO RICO EN EL PROCESO QUE SE SUSTANCIA EN VIRTUD DE LA LEY DE SUPERVISIÓN, ADMINISTRACIÓN Y ESTABILIDAD FINANCIERA DE PUERTO RICO.

SI USTED RECIBE ESTA NOTIFICACIÓN ES PORQUE UNO O MÁS DE LOS DEUDORES PRETENDEN DESESTIMAR SU RECLAMO POR LA RAZÓN EXPUESTA A CONTINUACIÓN.

LOS DOCUMENTOS RELACIONADOS CON ESTA OBJECIÓN DE RECLAMO LE FUERON ENVIADOS A USTED POR CORREO EL DÍA 17 DE ABRIL DE 2020. DE ACUERDO CON LOS DATOS ESTABLECIDOS EN EL ANEXO "C" A LA OBJECIÓN, LA FECHA LÍMITE PARA RESPONDER ES EL 19 DE MAYO DE 2020. SÍRVASE POR FAVOR VERIFICAR SU CASILLA DE CORREO. SI NO RESPONDE APROPIADAMENTE A LA OBJECIÓN, EL TRIBUNAL PODRÍA OTORGAR LA REPARACIÓN SOLICITADA POR EL GOBIERNO SIN PREVIO AVISO NI AUDIENCIA.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| SANABRIA CRUZ, NELSON | 21119 | 5/22/18 | Commonwealth of Puerto Rico | $3,644.00 |
| **Número de registro de actos procesales** | 12867 | **Título de la objeción** | One Hundred Ninety-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Satisfied Claims | |
| **Base para:** | La Evidencia del Reclamo reclama una obligación con base en un reembolso/devolució de impuestos. Los registros del Departamento del Tesoro indican que dicho reembolso/devolución se ha completado totalmente mediante un depósito directo de fecha 31 de julio de 2017. | | | |

- Planilla
- Estados Brerinos de Julio y agosto 2017

Formulario 482 Rev. 4 dic 17

# FORMA ÚNICA 2017
GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
2017

**PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS**
AÑO CONTRIBUTIVO 2017 O AÑO COMENZADO EL 1 de enero de 2017 Y TERMINADO EL 31 de diciembre de 2017

- Número de Serie: 1989060...
- ☐ PLANILLA ENMENDADA
- ☐ FALLECIDO DURANTE EL AÑO: ☐ CONTRIBUYENTE ☐ CÓNYUGE
- ☐ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO

**Nombre del Contribuyente:** Nelson
**Apellido Paterno:** Sanabria
**Apellido Materno:** Cruz
**Dirección Postal:** PO Box 347, Juncos, PR, Código Postal 00777-0347
**Sexo:** M
**Dirección Residencial Completa:** PO Box 347, Juncos, PR, Código Postal 00777-0347
**Teléfono del Trabajo:** 7872944900
**Correo Electrónico:** nsanabria@familia.pr.gov
**CAMBIO DE DIRECCIÓN:** No
**SOLICITÓ PRÓRROGA:** No

Sello de Recibido — Gobierno de Puerto Rico, Área de Rentas Internas — RADICADO ELECTRÓNICAMENTE 16-03-2018 07:54:57 PM — Secretario de Hacienda, Departamento de Hacienda

## Cuestionario

- A. ¿Ciudadano de Estados Unidos? **SÍ**
- B. ¿Residente de Puerto Rico durante todo el año? **SÍ**
- C. ¿Generó ingresos fuera del período de residencia en P.R.? **NO** (1. Atribuible al contribuyente $0; 2. Atribuible al cónyuge $0)
- D. ¿Otros ingresos excluidos o exentos de contribución? **SÍ** (Someta Anejo IE Individuo)
- E. ¿Individuo residente inversionista? **NO**
- F. ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal? **NO**
- G. ¿Militar activo en zona de combate durante el año contributivo? **NO**
- H. ¿Médico cualificado bajo la Ley 14-2017? **NO**

### I. FUENTE DE MAYOR INGRESO:
1. ☒ Empleado del Gobierno, Municipios, Corporaciones Públicas

### J. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
2. ☒ Contribuyente individual

**Ocupación del contribuyente:** Trabajador Social — 6245

## Reintegro
1. CONTRIBUCIÓN PAGADA EN EXCESO ............... (01) 993.00
   - A) Acreditar a la contribución estimada 2018 ........ (02) 0.00
   - B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ........ (03) 0.00
   - C) Aportación al Fondo Especial para la Universidad de Puerto Rico ........ (04) 0.00
   - D) A REINTEGRAR ........ (05) 993.00

## Pago
2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN ........ (06) 0.00
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ........ (07) 0.00
   (b) Intereses ........ (08) 0
   (c) Recargos 0 y Penalidades 0 ........ (09) 0
4. BALANCE PENDIENTE DE PAGO ........ (10) 0.00

## Depósito
**AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO**
- Tipo de cuenta: ☒ Cheques ☐ Ahorros
- Número de ruta/tránsito: 021502341
- Número de su cuenta: 3107173047
- Cuenta a nombre de: Nelson Sanabria Cruz

**Firma del Contribuyente:** Firmada Electrónicamente
**Fecha:** 16-03-2018

NOTA AL CONTRIBUYENTE: ☒ No

Número Confirmación: 0316201807514B9F82989060
Período de Conservación: Diez (10) años



# ESTADO DE CUENTA



NELSON SANABRIA CRUZ
PO BOX 347
JUNCOS PR 00777-0347

Página 1
Número de cuenta 3XXXXX3047
Desde 10 Jul 2017
Hasta 09 Ago 2017

| | |
|---|---|
| Total de depósitos en el Banco | $1,009.74 |
| Total de préstamos en el Banco | $0.00 |

Para preguntas llamar a **BANCO EN CASA:** 787-281-2000 ó 1-800-726-8263 | **PYMES:** 787-777-4100

Convierta su estado de cuenta en energía. Solicítelo electrónicamente por Santandernet eBanking. Refiérase al Acuerdo Estados de Cuenta Electrónico.



## TODO SANTANDER

Número de cuenta 3XXXXX3047

| | | |
|---|---|---|
| Balance inicial | | $ 8.66 |
| Depósitos y otros créditos | 8 | + 4,780.84 |
| Cheques pagados y otros retiros | 25 | - 3,779.76 |
| Balance final | | $ 1,009.74 |

### Información de intereses

Intereses ganados $  0.00 basado en un período de 30 Días.
Con una tasa anual de rendimiento devengado de  0.00 %.

### Resumen de depósitos

| Fecha | Cantidad | Fecha | Cantidad |
|---|---|---|---|
| 08/02 | 660.00 | | |

### Resumen de créditos

| Fecha | Descripción | Cantidad |
|---|---|---|
| 07/10 | Balance Cobrado - 8 | |
| 07/10 | Bal. Compens. 0.00 | |
| 07/10 | Tasa de int. nominal 0.000 % | |
| 07/11 | Balance Cobrado - 541 | |
| 07/11 | ACH RECEIVED TRANSACTION CR 02/XXSOC SEC  SSA  TREAS 310  ANGELINA | 535.00 |
| 07/12 | Balance Cobrado - 1,156 | |
| 07/12 | ACH RECEIVED TRANSACTION CR 01/NOM-SUELDO ADM FAM NINOS  SANABRIA CRUZ,NELSON | 88.34 |
| 07/12 | ACH RECEIVED TRANSACTION CR 01/NOM-SUELDO ADM FAM NINOS  SANABRIA CRUZ,NELSON | 826.08 |
| 07/13 | Balance Cobrado - 656 | |
| 07/14 | Balance Cobrado - 156 | |
| 07/17 | Balance Cobrado - 15 | |
| 07/19 | Balance Cobrado - 7 | |
| 07/26 | Balance Cobrado - 921 | |
| 07/26 | ACH RECEIVED TRANSACTION CR 01/NOM-SUELDO ADM FAM NINOS  SANABRIA CRUZ,NELSON | 88.34 |
| 07/26 | ACH RECEIVED TRANSACTION CR 01/NOM-SUELDO ADM FAM NINOS  SANABRIA CRUZ,NELSON | 826.08 |
| 07/27 | Balance Cobrado - 606 | |
| 07/28 | Balance Cobrado - 595 | |
| 07/31 | Balance Cobrado - 159 | |
| 08/01 | Balance Cobrado - 1,381 | |
| 08/01 | ACH RECEIVED TRANSACTION CR 01/REINTEGRO  DEPTO. HACIENDA  NELSON SANABRIA CRUZ | 1,222.00 |
| 08/02 | Balance Cobrado - 1,929 | |
| 08/03 | Balance Cobrado - 1,821 | |
| 08/04 | Balance Cobrado - 1,709 | |
| 08/07 | Balance Cobrado - 1,043 | |
| 08/08 | Balance Cobrado - 1,547 | |

PO Box 362589, San Juan, Puerto Rico 00936-2589

Miembro FDIC