Nelson Sanabria Cruz
PO Box 347
Juncos PR 00777

Tribunal de Distrito de Estados Unidos
#150 Avenida Chardón
Edificio Federal
San Juan P.R. 00918

U.S. POSTAGE PAID
FCM LETTER
HUMACAO, PR
00791
MAY 14, 20
AMOUNT
**$6.95**
R2305K134229-03

SAN JUAN
PR 102
14
PM 1
1000
00918

2020 MAY 15 PM 4: 35
CLERK'S OFFICE
US DISTRICT

**CERTIFIED MAIL**

7019 1640 0001 6883 3621

00918-170555