29 de abril de 2020

RECEIVED & FILED

2020 MAY 15  PM 4: 35

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Como es de su conocimiento, en Puerto Rico estamos siendo  afectados  por una serie de terremotos y por la pandemia del coronavirus. El presidente de los Estados Unidos, Donald Trump declaro a Puerto Rico zona de desastre. Por tal motivo he tenido incovenientes para recopilar toda la evidencia de reclamación necesaria y hacerselas llegar ya que las oficinas y dependencias del Gobierno de Puerto Rico permanecen cerradas.

Los casos son los siguientes:

    1-Deudor el Departamento del Estado Libre Asociado De Puerto Rico, ley 89, numero de reclamación  133425

    2-Deudor Sistema de Retiro de los empleados del Gobierno del Estado Libre Asociado de Puerto Rico  Ley 9  Número de reclamación _ 126214

Todos fueron presentados el 28 de junio de 2018.

Solicito una extensión de la gestión y justificación que les estoy presentando por escrito y tomen en consideración dicha causa y procedan a validar mis evidencias enviadas. Sin mas nada, queda de ustedes atentamente,

Sara L. Lopez Cartagena

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767



RECEIVED & FILED

2020 MAY 15 PM 4: 35

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 178 K 3283-LTS

One hundred twenty –seventh OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of claim- 133425

126214

Name and Address

Sara L. López Cartagena

Urb. Mariolga H-11 calle San Bernardo

Caguas, Puerto Rico  00725

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico y al Departamento de Educación de Puerto Rico.

Ley 89 de 1984- Romerazo

Años reclamados- 21 anos

Cantidad reclamada- $25,200

Ley 9 del año 2007

Años reclamados- 9

Cantidad reclamada- $4,755.51


Adjunto evidencia en réplica a la información solicitada

1-certificación de la Junta de Retiro para maestros de Puerto Rico

2-Cómputos de Ley 89- Romerazo

3-Cómputos Ley 9 del Retiro de maestros


Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente especificadas.


Nombre: Sara L. Lopez Cartagena

Firma: _Sara L. López Cartagena_                    Fecha: 29 de abril de 2020