**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Sara L. Lopez Cartagena**, con número de seguro social que termina en **4925**.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 31 de diciembre de 1998 |
| Tiempo Cotizado para la Pensión | 34 años, 3 meses, 3 semanas, 4 días |
| Pensión Mensual Inicial | $1,585.17 |
| Pensión Mensual Actual | $1,681.71 |

Esta certificación se expide hoy, **9 de marzo de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879
787.777.1414    787.764.6910    www.srm.pr.gov


SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro