From; Sara L. Lim...
urb. Mariolga H-11 calle San Bernardo H-11
Caguas, P.R. 00725

U.S. POSTAGE PAID
FCM LETTER
CAGUAS, PR
00725
MAY 13, 20
AMOUNT
**$6.40**
R2304M116337-66

1000     00918

rn Swallow

RECEIVED
2020 MAY 15 PM 4:05
CLERK'S OFFICE
U.S. D...
SAN...

To: Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**®