IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor | CIVIL NO.: 17-BK-03283 (LTS)<br><br>PROMESA<br><br>TITLE III |

RESPONSE AND RESERVATION OF RIGHTS IN OPPOSITION TO THE ONE HUNDRED EIGHTY-FOURTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE PUERTO RICO ELECTRIC POWER AUTHORITY TO SUBSEQUENTLY AMENDED CLAIMS
[ECF NO. 12850]

TO THE HONORABLE COURT:

COMES NOW creditor Power Technologies Corp., through the undersigned counsel, and respectfully responds in opposition to the One Hundred Eighty-fourth Omnibus Objection (Non-substantive) of the Puerto Rico Electric Power Authority to Subsequently Amended Claims [ECF NO. 12850] ("the Objection"), and states and prays as follows:

1. The Puerto Rico Electric Power Authority ("PREPA"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), has objected to creditor Power Technologies Corp.'s timely filed proofs of claim as duplicative.

2. In the Objection PREPA states that the Objection seeks exclusively to disallow, in accordance with Federal Rule of Bankruptcy Procedure 3007(d)(3) and the Amended Omnibus Objection Procedures, claims that have been superseded by a subsequent proof or proofs of claim filed in the PREPA Title III Case.

3. Power Technologies did file proof of claims number 10965 and 10971, which were later amended and superseded by proof of claim number 38197, rendering its original claims duplicative.

4. PREPA has identified claim number 38197 as the Remaining Amended Claim, asserting that the holders of the Claims to Be Disallowed will not be prejudiced by the disallowance of their claims because they will each retain a Remaining Amended Claim against PREPA and because any supporting documentation attached to the Claims to Be Disallowed will be considered when reconciling the Remaining Amended Claims.

5. Power Technologies does not object to the non-substantive disallowance of the duplicative claims it filed against the Commonwealth, contingent on a finding that the Remaining Amended Claim no. 38197 is *prima facie* valid, pursuant to 11 U.S.C. §502(a). Power Technologies expressly reserves any rights in connection therewith and requests that, to the extent any argument is made regarding any procedural disallowance of claims, the non-substantive disallowance requested by PREPA should not prejudice Power Technologies's rights and claims, which were and are expressly reserved.

I HEREBY CERTIFY that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record, and served a copy of the same via e-mail to Counsel for the Oversight Board and to the Creditors' Committee.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, on this 18th day of May, 2020.

                                               Capital Center Building, South Tower
                                               239 Arterial Hostos Ave., Suite 900
                                               San Juan, Puerto Rico 00918-1400
                                               Tel. (787) 753-0884
                                               Fax (787) 753-4821

                                               *s/Fernando E. Longo Quiñones*
                                               Fernando E. Longo Quiñones
                                               USDC 208306
                                               *flongoquinones@reclawservices.com*