LAW OFFICES
# IVONNE GONZÁLEZ MORALES

P.O. BOX 9021828
SAN JUAN
PUERTO RICO 00902-1828
TEL. (787) 724-5323 y 410-0119
FAX (787) 200-5927

GALLARDO BLDG.
SUITE 305
301 RECINTO SUR ST.
OLD SAN JUAN, PUERTO RICO 00902

23 de julio de 2014

Notificada por Correo Electrónico

Lcdo. Manuel J. Díaz Lugo
Departamento de Justicia
Apartado 9020192
San Juan, Puerto Rico 00902-0192

RE: Jeannette Abrams y otros
vs. DTOP, K AC 2005-5021:
solicitud pago sentencia

Estimado Lcdo. Díaz Lugo:

Por la presente volvemos a darle seguimiento a nuestra solicitud para requerir el pago de la Sentencia dictada en el caso de referencia, con los correspondientes intereses legales acumulados. Además, se les realice a los empleados los ajustes de salarios que corresponden en derecho y de forma que la retribución de éstos se corrija definitivamente y de ese modo, no siga acumulándose la deuda.

A los efectos de nuestra salocitud, y aunque entiendo que la situación fiscal actual es difícil, traemos a su consideración la reciente aprobación de la Ley Núm. 78 del año 2014 y Ley 66 sobre Sustentabilidad Fiscal, donde se asignan fondos para el pago de Sentencias. Toda vez que dichas leyes proveen partidas no comprometidas, solicitamos que con carácter de urgencia, se le requiera al Secretario del DTOP, identifique los fondos asignados disponibles, y tramitar con la OGP, la correspondiente petición para que se autorice la asignación de una suma no menor de 3,000,000.00 según provisto en las leyes identificadas, y de esa forma, ir abonando a la deuda que mantiene el Departamento con los empleados en el caso de referencia. Además, se nos acredite dentro del término de 20 días, que efectivamente se tramitó la solicitud.

Le recordamos, que la prtesente solicitud, según establecido bajo nuestro ordenamiento laboral y jurisprudencia, por tratarse de salarios adeudados a empleados, tiene alta prioridad sobre cualquier otra deuda que el ESTADO pueda tener. Por tal razón, recabamos su inmediata intervención, pues llevamos años requiriendo el pago de los salarios que injustamente se les retuvo a lps demandantes del caso de referencia y esperando se les haga justicia.

Dándole las gracias por su cooperación y pronta respuesta, cordialmente.


Ivonne González Morales
Carla Arraíza González


CC. Secretario DTOP
    Oficina Finanza y Presupuesto DTOP

## MEMORANDO EXPLICATIVO

| | |
|---|---|
| A: | DEMANDANTES CASOS<br>JEANNETE ABRAMS DIAZ Y OTROS, v DTOP, K AC2005-5021<br>JUAN PEREZ COLON Y OTROS v DTOP K AC 1990-0487 |
| DE: | LCDA. IVONNE GONZALEZ MORALES |
| FECHA: | 31 julio de 2017 |
| ASUNTO: | LEY PROMESA, caso: The Financial Oversight and Management Board for Puerto Rico, el at. as representative of The Commonwealth of Puerto Rico, Title III, No. 17BK 3283- LTS. |

Como es de su conocimiento, el 3 de mayo de 2017, el ELA presentó una Petición de Quiebra ante la Corte Federal del Distrito de Puerto Rico.

A los efectos, es importante que conozcan que la Ley PROMESA expresamente prohíbe el comienzo o la continuación de cualquier procedimiento de cobro de dinero que este ventilándose contra GOBIERNO ante los tribunales o foros administrativos y dispone para que todo trámite de cobro quede automáticamente paralizado. Esto significa que los tribunales locales pierden jurisdicción para ordenar al Gobierno [DTOP] les pague la Sentencia. El propósito de la paralización es para asegurar que todas las personas a quienes el Gobierno les debe dinero, tengan que comparecer ante el Tribunal federal de Quiebras para reclamar el pago. De esa forma, se asegura que se efectúe una distribución equitativa entre los acreedores, de acuerdo con las leyes y reglamentos federales aplicables y facilitar la restructuración de la deuda que tiene el gobierno.

A esta fecha, la mayoría de ustedes, deben haber comenzado a recibir una notificación sobre la Quiebra presentada titulada "Notificación de Comienzo de Procesos bajo el Título III de PROMESA, emisión de Orden concediendo remedios y otros asuntos relacionados", donde se les notifica sobre el proceso y teléfonos donde pueden solicitar orientación.

Esto constituye la notificación oficial que le están haciendo a ustedes de que están incluidos como acreedores en el proceso de reestructuración del Gobierno de Puerto Rico, un requisito de la Reglas de Procedimiento de Quiebra, ya que el ELA le deben a ustedes el pago que le corresponde de la Sentencia dictada a su favor en el caso de <u>Jeannete Abrams Díaz y otros v ELA y DTOP</u>; y/o <u>Juan Perez Colón v DTOP</u> y que, según indicado, todas las gestiones de cobro quedaron paralizadas, irrespectivamente de que3 se trate de sentencias finales y firmes. Su reclamación se dilucidará ante la juez Laura Taylor Swain en el Tribunal Federal bajo el Título III. El posible pago de su deuda se determinará en el Plan de Ajuste de Deudas que presentara la Junta de Supervisión Fiscal, como representante del ELA, y que será aprobado por el Tribunal Federal.

Por tal razón, para obtener el pago de la Sentencia en los casos de referencia, es necesario radicar la correspondiente solicitud ante el Tribunal de Quiebras y acreditar las sumas individuales específicas y beneficios, que se les adeuda. El propósito del presente Memorando es informarles que estaremos realizando ante el tribunal federal de Quiebras gestiones para obtener el cobro de las Sentencias en los casos de Jeannete Abrams y Juan Pérez Colón y hacerles llegar documento sobre Autorización para que lo firmen y lo remitan a la dirección que se indica, **en o antes del 20 de agosto de 2017**

                                        Lcda. Ivonne González Morales
                                             P.O. Box 9021828
                                     San Juan, Puerto Rico 00902-1828

Se les informa además, que por la magnitud y complejidad del caso de Quiebra radicado por el ELA, puede tardar varios años en resolverse. Por lo que es **MUY IMPORTANTE** que mantengan actualizados sus datos de dirección, teléfono y correo electrónico. Como siempre, quedamos a sus ordenes.

AGREEMENT FOR REPRESENTATION AND TO SERVE AS ADMINISTRATIVE AGENT

I, _Angel M. Orlandi Gómez_ of legal age, (✓) married (__) single, (✓) employee, (__) retired and resident at _____ herein state that I am a claimant in civil case IN RE: The Financial Oversight and Management Board of Puerto Rico, PROMESA Title III, case No. 17BK 3283-LTS.

I hereby declare that I was awarded a back pay judgment in the case of Jeannete Abrams Diaz vs. ELA y DTOP, K AC 2005-5021, entered by the Superior Court San Juan, P.R., due to the Commonwealth's violations of wage Laws and Regulations.

To represent me in Bankruptcy case No. 17BK 3283-LTS and perform any role and determinations that would be necessary to collect and distribute any money due to me pursuant of the judgment entered in the case Jeannete Abrams Diaz vs. ELA and DTOP, supra., I hereby appoint Ivonne González Morales, Esq. at P O Box 9021828, San Juan, Puerto Rico 00902-1828, telephone: 787-410-0119, ivonnegm@prw.net.

Also, I herein ratify the legal service contract subscribed by me and expressly authorize the Title III trustee to pay directly 25% from the payment(s) that I will receive in case No. 17BK 3283-LTS, to my attorney Ivonne González Morales.

I agree to pay the expenses, costs and fees that will be incurred in case No. 17BK 3283-LTS, as they become due and within 30 days of receiving the payment request.

I certify that I have received orientation concerning this authorization and had the opportunity to study and discuss its contents and agree with its terms. I sign this authorization and agreement freely and voluntarily.

_August 10 2017_
Date

_AMOrland._
Signature

oooo xxx oooo  xxx oooo xxx oooo xxx oooo xxx oooo xxx oooo xxx  oooo xxx oooo xxx oooo  xxx oooo

ACUERDO DE REPRESENTACION Y AUTORIZACION PARA ACTUAR COMO AGENTE ADMINISTRATIVO

Yo, _Angel M. Orlandi Gómez_ (letra molde), (✓) mayor de edad, (__) casado (__) soltero, (✓) empleado DTOP (__) retirado/inactivo y (dirección postal): _____

por la presente declare que soy un acreedor en el caso IN RE: The Financial Oversight and Management Board of Puerto Rico, PROMESA Title III, case No. 17BK 3283-LTS.

Por la presente designo a la Ivonne González Morales, Esq. at P O Box 9021828, San Juan, Puerto Rico 00902-1828, teléfono: 787-410-0119, ivonnegm@prw.net para que me represente en el caso No. 17BK 3283-LTS ante el Tribunal de Quiebras de PR y realice todas las gestiones, determinaciones y role que sean necesarios para cobrar y distribuir cualquier suma de dinero que me corresponda en pago de la Sentencia dictada en el caso de Jeannete Abrams Díaz vs. ELA and DTOP, supra.

A los efectos, ratifico el contrato de servicios profesionales suscrito por mí y expresamente autorizo al Síndico del Title III a pagar directamente a mi abogada, Lcda. Ivonne González Morales el 25% de los pagos que reciba en el caso No. 17BK 3283-LTS.

También acuerdo pagar todos los gastos, costas, peritos que se incurran en la tramitación del caso No. 17BK 3283-LTS, dentro del término de 30 días del recibo del requerimiento de pago.

Certifico que he recibido orientación relacionada a la presente autorización y que he tenido la oportunidad de estudiar y discutir su contenido y estoy conforme con sus términos y la firmo de forma libre y voluntaria.

_Agosto 10 2017_
Fecha

_AMOrland._
Firma