Orlando Gómez Landrim
HC01 Box 4301
Arroyo, P.R. 00714

RECEIVED & FILED
2020 MAY 15 PM 4:36

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Secretaría
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan Puerto Rico 00918-1767

14 MAY 2020 PM 1 L

00918&9999