ANGEL L JIMENEZ JIMENEZ
HC 7 76646
SAN SEBASTIAN, PR 00685

SAN JUAN PR
14 MAY 2020 PM 1 L

RECEIVED & FILED
2020 MAY 15 PM 4 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P R

SECRETARIA DE JUNTA DE SUPERVICION
ROOM 150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO 00918-1767