

JOSE A GONZALEZ AVILES
HC 7 BOX 76396
SAN SEBASTIAN, PR 00685

SAN JUAN PR 009
14 MAY 2020 PM 1 L

RECEIVED & FILED
2020 MAY 15 PM 4: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

SECRETARIA DE JUNTA DE SUPERVISION
ROOM 150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO 00918-1767