EXHIBIT C

Notice

| NAME | CLAIME | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| CHAPARRO CRESPO, CAROLYN | 27885 | 5/25/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $112,641.12 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados de Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III | | |

Por este medio someto mi objeción sobre la base antes expuesta y adjunto el documento de respaldo del **ESTADO DE CUENTA ESTIMADO** Otorgado por la agencia :407 – **ADMINISTRACION DE FAMILIAS Y NIÑOS**, al 3 de febrero de 2020

Carolyn Chaparro Crespo

Redacted7932

Número de celular

(787) 340-5137

RECEIVED & FILED
2020 MAY 15 PM 4: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN