Carolyn Chaparro
P.O. Box 31348
San Juan, Puerto Rico
00929-9

U.S. POSTAGE PAID
FCM LETTER
BAYAMON, PR
00959
MAY 14, 20
AMOUNT
$6.40
R2305M149066-15

Clerk's Office
United States District Court
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918

RECEIVED
2020 MAY 15 PM 4:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

CERTIFIED MAIL

7019 0700 0001 5948 5239