ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SUBSECCION DE DISTRITO
SALA DE SAN SEBASTIAN

| | |
|---|---|
| AB-INTESTATO | CIVIL NÚM.: A2CI200400702 |
| SUCN. PATRICIA LOUISE KLIMEZEK SZOTT, conocida por PATRICIA KLIMEZEK SZOTT, PATRICIA L. KLIMEZEK, PATRICIA LOUISE KLIMEZEK, PATRICIA KLIMEZEK, PATRICIA L. KLIMEZEK SZOTT | SOBRE |
| (Seguro Social REDACTED -6588) | DECLARATORIA DE HEREDEROS |
| SARAY NATALIA VEGA KLIMEZEK | |
| PETICIONARIA EX PARTE | |

## RESOLUCIONES

**POR CUANTO:** La peticionaria en el caso de epígrafe ha radicado una petición para que este Tribunal declare los herederos de **PATRICIA LOUISE KLIMEZEK SZOTT**, conocida por **PATRICIA KLIMEZEK SZOTT, PATRICIA L. KLIMEZEK, PATRICIA LOUISE KLIMEZEK, PATRICIA KLIMEZEK, PATRICIA L. KLIMEZEK SZOTT**, quien falleció el 2 de septiembre de 2004 en San Sebastián, Puerto Rico, siendo divorciada y dejando bienes sujetos a partición en San Sebastián, Puerto Rico y sin haber dejado disposición testamentaria alguna.

**POR CUANTO:** Este Tribunal ha considerado la prueba documental ofrecida sin necesidad de vista a tenor con la Ley Núm. 203 del 31 de junio de 1974, y la misma establece los hechos alegados en la petición.

**POR TANTO:** Este Tribunal declara únicos y universales herederos ad-intestato de la causante A SUS HIJA: **SARAY NATALIA VEGA KLIMEZEK**.

DADA en San Sebastián, Puerto Rico, a 20 de octubre de 2004.

_____
JUEZ DEL TRIBUNAL DE INSTANCIA
ANGEL J. NUÑEZ VELEZ
JUEZ SUPERIOR

EN EL REGISTRO DE LA PROPIEDAD DE PUERTO RICO
SECCION DE SAN SEBASTIAN

SUCESION DE:

SUCN. PATRICIA LOUISE KLIMEZEK SZOTT, conocida por PATRICIA KLIMEZEK SZOTT, PATRICIA L. KLIMEZEK, PATRICIA LOUISE KLIMEZEK, PATRICIA KLIMEZEK, PATRICIA L. KLIMEZEK SZOTT

(Seguro Social REDACTED-6588)

SARAY NATALIA VEGA KLIMEZEK
(Seguro Social: REDACTED-1766)

PETICIONARIO

INSCRIPCION DE BIENES HEREDITARIOS



## INSTANCIA

AL(A) HONORABLE REGISTRADOR (A)

Comparéce la sucesión de PATRICIA LOUISE KLIMEZEK SZOTT, conocida por PATRICIA KLIMEZEK SZOTT, PATRICIA L. KLIMEZEK, PATRICIA LOUISE KLIMEZEK, PATRICIA KLIMEZEK, PATRICIA L. KLIMEZEK SZOTT, representada por el abogado que suscribe y ante usted muy respetuosamente expone, alega y solicita:

1. Que la peticionaria doña SARAY NATALIA VEGA KLIMEZEK, seguro social número REDACTED 1766, es mayor de edad, soltera, estudiante, y vecina de San Sebastián, Puerto Rico.

2. Que doña SUCN. PATRICIA LOUISE KLIMEZEK SZOTT, conocida por PATRICIA KLIMEZEK SZOTT, PATRICIA L. KLIMEZEK, PATRICIA LOUISE KLIMEZEK, PATRICIA KLIMEZEK, PATRICIA L. KLIMEZEK SZOTT era dueña en pleno dominio y de forma privativa de una propiedad ubicada en San Sebastián la que se describe:

--URBANA: Solar número veintitrés (23) del Bloque "A" de la Urbanización Jardines de Venturini, radicada en el Barrio Piedras Blancas, del término municipal de San Sebastián, con un área superficial de **TRESCIENTOS OCHENTA Y DOS PUNTO TREINTA Y SIETE METROS CUADRADOS (382.37 m.c.)**. En lindes por el **NORTE**, en una distancia de once metros con la calle número tres (3) de la urbanización; por el **SUR**, en una distancia de diecisiete punto noventa metros más seis punto setenta metros con faja de seguridad; por el **ESTE**, en una distancia de veintitrés punto cincuenta y cinco metros con el solar número veinticuatro del Bloque A de la urbanización, y

1

por el **OESTE**, en una distancia de diecinueve punto cero uno metros con el solar número veintidós del bloque A de la urbanización. Enclava una casa de concreto consistente de sala, comedor, cocina, tres cuartos dormitorios, un cuarto de baño, balcón y marquesina y contiene nevera, estufa, gabinetes de cocina y calentador de agua."

Inscrita al Folio 065, Tomo 432 de San Sebastián, Finca número 8,673 inscripción 6ta.-------------------------------------

3. Que al fallecer PATRICIA LOUISE KLIMEZEK SZOTT, conocida por PATRICIA KLIMEZEK SZOTT, PATRICIA L. KLIMEZEK, PATRICIA LOUISE KLIMEZEK, PATRICIA KLIMEZEK, PATRICIA L. KLIMEZEK SZOTT estaba divorciada y dejó como única y universal heredera a sus hija: SARAY NATALIA VEGA KLIMEZEK, seguro social número REDACTED 766, es mayor de edad, soltera, estudiante, y vecina de San Sebastián, Puerto Rico.

Ello según Declaratoria de Herederos dictada por el Honorable Tribunal de Distrito, Sala de San Sebastián, en el caso civil número A2CI2004-00702 con fecha del 20 de octubre de 2004.

4. Que doña PATRICIA LOUISE KLIMEZEK SZOTT, conocida por PATRICIA KLIMEZEK SZOTT, PATRICIA L. KLIMEZEK, PATRICIA LOUISE KLIMEZEK, PATRICIA KLIMEZEK, PATRICIA L. KLIMEZEK SZOTT falleció el día 20 de octubre de 2004 en San Sebastián, Puerto Rico. Que no aparece deuda alguna en la Administración para el Sustento de Menores (ASUME) conforme la certificación que se acompaña.

5. Que la persona mencionada en el inciso tres (3) anterior SARAY NATALIA VEGA KLIMEZEK, adviene dueña de dicha propiedad al fallecer doña PATRICIA LOUISE KLIMEZEK SZOTT, conocida por PATRICIA KLIMEZEK SZOTT, PATRICIA L. KLIMEZEK, PATRICIA LOUISE KLIMEZEK, PATRICIA KLIMEZEK, PATRICIA L. KLIMEZEK SZOTT según Declaratoria de Herederos dictada por el Honorable Tribunal de Distrito, Sala de San Sebastián, en el caso civil número A2CI2004-00702 con fecha del 20 de octubre de 2004, y fueron relevados del pago de contribución por herencia en el caso # 0461435000013.

POR TODO LO CUAL, Se solicita del Honorable Registrador de la Propiedad inscriba la propiedad descrita en comunidad a favor de : SARAY NATALIA VEGA KLIMEZEK.

2

En San Sebastián, Puerto Rico, a 21 de julio de 2006.

_[signature]_

LCDO. JOSÉ ÁNGEL ORTIZ PÉREZ
NOTARIO PUBLICO 7545



