

P.O. Box 3116
San Sebastián, P.R. 00685

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
(United States District Court)
Sala 150 Edificio Federal
San Juan (Puerto Rico)
00918-1767