In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Sixth - Seventh Fee Period Applications RECOMMENDED:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | | Interim Expenses Recommended for Approval | |
|---|---|---|---|---|---|---|---|---|---|---|
| | *Sixth Interim Fee Period (February 1 - May 31, 2019)* | | | | | | | | | |
| | *Puerto Rico Counsel to FOMB* | | | | | | | | | |
| 1 | **O'Neill & Borges LLC [Dkt. No. 8539]** | 2/1 - 5/31/2019 | $ 310,485.60 | $ 1,117.55 | $ 4,808.81 | $ - | $ 309,368.05 | | $ 4,808.81 | |
| | *Seventh Interim Fee Period (June 1 - September 30, 2019)* | | | | | | | | | |
| | *Puerto Rico Counsel for the Official Committee of Retired Employees* | | | | | | | | | |
| 2 | **Bennazar, Garcia & Milian, C.S.P. [Dkt. No. 9176]** | 6/1 - 9/30/2019 | $ 341,445.00 | $ 720.00 | $ 2,316.39 | $ 72.00 | $ 340,725.00 | | $ 2,244.39 | |
| | *Consulting Services to FOMB* | | | | | | | | | |
| 3 | **Berkeley Research Group, LLC [Dkt. No. 9305 and 17-4780 Dkt. No. 1770]** | 6/13 - 9/30/2019 | $ 665,101.35 | $ 4,185.00 | $ 9,174.47 | $ 384.42 | $ 660,916.35 | | $ 8,790.05 | |
| | *Economic Consultant to Proskauer Rose as legal counsel to FOMB* | | | | | | | | | |
| 4 | **Brattle Group, Inc., The [Dkt. No. 9144]** | 6/1 - 9/30/2019 | $ 197,775.87 | $ 730.96 | $ - | $ - | $ 197,044.91 | | $ - | |
| | *Financial Advisor to the FOMB Special Claims Committee- Commonwealth* | | | | | | | | | |
| 5-a | **DiCicco, Gulman & Company LLP [Dkt. No. 9314]** | 6/1 - 9/30/2019 | $ 1,556,550.00 | $ 24,090.50 | $ - | $ - | $ 1,532,459.50 | | $ - | |
| | *Financial Advisor to the FOMB Special Claims Committee - HTA* | | | | | | | | | |
| 5-b | **DiCicco, Gulman & Company LLP [17-3567 Dkt. No. 652]** | 6/1 - 9/30/2019 | $ 135,675.00 | $ - | $ - | $ - | $ 135,675.00 | | $ - | |
| | *Financial Advisor to the FOMB Special Claims Committee - ERS* | | | | | | | | | |
| 5-c | **DiCicco, Gulman & Company LLP [17-3566 Dkt. No. 715]** | 6/1 - 9/30/2019 | $ 146,550.00 | $ - | $ - | $ - | $ 146,550.00 | | $ - | |
| | *Financial Advisor to the FOMB Special Claims Committee - PREPA* | | | | | | | | | |
| 5-d | **DiCicco, Gulman & Company LLP [17-4780 Dkt. No. 1776]** | 6/1 - 9/30/2019 | $ 370,012.50 | $ - | $ - | $ - | $ 370,012.50 | | $ - | |
| | *Financial Advisor for the Official Committee of Retired Employees* | | | | | | | | | |
| 6 | **FTI Consulting, Inc. [Dkt. No. 9181]** | 6/1 - 9/30/2019 | $ 941,221.00 | $ 40,000.00 | $ 17,787.53 | $ - | $ 901,221.00 | | $ 17,787.53 | |
| | *Counsel to the Official Committee of Retired Employees* | | | | | | | | | |
| 7 | **Jenner & Block LLP [Dkt. No. 9207]** | 6/1 - 9/30/2019 | $ 1,994,019.44 | $ 32,362.93 | $ 111,143.17 | $ 2,840.88 | $ 1,961,656.51 | | $ 108,302.29 | |
| | *Counsel to the Official Committee of Unsecured Creditors* | | | | | | | | | |
| 8 | **Paul Hastings LLP [Dkt. No. 9219]** | 6/1 - 9/30/2019 | $ 7,465,708.00 | $ 330,016.37 | $ 901,536.23 | $ 515,986.89 | $ 7,135,691.63 | FN1 | $ 384,942.38 | FN2 |
| | *Actuaries and Consultants for the Official Committee of Retired Employees* | | | | | | | | | |
| 9 | **Segal Consulting [Dkt. No. 9182]** | 6/1 - 9/30/2019 | $ 268,005.00 | $ 1,794.68 | $ - | $ - | $ 266,210.32 | | $ - | |
| | *Financial Advisor to the Official Committee of Unsecured Creditors* | | | | | | | | | |
| 10 | **Zolfo Cooper, LLC [Dkt. No. 9218]** | 6/1 - 9/30/2019 | $ 1,805,373.10 | $ 31,793.25 | $ 1,141.63 | $ - | $ 1,681,623.35 | FN 3 | $ 1,141.63 | |

**FN1** - The recommended fee adjustments consist of (a) stipulated fee reductions in the aggregate amount of $218,444.37 and (b) $111,572.00 in Paul Hastings' fees related to the expert report prepared by London Economics International, which fees the Fee Examiner and Paul Hastings have agreed to provisionally defer, as discussions with the Fee Examiner on these fees continue.  The Fee Examiner recommends that, for the seventh interim fee period, and only this period, the foregoing stipulated fee reductions, other than $99,027.94, on account of certain negotiated reductions, be included within the overall 20 percent reduction, as agreed by Paul Hastings LLP, in total fees sought by Paul Hastings LLP as part of its final fee application, which fee application is subject to Court approval.  To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are authorized and directed to pay Paul Hastings LLP 80 percent of the fees in the amount of $7,166,265.89 (i.e., $ 7,465,708.00 minus (a) the aforementioned $99,027.94, (b) $88,842.17 for fee reductions pursuant to the order approving Paul Hastings' Fifth Interim Fee Application, and (c) $111,572.00 in deferred fees) for services rendered during the Compensation Period.  Pending resolution of the deferred fees, Paul Hastings may retain the payments on account of such fees and, moreover, reserves all its rights regarding the reasonableness of such fees.

**FN2** - The Fee Examiner and Paul Hastings have agreed to provisionally defer $515,438.58 in expenses related to the expert report prepared by London Economics International, as discussions with the Fee Examiner on these expenses continue.  To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are authorized and directed to pay Paul Hastings LLP expenses in the amount of $384,942.38 (i.e., $901,536.23 minus (a) a stipulated expense reduction in the amount of $548.31, (b) a credit of $606.96 for expense reductions pursuant to the order approving Paul Hastings' Fifth Interim Fee Application, and (c) $515,438.58 in deferred expenses) for services rendered during the Compensation Period.  Pending resolution of the deferred expenses, Paul Hastings and London Economics International may retain the payments on account of such expenses and, moreover, reserve all their rights regarding the reasonableness of such expenses.

**FN3** - The Fee Examiner and Zolfo Cooper have agreed to provisionally defer $91,956.50 in fees related to the expert report prepared by London Economics International, as discussions with the Fee Examiner on these fees continue.