Mayo 12, 2020

(1) De: Mayra I. Torres Rosa (Reclamante)
Urb. Fajardo Gardens #199
Calle Laurel, Fajardo P.R. 00738
Tel. 787-590-3769 ó 787-340-3248
Correo electrónico: mayratorres1961@gmail.com

(2) A: Secretaria (Clerk's Office)
Tribunal de Distrito de los E.U.
The Commonwealth of P.R. (Debtor)
Número: 17BK03283 LTS
Reclamo: Reembolso de impuestos (Reintegro)
Número: 60292

(3) Oposición a la Objeción Global

Por éste medio objeto y niego rotundamente el recibo del cheque #19288625 con fecha del 31 de julio de 2017 para el pago de mi reintegro por un total de $1,212.00. Para esa fecha no tenía cuenta bancaria y nunca recibí éste reembolso vía postal. No he cambiado de dirección y de Hacienda haber enviado éste cheque lo habría recibido. Solicito que Hacienda presente evidencia de que el cheque ha sido recibido y cambiado por suscribiente.

Adjunto copia de la radicación electrónica, cantidad a reintegrar y el pago a realizarse mediante cheque por correo.

Att. Mayra I. Torres Rosa
# Reclamación: 60292