THIS NOTICE RELATES TO A PROOF OF CLAIM YOU FILED AGAINST THE GOVERNMENT OF PUERTO RICO IN ITS PROCEEDINGS UNDER THE PUERTO RICO OVERSIGHT, MANAGEMENT, AND ECONOMIC STABILITY ACT.

IF YOU ARE RECEIVING THIS NOTICE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.

DOCUMENTS RELATING TO THIS CLAIM OBJECTION WERE MAILED TO YOU ON APRIL 17, 2020. PURSUANT TO DETAILS SET FORTH IN EXHIBIT "C" TO THE OBJECTION, THE DEADLINE TO RESPOND IS MAY 19, 2020. PLEASE CHECK YOUR MAIL BOX. IF YOU FAIL TO PROPERLY RESPOND TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE GOVERNMENT WITHOUT FURTHER NOTICE OR HEARING.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| TORRES ROSA, MAYRA | 60292 | 6/5/18 | Commonwealth of Puerto Rico | $1,212.00 |
| **Docket Number** | 12867 | **Objection Title** | One Hundred Ninety-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Satisfied Claims | |
| **Reason:** | | Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19288625 dated 07/31/2017. | | |

LA PRESENTE NOTIFICACIÓN ESTÁ RELACIONADA CON UNA EVIDENCIA DE RECLAMO QUE USTED PRESENTÓ CONTRA EL GOBIERNO DE PUERTO RICO EN EL PROCESO QUE SE SUSTANCIA EN VIRTUD DE LA LEY DE SUPERVISIÓN, ADMINISTRACIÓN Y ESTABILIDAD FINANCIERA DE PUERTO RICO.

SI USTED RECIBE ESTA NOTIFICACIÓN ES PORQUE UNO O MÁS DE LOS DEUDORES PRETENDEN DESESTIMAR SU RECLAMO POR LA RAZÓN EXPUESTA A CONTINUACIÓN.

LOS DOCUMENTOS RELACIONADOS CON ESTA OBJECIÓN DE RECLAMO LE FUERON ENVIADOS A USTED POR CORREO EL DÍA 17 DE ABRIL DE 2020. DE ACUERDO CON LOS DATOS ESTABLECIDOS EN EL ANEXO "C" A LA OBJECIÓN, LA FECHA LÍMITE PARA RESPONDER ES EL 19 DE MAYO DE 2020. SÍRVASE POR FAVOR VERIFICAR SU CASILLA DE CORREO. SI NO RESPONDE APROPIADAMENTE A LA OBJECIÓN, EL TRIBUNAL PODRÍA OTORGAR LA REPARACIÓN SOLICITADA POR EL GOBIERNO SIN PREVIO AVISO NI AUDIENCIA.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| TORRES ROSA, MAYRA | 60292 | 6/5/18 | Commonwealth of Puerto Rico | $1,212.00 |
| **Número de registro de actos procesales** | 12867 | **Título de la objeción** | One Hundred Ninety-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Satisfied Claims | |
| **Base para:** | | La Evidencia del Reclamo reclama una obligación con base en un reembolso/devolució de impuestos. Los registros del Departamento del Tesoro indican que dicho reembolso/devolución se ha completado totalmente, con cheque número 19288625 de fecha 31 de julio de 2017. | | |

# FORMA ÚNICA 2016

**ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA**

**PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS**
AÑO CONTRIBUTIVO 2016 O AÑO COMENZADO EL
1 de enero de 2016 Y TERMINADO EL 31 de diciembre de 2016

Formulario 482 (Rev. 16 Nov 16)

- ○ PLANILLA ENMENDADA
- ○ FALLECIDO DURANTE EL AÑO:
  - ○ CONTRIBUYENTE   ○ CÓNYUGE
  - Día __ Mes __ Año __
- ○ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Indique seguro social y fecha de defunción del cónyuge fallecido: __; Día 0  Mes 0  Año 0)

**Nombre del Contribuyente:** MAYRA
**Inicial:**
**Apellido Paterno:** TORRES
**Apellido Materno:** ROSA
**Número de Seguro Social Contribuyente:** ***-**-7024
**Fecha de Nacimiento:** __ __ 1961   **Sexo:** ☒ F

**Dirección Postal:**
Urb FAJARDO GARDENS
199 Calle LAUREL
Fajardo PR  00738

**Número de Seguro Social Cónyuge:**
**Fecha de Nacimiento del Cónyuge:**   Sexo: ○ M  ○ F

**Dirección Residencial Completa (Barrio o Urbanización, Número, Calle):**
Urb FAJARDO GARDENS
199 Calle LAUREL
Fajardo PR   Código Postal 00738

**Teléfono Residencia:** (787) ***-****
**Teléfono del Trabajo:**

**Correo Electrónico (E-Mail):** NOTIENE@GMAIL.COM

**Sello de Recibo:** 15/04/2017  09:16:36 AM

CAMBIO DE DIRECCIÓN: ○ Sí  ☒ No
SOLICITÓ PRÓRROGA: ○ Sí  ☒ No

## Cuestionario

| | SI | NO | |
|---|---|---|---|
| A. | ☒ | ○ | ¿Ciudadano de Estados Unidos? (Véanse instrucciones) |
| B. | ☒ | ○ | ¿Residente de Puerto Rico durante todo el año? |
| | | | Si contestó "No", indique una de las siguientes: |
| | | | 1. ○ Fecha de mudanza a P.R. (____) |
| | | | 2. ○ Fecha de mudanza fuera de P.R. (____) |
| | | | 3. ○ No residente durante todo el año |
| C. | ○ | ☒ | ¿Generó ingresos fuera del período de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "Sí", indique la cantidad): |
| | | | 1. Atribuible al contribuyente $____ |
| | | | 2. Atribuible al cónyuge $____ |
| D. | ○ | ☒ | ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo) |
| E. | ○ | ☒ | ¿Individuo residente inversionista? (Someta Anejo F1 Individuo) |
| F. | ○ | ☒ | ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal? |
| G. | ○ | ☒ | ¿Militar activo en zona de combate durante el año contributivo? (Fecha en que cesó en el servicio: ____) |

**Su ocupación:** Enfermera  **6212**   **Ocupación cónyuge:**

**H. FUENTE DE MAYOR INGRESO:**
1. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ☒ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro ____

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ○ Casado
   (Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ☒ Contribuyente individual
   (Ennegrezca e indique nombre y seguro social del cónyuge si es:
   ○ Casado con capitulaciones de total separación de bienes
   ○ Casado que no vivía con su cónyuge)
3. ○ Casado que rinde por separado
   (Indique nombre y seguro social del cónyuge arriba)

**CONTRATO GOBIERNO:**  ○ Contribuyente  ○ Cónyuge

---

### PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO

**Reintegro**

| | | |
|---|---|---|
| 1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 29. Indique distribución en las líneas A, B, C y D) | (01) | 1,212 00 |
| A) Acreditar a la contribución estimada 2017 | (02) | 00 |
| B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan | (03) | 00 |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico | (04) | 00 |
| D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) | (05) | 1,212 00 |

**Pago**

| | | |
|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 29) | (06) | 00 |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado | (07) | |
| (b) Intereses | (08) | 00 |
| (c) Recargos ____ y Penalidades | (09) | 00 |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a) más líneas 3(b) y 3(c)) | (10) | 00 |

**AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO**

**Depósito**

Tipo de cuenta: ○ Cheque  ○ Ahorros
Número de ruta/tránsito: ☐☐☐☐☐☐☐☐☐
Número de su cuenta: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐
Cuenta a nombre de: ____ y ____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

---

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

**Firma del Contribuyente:** ✓ FIRMADA ELECTRÓNICAMENTE   **Fecha:** 15/04/2017
**Firma del Cónyuge:**   **Fecha:**

**Nombre del Especialista (Letra de Molde):** ANABELLE GONZALEZ
**Nombre de la Firma o Negocio:** H & R BLOCK
**Firma del Especialista:** ✓ FIRMADA ELECTRÓNICAMENTE   **Fecha:** 15/04/2017
**Especialista por cuenta propia (ennegrezca aquí):** ○
**Número de Registro:** 6334

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ☒ Sí  ○ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Formulario 482 - Página 2

Si se acoge al cómputo opcional de la contribución en el caso de personas casadas que viven juntas y rinden planilla conjunta, no complete los Encasillados 1 y 2, ni las líneas 14 a la 20 del Encasillado 3, y pase al Anejo CO Individuo.

## Encasillado 1

1. Sueldos, Comisiones, Concesiones y Propinas

   SUMINISTRE LOS COMPROBANTES DE RETENCIÓN (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique).

   | | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
   |---|---|---|
   | | 4,811 00 | 52,654 00 |

   Total de comprobantes con esta planilla ..... 1 (02) 4,811 00 (04) 52,654 00

   C- Salarios del Gobierno Federal (Total de Formularios W-2 con esta planilla......  0 ) (01)  Salarios Exentos bajo Ley 135-2014  00 (03)  Contribución Retenida  00 (05)  Salarios Federales  00

2. Otros Ingresos (o Pérdidas):
   A) Distribuciones totales de planes de retiro cualificados (Anejo D Individuo, Parte IV, línea 24) ............... (06)  00
   B) Ganancia (o pérdida) en la venta o permuta de activos de capital (Anejo D Individuo, Parte V, línea 34 o 35, según aplique) ... (07)  00
   C) Intereses (Anejo FF Individuo, Parte I, línea 5) ............... (08)  00
   D) Dividendos de corporaciones (Anejo FF Individuo, Parte II, línea 4) ............... (09)  00
   E) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte II, línea 3) ............... (10)  00
   F) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Anejo F Individuo, Parte I, línea 2) ... (11)  00
   G) Otros Ingresos (Anejo F Individuo, Parte V, línea 4 y Anejo FF Individuo, Parte III, línea 4) ... (12)  00
   H) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ... (13)  00
   I) Ganancia (o pérdida) atribuible a industria o negocio (Anejo K Individuo, Parte II, línea 12) ... (14)  00
   J) Ganancia (o pérdida) atribuible a la agricultura (Anejo L Individuo, Parte II, línea 14) ... (15)  00
   K) Ganancia (o pérdida) atribuible a profesiones y comisiones (Anejo M Individuo, Parte II, línea 8) ... (16)  00
   L) Ganancia (o pérdida) atribuible a alquiler (Anejo N Individuo, Parte II, línea 9) ... (17)  00
   M) Dividendos de Fondo de Capital de Inversión y/o de Turismo (Someta Anejo Q1) ... (18)  00
   N) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) ... (19)  00
   O) Participación distribuible en beneficio de sociedades, sociedades especiales y corporaciones de individuos (Someta Anejo R Ind.) ... (20)  00
   P) Distribuciones de planes de compensación diferida y/o de retiro cualificados (parciales o totales no por separación de servicio o terminación del plan) (Anejo F Individuo, Parte III o IV, línea 1, según aplique) ... (21)  00
   Q) Ingreso de salarios, jornales, compensaciones o espectáculos públicos recibidos por un individuo no residente (Formulario 480.6C) ... (22)  00
   R) Pensión recibida por divorcio o separación (Núm. seguro social del que paga _____ ) (23) ... (24)  00

3. Total de Ingresos (Sume líneas 1B, 1C y 2A a la 2R) ............... (25) 52,654 00
4. Pensión Pagada por Divorcio o Separación (Núm. seg. soc. del que la recibe _____) (26) (Núm. sentencia _____) (27) (28)  00
5. Ingreso Bruto Ajustado (Línea 3 menos línea 4) ............... (29) 52,654 00

## Encasillado 2

6. Total de Deducciones (Anejo A Individuo, Parte I, línea 11 o Parte II, línea 6) ... (03)(01) 4,475 00
7. Exención Personal (Casado - $7,000; Contribuyente individual - $3,500; Casado que rinde separado - $3,500) ... (02) 3,500 00
8. Exención por Dependientes (Complete el Anejo A1 Ind., véanse instrucciones): A) __1__ x $2,500 ... (05) 2,500 00
   Custodia compartida o casado que rinde separado → B) ____ x $1,250 ... (06)
   Total Exención por Dependientes (Sume líneas 8A y 8B) ............... (07) 2,500 00
9. Exención Personal Adicional para Veteranos ($1,500 por veterano. Si ambos cónyuges son veteranos, $3,000) ... (08)  00
10. Total Deducciones y Exenciones (Sume líneas 6 a la 9) ............... (09) 10,475 00
11. Ingreso neto antes de la deducción por Ley 185-2014 (Línea 5 menos línea 10. Si la línea 10 es mayor que la línea 5, anote cero) ... (10) 42,179 00
12. Deducción admisible bajo la Ley 185-2014 (Véanse instrucciones) ... (11)  00
13. INGRESO NETO SUJETO A CONTRIBUCIÓN (Línea 11 menos línea 12. Si la línea 12 es mayor que la línea 11, anote cero) ... (12) 42,179 00

## Encasillado 3

14. CONTRIBUCIÓN: (21) ☒ 1 Según Tabla ☐ 2 Tasas preferenciales (Anejo A2 Ind.) ☐ 3 Extranjero no residente ☐ 4 Modelo SC 2668 (22) 3,599 00
15. Cantidad de Ajuste Gradual (Determine este ajuste si la cantidad reflejada en línea 13 o en Anejo A2 Ind., línea 11 es mayor de $500,000) (Anejo P Ind., línea 7) (23)  00
16. CONTRIBUCIÓN REGULAR ANTES DEL CRÉDITO (Sume líneas 14 y 15) ... (24) 3,599 00
17. Crédito por contribuciones pagadas a países extranjeros, los Estados Unidos, sus territorios y posesiones (Someta Anejo C Individuo) (Véanse inst.) (25)  00
18. CONTRIBUCIÓN REGULAR NETA (Línea 16 menos línea 17) ... (26) 3,599 00
19. Exceso de la Contribución Básica Alterna Neta sobre la Contribución Regular Neta (Anejo O Individuo, Parte II, línea 7) (Véanse instrucciones) ... (27)  00
20. Crédito por contribución básica alterna (Anejo O Individuo, Parte III, línea 4) ... (28)  00
21. TOTAL CONTRIBUCIÓN DETERMINADA (Sume líneas 18 y 19 menos línea 20 o anote la cantidad del Anejo CO Individuo, línea 24, según aplique) (29) 3,599 00
22. Recobro de crédito reclamado en exceso (Anejo B Individuo, Parte I, línea 3) ... (30)  00
23. Créditos contributivos (Anejo B Individuo, Parte II, línea 28) ... (31)  00
24. RESPONSABILIDAD CONTRIBUTIVA (Sume líneas 21 y 22 menos línea 23. Si es menos de cero, anote cero) ... (32) 3,599 00
25. CONTRIBUCIÓN RETENIDA, PAGADA Y CRÉDITO REEMBOLSABLE:
    A) Mediante retención sobre salarios (Sume las líneas 1A y 1C del Encasillado 1 o líneas 1A y 2A del Anejo CO Individuo) ... (33) 4,811 00
    B) Otros pagos y retenciones (Anejo B Individuo, Parte III, línea 22) ... (34)  00
    C) Crédito de la Oportunidad Americana (Someta Anejo B2 Individuo) (No aplica a casados que rinden separado) (35)  00
    D) Cantidad pagada con prórroga automática ... (36)  00
    E) Total Contribución Retenida, Pagada y Crédito Reembolsable (Sume líneas 25A a la 25D) ... (37) 4,811 00
26. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Si la línea 25E es menor que la línea 24, anote la diferencia aquí, de lo contrario en la línea 27) ... (38)  00
27. Exceso de Contribución Retenida, Pagada y Crédito Reembolsable ... (39) 1,212 00
28. Adición a la Contribución por Falta de Pago de la Contribución Estimada (Anejo T Individuo, Parte II, línea 21) ... (40)  00
29. BALANCE:
    • Si línea 27 es mayor que la suma de líneas 26 y 28, usted tiene un sobrepago. Anote diferencia aquí y en línea 1 de página 1.
    • Si línea 27 es menor que la suma de líneas 26 y 28, usted tiene un balance pendiente de pago. Anote diferencia aquí y en línea 2 de la página 1.
    • Si diferencia entre línea 27 y la suma de líneas 26 y 28 es igual a cero, anote cero aquí y pase a firmar su planilla en la página 1. (50) 1,212 00

LA CANTIDAD REFLEJADA EN LA LÍNEA 29 DEBERÁ TRASLADARSE A LA LÍNEA CORRESPONDIENTE DE LA PAGINA 1.

Conf. 04152017105C41382F1561289   Período de Conservación: Diez (10) años   PRSoft. Inc. (www.prsoft.com)