Mayr, I. Torres R
Urb. Fajardo Garden, #199
Calle Laurel, Fajardo P.R
00738

Clerk's Office
Tribunal de Distrito de los. E.U
The Commonwealth of P.R
Sala 150 Edificio Federal
San Juan P.R 00918-1767

FOREVER
USA

Barn Swallow

MAI

RECEIVED

2020 MAY 15 PM 4: 37

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN