

Gobierno de Puerto Rico

# Departamento de Hacienda

## Planilla de Contribución sobre Ingresos de Individuos
### Confirmación de Radicación Electrónica

Individual Income Tax Return
Confirmation of Electronic Filing

**Año 2016 - Tax Year 2016**

**Nombre del Contribuyente** .....................................
*Taxpayer Name*
> ADONIS RUIZ NOGUERAS

**Número de Seguro Social del Contribuyente** .......
*Taxpayer Social Security Number*
> REDACTED 2244

**Nombre del Cónyuge** ...........................................
*Spouse Name*
> NILDA L MENDEZ MARCANO

**Número de Seguro Social del Cónyuge** ...............
*Spouse Social Security Number*
> REDACTED 2819

**Número de Confirmación** .....................................
*Confirmation Number*
> 032220170813899E8A1131227

**Fecha y Hora de Radicación** ...............................
*Date and Time of Filing*
> 22/03/2017 08:14:50 PM

**Fecha de Pago** .....................................................
*Payment Date*

**Cantidad Pagada Electrónicamente** .....................
*Amount Paid Electronically*

**Número de Ruta / Tránsito** ...................................
*Routing Number*

**Número de Cuenta** ...............................................
*Account Number*

**Balance Pendiente de Pago** .................................
*Amount Due*

**Contribución Pagada en Exceso** .........................
*Amount Overpaid*
> 1,780

↳ **Acreditar a Contribución Estimada del Próximo Año** ................................
*Credit to Estimated Tax for Next Year*

↳ **Aportación al Fondo Especial para el Estuario de la Bahía de San Juan** ..
*Amount to be Contributed to the San Juan Bay Estuary Special Fund*

↳ **Aportación al Fondo Especial para la Universidad de Puerto Rico** ...........
*Amount to be Contributed to the University of Puerto Rico Special Fund*

↳ **Cantidad a Reintegrar** .............................................................................
*Refund Amount*
> 1,780

☐ **Mediante cheque por correo** - *Via check by mail*

☒ **Mediante depósito directo** - *Via direct deposit*

Username: **REDACTED**
Password:

Formulario 482  Rev. 16 nov 16

# FORMA ÚNICA

| Liquidador | Revisor |
|---|---|

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**2016**  ESTADO LIBRE ASOCIADO DE PUERTO RICO  DEPARTAMENTO DE HACIENDA  **2016**

PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2016 O AÑO COMENZADO EL

1 de enero de 2016 Y TERMINADO EL 31 de diciembre de 2016

Número de Serie

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: Día / Mes / Año
  ○ CONTRIBUYENTE   ○ CÓNYUGE
○ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (indique seguro social y fecha de defunción del cónyuge fallecido: Día ○ Mes ○ Año ○ )

**Nombre del Contribuyente / Inicial / Apellido Paterno / Apellido Materno**
ADONIS   RUIZ   NOGUERAS

**Dirección Postal**
Urb MONTE MAR
3 Calle B
Fajardo PR                    00738

**Código Postal**

**Nombre e Inicial del Cónyuge / Apellido Paterno / Apellido Materno**
NILDA   L   MENDEZ   MARCANO

**Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)**
Urb MONTE MAR
3 Calle B
Fajardo PR        Código Postal 00738

**Correo Electrónico (E-Mail)** adruonix@hotmail.com

Número de Seguro Social Contribuyente
REDACTED -2244

Fecha de Nacimiento | Sexo
6  8  1967 | ○ M  ○ F
Día Mes Año

Número de Seguro Social Cónyuge
REDACTED -2819

Fecha de Nacimiento del Cónyuge | Sexo
Día  Mes  1969  ○ M  ○ F

Teléfono Residencia
(787) 342-0914

Teléfono del Trabajo

CAMBIO DE DIRECCIÓN: ○ SI ○ No
SOLICITÓ PRÓRROGA: ○ SI ○ No

Sello de Recibo
22/03/2017
08:14:50 PM

## Cuestionario

A. ○ SI ○ NO ¿Ciudadano de Estados Unidos? (Véanse instrucciones)
B. ○ ○ ¿Residente de Puerto Rico durante todo el año?
   Si contestó "No", indique una de las siguientes:
   ○ Fecha de mudanza a P.R.
   ○ Fecha de mudanza fuera de P.R.
   ○ No residente durante todo el año
C. ○ ○ ¿Generó ingresos fuera del período de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "SI", indique la cantidad):
   ○ Atribuible al contribuyente $_____
   ○ Atribuible al cónyuge $_____
D. ○ ○ ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)
E. ○ ○ ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)
F. ○ ○ ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal?
G. ○ ○ ¿Militar activo en zona de combate durante el año contributivo? Fecha en que cesó en el servicio: _____

Su ocupación PASTOR   8110   Ocupación cónyuge ADMINISTRADO   8110

**FUENTE DE MAYOR INGRESO:**
1. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro _____

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
○ Casado
  (Enenegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
○ Contribuyente individual
  (Enenegrezca e indique nombre y seguro social del cónyuge si es:
  ○ Casado con capitulaciones de total separación de bienes
  ○ Casado que no vivía con su cónyuge)
○ Casado que rinde por separado
  (Indique nombre y seguro social del cónyuge arriba)

**CONTRATO GOBIERNO:**
○ Contribuyente   ○ Cónyuge

PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

## Reintegro

| | | | |
|---|---|---|---|
| 1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 29). Indique distribución en las líneas A, B, C y D | 01 | (01) | 1,780 | 00 |
| A) Acreditar a la contribución estimada 2017 | | (03) | | 00 |
| B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan | | (03) | | 00 |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico | | (04) | | 00 |
| D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) | | (05) | 1,780 | 00 |

## Pago

| | | |
|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 29) | (06) | 00 |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado | (07) | 00 |
| (b) Intereses | (08) | 00 |
| (c) Recargos _____ y Penalidades _____ | (09) | 00 |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a) más líneas 3(b) y 3(c)) | (10) | 00 |

## Depósito

AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO

Tipo de cuenta:
○ Cheque   ○ Ahorros

Número de ruta/tránsito
0 2 1 5 0 2 0 1 1

Número de su cuenta
5 1 1 0 7 3 9 2 7

Cuenta a nombre de: ADONIS RUIZ NOGUERAS   y   NILDA MENDEZ MARCANO
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| FIRMADA ELECTRÓNICAMENTE | 22/03/2017 | FIRMADA ELECTRÓNICAMENTE | 22/03/2017 |

Nombre del Especialista (Letra de Molde)   Nombre de la Firma o Negocio

| Firma del Especialista | Fecha | Especialista por cuenta propia (enenegrezca aquí) ○ | Número de Registro |
|---|---|---|---|

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ○ SI ○ No; Si contestó "SI", exija la firma y el número de registro del Especialista.

Conf. 0322201708813899E8A1131227

Período de Conservación: Diez (10) años

PRSoft, Inc. (www.prsoft.com)

BANCO POPULAR DE PUERTO RICO
P.O. BOX 362708
SAN JUAN  PR 00936 -2708

 **BANCO POPULAR**

ADONIS RUIZ NOGUERAS
Y/O NILDA L MENDEZ MARCANO
URB MONTEMAR
3 CALLE B
FAJARDO PR  00738

REDACTED 3927
AHORRO A TODA HOR

62293

Este estado cubre sus transacciones después del    14 de junio de 2017 hasta el 17 de julio de 2017 .    Página 1

## A HORROS

### INFORMACIÓN DE BALANCE

| Balance inicial | + Créditos | + Intereses | - Débitos | - Cargos | = Balance final | Balance disponible |
|---|---|---|---|---|---|---|
| 0.00 | 4,751.74 | 0.00 | 4,671.95 | 6.84 | 72.95 | 72.95 |

| Balance diario promedio | Número de días en el ciclo | Tasa Periódica | Tasa rendimiento anual devengada |
|---|---|---|---|
| 375.60 | 33 | 0.0000000% | 00.000 % |

### CRÉDITOS REGULARES Y ELECTRÓNICOS

| Fecha | Descripción | | Cantidad | Fecha | Descripción | | Cantidad |
|---|---|---|---|---|---|---|---|
| 06-15 | Depósito | XXXXXX2190 | | 06-23 | TelePago | 552222039 | |
| | Asoc Adventista  Nómina | | 949.67 | | Aviso de Crédito | | 32.00 |
| 06-16 | Depósito | XXXXXX2244 | | 06-23 | TelePago | 552222039 | |
| | Depto. Hacienda  Reintegro | | 1,780.00 | | Aviso de Crédito | | 31.00 |
| 06-19 | TelePago | 511626420 | | 06-30 | Depósito | XXXXXX2190 | |
| | Aviso de Crédito | | 4.00 | | Asoc Adventista  Nómina | | 920.84 |
| 06-19 | TelePago | 552222039 | | 07-11 | TelePago | 511626420 | |
| | Aviso de Crédito | | 3.00 | | Aviso de Crédito | | 40.00 |
| 06-19 | TelePago | 511626420 | | 07-14 | Depósito | XXXXXX2190 | |
| | Aviso de Crédito | | 2.00 | | Asoc Adventista  Nómina | | 989.23 |

### DÉBITOS REGULARES Y ELECTRÓNICOS

| Fecha | Descripción | | Cantidad | Fecha | Descripción | | Cantidad |
|---|---|---|---|---|---|---|---|
| 06-15 | Pago | 06-15  XXXXXXXXXXXXX7585 | | 06-26 | Pago | XXXXXX0418 | |
| | Total 5127 Velez Bayamón  PR | | 10.00 | | Synchrony Bank  Cc Pymt | | 66.00 |
| 06-15 | Pago | 06-15  XXXXXXXXXXXXX7585 | | 06-30 | TelePago | XXXXXX2039 | |
| | Taco Maker    Bayamón  PR | | 11.13 | | Transferencia a Cuenta Ahorros | | 10.00 |
| 06-15 | Pago | 06-15  XXXXXXXXXXXXX7585 | | 06-30 | TelePago | XXXXXX6420 | |
| | Taco Maker    Bayamón  PR | | 3.65 | | Transferencia a Cuenta Ahorros | | 100.00 |
| 06-15 | TelePago | XXXXXX2039 | | 06-30 | TelePago | XXXXXX1136 | |
| | Transferencia a Cuenta Ahorros | | 2.00 | | Sears Master Card | | 50.00 |
| 06-15 | TelePago | XXXXXX6420 | | 06-30 | TelePago | XXXXXX5998 | |
| | Transferencia a Cuenta Ahorros | | 40.00 | | Prt/Claro | | 34.77 |
| 06-15 | TelePago | XXXXXX2039 | | 06-30 | TelePago | XXXXXX5034 | |
| | Transferencia a Cuenta Ahorros | | 40.00 | | Autoridad Acueductos Alcantar | | 23.71 |
| 06-16 | Pago | XXXXXX0002 | | 07-03 | Pago | 324923001SMT2V | |
| | Popular Auto Débito Directo | | 425.73 | | Att      Payment | | 313.46 |
| 06-16 | Pago | XXXXXX9727 | | 07-05 | Pago | XXXXXX0003 | |
| | Bspr Cobros Pres Préstamo | | 403.15 | | Popular Auto Débito Directo | | 362.63 |
| 06-19 | Retiro ATH | 06-16  2790 | | 07-10 | Pago | 07-08  XXXXXXXXXXXXX7585 | |
| | BPPR Fajardo Pueblo | | 20.00 | | Econo Rial Fajard Fajardo  PR | | 15.73 |
| 06-19 | Pago | 06-16  XXXXXXXXXXXXX7585 | | 07-12 | Pago | XXXXXX4851 | |
| | Total Bonjour Faj Fajardo  PR | | 23.11 | | Bspr Cobros Tarj Tarjetas | | 50.00 |
| 06-19 | TelePago | XXXXXX8997 | | 07-14 | TelePago | XXXXXX6420 | |
| | Transferencia a Cuenta Ahorros | | 1,650.00 | | Transferencia a Cuenta Ahorros | | 50.00 |
| 06-19 | TelePago | XXXXXX6420 | | 07-14 | TelePago | XXXXXX2039 | |
| | Transferencia a Cuenta Ahorros | | 100.00 | | Transferencia a Cuenta Ahorros | | 15.00 |
| 06-23 | TelePago | XXXXXX2039 | | 07-17 | Pago | 07-15  XXXXXXXXXXXXX7585 | |
| | Transferencia a Cuenta Ahorros | | 3.00 | | Best Price    Canóvanas PR | | 20.00 |

Aviso: Véase información importante al final de este estado.

**⬛ BANCO POPULAR**

ADONIS RUIZ NOGUERAS

REDACTED3927
AHORRO A TODA HOR

| Este estado cubre sus transacciones después del | 14 de junio de 2017, hasta el 17 de julio de 2017 | Página 2 |
| --- | --- | --- |

## DÉBITOS REGULARES Y ELECTRÓNICOS

| Fecha | Descripción | Cantidad | Fecha | Descripción | Cantidad |
| --- | --- | --- | --- | --- | --- |
| 07-17 | Pago                    XXXXXX0002 Popular Auto Débito Directo | 425.73 | 07-17 | Pago                    XXXXXX9727 Bspr Cobros Pres Préstamo | 403.15 |

## CARGOS

| Fecha | Descripción | Cantidad | Fecha | Descripción | Cantidad |
| --- | --- | --- | --- | --- | --- |
| 06-15 | Cargos por servicios vencidos | 2.84 | 07-17 | Cargo por servicio ahorro | 4.00 |

## RESUMEN DE CARGOS

| Estado de julio 2017 | Total para este período | Total Acumulado del Año |
| --- | --- | --- |
| Cargos por Sobregiro | $0.00 | $0.00 |
| Ajustes por Cargos por Sobregiro | $0.00 | $0.00 |
| Cargos por Devoluciones de Efectos | $0.00 | $30.00 |
| Ajustes por Devoluciones de Efectos | $0.00 | $0.00 |

## BALANCE MÍNIMO

| Fecha | Descripción | Cantidad |
| --- | --- | --- |
| 06-26 | Balance mínimo durante este ciclo | 1.06 |

## AVISO IMPORTANTE

ES EL MOMENTO PERFECTO PARA ABRIR UNA USAVE.
USAVE ES UNA CUENTA QUE TE PERMITE AHORRAR
PARA LO QUE QUIERAS, CUANDO QUIERAS. TU DECIDES.
ABRELA EN UNA SUCURSAL O EN MI BANCO ONLINE HOY!

Aviso: Su próximo estado de cuenta será el    14 de agosto de 2017