Adonis Ruiz Nogueras
B-3 Calle B
Urb. Monte Mar
Fajardo PR 00738-4323



7019 1640 0001 2947 1589

U.S. POSTAGE PAID
FCM LG ENV
FAJARDO, PR
00738
MAY 12, 20
AMOUNT
$7.60
R2305K135201-07

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 MAY 15 PM 4:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.