**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**INFORMATIVE MOTION REGARDING REDACTED
DOCUMENTS FOR CCDA LIFT STAY FILING**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Ambac[2], Assured, FGIC, and The Bank of New York Mellon, in its capacity as successor trustee for the CCDA bondholders, (collectively, "Movants") by and through their undersigned attorneys, respectfully submit this informative motion (the "Motion"). Movants respectfully state as follows:

1. On Friday, May 15, 2020, and again today, Movants asked the Court clerk and Prime Clerk to temporarily disable access to the public versions of the following documents, which contain financial account numbers that should be redacted, pursuant to Fed. R. Bankr. P. 9037(a)(4): (1) *Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and the Bank of New York Mellon's Reply in Further Support of Their Motion Concerning Application of the Automatic Stay to the Revenues Securing the CCDA Bonds* (originally filed as ECF No. 12997); (2) the *Declaration of John J. Hughes, III in Support of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and the Bank of New York Mellon's Reply in Support of their Motion Concerning Application of the Automatic Stay to the Revenues Securing the CCDA Bonds* (the "Hughes Declaration," originally filed as ECF No. 13007); and (3) Exhibit 21 to the Hughes Declaration (originally filed as ECF No. 13007-2).

2. Movants previously filed a motion to redact financial account numbers in certain other documents filed with the Court. *See Motion of Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, Financial Guaranty Insurance Company, The Bank of New York Mellon, and U.S. Bank Trust National Association to Redact Previously Filed Documents Pursuant to Federal Rule*

---

[2] Unless otherwise specified, defined terms have the meanings given to them in the *Stipulation and Protective Order* (ECF No. 12912) (the "Protective Order") and Lift Stay Motions.

of Bankruptcy Procedure 9037(H) (ECF No. 13047). This motion was granted. *See Order Granting Motion* (ECF No. 13067).

3. Pursuant to the *Order Granting Motion to Seal for Limited Duration and for Supplemental Briefing* (ECF No. 13029, the "May 4 Order"), the Government Parties are expected to submit to the Court today a short brief justifying proposed redactions for some of the documents referenced above (*see* supra ¶ 1). In particular, Movants understand that the Government Parties are likely to withdraw some of the confidentiality designations that required Movants to submit portions of the CCDA Lift Stay Reply Brief and the Hughes Declaration (and certain exhibits thereto) under seal. Movants understand that the Government Parties will be requesting continued sealing as to other portions of those filings.

4. Accordingly, Movants will file new public versions of the relevant filings, promptly after the Court rules on the Government Parties' request for continued sealing so that appropriately limited redactions can be applied to these filings consistent with the Court's orders. Unless the Court orders otherwise, when these papers are re-filed, Movants will redact all but the last four digits of financial account numbers in accordance with Federal Rule of Bankruptcy Procedure 9037(a)(4).

[*Remainder of Page Intentionally Omitted*]

Dated: May 18, 2020
San Juan, Puerto Rico

**FERRAIUOLI LLC**

By:   */s/ Roberto Cámara-Fuertes*
     Roberto Cámara-Fuertes (USDC-PR No. 219002)
     Sonia Colón (USDC-PR No. 213809)
     221 Ponce de León Avenue, 5th Floor
     San Juan, PR 00917
     Telephone: (787) 766-7000
     Facsimile: (787) 766-7001
     Email: rcamara@ferraiuoli.com
           scolon@ferraiuoli.com

**MILBANK LLP**

By:   */s/ Atara Miller*
     Dennis F. Dunne (admitted *pro hac vice*)
     Atara Miller (admitted *pro hac vice*)
     Grant R. Mainland (admitted *pro hac vice*)
     John J. Hughes, III (admitted *pro hac vice*)
     55 Hudson Yards
     New York, NY 10001
     Telephone: (212) 530-5000
     Facsimile: (212) 530-5219
     Email: ddunne@milbank.com
           amiller@milbank.com
           gmainland@milbank.com
           jhughes2@milbank.com

**Attorneys for Ambac Assurance Corporation**

[*Remainder of Page Intentionally Omitted*]

| | |
|---|---|
| **REXACH & PICÓ, CSP** | **CASELLAS ALCOVER & BURGOS P.S.C.** |
| By: */s/ María E. Picó* <br> María E. Picó <br> (USDC-PR No. 123214) <br> 802 Ave. Fernández Juncos <br> San Juan, PR 00907-4315 <br> Telephone: (787) 723-8520 <br> Facsimile: (787) 724-7844 <br> Email: mpico@rexachpico.com | By: */s/ Heriberto Burgo Pérez* <br> Heriberto Burgos Pérez <br> (USDC-PR No. 204809) <br> Ricardo F. Casellas-Sánchez <br> (USDC-PR No. 203114) <br> Diana Pérez-Seda <br> (USDC-PR No. 232014) <br> P.O. Box 364924 <br> San Juan, PR 00936-4924 <br> Telephone: (787) 756-1400 <br> Facsimile: (787) 756-1401 <br> Email: hburgos@cabprlaw.com <br> rcasellas@cabprlaw.com <br> dperez@cabprlaw.com |
| **BUTLER SNOW LLP** | |
| By: */s/ Martin A. Sosland* <br> Martin A. Sosland (admitted *pro hac vice*) <br> 5430 LBJ Freeway, Suite 1200 <br> Dallas, TX 75240 <br> Telephone: (469) 680-5502 <br> Facsimile: (469) 680-5501 <br> Email: martin.sosland@butlersnow.com <br> Jason W. Callen (admitted *pro hac vice*) <br> 150 3rd Ave., S., Suite 1600 <br> Nashville, TN 37201 <br> Telephone: (615) 651-6774 <br> Facsimile: (615) 651-6701 <br> Email: jason.callen@butlersnow.com | **CADWALADER, WICKERSHAM & TAFT LLP** <br><br> By: */s/ Howard R. Hawkins, Jr.* <br> Howard R. Hawkins, Jr. (admitted *pro hac vice*) <br> Mark C. Ellenberg (admitted *pro hac vice*) <br> William J. Natbony (admitted *pro hac vice*) <br> Ellen M. Halstead (admitted *pro hac vice*) <br> Thomas J. Curtin (admitted *pro hac vice*) <br> Casey J. Servais (admitted *pro hac vice*) <br> 200 Liberty Street <br> New York, NY 10281 <br> Telephone: (212) 504-6000 <br> Facsimile: (212) 504-6666 <br> Email: howard.hawkins@cwt.com <br> mark.ellenberg@cwt.com <br> bill.natbony@cwt.com <br> ellen.halstead@cwt.com <br> thomas.curtin@cwt.com <br> casey.servais@cwt.com |
| ***Attorneys for Financial Guaranty Insurance Company*** | ***Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*** |

**SEPULVADO, MALDONADO & COURET**

By: */s/ Albéniz Couret Fuentes*
    Albéniz Couret Fuentes
    (USDC-PR No. 222207)
    304 Ponce de León Ave. Suite 990
    San Juan, PR 00918
    Telephone: (787) 765-5656
    Facsimile: (787) 294-0073
    Email: acouret@smclawpr.com

**REED SMITH LLP**

By: */s/ Eric A. Schaffer*
    Eric A. Schaffer (admitted *pro hac vice*)
    Luke A. Sizemore (admitted *pro hac vice)*
    Jared S. Roach (admitted *pro hac vice*)
    225 Fifth Avenue, Suite 1200
    Pittsburgh, PA 15222
    Telephone: (412) 288-3131
    Facsimile: (412) 288-3063
    Email: eschaffer@reedsmith.com
          lsizemore@reedsmith.com
          jroach@reedsmith.com

***Attorneys for The Bank of New York Mellon, in its Capacity as Trustee to CCDA Bondholders***

[*Remainder of Page Intentionally Omitted*]

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date a true and exact copy of this notice was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record.

/s/ *Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com