RÉPLICA DE OBJECIÓN GLOBAL

RECEIVED & FILED
2020 MAY 15 PM 4:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

I. Datos de contacto

   Nombre: Ada Iris Rodríguez Colón

   Dirección: Residencial – Bo Jacaguas / Sector Olla Honda B-20
                  Juana Díaz, Puerto Rico 00795

                 Postal – P. O. Box 801001 Coto Laurel, P. R. 00780-1001

   Número de teléfono: 1 – 787 – 360 - 8704

   E-mail: ada.i.rod03@gmail.com

   Números de evidencia de reclamos: (113421), (118776), (119034), (131824), (14521) (150451), (152796)

II. Epígrafe

   A. Secretaría (Clerk°s Office)
      Tribunal de Distrito de los Estados Unidos
      Room 150 Federal Building
      San Juan (Puerto Rico) 00918-1767

   B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

   C. Número de Procedimiento: 17 BK 3283-LTS

   D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico

      Número de las leyes por reclamo
      Ley #89 – Romerazo – Efectiva en 1 de julio de 1996
      Ley #89 de Retribución Uniforme – Efectiva julio de 1979
      Ley ·124 – Aumento de Sueldo – Efectiva julio de 1973

III. El Tribunal no debe declarar a lugar la objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes

      Ley #89 – Romerazo – Efectiva en 1 de julio de 1996
      Ley #89 de Retribución Uniforme – Efectiva julio de 1979
      Ley ·124 – Aumento de Sueldo – Efectiva julio de 1973

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con el Departamento de Educación de Puerto Rico desde **Agosto de 1968 hasta mayo de 1998** (30 años de labor) en las funciones de Maestro de la sala de clases, en el Distrito Escolar de Juana Díaz, Puerto Rico.

Se está reclamando por las leyes aplicables que cubren estos años de servicio.

Se incluyen documentos que evidencian este reclamo:

1) Evidencia de Certificación de Pensión con Deducciones y de ser miembro del Sistema de Retiro de Maestros de Puerto Rico

2) Pendiente para envío tardío la Verificación de Empleo y años de Servicio del Departamento de Educación del Estado Libre Asociado de Puerto Rico.
Nota: En estos momentos debido a pandemia de Coronavirus la oficinas para solicitar el documento permanecen cerradas.

Debido a las recientes situaciones de emergencia ocurridas en Puerto Rico (Huracán María, Terremotos y Pandemia del Coronavirus) se están enviando las réplicas en esta fecha. De necesitar información o documentación adicional, favor de comunicarse con el suscribiente.

Firma: *Ada Iris Rodríguez Colón*
Ada Iris Rodríguez Colón

Fecha: 12 de mayo - 2020