Ada Inis Rodriguez Colón
P.O. Box 801001
Coto Laurel, P.R. 00780-1001





Secretaría (Clerk's Office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767