# INFORMATION REQUESTED TO PROCESS YOUR CLAIM

**Instructions**

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**Questionnaire**

1. What is the basis of your claim?

    ☐ A pending or closed legal action with or against the Puerto Rican government

    ☒ Current or former employment with the Government of Puerto Rico

    ☐ Other (Provide as much detail as possible below. Attach additional pages is needed.)

    _____

2. What is the amount of your claim (how much money do you claim to the owed):
    3 leyes - $56,400.00

3. **Employment**. Does your claim relate to current or former employment with the Government of Puerto Rico?

    ☐ No. *Please continue to Question 4.*

    ☒ Yes. Answer Questions 3 (a) – (d).

3 (a). Identify the specific agency or department whore you were or are employed:

_Departamento de Educación de Puerto Rico_

3 (b) Identify the dates of your employment related to your claim:

_agosto de 1968 hasta mayo de 1998_

3 (C) Last four digits of your social security number: _7169_

3 (d) What is the nature of your employment claims (select all applicable)

☐ Pension

☒ Unpaid Wages

☐ Sick Days

☐ Union Grievance

☐ Vacation

☐ Other (Provide as much detail as possible. Attach additional pages if necessary
_Ley 89 de 1996   Ley 89 de julio 1979_
_Ley 124 de julio 1973_

4. **Legal Action**. Does your claim relate to a pending or closed legal action?

☒ No.

☐ Yes. Answer Questions 4 (a) – (f).

4 (a). Identify the department or agency that is a party to the action.

_No aplica_

4 (b). Identify the name and address of the court or agency where the action is pending:

_No aplica_

4 (c). Case number: _No aplica_

4 (d). Title, Caption, or name of Case: _No aplica_

4 (e). Status of the case (pending, or appeal, or concluded): _No aplica_

4 (f). Do you have an unpaid judgment? Yes / No (Circle one)

If yes, what is the date and amount of the judgment? _No aplica_

Claimant's signature _Ada Iris Rodríguez Colón_
Nombre: _Ada Iris Rodríguez Colón_
Fecha: _12 de mayo de 2020_



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-023
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN CON DEDUCCIONES

Certifico que RODRIGUEZ COLON, ADA I con número de Seguro Social XXX-XX-7169 es pensionado(a) del Sistema de Retiro para Maestros. Recibe una pensión mensual de $1,204.74, equivalente a $14,456.88 anual. Luego de las deducciones recibe una pensión neta de $1,080.74, equivalente a $12,968.88 anual. A Continuación se detallan los descuentos mensuales.

| NOMBRE DE LA ENTIDAD | CANTIDAD | | | |
|---|---|---|---|---|
| | Marzo de 2020 1er. Quincena | Marzo de 2020 2da. Quincena | Abril de 2020 1er. Quincena | Abril de 2020 2da. Quincena |
| SM-First Medical Health Plan | 62.00 | 62.00 | 62.00 | 62.00 |
| Total de descuentos | ($62.00) | ($62.00) | ($62.00) | ($62.00) |

Esta certificación se expide hoy 9 de mayo de 2020.



Número de Certificación: SRM04P2001353

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



☎ 787.777.1414  📠 787.759.2883  www.srm.pr.gov

Reclamante: Ada Iris Rodríguez Colón

Número de Procedimiento: 17 BK 3283 LTS

Número de Reclamación: (113421), (118776), (119034), (131824), (14521), (150451) (152796)
Commonwealth of Puerto Rico

Reclamación del dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el mes **1 de agosto de 1968** hasta el **30 de mayo de 1998,** como maestra, en el Departamento de Educación del Estado Libre Asociado de Puerto Rico.

| Núm. de Ley | Nombre de Ley | Fecha de Efectividad | Núm. Reclamación | Estimado de Cantidad Adeudada |
|---|---|---|---|---|
| Ley 89 | Romerazo | Julio de 1995 | | 3,600.00 |
| Ley 89 | Retribución de Uniforme | Julio de 1979 | | 22,800.00 |
| Ley 124 | Aumento de Sueldo | Julio de 1973 | | 30,000.00 |
| | | | Total ............... | 56,400.00 |

Así como otras leyes aprobadas que me apliquen y no se me otorgó la compensación adecuada.

Muy agradecido por la atención prestada a este asunto.

Atentamente,

*Ada Iris Rodríguez Colón*

Ada Iris Rodríguez Colón

XXX – XX - 7169

RECEIVED & FILED
2020 MAY 15 PM 4:34
CLERK'S OFFICE
U.S. DISTRICT COURT

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Rodriguez Colon, Ada I. | 118776 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Rodriguez Colon, Ada I. | 118776 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

*Proof of Claim:* **131824**
*Claimant:* **Rodriguez Colon, Ada I.**

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

supporting documents via **email** to

*Proof of Claim:* **113421**
*Claimant:* **Rodriguez Colon, Ada I.**

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following addresseses:

*Proof of Claim:* **119034**
*Claimant:* **Rodriguez Colon, Ada I**

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

*Proof of Claim:* **152796**
*Claimant:* **Rodriguez Colon, Ada I**

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following addresseses:

*Proof of Claim:* **140521**
*Claimant:* **Rodriguez Colon, Ada I.**

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following addresseses:

| First Class Mail | Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center | Commonwealth of Puerto Rico Supplemental Information Processing Center |