Ada Inis Rodríguez Colón
P.O. Box 801001
Coto Laurel, P.R. 00780-1001

  

U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
MAY 13, 20
AMOUNT
$1.40
R2305M147983-06

1000          00918

RECEIVED & FILED
2020 MAY 15  PM 4: 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaría (Clerk's Office)
Tribunal de Distrito de los E.U.
Room 150  Federal Building
San Juan, Puerto Rico
00918-1767