# **<u>EXHIBIT A</u>**

**Proof of Remittance**

Modelo SC 745
31-Jan-01

Original – ACC
1ra Copia – Funcionario
2da Copia – Agencia
PRIFAS

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
Agencia

**COMPROBANTE DE REMESA**

Núm. Recibo _____ al _____

| Día | TOTAL COBRADO (DIARIO) | | TOTAL DEPOSITADO (DIARIO) | |
|---|---|---|---|---|
| | FECHA | IMPORTE | FECHA | IMPORTE |
| LUN | | | | |
| MAR | | | | |
| MIER | | | | |
| JUE | | | | |
| VIER | | | | |
| SAB | | | | |
| DOM | | | | |
| TOTAL | | 0.00 | TOTAL | 0.00 |

MAY 1 1 2015


URGENTE

### Identificación del Documento

| CT | Agen | Número de Documento | Fecha de Contabilidad | Código de Banco | Cuenta de Banco | Fecha de Acreditación | Tipo de Depósito | Fecha de Notificación | Fecha de Requisición de Fondos | Número de Aviso de Crédito | Importe Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CR | 025 | 142915025684 | | GDB | 01 | 05/08/2015 | R | 05/08/2015 | 05/08/2015 | 05082015000088 | 27,222,409.18 |

| LN | Cuenta | Fondo | Organización | Prog. | Asig. | Año Pres. | Aportación Federal | SE | Importe | Descripción |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | R4220 | 111 | 0250000 | | | 2015 | | 62 | 17,362,112.59 | FONDO GENERAL |
| 02 | R4220 | 278 | 1660000 | | 780 | 2015 | | 62 | 9,860,296.59 | 46% PROMOCIONES DE RON |
| | | | | | | | | | | ARBITRIOS RON ABRIL 2015 |

APROBACION NIVEL I

RECIBIDO
DEPTO. DE HACIENDA
AREA DEL TESORO
MAY 1 1 2015
DIVISION CONTABILIDAD
DE INGRESOS

**IMPORTE TOTAL**   27,222,409.18

| Para uso de las Agencias que no tienen Recaudador Oficial | Para uso del Recaudador Oficial u Oficial Pagador Especial o Secretario del Tribunal | Para uso del Departamento de Hacienda |
|---|---|---|
| Certifico que los valores que se acompañan son los que realmente se recibieron en esta Agencia, que los mismos deben acreditarse a las asignaciones y fondos indicados y que toda la demás información es correcta. | Certifico que los importes arriba detallados son los que realmente recaudé y deposité en la semana del _____ al _____ de _____ de _____; que los mismos deben acreditarse _____ ignaciones _____ s indicados y que toda la información es correcta. | Aprobado por: _____ Nombre y Firma _____ Título |
| Fecha   Nombre y Firma Jefe Agencia o Su Rep.Aut.   Teléfono | Fecha   Nombre y Firma Recaudador Oficial u OPE o Secretario del Tribunal   Teléfono | Fecha   Teléfono |

En caso de Liquidación de Anticipo de Viajes, deberá enviar una copia al Negociado de Intervenciones.
Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

PRIFA_STAY0001572

CONFIDENTIAL

# CERTIFIED TRANSLATION

PRIFA_STAY0001572

Model SC 745
31-Jan-01

Original -ACC
1st Copy - Official
2nd Copy - Agency
PR FAS

COMMONWEALTH OF PUERTO RICO
DEPARTAMENT OF THE TREASURY
Agency

PROOF OF REMITTANCE

URGENT
MAY 11 2015

Receipt No. _____ to _____

| Day | TOTAL COLLECTED (DAILY) | | TOTAL DEPOSITED (DAILY) | |
|---|---|---|---|---|
| | DATE | AMOUNT | DATE | AMOUNT |
| MON | | | | |
| TUE | | | | |
| WED | | | | |
| THUR | | | | |
| FRI | | | | |
| SAT | | | | |
| SUN | | | | |
| TOTAL | | 0.00 | TOTAL | 0.00 |

### Identification of the Document

| CT | Agen | Document Number | Accounting Date | Bank Code | Bank Account | Credited Date | Type of Deposit | Date of Notification | Date of Requisition of Funds | Credit Notice Number | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CR | 025 | 142915025684 | | GDB | 01 | 05/08/2015 | R | 05/08/2015 | 05/08/2015 | 05082015000088 | 27,222,409.18 |

| LN | Account | Fund | Organization | Prog. | Alloc. | Pres. Year | Federal Contribution | SE | Amount | Description | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | R4220 | 111 | 0250000 | | | 2015 | | 62 | 17,362,112.59 | GENERAL FUND | | |
| 02 | R4220 | 278 | 1660000 | | 780 | 2015 | | 62 | 9,860,296.59 | 46% RUM PROMOTIONS | | |
| | | | | | | | | | | EXCISE TAX ON RUM APRIL 2015 | | |

APPROVAL LEVEL I

RECEIVED
DEPT. OF THE TREASURY
AREA OF THE TREASURY
MAY 11 2015
REVENUE
ACCOUNTING DIVISION

TOTAL AMOUNT    27,222,409.18

| For use by Agencies that do not have an Official Collector | For use by the Official Collector or Special Paying Officer or Clerk of the Court | For use of the Department of the Treasury |
|---|---|---|
| I certify that the values listed are those actually received by this Agency, that they should be credited to the indicated allocations and funds and that all other information is correct | I certify that the amounts listed above are those actually collected and deposited in the week of the _____ to _____ of _____; that they are to be credited to the allocations and funds indicated and that all information is correct. | Approved by: ------------------------- Name and Signature ------------------------- Title |
| ---------- ------------------------------ ---------- Date    Name and Signature Head of Agency or    Telephone    Auth. Rep. | [illegible signature]    VILMA OCASIO NIEVES ---------- ---------------------------------------------------------------- ---------- Date    Name and Signature Official Collector or OPE or Court Clerk    Telephone | ---------- ---------- Date    Telephone |

In the case of Advance Travel Payments, a copy must be sent to the Auditing Department.
Archival: Six years or an audit by the Comptroller, whichever comes first.

Certified to be a correct and true translation from the source text in Spanish to the target language English.
15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

CONFIDENTIAL



**TARGEM TRANSLATIONS**

T 718.384.8040
W TargemTranslations.com
E projects@targemtranslations.com
A 185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: PRIFA_STAY0001572

Signed this 15th day of May 2020



_____
Andreea I. Boscor

