# **EXHIBIT B**

**Department of the Treasury Report on Excise Taxes Received for Exported Rums, Fiscal Year 2014-2015**



GOBIERNO DE PUERTO RICO
Departamento de Hacienda

## DEPARTAMENTO DE HACIENDA
### INFORME DE ARBITRIOS RECIBIDOS POR RONES EXPORTADOS
### AÑO FISCAL 2014-2015

| Month | Cover-over per proof-gallon | ID | Total Cover-over |
|---|---|---|---|
| | | | Summary tab Reference # Location of Deposit |
| July-14 | $ 10.50 | N/A | $ 26,074,976.99 |
| August-14 | $ 10.50 | N/A | 15,506,630.93 |
| September-14 | $ 10.50 | N/A | 18,461,897.15 |
| October-14 | $ 10.50 | N/A | 20,321,285.79 |
| November-14 | $ 10.50 | N/A | 27,266,182.57 |
| December-14 | $ 10.50 | N/A | 21,757,582.50 |
| January-15 | $ 13.25 | N/A | 67,977,645.38 |
| February-15 | $ 10.50 | N/A | 20,643,198.81 |
| March-15 | $ 10.50 | N/A | 20,646,148.28 |
| April-15 | $ 10.50 | N/A | 27,222,409.18 |
| May-15 | $ 10.50 | N/A | 31,547,031.29 |
| June-15 | $ 10.50 | N/A | 31,648,905.69 |
| **TOTAL** | | | **$ 329,073,894.56** |

| Funds for the payment of PRIFA / AFI debt | Science & Technology Trust | All Other GF | Rum Incentives for Rum Produces |
|---|---|---|---|
| 1<br>GF (TSA) | 2<br>Other Account | N/A<br>GF (TSA) | 4 & 7<br>Other Account |
| $ 26,074,976.99 | $ - | $ - | $ - |
| 15,506,630.93 | - | - | - |
| 18,461,897.15 | - | - | - |
| 20,321,285.79 | - | - | - |
| 27,266,182.57 | - | - | - |
| 9,369,026.58 | - | 4,162,996.33 | 8,225,559.59 |
| - | 5,000,000.00 | 32,582,323.42 | 22,938,057.00 |
| - | - | 12,524,353.83 | 8,083,265.87 |
| - | - | 12,213,601.61 | 8,432,546.67 |
| - | - | 17,362,112.59 | 9,860,296.59 |
| - | - | 18,462,404.10 | 13,084,627.19 |
| - | - | 18,571,996.98 | 13,076,908.71 |
| $ 117,000,000.01 | $ 5,000,000.00 | $ 115,879,788.86 | $ 83,701,261.62 |

| Conservation Trust | check |
|---|---|
| **5**<br>Other Account | |
| $ - | - |
| - | - |
| - | - |
| - | - |
| - | - |
| - | - |
| 7,457,264.96 | - |
| 35,579.11 | - |
| - | - |
| - | - |
| - | - |
| - | - |
| **$ 7,492,844.07** | |

CONFIDENTIAL                                                                                                                                              PRIFA_STAY0000152

# CERTIFIED TRANSLATION

GOVERNMENT OF PUERTO RICO
[Great seal]

GOVERNMENT OF PUERTO RICO
Department of the Treasury

**DEPARTMENT OF THE TREASURY**
**REPORT ON EXCISE TAXES RECEIVED FOR EXPORTED RUMS**
**FISCAL YEAR 2014-2015**

| Month | Cover-over per proof-gallon | ID | Total Cover-over |
|---|---|---|---|
| | | | Summary tab Reference # Location of Deposit |
| July-14 | $ 10.50 | N/A | $ 26,074,976.99 |
| August-14 | $ 10.50 | N/A | 15,506,630.93 |
| September-14 | $ 10.50 | N/A | 18,461,897.15 |
| October-14 | $ 10.50 | N/A | 20,321,285.79 |
| November-14 | $ 10.50 | N/A | 27,266,182.57 |
| December-14 | $ 10.50 | N/A | 21,757,582.50 |
| January-15 | $ 13.25 | N/A | 67,977,645.38 |
| February-15 | $ 10.50 | N/A | 20,643,198.81 |
| March-15 | $ 10.50 | N/A | 20,646,148.28 |
| April-15 | $ 10.50 | N/A | 27,222,409.18 |
| May-15 | $ 10.50 | N/A | 31,547,031.29 |
| June-15 | $ 10.50 | N/A | 31,648,905.69 |
| **TOTAL** | | 1 | **329,073,594.56** |

CONFIDENTIAL

PRIFA_STAY0000150

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| Funds for the payment of PRIFA / AFI debt | Science & Technology Trust | All Other GF | Rum Incentives for Rum Produces |
|---|---|---|---|
| **1**<br>GF (TSA) | **2**<br>Other Account | **N/A**<br>GF (TSA) | **4 & 7**<br>Other Account |
| $ 26,074,976.99 | $ - | $ - | |
| 15,506,630.93 | | | |
| 18,461,897.15 | | | |
| 20,321,285.79 | | | |
| 27,266,182.57 | | | |
| 9,369,026.58 | | 4,162,996.33 | 8,225,559.59 |
| | 5,000,000.00 | 32,582,323.42 | 22,938,057.00 |
| | | 12,524,353.83 | 8,083,265.87 |
| | | 12,213,601.61 | 8,432,546.67 |
| | | 17,362,112.59 | 9,860,296.59 |
| | | 18,462,404.10 | 13,084,627.19 |
| | | 18,571,996.98 | 13,076,908.71 |
| **$ 117,000,000.01** | **$ 5,000,000.00** | **$ 115,879,788.86** | **$ 83,701,261.62** |

CONFIDENTIAL

PRIFA_STAY0000151

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| Conservation Trust | check |
|---|---|
| **5** Other Account | |
| $ - | - |
| - | - |
| - | - |
| - | - |
| - | - |
| - | - |
| 7,457,264.96 | |
| 35,579.11 | |
| $ 7,492,844.07 | |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: PRIFA_STAY0000128

Signed this 15th day of May 2020

Andreea I. Boscor

