# EXHIBIT H

**Joint Resolution - June 30, 2013**

(R. C. de la C. 228)
(Conferencia)

17<sup>MA</sup> ASAMBLEA  1<sup>RA</sup> SESION
LEGISLATIVA  ORDINARIA
Res. Conj. Núm. 17-2013
(Aprobada en 30 Jun 13)

# RESOLUCIÓN CONJUNTA

Para asignar a las agencias e instrumentalidades públicas la cantidad de cuatro mil ciento cincuenta millones cuatrocientos noventa y seis mil dólares (4,150,496,000), con cargo al Fondo General del Tesoro Estatal 2013-2014, para llevar a cabo los propósitos que se detallan en la Sección 1 de esta Resolución Conjunta; autorizar el traspaso de fondos; autorizar la transferencia de fondos; autorizar el anticipo de fondos; autorizar para la contratación; permitir la aceptación de donativos; ordenar la preparación de informes; y para autorizar el pareo de los fondos asignados.

*RESUÉLVESE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:*

Sección 1.-Se asigna a las agencias e instrumentalidades públicas, la cantidad de cuatro mil ciento cincuenta millones cuatrocientos noventa y seis mil dólares (4,150,496,000), con cargo al Fondo General del Tesoro Estatal 2013-2014, para llevar a cabo los propósitos que se detallan a continuación:

1. **Administración de Asuntos Energéticos**

    a. Para aportación del Gobierno de Puerto Rico a la "Southern States Energy Board", según lo dispuesto en la Ley Núm. 86 de 30 de mayo de 1970, según enmendada.  $26,000

    b. Para aportación del Gobierno de Puerto Rico a la "National Association of State Energy Board", según lo dispuesto en la Ley Núm. 86 de 30 de mayo de 1970, según enmendada.  3,000

    **Subtotal**  **$29,000**

2. **Administración de Asuntos Federales**

    a. Para gastos de funcionamiento y apertura de oficinas Florida y otros estados.  $234,000

    **Subtotal**  **$234,000**

|     |     |                                                                                                                                                                                 |              |
| --- | --- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ------------ |
|     | a.  | Para Incentivos a la Industria de Barcos Cruceros, según lo dispuesto en la Ley 113-2011.                                                                                       | $5,500,000   |
|     |     | **Subtotal**                                                                                                                                                                    | **$5,500,000** |
| 25. | **Autoridad para el Financiamiento de la Infraestructura** | | |
|     | a.  | Para cumplir con el pago de las emisiones de bonos de la Autoridad para el Financiamiento de la Infraestructura, según lo dispuesto en la Ley Núm. 44 de 21 de junio de 1988, según enmendada. | $117,000,000 |
|     |     | **Subtotal**                                                                                                                                                                    | **$117,000,000** |
| 26. | **Autoridad para el Redesarrollo de los Terrenos y Facilidades de la Estación Naval Roosevelt Roads** | | |
|     | a.  | Para gastos de funcionamiento.                                                                                                                                                  | $900,000     |
|     |     | **Subtotal**                                                                                                                                                                    | **$900,000** |
| 27. | **Comisión Estatal de Elecciones** | | |
|     | a.  | Para gastos de funcionamiento (pago de renta AEP).                                                                                                                              | $2,209,000   |
|     | b.  | Aumento en dietas para las Juntas, según especificado y requerido por Ley.                                                                                                      | 801,000      |
|     |     | **Subtotal**                                                                                                                                                                    | **$3,010,000** |
| 28. | **Compañía para el Desarrollo Integral de la Península de Cantera.** | | |
|     | a.  | Para gastos de funcionamiento.                                                                                                                                                  | $225,000     |
|     |     | **Subtotal**                                                                                                                                                                    | **$225,000** |
| 29. | **Compañía de Comercio y Exportación** | | |
|     | a.  | Para programa de Desarrollo Económico Comunitario.                                                                                                                              | $1,000,000   |

| | | |
|---|---|---:|
| m. | Para deuda por concepto de Becas y ayuda educativa a estudiantes que cualifiquen (AF 2008-09), según lo dispuesto en la R. C. 197-2007. | 5,000,000 |
| n. | Médicos Residentes, Programa Educación Médica Graduada y Dental Graduada, Recinto de Ciencias Médicas. | 1,900,000 |
| | **Subtotal** | **$887,727,000** |
| | **Gran Total** | **$4,150,496,000** |

Sección 2.-Para el Año Fiscal 2013-2014, por la situación fiscal del Estado Libre Asociado de Puerto Rico, la Asamblea Legislativa autoriza al Gobernador de Puerto Rico o al Director de la Oficina de Gerencia y Presupuesto a traspasar fondos entre las agencias según dispuesta en la Sección 1 de esta Resolución Conjunta sin la necesidad de autorización adicional. Se exceptúan de esta disposición las asignaciones consignadas a la Rama Legislativa y sus componentes, la Rama Judicial, las asignaciones por fórmula, y cualesquiera otras dispuestas en ley.

La Oficina de Gerencia y Presupuesto radicará un informe en la Secretaría de cada cuerpo de esta Asamblea Legislativa, en o antes del quinto día laborable de cada mes. Dicho informe deberá contener un detalle de las transferencias efectuadas el mes anterior conforme a lo antes expuesto.

Sección 3.-Cuando los intereses del servicio lo requieran, se autoriza al Departamento de Hacienda a transferir al Banco Gubernamental de Fomento para Puerto Rico los recursos asignados para el pago de las obligaciones contraídas y contenidas en esta Resolución Conjunta.

Sección 4.-Se autoriza al Departamento de Hacienda a efectuar anticipos provisionales de cualesquiera fondos disponibles en el Tesoro Estatal del Gobierno de Puerto Rico, para los propósitos descritos en esta Resolución Conjunta.

Sección 5.-Las asignaciones especiales aquí consignadas serán las únicas asignaciones especiales vigentes y sujetas a obligación a raíz del presupuesto de este Año Fiscal 2013-2014. No existirá deuda, obligación, compromiso alguno con entidades públicas o terceros debido a la omisión total o parcial de asignaciones especiales no incluidas en esta Resolución, salvo las asignaciones especiales que sean aprobadas por legislación posterior a esta Resolución.

Sección 6.-La aportación especial adicional incluida en el Inciso 18 de la Sección 1 será para solventar la porción del déficit de flujo de caja del Sistema de Retiro de

Empleados del Gobierno del Estado Libre Asociado, que sea atribuible a empleados o pensionados de aquellas agencias cuyos gastos de funcionamiento provengan de la Resolución Conjunta del Presupuesto General para el Año Fiscal 2014. La aportación para el Año Fiscal 2014 será de $78,857 millones, según establecido en el Inciso 18.

Sección 7.-Los patronos cuyos gastos de funcionamiento no provengan de la Resolución Conjunta del Presupuesto General vendrán obligados a realizar una aportación correspondiente a la porción del déficit de flujo de caja del Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado, que sea atribuible a sus empleados o pensionados, por una cantidad que será en agregado $41.142 millones para el Año Fiscal 2014 según dispuesto en el inciso 18; no se arrastrará deficiencia alguna como deuda futura. Cada patrono será responsable por su porción pro-rata de la aportación, según notificada por la Administración de Sistemas de Retiro de Empleados del Gobierno del ELA. La Oficina de Gerencia y Presupuesto subsidiará total o parcialmente la aportación correspondiente a cualquier corporación pública o municipio, en caso que dicha entidad pública evidencie que no cuenta con la capacidad financiera de asumir el costo de su aportación. El proceso mediante el cual se solicitará dicho subsidio a la Oficina de Gerencia y Presupuesto, los parámetros de evaluación por la Oficina de Gerencia y Presupuesto, y las implicaciones en el proceso de cobro por parte de la Administración de Sistemas de Retiro, será establecido por la Oficina de Gerencia y Presupuesto mediante normativa escrita.

Sección 8.-Se autoriza contratar con los gobiernos municipales, contratistas privados, así como con cualquier departamento, agencia o corporación del Gobierno de Puerto Rico, para el desarrollo de los propósitos de esta Resolución Conjunta. Se ordena a cada entidad gubernamental que formalice convenios contractuales a radicar ante las Secretarías de cada Cuerpo Legislativo, el séptimo día laborable de cada mes, un informe sobre el uso de los fondos asignados.

Sección 9.-Se permite aceptar a nombre del Gobierno de Puerto Rico, todas aquellas aportaciones de dinero u otros donativos provenientes de ciudadanos y empresas privadas, necesarios y convenientes para los fines expresados en esta Resolución Conjunta.

Sección 10.-Se ordena a cada entidad sin fines de lucro beneficiada bajo esta Resolución Conjunta a radicar ante la Secretaría de cada Cuerpo Legislativo, ante la Oficina de Gerencia y Presupuesto y ante la agencia custodio de cada una de las entidades, un informe semestral sobre el uso de los fondos asignados, de modo que se pueda considerar la utilidad y futura recurrencia de dicha asignación, y que cada agencia custodio pueda evaluar sobre el adecuado uso de los fondos consignados.

Sección 11.-Durante la vigencia de esta Resolución Conjunta, y como regla necesaria para el desembolso responsable de las asignaciones presupuestarias para gastos de funcionamiento y otros, la Oficina de Gerencia y Presupuesto podrá retener

de las asignaciones a las agencias de la Rama Ejecutiva incluidas en esta Resolución, cuyo presupuesto se sufraga en todo o en parte con cargo al Fondo General, las cantidades necesarias para el pago de aportaciones de retiro, seguro de desempleo, contribuciones retenidas de sus empleados, el servicio de energía eléctrica, el servicio de acueductos y alcantarillados y los cánones de arrendamiento de alquiler de las agencias, cuando determine que esta retención es necesaria para asegurar el cumplimiento con estas obligaciones por parte de las agencias concernidas.

Sección 12.-Se autoriza el pareo de los fondos asignados con aportaciones particulares, estatales, municipales o federales.

Sección 13.-Esta Resolución Conjunta comenzará a regir el 1 de julio de 2013.

**DEPARTAMENTO DE ESTADO**
Certificaciones, Reglamentos, Registro
de Notarios y Venta de Leyes
Certifico que es copia fiel y exacta del original
Fecha: 2 de julio de 2013

Firma: _____
Francisco J. Rodríguez Bernier
Secretario Auxiliar de Servicios

CW_STAY0001045

# CERTIFIED TRANSLATION

**(Joint H.R. 228)**
**(Conference)**

17th LEGISLATIVE ASSEMBLY
1ST REGULAR SESSION
Joint Res. No. 17-2013
(Passed on the 30th of June of 2013)

# JOINT RESOLUTION

To allocate to public agencies and instrumentalities the amount of four billion one hundred fifty million four hundred ninety-six thousand dollars (4,150,496,000), from the 2013-2014 General Fund of the State Treasury, to carry out the purposes set forth in Section 1 of this Joint Resolution; to authorize the transfer of funds; to authorize the advance of funds; to authorize contracting; to allow the acceptance of donations; to order the preparation of reports; and to authorize the matching of allocated funds.

*BE IT RESOLVED BY THE LEGISLATIVE ASSEMBLY OF PUERTO RICO:*

Section 1. Four billion one hundred fifty million four hundred ninety-six thousand dollars (4,150,496,000) is allocated to public agencies and instrumentalities from the 2013-2014 General Fund of the State Treasury to carry out the purposes set forth below:

1. **Administration of Energy Affairs**

   a. For contribution of the Government of Puerto Rico to the Southern States Energy Board, in accordance with Act No. 86 of May 30, 1970, as amended. $26,000

   b. For contribution of the Government of Puerto Rico to the National Association of State Energy Board, in accordance with Act No. 86 of May 30, 1970, as amended. 3,000

   **Subtotal** **$29,000**

2. **Federal Affairs Administration**

   a. For operating expenses and opening of offices in Florida and other states. $234,000

   **Subtotal** **$234,000**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

CW STAY0001006

|     |     |     |
| --- | --- | --- |
| | a. For Incentives to the Cruise Ship Industry, according to Act 113-2011. | $5,500,000 |
| | **Subtotal** | **$5,500,000** |
| **25.** | **Infrastructure Financing Authority** | |
| | a. To comply with the payment of the bonds issued from the Infrastructure Financing Authority, as provided for in Act No. 44 of June 21, 1988, as amended. | $117,000,000 |
| | **Subtotal** | **$117,000,000** |
| **26.** | **Authority for the Redevelopment of Lands and Facilities of the Roosevelt Roads Naval Station** | |
| | a. For operating expenses. | $900,000 |
| | **Subtotal** | **$900,000** |
| **27.** | **State Election Commission** | |
| | a. For operating expenses (payment of AEP rent). | $2,209,000 |
| | b. Increase in per diem for the Boards, as specified and required by law. | 801,000 |
| | **Subtotal** | **$3,010,000** |
| **28.** | **Company for the Integral Development of the Cantera Peninsula** | |
| | a. For operating expenses. | $225,000 |
| | **Subtotal** | **$225,000** |
| **29.** | **Trade and Export Company** | |
| | a. For Community Economic Development program. | $1,000,000 |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| | | |
|---|---|---:|
| m. | For debt for Scholarships and educational assistance to qualifying students (FY 2008-09), as provided for in Joint Resolution 197-2007. | 5,000,000 |
| n. | Medical Residents, Graduate Medical and Dental Education Program, Medical Sciences Campus | 1,900,000 |
| | **Subtotal** | **$887,727,000** |
| | **Grand Total** | **$4,150,496,000** |

Section 2. For the 2013-2014 Fiscal Year, due to the fiscal situation of the Commonwealth of Puerto Rico, the Legislative Assembly authorizes the Governor of Puerto Rico or the Director of the Office of Management and Budget to transfer funds among agencies as provided in Section 1 of this Joint Resolution without the need for additional authorization. Exceptions to this provision are allocations to the Legislative Branch and its components, the Judicial Branch, allocations by formula, and any others pursuant to law.

The Office of Management and Budget shall file a report with the Secretariat of each body of this Legislature on or before the fifth business day of each month. This report shall contain a detail of the transfers made in the previous month in accordance with the above.

Section 3. When the interests of the service so require, the Department of Treasury is authorized to transfer to the Government Development Bank for Puerto Rico the resources allocated for the payment of the obligations assumed and contained in this Joint Resolution.

Section 4. The Department of the Treasury is authorized to make provisional advances of any funds available in the State Treasury of the Government of Puerto Rico, for the purposes described in this Joint Resolution.

Section 5. The special allocations set forth herein shall be the only special allocations in force and subject to obligation under the budget for this 2013-2014 Fiscal Year. There shall be no debt, obligation or commitment towards public entities or third parties due to the total or partial omission of special allocations not included in this Resolution, except for special allocations that are approved by legislation subsequent to this Resolution.

Section 6. The additional special contribution included in Paragraph 18 of Section 1 shall be to defray the portion of the cash flow deficit of the Commonwealth Government Employees' Retirement System

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

which is attributable to employees or pensioners of those agencies whose operating expenses are covered by the Joint Resolution on the General Budget for Fiscal Year 2014. The contribution for Fiscal Year 2014 will be $78.857 billion, as established in Section 18.

Section 7. Employers whose operating expenses are not covered by the Joint Resolution on the General Budget shall be required to make a contribution corresponding to the portion of the cash flow deficit of the Commonwealth Government Employees' Retirement System attributable to their employees or pensioners, in an amount that shall total $41.142 billion for Fiscal Year 2014 as provided in paragraph 18; no deficit shall be carried forward as future debt. Each employer will be responsible for its pro-rata portion of the contribution, as notified by the Commonwealth Government Employee Retirement Systems Administration. The Office of Management and Budget will fully or partially subsidize the contribution corresponding to any public corporation or municipality, in the event that said public entity demonstrates that it does not have the financial capacity to assume the cost of its contribution. The process by which this subsidy will be requested from the Office of Management and Budget, the parameters of evaluation by the Office of Management and Budget, and the implications on the process of collection by the Retirement Systems Administration, will be established by the Office of Management and Budget through written regulations.

Section 8. Contracting with municipal governments, private contractors, as well as with any department, agency or corporation of the Government of Puerto Rico is authorized for carrying out of the purposes of this Joint Resolution. Each government entity that formalizes contractual agreements is required to file a report on the use of the allocated funds with the Secretariats of each Legislative Body on the seventh working day of each month.

Section 9. It is permitted to accept, on behalf of the Government of Puerto Rico, all money contributions or other donations from citizens and private companies that are necessary and convenient for the purposes expressed in this Joint Resolution.

Section 10. Each non-profit entity benefiting under this Joint Resolution is ordered to file a half-yearly report with the Secretariat of each legislative body, with the Office of Management and Budget and with the custodian agency of each of the entities, on the use of the allocated funds, so that the usefulness and future recurrence of such allocation can be considered, and so that each custodian agency can evaluate the appropriate use of the allocated funds.

Section 11. During the term of this Joint Resolution, and as a necessary rule for the responsible disbursement of budget allocations for operating and other expenses, the Office of Management and Budget may withhold

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

CW STAY0001044

from the allocations to the agencies of the Executive Branch included in this Resolution, whose budget is covered in whole or in part by the General Fund, the amounts necessary for the payment of retirement contributions, unemployment insurance, contributions withheld from their employees, the electric power service, the water and sewage service and the agency rental fees, when it determines that such withholding is necessary to ensure compliance with these obligations by the agencies concerned.

Section 12. The matching of allocated funds with private, state, municipal or federal contributions is authorized.

Section 13. This Joint Resolution shall become effective on Monday, July 1, 2013.

**STATE DEPARTMENT**
**Certifications, Regulations, Registration**
**of Notaries and Sale Laws**
**I certify that it is a true and accurate copy of the original**
**Date: July 2, 2013**

**Signed:**   [illegible signature]
   **Francisco J. Rodríguez Bernier**
   **Assistant Secretary for Services**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: CW_STAY0001006_image

Signed this 15th day of May 2020

_____
Andreea I. Boscor

