# **EXHIBIT I**

**Joint Resolution No. 46 - July 1, 2014**

**(R. C. de la C. 545)**
**(Conferencia)**

# RESOLUCIÓN CONJUNTA NUM. 46
# 1 DE JULIO DE 2014

Para asignar a las agencias e instrumentalidades públicas la cantidad de tres mil ochocientos setenta y cinco millones doscientos sesenta y siete mil dólares (3,875,267,000) con cargo al Fondo General del Tesoro Estatal 2014-2015, para llevar a cabo los propósitos que se detallan en la Sección 1 de esta Resolución Conjunta; para proveer asignaciones a entidades e instituciones públicas, semipúblicas y privadas sin fines de lucro, la cantidad de veinte millones ciento ochenta y cinco mil ($20,185,000), que, bajo la supervisión de agencias de gobierno, realizan actividades o prestan servicios que propendan al desarrollo de programas para el bienestar social, de la salud, educación, cultura, recreación y a mejorar la calidad de vida de los puertorriqueños; y disponer las agencias cuya custodia se asignan los fondos y las normas de administración de los donativos asignados provenientes del inciso m, apartado 17 de la Sección 1 de esta Resolución Conjunta; autorizar el traspaso de fondos; autorizar la transferencia de fondos; autorizar el anticipo de fondos; autorizar para la contratación; permitir la aceptación de donativos; ordenar la preparación de informes; y para autorizar el pareo de los fondos asignados.

*RESUÉLVESE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:*

Sección 1.-Se asigna a las agencias e instrumentalidades públicas, la cantidad de tres mil ochocientos setenta y cinco millones doscientos sesenta y siete mil dólares (3,875,267,000) con cargo al Fondo General del Tesoro Estatal 2014-2015, para llevar a cabo los propósitos que se detallan a continuación:

1. **Oficina Estatal de Política Pública Energética**

    a.  Para aportación del Gobierno del Estado Libre Asociado de Puerto Rico a la "Southern States Energy Board", según lo dispuesto en la Ley Núm. 86 de 30 de mayo de 1970, según enmendada.                                          $21,000

    b.  Para aportación del Gobierno del Estado Libre Asociado de Puerto Rico a la "National Association of State Energy Board", según lo

|  |  |  |  |
|---|---|---|---|
|  |  | tratamiento a menores con deficiencias en el desarrollo; programas para mejorar calidad de servicios de capacitación de personal de los centros de cuidado y desarrollo infantil. | 750,000 |
|  |  | **Subtotal** | **$579,325,000** |
| 19. | **Autoridad Metropolitana de Autobuses** |  |  |
|  | a. | Para gastos operacionales y de funcionamiento de la AMA. | $8,500,000 |
|  |  | **Subtotal** | **$8,500,000** |
| 20. | **Autoridad del Puerto de Las Américas** |  |  |
|  | a. | Para gastos de funcionamiento. | $336,000 |
|  |  | **Subtotal** | **$336,000** |
| 21. | **Autoridad de Transporte Marítimo** |  |  |
|  | a. | Para gastos operacionales y de mantenimiento de los servicios de transportación marítima, incluyendo Vieques y Culebra. | $20,000,000 |
|  | b. | Para convenio colectivo ATM-UETC Metro. | 149,000 |
|  |  | **Subtotal** | **$20,149,000** |
| 22. | **Autoridad para el Financiamiento de la Infraestructura** |  |  |
|  | a. | Para cumplir con el pago de las emisiones de bonos de la Autoridad para el Financiamiento de la Infraestructura, según lo dispuesto en la Ley Núm. 44 de 21 de junio de 1988, según enmendada. | $117,000,000 |
|  |  | **Subtotal** | **$117,000,000** |

| | | |
|---|---|---|
| 1. | ASOCIACION DE VETERANOS DE LA POLICIA DE P.R., INC - SAN JUAN | $9,000.00 |
| 2. | ASOCIACION MIEMBROS DE LA POLICIA DE PUERTO RICO - SAN JUAN | $18,000.00 |
| 3. | EGIDA DE LA POLICIA, INC. - SAN JUAN | $18,000.00 |
| 4. | PUERTO RICO LAW ENFORCEMENT ATHLETIC ASSO. - SAN JUAN | $9,000.00 |
| 5. | RESCATE CIVIL DE LAS PIEDRAS, INC. - LAS PIEDRAS | $30,000.00 |
| 6. | UNIDAD DE RESCATE DE QUEBRADA, INC. – CAMUY | $25,000.00 |
| | **Subtotal** | **$109,000.00** |
| | **Total** | **$20,185,000.00** |

Sección 3.-Para el Presupuesto del Año Fiscal 2014-2015, por la situación fiscal del Estado Libre Asociado de Puerto Rico, la Asamblea Legislativa autoriza al Gobernador de Puerto Rico o al Director de la Oficina de Gerencia y Presupuesto a traspasar fondos entre las agencias según dispuesta en la Sección 1 de esta Resolución Conjunta sin la necesidad de autorización adicional. Las transferencias que se realicen al amparo de esta Sección no podrán exceder un máximo cumulativo de (5) por ciento del monto total de asignaciones autorizadas en esta Resolución Conjunta; disponiéndose además, que no se considerarán como transferencias para efectos del cálculo de dicho máximo, transferencias realizadas desde o hacia asignaciones bajo la Custodia del Departamento de Hacienda o la Oficina de Gerencia y Presupuesto que sean efectuadas para dar cumplimiento al uso legislado en esta Resolución Conjunta para tales asignaciones, por ejemplo, pago de deuda, aportaciones a Sistemas de Retiro y pago de sentencias.

Se exceptúan de esta disposición las asignaciones consignadas a la Rama Legislativa y sus componentes, la Rama Judicial, las asignaciones por fórmula, y cualesquiera otras dispuestas en ley.

La Oficina de Gerencia y Presupuesto radicará un informe en la Secretaría de cada cuerpo de esta Asamblea Legislativa, en o antes del quinto día laborable de cada mes. Dicho informe deberá contener un detalle de las transferencias efectuadas el mes anterior conforme a lo antes expuesto.

Sección 4.-Cuando los intereses del servicio lo requieran, se autoriza al Departamento de Hacienda a transferir al Banco Gubernamental de Fomento para Puerto Rico los recursos asignados para el pago de las obligaciones contraídas y contenidas en esta Resolución Conjunta.

Sección 5.-Se autoriza al Departamento de Hacienda a efectuar anticipos provisionales de cualesquiera fondos disponibles en el Tesoro Estatal del Gobierno de Puerto Rico, para los propósitos descritos en esta Resolución Conjunta.

Sección 6.-Las asignaciones especiales aquí consignadas serán las únicas asignaciones especiales vigentes y sujetas a obligación a raíz del presupuesto de este Año Fiscal 2014-2015. No existirá deuda, obligación, compromiso alguno con entidades públicas o terceros debido a la omisión total o parcial de asignaciones especiales no incluidas en esta Resolución, salvo las asignaciones especiales que sean aprobadas por legislación posterior a esta Resolución.

Sección 7.-Se autoriza al Banco Gubernamental de Fomento a modificar los términos y condiciones, incluyendo extensión de vencimientos y revisión de tasas de interés, de las líneas de créditos y facilidades de financiamiento para las cuales se dispone repago en esta Resolución Conjunta, de modo que la cuantía del repago pagadero bajo dichas líneas y facilidades no exceda la cantidad cumulativa dispuesta en esta Resolución Conjunta, para cada año fiscal mientras dure la vigencia de la Ley 66-2014, conocida como la "Ley de Sostenibilidad Fiscal y Operacional del Estado Libre Asociado". Disponiéndose además, que para propósitos del límite al repago establecido en esta Sección, no se considerará la porción del repago correspondiente a facilidades nuevas o desembolsos adicionales girados con posterioridad al 30 de junio de 2014. Las modificaciones autorizadas en esta Sección se realizarán bajo términos que no arriesguen la solvencia del Banco Gubernamental de Fomento, y sin incurrir en financiamientos nuevos ni refinanciamiento de deuda. Los términos y condiciones específicos en cumplimiento con esta Sección, serán acordados mutuamente por el Banco Gubernamental de Fomento y el Director de la Oficina de Gerencia y Presupuesto.

Sección 8.-Se autoriza contratar con los gobiernos municipales, contratistas privados, así como con cualquier departamento, agencia o corporación del Gobierno de Puerto Rico, para el desarrollo de los propósitos de esta Resolución Conjunta. Se ordena a cada entidad gubernamental que formalice convenios contractuales, a radicar un informe sobre los fondos asignados ante las Secretarías de cada Cuerpo Legislativo, el séptimo día laborable de cada mes, un informe sobre el uso de los fondos asignados.

Sección 9.-Se permite aceptar a nombre del Gobierno del Estado Libre Asociado de Puerto Rico, todas aquellas aportaciones de dinero u otros donativos provenientes de

ciudadanos y empresas privadas, necesarias y convenientes para los fines expresados en esta Resolución Conjunta.

Sección 10.-Se ordena a cada entidad sin fines de lucro beneficiada bajo esta Resolución Conjunta a radicar ante la Secretaría de cada Cuerpo Legislativo, ante la Oficina de Gerencia y Presupuesto y ante la agencia custodio de cada una de las entidades, un informe semestral sobre el uso de los fondos asignados, de modo que se pueda considerar la utilidad y futura recurrencia de dicha asignación, y que cada agencia custodio pueda evaluar sobre el adecuado uso de los fondos consignados.

Sección 11.-Durante la vigencia de esta Resolución Conjunta, y como regla necesaria para el desembolso responsable de las asignaciones presupuestarias para gastos de funcionamiento y otros, la Oficina de Gerencia y Presupuesto podrá retener de las asignaciones a las agencias de la Rama Ejecutiva incluidas en esta Resolución, cuyo presupuesto se sufraga en todo o en parte con cargo al Fondo General, las cantidades necesarias para el pago de aportaciones de retiro, seguro de desempleo, contribuciones retenidas de sus empleados, el servicio de energía eléctrica, el servicio de acueductos y alcantarillados y los cánones de arrendamiento de alquiler de las agencias, cuando determine que esta retención es necesaria para asegurar el cumplimiento con estas obligaciones por parte de las agencias concernidas.

Sección 12.-Se autoriza el pareo de los fondos asignados con aportaciones particulares, estatales, municipales o federales.

Sección 13.-Esta Resolución Conjunta comenzará a regir el 1 de julio de 2014.

# CERTIFIED TRANSLATION

**(Joint H.R. 545)**
**(Conference)**

# JOINT RESOLUTION No. 46
# JULY 1, 2014

To allocate to public agencies and instrumentalities the amount of three billion eight hundred and seventy-five million two hundred and sixty-seven thousand dollars (3,875,267,000) from the 2014-2015 General Fund of the State Treasury, to carry out the purposes detailed in Section 1 of this Joint Resolution; to provide allocations to public, semi-public and private nonprofit entities and institutions, the amount of twenty million one hundred and eighty five thousand dollars ($20,185,000), which, under the supervision of government agencies, carry out activities or provide services fostering the development of programs for the social welfare, health, education, culture, recreation and improvement of the quality of life of Puerto Ricans; and to determine the agencies to which the funds are assigned and the rules for the administration of the donations assigned from paragraph m, item 17 of Section 1 of this Joint Resolution; to authorize the transfer of funds; to authorize the advance of funds; to authorize contracting; to allow the acceptance of donations; to order the preparation of reports; and to authorize the matching of assigned funds.

*BE IT RESOLVED BY THE LEGISLATIVE ASSEMBLY OF PUERTO RICO*

Section l. The amount of three billion eight hundred and seventy-five million two hundred and sixty-seven thousand dollars (3,875,267,000) is allocated to public agencies and instrumentalities from the 2014-2015 General Fund of the State Treasury, to carry out the purposes detailed below:

**1. State Office of Public Energy Policy**

| | | |
|---|---|---:|
| a. | For contribution of the Government of the Commonwealth of Puerto Rico to the Southern States Energy Board, in accordance with Act No. 86 of May 30, 1970, as amended. | $21,000 |
| b. | For contribution of the Government of the Commonwealth of Puerto Rico to the National Association of State Energy Board, according to | |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

CW STAY 1046

| | | |
|---|---|---:|
| | treatment of children with developmental disabilities; programs to improve the quality of training services for childcare and development center staff. | 750,000 |
| | **Subtotal** | **$579,325,000** |
| 19. | **Metropolitan Bus Authority [AMA]** | |
| | a. For operating and running expenses of the AMA. | $8,500,000 |
| | **Subtotal** | **$8,500,000** |
| 20. | **Port of the Americas Authority** | |
| | a. For operating expenses. | $336,000 |
| | **Subtotal** | **$336,000** |
| 21. | **Maritime Transport Authority** | |
| | a. For operating and maintenance expenses of maritime transportation services, including Vieques and Culebra. | $20,000,000 |
| | b. For the ATM-UETC Metro collective agreement. | 149,000 |
| | **Subtotal** | **$20,149,000** |
| 22. | **Infrastructure Financing Authority** | |
| | a. To comply with the payment of the bonds issued by the Infrastructure Financing Authority, as provided for in Act No. 44 of June 21, 1988, as amended. | $117,000,000 |
| | **Subtotal** | **$117,000,000** |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

93

| | | |
|---|---|---|
| 1. | ASSOCIATION OF VETERANS OF THE P.R. POLICE, INC - SAN JUAN | $9,000.00 |
| 2. | ASSOCIATION OF MEMBERS OF THE P.R. POLICE, INC - SAN JUAN | $18,000.00 |
| 3. | AEGIS OF THE POLICE, INC. - SAN JUAN | $18,000.00 |
| 4. | PUERTO RICO LAW ENFORCEMENT ATHLETIC ASSN. - SAN JUAN | $9,000.00 |
| 5. | LAS PIEDRAS CIVIL RESCUE, INC. - LAS PIEDRAS | $30,000.00 |
| 6. | QUEBRADA RESCUE UNIT, INC. - CAMUY | $25,000.00 |
| | **Subtotal** | **$109,000.00** |
| | **Total** | **$20,185,000.00** |

Section 3. For the 2014-2015 Fiscal Year Budget, due to the fiscal situation of the Commonwealth of Puerto Rico, the Legislative Assembly authorizes the Governor of Puerto Rico or the Director of the Office of Management and Budget to transfer funds among agencies as provided in Section 1 of this Joint Resolution without the need for additional authorization. Transfers made under this Section may not exceed a cumulative maximum of five (5) percent of the total amount of allocations authorized in this Joint Resolution, and it is further provided that transfers made from or to allocations under the Custody of the Treasury Department or the Office of Management and Budget that are made to comply with the use legislated in this Joint Resolution for such allocations, for example, payment of debt, contributions to Retirement Systems and payment of judgments.

Exceptions to this provision are allocations to the Legislative Branch and its components, the Judicial Branch, allocations by formula, and any others pursuant to law.

The Office of Management and Budget shall file a report with the Secretariat of each body of this Legislature on or before the fifth business day of each month. This report shall contain a detail of the transfers made in the previous month in accordance with the above.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

94

Section 4. When the interests of the service so require, the Department of Treasury is authorized to transfer to the Government Development Bank for Puerto Rico the resources allocated for the payment of the obligations incurred and contained in this Joint Resolution.

Section 5. The Department of the Treasury is authorized to make provisional advances of any funds available in the State Treasury of the Government of Puerto Rico, for the purposes described in this Joint Resolution.

Section 6. The special allocations set forth herein shall be the only special allocations in force and subject to obligation under the budget for this 2014-2015 Fiscal Year. There shall be no debt, obligation or commitment toward public entities or third parties due to the total or partial omission of special allocations not included in this Resolution, except for special allocations that are approved by legislation subsequent to this Resolution.

Section 7. The Government Development Bank is authorized to modify the terms and conditions, including extension of maturities and revision of interest rates, of the lines of credit and financing terms for which repayment is provided in this Joint Resolution, so that the amount of repayment payable under such lines and facilities does not exceed the cumulative amount provided in this Joint Resolution, for each fiscal year while Act 66-2014, known as the "Fiscal and Operational Sustainability Act of the Commonwealth," remains in effect. It is further provided that for purposes of the repayment limit established in this Section, the portion of the repayment corresponding to new facilities or additional disbursements made after June 30, 2014 shall not be considered. The modifications authorized in this Section shall be made under terms that do not put the solvency of the Government Development Bank at risk, and without incurring in new financing or refinancing of debt. The specific terms and conditions in compliance with this Section shall be mutually agreed upon by the Government Development Bank and the Director of the Office of Management and Budget.

Section 8. Contracting with municipal governments, private contractors, as well as with any department, agency or corporation of the Government of Puerto Rico is authorized for carrying out the purposes of this Joint Resolution. Each government entity that formalizes contractual agreements is required to file a report on the use of the allocated funds with the Secretariats of each Legislative Body on the seventh business day of each month.

Section 9. It is permitted to accept, on behalf of the Government of the Commonwealth of Puerto Rico, all money contributions or other donations from citizens and private companies that are necessary and convenient for the purposes expressed in this Joint Resolution.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

95

Section 10. Each non-profit entity benefiting under this Joint Resolution is ordered to file a half-yearly report with the Secretariat of each legislative body, with the Office of Management and Budget and with the custodian agency of each of the entities, on the use of the allocated funds, so that the usefulness and future recurrence of such allocation can be considered, and so that each custodian agency can evaluate the appropriate use of the allocated funds.

Section 11. During the term of this Joint Resolution, and as a necessary rule for the responsible disbursement of budget allocations for operating and other expenses, the Office of Management and Budget may withhold from the allocations to the agencies of the Executive Branch included in this Resolution, whose budget is covered in whole or in part by the General Fund, the amounts necessary for the payment of retirement contributions, unemployment insurance, contributions withheld from their employees, electric power service, water and sewage service and agency rental fees, when it determines that such withholding is necessary to ensure compliance with these obligations by the agencies concerned.

Section 12. The matching of allocated funds with private, state, municipal or federal contributions is authorized.

Section 13. This Joint Resolution shall become effective on July 1, 2014.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

CW STAY0001140



# TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: CW_STAY0001046_image

Signed this 15th day of May 2020



_____
Andreea I. Boscor

