# **EXHIBIT J**

**Joint Resolution - July 1, 2015**

(R. C. de la C. 748)
(Conferencia)



## RESOLUCIÓN CONJUNTA

Para asignar a las agencias e instrumentalidades públicas la cantidad de cinco mil trescientos cuatro millones ochenta y nueve mil (5,304,089,000) dólares con cargo al Fondo General del Tesoro Estatal 2015-2016, para llevar a cabo los propósitos que se detallan en la Sección 1 de esta Resolución Conjunta; autorizar el traspaso de fondos; autorizar la transferencia de fondos; y para crear el "Fondo para el Desarrollo Económico y Pago de Obligaciones de Puerto Rico" por la cantidad de doscientos setenta y cinco millones (275,000,000) según se describe en la Sección 12; autorizar el anticipo de fondos; autorizar para la contratación; permitir la aceptación de donativos; ordenar la preparación de informes; y para autorizar el pareo de los fondos asignados.

## EXPOSICIÓN DE MOTIVOS

Nos encontramos ante una crisis fiscal histórica, donde los recursos disponibles son extremadamente limitados. De la misma forma, nuestra situación actual exige cumplir con nuestra responsabilidad de mantener un presupuesto balanceado donde los gastos se ajusten a los recaudos reales disponibles, con el fin de promover nuestra recuperación económica y eliminar la práctica lesiva de incurrir en déficit en el manejo de los presupuestos gubernamentales. En ese sentido, durante los últimos dos años hemos visto un progreso en la forma de manejar las finanzas gubernamentales, ante la acción de realizar ajustes en el presupuesto, en ocasión a que los recaudos no cumplen los estimados, ya sea porque se eliminan fuentes de recursos sin identificar fuentes alternas, por comportamiento en el consumo u otras variables externas.

Contrario a lo que ocurría en el pasado, esta Administración ha realizado acciones afirmativas para reducir la brecha de los recaudos y los gastos. Al examinar los estados financieros auditados del Estado Libre Asociado de Puerto Rico desde el Año Fiscal 2000 hasta el Año Fiscal 2013, podemos observar que la diferencia entre los ingresos y los gastos del Fondo General totalizó alrededor de $23,585 millones. En particular los ingresos netos del Fondo General para el Año Fiscal 2012 totalizaron $8,573 millones, mientras los gastos fueron $11,966 millones, dejando como resultado un déficit de $3,393 millones. Ese mismo análisis para el Año Fiscal 2013 refleja unos ingresos netos de $8,131 millones y gastos de $9,885 millones, para un déficit de $1,754 millones. Esto representa una reducción en el déficit de $1,639 millones o 52% en comparación con el Año Fiscal anterior. De igual forma, debemos señalar que el gasto público con cargo al Fondo General se redujo de $11,966 millones en el Año Fiscal 2012

a $9,885 millones en el Año Fiscal 2013. Esto representa una reducción en gasto de $2,081 millones o un 17%.

Los números preliminares para el cierre del Año Fiscal 2014, reflejan unos ingresos de $9,122 millones y gastos de $9,656 millones para un déficit de $534 millones. Al compararlo con el Año Fiscal anterior podemos ver una reducción en gastos de $229 millones ($9,885-$9,656). En resumen, los gastos del Fondo General se redujeron $2,310 millones en dos años ($2,081+$229). Esto sin afectar la prestación de los servicios esenciales que se proveen a nuestros(as) ciudadanos(as) y sin cesantear a ningún(a) empleado(a) público(a).

TOTAL DE INGRESOS Y GASTOS DEL FONDO GENERAL AF 00 – AF 14 



Durante el Año Fiscal 2015, continuamos con nuestro esfuerzo de mantener el presupuesto balanceado. El presupuesto para este Año Fiscal ascendió a $9,565 millones, sobre el cual promovimos una reserva presupuestaria de $125 millones, de forma que los gastos sean cónsonos con los recaudos. Ello sin afectar la prestación de los servicios a la ciudadanía, sin despedir empleados(as) y en un esfuerzo legítimo de mantener un presupuesto balanceado.

Ahora bien, las obligaciones con cargo al Fondo General para el Año Fiscal 2015-2016 hubieran aumentado en $268 millones para el pago de la deuda de las obligaciones generales (GO's); $140 millones para aportación adicional al Sistema de Retiro del gobierno central; $28 millones para el Centro Comprensivo del Cáncer; $459 millones adicionales para el pago de deuda al BGF; $14 millones para la Autoridad de Edificios Públicos y pago de utilidades. Por tanto, si utilizamos de base el presupuesto del Año Fiscal 2014-2015 que ascendía a $9,565 millones, el presupuesto para el Año Fiscal 2015-2016 hubiera aumentado por $909 millones, para un presupuesto por la cantidad total de $10,474 millones.

No obstante, los recaudos estimados por el Departamento de Hacienda para apoyar el presupuesto del Año Fiscal 2015-2016 ascienden a $9,800 millones, por lo que resulta necesario realizar una serie de ajustes para mantener un presupuesto balanceado. Ello necesariamente conllevará que no se atiendan todas las asignaciones, por lo que para estos fines se ha implementado una serie de recortes que abarcan gastos de funcionamiento de las agencias del gobierno central y reducciones producto de la implementación de la Ley 66-2014. No obstante, la reducción a las asignaciones que impactan las entidades del tercer sector han sido muy reducidas, conscientes de la labor social que realizan para el País.

La presente distribución es una justa, consciente y responsable que además salvaguarda los servicios esenciales para nuestra ciudadanía y encamina a Puerto Rico por el sendero de la recuperación fiscal.

*RESUÉLVESE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:*

Sección 1.-Se asigna a las agencias e instrumentalidades públicas, la cantidad de cinco mil trescientos cuatro millones ochenta y nueve mil (5,304,089,000) dólares, con cargo al Fondo General del Tesoro Estatal 2015-2016, para llevar a cabo los propósitos que se detallan a continuación:

1. Administración de Asuntos Federales

   a. Para gastos de funcionamiento de oficinas de Florida y otros estados.     $200,000

   Subtotal     $200,000

2. Administración de Desarrollo Socioeconómico de la Familia

   a. Para el Programa de Rehabilitación Económica y Social para Familias en Extrema Pobreza.     $500,000

   Subtotal     $500,000

3. Administración de Familias y Niños

   a. Para gastos de funcionamiento de ADFAN.     $150,000

   Subtotal     $150,000

| | | | |
|---|---|---|---:|
| 18. | Autoridad para las Alianzas Público Privadas | | |
| | a. | Para los gastos de funcionamiento de la Subdivisión de los Proyectos de Menor Escala. Ley 237-2014. | $1,800,000 |
| | | Subtotal | $1,800,000 |
| 19. | Autoridad de Transporte Integrado | | |
| | a. | Para gastos de funcionamiento. | $26,500,000 |
| | b. | Para gastos de seguridad en localidades monitoreadas por el US Coast Guard. | 2,500,000 |
| | | Subtotal | $29,000,000 |
| 20. | Autoridad del Puerto de Las Américas | | |
| | a. | Para gastos de funcionamiento. | $300,000 |
| | | Subtotal | $300,000 |
| 21. | Autoridad para el Financiamiento de la Infraestructura | | |
| | a. | Para cumplir con el pago de las emisiones de bonos de la Autoridad para el Financiamiento de la Infraestructura, según lo dispuesto en la Ley Núm. 44 de 21 de junio de 1988, según enmendada. | $117,000,000 |
| | | Subtotal | $117,000,000 |
| 22. | Autoridad para el Redesarrollo de los Terrenos y Facilidades de la Estación Naval Roosevelt Roads | | |
| | a. | Para gastos de funcionamiento. | $769,000 |
| | b. | Para el pago de la deuda con la Marina de los Estados Unidos por la compra de terreno. | 523,000 |
| | | Subtotal | $1,292,000 |

Sección 2.-Para el Presupuesto del Año Fiscal 2015-2016, por la situación fiscal del Estado Libre Asociado de Puerto Rico, la Asamblea Legislativa autoriza al Gobernador del Estado Libre Asociado de Puerto Rico o al Director de la Oficina de Gerencia y Presupuesto a traspasar fondos entre las agencias según dispuesto en la Sección 1 de esta Resolución Conjunta sin la necesidad de autorización adicional. Las transferencias que se realicen al amparo de esta Sección no podrán exceder un máximo acumulativo de 5% del monto total de asignaciones autorizadas en esta Resolución Conjunta, disponiéndose además, que no se considerarán como transferencias para efectos del cálculo de dicho máximo, transferencias realizadas desde o hacia asignaciones bajo la custodia del Departamento de Hacienda o la Oficina de Gerencia y Presupuesto que sean efectuadas para dar cumplimiento al uso legislado en esta Resolución Conjunta para tales asignaciones, por ejemplo, pago de deuda, utilidades, aportaciones a Sistemas de Retiro. Se exceptúan de esta disposición las asignaciones consignadas a la Rama Legislativa y sus componentes, la Rama Judicial, las asignaciones por fórmula, y cualesquiera otras dispuestas en ley.

La Oficina de Gerencia y Presupuesto radicará un informe en la Secretaría de cada Cuerpo de esta Asamblea Legislativa, en o antes del quinto día laborable de cada mes. Dicho informe deberá contener un detalle de las transferencias efectuadas el mes anterior conforme a lo antes expuesto.

Sección 3.-Cuando los intereses del servicio lo requieran, se autoriza al Departamento de Hacienda a transferir al Banco Gubernamental de Fomento para Puerto Rico los recursos asignados para el pago de las obligaciones contraídas y contenidas en esta Resolución Conjunta.

Sección 4.-Se autoriza al Departamento de Hacienda a efectuar anticipos provisionales de cualesquiera fondos disponibles en el Tesoro Estatal del Gobierno del Estado Libre Asociado de Puerto Rico, para los propósitos descritos en esta Resolución Conjunta.

Sección 5.-Las asignaciones especiales aquí consignadas serán las únicas asignaciones especiales vigentes y sujetas a obligación a raíz del presupuesto de este Año Fiscal 2015-2016. No existirá deuda, obligación, compromiso alguno con entidades públicas o terceros debido a la omisión total o parcial de asignaciones especiales no incluidas en esta Resolución Conjunta, salvo las asignaciones especiales que sean aprobadas por legislación posterior a esta Resolución Conjunta.

Sección 6.-Se autoriza a contratar con los gobiernos municipales, contratistas privados, así como con cualquier departamento, agencia o corporación del Gobierno del Estado Libre Asociado de Puerto Rico, para el desarrollo de los propósitos de esta Resolución Conjunta. Se ordena a cada entidad gubernamental que formalice convenios contractuales a radicar ante las Secretarías de cada Cuerpo Legislativo, el séptimo día laborable de cada mes, un informe sobre el uso de los fondos asignados.

53

Sección 7.-Se permite aceptar a nombre del Gobierno del Estado Libre Asociado de Puerto Rico, todas aquellas aportaciones de dinero u otros donativos provenientes de ciudadanos y empresas privadas, necesarias y convenientes para los fines expresados en esta Resolución Conjunta.

Sección 8.-Se ordena a cada entidad sin fines de lucro beneficiada bajo esta Resolución Conjunta a radicar ante la Secretaría de cada Cuerpo Legislativo, ante la Oficina de Gerencia y Presupuesto y ante la agencia custodio de cada una de las entidades, un informe semestral sobre el uso de los fondos asignados, de modo que se pueda considerar la utilidad y futura recurrencia de dicha asignación, y que cada agencia custodio pueda evaluar sobre el adecuado uso de los fondos consignados.

Sección 9.-Durante la vigencia de esta Resolución Conjunta, y como regla necesaria para el desembolso responsable de las asignaciones presupuestarias para gastos de funcionamiento y otros, la Oficina de Gerencia y Presupuesto podrá retener de las asignaciones a las agencias de la Rama Ejecutiva incluidas en esta Resolución Conjunta, cuyo presupuesto se sufraga en todo o en parte con cargo al Fondo General, las cantidades necesarias para el pago de aportaciones de retiro, seguro de desempleo, contribuciones retenidas de sus empleados, cuando determine que esta retención es necesaria para asegurar el cumplimiento con estas obligaciones por parte de las agencias concernidas.

Sección 10.-Se ordena al Director de la Oficina de Gerencia y Presupuesto a establecer los mecanismos de control presupuestario necesarios, incluyendo la separación de fondos y reservas, para asegurar el cumplimiento con lo dispuesto en la Ley 129-2005, conocida como la "Ley de Reservas en las Compras del Gobierno del Estado Libre Asociado de Puerto Rico", según enmendada por la Ley 62-2014, relativo a separar el veinte (20) por ciento del presupuesto de compras para la adquisición de bienes producidos o mercadeados por microempresas, pequeñas y medianas empresas, por parte de los departamentos, agencias, instrumentalidades y corporaciones públicas cuyos gastos de funcionamiento se sufraguen en todo o en parte del Fondo General. Además, la Administración de Servicios Generales, durante el Año Fiscal 2015-2016, comenzando el 1 de septiembre de 2015, preparará y presentará en la Secretaría de cada Cuerpo Legislativo y en la Oficina de Gerencia y Presupuesto un informe detallado de las compras realizadas por las entidades sujetas a la Ley 129, *supra*, y de las medidas tomadas para fiscalizar que los fondos públicos asignados sean utilizados de conformidad con los parámetros que establece dicha ley.

Disponiéndose además, que la Oficina de Gerencia y Presupuesto informará al Secretario de Hacienda que se retendrá un (1) por ciento de las asignaciones presupuestarias, o remesa o pago por servicios públicos, provenientes del Fondo General, a cualquier departamento, agencia, instrumentalidad, dependencia, municipio o corporación pública del Estado Libre Asociado de Puerto Rico que incumpla con las disposiciones de la Ley 129-2005, *supra*.

Sección 11.-Se autoriza el pareo de los fondos asignados con aportaciones particulares, estatales, municipales o federales.

Sección 12.-Se establece el "Fondo para el Desarrollo Económico y Pago de Obligaciones de Puerto Rico" (en adelante, el Fondo). Se dispone la cantidad de doscientos setenta y cinco millones de dólares ($275,000,000) para nutrir el Fondo, el cual estará en una cuenta separada e independiente en el Departamento de Hacienda, sin embargo su utilización y distribución solo podrá ser aprobada mediante Resolución Conjunta de la Asamblea Legislativa a tales efectos. Dicho Fondo solo podrá ser utilizado para promover iniciativas de desarrollo económico o para el pago de obligaciones del Estado Libre Asociado de Puerto Rico.

Sección 13.-Esta Resolución Conjunta comenzará a regir el 1 de julio de 2015.

**DEPARTAMENTO DE ESTADO**
Certificaciones, Reglamentos, Registro
de Notarios y Venta de Leyes
Certifico que es copia fiel y exacta del original
Fecha: 6 de julio de 2015

Firma: _____
Francisco J. Rodríguez Bernier
Secretario Auxiliar de Servicios

# CERTIFIED TRANSLATION

**(Joint H.R. 748)**
**(Conference)**

# JOINT RESOLUTION

To allocate to public agencies and instrumentalities the amount of five billion three hundred and four million eighty-nine thousand (5,304,089,000) dollars from the General Fund of the State Treasury 2015-2016, to carry out the purposes detailed in Section 1 of this Joint Resolution; to authorize the transfer of funds; to authorize the conveyance of funds; and to create the "Fund for Economic Development and Payment of Obligations of Puerto Rico" in the amount of two hundred seventy-five million (275,000,000) as described in Section 12; to authorize advancing of funds; to authorize contracting; to allow the acceptance of donations; to order the preparation of reports; and to authorize the matching of allocated funds.

STATEMENT OF REASONS

We are facing a historic fiscal crisis, in which available resources are extremely limited. Likewise, our current situation demands that we fulfill our responsibility to maintain a balanced budget where expenses are adjusted to the real available resources, in order to promote our economic recovery and eliminate the harmful practice of incurring deficits in managing government budgets. In this sense, during the last two years we have seen progress in the way government finances are managed when faced with making adjustments to the budget, when collections do not meet estimates, either because sources of resources are eliminated without identifying alternative sources, or because of consumption behavior or other external variables.

Contrary to what happened in the past, this Administration has taken affirmative action to reduce the gap between collections and expenditures. When examining the audited financial statements of the Commonwealth of Puerto Rico from Fiscal Year 2000 through Fiscal Year 2013, we can see that the difference between income and expenditures of the General Fund totaled about $23.585 billion. In particular, General Fund net income for Fiscal Year 2012 totaled $8.573 billion, while expenditures were $11.966 billion, resulting in a deficit of $3.393 billion. The same analysis for Fiscal Year 2013 reflects net income of $8.131 billion and expenses of $9.885 billion, for a deficit of $1.754 billion. This represents a reduction in the deficit of $1.639 billion or 52% compared to the previous fiscal year. Similarly, we should note that public spending from the General Fund was reduced from $11.966 billion in Fiscal Year 2012

CW STAY0001141

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

to $9.885 billion in Fiscal Year 2013. This represents a reduction in expenditure of $2.081 billion or 17%.

Preliminary numbers for the close of Fiscal Year 2014 reflect revenues of $9.122 billion and expenses of $9.656 billion for a deficit of $534 million. When compared to the previous fiscal year, we note a reduction in expenses of $229 million ($9.885-$9.656 billion). In summary, General Fund expenditures were reduced by $2.31 billion over two years ($2.081+$0.229 billion). This does not affect the delivery of essential services provided to our citizens and does not affect any public employee.



TOTAL GENERAL FUND INCOME AND EXPENDITURE FY 00 - FY14

During Fiscal Year 2015, we continued with our efforts to keep the budget balanced. The budget for this fiscal year amounted to $9.565 billion, over which we promoted a budget reserve of $125 million, so that expenses would be in line with incoming funds. This has been done without affecting the provision of services to citizens, without laying off employees, and in a legitimate effort to maintain a balanced budget.

However, General Fund obligations for Fiscal Year 2015-2016 would have increased by $268 million for general obligation (GO) debt payments; $140 million for additional contribution to the central government's Retirement System; $28 million for the Comprehensive Cancer Center; an additional $459 million for GDB debt payments; $14 million for the Public Buildings Authority and utility payments. Therefore, using the budget for Fiscal Year 2014-2015 that came to a base of $9.565 billion, the budget for Fiscal Year 2015-2016 would have increased by $909 million, for a total budget of $10.474 billion.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

CW STAY0001142

3

However, the income estimated by the Treasury Department to support the budget for Fiscal Year 2015-2016 amounts to $9.8 billion, making it necessary to make a series of adjustments in order to maintain a balanced budget. This will necessarily mean that not all allocations will be met, so for these purposes a series of cuts have been implemented covering operating expenses of central government agencies and reductions resulting from the implementation of Act 66-2014. Nonetheless, the reduction to the allocations impacting the entities of the third sector have been very reduced, in consideration of the social work that they carry out for the country.

The present distribution is a fair, conscious and responsible one that also safeguards essential services for our citizenry and sets Puerto Rico on the path of fiscal recovery.

*BE IT RESOLVED BY THE LEGISLATIVE ASSEMBLY OF PUERTO RICO:*

Section 1. The amount of five billion three hundred and four million eighty-nine thousand (5,304,089,000) dollars is allocated to public agencies and instrumentalities, from the State Treasury General Fund 2015-2016, to carry out the following purposes:

1. Federal Affairs Administration

    a. For operating expenses of offices in Florida
       and other states.                                                    $200,000

       Subtotal                                                             $200,000

2. Administration for Socioeconomic Development of the Family

    a. For the Economic and Social Rehabilitation Program for Families in Extreme
       Poverty.                                                             $500,000

       Subtotal                                                             $500,000

3. Family and Children Administration

    a. For ADFAN operating expenses.                                        $150,000

       Subtotal                                                             $150,000

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

CW STAY0001143

18. Public-Private Partnership Authority

    a. For the operating costs of the Subdivision of Small-Scale Projects. Act 237-2014.     $1,800,000

    Subtotal     $1,800,000

19. Integrated Transport Authority

    a. For operating expenses.     $26,500,000

    b. For security expenses at locations monitored by the US Coast Guard.     2,500,000

    Subtotal     $29,000,000

20. Port of the Americas Authority

    a. For operating expenses.     $300,000

    Subtotal     $300,000

21. Infrastructure Financing Authority

    a. To comply with the payment of the bonds issued by the Infrastructure Financing Authority, as provided in Act No. 44 of June 21, 1988, as amended.     $117,000,000

    Subtotal     $117,000,000

22. Authority for the Redevelopment of the Lands and Facilities of the Roosevelt Roads Naval Station

    a. For operating expenses.     $769,000

    b. For the payment of the debt to the United States Navy for the purchase of land.     523,000

    Subtotal     $1,292,000

*Certified to be a correct and true translation from the source text in Spanish to the target language English.
15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.*

52

Section 2. For the Fiscal Year 2015-2016 Budget, due to the fiscal situation of the Commonwealth of Puerto Rico, the Legislative Assembly authorizes the Governor of the Commonwealth of Puerto Rico or the Director of the Office of Management and Budget to transfer funds among agencies as provided in Section 1 of this Joint Resolution without the need for additional authorization. Transfers made under this Section may not exceed a cumulative maximum of 5% of the total amount of allocations authorized in this Joint Resolution, and it is further provided that transfers made from or to allocations under the custody of the Treasury Department or the Office of Management and Budget that are made to comply with the use legislated in this Joint Resolution for such allocations, for example, payment of debt, utilities, contributions to Retirement Systems, shall not be considered as transfers for purposes of calculating such maximum. Exceptions to this provision are allocations to the Legislative Branch and its components, the Judicial Branch, allocations by formula, and any others provided for in law.

The Office of Management and Budget shall file a report with the Secretariat of each Body of this Legislative Assembly on or before the fifth business day of each month. This report shall contain a detail of the transfers made in the previous month in accordance with the above.

Section 3. When the interests of the service so require, the Department of Treasury is authorized to transfer to the Government Development Bank for Puerto Rico the resources allocated for the payment of the obligations assumed and contained in this Joint Resolution.

Section 4. The Department of the Treasury is authorized to make provisional advances of any funds available in the State Treasury of the Government of the Commonwealth of Puerto Rico, for the purposes described in this Joint Resolution.

Section 5. The special allocations set forth herein shall be the only special allocations in force and subject to obligation under the budget for this Fiscal Year 2015-2016. No debt, obligation or commitment shall exist with public entities or third parties due to the total or partial omission of special allocations not included in this Joint Resolution, except for special allocations that are approved by legislation subsequent to this Joint Resolution.

Section 6. Contracting with municipal governments, private contractors, as well as with any department, agency or corporation of the Government of the Commonwealth of Puerto Rico is authorized for carrying out the purposes provided under this Joint Resolution. Each government entity that formalizes contractual agreements is required to file a report on the use of the allocated funds with the Secretariats of each Legislative Body on the seventh business day of each month.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

CW STAY0001192

Section 7. It is permitted to accept, on behalf of the Government of the Commonwealth of Puerto Rico, all money contributions or other donations from citizens and private companies, that are necessary and convenient for the purposes expressed in this Joint Resolution.

Section 8. Each non-profit entity benefiting under this Joint Resolution is ordered to file a biannual report with the Secretariat of each legislative body, with the Office of Management and Budget and with the custodian agency of each of the entities, on the use of the allocated funds, so that the usefulness and future recurrence of such allocation can be considered, and so that each custodian agency can evaluate the appropriate use of the allocated funds.

Section 9. During the term of this Joint Resolution, and as a necessary rule for the responsible disbursement of budget allocations for operating and other expenses, the Office of Management and Budget may withhold from the allocations to the agencies of the Executive Branch included in this Joint Resolution, whose budget is covered in whole or in part by the General Fund, the amounts necessary for the payment of retirement contributions, unemployment insurance, contributions withheld from their employees, when it determines that such withholding is necessary to ensure compliance with these obligations by the agencies concerned.

Section l0. The Director of the Office of Management and Budget is ordered to establish the necessary budgetary control mechanisms, including the separation of funds and reserves, to ensure compliance with the provisions of Act 129-2005, known as the "Government Procurement Reserves Act of the Commonwealth of Puerto Rico," as amended by Act 62-2014, regarding the separation of twenty (20) percent of the purchasing budget for the acquisition of goods produced or marketed by micro, small and medium-sized enterprises, by departments, agencies, instrumentalities and public corporations whose operating expenses are covered in whole or in part by the General Fund. In addition, during Fiscal Year 2015-2016, beginning September 1, 2015, the General Services Administration shall prepare and submit to the Secretariat of each Legislative Body and to the Office of Management and Budget a detailed report of the purchases made by the entities subject to Act 129, *supra*, and of the measures taken to ensure that the public funds allocated are used in accordance with the parameters established by that Act.

It is further provided that the Office of Management and Budget shall inform the Secretary of the Treasury that one (1) percent of the budgetary allocations, or remittance or payment for public services, from the General Fund shall be withheld from any department, agency, instrumentality, dependency, municipality or public corporation of the Commonwealth of Puerto Rico that does not comply with the provisions of Act 129-2005, *supra*.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

CW_STAY0001193

Section 11. The matching of allocated funds with private, state, municipal or federal contributions is authorized.

Section 12. The "Fund for Economic Development and Payment of Obligations of Puerto Rico" (hereinafter the Fund) is established. Two hundred and seventy-five million dollars ($275,000,000) is allocated to the Fund, which will be in a separate and independent account in the Treasury Department; however, its use and distribution may only be approved by a Joint Resolution of the Legislative Assembly for such purposes. This Fund may only be used to promote economic development initiatives or for the payment of obligations of the Commonwealth of Puerto Rico.

Section 13. This Joint Resolution shall become effective on July 1, 2015.

**STATE DEPARTMENT**
**Certifications, Regulations, Registration**
**of Notaries and Sale Laws**
**I certify that it is a true and accurate copy of the original**
**Date: July 6, 2015**

    **Signed:** __[illegible signature]_____
              **Francisco J. Rodríguez Bernier**
              **Assistant Secretary for Services**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

CW STAY0001194



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: CW_STAY0001141_image

Signed this 15th day of May 2020



Andreea I. Boscor

