# **EXHIBIT K**

**Funds Transfer Order**



# FUNDS TRANSFER ORDER

Control No. **T-103371**

| Originated by (Agency Name): Departamento de Mercados de Capital, División de Obligaciones de Rentas | | | | Date: 12/18/2014 |
|---|---|---|---|---|
| **Transfer to:** | **Accounts to be Debited** | **Accounts to be Credited** | **ABA Number** | **Amount** |
| Secretario de Hacienda | ▇▇▇000-6 | | | $28,250,000.00 |
| IBA AFI DEBT SERVICE | | ▇▇▇189-1 | | $28,250,000.00 |

**SPECIAL INSTRUCTIONS:**
Ultimo pago parcial pago parcial de la Asignación Legislativa correspondiente al servicio de la deuda de los bonos de la Autoridad para el Financiamiento de la Infraestructura (AFI) para el cual se han asignado hasta un máximo de $117MM.

Prepared By: Dafne M. Santiag▇▇▇

Approved by: Hector R. Betancourt   12/18/14

Government Development Bank for Puerto Rico is hereby authorized to make the funds transfer between the above mentioned accounts. Approved by:

_____    _____
Authorized Signature                            Authorized Signature

**FOR GOVERNMENT DEVELOPMENT BANK USE ONLY**

| Order Received by: | Date | Approved By: | Date | Entered to DDA by: | Date |
|---|---|---|---|---|---|
| | | | | | |

NN25-0068-0590            GDB COPY

103371



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

18 de diciembre de 2014

VIA FAX 728-6835 // 723-8001

Sr. Jesús M. García
Vicepresidente y Director
Financiamiento de Obligaciones de Rentas
Banco Gubernamental de
  Fomento para Puerto Rico
P O Box 42001
San Juan, Puerto Rico  00940-2001

Estimado señor García:

Autorizamos que efectivo el **18 de diciembre de 2014** se debite la cuenta corriente del Secretario de Hacienda ███000-6 por la cantidad de **$28,250,00.00**.

Esta cantidad corresponde a porción final del pago del servicio de la deuda de los bonos de AFI conforme a la RC 46 del 2014 sección 1 artículo 22 hasta un máximo de $117MM.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

Ana Garcia Noya
Secretaria Auxiliar
Área de Tesoro

CONFIDENTIAL                                                                                         PRIFA_STAY0003470



**Government Development Bank for Puerto Rico**
San Juan, Puerto Rico
**ORDER TO TRANSFER**

Control Number: **MCCP-4712**

| Origination Unit: | ☐ Pre-Audit | ☒ Financing Area | ☐ DDA | ☐ Operations | ☐ Treasury |
|---|---|---|---|---|---|
| ☐ Subsidiaries | | ☐ Affiliates | | ☒ Other-Unit | **Capital Market** |

**Verified by:** Dafne M. Santiago Vega  Date 12/18/2014
**Approved By:** Hector R. Betancourt  Date 12/18/2014

**Date of Transfer:** 12/19/2014
**Amount:** $28,232,882.55

**Transfer to:** US BANK N.A.
**ABA or Chips Number:** ▮0022

**For the Account of:** USBANK CORPORATE TRUST
**Account Number:** ▮1092

**For Further Credit to:** PRIFA ACCT
ATT: JIM COOLIDGE
**Account Number:**

Authorized by:   Date:   Authorized by:   Date

**Message or Special Instructions:**
DEBT SERVICE LAST PARCIAL PAYMENT FOR PRIFA BONDS SERIES 1998A, 2005 A,B,C and Serie 2006.

---

For Investment Operations Division Purposes Only

| Precode | Security ID | Entered by | Approved by |
|---|---|---|---|
| | | Date | Date |

For Accounting Department Clearing Division Purposes Only

☐ GL / ☒ IBA Account Number to Be Debited   ▮1891

*Stamp: RECEIVED 14 DEC 18 PM 1:32 DEPTO. PREINTERVENCION*

CONFIDENTIAL       PRIFA_STAY0003471

# CERTIFIED TRANSLATION

[Stamp:] [illeg.]
FOR PUERTO RICO
SAN JUAN PR
ACCOUNTING DIV.

# FUNDS TRANSFER ORDER

Control No. T-103371

| Originated by (Agency Name): Capital Markets Department, Income Obligations Division | | | | Date: 12/18/2014 |
|---|---|---|---|---|
| **Transfer to:** | **Accounts to be Debited** | **Accounts to be Credited** | **ABA Number** | **Amount** |
| Secretary of the Treasury | ███ 000-6 | | | $28,250,000.00 |
| IBA AFIDEBT SERVICE | | ███ 189-1 | | $28,250,000.00 |

**SPECIAL INSTRUCTIONS:**
Last partial payment of the Legislative Allocation for servicing the debt for the bonds of the Infrastructure Financing Authority (API), for up to a maximum of $117MM has been assigned.

| Prepared By: Dafne M. Santiago Vega [illeg. signature] | Approved by: Hector R. Betancourt [illeg. signature] 12/18/14 |
|---|---|

The Government Development Bank of Puerto Rico is hereby authorized to make the fund transfer between the above-mentioned accounts. Approved by:

| Authorized Signature | Authorized Signature |
|---|---|

**FOR GOVERNMENT DEVELOPMENT BANK USE ONLY**

| Order Received by: | Date | Approved By: | Date | Entered to DDA by: | Date |
|---|---|---|---|---|---|
| | | | | | |

NN25-0068-0590                               GDB COPY

CONFIDENTIAL                                                                                                   PRIFA_STAY0003469

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*103371*

[Round Seal:]
COMMONWEALTH OF PUERTO RICO DEPARTMENT OF THE TREASURY

Commonwealth of Puerto Rico
DEPARTAMENT OF THE TREASURY
Treasury Financing Unit

December 18, 2014

VIA FAX 728-6835 // 723-8001

Mr. Jesús M. García
Vice President and Director
Income Obligation Financing
Government Development Bank for Puerto Rico
P O Box 42001
San Juan, Puerto Rico 00940-2001

Dear Mr. García:

We authorize that effective **December 18, 2014,** the current account of the Secretary of the Treasury ▮▮▮▮ 000-6 be debited in the amount of **$28,250,00.00.**

This amount corresponds to the final portion of the debt service payment of the AFI bonds under Section 1, Article 22 of Joint Resolution 46 of 2014 up to a maximum of $117MM.

Please send the corresponding notices to the Treasury Finance Unit of this Department.

Cordially,

[*illeg. signature*]
Ana García Noya
Assistant Secretary
Treasury Finance Unit

CONFIDENTIAL

PRIFA_STAY0003470

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[Last page all in English]

CONFIDENTIAL

PRIFA_STAY0003471

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: PRIFA_STAY0003469

Signed this 15th day of May 2020



_____
Andreea I. Boscor

Verify at www.atanet.org/verify

