# **<u>EXHIBIT F</u>**

## CCDA_STAY0006822- CCDA_STAY0006829

## APPLICATION FOR BUSINESS ACCOUNT AND OR BANKING SERVICES                              Page 1

**CUSTOMER DETAILS**   EXISTING ☐ (MUST BE SAME LEGAL ENTITY)   NEW CUSTOMER ☑   JOINT ACOUNT: YES ☐   NO ☐

| TYPE OF ORGANIZATION | CORPORATION ☑ | PROFESSIONAL CORPORATION ☐ | PARTNERSHIP ☐ | TRUST ☐ |
|---|---|---|---|---|
| | INDIVIDUAL, DOING BUSINESS AS ☐ | INCORPORATED NON PROFIT ORG. ☐ | UNINCORPORATED NON PROFIT ORG. ☐ | |

LEGAL BUSINESS NAME (IF DBA PROVIDE INDIVIDUAL FULL NAME AND COMPLETE BUSINESS NAME)

Puerto Rico Tourism Company

**BUSINESS PHYSICAL ADRESS**
NOTE: PO BOX IS NOT ACCEPTED

Ochoa Building            Old San Juan, PR    ZIP CODE 936

ADDRESS SINCE ___ MM ___ YY    BUSINESS TELEPHONE N.°    FAX N.°

POSTAL ADDRESS (IF DIFFERENT FROM ABOVE)   Same   CITY   ZIP CODE

TYPE OF BUSINESS   Tourism Development Co    SIC #:

TAX IDENTIFICATION N.° (MANDATORY IF U.S. CORPORATION)   83-___    IF DBA OR UNINCORPORATED NON PROFIT ORGANIZATION DOES NOT HAVE A TAX IDENTIFICATION NUMBER, SOCIAL SECURITY NUMBER OR PASSPORT NUMBER MUST BE OBTAINED FROM INDIVIDUALS (OWNERS/SIGNATORIES)

**REFERENCES**

CUSTOMER'S LAWYER (FULL NAME OF INDIVIDUAL OR FIRM)

| ADDRESS | | CITY | ZIP CODE | PHONE. N.° |
|---|---|---|---|---|

CUSTOMER'S AUDITOR/ACCOUNTANT (FULL NAME OF INDIVIDUAL OR FIRM)

| ADDRESS | | CITY | ZIP CODE | PHONE N.° |
|---|---|---|---|---|

**BANK REFERENCES**

| TYPE OF ACCOUNT | ACOUNT NUMBER | NAME OF BANK | BANK ADDRESS | BANK PHONE N.° |
|---|---|---|---|---|
| 1. | Ver anejo de todas las cuentas | | | |
| 2. | | | | |
| 3. | | | | |

**OTHER REFERENCES**

CUSTOMER REFERRAL ☐   NAME OF CUSTOMER:

EMPLOYEE REFERRAL ☐   NAME OF EMPLOYEE:

EXISTING SCOTIABANK CUSTOMER ☐   CUSTOMER SINCE ___ / ___ MM YY   BRANCH ADDRESS

**POLITICALLY EXPOSED PERSON QUESTIONNAIRE**                                         YES      NO

- Has this corporation, business or entity been formed by or for the benefit of a current or former senior official (or immediate family members of such official) in the executive, legislative, administrative, military or judicial branch of a foreign government or a senior officer of a foreign Political Party, or a senior executive of other enterprise owned by a foreign Government?   ✓
- Are any of the (i) signatories; (ii) owners or shareholders with 25% or more, or their immediate family members, a current or former senior official in the executive, legislative, administrative, military or judicial branch of a foreign government or a senior officer of a foreign Political Party, or a senior executive of an enterprise owned by a foreign government or do you maintain a close personal or professional relationship with such official?   ✓

NOTE: Foreign = Non US, PR or USVI

**DETAILS OF INITIAL DEPOSIT FOR ACCOUNTS**   Yes   Gnaro   **CUSTOMER INITIALS**

| TYPE OF ACCOUNT #1 | Operational/Check ☐ | Savings ☑ | Term Deposit ☐ | Payroll ☐ | Concentration ☐ |
|---|---|---|---|---|---|

PURPOSE OF ACCOUNT # 1   Debt Service Reserve Account to be opened as a contingency

INITIAL DEPOSIT: $ _____   CASH ☐   CHECK(S) ☐   MONEY ORDER ☐   TRAVELER'S CHECKS ☐   MANAGER'S CHECK ☐

SOURCE OF FUNDS (PROVIDE SPECIFIC DETAILS)

EXPECTED MONTHLY TRANSACTIONAL ACTIVITY
Total Deposits/Credits $ _____   Checks ☐   Monetary Instruments ☐   ACH ☐   Cash ☐ ($ _____)   Wire Transfers ☐ ($ _____)

Total Withdrawals/Debits $ _____   Checks ☐   Monetary Instruments ☐   ACH ☐   Cash ☐ ($ _____)   Wire Transfers ☐ ($ _____)
Note: Monetary Instruments include Manager's Checks, Certified Checks, Official Checks, Money Orders, Traveler's Checks and the similar

| TYPE OF ACCOUNT #2 | Operational/Check ☐ | Savings ☑ | Term Deposit ☐ | Payroll ☐ | Concentration ☐ |
|---|---|---|---|---|---|

PURPOSE OF ACCOUNT # 2   PRHTA (Clasicos del Caribe) reserve Account

INITIAL DEPOSIT: $ _____   CASH ☐   CHECK(S) ☐   MONEY ORDER ☐   TRAVELER'S CHECKS ☐   MANAGER'S CHECK ☐

SOURCE OF FUNDS (PROVIDE SPECIFIC DETAILS)

EXPECTED MONTHLY TRANSACTIONAL ACTIVITY
Total Deposits/Credits $ 50,000   Checks ☐   Monetary Instruments ☐   ACH ☐   Cash ☐ ($ _____)   Wire Transfers ☑ ($ 50,000)

Total Withdrawals/Debits $ 50,000   Checks ☐   Monetary Instruments ☐   ACH ☐   Cash ☐ ($ _____)   Wire Transfers ☑ ($ 50,000)
Note: Monetary Instruments include Manager's Checks, Certified Checks, Official Checks, Money Orders, Traveler's Checks and the similar

| TYPE OF ACCOUNT #3 | Operational/Check ☐ | Savings ☑ | Term Deposit ☐ | Payroll ☐ | Concentration ☐ |
|---|---|---|---|---|---|

PURPOSE OF ACCOUNT # 3   Sweep Account to invest available funds

INITIAL DEPOSIT: $ _____   CASH ☐   CHECK(S) ☐   MONEY ORDER ☐   TRAVELER'S CHECKS ☐   MANAGER'S CHECK ☐

SOURCE OF FUNDS (PROVIDE SPECIFIC DETAILS)

EXPECTED MONTHLY TRANSACTIONAL ACTIVITY
Total Deposits/Credits $ 3,700   Checks ☐   Monetary Instruments ☐   ACH ☐   Cash ☐ ($ _____)   Wire Transfers ☐ ($ _____)

Total Withdrawals/Debits $ 3,700   Checks ☐   Monetary Instruments ☐   ACH ☐   Cash ☐ ($ _____)   Wire Transfers ☐ ($ _____)
Note: Monetary Instruments include Manager's Checks, Certified Checks, Official Checks, Money Orders, Traveler's Checks and the similar

CASH MANAGEMENT SERVICES CUSTOMER   YES ☑   NO ☐

I'M INTERESTED IN A CREDIT FACILITY   Small Business Loan ☐   Professional Loan ☐   Overdraft Protection (OD) ☐   Commercial Line of Credit ☐

Complete Annex A or appropriate Application if you selected a credit alternative. Ask your Bank Official.   CLIENT INITIALS [

**POWER OF ATTORNEY OR IN TRUST FOR ACCOUNTS**

Will this account be used to conduct business on behalf of someone other than the named account holder (third party)?   YES ☐   NO ☑
If "YES", provide details of the third party on the personal information section of the One Step Application.

I (We) acknowledge that this account will be open for review by our Compliance Officers and Auditors and by local or federal government regulatory agencies.
In the case of corporations, I (we) confirm that the corporation has not been struck from register, nor it is in the process of being wound up.
I (We) certify that the information above is true and correct. I (We) hereby authorize the Bank to obtain independent verification of any information provided in respect of this application.

_____   6/17/2011
Client's Signature          Date (MM/DD/YY)

CONFIDENTIAL

CCDA_STAY0006823

SCOTIABANK DE PUERTO RICO

## APPLICATION FOR BUSINESS ACCOUNT AND OR BANKING SERVICES

Page 1

**CUSTOMER DETAILS**    Existing ☐    (MUST BE SAME LEGAL ENTITY)    New Customer ☐      JOINT ACCOUNT: YES ☐    NO ☐

| TYPE OF ORGANIZATION | CORPORATION ☐ | PROFESSIONAL CORPORATION ☐ | PARTNERSHIP ☐ | TRUST ☐ |
| --- | --- | --- | --- | --- |
| | INDIVIDUAL DOING BUSINESS AS ☐ | INCORPORATED NON PROFIT ORG. ☐ | UNINCORPORATED NON PROFIT ORG. ☐ | |

LEGAL BUSINESS NAME (IF DBA PROVIDE INDIVIDUAL FULL NAME AND COMPLETE BUSINESS NAME)

BUSINESS PHYSICAL ADDRESS
NOTE: PO BOX IS NOT SUFFICIENT      CITY      ZIP CODE

ADDRESS SINCE _____ MM YY      BUSINESS TELEPHONE N.°      FAX N.°

POSTAL ADDRESS (IF DIFFERENT FROM ABOVE)      CITY      ZIP CODE

TYPE OF BUSINESS      SIC #:

TAX IDENTIFICATION N.°
(MANDATORY IF U.S. CORPORATION)      IF DBA OR UNINCORPORATED NON PROFIT ORGANIZATION DOES NOT HAVE A TAX IDENTIFICATION NUMBER, SOCIAL SECURITY NUMBER OR PASSPORT NUMBER MUST BE OBTAINED FROM INDIVIDUALS (OWNERS/SIGNATORIES)

**REFERENCES**

CUSTOMER'S LAWYER (FULL NAME OF INDIVIDUAL OR FIRM)

ADDRESS      CITY      ZIP CODE      PHONE N.°

CUSTOMER'S AUDITOR/ACCOUNTANT (FULL NAME OF INDIVIDUAL OR FIRM)

ADDRESS      CITY      ZIP CODE      PHONE N.°

**BANK REFERENCES**

| TYPE OF ACCOUNT | ACCOUNT NUMBER | NAME OF BANK | BANK ADDRESS | BANK PHONE N.° |
| --- | --- | --- | --- | --- |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |

**OTHER REFERENCES**

CUSTOMER REFERRAL ☐    NAME OF CUSTOMER: _____

EMPLOYEE REFERRAL ☐    NAME OF EMPLOYEE: _____

EXISTING SCOTIABANK CUSTOMER ☐    CUSTOMER SINCE _____ MM YY    BRANCH ADDRESS

| POLITICALLY EXPOSED PERSON QUESTIONNAIRE | YES | NO |
| --- | --- | --- |
| • Has this corporation, business or entity been formed by or for the benefit of a current or former senior official (or immediate family members of such official) in the executive, legislative, administrative, military or judicial branch of a foreign Political Party, or a senior executive of other enterprise owned by a foreign Government? | | |
| • Are any of the (i) signatories; (ii) owners or shareholders with 25% or more, or their immediate family members, a current or former senior official in the executive, legislative, administrative, military or judicial branch of a foreign government or a senior officer of a foreign Political Party, or a senior executive of an enterprise owned by a foreign government or do you maintain a close personal or professional relationship with such official? | | |

NOTE: Foreign = Non US, PR or USVI

**DETAILS OF INITIAL DEPOSIT FOR ACCOUNTS**      CUSTOMER INITIALS

| TYPE OF ACCOUNT #1 | Operational/Check ☐ | Savings ☐ | Term Deposit ☐ | Payroll ☐ | Concentration ☒ |
| --- | --- | --- | --- | --- | --- |

PURPOSE OF ACCOUNT #1 Concentration Account for all operating accounts except Room Tax

INITIAL DEPOSIT: $ _____    CASH ☐   CHECK(S) ☐   MONEY ORDER ☐   TRAVELER'S CHECKS ☐   MANAGER'S CHECK ☐

SOURCE OF FUNDS (PROVIDE SPECIFIC DETAILS)

EXPECTED MONTHLY TRANSACTIONAL ACTIVITY
Total Deposits/Credits $31,526.50 Checks ☐   Monetary Instruments ☐   ACH ☐   Cash ☐ ($ _____ )   Wire Transfers ☐ ($ _____ )

Total Withdrawals/Debits $31,442.80 Operational/Check ☐   Monetary Instruments ☐   ACH ☐   Cash ☐ ($ _____ )   Wire Transfers ☐ ($ _____ )
Note: Monetary Instruments include Manager's Checks, Certified Checks, Official Checks, Money Orders, Traveler's Checks and the similar

| TYPE OF ACCOUNT #2 | Operational/Check ☐ | Savings ☐ | Term Deposit ☐ | Payroll ☐ | Concentration ☐ |
| --- | --- | --- | --- | --- | --- |

PURPOSE OF ACCOUNT #2 Tragamonedas - Casino Depository Account - Zero Balance

INITIAL DEPOSIT: $ _____    CASH ☐   CHECK(S) ☐   MONEY ORDER ☐   TRAVELER'S CHECKS ☐   MANAGER'S CHECK ☐

SOURCE OF FUNDS (PROVIDE SPECIFIC DETAILS)

EXPECTED MONTHLY TRANSACTIONAL ACTIVITY
Total Deposits/Credits $26,016.00 Checks ☐   Monetary Instruments ☐   ACH ☒   Cash ☐ ($ _____ )   Wire Transfers ☐ ($ _____ )

Total Withdrawals/Debits $26,016.00 Operational/Check ☐   Monetary Instruments ☐   ACH ☐   Cash ☐ ($ _____ )   Wire Transfers ☐ ($ _____ )
Note: Monetary Instruments include Manager's Checks, Certified Checks, Official Checks, Money Orders, Traveler's Checks and the similar

| TYPE OF ACCOUNT #3 | Operational/Check ☒ | Savings ☐ | Term Deposit ☐ | Payroll ☐ | Concentration ☐ |
| --- | --- | --- | --- | --- | --- |

PURPOSE OF ACCOUNT #3 Room Tax Deposits

INITIAL DEPOSIT: $ _____    CASH ☐   CHECK(S) ☐   MONEY ORDER ☐   TRAVELER'S CHECKS ☐   MANAGER'S CHECK ☐

SOURCE OF FUNDS (PROVIDE SPECIFIC DETAILS)

EXPECTED MONTHLY TRANSACTIONAL ACTIVITY
Total Deposits/Credits $4,300.00 Checks ☒   Monetary Instruments ☐   ACH ☒   Cash ☐ ($ _____ )   Wire Transfers ☐ ($ _____ )

Total Withdrawals/Debits $4,300.00 Operational/Check ☐   Monetary Instruments ☐   ACH ☐   Cash ☐ ($ _____ )   Wire Transfers ☒ ($4,300.00 )
Note: Monetary Instruments include Manager's Checks, Certified Checks, Official Checks, Money Orders, Traveler's Checks and the similar

**CASH MANAGEMENT SERVICES CUSTOMER**    YES ☐    NO ☐

| I'M INTERESTED IN A CREDIT FACILITY | Small Business Loan ☐ | Professional Loan ☐ | Overdraft Protection (OD) ☐ | Commercial Line of Credit ☐ |
| --- | --- | --- | --- | --- |
| | Complete Annex A or appropriate Application if you selected a credit alternative. Ask your Bank Official. CLIENT INITIALS | | | |

**POWER OF ATTORNEY OR IN TRUST FOR ACCOUNTS**

Will this account be used to conduct business on behalf of someone other than the named account holder (third party)? YES ☐ NO ☐
If "YES", provide details of the third party on the personal information section of the One Step Application.

I (We) acknowledge that this account will be open for review by our Compliance Officers and Auditors and by local or federal government regulatory agencies.
In the case of corporations, I (we) confirm that the corporation has not been struck from register, nor it is in the process of being wound up.
I (We) certify that the information above is true and correct. I (We) hereby authorize the Bank to obtain independent verification of any information provided in respect of this application.

_____      _____      _____
Client's Signature      Client's Signature      Date (MM/DD/YY)

CONFIDENTIAL

CCDA_STAY0006825

## APPLICATION FOR BUSINESS ACCOUNT AND OR BANKING SERVICES   Page 1

**CUSTOMER DETAILS**   EXISTING ☐ (MUST BE SAME LEGAL ENTITY)   NEW CUSTOMER ☐   JOINT ACCOUNT: YES ☐   NO ☐

TYPE OF ORGANIZATION   CORPORATION ☐   PROFESSIONAL CORPORATION ☐   PARTNERSHIP ☐   TRUST ☐
INDIVIDUAL DOING BUSINESS AS ☐   INCORPORATED NON PROFIT ORG. ☐   UNINCORPORATED NON PROFIT ORG. ☐

LEGAL BUSINESS NAME (IF DBA PROVIDE INDIVIDUAL FULL NAME AND COMPLETE BUSINESS NAME)

BUSINESS PHYSICAL ADDRESS   CITY   ZIP CODE
NOTE: PO BOX IS NOT SUFFICIENT

ADDRESS SINCE ___ / ___   BUSINESS TELEPHONE N.º   FAX N.º
MM   YY

POSTAL ADDRESS (IF DIFFERENT FROM ABOVE)   CITY   ZIP CODE

TYPE OF BUSINESS   SIC#:

TAX IDENTIFICATION N.º _____   IF DBA OR UNINCORPORATED NON PROFIT ORGANIZATION DOES NOT HAVE A TAX IDENTIFICATION
(MANDATORY IF U.S. CORPORATION)   NUMBER, SOCIAL SECURITY NUMBER OR PASSPORT NUMBER MUST BE OBTAINED FROM INDIVIDUALS
(OWNERS/SIGNATORIES)

**REFERENCES**

CUSTOMER'S LAWYER (FULL NAME OF INDIVIDUAL OR FIRM)

ADDRESS   CITY   ZIP CODE   PHONE. N.º

CUSTOMER'S AUDITOR/ACCOUNTANT (FULL NAME OF INDIVIDUAL OR FIRM)

ADDRESS   CITY   ZIP CODE   PHONE N.º

**BANK REFERENCES**

| TYPE OF ACCOUNT | ACOUNT NUMBER | NAME OF BANK | BANK ADDRESS | BANK PHONE N.º |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |

**OTHER REFERENCES**

CUSTOMER REFERRAL ☐   NAME OF CUSTOMER: _____

EMPLOYEE REFERRAL ☐   NAME OF EMPLOYEE: _____

EXISTING SCOTIABANK CUSTOMER ☐   CUSTOMER SINCE ___ / ___   BRANCH ADDRESS
MM   YY

**POLITICALLY EXPOSED PERSON QUESTIONNAIRE**   YES   NO
- Has this corporation, business or entity been formed by or for the benefit of a current or former senior official (or immediate family members of such official) in the executive, legislative, administrative, military or judicial branch of a foreign government or a senior officer of a foreign Political Party, or a senior executive of other enterprise owned by a foreign Government?
- Are any of the (i) signatories; (ii) owners or shareholders with 25% or more, or their immediate family members, a current or former senior official in the executive, legislative, administrative, military or judicial branch of a foreign government or a senior officer of a foreign Political Party, or a senior executive of an enterprise owned by a foreign government or do you maintain a close personal or professional relationship with such official?
NOTE: Foreign = Non US, PR or USVI

**DETAILS OF INITIAL DEPOSIT FOR ACCOUNTS**   **CUSTOMER INITIALS** |

TYPE OF ACCOUNT #1   Operational/Check ☒   Savings ☐   Term Deposit ☐   Payroll ☐   Concentration ☐

PURPOSE OF ACCOUNT #1   *Payroll*

INITIAL DEPOSIT: $ ___   CASH ☐   CHECK(S) ☐   MONEY ORDER ☐   TRAVELER'S CHECKS ☐   MANAGER'S CHECK ☐
SOURCE OF FUNDS (PROVIDE SPECIFIC DETAILS)

EXPECTED MONTHLY TRANSACTIONAL ACTIVITY
Total Deposits/Credits $ *1,074,300* Checks ☐   Monetary Instruments ☐   ACH ☐   Cash ☐ ($___ )   Wire Transfers ☒ ($1,074,300)   *ZBA Transfer*

Total Withdrawals/Debits $ *1,074,300* Checks ☐   Monetary Instruments ☐   ACH ☐   Cash ☐ ($___ )   Wire Transfers ☐ ($___ )
Note: Monetary Instruments include Manager's Checks, Certified Checks, Official Checks, Money Orders, Traveler's Checks and the similar

TYPE OF ACCOUNT #2   Operational/Check ☒   Savings ☐   Term Deposit ☐   Payroll ☐   Concentration ☐

PURPOSE OF ACCOUNT #2   *Supplier Pmts*

INITIAL DEPOSIT: $ ___   CASH ☐   CHECK(S) ☐   MONEY ORDER ☐   TRAVELER'S CHECKS ☐   MANAGER'S CHECK ☐
SOURCE OF FUNDS (PROVIDE SPECIFIC DETAILS)

EXPECTED MONTHLY TRANSACTIONAL ACTIVITY
Total Deposits/Credits $ *30,368,800* Checks ☐   Monetary Instruments ☐   ACH ☒   Cash ☐ ($___ )   Wire Transfers ☐ ($___ )

Total Withdrawals/Debits $ *30,368,800* Checks ☒   Monetary Instruments ☒   ACH ☐   Cash ☐ ($___ )   Wire Transfers ☐ ($3,564,300)
Note: Monetary Instruments include Manager's Checks, Certified Checks, Official Checks, Money Orders, Traveler's Checks and the similar

TYPE OF ACCOUNT #3   Operational/Check ☐   Savings ☐   Term Deposit ☐   Payroll ☐   Concentration ☐

PURPOSE OF ACCOUNT #3

INITIAL DEPOSIT: $ ___   CASH ☐   CHECK(S) ☐   MONEY ORDER ☐   TRAVELER'S CHECKS ☐   MANAGER'S CHECK ☐
SOURCE OF FUNDS (PROVIDE SPECIFIC DETAILS)

EXPECTED MONTHLY TRANSACTIONAL ACTIVITY
Total Deposits/Credits $ ___   Checks ☐   Monetary Instruments ☐   ACH ☐   Cash ☐ ($___ )   Wire Transfers ☐ ($___ )

Total Withdrawals/Debits $ ___   Checks ☐   Monetary Instruments ☐   ACH ☐   Cash ☐ ($___ )   Wire Transfers ☐ ($___ )
Note: Monetary Instruments include Manager's Checks, Certified Checks, Official Checks, Money Orders, Traveler's Checks and the similar

CASH MANAGEMENT SERVICES CUSTOMER   YES ☐   NO ☐

I'M INTERESTED IN A   Small Business Loan ☐   Professional Loan ☐   Overdraft Protection (OD) ☐   Commercial Line of Credit ☐
CREDIT FACILITY
Complete Annex A or appropriate Application if you selected a credit alternative. Ask your Bank Official.   CLIENT INITIALS |

**POWER OF ATTORNEY OR IN TRUST FOR ACCOUNTS**

Will this account be used to conduct business on behalf of someone other than the named account holder (third party)?   YES ☐   NO ☐
If "YES", provide details of the third party on the personal information section of the One Step Application.

I (We) acknowledge that this account will be open for review by our Compliance Officers and Auditors and by local or federal government regulatory agencies.
In the case of corporations, I (we) confirm that the corporation has not been struck from register, nor it is in the process of being wound up.
I (We) certify that the information above is true and correct.   I (We) hereby authorize the Bank to obtain independent verification of any information provided in respect of this application.

Client's Signature   Client's Signature   Date (MM/DD/YY)

CONFIDENTIAL

APPLICATION FO... .USINESS ACCOUNT AND OR BANKING SERVIC...     Page 2

## CERTIFICATE OF INCUMBENCY

**OFFICERS, DIRECTORS AND SIGNATORIES (COMPLETE PERSONAL INFORMATION SECTION ON ONE STEP APPLICATION FOR EACH SIGNATORY)**

| Full Name | Position | Officer | Director | Signatory |
|---|---|---|---|---|
| Mario González Lafuente | Director Ejecutivo | ✓ | ✓ | ✓ |
| Sofía Esteves Vergne | Subdirectora Ejecutiva | ✓ | ✓ | ✓ |
| Orlando Colón García | Director de Finanzas | ✓ | ✓ | ✓ |
| Wilson Virella Ramos | Director Auxiliar de Finanzas | ✓ | ✓ | ✓ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**BENEFICIAL OWNERS OR SHAREHOLDERS WITH 25% OR MORE OWNERSHIP (COMPLETE PERSONAL INFORMATION SECTION ON ONE STEP APPLICATION FOR EACH NAME)**

| Full Name | Percentage of Ownership |
|---|---|
| Government-Agency | |
| | |
| | |
| | |

The Customer will notify Scotiabank de Puerto Rico in writing any change in its beneficial owners or shareholders with more than 25% ownership.

I (We) certify that the information above is true and correct. I (We) hereby authorize the Bank to obtain independent verification of any information provided in respect of this application.

▉▉▉▉▉▉▉▉▉         6/17/2011

Client's Signature    ▉▉▉▉▉▉▉     Date (MM/DD/YY)

Corporate Certification (required from all corporate entities):

**SCOTIABANK DE PUERTO RICO**

THE UNDERSIGNED, in his capacity as secretary of _____ (herein called the "Company" hereby certifies that the above mentioned persons are the Officers, Directors of the Company and the beneficial owners or shareholders with 25% or more ownership in the Company.

The Undersigned undertakes to notify the Bank of any change in the Officers, Directors of the Company or the beneficial owners or shareholders with 25% or more ownership in the Company, and until you receive such written notice you may assume that the above persons are the officers and directors of the Company and the beneficial owners or shareholders with 25% or more ownership in the Company.

DATED this _____ day of _____, 20____.

_____
SECRETARY

Corporate Seal

CONFIDENTIAL

CCDA_STAY0006829

# CERTIFIED TRANSLATION

## SCOTIABANK DE PUERTO RICO

### APPLICATION FOR BUSINESS ACCOUNT AND OR BANKING SERVICES
Page 1

**CUSTOMER DETAILS** EXISTING ☐ (MUST BE SAME LEGAL ENTITY) NEW CUSTOMER ☑ JOINT ACOUNT: YES ☐ NO ☐

**TYPE OF ORGANIZATION** CORPORATION ☑ PROFESSIONAL CORPORATION ☐ PARTNERSHIP ☐ TRUST ☐
INDIVIDUAL DOING BUSINESS AS ☐ INCORPORATED NON PROFIT ORG. ☐ UNINCORPORATED NON PROFIT ORG. ☐

**LEGAL BUSINESS NAME (IF DBA PROVIDE INDIVIDUAL FULL NAME AND COMPLETE BUSINESS NAME)**
Puerto Rico Tourism Company

**BUSINESS PHYSICAL ADDRESS** Ochoa Building Old San Juan, PR **ZIP CODE** 936
NOTE: PO BOX IS NOT PROVIDED

**ADDRESS SINCE** / MM YY **BUSINESS TELEPHONE N.°** **FAX N.°**

**POSTAL ADDRESS (IF DIFFERENT FROM ABOVE)** Same **CITY** **ZIP CODE**

**TYPE OF BUSINESS** Tourism Development Co **SIC #:**

**TAX IDENTIFICATION N.°** ▮▮83.58 (MANDATORY IF U.S. CORPORATION)
IF DBA OR UNINCORPORATED NON PROFIT ORGANIZATION DOES NOT HAVE A TAX IDENTIFICATION NUMBER, SOCIAL SECURITY NUMBER OR PASSPORT NUMBER MUST BE OBTAINED FROM INDIVIDUALS (OWNERS/SIGNATORIES)

**REFERENCES**

**CUSTOMER'S LAWYER** (FULL NAME OF INDIVIDUAL OR FIRM)

**ADDRESS** **CITY** **ZIP CODE** **PHONE. N.°**

**CUSTOMER'S AUDITOR/ACCOUNTANT** (FULL NAME OF INDIVIDUAL OR FIRM)

**ADDRESS** **CITY** **ZIP CODE** **PHONE N.°**

**BANK REFERENCES**

| TYPE OF ACCOUNT | ACCOUNT NUMBER | NAME OF BANK | BANK ADDRESS | BANK PHONE N.° |
|---|---|---|---|---|

[handwritten:] *See attachment on all accounts*

**OTHER REFERENCES**

**CUSTOMER REFERRAL** ☐ **NAME OF CUSTOMER:**

**EMPLOYEE REFERRAL** ☐ **NAME OF EMPLOYEE:**

**EXISTING SCOTIABANK CUSTOMER** ☐ **CUSTOMER SINCE** / MM YY **BRANCH ADDRESS**

**POLITICALLY EXPOSED PERSON QUESTIONNAIRE** YES NO
- Has this corporation, business or entity been formed by or for the benefit of a current or former senior official (or immediate family members of such official) in the executive, legislative, administrative, military or judicial branch of a foreign government or a senior officer of a foreign Political Party, or a senior executive of other enterprise owned by a foreign Government?  ✓
- Are any of the (i) signatories; (ii) owners or shareholders with 25% or more, or their immediate family members, a current or former senior official in the executive, legislative, administrative, military or judicial branch of a foreign government or a senior officer of a foreign Political Party, or a senior executive of an enterprise owned by a foreign government or do you maintain a close personal or professional relationship with such official?  ✓

NOTE: Foreign = Non US, PR or USVI

**Details for Initial Deposit for Accounts: [handwritten:]** *See attachment* **Customer Initials [ ]**

**DETAILS OF INITIAL DEPOSIT FOR ACCOUNTS** **CUSTOMER INITIALS [ ]**

**TYPE OF ACCOUNT #1** Operational/Check ☐ Savings ☑ Term Deposit ☐ Payroll ☐ Concentration ☐

**PURPOSE OF ACCOUNT # 1** Debt Service (Reserve Account to be opened as a contingency

**INITIAL DEPOSIT: $** CASH ☐ CHECK(S) ☐ MONEY ORDER ☐ TRAVELER'S CHECKS ☐ MANAGER'S CHECK ☐

**SOURCE OF FUNDS (PROVIDE SPECIFIC DETAILS)**

**EXPECTED MONTHLY TRANSACTIONAL ACTIVITY**
Total Deposits/Credits $ ____ Checks ☐ Monetary Instruments ☐ ACH ☐ Cash ☐ ($ ____ ) Wire Transfers ☐ ($ ____ )

Total Withdrawals/Debits $ ____ Checks ☐ Monetary Instruments ☐ ACH ☐ Cash ☐ ($ ____ ) Wire Transfers ☐ ($ ____ )
Note: Monetary Instruments include Manager's Checks, Certified Checks, Official Checks, Money Orders, Traveler's Checks and the similar

**TYPE OF ACCOUNT #2** Operational/Check ☐ Savings ☑ Term Deposit ☐ Payroll ☐ Concentration ☐

**PURPOSE OF ACCOUNT # 2** PRHRISA *(Caribbean classics)* Reserve Account

**INITIAL DEPOSIT: $** CASH ☐ CHECK(S) ☐ MONEY ORDER ☐ TRAVELER'S CHECKS ☐ MANAGER'S CHECK ☐

**SOURCE OF FUNDS (PROVIDE SPECIFIC DETAILS)**

**EXPECTED MONTHLY TRANSACTIONAL ACTIVITY**
Total Deposits/Credits $ 50,000 Checks ☐ Monetary Instruments ☐ ACH ☐ Cash ☐ ($ ____ ) Wire Transfers ☑ ($ 50,000 )

Total Withdrawals/Debits $ 50,000 Checks ☐ Monetary Instruments ☐ ACH ☐ Cash ☐ ($ ____ ) Wire Transfers ☑ ($ 50,000 )
Note: Monetary Instruments include Manager's Checks, Certified Checks, Official Checks, Money Orders, Traveler's Checks and the similar

**TYPE OF ACCOUNT #3** Operational/Check ☐ Savings ☑ Term Deposit ☐ Payroll ☐ Concentration ☐

**PURPOSE OF ACCOUNT #3** Sweep Account to invest available funds

**INITIAL DEPOSIT: $** CASH ☐ CHECK(S) ☐ MONEY ORDER ☐ TRAVELER'S CHECKS ☐ MANAGER'S CHECK ☐

**SOURCE OF FUNDS (PROVIDE SPECIFIC DETAILS)**

**EXPECTED MONTHLY TRANSACTIONAL ACTIVITY**
Total Deposits/Credits $ 83,900 Checks ☐ Monetary Instruments ☐ ACH ☐ Cash ☐ ($ ____ ) Wire Transfers ☐ ($ ____ )

Total Withdrawals/Debits $ 83,900 Checks ☐ Monetary Instruments ☐ ACH ☐ Cash ☐ ($ ____ ) Wire Transfers ☐ ($ ____ )
Note: Monetary Instruments include Manager's Checks, Certified Checks, Official Checks, Money Orders, Traveler's Checks and the similar

**CASH MANAGEMENT SERVICES CUSTOMER** YES ☑ NO ☐
**I'M INTERESTED IN A** Small Business Loan ☐ Professional Loan ☐ Overdraft Protection (OD) ☐ Commercial Line of Credit ☐
**CREDIT FACILITY**
Complete Annex A or appropriate Application if you selected a credit alternative. Ask your Bank Official. **CLIENT INITIALS [ ]**

**POWER OF ATTORNEY OR IN TRUST FOR ACCOUNTS**
Will this account be used to conduct business on behalf of someone other than the named account holder (third party)? YES ☐ NO ☑
If "YES", provide details of the third party on the personal information section of the One Step Application.

I (We) acknowledge that this account will be open for review by our Compliance Officers and Auditors and by local or federal government regulatory agencies. In the case of corporations, I (we) confirm that the corporation has not been struck from register, nor it is in the process of being wound up. I (We) certify that the information above is true and correct. I (We) hereby authorize the Bank to obtain independent verification of any information provided in respect of this application.

▮▮▮▮▮▮▮▮ 6/17/2011

**Client's Signature** **Date (MM/DD/YY)**

**CONFIDENTIAL**

CCDA_STAY0006822

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*TKTC Additional Accounts* — *V. 2*

## SCOTIABANK DE PUERTO RICO

### APPLICATION FOR BUSINESS ACCOUNT AND OR BANKING SERVICES — Page 1

**CUSTOMER DETAILS**  EXISTING ☐ (MUST BE SAME LEGAL ENTITY)  NEW CUSTOMER ☐  JOINT ACCOUNT: YES ☐  NO ☐

| TYPE OF ORGANIZATION | CORPORATION ☐ | PROFESSIONAL CORP. ☐ | PARTNERSHIP ☐ | TRUST ☐ |
|---|---|---|---|---|
| | INDIVIDUAL DOING BUSINESS AS ☐ | INCORPORATED NON PROFIT ORG. ☐ | UNINCORPORATED NON PROFIT ORG. ☐ | |

LEGAL BUSINESS NAME (IF DBA PROVIDE INDIVIDUAL FULL NAME AND COMPLETE BUSINESS NAME)

BUSINESS PHYSICAL ADRESS
NOTE: PO BOX IS NOT SUFFICIENT    CITY    ZIP CODE

ADDRESS SINCE ___ / ___   BUSINESS TELEPHONE N.°   FAX N.°
MM  YY

POSTAL ADDRESS (IF DIFFERENT FROM ABOVE)   CITY   ZIP CODE

TYPE OF BUSINESS   SIC #:

TAX IDENTIFICATION N.°   IF DBA OR UNINCORPORATED NON PROFIT ORGANIZATION DOES NOT HAVE A TAX IDENTIFICATION
(MANDATORY IF U.S. CORPORATION)   NUMBER, SOCIAL SECURITY NUMBER OR PASSPORT NUMBER MUST BE OBTAINED FROM INDIVIDUALS
(OWNERS/SIGNATORIES)

**REFERENCES**

CUSTOMER'S LAWYER (FULL NAME OF INDIVIDUAL OR FIRM)

ADDRESS   CITY   ZIP CODE   PHONE N.°

CUSTOMER'S AUDITOR/ACCOUNTANT (FULL NAME OF INDIVIDUAL OR FIRM)

ADDRESS   CITY   ZIP CODE   PHONE N.°

**BANK REFERENCES**

| TYPE OF ACCOUNT | ACCOUNT NUMBER | NAME OF BANK | BANK ADDRESS | BANK PHONE N.° |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |

**OTHER REFERENCES**

CUSTOMER REFERRAL ☐   NAME OF CUSTOMER:

EMPLOYEE REFERRAL ☐   NAME OF EMPLOYEE:

EXISTING SCOTIABANK CUSTOMER ☐   CUSTOMER SINCE ___ / ___   BRANCH ADDRESS
MM  YY

**POLITICALLY EXPOSED PERSON QUESTIONNAIRE**   YES   NO
- Has this corporation, business or entity been formed by or for the benefit of a current or former senior official (or immediate family members of such official) in the executive, legislative, administrative, military or judicial branch of a foreign government or a senior officer of a foreign Political Party, or a senior executive of other enterprise owned by a foreign Government?
- Are any of the (i) signatories; (ii) owners or shareholders with 25% or more, or their immediate family members, a current or former senior official in the executive, legislative, administrative, military or judicial branch of a foreign government or a senior officer of a foreign Political Party, or a senior executive of an enterprise owned by a foreign government or do you maintain a close personal or professional relationship with such official?

NOTE: Foreign = Non US, PR or USVI

**DETAILS OF INITIAL DEPOSIT FOR ACCOUNTS**   CUSTOMER INITIALS [ ]

| TYPE OF ACCOUNT #1 | Operational/Check ☐ | Savings ☐ | Term Deposit ☐ | Payroll ☐ | Concentration ☒ |
|---|---|---|---|---|---|

PURPOSE OF ACCOUNT #1  Concentration Account for all operating accounts except Room T...
INITIAL DEPOSIT: $ ___   CASH ☐   CHECK(S) ☐   MONEY ORDER ☐   TRAVELER'S CHECKS ☐   MANAGER'S CHECK ☐
SOURCE OF FUNDS (PROVIDE SPECIFIC DETAILS)

EXPECTED MONTHLY TRANSACTIONAL ACTIVITY
Total Deposits/Credits $31,526,500 Checks ☐  Monetary Instruments ☐  ACH ☐  Cash ☐ ($___)  Wire Transfers ☐ ($___)
Total Withdrawals/Debits $31,442,800 Checks ☐  Monetary Instruments ☐  ACH ☐  Cash ☐ ($___)  Wire Transfers ☐ ($___)
Note: Monetary Instruments include Manager's Checks, Certified Checks, Official Checks, Money Orders, Traveler's Checks and the similar

| TYPE OF ACCOUNT #2 | Operational/Check ☐ | Savings ☐ | Term Deposit ☐ | Payroll ☐ | Concentration ☐ |
|---|---|---|---|---|---|

PURPOSE OF ACCOUNT #2  Tragamonedas — Casino Depository Account — Zero Bala...
INITIAL DEPOSIT: $ ___   CASH ☐   CHECK(S) ☐   MONEY ORDER ☐   TRAVELER'S CHECKS ☐   MANAGER'S CHECK ☐
SOURCE OF FUNDS (PROVIDE SPECIFIC DETAILS)

EXPECTED MONTHLY TRANSACTIONAL ACTIVITY
Total Deposits/Credits $26,016,00 Checks ☐  Monetary Instruments ☐  ACH ☒  Cash ☐ ($___)  Wire Transfers ☐ ($___)
Total Withdrawals/Debits $26,016,00 Checks ☐  Monetary Instruments ☐  ACH ☐  Cash ☐ ($___)  Wire Transfers ☐ ($___)
Note: Monetary Instruments include Manager's Checks, Certified Checks, Official Checks, Money Orders, Traveler's Checks and the similar

| TYPE OF ACCOUNT #3 | Operational/Check ☒ | Savings ☐ | Term Deposit ☐ | Payroll ☐ | Concentration ☐ |
|---|---|---|---|---|---|

PURPOSE OF ACCOUNT #3  Room Tax Deposits
INITIAL DEPOSIT: $ ___   CASH ☐   CHECK(S) ☐   MONEY ORDER ☐   TRAVELER'S CHECKS ☐   MANAGER'S CHECK ☐
SOURCE OF FUNDS (PROVIDE SPECIFIC DETAILS)

EXPECTED MONTHLY TRANSACTIONAL ACTIVITY
Total Deposits/Credits $4,300,00 Checks ☒  Monetary Instruments ☐  ACH ☒  Cash ☐ ($___)  Wire Transfers ☐ ($___)
Total Withdrawals/Debits $4,300,00 Checks ☐  Monetary Instruments ☐  ACH ☐  Cash ☐ ($___)  Wire Transfers ☒ ($4,300,00)
Note: Monetary Instruments include Manager's Checks, Certified Checks, Official Checks, Money Orders, Traveler's Checks and the similar

**CASH MANAGEMENT SERVICES CUSTOMER**   YES ☐   NO ☐

| I'M INTERESTED IN A CREDIT FACILITY | Small Business Loan ☐ | Professional Loan ☐ | Overdraft Protection (OD) ☐ | Commercial Line of Credit ☐ |
|---|---|---|---|---|

Complete Annex A or appropriate Application if you selected a credit alternative. Ask your Bank Official.  CLIENT INITIALS [ ]

**POWER OF ATTORNEY OR IN TRUST FOR ACCOUNTS**

Will this account be used to conduct business on behalf of someone other than the named account holder (third party)?  YES ☐  NO ☐
If "YES", provide details of the third party on the personal information section of the One Step Application.
I (We) understand that this account will be open for review by our Compliance Officers and Auditors and by local or federal government regulatory agencies.
In the case of corporations, I (we) confirm that the corporation has not been struck from register, nor it is in the process of being wound up.
I (We) certify that the information above is true and correct.  I (We) hereby authorize the Bank to obtain independent verification of any information provided in respect of this application.

Client's Signature   Client's Signature   Date (MM/DD/YY)

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

PRTC  Additional Accounts  K.3.

## SCOTIABANK DE PUERTO RICO

### APPLICATION FOR BUSINESS ACCOUNT AND OR BANKING SERVICES

Page 1

**CUSTOMER DETAILS**   EXISTING ☐ (MUST BE SAME LEGAL ENTITY)   NEW CUSTOMER ☐   JOINT ACCOUNT: YES ☐   NO ☐

| TYPE OF ORGANIZATION | CORPORATION ☐ | PROFESSIONAL CORPORATION ☐ | PARTNERSHIP ☐ | TRUST ☐ |
|---|---|---|---|---|
| | INDIVIDUAL DOING BUSINESS AS ☐ | INCORPORATED NON PROFIT ORG. ☐ | UNINCORPORATED NON PROFIT ORG. ☐ | |

LEGAL BUSINESS NAME (IF DBA PROVIDE INDIVIDUAL FULL NAME AND COMPLETE BUSINESS NAME)

| BUSINESS PHYSICAL ADDRESS NOTE: PO BOX IS NOT SUFFICIENT | | CITY | ZIP CODE |
|---|---|---|---|
| ADDRESS SINCE ___/___ MM  YY | BUSINESS TELEPHONE N.° | | FAX N.° |
| POSTAL ADDRESS (IF DIFFERENT FROM ABOVE) | | CITY | ZIP CODE |

TYPE OF BUSINESS

SIC#:

| TAX IDENTIFICATION N.° (MANDATORY IF U.S. CORPORATION) | IF DBA OR UNINCORPORATED NON PROFIT ORGANIZATION DOES NOT HAVE A TAX IDENTIFICATION NUMBER, SOCIAL SECURITY NUMBER OR PASSPORT NUMBER MUST BE OBTAINED FROM INDIVIDUALS (OWNERS/SIGNATORIES) |
|---|---|

**REFERENCES**

CUSTOMER'S LAWYER (FULL NAME OF INDIVIDUAL OR FIRM)

| ADDRESS | CITY | ZIP CODE | PHONE. N.° |
|---|---|---|---|

CUSTOMER'S AUDITOR/ACCOUNTANT (FULL NAME OF INDIVIDUAL OR FIRM)

| ADDRESS | CITY | ZIP CODE | PHONE. N.° |
|---|---|---|---|

**BANK REFERENCES**

| TYPE OF ACCOUNT | ACCOUNT NUMBER | NAME OF BANK | BANK ADDRESS | BANK PHONE N.° |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |

**OTHER REFERENCES**

CUSTOMER REFERRAL ☐   NAME OF CUSTOMER:

EMPLOYEE REFERRAL ☐   NAME OF EMPLOYEE:

EXISTING SCOTIABANK CUSTOMER ☐   CUSTOMER SINCE ___/___   BRANCH ADDRESS
   MM  YY

**POLITICALLY EXPOSED PERSON QUESTIONNAIRE**   YES   NO

- Has this corporation, business or entity been formed by or for the benefit of a current or former senior official (or immediate family members of such official) in the executive, legislative, administrative, military or judicial branch of a foreign government or a senior official of a foreign Political Party, or a senior executive of other enterprise owned by a foreign Government?
- Are any of the (i) signatories; (ii) owners or shareholders with 25% or more, or their immediate family members, a current or former senior official in the executive, legislative, administrative, military or judicial branch of a foreign government or a senior officer of a foreign Political Party, or a senior executive of an enterprise owned by a foreign government or do you maintain a close personal or professional relationship with such official?

NOTE: Foreign = Non US, PR or USVI

**DETAILS OF INITIAL DEPOSIT FOR ACCOUNTS**   CUSTOMER INITIALS

| TYPE OF ACCOUNT #1 | Operational/Check ☒ | Savings ☐ | Term Deposit ☐ | Payroll ☒ | Concentration ☐ |
|---|---|---|---|---|---|

PURPOSE OF ACCOUNT #1   Receiving

INITIAL DEPOSIT: $ _____ CASH ☐ CHECK(S) ☐ MONEY ORDER ☐ TRAVELER'S CHECKS ☐ MANAGER'S CHECK ☐

SOURCE OF FUNDS (PROVIDE SPECIFIC DETAILS)

**EXPECTED MONTHLY TRANSACTIONAL ACTIVITY**

| Total Deposits/Credits $ 1,074,300 | Checks ☐ | Monetary Instruments ☐ | ACH ☐ | Cash☐ ($_____) | BBA Transfer   Wire Transfers ☒ ($ 1,074,3..) |
|---|---|---|---|---|---|
| Total Withdrawals/Debits $ 1,074,300 | Checks ☐ | Monetary Instruments ☐ | ACH ☐ | Cash ☐ ($_____) | Wire Transfers ☐($_____) |

Note: Monetary Instruments include Manager's Checks, Certified Checks, Official Checks, Money Orders, Traveler's Checks and the similar

| TYPE OF ACCOUNT #2 | Operational/Check ☒ | Savings ☐ | Term Deposit ☐ | Payroll ☐ | Concentration ☐ |
|---|---|---|---|---|---|

PURPOSE OF ACCOUNT #2   Supplier Pmts

INITIAL DEPOSIT: $ _____ CASH ☐ CHECK(S) ☐ MONEY ORDER ☐ TRAVELER'S CHECKS ☐ MANAGER'S CHECK ☐

SOURCE OF FUNDS (PROVIDE SPECIFIC DETAILS)

**EXPECTED MONTHLY TRANSACTIONAL ACTIVITY**

| Total Deposits/Credits $ 30,368,500 | Checks ☐ | Monetary Instruments ☐ | ACH ☒ | Cash☐ ($_____) | Wire Transfers ☐ ($_____) |
|---|---|---|---|---|---|
| Total Withdrawals/Debits $ 30,368,500 | Checks ☒ | Monetary Instruments ☐ | ACH ☒ | Cash ☐ ($_____) | Wire Transfers ☒($ 3,544,30..) |

Note: Monetary Instruments include Manager's Checks, Certified Checks, Official Checks, Money Orders, Traveler's Checks and the similar

| TYPE OF ACCOUNT #3 | Operational/Check ☐ | Savings ☐ | Term Deposit ☐ | Payroll ☐ | Concentration ☐ |
|---|---|---|---|---|---|

PURPOSE OF ACCOUNT #3

INITIAL DEPOSIT: $ _____ CASH ☐ CHECK(S) ☐ MONEY ORDER ☐ TRAVELER'S CHECKS ☐ MANAGER'S CHECK ☐

SOURCE OF FUNDS (PROVIDE SPECIFIC DETAILS)

**EXPECTED MONTHLY TRANSACTIONAL ACTIVITY**

| Total Deposits/Credits $ _____ | Checks ☐ | Monetary Instruments ☐ | ACH ☐ | Cash☐ ($_____) | Wire Transfers ☐ ($_____) |
|---|---|---|---|---|---|
| Total Withdrawals/Debits $ _____ | Checks ☐ | Monetary Instruments ☐ | ACH ☐ | Cash ☐ ($_____) | Wire Transfers ☐($_____) |

Note: Monetary Instruments include Manager's Checks, Certified Checks, Official Checks, Money Orders, Traveler's Checks and the similar

**CASH MANAGEMENT SERVICES CUSTOMER**   YES ☐ NO ☐

| I'M INTERESTED IN A CREDIT FACILITY | Small Business Loan ☐ | Professional Loan ☐ | Overdraft Protection (OD) ☐ | Commercial Line of Credit ☐ |
|---|---|---|---|---|
| | Complete Annex A or appropriate Application if you selected a credit alternative. Ask your Bank Official.   CLIENT INITIALS | | | |

**POWER OF ATTORNEY OR IS TRUST FOR ACCOUNTS**

Will this account be used to conduct business on behalf of someone other than the named account holder (third party)?   YES ☐   NO ☐
If "YES", provide details of the third party on the personal information section of the One Step Application.

I (We) acknowledge that this account will be open for review by our Compliance Officers and Auditors and by local or federal government regulatory agencies. In the case of corporations, I (we) confirm that the corporation has not been struck from register, nor it is in the process of being wound up. I (We) certify that the information above is true and correct. I (We) hereby authorize the Bank to obtain independent verification of any information provided in respect of this application.

| Client's Signature | Client's Signature | Date (MM/DD/YY) |
|---|---|---|

CONFIDENTIAL

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| APPLICATION FO... ...USINESS ACCOUNT AND OR BANKING SERVIC... | | | | Page 2 | |
|---|---|---|---|---|---|

**CERTIFICATE OF INCUMBENCY**

OFFICERS, DIRECTORS AND SIGNATORIES (COMPLETE PERSONAL INFORMATION SECTION ON ONE STEP APPLICATION FOR EACH SIGNATORY)

| Full Name | Position | Officer | Director | Signatory |
|---|---|---|---|---|
| Mario González Lafuente | [hw:] Executive Director | ✓ | ✓ | ✓ |
| Sofia Esteves Vergne | [hw:] Executive Subdirector | ✓ | ✓ | ✓ |
| Orlando Colón García | [hw:] Finance Director | ✓ | ✓ | ✓ |
| Wilson Virella Ramos | [hw:] Asst. Finance Director | ✓ | ✓ | ✓ |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

BENEFICIAL OWNERS OR SHAREHOLDERS WITH 25% OR MORE OWNERSHIP (COMPLETE PERSONAL INFORMATION SECTION ON ONE STEP APPLICATION FOR EACH NAME)

| Full Name | Percentage of Ownership |
|---|---|
| Government agency |  |
|  |  |
|  |  |
|  |  |

The Customer will notify Scotiabank de Puerto Rico in writing any change in its beneficial owners or shareholders with more than 25% ownership.

I (We) certify that the information above is true and correct. I (We) hereby authorize the Bank to obtain independent verification of any information provided in respect of this application.

Client's Signature        6/17/2011 Date (MM/DD/YY)

Corporate Certification (required from all corporate entities):

**SCOTIABANK DE PUERTO RICO**

THE UNDERSINED, in his capacity as secretary of _____ (herein called the "Company") hereby certifies that the above mentioned persons are the Officers, Directors of the Company and the beneficial owners or shareholders with 25% or more ownership in the Company.

The Undersigned undertakes to notify the Bank of any change in the Officers, Directors of the Company or the beneficial owners or shareholders with 25% or more ownership in the Company, and until you receive such written notice you may assume that the above persons are the officers and directors of the Company and the beneficial owners or shareholders with 25% or more ownership in the Company.

DATED this _____ day of _____, 20 ____ .

**SECRETARY**

**Corporate Seal**

CONFIDENTIAL        CCDA_STAY0006828

Certified to be a correct and true translation from the source text in Spanish to the target language English.
15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.



T 718.384.8040
W TargemTranslations.com
E projects@targemtranslations.com
A 185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: CCDA_STAY0006822

Signed this 15th day of May 2020



_____
Andreea I. Boscor

Verify at www.atanet.org/verify



# CCDA_STAY0006918-CCDA_STAY0006935

### CERTIFICACIÓN DE RESOLUCIÓN CORPORATIVA
### COMPAÑÍA DE TURISMO DE PUERTO RICO
### JUNTA DE DIRECTORES

Yo, Tatiana Alejandro Souffront, Secretaria de Actas de la Junta de Directores (la "Junta") de la Compañía de Turismo de Puerto Rico (la "Compañía"), una corporación pública del Estado Libre Asociado de Puerto Rico, certifico que mediante consulta enviada el 16 de noviembre de 2016 y reenviada el 17 de noviembre de 2016, habiendo establecido quórum y cumpliendo con los requisitos de ley para la aprobación de resoluciones, la Junta de Directores de la Compañía de Turismo de Puerto Rico aprobó por unanimidad de los votantes la siguiente Resolución, la cual está en toda fuerza y vigor a la fecha de esta certificación y que la misma no ha sido enmendada ni revocada:

### RESOLUCIÓN 17-026

**RESUÉLVASE,** autorizar al Sr. Manuel Barreiro Rivera, Director Asociado Interino de Asuntos Fiscales y a la Lcda. Lizamarie Serrano Rodríguez, Asesora Legal, como firmas autorizadas en todas las cuentas bancarias de la Compañía de Turismo y sus subsidiarias.

**RESUÉLVASE ADEMÁS,** autorizar a la Directora Ejecutiva, al Subdirector Ejecutivo o su representante autorizado a firmar, suscribir, endosar, certificar, otorgar y/o procesar cualquier comunicación, documento privado o instrumento público, o llevar a cabo cualquier gestión que fuere necesaria para dar cumplimiento a los propósitos de esta Resolución.

EN TESTIMONIO DE LO CUAL, estampamos el sello corporativo y firmas correspondientes en San Juan, Puerto Rico, 21 de noviembre de 2016.

**TATIANA ALEJANDRO SOUFFRONT**
Secretaria de Actas



CONFIDENTIAL

CCDA_STAY0006919

COMPAÑÍA DE TURISMO DE PUERTO RICO

JUNTA DE DIRECTORES

En reunión ordinaria celebrada el lunes, 4 de marzo de 2013, la cual fue aprobada unánimemente por los miembros de la Junta de Directores, establecido quórum y cumpliendo con los requisitos de ley para la aprobación de resoluciones, la Junta de Directores de la Compañía de Turismo de Puerto Rico aprobó la siguiente:

RESOLUCIÓN 13-067

RESUÉLVASE, aprobar la presente resolución para autorizar la firma a los siguientes empleados de la Compañía de Turismo de Puerto Rico (la "Compañía"): Sra. Ingrid I. Rivera Rosafort, Directora Ejecutiva; Lcdo. Luis D. Muñíz Martínez, Sub Director Ejecutivo; Samuel Sierra Rivera, CPA, Director de Finanzas; y Mari Jo Laborde, Principal Oficial de Ventas y Mercadeo, para que a nombre y en representación de la Compañía, cualquiera de dos (2) de estos empleados pueda autorizar a realizar cada desembolso de las cuentas bancarias pertenecientes a la Compañía, en los siguientes bancos: Santander Asset Management, Banco Popular de Puerto Rico y Scotiabank.

RESUÉLVASE, además, las cuentas bancarias pertenecientes a la Compañía correspondiente a la cuenta bancaria de Scotiabank of Puerto Rico de la Compañía de Turismo de Puerto Rico, estarán identificadas como: Sweep/ Concentration Account, cuenta número ▆5144; Current Account Business, cuenta número ▆5139; Tragamonedas Zero Balance Account, cuenta número ▆5140; Room Tax Target Balance Account, cuenta número ▆5142; Supplier Payments Zero Balance Account, cuenta número ▆5138; Payroll Payments Zero Balance Account, cuenta número ▆5143; Hotel Development Corporation, cuenta número ▆5137; Debt Service Reserve, cuenta número ▆5136; y Hotel Development Corporation, cuenta número ▆5132.

RESUÉLVASE, además, las cuentas bancarias pertenecientes a la Compañía correspondiente a la cuenta bancaria del Banco Popular de Puerto Rico de la Compañía de Turismo de Puerto Rico, estarán identificadas como: Fondo General, cuenta número ▆4773; Impuesto Hospedería, cuenta número ▆5645; Tragamonedas, cuenta número ▆4156; Computadoras Suplidores Laser, cuenta número ▆2306; Computadora Nómina, cuenta número ▆5680; Computadora Suplidores, cuenta número ▆4390; Hotel Development Corporation, cuenta número ▆5085; e Inversiones, cuenta número ▆0880▆

RESUÉLVASE, además, las cuentas bancarias pertenecientes a la Compañía correspondiente a la cuenta bancaria del Santander Asset Management de la Compañía de Turismo de Puerto Rico, estarán identificadas como: R-3 DEVELOPMENT LLC, cuenta número ▆7781; R-4

CONFIDENTIAL

CCDA_STAY0006921



DEVELOPMENT LLC, cuenta número ████ 8192; y CB
RESIDENTIAL II, LLC, cuenta número ████ 5206.

EN TESTIMONIO DE LO CUAL, estampamos el sello corporativo y firmas

correspondientes en San Juan, Puerto Rico, hoy 4 de marzo de 2013.

MARITERE COLÓN DOMÍNGUEZ
Secretaria de Actas

Aprobado por:

SELLO CORPORATIVO

ALBERTO BACÓ BAGUÉ
Presidente

CONFIDENTIAL

CONFIDENTIAL

CCDA_STAY0006923

### CERTIFICACIÓN DE RESOLUCIÓN CORPORATIVA
### COMPAÑÍA DE TURISMO DE PUERTO RICO
### JUNTA DE DIRECTORES

Yo, José A. Flores Vázquez, Secretario *Pro Tempore* de la Junta de Directores de la Compañía de Turismo de Puerto Rico (en adelante la "Compañía"), una corporación pública del Gobierno de Puerto Rico, certifico que mediante consulta enviada el 3 de enero de 2013, establecido quórum y cumpliendo con los requisitos de ley para la aprobación de resoluciones, la Junta de Directores de la Compañía aprobó por mayoría la siguiente resolución, la cual está en toda fuerza y vigor a la fecha de esta certificación y que la misma no ha sido enmendada y revocada:

### RESOLUCIÓN 13-054

**RESUÉLVASE**, aprobar la presente resolución para añadir las firmas autorizadas de los señores Ricardo Roselló Rodríguez y Manuel Barreiro Rivera en las cuentas bancarias en el Scotiabank of Puerto Rico de la Compañía de Turismo de Puerto Rico, identificadas como: **Sweep/ Concentration Account,** cuenta número ███5144; **Current Account Business**, cuenta número ███5139; **Tragamonedas Zero Balance Account**, cuenta número ███5140; **Room Tax Target Balance Account**, cuenta número ███5142; **Supplier Payments Zero Balance Account**, cuenta número ███5138; **Payroll Payments Zero Balance Account**, cuenta número ███5143; **PRHRISA Account**, cuenta número ███5137; y **Debt Service Reserve**, cuenta número ███5136.

EN TESTIMONIO DE LO CUAL, firmo la presente certificación y estampo el sello corporativo de la Compañía, en San Juan, Puerto Rico, hoy 4 de enero de 2013.





CCDA_STAY0006924

CONFIDENTIAL

CCDA_STAY0006925

## COMPAÑÍA DE TURISMO DE PUERTO RICO

### JUNTA DE DIRECTORES

En reunión ordinaria celebrada el lunes, 14 de mayo de 2012, establecido quórum y cumpliendo con los requisitos de ley para la aprobación de resoluciones, la Junta de Directores de la Compañía de Turismo de Puerto Rico aprobó la siguiente:

### "RESOLUTION 12-139

**RESOLVED,** Scotiabank de Puerto Rico has been designated depositary of the Puerto Rico Tourism Company.

**RESOLVED,** All branches of Scotiabank de Puerto Rico are hereby authorized to conduct any and all fund transactions requested therefrom by any officer, employee or agent, or any person purporting to be an officer, employee or agent, of the Puerto Rico Tourism Company.

**RESOLVED,** Scotiabank de Puerto Rico is hereby requested and authorized to execute all such transactions when instructions therefor are given in writing, and when any document employed to dispense such instructions bears an original or facsimile signature.

**RESOLVED,** Scotiabank de Puerto Rico is hereby authorized to supply, fill out and complete on behalf of the Puerto Rico Tourism Company any form or other document for the purpose of exhibiting such instructions.

**RESOLVED,** that the Executive Director (Director Ejecutivo), the Deputy Executive Director (Subdirectora Ejecutiva), the Chief Financial Officer (Director de Finanzas) and the Deputy Chief Financial Officer (Director Auxiliar de Finanzas) of the Puerto Rico Tourism Company or any two (2) of them are hereby authorized to open one (or more) accounts with Scotiabank de Puerto Rico and sign all related Cash Management Services documentation as deemed necessary.

**RESOLVED,** that Executive Director (Director Ejecutivo), the Deputy Executive Director (Subdirectora Ejecutiva), the Chief Financial Officer (Director de Finanzas) and the Deputy Chief Financial Officer (Director Auxiliar de Finanzas) of the Puerto Rico Tourism Company or any two (2) of them are hereby authorized to sign any and all checks, drafts and orders of payments against the funds deposited in the bank or to honor any and all checks, drafts or orders of payment of money drawn in the name of the Puerto Rico Tourism Company.

**RESOLVED,** Puerto Rico Tourism Company agrees to indemnify and hold harmless Scotiabank de Puerto Rico for any and all claims resulting from good faith compliance with the authorizations bestowed herein."

EN TESTIMONIO DE LO CUAL, estampamos el sello corporativo y firmas correspondientes en San Juan, Puerto Rico, hoy 14 de mayo de 2012.



**NOEMÍ ROSADO FIGUEROA**
Secretaria

Aprobado por:

_____
**JOSÉ R. PÉREZ RIERA**
Presidente

CONFIDENTIAL

CONFIDENTIAL

CCDA_STAY0006927

## COMPAÑÍA DE TURISMO DE PUERTO RICO

## JUNTA DE DIRECTORES

Mediante consulta enviada el 28 de diciembre de 2012, la cual fue aprobada unánimemente por los miembros de la Junta de Directores, establecido quórum y habiendo cumplido con todos los requisitos de ley para la aprobación de resoluciones, la Junta de Directores de la Compañía de Turismo de Puerto Rico aprobó la siguiente:

### RESOLUCIÓN 13-051

**POR CUANTO,** la Junta de Directores de la Compañía celebró un referéndum el 28 de diciembre de 2012, y los miembros aprobaron unánimemente la siguiente resolución:

**RESUÉLVASE**, aprobar el nombramiento de la Directora Ejecutiva Designada de la Compañía, Sra. Ingrid Rivera Rocafort, pendiente a la confirmación del Senado de Puerto Rico.

EN TESTIMONIO DE LO CUAL, estampamos el sello corporativo y firmas correspondientes en San Juan, Puerto Rico, hoy 31 de diciembre de 2012.



**NOEMÍ ROSADO FIGUEROA**
Secretaria

Aprobado por:



**JOSÉ R. PÉREZ RIERA**
Presidente



CCDA_STAY0006928

CONFIDENTIAL

# COMPAÑÍA DE TURISMO DE PUERTO RICO

## JUNTA DE DIRECTORES

Mediante consulta enviada el 28 de diciembre de 2012, la cual fue aprobada unánimemente por los miembros de la Junta de Directores, establecido quórum y habiendo cumplido con todos los requisitos de ley para la aprobación de resoluciones, la Junta de Directores de la Compañía de Turismo de Puerto Rico aprobó la siguiente:

### RESOLUCIÓN 13-052

**POR CUANTO,** la Junta de Directores de la Compañía celebró un referéndum el 28 de diciembre de 2012, y los miembros aprobaron unánimemente la siguiente resolución:

**RESUÉLVASE,** autorizar como firmas autorizadas en la Compañía a los siguientes funcionarios de la Compañía: (i) Directora Ejecutiva Designada, Sra. Ingrid Rivera Rocafort; y (ii) el Sr. Daniel Rodríguez Collazo a partir del 2 de enero de 2013.

EN TESTIMONIO DE LO CUAL, estampamos el sello corporativo y firmas correspondientes en San Juan, Puerto Rico, hoy 31 de diciembre de 2012.



**NOEMÍ ROSADO FIGUEROA**
Secretaria

Aprobado por:



**JOSÉ R. PÉREZ RIERA**
Presidente

CCDA_STAY0006930

CONFIDENTIAL

CCDA_STAY0006931

## CERTIFICACIÓN DE RESOLUCIÓN CORPORATIVA
## COMPAÑÍA DE TURISMO DE PUERTO RICO
## JUNTA DE DIRECTORES

Yo, John A. Uphoff Figueroa, Secretario de la Junta de Directores ("JD") de la

Compañía de Turismo de Puerto Rico (la "Compañía"), una corporación pública del

Gobierno de Puerto Rico, certifico que mediante referéndum a la JD de la Compañía

celebrado el 10 de mayo de 2011, y en cumplimiento con los requisitos de la Compañía

para la aprobación de resoluciones mediante referéndum, la JD de la Compañía aprobó

por unanimidad la siguiente resolución, la cual está en toda fuerza y vigor a la fecha de

esta certificación y que la misma no ha sido enmendada y revocada:

### "RESOLUTION 11-055

**RESOLVED**, Scotiabank de Puerto Rico has been designated depositary of the Puerto Rico Tourism Company.

**RESOLVED**, All branches of Scotiabank de Puerto Rico are hereby authorized to conduct any and all fund transactions requested therefrom by any officer, employee or agent, or any person purporting to be an officer, employee or agent, of the Puerto Rico Tourism Company.

**RESOLVED**, Scotiabank de Puerto Rico is hereby requested and authorized to execute all such transactions when instructions therefor are given in writing, and when any document employed to dispense such instructions bears an original or facsimile signature.

**RESOLVED**, Scotiabank de Puerto Rico is hereby authorized to supply, fill out and complete on behalf of the Puerto Rico Tourism Company any form or other document for the purpose of exhibiting such instructions.

**RESOLVED**, that the Executive Director (Director Ejecutivo), the Deputy Executive Director (Director Ejecutivo Auxiliar), the Chief Financial Officer (Director de Finanzas) and the Deputy Chief Financial Officer (Director Auxiliar de Finanzas) of the Puerto Rico Tourism Company or any two (2) of them are hereby authorized to open one (or more) accounts with Scotiabank de Puerto Rico and sign all related Cash Management Services documentation as deemed necessary.

**RESOLVED,** that Executive Director (Director Ejecutivo), the Deputy Executive Director (Director Ejecutivo Auxiliar), the Chief Financial Officer (Director de Finanzas) and the Deputy Chief Financial Officer (Director Auxiliar de Finanzas) of the Puerto Rico Tourism Company or any two (2) of them are hereby authorized to sign any and all checks, drafts and orders of payments against the funds deposited in the bank or to honor any and all checks, drafts or orders of payment of money drawn in the name of the Puerto Rico Tourism Company.

**RESOLVED**, Puerto Rico Tourism Company agrees to indemnify and hold harmless Scotiabank de Puerto Rico for any and all claims resulting from good faith compliance with the authorizations bestowed herein."

**EN TESTIMONIO DE LO CUAL**, firmo la presente certificación y estampo el

sello corporativo de la Compañía de Turismo de Puerto Rico, en San Juan,

Puerto Rico, hoy 28 de junio de 2011.





CONFIDENTIAL

CCDA_STAY0006933

**RESOLUCIÓN 11-055**                                                           **PÁGINA 2**

Affidávit Núm.: -200-

     Reconocido y suscrito ante mí por John A. Uphoff Figueroa, mayor de edad, soltero, abogado y vecino de San Juan, Puerto Rico, en su capacidad de Secretario de la Junta de Directores de la Compañía de Turismo de Puerto Rico, a quien doy fe de conocer personalmente.  En San Juan, Puerto Rico, hoy 28 de junio de 2011.



_____
**NOTARIO PÚBLICO**



CONFIDENTIAL

CERTIFIED TRANSLATION

**CERTIFICATION OF CORPORATE RESOLUTION**
**PUERTO RICO TOURISM COMPANY**
**BOARD OF DIRECTORS**

I, Tatiana Alejandro Souffront, Recording Secretary of the Board of Directors (the "Board") of Puerto Rico Tourism Company (the "Company"), a Commonwealth of Puerto Rico public corporation, certify that by means of notice sent on November 16, 2016 and re-sent on November 17, 2016, having established a quorum and having satisfied the legal requirements for the approval of resolutions, the Board of Directors of the Puerto Rico Tourism Company unanimously approved the following Resolution, which is in full force and effect as of the date of this certification and which has not been amended or revoked:

**RESOLUTION 17-026**

**RESOLVED**, that Mr. Manuel Barreiro Rivera, Acting Associate Director of Fiscal Affairs and Lizamarie Serrano Rodriguez, Esq., Legal Counsel, are hereby authorized as authorized signatories to all bank accounts of the Tourism Company and its subsidiaries.

**FURTHER RESOLVED**, that the Executive Director, the Deputy Executive Director or their authorized representative is hereby authorized to sign, subscribe, endorse, certify, issue and/or process any communication, private document or public instrument, or to carry out any formalities that may be necessary to give effect to the purposes of this Resolution

**IN WITNESS WHEREOF**, the company seal and the corresponding signatures are affixed hereto in San Juan, Puerto Rico, November 21, 2016.

[Signature]
**TATIANA ALEJANDRO SOUFFRONT**
Recording Secretary

CORPORATE SEAL

CONFIDENTIAL                                                CCDA_STAY0006918

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[blank page]

CONFIDENTIAL

CCDA_STAY0006919

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

## PUERTO RICO TOURISM COMPANY

## BOARD OF DIRECTORS

During a regular meeting held on Monday, March 4, 2013, which was unanimously approved by the members of the Board of Directors, having established a quorum and having satisfied the legal requirements for passing resolutions, the Board of Directors of the Puerto Rico Tourism Company passed the following:

### RESOLUTION 13-087

**RESOLVED,** that the present resolution be passed to authorize the signature of the following employees of the Puerto Rico Tourism Company (the "Company"): Mrs. Ingrid I. Rivera Rocafort, Executive Director; Mr. Luis D. Muñiz Martínez, Deputy Executive Director; Samuel Sierra Rivera, CPA, Finance Director; and Mari Jo Laborde, Chief Sales and Marketing Officer, so that, acting in the name and on behalf of the Company, any two (2) of these employees may authorize each disbursement from the bank accounts belonging to the Company, at the following banks: Santander Asset Management, Banco Popular de Puerto Rico and Scotiabank.

**FURTHER RESOLVED,** that the following bank accounts belonging to the Company which are the Puerto Rico Tourism Company's bank accounts at Scotiabank of Puerto Rico shall be identified as follows: **Sweep/Concentration Account,** account number ███5144, **Current Account Business,** account number ███5139; **Tragamonedas Zero Balance Account,** account number ███5140; **Room Tax Target Balance Account,** account number ███5142; **Supplier Payments Zero Balance Account,** account number ███5138; **Payroll Payments Zero Balance Account,** account number ███5143; **Hotel Development Corporation,** account number ███5137, **Debt Service Reserve,** account number ███5136; and **Hotel Development Corporation,** account number ███5132.

**FURTHER RESOLVED,** that the bank accounts belonging to the Company which are the Puerto Rico Tourism Company's bank accounts held with Banco Popular de Puerto Rico, shall be identified as: **General Fund,** account number ███4773; *Impuesto Hospedería* [**Hotel Tax**], account number ███6545; *Tragamonedas,* account number ███4166; *Computadoras Suplidores Laser,* account number ███2306, *Computadora Nomina,* account number 011-285680 *Computadoras Suplidores,* account number ███4390, **Hotel Development Corporation,** account number ███5085; *Inversiones* [**Investments**], account number ███0880 .

**FURTHER RESOLVED,** that the bank accounts belonging to the Company which are the Puerto Rico Tourism Company's bank accounts held with Santander Asset Management, shall be identified as: **R-3 DEVELOPMENT LLC,** account number ███7781; **R-4 DEVELOPMENT LLC,** account

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[blank page]

CONFIDENTIAL

CCDA_STAY0006921

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

number ██████8192; and **CB RESIDENTIAL II, LLC**, account number ██████8206.

**IN WITNESS WHEREOF**, the company seal and the corresponding signatures are affixed hereto in San Juan, Puerto Rico, today, March 4, 2013.

[Signature]
**MARITERE COLÓN DOMÍNGUEZ**
Recording Secretary

Approved by:

CORPORATE SEAL

[Signature]
**ALBERTO BACÓ BAGUÉ**
Chairman

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[blank page]

CONFIDENTIAL

CCDA_STAY0006923

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**CERTIFICATION OF CORPORATE RESOLUTION**
**PUERTO RICO TOURISM COMPANY**
**BOARD OF DIRECTORS**

I, José A. Flores Vázquez, Secretary *Pro Tempore* of the Board of Directors of the Puerto Rico Tourism Company (subsequently referred to as the "Company"), a Government of Puerto Rico public corporation, certify that by means of notice sent on January 3, 2013, having established a quorum and having satisfied the legal requirements for the approval of resolutions, the Company's Board of Directors unanimously passed the following Resolution, which is in full force and effect as of the date of this certification and which has not been amended or revoked:

**RESOLUTION 13-054**

**RESOLVED**, to pass this resolution to include Messrs. Ricardo Roselló Rodríguez and Manuel Barreiro Rivera among the designated signatories to the Puerto Rico Tourism Company's bank accounts at the Scotiabank of Puerto Rico, identified as **Sweep/Concentration Account**, account number ███5144; **Current Account Business**, account number ███5139; **Tragamonedas Zero Balance Account**, account number ██ 5140; **Room Tax Target Balance Account**, account number ██5142; **Supplier Payments Zero Balance Account**, account number █ 5138; **Payroll Payments Zero Balance Account**, account number █5143; **PRHRISA Account**, account number ██5137; and **Debt Service Reserve**, account number ███5136.

**IN WITNESS WHEREOF**, I hereby affix my signature and the Company's corporate seal in San Juan, Puerto Rico, today, January 4, 2013.

CORPORATE SEAL                              [Signature]
                                    **JOSÉ A. FLORES VÁZQUEZ**,
                                        Secretary *Pro Tempore*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[blank page]

CONFIDENTIAL

CCDA_STAY0006925

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

# PUERTO RICO TOURISM COMPANY

## BOARD OF DIRECTORS

At a regular meeting held on Monday, May 14, 2012, having established a quorum and having satisfied the legal requirements for passing resolutions, the Board of Directors of the Puerto Rico Tourism Company passed the following:

## "RESOLUTION 12-139

RESOLVED, Scotiabank de Puerto Rico has been designated depositary of the Puerto Rico Tourism Company.

RESOLVED, All branches of Scotiabank de Puerto Rico are hereby authorized to conduct any and all fund transactions requested therefrom by any officer, employee or agent, or any person purporting to be an officer, employee or agent, of the Puerto Rico Tourism Company.

RESOLVED, Scotiabank de Puerto Rico is hereby requested and authorized to execute all such transactions when instructions therefor are given in writing, and when any document employed to dispense such instructions bears an original or facsimile signature.

RESOLVED, Scotiabank de Puerto Rico is hereby authorized to supply, fill out and complete on behalf of the Puerto Rico Tourism Company any form or other document for the purpose of exhibiting such instructions.

RESOLVED, that the Executive Director (Director Ejecutivo), the Deputy Executive Director (Subdirectora Ejecutiva), the Chief Financial Officer (Director de Finanzas) and the Deputy Chief Financial Officer (Director Auxiliar de Finanzas) of the Puerto Rico Tourism Company or any two (2) of them are hereby authorized to open one (or more) accounts with Scotiabank de Puerto Rico and sign all related Cash Management Services documentation as deemed necessary.

RESOLVED, that Executive Director (Director Ejecutivo), the Deputy Executive Director (Subdirectora Ejecutiva), the Chief Financial Officer (Director de Finanzas) and the Deputy Chief Financial Officer (Director Auxiliar de Finanzas) of the Puerto Rico Tourism Company or any two (2) of them are hereby authorized to sign any and all checks, drafts and orders of payments against the funds deposited in the bank or to honor any and all checks, drafts or orders of payment of money drawn in the name of the Puerto Rico Tourism Company.

RESOLVED, Puerto Rico Tourism Company agrees to indemnify and hold harmless Scotiabank de Puerto Rico for any and all claims resulting from good faith compliance with the authorizations bestowed herein."

**IN WITNESS WHEREOF**, the company seal and the corresponding signatures are affixed hereto in San Juan, Puerto Rico, today, May 14, 2012.

[Signature]
**NOEMI ROSADO FIGUEROA**
Secretary

Approved by:

[Signature]
**JOSÉ R. PEREZ RIERA**
Chairman

CONFIDENTIAL                                                    CCDA_STAY0006926

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[blank page]

CONFIDENTIAL

CCDA_STAY0006927

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

## PUERTO RICO TOURISM COMPANY
## BOARD OF DIRECTORS

By means of notice sent on December 28, 2012, which was unanimously approved by the members of the Board of Directors, having established a quorum and having satisfied the legal requirements for passing resolutions, the Board of Directors of the Puerto Rico Tourism Company passed the following:

### RESOLUTION 13-051

**WHEREAS**, the Board of Directors of the Company held a referendum on December 28, 2012, and the members unanimously passed the following resolution:

**RESOLVED**, that the appointment of Mrs. Ingrid Rivera Rocafort as the Company's Executive Director Designate is hereby approved pending confirmation from the Senate of Puerto Rico.

**IN WITNESS WHEREOF**, the company seal and the corresponding signatures are affixed hereto in San Juan, Puerto Rico, today, December 31, 2012.

[Signature]
**NOEMI ROSADO FIGUEROA**
Secretary

Approved by:

[Signature]
**JOSÉ R. PEREZ RIERA**
Chairman

CONFIDENTIAL

CCDA_STAY0006928

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[blank page]

CONFIDENTIAL

CCDA_STAY0006929

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

## PUERTO RICO TOURISM COMPANY
## BOARD OF DIRECTORS

By means of notice sent on December 28, 2012, which was unanimously approved by the members of the Board of Directors, having established a quorum and having satisfied the legal requirements for passing resolutions, the Board of Directors of the Puerto Rico Tourism Company passed the following:

### RESOLUTION 13-052

**WHEREAS**, the Board of Directors of the Company held a referendum on December 28, 2012, and the members unanimously passed the following resolution:

**RESOLVED**, that the following Company officers: (i) Executive Director Designate, Mrs. Ingrid Rivera Rocafort; and (ii) Mr. Daniel Rodriguez Collazo are hereby designated as authorized signatories of the Company as of January 2, 2013.

**IN WITNESS WHEREOF**, the company seal and the corresponding signatures are affixed hereto in San Juan, Puerto Rico, today, December 31, 2012.

[Signature]
**NOEMI ROSADO FIGUEROA**
Secretary

Approved by:

[Signature]
**JOSÉ R. PEREZ RIERA**
Chairman

CONFIDENTIAL                                                CCDA_STAY0006930

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[blank page]

CONFIDENTIAL

CCDA_STAY0006931

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

## CERTIFICATION OF CORPORATE RESOLUTION
## PUERTO RICO TOURISM COMPANY
## BOARD OF DIRECTORS

I, John A. Uphoff Figueroa, Secretary of the Board of Directors ("BD") of the Puerto Rico Tourism Company (the "Company"), a Government of Puerto Rico public corporation, certify that by means of a Company BD referendum held on May 10, 2011 and in line with the Company's requirements for passing   resolutions by referendum, the Company's BD unanimously passed the following Resolution, which is in full force and effect as of the date of this certification and which has not been amended or revoked:

### "RESOLUTION 11-055

**RESOLVED**, Scotiabank de Puerto Rico has been designated depositary of the Puerto Rico Tourism Company.

**RESOLVED**, All branches of Scotiabank de Puerto Rico are hereby authorized to conduct any and all fund transactions requested therefrom by any officer, employee or agent, or any person purporting to be an officer, employee or agent, of the Puerto Rico Tourism Company.

**RESOLVED**, Scotiabank de Puerto Rico is hereby requested and authorized to execute all such transactions when  instructions therefor are given in writing, and when any document employed to dispense such instructions bears an original or facsimile signature.

**RESOLVED**, Scotiabank de Puerto Rico is hereby authorized to supply, fill out and complete on behalf of the Puerto Rico Tourism Company any form or other document for the purpose of exhibiting such instructions.

**RESOLVED**,  that the Executive Director (Director Ejecutivo), the Deputy Executive Director (Director Ejecutivo Auxiliar), the Chief Financial Officer (Director de Finanzas) and the Deputy Chief Financial Officer (Director Auxiliar de Finanzas) of the Puerto Rico Tourism Company or any two (2) of them are hereby authorized to open one (or more) accounts with Scotiabank de Puerto Rico and sign all related Cash Management Services documentation as deemed necessary.

**RESOLVED,** that Executive Director (Director Ejecutivo), the Deputy Executive Director (Director Ejecutivo Auxiliar), the Chief Financial Officer (Director de Finanzas) and the Deputy Chief Financial Officer (Director Auxiliar de Finanzas) of the Puerto Rico Tourism Company or any two (2) of them are hereby authorized to sign any and all checks, drafts and orders of payments against the funds deposited in the bank or to honor any and all checks, drafts or orders of payment of money drawn in the name of the Puerto Rico Tourism Company.

**RESOLVED**, Puerto Rico Tourism Company agrees to indemnify and hold harmless Scotiabank de Puerto Rico for any and all claims resulting from good faith compliance with the authorizations bestowed herein."

**IN WITNESS WHEREOF**, I hereby affix my signature and the company seal hereto in San Juan, Puerto Rico, today, June 28, 2011.

[Signature]
**John A. Uphoff Figueroa**
Secretary

CONFIDENTIAL

CCDA_STAY0006932

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[blank page]

CONFIDENTIAL

CCDA_STAY0006933

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**RESOLUTION 11-055**                                                                    **PAGE 2**


Affidavit No.: *-200-*

Acknowledged and signed before me by John A. Uphoff Figueroa, who is of age, unmarried, attorney and a resident of San Juan, Puerto Rico, in his capacity as Secretary of the Board of Directors of the Puerto Rico Tourism Company, whom I certify is personally known to me. In San Juan, Puerto Rico, today June 28, 2011.

[notary seal of Ms. Carmen L. Fernández Estebanez,
attorney and notary]

[Signature]
NOTARY PUBLIC

CONFIDENTIAL                                                                    CCDA_STAY0006934

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[page blank except for one illegible stamp]

CONFIDENTIAL

CCDA_STAY0006935

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



718.384.8040
TargemTranslations.com
projects@targemtranslations.com
185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: CCDA_STAY0006918

Signed this 15th day of May 2020





_____
Andreea I. Boscor

Verify at www.atanet.org/verify

