# **EXHIBIT G**


*ADCC $14 8MM Series A*
*Cost of Issuance*
*IBA*

Apéndice MOB-130-01A

978-B



**BGF**

CR4
2004 23 III 2:26

**BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO**
**SAN JUAN, PUERTO RICO**

## SOLICITUD Y CONVENIO DE APERTURA DE CUENTA BANCARIA

☐ Marcar el cuadro si la cuenta es CORRIENTE PARA PAGADORES ESPECIALES DEL DEPARTAMENTO DE HACIENDA - El Depositante deberá presentar y se hará formar parte de este convenio, los siguientes documentos autorizados por el Departamento de Hacienda: copia aprobada para la apertura de esta cuenta y el nombramiento del Oficial Pagador Especial o Auxiliar.

---

Agencia: **ADCC – Serie A 2006**

Teléfono: **(787) 722-3309**      Fax: **(787)722-3309**

Fecha de Solicitud: **23 de marzo de 2006**

Dirección Postal: **PO Box 24001**

**San Juan, Puerto Rico 00940**

Dirección Física: **Antigua Base Naval,**
**Edificio W-9**

**Isla Grande San Juan PR 00910-1188**

Propósito de la Cuenta:   Serie A 2006

---

### El Depositante conviene y acuerda con el Banco los siguientes términos y condiciones:

1. El Depositante efectuará depósitos en la cuenta y éstos se acreditarán el mismo día laborable, si se realizan en o antes del horario establecido por el Banco Gubernamental de Fomento para Puerto Rico (Banco). La disponibilidad de los fondos estará sujeta a las disposiciones de la Regulación CC de la Junta de la Reserva Federal.

2. El Banco rehusará, sin incurrir en responsabilidad con el Depositante, cualquier orden de pago o libramiento que no esté expedido de conformidad con las prácticas usuales y corrientes con relación a la fecha, la cantidad, el endoso y la firma del libramiento u orden de pago. El rehusar el pago por cualquiera de estos conceptos no constituirá renuncia por parte del Banco al derecho de pagar cualquier libramiento similar cuando así lo crea conveniente para los mejores intereses del Depositante y del Banco.

3. El Depositante renuncia al derecho de suspender el pago de cheques u otras órdenes de pago libradas contra su cuenta, excepto mediante los impresos que provea el Banco con sujeción a las condiciones que el Banco señale en éstos o mediante el uso del sistema en línea. El Banco queda relevado de toda obligación de aceptar órdenes de suspensión de pago contenidas en cualquier otro documento, o solicitadas verbalmente.

4. El Depositante notificará al Banco sobre cualquier suspensión de pago a través de los formatos provistos por el Banco. La suspensión será efectiva en la fecha en que la notificación sea recibida y aceptada por el Banco. Se procederá de igual forma con las derogaciones de suspensión de pago. Si la suspensión de pago no fuera aceptada por el Banco, el Banco deberá indicar la razón o razones en el documento presentado. El documento se devolverá al Depositante y se retendrá una copia para archivo.

5. El Banco está autorizado para enviar al Depositante, según los reglamentos, las costumbres y la práctica bancaria, por correo ordinario o por mensajero, a riesgo del Depositante, a la última dirección del Depositante conocida por el Banco, o a aquella dirección que éste señale por escrito, un estado de cuenta conjuntamente con la evidencia de las órdenes de pago y toda otra evidencia de cargos a la cuenta durante el período que cubre el estado de cuenta.

6. El Depositante tiene treinta (30) días calendario a partir de la fecha del estado para hacer reclamaciones relacionadas con cualesquiera de las transacciones allí registradas. Si el Banco no recibe estas reclamaciones por escrito dentro de este término, se entenderá que el Depositante renuncia a las mismas para todos los efectos legales.
Las reclamaciones deberán ser enviadas a la siguiente dirección:

Banco Gubernamental de Fomento para Puerto Rico
Atención: Sección de Servicio al Cliente
P.O. Box 42001
San Juan, Puerto Rico 00940-2001

7. El Banco proveerá los primeros cien (100) cheques libre de costo, si aplica.

   _____ Aplica    __X__ No Aplica

   El Depositante podrá solicitar al Banco la compra de los cheques adicional el Banco realizará un cargo a su cuenta por el costo de los cheques. Depositante también tiene la alternativa de utilizar cualquier compañía par adquisición de los cheques siempre y cuando esa compañía realice prueba los formularios con el Banco y cumplan con los requisitos de segur establecidos por el Banco.

8. Esta cuenta devengará intereses, si aplica, a base de una de las siguie opciones a determinarse por el Banco y los intereses se acreditarán el primer del siguiente mes:

   _____ Aplica    __X__ No Aplica

   ☐ Tasa de interés variable computada diariamente
   ☐ Tasa de interés variable computada mensualmente
   ☐ Tasa de interés variable computada trimestralmente
   ☐ Otra: _____

   El cliente es responsable de cubrir cualquier balance negativo inmediatam so pena de cancelar los servicios bancarios ofrecidos en este contrato.

   De la cuenta mantener un balance negativo, el Banco computará un cargo a de la tasa *Prime* más el dos por ciento anual (2%) del balance en negativo.

9. El Banco no será responsable en forma alguna por falsificaciones o alteracio en los nombres de los beneficiarios o en los endosos de los cheques exped por el Depositante.

   En la eventualidad de que algún cheque expedido por el Depositante falsificado o alterado o que sea endosado fraudulentamente, el Banco, una

---

22 de septiembre de 2003 / División Sistemas y Procedimientos

Página 1 d

CONFIDENTIAL

Apéndice MOB-130-

**BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO**
**SAN JUAN, PUERTO RICO**

**SOLICITUD Y CONVENIO DE APERTURA DE**
**CUENTA BANCARIA**

notificado por el Depositante, iniciará los trámites para gestionar el cobro de su importe a través de la Cámara de Compensación de Cheques. El Depositante deberá hacer la reclamación al Banco en un período no mayor de seis (6) meses después de haber recibido el estado bancario. El Depositante llevará a cabo la investigación correspondiente con el propósito de determinar la validez de la reclamación para expedir un duplicado del efecto falsificado o endosado fraudulentamente, si procede.

10. Todos los valores y documentos relacionados, que no sean pagaderos en la oficina del Banco, se podrán enviar por correo u otros medios similares, directamente o en circuito a través de cualesquiera corresponsales sujeto a los reglamentos de éstos, o directamente al girado, librador o agente pagador para obtener su pago en efectivo, abono al banco remitente o giro o certificación del girado, librador, banco pagador, o cualquiera otro banco. La utilización de cualquiera de estos mecanismos será a riesgo del Depositante exclusivamente y sin responsabilidad para el Banco por cualquier acto, negligencia u omisión de cualquier corresponsal, agente o subagente.

Todo valor abonado se podría cargar nuevamente en cualquier momento antes de que se reciba en la oficina del Banco el pago total en efectivo. Los abonos que se hagan por efectos librados a cargo o pagaderos en la oficina del Banco serán de carácter provisional, sujetos a revocación de acuerdo con lo dispuesto en la Ley de Instrumentos Negociables en caso de que éstos no se pudieran pagar por cualquier razón. Cuando estos efectos se depositen después de cerrada al público, la oficina del Banco, el derecho de revocación se podrá ejercer durante el siguiente día laborable.

11. En consideración por los servicios prestados bajo este convenio, el Banco será compensado mensualmente, si aplica, y se utilizará la Estructura de Precios vigente en el Banco.

12. El total de los cargos se debitará de la cuenta que el depositante tiene con el Banco con efectividad del primer día del próximo mes, si aplica.

13. El Banco someterá un desglose mensual que incluirá el total de los cargos por concepto de servicios prestados.

14. Cualquiera de las partes podrá rescindir este convenio mediante notificación escrita con sesenta (60) días de anticipación a la fecha de la decisión.

15. Todos los términos y las condiciones de este convenio se podrán camb alterar o modificar por parte del Banco, mediante notificación escrita al cli con 60 días de anticipación a la fecha de efectividad de los cambios.

Número de Cuenta: ███978-5

Fecha de Efectividad: _____

---

Banco Gubernamental de Fomento para Puerto Rico
**Agencia Depositante**

_Arnaldo Maestre Pujals_
Nombre del Oficial Autorizado de la Agencia Depositante

[signature redacted]
Firma del Oficial Autorizado de la Agencia Depositante

23 Marzo 06
Fecha

**BANCO GUBERNAMENTAL DE FOMENTO**
**PARA PUERTO RICO**

José Guillermo Dávila
Nombre del Funcionario Autorizado

_____
Firma del Funcionario Autorizado

_____
Fecha

CONFIDENTIAL                                                      CCDA_STAY0012842

Apéndice MOB-130-01A



**BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO**
**SAN JUAN, PUERTO RICO**

**SOLICITUD Y CONVENIO DE APERTURA DE**
**CUENTA BANCARIA**

☐ Marcar el cuadro si la cuenta es **CORRIENTE PARA PAGADORES ESPECIALES DEL DEPARTAMENTO DE HACIENDA** - El Depositante deberá presentar y se hará formar parte de este convenio, los siguientes documentos autorizados por el Departamento de Hacienda: copia aprobada para la apertura de esta cuenta y el nombramiento del Oficial Pagador Especial o Auxiliar.

---

Agencia: **ADCC – Serie A 2006**

Teléfono: **(787) 722-3309**     Fax: **(787)722-3309**

Fecha de Solicitud: **23 de marzo de 2006**

Dirección Postal: **PO Box 24001**

**San Juan, Puerto Rico 00940**

Dirección Física: **Antigua Base Naval,**
**Edificio W-9**
**Isla Grande San Juan PR 00910-1188**

Propósito de la Cuenta: Serie A 2006

---

### El Depositante conviene y acuerda con el Banco los siguientes términos y condiciones:

1. El Depositante efectuará depósitos en la cuenta y éstos se acreditarán el mismo día laborable, si se realizan en o antes del horario establecido por el Banco Gubernamental de Fomento para Puerto Rico (Banco). La disponibilidad de los fondos estará sujeta a las disposiciones de la Regulación CC de la Junta de la Reserva Federal.

2. El Banco rehusará, sin incurrir en responsabilidad con el Depositante, cualquier orden de pago o libramiento que no esté expedido de conformidad con las prácticas usuales y corrientes con relación a la fecha, la cantidad, el endoso y la firma del libramiento u orden de pago. El rehusar el pago por cualquiera de estos conceptos no constituirá renuncia por parte del Banco al derecho de pagar cualquier libramiento similar cuando así lo crea conveniente para los mejores intereses del Depositante y del Banco.

3. El Depositante renuncia al derecho de suspender el pago de cheques u otras órdenes de pago libradas contra su cuenta, excepto mediante los impresos que provea el Banco con sujeción a las condiciones que el Banco señale en éstos o mediante el uso del sistema en línea. El Banco queda relevado de toda obligación de aceptar órdenes de suspensión de pago contenidas en cualquier otro documento, o solicitadas verbalmente.

4. El Depositante notificará al Banco sobre cualquier suspensión de pago a través de los formatos provistos por el Banco. La suspensión será efectiva en la fecha en que la notificación sea recibida y aceptada por el Banco. Se procederá de igual forma con las derogaciones de suspensión de pago. Si la suspensión de pago no fuera aceptada por el Banco, el Banco deberá indicar la razón o razones

Banco Gubernamental de Fomento para Puerto Rico
Atención: Sección de Servicio al Cliente
P.O. Box 42001
San Juan, Puerto Rico 00940-2001

7. El Banco proveerá los primeros cien (100) cheques libre de costo, si aplica.

    _____ Aplica     __X__ No Aplica

   El Depositante podrá solicitar al Banco la compra de los cheques adicionales y el Banco realizará un cargo a su cuenta por el costo de los cheques. El Depositante también tiene la alternativa de utilizar cualquier compañía para la adquisición de los cheques siempre y cuando esa compañía realice pruebas de los formularios con el Banco y cumplan con los requisitos de seguridad establecidos por el Banco.

8. Esta cuenta devengará intereses, si aplica, a base de una de las siguientes opciones a determinarse por el Banco y los intereses se acreditarán el primer día del siguiente mes:

    _____ Aplica     __X__ No Aplica

   ☐ Tasa de interés variable computada diariamente

   ☐ Tasa de interés variable computada mensualmente

# CERTIFIED TRANSLATION

*[hw:] ADCC [illegible] 8MM Series A*
*Cost of Issuance*
*IBA ____ 978-5*

BGF           [stamp] [illegible] *CRY*
              [illegible] 23 PM 2:26                                       Appendix MOB-130-01A

**GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO**
**SAN JUAN, PUERTO RICO**

**REQUEST AND AGREEMENT TO OPEN**
**BANK ACCOUNT**

[ ] Check the box if the account is a CHECKING ACCOUNT FOR SPECIAL PAYERS OF THE DEPARTMENT OF TREASURY – The Depositary will present and incorporate into this agreement, the following documents authorized by the Department of Treasury: approved copy for the opening of this account and appointment of the Special or Auxiliary Paying Officer.

| | |
|---|---|
| Agency:  ADCC – Series A 2006 | Postal Address:  PO Box 24001 |
| Telephone:  (787) 722-3309   Fax: (787) 722-3309 | San Juan, Puerto Rico 00940 |
| Date of Application:      March 23, 2006 | Physical address:  Old Naval Base |
| Purpose of the Account:  Series A 2006 | Building W-9 |
| | Isla Grande, San Juan PR 00910-1188 |

**The Depositary contracts and agrees on the following terms and conditions with the Bank:**

1. The Depositary will make deposits to the account and these will be credited the same business day if made on or before the time established by the Government Development Bank for Puerto Rico (Bank). The availability of funds will be subject to the provisions of the CC Regulation of the Federal Reserve Board.

2. The Bank will refuse, without incurring any liability toward the Depositary, any payment order or release that is not issued in accordance with the common and current practices in regard to date, amount, endorsement and signature of said release or payment order. Refusing payment for any of these reasons will not constitute a waiver by the Bank of the right to pay any release of this nature, when it deems convenient for the best interests of the Depositary and of the Bank.

3. The Depositary waives the right to suspend the payment of checks or other payment orders issued against their account, except through the printouts provided by the Bank for this purpose, subject to the conditions stated by the Bank in the same or through use of the online system. The Bank is relieved of any obligation to accept payment suspension orders contained in any other document, or requested verbally.

4. The Depositary will notify the Bank of any suspension of payment using the forms provided by the Bank. The suspension will be effective on the date on which notice is received and accepted by the Bank. The same procedure will be followed with revocations of payment suspensions. If the payment suspension is not accepted by the Bank, the Bank must state the reason or reasons for same in the document presented. The same document will be returned to the Depositary, with a copy kept on file.

5. The Bank is authorized to send the Depositary, in accordance with banking regulations, customs and practices, by regular mail or by courier, at the Depositary's risk, to the last address of the Depositary known by the Bank, or to the address that the former indicates in writing, an account statement with the evidence of payment orders and all evidence of charges to the account for the period covered by the account statement.

6. The Depositary has thirty (30) calendar days from the statement date to make any claims related to any of the transactions recorded therein. If the Bank does not receive such claims in writing within this term, these shall be deemed waived by the Depositary for all legal purposes.

   Complaints are to be sent to the following address:

   Government Development Bank for Puerto Rico
   Attn.: Customer Service Section
   P.O. Box 42001
   San Juan, Puerto Rico 00940-2001

7. The Bank will provide the first one hundred (100) checks free of charge, if applicable.

   ____ Applies      x   Does not apply

   The Depositary may ask to purchase additional checks from the Bank, the Bank will charge the cost of the checks to their account. The Depositary also has the alternative of purchasing checks from any company, as long as this company tests the forms with the Bank and these fulfill the security requirements established by the Bank.

8. This account will earn interest, if applicable, based on one of the following options to be determined by the Bank, and the Interest will be credited on the first of the following month:

   ____ Applies      x   Does not apply

   [ ] Variable interest rate calculated daily
   [ ] Variable interest rate calculated monthly
   [ ] Variable interest rate calculated quarterly
   [ ] Other: _____

   The client is responsible for covering any negative balance immediately, under penalty of cancellation of the banking services offered in this contract.

   If the account carries a negative balance, the Bank will calculate a charge at the Prime rate plus two percent annually (2%) for the negative balance.

9. The Bank shall not be liable under any circumstances for falsifications or changes to the names of the beneficiaries or endorsements of checks issued by the Depositary.

   In the event that any check issued by the Depositary is altered or fraudulently endorsed, the Bank, once

[illegible]                                                                                              Page 1 of

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Appendix MOB-130-

## GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO
### SAN JUAN, PUERTO RICO

### REQUEST AND AGREEMENT TO OPEN BANK ACCOUNT

notified by the Depositary, will begin the processes to manage the collection of the amount through the Check Clearing House. The Depositary must file a claim with the Bank within a period no longer than six (6) months after having received the bank statement. The Depositary will undertake the corresponding investigation in order to determine the validity of the complaint for issuance of a duplicate of the falsified or fraudulently endorsed document, if applicable.

10. All amounts, and related documents, that are not payable at the office of the Bank, may be sent by mail or other similar means, sent directly or through any courier subject to their regulations, sent directly to the drawee, releasor or paying agent to obtain its payment in cash, credit to the remitting bank or transfer or certification from the drawee, releaser, paying bank, or any other bank. The use of any of these mechanisms will be at the exclusive risk of the Depositary, with no liability on the part of the Bank for any act, negligence or omission of any correspondent, agent, or sub-agent.

    Any amount paid may be charged again at any time before full payment in cash is received at the office of the Bank. Credits made for effects released at the charge of or payable at the office of the bank will be temporary, subject to revocation as established in the Negotiable Instruments Act if they cannot be paid for any reason; and when said effects are deposited after this office is closed to the public, the right to revocation may be exercised the following business day.

11. In consideration for the services rendered under this agreement, the Bank will be compensated monthly, if applicable, and will use the Price Structure in effect at the Bank.

12. The total charges will be debited from the account that the depositary holds with the Bank, effective on the first day of the following month, if applicable.

13. The Bank will submit a monthly breakdown that will include all of the charges for services rendered.

14. Either of the parties may rescind this agreement with sixty (60) days' written notice prior to the date of the decision.

15. All terms and conditions of this agreement may be changed or amended by the Bank, with written notice to the client 60 days prior to the effective date of the changes.

**Account Number:** ▮ 978-5

**Effective Date:** _____

**Government Development Bank for Puerto Rico**
**Depositary Agency**

    [hw:] *Arnaldo Maestre Pujals*
Name of the Authorized Officer of the Depositary Agency

    [signature]
Signature of the Authorized Officer of the Depositary Agency

    [hw:] *23 March '06*
Date

GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO

José Giullermo Dávila
Name of the Authorized Employee

_____
Signature of Authorized Employee

_____
Date

CONFIDENTIAL

CCDA_STAY0012842

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

BGF                                                                                                                    Appendix MOB-130-01A

# GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO
## SAN JUAN, PUERTO RICO

## REQUEST AND AGREEMENT TO OPEN
## BANK ACCOUNT

[ ] Check the box if the account is a CHECKING ACCOUNT FOR SPECIAL PAYERS OF THE DEPARTMENT OF TREASURY – The Depositary will present and incorporate into this agreement, the following documents authorized by the Department of Treasury: approved copy for the opening of this account and appointment of the Special or Auxiliary Paying Officer.

| | |
|---|---|
| Agency: ADCC – Series A 2006<br><br>Telephone: (787) 722-3309  Fax: (787) 722-3309<br><br>Date of Application: March 23, 2006<br><br>Purpose of the Account: Series A 2006 | Postal Address:  PO Box 24001<br>San Juan, Puerto Rico 00940<br><br>Physical address: Old Naval Base<br>Building W-9<br>Isla Grande, San Juan PR 00910-1188 |

**The Depositary agrees with the Bank on the following terms and conditions:**

1. The Depositary will make deposits to the account and these will be credited the same business day if made on or before the time established by the Government Development Bank for Puerto Rico (Bank). The availability of funds will be subject to the provisions of the CC Regulation of the Federal Reserve Board.
2. The Bank will refuse, without incurring any liability toward the Depositary, any payment order or release that is not issued in accordance with the common and current practices in regard to date, amount, endorsement and signature of said release or payment order. Refusing payment for any of these reasons will not constitute a waiver by the Bank of the right to pay any release of this nature, when it deems convenient for the best interests of the Depositary and of the Bank.
3. The Depositary waives the right to suspend the payment of checks or other payment orders issued against their account, except through the printouts provided by the Bank for this purpose, subject to the conditions stated by the Bank in the same or through use of the online system. The Bank is relieved of any obligation to accept payment suspension orders contained in any other document or requested verbally.
4. The Depositary will notify the Bank of any suspension of payment using the forms provided by the Bank. The suspension will be effective on the date on which notice is received and accepted by the Bank. The same procedure will be followed with revocations of payment suspensions. If the payment suspension is not accepted by the Bank, the Bank must state the reason or reasons for same in the document presented. […]

       Government Development Bank for Puerto Rico
       Attn.: Customer Service Section
       P.O. Box 42001
       San Juan, Puerto Rico 00940-2001

7. The Bank will provide the first one hundred (100) checks free of charge, if applicable.
    ____ Applies    __x__ Does not apply
The Depositary may ask to purchase additional checks from the Bank, the Bank will charge the cost of the checks to their account. The Depositary also has the alternative of purchasing checks from any company, as long as this company tests the forms with the Bank, and these fulfill the security requirements established by the Bank.
8. This account will earn interest, if applicable, based on one of the following options to be determined by the Bank, and the Interest will be credited on the first of the following month:
    ____ Applies    __x__ Does not apply
[ ] Variable interest rate calculated daily
[ ] Variable interest rate calculated monthly

CONFIDENTIAL                                                                                                              CCDA_STAY0012843

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: CCDA_STAY0012841

Signed this 15th day of May 2020

_____
Andreea I. Boscor



