# **EXHIBIT H**

**GOBIERNO DE PUERTO RICO**
Compañía de Turismo de Puerto Rico

28 de octubre de 2019

## Carmen I. López Rodríguez
Oficial de Relaciones Comerciales – Sector Público
Banco Popular de Puerto Rico

Vía Correo Electrónico: carmen.lopez@popular.com   yashira.pantojas@popular.com

### CAMBIO DE FIRMAS AUTORIZADAS – CO. DE TURISMO DE PR

El Sr. **Luis J. Umpierre Ferrer cesó sus labores** como Principal Oficial Financiero de la Compañía de Turismo de Puerto Rico (CTPR), por lo que solicitamos la cancelación de su firma en todas las cuentas de la CTPR que se detallan a continuación:

*Delete* →

| Número de Cuenta | Nombre de la Cuenta |
|---|---|
| 4773 | Fondo General "Money Market" |
| 6545 | Room Tax CTPR |
| 2306 | Suplidores |
| 5085 | Ley 48 Tragamonedas Aeropuerto |
| 9208 | Programa Ley 77 |
| 6523 | Declaración FEMA 3384-EM-PR IRMA |
| 6531  6531 | Declaración FEMA 4336-DR-PR IRMA |
| 6558  6558 | Declaración FEMA 3391-EM-PR MARÍA |
| 6574  6574 | Declaración FEMA 4339-DR-PR MARÍA |

(closed ← 6523, 6558)

De igual forma solicitamos añadan dos nuevas firmas, según se indica en la Resolución #20-008 de la Junta de Directores de la CTPR (ver anejo). Se incluyen las formas BC-001, BRA-036 y copia de las licencias de conducir de cada uno de los nuevos firmantes.

*2 new Add* →

1) Carlos Mercado Santiago, Subdirector Ejecutivo
2) Gustavo González Serrano, Principal Oficial Financiero

Quedamos a su orden para cualquier información adicional que se requiera, relacionada a este asunto.

Cordialmente,

**Carla G. Campos Vidal**
Firma Autorizada

**Lcda. Janice M. Ramírez Vélez**
Firma Autorizada

Anejos

/sir



La Princesa, San Juan, PR 00902 • PO Box 9023960, San Juan, PR 00902-3960
Tel. 787.721.2400 | email: contact@tourism.pr.gov

CONFIDENTIAL

CCDA_STAY0006943

 **BANCO POPULAR.**                                  Certificado de Resolución

Yo, Lcda. Janice M. Ramírez Vélez _____, Secretario de Junta de Directores de la
Compañía de Turismo de Puerto Rico _____ (Corporación, Sociedad o Asociación)

CERTIFICO:

Que en la reunión de la Junta de Directores, celebrada el día __13__ de __septiembre__ de __2019__, se aprobó la Resolución que lee como sigue:

1. El Banco Popular (Banco) será el depositario de los fondos de la (Corporación, Sociedad o Asociación), mediante la cuenta de depósito __Varias__.
   Nombre y Número de la cuenta

2. Se autoriza al Banco a pagar todos cheques, giros, pagarés, letras de cambio, órdenes para el pago de dinero, cartas de crédito y cualquier otro instrumento negociable expedido, emitido, firmado, librado, aceptado o endosado por la (Corporación, Sociedad o Asociación), aún cuando el pago de dichos documentos ocasione sobregiros.

3. Se autoriza a:
   Añadir las siguientes firmas autorizadas:
   Carlos M. Mercado Santiago, Subdirector Ejecutivo
   Gustavo E. González Serrano, Principal Oficial Financiero

   para que a nombre y en representación de la (Corporación, Sociedad o Asociación):

   a. Cualquiera __2__ de ellos, puedan librar, girar, expedir, aceptar, emitir, endosar y firmar cheques, giros, pagarés, letras de cambio, cartas de crédito, órdenes para el pago de dinero y cualquier otro documento negociable;

   b. Cualquiera __2__ de ellos, puedan realizar depósitos incluyendo depósitos a términos e inversiones y retiros de fondos de la cuenta de depósito que la (Corporación, Sociedad o Asociación) tiene con el Banco; y

   c. Cualquiera __2__ de ellos, puedan aprobar, modificar, enmendar, corregir, balancear, aceptar y certificar las cuentas de préstamos, giros, cambios y depósitos de cualquier naturaleza, así como recibir y retirar del Banco todos los cheques cancelados y estados de cuenta, estados de débitos y créditos, y firmar de conformidad todos los saldos que resulten relevando al Banco de responsabilidad.

   **Disposición Especial para Iglesias y Concilios de Iglesias**

   d. Cualquiera __NA__ de ellos, puedan designar por escrito la(s) persona(s) autorizada(s) para librar, girar, expedir aceptar, emitir, endosar y firmar cheques, giros, pagarés, letras de cambio, cartas de crédito, órdenes para el pago de dinero y cualquier otro documento negociable.

   **Disposición Especial para Solicitar ATH Regular / Internacional**

   e. _____ **Autorizo** al Banco a emitir una ATH Regular / Internacional a cualquiera de los firmantes autorizados.
      __✓__ **No Autorizo** a emitir una ATH Regular / Internacional a ninguno de los firmantes autorizados.

4. Se autoriza a:     N/A

   para que a nombre y en representación de la (Corporación, Sociedad o Asociación):

   a. Cualquiera __NA__ de ellos soliciten del Banco en calidad de préstamo las cantidades que fueren necesarias, conviniendo los términos y condiciones del préstamo, así como la presentación y entrega de las garantías que fueren exigidas por el Banco y para que de tiempo en tiempo puedan variar, modificar, enmendar, ampliar o prorrogar los términos y condiciones convenidos; y

   b. Cualquiera __NA__ de ellos puedan firmar, otorgar, ceder, pignorar, endosar y entregar o transmitir al Banco -en garantía de cualquier suma tomada en préstamo o de cualquier valor cedido, descontado o endosado- los contratos, pagarés, giros, letras de cambio, documentos de garantía, valores, documentos negociables, títulos mobiliarios e inmobiliarios, hipotecas y prendas que fueren convenidos o requeridos por el Banco, así como cualquier garantía adicional que de tiempo en tiempo fueren convenidos o requeridos, de manera que se mantenga un margen adecuado de garantías para todos los préstamos y descuentos.

5. Se autoriza a:
   Añadir las siguientes firmas autorizadas:
   Carlos M. Mercado Santiago, Subdirector Ejecutivo
   Gustavo E. González Serrano, Principal Oficial Financiero

   para que a nombre y en representación de la (Corporación, Sociedad o Asociación) cualquiera __2__ de ellos puedan contratar los servicios que ofrece el Banco, tales como y sin limitarse a: Mi Banco Comercial, Servicios de Información, Servicios de Conciliación, Servicios de Pago, Servicios de Cobro y Transferencias de Fondos a cuentas en el Banco o cualquier otro banco, sujeto a los términos y condiciones establecidos para cada servicio.

BRA-036 / 7-16 (PDF)

CONFIDENTIAL                                                                                                    CCDA_STAY0006944

6. Se autoriza a:    Añadir las siguientes firmas autorizadas:

   Carlos M. Mercado Santiago, Subdirector Ejecutivo

   Gustavo E. González Serrano, Principal Oficial Financiero

   para que a nombre y en representación de la (Corporación, Sociedad o Asociación) cualquiera __2__ de ellos puedan designar por escrito la(s) persona(s) autorizada(s) para solicitar transferencias de fondos a cuentas en el Banco o cualquier otro banco, sujeto a los términos y condiciones establecidos para dicho servicio.

7. Se autoriza al Banco a pagar todos los cheques, giros, pagarés, letras de cambio, cartas de crédito, órdenes para el pago de dinero y cualquier otro documento negociable expedido, emitido, librado o endosado por la (Corporación, Sociedad o Asociación) contra su cuenta de cheques que lleve la firma por facsímil hecha por sello, máquina u otro instrumento mecánico de las personas designadas en los incisos anteriores que tengan su firma facsímil registrada.

8. Las facultades concedidas a las personas antes mencionadas quedarán en toda su fuerza y vigor hasta tanto se revoque cualquiera de éstas, se notifique al Banco por escrito y el Banco acuse recibo de la notificación. Así mismo, mediante esta Resolución se revocan las facultades concedidas anteriormente a otras personas para realizar todo o cualesquiera de los actos y gestiones que se incluyen en esta Resolución.

9. En el caso de fallecimiento de un firmante autorizado, la (Corporación, Sociedad o Asociación) someterá al Banco inmediatamente una resolución nueva para sustituir o eliminar dicho firmante.

10. Nombre, firmas y títulos de las personas autorizadas por esta Resolución para actuar en nombre de la (Corporación, Sociedad o Asociación)

| Nombre | Firma Facsímil | Puesto |
|---|---|---|
| Carlos M. Mercado Santiago | | Subdirector Ejecutivo |
| Gustavo E. González Serrano | | Principal Oficial Financiero |
| | | |
| | | |
| | | |
| | | |
| | | |

CERTIFICO, además, que la reunión de la Junta de Directores de la (Corporación, Sociedad o Asociación) en la cual se aprobó la Resolución copiada anteriormente concurrió el quórum reglamentario, que dicha Resolución se encuentra en toda su fuerza y vigor, y no contraviene disposición alguna contenida en las Cláusulas de Incorporación de la (Corporación, Sociedad o Asociación).

Certifico, también, que la (Corporación, Sociedad o Asociación):

✓ Tiene Reglamento o Estatutos Corporativos (By-laws) y que éstos no contienen disposición alguna que afecte o limite los negocios de la (Corporación, Sociedad o Asociación) con el Banco Popular.

___ No tiene Reglamento o Estatutos Corporativos (By-laws).

___ Aplica solamente a Iglesias sin Fines de Lucro

   Certificamos que la Iglesia no lleva a cabo negocios y/o ventas de partidas tributables de índole alguna en el Estado Libre Asociado de Puerto Rico. La Iglesia se dedica exclusivamente a realizar servicios religiosos y sólo percibe ingresos de fondos provenientes de donativos, ofrendas y/o diezmos.

Para que conste, expido la presente con mi firma y con el sello de la (Corporación, Sociedad o Asociación), en __San Juan, PR__, hoy __29__ de __octubre__ de __2019__.

_____   _____
Presidente                   Secretaria Lcda. Janice M. Ramírez

BRA-036 / 7-16  (PDF)

2

público, así como a llevar a cabo cualquier gestión permitida por las leyes, según fuere necesario para dar fiel cumplimiento a los propósitos de esta Resolución.

EN TESTIMONIO DE LO CUAL, estampamos el sello corporativo y firmas correspondientes en San Juan, Puerto Rico, a 16 de septiembre de 2019.

**JANICE M. RAMIREZ VELEZ**
Secretaria de Actas



CONFIDENTIAL

CCDA_STAY0006946

### CERTIFICACIÓN DE RESOLUCIÓN CORPORATIVA
### COMPAÑÍA DE TURISMO DE PUERTO RICO
### JUNTA DE DIRECTORES

Yo, Janice M. Ramírez Vélez, Secretaria de Actas de la Junta de Directores (la "Junta") de la Compañía de Turismo de Puerto Rico (la "Compañía"), una corporación pública del Gobierno de Puerto Rico, certifico que en reunión ordinaria celebrada el viernes, 13 de septiembre de 2019, habiéndose establecido quórum y cumpliendo con los requisitos de ley para la aprobación de resoluciones, la Junta de la Compañía aprobó por mayoría de los miembros, la siguiente:

### RESOLUCIÓN 20-008

**RESUÉLVASE**, que, a partir de la aprobación de esta Resolución, los siguientes, además de los que ya están incluidos, serán firmas autorizadas en las cuentas bancarias de la Compañía:

- Sr. Carlos Mercado Santiago, Subdirector Ejecutivo de la Compañía; y
- Sr. Gustavo E. González Serrano, Principal Oficial Financiero de la Compañía.

Lo anterior, disponiéndose que las cuentas bancarias a las que se refiere esta Resolución, son las siguientes:

| Institución Bancaria | Número de Cuenta | Nombre de la Cuenta |
|---|---|---|
| **Scotiabank de PR** | | |
| | 5144 | Sweep Concentration |
| | 5142 | Room Tax Deposits |
| | 5143 | Payroll |
| | 5138 | Supplier Payments |
| | 5140 | Tragamonedas |
| | 5132 | HDC |
| **Banco Popular de Puerto Rico** | | |
| | 4773 | Fondo General "Money Market" |
| | 6545 | Room Tax CTPR |
| | 2306 | Suplidores |
| | 5085 | Ley 48 Tragamonedas Aeropuerto |
| | 9208 | Programa Ley 77 |
| | 6523 | Declaración FEMA 3384-EM- PR IRMA |
| | 6531 | Declaración FEMA 4336-DR- PR IRMA |
| | 6558 | Declaración FEMA 3391-EM- PR MARIA |
| | 6574 | Declaración FEMA 4339-DR- PR MARIA |
| **First Bank** | | |
| | 8961 | Debt Service Reserve |
| | 3039 | Room Tax |
| | 2995 | Payroll |
| | 8617 | Tragamonedas |
| | 2962 | Suppliers Payments |
| | 2984 | Interest Debt Reserve |
| | 3248 | Hotel Development Corporation (HDC) |
| | 3237 | Sweep Concentration PRTC |

| Institución Bancaria | Número de Cuenta | Nombre de la Cuenta |
|---|---|---|
| **BGF** | | |
| | 075-8 | Room Tax Concentration |
| | 197-8 | Ley 77 - Incautaciones |
| **BGF Inversiones** | | |
| | 6-61 | PRTC |
| | 6-61 | HDC |

**RESUÉLVASE, ADEMÁS,** autorizar a la Directora Ejecutiva, el Subdirector Ejecutivo o su representante autorizado a firmar, suscribir, endosar y/o certificar cualquier carta, comunicación, contrato, documento privado o instrumento

# CERTIFIED TRANSLATION

Government of Puerto Rico         GOVERNMENT OF PUERTO RICO
                                  Puerto Rico Tourism Company [*Compañia de Turismo de Puerto Rico*]

October 28, 2019

**Carmen I. López Rodríguez**
Commercial Relations Officer – Public Sector
Banco Popular de Puerto Rico

Via e-mail: carmen.lopez@popular.com         yashira.pantojas@popular.com

**CHANGE OF AUTHORIZED SIGNATURES – PUERTO RICO TOURISM CO.**
Mr. Luis J. Umpierre Ferrer ceased his service as Chief Financial Officer of the Puerto Rico Tourism Company (CTPR), so we request the removal of his signature on all accounts of the CTPR, listed below:

| Account Number | Account Name |
|---|---|
| 4773 | "Money Market" General Fund |
| 6545 | Room Tax CTPR |
| 2306 | Vendors |
| 5085 | Act 48 *Tragamonedas Aeropuerto* |
| 9208 | Act 77 Program |
| 6523 | FEMA Declaration 3384-EM-PR IRMA |
| 6531 [hw:] 6531 | FEMA Declaration 4336-DR-PR IRMA |
| 6558 [hw:] 6558 | FEMA Declaration 3391-EM-PR MARIA |
| 6574 [hw:] 6574 | FEMA Declaration 4339-DR-PR MARIA |

We likewise request that two new signatures be added, as indicated in Resolution # 20-008 of the CTPR Board of Directors (see attached). Forms BC-001, BRA-036 and a copy of the driver licenses of each of the new signors are enclosed.

1) Carlos Mercado Santiago, Deputy Executive Director
2) Gustavo González Serrano, Chief Financial Officer

We are at your service if any additional information is required in relation to this matter.

Cordially,
[*signature*]                         [*signature*]
**Carla G. Campos Vidal**             **Janice M. Ramírez Vélez, Esq.**
Authorized Signature                  Authorized Signature

Enclosures


/sir

[*Logo*]
Puerto Rico Tourism Company

La Princesa, San Juan, PR 00902 PO Box 9023960, San Juan, PR 00902-3960
Tel. 787.721.2400 | E-mail: contact@tourism.pr.gov

CONFIDENTIAL                                                          CCDA_STAY0006943

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**BANCO POPULAR**                                                                                                                 Certificate of Resolution

I, __Janice M. Ramirez Vélez__, Secretary of the __Board of Directors of the Puerto Rico Tourism Company__ _____ (Corporation, Company or Association)

CERTIFY:

That at the meeting of the Board of Directors held on __September 13__, __2019__, a Resolution was passed, reading as follows:

1. Banco Popular (the Bank) will be the depositary of the funds of the (Corporation, Company or Association), through deposit account _____ Various _____ .
   Name and Account number

2. The Bank is authorized to pay all checks, transfers, promissory notes, bills of exchange, payment orders, letters of credit and any other negotiable instrument issued, emitted, signed, released, accepted or endorsed by the (Corporation, Company or Association), even when the payment under said documents causes overdrafts.

3. Authorization is given to:

   **Add the following authorized signatures:**
   **Carlos M. Mercado Santiago, Deputy Executive Director**
   **Gustavo E. González Serrano, Chief Financial Officer**

   so that, in the name and on behalf of the (Corporation, Company or Association):
   a. Any __2__ of them, may release, transfer, issue, accept, emit, endorse and sign checks, transfers, promissory notes, bills of exchange, letters of credit, payment orders and any other negotiable instrument;
   b. Any __2__ of them may make deposits, including deposits on credit and investments and withdrawal of funds from the deposit account that the (Corporation, Company or Association) has with the Bank; and
   c. Any __2__ of them may approve, modify, amend, correct, balance, accept and certify loan accounts, transfers, exchanges and deposits of any kind, as well as receive and withdraw from the Bank all cancelled checks and statements of account, statement of debits and credits, and sign in agreement all resulting balances, relieving the Bank of responsibility.

   **Special Provision for Churches and Church Councils**
   d. Any __NA__ of them may designate in writing the person(s) authorized to release, emit, issue, accept, endorse and sign checks, transfers, promissory notes, bills of exchange, letters of credit, payment orders and any other negotiable instrument.

   **Special Provision to request Regular / International ATH**
   e. ____ **I authorize** the bank to issue a Regular / International ATH to any of the authorized signatories.
   __x__ **I do not authorize** the issuance of a Regular / International ATH for any of the authorized signors.

4. The following people are authorized:
   N/A

   so that, in the name and on behalf of the (Corporation, Company or Association):
   a. Any __NA__ of them may request a loan from the Bank in any amounts that may be necessary, agreeing to the terms and conditions of the loan, as well as the presentation and delivery of the guarantees that may be required by the Bank, and from time to time the terms and conditions agreed to may vary, be modified, amended, expanded or extended; and
   b. Any __NA__ of them may sign, grant, assign, pledge, endorse and deliver or transmit to the Bank—in guarantee of any sum taken as a loan or any amount granted, discounted, or endorsed—the contracts, promissory notes, transfers, bills of exchange, guarantee documents, valuables, negotiable documents, securities, mortgages and pledges that are agreed on or required by the Bank, as well as any additional guarantee that may be agreed on or required from time to time, in such a manner as to maintain an adequate margin of guarantees for all loans and credits.

5. Authorization is given to:

   **Add the following authorized signatures:**
   **Carlos M. Mercado Santiago, Deputy Executive Director**
   **Gustavo E. González Serrano, Chief Financial Officer**

   so that, in the name and on behalf of the (Corporation, Company or Association), any __1__ of them may contract the services offered by the Bank, such as but not limited to: My Commercial Bank, Information Services, Settlement Services, Payment Services, Collection Services and Money Transfers to accounts in the Bank or in any other bank, subject to the terms and conditions established for each service.

BRA-036/ 7-16 (PDF)

CONFIDENTIAL                                                                              CCDA_STAY0006944

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

6. Authorization is given to:
   **Add the following authorized signatures:**
   **Carlos M. Mercado Santiago, Deputy Executive Director**
   **Gustavo E. González Serrano, Chief Financial Officer**

   so that, in the name and on behalf of the (Corporation, Company or Association), any 2 of them may designate in writing the person(s) authorized to request transfers of money to the accounts held with the Bank or in any other bank, subject to the terms and conditions established for said service.
7. The Bank is authorized to pay all checks, transfers, promissory notes, bills of exchange, letters of credit, payment orders and any other negotiable document issued, emitted, released or endorsed by the (Corporation, Company or Association) against their checking account which bears a facsimile signature made by stamp, machine or other mechanical instrument of the persons designated in the previous paragraphs that have their facsimile signature on record.
8. The authorizations granted to the persons mentioned above shall remain in full force and effect until any of them are revoked, the Bank is notified in writing and the Bank acknowledges receipt of such notification. Likewise, authorizations granted previously to other persons to perform any or all of the acts and actions included in this Resolution are hereby revoked under this Resolution.
9. In the event that an authorized signer passes away, the (Corporation, Company or Association) will immediately submit to the Bank a new resolution to substitute said signer.
10. Names, signatures and titles of the persons authorized by this Resolution to act on behalf of the (Corporation, Company or Association):

| Name | Signature | Fax signature | Position |
|---|---|---|---|
| Carlos M. Mercado Santiago | [signature] | | Deputy Executive Director |
| Gustavo E. González Serrano | [signature] | | Chief Financial Officer |
| | | | |
| | | | |

I also CERTIFY that, at the meeting of the Board of Directors of the (Corporation, Company or Association) during which the Resolution copied above was passed, there was a regulatory quorum, that said Resolution is in full force and effect, and that it does not violate any provision contained in the Bylaws of the (Corporation, Company or Association).
I also attest that the (Corporation, Company or Association):
  _X_  Has a Regulation or Bylaws, and that these do not contain any provision that affects or limits the business of the (Corporation, Company or Association) with Banco Popular.
  ____ There is no Regulation or Bylaws.
  ____ Applies only to non-profit churches
  I attest that the Church does not carry out business and/or sales of taxable items of any kind in the Commonwealth of Puerto Rico. The Church is dedicated exclusively to performing religious services and only receives income from funds coming from donations, offerings and/or tithes.
In witness whereof, I hereby issue the present document with my signature and seal of the (Corporation, Company or Association), in San Juan, Puerto Rico, on this the 29th of October, 2019.

|  |  |
|---|---|
|  | [signature] |
| President | Secretary [hw:] *Janice M. Ramírez, Esq.* |

BRA-036 / 7-16   (PDF)

[stamp] Puerto Rico Tourism Company | Compañia de Turismo de Puerto Rico

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

2

[…] public, as well as to carry out any action allowed according to the law, as needed to faithfully fulfill the purposes of this Resolution.

IN WITNESS WHEREOF, we place the corporate stamp and corresponding signatures in San Juan, Puerto Rico, on September 16, 2019.

[signature]_____
JANICE M. RAMIREZ VELEZ
Recording Secretary

CORPORATE STAMP

[stamp] Puerto Rico Tourism Company | Compañia de Turismo de Puerto Rico

CONFIDENTIAL                                                                                                    CCDA_STAY0006946

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

CERTIFICATION OF CORPORATE RESOLUTION
PUERTO RICO TOURISM COMPANY
BOARD OF DIRECTORS

I, Janice M. Ramirez Vélez, Recording Secretary for the Board of Directors (the "Board") of the Puerto Rico Tourism Company (the "Company"), a public corporation of the government of Puerto Rico, certify that, during the regular meeting held on Friday, September 13, 2019, having established a quorum and fulfilling the legal requirements for passing resolutions, the Board of the Company passed the following by a majority of members:

### RESOLUTION 20-008

**RESOLVED** that, upon the passing of this Resolution, the following, in addition to those already included, the following signatures shall be authorized for the bank accounts of the Company:

- Mr. Carlos Mercado Santiago, Deputy Executive Director of the Company; and
- Mr. Gustavo E. González Serrano, Chief Financial Officer of the Company.

In relation to the foregoing, the bank accounts that this Resolution refers to are the following:

| Bank Institution | Account Number | Name of the Account |
|---|---|---|
| Scotiabank of PR | | |
| | 5144 | Sweep Concentration |
| | 5142 | Room Tax Deposits |
| | 5143 | Payroll |
| | 5138 | Supplier payments |
| | 5140 | *Tragamonedas* |
| | 5132 | HDC |
| Banco Popular de Puerto Rico | | |
| | 4773 | "Money Market" General Fund |
| | 6545 | Room Tax CTPR |
| | 2306 | Suppliers |
| | 5085 | Act 48 *Tragamonedas Aeropuerto* |
| | 9208 | Act 77 Program |
| | 6523 | FEMA Declaration 3384-EM-PR IRMA |
| | 6531 | FEMA Declaration 4336-DR-PR IRMA |
| | 6558 | FEMA Declaration 3391-EM-PR MARIA |
| | 6574 | FEMA Declaration 4339-DR-PR MARIA |
| First Bank | | |
| | 3961 | Debt Service Reserve |
| | 3039 | Room Tax |
| | 2995 | Payroll |
| | 3017 | *Tragamonedas* |
| | 2962 | Suppliers Payments |
| | 2984 | Interest Debt Reserve |
| | 3248 | Hotel Development Corporation (HDC) |
| | 3237 | Sweep Concentration PRTC |

| Bank Institution | Account Number | Name of the Account |
|---|---|---|
| BGF | | |
| | 975-8 | Room Tax Concentration |
| | 497-8 | Act 77 – [*unclear*] |
| BGF Inversiones | | |
| | 86-61 | PRTC |
| | 86-61 | HDC |

**FURTHER RESOLVED** that the Executive Director, the Deputy Executive Director, or their authorized representatives are authorized to sign, subscribe, endorse, and/or certify any letter, communication, contract, private document or instrument […]

CONFIDENTIAL                                                                                         CCDA_STAY0006947

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/MAY/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: CCDA_STAY0006943

Signed this 15th day of May 2020

_____
Andreea I. Boscor



Verify at www.atanet.org/verify

