# __EXHIBIT I__

## CCDA  STAY0000004- CCDA  STAY0000005

**BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO**
BGF
ESTADO LIBRE ASOCIADO DE PUERTO RICO

San Juan, PR 00940-2001
Tel. 722-2525 Ext. 6193, 6194
Fax. 728-2355

Page 1 of 2

## STATEMENT OF ACCOUNT

**AS OF : JULY 2015**

Account Number : ████0758
Account Name : ROOM TAX-CONCENTRATION

Compania de Turismo de Puerto Rico
Manuel Barreiro Rivera
Director Interino Asuntos Fiscales
PO BOX 9023960
San Juan PR 00902 3960

PREVIOUS BALANCE ON 06/2015    3,428,555.49

### *** MONTHLY TRANSACTION DETAIL ***

| DATE | VALUE DATE | DESCRIPTION | TRANSACTION AMOUNT | BALANCE |
|------|-----------|-------------|-------------------|---------|
| 07/01/15 | | TRF DE PR TOURISM COMPANY | 11,070.65 | 3,439,626.14 |
| 07/02/15 | | TRF DE PR TOURISM COMPANY | 21,332.00 | 3,460,958.14 |
| 07/06/15 | | TRF ██8483 NO ██████9947 | 3,033,405.69- | 427,552.45 |
| 07/06/15 | | TRF DE PR TOURISM COMPANY | 23,342.99 | 450,895.44 |
| 07/06/15 | | TRF DEPR TOURISM COMPANY | 49,712.59 | 500,608.03 |
| 07/07/15 | | TRF DE PR TOURISM COMPANY | 464,458.98 | 965,067.01 |
| 07/08/15 | | TRF DE PR TOURISM COMPANY | 290,023.25 | 1,255,090.26 |
| 07/09/15 | | TRF DE PR TOURISM COMPANY | 819,979.44 | 2,075,069.70 |
| 07/10/15 | | TRF DE PR TOURISM COMPANY | 1,023,213.66 | 3,098,283.36 |
| 07/13/15 | | TRF DE PR TOURISM COMPANY | 2,750,447.22 | 5,848,730.58 |
| 07/14/15 | | TRF DE PR TOURISM COMPANY | 231,930.42 | 6,080,661.00 |
| 07/15/15 | | TRF DE PR TOURISM COMPANY | 51,539.30 | 6,132,200.30 |
| 07/16/15 | | TRF DE PR TOURISM COMPANY | 44,452.15 | 6,176,652.45 |
| 07/17/15 | | TRF DE PR TOURISM COMPANY | 11,138.50 | 6,187,790.95 |
| 07/20/15 | | TRF DE PR TOURISM COMPANY | 36,646.76 | 6,224,437.71 |
| 07/21/15 | | TRF DE PR TOURISM COMPANY | 22,737.00 | 6,247,174.71 |
| 07/22/15 | | TRF DE PR TOURISM COMPANY | 619,809.55 | 6,866,984.26 |
| 07/22/15 | | TRF JP MORTAN/████0758 | 4,000,000.00- | 2,866,984.26 |
| 07/23/15 | | TRF DE PR TOURISM COMPANY | 6,838.70 | 2,873,822.96 |
| 07/24/15 | | TRF DE PR TOURISM COMPANY | 8,000,000.00 | 10,873,822.96 |
| 07/24/15 | | TRF DE PUERTO RICO COMPANY | 9,494.00 | 10,883,316.96 |
| 07/27/15 | | TRF DE PR TOURISM COMPANY | 5,443.48 | 10,888,760.44 |
| 07/28/15 | | TRF DE PR TOURISM COMPANY | 55,240.00 | 10,944,000.44 |
| 07/29/15 | | TRF DE PR TOURISM COMPANY | 5,920.88 | 10,949,921.32 |
| 07/30/15 | | TRF JP MORGAN CHASE | 4,076.00 | 10,953,997.32 |
| 07/31/15 | | TRF FROM JP MORGAN | 20,220.07 | 10,974,217.39 |
| 07/31/15 | 08/01/15 | Interest Payment | 492.45 | 10,974,709.84 |

### *** MONTHLY TRANSACTION SUMMARY ***

| NUMBER OF DEBIT(S) | : | 2 | NUMBER OF CREDIT(S) | : | 25 |
|---|---|---|---|---|---|
| TOTAL AMOUNT DEBIT | | 7,033,405.69 | TOTAL AMOUNT CREDIT | : | 14,579,560.04 |
| CLOSING BALANCE 07/31/15 | : | 10,974,709.84 | | | |

NOTA: CUALQUIER RECLAMACIÓN A ESTE ESTADO DE CUENTA DEBERÁ SER RECIBIDA POR ESCRITO EN ESTE BANCO DENTRO DE UN TÉRMINO DE TREINTA (30) DÍAS DESPUÉS DE LA FECHA DEL ESTADO. LA MISMA DEBE SER DIRIGIDA A LA SECCIÓN SERVICIOS AL CLIENTE, PO BOX 42001, SAN JUAN, PR 00940-2001. DEBE INDICARNOS SU NÚMERO DE CUENTA, FECHA DE LA TRANSACCIÓN Y DESCRIPCIÓN DEL ERROR. DE NO RECIBIR NOTIFICACIÓN DENTRO DEL TÉRMINO DE TREINTA (30) DÍAS, ENTENDEREMOS QUE EL ESTADO ESTA CORRECTO Y QUE SE HA ACEPTADO POR EL CLIENTE.

BANCO
GUBERNAMENTAL
DE FOMENTO PARA
PUERTO RICO
BGF
ESTADO LIBRE ASOCIADO DE PUERTO RICO

San Juan, PR 00940-2001

Tel. 722-2525 Ext. 6193, 6194
Fax. 728-2355

Page 2 of 2

S T A T E M E N T   O F   A C C O U N T

AS OF : JULY 2015

Account Number :     0758
Account Name   : ROOM TAX-CONCENTRATION

Compania de Turismo de Puerto Rico
Manuel Barreiro Rivera
Director Interino Asuntos Fiscales
PO BOX 9023960
San Juan PR 00902 3960

*** DAILY INTEREST ACCRUAL ***

| From Date | To Date | Balance | Days | Int. Rate | Day Count | Interest |
|---|---|---|---|---|---|---|
| 07 01 15 | 07 02 15 | 3,439,626.14 | 01 | 0.10000 | 365 | 9.42 |
| 07 02 15 | 07 06 15 | 3,460,958.14 | 04 | 0.10000 | 365 | 37.93 |
| 07 06 15 | 07 07 15 | 500,608.03 | 01 | 0.10000 | 365 | 1.37 |
| 07 07 15 | 07 08 15 | 965,067.01 | 01 | 0.10000 | 365 | 2.64 |
| 07 08 15 | 07 09 15 | 1,255,090.26 | 01 | 0.10000 | 365 | 3.44 |
| 07 09 15 | 07 10 15 | 2,075,069.70 | 01 | 0.10000 | 365 | 5.69 |
| 07 10 15 | 07 13 15 | 3,098,283.36 | 03 | 0.10000 | 365 | 25.47 |
| 07 13 15 | 07 14 15 | 5,848,730.58 | 01 | 0.10000 | 365 | 16.02 |
| 07 14 15 | 07 15 15 | 6,080,661.00 | 01 | 0.10000 | 365 | 16.66 |
| 07 15 15 | 07 16 15 | 6,132,200.30 | 01 | 0.10000 | 365 | 16.80 |
| 07 16 15 | 07 17 15 | 6,176,652.45 | 01 | 0.10000 | 365 | 16.92 |
| 07 17 15 | 07 20 15 | 6,187,790.95 | 03 | 0.10000 | 365 | 50.86 |
| 07 20 15 | 07 21 15 | 6,224,437.71 | 01 | 0.10000 | 365 | 17.05 |
| 07 21 15 | 07 22 15 | 6,247,174.71 | 01 | 0.10000 | 365 | 17.12 |
| 07 22 15 | 07 23 15 | 2,866,984.26 | 01 | 0.10000 | 365 | 7.85 |
| 07 23 15 | 07 24 15 | 2,873,822.96 | 01 | 0.10000 | 365 | 7.87 |
| 07 24 15 | 07 27 15 | 10,883,316.96 | 03 | 0.10000 | 365 | 89.45 |
| 07 27 15 | 07 28 15 | 10,888,760.44 | 01 | 0.10000 | 365 | 29.83 |
| 07 28 15 | 07 29 15 | 10,944,000.44 | 01 | 0.10000 | 365 | 29.98 |
| 07 29 15 | 07 30 15 | 10,949,921.32 | 01 | 0.10000 | 365 | 30.00 |
| 07 30 15 | 07 31 15 | 10,953,997.32 | 01 | 0.10000 | 365 | 30.01 |
| 07 31 15 | 08 01 15 | 10,974,217.39 | 01 | 0.10000 | 365 | 30.07 |

Total :          492.45

*** YEARLY INTEREST SUMMARY ***

INTEREST EARNED YTD (JAN-DEC)        :       3,206.97
INTEREST EARNED YTD (FISCAL JUL-JUN) :         492.45

NOTA: CUALQUIER RECLAMACIÓN A ESTE ESTADO DE CUENTA DEBERÁ SER RECIBIDA POR ESCRITO EN ESTE BANCO DENTRO DE UN TERMINO DE TREINTA
(30) DÍAS DESPUÉS DE LA FECHA DEL ESTADO. LA MISMA DEBE SER DIRIGIDA A LA SECCIÓN SERVICIOS AL CLIENTE, PO BOX 42001, SAN JUAN,
PR 00940-2001. DEBE INDICARNOS SU NÚMERO DE CUENTA, FECHA DE LA TRANSACCIÓN Y DESCRIPCIÓN DEL ERROR. DE NO RECIBIR NOTIFICACIÓN
DENTRO DEL TERMINO DE TREINTA (30) DÍAS, ENTENDEREMOS QUE EL ESTADO ESTA CORRECTO Y QUE SE HA ACEPTADO POR EL CLIENTE.

CCDA_STAY0000005

## CCDA_STAY0002148- CCDA_STAY0002149

```
                    S T A T E M E N T   O F   A C C O U N T


                                            Page number:     1  /    2


                                            AS OF : MAY 2015

     Account Number :    9758
     Account Name    : ROOM TAX-CONCENTRATION


     Compania de Turismo de Puerto Rico
     SAMUEL SIERRA
     PRINCIPAL OFICIAL FINANCIERO
     PO BOX 9023960
     San Juan PR 00902 3960


                           PREVIOUS BALANCE ON  04/2015     3,570,604.79

                 ***  MONTHLY TRANSACTION DETAIL ***
--------------------------------------------------------------------------------
 DATE      VALUE                DESCRIPTION               TRANSACTION
           DATE                                             AMOUNT            BALANCE
--------------------------------------------------------------------------------

 05/01/15           TRF DE PR TOURISM COMPANY              4,268.12      3,574,872.91
 05/04/15           Fondos recibido de la compania de Tu  15,277.88      3,590,150.79
 05/06/15           TRF DE PUERTO RICO TOURISM COMPANY    46,178.81      3,636,329.60
 05/07/15           TRF DE PUERTO RICO TOURISM COMPANY   424,135.81      4,060,465.41
 05/07/15           TRF JP MORTAN/    9758             3,600,000.00-       460,465.41
 05/07/15           TRF DE PUERTO RICO TOURISM COMPANY   105,886.30        566,351.71
 05/08/15           TRF DE PR TOURISM COMPANY            924,023.91      1,490,375.62
 05/11/15           TRF DE PR TOURISM COMPANY          2,195,658.56      3,686,034.18
 05/12/15           TRF DE PR TOURISM COMPANY          2,699,652.57      6,385,686.75
 05/13/15           TRF DE PR TOURISM COMPANY            351,058.76      6,736,745.51
 05/14/15           TRF DE PR TOURISM COMPANY             63,379.00      6,800,124.51
 05/15/15           TRF DE PR TOURISM COMPANY              8,233.95      6,808,358.46
 05/18/15           TRF DE PR TOURISM COMPANY             19,180.00      6,827,538.46
 05/20/15           TRF DE PR TOURISM COMPANY             19,712.04      6,847,250.50
 05/21/15           TRF DE PUERTO RICO COMPANY            11,820.00      6,859,070.50
 05/22/15           TRF DE PR TOURISM COMPANY              2,231.00      6,861,301.50
 05/26/15           TRF DE PR TOURISM COMPANY             16,798.29      6,878,099.79
 05/27/15           TRF DE PR TOURISM COMPANY              1,681.47      6,879,781.26
 05/28/15           TRF DE PR TOURISM COMPANY              3,539.27      6,883,320.53
 05/29/15           TRF DE PR TOURISM COMPANY             14,966.20      6,898,286.73
 05/29/15 06/01/15 Interest Payment                         456.86      6,898,743.59




                 ***  MONTHLY TRANSACTION SUMMARY ***
--------------------------------------------------------------------------------
 NUMBER OF DEBIT(S)                 :            1  NUMBER OF CREDIT(S)    :            20
 TOTAL AMOUNT DEBIT                 : 3,600,000.00  TOTAL AMOUNT CREDIT    :  6,928,138.80
 CLOSING BALANCE        05/29/15 :    6,898,743.59
--------------------------------------------------------------------------------
```

*This statement reflects the amounts booked as on deposit in accounts at GDB in the name or for the benefit of the account holder (the "Depositor"). However, please be advised that the Depositor's access to such funds is significantly limited as a result of the restrictions on the withdrawal and transfer of GDB deposits implemented pursuant to Executive Order 2016-10 and Executive Order 2016-14, which were issued under Act 21-2016, as amended, and remain in effect pursuant to Article 208(e) of Act 5-2017, as amended, and Executive Order 2017-076. Further, as set forth in the Restructuring Support Agreement and the Fiscal Plan for GDB, both approved by the Financial Oversight and Management Board for Puerto Rico, and as amended from time to time, GDB is not expected to be able to satisfy its financial obligations in full, including its obligations in respect of funds deposited at GDB. Therefore, please be advised that GDB is not expected to be able to disburse to the Depositor the full amount of the deposits reflected in this statement.*

*Any claim related to this statement must be made in writing during the following 30 days of the statement date.*



**GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO**
**GDB** COMMONWEALTH OF PUERTO RICO

PO Box 42001 San Juan, PR 00940-2001
Telephone (787) 722-2525

CONFIDENTIAL

CCDA_STAY0002148

S T A T E M E N T   O F   A C C O U N T

Page number:    2  /    2

AS OF : MAY 2015

Account Number :  ▮▮9758
Account Name    : ROOM TAX-CONCENTRATION

Compania de Turismo de Puerto Rico
SAMUEL SIERRA
PRINCIPAL OFICIAL FINANCIERO
PO BOX 9023960
San Juan PR 00902 3960

```
                    ***   DAILY INTEREST ACCRUAL ***

-----------------------------------------------------------------------------------------
   From Date   To Date          Balance    Days  Int. Rate  Day Count     Interest
-----------------------------------------------------------------------------------------

   05 01 15    05 04 15      3,574,872.91    03   0.10000       365         29.38
   05 04 15    05 06 15      3,590,150.79    02   0.10000       365         19.67
   05 06 15    05 07 15      3,636,329.60    01   0.10000       365          9.96
   05 07 15    05 08 15        566,351.71    01   0.10000       365          1.55
   05 08 15    05 11 15      1,490,375.62    03   0.10000       365         12.25
   05 11 15    05 12 15      3,686,034.18    01   0.10000       365         10.10
   05 12 15    05 13 15      6,385,686.75    01   0.10000       365         17.50
   05 13 15    05 14 15      6,736,745.51    01   0.10000       365         18.46
   05 14 15    05 15 15      6,800,124.51    01   0.10000       365         18.63
   05 15 15    05 18 15      6,808,358.46    03   0.10000       365         55.96
   05 18 15    05 20 15      6,827,538.46    02   0.10000       365         37.41
   05 20 15    05 21 15      6,847,250.50    01   0.10000       365         18.76
   05 21 15    05 22 15      6,859,070.50    01   0.10000       365         18.79
   05 22 15    05 26 15      6,861,301.50    04   0.10000       365         75.19
   05 26 15    05 27 15      6,878,099.79    01   0.10000       365         18.84
   05 27 15    05 28 15      6,879,781.26    01   0.10000       365         18.85
   05 28 15    05 29 15      6,883,320.53    01   0.10000       365         18.86
   05 29 15    05 31 15      6,898,286.73    02   0.10000       365         37.80
   05 31 15    06 01 15      6,898,286.73    01   0.10000       365         18.90
                                                            ---------------------
                                                            Total :       456.86
                                                            ---------------------
```

                    ***   YEARLY INTEREST SUMMARY ***

-----------------------------------------------------------------------------------------

        INTEREST EARNED YTD (JAN-DEC)        :        2,211.88
        INTEREST EARNED YTD (FISCAL JUL-JUN) :        4,228.58

This statement reflects the amounts booked as on deposit in accounts at GDB in the name or for the benefit of the account holder (the "Depositor"). However, please be advised that the Depositor's access to such funds is significantly limited as a result of the restrictions on the withdrawal and transfer of GDB deposits implemented pursuant to Executive Order 2016-10 and Executive Order 2016-14, which were issued under Act 21-2016, as amended, and remain in effect pursuant to Article 208(e) of Act 5-2017, as amended, and Executive Order 2017-076. Further, as set forth in the Restructuring Support Agreement and the Fiscal Plan for GDB, both approved by the Financial Oversight and Management Board for Puerto Rico, and as amended from time to time, GDB is not expected to be able to satisfy its financial obligations in full, including its obligations in respect of funds deposited at GDB. Therefore, please be advised that GDB is not expected to be able to disburse to the Depositor the full amount of the deposits reflected in this statement.
        Any claim related to this statement must be made in writing during the following 30 days of the statement date.



**GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO**
COMMONWEALTH OF PUERTO RICO

PO Box 42001 San Juan, PR 00940-2001
Telephone (787) 722-2525