María C Romero Quiñones
PO Box 6415
Bayamón PR 00960-5415

RECEIVED & FILED
2020 MAY 15 PM 4:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Ref: 17 BK 03283-LTS
17 BK 03567-LTS
(803) (804)

Clerk's Office
United State District Court
Room 150 Federal Building
San Juan PR 00918-1767

U.S. POSTAGE PAID
FCM LG ENV
CAROLINA, PR
00983
MAY 14, 20
AMOUNT
$2.20
R2305K141154-12