**MARIA C ROMERO QUINONES**

P O Box 6415

Bayamon PR 00960-5415

*Email: milkaliza@gmail.com*

Tel. (787) 459-1036 / (787) 579-4565

RECEIVED & FILED
2020 MAY 15 PM 4:29
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, P.R.

| Junta De Supervision y Administracion Financiera Para P.R. et. Al.<br><br>**Deudores**<br><br>Con Relacion a Mocion del 6 de marzo 2020 | **Promesa**<br>Titulo III<br>No. 17 BK3238<br>　　　　　　　LTS<br>**Ref:** Ela<br>Commonwealth<br>HTA, SRE |
|---|---|

Señores:

Recibi una documentacion el dia 4 de abril del año corriente, en la cual la Junta De Control Fiscal se expresa a favor de no pagarle o que no se acepte las reclamaciones practicamente de todas las personas registradas en este caso, en contra del Gobierno de Puerto Rico y registradas con Prime Clerk y en el Tribunal De Distrito de los Estados Unidos de America.

Me gustaria expresarme con relacion a ello ya que no estoy de acuerdo porque es muy facil dañar, perjudicar, cometer errores u horrores en contra del ciudadano comun y luego decir "ups" perdon o no ha pasado nada.

Lo cierto es que una persona hace una reclamacion porque recibio un daño no por gusto y lo hace con base y fundamento y muchas veces con hasta Daños y Perjuicios que no se ven a simple vista, esto no le preocupa en el aspecto legal a nadie porque he visto que las leyes las trabajan como el papagallo por lo que otro escribio o hizo o dijo hace un siglo.

Es muy facil decir su solicitud no procede porque el trabajo de la Junta es excusar las barbaridades que se comenten en el gobierno en contra de los ciudadanos y por lo que muchos no saben defenderse.

De mi parte le solicito al Honorable Tribunal de **JUSTICIA** que no acceda a su peticion que le de un **NO HA LUGAR** ya que el gobierno que bastante dinero maneja de todos lados, debe ser responsable de sus acciones.

A parte, de aceptar la mocion, iria en detrimento de la justicia que representa el Honorable Tribunal  y --------- a favor de los abusos de poder que utilizan los mecanismos legales para salirse con la suya siempre.

Segun el documento la fecha limite para esta contesta cion es el 7 de abril de 2020, me comunique con Prime Clerk y me informaron que todo estaba detenido por lo del Corona-virus.

Incluyo copia de los documentos enviados anteriormente y copia de emails en la cual se refleja que las evidencias fueron enviadas, espero que ello le sirva para continuar trabajando en el , para que se tome una determinacion justa para todos.

Espero tengan consideracion en cuanto a sus decisiones para que todas las partes se beneficien de algo positivo y que el gobierno pueda rezarcir los daños.   "Happy Medium"

Y para que conste **NO RENUNCIO** a ningun derecho de ser indemnizada por tanta negligencia y mala practica de los representantes del gobierno.

Para que asi conste firmo este documento, hoy 7 de abril de 2020, en Loiza PR,

**Maria C. Romero Quiñones**
4212

2

**Maria C Romero Quinones**
**P O Box 6415**
**Bayamon PR 00960**
**Tel.  787 459 1036**
**Email:  milkaliza@gmail.com**

**Tribunal De Distrito De Los Estados Unidos
Para el Distrito De Puerto Rico**

**Commonwealth of Puerto Rico**
Claims  Processing Center c/o Prime Clerk LLC
Grand Central Station
P O Box 4708 New York NY 10163-4708

**Commonwealth of Puerto Rico**
Claims Processing Center c/o Prime Clerk LLC
850 Third Avenue Suite 412
Brooklyn NY 11232   USA

**PROMESA TITULO III**
**Ref.   Caso # 17 BK 3283-LTS**

**En La Causa:**

La Junta De Supervision y Administracion Financiera Para P.R.

**Como Representante de**

El Estado Libre Asociado De Puerto Rico.

1

**Maria C Romero Quiñones**
**P O Box 6415**
**Bayamon PR 00960-5415**
**Tel.  787 459 1036**
**Email.  milkaliza@gmail.com**

Señores:

Hoy 5 de marzo de 2018, recibi un documento  el cual me alegro mucho y me dio a entender que DIOS esta presente en todo a su tiempo.

**Me Explico:**

**Caso:**  Estado Libre Asociado de Puerto Rico (Commonwealth)

# de ID.  Tributaria Federal 3481  Caso  17 BK 3283 de

3 de mayo de 2017.

Tengo que comenzar diciendo que en el ano 1992 tome la determinacion de divorciarme despues de 17 años de esclavitud en tiempo moderno en mi matrimonio, razones varias entre ellas bebidas, drogas, homosexualismo, prejuicios raciales, etc.

Obligatoriamente hay que acudir a los tribunales de este pais y que ocurrio, la mala era yo, porque no compartia todas esas cosas lo cierto es y en resumen tenia dos hijos con mi ex, uno se lo dejaron a el y otro a mi.  Esto para hacer el cuento largo corto despues de un tiempo como tipica familia en Puerto Rico supuestamente los ninos iban a estar mejor con el que conmigo porque ellos tenian dinero y yo solamente era una profesora.

RESULTADO  UNO MUERTO Y EL OTRO SE LOGRO RESCATAR HOY DIA TODO UN PROFESIONAL.

CULPABLES  EL SISTEMA DONDE NO LES IMPORTA NI ESCUCHAN LA VERDAD SOLO LES INTERESA TENER TRABAJO Y BOCHINCHES.

2

**Maria C Romero Quiñones**
P O Box 6415
Bayamon PR 00960
Tel. 787 459 1036
Email:  milkaliza@gmail.com

Despues de mi divorcio y varios años conoci una persona y tuve una hija, como resultado de la situacion anterior de mi divorcio el padre de mi hija se unio con mi ex y a la edad de 7 años le dejaron tambien a mi hija al padre solo porque yo dije que no lo queria porque era un vago, mamas boy y por el precedente creado en el Tribunal en mi divorcio, por yo no ser tan alegre como el padre de mis hijos y no ser rica.

Gracias a DIOS siempre me mantuve cerca de mi hija, inclusive hasta pension tuve que pagar en ambos casos, pero en el caso de mi hija el padre se arrepintio y hoy dia soy amiga de el y de su actual esposa. Y mi hija estudia y trabaja.

A parte de esto con relacion a mi hija, sucedio lo siguiente:

Su padre es militar y fue a vivir a Virginia a Fort Eustis, me solicito permiso para llevarse la nina fuera con su abuela tambien y lo autorize con condiciones, yo viajaba a visitarlos alla.



En su escuela mi hija fue nombrada para un programa que tiene el Gobierno de los Estados Unidos en aquel entonces estaba el Presidente Obama, El programa se llama People to People, ella iba a ser embajadora en representacion de Estados Unidos y Puerto Rico, como no podiamos costear los gastos ya que tenia que ir como a 7 paises a representar, le hice una peticion a varios miembros del Senado en Puerto Rico.

Nunca recibi contestacion ni correspondencia, pero un dia 4 o 5 años despues me da con poner el nombre de mi hija en internet y que tal, un documento del senado donde le habian aprobado unos dineros de distintas agencias, pero nunca lo informaron, alguien que ya esta pagando con otros compinches que todavia estan sueltos habian tomado el dinero, resultado mi hija nunca pudo ir a la reprensentacion.

3

**Maria C Romero Quñones**
**P O Box 6415**
**Bayamon PR 00960**
**Tel.   787 459 1036**
**Email:  milkaliza@gmail.com**

Meses despues yo ayude a su padre a comprar una casa en Puerto
Rico, ya que el pidio transfer de Virgina hacia aca para que la
nina estuviera conmigo, mi hija tiene una accidente en un carro
de Golf, y se parte los huesos del brazo derecho, a todo esto
yo entable una demanda ya que fue por una alcantarilla que habia
en la carretera, y el unico que se responsabilizo fue el muni-
cipio y atraves de su seguro todavia estamos desde el 2011 en el
tribunal porque solo quieren pagarle 5,000.  Si se fija esto no
tiene nombre que el futuro de una persona que queria pertenecer
a las fuerzas aereas del ejercito de los estados unidos se tron-
chen vale 5,000.  Y que sigue padeciendo de su brazo fuertes
dolores ya que tiene 4 placas de titaneo con 24 tornillos en el
brazo izquierdo.  Estuvo hopitalizada mas de 7 dias en Centro
Medico en PR y yo sentada 24 horas en una silla y ese es el valor
para nuestro gobierno.



Cabe senalar que si estas personas hubiesen entregado ese dinero
asignado mi hija hubiese ido al viaje y yo con ella y nos hubie-
semos evitado el accidente.

Como consecuencia de estos actos negligentes de los representan-
tes del gobierno y por la decision errada de unos cuantos todo el
sufrimiento que he pasado por la muerte temprana de mi hijo, nada
puede sustituirlo, pero al llegar esta oportunidad quiero y debo
expresarme.

**SEGUNDA PARTE EL DIVORCIO**          **DIVISION DE BIENES**

Tribunal De Caguas

Despues de 14 años de pagar abogados, multas, etc. la ultima juez
determino que la parte contraria gano.

4

**Maria C Romero Quiñones**
**P O Box 6415**
**Bayamon PR 00960**
**Tel.   787 459 1036**
**Email:   milkaliza@gmail.com**

**Me Explico:**

Fueron alrededor de 8 jueces entre ellos una hermana del abogado de la otra parte y la ultima juez compañera de mis abogados.

La juez de ese caso la ultima la encontre supuestamente por casualidad en el parque que realizo ejercicio, los unicos que sabian que yo iba alli eran mis abogados, Parque Central de San Juan, se me acerco a mi, ya aparentemente sabia quien yo era, posiblemente buscada oferta, pero yo soy muy recta en mis cosas y ese es uno de mis problemas en este pais, me pregunto el nombre a que me dedicaba, me dijo que era juez, que la habian asignado a un caso que llevaba tiempo, yo le conteste que tenia un caso alla hace mas de 12 años, me dijo que era el mismo y que no se inhiviria.  Yo le indique que yo no sabia quien era ella que ese era su problema.  Ella andaba en un auto toyota solara rojo convertible capota crema.  Me indico que tenia dos propiedades que las cosas estaban malas que no tenia como pagarlas y que alquilaria una por menos de lo que pagaba de hipoteca. Yo me quede en silencio.

Una semana despues tenia vista y ella era la juez, despues de varias vista entendi que se habia vendido porque no me miraba a la cara, a parte de que con tan solo dos preguntas ella determino que la otra parte ganaba, ademas de que me escondieron el expediente dos semanas, mis abogados no me informaron los resultados yo tuve que investigar e hice un escrito al apelativo el cual fue rechazado porque los jueces eran amigos del abogado de la parte contraria.

anos despues en el 2013 especificamente me da con poner el nombre de  mi abogada en internet y adivinen fue premiada nombrada juez en Ponce PR.  Mi otro abogado le quitaron la licencia, la juez fue obligada a recunciar y los abogados de la parte contraria renunciaron, segun ellos crimen perfecto.

5

**Maria C Romero Quiñones**
**P O Box 6415**
**Bayamon PR 00960**
**Tel.  787 459 1036**
**Email.  milkaliza@gmail.com**

AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO (ACT)

Tributaria Fed.  # 3808  Caso  17 BK 3567 del 21 de mayo de 2017

Este caso es simple, trabajo dia y noche en la carretera y no me
he matado porque posiblemente tenia que hacer este escrito.  Las
carreteras de este pais no se les da el mantenimiento correspon-
iente por ende trabajo para mantener los carros viejos que uso
porque los hoyos en todos lados son grandisimos.

Las facturas cuando llevo un auto a Pep Boys que normalmente me
atienden son de 500 a casi 4,000 cada x tiempo por los hoyos.



**"PREPA"   Autoridad De Energia Electrica De Puerto Rico**

**Tributaria Fed. ID  3747  Caso  17 BK 4780 2 de julio 2017**

Quien no ha tenido encuentro con esta agencia, el mio fue espec-
tacular.

Les Cuento:

Vivo sola, trabajo de noche y de dia para sostenerme, salgo de mi
casa temprano y regreso a las 10 o 12 de la noche todos los dias
ecepto domingos que son para DIOS y para mi.  Desde el año 2005
le pedi a esta agencia que me cambiaran el contador porque ya un
electricista me habia informado que tenia sobrecarga, a lo cual

6

**Maria C Romero Quiñones**
**P O Box 6415 Bayamon PR 00960**
**Tel. 787 459 1036**
**Email:  milkaliza@gmail.com**

**continuacion AEE   PREPA**

hicieron caso omiso siempre.  Pues un dia los recibos empezaron
a llegar de 500 y 600 dolares y mas y yo deje de pagarlos despues
de unos meses desconectaron el servicio porque llego el bill a
$6,000, y mas, llame y me dijeron que no harian plan de pago que
tenia que pagarlos completo, como quede encerrada en mi casa y no
podia salir llame al ombusman, agencia que defiende al consumidor
hicieron su trabajo muy bien esto tengo que señalarlo, y fue como
unico accedieron a hacer un plan de pago, me llamaron y me indi-
caron que tenia que llevar 3,500 de deposito y un plan de pago
donde por un ano pagaria casi 500 al mes sin consumir esa canti-
dad, esto para alguien que vive solo y nunca esta en la casa,
ademas de que la secadora de ropa es de gas, etc.  Luego me
informa un vecino que fue a reclamar tambien que la AEE cobra por
el tamano de la casa en esta area, se imagina?  Que bonito

La segunda parte de esto

Son los enseres porque a cada rato apagan sin motivo y  los ense-
res se danan he perdido computadoras, hornos, nevera, etc.  Cuando
reclamo ellos dicen que ese dia no se fue la luz.

Porque ellos mismos se investigan.

Lo unico bueno que puedo decir que despues de saldarles la deuda
cambiaron el contador, cerraron la cuenta y abrieron una nueva.

Pueden ver los cambios en los recibos que incluyo.


Maria C. Romero Quiñones, M.B.A.

6

**Maria C Romero Quiñones**
**P O Box 6415**
**Bayamon PR 00960**
**Tel.  787 459 1036**
**Email:  milkaliza@gmail.com**

**EVIDENCIAS**

1.   CASO DE CAGUAS DONDE HASTA UN PERITO HIZO UN INFORME Y YA SE
     HABIA ACORDADO UNA NEGOCIACION PERO PUDO MAS LA AVARICIA
     QUE LA ETICA.

   A.   DOCUMENTO DEL SENADO CON RELACION A MI HIJA Y LA REPRESEN-
        TACION DE PEOPLE TO PEOPLE Y EL DINERO APROBADO QUE NUNCA
        LLEGO.

   B.   COPIA DEL DOCUMENTO DE LA DEMANDA ACTUAL QUE EL ALCALDE
        DE DORADO NO QUIERE PAGAR.

2.   FACTURAS Y CARTAS DE LA AEE PREPA DE PR  LO CUAL ES UNA
     EVIDENCIA CLARA DE SU MALA FE Y MAL PRACTICE HACIA EL CONSU-
     MIDOR.

Por ultimo si desean mas historias veridicas me pueden contactar

porque vivir en esta isla es un reto, el que no resiste se muda

y el que no se muere.

Atraves de mi trabajo camino toda la Isla y conozco todos los

pesares especialmente de la gente de edad avanzada y jovenes.

7

Este es mi numero de cuenta por si ustedes entienden me merezco

alguna remuneracion por tanto sufrimiento y maltrato en mi propio

pais.


**SCOTIA BANK DE PR**
**SHOPPING CENTER BRANCH LOS COLOBOS**
**LOTE IN 65 INF.**
**CAROLINA PR**


International Transfer

JIPPY Morgan Chase

ABA 021 0000 21

SWIFT CHSUS33

For Credit Account Scotia Bank

SWISS     NOSCPR22

ACC <span style="color:red">REDACTED</span>8975

**Cuenta de Cheques   Maria C Romero Quiñones**

**Account   <span style="color:red">REDACTED</span>2  305**

**Transit 85035**

**Route 021 502 804**

8

NEW YORK
NY 100
14 APR '18

**Prime Clerk**
830 Third Ave, 9th Floor 13 L
New York, NY 10022

U.S. POSTAGE PITNEY BOWES

$ 000.35°

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR
PROOF OF CLAIM.**

Date Filed: 3/22/2018
Proof of Claim No.: 3997

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or
call us at **844.822.9231**.

Maria C Romero Quinones
PO Box 6415
Bayamon, PR 00960

−54i5i5

Recibido
4/18/18

4/6/20

*En este Caso se nos obligó a desistir
y rembolsaron las $5,000 de gastos
que yo había tenido. (Lo reflejan como acuerdo
pero no fue así)
Incluyo la evidencia*

*La razón: Según el segundo abogado fué
mal Sometida la segunda demanda.
Mi hija se quedó con sus huesos
rotos, placas en el brazo etc
y es hija de Veterano.*

RECEIVED & FILED
2020 MAY 15   PM 4:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

ESTADO LIBRE ASOCIADO DE PUERTO RICO

16ta Asamblea
Legislativa

1ra Sesión
Ordinaria

## SENADO DE PUERTO RICO

# R. C. del S. 113

4 de mayo de 2009

Presentada por los señores *Rivera Schatz, Arango Vinent* y *Martínez Maldonado;* las señoras
*Raschke Martínez* y *Soto Villanueva*

*Referida a la Comisión de Hacienda*

# RESOLUCION CONJUNTA

Para asignar la cantidad de mil cincuenta (1,050) dólares, de los fondos consignados en la
Resolución Conjunta Núm. 672 de 6 de mayo de 2004, para que sean utilizados según se
desglosa en la Sección 1, de esta Resolución Conjunta; y para autorizar el pareo de los
fondos reasignados.

## RESUELVESE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:

1    Sección 1.-Se asigna la cantidad de mil cincuenta (1,050) dólares, de los fondos

2   consignados en la Resolución Conjunta Núm. 672 de 6 de mayo de 2004, para que sean

3   utilizadas según se desglosa a continuación:

4              a.  Compra de silla de ruedas para Lisandra

5                  Corcino Cuevas                                                     550.00

DI PR04

12727

| Vendor ID | Name | | Payment Number | | Check Date | | Document Number | |
|-----------|------|--|----------------|--|------------|--|-----------------|--|
| 000MA3956S | TATIANA ROSADO ROMERO | | PYMT00032693 | | 11/14/2018 | | 12727 | |
| Our Voucher Number | Date | Description | Amount | Amount Paid | Withholding | Net Amount Paid | | |
| PO201901367 | 10/25/2018 | pago sentencia ddp2014- | $5,000.00 | $5,000.00 | $0.00 | $5,000.00 | | |

$5,000.00          $5,000.00          $0.00          $5,000.00

HARLAND CLARKE - CCP

2

| | |
|---|---|
| 1 | **Total** $1,050.00 |

2      Sección 2.- Los fondos asignados a través de esta Resolución Conjunta podrán ser

3  pareados con fondos particulares, federales, estatales o municipales.

4      Sección 3.-Los beneficiarios que reciban estas aportaciones legislativas deberán cumplir

5  con los requisitos dispuestos en la Ley Núm. 179 de 16 de agosto de 2002.

6      Sección 4.- Esta Resolución Conjunta comenzará a regir inmediatamente después de su

7  aprobación.

**Gobierno Municipal
de Dorado**
PO Box 588
Dorado, PR 00646



## HOJA DEL PAGADOR

FECHA: 11/15/18

A: Tatiana Rosado

| CHEQUE NO. | CANTIDAD | NUMERO DE FACTURA |
|---|---|---|
| 12727 | $ 5,000.00 | PO 201901367 pago Sentencia |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**OBSERVACIONES:**

RECIBIDO POR                          PAGADOR OFICIAL

*"Dorado donde la vida es bella"*

4/6/2018        Gmail - Electronic Proof of Claim - 170328300543748 between Prime Clerk and Maria C Romero Quinones is Signed and Filed!

 Gmail                                    **Maria Romero <milkaliza@gmail.com>**

## Electronic Proof of Claim - 170328300543748 between Prime Clerk and Maria C Romero Quinones is Signed and Filed!

1 message

**Prime Clerk** <echosign@echosign.com>                    Fri, Mar 23, 2018 at 6:15 PM
Reply-To: Puerto Rico Claims <prclaims@primeclerk.com>
To: Maria C Romero Quinones <milkaliza@gmail.com>, Puerto Rico Claims
<prclaims@primeclerk.com>

# Prime Clerk



### Electronic Proof of Claim - 170328300543748 between Prime Clerk and Maria C Romero Quinones is Signed and Filed!

From: Puerto Rico Claims (Prime Clerk)
To: Maria C Romero Quinones and Puerto Rico
Claims

Attached is a final copy of **Electronic Proof of Claim - 170328300543748**.

Copies have been automatically sent to all parties to the agreement.

You can view the document in your Adobe Sign account.

Why use Adobe Sign:

- Exchange, Sign, and File Any Document. In Seconds!
- Set-up Reminders. Instantly Share Copies with Others.
- See All of Your Documents, Anytime, Anywhere.

4/6/2018              Gmail - Electronic Proof of Claim - 170328300543748 between Prime Clerk and Maria C Romero Quinones is Signed and Filed!

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

**Electronic Proof of Claim - 170328300543748 - signed.pdf**
5761K

4/6/2018                Gmail - Electronic Proof of Claim between Prime Clerk and MARIA C ROMERO QUINONES is Signed and Filed!

 Gmail                              **Maria Romero <milkaliza@gmail.com>**

# Electronic Proof of Claim between Prime Clerk and MARIA C ROMERO QUINONES is Signed and Filed!

1 message

**Prime Clerk** <echosign@echosign.com>                    Thu, Mar 22, 2018 at 3:01 PM
Reply-To: Puerto Rico Claims <prclaims@primeclerk.com>
To: MARIA C ROMERO QUINONES <milkaliza@gmail.com>, Puerto Rico Claims
<prclaims@primeclerk.com>

## Electronic Proof of Claim between Prime Clerk and MARIA C ROMERO QUINONES is Signed and Filed!

From: Puerto Rico Claims (Prime Clerk)
To: MARIA C ROMERO QUINONES and Puerto
Rico Claims

Attached is a final copy of **Electronic Proof of Claim**.

Copies have been automatically sent to all parties to the agreement.

You can view the **document** in your Adobe Sign account.

Why use Adobe Sign:

- Exchange, Sign, and File Any Document. In Seconds!
- Set-up Reminders. Instantly Share Copies with Others.
- See All of Your Documents, Anytime, Anywhere.

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

📎 **Electronic Proof of Claim - signed.pdf**
788K

https://mail.google.com/mail/u/0/?ui=2&ik=02c114858b&jsver=HcM5jMu2nSY.en.&view=pt&search=inbox&type=1629b01f4c641d00&th=1624f4d0257f4449

4/6/2018                    Gmail - Electronic Proof of Claim between Prime Clerk and MARIA C ROMERO QUINONES is Signed and Filed!

:4/6/2018                    Gmail - Electronic Proof of Claim between Prime Clerk and Maria Cristina Romero Quinones is Signed and Filed!

 Gmail                                    **Maria Romero <milkaliza@gmail.com>**

## Electronic Proof of Claim between Prime Clerk and Maria Cristina Romero Quinones is Signed and Filed!

1 message

**Prime Clerk** <echosign@echosign.com>                     Thu, Mar 22, 2018 at 1:53 PM
Reply-To: Puerto Rico Claims <prclaims@primeclerk.com>
To: Maria Cristina Romero Quinones <milkaliza@gmail.com>, Puerto Rico Claims
<prclaims@primeclerk.com>

### Electronic Proof of Claim between Prime Clerk and Maria Cristina Romero Quinones is Signed and Filed!

From: Puerto Rico Claims (Prime Clerk)
To: Maria Cristina Romero Quinones and Puerto
Rico Claims

Attached is a final copy of **Electronic Proof of Claim.**

Copies have been automatically sent to all parties to the agreement.

You can view the document in your Adobe Sign account.

Why use Adobe Sign:

- Exchange, Sign, and File Any Document. In Seconds!
- Set-up Reminders. Instantly Share Copies with Others.
- See All of Your Documents, Anytime, Anywhere.

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

📄 **Electronic Proof of Claim - signed.pdf**
790K

https://mail.google.com/mail/u/0/?ui=2&ik=02c114858b&jsver=HcM5jMu2nSY.en.&view=pt&search=inbox&type=1629b01f4c641d00&th=1624f0f844215752

4/6/2018                    Gmail - Electronic Proof of Claim between Prime Clerk and Maria Cristina Romero Quinones is Signed and Filed!