TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| In re: | Promesa<br>Título III |
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | Núm. 17 BK 3283-LTS |
| como representante | (Administrado Conjuntamente) |
| DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, LA CORPORACION DEL FONDO DE INTERES APREMIANTE DE PUERTO RICO, LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, LA AUTORIDAD DE ENERGIA ELECTRICA DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PUBLICOS DE PUERTO RICO | La presente radicación guarda relación con el ELA, la ACT y el SRE |
| Deudores | |

RECEIVED & FILED
2020 MAY 15 PM 4:34
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

## REPLICA A CONTESTACION

**DE LA CENTÉSIMA NONAGÉSIMA TERCERA OBJECIÓN GLOBAL DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMACIONES SATISFECHAS QUE FIGURAN EN ANEXO A- RECLAMOS PAGADOS CASO 17 BK 3283-LTS, DOCUMENTO NUMERO 12865 Y CON NUMERO DE RECLAMACION 23756**

A la Honorable Juez del Tribunal de Distrito de Estados Unidos Laura Taylor Swain:

Yo, Yanet Jiménez Rodríguez, residente de la Urbanización Vistalago #79, calle Lago Guajataca en Gurabo, Puerto Rico, con número de teléfono (787) 624-3181 y correo electrónico

yanet_jr@hotmail.com, comparezco por derecho propio ante este Honorable Tribunal y expongo y solicito:

1. La parte Demandante presentó en su contestación de la Centésima Nonagésima Tercera Objeción Global (No Sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico una alegación que indica que el Departamento del Tesoro del Estado Libre Asociado de Puerto Rico realizó un pago a mi favor por la cantidad de $1,295.00 el 24 de julio del 2017 correspondiente a pago de reintegro de la planilla de contribución sobre ingresos de individuos para el año 2016.

2. No obstante, no he recibido cheque ni pago alguno según indica el Departamento del Tesoro del Estado Libre Asociado de Puerto Rico en la Objeción Global Ciento Noventa y Tres, Anexo A – Reclamos Pagados con número de caso 17 BK 3283-LTS, documento número 12865-1 y con número de reclamación 23756 que pertenece a la reclamación de pago de reintegro de la planilla de contribución sobre ingresos de individuos para el año 2016 por la cantidad de $1,295.00. Se le adjunta documentación justificativa. (Véase Exhibit A-Planilla de Contribución sobre Ingresos de Individuos año 2016).

3. Por lo anterior antes expuesto, solicitamos a este Honorable Tribunal que no conceda la Objeción Global relacionada a mi reclamación y que solicite y ordene al Departamento del Tesoro del Estado Libre Asociado de Puerto Rico a que proceda a hacer mi pago de reintegro de la planilla de contribución sobre ingresos de individuos para el año 2016 por la cantidad de $1,295.00, según me corresponde conforme al derecho vigente.

POR TODO LO CUAL, al juzgador suplico que declare HA LUGAR la presente Réplica, con cualquier otro pronunciamiento que en derecho proceda.

RESPETUOSAMENTE SOMETIDO

En San Juan, Puerto Rico, a 8 de mayo de 2020.

CERTIFICO: Haber enviado copia fiel y exacta del presente escrito por correo certificado a:

Secretaría
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan, PR 00918-1767

Abogado de la Junta de Supervisión
Prokauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
Attn: Martin J. Bienenstock
Brian S. Rosen

Abogados del Comité de Acrredores
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
Attn: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

_____
Yanet Jiménez Rodríguez
Vistalago 79 Calle Lago Guajataca,
Gurabo, P.R. 00778
Tel. (787) 624-3181
Email: yanet_jr@hotmail.com