Formulario 482 Rev. 16 nov 16

# FORMA ÚNICA 2016

Liquidador | Revisor

R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

**PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS**
AÑO CONTRIBUTIVO 2016 O AÑO COMENZADO EL
01 de enero de 2016 Y TERMINADO EL 31 de diciembre de 2016

2016

Número de Serie

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: __/__/__
  ○ CONTRIBUYENTE  ○ CÓNYUGE
○ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Indique seguro social y fecha de defunción del cónyuge fallecido: ____-____-____ ; Día___ Mes___ Año___)

**Nombre del Contribuyente:** Yanet
**Inicial:**
**Apellido Paterno:** Jimenez
**Apellido Materno:** Rodriguez

**Dirección Postal:**
Vistalago
79 Calle Lago Guajataca
Gurabo PR
**Código Postal:** 00778

**Número de Seguro Social Contribuyente:** ***-**-0348
**Fecha de Nacimiento:** 1978  **Sexo:** ● F
**Número de Seguro Social Cónyuge:** ***-**-6402
**Fecha de Nacimiento del Cónyuge:** 1978  **Sexo:** ● M

Sello de Recibido
1/4/2017 7:23:06 AM

**Nombre e Inicial del Cónyuge:** Miguel A
**Apellido Paterno:** Mendez
**Apellido Materno:** Ramirez

**Dirección Residencial Completa:**
Vistalago
79 Calle Lago Guajataca
Gurabo PR
**Código Postal:** 00778

**Teléfono Residencia:** (787) 624-3181
**Teléfono del Trabajo:** ( )

**CAMBIO DE DIRECCIÓN:** ○ Sí ● No
**SOLICITÓ PRÓRROGA:** ○ Sí ● No

**Correo Electrónico (E-Mail):** yanet_jr@hotmail.com

## Cuestionario
- A. ¿Ciudadano de Estados Unidos? ● Sí ○ No
- B. ¿Residente de Puerto Rico durante todo el año? ● Sí ○ No
  Si contestó "No", indique una de las siguientes:
  1. ○ Fecha de mudanza a P.R. (Día___ Mes___ Año___)
  2. ○ Fecha de mudanza fuera de P.R. (Día___ Mes___ Año___)
  3. ○ No residente durante todo el año
- C. ¿Generó ingresos fuera del período de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "Sí", indique la cantidad): ○ Sí ● No
  1. Atribuible al contribuyente $_____
  2. Atribuible al cónyuge $_____
- D. ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo) ○ Sí ● No
- E. ¿Individuo residente inversionista? (Someta Anejo F1 Individuo) ○ Sí ● No
- F. ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal? ○ Sí ● No
- G. ¿Militar activo en zona de combate durante el año contributivo? ○ Sí ● No
  (Fecha en que cesó en el servicio: Día___ Mes___ Año___)

**Su ocupación:** Gestora  **8110**
**Ocupación cónyuge:** Tasador  **8110**

## H. FUENTE DE MAYOR INGRESO:
1. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ● Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro _____

## ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ○ Casado
   (Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ○ Contribuyente individual
   (Ennegrezca e indique nombre y seguro social del cónyuge si es:
   ○ Casado con capitulaciones de total separación de bienes
   ○ Casado que no vivía con su cónyuge)
3. ● Casado que rinde por separado
   (Indique nombre y seguro social del cónyuge arriba)

**CONTRATO GOBIERNO:** ○ Contribuyente ○ Cónyuge

PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

## Reintegro
1. **CONTRIBUCIÓN PAGADA EN EXCESO** (Encasillado 3, línea 29. Indique distribución en las líneas A, B, C y D) ......... (01) **1,295** 00
   - A) Acreditar a la contribución estimada 2017 ......... (02) 00
   - B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ......... (03) 00
   - C) Aportación al Fondo Especial para la Universidad de Puerto Rico ......... (04) 00
   - D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) ......... (05) **1,295** 00

## Pago
2. **TOTAL NO PAGADO DE LA CONTRIBUCIÓN** (Encasillado 3, línea 29) ......... (06) 00
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ......... (07) 00
   (b) Intereses ......... (08) 00
   (c) Recargos _____ y Penalidades _____ ......... (09) 00
4. **BALANCE PENDIENTE DE PAGO** (Línea 2 menos línea 3(a) más líneas 3(b) y 3(c)) ......... (10) 00

## Depósito
**AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO**

**Tipo de cuenta:** ○ Cheques ○ Ahorros
**Número de ruta/tránsito:** ☐☐☐☐☐☐☐☐☐
**Número de su cuenta:** ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐
**Cuenta a nombre de:** _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

**Firma del Contribuyente:** FIRMADA ELECTRONICAMENTE   **Fecha:** 1-4-2017
**Firma del Cónyuge:** FIRMADA ELECTRONICAMENTE   **Fecha:**

**Nombre del Especialista (Letra de Molde):** Ricky Rodriguez
**Nombre de la Firma o Negocio:** Strategic Financial Solutions
**Firma del Especialista:** FIRMADA ELECTRONICAMENTE   **Fecha:** 1-4-2017
**Especialista por cuenta propia (ennegrezca aquí):** ○
**Número de Registro:** 2738

**NOTA AL CONTRIBUYENTE:** Indique si hizo pagos por la preparación de su planilla: ○ Sí ● No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

NUMERO CONFIRMACION: 040120170913052E5E1239992   Período de Conservación: Diez (10) años   COQUINTERACTIVE (www.tributa.org) 2016

Rev. 16 nov 16 — Yanet Jimenez Rodriguez ####-0348 — Formulario 482 - Página 2

Si se acoge al cómputo opcional de la contribución en el caso de personas casadas que viven juntas y rinden planilla conjunta, no complete los Encasillados 1 y 2, ni las líneas 14 a la 20 del Encasillado 3, y pase al Anejo CO Individuo.

## Encasillado 1

1. Sueldos, Comisiones, Concesiones y Propinas

   SUMINISTRE LOS COMPROBANTES DE RETENCIÓN (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique).

   A-Contribución Retenida / B-Sueldos, Comisiones, Concesiones y Propinas

   Total de comprobantes con esta planilla ............ (02) ___ 00 (04) ___ 00

   C- Salarios del Gobierno Federal (Total de Formularios W-2 con esta planilla ........) — Salarios Exentos bajo Ley 135-2014 (01) ___ 00 — Contribución Retenida (03) ___ 00 — Salarios Federales (05) ___ 00

2. Otros Ingresos (o Pérdidas):
   A) Distribuciones totales de planes de retiro cualificados (Anejo D Individuo, Parte IV, línea 24) ....... (06) ___ 00
   B) Ganancia (o pérdida) en la venta o permuta de activos de capital (Anejo D Individuo, Parte V, línea 34 o 35, según aplique) ....... (07) ___ 00
   C) Intereses (Anejo FF Individuo, Parte I, línea 5) ....... (08) ___ 00
   D) Dividendos de corporaciones (Anejo FF Individuo, Parte II, línea 4) ....... (09) ___ 00
   E) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte II, línea 3) ....... (10) ___ 00
   F) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Anejo F Individuo, Parte I, línea 2) ....... (11) ___ 00
   G) Otros ingresos (Anejo F Individuo, Parte V, línea 4 y Anejo FF Individuo, Parte III, línea 4) ....... (12) ___ 00
   H) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ....... (13) ___ 00
   I) Ganancia (o pérdida) atribuible a industria o negocio (Anejo K Individuo, Parte II, línea 12) ....... (14) ___ 00
   J) Ganancia (o pérdida) atribuible a la agricultura (Anejo L Individuo, Parte II, línea 14) ....... (15) ___ 00
   K) Ganancia (o pérdida) atribuible a profesiones y comisiones (Anejo M Individuo, Parte II, línea 8) ....... (16) 14,293 00
   L) Ganancia (o pérdida) atribuible a alquiler (Anejo N Individuo, Parte II, línea 9) ....... (17) ___ 00
   M) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ....... (18) ___ 00
   N) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) ....... (19) ___ 00
   O) Participación distribuible en beneficios de sociedades, sociedades especiales y corporaciones de individuos (Someta Anejo R Ind.) ... (20) ___ 00
   P) Distribuciones de planes de compensación diferida y/o de retiro cualificados (parciales o totales no por separación de servicio o terminación del plan) (Anejo F Individuo, Parte III o IV, línea 1, según aplique) ....... (21) ___ 00
   Q) Ingreso de salarios, jornales, compensaciones o espectáculos públicos recibidos por un individuo no residente (Formulario 480.6C) (22) ___ 00
   R) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____ ) (23) (24) ___ 00
3. Total de Ingresos (Sume líneas 1B, 1C y 2A a la 2R) ....... (25) 14,293 00
4. Pensión Pagada por Divorcio o Separación (Núm. seg. soc. del que la recibe: _____ ) (26) (Núm. sentencia _____ ) (27) (28) ___ 00
5. Ingreso Bruto Ajustado (Línea 3 menos línea 4) ....... (29) 14,293 00

## Encasillado 2

6. Total de Deducciones (Anejo A Individuo, Parte I, línea 11 o Parte II, línea 6) ....... (01) ___ 00
7. Exención Personal (Casado - $7,000; Contribuyente individual - $3,500; Casado que rinde separado - $3,500) ....... (02) 3,500 00
8. Exención por Dependientes (Complete el Anejo A1 Ind., véanse instrucciones) A) (03) ___ x $2,500 ....... (05) ___ 00
   Custodia compartida o casado que rinde separado B) (04) 3 x $1,250 ....... (06) 3,750 00
   Total Exención por Dependientes (Sume líneas 8A y 8B) ....... (07) 3,750 00
9. Exención Personal Adicional para Veteranos ($1,500 por veterano. Si ambos cónyuges son veteranos, $3,000) ....... (08) ___ 00
10. Total Deducciones y Exenciones (Sume líneas 6 a la 9) ....... (09) 7,250 00
11. Ingreso neto antes de la deducción por Ley 185-2014 (Línea 5 menos línea 10. Si la línea 10 es mayor que la línea 5, anote cero) ....... (10) 7,043 00
12. Deducción admisible bajo la Ley 185-2014 (Véanse instrucciones) ....... (11) ___ 00
13. INGRESO NETO SUJETO A CONTRIBUCIÓN (Línea 11 menos línea 12. Si la línea 12 es mayor que la línea 11, anote cero) ....... (12) 7,043 00

## Encasillado 3

14. CONTRIBUCIÓN: (21) ● 1 Según Tabla ○ 2 Tasas preferenciales (Anejo A2 Ind.) ○ 3 Extranjero no residente ○ 4 Modelo SC 2668 (22) ___ 00
15. Cantidad de Ajuste Gradual (Determine este ajuste si la cantidad reflejada en línea 13 o en Anejo A2 Ind., línea 11 es mayor de $500,000) (Anejo P Ind., línea 7) (23) ___ 00
16. CONTRIBUCIÓN REGULAR ANTES DEL CRÉDITO (Sume líneas 14 y 15) ....... (24) ___ 00
17. Crédito por contribuciones pagadas a países extranjeros, los Estados Unidos, sus territorios y posesiones (Someta Anejo C Individuo) (Véanse inst.) (25) ___ 00
18. CONTRIBUCIÓN REGULAR NETA (Línea 16 menos línea 17) ....... (26) ___ 00
19. Exceso de la Contribución Básica Alterna Neta sobre la Contribución Regular Neta (Anejo O Individuo, Parte II, línea 7) (Véanse instrucciones) ..... (27) ___ 00
20. Crédito por contribución básica alterna (Anejo O Individuo, Parte III, línea 4) ....... (28) ___ 00
21. TOTAL CONTRIBUCIÓN DETERMINADA (Sume líneas 18 y 19 menos línea 20 o anote la cantidad del Anejo CO Individuo, línea 24, según aplique) (29) ___ 00
22. Recobro de crédito reclamado en exceso (Anejo B Individuo, Parte I, línea 3) ....... (30) ___ 00
23. Créditos contributivos (Anejo B Individuo, Parte II, línea 28) ....... (31) ___ 00
24. RESPONSABILIDAD CONTRIBUTIVA (Sume líneas 21 y 22 menos línea 23. Si es menos de cero, anote cero) ....... (32) ___ 00
25. CONTRIBUCIÓN RETENIDA, PAGADA Y CRÉDITO REEMBOLSABLE:
    A) Mediante retención sobre salarios (Sume las líneas 1A y 1C del Encasillado 1 o las líneas 1A y 2A del Anejo CO Individuo) ..... (33) ___ 00
    B) Otros pagos y retenciones (Anejo B Individuo, Parte III, línea 22) ....... (34) 1,295 00
    C) Crédito de la Oportunidad Americana (Someta Anejo B2 Individuo) (No aplica a casados que rinden separado). (35) ___ 00
    D) Cantidad pagada con prórroga automática ....... (36) ___ 00
    E) Total Contribución Retenida, Pagada y Crédito Reembolsable (Sume líneas 25A a la 25D) ....... (37) 1,295 00
26. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Si la línea 25E es menor que la línea 24, anote la diferencia aquí, de lo contrario en la línea 27) (38) ___ 00
27. Exceso de Contribución Retenida, Pagada y Crédito Reembolsable ....... (39) 1,295 00
28. Adición a la Contribución por Falta de Pago de la Contribución Estimada (Anejo T Individuo, Parte II, línea 21) ....... (40) ___ 00
29. BALANCE:
    · Si línea 27 es mayor que la suma de líneas 26 y 28, usted tiene un sobrepago. Anote diferencia aquí y en línea 1 de página 1.
    · Si línea 27 es menor que la suma de líneas 26 y 28, usted tiene un balance pendiente de pago. Anote diferencia aquí y en línea 2 de página 1.
    · Si diferencia entre línea 27 y la suma de líneas 26 y 28 es igual a cero, anote cero aquí y pase a firmar su planilla en la página 1. (50) 1,295 00

LA CANTIDAD REFLEJADA EN LA LÍNEA 29 DEBERÁ TRASLADARSE A LA LÍNEA CORRESPONDIENTE DE LA PÁGINA 1.

NUMERO DE CONFIRMACION: 0401201709130520E5E1239992 — Período de Conservación: Diez (10) años — COQUINTERACTIVE (www.tributa.org) 2016

RADICADO ELECTRÓNICAMENTE