PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7019 1640 0002 1574 5884

U.S. POSTAGE PAID
PM 1-Day
GURABO, PR
00778
MAY 12, 20
AMOUNT
$14.15
1005  00918  R2305K136545-06

PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE®

PRIORITY® MAIL

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*

To schedule free Package Pickup, scan the QR code.

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

PS00001000014

USPS.COM/PICKUP

FROM:

Yanet Jiménez
Vistalago 79
Calle Lago Guajataca
Gurabo, P.R. 00778

RECEIVED & FILED
2020 MAY 15 PM 4:34
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

TO:

Secretaría del Tribunal
Tribunal de Distrito de EU.
Sala 150 Edificio Federal
San Juan, P.R. 0098-1767