**Exhibit A**

Reorg®

*2020-05-18 16:55:15*

Puerto Rico
## PREPA Requests Extension Until May 28 to Deliver Revised Draft Fiscal Plan to PROMESA Oversight Board

Wed 05/06/2020 15:31 PM

The Puerto Rico Electric Power Authority has asked the PROMESA oversight board for an extension until May 28 to submit a revised fiscal plan draft, PREPA Fiscal Affairs and Restructuring Administrator Fernando Padilla said via email today. An oversight board spokesperson said earlier this week that the request to extend the original May 3 deadline was under consideration but did not immediately respond to a request for comment this afternoon on the status of that request.

Padilla said the extension request was made "due to various factors associated with the COVID-19 pandemic." He added that PREPA still has to obtain the central commonwealth government's macroeconomic indicators that are being revised to factor in the pandemic's impact on Puerto Rico's economic and fiscal conditions. The commonwealth submitted a revised fiscal plan draft by the May 3 deadline that projected the pandemic will cause $6.6 billion of economic damage in Puerto Rico and shrink the economy by about 11% through fiscal 2021, but the draft warned that many of its assumptions are still "subject to reconsideration and (potentially substantial) revisions ... to more accurately reflect Puerto Rico's new economic reality."

PREPA has also asked consultant Siemens to review future fuel cost projections because "the market has shifted significantly during the last weeks," Padilla said. He explained that "PREPA will need to adjust macroeconomic and fuel market projections to secure a more comprehensive document."

Padilla emphasized that the remaining milestones in the revised fiscal plan approval process continue unchanged and said "PREPA is working in close coordination with [the] FOMB to secure a timetable that will allow for FOMB certification in June 2020." Padilla said the public corporation did not plan to publish the fiscal plan drafts prior to oversight board certification of the final PREPA fiscal plan.

The commonwealth draft fiscal plan says the economic damage caused by the Covid-19 crisis requires a "potentially substantial revision" to the commonwealth plan of adjustment that is "likely" no longer "feasible in our post-Covid-19 reality." PREPA Executive Director José Ortiz also recently said that the Covid-19 crisis opens "all the doors to rethink" the PREPA restructuring support agreement and the PREPA fiscal plan, and urged the PREPA governing board to take the lead on the issue because PROMESA oversight board Executive Director Natalie Jaresko "refuses to start talking about this yet until she has a better understanding of the long-term effect on the economy." During a webinar last month, Ortiz said that anticipated amendments to PREPA's fiscal plan and recovery metrics are propelling a potential reworking of the RSA, with changes likely occurring in early 2021.

Meanwhile, Jaresko, in an April 29 letter to Ortiz, cited the "unprecedented reduction" in prices for crude oil and other petroleum derivatives in encouraging the PREPA chief "to explore any and all reasonable alternatives that would allow [PREPA] to benefit from current fuel market conditions and provide savings and/or reduce cost volatility to PREPA's customers." Jarekso asked for a research report on the issue by May 22.

Despite the commonwealth fiscal plan draft's assertion that the plan of adjustment will likely need to be amended because of the Covid-19 crisis, the document assumes that the plan of adjustment will not be "substantially delayed" and is forecasting that PROMESA-related expenditures will remain in line with previous estimates of $1.1 billion for the fiscal 2020-2024 period. "However, if there is a material delay due to the COVID-19 crisis, the timing and magnitude of professional fees may have to be adjusted," the commonwealth fiscal plan draft states.

This publication has been prepared by Reorg Research, Inc. or one of its affiliates (collectively, "Reorg") and is being provided to the recipient in connection with a subscription to one or more Reorg products. Recipient's use of the Reorg platform is subject to Reorg's Terms of Use or the user agreement pursuant to which the recipient has access to the platform (the "Applicable Terms"). The recipient of this publication may not redistribute or republish any portion of the information contained herein other than with Reorg's express written consent or in accordance with the Applicable Terms. The information in this publication is for general informational purposes only and should not be construed as legal, investment, accounting or other professional advice on any subject matter or as a substitute for such advice. The recipient of this publication must comply with all applicable laws, including laws regarding the purchase and sale of securities. Reorg obtains information from a wide variety of sources, which it believes to be reliable, but Reorg does not make any representation, warranty, or certification as to the materiality or public availability of the information in this publication or that such information is accurate, complete, comprehensive or fit for a particular purpose. Recipients must make their own decisions about investment strategies or securities mentioned in this publication. Reorg and its officers, directors, partners and employees expressly disclaim all liability relating to or arising from actions taken or not taken based on any or all of the information contained in this publication. © 2020 Reorg. All rights reserved. Reorg® is a registered trademark of Reorg Research, Inc.

© Copyright 2012 - 2020