# EXHIBIT B

# (Ex. 26 to the Miller Declaration, originally filed as ECF 13001-2) - Part 1

# **<u>EXHIBIT 26</u>**

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

225

```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF PUERTO RICO


     -------------------------- X
     In re:                     :
                                : PROMESA
     THE FINANCIAL OVERSIGHT    : TITLE III
     AND MANAGEMENT BOARD       :
     FOR PUERTO RICO,           : Case No.
                                : 17 BK 3283-LTS
       as representative of     :
                                : (Jointly
     THE COMMONWEALTH OF        :  Administered)
     PUERTO RICO,               :
                                :
            Debtor.             :
     -------------------------- X
     In re:                     :
                                : PROMESA
     THE FINANCIAL OVERSIGHT    : TITLE III
     AND MANAGEMENT BOARD       :
     FOR PUERTO RICO,           : Case No.
                                : 17 BK 3567-LTS
       as representative of     :
                                :
     THE COMMONWEALTH OF        : CONFIDENTIAL
     PUERTO RICO, et al.,       : PURSUANT TO
                                : PROTECTIVE ORDER
            Debtor.             :
     -------------------------- X VOL. II OF II


          Videotaped deposition of TIMOTHY H.
     AHLBERG, conducted virtually, pursuant to
     continuance, reported stenographically by
     Cynthia J. Conforti, CSR, RPR, CRR, commencing
     at the hour of 9:46 a.m. CST, on the 23rd day
     of April, 2020.
```

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

2 (Pages 226 to 229)

226

APPEARANCES:
FOR THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO, as representative of the
COMMONWEALTH OF PUERTO RICO:
    PROSKAUER ROSE LLP
    Eleven Times Square
    (Eighth Avenue & 41st Street)
    New York, New York 10036-8299
    212.969.3000
BY:  DAVID A. MUNKITTRICK, ESQ.
    dmunkittrick@proskauer.com
    MICHAEL T. MERVIS, ESQ.
    mmervis@proskauer.com

BY:  ELLIOT STEVENS, ESQ.
    estevens@proskauer.com
    One International Place
    Boston, Massachusetts 02110-2600
    617.526.9600

FOR AMBAC ASSURANCE CORPORATION:
    MILBANK LLP
    55 Hudson Yards
    New York, New York 10001-2163
    212.530.5000
BY:  CAELAINN CARNEY, ESQ.
    ccarney@milbank.com
    WILL DENKER, ESQ.
    wdenker@milbank.com
    JOHN HUGHES, ESQ.
    jughes2@milbank.com
    KEVIN MAGGIO, ESQ.
    kmaggio@milbank.com
    GRANT MAINLAND, ESQ.
    gmainland@milbank.com
    DAVID MARCOU, ESQ.
    dmarcou@milbank.com
    ATARA MILLER, ESQ.
    amiller@milbank.com
    ALEXANDRA PASLAWSKY, ESQ.
    apaslawsky@milbank.com
    KEVIN WESTERMAN, ESQ.
    kwesterman@milbank.com

227

APPEARANCES: (Continued)

FOR NATIONAL PUBLIC FINANCE GUARANTEE CORP.:
    WEIL GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153-0119
    212.310.8000
BY:  ROBERT S. BEREZIN, ESQ.
    robert.berezin@weil.com
    CHRISTINE CALABRESE, ESQ.
    christine@calabrese@weil.com
    GASPARD RAPPOPORT, ESQ.
    gaspard.rappoport@weil.com

FOR THE PUERTO RICO FISCAL AGENCY AND FINANCIAL
ADVISORY AUTHORITY:
    O'MELVENY & MYERS LLP
    610 Newport Center Drive
    17th Floor
    Newport Beach, California 92660
    949.823.6900
BY:  ELIZABETH L. McKEEN, ESQ.
    emckeen@omm.com
    ASHLEY PAVEL, ESQ.
    apavel@omm.com
    610 Newport Center Drive
    17th Floor
    Newport Beach, California 92660
    949.823.6900
- also -
    MARINI PIETRANTONI MUÑIZ LLC
    250 Avenue Ponce de Leon
    Suite 900
    San Juan, Puerto Rico 00918
    787.705.2171
BY:  IVÁN GARAU GONZÁLEZ, ESQ.
    igarau@mpmlawpr.com

228

APPEARANCES: (Continued)

ON BEHALF OF ASSURED GUARANTY CORP. and ASSURED
GUARANTY MUNICIPAL CORP.:
    CADWALADER, WICKERSHAM & TAFT LLP
    200 Liberty Street
    New York, New York 10281
    212.504.6000
BY:  THOMAS J. CURTIN, ESQ.
    thomas.curtin@cwt.com
    BILL NATBONY, ESQ.
    bill.natbony@cwt.com
    CASEY JOHN SERVAIS, ESQ.
    casey.servais@cwt.com
    JACLYN A. HALL, ESQ.
    jaclyn.hall@cwt.com

FOR FINANCIAL GUARANTY INSURANCE COMPANY:
    BUTLER SNOW LLP
    The Pinnacle at Symphony Place
    Suite 1600
    150 3rd Avenue South
    Nashville, Tennessee 37201
    615.651.6700
BY:  JASON W. CALLEN, ESQ.
    jason.callen@butlersnow.com
BY:  ADAM M. LANGLEY, ESQ.
    adam.langley@butlersnow.com
    6075 Poplar Avenue
    Suite 500
    Memphis, Tennessee 38119
    901.680.7200

229

APPEARANCES: (Continued)

FOR CANTOR-KATZ COLLATERAL MONITOR LLC, as
Collateral Monitor for GDB DEBT RECOVERY
AUTHORITY:
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    51 W 52nd Street
    New York, New York 10019
    212.506.5000
BY:  DAVID LITTERINE-KAUFMAN, ESQ.
    dlitterinekaufman@orrick.com

FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS:
    PAUL HASTINGS LLP
    MetLife Building
    200 Park Avenue
    New York, New York 10166
    212.318.6000
BY:  ZACHARY S. ZWILLINGER, ESQ.
    zacharyzwillinger@paulhastings.com

FOR AMERINATIONAL COMMUNITY SERVICES, LLC, as
servicer for the GDB DEBT RECOVERY AUTHORITY:
    MCCONNELL VALDÉS LLC
    270 Muñoz Rivera Avenue
    Hato Rey, Puerto Rico 00918
    787.759.9292
BY:  NAYUAN ZOUAIRABANI TRINIDAD, ESQ.
    nzt@mcvpr.com
ALSO PRESENT:
    Hira Baig, Weil Gotshal & Manges LLP
    Lou Testani, Milbank LLP
    Alexander Whitelaw, Weil Gotshal & Manges LLP
    Anthony Micheletto, Videographer

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                           April 23, 2020

3 (Pages 230 to 233)

---

**230**

INDEX

TESTIMONY OF TIMOTHY H. AHLBERG        PAGE

Examination by Ms. Miller:        236
Examination by Ms. McKeene:       548

DEPOSITION EXHIBITS
NUMBER        DESCRIPTION        PAGE
MONOLINES

Exhibit 19A   June 30, 2016        247
              Basic Financial
              Statements and
              Required Supplementary
              Information
              CW_STAY0010168 -
              0010367

Exhibit 19B   6/30/16 Notes to the    247
              Basic Financial
              Statements 0010368 -
              0010543

Exhibit 20    FAFAA  Treasury Single   274
              Account ("TSA") FY 2020
              Cash Flow As of April 10, 2020
              No Bates numbers

Exhibit 21    Laws of Puerto Rico      298
              Annotated Currentness
              Title 3, Executive
              Chapter 67, Puerto Rico
              Infrastructure Financing
              Authority Act
              No Bates numbers

Exhibit 22    Trust agreement related  217
              to the Puerto Rico
              Infrastructure Financing
              Authority to Citibank, N.A
              No Bates numbers

---

**231**

DEPOSITION EXHIBITS (Continued)
NUMBER        DESCRIPTION        PAGE
MONOLINES

Exhibit 23    Exhibit A - Flow of     335
              Rum Taxes
              No Bates numbers

Exhibit 24    PRIFA Rum Excise Taxes  340
              Flow of Funds
              No Bates numbers

Exhibit 25    Application and         357
              Agreement for Opening
              Bank Account
              PRIFA_STAY0003747 -
              0004742

Exhibit 26    Statement of Account    368
              for Account 1891
              PRIFA_STAY0004151 -
              0004152

Exhibit 27    Commonwealth Department 371
              of the Treasury
              Remittance Receipt
              PRIFA_STAY0001065 -
              0001070 plus English
              translation not Bates
              numbered

Exhibit 28    Lockbox Agreement       377
              PRIFA_STAY0004472 -
              0000542

Exhibit 29    Lockbox Receipt Notice  389
              PRIFA_STAY0001319 -
              0001326

Exhibit 30    Assignment and          418
              Coordination Agreement
              No Bates numbers

---

**232**

DEPOSITION EXHIBITS (Continued)
NUMBER        DESCRIPTION        PAGE
MONOLINES

Exhibit 31    Pledge Assignment       439
              Agreement by and among
              The Puerto Rico
              Convention Center
              District Authority, the
              Government Development
              Bank and JPMorgan Chase
              No Bates numbers

Exhibit 32    Puerto Rico Tourism     445
              Company Room Taxes Flow
              of Funds
              No Bates numbers

Exhibit 33    Government Development   464
              Bank For Puerto Rico
              Hotel Occupancy Tax
              Pledge Account
              CCDA_STA0006780 -
              0006787
              English Translation
              no Bates numbers

Exhibit 34    Instruction letters     491
              CCDA_STAY 0004927 -
              0004328
              English translation
              No Bates numbers

Exhibit 35    Discovery on Lift       499
              Stay Motions - Movants'
              Letters dated March
              23, 2020
              No Bates numbers

---

**233**

DEPOSITION EXHIBITS (Continued)
NUMBER        DESCRIPTION        PAGE
MONOLINES

Exhibit 36    Document in Spanish     521
              CCDA_STAY0006916 -
              0006917
              Document in Spanish
              CCDA_STAY0006916 -
              0006917
              English translation
              No Bates numbers
              Document in Spanish
              CCDA_STAY0006916 -
              0006917

Exhibit 37    FirstBank               520
              Statement of Account
              CCDA_0000785

Exhibit 38    (Not referenced)
              10/14/18 letter,
              Ana Garcia Noya,
              Deputy Treasury
              Secretary to Arnaldo
              Maestry, Government
              Development Bank
              For Puerto Rico
              PRIFA_STAY0001079 -
              0001093

PREVIOUSLY MARKED EXHIBITS REFERRED TO (NOT
TENDERED FOR INCLUSION INTO TRANSCRIPT)

Exhibit 11                548

Exhibit 14                549

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

4 (Pages 234 to 237)

---

**234**

PRODUCTION REQUESTS

Page 432, Line 19:

"MS. MILLER:  Okay.  Well, I'm going to call for the production of any such documents that the Commonwealth intends to rely on as evidence that the account that you're going to tell me is the transfer account is in fact the transfer account."

Page 486, Line 17:

MS. MILLER:  "So I'm going to call on the record for the production of any such documents that you've seen that you're relying on for your testimony that the 5144 account is the surplus account or that the Commonwealth otherwise intends to rely on."

---

**235**

THE VIDEOGRAPHER:  We are now on the record.  Welcome to the continuing deposition of Timothy Ahlberg.  My name is Anthony Micheletto.  I am the videographer and conference call host for Henderson Legal Services.

Today's date is April 23, 2020.  The time is 9:46 a.m., Central time.

It is my understanding that there are approximately 44 attorneys attending telephonically.  To keep instructions at a minimum, I will be muting all telephones except the witness, taking attorney, and opposing counsel whom will dial *6 so they can be heard.

In addition, if you are not speaking, please make sure you turn off your camera on LiveLitigation.  You should receive the video stream through your computer and audio through your phone.  Periodically, during the break, I will communicate to everyone how long we have been on the record.  Our court reporter today is Cynthia Conforti.

Mr. Ahlberg, you are still under oath.

Counsel, you may proceed.

---

**236**

(Witness previously sworn.)

TIMOTHY H. AHLBERG, having been duly sworn, was examined and testified further as follows:

EXAMINATION

BY MS. MILLER:

Q.    Good morning, Mr. Ahlberg.  I am Atara Miller, and I'm from Milbank, and I'm counsel for Ambac Assurance Corporation in this matter.  I'll be asking questions today relating to PRIFAS and CCDA Flow of Funds, and I'm asking questions on behalf of all of the defendants here.  I guess I'll open with that here, I should say.

So as the videographer indicated, Mr. Ahlberg, do you understand that you're still under oath today?

A.    Yes.

Q.    And you understand that the testimony that you're giving has the same weight and effect as if you were giving it in a court of law, correct?

A.    Yes.

Q.    And the instructions that Mr. Natbony gave you yesterday will continue,

---

**237**

but I'm just going to remind you of two critical ones, particularly as we are taking this by video.

The first one is to be sure not to talk over each other.  The court reporter, especially on video, is going to have a hard time recording what you're saying.  So I'm going to wait for you to finish answering the question before I ask the next question.  I'm going to ask you to wait for me to finish asking the question before you start answering.  Is that okay?

A.    Okay.

MS. McKEEN:  I'm having a little -- I'm having a little trouble hearing you.  Can you maybe position your phone closer or turn up the volume on your -- your phone?

I can hear Atara just fine.

THE WITNESS:  Is that any better?

MS. McKEEN:  It is.  Thank you.

BY MS. MILLER:

Q.    At any time today, if you'd like to take a break, I am happy to take one, but I am going to ask you to answer any question that's pending before we take a break.  But

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

5 (Pages 238 to 241)

---

**238**

otherwise, if you want a break, I'll take one
at the next convenient point.  Is that okay?
A.   Okay.
Q.      You testified multiple times on
Tuesday that in your mind, Funds don't have
balances.  Do you recall that?
MS. McKEEN:  Object to the form.
THE WITNESS:  I do recall saying
that I don't think about Fund numbers in that
way.
BY MS. MILLER:
Q.   Okay.  When you say "Fund
numbers," what do you mean?"
A.   Numbers that correspond with
different Funds within the PRIFAS system.
Q.   Okay.  So let me ask you so the
record's clear.
Mr. Ahlberg, in your opinion, do
Funds have balances?
MS. McKEEN:  Objection to the form
of the question.
UNIDENTIFIED SPEAKER:  Objection.
THE WITNESS:  I don't typically
think about Funds as having balances.

---

**239**

BY MS. MILLER:
Q.     Is it your testimony that Funds
within the Commonwealth accounting system do
not have balances?
MS. McKEEN:  Objection.
THE WITNESS:  I don't think about
Funds having balances within the TSA account.
BY MS. MILLER:
Q.    Okay.  So it's a yes-or-no
question.  I'm not asking you about how you
think about it.  I'm asking you whether it is
your testimony that Funds within the
Commonwealth accounting system do not have
balances.
MS. McKEEN:  Objection.
THE WITNESS:  It is my testimony
that I don't think about Funds having balances
within bank accounts.
BY MS. MILLER:
Q.     Does that mean that they don't
have balances?
MS. McKEEN:  Objection.
THE WITNESS:  It means that that's
not the way that I think about them.

---

**240**

BY MS. MILLER:
Q.    Okay.  So to the best of your
knowledge, do other people within Treasury in
Puerto Rico think about Funds as having
balances?
MS. McKEEN:  Objection.
THE WITNESS:  Again, I can't
speculate what every person may or may not
believe about that concept.
BY MS. MILLER:
Q.    I didn't ask you to speculate.  I
asked you whether to the best of your personal
knowledge, other people within Treasury in
Puerto Rico think about Funds as having
balances.
MS. McKEEN:  Objection.
THE WITNESS:  It's not typically
how me or others think about Funds.
BY MS. MILLER:
Q.    Okay.  And when you say "others,"
who are you referring to?
A.    Just generally others within the
Department of Treasury.
Q.     And when you say "typically," do
you sometimes think about Funds as having

---

**241**

balances?
A.    I don't think about Funds having
balances.
Q.     Okay.  So it's your testimony that
Funds do not have balances, right?
MS. McKEEN:  Objection.
UNIDENTIFIED SPEAKER:  Objection.
THE WITNESS:  I don't think about
Funds having balances within bank accounts.
BY MS. MILLER:
Q.    Okay.  But you're not willing to
say that they don't have balances, are you?
MS. McKEEN:  Objection.
THE WITNESS:  That's not how I
think about Funds having balances within bank
accounts.
BY MS. MILLER:
Q.    I got it.  That's not how you
think about it.
But my question to you is that you
are not willing to say unequivocally that Funds
do not have balances, right?  You cannot say
that.

---

Henderson Legal Services, Inc.

202-220-4158                                        www.hendersonlegalservices.com

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

6 (Pages 242 to 245)

---

**242**

1    MS. McKEEN: Objection to the form
2 of the question.
3 BY MS. MILLER:
4    Q.    Okay. Let me ask another
5 question.
6       Mr. Ahlberg, can you testify
7 unequivocally that Funds within the TSA do not
8 have balances?
9    A.    I don't think about Funds having
10 balances within bank accounts.
11    Q.    I'm going to ask you for a
12 yes-or-no answer to my question. It's a simple
13 yes-or-no question. I'm going to ask it again.
14 I want a yes or a no. If you need to just
15 explain after, I'd be happy to ask you for an
16 explanation, but I'd like a yes or no, okay?
17 Do you understand that?
18    MS. McKEEN: Objection. What
19 you're demanding doesn't dictate what his
20 response needs to be. He may not think of it
21 as a yes-or-no question no matter how many
22 times you ask it that way.
23 BY MS. MILLER:
24    Q.    Mr. Ahlberg, can you testify
25 unequivocally that Funds within the TSA do not

---

**243**

1 have balances?
2    MS. McKEEN: Objection.
3    THE WITNESS: I do not think about
4 Funds as having balances within the TSA.
5 BY MS. MILLER:
6    Q.    Can you tell me why you can't give
7 me a yes-or-no answer to that question?
8    A.    I cannot give you a yes-or-no
9 answer to that question because that's not how
10 I think about Funds.
11    Q.    Mr. Ahlberg, have you ever looked
12 at the audited financial statements for the
13 Commonwealth?
14    A.    I have seen financial statements
15 of the Commonwealth.
16    Q.    Have you ever seen the audited
17 financial statements for the Commonwealth?
18    A.    I have seen audited financial
19 statements of the Commonwealth.
20    Q.    Did you review audited financial
21 statements of the Commonwealth in preparation
22 for your testimony today?
23    A.    I did review certain portions of
24 audited financial statements.
25    Q.    Okay. So what portions of the

---

**244**

1 audited financial statements did you review in
2 connection with your testimony today?
3    A.    Having reviewed hundreds of
4 documents in preparation for this deposition, I
5 can't recall the exact sections of audited
6 financial statements I may have reviewed.
7    Q.    What sections generally did you
8 review?
9    A.    I can't recall any specific
10 sections other than general review of the
11 document.
12    Q.    How did you look at the audited
13 financials?
14    A.    It would not be out of the
15 ordinary course of my daily job function to
16 occasionally look at audited financials.
17    Q.    I know. You told me that you
18 looked at them in connection with your
19 preparation for your deposition today, so I'm
20 asking do you -- why, in preparing for your
21 deposition today, did you look at the audited
22 financials for the Commonwealth?
23    A.    In order to prepare for the
24 deposition --
25    Q.    Okay.

---

**245**

1    A.    -- (indiscernible.)
2    Q.    Okay. And so in preparing for the
3 deposition, what did you think was going to be
4 relevant in the audited financial statement?
5    MS. McKEEN: I'll object to the
6 extent that, Mr. Ahlberg, you can -- you can
7 answer the question unless it would require you
8 to divulge communications that you had with
9 counsel. You can answer the question as long
10 as you're not revealing attorney-client
11 (indiscernible).
12    THE REPORTER: I'm sorry, "as long
13 as you're not"?
14    THE WITNESS: That said, would you
15 mind repeating the question?
16 BY MS. MILLER:
17    Q.    Sure. My question was:
18       And so in preparing for the
19 deposition, what did you think was going to be
20 relevant in the audited financial statement?
21    MS. McKEEN: Objection to the form
22 of the question.
23    THE WITNESS: I don't think I can
24 answer without revealing privileged
25 conversations.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

7 (Pages 246 to 249)

246

| | |
|---|---|
| 1 | BY MS. MILLER: |
| 2 | Q. Okay. So your testimony is that |
| 3 | you only looked at the audited financial |
| 4 | statement because your lawyers told you to; is |
| 5 | that right? |
| 6 | MS. McKEEN: Objection. |
| 7 | THE WITNESS: That's not what I |
| 8 | said. |
| 9 | BY MS. MILLER: |
| 10 | Q. Okay. Well, that's the only basis |
| 11 | to not answer the question. |
| 12 | So if you have other -- another |
| 13 | answer, I'm happy to take it now and ask the |
| 14 | question again. |
| 15 | MS. McKEEN: Objection. |
| 16 | Atara, he's given you an answer. |
| 17 | It's argumentative. |
| 18 | MS. MILLER: He really hasn't. |
| 19 | Actually, I don't think he's answered a single |
| 20 | question that I've asked him yet today, so I'm |
| 21 | doing to continue making my record,, and I'm |
| 22 | going to go to Judge Dein if I can't start |
| 23 | getting answers. So if you think this is how |
| 24 | we're going and you think that's an answer, we |
| 25 | will have to fight it out with the judge. No, |

247

| | |
|---|---|
| 1 | he has not given me an answer to my question. |
| 2 | MS. McKEEN: Atara, I -- |
| 3 | BY MS. MILLER: |
| 4 | Q. My -- my question is, |
| 5 | Mr. Ahlberg -- |
| 6 | MS. McKEEN: Atara, I was talking. |
| 7 | If you could not cut me off, that would be |
| 8 | great. I disagree with your characterization |
| 9 | of the record and the witness's testimony thus |
| 10 | far today. |
| 11 | BY MS. MILLER: |
| 12 | Q. Mr. Ahlberg, did you have any |
| 13 | independent reason other than your lawyers |
| 14 | telling you to look at the financial statements |
| 15 | to review the audited financial statements in |
| 16 | preparation for your deposition today? |
| 17 | A. No. But as I mentioned, I |
| 18 | occasionally review financial statements in the |
| 19 | ordinary course of my business. |
| 20 | Q. You reviewed them in connection |
| 21 | with your -- the preparation for your |
| 22 | deposition today, right? |
| 23 | A. Yes. |
| 24 | (Monolines Exhibit 19A and |
| 25 | Exhibit 19B are introduced for |

248

| | |
|---|---|
| | the record.) |
| 1 | BY MS. MILLER: |
| 2 | Q. Okay. I want to -- can we mark |
| 3 | the Commonwealth of Puerto Rico basic financial |
| 4 | statements that are required supplementary |
| 5 | information dated June 30, 2016, with |
| 6 | independent auditor's report thereon, which was |
| 7 | Bates-stamped COMMONWEALTH_STA 0010186. |
| 8 | And it's a large document, so |
| 9 | we're going to mark it as Monolines Exhibit 19A |
| 10 | and Exhibit 19B so that we can avoid some of |
| 11 | the system delay issues we had yesterday. |
| 12 | So it's just the document split. |
| 13 | 19A is up right now, or was up, and we'll have |
| 14 | 19B if you want to flip through more of it. |
| 15 | MS. MILLER: Kevin, can you put |
| 16 | 19A back up on the screen, please? |
| 17 | BY MS. MILLER: |
| 18 | Q. Mr. Ahlberg, while we are waiting |
| 19 | for the exhibit to get back up on the screen, |
| 20 | do Funds refer to specific portions of cash in the |
| 21 | TSA; isn't that right? |
| 22 | MS. McKEEN: Objection. |

249

| | |
|---|---|
| 1 | THE WITNESS: Can you repeat the |
| 2 | question? |
| 3 | BY MS. MILLER: |
| 4 | Q. Do Funds refer to specific |
| 5 | portions of cash in the TSA? |
| 6 | A. Depends on how you use the word |
| 7 | "Funds." |
| 8 | Q. Okay. Has the word "Fund," as |
| 9 | used in the Commonwealth accounting, does it |
| 10 | refer to specific portions of moneys in the |
| 11 | TSA? |
| 12 | MS. McKEEN: Objection. |
| 13 | THE WITNESS: Funds do not |
| 14 | identify cash balances within the TSA. |
| 15 | BY MS. MILLER: |
| 16 | Q. Okay. That wasn't my question. |
| 17 | My question is: |
| 18 | Are Funds associated with specific |
| 19 | amounts of money in the TSA? |
| 20 | MS. McKEEN: Objection. |
| 21 | That wasn't your question. If you |
| 22 | want to rephrase it, you can. |
| 23 | BY MS. MILLER: |
| 24 | Q. Can you answer that question? |
| 25 | A. Could you repeat it? |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

8 (Pages 250 to 253)

---

**250**

```
 1        Q.    Are Funds associated with          10:02:22
 2   particular amounts of money in the TSA?       10:02:25
 3        A.    Funds are not associated with cash 10:02:35
 4   balances within the TSA.                      10:02:37
 5        Q.    What are Funds associated with in  10:02:41
 6   the TSA?                                       10:02:42
 7        A.    Funds are used to record revenue.  10:02:59
 8        Q.    Revenues in the TSA, right?        10:03:07
 9        A.    Revenues that results in cash      10:03:07
10   receipts deposited into the TSA.              10:03:15
11        Q.    How is that different from what I  10:03:19
12   said?                                          10:03:21
13        MS. McKEEN:  Object to the form.          10:03:25
14        THE WITNESS:  An inherent                 10:03:29
15   difference between earned revenue and cash     10:03:31
16   receipts.                                       10:03:33
17   BY MS. MILLER:                                  10:03:33
18        Q.    All right.  So can there be cash    10:03:40
19   that's not also revenue?                       10:03:42
20        A.    The...                              10:03:58
21        Are you asking in the Commonwealth        10:04:10
22   if there exists noncash revenue streams?       10:04:12
23        Q.    No.  My question was the opposite.  10:04:17
24   My question is:                                 10:04:19
25        Is all cash also revenue?                 10:04:19
```

---

**251**

```
 1        A.    Not being a CPA, I'm not -- I       10:04:27
 2   don't know.                                     10:04:31
 3        Q.    Okay.  So you're prepared to be     10:04:31
 4   really specific about the difference between   10:04:33
 5   cash and revenue, because you're not a CPA, so 10:04:38
 6   you can't tell me whether there's cash that's  10:04:41
 7   not also revenue, right?                       10:04:44
 8        UNIDENTIFIED SPEAKER:  Objection.          10:04:48
 9        THE WITNESS:  I answered your              10:05:01
10   previous question.                             10:05:04
11        Is there another question?                10:05:04
12   BY MS. MILLER:                                 10:05:05
13        Q.    Yeah, that was my question.         10:05:06
14        My question was that you're               10:05:06
15   prepared to be very specific about the         10:05:09
16   difference between cash and revenue, but       10:05:09
17   because you're not a CPA, you can't tell me    10:05:10
18   whether there's cash that's not also revenue;  10:05:10
19   is that right?                                 10:05:18
20        UNIDENTIFIED SPEAKER:  Objection.          10:05:18
21        THE WITNESS:  I said what I said           10:05:26
22   in the previous answer.                        10:05:29
23   BY MS. MILLER:                                 10:05:29
24        Q.    So that's a yes?                    10:05:33
25        MS. McKEEN:  Objection.                    10:05:35
```

---

**252**

```
 1        THE WITNESS:  I said what I said.          10:05:39
 2   BY MS. MILLER:                                 10:05:44
 3        Q.    So Funds and Fund numbers do        10:05:45
 4   represent specific revenues into the TSA,      10:05:48
 5   right?                                          10:05:53
 6        A.    Fund numbers can be used to track   10:05:54
 7   earned revenues.                               10:05:56
 8        Q.    Okay.  And can earned revenues      10:05:59
 9   also result in cash in the TSA?                10:06:03
10        A.    Earned revenues -- earned revenues  10:06:13
11   that turn into cash receipts may -- may be     10:06:20
12   deposited into the TSA.                        10:06:26
13        Q.    And may be allocated to the same    10:06:26
14   Fund numbers, correct?                         10:06:30
15        MS. McKEEN:  Objection.                    10:06:31
16        THE WITNESS:  I don't think about          10:06:36
17   allocations of Fund numbers.  That doesn't make 10:06:38
18   sense to me.                                    10:06:41
19   BY MS. MILLER:                                  10:06:41
20        Q.    Okay.  It may be tagged with the    10:06:41
21   same Fund numbers, right?                       10:06:43
22        MS. McKEEN:  Objection.                    10:06:46
23        THE WITNESS:  Would you specify            10:06:48
24   when?                                           10:06:49
25
```

---

**253**

```
 1   BY MS. MILLER:                                 10:06:49
 2        Q.    No.                                  10:06:52
 3        Okay.  So the exhibit now, which          10:06:52
 4   is Monolines Exhibit 19A.  As I mentioned, 19B, 10:06:57
 5   Mr. Ahlberg, if you need to look at the second 10:07:01
 6   half in order to refer to any of my questions, 10:07:05
 7   it's available to you.  I believe it's         10:07:08
 8   submitted -- a submitted exhibit, although it's 10:07:10
 9   not currently part of what's being exhibited,   10:07:12
10   so you should have access to that as well.      10:07:14
11        Do you recognize this document?           10:07:16
12        A.    I recognize the cover page of this  10:07:28
13   document.                                       10:07:30
14        Q.    Okay.  And did you speak to anyone  10:07:33
15   at Treasury about this document in connection  10:07:35
16   with your deposition today?                    10:07:38
17        A.    No.                                  10:07:44
18        Q.    Okay.  I'd like to turn to the      10:07:45
19   next page of the exhibit, please.  And do you  10:07:50
20   see this document identifies that it was       10:08:17
21   prepared by the Puerto Rico Department of the  10:08:19
22   Treasury?  Do you see that?                    10:08:23
23        A.    I see that on the document.          10:08:26
24        Q.    You have no reason to dispute       10:08:29
25   that, do you?                                   10:08:32
```

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

9 (Pages 254 to 257)

---

**254**

1    A.   The document says what it says.   10:08:39

2    Q.  Is that a no, you have no reason   10:08:46

3 to dispute that?   10:08:46

4    MS. McKEEN:  Objection.   10:08:47

5    THE WITNESS:  The document says it   10:08:48

6 was prepared by Puerto Rico Department of   10:08:50

7 Treasury.   10:08:50

8 BY MS. MILLER:   10:08:52

9    Q.  And you have no basis to think   10:08:52

10 that that's not true, right?   10:08:54

11    A.   The document says what it says.   10:09:01

12    Q.  Okay.  But I'm asking you whether   10:09:03

13 you had any conversations with anybody at   10:09:05

14 Treasury about this document and they said,   10:09:07

15 "Oh, my God, have you seen the 2016 audited   10:09:10

16 financials?  Crazy that that went out.  We had   10:09:13

17 nothing to do with it.  I can't believe our   10:09:14

18 name's on it."   10:09:15

19    That's my question.   10:09:16

20    So when I ask you do you have any   10:09:17

21 basis to believe that that's not accurate,   10:09:19

22 that's what I'm asking.  Do you understand?   10:09:21

23    MS. McKEEN:  Objection to the form   10:09:24

24 of the question.   10:09:25

25

---

**255**

1 BY MS. MILLER:   10:09:30

2    Q.  So I'm going to ask my question   10:09:30

3 again.   10:09:32

4    Do you have any basis to believe   10:09:33

5 that this document was not prepared by the   10:09:34

6 Puerto Rico Department of Treasury?   10:09:37

7    A.   The document says it was prepared   10:09:39

8 by the Puerto Rico Department of Treasury.   10:09:41

9    Q.  And you have no independent basis   10:09:43

10 to believe that that is not true, right?   10:09:45

11    A.   The document says what it says.   10:09:51

12    Q.  Okay.  You won't say that you   10:09:53

13 don't have an independent basis to say that   10:09:55

14 this was not prepared by the -- by the   10:09:57

15 Puerto Rico Department of Treasury?   10:10:00

16    MS. McKEEN:  Objection to the form   10:10:05

17 of the question.   10:10:06

18 BY MS. MILLER:   10:10:08

19    Q.  Mr. Ahlberg, I don't need you to   10:10:09

20 testify to what the document says.  The   10:10:11

21 document speaks for itself.   10:10:13

22    I'm asking you for your testimony,   10:10:15

23 whether you have any reason to believe that   10:10:22

24 this document was not prepared by the   10:10:22

25 Puerto Rico Department of Treasury.  That's my   10:10:24

---

**256**

1 question.   10:10:26

2    Do you have any reason to believe   10:10:27

3 that this document was not prepared by the   10:10:28

4 Puerto Rico Department of Treasury?   10:10:31

5    A.   They're basic financial statements   10:10:37

6 and required supplementary information.  The   10:10:40

7 document shows it was prepared by the   10:10:44

8 Puerto Rico Department of Treasury.   10:10:46

9    Q.  And you have no reason to believe   10:10:47

10 that that's not true, right?   10:10:49

11    A.   That's what the document says.   10:10:54

12    Q.  So you're going to refuse to   10:10:55

13 answer that question?   10:10:58

14    MS. McKEEN:  Objection.   10:11:00

15 BY MS. MILLER:   10:11:09

16    Q.  That was a question, Mr. Ahlberg.   10:11:09

17 I'm asking you if you're refusing to testify   10:11:11

18 about whether you have any reason to believe   10:11:14

19 that this document was not prepared by the   10:11:15

20 Department of Treasury.   10:11:17

21    A.   The document says it was prepared   10:11:22

22 by the Department of Treasury.   10:11:26

23    Q.  Have you had any conversations   10:11:27

24 with anybody that would indicate that this   10:11:29

25 document was not in fact prepared by the   10:11:30

---

**257**

1 Department of Treasury?   10:11:32

2    A.   No.   10:11:40

3    Q.  Have you seen any document that   10:11:40

4 would indicate that this document was not in   10:11:42

5 fact prepared by the Puerto Rico Department of   10:11:45

6 Treasury?   10:11:52

7    A.   No.   10:11:52

8    Q.  So you have no independent reason   10:11:52

9 to believe that this document was not prepared   10:11:54

10 by the Department of Treasury, correct?   10:11:55

11    A.   Document says it was prepared by   10:12:00

12 Puerto Rico Department of Treasury.   10:12:02

13    Q.  I don't think you need a graduate   10:12:09

14 degree to understand my questions, so I'd   10:12:11

15 appreciate going forward, if you could just   10:12:14

16 answer them.  Thank you.   10:12:16

17    MS. McKEEN:  Objection.   10:12:20

18 BY MS. MILLER:   10:12:21

19    Q.  I'd like you to look at the next   10:12:21

20 page of the exhibit.  This is the table of   10:12:22

21 contents.  Have you seen the table of contents   10:12:25

22 to the audited financial statements?   10:12:35

23    A.   I don't recall typically viewing   10:12:35

24 the table of contents of these financial   10:12:38

25 statements previously.   10:12:41

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

10 (Pages 258 to 261)

---

**258**

1    Q.    Okay.  Looking at the financial    10:12:41
2    statements for the Commonwealth, do you see a    10:12:45
3    section called Basic Financial Statements?    10:12:47
4    It's the third line down listed in the    10:12:55
5    contents.    10:12:57
6         A.    I see where it says Basic    10:13:03
7    Financial Statements.    10:13:03
8         Q.    And three lines under that, it    10:13:03
9    says Fund Financial Statements.    10:13:05
10        Do you see that?    10:13:08
11        A.    I see that.    10:13:08
12        Q.    What's your understanding of what    10:13:09
13   Fund Financial Statements are?    10:13:12
14        A.    Not being a CPA, I don't know the    10:13:25
15   exact definition of Fund Financial Statements.    10:13:27
16        Q.    I'm just asking for your    10:13:29
17   understanding.    10:13:30
18        You mentioned that these    10:13:31
19   are -- this is a document you looked at in    10:13:33
20   connection with your preparation and also a    10:13:35
21   document that you looked at periodically in the    10:13:37
22   ordinary course of business.    10:13:38
23        So what is your understanding --    10:13:40
24   understanding that you're not a CPA, what is    10:13:42
25   your understanding of what Fund Financial    10:13:44

---

**259**

1    Statements are?    10:13:46
2         A.    My understanding of Fund Financial    10:14:00
3    Statements is that there will be financial    10:14:05
4    statements for Funds.    10:14:05
5         Q.    And when you say "for Funds," what    10:14:07
6    Funds are we talking about?    10:14:10
7         A.    Not being a CPA, I don't know the    10:14:21
8    exact Funds.    10:14:25
9         Q.    Okay.  Well, why does that require    10:14:28
10   being a CPA to answer?    10:14:30
11        A.    Not being a CPA, I think that    10:14:47
12   there are specific definitions for those terms    10:14:50
13   that I do not want to mischaracterize, not    10:14:55
14   being a CPA.    10:14:57
15        Q.    Okay.  So I understand that you're    10:14:59
16   not a CPA, and that's pretty clear on the    10:15:01
17   record so far.  So when I ask you questions,    10:15:04
18   it's all going to be based on your    10:15:07
19   understanding, which is recognizing that you    10:15:09
20   are not a CPA, okay?    10:15:10
21        So what's your understanding of    10:15:12
22   what Funds are included?    10:15:14
23        MS. McKEEN:  Objection to the form    10:15:23
24   of the question.    10:15:23
25        THE WITNESS:  Having reviewed    10:15:31

---

**260**

1    hundreds of documents in preparation for this    10:15:34
2    deposition, I don't have the Funds memorized.    10:15:36
3    BY MS. MILLER:    10:15:41
4         Q.    Do you know -- can you think of    10:15:41
5    any Fund?    10:15:45
6         A.    It depends on how you're using the    10:15:52
7    term "Funds."    10:15:56
8         Q.    Well, I'm asking how you    10:15:57
9    understand this term was used in these    10:15:59
10   financial statements.  Can you think of any    10:16:01
11   Fund?    10:16:07
12        A.    I can't think of any off the top    10:16:08
13   of my head, but I'm happy to flip to the Fund    10:16:10
14   section of this document with you.    10:16:10
15        Q.    Okay.  So going down a few lines    10:16:14
16   from Fund Financial Statements in the table of    10:16:20
17   contents, do you see about one, two,    10:16:20
18   three -- well, the next line talks about    10:16:26
19   Government Fund, and it goes through a number    10:16:29
20   of Funds that have Fund Financial Statements    10:16:31
21   contained within these audited financials.    10:16:34
22        Do you see that in the table of    10:16:37
23   contents?    10:16:38
24        A.    I see that.    10:16:38
25        Q.    Okay.  And so the -- I want you to    10:16:39

---

**261**

1    just look at the third entry.  It says:    10:16:43
2         Statement of revenue, expenditures    10:16:46
3    and changes in Fund balance.    10:16:49
4         Do you see that?    10:16:52
5         A.    Yes, I see it.    10:16:52
6         Q.    Do you have an understanding of    10:16:54
7    what "changes in Fund balance" means?    10:16:55
8         A.    Without reviewing page 40 of this    10:17:04
9    document, I can't say for certain.    10:17:08
10        Q.    Okay.  Do you have some basic    10:17:11
11   accounting knowledge?    10:17:13
12        A.    I do have some basic accounting    10:17:20
13   knowledge.    10:17:22
14        Q.    How many accounting classes have    10:17:23
15   you taken?    10:17:25
16        A.    I can't recall the exact amount of    10:17:29
17   accounting classes I've taken.    10:17:31
18        Q.    More than one?    10:17:33
19        A.    Yes.    10:17:33
20        Q.    More than two?    10:17:37
21        A.    Yes.    10:17:39
22        Q.    More than three?    10:17:41
23        A.    Yes.    10:17:46
24        Q.    More than four?    10:17:46
25        A.    Yes.    10:17:48

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

11 (Pages 262 to 265)

### 262

1  Q.    More than five?  10:17:49
2  A.    I think so, but I'm not positive.  10:17:56
3  As I mentioned, I can't recall the exact  10:17:59
4  amount.  10:18:00
5  Q.    Okay.  And so you've taken at  10:18:01
6  least five accounting courses; is that right?  10:18:03
7  A.    Yes.  10:18:10
8  Q.    And were all of those at post high  10:18:11
9  school level?  10:18:15
10  A.    Yes.  10:18:16
11  Q.    And were some of those part of the  10:18:17
12  MBA coursework that you did?  10:18:20
13  A.    No.  10:18:24
14  Q.    So you took at least five  10:18:26
15  accounting courses in college; is that right?  10:18:30
16  A.    Yes.  10:18:33
17  Q.    And does your job require you to  10:18:33
18  apply any basic accounting principles or have  10:18:38
19  familiarity with accounting principles?  10:18:41
20  A.    It is not a requirement to occupy  10:18:51
21  the position that I have.  10:18:55
22  Q.    I'm not asking if that's the job  10:18:56
23  description.  10:19:00
24  I'm asking about whether what you  10:19:00
25  do from day-to-day requires you to have general  10:19:04

### 263

1  familiarity with accounting.  How's that?  10:19:06
2  A.    And I have general familiarity  10:19:13
3  with accounting concepts.  I'm not certain that  10:19:13
4  my job requires that.  10:19:18
5  Q.    Did any of the courses that you  10:19:21
6  took on accounting touch on government  10:19:23
7  accounting?  10:19:25
8  A.    I did not take a specific  10:19:33
9  government accounting class.  10:19:40
10  Q.    Okay.  But you know that wasn't my  10:19:42
11  question.  So I'm going to ask you to answer my  10:19:44
12  question, which was:  10:19:46
13  Did any of the courses that you  10:19:47
14  took on accounting touch on government  10:19:48
15  accounting?  10:19:49
16  UNIDENTIFIED SPEAKER:  Objection.  10:19:55
17  THE WITNESS:  I can't recall a  10:19:57
18  specific context of every accounting class I  10:19:58
19  took.  10:20:01
20  BY MS. MILLER:  10:20:04
21  Q.    I didn't ask for a recitation of  10:20:05
22  the context of every course.  10:20:07
23  I'm asking you if you recall  10:20:08
24  whether any of the accounting courses that you  10:20:08
25  took covered government accounting as well.  10:20:10

### 264

1  MS. McKEEN:  Objection.  10:20:15
2  THE WITNESS:  I can't recall.  10:20:16
3  BY MS. MILLER:  10:20:19
4  Q.    Okay.  Have you taken any courses  10:20:19
5  while employed at Conway MacKenzie?  10:20:23
6  A.    Could you clarify what you mean by  10:20:35
7  "courses"?  10:20:35
8  Q.    Any classes, any continuing  10:20:38
9  education presentations, any formal college or  10:20:41
10  graduate degree classes; as broad a definition  10:20:45
11  of "courses" as you could apply.  10:20:52
12  A.    I took a course in preparation for  10:21:01
13  passing Part 1 of the ERA certification, but no  10:21:03
14  college courses while I have been employed by  10:21:11
15  Conway MacKenzie.  10:21:15
16  Q.    Okay.  Did you participate in any  10:21:16
17  presentations related to government accounting?  10:21:21
18  A.    Not to my recollection.  10:21:26
19  Q.    Have you read any books that  10:21:32
20  touched on government accounting specifically  10:21:33
21  for the purpose of understanding it?  10:21:38
22  A.    No.  10:21:41
23  Q.    Okay.  So looking back at  10:21:41
24  Exhibit 19A, which is still up on the screen,  10:21:43
25  did you speak to anybody within the Treasury  10:21:47

### 265

1  Department about what "changes in Fund  10:21:51
2  balances" mean?  10:21:56
3  MS. McKEEN:  Objection.  10:22:03
4  THE WITNESS:  No.  10:22:09
5  BY MS. MILLER:  10:22:09
6  Q.    Are you surprised to see statement  10:22:11
7  of revenue expenditures and changes in Fund  10:22:15
8  balances as an entry in the table of contents  10:22:17
9  of the Commonwealth financial statement?  10:22:23
10  A.    I'm not surprised one way or the  10:22:31
11  other.  10:22:37
12  Q.    Okay.  Even though you don't think  10:22:37
13  of Funds as having balances, you're not  10:22:41
14  surprised to see that in the Commonwealth  10:22:42
15  audited financials?  10:22:44
16  A.    I'm not surprised one way or the  10:22:49
17  other.  10:22:52
18  Q.    Okay.  Having seen this, do you  10:22:52
19  stand by your testimony that Funds don't have  10:22:56
20  balances?  10:22:58
21  UNIDENTIFIED SPEAKER:  Objection.  10:22:58
22  UNIDENTIFIED SPEAKER:  Object to  10:23:05
23  the form.  10:23:08
24  THE WITNESS:  I believe my  10:23:08
25  testimony is that I don't think about Funds  10:23:09

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

12 (Pages 266 to 269)

---

**266**

1    having balances within the TSA.
2    BY MS. MILLER:
3        Q.    Okay.  Mr. Ahlberg, does this tell
4    you that others within the Puerto Rico
5    Department of Treasury do think of Funds as
6    having balances?
7        MS. McKEEN:  Objection.
8        THE WITNESS:  Would you repeat the
9    question?
10       MS. MILLER:  Could the court
11   reporter read it back, please?
12       (Record read as requested.)
13       THE WITNESS:  It's unclear to me
14   what others may or may not think about Fund
15   balances based on this line of the table of
16   contents here.
17   BY MS. MILLER:
18       Q.    Okay.  Mr. Ahlberg, financial
19   statements are prepared to serve the public; is
20   that right?  Audited financial statements are
21   prepared for the public; is that right?
22       A.    Audited financial statements are
23   typically published and acceptable to the
24   public.
25       Q.    And these financial statements

---

**267**

1    that we're looking at, do you know who they
2    were audited by?
3        A.    Off the top of my head, I do not
4    recall who audited these financial statements.
5        Q.    Okay.  Well, could we move
6    two pages forward to the Bates ending 173?
7    Does this refresh your recollection about who
8    audited these financial statements?
9        MS. McKEEN:  Object to the form.
10       THE WITNESS:  I see that this is
11   an independent auditor's report with the KPMG
12   header on it.
13   BY MS. MILLER:
14       Q.    Mr. Ahlberg, did KPMG audit the
15   Commonwealth's 2016 financial statements?
16       A.    Yes.
17       Q.    In response to a question that I
18   asked previously, you said that your testimony
19   is that you don't think about Funds as having
20   balances within the TSA.  Do you recall that?
21       A.    Yes.
22       Q.    Do you think of Funds as having
23   balances other than within the TSA?
24       THE WITNESS:  Could the court
25   reporter read back that question, please?

---

**268**

1        (Record read as requested.)
2        THE WITNESS:  Okay.  Well, as I
3    mentioned, I don't think about Funds as having
4    balances within the TSA.
5    BY MS. MILLER:
6        Q.    All right.  So my question is do
7    you think of Funds as having balances other
8    than balances within the TSA?
9        MS. McKEEN:  Objection to the
10   form.
11       THE WITNESS:  Right.  And as I
12   said, I don't think about Funds having balances
13   within the TSA.
14   BY MS. MILLER:
15       Q.    Do you think of Funds as having
16   any other balances -- all right.  Okay.  Strike
17   that.  Let me rephrase.
18       Do you think of Funds as having a
19   balance other than a balance in the TSA?
20       MS. McKEEN:  Object to the form.
21   BY MS. MILLER:
22       Q.    Okay.  Let me rephrase it one more
23   time.
24       Do you think about Funds as having
25   a balance that is not a balance in the TSA?

---

**269**

1        A.    No.
2        Q.    Do you have an understanding at
3    all of what the Fund balances reflected in the
4    audited financial statements are?
5        A.    I do not know exactly what the
6    Fund balances shown in these financial
7    statements are.
8        Q.    All right.  And the very concept
9    of Fund balances is just disconsonant entirely
10   with your understanding of Funds; is that
11   right?
12       MS. McKEEN:  Object to the form.
13       THE WITNESS:  I don't think I
14   understood the question.
15   BY MS. MILLER:
16       Q.    My question is:
17       The very concept of Fund balances
18   is fundamentally inconsistent with your
19   understanding of Funds; is that right?
20       A.    That is right, in the
21   context that -- in my work that I do for the
22   Department of Treasury on a regular basis.
23       Q.    What about outside of the context
24   of the work that you do for the Department of
25   Treasury on a regular basis?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                        April 23, 2020

13 (Pages 270 to 273)

---

**270**

1      **A.**   **No.**                               10:30:24
2      **Q.**   Okay.  Do you have any       10:30:26
3  understanding of the term "valid" as it relates   10:30:29
4  to a Fund?                              10:30:35
5      **A.**   **I don't know the exact definition**  10:30:45
6  **there.**                             10:30:46
7      **Q.**   I'm asking you if you have an   10:30:52
8  understanding of the term "balance" as it     10:30:54
9  relates to a Fund.  I don't understand your    10:30:58
10 answer, so let me ask my question again.      10:31:00
11     Did you, Mr. Ahlberg, have a      10:31:03
12 personal understanding of the term "balances,"   10:31:05
13 as it relates to a Fund?                10:31:09
14     **A.**   **I just -- I don't think about**   10:31:19
15 **Funds having balances.**             10:31:21
16     **Q.**   So you're -- so in your mind    10:31:24
17 there's no place where the term "Fund" and the  10:31:27
18 term "balance" come together; is that right?    10:31:31
19     MS. McKEEN:  Objection.        10:31:35
20     THE WITNESS:  Is there an      10:31:58
21 outstanding question?               10:32:00
22 BY MS. MILLER:                   10:32:00
23     **Q.**   Yes, the outstanding question is:  10:32:02
24     In your mind there's no place     10:32:05
25 where the term "Fund" and the term "balance"   10:32:06

---

**271**

1  come together, right?                  10:32:12
2      MS. McKEEN:  Same objection.     10:32:12
3      THE WITNESS:  Not in the context    10:32:23
4  of the Flow of Funds which we have put together  10:32:23
5  and presented to you guys.           10:32:27
6  BY MS. MILLER:                   10:32:30
7      **Q.**   What about in any other context?  10:32:31
8      **A.**   **I don't know.**            10:32:37
9      **Q.**   You don't know what you think?   10:32:44
10     MS. McKEEN:  Objection.        10:32:46
11     Atara, did you want to rephrase    10:32:54
12 the question?                     10:32:56
13 BY MS. MILLER:                   10:32:56
14     **Q.**   Mr. Ahlberg, is there any place in  10:32:58
15 your mind where the term "Fund" and the term   10:33:03
16 "balance" come together?             10:33:03
17     MS. McKEEN:  Objection.        10:33:04
18     THE WITNESS:  I don't know.     10:33:26
19 BY MS. MILLER:                   10:33:46
20     **Q.**   Mr. Ahlberg, you're here     10:33:46
21 testifying on behalf of the Commonwealth; isn't  10:33:47
22 that right?                       10:33:51
23     **A.**   **Yes.**                    10:33:51
24     **Q.**   And this is the official testimony  10:33:55
25 of the Commonwealth that Funds don't have    10:33:57

---

**272**

1  balances?                            10:34:02
2      MS. McKEEN:  I'm going to object.   10:34:04
3  Mr. Ahlberg is here to testify on behalf of the  10:34:06
4  Commonwealth with respect to specifically    10:34:09
5  articulated topics, and I believe Mr. -- that,   10:34:10
6  along with all the questions you've asked today  10:34:15
7  are well outside the scope of those topics.  So  10:34:18
8  Mr. Ahlberg can answer your questions if he    10:34:21
9  knows the answer, but I don't believe the     10:34:24
10 question you just articulated is within the    10:34:26
11 scope of the topics that you identified or as   10:34:28
12 to which Mr. Ahlberg has been designated.    10:34:30
13 BY MS. MILLER:                   10:34:30
14     **Q.**   You can answer if you know.    10:34:33
15     MS. MILLER:  Liz, I honestly     10:34:37
16 cannot even think of a line of questioning that  10:34:40
17 is more directly relevant to the 30(b)(6)     10:34:40
18 deposition.  So I don't even understand the    10:34:43
19 basis for your commentary, but that's not an   10:34:45
20 issue for right now.                 10:34:47
21 BY MS. MILLER:                   10:34:47
22     **Q.**   My question to Mr. Ahlberg is:   10:34:49
23     Mr. Ahlberg, do you believe that    10:34:51
24 it is the Commonwealth's official position that  10:34:53
25 Funds do not have balances?           10:34:55

---

**273**

1      MS. McKEEN:  Same objection.  I    10:34:58
2  appreciate your disagreement, but I'm going to   10:34:59
3  continue to make whatever objections I think   10:35:01
4  are appropriate.                    10:35:03
5  BY MS. MILLER:                   10:35:03
6      **Q.**   You can answer.          10:35:11
7      **A.**   **I don't know.**            10:35:21
8      **Q.**   Did you speak to anybody within   10:35:32
9  Treasury in preparation for your deposition   10:35:36
10 today about Fund balances?           10:35:38
11     **A.**   **No.**                    10:35:45
12     MS. MILLER:  I'd like to pull up    10:35:59
13 the next exhibit, please.            10:36:00
14 BY MS. MILLER:                   10:36:00
15     **Q.**   Mr. Ahlberg, you testified     10:36:02
16 yesterday that for the last year plus, you've   10:36:03
17 been involved in preparing -- in assisting with  10:36:06
18 preparing the weekly cash flow reports.  Do you  10:36:09
19 recall that?                      10:36:11
20     **A.**   **Yes.**                    10:36:16
21     **Q.**   So if we could pull up an example  10:36:18
22 of the weekly cash flow report and mark it as   10:36:22
23 Exhibit 20, please.                 10:36:25
24
25

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

14 (Pages 274 to 277)

---

**274**

1    (Monolines Exhibit 20 is
2    introduced for the record.)
3    BY MS. MILLER:
4        Q.    Do you know, Mr. Ahlberg, before
5    we look at this, whether it is the official
6    position of the Highway Transportation
7    Authority that there are no Fund balances?
8        MS. McKEEN:  Same objection as
9    before.
10    THE WITNESS:  I don't know.
11    BY MS. MILLER:
12        Q.    Okay.  Great.  So you have in
13    front of you a document that's been marked as
14    Monolines Exhibit 20.  Do you see that?
15        A.    I see the document.
16        Q.    Is this a document that you
17    recognize?
18        A.    Yes.
19        Q.    Is this a document that you
20    assisted in preparing?
21        A.    Me personally, no.
22        Q.    Okay.  Well, can you give me an
23    example, because I'd like to put in front of
24    you a document that you did personally prepare.
25        So can you give me an example of a

---

**275**

1    weekly cash flow report that you assisted in
2    preparing that you testified about on Tuesday
3    that I can pull up as an exhibit for you?
4        A.    I did provide the review of this
5    document.  I did not -- I did not prepare the
6    document.
7        Q.    Okay.  So people who report to you
8    prepared this document?
9        A.    Correct.
10        Q.    And did you have responsibility
11    for reviewing the contents?
12        A.    Yes, I had certain review
13    responsibilities with respect to this report.
14        Q.    Okay.  What are your --
15        (Simultaneous speaking.)
16    UNIDENTIFIED SPEAKER:
17    (Indiscernible) is not appearing on my screen.
18    BY MS. MILLER:
19        Q.    Okay.  Does any -- Mr. Ahlberg,
20    can you see the document?
21        A.    Yes.
22        Q.    Okay.
23    MS. MILLER:  And Ms. McKeen, can
24    you see it?
25    MS. McKEEN:  I can.  Thank you.

---

**276**

1    MS. MILLER:  Okay.  So I'll put on
2    the record, and maybe you can pull it up online
3    for those who can't see it.  It's publicly
4    available on the AAFAF website.  It is the
5    Treasury Single Account Fiscal Year 2020 Cash
6    Flow as of April 10, 2020.
7        It's for ease for people pulling
8    it up, it's the most recent cash flow that was
9    published, so it should be the first link.
10    BY MS. MILLER:
11        Q.    Mr. Ahlberg, I think the question
12    that was pending was what are your review
13    responsibilities in connection with this
14    document?
15        A.    My review responsibilities with
16    respect to this document generally involve
17    making sure that the numbers in this document
18    agree to the numbers of the Department of
19    Treasury.
20        Q.    Okay.  And are there any numbers
21    in this document, specifically, when you say
22    "the numbers in this document," or generally
23    all of them?
24        A.    Generally all of them.
25        Q.    Okay.  And what documents do you

---

**277**

1    look at to confirm that they align with numbers
2    in the Department of Treasury?
3        A.    There's several -- several
4    documents that go into this report.  Treasury
5    has maintained an internal cash flow, internal
6    daily cash flow.  That would be my main source
7    of review with this report, ensuring that this
8    report tied to the internal daily cash flow
9    utilized by the Treasury team.
10        Q.    Does the internal daily cash flow
11    include Fund designation?
12        A.    No.
13        Q.    Okay.  Let me take a step back.
14        Can you generally describe what
15    this document is for me?
16        A.    Generally this document will show
17    cash inflows and outflow from the TSA.
18        Q.    Okay.  And so this is explicitly
19    focused on moneys within the TSA; is that
20    right?
21        A.    Correct.  Moneys that flow in or
22    out of the TSA.
23        Q.    Okay.  And if you look at page 8
24    of the document, if we could turn that so we
25    don't have to turn our heads.  There we go.  Is

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

15 (Pages 278 to 281)

---

**278**

1  this a page from within the report that you       10:42:19
2  recognize?                                        10:42:21
3      A.   Yes.                                     10:42:23
4      Q.   And what is this page?                   10:42:23
5      A.   The TSA cash flow actual results         10:42:30
6  for the week ended April 10, 2020.                10:42:33
7      Q.   Okay.  And do you see that               10:42:39
8  within -- under State Collections, it was         10:42:39
9  General Fund Collections.  Do you see that?       10:42:56
10     A.   Yes.                                     10:43:00
11     Q.   And then it also lists non-General       10:43:04
12 Fund passthrough collections.  Do you see that?   10:43:04
13     A.   Yes, I see that.                         10:43:11
14     Q.   How are non-General Fund                 10:43:12
15 pass-through collections identified in the TSA?   10:43:15
16     A.   Could we please flip to page 10?         10:43:38
17 I just want to be sure that I have the right      10:43:38
18 line item.                                        10:43:40
19     Q.   I think you could actually control       10:43:46
20 the document if you want to.                      10:43:48
21     A.   I cannot right now.  I think             10:43:50
22 somebody needs to give me that control.           10:43:52
23     Q.   We're on page 10.  We're going to        10:43:56
24 rotate it and then give you that control so       10:43:56
25 that you can look at whatever.                     10:43:58

---

**279**

1      A.   Okay.  Just the (indiscernible).         10:44:01
2  That's right.                                     10:44:01
3           Could you repeat your question?          10:44:08
4      Q.   My question is:                          10:44:50
5           How are non-General Fund                 10:44:52
6  pass-through collections identified within the    10:44:53
7  TSA?                                              10:44:56
8      A.   Non-General Fund pass-through            10:45:20
9  collections are understood by concept at the     10:45:28
10 sweep account level and the detail by concept.    10:45:31
11 And by "concept," I mean by the lines that you    10:45:37
12 see under non-GF pass-throughs on this page.      10:45:39
13 That information by concept detail is obtained    10:45:45
14 from data from the sweep accounts.               10:45:50
15     Q.   Why is it broken out in a                10:46:00
16 reporting of cash within the TSA?                 10:46:02
17     A.   This separates cash inflows.  It         10:46:16
18 does not opine on cash within the TSA.           10:46:26
19     Q.   Do you have an understanding of          10:46:31
20 what the term "pass-through" means?               10:46:31
21     A.   Pass-through means pass-through.         10:46:45
22     Q.   Is there any other way you could         10:46:57
23 describe it?                                      10:46:59
24     A.   Another way to describe the              10:47:29
25 general phrase "pass-through"?                    10:47:31

---

**280**

1      Q.   As it's used on page 11 of this          10:47:35
2  document.                                         10:47:37
3      A.   As it's used on this page of the         10:47:43
4  document, first to non-General Fund collections  10:47:47
5  that either historically or currently pass       10:47:53
6  through the list.                                 10:48:02
7      Q.   And so you used the word                 10:48:02
8  "pass-through" in your definition when I asked    10:48:07
9  you if there was another way to describe it.      10:48:07
10          And is that because "pass-through"       10:48:09
11 is sort of a self-explanatory, clear phrase in    10:48:11
12 your mind?                                        10:48:11
13          UNIDENTIFIED SPEAKER:  Objection.        10:48:20
14          THE WITNESS:  No.                        10:48:20
15 BY MS. MILLER:                                    10:48:23
16     Q.   Okay.  So is there another way           10:48:23
17 that you can explain pass-through other than by   10:48:28
18 using the word "pass-through"?                    10:48:31
19     A.   If you're just asking for the            10:48:36
20 general way for first pass-through without        10:48:48
21 saying "pass-through," that's a different         10:48:51
22 question than -- is -- is that your question?     10:48:51
23     Q.   That's my question, yes.                 10:48:56
24     A.   Minimally, pass-through means what       10:49:13
25 it means.                                         10:49:15

---

**281**

1      Q.   Okay.  And then going back to            10:49:16
2  page 8, the next line is Other Special Revenue    10:49:27
3  Fund Collection.  Do you see that?               10:49:43
4      A.   Yes.                                     10:49:45
5      Q.   What are Other Special Revenue           10:49:53
6  Funds?                                            10:50:05
7      A.   Other Special Revenue Funds              10:50:05
8  Collections on this document refers to what is    10:50:10
9  referred to in Treasury as agency collections.   10:50:10
10     Q.   Okay.  And then going down, the          10:50:19
11 next section is Federal Fund Receipts.  Do you    10:50:27
12 see that?                                         10:50:31
13     A.   Yes, I see that.                         10:50:31
14     Q.   And do you have an understanding         10:50:32
15 of what Federal Fund receipts are?               10:50:33
16     A.   Yes.                                     10:50:35
17     Q.   And what are they?                       10:50:38
18     A.   In general, it is cash received         10:50:42
19 from federal government entities.                10:50:44
20     Q.   And are -- are federal funds so          10:50:51
21 designated within the TSA?                        10:50:56
22          UNIDENTIFIED SPEAKER:  Objection.
23          THE WITNESS:  I'm -- I'm not sure
24 I understood the question.  Would you repeat
25 it?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

16 (Pages 282 to 285)

---

**282**

1  BY MS. MILLER:
2     Q.   Let me ask this:
3        Can the Commonwealth send funds,
4  federal funds that it receives from Medicaid on
5  anything other than Medicaid?
6       MS. McKEEN:  Objection, outside
7  the scope.
8       You can answer if you know.
9       THE WITNESS:  Yeah.  I'm not an
10  attorney.  I don't -- I don't know all the uses
11  for Medicaid receipts.
12  BY MS. MILLER:              10:52:07
13     Q.   Okay.  So do you think it requires  10:52:07
14  an attorney to know all the uses?         10:52:07
15       MS. McKEEN:  Objection, Atara.   10:52:07
16  You could use a better example.         10:52:07
17  BY MS. MILLER:              10:52:07
18     Q.   How do you -- how are federal  10:52:07
19  funds identified to be listed in these separate  10:52:10
20  buckets within this TSA cash flow report?  10:52:12
21       MS. MILLER:  Oh, I think we have  10:52:21
22  to pause for a minute.  Oh, no --      10:52:24
23       THE REPORTER:  No, this is the  10:52:33
24  court reporter.
25       MS. MILLER:  Are you -- is the

---

**283**

1  court reporter okay for us to proceed?  I
2  believe the answer is yes.
3       THE REPORTER:  Yes, it's okay --
4  it's okay to proceed.  I'm back in.  Thank you.  10:52:33
5       MS. MILLER:  Thank you.      10:52:33
6       MR. NATBONY:  Just to let you   10:52:56
7  know, this is Bill Natbony.  There is a large  10:52:58
8  delay that at least I'm experiencing, something  10:53:00
9  like five or six minutes in both the chat room  10:53:02
10  and in the -- hearing the testimony.     10:53:05
11       MS. MILLER:  I wonder if now might  10:53:14
12  be -- yeah, I also have a few seconds.  I'm  10:53:16
13  wondering if now might be a good time to take a  10:53:18
14  quick break and maybe let everybody log out and  10:53:21
15  get back in.  Let's see if that helps.   10:53:25
16       THE REPORTER:  This is the court
17  reporter -- this is the court reporter.  I know
18  Henderson said that Live Litigation is
19  monitoring, so I'll give them a quick call, if
20  we want to take a break, and make -- have Live
21  Litigation get involved immediately and see if
22  they can straighten this out.         10:53:50
23       UNIDENTIFIED SPEAKER:  Yeah, I did  10:53:50
24  log in and log out.  It did not help.    10:53:51
25       MS. MILLER:  Did not help.  Okay.  10:53:53

---

**284**

1       MS. McKEEN:  We're fine to go off  10:53:55
2  the record as far as a break.  It's as good a  10:53:57
3  time as any.               10:53:59
4       MS. MILLER:  Okay.  So let's go  10:54:00
5  off the record.  Let's take a 5-minute break,  10:54:01
6  back at 11 Central.           10:54:03
7       MS. McKEEN:  Atara --      10:54:06
8       THE VIDEOGRAPHER:  We are off the  10:54:06
9  record at 10:54 a.m.           10:54:10
10       (Recess taken.)         10:57:17
11       THE VIDEOGRAPHER:  We are back on  11:13:11
12  the record at 11:13a.m.         11:13:13
13  BY MS. MILLER:              11:13:16
14     Q.   So we were looking at Exhibit 20  11:13:18
15  before the break, and I was asking you about  11:13:21
16  the federal funds receipt.  Do you recall that?  11:13:24
17     A.   Yes.             11:13:29
18     Q.   And my question is:     11:13:29
19        How are federal funds designated  11:13:30
20  within the TSA?            11:13:34
21     A.   It requires a manual exercise  11:13:39
22  performed by Treasury team daily to review the  11:13:46
23  TSA operational account bank statements and  11:13:51
24  identify transfers from known federal    11:13:53
25  government entities and identifying those   11:13:59

---

**285**

1  transfers as such in their internal daily cash  11:14:09
2  flow workbook that I referenced before.   11:14:11
3     Q.   Okay.  And is a particular Federal  11:14:13
4  Fund identified within that internal daily   11:14:16
5  workbook?              11:14:18
6     A.   No.            11:14:21
7     Q.   Okay.  So how are the Funds  11:14:21
8  tracked once inside the TSA?       11:14:27
9     A.   The receipt of this cash is  11:14:36
10  tracked, as I mentioned.        11:14:40
11     Q.   Is the outflow of those federal  11:14:42
12  funds also tracked?          11:14:46
13     A.   Outflows of federal funds are  11:14:52
14  tracked.             11:14:56
15     Q.   How are they tracked?    11:14:57
16     A.   Depends on the nature of the  11:15:01
17  outflow.              11:15:02
18     Q.   Can you give me an example?  11:15:05
19     A.   For example, in outflow, for  11:15:11
20  example, in line 18 on this report, where it  11:15:18
21  says "Federal Fund," under Payroll and Related  11:15:22
22  Costs, that would require synthesis of the  11:15:25
23  biweekly payroll registers that we review in  11:15:34
24  which there would be a Fund designation, a   11:15:38
25  Fund-type designation.         11:15:43

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

17 (Pages 286 to 289)

---

**286**

1  Q.   Are there other outflows that have       11:15:53
2  Fund-type designations?                       11:13:55
3       MS. McKEEN:  Objection.                   11:16:02
4       THE WITNESS:  Yes.                        11:16:06
5  BY MS. MILLER:                                 11:16:06
6  Q.   What other outflows have Fund-type        11:16:08
7  designations?                                  11:16:12
8  A.   Cash outflows to suppliers, which         11:16:19
9  in this report would be captured in line 22    11:16:27
10 under Vendor Disbursements, Federal fund.      11:16:38
11 Q.   And are the outflows designated           11:16:46
12 with the same Fund identifier as the inflows?  11:16:50
13 A.   I don't know.  We have never done          11:17:18
14 that exercise.                                 11:17:19
15 Q.   When you say "we," who do you             11:17:21
16 mean?"                                         11:17:28
17 A.   Treasury.                                 11:17:28
18 Q.   What exercise are you referring to        11:17:29
19 that you've never -- that Treasury has never   11:17:30
20 done?                                          11:17:34
21 A.   I believe that was any kind of            11:17:53
22 matching federal fund inflows by Fund number on 11:17:55
23 Type 2 with their corresponding outflows, which 11:18:06
24 may appear throughout this document in various  11:18:10
25 line items.                                    11:18:13

---

**287**

1  Q.   My question is whether the               11:18:14
2  outflows are designated on the Commonwealth's  11:18:15
3  internal accounting documents with the same    11:18:15
4  Fund number as the corresponding inflow.       11:18:20
5  A.   And, again, matching specific            11:18:36
6  Fund, Fund ID numbers would not be an exercise 11:18:42
7  that would be required to put together this    11:18:45
8  report here.                                   11:18:47
9  Q.   I didn't ask about mapping, so I'm       11:18:48
10 going to ask my question for a third time, and 11:18:51
11 I'm going to ask you to listen to it carefully, 11:18:53
12 okay?  The question is quite narrow:           11:18:56
13      Are the outflows designated on the        11:19:00
14 Commonwealth's internal accounting documents   11:19:04
15 with the same Fund number as the corresponding 11:19:06
16 inflows for the federal fund example that you  11:19:09
17 provided?                                      11:19:15
18      MS. McKEEN:  Asked and answered,          11:19:16
19 objection.                                     11:19:17
20      THE WITNESS:  We were speaking            11:19:24
21 generally about line items.                    11:19:27
22 BY MS. MILLER:                                 11:19:36
23 Q.   Was that an answer to my question?       11:19:36
24 A.   Yes.                                      11:19:41
25 Q.   I don't understand it.                   11:19:44

---

**288**

1       So can you explain how that's            11:19:45
2  responsive to the question that I asked about  11:19:46
3  whether federal fund inflows and corresponding 11:19:48
4  outflows are designated on Commonwealth        11:19:52
5  accounting documents with the same Fund number? 11:19:54
6       MS. McKEEN:  Objection.                   11:20:01
7       THE WITNESS:  Outflows on the TSA         11:20:32
8  that are identified as federal fund outflows   11:20:35
9  would be tagged with a Fund number that would  11:20:40
10 be the same universe of Fund numbers that would 11:20:45
11 be used within the accounting system to record 11:20:50
12 federal fund revenue.                          11:20:54
13 BY MS. MILLER:                                 11:20:54
14 Q.   What do you mean by "the same            11:20:57
15 universe"?                                     11:21:00
16 A.   Same list of Fund numbers.               11:21:03
17 Q.   Do you know whether that's true         11:21:08
18 for Fund 278 revenues?                         11:21:10
19 A.   Do I know whether what is true for       11:21:23
20 Fund 278 revenues?                             11:21:23
21 Q.   Whether outflows of                      11:21:25
22 Fund 278 revenues are similarly tagged with    11:21:28
23 Fund 278.                                      11:21:32
24      UNIDENTIFIED SPEAKER:  Objection.         11:21:33
25      THE WITNESS:  I believe we looked         11:21:50

---

**289**

1  at vouchers together on Tuesday of transfers   11:21:50
2  from the TSA to HTA in which Fund Number 278   11:21:56
3  was included on those vouchers.                11:22:02
4  BY MS. MILLER:                                 11:22:02
5  Q.   So Fund 278 is designated on both       11:22:10
6  inflows and outflows from the TSA with respect 11:22:12
7  to revenues therein, correct?                  11:22:15
8       MS. McKEEN:  Objection.                   11:22:20
9       THE WITNESS:  No, the outflows           11:22:29
10 would show Fund 278 as being the source of     11:22:32
11 those -- source revenues for a transfer or     11:22:37
12 outflow.                                       11:22:40
13 BY MS. MILLER:                                 11:22:40
14 Q.   So outflows of Fund 278 revenues        11:22:48
15 would identify Fund 278 as the source of the   11:22:50
16 revenue for that outflow; is that correct?     11:22:54
17 A.   I don't know if that's correct the       11:23:03
18 way you phrased the question, but outflows to  11:23:05
19 HTA that were -- that the funding source was   11:23:08
20 revenue earned under 278, that transfer would  11:23:12
21 show that the revenue source for that transfer 11:23:15
22 was Fund 278 revenue.                          11:23:17
23 Q.   Okay.  I think we can put this          11:23:28
24 exhibit to the side.                           11:23:30
25      I'm going to turn now,                    11:23:47

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

18 (Pages 290 to 293)

**290**

Mr. Ahlberg, to asking you some questions about PRIFA, okay?

A.    Okay.

Q.    Just before I do that, one last question.

What about outflows of revenues from Fund 278 to a source other than HTA, would they also be tagged with Fund 278 as the -- sorry -- would they also identify Fund 278 as the source of the revenue?

A.    Could you repeat the question all together, not broken up?

Q.    Sure.  If there were outflows to an entity other than HTA that the funding source was revenue earned under 278, would that transfer also show the revenue source for the transfer of Fund 278?

A.    I'm not certain how to answer that hypothetical question, but I've seen no outflows to other entities other than HTA that identified the revenue source of Fund 278.

Q.    Okay.  So you're not certain whether they exist or not?

A.    Whether what exists or not?

Q.    Whether there are, in fact,

**291**

transfers to entities other than HTA that identify a revenue source for Fund 278.

A.    I've seen no evidence of any transfers to entities that would have used Fund source 278 as the revenue source for that transfer.

Q.    When I say "PRIFA," you understand that I'm referring to the Puerto Rico Infrastructure Financing Authority, correct?

A.    Yeah.

Q.    And you're here testifying as a representative of PRIFA, correct?

A.    Yes.

Q.    Okay.  And I think you -- let me ask:

In connection with the work that you do, other than this deposition for the Commonwealth, do you have any responsibilities that relate to PRIFA?

A.    No.

Q.    You mentioned yesterday that you spoke to someone named Sylvia in connection with preparing for your deposition today related to PRIFA; is that correct?

A.    Yes.

**292**

Q.    And were you referring to Sylvia Lopez Jorge?

A.    I think that's her full name.

Q.    Do you know what her position is? Let me ask.  Is she employed at PRIFA?

A.    Yes.

Q.    Do you know what her position is at PRIFA?

A.    I don't know what her exact title is, but I know that she's a manager over a lot of PRIFA.

Q.    Okay.  Do you know whether she's an accountant?

A.    I know that generally she's a manager in the finance and accounting department.  I don't know her exact title or the way that she exactly considers her professional occupation.

Q.    Okay.  She's in the finance and accounting department; is that right?

A.    Yes.

Q.    Okay.  Do you know if she's a CPA?

A.    I'm not -- I don't know if she's a CPA or not.

Q.    Okay.  And have you spoken to her

**293**

other than in preparation -- have you ever spoken to her other than in preparation for your deposition?

A.    No.

Q.    And what did you talk to her about?

A.    I would -- we talked about anything that would help put together the Flow of Funds presentation that was provided to you guys in order to understand Flow of Funds during the relevant time period.

Q.    And did you call her with specific questions?

A.    When we spoke, sometimes I would have questions to ask her.

Q.    How many times did you speak to her?

A.    I can't recall the exact amount of times that I spoke with her.  I would estimate about two to three times per week for two to three weeks.

Q.    Okay.  Did she provide you with documents that helped you in preparing the Flow of Funds?

A.    Yes.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

19 (Pages 294 to 297)

**294**

1    Q.    And did you prepare the initial                    11:29:54
2  Flow of Funds or did somebody else do it?                  11:30:00
3    A.    It was a collaborative effort.                     11:30:04
4    Q.    And who were you collaborating                     11:30:07
5  with?                                                      11:30:10
6    A.    Me, Sylvia, I mentioned, and then                  11:30:13
7  Treasury Department, Jeira Belén plus Hector               11:30:18
8  Gomez.                                                     11:30:26
9    Q.    Anybody else?                                      11:30:26
10   A.    Not that I can recall                              11:30:29
11  specifically.                                             11:30:32
12   Q.    Were there any lawyers involved in                 11:30:32
13  that?                                                     11:30:34
14   A.    Yes.                                               11:30:34
15   Q.    And which lawyers?                                 11:30:36
16   A.    Attorneys representing O'Melveny &                 11:30:44
17  Myers, Marini, AAFAF or Proskauer.                        11:30:48
18   Q.    Okay. I missed what you said                       11:30:57
19  before Proskauer.                                         11:30:59
20   A.    Marini I think is the name of the                  11:31:00
21  law firm.                                                 11:31:04
22   Q.    So you mentioned O'Melveny, Marini                 11:31:04
23  and Proskauer; is that right?                             11:31:09
24   A.    Yes.                                               11:31:13
25   Q.    Okay. Have you reviewed any of                     11:31:13

**295**

1  the legal briefs that were submitted to the               11:31:22
2  Court in connection with this litigation?                 11:31:24
3    A.    I have seen some of that                           11:31:33
4  information.                                               11:31:35
5    Q.    Okay. And what do you recall                       11:31:37
6  seeing?                                                    11:31:39
7    A.    I don't recall specific --                         11:31:44
8  specific documents.                                       11:31:46
9    Q.    Do you remember seeing any                         11:31:49
10  oversight for briefs in opposition to the                 11:31:52
11  motion?                                                   11:31:55
12   A.    I think so, but without the                        11:32:03
13  document in front of me, it's hard to recall.             11:32:04
14   Q.    Okay. Do you know if you read it?                  11:32:07
15   A.    Without the document in front of                   11:32:14
16  me, it's hard to recall.                                  11:32:17
17   Q.    Did you read any legal briefs that                 11:32:18
18  were submitted to the Court in connection with            11:32:21
19  this litigation?                                          11:32:23
20   A.    I've seen hundreds of documents.                   11:32:28
21  I just can't recall the specific documents that           11:32:31
22  I reviewed.                                               11:32:34
23   Q.    Could that be if you've read any                   11:32:35
24  legal briefs -- you don't remember one way or             11:32:39
25  another if you've read any legal briefs that              11:32:43

**296**

1  identified what the key issues in this                    11:32:43
2  litigation are?                                           11:32:48
3    MS. McKEEN: Asked and answered.                         11:32:48
4    MS. MILLER: Well, I got the stock                       11:32:49
5  answer that "I reviewed hundreds of documents."           11:32:50
6  That's not an answer. The answer is yes or no             11:32:52
7  to "Did you review it?"                                   11:32:55
8    MS. McKEEN: Let's be clear. He                          11:32:56
9  told you he didn't remember. If you want to               11:32:58
10  ask him ten different ways, I don't know why              11:33:00
11  you're expecting a different answer. If you               11:33:02
12  want to keep going, you can, but it's a waste             11:33:05
13  of time. He told you he did not remember.                11:33:07
14  It's not a stock answer if he does not remember          11:33:11
15  something, Atara.                                         11:33:13
16   MS. MILLER: I have a feeling                             11:33:13
17  somebody suggested to him that anytime someone           11:33:17
18  asks about a document he testifies that he's             11:33:18
19  reviewed hundreds of documents and can't                 11:33:20
20  possibly remember the single document I'm                11:33:22
21  asking about.                                            11:33:23
22  BY MS. MILLER:                                           11:33:24
23   Q.    Mr. Ahlberg, did you review legal                 11:33:25
24  briefs submitted in this litigation?                     11:33:29
25   MS. McKEEN: Stop. I'm going --                          11:33:30

**297**

1    MS. MILLER: You're not                                  11:33:32
2  interrupting me. There's a question pending.              11:33:33
3  The witness is going to answer the question.              11:33:35
4  If you have an objection, you can state                   11:33:38
5  "objection" without speaking.                             11:33:40
6    MS. McKEEN: Atara, respectfully,                        11:33:41
7  I'm going to say what I am going to say, and              11:33:45
8  you can't stop me. I don't --                             11:33:47
9    MS. MILLER: No. There are rules                         11:33:49
10  that govern it. You can't just put speaking              11:33:50
11  objections on the record. This is my                     11:33:52
12  deposition, not yours. You can defend, you can           11:33:54
13  say "objection." I'm not letting you put a               11:33:56
14  speech on the record right now.                          11:33:59
15   MS. McKEEN: I'm responding to                            11:34:00
16  your suggestion that the witness was coached to          11:34:02
17  say that I don't appreciate it, and I would              11:34:04
18  appreciate it if you would conduct yourself in           11:34:06
19  a more courteous and professional manner, both          11:34:08
20  to me and to the witness, who's given you a lot          11:34:12
21  of his time.                                             11:34:14
22    So if you would like to ask him                        11:34:14
23  yet a fourth time if he recalls reading briefs,          11:34:15
24  you can. I object to that. Go ahead.                     11:34:16
25

Henderson Legal Services, Inc.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

---

298

1  BY MS. MILLER:                                    11:34:18
2      Q.    Mr. Ahlberg, do you recall reading       11:34:21
3  any of the legal briefs in connection with this    11:34:22
4  matter?                                            11:34:26
5      A.    I have read various legal briefs.        11:34:27
6  I can't recall specifically which ones without     11:34:31
7  having the documents in front of me.               11:34:34
8      Q.    Okay.  Thank you.                        11:34:37
9           MS. MILLER:  I'd like to mark as          11:34:47
10  an exhibit tab 1102.                               11:34:49
11          (Monolines Exhibit 21 is                   11:34:49
12           introduced for the record.)               11:35:01
13  BY MS. MILLER:                                     11:35:01
14      Q.    Mr. Ahlberg, did you review the          11:35:02
15  PRIFA Enabling Act in connection with your         11:35:05
16  testimony today?                                   11:35:08
17      A.    I did not review the PRIFA               11:35:12
18  Enabling Act.                                      11:35:17
19      Q.    All right.  Do you have a general        11:35:17
20  understanding of the requirements under the        11:35:20
21  PRIFA Enabling Act to deposit certain moneys       11:35:25
22  into particular accounts?                          11:35:25
23          MS. McKEEN:  Objection.                    11:35:28
24          THE WITNESS:  I am aware that the          11:35:34
25  PRIFA Enabling Act has certain information         11:35:36

---

299

1  about moneys in accounts, as you mentioned.        11:35:40
2  BY MS. MILLER:                                     11:35:40
3      Q.    Okay.  I'd like to turn to              11:35:44
4  Section 1914, if we could.                         11:35:49
5           Let me ask you while we are               11:36:18
6  getting to it, because it's about 25 pages in,     11:36:18
7  so it might take a while.  We're going page by     11:36:22
8  page here.                                         11:36:25
9           Do you have an understanding of           11:36:28
10  what a special deposit is as used by the           11:36:28
11  Commonwealth?                                      11:36:33
12      A.    As used by the Commonwealth in          11:36:45
13  what context?                                      11:36:48
14      Q.    Well, now you have Section 1914 up      11:36:50
15  in front of you, and it's titled Special          11:36:53
16  Deposit, and my question is if you have an         11:36:56
17  understanding within the Commonwealth,             11:37:00
18  accounting or otherwise, what a special deposit    11:37:02
19  means.                                             11:37:04
20      A.    I'm not familiar with the term          11:37:08
21  "special deposit."                                11:37:10
22      Q.    Okay.  Have you ever heard it?          11:37:12
23      A.    I may have heard the term before.       11:37:18
24      Q.    Okay.  Okay.  So this provision         11:37:21
25  requires that -- I'm reading about the second     11:37:32

---

300

1  line.                                              11:37:38
2           ...the first proceeds of the              11:37:41
3  federal excise taxes remitted to the Department    11:37:41
4  of Treasury on Puerto Rico in each fiscal          11:37:49
5  year...                                            11:37:50
6           Do you see that?                          11:37:50
7      A.    Yes, I see that.                         11:37:51
8      Q.    Okay.  And then if you go down to        11:37:52
9  about halfway through the paragraph, as it goes    11:37:55
10  through various years which are well behind us,    11:38:01
11  so I'm going to skip them.                         11:38:03
12           So in the case of fiscal year 2006        11:38:05
13  to '7 to 2008 and '9, at subsequent years         11:38:07
14  until fiscal year 2056 to '57, the                11:38:12
15  participation shall be for an amount of up to      11:38:16
16  $117 million, which when received by the           11:38:18
17  Department of Treasury of Puerto Rico, shall be    11:38:22
18  covered into a Special Fund to be maintained by    11:38:25
19  or on behalf of the authority designated as the    11:38:28
20  Puerto Rico Infrastructure Fund.                   11:38:31
21           Do you see that?                          11:38:33
22      A.    Yes, I see that.                         11:38:36
23      Q.    Okay.  Do you have an                   11:38:38
24  understanding of what Special Fund, capital S,     11:38:40
25  capital F, means in the Commonwealth?             11:38:43

---

301

1           MS. McKEEN:  Objection.                   11:38:51
2           THE WITNESS:  I'm not certain what        11:38:52
3  Special Fund means in the context of this page     11:38:53
4  here.  It looks like a definition that we can      11:38:58
5  refer to within the document.                      11:39:00
6  BY MS. MILLER:                                     11:39:07
7      Q.    Not elsewhere defined in the            11:39:07
8  document, but let me ask you, have you ever        11:39:08
9  heard of that term, Special Fund, being used       11:39:11
10  anywhere in Commonwealth accounting?               11:39:16
11      A.    I have heard people use the term        11:39:25
12  "Special Fund," but depending on the context,     11:39:28
13  people could have been referring to different     11:39:31
14  things.                                           11:39:33
15      Q.    Okay.  And what have you -- what        11:39:36
16  are some of the things that you think it could     11:39:39
17  have been referring to?                            11:39:42
18      A.    That's -- I'm not sure I have a         11:39:49
19  clear understanding from the document.             11:39:54
20      Q.    Okay.  Do you know whether              11:39:56
21  special -- I'm sorry.                             11:39:58
22           Going back to special deposit, do        11:39:59
23  you know whether special deposit is defined in     11:40:03
24  the Commonwealth financial statement of the        11:40:04
25  Special Fund?                                     11:40:06

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

21 (Pages 302 to 305)

### 302

```
 1        A.    I do not know off the top of my      11:40:11
 2   head if that's how the financial statements      11:40:15
 3   define that term.                                11:40:16
 4        Q.    Okay.  What does "Fund" mean          11:40:17
 5   within the Commonwealth financial statement?     11:40:27
 6        MS. McKEEN:  Objection.                     11:40:30
 7        THE WITNESS:  Not being a CPA, I            11:40:36
 8   am not certain.  Depends on where in the         11:40:37
 9   financial statements...                          11:40:39
10   BY MS. MILLER:                                   11:40:39
11        Q.    Okay.  Can you give me one example    11:40:48
12   of what it might mean?                           11:40:52
13        MS. McKEEN:  Objection.                     11:41:00
14        THE WITNESS:  One example of what           11:41:11
15   might mean?                                      11:41:13
16   BY MS. MILLER:                                   11:41:14
17        Q.    Of what "Fund" means in the          11:41:14
18   financial statement.  You said it depends on     11:41:17
19   where -- where it is in the financial            11:41:19
20   statements.                                      11:41:19
21        I'm asking you for one option               11:41:20
22   based on anything you can think of, and I think  11:41:24
23   you should go back to the financial statements,  11:41:24
24   if you want to pull them up and go through       11:41:27
25   them.                                            11:41:29
```

### 303

```
 1        MS. McKEEN:  Objection.                     11:41:29
 2        THE WITNESS:  I believe page 40 of          11:41:41
 3   the financial statements has the word "Fund" on  11:41:47
 4   it.                                              11:41:47
 5   BY MS. MILLER:                                   11:41:47
 6        Q.    Okay.  And my question is:            11:41:48
 7        What does it mean when it's used            11:41:49
 8   in the financial statements?                     11:41:51
 9        MS. McKEEN:  Can you please click           11:41:59
10   the exhibit button so we can all see what        11:42:01
11   you're looking at?                               11:42:01
12        THE WITNESS:  I'm looking at                11:42:02
13   what's been put in front of me.                  11:42:03
14        MS. McKEEN:  Atara, if you'd like           11:42:14
15   the witness to look at page 40 of the financial  11:42:17
16   statements, you can put it in front of him.      11:42:17
17   BY MS. MILLER:                                   11:42:18
18        Q.    Are you saying that you just think    11:42:22
19   page 40 off the top of your head?  You happen    11:42:24
20   to remember that page 40 of the financial        11:42:29
21   statements refers to Fund?                       11:42:32
22        A.    If I recall that from the top of      11:42:37
23   my head, having used the table of contents of    11:42:40
24   that document together, and seeing page 40 next  11:42:43
25   to the line that we discussed together.          11:42:46
```

### 304

```
 1        Q.    Got it.  Okay.                        11:42:47
 2        So we'll pull up Monolines                  11:42:49
 3   Exhibit 19A and look at page 40.                 11:42:53
 4        Okay.  So you now have page 40 of           11:43:39
 5   this Monolines Exhibit 19A in front of you.      11:43:41
 6        Looking at this document, can you           11:43:49
 7   tell me what "Fund" means as used within the     11:43:50
 8   Commonwealth accounting?                         11:43:52
 9        MS. McKEEN:  Objection.                     11:43:57
10        THE WITNESS:  Not being a CPA, I'm          11:44:00
11   uncertain exactly how "Funds" is used within     11:44:01
12   the Commonwealth accounting (indiscernible)      11:44:03
13   operate chk give you an example of use of the    11:44:07
14   term "Fund," which was the goal of pointing me   11:44:09
15   to this page.                                    11:44:12
16   BY MS. MILLER:                                   11:44:14
17        Q.    Okay.  And you don't know what it     11:44:27
18   means when on this page it uses the term         11:44:28
19   "Fund."  You were just saying it's your -- it    11:44:31
20   makes sense where the Commonwealth uses the      11:44:33
21   word "Fund" in its accounting statements?        11:44:35
22        UNIDENTIFIED SPEAKER:  Objection.           11:44:40
23   Yes, since that was in direct response to the    11:44:45
24   question that you asked.                         11:44:48
25
```

### 305

```
 1   BY MS. MILLER:                                   11:44:48
 2        Q.    And because you are not a CPA, you    11:44:48
 3   can't tell me what the word "Fund" as used on    11:45:05
 4   this page or anywhere else in the audited        11:45:10
 5   financials means; is that right?                 11:45:10
 6        MS. McKEEN:  Objection.                     11:45:11
 7        THE WITNESS:  I don't know one way          11:45:13
 8   or the other how the authors of this document    11:45:14
 9   are using the term "Fund."                       11:45:15
10   BY MS. MILLER:                                   11:45:20
11        Q.    Well, this isn't meant to be a        11:45:21
12   super secret document, right?  It's meant for    11:45:25
13   public consumption, isn't it?                    11:45:28
14        MS. McKEEN:  Objection.                     11:45:30
15        THE WITNESS:  The audited                   11:45:33
16   financial statements are made public.            11:45:34
17   BY MS. MILLER:                                   11:45:34
18        Q.    Do you have an understanding of       11:45:36
19   how the public would expect -- as a member of    11:45:38
20   the public, how the public would expect the      11:45:40
21   word "Fund" to be used in the context of         11:45:42
22   Puerto Rico government financial statements?     11:45:49
23        UNIDENTIFIED SPEAKER:  Objection.           11:45:51
24        THE WITNESS:  I can't speculate on          11:45:52
25   how the public would interpret the use of the    11:45:54
```

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                        April 23, 2020

22 (Pages 306 to 309)

---

**306**

1  word "Fund."
2  BY MS. MILLER:
3      Q.    What about how you would interpret
4  the use of the word "Fund"?
5          MS. McKEEN:  Objection.
6          THE WITNESS:  The way that I think
7  about the use of the word "Fund" are Fund
8  numbers within the PRIFA system.
9  BY MS. MILLER:
10     Q.    Looking -- while we have this
11 document up, I know I asked you about it.  Once
12 we have it, if we can turn to page 161, 162 of
13 the PDF.  It's not the page that I wanted.  So
14 I'll have to come back to it.  Okay.  I'll come
15 back to it with a question if I need to.
16         MS. McKEEN:  Atara, I think you
17 have page 151 up.
18         THE REPORTER:  Ms. McKeen, this is
19 the court reporter -- I'm sorry.  This is the
20 court reporter.  Can you just move your phone a
21 little bit closer to you?
22         MS. McKEEN:  Is that better?
23         THE REPORTER:  Yes.  Thank you.
24 BY MS. MILLER:
25     Q.    Okay.  I want to turn back to tab

---

**307**

1  1102.  Okay.
2          Okay.  So, sorry, the page that
3  I'm looking for is actually the second half, so
4  we're going to just have to load 19B.  So give
5  me one second.
6          MS. MILLER:  Kevin, could you go
7  to 357, please, back a couple pages?  Thank
8  you.  Okay.  Here we go.
9  BY MS. MILLER:
10     Q.    And do you see -- so we are still
11 in the audited financials for the year ended
12 June 30, 2016.
13         Do you see that?
14     A.    Yes, I see it.
15     Q.    And there's a section designated
16 Special Deposits.
17         Do you see that?
18     A.    I see that.
19     Q.    And you can just read how the
20 Commonwealth defines Special Deposits in its
21 financial reports?
22     A.    Sure.  Special Deposits:  This
23 Fund acts as a fiduciary -- sorry.
24         This Fund acts in a fiduciary
25 capacity in order to account for moneys

---

**308**

1  received for the specified purposes for which
2  the law does not specify its recording in any
3  other Fund.  It mainly includes -- it mainly
4  includes deposits under the custody of the
5  Courts of Justice for alimony payments,
6  escrows, revenue collections and agency
7  accounts for which the Commonwealth act in an
8  agent's capacity.
9      Q.    Okay.  Have you spoken to anybody
10 at Treasury about Special Deposits?
11     A.    No.
12     Q.    Have you had any conversations
13 with anyone at PRIFA about the Special Deposits
14 established under the Enabling Act?
15     A.    We did not have particular
16 conversations about Special Deposits.
17         MS. MILLER:  Okay.  Can we turn
18 back to tab 1102, Kevin, please?
19 BY MS. MILLER:
20     Q.    So we have back in front of us
21 Exhibit -- Monolines Exhibit 21, and we are
22 looking, again, at Section 1914.  And I just
23 want to draw your attention to the bottom of
24 the middle portion of that paragraph where it
25 says the -- shall be covered into -- that the

---

**309**

1  moneys shall be covered into a Special Fund to
2  be maintained by or on behalf of the authority
3  designated as the Puerto Rico Infrastructure
4  Fund.
5          Do you see that?
6      A.    Yes, I see that.
7      Q.    And is the Puerto Rico
8  Infrastructure Fund something that you have
9  ever come across in the accounting material of
10 the Commonwealth?
11     A.    The concept of the Puerto Rico
12 Infrastructure Fund is something I discussed
13 with PRIFA.  Is that the question?
14     Q.    That was the question.
15         And what did you speak to PRIFA
16 about?
17     A.    We specifically inquired as to the
18 existence of an Infrastructure Fund account.
19     Q.    And what did PRIFA tell you?
20     A.    That there's no specific bank
21 account that is designated or known as the
22 Infrastructure Fund.
23     Q.    Okay.  Did you ask whether --
24 other than a specific bank account whether
25 there is a Fund, as that term is used in the

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

23 (Pages 310 to 313)

---

**310**

```
 1    Commonwealth accounting, designated the       11:54:09
 2    Puerto Rico Infrastructure Fund?              11:54:11
 3       A.   Yes.                                  11:54:17
 4       Q.   And what was the answer?              11:54:19
 5       A.   That, again, there's no -- there's    11:54:24
 6    no Fund that is the Puerto Rico Infrastructure 11:54:27
 7    Fund.                                         11:54:35
 8           THE REPORTER:  I'm sorry.  Can you     11:54:35
 9    repeat the back half of the answer, please?   11:54:36
10           THE WITNESS:  There is no account      11:54:38
11    number or Fund identified as the Puerto Rico  11:54:40
12    Infrastructure Fund.                          11:54:44
13    BY MS. MILLER:                                11:54:44
14       Q.   When you say "account number," you    11:54:51
15    mean bank account number?                     11:54:54
16       A.   Correct.                              11:54:55
17       Q.   Did you speak to anybody at the       11:54:59
18    Puerto Rico Department of Treasury regarding  11:55:01
19    whether or not there was a Puerto Rico        11:55:04
20    Infrastructure Fund?                          11:55:04
21       A.   Yes.                                  11:55:09
22       Q.   And who did you speak to?             11:55:09
23       A.   I can recall discussions with         11:55:15
24    Jeira Belén and Hector Gomez.                 11:55:21
25       Q.   And what did they tell you about      11:55:23
```

**311**

```
 1    that?                                         11:55:29
 2       A.   That they did not understand the      11:55:29
 3    Puerto Rico Infrastructure Fund as being a    11:55:31
 4    specific or -- a specific bank account or Fund. 11:55:36
 5       Q.   Well, do you have an understanding    11:55:41
 6    under the statute, based on what we just read 11:55:43
 7    in Monolines Exhibit 21, about what the       11:55:47
 8    Puerto Rico Infrastructure Fund -- what moneys 11:55:50
 9    were supposed to be deposited into the        11:55:52
10    Puerto Rico Infrastructure Fund?              11:55:55
11           MS. McKEEN:  I'll object to the        11:56:00
12    extent it calls for any legal testimony, but if 11:56:02
13    the witness has a lay understanding, he can   11:56:04
14    answer.                                       11:56:09
15           THE WITNESS:  Could you repeat the     11:56:16
16    question?                                     11:56:17
17    BY MS. MILLER:                                11:56:17
18       Q.   Do you have an understanding of       11:56:18
19    what moneys under Section 1914 of Exhibit 21  11:56:19
20    were supposed to flow into the Puerto Rico    11:56:24
21    Infrastructure Fund?                          11:56:29
22           MS. McKEEN:  Same objections.          11:56:29
23           THE WITNESS:  I understand that        11:56:36
24    this document specifies up to $117 million.   11:56:36
25
```

**312**

```
 1    BY MS. MILLER:                                11:56:36
 2       Q.   Of what?                              11:56:47
 3       A.   Of rum taxes.                         11:57:00
 4       Q.   And you testified, I think, that      11:57:03
 5    over a matter -- course of a few weeks, you put 11:57:06
 6    together a Flow of Funds for PRIFA among other 11:57:09
 7    instrumentalities, right?                     11:57:13
 8       A.   Yes.                                  11:57:14
 9       Q.   And were these the Funds that you     11:57:15
10    were tracking in the Flow of Funds?           11:57:18
11           UNIDENTIFIED SPEAKER:  Note my         11:57:29
12    objection, please.                            11:57:30
13           THE WITNESS:  The Flow of Funds,       11:57:30
14    those are the Flow of Funds for $117 million in 11:57:39
15    each fiscal year.                             11:57:48
16    BY MS. MILLER:                                11:57:48
17       Q.   Not just any $117 million, right?     11:57:50
18       A.   Not just any $117 million;            11:58:04
19    correct.                                      11:58:04
20       Q.   Mr. Ahlberg, what moneys are the      11:58:11
21    PRIFA Flow of Funds that you prepared tracking? 11:58:13
22       A.   We generally track the first         11:58:22
23    $117 million of rum tax proceeds.             11:58:24
24       Q.   Okay.  And those are the moneys       11:58:33
25    that Section 1914 indicated were to be        11:58:34
```

**313**

```
 1    deposited in a Special Fund called the        11:58:39
 2    Puerto Rico Infrastructure Fund, right?       11:58:43
 3           MS. McKEEN:  Objection.                11:58:45
 4           THE WITNESS:  That is what this        11:58:45
 5    Section 1914 says.                            11:58:47
 6    BY MS. MILLER:                                11:58:47
 7       Q.   Okay.  And that's why you included    11:58:49
 8    them in the Flow of Funds because that's the  11:58:50
 9    money that's in dispute in this litigation,   11:58:53
10    right?                                        11:58:55
11       A.   I don't know if that's the           11:59:04
12    specific reason why we entered the Flow of    11:59:05
13    Funds as 117 million.                         11:59:12
14       Q.   And not just any 117 million of      11:59:13
15    rum taxes, the first 117 million of rum taxes, 11:59:16
16    right, that you were tracking?                11:59:20
17       A.   The first $117 million of rum        11:59:22
18    taxes in a given fiscal year, yes.            11:59:25
19       Q.   Mr. Ahlberg, did you review any of    11:59:34
20    the Commonwealth financial documents to see if 11:59:36
21    there was any discussion of a Puerto Rico     11:59:41
22    Infrastructure Fund?                          11:59:43
23       A.   I did not specifically review any    11:59:49
24    one particular document in search for the     12:00:00
25    phrase "Puerto Rico Infrastructure Fund."     12:00:03
```

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

24 (Pages 314 to 317)

---

**314**

1    Q.    Did you look at whether the                       12:00:10
2    Puerto Rico Infrastructure Fund was identified          12:00:12
3    as a Fund in the Commonwealth's audited                 12:00:17
4    financial statements?                                   12:00:20
5        A.    I can't recall off the top of my              12:00:32
6    head if that's something that's included in the         12:00:35
7    financial statements or not.                            12:00:37
8        Q.    I'm asking you if you looked.                 12:00:37
9        A.    I did not look through the                    12:00:45
10   financial statements for that specific phrase.          12:00:47
11       Q.    Okay.  Did you look through the               12:00:52
12   financial statements generally for the concept          12:00:55
13   of a Fund established to hold the first                  12:00:57
14   $117 million of rum excise taxes?                       12:01:01
15       A.    No.                                           12:01:10
16       Q.    All right.  Other than speaking to            12:01:13
17   Sylvia and two people at Treasury, did you do           12:01:17
18   anything to determine whether or not the                12:01:23
19   Commonwealth in fact has a Fund called the              12:01:25
20   Puerto Rico Infrastructure Fund or another Fund         12:01:27
21   designated for the deposit of the first                 12:01:30
22   $117 million of rum excise tax?                         12:01:32
23       A.    Outside of the conversations with             12:01:44
24   the individuals that I mentioned and -- no.             12:01:46
25       Q.    Okay.  So you did not look at any             12:01:52

---

**315**

1    documents to independently verify that, did             12:01:55
2    you?                                                    12:01:58
3        MS. McKEEN:  Objection.                             12:01:58
4        THE WITNESS:  No, but I did look                    12:02:04
5    at enough documents to satisfy myself that the          12:02:05
6    Flow of Funds presentation put together was             12:02:11
7    accurate.                                               12:02:16
8    BY MS. MILLER:                                          12:02:16
9        Q.    Okay.  And counsel represented to             12:02:17
10   us that at least since 2014, there has been no          12:02:19
11   Fund identified as the Puerto Rico                      12:02:22
12   Infrastructure Funds.  Do you understand that?          12:02:23
13       Sorry.  Do you agree with that                      12:02:25
14   representation?                                         12:02:27
15       A.    Yes.                                          12:02:27
16       Q.    Okay.  And you believe that to be             12:02:29
17   true, don't you?                                        12:02:31
18       A.    I guess.                                      12:02:32
19       Q.    So that's a yes?                              12:02:39
20       A.    Yes.                                          12:02:41
21       Q.    Okay.                                         12:02:44
22
23
24
25

---

**316**

1        MS. MILLER:  Kevin, I hate to do                    12:02:46
2    this to you, but I'd like to go back to the             12:02:48
3    audited financial statements, please, and I'd           12:02:49
4    like to go to page 347.  So it will be at 19B.          12:02:51
5    BY MS. MILLER:                                          12:02:51
6        Q.    Okay.  So here we are.  Look at               12:03:20
7    number 2.                                               12:03:22
8        Do you see that it's called                         12:03:25
9    Puerto Rico Infrastructure Financing                    12:03:26
10   Authority's Special Revenue Fund?  Do you see           12:03:28
11   that?                                                   12:03:33
12       A.    I see that, yes.                              12:03:33
13       Q.    Okay.  And can you just read the              12:03:36
14   first sentence to me?                                   12:03:37
15       A.    The Special Revenue Fund of the               12:03:43
16   Puerto Rico Infrastructure Financing Authority,         12:03:47
17   a blended component unit, is used to account            12:03:50
18   principally for the moneys received by the              12:03:55
19   Commonwealth up to $117 million of certain              12:03:57
20   federal excise taxes levied on rum and other            12:04:01
21   articles produced in Puerto Rico and sold in            12:04:05
22   the United States which are collected by the            12:04:07
23   U.S. Treasury and returned to the Commonwealth.         12:04:09
24       Q.    Did you have any discussions with             12:04:18
25   anybody at Treasury about what this Special             12:04:20

---

**317**

1    Revenue Fund is?                                        12:04:25
2        A.    No.                                           12:04:32
3        Q.    Would you have liked to have known            12:04:34
4    about that representation in the financial              12:04:36
5    statements when you were having discussions             12:04:39
6    about the Puerto Rico Infrastructure Fund?             12:04:44
7        UNIDENTIFIED SPEAKER:  Objection.                   12:04:48
8        THE WITNESS:  I can't say whether                   12:04:49
9    it would have impacted our conversations one            12:04:54
10   way or the other.                                       12:04:57
11   BY MS. MILLER:                                          12:04:57
12       Q.    Okay.  But would you have liked to            12:04:58
13   have at least known about it so you could ask?          12:05:00
14       MS. McKEEN:  Objection.                             12:05:06
15       THE WITNESS:  I can't say one way                   12:05:09
16   or the other.                                           12:05:11
17       MS. MILLER:  I'd like to mark as                    12:05:49
18   an exhibit tab 1107, Monolines Exhibit 22.              12:05:50
19       (Monolines Exhibit 22 is                            12:05:50
20       introduced for the record.)                         12:06:40
21   BY MS. MILLER:                                          12:06:40
22       Q.    Okay.  Mr. Ahlberg, you have in               12:06:40
23   front of you a document that was marked                 12:06:41
24   Exhibit 22.  If we go to the second page of the         12:06:43
25   exhibit, you'll see that it is the trust              12:06:46

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

25 (Pages 318 to 321)

**318**

```
1   agreement related to the Puerto Rico                12:06:54
2   Infrastructure Financing Authority to Citibank,     12:06:55
3   N.A?                                                12:06:55
4        Do you see that?                               12:07:01
5   A.   I see that.                                    12:07:01
6   Q.   Is this a document that you've                 12:07:03
7   seen before?                                        12:07:05
8   A.   I don't recall specifically                    12:07:18
9   reviewing this particular document.                 12:07:19
10  Q.   Are you generally familiar with                12:07:28
11  the various accounts that were supposed to be       12:07:29
12  set up under both the Enabling Act and the          12:07:31
13  trust agreement for -- sorry -- through which       12:07:34
14  the first $117 million of rum taxes were            12:07:41
15  supposed to flow?                                   12:07:44
16       MS. McKEEN:  Objection.                        12:07:47
17       THE WITNESS:  I'm not an attorney.             12:07:48
18  I'm not specific of what those -- our trust         12:07:50
19  agreement requires in terms of bank accounts or     12:07:52
20  not.                                                12:07:56
21  BY MS. MILLER:                                      12:07:56
22  Q.   I'm not asking what was required.              12:07:56
23  I am just asking do you structurally understand     12:07:59
24  the Funds or account that the first                 12:08:01
25  $117 million of Puerto Rico -- sorry -- of rum      12:08:04
```

**319**

```
1   excise taxes were supposed to flow through?         12:08:10
2   A.   I understand how the Funds did                 12:08:17
3   flow.  I'm happy to answer any questions about      12:08:22
4   factual information that actually did happen        12:08:23
5   with respect to the Flow of Funds.                  12:08:27
6   Q.   Okay.  Are you familiar with a                 12:08:27
7   Fund called the Sinking Fund?                       12:08:31
8   A.   Can you be more specific?                      12:08:43
9   Q.   Yeah, we can turn to page 34 of                12:08:45
10  the document, which is Article IV, Section 401      12:08:54
11  of the trust agreement.                             12:09:00
12       Actually, let me ask you one other             12:09:05
13  thing before we get there.  We spoke yesterday      12:09:07
14  or Tuesday and then this morning about how the      12:09:10
15  TSA or the operational account of the               12:09:13
16  Commonwealth has within it revenues from            12:09:15
17  multiple Funds, correct?                            12:09:19
18  A.   It has within it cash receipts                 12:09:25
19  from revenue recorded.                              12:09:31
20  Q.   From multiple Funds, right?                    12:09:32
21  A.   What?                                          12:09:37
22  Q.   Obviously had cash receipts from               12:09:42
23  revenue recorded.  My point was did it have         12:09:45
24  cash receipts from revenue recorded in multiple     12:09:48
25  different Funds?                                     12:09:53
```

**320**

```
1        MS. McKEEN:  Objection.                        12:09:55
2        THE WITNESS:  Cash is comingled in             12:09:56
3   the TSA account, if that's your question.           12:09:59
4   BY MS. MILLER:                                      12:09:59
5   Q.   No.  My question is that you can               12:10:02
6   have General Fund money in an account and you       12:10:05
7   can have Fund 278 money in the account and you      12:10:08
8   can have federal fund money in the account, but     12:10:12
9   there is cash within a single account but the       12:10:14
10  cash is coming from various different Funds,         12:10:17
11  correct?                                            12:10:24
12       MS. McKEEN:  Objection.                        12:10:24
13       THE WITNESS:  The source of the                12:10:26
14  cash that ends up in the TSA are                    12:10:28
15  different -- different revenue types, different     12:10:32
16  Fund types.                                         12:10:33
17  BY MS. MILLER:                                      12:10:33
18  Q.   They're allocated on the                       12:10:36
19  Commonwealth's internal accounting document to      12:10:37
20  different Funds, right?                             12:10:39
21  A.   The revenues are tagged with Fund             12:10:44
22  number identifiers when revenue is recorded.        12:10:46
23  Q.   Okay.  And a single Fund can also              12:10:53
24  have multiple bank accounts associated with it,     12:11:01
25  right?                                              12:11:05
```

**321**

```
1        MS. McKEEN:  Objection.                        12:11:08
2        UNIDENTIFIED SPEAKER:  Objection.              12:11:11
3        THE WITNESS:  I'm not certain what             12:11:13
4   you mean.                                           12:11:16
5        MS. MILLER:  I don't understand                12:11:17
6   the objection.                                      12:11:19
7   BY MS. MILLER:                                      12:11:19
8   Q.   The General Fund -- does the                   12:11:19
9   General Fund have multiple bank accounts?           12:11:22
10  A.   I don't think about Funds having              12:11:26
11  bank accounts.                                      12:11:29
12  Q.   Why not?                                       12:11:30
13  A.   Because Fund numbers are used to              12:11:33
14  record earned revenue and -- and don't -- don't    12:11:46
15  have anything to do with a cash balance, a          12:11:52
16  discrete cash balance in the TSA.                   12:11:54
17  Q.   Okay.  Well, can the General Fund              12:11:56
18  have separate accounting accounts, not bank        12:11:59
19  accounts, but just accounts that are used for       12:12:01
20  accounting purposes, internal Commonwealth          12:12:06
21  account numbers?                                    12:12:08
22       MS. McKEEN:  Object to the form.               12:12:08
23       THE WITNESS:  What do you mean by              12:12:16
24  "account numbers"?                                  12:12:17
25                                                      12:12:17
```

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

26 (Pages 322 to 325)

---

**322**

BY MS. MILLER:

Q.    Does the Commonwealth have any internal account numbers that it uses when moneys are received?

MS. McKEEN:  Objection.

THE WITNESS:  The way you're using "account" is pretty broad.

BY MS. MILLER:

Q.    I'm asking within the Commonwealth's internal accounting, does it use account numbers to identify different moneys within a particular Fund?

MS. McKEEN:  Objection.

THE WITNESS:  Revenue account number -- revenue account number, which would then be PRIFA systems referred to as a CFRA code.  It is possible that one Fund number could be attached to a single of data.  That string of data would have a -- it could have one Fund number, you could have more than one different account number, but that's referring to the CFRA account code, the revenue account code within the PRIFA system.

BY MS. MILLER:

Q.    Okay.  And does the General Fund

---

**323**

have a balance?

A.    I don't think of a General Fund as having a balance in terms of cash.

Q.    Hmm.  What about in terms -- what about not in terms of cash?

A.    I don't think about the General Fund having balance.

Q.    Does the General Fund have a balance for accounting purposes?

A.    Not BCB, no note if they have balance for accounting purposes or not, but I don't think about Funds in terms of cash balances.

Q.    You've taken five postsecondary accounting classes.  So I understand you're not a Certified Public Accountant, but I think you can still answer my question.  And your answer was no, is that right, the General Fund does not have a balance -- it is your testimony that the General Fund does not have a balance for accounting purposes?

MS. McKEEN:  Objection.

THE WITNESS:  That's not what I said.

BY MS. MILLER:

---

**324**

Q.    What did you say?

A.    That I don't think about the General Fund as having a balance.

Q.    So how does that differ from what I said you said?

MS. McKEEN:  Objection.

BY MS. MILLER:

Q.    I'm just looking for an answer?

A.    If the court reporter wants to repeat back what is said, sure.

Q.    Okay.  I don't want the court reporter to repeat back what I said.  I'd like you to look at Section 401 on Monolines Exhibit 22.  So I understand that you said that bank accounts within Funds made no sense.  I'd like you to look at the section Funds and Accounts.

Do you see that?

MS. McKEEN:  Object.

BY MS. MILLER:

Q.    Do you see that, Article IV titled Funds and Accounts?

A.    I see Article IV where it says Funds and Accounts.

Q.    Okay.  And do you have an

---

**325**

understanding of what the difference is between a Fund and an account?

A.    It depends on the context --

Q.    Okay.  What about in this context?

A.    Without reviewing this entire section, I'm not sure I could summarize --

(Simultaneous speaking.)

A.    -- conjecture.

Q.    Okay.  So let's look at Section 401.  Section 401 is titled Banking Funds and Accounts.

Do you see that?

A.    Yes.

Q.    And it says:

A Special Fund is hereby created and designated Puerto Rico Infrastructure Financing Authority Special Tax Revenue Bond Sinking Fund, hereinafter -- herein sometimes called the Sinking Fund, to be held by the trustee.

Do you see that?

A.    Yes.

Q.    And then it says:

There are hereby created three separate accounts in the Sinking Fund

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                       April 23, 2020

27 (Pages 326 to 329)

326

1   designated Bond Service Account, Redemption
2   Account, and Reserve Account.
3       Do you see that?
4   A.   Yes.
5   Q.   So now let me ask again.  Do you
6   understand that a Fund can have multiple bank
7   accounts associated with it?
8       MS. McKEEN:  Objections.
9       THE WITNESS:  I understand that in
10  the context of this document, that the Sinking
11  Fund that it mentions does appear to have
12  multiple accounts.
13  BY MS. MILLER:
14  Q.   And you had never heard of that
15  concept before, a Fund having multiple bank
16  accounts associated with it; is that right?
17      MS. McKEEN:  Objection,
18  mischaracterizes testimony.
19      THE WITNESS:  That's not what I
20  said.
21  BY MS. MILLER:
22  Q.   Okay.  Have you ever encountered
23  this concept of a Fund having multiple bank
24  accounts associated with it previously?
25  A.   No, because the nature of my work

327

1   with -- with Funds is a little different than
2   what they're calling a Fund in this document.
3   Q.   Okay.  In what way?
4   A.   Because when I think of Funds, I
5   think of the Fund number identifiers within the
6   PRIFA system.
7   Q.   Okay.  That's the only time you've
8   ever encountered the concept of a Fund with
9   respect to Puerto Rico and -- with respect to
10  Puerto Rico and the instrumentalities which are
11  designated as the 30(b)(6) to testify today?
12      MS. McKEEN:  Objection.
13      THE WITNESS:  I don't know.  What
14  was the question there?
15  BY MS. MILLER:
16  Q.   The question was that the Fund
17  designation within the PRIFA system is the only
18  time that you've encountered the concept of a
19  Fund with respect to Puerto Rico and the
20  instrumentalities with which you were
21  designated to teach as the 30(b)(6) to testify
22  today?
23      MS. McKEEN:  Objection.
24      THE WITNESS:  The concept of Funds
25  is very broad, so that's not the only context

328

1   in which I would have encountered the word or
2   concept of Fund.
3   BY MS. MILLER:
4   Q.   So what other contexts have you
5   encountered it in?
6   A.   It's hard to say because people
7   use the term "Fund" very loosely.
8   Q.   Okay.  In preparing the Flow of
9   Funds, did you ask for any documents that
10  mapped particular bank account numbers to
11  accounts or Funds identified in the relevant
12  bond documents for the trust agreement in the
13  Enabling Act that we just looked at?
14      MS. McKEEN:  Objection to the form
15  of the question.
16      THE WITNESS:  Would you repeat the
17  question?
18  BY MS. MILLER:
19  Q.   Yes.  In preparing the Flow of
20  Funds, did you ask whether there were any
21  documents that mapped particular bank account
22  numbers to accounts or Funds identified in the
23  relevant bond document within the trust
24  agreement and the Enabling Act that we just
25  looked at?

329

1       MS. McKEEN:  Objection.
2       THE WITNESS:  No.
3   BY MS. MILLER:
4   Q.   Why not?
5   A.   I felt comfortable with the work
6   that I did to satisfy myself that the Flow of
7   Funds presentations that we submitted were
8   correct and accurate.
9   BY MS. MILLER:
10  Q.   Do you know whether there are any
11  internal Commonwealth documents that map
12  specific bank accounts to the Funds and
13  accounts identified in the bond documents?
14  A.   Is that a question?
15  Q.   Yeah.
16  A.   It didn't sound like it.  Would
17  you repeat it in a way that sounds like a
18  question?
19  Q.   Okay.  Do you know whether there
20  are any internal Commonwealth documents that
21  map specific bank accounts to the Funds and
22  accounts identified in the bond documents?
23  A.   I've seen no evidence of that.
24  Q.   Okay.  Where did you look for
25  that, or let me ask before that.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

28 (Pages 330 to 333)

---

**330**

1   You didn't ask anybody for it.  So
2   did you independently look for such a document?
3       A.   No.
4       Q.   What's the basis for your
5   testimony that you don't believe there is any?
6       MS. McKEEN:  Objection, misstates
7   testimony.
8       THE WITNESS:  After discussions
9   with Treasury and PRIFA, I saw no evidence of
10  that.
11  BY MS. MILLER:
12      Q.   What were the nature of those
13  discussions?
14      A.   The nature of those discussions
15  were preparation for this deposition.
16      Q.   Okay.  So you're assuming that if
17  they had a document mapping particular Funds or
18  accounts, they would have mentioned it in the
19  course of the conversations even though you
20  didn't ask for it?
21      MS. McKEEN:  Objection.
22      THE WITNESS:  That would have
23  been -- I believe I would have been aware
24  of -- of any evidence to the contrary.
25

---

**331**

1   BY MS. MILLER:
2       Q.   How would you have been aware of
3   it?
4       A.   Again, through discussions with
5   the team mentioned.
6       Q.   Okay.  And your counsel
7   represented that the term "Puerto Rico
8   Infrastructure Fund" is not understood to refer
9   to a specific bank account or accounts or
10  accounting designations.  Are you aware of that
11  representation?
12      A.   Yes.
13      Q.   And do you believe it to be true?
14      A.   Yes.
15      Q.   How was that term understood?
16      A.   What term?
17      Q.   The Puerto Rico Infrastructure
18  Fund.
19      A.   It's understood to generally refer
20  to the first 117 million of rum Funds, rum
21  revenues.
22      Q.   Held in the TSA?
23      A.   Would you mind phrasing that as a
24  complete question?
25      Q.   Is it understood to generally

---

**332**

1   refer to the first $117 million of rum revenues
2   in the TSA?
3       A.   No, I think it generally refers to
4   the first 117 million of rum revenues earned.
5       Q.   Regardless of where they were?
6       A.   I'm speaking generally about the
7   concepts of the Infrastructure Fund as
8   understood by relevant individuals.
9       Q.   Okay.  And so the common
10  understanding of that term is that the first
11  $117 million of rum excise taxes are in the
12  Puerto Rico Infrastructure Fund?
13      MS. McKEEN:  Objection.
14      THE WITNESS:  No.
15  BY MS. MILLER:
16      Q.   Well, tell me again how you
17  understand it, how that term is generally
18  understood within the Commonwealth?
19      A.   Generally understood as the first
20  117 million of rum revenues in each fiscal
21  year.
22      Q.   Okay.
23      THE WITNESS:  How does anybody
24  feel about a break here, maybe breaking for
25  lunch?

---

**333**

1       MS. McKEEN:  I think it's fine for
2   us to take a break if Atara is close to a
3   stopping place.
4       MS. MILLER:  Okay.  I'm okay
5   taking a break.  Can we keep it short, like can
6   we come back at 2 o'clock, 1 o'clock Central,
7   does that work?  33 minutes, 32 minutes?
8       MS. McKEEN:  Tim, is that okay
9   with you?
10      THE WITNESS:  Okay.
11      MS. MILLER:  Okay.
12      MS. McKEEN:  Fine for us, Atara.
13      MS. MILLER:  All right.  Great,
14  thank you.
15      THE VIDEOGRAPHER:  We are off the
16  record at 12:28 p.m.
17      (Recess taken.)
18  A F T E R N O O N   S E S S I O N
19      THE VIDEOGRAPHER:  We are back on
20  the record at 1:04 p.m.
21  BY MS. MILLER:
22      Q.   Good afternoon, Mr. Ahlberg,
23  welcome back.
24      Do you understand moneys as being
25  deposited into the Infrastructure Fund?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

29 (Pages 334 to 337)

---

**334**

1  THE VIDEOGRAPHER: Counsel, excuse
2  me, I'm sorry. Before he answers, can we just
3  pause real slightly? I need to resize the
4  screen here and then we can reask the question.
5  I am so sorry.
6  MS. MILLER: That's okay. Okay.
7  BY MS. MILLER:
8  Q. Do you understand moneys as being
9  deposited into the Infrastructure Fund?
10  A. Yes.
11  Q. Do you understand the
12  Infrastructure Fund as being a Fund held by
13  PRIFA?
14  MS. McKEEN: Objection.
15  THE WITNESS: I don't think the
16  Infrastructure Funds as being something held by
17  anyone at all.
18  THE REPORTER: I'm sorry,
19  Mr. Witness, can you repeat your answer and
20  move your phone a little bit closer? Thanks.
21  THE WITNESS: Is this better?
22  THE REPORTER: It is. Thank you.
23  THE WITNESS: Okay. I don't
24  remember the specific answer that I just gave.
25  MS. MILLER: I think for the court

---

**335**

1  reporter the answer was:
2  I don't think about the
3  Infrastructure Fund as being held by anybody.
4  Is that correct, Mr. Ahlberg?
5  THE WITNESS: That is correct.
6  Thank you.
7  MS. MILLER: I'm going to mark a
8  document as Exhibit -- Monolines Exhibit 23,
9  tab 1510, please.
10  (Monolines Exhibit 23 is
11  introduced for the record.)
12  BY MS. MILLER:
13  Q. And while it's loading, I will
14  describe the document that you'll see on your
15  screen in a minute as Exhibit A to the
16  Supplemental Opposition of the Commonwealth of
17  Puerto Rico to Amended PRIFA Bondholder Motion
18  to Lift the Automatic Stay. And it's titled
19  Flow of Rum Taxes. Do you see that?
20  A. I see that.
21  Q. Okay. And if we could just look
22  at the next page. Is this a document that you
23  recognize?
24  A. Please allow me to rotate it.
25  MS. McKEEN: Could we have the

---

**336**

1  documented rotated?
2  MS. MILLER: Sorry. Say that
3  again, Liz.
4  MS. McKEEN: I was just asking to
5  have the document rotated, and it has been. So
6  I appreciate that.
7  THE WITNESS: Okay. Now that we
8  have the document right side up, would you
9  please repeat the question?
10  BY MS. MILLER:
11  Q. Sure. My question was just
12  whether this is a document that you've seen
13  before.
14  A. Yes.
15  Q. Is this a document that you saw in
16  connection with preparation for your testimony
17  today?
18  A. Yes.
19  Q. Is this a document that you had
20  seen before your testimony?
21  A. No.
22  UNIDENTIFIED SPEAKER: Objection.
23  BY MS. MILLER:
24  Q. So you weren't involved in
25  preparing the Flow of Funds, were you?

---

**337**

1  A. I was not involved in preparing
2  this document.
3  Q. Okay. And so I just want to
4  direct your attention to the bottom half of the
5  page on the right-hand side. It identifies the
6  PRIFA Infrastructure Fund. Do you see that?
7  A. Where specifically?
8  Q. There's a red box between two
9  green boxes on the right-hand side. Do you see
10  that?
11  A. Yes, I see that, thank you.
12  Q. Okay. And in the red box, the
13  Flow of Funds is indicating money flowing from
14  the TSA to the Puerto Rico Infrastructure Fund.
15  Do you see that? Do you see that,
16  Mr. Ahlberg?
17  A. I see the green box there, where
18  it says:
19  The lockbox trustee (Citibank)
20  remits up to the first $117 million of rum tax
21  remittances to the TSA where it is comingled
22  with other funds.
23  Q. Yes. So on top of that, there
24  seems to be blue writing that's identifying the
25  account, and that says TSA (held by

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

30 (Pages 338 to 341)

---

**338**

Commonwealth).

Do you see that?

A.   I see that.

Q.   Okay.  And then the flow is indicating that moneys are moving from the TSA down into the PRIFA Infrastructure Fund which is identified on this Flow of Funds as held by PRIFA.  Do you see that?

A.   I see the arrows that you are referring to.

Q.   Okay.  And in that red box describing the PRIFA Infrastructure Fund, the Flow of Funds indicates that historically, the Commonwealth appropriated 117 million and deposited such moneys into the PRIFA Infrastructure Fund for its "corporate purposes" and subject to Section 8, Article IV of the Puerto Rico Constitution.

Do you see that?

A.   I see where it says that on this document.

Q.   Okay.  And based on all of the work that you've done in connection with putting together Flow of Funds documents, is that consistent with your understanding of the

---

**339**

PRIFA Flow of Funds?

MS. McKEEN:  Object to form.

THE WITNESS:  I don't know.  It's not an exercise that we did to map this document to the Flow of Funds that I prepared.

BY MS. MILLER:

Q.   I'm not asking you to map, though.  I'm just asking you whether it is consistent with your -- everything that you know and all of the analysis that you did -- have done that the moneys flowed from the TSA into a bank account held by PRIFA called the Puerto Rico Infrastructure Fund.

A.   Would you please repeat the question?

Q.   Is it consistent, based on all of the work and analysis that you did putting together the PRIFA Flow of Funds in this matter, is it your understanding --

A.   I don't know.  I did not analyze this document for consistency with the Flow of Funds documents that I prepared.

Q.   Okay.  Is it your understanding, based on all of the work that you've done, that money flowed historically from the TSA account

---

**340**

into a PRIFA bank account called the Infrastructure Fund?

A.   No.

MS. MILLER:  Okay.  So now I'd like to mark as Monolines Exhibit 24 a letter from counsel dated March 21, 2020, which attaches a Flow of Funds that I believe you did prepare for PRIFA.

(Monolines Exhibit 24 is introduced for the record.)

MS. MILLER:  Would you go back to the first page of the exhibit and rotate the exhibit, please?

BY MS. MILLER:

Q.   Okay.  Do you recognize this document?

A.   Yes.

Q.   And did you prepare this document?

A.   Will you allow me to briefly look through the other pages?

Q.   Yes.  Do you have the controls that you need?

A.   Yes, thank you.

The answer to your question is yes.

---

**341**

Q.   Okay.  And what documents did you review in preparing these Flow of Funds?

A.   Generally, we reviewed bank statements and transfer letters or voucher information.

Q.   Okay.  And I want to look at the first slide on this, which is the rum taxes June '14 to June 2015.  And I know yesterday -- or Tuesday, you had a discussion with Mr. Natbony about the various colors used in the chart and what they mean, and I just want to confirm with you that they have the same meaning in the PRIFA Flow of Funds as they did in the HTA Flow of Funds you were asked about on Tuesday.

A.   Yes.

Q.   Okay.  And so to review, the gray box indicates a Commonwealth account; is that right?

A.   Yes.

Q.   And what does the blue box indicate?

A.   In this -- in these cases, the blue boxes would indicate that PRIFA's name would be on the bank statements of those

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

31 (Pages 342 to 345)

---

342

1   accounts.                                                01:16:21
2        Q.    Okay.  And when you say PRIFA's              01:16:23
3   name would be on it, do you mean as account             01:16:26
4   holder?                                                 01:16:28
5        A.    Yes.                                         01:16:34
6        Q.    Okay.  And what does the yellow              01:16:36
7   box indicate?                                           01:16:39
8        A.    Yellow box indicates an account             01:16:41
9   that is not a Commonwealth or PRIFA account.            01:16:44
10       Q.    Okay.  And I know it all starts              01:16:49
11  with a curved edge with an orange box or peach          01:16:53
12  box.  I don't know what color that's supposed           01:16:58
13  to be.  What does that indicate?                        01:17:01
14       A.    That indicates the rum taxes.                01:17:06
15       Q.    And it's just the taxes                      01:17:13
16  themselves?                                             01:17:15
17       A.    Yeah, yes.                                   01:17:16
18       Q.    And when generated before they               01:17:18
19  flow into a Commonwealth -- any Commonwealth or         01:17:26
20  Commonwealth instrumentality account; is that          01:17:29
21  right?                                                  01:17:33
22       A.    Correct, as in when funds are               01:17:33
23  collected in bonded warehouses.                         01:17:35
24       Q.    All right.  I missed the end,               01:17:38
25  "collected in bonded warehouses"?                       01:17:40

---

343

1        A.    I think that's the -- the term             01:17:46
2   that's used by U.S. Treasury.  Maybe I don't           01:17:47
3   recall that term specifically.                          01:17:51
4        Q.    Okay.  Can you just -- it's not a           01:17:53
5   term I'm familiar with.  Can you just tell me          01:17:55
6   what that means?                                        01:17:59
7        A.    Just in general, meaning that U.S.          01:18:00
8   Treasury or U.S. Treasury collects these taxes         01:18:03
9   at different -- at different points of                  01:18:07
10  collection.                                             01:18:13
11       Q.    All right.  And then they all flow          01:18:14
12  into, at this time, January '14 to June '15,            01:18:19
13  into the 006 account; is that right?                    01:18:22
14       A.    Correct.                                     01:18:26
15       Q.    Okay.  And then certain                     01:18:28
16  accounts -- of these accounts have yellow stars        01:18:31
17  on them.  And is that, as you testified on             01:18:35
18  Tuesday, to denote accounts that have comingled        01:18:41
19  funds?                                                  01:18:49
20       A.    Correct.                                     01:18:49
21       Q.    And what do you mean by "comingled          01:18:50
22  funds"?                                                 01:18:55
23       A.    On this specific slide, the                 01:18:55
24  comingling designation would represent that           01:18:57
25  revenues besides rum taxes are received into an       01:19:05

---

344

1   account.                                                01:19:12
2        Q.    And what money specifically is              01:19:17
3   this Flow of Funds tracking?                            01:19:24
4        A.    This Flow of Funds is tracking the          01:19:26
5   first 117 million of rum revenues in this time         01:19:32
6   period, within this time period.                        01:19:39
7        Q.    Okay.  I'm going to ask a basic             01:19:41
8   question.  I hope you can help me with it.             01:19:45
9        How were you able to determine                     01:19:49
10  when the moneys flowed from the 006 account to         01:19:52
11  the GDB 1891 account if those were part of this       01:19:55
12  $117 million of rum taxes?                              01:20:05
13       A.    By reviewing either transfer                01:20:10
14  letter or voucher information that would have         01:20:14
15  indicated a source of funds for that transfer.        01:20:17
16       Q.    Can you explain to me a little bit          01:20:24
17  more what you mean?                                     01:20:28
18       A.    In review of transfer letters or           01:20:31
19  vouchers that correspond with a transfer from        01:20:37
20  GDB account 0006 to GDB account 1891, there          01:20:42
21  would be an indication that the source of             01:20:48
22  revenue for that cash transfer was in fact            01:20:51
23  rum -- rum proceeds.                                    01:20:57
24       Q.    So meaning if there was a letter           01:21:02
25  from Treasury saying send 35 million -- or           01:21:04

---

345

1   $23 million from the 006 account to the 1891          01:21:09
2   account as the first transfer of rum excise           01:21:12
3   taxes, that was evidence to you that if you saw       01:21:17
4   that $23 million transfer into 1891, that that        01:21:19
5   was in fact from the rum excise taxes.  Is that       01:21:25
6   your testimony?                                         01:21:30
7        A.    Right.  That hypothetical                   01:21:34
8   $23 million transfer would have accompanying          01:21:38
9   transfer letter or voucher detail that would          01:21:41
10  indicate the source of funds for that transfer       01:21:43
11  being rum revenues.                                     01:21:46
12       Q.    Okay.  And are the transfer                 01:21:47
13  letters and vouchers maintained as part of the       01:21:51
14  Commonwealth accounting documents?                     01:21:56
15       MS. McKEEN:  Object.                               01:21:59
16       THE WITNESS:  The Commonwealth                     01:22:05
17  maintains and -- maintains historical records        01:22:07
18  of vouchers or transfers, if that's what you         01:22:11
19  meant.                                                  01:22:14
20  BY MS. MILLER:                                          01:22:14
21       Q.    Okay.  And can you tell me                  01:22:15
22  specifically what in a voucher would identify        01:22:16
23  the source of funds?                                    01:22:29
24       A.    I don't recall specifically                 01:22:34
25  without looking at an individual voucher.            01:22:34

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

32 (Pages 346 to 349)

346

1    Q.     Okay.  And so you don't recall
2    specifically any particular notation account
3    number or other designation on a transfer
4    voucher that would indicate that revenues are
5    from the first $117 million of rum excise
6    taxes; is that right?
7         MS. McKEEN:  Objection.
8    BY MS. MILLER:
9    Q.     Let me just ask it straight up:
10        Do you recall any specific
11   notation or account number on the transfer
12   voucher that would indicate that the revenues
13   are from the first $117 million of rum excise
14   taxes?
15        MS. McKEEN:  Objection.
16        THE WITNESS:  There is a -- excuse
17   me.  There is a revenue code, revenue SFRA
18   account code that is used when recording the
19   revenues from rum proceeds.
20   BY MS. MILLER:
21   Q.     And what is that revenue code?
22   A.     I can't recall specifically off
23   the top of my head.  I think it's R2220, but I
24   would be able to know it if we looked at a
25   voucher together to verify.

347

1    Q.     Okay.  Well, that's -- does R4220
2    sound familiar?
3    A.     It sounds familiar, but without
4    looking at the voucher to confirm, I am not
5    100 percent positive.
6    Q.     Okay.  Would the voucher tell you
7    specifically that it's rum taxes, or would it
8    just have that account code on it?
9    A.     It will have the -- a voucher
10   would have that account code, and the voucher
11   may or may not reference rum on the voucher
12   apart from just a revenue code.
13   Q.     And would you be able to go into
14   the PRIFA system and pull all vouchers within
15   R4220 revenue there?
16   A.     I'm not positive.  We would have
17   to follow up on that and get back to you.
18   Q.     So you don't know if the revenue
19   code is a query that you can run within the
20   system?
21   A.     I know for a fact that you can run
22   a query within the PRIFA system and the
23   parameters of which Revenue Code 4220 could be
24   one of those parameters.  But when I think
25   about programming that query and running that

348

1    query, I don't think of that query as spitting
2    out the voucher, factual voucher that
3    corresponds with each of those transactions.
4    Vouchers are recorded within the system, and
5    you can go in and pull vouchers.
6    Q.     Well, would it -- what would the
7    output be of that query in the PRIFA system?
8    A.     You could run a report within the
9    PRIFA system that would show all revenue earned
10   during a discrete time period of your choosing
11   under any revenue account code, but specific to
12   this case for Revenue Code 4220, I believe it
13   wasn't.
14   Q.     And how long would it take to run
15   such a query and get the report?
16   A.     I am not certain exactly how long
17   it takes to process a query like that, but I
18   would imagine that would be something that
19   could be accomplished in a day.
20   Q.     Do you know whether queries can be
21   run in the PRIFA system remotely or whether you
22   need to specifically be within the Treasury
23   offices to run them?
24   A.     I'm not positive.  I think there
25   are DCMs that exist for people to run queries

349

1    if they're not physically there, but I would
2    have to double-check on that and let you know
3    for certain.
4    Q.     Have you personally ever accessed
5    the PRIFA system and run a query on anything
6    remotely?
7    A.     No.
8    Q.     Okay.  Do you know whether the
9    R4220 revenue code continues to attach to rum
10   taxes that are collected today?
11   A.     I believe that that revenue
12   account code is still used to record rum
13   revenues that are earned.
14   Q.     Okay.  And this chart, which is
15   part of Monolines Exhibit 24, indicates four
16   dotted arrow lines going from the 006 account
17   to a GDB 0704 account.  Do you see that?
18   A.     Yes.
19   Q.     Do you know what the GDB 0704
20   account is?
21   A.     An operational account at PRIFA.
22   Q.     And the dotted arrow is footnoted
23   to mean that it's a discrete one-time transfer.
24   Do you see that?
25   A.     I do see that.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

33 (Pages 350 to 353)

---

**350**

1    Q.    Is that a designation that you put          01:29:06
2  on that?                                             01:29:09
3    A.    Yes.                                         01:29:14
4    Q.    Sorry.  Is that a designation that          01:29:15
5  you attributed to those transfers?                  01:29:17
6    A.    Yes.                                         01:29:19
7    Q.    What do you mean by a discrete              01:29:19
8  one-time transfer?                                   01:29:30
9    A.    I mean a one-time transfer.  In            01:29:41
10 this case, there were four one-time transfers        01:29:45
11 for the exact same amount.                           01:29:48
12   Q.    How does that differ from the              01:29:49
13 transfers between, for example, the 006 account      01:29:51
14 and the 1891 account?                                01:29:55
15   A.    I believe there are just more             01:30:08
16 than -- more -- more transfers and then in           01:30:11
17 differing amounts.                                   01:30:13
18   Q.    Do you know how many transfers of         01:30:18
19 rum taxes there were annually from the 006           01:30:23
20 account to the 1891 account?                         01:30:28
21   A.    I don't know off the top of my            01:30:40
22 head how many transfers there were from 0006 to      01:30:43
23 1891.                                                01:30:45
24   Q.    And if there had only been four,          01:30:49
25 you would have designated them by dotted arrow       01:30:50

---

**351**

1  line?                                                01:30:52
2      I'm trying to understand.  Is the               01:30:59
3  number of transfers the only thing that is           01:31:01
4  different between the dotted arrow transfers          01:31:03
5  and the solid arrow transfer?                         01:31:05
6    A.    Okay.  Would you mind repeating           01:31:23
7  the question, please?                                 01:31:25
8    Q.    If there had been only four               01:31:28
9  transfers of rum taxes from the 006 account to        01:31:30
10 the 1891 account, would you have designated           01:31:34
11 them on this Flow of Funds with dotted arrows?        01:31:37
12   A.    No.  The dotted arrows and the use        01:32:00
13 of those four -- the four $1 million transfers        01:32:12
14 from GDB 0006 to 0704 was done with the reader        01:32:18
15 of this presentation in mind just to make             01:32:23
16 things as understandable as possible.                 01:32:27
17   Q.    Okay.  Given that it's confusing          01:32:32
18 me, I'm asking for a little bit of                    01:32:34
19 clarification.                                        01:32:36
20     So the -- I'm trying to                         01:32:40
21 understand.  Does the dotted line distinguish         01:32:44
22 between the nature of the transfer from box to        01:32:50
23 box?                                                  01:32:55
24   A.    The transfers from 0006 to 0704 do        01:32:58
25 represent discrete transfers for operational          01:33:06

---

**352**

1  purposes of PRIFA, which is different than the        01:33:08
2  transfers to GDB 1891, which end up flowing to        01:33:13
3  a US Bank.                                            01:33:18
4    Q.    And what's the difference?                 01:33:21
5    A.    Those four million dollar -- those        01:33:25
6  four $1 million transfers were transferred to         01:33:30
7  PRIFA for operational purposes.                       01:33:36
8    Q.    Okay.  And is the flow from 006 to        01:33:42
9  1891 not indicated by a broken arrow because          01:33:46
10 those transfers were subject to legislation or        01:33:54
11 some other obligation to transfer those moneys?       01:34:00
12     MS. McKEEN:  Objection.                         01:34:06
13     THE WITNESS:  I did not consider                01:34:09
14 legislation or allegations when determining           01:34:11
15 whether to use a dotted line or a bold,               01:34:14
16 nondotted line.                                       01:34:20
17 BY MS. MILLER:                                        01:34:21
18   Q.    Did you consider whether there was        01:34:21
19 a standing direction to transfer the money?           01:34:23
20   A.    That would not have been something        01:34:34
21 I considered when determining whether to use a        01:34:36
22 dotted line or not.                                   01:34:38
23   Q.    Okay.  So what did you consider in        01:34:39
24 determining whether to use a dotted line or           01:34:42
25 not?                                                  01:34:44

---

**353**

1    A.    As mentioned, those dotted lines         01:34:46
2  represent $1 million transfers to PRIFA's            01:34:49
3  operational account for operation purposes,          01:34:51
4  which is different than the transfers to             01:34:56
5  Account 1891, which are not used for                 01:34:58
6  operational purposes during this time period         01:35:00
7  into a US Bank.                                       01:35:05
8    Q.    Do the dotted lines mean used for         01:35:05
9  operational purposes and in light of the fact        01:35:08
10 they're footnoted?                                    01:35:13
11   A.    The dotted lines are a discrete          01:35:15
12 one-time transfer, and then just for added           01:35:19
13 clarification, I've explained to you that those      01:35:22
14 represent operational transfers.                      01:35:27
15   Q.    How does a discrete one-time            01:35:28
16 transfer differ from the transfers from 006 to       01:35:30
17 1891?                                                 01:35:34
18   A.    Discrete one-time transfers were        01:35:45
19 transferred for operational purposes to PRIFA's      01:35:48
20 operational account.                                  01:35:51
21   Q.    Okay.  I'm going to just move on        01:35:58
22 because I'm not getting an answer, but I still        01:36:00
23 don't understand it.  So we may follow up with        01:36:02
24 a letter to get a more comprehensive answer and       01:36:06
25 explanation for what "discrete one-time               01:36:09

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                              April 23, 2020

34 (Pages 354 to 357)

---

**354**

1  transfer" means.
2         Do you know whether those moneys
3  that were transferred into the 0704 account
4  were transferred out of that account?
5         A.    I do not know because once those
6  transfers are within the PRIFA operational
7  account, they are comingled and
8  indistinguishable from other sources of
9  revenue.
10        Q.    Okay.  So if you had been able to
11 distinguish and identify the $4 million from
12 the 0704 account based on transfer vouchers,
13 transfer orders or other documents, you would
14 have indicated the next step in the Flow of
15 Funds for those moneys; is that right?
16        MS. McKEEN:  Objection.
17 BY MS. MILLER:
18        Q.    Let me just ask it.
19        If you had been able to
20 distinguish and identify those $4 million on
21 the outflow side as coming from the rum tax
22 revenues, would you have shown the next step in
23 the Flow of Funds from the 0704 account?
24        A.    I'm assuming that those funds are
25 comingled into Account 0704 and that you'd be

---

**355**

1  unable to distinguish transfers whose source of
2  revenue is these transfers in or were not -- or
3  other transfers into Account 0704.
4         Q.    Okay.  But the rum tax revenues
5  are comingled into the 006 account, right?  And
6  you just explained, I think quite well, how you
7  were able to identify and distinguish them from
8  all the other money in the 006 account as being
9  transferred into the 1891 account, right?
10        A.    Would you mind repeating that?
11        Q.    Yeah.  The rum taxes flowed into
12 the 006 account, which itself is a comingled
13 account, correct?
14        A.    Correct.
15        Q.    But you were able to distinguish
16 the rum tax revenues that flowed from the
17 comingled account into the GDB 1891 account,
18 right?
19        A.    We were able to determine that the
20 source of funds of that transfer from 0006 to
21 1891 was rum tax revenues.
22        Q.    Okay.  So the fact that the moneys
23 were in a comingled account didn't preclude you
24 from identifying, as they flowed out, what the
25 source of those revenues were, correct?

---

**356**

1         A.    Correct.
2         Q.    Okay.  So my question is on GDB
3  0704, if you similarly had evidence like what
4  you had with respect to the transfer from 006
5  to 1891 that indicated that the next step in
6  the Flow of Funds related directly to the rum
7  tax revenues, would it have been so indicated
8  on this chart?
9         A.    Would you repeat the question
10 again?
11        Q.    Okay.  I'm just going to ask
12 another question, then move on.
13        Did you do anything -- sorry,
14 scratch that.
15        Did you look at the outflows from
16 the 0704 account to indicate whether you could
17 identify rum tax revenues as a source of the
18 revenue for any of those outflows?
19        A.    No.  It was my understanding that
20 they are comingled in Account 0704 and
21 indistinguishable from one another.
22        MS. MILLER:  Okay.  I want to
23 look -- I'm going to mark as Exhibit 25
24 tab 1202, please.
25

---

**357**

1         (Monolines Exhibit 25 is
2         introduced for the record.)
3  BY MS. MILLER:
4         Q.    Okay.  Mr. Ahlberg, you have in
5  front of you a document that was marked
6  Monolines Exhibit 25.  Do you see that?
7         A.    I see the document, yes.
8         Q.    Is this a document that you've
9  seen before?
10        A.    Do you have a certified
11 translation of this document?
12        Q.    I do.  Do you need an English
13 translation to tell me whether you've seen it
14 before?  You probably haven't seen the English
15 translation before.
16        MS. MILLER:  I think -- Kevin, I
17 think the English translation is 1202A, if you
18 want to load that, and maybe we can merge them
19 into a combined exhibit.
20        Does anyone have an objection if
21 we mark this as 1202A and then we merge it into
22 a combined exhibit at the end of the deposition
23 so we don't have two exhibits?
24        MS. McKEEN:  I don't have an
25 objection to that.  I think for Exhibit 25, it

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                April 23, 2020

35 (Pages 358 to 361)

---

**358**

1   would certainly be helpful for the record if          01:43:25
2   that exhibit, plus the original certified             01:43:28
3   translation is one exhibit.  I think that's how       01:43:32
4   we did prior deposition exhibits.                     01:43:34
5        MS. MILLER:  Okay.  Perfect.                     01:43:36
6   BY MS. MILLER:                                        01:43:39
7        Q.   Okay.  So, Mr. Ahlberg, you now             01:43:39
8   have in front of you Exhibit 25, which is             01:43:42
9   being marked as 25A, but I'm just going to            01:43:44
10  refer to it as Exhibit 25 because we are going        01:43:47
11  to merge them after the deposition, and this is       01:43:50
12  the certified English translation of the              01:43:52
13  account opening document.                             01:43:55
14       A.   Okay.  Thanks.                              01:44:02
15       MS. MILLER:  Okay.  All right.  My               01:44:07
16  team is telling me that my binder has some            01:44:09
17  stuff earlier, that they're already merged in         01:44:11
18  the system, so it's all Exhibit 25, and the           01:44:14
19  back pages are the certified English                  01:44:18
20  translation.  So you can go back and forth as         01:44:20
21  necessary.                                            01:44:23
22  BY MS. MILLER:                                        01:44:23
23       Q.   So, Mr. Ahlberg, now that you have          01:44:24
24  the English in front of you, can you tell me          01:44:25
25  whether this is a document that you've seen           01:44:28

---

**360**

1   then if you turn to the third page of                 01:46:08
2   Exhibit 25.  Okay.  So it has the information         01:46:11
3   and it identifies an account number.  Do you         01:46:16
4   see that?                                             01:46:20
5        A.   Yes.                                        01:46:20
6        Q.   And you see the account is the             01:46:26
7   1891 account; is that right?                          01:46:27
8        A.   Yes.                                        01:46:35
9        Q.   And if we could just go back one           01:46:35
10  page, it indicates there's a depositor agency        01:46:38
11  listed.  Do you see that?                             01:46:49
12       A.   Yes, I see that.                            01:46:51
13       Q.   And what deposit -- what is the            01:46:52
14  depositor agency?                                     01:46:58
15       A.   It says on this document that the          01:46:59
16  depositor agency is the Banco Gubernamental de       01:47:01
17  Fomento para PR.                                      01:47:08
18       Q.   Okay.  And if you go to the next           01:47:08
19  page in the exhibit, it identifies the customer      01:47:10
20  name.  Do you see that?                               01:47:15
21       A.   Under Customer Name I see Banco            01:47:16
22  Gubernamental de Fomento para PR.                     01:47:25
23       Q.   Okay.  And then if we could just           01:47:29
24  look at the next -- or sorry -- two pages out,       01:47:34
25  the 4741, this is an e-mail chain dated -- I         01:47:38

---

**359**

1   before?                                               01:44:29
2        A.   I have not reviewed this specific          01:44:36
3   document before.                                      01:44:37
4        Q.   Okay.  Have you seen other                 01:44:41
5   documents like this before?                           01:44:49
6        A.   I have seen other agreements for           01:44:49
7   opening of bank accounts.                             01:44:51
8        Q.   Okay.  Hold on a second.  Hold on          01:44:54
9   a second.  I lost it.  I'll see if it comes          01:44:57
10  back up again.                                        01:44:57
11       Okay.  So I want you just to look               01:45:12
12  at the document.  Do you see at the top it           01:45:15
13  indicates -- excuse me -- it indicates the           01:45:17
14  agency?                                               01:45:19
15       A.   I see that under Agency it says:           01:45:33
16  Banco Gubernamental de Fomento para PR.               01:45:39
17       Q.   Okay.  And do you see the name of          01:45:39
18  this bank account, that the purpose of the           01:45:40
19  account is AFI bond debt service?  Do you see        01:45:45
20  that?                                                 01:45:49
21       A.   I see that.                                 01:45:49
22       Q.   And you understand AFI to be the          01:45:49
23  Spanish acronym for PRIFA?                            01:45:52
24       A.   Yes.                                        01:45:54
25       Q.   Okay.  And this account -- and             01:46:06

---

**361**

1   guess it runs from November 18, 2009, through        01:47:51
2   November 20th, 2009.  Do you see that?                01:47:54
3        A.   Yes.                                        01:48:02
4        Q.   And are you familiar with any of           01:48:02
5   the people who are involved in this e-mail           01:48:07
6   chain?                                                01:48:16
7        A.   I'm not familiar with any of the          01:48:23
8   individuals whose names are on this e-mail           01:48:25
9   chain.                                                01:48:27
10       Q.   Okay.  But you see they're all             01:48:27
11  identified as being at the GDB?                       01:48:32
12       A.   That's what it says here.                  01:48:36
13       Q.   Okay.  And if you look at the top          01:48:38
14  e-mail in the chain as the most recent -- or         01:48:40
15  sorry -- the second e-mail down on the page,         01:48:44
16  the one with the time stamp November 19, 2009,       01:48:46
17  at 9:10 a.m., do you see that?                        01:48:50
18       A.   Yes.                                        01:48:56
19       Q.   And there's a question that says:          01:48:56
20       Hi, Arnaldo, can you please                     01:48:59
21  provide me with the title of Mr. Rivera and         01:49:00
22  Mr. Garcia?  I would also like to know if the       01:49:03
23  account is in the name of ASI or of the bank.       01:49:07
24       Do you see that?                                01:49:10
25       A.   Yes, I see that.                           01:49:10

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

36 (Pages 362 to 365)

---

**362**

1    Q.    And do you see the response?    01:49:12
2    A.    Yes, I see the response.    01:49:20
3    Q.    Okay.  And can you just read the    01:49:21
4    second line of the response?    01:49:24
5    A.    Is it okay if I read the whole    01:49:28
6    response?    01:49:37
7    Q.    Yeah, you can read the whole    01:49:39
8    thing.  I just meant aloud.    01:49:39
9    A.    Gabriel Rivera is the director of    01:49:43
10   public financing and Jesus Garcia is the    01:49:46
11   Assistant Director of Public Financing.  In the    01:49:50
12   name of the bank, But referencing the AFI Debt    01:49:53
13   Service.    01:49:56
14   Q.    Okay.  And just looking back at    01:49:57
15   the Flow of Funds which is Exhibit 24, from    01:49:59
16   January 2014 to January 2015 -- sorry -- to    01:50:04
17   June 2015, do you see the 1891 account on this    01:50:09
18   exhibit?    01:50:28
19   A.    Yes, I see the account 1891.    01:50:28
20   Q.    Okay.  And you testified    01:50:30
21   previously that blue meant that it was in    01:50:31
22   PRIFA's name; is that right?    01:50:34
23   A.    Yeah, I referenced that PRIFA's    01:50:40
24   name would be on the bank statement.    01:50:44
25   Q.    Okay.  And what's the basis for    01:50:46

---

**363**

1    your position that the 1891 account was held in    01:50:52
2    PRIFA's name?    01:50:55
3    A.    I didn't say it was held in    01:50:55
4    PRIFA's name.  I just mentioned that PRIFA's --    01:51:01
5    PRIFA's name would be on the bank statements.    01:51:04
6    Q.    Okay.  So I think you said that,    01:51:08
7    and then I specifically asked you -- and we can    01:51:11
8    go back if you need to, but I specifically    01:51:13
9    asked if by that you meant that PRIFA was the    01:51:16
10   account holder.  Do you recall that?    01:51:20
11   A.    I do recall you asking me that    01:51:30
12   question.    01:51:31
13   Q.    Okay.  And you said yes.  Do you    01:51:33
14   recall giving me that answer?    01:51:35
15   A.    Yes, I do remember giving that    01:51:35
16   answer.  I meant to answer in the context of    01:51:43
17   meaning that PRIFA's name would be on their    01:51:49
18   bank statement.    01:51:51
19   Q.    Well, I said:    01:51:55
20        What does the blue box indicate?    01:51:58
21        And you said:    01:52:00
22        In the case of the blue box, it    01:52:02
23   would indicate that PRIFA's name would be on    01:52:05
24   the bank account statement of those accounts.    01:52:07
25        And I said:    01:52:07

---

**364**

1    Q.    Okay.  And when you said PRIFA's    01:52:08
2    name would be on it, do you mean as an account    01:52:10
3    holder?    01:52:12
4        And you said:    01:52:13
5        Yes.    01:52:13
6        Do you recall me asking those    01:52:14
7    questions and you giving those answers?    01:52:16
8    A.    Yes.    01:52:19
9    Q.    I'm asking you what the basis is    01:52:23
10   for your testimony that PRIFA is an account    01:52:26
11   holder of the 1891 account.    01:52:31
12   A.    I remember answering your    01:52:36
13   question, original question in that way, and    01:52:39
14   what I meant is that I knew that PRIFA's name    01:52:42
15   was on the bank statements.  I'm just -- I'm    01:52:44
16   not an attorney.  I'm not certain if account    01:52:49
17   holder or not holder is a legal term that has    01:52:52
18   an implication I'm not aware of.    01:52:55
19   Q.    I'm not talking about a legal    01:52:57
20   term.  I'm just asking you whether it is a    01:52:59
21   PRIFA account or not a PRIFA account.    01:53:02
22   A.    And my answer would be that    01:53:09
23   PRIFA's name is on the bank statement.    01:53:12
24   Q.    So you don't know if it's a PRIFA    01:53:15
25   account or not?    01:53:17

---

**365**

1        MS. McKEEN:  Objection.    01:53:18
2        THE WITNESS:  I know PRIFA's name    01:53:23
3    is on the bank statement.    01:53:24
4        MS. MILLER:  Can I ask someone    01:53:36
5    from my team to pull up a bank statement for    01:53:42
6    the 1891 account so Mr. Ahlberg can show us    01:53:46
7    where PRIFA's name is on the account statement,    01:53:46
8    please?    01:53:52
9    BY MS. MILLER:    01:53:52
10   Q.    This might take a minute,    01:53:55
11   Mr. Ahlberg.  I apologize.    01:53:56
12   A.    No problem.    01:54:00
13   Q.    While you're waiting or while    01:54:27
14   we're waiting, based on Exhibit 25 that we just    01:54:30
15   looked at, would you agree with me that the GDB    01:54:35
16   is the account holder of the 1891 account?    01:54:35
17   A.    You asked me to confirm if GDB is    01:54:58
18   the account holder of this account?    01:55:01
19   Q.    I'm asking you whether, based on    01:55:04
20   Monolines Exhibit 25, which we could put that    01:55:08
21   one back up, you would agree with me that the    01:55:13
22   GDB is actually the account holder of the 1891    01:55:16
23   account?    01:55:19
24   A.    I don't know if there's a specific    01:55:30
25   way you're using "account holder."  I'm just --    01:55:32

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

37 (Pages 366 to 369)

366

```
1    not being an attorney, I'm uncertain of the        01:55:36
2    implications of that phrase "account holder."      01:55:39
3         Q.    Do you own a bank account,              01:55:42
4    Mr. Ahlberg?                                       01:55:44
5         A.    I do have bank accounts.                01:55:45
6         Q.    Okay.  Do you understand what it        01:55:47
7    means when someone asks you if you're the          01:55:49
8    account holder of a certain account?               01:55:55
9         A.    Generally, I would understand if        01:56:01
10   someone asked me that question.                    01:56:03
11        Q.    Okay.  Do you have any joint bank        01:56:07
12   accounts?                                          01:56:14
13        A.    No.                                     01:56:14
14        Q.    How do you understand that              01:56:19
15   generally when someone -- if someone were to       01:56:21
16   ask you that?                                       01:56:26
17             UNIDENTIFIED SPEAKER:  Object to         01:56:26
18   form.                                              01:56:26
19             THE WITNESS:  If someone were to         01:56:26
20   ask me what?  Would you mind repeating the         01:56:29
21   question?                                          01:56:29
22   BY MS. MILLER:                                     01:56:31
23        Q.    If someone were to ask you if you       01:56:31
24   were the account holder of a particular bank       01:56:33
25   account.                                           01:56:36
```

367

```
1         A.    In the context of my own personal      01:56:41
2    finances, I would think that would mean that       01:56:44
3    it's an account that -- that I have the ability    01:56:46
4    to withdraw funds from or deposit funds into.      01:56:46
5             THE REPORTER:  I'm sorry.  Excuse         01:56:50
6    me one moment.  I'm sorry.                         01:57:11
7             I just wanted to ask, Ms. McKeen,         01:57:11
8    would you mind moving the phone closer to you?     01:57:13
9    You're very faint with your objections.  Sorry.    01:57:15
10   Go ahead.                                          01:57:17
11             MS. McKEEN:  (Indiscernible) I           01:57:17
12   haven't objected in several questions.  So I'm     01:57:18
13   not sure if you heard any.  That wasn't me.  I     01:57:20
14   didn't hear an opposing objection.  Can you        01:57:25
15   hear me now?                                       01:57:31
16             THE REPORTER:  I can.  Thank you.        01:57:32
17             MS. McKEEN:  Thank you.                  01:57:33
18   BY MS. MILLER:                                     01:57:33
19        Q.    Is that the same understanding          01:57:44
20   that you used in determining whether or not to     01:57:46
21   designate a box blue or not?                       01:57:49
22        A.    Did not apply the same -- same          01:57:59
23   exact criteria that I just referenced in my own    01:58:04
24   personal finances to the Flow of Funds             01:58:07
25   presentation.                                      01:58:09
```

368

```
1         Q.    Okay.  So what criteria did you         01:58:09
2    apply to the GDB 1891 account that resulted in     01:58:11
3    you designating it as a blue box?                  01:58:14
4         A.    In color coding as a general            01:58:25
5    association and to help the reader interpret       01:58:29
6    this presentation, but understanding that          01:58:31
7    PRIFA's name was on the bank statement, I          01:58:34
8    thought it was appropriate to make that box        01:58:38
9    blue.                                              01:58:41
10             (Monolines Exhibit 26 is                 01:58:41
11   introduced for the record.)                        01:58:41
12   BY MS. MILLER:                                     01:58:42
13        Q.    Okay.  So now we are looking at a       01:58:42
14   bank statement that's been marked Monolines        01:58:45
15   Exhibit 26, and when you say that PRIFA's name     01:58:48
16   was on the bank statement, do you mean that        01:58:51
17   PRIFA's name is indicated in the account name?     01:58:55
18        A.    PRIFA in this exact bank statement      01:59:05
19   example that we're looking at, that is correct,    01:59:08
20   that PRIFA's listed in the account name under      01:59:11
21   the Spanish acronym AFI.                           01:59:16
22        Q.    You don't see PRIFA's name              01:59:18
23   anywhere else, do you?                             01:59:20
24             Well, sorry.  You don't see             01:59:21
25   PRIFA's name as an account holder, right?          01:59:23
```

369

```
1         A.    I don't see the phrase "account         01:59:39
2    holder" listed anywhere on this page.              01:59:43
3         Q.    Okay.  And you do see that the          01:59:46
4    account statements are being directed to           01:59:50
5    Mr. Gabriel Rivera, the director of public         01:59:50
6    finance at the GDB, right?                         01:59:52
7         A.    I do see that.                          02:00:04
8         Q.    Okay.  And did you do anything          02:00:05
9    other than noting that PRIFA's name was            02:00:06
10   mentioned somewhere on that account statement      02:00:13
11   to identify whether or not the account was         02:00:13
12   actually a PRIFA account?                          02:00:16
13        A.    Can you repeat the question,            02:00:29
14   please?                                            02:00:31
15        Q.    Yeah.  Did you do anything other        02:00:32
16   than noting that PRIFA's name was mentioned        02:00:33
17   somewhere on the account statement to identify     02:00:36
18   whether or not the account was actually a PRIFA    02:00:39
19   account?                                           02:00:41
20        A.    No, no.                                 02:00:54
21        Q.    Okay.  I want to go back to             02:00:55
22   Exhibit 24, please.                                02:00:58
23             Am I understanding this chart           02:01:16
24   correctly that between the January 2014 and        02:01:18
25   June 2015 period, the only account that had the    02:01:23
```

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

38 (Pages 370 to 373)

---

**370**

full 117 million of rum excise taxes was the
GDB 006 account?

A.    I missed the last part of your
question, sorry.  Could you repeat it?

Q.    Okay.  Am I correct that according
to this chart, from the January '14 to
June 2015 period, the only bank account that
held the full $117 million rum excise taxes was
the GDB 006 account?

Sorry, let me -- let me restate
that because I misspoke in the question.  Let
me ask it again.

Am I correct that according to
this chart, from January '14 to June 2015, the
only bank account that held the first
$117 million in full was the GDB 006 account?

A.    I can't say that there was any one
given time where the 117 million was
identifiable as a separate cash balance within
the operating account 0006.

Q.    Okay.  That's a fair point.  Let
me restate it.

Is it true that in the
January 2014 to June 2015 period, the only
account that the full first $117 million of rum

---

**371**

excise taxes flowed through was the GDB 006
account?

A.    Yes.

Q.    Thank you for that clarification.

Okay.  So I'd like to now mark as
Exhibit 26 tab 1301.

MS. MILLER:  Actually, Kevin,
before we go there, can I just -- can we mark
quickly tab 1203?

(Monolines Exhibit 27 is
introduced for the record.)

BY MS. MILLER:

Q.    Okay.  So we have marked as
Monolines Exhibit 27 -- we'll come back to
26 -- a document.  Is this a document that you
recognize?

A.    Yes.

Q.    Okay.  And what is this document?

A.    I would like to clarify that I
recognize this type of document.  I can't
recall specifically reviewing this exact
document.

Q.    Fair enough.

And what is this type of document?

A.    This document is a Comprobante de

---

**372**

Remesa for rum taxes during this time, which is
stamped August 2014.  This is probably fiscal
year 2014.

Q.    Okay.

A.    Or fiscal year 2015.

Q.    And are these among the documents
or the type of documents that you reviewed in
preparing the Flow of Funds that we discussed
earlier?

A.    Yes, this type of document would
be included in that review.

Q.    Okay.  And you see here there's a
designation Fondo, and it says 111.  Do you see
that?

A.    Yes.

Q.    And do you know what Fund 111 is?

A.    Fund 111 is one of the fund
numbers used to identify General Fund.

Q.    Okay.  And then to the left of
that it says Cuenta R4220.  Do you see that?

A.    Yes.

Q.    And is that the revenue account
within the General Fund that's used for rum
excise taxes that we discussed earlier?

A.    That's the revenue account used

---

**373**

within the PRIFA system to record the revenues
of rum taxes.

Q.    Okay.  Do you know whether that's
used to record all of the revenues of rum taxes
or just the first 117 million of rum taxes?

Let me break it out.

Is that revenue account number
used to record all of the revenues of rum
taxes?

A.    I'm not positive.  I would have to
double-check on that and get back to you.

Q.    Okay.  How would you go about
double-checking?

A.    I would just have to look at the
voucher maybe similar to this one that -- whose
amount, which, you know, ended up meaning
specifically your total exceeded 117 million
and they were still using account code 4220,
that would indicate to me that they were using
Account 4220 for rum proceed revenues, the
first 117, as well as the excise.

Q.    And if you ran the report that we
discussed earlier from the PRIFA system on
Revenue Account 4220, you would be able to tell
that based on the report, correct?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

39 (Pages 374 to 377)

---

**374**

1      A.    Correct.      02:09:04
2      Q.    You didn't run that report, right?      02:09:06
3      A.    No, I have not run that report.      02:09:10
4      Q.    Okay. And how long do you think      02:09:12
5 it would take to run that report for a single      02:09:16
6 fiscal year?      02:09:19
7      A.    I don't know specifically how long      02:09:24
8 the system would take to process that, but I      02:09:25
9 imagine it would be accomplishable within      02:09:28
10 one day.      02:09:31
11      Q.    And when you say "accomplishable      02:09:33
12 within one day," you just mean processing time?      02:09:36
13      A.    Right. I can't speculate on time      02:09:43
14 to quality control review data that the system      02:09:45
15 would potentially output.      02:09:48
16      Q.    How long would it take to come up      02:09:49
17 with a query?      02:09:51
18      A.    Query -- query -- I mean, I guess      02:09:59
19 I could tell you what the query is now. You      02:10:07
20 would need time to determine what the      02:10:09
21 parameters of the query would be.      02:10:11
22      Q.    Do you know whether moneys other      02:10:24
23 than the first 117 million of rum -- sorry,      02:10:27
24 strike that. Let me start over.      02:10:32
25      Do you know whether rum excise      02:10:34

---

**375**

1 taxes beyond the first 117 million of rum      02:10:36
2 excise taxes are deposited into the General      02:10:40
3 Fund?      02:10:40
4      UNIDENTIFIED SPEAKER: Objection.      02:10:40
5      THE REPORTER: I'm sorry, did      02:10:40
6 somebody -- I'm sorry?      02:10:40
7      THE WITNESS: (Indiscernible)      02:10:53
8 deposited into the General Fund.      02:10:53
9 BY MS. MILLER:      02:10:54
10      Q.    Okay. Do you know whether the      02:10:54
11 R4220 account is used in connection with other      02:10:57
12 Funds as well?      02:11:01
13      Sorry, just -- just to be clear,      02:11:21
14 when I said Funds, I meant capital F Fund, the      02:11:23
15 Fund of the Special Fund other than the      02:11:26
16 general.      02:11:34
17      UNIDENTIFIED SPEAKER: Objection.      02:11:36
18      THE WITNESS: I know the first      02:11:38
19 117 million would use the General Fund      02:11:39
20 identifier there. We -- we did not look at      02:11:42
21 the, you know, the revenues outside the first      02:12:00
22 117 for purposes of the Flow of Funds      02:12:03
23 accreditation.      02:12:07
24 BY MS. MILLER:      02:12:07
25      Q.    So you don't know whether they      02:12:11

---

**376**

1 flow into a Fund other than the General Fund?      02:12:13
2      UNIDENTIFIED SPEAKER: Objection.      02:12:20
3      THE WITNESS: I disagree with the      02:12:20
4 characterization of funds flowing into any      02:12:23
5 Fund.      02:12:25
6 BY MS. MILLER:      02:12:25
7      Q.    Okay. So you disagree with the      02:12:26
8 funds being allocated. All right.      02:12:28
9      So you don't know whether they're      02:12:36
10 allocated to a Fund other than the General      02:12:40
11 Fund?      02:12:44
12      A.    The first 117 million are recorded      02:12:44
13 with the General Fund fund number.      02:12:47
14      Q.    Do you know whether moneys beyond      02:12:52
15 the first 117 million are recorded with a Fund      02:12:54
16 number that is not the General Fund?      02:12:58
17      A.    I don't know for certain since we      02:13:01
18 didn't look at the funds outside the 117 for      02:13:04
19 purposes of the Flow of Funds presentation.      02:13:08
20 That would certainly be something we could      02:13:10
21 follow up on and get back to you.      02:13:13
22      Q.    Okay. Do you think they might be?      02:13:15
23      MS. McKEEN: Objection.      02:13:21
24      THE WITNESS: I can't speculate      02:13:23
25 one way or the other.      02:13:24

---

**377**

1      (Monolines Exhibit 28 is      02:13:24
2      introduced for the record.)      02:13:24
3      MS. MILLER: Okay. I want to go      02:13:47
4 to Exhibit 26 now, please, Kevin.      02:13:50
5 BY MS. MILLER:      02:13:50
6      Q.    Mr. Ahlberg, did you review the      02:13:51
7 lockbox agreement in connection with your      02:14:23
8 preparation for your deposition today?      02:14:27
9      A.    I did not review the lockbox      02:14:28
10 agreement in preparation for this deposition,      02:14:30
11 but I am familiar with the lockbox agreement      02:14:33
12 based on my ordinary business and work with the      02:14:35
13 Commonwealth.      02:14:39
14      Q.    Okay. And in what context have      02:14:39
15 you encountered the lockbox agreement in the      02:14:45
16 course of your ordinary work?      02:14:49
17      A.    Beyond the first 117 million that      02:14:58
18 we have been discussing together, there's a rum      02:15:00
19 tax waterfall that proceeds after that, and I      02:15:03
20 have reviewed actual cash flows with -- actual      02:15:10
21 cash flows in the rum tax waterfall after the      02:15:19
22 first 117 million in my normal course of      02:15:22
23 business with the Commonwealth.      02:15:26
24      Q.    And in the course of that, have      02:15:41
25 you looked at the actual document?      02:15:43

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

40 (Pages 378 to 381)

---

378

1　　　　A.　Somewhere along the lines in the
2　past two and a half years, I have seen the
3　actual lockbox agreement.
4　　　　Q.　Okay.  Do you understand that
5　under the lockbox agreement -- which,
6　apologies, is being pulled off, I created
7　confusion, apparently.  We already used
8　Exhibit 26.  So this will be Exhibit 27 -- that
9　there are multiple transfers that -- let me
10　ask.
11　　　　Here's the lockbox agreement.  Is
12　this the agreement that we were just talking
13　about?
14　　　　A.　Yes.
15　　　　Q.　Okay.  So the record is clear,
16　because we have now said it wrong three times,
17　Monolines Exhibit 28 is the lockbox agreement
18　dated May 5, 2015.  Who's the lockbox trustee?
19　Sorry, what does the lockbox say?
20　　　　A.　Citibank.
21　　　　Q.　And do you understand that under
22　this agreement Citibank has to make a number of
23　transfers to various entities, right?
24　　　　A.　Not being an attorney, I'm not
25　certain what the lockbox agreement mandates or

379

1　does not mandate.
2　　　　Q.　Okay.  Well, I thought you told me
3　that in the ordinary course of your business,
4　you have seen the lockbox agreement and
5　considered it in connection with the Flow of
6　Funds that it mandates.  No?  Did I get that
7　wrong?
8　　　　UNIDENTIFIED SPEAKER:  Objection.
9　　　　THE WITNESS:  I'm generally
10　familiar with the lockbox agreement, and in the
11　context in which I would have been familiar
12　with it was in monitoring cash flow activity
13　with respect to rum tax.
14　　BY MS. MILLER:
15　　　　Q.　Okay.  And so you understand that
16　the lockbox agreement outlines period cash
17　flows or the flow of various revenues, right?
18　　　　MS. McKEEN:  Objection.
19　　　　THE WITNESS:  I understand it's --
20　the Flow of Funds is different before and after
21　the lockbox agreement is operational.
22　　BY MS. MILLER:
23　　　　Q.　Okay.  I have not asked anything
24　about that.
25　　　　I'm just asking you whether you

380

1　understand that the lockbox agreement sets
2　forth a Flow of Funds for the rum tax revenue.
3　　　　A.　Not being an attorney, I'm not
4　positive that this lockbox agreement says that.
5　　　　Q.　Why did you look at it in
6　connection with the Flow of Funds of the rum
7　taxes in the ordinary course of your business?
8　　　　A.　In my ordinary course of business,
9　and understanding the historical Flow of Funds
10　for rum taxes, for us it meant understanding
11　that transfers were -- after the lockbox
12　agreements were coming directly from the
13　Citibank account as opposed to being
14　transferred directly from the U.S. Government.
15　　　　Q.　Okay.  And is that
16　something -- when you said in the ordinary
17　course of your business, did you mean in
18　connection with preparing these Flow of Funds
19　documents?
20　　　　A.　No.
21　　　　Q.　Okay.  So in connection with your
22　ordinary course of business, you have to
23　understand that historical Flow of Funds
24　differed from the Flow of Funds under the
25　lockbox agreement?  Did I understand that

381

1　right?
2　　　　MS. McKEEN:  Objection.
3　　　　THE WITNESS:  From a normal course
4　of business, I understood the lockbox agreement
5　changed the Flow of Funds.
6　　BY MS. MILLER:
7　　　　Q.　Okay.  Do you understand how it
8　changed the Flow of Funds?
9　　　　A.　Yes.  The funds are -- rum taxes
10　are -- first went to Citibank prior to transfer
11　to the TSA, as opposed to coming directly from
12　the U.S. Government.
13　　　　Q.　Okay.  And then, after the first
14　117 -- well, look at page 4 of the lockbox
15　agreement.
16　　　　And is this specifically a page
17　that you've seen before?  And I'm going to
18　direct you to Section 5, which is the
19　Disposition of Cover Over Payments in the
20　account.  Do you see that?
21　　　　A.　I see that fifth section there.
22　　　　Q.　Okay.  And did you look at this
23　fifth section in the ordinary course of
24　business before preparing the PRIFA Flow of
25　Funds for this deposition?

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                         April 23, 2020

41 (Pages 382 to 385)

---

**382**

1    A.    I don't recall specifically
2  reviewing this exact section of the document.
3    Q.    Okay.  Do you have an
4  understanding of how the moneys beyond the
5  first 117 million flow?
6    A.    I have a general understanding.
7    Q.    Okay.  What's your general
8  understanding?
9    A.    My general understanding is that
10 after the first 117 million, that there
11 are -- there's a waterfall for the remaining --
12 remaining distribution of funds.
13   Q.    Okay.  And do you know who gets
14 the second payment in the waterfall?
15   A.    I can't recall off the top of my
16 head who gets the second payment in the
17 waterfall.
18   Q.    Well, good news.  You don't have
19 to recall off the top of your head.  If you
20 look at Section 5(b), it says "Second."
21       So you can just read it and then
22 tell me if that refreshes your recollection of
23 who gets the second flow in the waterfall.
24   A.    Counsel, could you point me to the
25 section of the document you're referring to?

---

**383**

1    Q.    Section 5(b), as in boy.
2  Actually -- sorry.  Yeah, that's right.
3  Section 5(b).
4    MS. McKEEN:  Atara, when you get
5  to a convenient stopping place, if we could
6  have a short break, I would appreciate it.
7    MS. MILLER:  Sure.  Actually,
8  almost done with this.  I want to go a few
9  minutes longer, and hopefully I can wrap this
10 up.
11   MS. McKEEN:  That's great.  Thank
12 you.  Just a quick one.
13   MS. MILLER:  Okay.
14 BY MS. MILLER:
15   Q.    Mr. Ahlberg, does Section 5(b)
16 refresh your recollection as to who gets the
17 second distribution of rum taxes after the
18 first 117 million?
19   A.    That refreshes my recollection of
20 what this lockbox agreement says.  I can't say
21 for certain that -- off the top of my head that
22 this is how the cash flow on activity follows.
23   Q.    Okay.  Who's supposed to get the
24 next 5 million --
25

---

**384**

1    MS. McKEEN:  Objection.
2  BY MS. MILLER:
3    Q.    -- under the lockbox agreement?
4    MS. McKEEN:  Objection.
5    THE WITNESS:  I believe that it
6  says:
7        Second, to the Secretary of
8  Treasury for deposit to the credit of the S&T
9  Trust, which I understand is the Science and
10 Technology Trust.
11 BY MS. MILLER:
12   Q.    Okay.  And what about third?
13   A.    The document says:
14       Third, to the Secretary of
15 Treasury, the remaining amount of Non-Rum COR
16 included in such Cover Over Payment.
17   Q.    Okay.  And then what about 4?
18   A.    The document says:
19       Fourth, to the Secretary of
20 Treasury, the remaining amount of other rum
21 Cover Over or COR included in such Cover Over
22 Payment.
23   Q.    Okay.  Do you know whether the
24 Commonwealth accounts for each of these buckets
25 of rum tax revenues differently when it

---

**385**

1  receives them from Citi?
2    A.    I'm not certain if there's
3  different accounting treatment for the rum
4  revenues in excess of the first 117 million.
5    Q.    Do you know if the 5 million to
6  the credit of the S&T Trust if -- sorry -- is
7  credited to the General Fund?
8    A.    I'm not positive off the top of my
9  head if that is the case.
10   Q.    What would you do to find out
11 whether the transfers in (a), (b), (c) and (d)
12 of Section 5 of Exhibit 28 are accounted for
13 differently on the internal accounting records
14 of the Commonwealth?
15   A.    Apologies, I'm just thinking here.
16 Would you mind repeating the question?
17   Q.    Yeah.  My question is:
18       What would you do to determine
19 whether the transfers in Section 5(a), (b), (c)
20 and (d) of Exhibit 28 are accounted for
21 differently on the internal accounting records
22 of the Commonwealth?
23   A.    I would -- first, I would discuss
24 with -- with Treasury and review the transfers
25 into -- review the, you know, transfers letters

---