# <u>EXHIBIT B</u>

# (Ex. 26 to the Miller Declaration, originally filed as ECF 13001-2) - Part - 2

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

42 (Pages 386 to 389)

---

**386**

1  or vouchers that show transfer into the TSA.
2       Q.    Do you know whether when Citi
3  makes transfers under this lockbox agreement it
4  specifically identifies whether the
5  transfer -- sorry -- which bucket the
6  transfer -- let me start over.
7          Do you know whether Citi, when it
8  makes transfers under the lockbox agreement,
9  specifically identifies which bucket the moneys
10 fall under?
11      A.    Would you repeat that question,
12 please?
13      Q.    Yeah.  Do you know whether Citi,
14 when it makes transfers under the lockbox
15 agreement, specifically identifies which bucket
16 the moneys fall under?
17      A.    I'm not positive.  I would have to
18 double-check on that.
19      Q.    Okay.  Do you know what it means
20 for a deposit be be to the credit of the S&T
21 Trust?
22      A.    I'm not sure what is intended by
23 that exact phrasing there.
24      Q.    Do you know whether there is a
25 Fund that corresponds to the S&T Trust?

---

**387**

1       A.    I do not know whether there is a
2  separate Fund number within the PRIFA system
3  that identifies S&T Trust money.
4       Q.    Would you expect the Commonwealth
5  to account differently for moneys deposited to
6  the credit of the S&T Trust from moneys
7  deposited to the credit of PRIFA?
8          UNIDENTIFIED SPEAKER:  Objection.
9          THE WITNESS:  I mean, nothing --
10 I'm not sure how S&T would account for those
11 differently from one another.
12 BY MS. MILLER:
13      Q.    Okay.  Do you know why the
14 Commonwealth asks Citi to separately break out
15 amounts that were going to the Treasury for
16 deposit of the credit into different entities?
17         MS. McKEEN:  Objection.
18         THE WITNESS:  I do not know why
19 Citibank does that.
20 BY MS. MILLER:
21      Q.    My question was why does the
22 Commonwealth ask them to do it.
23         MS. McKEEN:  Objection.
24         THE WITNESS:  I don't know why the
25 Commonwealth would have asked them to do that.

---

**388**

1  BY MS. MILLER:
2       Q.    Okay.  Just, for example, (a) and
3  (b), it would have been more simple to just
4  make a single transfer to the Secretary of the
5  Treasury for 122 million, wouldn't it?
6          MS. McKEEN:  Objection.
7          THE WITNESS:  I can't say what
8  would have been easier or not.
9  BY MS. MILLER:
10      Q.    Is there any reason you can think
11 of why in a Flow of Funds the first 117 million
12 being transferred to the Secretary -- to the
13 Secretary of the Treasury for the credit of
14 PRIFA was broken out from the next $5 million
15 that were being transferred to the Secretary of
16 the Treasury for deposit to the credit of the
17 S&T Trust?
18         MS. McKEEN:  Objection.
19         THE WITNESS:  Would you please
20 repeat the question?
21 BY MS. MILLER:
22      Q.    Is there any reason you can think
23 of for why in the Flow of Funds the first
24 117 million being transferred to the Secretary
25 of Treasury for the credit of PRIFA was broken

---

**389**

1  out from the next 5 million that were being
2  transferred to the Secretary of Treasury for
3  deposit to the credit of the S&T Trust?
4          MS. McKEEN:  Objection.
5          THE WITNESS:  I can't speculate as
6  to why.
7  BY MS. MILLER:
8       Q.    Okay.  All right.  Let's -- I'm
9  going to do one more quick exhibit, Liz, and
10 then I'll take a break.  It shouldn't take more
11 than a minute.
12         MS. MILLER:  Can we mark tab 1302
13 as Exhibit 29?
14         (Monolines Exhibit 29 is
15          introduced for the record.)
16 BY MS. MILLER:
17      Q.    Okay.  Mr. Ahlberg, is this a
18 document that you've seen before or a form of
19 document that you've seen before?
20      A.    Yes.
21      Q.    Okay.  And what is it?
22      A.    It is a lockbox receipt notice.
23      Q.    And can we just look at the second
24 page of this document?
25         Okay.  Mr. Ahlberg, does this

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                   April 23, 2020

43 (Pages 390 to 393)

---

**390**

1   refresh your recollection about whether Citi in
2   fact breaks out into each category the amount
3   of the disbursement?
4       A.   Yes.
5       Q.   Okay.  And so Citi would transfer
6   in the first 117 million of rum excise taxes,
7   specifically identifies the recipient as the
8   Secretary of Treasury for deposit to the credit
9   of PRIFA, correct?
10          UNIDENTIFIED SPEAKER:  Note my
11  objection.
12          MS. MILLER:  What's your
13  objection?
14          UNIDENTIFIED SPEAKER:  You've used
15  the word "identifies" in the present tense, and
16  I think it's unclear as to whether you're
17  asking about this specific example or a course
18  of conduct across all Citi transfers.  That's
19  my objection.
20          MS. MILLER:  Okay.  I appreciate
21  that clarification.
22  BY MS. MILLER:
23      Q.   Mr. Ahlberg, does this refresh
24  your recollection that on August 25, 2017, Citi
25  identifies the recipient of the first

---

**391**

1   117 million as Secretary of Treasury for
2   deposit to the credit of PRIFA?
3       A.   Yes, it does refresh my
4   recollection that Citibank produces a document
5   with this information.
6       Q.   And does it still produce that
7   document today?
8       A.   I believe so.
9       Q.   And it specifically identifies the
10  recipient for the first 117 million as
11  Secretary of Treasury for deposit to the credit
12  of PRIFA, correct?
13      A.   On this document, that is correct.
14      Q.   Do you believe that's changed in
15  any subsequent documents?
16          MS. McKEEN:  Objection.
17          THE WITNESS:  Do not think so.
18  BY MS. MILLER:
19      Q.   And that's distinct from the
20  Secretary of Treasury for deposit to the credit
21  of the S&T Trust, correct?
22      A.   Different in that it is shown
23  separately on the Citibank-produced document,
24  yes.
25          MS. MILLER:  Okay.  This is a good

---

**392**

1   time for a break.
2           Liz, how long do you want to take?
3           MS. McKEEN:  10.
4           MS. MILLER:  Okay.  Great.
5           MS. McKEEN:  Thank you.
6           MS. MILLER:  Thank you.
7           THE VIDEOGRAPHER:  We are off the
8   record at 2:39 p.m.
9               (Recess taken.)
10          THE VIDEOGRAPHER:  We are back on
11  the record at 2:54 p.m.
12  BY MS. MILLER:
13      Q.   Okay.  I want to go back to
14  Exhibit 24, and I want to look at the next
15  page, which is the Flow of Funds from July 2015
16  to March 2016.  Do you see that?
17      A.   No.
18      Q.   Me neither.  There we go.
19          Now do you see it?
20      A.   Yes.
21      Q.   Okay.  And just looking at this
22  chart, based on what you've already said, you
23  were able to identify -- well, let me ask the
24  first question.
25          The first $117 million of rum

---

**393**

1   excise taxes flowed, according to this chart,
2   from this U.S. Treasury to the Citibank
3   account.  And is that the lockbox account?
4       A.   Yes.
5       Q.   Okay.  And is it your
6   understanding that that is an account of the
7   Secretary of the Treasury?
8       A.   The Citibank account?
9       Q.   The Citibank account, yeah.
10      A.   I'm not -- I'm not certain there.
11      Q.   Okay.  Well, it's denoted in dark
12  gray.  What does dark gray mean?
13      A.   In this case, it indicates that
14  it's not a Commonwealth account.
15      Q.   So your testimony, as the
16  corporate representative of the Commonwealth,
17  is that the Citibank 9028 account is not a
18  Commonwealth account?
19      A.   I'm not certain whether that's
20  called a Commonwealth account or not a
21  Commonwealth account.  The dark gray is meant
22  to distinguish it from the TSA operational
23  accounts as well as the other Commonwealth
24  account 6048.
25      Q.   Okay.  Why were you distinguishing

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

44 (Pages 394 to 397)

---

394

```
1    this account?                                    02:57:15
2         A.   I mean, it's a separate bank           02:57:27
3    account.  The dark gray is done to -- to help    02:57:29
4    the reader know that that account is separate    02:57:32
5    from the TSA 0006 or Account 6048.               02:57:36
6         Q.   What is Account 6048?                   02:57:44
7         A.   It's a separate account at             02:57:48
8    Treasury.                                        02:57:52
9         Q.   And what's it used for?                02:57:54
10        A.   It's -- I believe it's an account      02:58:00
11   that's actually no longer used.                  02:58:07
12        Q.   During the period July 2015 to         02:58:10
13   March 2016, what was that account used for?      02:58:13
14        A.   In this case, it received a            02:58:17
15   transfer of -- from 0006 and -- more than one    02:58:19
16   transfer, potentially many transfers.            02:58:29
17        Q.   Okay.  And the 6048 account is         02:58:31
18   designated as a comingled account.  Do you see   02:58:34
19   that?                                            02:58:38
20        A.   Yes.                                   02:58:38
21        Q.   What other moneys are deposited        02:58:38
22   into the 6048 account or what other              02:58:40
23   deposit -- what other moneys were deposited      02:58:45
24   into the 6048 account during the period          02:58:47
25   July 2015 to March 2016?                         02:58:51
```

---

396

```
1    colloquial name of that account.                 03:00:17
2         Q.   Does that ring a bell, that the        03:00:18
3    6048 account was used during this period to      03:00:20
4    hold clawback moneys from HTA, CCDA, and PRIFA?  03:00:25
5         A.   It certainly received transfers of     03:00:32
6    funds that either previously or ultimately were 03:00:34
7    used for those purposes.                         03:00:38
8         Q.   What purposes do you mean when you     03:00:40
9    say "those purposes"?                            03:00:43
10        A.   In this -- in this specific case,      03:00:46
11   being an accountant, the Flow of Funds during   03:00:54
12   the time in which -- that service payments were 03:00:54
13   being made.                                      03:01:03
14        THE REPORTER:  I'm sorry.  During           03:01:03
15   the time in which?                               03:01:05
16   BY MS. MILLER:                                   03:01:05
17        Q.   I didn't get any of that, so...        03:01:08
18        A.   I heard a couple people there.         03:01:15
19        Q.   I think the court reporter asked       03:01:18
20   you to finish your answer.  She didn't catch     03:01:19
21   the end of it.                                   03:01:25
22        A.   Okay, sorry.  Would you mind           03:01:25
23   repeating the question?                          03:01:27
24        Q.   I've lost track of it.                 03:01:33
25        MS. MILLER:  Madam Court Reporter,          03:01:34
```

---

395

```
1         A.   I can't recall off the top of my       02:58:55
2    head what other moneys were included in that     02:58:57
3    transfer or those transfers.                     02:59:01
4         Q.   Do you know whether HTA taxes were     02:59:01
5    loaded to the 6048 account?                      02:59:07
6         A.   I can't recall off the top of my       02:59:09
7    head without looking at the HTA Flow of Funds    02:59:11
8    presentation document.                           02:59:14
9         Q.   Okay.  Do you know whether CCDA        02:59:16
10   moneys were flowed into the 6048 account during 02:59:20
11   this period?                                     02:59:24
12        A.   I can't recall which moneys            02:59:30
13   besides rum taxes off the top of my head were    02:59:33
14   transferred to this account.                     02:59:37
15        Q.   Do you have an understanding of        02:59:39
16   why the money was flowed from the 006 account    02:59:40
17   into the 6048 account and then back into the     02:59:43
18   006 account?                                     02:59:47
19        A.   It's a function of internal cash       02:59:53
20   management at the time of the Department of      02:59:55
21   Treasury.                                        03:00:02
22        Q.   Okay.  Do you know whether             03:00:02
23   60 -- the 6048 account was designated a          03:00:04
24   clawback revenue account?                        03:00:07
25        A.   I'm not part of the -- the name or     03:00:11
```

---

397

```
1    would you mind reading back the last question?   03:01:35
2         (Record read as requested.)                 03:01:37
3         "What do you mean when you say               03:01:38
4    'those purposes'?"                               03:01:41
5         MS. MILLER:  We need to go back             03:01:42
6    one more question.                               03:01:45
7         (Record read as requested.)                 03:01:46
8         Question:  "Does that ring a                03:01:48
9    bell, that the 6048 account                      03:01:50
10   was used during this period to                   03:01:52
11   hold clawback moneys from HTA,                   03:01:54
12   CCDA, and PRIFA?                                 03:01:56
13   Answer:  It certainly received                   03:01:58
14   transfers of funds that either                   03:02:01
15   previously or ultimately were                    03:02:03
16   used for those purposes.                         03:02:05
17   Question:  What purposes do                      03:02:07
18   you mean when you say "those                     03:02:10
19   purposes"?                                       03:02:12
20        THE WITNESS:  Those purposes,               03:02:55
21   meaning to receive bank flows of revenues, you   03:02:56
22   know, that could be rum tax revenues or the      03:03:03
23   other revenues that you referenced.              03:03:08
24   BY MS. MILLER:                                   03:03:08
25        Q.   Did the 6048 account receive any       03:03:12
```

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                        April 23, 2020

45 (Pages 398 to 401)

### 398

```
 1   moneys other than clawback money during this      03:03:13
 2   period?                                            03:03:19
 3       A.    I'm not certain what you're              03:03:25
 4   referring to as clawback money.                    03:03:26
 5       Q.    Okay.  Have you ever heard the           03:03:29
 6   term "clawback money"?                             03:03:31
 7       A.    I have heard the term "clawback          03:03:32
 8   money."                                            03:03:35
 9       Q.    And what do you understand it to         03:03:35
10   mean?                                              03:03:36
11       A.    Meaning funds that either were or        03:03:43
12   are retained at the Commonwealth -- by the         03:03:46
13   Commonwealth.                                      03:03:55
14       Q.    And when you say money, do you           03:03:55
15   specifically mean moneys that are allocated to     03:03:57
16   either PRIFA, HTA or CCDA that are currently       03:04:00
17   being retained by the Commonwealth, correct?       03:04:05
18       MS. McKEEN:  Objection.                        03:04:08
19       THE WITNESS:  Well, I disagree                 03:04:09
20   with the characterization that they're             03:04:11
21   allocated to those entities.                       03:04:13
22   BY MS. MILLER:                                     03:04:14
23       Q.    Well, you don't mean all moneys          03:04:14
24   that are held by the Commonwealth, do you?  So     03:04:16
25   define what you mean, please.                      03:04:18
```

### 399

```
 1       A.    Moneys that either previously or         03:04:26
 2   continue to flow for debt service.                 03:04:31
 3       Q.    Well, not all debt service money         03:04:38
 4   went to the 6048 account, did it?  So I don't      03:04:40
 5   think that's what you mean by defining clawback    03:04:44
 6   money.  Can you tell me what you actually mean     03:04:46
 7   when you use the term "clawback money"?            03:04:50
 8       MS. McKEEN:  Objection.                        03:04:53
 9   BY MS. MILLER:                                     03:04:53
10       Q.    Mr. Ahlberg, what do you                 03:04:55
11   understand the term "clawback money" to mean?      03:04:56
12       A.    I understand the term to refer to        03:05:05
13   revenues that either were or are retained by       03:05:06
14   the Commonwealth.                                  03:05:11
15       Q.    Any money or a specific set of           03:05:18
16   money?                                             03:05:19
17       A.    When I think about -- yeah,              03:05:27
18   there's specific -- yes, specific moneys.          03:05:36
19       Q.    And what specific money?                 03:05:39
20       A.    I mean, again, I can't recall off        03:05:45
21   the top of my head all other, other than the      03:05:49
22   context of rum in the context of looking at        03:05:50
23   this document in the account 6048.                 03:05:55
24       Q.    I'm not even asking about Account        03:05:57
25   6048 right now.  I'm just asking about your        03:05:58
```

### 400

```
 1   understanding of what "clawback revenues"          03:06:01
 2   means.                                             03:06:04
 3       A.    My understanding of "clawback            03:06:06
 4   revenues" is revenues that either were or are      03:06:09
 5   retained by the Commonwealth.                      03:06:13
 6       Q.    Can you give me an example of            03:06:21
 7   a -- okay.  So let me give you an example.         03:06:23
 8       We looked previously at the                    03:06:26
 9   financial statements and the cash flows, and       03:06:30
10   one category of moneys was federal funds for       03:06:30
11   Medicaid.  Do you recall that?                     03:06:41
12       A.    I do recall.                             03:06:42
13       Q.    Okay.  And the Commonwealth              03:06:43
14   received those moneys, correct, in its TSA         03:06:44
15   account?                                           03:06:47
16       A.    Correct.                                 03:06:53
17       Q.    During the time that the                 03:06:54
18   Commonwealth holds those revenues, are they        03:06:56
19   considered clawback moneys under your              03:06:59
20   definition?                                        03:07:02
21       A.    I would not consider those               03:07:03
22   clawback moneys.                                   03:07:05
23       Q.    Okay.  So can you suggest or             03:07:07
24   provide me with -- can you provide me with a       03:07:10
25   definition of clawback moneys that would           03:07:13
```

### 401

```
 1   appropriately distinguish what you mean by         03:07:16
 2   clawback moneys from, for example, the federal     03:07:19
 3   funds?                                             03:07:24
 4       MS. McKEEN:  Objection.                        03:07:24
 5       THE WITNESS:  Could you repeat the             03:07:44
 6   question?                                          03:07:45
 7   BY MS. MILLER:                                     03:07:45
 8       Q.    Can you give me a definition of          03:07:56
 9   clawback moneys that would appropriately           03:07:56
10   distinguish what you mean by clawback moneys       03:08:00
11   for, for example, those federal funds?            03:08:04
12       A.    Okay.  So the way I understand           03:08:12
13   the -- generally understand the definition of     03:08:15
14   "clawback revenues" as you've used it is that     03:08:18
15   this refers to moneys that either were or are      03:08:22
16   retained by the Commonwealth.  Specifically as     03:08:25
17   it relates to this deposition, I'm referring to   03:08:28
18   rum taxes or HTA allocable revenues, et cetera.    03:08:31
19       Q.    And when you say "et cetera," do         03:08:38
20   you mean CCDA or (indiscernible)?                  03:08:46
21       A.    Those would be generally included        03:08:48
22   in the general term of clawback revenues as I      03:08:50
23   understand it.                                     03:08:53
24       Q.    Okay.  And was the 6048 account an       03:08:55
25   account that was specifically used during the      03:08:59
```

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

46 (Pages 402 to 405)

---

**402**

1  July '15 to March 2016 period to hold clawback
2  moneys from those particular entities?
3      A.   I believe so, yes.
4      Q.   Do you know whether there are any
5  other moneys that were deposited into the 6048?
6      A.   I don't believe that there were,
7  but I can't recall off the top of my head.
8      Q.   Okay.  Do you know approximately
9  how much money was deposited into Account 6048
10 during this period?
11     A.   Off the top of my head, I do not,
12 but that's certainly something that we could
13 review and get back to you on.
14     Q.   And how would you determine that?
15     A.   I would review the internal daily
16 cash flow that I mentioned earlier that
17 Treasury maintains, and in there I would look
18 at transfers from the TSA operational account
19 through this account.
20     Q.   Okay.  And how were you able to
21 identify the money from the 006 account into
22 the 6048 account -- sorry.
23          How were you able to identify HTA
24 revenues, for example, flowing from the 006
25 account to the 6048 account?

---

**403**

1      A.   If the question is in the context
2  of HTA, would you mind putting the HTA
3  presentation for this time period up on the
4  screen?
5      Q.   I'm not going to do that.  I'm
6  just going to ask you about the HTA later.
7          I thought you just told me that
8  6048 was used during this time for HTA, PRIFA
9  and CCDA.  Didn't you just tell me that?
10     A.   I believe so, but to answer a
11 specific question about HTA, I thought it would
12 be helpful to have that slide in front of me.
13     Q.   Okay.  Well, how do you know that
14 the moneys were rum taxes when they flowed from
15 the 006 account to the 6048 account?
16     A.   By reviewing the transfer details
17 that corresponded with that transfer.
18     Q.   And what specifically in the
19 transfer details allowed you to identify the
20 moneys as being for the rum taxes or the
21 117 million for the rum taxes?
22     A.   Without looking at the exact
23 transfer details, I can't -- I can't recall the
24 exact data point on those transfer details that
25 would have indicated who was the transferor of

---

**404**

1  rum funds.
2      Q.   Okay.  But you know that there was
3  something specific in the internal accounting
4  documents of the Commonwealth that identified
5  the revenues as from among the first
6  117 million of rum excise taxes, correct?
7      A.   That's correct.
8      Q.   And is the same true with respect
9  to the transfer from the 006 account to the GO
10 Debt Service?
11     A.   That's correct.
12     Q.   Do you know whether all of the
13 money in the 6048 account was transferred into
14 the 006 account during this period?
15     A.   I believe the entirety of the
16 balances was actually transferred over.  I
17 can't recall if it occurs within the parameters
18 of the time period suggested on the slide or
19 not.
20     Q.   So is the time parameter indicated
21 on the slide talking about the starting point
22 of the flow, meaning if the flow of dollars
23 started between July '15 to March 2016, this is
24 how it flowed, that some of these flows may
25 have occurred outside of that period?

---

**405**

1          UNIDENTIFIED SPEAKER:  Objection.
2          THE WITNESS:  None of the flows
3  presented on this page would have occurred
4  outside the period.
5  BY MS. MILLER:
6      Q.   I thought you just told me that
7  some of the money from 6048 may have
8  transferred to 006 outside of this time period.
9      A.   You asked if the entire balance of
10 6048 was transferred to 0006.  Given the nature
11 that it's comingled, I just -- I can't say for
12 certain, looking at this particular diagram,
13 that every single dollar in Account 6048 was
14 transferred to Account 0006 in this time period
15 without reviewing --
16     Q.   Okay.
17     A.   -- internal cash flows, as I
18 mentioned.
19     Q.   Okay.  And the moneys flowed from
20 the 006 account to GO Debt Service.  Do you see
21 that?
22     A.   I see that.
23     Q.   Was that an actual GO Debt Service
24 payment out to bondholder?
25     A.   I'm sorry, what was the question?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

47 (Pages 406 to 409)

**406**

1  Q.    Does that reflect an actual
2  payment of GO Debt Service to bondholder?
3       A.    Those transfers were made toward
4  the GO Debt Service.  I'm uncertain to -- to
5  the exact accounts, all of the accounts there.
6       Q.    Was it made to third parties?
7       A.    I'm not positive.
8       Q.    So you don't know if it was
9  transferred into a Commonwealth GO Debt Service
10 account but never transferred subsequently to
11 third parties?
12      A.    I can't recall off the top of my
13 head, but I think we provided documents of that
14 transfer.
15      Q.    And what kind of documents do you
16 believe you provided reflecting that transfer
17 or those transfers?
18      A.    I believe we provided transfer --
19 transfer details showing the transfer out of
20 GDB Account 0006 for GO Debt Service.
21      Q.    And you can't recall whether it
22 was to another internal Commonwealth account or
23 to a third party?
24      A.    I can't recall.
25      Q.    Okay.  Do you know approximately

**407**

1  how much money was transferred from the 006
2  account to GO Debt Service during this time
3  period?
4       A.    I can't recall exactly how much
5  that transfer was or those transfers were given
6  the transfer that's comingled with other
7  retained revenues.
8       Q.    Okay.  Do you know whether there
9  were any other moneys remaining in the 006
10 account when that transfer was made?
11      A.    Being the operational account of
12 the Commonwealth and TSA, there would
13 definitely be a balance in that account even
14 after it transferred.
15      Q.    Okay.  And the 006 account, does
16 that refer to a single bank account within the
17 TSA?
18      A.    Yes.
19      Q.    Okay.  And are there other bank
20 accounts within the TSA?
21      A.    Yes.
22      Q.    Do you know whether the other bank
23 accounts in the TSA had any money at the time
24 that the transfers of these retained revenues
25 were made, as reflected in this July '15 to

**408**

1  March '16 period, were made from the 006
2  account, the GO Debt Service account?
3       A.    Without seeing a single account
4  during this time period, I believe that the
5  other TSA account would have had balances
6  during this time period.
7       Q.    Okay.  I'm going to ask you the
8  same question I asked you previously with
9  respect to the prior Flow of Funds.
10      Just looking at this document for
11 the period July '15 to March 2016, it's
12 correct, is it not, that the only account
13 through which the full 117 million of the first
14 rum excise tax revenue flow are the Citibank
15 9028 account and the GDB 006 account, correct?
16      MS. McKEEN:  Object to form.
17      THE WITNESS:  The first
18 117 million would be received into the Citibank
19 lockbox as well as transferred into GDB Account
20 0006.
21 BY MS. MILLER:
22      Q.    Okay.  And then no other account
23 reflected on this chart -- sorry.
24      The full first 117 million of rum
25 excise taxes do not flow through any other

**409**

1  account reflected on this Flow of Funds,
2  correct?
3       A.    There's no other transfer of
4  117 million or -- on this -- on this Flow of
5  Funds.
6       Q.    Okay.  So that's a yes, right?
7       MS. McKEEN:  Objection.
8       THE WITNESS:  The first
9  117 million flows to the Citibank account, and
10 then that 117 million will flow to the GDB
11 account 0006.
12      It is true then that a total of
13 117 million would not flow from GDB Account
14 0006 to 6048 with respect to rum taxes.
15 BY MS. MILLER:
16      Q.    Okay.  I just want to look quickly
17 at the last page in the Flow of Funds, and this
18 reflects the Flow of Funds from April of 2016
19 to the present.  Do you see that?
20      A.    Yes.
21      Q.    Okay.  And here there's a change
22 in the Flow of Funds where the moneys go from
23 the U.S. Treasury to the Commonwealth, is that
24 correct?  And then they go into the Banco
25 Popular 9458 account.  Do you see that?

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

48 (Pages 410 to 413)

**410**

1    A.    Yes, I see that.                                03:21:37
2    Q.    Okay.  During the April 2016 to                 03:21:38
3    the present time period, that has replaced the        03:21:40
4    GDB 006 account as the main operational account       03:21:42
5    of the Commonwealth, correct?                         03:21:46
6    A.    Correct.                                        03:21:52
7    Q.    Okay.  And then we see -- a                      03:21:52
8    million dollars transferring to the PRIFA             03:21:55
9    BPPR 2882 account.  Do you see that?                  03:21:59
10   A.    Yes.                                            03:22:05
11   And has that account replaced the                     03:22:05
12   GDB 0704 account as the primary PRIFA operating       03:22:08
13   account?                                              03:22:14
14   A.    Would you mind giving me control                03:22:16
15   of the document, please?                              03:22:18
16   Q.    Sure.                                           03:22:20
17   A.    Thank you.                                      03:22:39
18   That's correct.                                       03:22:49
19   Q.    Okay.  And the Flow of Funds                    03:22:51
20   stopped here with the Banco Popular 9045             03:22:54
21   account and the Banco Popular 2882 account; is        03:23:02
22   that right?                                           03:23:02
23   A.    Correct.                                        03:23:12
24   Q.    Are there any outflows of rum                   03:23:12
25   excise taxes out of the BPPR 9458 account?            03:23:14

**411**

1    A.    Besides the $1 million discrete                 03:23:31
2    transfer, as documented on this presentation,        03:23:34
3    there would have been no transfers out of the        03:23:49
4    TSA operational account for which revenue            03:23:49
5    source was rum tax revenues.                          03:23:54
6    Q.    Is that because the rum tax                     03:24:00
7    revenues don't fit in the operational account?       03:24:02
8    A.    It's not possible to know that.                03:24:24
9    Q.    And why not?                                    03:24:24
10   A.    Because the TSA is a collection of             03:24:25
11   bank accounts that transfer between one               03:24:35
12   another.                                              03:24:37
13   Q.    Okay.  So you think the rum excise             03:24:41
14   taxes are sitting somewhere in the TSA but not        03:24:44
15   necessarily in the 9458 account.  Is that what       03:24:46
16   you're saying?                                        03:24:48
17   UNIDENTIFIED SPEAKER:  Objection.                     03:24:52
18   THE WITNESS:  Once the cash is                        03:24:54
19   in -- once the proceeds from rum revenue is           03:24:57
20   deposited to the TSA, those dollars -- that           03:25:02
21   cash is indistinguishable from other dollars          03:25:05
22   and cash within the TSA account.                      03:25:07
23   BY MS. MILLER:                                        03:25:07
24   Q.    Okay.  I know that.  But on the                 03:25:10
25   previous chart, we saw the rum tax revenues           03:25:11

**412**

1    being deposited in the 006 account, which is          03:25:15
2    the equivalent account to the current BPPR 9458       03:25:18
3    account, right?  And we were able to identify         03:25:22
4    outflows as a revenue source of rum excise            03:25:28
5    taxes.  Do you recall doing that exercise on          03:25:30
6    the prior two terms?                                  03:25:35
7    A.    Yes.                                            03:25:35
8    Q.    Okay.  So my question is:                       03:25:36
9    Why could you not do that exercise                    03:25:39
10   for the April '16 to present period?                  03:25:42
11   A.    Maybe I'm not understanding the                 03:25:52
12   exercise that you're referring to.  Could you         03:25:58
13   please repeat that?                                   03:26:00
14   Q.    I'm going to ask a different                    03:26:01
15   question.                                             03:26:02
16   Is it your understanding that the                     03:26:02
17   rum excise taxes collected between April 2016         03:26:04
18   and the present still remain in the TSA?              03:26:08
19   MS. McKEEN:  Objection.                               03:26:17
20   THE WITNESS:  It's true that                          03:26:19
21   revenue earned from rum taxes from April 2016         03:26:20
22   to present were transferred into the TSA              03:26:24
23   account.                                              03:26:28
24   BY MS. MILLER:                                        03:26:29
25   Q.    Have you seen any evidence of an                03:26:29

**413**

1    outflow from the TSA of rum tax revenue?              03:26:31
2    A.    Besides the $1 million discrete                 03:26:42
3    transfer noted on the slide, I've seen no             03:26:46
4    transfers out of the TSA.  The fund source,           03:26:51
5    revenue source was rum taxes.                         03:26:54
6    Q.    Okay.  And in the prior period                  03:26:55
7    that we looked at, so the entire period from          03:26:57
8    January 2014 to March 2016, you were able to          03:27:01
9    identify outflows of rum tax revenues from the        03:27:07
10   General Fund, correct?                                03:27:11
11   Sorry.  Let me restate that.                          03:27:13
12   For the period January 2014                           03:27:17
13   through March 2016, when rum taxes flowed out         03:27:19
14   of the Commonwealth's main operational account,       03:27:23
15   you were able to identify that, correct?              03:27:27
16   A.    No.  We were able to identify                   03:27:32
17   transfers from the operational account whose          03:27:34
18   fund source was rum tax revenue.                      03:27:41
19   Q.    Okay.  So for the period                        03:27:46
20   January 2014 through March 2016, you were able        03:27:49
21   to identify transfers from the operational            03:27:52
22   account whose fund source was rum tax revenue;        03:27:54
23   is that correct?                                      03:27:57
24   A.    That is correct.                                03:28:04
25   Q.    Okay.  And you were not able to                 03:28:04

Ahlberg, Timothy H. - Vol. II

April 23, 2020

49 (Pages 414 to 417)

### 414

1　identify any outflow with the fund source of
2　rum tax revenues during the period April 2016
3　to the present; is that correct?
4　　　A.　It's not that we were unable to.
5　It's that we did not identify anything as such.
6　　　Q.　Okay. So to the best of your
7　knowledge, there were no outflows from the TSA
8　with a revenue source of rum excise taxes,
9　correct?
10　　　　UNIDENTIFIED SPEAKER: Objection.
11　BY MS. MILLER:
12　　　Q.　Sorry. During this period, from
13　April -- let me just restate it so we have a
14　clean question.
15　　　　To the best of your knowledge,
16　there were no outflows from April 2016 to the
17　present from the TSA with a revenue source of
18　the rum excise taxes, correct?
19　　　A.　With the exception of the
20　$1 million listed on this presentation
21　document, that is correct.
22　　　Q.　Thank you.
23　　　　I'm going to switch to talking
24　about CCDA.
25　　　　Now, I mentioned it earlier,

### 416

1　　　Q.　Okay. And what work did
2　you -- have you done with respect to the
3　Tourism Company?
4　　　A.　Generally cash flow reporting and
5　cash flow workout scenes.
6　　　Q.　How long have you been doing work
7　related to the Tourism Company?
8　　　A.　It's hard to say specifically.
9　　　　My work with the Commonwealth
10　overlaps with various instrumentalities since I
11　began work at the Commonwealth.
12　　　Q.　Did you similarly put together the
13　Flow of Funds for CCDA?
14　　　A.　For tourism? Yes.
15　　　Q.　Okay. And who at CCDA did you
16　work with?
17　　　　UNIDENTIFIED SPEAKER: Objection.
18　BY MS. MILLER:
19　　　Q.　All right. Who, if anybody, did
20　you speak to at CCDA?
21　　　A.　We worked with individuals
22　employed by the Tourism Company.
23　　　Q.　And why did you speak with people
24　employed by the Tourism Company rather than
25　CCDA?

### 415

1　Mr. Ahlberg. Do you have an understanding that
2　when I say "CCDA" -- do you have an
3　understanding of what I mean when I say "CCDA"?
4　　　A.　Would you please clarify for me?
5　　　Q.　Sure. I think it's the Convention
6　Center Development Authority.
7　　　A.　Oh, okay.
8　　　Q.　And when I say "Tourism Company,"
9　do you know what I mean?
10　　　A.　Yes.
11　　　Q.　Okay. Do you have any -- have you
12　had any involvement in -- sorry. Let me
13　restate it.
14　　　　So when I say "CCDA," I mean the
15　Convention Center District Authority. Do you
16　understand that?
17　　　A.　Yes.
18　　　Q.　When I say -- sorry, not when I
19　say.
20　　　　Have you had any involvement with
21　CCDA in your -- the ordinary course of your
22　work for AAFAF?
23　　　A.　No.
24　　　Q.　What about the Tourism Company?
25　　　A.　Yes.

### 417

1　　　A.　Because putting together the Flow
2　of Funds, the Tourism Company individuals and
3　management team were the ones with the
4　requisite knowledge to help develop an accurate
5　Flow of Funds.
6　　　Q.　Did you speak to anybody at
7　Treasury about putting together a CCDA Flow of
8　Funds?
9　　　A.　I spoke with Treasury about
10　putting together a Flow of Funds for the
11　Tourism Company.
12　　　Q.　And who did you speak to at
13　Treasury?
14　　　A.　Off the top of my head, I can
15　recall Jeira Belén and Hector Gomez.
16　　　Q.　And what did they tell you -- or
17　what did you talk to them about specifically
18　with respect to the Tourism Flow of Funds?
19　　　A.　I think it depends on the
20　conversation, that generally our conversations
21　were focused on aligning with the accuracy as
22　presented in the Flow of Funds presentation.
23　　　Q.　What do you mean by "aligning with
24　the accuracy as presented in the Flow of Funds
25　presentation"? I don't understand that.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

50 (Pages 418 to 421)

---

**418**

1  A.    I just mean collective review and
2  collaboration that the Flow of Funds
3  presentation is correct.
4  Q.    Did Treasury have any specific
5  information about the revenue stream or the
6  flow of the revenue?
7  A.    I can't recall specifically if I
8  obtained revenue information from Treasury.
9  MS. MILLER:  Okay.  Okay.  So I'd
10 like to mark as the next exhibit tab 2001,
11 please.
12 (Monolines Exhibit 30 is
13 introduced for the record.)
14 BY MS. MILLER:
15 Q.    Mr. Ahlberg, in connection with
16 preparing the Flow of Funds, did you review the
17 assignment and coordination agreement between
18 the Tourism Company and the GDB?
19 A.    I personally did not review that
20 specific document.
21 Q.    Are you aware if such a document
22 exists?
23 A.    I have heard others refer to that
24 document.
25 Q.    Okay.  And in what context have

---

**419**

1  you heard others refer to the document?
2  A.    I can't recall specifically.  I
3  just know in general, I'm familiar with -- with
4  the term or the name of the document.
5  Q.    So you've heard of it, you
6  just don't remember specifically where.
7  A.    Correct.
8  Q.    Okay.  So you have in front of you
9  a document that's been marked as Monolines
10 Exhibit 30.  It is the Assignment and
11 Coordination Agreement between -- by and
12 between the Tourism Company and the GDB.  Do
13 you see that?
14 A.    I see that.
15 Q.    Okay.  And I'd like you to look
16 specifically at Section 1, which is right there
17 on the first page, and it says:
18 The Tourism Company hereby creates
19 a Special Fund called the Assignment and
20 Coordination Agreement ("Holding Fund"),
21 ("Holding Fund").  All hotel occupancy tax
22 revenues will be deposited, as collected, into
23 the Holding Fund.
24 Have you ever heard of the Holding
25 Fund?

---

**420**

1  A.    I'm not aware of a specific
2  Holding Fund.
3  Q.    Have you ever heard that term used
4  in connection with CCDA or the Tourism Company?
5  A.    I may have heard the term, but I
6  am not generally familiar with it.
7  Q.    Do you know whether there's an
8  accounting designation in the Commonwealth or
9  Tourism Company account that correspond to a
10 Holding Fund?
11 A.    I'm not positive about an
12 accounting designation of a specific Holding
13 Fund.
14 Q.    Okay.  Are you thinking of a
15 different accounting designation that relates
16 to hotel occupancy taxes?
17 A.    I'm not certain, just not being
18 familiar with the Holding Fund terminology.
19 Q.    And my question was:
20 Are you aware of any accounting
21 designations that relate to the hotel occupancy
22 taxes?
23 A.    I'm not certain of accounting
24 designations.
25 Q.    And here it says that the moneys

---

**421**

1  will be deposited as collected into the Holding
2  Fund.  Do you see that?
3  A.    I do see that.
4  Q.    And what does that mean to you?
5  A.    It means that all hotel occupancy
6  tax revenues will be deposited as collected
7  into the Holding Fund.
8  Q.    And what does it mean to be
9  deposited into a Fund?
10 A.    Generally it -- I mean, it depends
11 on how they're using the word "Fund" here, but,
12 generally, it would mean cash deposits into
13 whatever this concept of -- of Fund definitions
14 are used.
15 Q.    Does that make sense to you?
16 A.    Does what make sense to me?
17 Q.    The idea of a cash deposit into a
18 Fund.
19 A.    It makes sense that there would be
20 cash deposits into a bank account.
21 Q.    What about into the Fund?
22 A.    I don't know.  It depends on
23 what's meant by "Fund."
24 Q.    Okay.  Well, what do you think is
25 meant by "Fund" here?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                April 23, 2020

51 (Pages 422 to 425)

---

**422**

1    UNIDENTIFIED SPEAKER:  Objection.                           03:39:44
2  BY MS. MILLER:                                               03:39:46
3    Q.    Do you have an understanding of                      03:39:46
4  how the Commonwealth uses the word "Fund"?                   03:39:48
5    UNIDENTIFIED SPEAKER:  Objection.                          03:39:52
6    THE WITNESS:  The Commonwealth                             03:39:53
7  uses the word "Fund" in various ways, and often              03:39:54
8  very loosely, and the way that I think about                 03:39:57
9  Fund is about Funds numbered specifically                    03:40:00
10 within the PRIFA system.                                     03:40:02
11 BY MS. MILLER:                                               03:40:02
12   Q.    Okay.  Section 2 says that:                          03:40:08
13   The holding Fund shall contain two                         03:40:08
14 accounts identified as the Transfer Account and              03:40:13
15 the Surplus Account.  Do you see that?                       03:40:16
16   A.    I see that.                                          03:40:18
17   Q.    Have you ever heard of the                           03:40:19
18 transfer account before?                                     03:40:22
19   A.    Yes.                                                 03:40:26
20   Q.    And have you ever heard of the                       03:40:26
21 surplus account before?                                      03:40:28
22   A.    Yes.                                                 03:40:30
23   Q.    Okay.  Do you have an                                03:40:30
24 understanding of what revenues are assumed to                03:40:32
25 be deposited into the transfer account?                      03:40:36

---

**423**

1    A.    Yes.                                                 03:40:40
2    Q.    Okay.  And what moneys are those?                    03:40:40
3    A.    In general, all hotel occupancy                      03:40:47
4  taxes would eventually be transferred to the                 03:40:49
5  transfer account.                                            03:40:59
6    Q.    Okay.  Your testimony -- sorry, I                    03:41:11
7  forgot to ask.                                               03:41:15
8    Are you also testifying as the                             03:41:16
9  corporate representative for the Tourism                     03:41:19
10 Company today?                                               03:41:22
11   A.    Yes.                                                 03:41:22
12   Q.    And you've also been designated as                   03:41:22
13 the corporate representative for CCDA; is that               03:41:28
14 correct?                                                     03:41:28
15   A.    No.                                                  03:41:28
16   Q.    Okay.  You're not the corporate                      03:41:30
17 representative for CCDA?                                     03:41:32
18   A.    No.                                                  03:41:35
19   MS. MILLER:  Okay.  We don't get a                         03:41:37
20 corporate representative for CCDA, Liz?                      03:41:38
21   MS. McKEEN:  You haven't noticed                           03:41:43
22 one.                                                         03:41:45
23   MS. MILLER:  Okay.                                         03:41:47
24 BY MS. MILLER:                                               03:41:47
25   Q.    Okay.  So is the Tourism's                           03:41:50

---

**424**

1  testimony that all hotel occupancy taxes have                03:41:51
2  to flow through the transfer account, is that                03:41:56
3  what I just heard you say?                                   03:41:59
4    A.    It is not my testimony that all                      03:42:06
5  hotel occupancy taxes have to flow through the               03:42:07
6  transfer account.  It is my testimony that in                03:42:11
7  practice, in fact, depending on the time period              03:42:15
8  in question, that all -- all hotel occupancy                 03:42:20
9  taxes would pass through the transfer account.               03:42:24
10 BY MS. MILLER:                                               03:42:24
11   Q.    Okay.  So when I asked you if you                    03:42:24
12 have an understanding of what revenues are                   03:42:31
13 required to be deposited into the transfer                   03:42:35
14 account, you weren't answering that question,                03:42:35
15 you were answering a different question when                  03:42:36
16 you said all hotel occupancy taxes would                     03:42:39
17 eventually be transferred to the transfer                    03:42:42
18 account?  So it's just a statement not                       03:42:45
19 responsive to my question?                                   03:42:47
20   UNIDENTIFIED SPEAKER:  Objection.                          03:42:49
21   THE WITNESS:  I think I lost the                           03:42:57
22 factual question that you're actually asking.                03:42:59
23 Would you mind --                                            03:43:01
24 BY MS. MILLER:                                               03:43:01
25   Q.    Okay.  Let me just ask -- let me                     03:43:02

---

**425**

1  just ask you my same question again.                         03:43:04
2    Do you have an understanding of                            03:43:06
3  what revenues are required to be deposited into              03:43:06
4  the transfer account?                                        03:43:10
5    A.    I'm not an attorney.  I don't know                   03:43:13
6  what revenues are required to be transferred                 03:43:19
7  into that account, but I can tell you,                       03:43:23
8  depending on the time period, what revenues did             03:43:23
9  or did not pass through that account.                        03:43:26
10   Q.    Okay.  So are lawyers the only                       03:43:28
11 people who have to take into account and                     03:43:30
12 consider what moneys have to flow into what                  03:43:33
13 account?                                                     03:43:35
14   UNIDENTIFIED SPEAKER:  Objection.                          03:43:40
15   THE WITNESS:  I don't know.  But                           03:43:43
16 there -- attorneys would certainly provide the              03:43:55
17 context for whether there was a requirement or              03:43:59
18 not a requirement to do so based on the law.                 03:44:00
19 BY MS. MILLER:                                               03:44:00
20   Q.    Okay.  Well, what about                              03:44:06
21 accountants, do they look at documents like                  03:44:07
22 this to determine Flow of Funds and any                      03:44:09
23 conditions or restrictions related to various               03:44:13
24 moneys?                                                      03:44:15
25   A.    I can't speculate on what general                    03:44:20

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

52 (Pages 426 to 429)

---

**426**

1  accountants might view or not view.
2      Q.    Okay. Well, in any of your
3  five-plus accounting courses that you took in
4  college, did any of them consider the need in
5  reviewing accounting materials to consider
6  legal, contractual or other restrictions or
7  requirements associated with various funds?
8      UNIDENTIFIED SPEAKER: Objection.
9      THE WITNESS: I can't recall if
10  there's a specific section like that in one of
11  the classes I took in college.
12  BY MS. MILLER:
13      Q.    I'm not asking for a specific
14  section. I'm just asking if that concept ever
15  came up.
16      MS. McKEEN: Objection.
17      THE WITNESS: I can't recall if
18  that context specifically came up in class or
19  not.
20  BY MS. MILLER:
21      Q.    Would operational people within
22  Treasury have to know what moneys are required
23  to flow into what account?
24      MS. McKEEN: Objection.
25      THE WITNESS: People at Treasury

**427**

1  would be knowledgeable about different bank
2  accounts and transfer between bank accounts.
3  BY MS. MILLER:
4      Q.    And the basis for those transfers,
5  correct?
6      A.    Potentially. I can't say whether
7  one person at Treasury does or does not know
8  the basis for executing their operational job
9  functions.
10      Q.    Okay. But they need to know what
11  the requirements are in order to execute and
12  direct money to appropriate people, right?
13      There are operational people in
14  whatever the relevant entity is, whether it's
15  the Commonwealth or whether it's Tourism
16  Company, correct?
17      A.    Certainly there are people who
18  review that information to know how to execute
19  transfers.
20      Q.    Okay. And among those people are
21  the people who you've referred to multiple
22  times both today and on Tuesday as "we,"
23  referring to the Treasury, correct?
24      A.    Correct.
25

**428**

1      UNIDENTIFIED SPEAKER: Objection.
2  BY MS. MILLER:
3      Q.    Okay. So I'm asking you not as a
4  lawyer but from an operational perspective, do
5  you have an understanding of what moneys under
6  the assignment and coordination agreement are
7  supposed to flow through the transfer account?
8      MS. McKEEN: Objection.
9      THE WITNESS: I'm not certain what
10  this document would require or not require, but
11  I can't tell you or answer questions about in
12  practice and actuality what happened and where
13  funds would flow.
14  BY MS. MILLER:
15      Q.    Well, so let me ask you about that
16  in practice and then reality.
17      Have you seen any documents that
18  specifically identify any bank account that
19  you've included on your Flow of Funds as the
20  transfer account?
21      A.    Yes.
22      Q.    Okay. What document?
23      A.    I believe I misunderstood your
24  question and answered -- answered a question
25  that you did not ask.

**429**

1      Q.    Okay. So let me ask my question
2  again.
3      Have you seen any document in all
4  of the work that you've done in putting
5  together the Tourism Company Flow of Funds that
6  specifically identifies any bank account
7  reflected on your Flow of Funds as the transfer
8  account?
9      A.    I can't recall personally
10  reviewing a document that identified a specific
11  account as the transfer account, but through
12  the collaborative process and work with
13  Treasury and the team that was pulling
14  documents for discovery, I'm confident that I
15  can identify the transfer account on the Flow
16  of Funds presentation.
17      Q.    Okay. I'd like to know if you or
18  anybody you've worked with has either seen or
19  told you that there exists a document that
20  identifies a particular bank account as the
21  transfer account.
22      A.    I can't recall a specific document
23  that somebody referenced, but I do know which
24  account is referred to as the transfer account.
25      Q.    Okay. I don't want to know your

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

53 (Pages 430 to 433)

430

1    guesswork about what you've decided is the          03:49:18
2    transfer account.  I want to know if there's        03:49:21
3    any evidence that whatever account you're going     03:49:22
4    to tell me is the transfer account is actually      03:49:26
5    the transfer account.                               03:49:29
6        MS. McKEEN:  Objection,                          03:49:30
7    argumentative.                                       03:49:31
8        THE WITNESS:  I can't tell you a                  03:49:41
9    specific document that I've personally reviewed     03:49:42
10   but that through our team's process and work,       03:49:44
11   I'm confident that I can identify the transfer      03:49:49
12   account in the Flow of Funds.                        03:49:50
13   BY MS. MILLER:                                       03:49:51
14       Q.    Okay.  So I've looked through the          03:49:52
15   documents that you've produced, and I can tell      03:49:53
16   you that there is not a single document that        03:49:55
17   identifies any account on your Flow of Funds as     03:49:57
18   the transfer account.                               03:50:01
19           Do you have any reason to believe           03:50:04
20   that that is not in fact the case?                  03:50:06
21       MS. McKEEN:  Objection.                           03:50:13
22   BY MS. MILLER:                                       03:50:13
23       Q.    So, actually, now I am asking you          03:50:14
24   about what I know.                                   03:50:16
25           So I'm going to make the                     03:50:17

431

1    representation that I've reviewed it, and there     03:50:18
2    are no documents that were produced that            03:50:19
3    identify any account as the transfer account.       03:50:22
4           So my question to you is:                     03:50:25
5           Do you believe that there is a               03:50:29
6    document to the contrary that specifically          03:50:30
7    identifies a bank account as the transfer          03:50:32
8    account?                                             03:50:35
9        MS. McKEEN:  Objection.                           03:50:36
10   BY MS. MILLER:                                       03:50:36
11       Q.    Not that you can think of off the         03:50:38
12   top of your head, not that you've personally        03:50:41
13   seen that exists in the universe.                   03:50:43
14           As the corporate representative of          03:50:45
15   the Tourism Company and of the Commonwealth, is     03:50:48
16   there a document that exists that identifies a      03:50:51
17   specific bank account as the transfer account?      03:50:54
18       MS. McKEEN:  Objection.                           03:50:58
19       THE WITNESS:  I have not seen an                  03:51:03
20   individual document that identifies the account     03:51:03
21   as the transfer account, but did enough work in     03:51:07
22   collaboration with the team to satisfy myself       03:51:10
23   that I can accurately identify a transfer           03:51:13
24   account, bank account on the Flow of Funds          03:51:17
25   presentation.                                        03:51:19

432

1        MS. MILLER:  Okay.  I'm going to                 03:51:21
2    move to strike as nonresponsive.                    03:51:23
3    BY MS. MILLER:                                       03:51:23
4        Q.    Has anyone on your team told you           03:51:26
5    that they have seen a document that identifies      03:51:29
6    a bank account as the transfer account?             03:51:35
7        A.    I don't recall a specific                  03:51:41
8    conversation where somebody specifically            03:51:42
9    referenced a bank account as the reason that        03:51:44
10   they knew that that was the transfer account.       03:51:45
11       Q.    When you say "a bank account," do         03:51:50
12   you mean a document?                                03:51:52
13       A.    I meant bank statement.  Thank            03:51:57
14   you.                                                 03:51:59
15       Q.    Do you expect that if there was            03:51:59
16   such a document, it would have been produced?       03:52:05
17       A.    I can't speculate one way or the          03:52:10
18   other.                                               03:52:10
19       MS. MILLER:  Okay.  Well, I'm                    03:52:10
20   going to call for the production of any such        03:52:11
21   documents that the Commonwealth intends to rely     03:52:12
22   on as evidence that the account that you're         03:52:15
23   going to tell me is the transfer account is in      03:52:18
24   fact the transfer account.                          03:52:21
25

433

1    BY MS. MILLER:                                       03:52:21
2        Q.    Okay.  Looking at Section 4, which         03:52:22
3    is on the next page of Monolines Exhibit 30,        03:52:24
4    this document provides what it seems like you       03:52:32
5    already know, which is that:                         03:52:37
6           All hotel occupancy tax funds                03:52:37
7    received by the Tourism Company shall be            03:52:41
8    deposited into the transfer account until (i)       03:52:42
9    1/10 of the required payment has been met and       03:52:44
10   (ii) any deficiencies in prior payment periods      03:52:48
11   have been met, but in aggregate such amounts        03:52:52
12   shall not exceed the total amount of Required       03:52:54
13   Payment needed in any Fiscal Year.                  03:52:56
14           Thereafter, and only when the               03:52:59
15   Transfer Account contains all moneys necessary      03:53:01
16   to pay the Bonds in accordance with the GDB         03:53:03
17   Certificate, the Tourism Company shall deposit      03:53:07
18   any excess funds into the surplus account.          03:53:09
19           Do you see that?                             03:53:11
20       A.    Yes.                                        03:53:14
21       Q.    All right.  So you have an                 03:53:14
22   understanding that under this agreement,             03:53:17
23   moneys -- the only moneys that are supposed to      03:53:20
24   flow into the transfer account are those that       03:53:22
25   are pledged to the bondholder, correct?             03:53:29

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                April 23, 2020

54 (Pages 434 to 437)

**434**

1      MS. McKEEN:  Objection.                                  03:53:33
2      THE WITNESS:  I think you                               03:53:52
3  paraphrased this paragraph, and I'm not                     03:53:54
4  positive whether I agree or disagree with that              03:53:56
5  paraphrasing.                                               03:53:59
6  BY MS. MILLER:                                              03:53:59
7      Q.    Okay.  Well, I'll let you                         03:54:00
8  paraphrase it.                                              03:54:03
9          What's your understanding, based              03:54:04
10 on the paragraph we just looked at, of what            03:54:05
11 moneys are supposed to flow into the transfer         03:54:08
12 account?                                                    03:54:09
13     MS. McKEEN:  Objection.                                 03:54:10
14     THE WITNESS:  I'm happy to reread                      03:54:15
15 the paragraph and sentences that you just read.        03:54:17
16 BY MS. MILLER:                                              03:54:17
17     Q.    Yeah.  Take as long as you need.           03:54:25
18     A.    Okay.  Thank you.                                03:54:36
19          Would you now repeat your                    03:54:40
20 question, please?                                           03:54:41
21     MS. MILLER:  Could the court                           03:55:15
22 reporter read it back, please?                              03:55:15
23          (Record read as requested.)                  03:55:18
24     THE WITNESS:  The document says                        03:55:18
25 that:                                                       03:55:20

**435**

1          All Hotel Occupancy Tax Funds              03:55:20
2  shall be deposited into the transfer account          03:55:20
3  until 1/10 of the required payments are met.          03:55:24
4  BY MS. MILLER:                                              03:55:28
5      Q.    And any deficiencies, correct?           03:55:28
6      A.    Correct, that's what the document         03:55:30
7  says.                                                       03:55:32
8      Q.    Okay.  And do you have an                  03:55:36
9  understanding of what required payments are?          03:55:37
10     A.    I have an understanding generally        03:55:44
11 of the term "required payments."                         03:55:46
12     Q.    Okay.  What's your understanding?       03:55:47
13     A.    I understand the term "required         03:55:49
14 payments" to mean payments that are required.        03:55:52
15     Q.    Okay.  So let's go back one page       03:55:57
16 to Section 3, which defines the term "required       03:55:59
17 payment" as:                                               03:56:03
18          The amount necessary for the            03:56:15
19 Authority to make, during the upcoming fiscal       03:56:15
20 year and the first day of the second succeeding     03:56:18
21 fiscal -- succeeding fiscal year, (a), payments     03:56:21
22 equal to the amount necessary for the full and      03:56:21
23 timely payment or amortization of the principal     03:56:24
24 and interest on the bonds due on July 1 and         03:56:27
25 January 1.                                                 03:56:31

**436**

1          And then it keeps going.                  03:56:31
2          So you can take a look at that and        03:56:33
3  then tell me if you have an understanding of         03:56:35
4  what required payments are.                               03:56:36
5      A.    Yeah, I have an understanding of        03:56:47
6  what required payments are as they're defined        03:56:48
7  within this document.                                      03:56:50
8      Q.    Okay.  And so you have an              03:56:51
9  understanding that only the -- on a monthly         03:56:55
10 basis only 1/10 of the required payments are        03:57:03
11 supposed to be put into the transfer account        03:57:06
12 plus any deficiency, and thereafter any excess      03:57:09
13 moneys are supposed to flow to the surplus          03:57:12
14 account, correct?                                          03:57:12
15     UNIDENTIFIED SPEAKER:  Objection.              03:57:17
16     THE WITNESS:  That's what this                      03:57:19
17 agreement says.                                            03:57:19
18 BY MS. MILLER:                                              03:57:19
19     Q.    Did you ever have any discussions       03:57:25
20 with anybody either at the Tourism Company or       03:57:26
21 Treasury about how the moneys are supposed to       03:57:29
22 flow under this agreement?                                 03:57:31
23     A.    I mean, we certainly talked to the     03:57:45
24 Tourism Company about Flow of Funds.                 03:57:47
25     Q.    My question was specifically to        03:57:59

**437**

1  how the moneys were supposed to flow under this      03:58:01
2  agreement, specifically as between the transfer      03:58:04
3  account and the surplus account.                          03:58:07
4      A.    My focus was on documenting the        03:58:16
5  actual Flow of Funds and how it actually            03:58:19
6  happened.                                                  03:58:22
7      Q.    And is this how the moneys             03:58:24
8  actually flowed?                                           03:58:24
9      UNIDENTIFIED SPEAKER:  Objection.              03:58:35
10     THE WITNESS:  I have not done the                  03:58:37
11 exercise to cross-reference every adjusted flow     03:58:42
12 from this document to the actual fund.                    03:58:46
13 BY MS. MILLER:                                              03:58:48
14     Q.    Mr. Ahlberg, that's not what I'm       03:58:48
15 asking.                                                     03:58:50
16          You've spent many weeks putting       03:58:50
17 together Flow of Funds documents, and I'm           03:58:52
18 asking you whether for the CCDA Flow of Funds       03:58:55
19 at any point in time the money flowed such that     03:58:59
20 the required payment -- 1/10 of the required        03:59:04
21 payment went into the transfer account on a         03:59:08
22 monthly basis, any deficiency, and the              03:59:11
23 remainder went into the surplus account.                  03:59:13
24          You told me that you're confident    03:59:24
25 you can tell me which is the transfer account       03:59:27

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                                  April 23, 2020

55 (Pages 438 to 441)

---

**438**

1  and which is the surplus account. So now I'm
2  asking you did the money ever flow consistent
3  with the flow that we just looked at in
4  Monolines Exhibit 30?
5       UNIDENTIFIED SPEAKER: Same
6  objection.
7       THE WITNESS: I can't say whether
8  or not the Flow of Funds is consistent with how
9  the suggested Flow of Funds should be. I can
10 say that the Flow of Funds' presentation
11 document, the Flow of Funds they haven't.
12 BY MS. MILLER:
13      Q.    Okay. And how did, based on your
14 recollection, and we'll look at them shortly,
15 what was the first step of the flow after being
16 received by the Commonwealth?
17      MS. McKEEN: Objection, vague as
18 to time.
19 BY MS. MILLER:
20      Q.    At any time.
21      MS. McKEEN: Specify a time you'd
22 like. Objection.
23      THE WITNESS: I think you
24 characterized flows to the Commonwealth when I
25 think of hotel occupancy taxes flowing to the

---

**439**

1  Tourism Company.
2  BY MS. MILLER:
3       Q.    Right. And that's a good point.
4       The hotel occupancy taxes never
5  actually flowed to the Commonwealth other than
6  during that clawback period where the
7  Commonwealth takes them back, right?
8       A.    **Without having the Flow of Funds**
9  **presentation in front of me, I believe that's**
10 **correct.**
11      MS. MILLER: Okay. I'd like to
12 mark tab, document 102, as the next exhibit,
13 please.
14      And Exhibit 31, Monolines
15 Exhibit 31 is going to be the Pledge Assignment
16 Agreement by and among the Puerto Rico
17 Convention Center District Authority, the
18 Government Development Bank and JPMorgan Chase.
19      (Monolines Exhibit 31 is
20 introduced for the record.)
21 BY MS. MILLER:
22      Q.    Is this the document or have you
23 seen such an assignment agreement before?
24      A.    Are you pulling the document up
25 right now?

---

**440**

1       Q.    Yeah, we are pulling it up, but
2  I'm just asking you generally, while it's
3  happening, whether you've ever seen the pledge
4  agreement related to this before.
5       A.    I don't recall specifically
6  looking at this agreement previously.
7       Q.    Okay. Are you familiar with any
8  accounts that are referred to in the Tourism
9  Company flow as the pledge account?
10      A.    Yes.
11      Q.    Okay. What's your understanding
12 of what the pledge account is?
13      A.    In the Flow of Funds, the pledge
14 account is the account that receives an
15 approximately $3 million transfer every month.
16 During the certain period it is -- it is
17 ultimately passed on.
18      Q.    Okay. Okay. And I just want to
19 look at -- okay.
20      And I just want to look at
21 Section 3(b) of the account -- of the pledge
22 agreement, so Section 3, which you went one
23 page too far, if you could go back. Thank you.
24      Section 3 provides that:
25      The GDB hereby agrees that, so

---

**441**

1  long as there are any Bonds Outstanding under
2  the Trust Agreement, to deposit or cause to be
3  deposited into the Pledge Account, all Hotel
4  Occupancy Taxes received from the Tourism
5  Company as received but in no event...than
6  12:00 noon, New York time, on the next Business
7  Day immediately following the Business Day on
8  which such Hotel Occupancy Tax Funds are
9  received by GDB," right?
10      And then (b) says:
11      Amounts deposited in the Pledge
12 Account are to be held by GDB to provide for
13 the following receipts (in order of priority).
14      Do you see that?
15      MS. McKEEN: Objection. It
16 doesn't say "receipt." It says "deposit."
17      MS. MILLER: Oh, sorry. Thank
18 you, but let me correct that.
19 BY MS. MILLER:
20      Q.    3(b) says:
21      Amounts deposited in the Pledge
22 Account are to be held by GDB to provide for
23 the following deposits (in order of priority).
24      Do you see that?
25      A.    Yes, I see that.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

56 (Pages 442 to 445)

**442**

```
1    Q.    Okay.  And subsection 1 says:          04:04:47
2          GDB will make payments to the          04:04:51
3    Commonwealth of Puerto Rico as set forth in  04:04:54
4    Section 2(b) above when required in accordance 04:04:54
5    with Section 8 of Article VI of the          04:04:57
6    Constitution of the Commonwealth of          04:05:03
7    Puerto Rico.                                 04:05:03
8          Do you see that?                       04:05:05
9    A.    Yes, I see that.                        04:05:05
10   Q.    Okay.  And is it your                    04:05:08
11   understanding that that is supposed to be a -- 04:05:20
12   sorry.                                        04:05:20
13         Do you have an understanding of         04:05:20
14   what account that it's supposed to be          04:05:21
15   transferred from?                             04:05:25
16         MS. McKEEN:  Objection.                  04:05:31
17         THE WITNESS:  It's not clear to me       04:05:46
18   from the document section that we read.        04:05:46
19   BY MS. MILLER:                                 04:05:50
20   Q.    Okay.  Okay.  And then number 2 is       04:05:50
21   that the:                                      04:05:50
22         GDB shall on each calendar month         04:05:59
23   no later than 12:00 noon, on the third Business 04:06:01
24   Day immediately following the Business Day on  04:06:06
25   which the Hotel Occupancy Tax Funds are         04:06:06
```

**444**

```
1    BY MS. MILLER:                                04:07:16
2    Q.    Okay.  All I want.  Okay.  Okay.         04:07:18
3          And then do you understand that          04:07:38
4    under Section 3(b)(2) moneys get transferred to 04:07:39
5    the trustee, correct?                          04:07:44
6          MS. McKEEN:  Objection.  Are you         04:07:49
7    asking --                                      04:07:49
8          (Simultaneous speaking.)                 04:07:52
9    BY MS. MILLER:                                 04:07:52
10   Q.    Are to be transferred to the            04:07:53
11   trustee?                                       04:07:55
12         MS. McKEEN:  Objection.                   04:07:55
13         THE WITNESS:  Would you please          04:08:00
14   repeat the question?                           04:08:01
15   BY MS. MILLER:                                 04:08:01
16   Q.    Yeah.  Do you have an                     04:08:03
17   understanding that under Section 3(b)(2) the   04:08:04
18   GDB is then supposed to transfer the moneys    04:08:11
19   from the pledge account to the trust account,  04:08:11
20   right?                                         04:08:18
21         MS. McKEEN:  Objection.                   04:08:19
22         THE WITNESS:  That is what               04:08:23
23   Section 3(b)(2) says.                          04:08:25
24   BY MS. MILLER:                                 04:08:25
25   Q.    Okay.  And do you know who the           04:08:30
```

**443**

```
1    received by it, transfer or caused to be       04:06:09
2    transferred to the Trustee all Hotel Occupancy 04:06:12
3    Tax Funds then deposited to the pledge account. 04:06:16
4          Do you see that?                         04:06:18
5    A.    I see that.                               04:06:18
6    Q.    Okay.  So you said it wasn't clear       04:06:23
7    to you when I asked you where the transfer to  04:06:24
8    the Commonwealth with respect to what was      04:06:30
9    colloquially referred to as "the clawback" were 04:06:33
10   made from, but if you look at Section 3(b), it  04:06:36
11   specifically says:                             04:06:39
12         Amounts deposited in the Pledge          04:06:40
13   Account are to be held by the GDB pro-          04:06:42
14   -- sorry -- are to be held by GDB to provide   04:06:46
15   for the following deposits (in order of         04:06:49
16   priority).                                      04:06:51
17         So does that tell you that the           04:06:52
18   transfer of the money from the GDB to the      04:06:53
19   Commonwealth on account of any, quote,         04:06:56
20   "clawback" is supposed to come from the pledge 04:07:00
21   account?                                       04:07:02
22         MS. McKEEN:  Objection.                   04:07:05
23         THE WITNESS:  I do understand that        04:07:13
24   that's what this document says.                04:07:16
25                                                   
```

**445**

```
1    trustee is on the Fund?                        04:08:34
2    A.    I can't recall off the top of my         04:08:41
3    head.                                          04:08:44
4          MS. MILLER:  I'd like to look at         04:08:55
5    the CCDA Flow of Funds.                        04:08:59
6          So, Karen, if you could pull up          04:09:00
7    tab 2135 as Exhibit 32.                        04:09:03
8          (Monolines Exhibit 32 is                 04:09:03
9          introduced for the record.)             04:09:03
10   BY MS. MILLER:                                 04:09:03
11   Q.    Mr. Ahlberg, have you ever seen          04:09:22
12   any internal documents that specifically map   04:09:24
13   the various funds and accounts that we have     04:09:26
14   seen in the bond documents, the actual bank    04:09:33
15   account?                                       04:09:37
16   A.    I've not seen -- I personally have       04:09:37
17   not seen a file like that.                     04:09:43
18   Q.    Do you believe any such file             04:09:45
19   exists?                                        04:09:48
20   A.    I can't recall off the top of my         04:09:52
21   head if that exercise was done.                04:09:56
22   Q.    Did you ask anybody in the course        04:09:58
23   of preparing for the Flow of Funds or for this 04:10:01
24   deposition whether or not such a document       04:10:04
25   existed?                                       04:10:12
```

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

57 (Pages 446 to 449)

---

**446**

1    A.    I may have.  I just can't recall
2    right now.
3    Q.    But you know you've never seen
4    one?
5    A.    I know that I've chk first cited
6    docs in that document.
7    Q.    Do you know whether, based on
8    discussions with people on your team, anyone's
9    ever seen them?
10   A.    I can't recall.  It's certainly
11   something I could follow up on and get back to
12   you on.
13   Q.    How many people did you have on
14   your team working on this?
15   A.    Working on what specifically?
16   Q.    Working on putting together the
17   Flow of Funds chart.
18   A.    This Tourism Flow of Funds chart?
19   Q.    No.  All of the Tour- -- all of
20   the Flow of Funds charts, so the Tourism, the
21   rum taxes and the HTA.
22   A.    Okay.  I guess you asked who was
23   on the team that was doing that.  I prepared
24   these Flow of Funds documents --
25   Q.    I think I asked you how many --

---

**447**

1    how many people did you have on your team.
2    A.    Oh, how many people?
3    Q.    I can't recall specifically the
4    number of people on the team.  I'm happy to
5    list as many individuals that I can think of
6    off the top of my head.
7    Q.    Was there anybody senior to you
8    involved in this project?
9    A.    It depends on how you define
10   "senior."
11   For example, I would consider the
12   subsecretary of Treasury of the Commonwealth of
13   Puerto Rico to be senior to me but not
14   necessarily a -- you know, she doesn't work at
15   Conway MacKenzie in a position directly above
16   me.
17   Q.    So I would consider her to be in a
18   separate line entirely given that you're not
19   employed at the same place.  So I mean within
20   Conway MacKenzie, is there anybody senior to
21   you involved in this?
22   A.    Okay.  Thank you for clarifying.
23   No.
24   Q.    Okay.  I think we covered
25   yesterday that you've been at Conway MacKenzie

---

**448**

1    for how long?
2    A.    Since August 2017.
3    Q.    All right.  And your work has been
4    principally focused on Puerto Rico and mostly
5    limited to cash flows; is that right?
6    A.    That's correct, generally limited
7    to cash flow reporting, cash flow monitoring,
8    liquidity management.
9    Q.    Okay.  And I think you testified
10   yesterday that there are approximately five
11   people senior to you at Conway MacKenzie
12   involved generally in the Puerto Rico
13   engagement; is that right?
14   A.    Yes, I think I gave a range
15   between four and six.
16   Q.    Okay.  And none of them were
17   involved in this project; is that right?
18   A.    That's correct.
19   Q.    Did you speak to any of them about
20   the work you were doing?
21   A.    I wouldn't have spoken to anyone
22   on my team about the work we were doing.
23   Q.    Are any of the more senior people
24   at Conway MacKenzie involved in the Puerto Rico
25   engagement CPAs?

---

**449**

1    A.    Excuse me for a moment.  I do
2    recall that one member of Conway MacKenzie was
3    involved, and his name was Brett Howard.
4    Q.    What was his involvement?
5    A.    He specifically manages the cash
6    flow reporting for Tourism Company, and so I
7    consulted with him about the Flow of Funds
8    presentation in collaboration with Gustavo from
9    Tourism.  In all cases, counsel would have been
10   present.
11   Q.    And what is Mr. Howard's position
12   at Conway MacKenzie?
13   A.    Currently he is a senior associate
14   at Conway MacKenzie.
15   Q.    And is that senior to you?
16   A.    That is not.
17   Q.    Okay.  Well, I think I was asking
18   about people senior to you.
19   A.    Okay.  I apologize.
20   Q.    That's okay.  So let me ask again.
21   Of the people who are more senior
22   than you at Conway MacKenzie who were involved
23   in the Puerto Rico engagement, are any of them
24   CPAs?
25   A.    I think there are -- there's at

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

58 (Pages 450 to 453)

---

**450**

1    least -- there's at least one CPA on the Conway      04:15:13
2    MacKenzie team.  There could be more.                04:15:16
3         Q.    All right.  And who's                     04:15:18
4    one person who you can think of who's a CPA on       04:15:23
5    the Conway MacKenzie team?                           04:15:23
6         A.    I believe that Rafael Di Napoli is        04:15:29
7    a CPA.                                               04:15:36
8         Q.    Okay.  And what is Mr. Di Napoli's        04:15:40
9    position at Conway MacKenzie?                        04:15:44
10        A.    Currently he is a managing               04:15:47
11   director.                                            04:15:53
12        Q.    Okay.  And did you speak to              04:15:53
13   Mr. Di Napoli about Funds as used in the             04:15:55
14   Commonwealth?                                        04:16:01
15        A.    Would you repeat the question?           04:16:04
16        Q.    Yes.  Did you speak to Mr. Di            04:16:07
17   Napoli about how Funds are used within the           04:16:10
18   Commonwealth in this account?                        04:16:16
19             UNIDENTIFIED SPEAKER:  Objection.         04:16:16
20             THE WITNESS:  I did not                    04:16:21
21   specifically discuss Funds with Mr. Di Napoli        04:16:21
22   in preparation for this deposition.                  04:16:24
23   BY MS. MILLER:                                       04:16:28
24        Q.    Did you speak to him about other         04:16:28
25   things in preparation for this deposition?           04:16:32

---

**451**

1         A.    Not specifically, but I can't say        04:16:36
2    unequivocally that we may never have ever            04:16:38
3    discussed Fund types together.                       04:16:44
4         Q.    Did you speak to Mr. Di Napoli           04:16:45
5    about the significance of Funds or other             04:16:48
6    accounting designations in tracing money             04:16:50
7    through various Commonwealth accounts?               04:16:52
8         A.    No.                                       04:16:57
9         Q.    Did you speak to anyone else             04:17:00
10   senior to you at Conway MacKenzie about that?        04:17:01
11        A.    In preparation for this                   04:17:06
12   deposition?  No.                                     04:17:07
13        Q.    Okay.  Okay.  So we have marked as       04:17:15
14   Exhibit 32 a document that is in front of you,       04:17:15
15   which is the Puerto Rico Tourism Company Room        04:17:25
16   Taxes Flow of Funds.  Do you see that?               04:17:25
17        A.    Yes.                                      04:17:28
18        Q.    Okay.  Do you recognize this             04:17:31
19   document?                                            04:17:35
20        A.    Yes.                                      04:17:35
21        Q.    Okay.  And you prepared this,            04:17:36
22   right?                                               04:17:38
23        A.    I did.                                    04:17:40
24        Q.    Can you describe generally the           04:17:41
25   Flow of Funds -- sorry, the flow of hotel            04:18:00

---

**452**

1    occupancy taxes from the time that they're           04:18:04
2    collected by hoteliers?                              04:18:08
3             MS. McKEEN:  Objection, vague.             04:18:19
4             THE WITNESS:  I don't know how to          04:18:26
5    answer that question.  Would you mind being          04:18:30
6    more specific, please?                               04:18:33
7    BY MS. MILLER:                                       04:18:33
8         Q.    Okay.  Well, room tax revenues are       04:18:36
9    collected at a point of contact with the             04:18:39
10   customer, right?  And then they're transferred       04:18:44
11   to the Commonwealth; isn't that correct?             04:18:48
12        A.    Correct.                                  04:18:50
13        Q.    Yes.  So I want you to tell me           04:18:52
14   how a room tax revenue is collected and then         04:18:56
15   transferred to the Commonwealth.                     04:19:03
16             MS. McKEEN:  Objection, vague.            04:19:09
17   BY MS. MILLER:                                       04:19:09
18        Q.    You can take it off -- you're            04:19:09
19   welcome to leave the Flow of Funds on, but I'm       04:19:12
20   asking for the step that's not reflected in the      04:19:15
21   Flow of Funds, right?                                04:19:17
22             The room tax revenues are actually        04:19:18
23   collected by not a Commonwealth agent, right?        04:19:23
24   Is that consistent with your understanding,          04:19:26
25   Mr. Ahlberg?                                         04:19:28

---

**453**

1             Well, let me just ask:                     04:19:29
2             Mr. Ahlberg, who collects room tax         04:19:31
3    revenue -- who collects room taxes?                  04:19:34
4         A.    Hoteliers.                                04:19:36
5         Q.    So you would agree with me               04:19:38
6    that hoteliers collect room tax revenues,            04:19:40
7    correct?                                             04:19:46
8         A.    Correct.                                  04:19:46
9         Q.    And then the hoteliers then             04:19:47
10   transfer them to the Commonwealth, correct --        04:19:49
11   oh, sorry, sorry.                                    04:19:53
12        A.    The Tourism Company.                      04:19:54
13        Q.    Yes.  Thank you.  Sorry.  Let me         04:19:55
14   restate my question.                                 04:19:58
15             Room tax revenues are collected by        04:19:58
16   hoteliers, right?                                    04:20:02
17        A.    Correct.                                  04:20:04
18        Q.    And the hoteliers then transfer          04:20:06
19   them to the Tourism Company, correct?                04:20:11
20        A.    Correct.                                  04:20:12
21        Q.    And how do they transfer them to         04:20:13
22   the Tourism Company?                                 04:20:16
23        A.    I think it depends on which              04:20:26
24   hotelier and their, you know, agreed-upon            04:20:29
25   schedule to transfer hotel revenue taxes.            04:20:34

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                April 23, 2020

59 (Pages 454 to 457)

---

**454**

1  Q.    Okay.  Do you have an                           04:20:42
2  understanding of the various ways in which            04:20:45
3  hoteliers can transfer the money to the Tourism       04:20:49
4  Company?                                              04:20:56
5      A.    I'm not positive of the ways that           04:20:56
6  the hoteliers designate their transfers to the        04:21:04
7  Tourism Company.                                      04:21:04
8      Q.    Okay.  Do you know whether they             04:21:05
9  can wire the money?                                   04:21:07
10     A.    I believe they can send                      04:21:08
11 electronic -- electronic payments.                     04:21:11
12     Q.    Do you know whether they can make            04:21:14
13 deposits at Scotiabank ATM machines in                 04:21:16
14 Puerto Rico?                                           04:21:25
15     A.    I'm not positive whether they can           04:21:26
16 make ATM deposits or not.                              04:21:28
17     Q.    Do you know whether they can                 04:21:30
18 transfer the money by check?                           04:21:31
19     A.    I believe that they can transfer            04:21:37
20 the money by check --                                  04:21:39
21     Q.    Okay.  And regardless --                     04:21:40
22     A.    -- depending (indiscernible).                04:21:40
23     Q.    All right.                                   04:21:40
24          And regardless of the means used             04:21:47
25 by the hotelier to transfer the room tax               04:21:48

---

**455**

1  revenues that it collected, all of those               04:21:52
2  revenues are transferred to the Tourism Company        04:21:55
3  into the Scotiabank 5142 account, correct?             04:22:00
4      A.    Correct.                                     04:22:04
5      Q.    Okay.  And that was true for the            04:22:04
6  entire period that you looked at from                   04:22:07
7  January 2015 through the present, correct?             04:22:10
8      A.    That's correct.                             04:22:25
9      Q.    Okay.  So from January 2015 to the          04:22:25
10 present, all hotel room tax revenues collected          04:22:28
11 by hoteliers are transferred to the Tourism             04:22:32
12 Company through the Scotiabank 5142 account,            04:22:35
13 correct?                                               04:22:43
14     A.    Correct.                                     04:22:43
15     Q.    Okay.  And then looking at Flow of          04:22:44
16 Funds for January 2015 to November 2015 -- it's        04:22:49
17 up on the board or up on your screen -- the             04:22:53
18 Flow of Funds indicates that those revenues are         04:23:02
19 then transferred to the GDB 9758 account.  Do          04:23:05
20 you see that?                                          04:23:12
21     A.    Yes.                                         04:23:12
22     Q.    Okay.  Are there any moneys                 04:23:13
23 deposited in the Scotiabank 5142 account that           04:23:14
24 are not transferred into the GDB 9758 account          04:23:19
25 during this period, January 2015 through               04:23:22

---

**456**

1  November 2015?                                          04:23:24
2      A.    No.                                          04:23:26
3      Q.    Okay.  So the GDB 9758 account has          04:23:26
4  exactly the same revenues that were transferred         04:23:33
5  into the Scotiabank 5142 account, correct?             04:23:36
6      A.    I believe the amount, the total             04:23:46
7  amount transferred into 5142 would be equal to          04:23:48
8  the total amount transferred into 9758 during           04:23:53
9  this time period.                                      04:23:55
10     Q.    Is that the long way of saying              04:23:59
11 yes, that the GDB 9758 account has exactly the          04:24:01
12 same revenues that were transferred into the            04:24:04
13 Scotiabank 5142 account by the hoteliers?              04:24:09
14     A.    It's -- I mean, the transfers for           04:24:16
15 the -- the transfers will total the exact               04:24:19
16 amount.  It will be -- the total transfers into         04:24:23
17 5142 will equal the total transfers into 9758.         04:24:28
18     Q.    So all the same moneys that are             04:24:32
19 going into 5142 are going into 9758, correct?          04:24:34
20     A.    During the time period, that's              04:24:40
21 correct.                                               04:24:42
22     Q.    Okay.  And then what moneys are             04:24:42
23 going from 9758 to 5144?                                04:24:45
24     A.    Amounts that would be in excess of          04:24:51
25 the approximately $3 million per month that was         04:24:55

---

**457**

1  sent to the 9947 pledge account.                        04:24:56
2      Q.    Okay.  And is the 9947 account the          04:25:07
3  pledge account as you understand it?                   04:25:16
4      A.    Yes.                                         04:25:17
5      Q.    Okay.  Or as you've referred to             04:25:18
6  it.                                                    04:25:19
7          And the 5144 account is designated           04:25:43
8  as a comingled account, do you see that?               04:25:46
9      A.    Yes, I see that.                             04:25:49
10     Q.    What other moneys are deposited             04:25:50
11 into the 5144 account?                                  04:25:52
12     A.    An example I can think of off the           04:25:58
13 top of my head would be slot machine proceeds.          04:26:08
14     Q.    Okay.  Are any other moneys                 04:26:11
15 deposited into the 9947 account?                        04:26:20
16     MS. McKEEN:  Are you meaning the                   04:26:25
17 moneys into the -- I just want to be clear.             04:26:30
18     MS. MILLER:  Yeah.  Now I'm asking                 04:26:31
19 about the 9947 account.                                 04:26:32
20     THE WITNESS:  Would you please                     04:26:36
21 repeat the question?                                   04:26:40
22 BY MS. MILLER:                                         04:26:40
23     Q.    Yeah.  Are any -- are any moneys            04:26:41
24 other than the moneys transferred from the 9758         04:26:44
25 account deposited into the 9947 account?               04:26:47

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

60 (Pages 458 to 461)

---

**458**

1    A.    Not during this time period that                04:26:53
2   we're looking at.                                       04:26:56
3    Q.    Okay.  And then moneys from -- I'm               04:26:56
4   going back to the 5144 account.  Moneys from            04:27:01
5   the 5144 account, hotel occupancy tax revenues          04:27:04
6   in excess of 3 million per month deposited              04:27:08
7   into the 5144 account are then indicated as             04:27:11
8   flowing to the 5138 account.  Do you see that?          04:27:15
9    A.    Yes.                                             04:27:18
10    Q.    And are all moneys during this                  04:27:19
11   time period deposited in the 5144 account also         04:27:27
12   transferred to the 5138 account?                       04:27:27
13    A.    No.                                             04:27:31
14    Q.    Okay.  So how do you know that it               04:27:32
15   is the hotel occupancy taxes that are moving           04:27:34
16   from the 5144 account to the 5138 account?             04:27:57
17    A.    You don't, because at the point of             04:28:03
18   transfer to 5144, those funds are comingled            04:28:06
19   with other funds.                                      04:28:11
20    Q.    Did you say "I don't" -- well,                  04:28:12
21   then why is 5138 included in this Flow of              04:28:21
22   Funds?                                                 04:28:24
23    A.    Because funds are                              04:28:24
24   indistinguishable once they are transferred           04:28:27
25   into Account 5144, it is shown for exemplary          04:28:30

---

**459**

1   purposes that there still are outposts from            04:28:37
2   5144 used to fund operating disbursements and          04:28:40
3   transfers to that Account 5138, which is a zero        04:28:46
4   balance operating disbursement account.                04:28:52
5    Q.    Are you sure?                                    04:28:54
6    A.    Am I sure of what?                               04:28:55
7    Q.    Are you -- so you just decided to                04:28:57
8   give me some example of some bank account that          04:28:59
9   moneys from 5144 flow to that may or may not be        04:29:03
10   the hotel occupancy taxes that we're talking          04:29:08
11   about?                                                 04:29:10
12    A.    Sorry.                                          04:29:11
13    MS. McKEEN:  Objection, misstates                     04:29:11
14   testimony, argumentative.                             04:29:13
15    Atara, do you need to take a                          04:29:15
16   break?                                                 04:29:16
17    MS. MILLER:  No, I don't need to                      04:29:17
18   take a break.  I definitely don't need a break.       04:29:19
19   I just need an answer to my question.                 04:29:22
20    (Simultaneous speaking.)                              04:29:24
21    MS. McKEEN:  I'd like you to take                     04:29:27
22   a break.  I would like a break.  Thank you.           04:29:28
23    MS. MILLER:  All right.  I'm                          04:29:30
24   not -- I'm not ready to take a break right now,       04:29:31
25   so I'm going to get an answer to the next             04:29:33

---

**460**

1   couple of questions, and then we can take a            04:29:35
2   break.                                                 04:29:37
3    BY MS. MILLER:                                        04:29:37
4    Q.    Mr. Ahlberg, is it your testimony               04:29:38
5   that you don't know if hotels' occupancy taxes         04:29:39
6   in fact flowed from 5144 to 5138 and that the         04:29:45
7   5138 account is included in the Flow of Funds          04:29:49
8   just as an example of an account that moneys           04:29:52
9   may have or may not have flowed into from the          04:29:55
10   5144 account?                                         04:29:58
11    MS. McKEEN:  Objection, misstates                    04:30:01
12   testimony.                                            04:30:05
13    MS. MILLER:  My question is, is it                    04:30:05
14   his testimony.  So your witness can tell me            04:30:06
15   that it wasn't his testimony.                         04:30:09
16    MS. McKEEN:  Objection.                               04:30:12
17    THE WITNESS:  That was not my                         04:30:12
18   testimony.                                            04:30:13
19    BY MS. MILLER:                                        04:30:13
20    Q.    Okay.  So, Mr. Ahlberg, do you                  04:30:13
21   know that hotel occupancy taxes flowed from the      04:30:19
22   5144 account to the 5138 account?                     04:30:24
23    A.    Due to the comingled nature of                 04:30:32
24   funds within 5144, it's impossible to                 04:30:34
25   say -- it's impossible to say one or the other,      04:30:40

---

**461**

1   which is why both are indicated with a                 04:30:43
2   comingled star.                                        04:30:46
3    Q.    But you could have known that                    04:30:47
4   money from one comingled account to another            04:30:49
5   comingled account would have come from hotel           04:30:51
6   occupancy taxes based on sources identifying           04:30:55
7   the revenue source, couldn't you?                      04:30:58
8    A.    Could you repeat that question,                 04:31:06
9   please?                                                04:31:07
10    Q.    Yeah, well, let me just ask it                  04:31:08
11   this way:                                              04:31:11
12    Previously, when we saw comingled                     04:31:12
13   account moneys being deposited in comingled           04:31:14
14   accounts flowing out, you indicated that you          04:31:17
15   were able to identify that the moneys were part      04:31:25
16   of the bucket of funds that you were tracing in      04:31:29
17   the Flow of Funds based on notations in outflow      04:31:34
18   documents, whether it was vouchers or                 04:31:38
19   transmittal letters or the like.                      04:31:43
20    Do you recall that?                                  04:31:44
21    A.    Yes.                                            04:31:51
22    Q.    Okay.  Is that different here?                  04:31:51
23    A.    I don't think revenue source                   04:32:11
24   is -- I don't think revenue source is                 04:32:11
25   considered for disbursements from 5144 to 5138.       04:32:17

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                   April 23, 2020

61 (Pages 462 to 465)

---

**462**

1    Q.    Okay.  I'm going to move on,
2    because, frankly, those aren't our moneys and
3    we know that.  So I'm just going to move on,
4    but I'm not sure how that's consistent with how
5    you explain to put the charts together, so I
6    might come back to it just so I can understand
7    better what you did in the other Flow of Funds.
8         Can I ask you whether for all of
9    the Flow of Funds charts that you prepared for
10   HTA, PRIFA and CCDA if you were able to find
11   evidence that the revenues being traced were
12   transferred out of a particular account, if you
13   noted that transfer on the Flow of Funds chart?
14        UNIDENTIFIED SPEAKER:  Objection.
15        THE WITNESS:  Could you repeat
16   that question?
17   BY MS. MILLER:
18        Q.    Yeah.  In putting together these
19   Flow of Funds charts, if you were able to
20   identify an outflow that corresponded to the
21   Fund that you were tracing, did you include
22   that outflow on the Flow of Funds chart?
23        UNIDENTIFIED SPEAKER:  Objection.
24        THE WITNESS:  Each Flow of Funds
25   chart is unique.  It's hard for me to answer in

---

**463**

1    terms of all the Flow of Funds charts together.
2         MS. MILLER:  Okay.  Maybe let's
3    take a break.  I need to think about why they
4    would be unique.  Maybe I'll have an epiphany
5    over the break.  Okay.
6         Do we want to take 5 minutes?
7         MS. McKEEN:  I think 10 minutes, a
8    5-minute break we can't actually take a break.
9    Thanks.
10        MS. MILLER:  Okay.
11        THE VIDEOGRAPHER:  We are off the
12   record at 4:35 p.m.
13        (Recess taken.)
14        THE VIDEOGRAPHER:  We are back on
15   the record at 4:56 p.m.
16   BY MS. MILLER:
17        Q.    Afternoon, Mr. Ahlberg.
18        Mr. Ahlberg, have you ever seen
19   any document specifically identifying a
20   particular bank account as the pledge account?
21        A.    I can't recall personally looking
22   at a document that's labeled a pledge account.
23        Q.    Do you know whether there are any
24   documents that specifically identify a
25   particular bank account as the hotel occupancy

---

**464**

1    tax pledge account?
2         A.    I believe that there is
3    justification for why there's an account that
4    is called the pledge account, but I just can't
5    recall off the top of my head the specific
6    document that we used to make that
7    determination.
8         Q.    But you believe there is a
9    document?
10        MS. McKEEN:  Objection --
11        THE WITNESS:  Yeah, I believe that
12   there's information out there.
13   BY MS. MILLER:
14        Q.    What do you mean when you say
15   "information out there"?
16        A.    Well, you characterized it as
17   potentially one document, and I'm just not
18   certain that there's one document or there may
19   be a collection of documents that say that.
20        MS. MILLER:  Okay.  I'd like to
21   mark as the next exhibit tab 2128, please.
22        (Monolines Exhibit 33 is
23        introduced for the record.)
24   BY MS. MILLER:
25        Q.    We have marked as Monolines

---

**465**

1    Exhibit 33 the document Bates-stamped
2    CCDA_STA0006780.
3         Do you see that?
4         A.    I don't see that.  Could you
5    repeat that?
6         Q.    Yeah, we marked as Monolines
7    Exhibit 33 a document that's been Bates-stamped
8    CCDA STA006780.
9         A.    Yes, I see that, thank you.
10        Q.    Okay.  And if those documents are
11   in Spanish, there is an English translation at
12   the back.  And if you look at -- well, are you
13   going to want to look at the certified
14   translation or the Spanish version?
15        A.    I would prefer the certified
16   translation.
17        Q.    Okay.  So looking at the certified
18   translation, do you see that -- well, do you
19   see what account these documents relate to?
20        A.    Yes, I see Account 9947.
21        Q.    Okay.  So this is the GDB 9947
22   account.  Do you agree with that?
23        A.    Yes.
24        Q.    And the account name is the Hotel
25   Occupancy Tax Pledge Account.  Do you see that?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                        April 23, 2020

62 (Pages 466 to 469)

---

**466**

1     A.   I see that here.

2     Q.   Okay. So let me ask my question

3 again.

4     Have you seen any documents that

5 identify a particular bank account as the

6 pledge account?

7     A.   Could we please flip back to the

8 PowerPoint presentation? I just want to

9 cross-reference this account number with the

10 account in the Flow of Funds that I know to be

11 the pledge account.

12     Q.   Sure. Well, sorry, before we do

13 that, how do you know that the account in the

14 Flow of Funds is a pledge account? You said,

15 "the account that I know to be the pledge

16 account." How do you know an account to be the

17 pledge account?

18     A.   We were working in preparation for

19 this deper- -- deposition (indiscernible) that

20 there is an account in the Flow of Funds that

21 is identifiable in the pledge account.

22     Q.   Okay. And what work did you do?

23     A.   It would have involved -- again,

24 as I mentioned, I personally did not review a

25 document that had that pledge account language

---

**467**

1 on that there, but it would have been in

2 conversation with the team in preparation for

3 this deposition.

4     Q.   Would you have asked them if they

5 saw a document that identified the account as

6 the pledge account?

7     A.   I admit I can't recall right now

8 asking about documents.

9     Q.   We spoke earlier today about the

10 PRIFA Flow of Funds. Do you recall that?

11     A.   I do recall speaking to you about

12 the PRIFA Flow of Funds.

13     Q.   And do you recall being pretty

14 adamant in connection with the testimony about

15 the bank account in the PRIFA Flow of Funds and

16 the various funds and accounts in the bond

17 documents, that you did not undertake an

18 exercise to map the accounts and Fund in PRIFA

19 to the actual bank accounts in the Flow of

20 Funds. Do you recall that?

21     MS. McKEEN: Objection.

22     THE WITNESS: I recall saying that

23 I did not personally do an exercise mapping

24 Flow of Funds to bond documents.

25

---

**468**

1 BY MS. MILLER:

2     Q.   Did anyone on your team do that

3 exercise?

4     A.   I'm not positive. It's something

5 that we can get back to you on.

6     Q.   Did you ask anybody to do it?

7     A.   I don't recall.

8     Q.   Did anybody tell you whether they

9 had done it?

10     A.   I can't recall just an exercise,

11 but -- I don't know.

12     Q.   Did you think it was an exercise

13 that was important to do in connection with

14 preparing the Flow of Funds?

15     A.   I think the Flow of Funds is

16 accurate as the method.

17     Q.   Okay. Did you think it was

18 important with respect to PRIFA to match the

19 Flow of Funds for the particular Funds and

20 accounts identified in the various bond

21 documents that we looked at earlier today?

22     A.   As I mentioned, I did not do that

23 in putting together the Flow of Funds, and I

24 believe the Flow of Funds is still an accurate

25 representation of the Flow of Funds during the

---

**469**

1 relevant time period.

2     Q.   Did you think it was important to

3 map the particular funds and accounts in the

4 PRIFA Flow of Fund to bank accounts identified

5 in your Flow of Funds chart in preparation for

6 your deposition today?

7     A.   Could you please repeat that

8 question?

9     Q.   Did you think it was important to

10 map the bank accounts identified in the PRIFA

11 Flow of Funds chart that you prepared to the

12 accounts and Funds identified in the PRIFA bond

13 document?

14     A.   I can't assign a degree of

15 importance or not there other than that I would

16 be able to put together an accurate Flow of

17 Funds without relying on an exercise like that.

18     Q.   Okay. So you did not do it for

19 PRIFA; is that right?

20     A.   I personally did not undertake an

21 exercise.

22     Q.   And you don't know if anybody on

23 your team did?

24     A.   I can't recall off the top of my

25 head.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

63 (Pages 470 to 473)

### 470

1    Q.    And it wasn't significant for you
2  to find that out and to remember that in
3  advance of your testimony today, right?
4    A.    I think the Flow of Funds are
5  accurate as they are.
6    Q.    I'm not challenging the Flow of
7  Funds.  I believe that the Flow of Funds is
8  accurate.  My question is that it wasn't
9  significant for you to find out from any other
10  team member in advance of your testimony today
11  whether they had put together a mapping of the
12  Funds and accounts in various PRIFA bond
13  documents to actual bank accounts, correct?
14    MS. McKEEN:  Objection.
15    THE WITNESS:  I don't think not
16  recalling whether this exercise was done or not
17  assigns a level of importance or not to the
18  exercise.
19  BY MS. MILLER:
20    Q.    Well, if you thought it was an
21  important part of your testimony today,
22  wouldn't you have asked and remembered the
23  answer?
24    MS. McKEEN:  Objection,
25  argumentative.

### 471

1    THE WITNESS:  In preparation for
2  testimony, I focused on developing an accurate
3  Flow of Funds.
4  BY MS. MILLER:
5    Q.    Okay.  So you personally never did
6  a mapping exercise for PRIFA, and you don't
7  know if anybody on your team did, correct?
8    MS. McKEEN:  Objection, asked and
9  answered.
10    THE WITNESS:  I can't -- I did not
11  personally perform the exercise, and I can't
12  recall if someone on the team did or not.
13  BY MS. MILLER:
14    Q.    Okay.
15    THE REPORTER:  I'm sorry.  Can you
16  repeat your answer, Mr. Ahlberg?
17    THE WITNESS:  I did not
18  personally, and I cannot recall if anyone on
19  the team did or did not.
20    THE REPORTER:  Thank you.
21  BY MS. MILLER:
22    Q.    Why did you do that exercise for
23  CCDA?
24    MS. McKEEN:  Objection.
25    THE WITNESS:  Which exercise?

### 472

1  BY MS. MILLER:
2    Q.    Of mapping the particular bank
3  accounts identified in the Flow of Funds to the
4  various funds and accounts identified in the
5  relevant bond document.
6    A.    I did not personally do that
7  mapping exercise either.
8    Q.    Okay.  So how do you know that a
9  particular account in the Flow of Funds is the,
10  quote, "pledge account"?
11    A.    From our discussions with -- with
12  Tourism and our work together, we identified
13  the account as a pledge account.
14    Q.    Okay.  Going back to PRIFA, did
15  you identify any of the particular accounts in
16  the PRIFA Flow of Funds to the designated
17  account names in the bond document?
18    A.    I can't recall off the top of my
19  head the names of the bond documents used.
20    Q.    Okay.  But it was important enough
21  for you to remember it with respect to CCDA?
22    UNIDENTIFIED SPEAKER:  Objection.
23
24
25

### 473

1    THE WITNESS:  Again, I'm not
2  certain about defining importance or level or
3  not to that exercise.
4  BY MS. MILLER:
5    Q.    Can I ask you a question with
6  respect to CCDA?
7    Do you have a particular account
8  number that you would attach to each of the
9  accounts identified in the various CCDA bond
10  documents?
11    A.    Can you repeat that question?
12    Q.    Yeah.  Sitting here today, do you
13  have a particular account number that's
14  reflected in your Flow of Funds chart that you
15  would attribute to the specific account names
16  included in the various CCDA bond documents?
17    UNIDENTIFIED SPEAKER:  Objection.
18    THE WITNESS:  Yeah, I'm not
19  positive off the top of my head.
20  BY MS. MILLER:
21    Q.    Okay.  So I'm going to go through
22  them, and you'll tell me, just a yes or no, if
23  there is an account number identified in the
24  Flow of Funds that you would attach to that
25  account.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

64 (Pages 474 to 477)

---

**474**

1  And I don't need the notes -- the            05:10:17
2  names or numbers yet.  I'm going to give you   05:10:18
3  some names.  You're going to tell me what the  05:10:22
4  number -- you're going to tell me if there's a 05:10:24
5  specific bank account that relates to that     05:10:25
6  account designation in the document, okay,     05:10:28
7  so --                                          05:10:32
8      A.   Can somebody pull up the Flow of     05:10:32
9  Funds in question?                             05:10:36
10     Q.    Yeah, sure.  Let's -- let's put --  05:10:37
11  yeah, let's put up Exhibit 32, please.        05:10:38
12          Okay.  So we are going to look at    05:10:43
13  this January 2015 to November 2015 flow.      05:10:45
14          Okay.  So looking at this, is        05:10:50
15  there a particular bank account that you      05:10:52
16  believe is the transfer account?             05:10:54
17     A.   Yes.                                  05:10:58
18     Q.    And is there a particular bank      05:10:59
19  account that you believe is the surplus      05:11:01
20  account?                                      05:11:03
21     A.   Yes.                                  05:11:05
22     Q.    And is there a particular bank      05:11:06
23  account that you believe is the pledge account? 05:11:09
24     A.   Yes.                                  05:11:13
25     Q.    And is there a particular bank      05:11:14

---

**475**

1  account that you believe is the trust account? 05:11:17
2      A.   Yes.                                  05:11:24
3      Q.    Okay.  So you can map in your       05:11:26
4  mind, sitting here with no documents in front  05:11:30
5  of you and no preparation, every single        05:11:32
6  relevant account identified in the CCDA -- CCDA 05:11:36
7  document to a specific bank account in this     05:11:40
8  chart, is that your testimony?                 05:11:43
9          UNIDENTIFIED SPEAKER:  Objection.     05:11:46
10          UNIDENTIFIED SPEAKER:  Objection.    05:11:48
11          THE WITNESS:  I can identify on      05:11:51
12  this page accounts that I consider the pledge  05:11:52
13  account, transfer account, surplus account.    05:11:57
14  BY MS. MILLER:                                 05:11:57
15     Q.    Okay.  Can we just pull up the      05:12:06
16  PRIFA Flow of Funds for a minute because I just 05:12:19
17  want to ask you, sitting here off the top of   05:12:22
18  your head, if you did the same exercise with   05:12:26
19  respect to the PRIFA Flow of Funds.            05:12:29
20          While we are waiting for that,       05:12:48
21  Mr. Ahlberg, how many conversations that -- do 05:12:50
22  you -- have you had in preparation of these    05:12:54
23  Flow of Funds or in preparation for your       05:12:58
24  deposition today about which account is the    05:13:00
25  transfer account, the surplus account, and the 05:13:09

---

**476**

1  pledge account?                                05:13:11
2      A.    Your question is how many times     05:13:18
3  did I have a conversation about which accounts  05:13:20
4  were considered by those names?               05:13:26
5      Q.    Yeah, about which accounts were     05:13:32
6  connected to which particular bank account,    05:13:35
7  exactly.                                       05:13:37
8      A.    Yeah.  I can't recall an exact      05:13:39
9  amount or number of conversations that we had  05:13:42
10  where we would have specifically talked about  05:13:46
11  this.                                         05:13:51
12     Q.     Do you recall any conversations    05:13:51
13  where you specifically spoke about it?         05:13:52
14     A.    Just to clarify, are we referring   05:14:01
15  to Tourism right now?                          05:14:04
16     Q.    Yeah, I'm talking about Tourism     05:14:05
17  right now.                                     05:14:07
18     A.    Thank you for clarifying.           05:14:09
19          With that clarification, would you   05:14:11
20  please repeat the question?                    05:14:16
21     Q.    How many conversations can you      05:14:18
22  recall having about which accounts             05:14:20
23  identified -- which bank accounts identified in 05:14:22
24  the Flow of Funds that you prepared related to  05:14:24
25  which account in the various bond documents?    05:14:28

---

**477**

1      A.    I can't recall an exact amount of   05:14:33
2  conversation.                                  05:14:36
3      Q.    Was it more than one?               05:14:37
4      A.    The identification of different     05:14:38
5  accounts came up on more than one occasion.    05:14:50
6      Q.    I mean, identification -- and       05:14:54
7  you only -- when you say the identification of  05:14:55
8  particular -- and I just want to make sure we   05:14:57
9  mean the same thing.                          05:15:00
10          I mean the connecting or mapping     05:15:01
11  of a particular bank account to a particular   05:15:03
12  account name in a bond document.  Is that what 05:15:06
13  you're saying?                                 05:15:09
14     A.    That is not what I was saying.      05:15:10
15     Q.    Okay.  So that's my               05:15:12
16  question -- that's my question, so let me ask   05:15:15
17  my question again so we can just be clear.      05:15:16
18          How many conversations do you        05:15:18
19  recall about the linking of particular bank    05:15:21
20  account numbers to account names used or        05:15:25
21  designations used in the bond documents?        05:15:30
22     A.    I don't recall any specific         05:15:34
23  conversations where we discussed those things.  05:15:37
24     Q.    So how do you know, for example,    05:15:41
25  that the 9947 account is the pledge account?    05:15:43

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

65 (Pages 478 to 481)

---

**478**

1    A.    Some discussions with -- with
2 Tourism Company and an understanding of
3 operationally how things work.
4    Q.    Okay. I thought you just told me
5 that you didn't have any conversations about
6 that.
7    MS. McKEEN:  Objection.
8 BY MS. MILLER:
9    Q.    What conversations are you
10 recalling?
11    A.    It's hard to know since there were
12 several conversations with the different
13 management teams in preparation for this
14 deposition.
15    Q.    Who did you have conversations
16 with about the mapping of particular bank
17 accounts to account designations in the bond
18 documents?
19    MS. McKEEN:  Objection.
20    THE WITNESS:  I don't recall
21 specific conversations about mapping accounts
22 to the bond documents.
23 BY MS. MILLER:
24    Q.    Did you have any conversations
25 with counsel about mapping of bond documents --

---

**479**

1 just a yes or no -- mapping of accounts to bond
2 documents?
3    A.    I mean, I can't recall if we
4 specifically discussed this issue or not.
5    Q.    I'm trying to understand -- I
6 showed you a document that identified the
7 pledge account 9947 as the pledge account, and
8 you indicated to me that you weren't sure if
9 you had ever seen any document that identified
10 9947 specifically as the pledge account; is
11 that right?
12    A.    That's correct.
13    Q.    And yet you're confident that 9947
14 is the pledge account, right?
15    A.    Without having that diagram in
16 front of me, I can't recall the exact account
17 number. I can remember it in the positioning
18 of the document.
19    Q.    Okay. Where -- where is it
20 positioned in the document?
21    A.    If we could show the document, I
22 could identify the account.
23    Q.    Okay. I'm not going to do that
24 right now because I have the PRIFA document up,
25 which is Exhibit 34 -- sorry -- 24. It was

---

**480**

1 marked as Exhibit 24.
2    And could we go to the first Flow
3 of Funds chart in this document?
4    So we are going to look at the
5 January 2014 to June 2015 Flow of Funds.  Do
6 you see that?
7    A.    Yes.
8    Q.    Okay. And in the PRIFA Flow of
9 Funds, the moneys are supposed to be deposited
10 to the credit of the Puerto Rico Infrastructure
11 Fund. Can you identify a particular bank
12 account on this chart that relates to that?
13    A.    There is no bank account on this
14 chart that is identifiable as the Puerto Rico
15 Infrastructure Fund.
16    Q.    Okay. And then the moneys that
17 flow from there into the Sinking Fund?
18    UNIDENTIFIED SPEAKER:  Objection.
19 BY MS. MILLER:
20    Q.    Are there any accounts on this --
21 on this Flow of Funds that you can identify as
22 the Sinking Fund?
23    A.    I am not positive of any of these
24 accounts being identified as the Sinking Fund.
25    Q.    Okay. And do you know whether

---

**481**

1 that US Bank Account -0002 is the reserve
2 account?
3    A.    I'm not certain if that's the
4 colloquial name of this account or not.
5    Q.    I mean, there are reserve accounts
6 that are discussed in the relevant bond
7 documents. Do you know if that US Bank 002
8 account is similar to the account discussed in
9 the bond document?
10    A.    Off the top of my head, I'm not
11 certain if that's the reserve account discussed
12 in the bond document.
13    Q.    Okay. So, looking -- and you
14 don't know if it's the redemption account
15 either, do you?
16    A.    I'm not positive.
17    Q.    Okay. So sitting here, off the
18 top of your head, looking at this PRIFA Flow of
19 Funds, is there any bank account that you can
20 attach a label from the bond document to?
21    A.    No.
22    MS. MILLER:  Okay. So now we can
23 put up the CCDA Flow of Funds, which is
24 Exhibit 32. We can put that back up.
25

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

66 (Pages 482 to 485)

**482**

BY MS. MILLER:

Q.   Okay. But off the top of your head, you were able to attach labels corresponding or correlating particular bank accounts in the CCDA Flow of Funds to each of the three key accounts in the CCDA document; is that right?

A.   In the Tourism document, yes.

Q.   Okay. Okay. So the pledge account, which account is it your position is the pledge account?

A.   The 9947.

Q.   Okay. And you testified that you weren't sure if you've ever seen any document that specifically identified that, but I showed you a document that identified that, the pledge account, the name.

A.   You did show me a document that named that account as the -- a pledge account in the name.

Q.   Okay. And who at the Tourism Company did you speak to about matching -- sorry -- mapping these various bank accounts to the account designations used in the bond documents?

**483**

MS. McKEEN:  Objection.

THE WITNESS:  Discussed with Gustavo and Brett which accounts operated as the transfer, pledge, surplus account.

BY MS. MILLER:

Q.   Okay. And did Brett have independent knowledge of which account corresponded to each of those accounts -- sorry -- which bank accounts corresponded to each of those bond document accounts?

A.   I can't say one way or the other if Brett had personal knowledge of the bond documents or not.

Q.   Okay. And did you ask whether they knew which of these bank accounts correlated to particular accounts in the bond documents?

MS. McKEEN:  Objection.

THE WITNESS:  My question to them was not in the context of "match these accounts to the bond documents;" would have been in the context of in the actual Flow of Funds, which account functions as X account, which account functions as Y account.

**484**

BY MS. MILLER:

Q.   Okay. So understanding that you focused on the Flow of Funds exclusively and the flow of cash, why is it that you committed to memory which of these accounts corresponds to particular named accounts in the bond document?

A.   I can't give you an exact reason about why I committed those to memory, other than I know that's how the Tourism Company understands the account.

Q.   Okay. And do you know what Gustavo's basis was for identifying particular accounts, bank accounts as those accounts in the bond document?

A.   Not certain of the exact process that he used to determine.

Q.   Did you ask him if he looked at any account opening statements or documents?

A.   I don't recall specifically asking him that question or not.

Q.   Did you ask him if he looked at any other document that might identify a particular account with a name used in the bond document?

**485**

A.   I can't recall specifically asking him a question like that or not.

Q.   Did you do anything to independently verify or confirm what Gustavo told you about which account was which?

A.   No, other -- no, but the actual Flow of Funds makes sense to me, given the assignments to those accounts that he provided.

Q.   Well, we spoke earlier -- well, what do you mean it made sense to you based on the assignments that he provided? Do you mean it made sense in terms of corresponding to moneys that were supposed to be transferred into the various accounts, and had the moneys actually flowed in relation to that?

MS. McKEEN:  Objection.

THE WITNESS:  What I mean generally, for example, is that I understand the Account 5144 being the surplus account, the surplus of the monthly average 3 million transfer from 9258, transfer to 9947, and thus the identification from the surplus account fits with my understanding of the Flow of Funds as presented here.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

67 (Pages 486 to 489)

---

**486**

BY MS. MILLER:

Q.   Okay.  Have you ever seen any document identifying the Scotiabank 5144 account as the surplus account?

A.   I can't recall a specific document that refers to it as the surplus account.

Q.   You think that you've seen it, though?

A.   I think I have seen some documents.

Q.   You think you have.  Okay.  I'm going to -- okay.

So I've looked through the production, and I have not seen any documents that identify the 5144 account as a surplus account.

MS. MILLER:  So I'm going to call on the record for the production of any such documents that you've seen that you're relying on for your testimony that the 5144 account is the surplus account or that the Commonwealth otherwise intends to rely on.

BY MS. MILLER:

Q.   Okay.  So you believe that you've seen a document identifying the 5144 account as

---

**487**

the surplus account; is that right?

A.   I feel confident to say that I believe the 5144 account is the surplus account.

Q.   That wasn't my question.

You believe that you've seen a document that identifies the 5144 account as the surplus account; is that correct?

A.   Yeah, and I'm not certain one way or the other as to whether I've seen a specific document that calls it that or not.

Q.   Okay.  Have you seen any documents that call any of these accounts the surplus account?

A.   I believe so.  I just -- I can't recall a specific document.

Q.   Okay.  And you believe that the document that you saw, called the Scotiabank 5144 account the surplus account; is that right?

A.   I -- yeah, I can't recall if it's a specific document, as I mentioned, or in conversations with Gustavo.

Q.   Okay.  Is the 5144 account a comingled operational account of the Tourism

---

**488**

Company?

A.   Did --

Q.   The moneys other than these excess moneys from the hotel occupancy taxes flow into the 5144 account?

A.   Could you repeat that, please?

Q.   The moneys other than the excess moneys from the hotel occupancy taxes, excuse me, flow into the 5144 account?

A.   Correct.

Q.   And you understand that the surplus account is one of the two accounts that's in the Special Fund called the Holding Fund under the assignment and coordination agreement that we looked at and previously marked as Exhibit 30, correct?

A.   I understand that that's what the document we looked at together said.

Q.   Okay.  And do you have an understanding of whether operating moneys would flow into a Special Fund as that term is used in government accounting?

A.   I'm not certain how to answer your question.  Could you be more specific?

Q.   Yes.  Do you know whether general

---

**489**

operating -- sorry.

Do you know whether general revenues used for operating expenses would flow into a Special Fund?

UNIDENTIFIED SPEAKER:  Objection.

THE WITNESS:  I don't think about dollars flowing into Funds, but I'm also not sure of the way that that would be classified.

BY MS. MILLER:

Q.   Okay.  And I don't think you actually said it yet, so let me ask you to identify which bank account do you believe on this chart corresponds to the transfer account?

A.   GDB account 9758.

Q.   Okay.  And what is the basis for that testimony?

A.   Conversations with Tourism.

Q.   And did you do anything to verify what Tourism told you about that?

A.   I did not personally pull documents to verify that, but the team, the entire document production had hundreds -- thousands -- thousands of documents that I personally could not review every single document.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

68 (Pages 490 to 493)

**490**

1    Q.    And you're confident that if
2    somebody told you that the 9758 account is the
3    transfer account that there is a document among
4    the thousands -- I would say many tens of
5    thousands of documents -- that were produced
6    that identifies the 9758 account as the
7    transfer account, correct?
8          UNIDENTIFIED SPEAKER:  Objection.
9          THE WITNESS:  I can't recall if
10   there's specific documents (indiscernible).
11         THE REPORTER:  I'm sorry.  Can you
12   repeat that once more?
13         THE WITNESS:  I cannot recall if
14   there is a specific document that was used to
15   make that determination.
16   BY MS. MILLER:
17   Q.    And do you know if you've ever
18   seen any document referring to the 9758 account
19   as an account other than the transfer account?
20   A.    I'm not certain.
21   Q.    Okay.  Mr. Ahlberg, in putting
22   together your Flow of Funds, did you use
23   instruction letters to identify which moneys
24   deposited into the 9758 account flowed into the
25   9947 account?

**491**

1    A.    We looked at these transfer
2    letters.  I'm not sure if that's the same thing
3    as instruction letters that you're referring
4    to.
5    Q.    Okay.  So I'm going to pull one
6    up, and you can tell me.  Can I get tab 2132,
7    please, marked up as the next exhibit.
8          (Monolines Exhibit 34 is
9          introduced for the record.)
10   BY MS. MILLER:
11   Q.    Did you come to understand what
12   the relevant account names were under the
13   various bond documents?
14   A.    I'm sorry.  You broke up there in
15   the middle of your question.
16   Q.    How did you come to understand
17   what the relevant account names were under the
18   various bond documents and related agreements?
19   A.    It -- it's hard to answer that
20   question because that assumes the -- part of
21   the approach that I took to build the Flow of
22   Funds, which we start with the actual Flow of
23   Funds.
24   Q.    Yeah.  I'm saying how did you
25   figure out what -- well, when I asked -- I

**492**

1    showed you a number of bond documents earlier,
2    and you told me you hadn't looked at many of
3    them.  And my question is:
4          If you didn't even look at them,
5    how did you know what accounts were to even
6    know what labels to be putting on various bank
7    accounts?  That's my question.
8          UNIDENTIFIED SPEAKER:  Objection.
9    BY MS. MILLER:
10   Q.    So I'm assuming, consistent with
11   your testimony, that the process that you
12   underwent was entirely independent of the
13   various Fund or account designations under
14   statutes and bond documents and that there was
15   no reason or need for you to map them or
16   connect them.  That's consistent with your
17   testimony in HTA and PRIFA.
18         But suddenly, in CCDA, you have
19   very strong opinions about which account
20   corresponds to -- which bank account
21   corresponds to which account designation in the
22   bond documents, and that's what I'm trying to
23   understand here.
24         UNIDENTIFIED SPEAKER:  Objection.
25

**493**

1    BY MS. MILLER:
2    Q.    So my question was:
3          How did you come to know what the
4    account names were under the bond document that
5    you could attach to the various bank accounts?
6    A.    I'm not certain what the entire
7    process was to assign names to the accounts as
8    I understand them, plus my understanding came
9    about by a discussion with Tourism.
10   Q.    Okay.  So we have marked as
11   Monolines Exhibit 34 a document.  Do you see
12   it?
13   A.    I see a document.
14   Q.    And is this the document -- a form
15   of document that you recognize?
16   A.    Yes.
17   Q.    Okay.  And there are actually, if
18   you scroll through in this exhibit, a number of
19   sample transfer documents that we were given,
20   instruction letters that we were provided, and
21   you can flip through and look at all of them if
22   you would like.  There is also, I see -- maybe
23   we don't have an English translation.
24         Do we have an English translation
25   of these?

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

69 (Pages 494 to 497)

---

**494**

1    MS. McKEEN:  Atara, are they
2    consecutively paginated, or is this just --
3         MS. MILLER:  Mine are
4    consecutively paginated, yes.
5         MS. McKEEN:  Thank you.
6         MS. MILLER:  No, I think this was
7    a collection of -- this was a collection of
8    instruction documents that were produced, and
9    there is an English translation.  And this
10   is -- my understanding, Liz, is that this is
11   how the document was produced all together as a
12   single packet.
13        MS. McKEEN:  Thank you.  That was
14   just my question.
15        MS. MILLER:  Yeah.
16   BY MS. MILLER:
17        Q.    Okay.  So, Mr. Ahlberg, looking at
18   this, do you see that this is authorizing a
19   transfer from one account to another
20   account -- oh, we are pulling up the English
21   translation.  Here we go.
22        Okay.  And do you see that this
23   letter is authorizing the debiting of a
24   particular account of 3-million-plus dollars?
25   Do you see that?

**495**

1         A.    Yes, I see that.
2         Q.    Okay.  And what account is that
3    debiting?
4         A.    The account number listed is
5    [Redacted]9758.
6         Q.    Okay.  And is that the same
7    account that is identified on your Flow of
8    Funds chart, Exhibit 32, as GDB 9758?
9         A.    Yes.
10        Q.    Okay.  And how is that accounting
11   identified in this transfer letter?
12        A.    This transfer letter assigns a
13   name in quotes to that account of Room Tax -
14   Concentration Surplus.
15        Q.    And do you have an understanding
16   of what it means when an account name is put in
17   quotes in a transfer letter like this?
18        A.    I'm not entirely positive.
19        Q.    Okay.  And who is this letter
20   from, can you tell?
21        A.    And I don't know if it would be
22   easier to look at or if you would prefer to
23   look at the original Spanish letterhead, but
24   this is a letter from the Tourism Company to
25   the GDB, is it not?

**496**

1         A.    Could we go to the Spanish
2    translation just so I know for sure?
3         Q.    Sure.
4         A.    Yes, thanks.
5         Q.    Okay.  And so -- and it's from a
6    Mr. Samuel Sierra Rivera.  Do you see that?
7         A.    Yes.
8         Q.    And he's -- he identifies himself
9    as the chief financial officer.  Do you see
10   that?
11        A.    I see that.
12        Q.    Okay.  And so according to this
13   instruction letter, the chief financial officer
14   of the Tourism Company is identifying the
15   99 -- the 9758 account as, quote, the room tax
16   concentration surplus.  Do you see that?
17        A.    I see that.
18        Q.    Okay.  Do you know who Mr. Sierra
19   reason -- do you know who Mr. Sierra Rivera is?
20        A.    I do not.
21        Q.    Okay.  Do you know whether Gustavo
22   is junior or senior to the chief financial
23   officer of the Tourism Company?
24        A.    I know Gustavo is not the CFO of
25   the company in his finance position.  That

**497**

1    would make him subordinate to the CFO at the
2    Tourism Company.
3         Q.    All right.  Do you have any reason
4    to dispute the at least then-CFO of the Tourism
5    company's characterization of the 9758 account
6    as the room tax concentration surplus?
7         A.    He calls the account what he calls
8    the account in this letter.
9         Q.    Okay.  And you haven't seen any
10   documents that would indicate that the 9758
11   account is not the surplus account, have you?
12        A.    I can't recall specifically seeing
13   any documents like that.
14        Q.    Well, I can tell you that we
15   haven't.  So I, again, call for the production
16   of any documents that would suggest that an
17   account other than the 9758 account is the
18   surplus account.
19        And you have not seen any
20   documents, have you, that identified the 9758
21   account as the transfer account, have you?
22        A.    I can't recall seeing a specific
23   document that said that, but from my work with
24   Tourism, I understand that account to be the
25   transfer account.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                         April 23, 2020

70 (Pages 498 to 501)

---

**498**

1    Q.    You haven't seen any documents
2   that say that.
3    A.    I can't recall if there were
4   documents, off the top of my head.
5    Q.    Okay.  And you've now seen at
6   least one collection of documents, and you can
7   flip through and see that the tourism company
8   in each of these letters identifies the 9758
9   account as the room tax concentration surplus.
10          You haven't seen any -- you've at
11  least not seen one collection of documents that
12  identified something other than the transfer
13  account, right?
14   A.    Again, I can't recall seeing it or
15  not seeing a document like that.
16   Q.    I'm asking you about the document
17  that's in front of you right now.  You are
18  currently looking at least one document, one
19  document that is a collection of multiple
20  documents that identify the 9758 account as
21  something other than the transfer account;
22  isn't that right?
23   A.    These documents do call that
24  account number by name.  That is not the
25  transfer account.

---

**499**

1    Q.    Okay.  And the name is Room Tax
2   Concentration Surplus, isn't it?
3    A.    That's what it says.
4    Q.    Okay.  And I'd like to now mark as
5   Exhibit 35 tab 2507.
6          (Monolines Exhibit 35 is
7          introduced for the record.)
8   BY MS. MILLER:
9    Q.    Mr. Ahlberg, have you seen any
10  account-opening documents for the GDB 9758
11  account?
12   A.    I don't think I personally
13  reviewed an account opening statement for that
14  account.
15   Q.    Okay.  Do you know whether anybody
16  on your team did?
17   A.    I believe someone on the team
18  would have agreed that document.
19   Q.    Okay.  So I've marked as
20  Exhibit 35 a letter dated March 31, 2002, from
21  your counsel to me and many others, and I want
22  you to look at page 2 of that account on this
23  chart.  And do you see the GDB 9758 account
24  listed?
25   A.    Please give me a moment here.

---

**500**

1    Q.    Sure.
2    A.    Yes, I see that Account 9758
3   listed on this document.
4    Q.    Okay.  And what is the
5   representation from your counsel about the
6   account-opening documents for 9758?
7    A.    I was unable to locate an
8   account-opening document in GDB's file.
9    Q.    Okay.  And so do you now retract
10  your prior statement that you believe someone
11  on your team reviewed account-opening
12  statements for GDB 9758?
13   A.    I do.  I apologize.
14   Q.    Okay.  So to the best of your
15  knowledge and my knowledge, there simply are no
16  available account-opening documents for GDB
17  9758, correct?
18   A.    Correct.
19   Q.    Okay.  And what are -- is the
20  Scotiabank 5142 account?  Do you know if you've
21  looked at any account-opening documents for the
22  Scotiabank 5142 account?
23   A.    I didn't personally review the
24  account-opening statement for Scotiabank
25  Account 5142.

---

**501**

1    Q.    Do you know whether anyone on your
2   team received an account-opening statement --
3   sorry -- account-opening document for
4   Scotiabank 5142?
5    A.    Off the top of my head, I'm not
6   certain.
7    Q.    Okay.  Well, I'll tell you, and I
8   can mark it if you'd like, but your counsel
9   represented that it provided to us all of the
10  documents that it was able to get from
11  Oriental Bank and that that did not include
12  account-opening documents for 5142.
13          Do you have any reason to believe
14  that such account-opening documents are
15  available?
16   A.    No.
17   Q.    Okay.  So it's actually listed in
18  this chart as well right under what we were
19  looking at.  Okay.  I want to go back to
20  Exhibit 32, which is the Flow of Funds.
21          Okay.  In 5144, you indicated to
22  me that slot machine proceeds were also
23  deposited in that account, correct?
24   A.    I believe so, yes.
25   Q.    Do you know why slot machine

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

71 (Pages 502 to 505)

---

**502**

1  proceeds would be deposited into the surplus
2  account, which is an account in the Holding
3  Fund under the CCDA bond documents?
4          UNIDENTIFIED SPEAKER:  Objection.
5          THE WITNESS:  I don't know the
6  exact reasons why slot machine revenues would
7  be deposited into this account.
8  BY MS. MILLER:
9      Q.    All right.  Do you know
10 whether -- sorry.  I may have asked this again,
11 but I just want to make sure that I've covered
12 it.
13         Are any other moneys other than
14 hotel occupancy taxes deposited in the 9758
15 account?
16     A.    No.
17     Q.    Okay.  And looking at this chart,
18 I don't think I asked you this for CCDA yet,
19 but, again, we see various colors attached to
20 the boxes, right?
21     A.    Yes.
22     Q.    Okay.  So looking at the accounts
23 that are reflected in this January '15 to
24 November '15 Flow of Funds chart, just looking
25 by color designation, none of these is a

---

**503**

1  Commonwealth account; is that correct?
2      A.    That's correct.
3      Q.    Okay.  So during this time period,
4  none of the hotel occupancy taxes that were
5  collected by hoteliers transferred to the
6  tourism company ever touched a Commonwealth
7  account, correct?
8      A.    During this time period, that is
9  correct.
10     Q.    Okay.  I'm going to turn to the
11 next slide in the Flow of Funds, which is
12 December '15 to March 2016.
13         And during this period, the moneys
14 continue to be collected by hoteliers, correct?
15     A.    Correct.
16     Q.    And where did they transfer the
17 moneys to?
18     A.    The Scotiabank Account 5142.
19     Q.    Okay.  And then where did the
20 money flow after that?
21     A.    From there transfers were made at
22 that time.
23     Q.    Okay.  And the 9758 account, just
24 so that I have my story straight, the 9758
25 account is the account that you would call the

---

**504**

1  transfer account, right?
2          MS. McKEEN:  Objection,
3  argumentative.
4  BY MS. MILLER:
5      Q.    Sorry.  The GDB 9758 account is
6  the account that you would call the transfer
7  account, correct?
8      A.    Correct.
9      Q.    Okay.  And that's the same account
10 that we saw the document from the CFO of the
11 GDB -- of the Tourism Company, rather,
12 identifying the concentration surplus, correct?
13     A.    Correct.
14     Q.    Okay.  And the moneys still flow
15 into that GDB 9758 account, right?
16     A.    During this time period, money
17 still flows from 5042 to 9758.
18     Q.    Okay.  And then during this time
19 period, all the moneys still flow into the
20 Scotiabank 5144 account, correct?
21     A.    Correct.
22     Q.    Okay.  And then what moneys during
23 this time period are flowing from the 5144
24 account into the 5138 account?
25     A.    Hotel occupancy taxes, among

---

**505**

1  others.
2      Q.    Okay.  And do all of the hotel
3  occupancy taxes flow from 5144 to 5138?
4      A.    Would you repeat the question?
5      Q.    Yeah.  During this period, do all
6  of the hotel occupancy taxes deposited in 5148
7  flow into -- sorry.  Let me start again.
8          During this period, do all of the
9  hotel occupancy taxes deposited in 5144 flow
10 into 5138?
11     A.    Yes.
12     Q.    Okay.  And do all of the hotel
13 occupancy taxes during this period deposited in
14 5138 flow into the 006 account?
15     A.    No.
16     Q.    Okay.  What hotel occupancy taxes
17 do not flow into the 006 account from the 5138
18 account?
19     A.    Hotel occupancy taxes funding CCDA
20 operations would flow to that box called
21 Non-Debt Service Outflow.
22     Q.    And are those what are referred to
23 as the surplus amounts?
24     A.    I'm not certain if they're
25 referred to as surplus amounts or not.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

72 (Pages 506 to 509)

---

**506**

1    Q.    Okay.  Are all of the -- I'm just          05:58:32
2  trying to remember the exact term.                  05:58:37
3       Are all of the amounts that are               05:58:40
4  required to be transferred into the transfer        05:58:46
5  account flowed into the 006 account?                05:58:49
6       Okay.  So let me restate that.                05:59:04
7  You don't remember -- do you recall that when       05:59:06
8  we looked at Exhibit 30, which is the               05:59:10
9  Assignment and Coordination Agreement, there        05:59:10
10  was a definition of required payments?             05:59:12
11    A.    I remember there was a definition         05:59:19
12  of required payments in that document.             05:59:19
13    Q.    Okay.  And do you remember that           05:59:22
14  that loosely was defined as the monthly 1/10 of    05:59:24
15  the amounts that had to be flowed into the         05:59:29
16  transfer account and any deficiency amount?        05:59:32
17    A.    I believe that's what that                05:59:41
18  document we looked at together said.               05:59:43
19    Q.    Okay.  So if I refer to the               05:59:45
20  required payments, will you understand what I      05:59:48
21  mean?                                              05:59:59
22    A.    Yes.                                       05:59:59
23    Q.    Okay.  And just to make it simple,        06:00:00
24  because I want to make sure that we are talking    06:00:03
25  about things the same way, if we could just go     06:00:05

---

**507**

1  back one page in Exhibit 32.                        06:00:08
2       When I'm talking about the                    06:00:13
3  required payments, I'm talking about the           06:00:15
4  amounts that flowed from 9758 to 9947.  Is that    06:00:17
5  consistent with your understanding?                06:00:23
6    A.    Yes.                                        06:00:25
7    Q.    Okay.  So we'll call that the             06:00:27
8  required payments going forward.                    06:00:30
9       MS. McKEEN:  Objection.                       06:00:34
10       MS. MILLER:  What's the objection?           06:00:36
11       MS. McKEEN:  You mean the                     06:00:39
12  agreement says what it says, and so to the        06:00:40
13  extent, you know, you're trying to get the        06:00:43
14  witness to give some form of legal conclusion,     06:00:45
15  that's the final objection.                        06:00:51
16       MS. MILLER:  I'm trying to get the           06:00:52
17  witness to have a common understanding with a     06:00:54
18  noncontroversial term that refers to the moneys   06:00:56
19  that were pledged to the bondholders without      06:01:02
20  having him give the legal opinion that these      06:01:02
21  moneys are pledged to the policyholders, so I'm    06:01:05
22  going to go with required payments.  I think      06:01:08
23  the witness is comfortable with that and          06:01:10
24  understands what bucket of money I'm talking      06:01:12
25  about.                                             06:01:14

---

**508**

1  BY MS. MILLER:                                      06:01:17
2    Q.    Mr. Ahlberg, do you know the              06:01:17
3  bucket of moneys that I'm referring to?  So not    06:01:18
4  all hotel occupancy taxes, only that narrower,    06:01:20
5  what I think you've referred to as the 3-plus     06:01:26
6  million a month that's to be transferred?          06:01:28
7    A.    I understand that that's how             06:01:36
8  you're using the term "required payment."          06:01:38
9    Q.    Okay.  If you want to attach a            06:01:41
10  different term to it, I'm fine using whatever     06:01:42
11  term you're most comfortable with.                06:01:45
12    A.    We can say the monthly payment.          06:01:49
13    Q.    Monthly payment?  Okay.                   06:01:53
14       Okay.  Are all of the monthly              06:01:57
15  payments, as you use that term -- defined it,     06:02:00
16  all of the monthly payments flowed from the      06:02:07
17  5138 account to the GDB 006 account during the   06:02:12
18  December '15 to March '16 time period?           06:02:14
19    A.    Now that I have this time period        06:02:19
20  presentation in front of me, can you reask the   06:02:25
21  question, please?                                 06:02:22
22    Q.    Now I forgot what you want to call       06:02:30
23  these.  Monthly payments?  Okay.                   06:02:33
24       Are all of the monthly payments           06:02:35
25  transferred from the 5138 account to the 006     06:02:41

---

**509**

1  account?                                            06:02:48
2    A.    Yes.                                        06:02:48
3    Q.    Okay.  And how do you know that?          06:02:49
4    A.    Having reviewed these payments,          06:02:51
5  transfer details of those transfers.              06:03:02
6    Q.    Okay.  And based on that, you were       06:03:05
7  able to confirm that all of the monthly           06:03:09
8  payments were transferred from the 5138 account  06:03:11
9  to the 006 account, correct?                       06:03:15
10    A.    Correct.                                   06:03:22
11    Q.    And are all of the hotel occupancy      06:03:22
12  tax monthly payments deposited in the 006        06:03:25
13  account transferred to the 6048 account during   06:03:28
14  this time period?                                 06:03:31
15    A.    Yes.                                       06:03:34
16    Q.    Okay.  And that 6048 account,           06:03:35
17  that's the account we were talking about          06:03:38
18  earlier, correct?                                 06:03:39
19    A.    That is an account that we talked       06:03:40
20  about earlier.                                    06:03:45
21    Q.    Okay.  And specifically, what           06:03:46
22  account was this?                                 06:03:48
23    A.    An account separate from the TSA,       06:03:53
24  account 1.                                        06:03:57
25    Q.    Okay.  What moneys were held in         06:04:00

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                   April 23, 2020

73 (Pages 510 to 513)

---

**510**

1   this account during this time period?
2       A.   It held -- retained room tax
3   revenues and dollars -- well, not retained.
4       Q.   Okay.  And then were all of the
5   hotel occupancy tax monthly payments that were
6   deposited into 6048 deposited into or back into
7   the 006 account?
8       A.   Yes.
9       Q.   Do you know whether when the
10  moneys flowed back into the 006 account they
11  were tagged with a different Fund or accounting
12  designation than when they were previously
13  transferred into the 006 account?
14      A.   I'm not positive to say it's
15  different funds or designations or not.
16      Q.   Okay.  What would I do to find
17  that out?
18      A.   I would review a voucher prepared
19  for transfer.
20      Q.   Okay.  And then were all of the
21  hotel occupancy tax monthly payments that were
22  retransferred into the 006 account during this
23  period transferred out for GO Debt Service?
24      A.   Yes.
25      Q.   Okay.  And, again, do you know

---

**511**

1   whether that was actually -- sorry -- whether
2   that money was actually transferred to third
3   parties on account of GO Debt Service?
4       A.   I'm not certain.
5       Q.   Okay.  Do you have an
6   understanding of how much of the -- do you know
7   how much of the hotel occupancy tax monthly
8   payments were transferred into the GDB 006
9   account during this time period?
10      A.   Off the top of my head, I don't
11  have that number.
12      Q.   Okay.  And we spoke a little bit
13  about the time frames that were covered during
14  this -- for the time frames that were
15  identified at the top of each of these Flow of
16  Funds.
17          Is it your understanding that this
18  is referring to room tax revenues that were
19  generated and transferred into the Scotiabank
20  5142 account between December 2015 and
21  March 2016?
22      A.   Yes.
23      Q.   Okay.  Footnote 1 to this Flow of
24  Funds indicates that transfers from the 006
25  account to Fund GO Debt Service payment in

---

**512**

1   January '16 included comingled room tax
2   receipts with proceeds from other retained
3   revenues.  Do you see that?
4       A.   Yes, I see that.
5       Q.   Do you know whether moneys
6   transferred in January, February or March of
7   2016 were actually used to pay GO Debt Service?
8       A.   Could you repeat the question?
9       Q.   Do you know whether moneys
10  transferred in January, February or March of
11  2016 were actually used to pay GO Debt Service?
12      A.   Transfers from which account to
13  which account?
14      Q.   Hotel occupancy tax monthly
15  payments transferred into the GDB 006 account
16  in January, February and March 2016, do you
17  know if they were actually used to pay GO Debt
18  Service?
19      A.   We set the revenue from -- room
20  tax proceeds during this time period was
21  used -- sorry.
22          The revenue earned in this time
23  period was the source of funding for transfers
24  for GO Debt Service.  So the footnote indicates
25      Q.   Okay.  So the footnote indicates

---

**513**

1   that it was only for the GO Debt Service
2   payment in January of 2016.  Do you believe
3   that there were additional debt service
4   payments that were funded from these moneys?
5       A.   Would you repeat the question,
6   please?
7       Q.   The footnote indicates that these
8   moneys were used for the January --
9   January 2016 GO Debt Service.
10          Do you believe that there were
11  additional GO Debt Service payments other than
12  January 2016 that were funded from the hotel
13  occupancy tax monthly payment reflected in this
14  Flow of Funds?
15      A.   I was thinking here.  Would you
16  mind repeating the question again?
17          MS. MILLER:  Would the court
18  reporter mind reading it back, please?
19          (Record read as requested.)
20          THE WITNESS:  No.
21  BY MS. MILLER:
22      Q.   So do you believe that the hotel
23  occupancy tax monthly payments for January,
24  February and March of 2016 that are reflected
25  as flowing into the GDB 006 account and then to

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

74 (Pages 514 to 517)

**514**

1  the 6048 account and then to the 006 account                06:12:49
2  remain in the TSA today?                                    06:12:52
3      A.    I don't think of any one transfer                06:13:13
4  of any kind of funds ever remaining in the TSA              06:13:15
5  account.  That's not really how I think about               06:13:18
6  it.                                                         06:13:31
7      Q.    Have you seen any document --                     06:13:29
8  sorry.                                                      06:13:31
9          Have you seen any outflow document                 06:13:31
10 after January 2016 indicating a tilt flow of                06:13:33
11 the hotel occupancy tax monthly payment from                06:13:43
12 the TSA?                                                    06:13:46
13     A.    I've seen no other outflow from                  06:13:49
14 the TSA that indicated hotel occupancy taxes as             06:13:52
15 a source of revenue of a transfer out of the                06:13:57
16 TSA.                                                        06:14:04
17     Q.    Okay.  And during this --                        06:14:05
18     MS. MILLER:  I don't have much                          06:14:08
19 more.  I am just going to quickly go through                06:14:10
20 the rest of the Flow of Funds.                              06:14:13
21     MS. McKEEN:  Okay.  Thank you.                          06:14:14
22     MS. MILLER:  They do get very                           06:14:18
23 complicated, though.  I'm hoping to not have to             06:14:21
24 ask about every account.  We have a simple one              06:14:23
25 coming up next.                                             06:14:25

**515**

1      BY MS. MILLER:                                          06:14:25
2      Q.    And just so that I understand, or                06:14:28
3  just can you confirm that all of the same hotel             06:14:31
4  occupancy tax revenues transferred from                     06:14:35
5  hoteliers flow into the 5142 account and the                06:14:39
6  9758 account?                                               06:14:45
7      A.    To what time period?                              06:14:54
8      Q.    In the December '15 to March 2016                 06:14:54
9  period.  The Scotiabank 5142 account and the                06:14:58
10 GDB 9758 account each have exactly the same                 06:15:03
11 moneys; is that correct?  Or let me say that                06:15:06
12 differently.                                                06:15:12
13         For the December '15 to March 2016                  06:15:12
14 period, the exact same revenues flow through                06:15:17
15 the Scotiabank 5142 account and the GDB 9758                06:15:22
16 account, correct?                                           06:15:27
17     A.    Would have been the exact same                   06:15:30
18 amount that was received into 5142 that was                 06:15:33
19 transferred to 9758.                                        06:15:37
20     Q.    Okay.  Is that different in any                   06:15:40
21 way from what I said?  I just want to know how              06:15:41
22 to ask the question precisely going forward.                06:15:47
23         So if you're drawing a distinction                 06:15:50
24 that I'm not attuned to, I just would like to               06:15:52
25 hear what it is.                                            06:15:55

**516**

1      A.    Yeah, and I just answered that way               06:15:59
2  for my own benefit to make sure I answered                  06:16:00
3  correctly.                                                  06:16:03
4      Q.    Okay.  All right.  I might try to                06:16:04
5  ask you the same way.                                       06:16:07
6          Okay.  So turning now to                           06:16:09
7  April 2016, so this one appears pretty simple.              06:16:12
8          Can you just describe the flow                     06:16:21
9  from the collection of room tax revenues by the             06:16:26
10 hoteliers?                                                  06:16:28
11     A.    Yes.  During April of 2016, room               06:16:30
12 tax revenues would have been collected by                   06:16:34
13 hoteliers, remitted to Tourism Company, a/k/a               06:16:37
14 deposited into Scotiabank Account 5142, and                 06:16:43
15 then transferred to GDB Account 9758.                       06:16:47
16     Q.    Okay.  And does the fact that the                06:16:53
17 Flow of Funds stop here mean that hotel                     06:16:56
18 occupancy tax revenues collected in April 2016              06:17:01
19 remained in the GDB 9758 account?                           06:17:05
20     A.    It means that during this time                   06:17:12
21 period, there were no transfers out of the 9758             06:17:14
22 account.                                                    06:17:19
23     Q.    Was there a transfer out of the                 06:17:22
24 9758 account subsequent to this time period?                06:17:28
25     A.    No.                                              06:17:34

**517**

1      Q.    Okay.  So what moneys were                       06:17:38
2  deposited were then remaining in the GDB 9758               06:17:40
3  account presumably through the GDB's title fix;             06:17:44
4  is that right?                                              06:17:50
5      A.    I am not positive.  I know that                  06:17:50
6  account was dealt with in the GDB                           06:17:52
7  restructuring.                                              06:17:55
8      Q.    Okay.  Were you involved in the                  06:17:55
9  GDB restructuring in any way?                               06:17:56
10     A.    No.                                              06:18:02
11     Q.    Okay.  And, again, during this                   06:18:02
12 period, none of the accounts through which the              06:18:04
13 hotel occupancy taxes flowed were Commonwealth              06:18:09
14 accounts; is that correct?                                  06:18:16
15     THE REPORTER:  I'm sorry.  Were                        06:18:16
16 what?                                                       06:18:20
17     MS. MILLER:  Commonwealth                              06:18:22
18 accounts.                                                   06:18:22
19     THE REPORTER:  Thank you.                               06:18:23
20     THE WITNESS:  Correct.                                  06:18:23
21     BY MS. MILLER:                                          06:18:23
22     Q.    Okay.  And again, as with the                    06:18:24
23 prior period, exactly the same revenues flowed              06:18:28
24 through the 5142 account and the GDB 9758                    06:18:31
25 account, correct?                                           06:18:37

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                     April 23, 2020

75 (Pages 518 to 521)

---

**518**

1    A.   It would have been the same amount
2  that -- same revenue that was transferred by
3  hoteliers to 5142.  Transfers for the same
4  amount would be in total throughout April to
5  9758.
6    Q.   Okay.  So now let's go on to the
7  next one.  It's about to get a lot more
8  complicated.
9         Okay.  So here the hoteliers are
10 collecting taxes, and they're still
11 transferring them into the Scotiabank 5142
12 account; is that right?
13   A.   Right.
14   Q.   And then the money is being
15 transferred from the 5142 account into the 5144
16 account?
17   A.   Correct.
18   Q.   And is it your understanding that
19 during this period all of the hotel occupancy
20 taxes were transferred from the 5142 into the
21 5144 account?
22   A.   Yes.
23   Q.   Okay.  And have you seen
24 account-opening documents for the 5144 account?
25   A.   No, I have not personally seen

**519**

1  them.
2    Q.   Okay.  Do you know whether anybody
3  on your team has?
4    A.   I don't recall if anyone on the
5  team has or not.  I believe you could look at
6  the document we reviewed together earlier to
7  know for certain.
8    Q.   Okay.  Would you expect account
9  documents related to the 5144 account to
10 identify it as the surplus account?
11   A.   I'm not certain of what documents
12 would or would not be used to identify the
13 surplus account.
14   Q.   Well, I'm just asking if you -- we
15 saw the pledge account document.  It called the
16 account the pledge account.
17        Would you expect the account
18 documents related to this account to call it
19 the surplus account?
20   A.   I'm not certain what every
21 documented related to this account named the
22 account.
23   Q.   I'm asking you if you would expect
24 the account-opening documents to designate a
25 surplus account.

**520**

1    A.   I can't say one way or the other
2  whether an opening statement would say that or
3  not.
4    Q.   Would you expect any account, any
5  documents related to this account to identify
6  it as the surplus account?
7         MS. McKEEN:  Objection.
8         THE WITNESS:  I'm not positive of
9  documents that would or would not have been
10 used to make that determination.
11 BY MS. MILLER:
12   Q.   Okay.  Have you ever heard this
13 account referred to as the sweep concentration
14 account?
15   A.   You broke up there right at the
16 end.
17        Have you ever seen this account
18 referred to as the sweep concentration account?
19   A.   I can't recall if I've seen the
20 account referred to in that way or not.
21   Q.   What is a sweep concentration
22 account, as you understand it?
23   A.   I'm not certain of exactly what
24 that name -- the name of an account like that
25 would indicate.

**521**

1    Q.   Are you aware of any other
2  accounts called sweep concentration accounts
3  within the Commonwealth or instrumentality?
4    A.   No.
5    Q.   No.  Have you ever heard that term
6  with respect to the Tourism Company?
7    A.   I just can't recall.  People use
8  the term "sweep" and "concentration" very
9  loosely when referring to different accounts.
10        MS. MILLER:  Okay.  I would like
11 to mark as the next exhibit tab 2134, please.
12        (Monolines Exhibit 36 is
13        introduced for the record.)
14        THE WITNESS:  Excuse me.  Could we
15 make a 2-minute break?  I just drank a bunch of
16 coffee with coffee grounds with it.
17        MS. MILLER:  Sure.  I'll let you
18 take it even though there's a question pending.
19        Let's go off the record.
20        THE VIDEOGRAPHER:  We are off the
21 record at 6:24 p.m.
22        (Recess taken.)
23        THE VIDEOGRAPHER:  We are back on
24 the record at 6:25 p.m.
25

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

76 (Pages 522 to 525)

**522**

BY MS. MILLER:

Q.     Okay.  So you have in front of you a document that was marked Monolines Exhibit 36.

Do you see that?

A.     I see the document.

Q.     Yeah.  Is this a document that you've seen before?

A.     Is there a certified English translation?

Q.     I'm not sure.  The answer is maybe.  I don't think that what I'm going to have to do requires knowledge of Spanish.  Other -- okay.  There is a certified English translation.  Do we want to wait for it?

A.     If you could.

Q.     Sounds like your Spanish is a lot better than mine.  If you need the English translation, just let me know, and I'll stop and wait for that to be found.

A.     Fair enough.

Q.     So do you recognize Exhibit 36 as a corporate resolution of the Tourism Company of Puerto Rico?

A.     I see that's (indiscernible) --

**523**

THE REPORTER:  I'm sorry.  You broke up.  The witness, your answer totally broke up for me.  Sorry.

THE WITNESS:  Sure.  I said:  Yes, I see that's what the document says.

THE REPORTER:  Thank you.

BY MS. MILLER:

Q.     Okay.  And you see that it lists a number of Tourism Company bank accounts in a chart starting about halfway through?

A.     Yes, I see that.

Q.     Could we magnify the exhibit a little bit?  I think it's very hard to see the numbers.  They're running together a little bit.

A.     Does that help?

Q.     If you have magnified it on your end.  I have a hard copy that is slightly larger on my end.  So if you can see it...

A.     I can see it.

Q.     Okay.  Great.  So do you see that the first account that's identified is the Scotiabank of Puerto Rico account Redacted 5144?

**524**

A.     Yes, I see that on the document.

Q.     Okay.  And is that the account that is referred to in your Flow of Funds document as the Scotiabank 5144 account?

A.     Yes.

Q.     Okay.  And do you see the next column over says:

Número de la cuenta?

A.     Yes.

Q.     And do you understand that to mean name of the account?

A.     Yes.

Q.     Okay.  And the name of the account that's attributed to the 5144 account, can you just read what it's called in this document?

A.     This document lists the name of that account as "sweep concentration."

Q.     Okay.  It doesn't list a surplus, does it?

A.     The document says "sweep concentration."

Q.     Okay.  And looking at the May '16 to July '16 Flow of Funds, in fact, none of the accounts identified in this Flow of Funds is a Commonwealth account, is it?

**525**

A.     Could we have the Flow of Funds presentation during the --

Q.     Oh, sorry, yes.  Yes.  I'm sorry.  We are not in hard copy.  I forgot.  Yes.  Can we -- that was not a memory test.

MS. MILLER:  Can we pull up Exhibit 32 again, please.

Thank you.  It wasn't a trick, I promise.

A.     No problem.

BY MS. MILLER:

Q.     I'm old school.  My desk is filled with the exhibits.  I kind of assumed yours was too.

MS. MILLER:  Was there anyone else -- did you want me to pull up the certified English translation?  I'm happy to attach it to the exhibit that we marked just so we have it on a going forward basis, but unless anybody wants to see it right now, I was going to go back to the Flow of Funds document.

MS. McKEEN:  I think we are okay.

MS. MILLER:  Okay.  Great, thank you.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

77 (Pages 526 to 529)

---

**526**

BY MS. MILLER:

Q.   Okay. So let me just ask my question again.

Looking at the Flow of Funds from May '16 to July 2016, none of the accounts identified in this Flow of Funds is a Commonwealth account, correct?

A.   Correct.

Q.   And looking forward to the August '16 to February of 2017 account -- sorry -- Flow of Funds, here the room tax revenues collected by the hoteliers are still being transferred into the Scotiabank 5142 account; is that right?

A.   Correct.

Q.   And during this period, the money is now flowing next into the BPPR 2306 account; is that right?

A.   Correct.

Q.   Okay. What's your understanding of what the BPPR 2306 account is?

A.   This account in this time period, this account is used to transfer monthly payments to BPPR 6545.

Q.   Okay. So just looking back to the

---

**527**

January '15 to November 2015 period, that BPPR 2306 account is now taking the place of the GDB 9758 account; is that right?

UNIDENTIFIED SPEAKER: Objection.

THE WITNESS: It's not one -- one account -- accounts don't replace accounts in that way. I don't think about it like that.

BY MS. MILLER:

Q.   Okay. Well, when the GDB ceases to exist and you have to open an account in a new bank, wouldn't you think about it in that way?

MS. McKEEN: Objection.

BY MS. MILLER:

Q.   So let me just -- and I don't know, is there a way to split the screen on the exhibit so that you can look at both the January 2015 to November 2015 and August 2016 to February 2016 Flow of Funds side by side?

A.   I don't know.

Q.   The message from people who know say there is not. That's the definitive answer. So okay. All right.

So the first one will be easy because we still start with room taxes being

---

**528**

collected by hoteliers, right?

And in those periods, the moneys are transferred by the hoteliers into the Scotiabank 5142 account, correct?

A.   Correct.

Q.   Okay. And my question is going to be -- and I'm happy to go back and forth as much as you want, but my question is going to be are exactly the same moneys -- so I don't mean like actual dollars but the same revenue streams, hotel occupancy taxes, that flow into the GDB 9758 account in the January 2015 to November 2015 period -- sorry. Let me just ask it more simply.

Are the hotel occupancy tax revenues that flow into the GDB 9758 account from January '15 to November '15 the same hotel occupancy tax revenues that flow into the BPPR 2306 account in the August '16 to February '17 period?

A.   They're inherently not the same revenues because they're revenues from different time periods, but from August 2016 to February 2017, there are approximately $3 million monthly amounts being transferred

---

**529**

from Account 2360 to BPPR 6545.

Q.   Okay. Are all of the hotel occupancy taxes collected between August '16 and February '17 transferred from 5142 to BPPR 2306?

A.   Yes.

Q.   And that's the same as the Flow of Funds from 5142 to GDB 9758 in the January '15 to November '15 period, correct?

A.   Thank you for allowing me to flip back. Would you mind repeating the question now that I've had a chance to look at this?

Q.   Yeah. That flow of all of the hotel occupancy taxes from 5142 to BPPR 2306 is the same Flow of Funds, although in two different accounts that we saw in January '15 to November '15.

So all of the hotel occupancy taxes go from 5142 into the next account, and at that time period it was GDB 9758, correct?

A.   Correct.

Q.   Okay. And then you indicated that it's about 3-plus million during the August 16th to February 17th period that goes from the BPPR 2306 down to the BPPR 6545,

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

78 (Pages 530 to 533)

---

**530**

1  correct?
2      A.    Correct.
3      Q.    Okay.  And that is the same
4  proportional amount -- or not proportional
5  amount but the same dollar amount flowed each
6  month that flowed during the January '15 to
7  November '15 time period from the GDB 9758
8  account to the GDB 9947 account, correct?
9      A.    The payments were approximately
10  the same amount.
11      Q.    Okay.  And did the same
12  approximate amount flow from the 9758 account
13  to the Scotiabank 5144 account in both time
14  period, so in January '15 to November '15 and
15  in August '16 to February '17?
16      A.    Okay.  Could you repeat that
17  question, please?
18      Q.    Yeah.  Did the same amount of
19  hotel occupancy taxes or the same, yeah,
20  relative surplus amount of hotel occupancy
21  taxes flow from the 2306 account to the 5144
22  account and from the 9758 account to the 5144
23  account in the August '16 to February '17 and
24  January '15 to November '15 periods
25  respectively?

---

**531**

1      A.    Yes.
2      Q.    And, again, looking at the August
3  '15 to February '17 Flow of Funds, none of
4  these accounts is a Commonwealth account,
5  correct?
6      A.    Correct.
7      Q.    Okay.  And is it your
8  understanding that the moneys transferred into
9  the BPPR 6545 account during this time period
10  remain in that account?
11      A.    During this time period, there
12  were no transfers out of the account.
13      Q.    Okay.  In a couple of flows, we
14  are going to get to transfer out of that
15  account into a First Bank 3961 account, so I'm
16  happy to flip forward to the February 2018 to
17  the present Flow of Funds.
18          When the transfers were made
19  during this period, were all of the moneys that
20  were previously deposited into the BPPR 6545
21  account deposited into the First Bank account?
22      A.    Yes.
23      Q.    Okay.  So we skipped over one.  I
24  just want to go back to the March '17 to
25  January '18 Flow of Funds, and here there are

---

**532**

1  more errors further complicating things.
2          So let me start by asking:
3  Hoteliers still collect the taxes, correct?
4      A.    Yes.
5      Q.    In the March '17 to January '18
6  period.  After collecting the taxes, they
7  continued to transfer those moneys to the
8  Scotiabank 5142 account, correct?
9      A.    Correct.
10      Q.    Okay.  What moneys flowed from the
11  5142 account to the 6545 account during this
12  period?
13      A.    During this time period, the
14  approximately $3 million per month is
15  transferred from 5142 to 6545.
16      Q.    Okay.  And what moneys are
17  transferred from 5142 to 2306?
18      A.    It depends.  I think at this time
19  account 5142 had some maximum dollar threshold
20  limits, and so then amounts received from
21  hoteliers that exceed those limits, Scotiabank
22  5142 transferred those funds to 2306, assuming
23  they're in excess of the $3 million monthly
24  payments made to 6545.
25      Q.    Got it.  And then -- okay.  And

---

**533**

1  then what moneys are transferred to the 5144
2  account from the -- sorry.
3          What moneys are transferred from
4  the 5142 account to the 5144 account?
5      A.    To the -- the surplus of hotelier
6  room tax revenue is remitted to 5142.  So
7  hoteliers remit room taxes to 5142, and the
8  monthly payment going to 6545.  And in this
9  flow it's the same kinds of revenue that would
10  go from 5142 to 2306 or directly to 5144, just
11  depending on the cash management system and the
12  way this -- the account maximum balance
13  threshold worked.
14      Q.    And do you have an understanding
15  of why approximately $3 million a month was
16  transferred from 5142 to 6545?
17          MS. McKEEN:  Objection.
18          THE WITNESS:  I don't know why the
19  exact amount was -- is that amount, it would
20  transfer.
21  BY MS. MILLER:
22      Q.    But do you know why the money was
23  being separated in this way and certain amounts
24  transferred to 6545 and other amounts to 5144?
25          MS. McKEEN:  I'll articulate the

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

79 (Pages 534 to 537)

**534**

1  same objections as I did yesterday and made
2  clear that the witness wasn't supposed to be
3  giving testimony about why the Commonwealth
4  took certain actions. So, like I did
5  yesterday, I'm going to instruct the witness
6  not to answer the question.
7  BY MS. MILLER:
8      Q.   Okay. So let me ask you, then:
9           Is that a question that you could
10 answer but for the objection of your counsel?
11     A.   I'm not positive.
12     Q.   Okay. Okay. So looking at the
13 next sheet in the Flow of Funds, the next Flow
14 of Funds part, this is February 2018 to the
15 present.
16          And the first part corresponds to
17 the Flow of Funds that we saw previously from
18 March '17 to January '18. I'm happy to go back
19 to that if it doesn't look visually the same to
20 you. I'm going to limit my questions to the
21 bottom account.
22     A.   Okay.
23     Q.   Mr. Ahlberg, do you want to go
24 back, or are you sufficiently familiar with
25 these to understand that the top two lines are

**535**

1  the top two rows of transfer focusing?
2      A.   I understand they're the same.
3      Q.   Okay. So just looking at the
4  bottom, the three accounts designated in the
5  bottom row here, so moneys go from -- let's
6  start at the beginning again.
7           The hoteliers collect the room
8  taxes, they then transfer them to Scotiabank
9  5142 account, and that's something that's
10 consistent throughout the time period covered
11 by all of these Flow of Funds, correct?
12     A.   Correct.
13     Q.   And then the 3-plus million is
14 then transferred from the 5142 account to the
15 BPPR 6545 account, correct?
16     A.   Correct.
17     Q.   Okay. And then moneys flow to the
18 First Bank 3961 account, correct?
19     A.   During this time period, that's
20 correct.
21     Q.   Okay. And what moneys flowed into
22 the First Bank 3961 account?
23     A.   The approximately 3 million
24 monthly payments would be transferred into the
25 First Bank 3691 account.

**536**

1      Q.   As well as any moneys that have
2  previously been transferred into the BPPR 6545
3  account, correct?
4      A.   Yes.
5      Q.   Okay. And then moneys are
6  transferred into the First Bank 2984 account.
7  Do you see that?
8      A.   Yes.
9      Q.   What is the 2984 account?
10     A.   This is an account into which the
11 interest earned on deposits was transferred.
12     Q.   Okay. So does that mean that the
13 principal amounts remained in the 3961 account
14 and only interest amounts earned flowed into
15 the 2984 account?
16     A.   Yes.
17     Q.   Okay. So what is the First Bank
18 3961 account?
19     A.   An account at this time that's
20 being used to accumulate the approximately
21 $3 million monthly payment.
22     Q.   Okay. And do you know if this
23 account has a name?
24     A.   I don't know off the top of my
25 head if this account has a name or not.

**537**

1      Q.   Do you know if this is a debt
2  service reserve account?
3      A.   Again, I'm just not certain of the
4  name of this account or not.
5      Q.   Okay. So you know the name of a
6  whole lot of BPPR accounts, but you don't know
7  the name of this account?
8           UNIDENTIFIED SPEAKER: Objection.
9           MS. McKEEN: Objection,
10 argumentative.
11 BY MS. MILLER:
12     Q.   It's just a yes or no.
13          MS. McKEEN: It would be nice if
14 you can ask questions. It's been a very long
15 day for us.
16          MS. MILLER: Can we pull up tab
17 2124, please.
18 BY MS. MILLER:
19     Q.   Have you ever seen any account
20 statements for this FirstBank 3961 account?
21     A.   I believe so, but I can't recall
22 looking at these specific ones off the top of
23 my head.
24     Q.   Okay. So while we are pulling up
25 that exhibit, the last transfer that we haven't

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                          April 23, 2020

80 (Pages 538 to 541)

---

538

1   spoken about on this Flow of Funds is a          06:49:02
2   $15 million, quote, discrete one-time transfer   06:49:06
3   to the BPPR 9458 account.  Do you see that?      06:49:12
4        A.    I don't see that on my screen, but    06:49:15
5   I do know the transfer you're referring to.      06:49:20
6        Q.    Sorry.  Okay.  I think it might be     06:49:26
7   sufficiently long -- my headset's dying.  Okay.  06:49:30
8        What is that $15 million transfer?          06:49:34
9        A.    It's a transfer from the FirstBank    06:49:39
10  account to a Commonwealth account.               06:49:42
11       Q.    And what was that transfer for?       06:49:46
12       A.    The -- I believe the transfers for    06:49:57
13  the Renew Your School program, I think it's      06:50:03
14  called.                                          06:50:03
15       Q.    Okay.  And do you know whether        06:50:10
16  that transfer of $15 million came from the       06:50:16
17  hotel occupancy tax monthly payment?             06:50:20
18       A.    Yes.                                  06:50:33
19       Q.    And did it?                           06:50:34
20       A.    Yes.                                  06:50:37
21       Q.    Do you know when that payment was     06:50:40
22  made?                                            06:50:45
23       A.    When the $15 million transfer was     06:50:47
24  made?                                            06:50:49
25       Q.    Yeah.                                 06:50:50

---

539

1        A.    I can't recall if I had this         06:50:51
2   specific date.  We may have (indiscernible).     06:51:10
3        THE REPORTER:  I'm sorry.  I'm              06:51:10
4   sorry, Mr. Witness.  You just broke up in your   06:51:12
5   answer.  Can you repeat that, please?            06:51:13
6        THE WITNESS:  I don't remember              06:51:21
7   specifically what I said other than clarifying   06:51:21
8   that I'm not positive off the top of my head     06:51:26
9   the exact date of that $15 million transfer.     06:51:26
10  BY MS. MILLER:                                   06:51:28
11       Q.    Are there any moneys, Mr. Ahlberg,    06:51:32
12  in this FirstBank 3961 account that are not      06:51:34
13  from this 3-plus million monthly transfers of    06:51:38
14  hotel occupancy taxes?                           06:51:41
15       A.    No.                                   06:51:46
16       Q.    Okay.  And what is the BPPR 9458      06:51:52
17  account?                                         06:51:59
18       A.    Can you clarify what you mean by      06:52:08
19  "What is that account?"                          06:52:11
20       Q.    Yeah, you said it's a Commonwealth    06:52:12
21  account.  And it indicates that it has           06:52:14
22  comingled funds.                                 06:52:14
23       Were there funds held in this               06:52:20
24  account held for a particular purpose?           06:52:22
25       A.    Can we pull up that last Flow of      06:52:25

---

540

1   Funds presentation page?                         06:52:28
2        Q.    Oh.  Yes, before we do that, let's    06:52:33
3   just do -- I'll come back to that question.      06:52:37
4   While we have Monolines Exhibit 37 up.           06:52:40
5        (Monolines Exhibit 37 is                    06:52:40
6        introduced for the record.)                 06:52:40
7   BY MS. MILLER:                                   06:52:40
8        Q.    I've marked as Monolines             06:52:45
9   Exhibit 37 a statement of account from the       06:52:47
10  FirstBank account.                               06:52:49
11       Do you see that?                            06:52:57
12       A.    Yes.                                  06:52:57
13       Q.    And this is the -- looking for the    06:52:58
14  account number.  Okay, so the account number is  06:53:04
15  3961.  This is from the FirstBank 3961 account.  06:53:07
16       Do you see that?  It's on the               06:53:18
17  left-hand side.  It starts with 0 star on the    06:53:19
18  upper -- sorry -- upper right-hand side starts   06:53:23
19  with 0 star, 03.                                 06:53:27
20       A.    Yes, I see that.  Thank you.          06:53:32
21       Q.    Okay.  So you see this is the 3961    06:53:34
22  bank account, correct?                           06:53:37
23       A.    Yes.                                  06:53:38
24       Q.    And you see on the left-hand side     06:53:38
25  the statement of account is directed to the      06:53:40

---

541

1   Tourism Company?                                 06:53:42
2        A.    Yes.                                  06:53:48
3        Q.    And then it says Debt Service         06:53:49
4   Reserve.  Do you see that?                       06:53:51
5        A.    I see that.                           06:53:51
6        Q.    And do you understand that to be      06:53:53
7   the name of this account?                        06:53:55
8        A.    That's what this statement says.      06:54:01
9        Q.    Okay.  So let's pull up Exhibit 32    06:54:04
10  again.  And let's just look at the last page.    06:54:08
11       Okay.  So while we are waiting for          06:55:16
12  the last page of Exhibit 32 to be pulled up,     06:55:17
13  I'm just going to check what my question was.    06:55:20
14       Okay.  So with Exhibit 32 back in           06:55:44
15  front of you, can you tell me what kind of       06:55:47
16  Commonwealth account this is or what kind of     06:55:50
17  account the BPPR 9458 account is?                06:55:52
18       A.    I believe that's the TSA             06:56:03
19  operational account at this time.                06:56:05
20       Q.    And how do you know that the          06:56:12
21  moneys were transferred in for the Renew Your    06:56:14
22  School program?                                  06:56:20
23       A.    I have reviewed documents            06:56:27
24  recording the $15 million transfer that          06:56:41
25  referenced the Renew Your School program.        06:56:45

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                       April 23, 2020

81 (Pages 542 to 545)

---

**542**

1   Q.    And do you know whether they were
2   identified when transferred into the 9458
3   account with any particular accounting or other
4   designation, Fund or account designation that
5   would specifically allocate them to the Renew
6   Your School program?
7   A.    I'm not certain of the exact
8   accounting treatment that was used to record
9   that transfer.
10   Q.    Okay.  But you believe that there
11   is some indication in the transfer document
12   that specified that these moneys are for the
13   Renew Your School program?
14   A.    I believe so, yes.
15   Q.    Okay.  And do you know whether
16   those moneys were ever transferred from the TSA
17   operational account to a third party or
18   another -- sorry, let me just ask simply:
19   Do you know whether those moneys
20   were ever transferred out of the TSA
21   operational account?
22   A.    I'm not certain if there was or
23   was not an outflow from the TSA account for the
24   Renew Your School program.
25   Q.    Okay.  You did not see any

**543**

1   outflows indicating that these transfer hotel
2   occupancy taxes were moving out of the TSA, did
3   you?
4   A.    No, but as soon as the $15 million
5   is transferred to the TSA, it's comingled and
6   indistinguishable from other dollars.
7   Q.    Right.  But as we saw previously,
8   there was an outflow identifying the revenue
9   source of the hotel occupancy tax.  You would
10   be able to see that, correct?
11   UNIDENTIFIED SPEAKER:  Objection.
12   THE WITNESS:  I can't speculate
13   one way or the other.
14   BY MS. MILLER:
15   Q.    Well, we looked at a number of
16   documents where you identified the ability to
17   know that it was particular revenues from
18   comingled accounts because there were
19   accounting or other documents that so
20   designated them on the outflow side.
21   Do you recall that?
22   MS. McKEEN:  Objection.
23   THE WITNESS:  Yes.
24   BY MS. MILLER:
25   Q.    Okay.  And if you had seen some

**544**

1   more outflow documents with respect to these
2   hotel occupancy taxes that were transferred
3   into the BPPR 9458 account during the February
4   '18 to the present time period, you would have
5   indicated that on this chart in the next step
6   of the Flow of Funds, wouldn't you?
7   A.    Would you mind repeating the
8   question?
9   Q.    Yeah, let me rephrase it.
10   Does the fact that there is no
11   subsequent transfer identified on the February
12   '18 to present Flow of Funds mean that you did
13   not see any outflow documents from the 9458
14   account that specifically identified the hotel
15   occupancy taxes as the revenue source?
16   A.    I have not certainly seen a
17   document that would indicate a transfer out of
18   the TSA indicating the revenue source was the
19   $15 million of hotel taxes.
20   MS. McKEEN:  Atara, we have been
21   going for about two hours.  It's been about an
22   hour since you said you were going to try to
23   wrap it up.  So what's the plan here?
24   MS. MILLER:  So I have over -- I
25   have 13 hours.  Okay.  So I have one more

**545**

1   question and then I was going to call a break
2   and caucus and hopefully just end.
3   MS. McKEEN:  Okay.  So let's have
4   one more question, then.
5   BY MS. MILLER:
6   Q.    Okay.  So looking back at the
7   January '15 to November '15 Flow of Funds, back
8   a few pages in Exhibit 32, are there any
9   outflows from the 9758 account that are not
10   reflected on this chart?
11   A.    It is possible that there's a
12   one-off transaction that's not captured that's
13   intended as a summary document to show the
14   general Flow of Funds during this time period.
15   MS. MILLER:  So, Liz, I lied.  I
16   said I had one question.  I had two.  I've been
17   saving this one for a long time.
18   MS. McKEEN:  I knew it wouldn't be
19   one.
20   BY MS. MILLER:
21   Q.    Mr. Ahlberg, you indicated that
22   you were confident that the GDB 9758 account
23   was the transfer account based on how -- the
24   moneys that flowed into it.
25   Can you explain to me what about

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                April 23, 2020

82 (Pages 546 to 549)

---

546

1   the GDB 9758 account makes you confident that          07:03:47
2   it is the transfer account?                            07:03:52
3       A.    After discussions with the Tourism           07:04:02
4   Company, I'm confident that that's the transfer        07:04:04
5   account.                                               07:04:08
6       Q.    So there is nothing specific about           07:04:12
7   the nature of the moneys that flowed into it,          07:04:14
8   how the account was used or any documents that         07:04:19
9   makes you confident that it's the transfer            07:04:23
10  account. It's based exclusively on                     07:04:26
11  conversations that you had with Gustavo?               07:04:33
12       MS. McKEEN: Object to the form.                    07:04:33
13       THE WITNESS: Would you repeat                      07:04:49
14  that question?                                         07:04:50
15       MS. MILLER: Could the court                        07:04:53
16  reporter read it back, please.                         07:04:54
17       (Record read as requested.)
18       "So there is nothing specific
19       about the nature of the moneys
20       that flowed into it, how the
21       account was used or any
22       documents that makes you
23       confident that it's the
24       transfer account. It's based
25       exclusively on conversations

---

547

1       that you had with Gustavo?"                        07:05:24
2       THE WITNESS: Me, personally, it's                  07:05:24
3   based on my conversations with Gustavo, but I          07:05:25
4   can't say that Gustavo didn't consider various         07:05:32
5   factors when determining that.                         07:05:35
6   BY MS. MILLER:                                         07:05:35
7       Q.    Okay. And you, as the corporate              07:05:41
8   representative testifying today, have no idea          07:05:45
9   what Gustavo may have considered or been               07:05:46
10  relying on?                                            07:05:49
11       UNIDENTIFIED SPEAKER: Objection.                   07:05:50
12       THE WITNESS: I just cannot recall                  07:05:51
13  at this moment any documents he may or may not         07:05:54
14  have relied upon to make that determination.           07:05:56
15       MS. McKEEN: Okay. All right.                       07:05:58
16  Can we take a 5-minute break? And I think              07:06:00
17  we'll conclude when we come back.                      07:06:06
18       MS. McKEEN: Atara, just to warn                    07:06:11
19  you, I will have redirect, but I think it will         07:06:16
20  probably last 45 minutes.                              07:06:18
21       MS. MILLER: Okay. Thank you.                       07:06:22
22  We'll come back.                                       07:06:22
23       THE VIDEOGRAPHER: We are off the                   07:06:24
24  record at 7:06 p.m.                                    07:06:24
25       (Recess taken.)                                    07:06:27

---

548

1       THE VIDEOGRAPHER: We are back on                   07:14:54
2   the record at 7:16 p.m.                                07:15:40
3       MS. MILLER: Mr. Ahlberg, we have                   07:15:44
4   no further questions for you.                          07:15:45
5       I want to thank you for your time                  07:15:46
6   today and on Tuesday and the hard work you put         07:15:49
7   into preparing the Flow of Funds documents.           07:15:51
8       THE WITNESS: Thank you, Madam.                      07:15:55
9       EXAMINATION                                        07:15:57
10  BY MS. McKEEN:                                         07:15:57
11       Q.    Thank you, Mr. Ahlberg. I just               07:16:00
12  have a couple of questions for you, and I will         07:16:02
13  now also thank you for your time.                      07:16:05
14       MS. McKEEN: Atara, if your                         07:16:06
15  colleague could please pull up Exhibit 11 to           07:16:11
16  Mr. Ahlberg's deposition, please.                      07:16:14
17  BY MS. McKEEN:                                         07:16:14
18       Q.    Mr. Ahlberg, this is previously             07:16:15
19  marked as Exhibit 11 to your deposition, and I         07:16:40
20  believe you testified that is a voucher that           07:16:42
21  HTA submitted. Do you recall that testimony?           07:16:46
22       A.    Yes.                                        07:16:48
23       Q.    Did vouchers like this have to be           07:16:51
24  approved by the Puerto Rico Treasury                   07:16:53
25  Department?                                            07:16:59

---

549

1       A.    Yes.                                        07:16:59
2       Q.    Does this document reflect that             07:17:01
3   approval anywhere?                                     07:17:07
4       A.    Yes.                                        07:17:07
5       Q.    And in your experience, would              07:17:10
6   payment in connection with a voucher like this         07:17:13
7   have been made without Treasury's approval?          07:17:16
8       A.    No.                                         07:17:22
9       Q.    Okay. Could I have Exhibit 14,             07:17:23
10  please.                                               07:17:26
11       Mr. Ahlberg, this was previously                 07:17:27
12  marked as Exhibit 14 to your deposition. Was          07:17:54
13  this report prepared by HTA or by the                  07:18:03
14  Puerto Rico Treasury Department?                       07:18:06
15       A.    Document was prepared by HTA.              07:18:10
16       Q.    And if you look in the bottom              07:18:11
17  right-hand corner of the document, there's            07:18:14
18  reference to somebody named Hector Melendez.           07:18:16
19       Do you see that?                                 07:18:23
20       A.    Yes.                                        07:18:23
21       Q.    Was Hector Melendez an employee of          07:18:24
22  HTA?                                                   07:18:28
23       A.    Yes.                                        07:18:28
24       Q.    And when it refers to Treasury             07:18:30
25  office underneath his name, is Treasury office         07:18:36

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                      April 23, 2020

83 (Pages 550 to 553)

---

550

1    a part of HTA?                                      07:18:39
2          A.    Yes, that refers to the Treasury        07:18:44
3    office within HTA.                                  07:18:46
4          Q.    And is that Treasury office part        07:18:53
5    of Hacienda?                                        07:18:59
6          A.    No.                                     07:18:59
7                MS. McKEEN:  Thank you.  I don't        07:19:00
8    have any more questions for you.  I appreciate      07:19:01
9    your time both today and Tuesday, Mr. Ahlberg.      07:19:02
10   Pass the witness.                                   07:19:08
11               MS. MILLER:  So I object to those       07:19:08
12   questions as leading, I guess too late.             07:19:09
13               But I have, Liz, based on your          07:19:15
14   questions, a couple of additional documents and     07:19:19
15   some additional questions that I'd like to ask      07:19:21
16   the witness, but it's going to take me a minute      07:19:23
17   to find them.                                       07:19:26
18               So if we can go off the record          07:19:26
19   just for a minute, I shouldn't have more than       07:19:30
20   5 minutes of questioning when we come back.         07:19:32
21               MS. McKEEN:  Sounds good.  How          07:19:36
22   long do you want to stay off?  Break for 5 and      07:19:39
23   then come back for 5?                               07:19:43
24               MS. MILLER:  Let's break for 5,         07:19:44
25   yeah.                                               07:19:46

---

551

1                THE VIDEOGRAPHER:  We are off the       07:19:47
2    record at 7:20 p.m.                                 07:19:47
3                (Recess taken.)                         07:19:55
4                THE VIDEOGRAPHER:  We are back on       07:29:32
5    the record at 7:30 p.m.                             07:29:41
6    BY MS. MILLER:                                      07:29:41
7          Q.    Mr. Ahlberg, what is your               07:29:45
8    involvement in the voucher approval process?        07:29:47
9          A.    I am not personally involved in         07:29:54
10   voucher approval processes.                         07:29:56
11         Q.    Who did you speak to about the          07:29:59
12   voucher approval process between your               07:30:02
13   deposition yesterday -- on Tuesday and today?       07:30:11
14         A.    I apologize.  Could you repeat the      07:30:14
15   question?                                           07:30:16
16         Q.    Who did you speak to about the          07:30:17
17   voucher approval process between your               07:30:19
18   deposition on Tuesday and today?                    07:30:20
19         A.    I haven't spoken with anybody else      07:30:29
20   other than counsel between Tuesday and today.       07:30:35
21         Q.    And did you -- I forgot to ask you      07:30:35
22   at the beginning.                                   07:30:37
23               Did you meet with counsel between       07:30:38
24   your deposition yesterday -- sorry, your            07:30:39
25   deposition on Tuesday and today?                    07:30:42

---

552

1          A.    We had a phone call yesterday.         07:30:47
2          Q.    And how long was that phone call?      07:30:52
3          A.    I think it was less than 30            07:30:54
4    minutes.                                            07:30:54
5                MS. MILLER:  I'm going to put on        07:31:04
6    the record that that conversation was while you     07:31:06
7    were under oath and during open testimony.  I'm     07:31:10
8    going to refrain from asking about it as a          07:31:12
9    courtesy to opposing counsel.                       07:31:15
10   BY MS. MILLER:                                      07:31:15
11         Q.    Did you speak to anybody at            07:31:21
12   Treasury about the voucher approval process?        07:31:23
13         A.    In between Tuesday and today.          07:31:29
14         Q.    No, in general.                        07:31:34
15         A.    I didn't have to ask anyone about      07:31:34
16   the voucher approval process.  Just due to the      07:31:40
17   nature of my work with the Commonwealth, I'm        07:31:44
18   familiar with the voucher approval process.         07:31:47
19         Q.    Okay.  So you're not involved in       07:31:49
20   it in any way?                                      07:31:52
21         A.    I'm not involved in the voucher        07:31:53
22   approval process.                                   07:31:55
23         Q.    Okay.  And so you don't know           07:31:57
24   whether there are any vouchers that relate to       07:31:58
25   certain entities that may or may not be             07:32:02

---

553

1    Treasury approval based?                            07:32:09
2                MS. McKEEN:  Objection.               07:32:11
3                THE WITNESS:  I can't speculate on     07:32:14
4    the hypothetical vouchers.                          07:32:18
5                MS. MILLER:  Okay.  Okay.  I have      07:32:22
6    no further questions.                               07:32:26
7                MS. McKEEN:  I have no further         07:32:26
8    questions for you either, Mr. Ahlberg.             07:32:29
9                Thank you very much for your time      07:32:31
10   over these two days.                                07:32:33
11               THE WITNESS:  Thank you, everyone.     07:32:37
12               MR. ZOUAIRABANI:  This is Nayuan.      07:32:39
13   I would like to make a reservation of rights        07:32:44
14   for the DRA parties on the record before we         07:32:48
15   call it a night.                                    07:32:50
16               THE REPORTER:  I'm sorry.  Who is       07:32:50
17   this?                                               07:32:50
18               MR. ZOUAIRABANI:  This is Nayuan        07:32:50
19   Zouairabani on behalf of AmeriNational             07:32:52
20   Community Services, LLC.  I can spell my last       07:32:52
21   name and my first name if you want.                 07:32:54
22               THE REPORTER:  No, that's okay.  I      07:32:54
23   got it.  Thank you.                                 07:32:59
24               MR. ZOUAIRABANI:  Okay.  The DRA        07:32:59
25   parties have not made any questions or not made     07:33:03

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

84 (Pages 554 to 557)

---

**554**

```
1    any active participation during Tuesday and        07:33:06
2    today's deposition in compliance with              07:33:09
3    Judge Dein's March 3, 2020 order.                  07:33:15
4            Such action or inaction does not           07:33:15
5    constitute, and should not be interpreted as a     07:33:18
6    waiver of any sort of the DRA parties to seek      07:33:20
7    and obtain discovery as part of their DRA          07:33:23
8    lift-stay motion, which rights are preserved in    07:33:26
9    the March 3, 2020 order.                           07:33:29
10           That is the intent of the                  07:33:34
11   reservation of rights that I want to make.         07:33:36
12           MS. McKEEN:  Thank you, Counsel.           07:33:36
13   We reserve all rights with respect to              07:33:38
14   everything you just said on the record.            07:33:40
15           I don't have anything further.             07:33:45
16   Thank you, Mr. Ahlberg.                            07:33:46
17           THE WITNESS:  Thank you.                   07:33:49
18           THE VIDEOGRAPHER:  We are going            07:33:51
19   off the record at 7:34 p.m.  This concludes the    07:33:51
20   video deposition of Timothy Ahlberg.              07:33:54
21           (Ending time noted 7:34 p.m.)
22
23
24
25
```

---

**555**

```
1    STATE OF ILLINOIS   )
2                        ) SS:
3    COUNTY OF C O O K   )
4
5        I, Cynthia J. Conforti, a notary public
6    within and for the County of Cook and State of
7    Illinois, do hereby certify that heretofore,
8    to-wit, on the 23rd day of April, 2020,
9    virtually appeared TIMOTHY H. AHLBERG, in a
10   cause now pending and undetermined in the
11   United States District Court for the District
12   of Puerto Rico, IN RE: THE FINANCIAL OVERSIGHT
13   AND MANAGEMENT BOARD FOR PUERTO RICO, AS
14   REPRESENTATIVE OF THE COMMONWEALTH OF PUERTO
15   RICO, et al., DEBTORS.
16       I further certify that the said witness
17   was first duly sworn to testify the truth, the
18   whole truth and nothing but the truth in the
19   cause aforesaid; that the testimony then given
20   by said witness was reported stenographically
21   by me in the presence of the said witness, and
22   afterwards reduced to typewriting by
23   Computer-Aided Transcription, and the foregoing
24   is a true and correct transcript of the
25   testimony so given by said witness as
```

---

**556**

```
1    aforesaid.
2        I further certify that the signature to
3    the foregoing deposition was not waived by
4    counsel for the respective parties.
5        I further certify that I am not counsel
6    for nor in any way related to the parties to
7    this suit, nor am I in any way interested in
8    the outcome thereof.
9        IN TESTIMONY WHEREOF:  I have hereunto
10   set my hand and affixed my notarial seal this
11   24th day of April, 2020.
12
13
14
15
16           Cynthia J. Conforti, CSR, CRR
17           CSR License No. 084-003064
18
19
20
21
22
23
24
25
```

---

**557**

```
1            ACKNOWLEDGMENT OF DEPONENT
2
3        I, _____, do hereby
4    acknowledge that I have read and examined the
5    foregoing testimony, and the same is a true, correct
6    and complete transcription of the testimony given by
7    me, and any corrections appear on the attached Errata
8    Sheet signed by me.
9
10
11   (DATE)          (SIGNATURE)
12
13       NOTARIZATION  (If Required)
14
15   State of _____
16   County of _____
17
18   Subscribed and sworn to (or affirmed) before me on
19   this _____ day of _____, 20____, by
20   _____, proved to me on the
21   basis of satisfactory evidence to be the person who
22   appeared before me.
23
24   Signature: _____
25           (Seal)
```