# **EXHIBIT C**

# **(Ex. 37 to the Miller Declaration, originally filed as ECF 13001-13)**

# **EXHIBIT 37**

Apéndice MOB-130-01A


**BGF**

## BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO
### SAN JUAN, PUERTO RICO

### SOLICITUD Y CONVENIO DE APERTURA DE CUENTA BANCARIA

☐ Marcar el cuadro si la cuenta es **CORRIENTE PARA PAGADORES ESPECIALES DEL DEPARTAMENTO DE HACIENDA** – El Depositante deberá presentar y se hará formar parte de este convenio, los siguientes documentos autorizados por el Departamento de Hacienda: copia aprobada para la apertura de esta cuenta y el nombramiento del Oficial Pagador Especial o Auxiliar.

---

**Agencia:** Banco Gubernamental de Fomento para PR

**Dirección Postal:** PO Box 42001
San Juan, PR 00940-2001

**Teléfono:** (787) 722-2525 **Fax:** (787) 728-6835

**Dirección Física:** Ave. De Diego Parada 22 Santurce

**Fecha de Solicitud:** 19 de noviembre de 2009

**Propósito de la Cuenta:** AFI-Bonds Debt Service

---

### El Depositante conviene y acuerda con el Banco los siguientes términos y condiciones:

1. El Depositante efectuará depósitos en la cuenta y éstos se acreditarán el mismo día laborable, si se realizan en o antes del horario establecido por el Banco Gubernamental de Fomento para Puerto Rico (Banco). La disponibilidad de los fondos estará sujeta a las disposiciones de la Regulación CC de la Junta de la Reserva Federal.

2. El Banco rehusará, sin incurrir en responsabilidad con el Depositante, cualquier orden de pago o libramiento que no esté expedido de conformidad con las prácticas usuales y corrientes con relación a la fecha, la cantidad, el endoso y la firma del libramiento u orden de pago. El rehusar el pago por cualquiera de estos conceptos no constituirá renuncia por parte del Banco al derecho de pagar cualquier libramiento similar cuando así lo crea conveniente para los mejores intereses del Depositante y del Banco.

3. El Depositante renuncia al derecho de suspender el pago de cheques u otras órdenes de pago libradas contra su cuenta, excepto mediante los impresos que provea el Banco con sujeción a las condiciones que el Banco señale en éstos o mediante el uso del sistema en línea. El Banco queda relevado de toda obligación de aceptar órdenes de suspensión de pago contenidas en cualquier otro documento, o solicitadas verbalmente.

4. El Depositante notificará al Banco sobre cualquier suspensión de pago a través de los formatos provistos por el Banco. La suspensión será efectiva en la fecha en que la notificación sea recibida y aceptada por el Banco. Se procederá de igual forma con las derogaciones de suspensión de pago. Si la suspensión de pago no fuera aceptada por el Banco, el Banco deberá indicar la razón o razones en el documento presentado. El documento se devolverá al Depositante y se retendrá una copia para archivo.

5. El Banco está autorizado para enviar al Depositante, según los reglamentos, las costumbres y la práctica bancaria, por correo ordinario o por mensajero, a riesgo del Depositante, a la última dirección del Depositante conocida por el Banco, o a aquella dirección que éste señale por escrito, un estado de cuenta conjuntamente con la evidencia de las órdenes de pago y toda otra evidencia de cargos a la cuenta durante el periodo que cubre el estado de cuenta.

6. El Depositante tiene treinta (30) días calendario a partir de la fecha del estado para hacer reclamaciones relacionadas con cualesquiera de las transacciones allí registradas. Si el Banco no recibe estas reclamaciones por escrito dentro de este término, se entenderá que el Depositante renuncia a las mismas para todos los efectos legales.
Las reclamaciones deberán ser enviadas a la siguiente dirección:

   Banco Gubernamental de Fomento para Puerto Rico
   Atención: Sección de Servicio al Cliente
   PO Box 42001
   San Juan, Puerto Rico 00940-2001

7. El Banco proveerá los primeros cien (100) cheques libre de costo, si aplica.

   _____ Aplica    __X__ No Aplica

   El Depositante podrá solicitar al Banco la compra de los cheques adicionales y el Banco realizará un cargo a su cuenta por el costo de los cheques. El Depositante también tiene la alternativa de utilizar cualquier compañía para la adquisición de los cheques siempre y cuando esa compañía realice pruebas de los formularios con el Banco y cumplan con los requisitos de seguridad establecidos por el Banco.

8. Esta cuenta devengará intereses, si aplica, a base de una de las siguientes opciones a determinarse por el Banco y los intereses se acreditarán el primer día del siguiente mes:

   _____ Aplica    __X__ No Aplica

   ☐ *Target Fed Funds*
   ☐ Tasa de interés variable computada mensualmente
   ☐ Tasa de interés variable computada trimestralmente
   ☐ Otra: _____

   El cliente es responsable de cubrir cualquier balance negativo inmediatamente so pena de cancelar los servicios bancarios ofrecidos en este contrato.

   De la cuenta mantener un balance negativo, el Banco computará un cargo a base de la tasa *Prime* más el dos por ciento anual (2%) del balance en negativo.

9. El Banco no será responsable en forma alguna por falsificaciones o alteraciones en los nombres de los beneficiarios o en los endosos de los cheques expedidos por el Depositante.

CONFIDENTIAL

PRIFA_STAY0004737

Apéndice MOB-130-01A

## BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO
## SAN JUAN, PUERTO RICO

### SOLICITUD Y CONVENIO DE APERTURA DE CUENTA BANCARIA

En la eventualidad de que algún cheque expedido por el Depositante sea falsificado o alterado o que sea endosado fraudulentamente, el Banco, una vez notificado por el Depositante, iniciará los trámites para gestionar el cobro de su importe a través de la Cámara de Compensación de Cheques. El Depositante deberá hacer la reclamación al Banco en un período no mayor de seis (6) meses después de haber recibido el estado bancario. El Depositante llevará a cabo la investigación correspondiente con el propósito de determinar la validez de la reclamación para expedir un duplicado del efecto falsificado o endosado fraudulentamente, si procede.

10. Todos los valores y documentos relacionados, que no sean pagaderos en la oficina del Banco, se podrán enviar por correo u otros medios similares, directamente o en circuito a través de cualesquiera corresponsales sujeto a los reglamentos de éstos, o directamente al girado, librador o agente pagador para obtener su pago en efectivo, abono al banco remitente o giro o certificación del girado, librador, banco pagador, o cualquiera otro banco. La utilización de cualquiera de estos mecanismos será a riesgo del Depositante exclusivamente y sin responsabilidad para el Banco por cualquier acto, negligencia u omisión de cualquier corresponsal, agente o subagente.

Todo valor abonado se podría cargar nuevamente en cualquier momento antes de que se reciba en la oficina del Banco el pago total en efectivo. Los abonos que se hagan por efectos librados a cargo o pagaderos en la oficina del Banco serán de carácter provisional, sujetos a revocación de acuerdo con lo dispuesto en la Ley de Instrumentos Negociables en caso de que éstos no se pudieran pagar por cualquier razón. Cuando estos efectos se depositen después de cerrada al público, la oficina del Banco, el derecho de revocación se podrá ejercer durante el siguiente día laborable.

11. En consideración por los servicios prestados bajo este convenio, el Banco será compensado mensualmente, si aplica, y se utilizará la Estructura de Precios vigente en el Banco.

12. El total de los cargos se debitará de la cuenta que el depositante tiene con el Banco con efectividad del primer día del próximo mes, si aplica.

13. El Banco someterá un desglose mensual que incluirá el total de los cargos por concepto de servicios prestados.

14. Cualquiera de las partes podrá rescindir este convenio mediante notificación escrita con sesenta (60) días de anticipación a la fecha de la decisión.

15. Todos los términos y las condiciones de este convenio se podrán cambiar, alterar o modificar por parte del Banco, mediante notificación escrita al cliente con 60 días de anticipación a la fecha de efectividad de los cambios.

Número de Cuenta: [Redacted] 189-1

Fecha de Efectividad: 20 de noviembre de 2009

---

Banco Gubernamental de Fomento para PR
**Agencia Depositante**

Gabriel F. Rivera
Nombre del Oficial Autorizado de la Agencia Depositante

[Redacted]
Firma del Oficial Autorizado de la Agencia Depositante

20 de noviembre de 2009
Fecha

**BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO**

Richard Méndez Santiago
Nombre del Funcionario Autorizado

[Redacted]
Firma del Funcionario Autorizado

11/20/2009
Fecha

# BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO
## Cuentas de Depósito

### INFORMACION PARA COMPLEMENTAR EL CONTRATO DE APERTURA DE CUENTA

**FECHA SOLICITADO:** 19 de noviembre de 2009

**NOMBRE DEL CLIENTE:** Banco Gubernamental de Fomento para PR

**NOMBRE DE LA CUENTA:** AFI-Bonds Debt Service

**NUMERO DE CUENTA:** [Redacted] 189-1     **PRODUCTO:** 016     **NUMERO BANKMATE:** ____

\* El número de cuenta está separado, pero no está disponible para su uso hasta que el proceso sea finalizado y se abra la cuenta.

### INFORMACIÓN DE LA AGENCIA:

Nombre:  Banco Gubernamental de Fomento para PR

Dirección Física: Avenida De Diego Parada 22 Santurce

Dirección Postal: PO Box 42001 San Juan PR 00940-2001

Teléfonos:  (787) 722-2525

Fax:  (787) 728-6835

### PERSONAL DE CONTACTO:

Nombre:  Gabriel Rivera
Posición:  Director de Financiamiento Público
Teléfono:  (787) 722-2525 x.5947
Dirección electrónica: gabriel.f.rivera@bgfpr.com

Nombre:  Jesús García
Posición:  Director Auxiliar de Financiamiento
Teléfono:  (787) 722-2525 x.5948
Dirección electrónica: jesus.m.garcia@bgfpr.com

### DATOS:

☐ Cheques

    ☐ Adquiridos por el Banco    ☐ Adquiridos por el cliente (Entregar lista de requisitos de seguridad)

    ☐ Provisionales – Primeros 100 gratis y 25¢ el cheque adicional

☒ Transferencias    **\* Check Digit** ☐ Sí ☐ No

☐ Intereses

\*Luego de comenzar a utilizar la cuenta la única manera para cambiar esta opción es el abrir una nueva cuenta bancaria.

☐ OPE    ☐ Carta nombramiento

☐ Factura por servicios mediante aviso a la misma cuenta

☐ Factura por servicios mediante aviso a otra cuenta número ____

### COSTOS:

Cargos por mantenimiento $10.00  Cheques procesados 20¢ por cheque

Redacted

CONFIDENTIAL

PRIFA_STAY0004739



**TIPOS DE SERVICIOS QUE NECESITA:**

- ☒ Depósitos
- ☐ Acceso por Internet
  - ☐ Gov. Direct Banking - Accounts
  - ☐ Gov. Direct Banking - ACH
  - ☐ Gov. Direct Banking – Images
  - ☐ Gov. Direct Banking – Notices

- ☐ Reconciliación bancaria
  - Cargo p/ cta rec parcial $50.00
  - Cargo p/ cta rec completa $100.00
- ☐ Emisiones
  - ☐ Prifas
  - ☐ Cifas

- ☐ Servicio de Imágenes en CD/DVD
  - Cargo p/ cta.   $15.00
  - 3¢ por cheque
  - Licencia (solo una vez y se puede utilizar en todas las máquinas) $250.00
- ☐ Archivo de Cheques Pagados

- ☐ Servicio de Imágenes por Internet por cliente $75.00

- ☐ Sistema de cheques devueltos
  - ☐ Prifas
  - ☐ Cifas

- ☐ Informes:
  - ☐ Cheques Pagados
  - ☐ Cheques Emitidos
  - ☐ Cheques "Outstanding"
  - ☐ Suspensión de pago
- ☐ CMIA

Información entrada por: Zulma Roldán    Firma del cliente: **Redacted**

CONFIDENTIAL

PRIFA_STAY0004740

**Roldán Figueroa, Zulma (GDB)**

Redacted 09-1

| | |
|---|---|
| From: | Maestre Pujals, Arnaldo (GDB) |
| Sent: | Friday, November 20, 2009 8:53 AM |
| To: | Roldán Figueroa, Zulma (GDB) |
| Cc: | Santiago, Dafne (GDB) |
| Subject: | RE: Solicitud apertura de cuentas de depósito para Obligaciones de Renta |

Hola Zulma:

Gabriel Rivera es Director de Financiamiento Público y Jesús García es Director Auxiliar de Financiamiento Público. A nombre del Banco, pero haciendo referencia al Servicio a la Deuda de AFI.

*Arnaldo Maestre-Pujals*

---

**From:** Roldán Figueroa, Zulma (GDB)
**Sent:** Thursday, November 19, 2009 9:10 AM
**To:** Maestre Pujals, Arnaldo (GDB)
**Subject:** RE: Solicitud apertura de cuentas de depósito para Obligaciones de Renta

Hola Arnaldo:

Me podrías indicar los títulos del Sr. Rivera y del Sr. García. También quisiera saber si la cuenta va a nombre de AFI o del Banco.

Gracias,

*Zulma Roldán Figueroa*
*Servicio al Cliente*
*Tel. (787) 722-2525 ext. 6194*
*Fax. (787) 721-3642*
*servicioalcliente@bgfpr.com*

---

**From:** Maestre Pujals, Arnaldo (GDB)
**Sent:** Wednesday, November 18, 2009 4:06 PM
**To:** Servicio al cliente (GDB)
**Cc:** Roldán Figueroa, Zulma (GDB); Rivera, Gabriel (GDB); Garcia, Jesus (GDB)
**Subject:** Solicitud apertura de cuentas de depósito para Obligaciones de Renta

Buenas tardes:

Estamos solicitando la apertura de una (1) cuenta nueva para depositar los fondos provenientes del Departamento de Hacienda para el pago de la deuda por bonos de la Autoridad para el Financiamiento de la Infraestructura. Ésta debe ser:

1. Non-Interest Bearing.
2. Debitadas y acreditadas solamente por transferencias internas del BGF, electrónicas y ACH-no necesitamos cheques ni retiros en efectivo.
3. Debe llamarse AFI – Bonds Debt Service.
4. Deben estar bajo la custodia o titularidad de la División de Obligaciones de Renta.

1

Firmas autorizadas: Gabriel Rivera, Jesús García, Arnaldo Maestre. De necesitar información adicional, por favor comuníquense conmigo.

*Arnaldo Maestre Pujals*
*Obligaciones de Renta*
*Extensión 5960*

CONFIDENTIAL

PRIFA_STAY0004742

[logo:] **BGF**  Appendix MOB-130-01A

**BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO**
[Government Development Bank for Puerto Rico]
SAN JUAN, PUERTO RICO

**APPLICATION AND AGREEMENT FOR OPENING OF BANK ACCOUNT**

☐ Check the box if this is a **CHECKING ACCOUNT FOR SPECIAL PAYERS OF THE DEPARTMENT OF THE TREASURY** — The Depositor must submit the following documents authorized by the Department of the Treasury that shall form part of this agreement: an authorized copy for the opening of this account and the appointment of the Special or Auxiliary Payment Officer.

| | |
|---|---|
| **Agency:** <u>Banco Gubernamental de Fomento para PR</u> | **Postal Address:**   <u>PO Box 42001</u><br><u>San Juan, PR 00940-2001</u> |
| **Telephone:** <u>(787) 722-2525</u> **Fax:** <u>(787) 728-6835</u> | **Street Address:**   <u>Ave. De Diego Bus stop 22 Santurce</u> |
| **Application Date:** <u>November 19, 2009</u> | |
| **Purpose of the Account: AFI-Bonds Debt Service** | |

**The Depositor agrees to the following terms and conditions with the Bank:**

1. The Depositor shall make deposits to the account and these shall be credited on the same working day, so long as they are made on or before the time stipulated by the Banco Gubernamental de Fomento para Puerto Rico [Government Development Bank for Puerto Rico] (Bank). The availability of the funds shall be subject to the provisions set forth in Regulation CC of the Board of the Federal Reserve.

2. The Bank shall refuse, without the Depositor incurring any liability, any payment order that is not issued in accordance with standard and current practices in regards to the date, the amount, the endorsement and the signature of the payment order. The Bank's refusal to pay any of these amounts shall not constitute a waiver by the Bank of the right to honor any similar payment order when it deems it appropriate to do so in the best interests of the Depositor and the Bank.

3. The Depositor hereby waives the right to suspend the payment of checks or other payment orders issued against its account except via the documents provided by the Bank subject to the conditions indicated therein by the Bank or by use of the online system. The Bank is hereby relieved of all obligation to accept suspension of payment orders contained in any other document, or requested verbally.

4. The Depositor shall notify the Bank of any suspension of payment via the forms provided by the Bank. The suspension shall be effective on the date in which the notification is received and accepted by the Bank. The same procedure shall be followed with cancellation of suspensions of payment. Should the suspension of payment not be accepted by the Bank, the Bank must state the reason or reasons on the submitted document. The document shall be returned to the Depositor and a copy retained for the file.

5. In accordance with the banking regulations, customs and practices, the Bank is authorized to send the Depositor an account statement together with evidence of the payment orders and any other evidence of charges against the account during the period covered by the account statement, by ordinary mail or by courier, at the Depositor's risk, to the Depositor's last address known to the Bank, or to the address indicated by the latter in writing.

6. The Depositor shall have thirty (30) calendar days from the date of the statement to make any claims relating to any of the transactions recorded therein. Should the Bank not receive these claims in writing within this period, the Depositor shall be understood as having waived these for all legal purposes. The claims must be sent to the following address:

   Banco Gubernamental de Fomento para Puerto Rico
   Attention: Sección de Servicio al Cliente [Customer Service Section]
   PO Box 42001
   San Juan, Puerto Rico 00940-2001

7. The Bank shall provide the first one hundred (100) checks at no cost, if applicable.

   ___ Applicable   X Not Applicable

   The Depositor may apply to the Bank for the purchase of additional checks and the Bank shall charge its account for the cost of the checks. The Depositor also has the alternative of utilizing any company to obtain the checks so long as that company carries out form tests with the Bank and they comply with the safety requirements stipulated by the Bank.

8. This account shall accrue interest, if applicable, based on one of the following options to be determined by the Bank and the interest shall be credited on the first day of the following month:

   ___ Applicable   X Not Applicable

   ☐ *Target Fed Funds*
   ☐ Variable interest rate calculated monthly
   ☐ Variable interest rate calculated quarterly
   ☐ Other: _____

   The customer is responsible for covering any negative balance immediately under penalty of the cancellation of the banking services offered in this agreement.

   Should the account maintain a negative balance, the Bank shall calculate a charge based on the Prime Rate plus two percent (2%) per year of the negative balance.

9. The Bank shall not under any circumstances whatsoever be responsible for falsifications or alterations to the names of the beneficiaries or in the endorsement of the checks issued by the Depositor.

September 22, 2003 / Systems and Procedures Division

**CONFIDENTIAL**

Page 1 of 2
PRIFA_STAY0004737

Appendix MOB-130-01A

**BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO**
[Government Development Bank for Puerto Rico]
SAN JUAN, PUERTO RICO

**APPLICATION AND AGREEMENT FOR OPENING OF BANK ACCOUNT**

In the event any check issued by the Depositor is falsified or altered or is fraudulently endorsed, the Bank, having been notified by the Depositor, shall begin taking steps to manage the collection of the amount thereof by the Cámara de Compensación de Cheques [Check Compensation Board]. The Depositor must make the claim to the Bank within a period not in excess of six (6) months of having received the bank statement. The Depositor shall carry out the corresponding investigation with the objective of establishing the validity of the claim so that a duplicate of the falsified or fraudulently endorsed document may be issued, if applicable.

10. All amounts and related documents that are not payable at the offices of the Bank may be sent by mail or other similar means, directly or by being forwarded by any correspondent banks subject to the regulations of the latter, or directly to the payee, drawer or payment agent to obtain payment thereof in cash, to credit the issuing bank or to issue a draft or certification by the payee, drawer, remitting bank or any other bank. The use of any of these mechanisms shall be at the Depositor's sole risk and the Bank shall have no liability for any act, negligence or omission by any correspondent bank, agent or subagent.

All amounts paid may be charged again at any time before the total amount in cash is received at the offices of the Bank. Payments that are made via drafts under credit or payable at the offices of the Bank shall be provisional in nature, and subject to annulment pursuant to the provisions set forth in the Ley de Instrumentos Negociables [Law of Negotiable Instruments] in the event these cannot be paid for any reason. When these amounts are deposited after the offices of the Bank have closed to the public, the right of annulment may be exercised during the following working day.

11. The Bank shall be compensated on a monthly basis, if applicable, for the services provided under this agreement, and the Price Structure currently in effect at the Bank shall be employed.

12. The total charges shall be debited from the account held by the depositor with the Bank effective on the first day of the following month, if applicable.

13. The Bank shall submit a monthly breakdown that shall include the total of the charges for the services provided.

14. Any of the parties may rescind this agreement via notification in writing sixty (60) days in advance of the date of the decision.

15. All terms and conditions of this agreement may be changed, altered or amended by the Bank via notification in writing to the customer 60 days in advance of the effective date of the changes.

**Account Number:** [Redacted] 189-1

**Effective Date:** November 20, 2009

| | |
|---|---|
| **Banco Gubernamental de Fomento para PR**<br>**Depositor Agency** | **BANCO GUBERNAMENTAL DE**<br>**FOMENTO PARA PUERTO RICO** |
| Gabriel F. Rivera<br>**Name of the Authorized Official of the Depositor Agency** | Richard Méndez Santiago<br>**Name of the Authorized Official** |
| [signature]<br>**Signature of the Authorized Official of the Depositor Agency** | [signature]<br>**Signature of the Authorized Official** |
| November 20, 2009<br>**Date** | 11/20/2009<br>**Date** |

September 22, 2003 / Systems and Procedures Division

CONFIDENTIAL

**BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO**
[Government Development Bank for Puerto Rico]
Savings Accounts

### INFORMATION TO COMPLEMENT THE ACCOUNT OPENING AGREEMENT

**APPLICATION DATE:** November 19, 2009

**CUSTOMER NAME:** Banco Gubernamental de Fomento para PR

**ACCOUNT NAME:** AFI-Bonds Debt Service

**ACCOUNT NUMBER:** [Redacted]189-1    **PRODUCT:** 016    **BANKMATE NUMBER:** _____

\* The account number has been allocated, but is not available for use until the process has been completed and the account has been opened.

**AGENCY INFORMATION:**

| | |
|---|---|
| Name: | Banco Gubernamental de Fomento para PR |
| Street Address: | Avenida De Diego Parada 22 Santurce |
| Postal Address: | PO Box 42001 San Juan PR 00940-2001 |
| Telephones: | (787) 722-2525 |
| Fax: | (787) 728-6835 |

**CONTACT STAFF:**

| | |
|---|---|
| Name: | Gabriel Rivera |
| Position: | Director of Public Financing |
| Telephone: | (787) 722-2525 x.5947 |
| Email: | gabriel.f.rivera@bgfpr.com |
| Name: | Jesús García |
| Position: | Assistant Director of Public Financing |
| Telephone: | (787) 722-2525 x.5948 |
| Email: | jesus.m.garcia@bgfpr.com |

**INFORMATION:**

☐ Checks

    ☐ Acquired by the Bank      ☐ Acquired by the customer

    (Provide list of security requirements)

    ☐ Provisional — First 100 free and 25¢ for each additional check

☒ Transfers      \* Check Digit ☐ Yes ☐ No

    \* The only means of changing this option once use of the account has begun is to open a new bank account.

☐ Interest

☐ OPE      ☐ Letter of appointment

☐ Invoice for services by notice to the same account

☐ Invoice for services by notice to another account number _____

**COSTS:**

Maintenance fees $10.00      Cleared checks 20¢ per check

*L — OK*

PRIFA_STAY0004739

CONFIDENTIAL

TYPES OF SERVICES REQUIRED:

☒ Deposits

☐ Internet Access
    ☐ Gov. Direct Banking — Accounts
    ☐ Gov. Direct Banking — ACH
    ☐ Gov. Direct Banking — Images
    ☐ Gov. Direct Banking — Notices

☐ Bank reconciliation
    Charge per partial account received $50.00
    Charge per full account received $100.00

☐ Issues
    ☐ PRIFAS
    ☐ CIFAS

☐ CD/DVD Image Service
    Charge per account $15.00
    3¢ per check
    License (one-time only and may be utilized with all machines) $250.00

☐ Paid Checks Archive

☐ Internet Image Service per customer $75.00

☐ Returned check system
    ☐ PRIFAS
    ☐ CIFAS

☐ Reports:
    ☐ Paid checks
    ☐ Issued checks
    ☐ Outstanding checks
    ☐ Suspension of payment

☐ CMIA

Information entered by: Zulma Roldan      Customer signature: [signature]

PRIFA_STAY0004740

CONFIDENTIAL

Roldán Figueroa, Zulma (GDB)                    Redacted 109-1

| | |
|---|---|
| From: | Maestre Pujals, Arnaldo (GDB) |
| Sent: | Friday, November 20, 2009 8:53 AM |
| To: | Roldán Figueroa, Zulma (GDB) |
| Cc: | Santiago, Dafne (GDB) |
| Subject: | RE: Application for opening of savings accounts for Income Obligations |

Hi Zulma:

Gabriel Rivera is the Director of Public Financing and Jesús García is the Assistant Director of Public Financing. In the name of the Bank, but referencing the AFI Debt Service.

*Arnaldo Maestre-Pujals*

> **From:** Roldán Figueroa, Zulma (GDB)
> **Sent:** Thursday, November 19, 2009 9:10 AM
> **To:** Maestre Pujals, Arnaldo (GDB)
> **Subject:** RE: Application for opening of savings accounts for Income Obligations
>
> Hi Arnaldo:
>
> Could you please provide me with the titles of Mr. Rivera and Mr. García? I would also like to know if the account is in the name of AFI or of the Bank.
>
> Thanks,
>
> *Zulma Roldán Figueroa*
> *Customer Service*
> *Tel. (787) 722-2525 ext. 6194*
> *Fax. (787) 721-3642*
> *servicioalcliente@bgfpr.com*
>
> ---
>
> **From:** Maestre Pujals, Arnaldo (GDB)
> **Sent:** Wednesday, November 18, 2009 4:06 PM
> **To:** Customer Service (GDB)
> **Cc:** Roldán Figueroa, Zulma (GDB); Rivera, Gabriel (GDB); García, Jesús (GDB)
> **Subject:** Application for opening of savings accounts for Income Obligations
>
> Good afternoon:
>
> We are requesting the opening of one (1) new account for depositing the funds received from the Department of the Treasury for payment of the bond debt of the Autoridad para el Financiamiento de la Infraestructura [Infrastructure Financing Authority]. It should be:
>
> 1. Non-Interest Bearing.
> 2. Debited and credited solely for internal transfers of the BGF, electronic transfers and ACH — we do not need checks or cash withdrawals.
> 3. It should be called AFI — Bonds Debt Service.
> 4. It should be under the custody or ownership of the Income Obligations Division.

CONFIDENTIAL

Authorized signatures: Gabriel Rivera, Jesús García, Arnaldo Maestre. Please contact me should you require additional information.

**Arnaldo Maestre-Pujals**
**Income Obligations**
**Extension 5960**

PRIFA_STAY0004742

### CERTIFIED TRANSLATION

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

2

CONFIDENTIAL