# **EXHIBIT D**

# **(Ex. 38 to the Miller Declaration, originally filed as ECF 13001-14)**

# **EXHIBIT 38**

PRIFA_STAY0001065

Modelo SC 745
31-Jan-01

Original – ACC
1ra Copia – Funcionario
2da Copia – Agencia
PRIFAS

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
Agencia

**COMPROBANTE DE REMESA**

Núm. Recibo _____ al _____

| Día | TOTAL COBRADO (DIARIO) | | TOTAL DEPOSITADO (DIARIO) | |
|---|---|---|---|---|
| | FECHA | IMPORTE | FECHA | IMPORTE |
| LUN | | | | |
| MAR | | | | |
| MIER | | | | |
| JUE | | | | |
| VIER | | | | |
| SAB | | | | |
| DOM | | | | |
| TOTAL | | 0.00 | TOTAL | 0.00 |

AUG 1 4 2014

### Identificación del Documento

| CT | Agen | Número de Documento | Fecha de Contabilidad | Código de Banco | Cuenta de Banco | Fecha de Acreditación | Tipo de Depósito | Fecha de Notificación | Fecha de Requisición de Fondos | Número de Aviso de Crédito | Importe Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CR | 025 | 142915025089 | | GDB | 01 | 08/08/2014 | R | 08/08/2014 | 08/08/2014 | 08082014000106 | 26,074,976.99 |

| LN | Cuenta | Fondo | Organización | Prog. | Asig. | Año Pres. | Aportación Federal | SE | Importe | Descripción |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | R4220 | 111 | 0250000 | | | 2015 | | 62 | 26,074,976.99 | FONDO GENERAL |

ARBITRIOS RON JULIO 2014

RECIBIDO
DEPTO. DE HACIENDA
AREA DEL TESORO
AUG 1 4 2014
DIVISION CONTABILIDAD
DE INGRESOS

APROBACION NIVEL I

URGENTE

JULIO 2014

IMPORTE TOTAL  26,074,976.99

| Para uso de las Agencias que no tienen Recaudador Oficial | Para uso del Recaudador Oficial u Oficial Pagador Especial o Secretario del Tribunal | Para uso del Departamento de Hacienda |
|---|---|---|
| Certifico que los valores que se acompañan son los que realmente se recibieron en esta Agencia, que los mismos deben acreditarse a las asignaciones y fondos indicados y que toda la demás información es correcta. | Certifico que los importes arriba detallados son los que realmente recaudé y deposité en la semana del ____ al ____ de ____ de # ____; que los mismos deben acreditarse a las asignaciones y fondos indicados y que toda la información es correcta. **Redacted** VILMA OCASIO NIEVES | Aprobado por: ____ Nombre y Firma ____ Título ____ |
| Fecha  Nombre y Firma Jefe Agencia o Su Rep.Aut.  Teléfono | Fecha  Nombre y Firma Recaudador Oficial u OPE o Secretario del Tribunal  Teléfono | Fecha  Teléfono |

En caso de Liquidación de Anticipo de Viajes, deberá enviar una copia al Negociado de Intervenciones.
Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

PRIFA_STAY0001065

Copia del Sistema PRIFAS del comprobante de remesa 142915025184 para ingresos de agosto 2014.



CONFIDENTIAL

PRIFA_STAY0001066
PRIFA_STAY0001065

Copia del Sistema PRIFAS del comprobante de remesa 142915025261 para ingresos de septiembre 2014.



Modelo SC 745
31-Jan-01

Original – ACC
1ra Copia – Funcionario
2da Copia – Agencia
PRIFAS

**ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA**
Agencia

**COMPROBANTE DE REMESA**

Núm. Recibo _____ al _____

| Día | TOTAL COBRADO (DIARIO) | | TOTAL DEPOSITADO (DIARIO) | |
|---|---|---|---|---|
| | FECHA | IMPORTE | FECHA | IMPORTE |
| LUN | | | | |
| MAR | | | | |
| MIER | | | | |
| JUE | | | | |
| VIER | | | | |
| SAB | | | | |
| DOM | | | | |
| | TOTAL | 0.00 | TOTAL | 0.00 |

NOV 2 5 2014    URGENTE

| | Identificación del Documento | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Fecha de Contabilidad | Código de Banco | Cuenta de Banco | Fecha de Acreditación | Tipo de Depósito | Fecha de Notificación | Fecha de Requisición de Fondos | Número de Aviso de Crédito | Importe Total |
| CR | 025 | 142915025356 | | GDB | 01 | 11/07/2014 | R | 11/07/2014 | 11/07/2014 | 11072014000107 | 20,321,285.79 |

| LN | Cuenta | Fondo | Organización | Prog. | Asig. | Año Pres. | Aportación Federal | SE | Importe | Descripción |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | R4220 | 111 | 0250000 | | | 2015 | | 62 | 20,321,285.79 | FONDO GENERAL |

ARBITRIOS RON OCTUBRE 2014



APROBACIÓN NIVEL 1

IMPORTE TOTAL    20,321,285.79

Para uso de las Agencias que no tienen Recaudador Oficial | Para uso del Recaudador Oficial u Oficial Pagador Especial o Secretario del Tribunal | Para uso del Departamento de Hacienda

Certifico que los valores que se acompañan son los que realmente se recibieron en esta Agencia, que los mismos deben acreditarse a las asignaciones y fondos indicados y que toda la demás información es correcta.

Certifico que los importes arriba detallados son los que realmente recaudé y deposité en la semana del ___ al ___ de ___ de # ___; que los mismos deben acreditarse a las asignaciones y fondos indicados y que toda la información es correcta.

Aprobado por:
_____
Nombre y Firma
_____
Título

VILMA OCASIO NIEVES  **Redacted**

Fecha    Nombre y Firma Jefe Agencia o Su Rep.Aut.    Teléfono | Fecha    Nombre y Firma Recaudador Oficial u OPE o Secretario del Tribunal    Teléfono | Fecha    Teléfono

En caso de Liquidación de Anticipo de Viajes, deberá enviar una copia al Negociado de Intervenciones.
Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

PRIFA_STAY0001068
PRIFA_STAY0001065
CONFIDENTIAL

Copia del Sistema PRIFAS del comprobante de remesa 142915025428 para ingresos de octubre 2014.



CONFIDENTIAL

PRIFA_STAY0001069
PRIFA_STAY0001065

Copia del Sistema PRIFAS del comprobante de remesa 142915025428 para ingresos de diciembre 2014.



CERTIFIED TRANSLATION

Model SC 745
31-Jan-01

Original – ACC
1st Copy – Official
2nd Copy – Agency
PRIFAS

[ink stamp:] AUG 14 2014

COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF THE TREASURY

REMITTANCE RECEIPT

[hw at bottom of page:] *August 2014*

Receipt No. _____ as of _____

| Day | TOTAL CHARGED (DAILY) | | TOTAL DEPOSITED (DAILY) | |
|---|---|---|---|---|
| | DATE | AMOUNT | DATE | AMOUNT |
| MON | | | | |
| TUE | | | | |
| WED | | | | |
| THU | | | | |
| FRI | | | | |
| SAT | | | | |
| SUN | | | | |
| TOTAL | | 0.00 | TOTAL | 0.00 |

| Document Identification | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Accounting Date | Bank Code | Bank Account | Accreditation Date | Type of Deposit | Notification Date | Fund Request Date | Credit Notice Number | Total Amount |
| CR | 025 | 142915025089 | | GDB | 01 | 08/08/2014 | R | 08/08/2014 | 08/08/2014 | 08082014000106 | 26,074,76.99 |
| LN | Account | Fund | Organization | Prog. | Assig. | Pres. Yr. | Federal Contribution | SE | Amount | Description | |
| 01 | R4220 | 111 | 0250000 | | | 2015 | | 52 | 26,074,976.99 | GENERAL FUND | |

RUM TARIFFS JULY 2014

[stamps:] LEVEL I APPROVAL / RECEIVED DEPT. OF THE TREASURY AUG 14 2014 DIVISION OF REVENUE ACCOUNTING / URGENT

TOTAL AMOUNT — 26,074,976.99

| For use of the Agencies that do not have an Official Tax Collector | For use of the Official Tax Collector or Official Special Paymaster or Clerk of the Court | For use of the Department of the Treasury |
|---|---|---|
| I hereby certify that the accompanying assets are those that were truly received by this Agency, that they must be credited to the appropriations or funds indicated and that all other information is correct. | I hereby certify that the amounts itemized above are those that I truly collected and deposited the week from _____ to _____ of # _____; That they must be credited to the appropriations or funds indicated and that all other information is correct. [signature] VILMA OCASIO NIEVES | Approved by: _____ Name and Signature _____ Title |
| Date   Name and Signature of Agency Head or their Auth. Rep.   Telephone | Date   Name and Signature of Official Collector or OSP or Clerk of the Court   Telephone | Date   Telephone |

In the case of Advance Travel Liquidation, you must send a copy to the Bureau of Interventions.
Retention: Six years or an intervention by the Comptroller, whichever occurs first.

CONFIDENTIAL

PRIFA_STAY0001065



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

**Copy of the PRIFAS System of remittance receipt 142915025184 for revenue from August 2014.**



CONFIDENTIAL                                                        PRIFA_STAY0001066



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

**Copy of the PRIFAS System of remittance receipt 142915025184 for revenue from September 2014.**



 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Model SC 745  
31-Jan-01

COMMONWEALTH OF PUERTO RICO  
DEPARTMENT OF THE TREASURY

Receipt No. _____ as of _____

Original – ACC  
1st Copy – Official  
2nd Copy – Agency  
PRIFAS

**REMITTANCE RECEIPT**

*URGENT*

[ink stamp:] NOV 25 2014

| Day | TOTAL CHARGED (DAILY) | | TOTAL DEPOSITED (DAILY) | |
|---|---|---|---|---|
| | DATE | AMOUNT | DATE | AMOUNT |
| MON | | | | |
| TUE | | | | |
| WED | | | | |
| THU | | | | |
| FRI | | | | |
| SAT | | | | |
| SUN | | | | |
| TOTAL | | 0.00 | TOTAL | 0.00 |

| Document Identification | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Accounting Date | Bank Code | Bank Account | Accreditation Date | Type of Deposit | Notification Date | Fund Request Date | Credit Notice Number | Total Amount |
| CR | 025 | 142915025356 | | GDB | 01 | 11/07/2014 | R | 11/07/2014 | 11/07/2014 | 11072014000107 | 20,321,285.79 |
| LN | Account | Fund | Organization | Prog. | Assig. | Pres. Yr. | Federal Contribution | SE | Amount | Description | |
| 01 | R4220 | 111 | 0250000 | | | 2015 | | 62 | 20,321,285.79 | GENERAL FUND | |
| | | | | | | | | | | RUM TARIFFS OCTOBER 2014 | |

LEVEL I APPROVAL

RECEIVED  
DEPT. OF THE TREASURY  
NOV 25 2014  
DIVISION OF REVENUE ACCOUNTING

TOTAL AMOUNT — 20,321,285.79

| For use of the Agencies that do not have an Official Tax Collector | For use of the Official Tax Collector or Official Special Paymaster or Clerk of the Court | For use of the Department of the Treasury |
|---|---|---|
| I hereby certify that the accompanying assets are those that were truly received by this Agency, that they must be credited to the appropriations or funds indicated and that all other information is correct. | I hereby certify that the amounts itemized above are those that I truly collected and deposited the week from _____ to _____ of # _____; That they must be credited to the appropriations or funds indicated and that all other information is correct.<br>_____ [signature] VILMA OCASIO NIEVES _____<br>Date  Name and Signature of Official Collector or OSP or Clerk of the Court  Telephone | Approved by:<br>_____<br>Name and Signature<br>_____<br>Title<br>_____  _____<br>Date  Telephone |
| Date  Name and Signature of Agency Head or their Auth. Rep.  Telephone | | |

In the case of Advance Travel Liquidation, you must send a copy to the Bureau of Interventions.  
Retention: Six years or an intervention by the Comptroller, whichever occurs first.

CONFIDENTIAL

PRIFA_STAY0001068



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

**Copy of the PRIFAS System of remittance receipt 142915025184 for revenue from October 2014.**



CONFIDENTIAL

PRIFA_STAY0001069



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

**Copy of the PRIFAS System of remittance receipt 142915025184 for revenue from December 2014.**



 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.