# EXHIBIT E

# (Ex. 40 to the Miller Declaration, originally filed as ECF 13001-16)

# **EXHIBIT 40**

3e

EXHIBIT B

FORM OF GOVERNMENT CERTIFICATION

JULY 2019

GOVERNMENT CERTIFICATION PURSUANT TO SECTION 4(b) OF THE LOCKBOX
AGREEMENT

       I, Alfonso Rossy Raices, being a duly authorized representative of the Secretary of
Treasury of Puerto Rico (the "Secretary"), hereby certify, pursuant to Section 4(b) of the Lockbox
Agreement, dated as of May 5, 2015 (the "Lockbox Agreement"), by and among Citibank, N.A., a
national banking association (the "Lockbox Bank"), Banco Popular de Puerto Rico, a Puerto Rico
banking entity (not in its individual capacity but as trustee under the Trust Agreement (as defined
in the Lockbox Agreement), the "Trustee"), Citibank, N.A., a national banking association (not in
its individual capacity but as paying agent under the Trust Agreement, the "Paying Agent") and the
Government of Puerto Rico (the "Government") as follows:

Part A[1]

       The Cover Over Report for net excise tax collections due to the Government (the
"Report") for the month of July 2019, was received by the Secretary of Treasury on August
08, 2019.

       As set forth in the Report, (i) the amount of Other Rum COR due to the Government
and the number of proof gallons of rum used in determining such Other Rum COR, (ii) the
amount of Non-Rum COR included in the Cover Over Payment to which such Report relates
and the customs figures, Cover Over Revenues attributable to beer sales and Cover Over
Revenues attributable to wine sales that constitute such Non-Rum COR and (iii) the amount
of Puerto Rico Rum COR due to the Government and the number of proof gallons of rum
and the Cover Over Rate used in determining such Puerto Rico Rum COR, is in each case,
prior to any adjustments or deductions, as set forth in the table below:

---

[1] Part A to be included (i) in connection with a Cover Over Report that does not reflect a
    Tax Extender Payment or (ii) in connection with a Cover Over Report that reflects a
    Tax Extender Payment, but in such case only with respect to the portion of such
    Cover Over Report that does not relate to such Tax Extender Payment.

00266550; 1

CONFIDENTIAL

| Product | Number of Proof Gallons | | Cover Over Rate | COR | COR |
|---|---|---|---|---|---|
| Other Rum | | | | | Other Rum COR: |
| | 304,419.16 | pg. | $ 13.25 | | $          4,033,553.87 |
| | 290.83 | pg. | 13.25 | Prior Periods | 3,853.55 |
| | Total Other Rums | | | | $          4,037,407.42 |
| Non-Rum | | | | | Non-Rum COR: |
| | | | | Customs: | $                        – |
| | 4,464.44 | | $ 18.00 | COR attributable to beer sales: | $               80,359.92 |
| | | | | COR attributable to wine sales: | $                        – |
| | Totals Non Rum COR | | | | $               80,359.92 |
| Puerto Rico Rum | | | | | Puerto Rico Rum COR |
| | 2,826,104.46 | pg. | $ 13.25 | | $        37,445,884.10 |
| | 185.60 | pg. | 13.25 | Prior Periods | 2,459.20 |
| | Adjustments | | | Prior Periods | 212,025.55 |
| | Total Puerto Rico Rum | | | | $        37,660,368.85 |

As set forth in the Report, the total amount of Cover Over Revenues (after adjustments and deductions) due to the Government equals $41,537,663.82.

No Reduction is reflected in the total amount of Cover Over Revenues due to the Government as set forth in the Report.[2]

### Part B

As set forth in the Report, the Enforcement Expenses deducted from Cover Over Revenues as reimbursement to the United States Department of Treasury equals $240,472.37.

All capitalized terms not defined herein shall have the meaning ascribed to them in the Lockbox Agreement.

IN WITNESS WHEREOF, the Secretary has caused this Government Certification to be executed by [representative] as of the date first written above.

DEPARTMENT OF THE TREASURY

By: __ **Redacted**
Name: Alfonso Rossy Raíces CPA
Title:   Assistant Secretary of Treasury

---

[2] First sentence to be included unless the Cover Over Report reflects a Reduction. In that case the second sentence should be included, indicating the amount of the Reduction.

CONFIDENTIAL



**DEPARTMENT OF THE TREASURY**
ALCOHOL AND TOBACCO TAX AND TRADE BUREAU
8002 FEDERAL OFFICE BUILDING
550 MAIN STREET
CINCINNATI, OHIO 45202
August 8, 2019

Mr. Edwin Rivera
Assistant Secretary
Department of the Treasury
Commonwealth of Puerto Rico
P.O. Box 9024140
San Juan, Puerto Rico 00902-4140

Dear Mr. Rivera:

Enclosed is the detailed activity report of net excise tax collections due to the Government of Puerto Rico for the month of July 2019. Payment in the amount of **$41,537,663.82** for these collections has been scheduled via the Automated Clearing House (ACH) network.

Please check with your financial institution two weeks after receipt of this letter to verify the ACH deposit. If no deposit has been received, please contact Stacy Neal at (513)684-2300.

Should you have any questions regarding the enclosed report, please feel free to contact Racquel Alpasan at (513)684-3532.

Sincerely,

Thurla F. Skora Digitally signed by Thurla F.
Skora
Date: 2019.08.08 08:44:36 -04'00'

Thurla F. Skora
Director, National Revenue Center

Enclosures

PRIFA_STAY0001517

| COVER OVER WORKSHEET | | | | |
|---|---|---|---|---|
| COVER OVER TO PUERTO RICO AND THE VIRGIN ISLANDS | | | | |
| July 2019 | | | | |

| COLLECTIONS: | PUERTO RICO | | VIRGIN ISLANDS | |
|---|---|---|---|---|
| (1) Bulk Rum | $36,759,974.53 | | $20,237,883.05 | |
| (2) Cased Rum | $685,909.57 | | | |
| (2a) Cased Rum Add'l Adj Apr '19 | $141,490.88 | | | |
| (2b) Cased Rum Add'l Adj May '19 | $70,534.67 | | | |
| (3) Other Rum | $4,033,553.87 | | $569,546.75 | |
| (4) Beer | $80,359.92 | | | |
| (5) Wine | $0.00 | | | |
| (6) Customs | $0.00 | | $1,153.49 | |
| ADJUSTMENTS (A-7) | | | | ADJUSTMENTS (A-7) |
| Customs | $0.00 | | $0.00 | Customs |
| Bulk | $2,459.20 | | $25.18 | Bulk |
| Other Rum | $3,853.55 | | $544.13 | Other Rum |
| | | | | |
| TOTAL COLLECTIONS: | | $41,778,136.19 | | $20,809,152.60 |
| DEDUCTIONS: | | | TOTAL TO INTERIOR: | $20,239,061.72 |
| Enforcement Expenses (A-8) | $240,472.37 | | TOTAL OTHER RUM | $570,090.88 |
| Deduction | $0.00 | | | |
| TOTAL DEDUCTIONS | | $240,472.37 | | |
| TOTAL COVER OVER | | $41,537,663.82 | | |
| TOTAL COLLECTIONS | | $42,564,886.69 | | $20,809,152.60 |

| BULK RUM IN PROOF GALLONS | | | |
|---|---|---|---|
| ATF F 5600.8 | Puerto Rico | Virgin Islands | Other Imp. Rum |
| Total Prf Gals (A-3) | 2,774,337.70 | 1,527,387.40 | 135,906.40 |
| | | | |
| TOTAL @ $13.25 | $36,759,974.53 | $20,237,883.05 | $1,800,759.80 |

| OTHER RUM DATA WITH PERCENTAGES FOR PUERTO RICO & THE VIRGIN ISLANDS | | | |
|---|---|---|---|
| July 2019 | | | |
| COLLECTIONS: | OTHER RUM (pg) | Puerto Rico | Virgin Islands |
| | | 87.626889% of pg | 12.373111% of pg |
| Bulk | 135,906.40 | 119,090.55 | 16,815.85 |
| Census (A-6) | 211,497.42 | 185,328.61 | 26,168.81 |
| Subtotal | 347,403.82 | | |
| DEDUCTIONS | 0.00 | | |
| TOTAL p.g. | 347,403.82 | 304,419.16 | 42,984.66 |

| | | | |
|---|---|---|---|
| TOTAL @ $13.25 | | $4,033,553.87 | $569,546.75 |
| TOTAL (census & bulk) | | $3,523,900.19 | $497,582.52 |
| PR CASED GOODS (A-4) | Distilled Spirits (pg) | Wine | Beer (barrel) |
| | 51,766.76 | 0.00 | 4464.440 |
| CUSTOMS FIGURES (A-5) | Puerto Rico | Virgin Islands | |
| Dollars | $0.00 | $1,175.25 | |

PRIFA_STAY0001518

| ADJUSTMENT WORKSHEET | | | | | | |
|---|---|---|---|---|---|---|
| JULY 2019 ACTIVITY- AUGUST 2019 REPORTING | | | | | | |
| | | | | | | |
| Puerto Rico Bulk Rum | | | | | | |

| Headframe Spirits MFG. Inc. | DSP-MT-15014 | | | | | |
|---|---|---|---|---|---|---|
| Mon/Yr | Source | Reported (pg) | Actual (pg) | Difference (pg) | Rate | ADJUSTMENT |
| May-19 | 5110.28 Amended | 22 | 207.6 | 185.60 | $13.25 | $2,459.20 |
| | | | | 0.00 | $13.25 | $0.00 |
| | | | | 0.00 | $13.25 | $0.00 |
| | | | | 0.00 | $13.25 | $0.00 |
| | | | | 0.00 | $13.25 | $0.00 |
| | | | | 0.00 | $13.25 | $0.00 |
| | TOTALS | 22.0 | 207.6 | 185.6 | | 2,459.2 |

| Puerto Rico Bulk Rum |
|---|
| Total Bulk Rum Adjustment |
| $2,459.20 |

| Puerto Rico Other Rum | | | | | | |
|---|---|---|---|---|---|---|

| Terressentia Corp. | DSP-SC-15001 | | | | | |
|---|---|---|---|---|---|---|
| Mon/Yr | Source | Reported (pg) | Actual (pg) | Difference (pg) | Rate | ADJUSTMENT |
| Jun-16 | 5110.28 Amended | 0 | 331.9 | 331.90 | $13.25 | |
| | | | | 0.00 | $13.25 | |
| | | | | 0.00 | $13.25 | |
| | | | | 0.00 | $13.25 | |
| | | | | 0.00 | $13.25 | |
| | | | | 0.00 | $13.25 | |
| | | 0.0 | 331.9 | 331.9 | | |

| 663.80 | | 87,626889 | 290.83 | $13.25 | $3,853.55 |
|---|---|---|---|---|---|
| TOTAL DIFF B4 PR RATE APPLIED | | Puerto Rico % | Overall Difference with PR % Applied | Rate | Overall Adjustment |

| Puerto Rico Other Rum |
|---|
| Total Other Rum Adjustment |
| $3,853.55 |

| MONTHLY PUERTO RICAN COVER OVER | | |
|---|---|---|
| July 2019 | | |
| COLLECTIONS: | | |
| Bulk Rum | $36,759,974.53 | |
| Cased Rum | $685,909.57 | |
| (a) Cased Rum Add'l Adj Apr '19 | $141,490.88 | |
| (b) Cased Rum Add'l Adj May '19 | $70,534.67 | |
| Other Rum | $4,033,553.87 | |
| Beer | $80,359.92 | |
| Wine | $0.00 | |
| Customs | $0.00 | |
| Adjustment: Customs | $0.00 | |
| Adjustment-Bulk Rum | $2,459.20 | |
| Adjustment-Other Rum | $3,853.55 | |
| Adjustment: Estimated Payment | $0.00 | |
| TOTAL COLLECTIONS: | | $41,778,136.19 |
| DEDUCTIONS: | | |
| Enforcement Expenses | $240,472.37 | |
| Deduction | $0.00 | |
| TOTAL DEDUCTIONS | | $240,472.37 |
| TOTAL COVER OVER | | $41,537,663.82 |

| PUERTO RICAN COVER OVER CUMULATIVE THROUGH | | |
|---|---|---|
| July 2019 | | |
| COLLECTIONS: | | |
| Bulk Rum | $326,272,656.08 | |
| Cased Rum | $4,967,158.96 | |
| Other Rum | $45,811,124.49 | |
| Beer | $281,943.15 | |
| Wine | $0.00 | |
| Customs | $42.20 | |
| Adjustment: Customs | $0.00 | |
| Adjustments-Bulk Rum | ($2,000,627.32) | |
| Adjustments-Other Rum | $12,301,219.30 | |
| Adjustment: Estimated Payment | ($34,700,000.00) | |
| TOTAL COLLECTIONS: | | $352,933,516.86 |
| DEDUCTIONS: | | |
| Enforcement Expenses | $2,702,038.61 | |
| Deduction | $0.00 | |
| TOTAL DEDUCTIONS | | $2,702,038.61 |
| TOTAL COVER OVER | | $350,231,478.25 |

PRIFA_STAY0001520

Citibank, NA – Agency & Trust
480 Washington Blvd., 30th Floor
Jersey City, NJ 07310



August 16, 2019

RE: Lockbox Agreement dated as of May 5, 2015, among Citibank, N.A., (the "Lockbox Bank"), Banco Popular de Puerto Rico, (the "Trustee"),
Citibank, N.A., as Paying Agent under the Trust Agreement and the Government of Puerto Rico (the "Government"), acting through the
Secretary of Treasury, the Secretary of Economic Development and Commerce, the Secretary of Agriculture, the President of the Government
Development Bank for Puerto Rico, the Executive Director of the Office of Management and Budget and the Executive Director of the Puerto
Rico Industrial Development Company as authorized by Act No. 178 of December 1, 2010, as amended, Act No. 1 of January 31, 2011 and any
successor legislation (the "Enabling Act").

Lockbox Disbursement Detail

To: The parties listed on Schedule 1 hereto

Pusuant to section 3 (d) of the above referenced agreement please be advised that on the date indicated the following amounts were
disbursed from the Account.

| recipient | amount disbursed | date | remaining balances |
|---|---|---|---|
| Secretary of Treasury for deposit to the credit of PRIFA | $    41,537,663.82 | 8/16/2019 | $        75,462,336.18 |
| Secretary of Treasury for deposit to the credit of the S&T Trust | $                - | | $          5,000,000.00 |
| Secretary of Treasury, the remaining amount of Non-Rum COR included in such Cover Over Payment | $                - | | $              80,359.92 |
| Secretary of Treasury, the remaining amount of Other Rum COR included in such Cover Over Payment | $                - | | $          4,037,407.42 |
| Conservation Trust - the Unpaid Conservation Trust Amount | $                - | | $          1,295,382.94 |
| Paying Agent - the Unpaid Beneficiaries Amount | $                - | | $                       - |
| PRIDCO for credit to the Other Rum Producers, Unpaid Other Rum Producers Amount | $                - | | $                       - |
| Secretary of Treasury, the remaining balance in the Account | $                - | | n/a |

Kind Regards,
Lockbox Bank

CONFIDENTIAL

Citibank, NA – Agency & Trust
480 Washington Blvd., 30th Floor
Jersey City, NJ 07310


citi

August 12, 2019

RE: Lockbox Agreement dated as of May 5, 2015, among Citibank, N.A., (the "Lockbox Bank"), Banco Popular de Puerto Rico, (the "Trustee"), Citibank, N.A., as Paying Agent under the Trust Agreement and the Government of Puerto Rico (the "Government"), acting through the Secretary of Treasury, the Secretary of Economic Development and Commerce, the Secretary of Agriculture, the President of the Government Development Bank for Puerto Rico, the Executive Director of the Office of Management and Budget and the Executive Director of the Puerto Rico Industrial Development Company as authorized by Act No. 178 of December 1, 2010, as amended, Act No. 1 of January 31, 2011 and any successor legislation (the "Enabling Act").

## Lockbox Receipt Notice

To: The parties listed on Schedule 1 hereto

Pursuant to Section 3 (c) of the above referenced agreement please be advised the Lockbox Account received the below Cover Over Payment from the U.S. Government.

| Amount of Cover Over Payment | Date of Receipt* |
|---|---|
| $41,537,663.82 | 8/12/2019 |

*Please note the payment from the US Government was received via ACH (Automated Clearing House) and is subject to reversal for 5 business days. The funds will be considred available on  **August 16, 2019** .

Kind Regards,
Citibank, N.A. as Lockbox Bank

PRIFA_STAY0001522