# **EXHIBIT F**

# **(Ex. 42 to the Miller Declaration, originally filed as ECF 13001-18)**

# **EXHIBIT 42**



# Bank Account Information Request

| Agency # | Agency | Account Number | Banking institution / Bank name | Legal ownership | Type of account | Status |
|---|---|---|---|---|---|---|
| Insert agency number | Insert agency name | Insert account number | Insert Bank Name | Insert Employer Identification Number of the Entity who has legal ownership of the account | What type of account is this? • Depository • Checking • Investment account • Restricted v. Unrestricted? | 2. Is the account **open** or closed (Y/N)? *If closed, request point of contact to provide bank verification. 3. If open, is the account **active** (Y/N)? *If inactive, can the account be closed and if so request a timeline for closure from the point of contact. |
| 180 | Tourism Company | Redacted 6545 | Banco Popular de Puerto Rico | Redacted 8328 | Depository - Unrestricted | Open and Inactive - planning to close |
| 180 | Tourism Company | Redacted 5142 | Scotiabank | Redacted 8328 | Depository - Unrestricted | Open and Active |
| 180 | Tourism Company | Redacted 3039 | First Bank | Redacted 761 | Depository - Unrestricted | Open and Inactive - identified for future use. |

| Agency # | Agency | Account Number | Banking institution / Bank name | Legal ownership | Type of account | Status |
|---|---|---|---|---|---|---|
| 180 | Tourism Company | Redacted 3961 | First Bank | Redacted 1761 | Depository - Restricted | Open and Active |
| 180 | Tourism Company | Redacted 2306 | Banco Popular de Puerto Rico | Redacted 3328 | Depository - Unrestricted | Open and Active |
| 180 | Tourism Company | Redacted 5138 | Scotiabank | TAX ID Not Matched Per Account Number to OCIF Report | Checking - Unrestricted | Open and Active |
| 180 | Tourism Company | Redacted 975-8 | GDB | | | |

| Related services | Positive Pay | *If account is Zero Balance Account (ZBA) what account is it sweep to or from | Business purpose | Authorized Signatories? | Business contact | Secondary contact (Backup contact) |
|---|---|---|---|---|---|---|
| 3. What services are being provided through this account?<br>• ZBA<br>• Positive pay<br>• Lockbox<br>• Sweep<br>• ACH<br><br>4. Which of these services are crucial to the operations of the agencies? | 5. Is this a disbursement account (Y/N).<br><br>6. If yes, is Positive Pay (service that matches the account number, check number and dollar amount of each check presented for payment against a list of checks previously authorized and issued) being implemented? | 7. If account is set up as ZBA, what account are funds being pooled into?<br><br>If account is set up as ZBA, what account (account #, name of the Bank) are funds being pooled into?<br><br>8. Are there any other sweeps that happen with this account?<br><br>If there are sweeps, what account are these sweeps being channeled into? | Include brief description of the account: What is the source of funds (Hacienda, deposits, federal funds, etc), what are the funds are used for (operational expenses, payroll, program expenses reimbursement, etc), are the funds disbursed on a reimbursement or advance basis?<br><br>Purpose of Account? | 10. Who are the authorized signers on the account?<br>• Name<br>• Position<br>• Phone Number<br>• Email Address | 11. Who is the primary business contact?<br>• Name<br>• Position<br>• Phone Number<br>• Email Address | 12. Who is the secondary business contact?<br>• Name<br>• Position<br>• Phone Number<br>• Email Address |
| None - Inactive | No | No | Used to be used to deposit Debt Service Payments which were being held at the PRTC account Redacted 5142. This money was transferred to another financial institution which provided better interest. | Gustavo González Serrano - CFO: gustavo.gonzalez@tourism.pr.gov; (787)721-2400, Ext. 3043<br>Carla Campos - Executive Director<br>Carmen Fernandez - Chief Legal Counsel (Interim) | Carmen Lopez - BPPR: carmen.lopez@popular.com; (787)765-9800, Ext. 506717 | |
| No special services | No - Other Controls are implemented with similar purpose | Deposited into the Sweep Account in Scotiabank Redacted 5144) | Pass through - Room Tax Deposits. Account identified for closure after FirstBank transfer. | Gustavo González Serrano - CFO: gustavo.gonzalez@tourism.pr.gov; (787)721-2400, Ext. 3043<br>Carla Campos - Executive Director<br>Carmen Fernandez - Chief Legal Counsel (Interim) | Evanthea Georas - Scotiabank: evanthea.georas@scotiabank.com; (787)766-7905 | |
| No special services | No - Other Controls are implemented with similar purpose | No | Room Tax Deposits | Gustavo González Serrano - CFO: gustavo.gonzalez@tourism.pr.gov; (787)721-2400, Ext. 3043<br>Carla Campos - Executive Director<br>Carmen Fernandez - Chief Legal Counsel (Interim) | Gustavo L. Calderón - First Bank: gustavo.calderon@firstbankpr.com | |

| Related services | Positive Pay | *If account is Zero Balance Account (ZBA) what account is it sweep to or from | Business purpose | Authorized Signatories? | Business contact | Secondary contact (Backup contact) |
|---|---|---|---|---|---|---|
| No special services | No - Other Controls are implemented with similar purpose | No | This account is used to deposit the Debt Service payments for the Convention Center District Authority Debt payments. This was previously transferred to BGF for bondholder payments but it is now being deposited in this reserve account. | Gustavo González Serrano - CFO: gustavo.gonzalez@tourism.pr.gov; (787)721-2400, Ext. 3043 Carla Campos - Executive Director Carmen Fernandez - Chief Legal Counsel (Interim) | Gustavo L. Calderón - First Bank: gustavo.calderon@firstbankpr.com | |
| Savings | No - Other Controls are implemented with similar purpose | No | Savings Account for excess cash. Due to a Scotiabank deposit amount restriction, any excess over $25M was not secured by the entity, and therefore must be transferred from the bank. For that reason, room tax collections were transferred from Scotiabank account Redacted 5142 to this account, including debt service amounts. From this account, transfers were made on monthly basis to the FirstBank debt service reserve account Redacted 3961. | Gustavo González Serrano - CFO: gustavo.gonzalez@tourism.pr.gov; (787)721-2400, Ext. 3043 Carla Campos - Executive Director Carmen Fernandez - Chief Legal Counsel (Interim) | Carmen Lopez - BPPR: carmen.lopez@popular.com; (787)765-9800, Ext. 506717 | |
| ZBA | No - Other Controls are implemented with similar purpose | Sweep - Scotiabank Account Redacted 5144 | Pass through - Supplier Payments. Account identified for closure after FirstBank transfer. Previously used to pay room tax debt service amounts to Hacienda (Nov-15 - Apr-16). | Gustavo González Serrano - CFO: gustavo.gonzalez@tourism.pr.gov; (787)721-2400, Ext. 3043 Carla Campos - Executive Director Carmen Fernandez - Chief Legal Counsel (Interim) | Evanthea Georas - Scotiabank: evanthea.georas@scotiabank.com; (787)766-7905 | |
| | | | Utilized prior to November 2015 to deposit debt service/bondholder payments. | | | |

| Activity Type | Funds Type | What IT system are the transactions recorded in? | Separate Account Required? | Fund Flows | Is this an OPE/SDO Account? | *If account is for OPE/SDO what type of payment is made that can not be paid by PRIFAS or primary system2 | Last bank reconciliation date |
|---|---|---|---|---|---|---|---|
| 13. What is the primary business purpose of this account? What activities /transactions are being performed through this account?<br><br>14. What type of transactions flow through this account?<br>• Supplier Payment<br>• Payroll<br>• Expense Reimbursement<br>• Investment<br>• Interest Payments | 15. What fund is this account part of?<br>• State Fund<br>• General Fund<br>• Enterprise Fund<br>• Special Revenue Fund<br>• Federal Fund<br>• Agency Fund | 16. What IT system are the transactions being recorded in? (PRIFAS, PRTAS)<br>• PRIFAS<br>• PRTAS<br><br>17. Does the person managing the account have access to PRIFAS?<br><br>If not, does anyone in the agency have access to PRIFAS? | 18. Are separate accounts required? If so why?<br>• Grant<br>• Law<br>• Federal Agreement<br><br>If a separate account is not required, could the the transactions flow through another existing account? | 20. What are the fund flows across for this account?<br>• Inflows<br>• Outflows | 21. Is this an OPE/SDO Account? (Yes/No) | 22. If account is for OPE/SDO what type of payment is made that cannot be paid by PRIFAS or primary system? | 23. What is the date of the last bank reconciliation? |
| Reserve account to hold Debt Service payments. Not used for this purpose anymore. | Special Revenue Fund | Oracle Financial | Yes | Both | | | 12.31.19 |
| Collect Room Tax Deposits | Special Revenue Fund | Oracle Financial | LAW | Inflows | | | 12.31.19 |
| This account was set up in First Bank to replace the Scotiabank Room Tax account # Redacted 5142 for the same purpose. | Special Revenue Fund | Oracle Financial | Law | Inflows | | | 12.31.19 |

| Activity Type | Funds Type | What IT system are the transactions recorded in? | Separate Account Required? | Fund Flows | Is this an OPE/SDO Account? | *If account is for OPE/SDO what type of payment is made that can not be paid by PRIFAS or primary system2 | Last bank reconciliation date |
|---|---|---|---|---|---|---|---|
| This account is used to deposit the debt service payments for the Convention Center District Authority Debt payments. This was previously transferred to BGF for bondholder payments but it is now being deposited in this reserve account. | Special Revenue Fund | Oracle Financial | LAW | Outflows | | | 12.31.19 |
| Savings account for excess cash | Enterprise Fund and Special Revenue Fund | Oracle Financial | No | Inflows | | | 12.31.19 |
| Supplier Payments and Expense Reimbursements | Enterprise Fund and Special Revenue Fund | Oracle Financial | No | Outflows | | | 12.31.19 |
| | | | | | | | |

Room Tax Accounts



| June 30, 2019 Balance |
|---|
|  |
| - |
| 13,944,055 |
| - |

Room Tax Accounts

| June 30, 2019 Balance |
|---|
| 72,973,659 |
| 24,392,186 |
| - |
| 6,224,493 |