# EXHIBIT I

# (Ex. 22 to the Hughes Declaration, originally filed as ECF 13010-3)

# EXHIBIT 22



**ESTADO LIBRE ASOCIADO DE**
**PUERTO RICO**

DDEC·Compañía de Turismo de Puerto Rico

2 de julio de 2015

Jesús M. García, Vicepresidente y Director
Dept. de Financ. de Obligaciones de Rentas
Banco Gubernamental de Fomento para PR
P.O. Box 42001
San Juan, PR 00940-2001

Vía E-mail: jesus.m.garcia@bgfpr.com

**SERVICIO DE DEUDA**
**AUTORIDAD DEL DISTRITO DE CENTRO DE CONVENCIONES**

Estimado señor García:

Autorizamos debitar de la cuenta "Room Tax-Concentration Surplus" número [Redacted] 975-8, la cantidad de **$3,033,405.69** a los fines de remitir el **pago correspondiente al mes de julio de 2015**. Esto con el propósito de cubrir el servicio de deuda de la emisión de bonos de la Autoridad del Distrito del Centro de Convenciones, relacionado al año fiscal 2015-2016.

**Agradeceré nos confirmen, vía-email (sonia.rivera@tourism.pr.gov), una vez completada la transacción.** De tener alguna pregunta adicional, favor de comunicarse con el que suscribe a la extensión 3043.

Atentamente,



**Redacted**

Samuel Sierra Rivera, CPA
Principal Oficial Financiero

c    ingrid.rivera@tourism.pr.gov
     arnaldo.maestre@bgfpr.com
     miriam.t.pascual@bgfpr.com
     dafne.santiago@bgfpr.com

/se

PO Box 9023960, San Juan, P.R. 00902-3960

Tel: 787.721.2400



# CERTIFIED TRANSLATION

CERTIFIED TRANSLATION

[seal]
COMMONWEALTH OF
PUERTO RICO
DDEC-Puerto Rico Tourism Company

July 2, 2015

Jesús M. García, Vice President and Director
Dept. of Finance and Rent Obligations
Government Development Bank for PR
P.O. Box 42001
San Juan, PR 00940-2001

Via E-mail: jesus.m.garcia@bgfpr.com

**DEBT SERVICING**
**CONVENTION CENTER DISTRICT AUTHORITY**

Dear Mr. García:

We authorize debiting from the "Room Tax-Concentration Surplus" account number [Redacted]975-8, the amount of $3,033,405.69 in order to remit the payment corresponding to the month of July 2015. This in order to cover the servicing of debt from the issuance of bonds of the Convention Center District Authority, related to fiscal year 2015-2016.

I would appreciate it if you could confirm, by e-mail (sonia.rivera@tourism.pr.gov), once the transaction has been completed. Should you have any additional questions, please contact the undersigned at extension 3043.

Sincerely,

[signature]
Samuel Sierra Rivera, CPA
Chief Financial Officer

c       ingrid.rivera@tourism.pr.gov
        arnaldo.maestre@bgfpr.com
        miriam.t.pascual@bgfpr.com
        dafne.santiago@bgfpr.com

/[illegible]

PO Box 9023960, San Juan, P.R. 00902-3960

Tel: 787.721.2400                    [logotype:] *PUERTO RICO TOURISM COMPANY*

CONFIDENTIAL                                CCDA_STAY0004005

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.