# **EXHIBIT M**

# **(Ex. 26 to the Hughes Declaration, originally filed as ECF 13010-7)**

# **EXHIBIT 26**

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
DDEC·Compañía de Turismo de Puerto Rico

1ro de marzo de 2016

Sr. Carlos Vizcarrondo, Operaciones Bancarias
Banco Gubernamental de Fomento
Para Puerto Rico
P.O. Box 42001
San Juan, PR 00940-2001

Vía E-mail:   carlos.a.vizcarrondo@bgfpr.com
              ach@bgfpr.com

**TRANSFERENCIA BANCARIA**

Estimado señor Vizcarrondo:

Autorizamos transferir la cantidad de $3,033,405.69 de la cuenta [Redacted] 975-8 de Room Tax "Concentration Surplus"; a la siguiente cuenta en Scotiabank:

> Banco: JP Morgan Chase Bank
> ABA or Chips Number: 021000021
> Para la cuenta de: Scotiabank de PR
> Número de Cuenta: [Redacted] 8975
> Para crédito adicional de: Compañía de Turismo – Sweep Concentration
> Número de Cuenta: [Redacted] 5144

Esta transferencia resulta necesaria para cubrir el **pago correspondiente al mes de MARZO de 2016**, del servicio de la deuda, de la emisión de bonos de la Autoridad del Distrito del Centro de Convenciones; relacionado al año fiscal 2015-2016, el cual se estará enviando ahora al Secretario de Hacienda, según Boletín Administrativo de la Fortaleza, Núm. OE-2015-046 del 30 de noviembre de 2015.

De tener alguna pregunta relacionada a este asunto, no dude en comunicarse con el que suscribe a la extensión 3043.

Cordialmente,

[Redacted]

Samuel Sierra Rivera, CPA
Principal Oficial Financiero

Anejo: Boletín Adm. OE-2015-046

c:  Manuel Barreiro
    Ileana Ortiz

/sir

PO Box 9023960, San Juan, P.R. 00902-3960

Tel: 787.721.2400



CONFIDENTIAL                    CCDA_STAY0004036

## Sonia Rivera Ayala

**From:** Sonia Rivera Ayala
**Sent:** Tuesday, March 01, 2016 2:17 PM
**To:** 'carlos.a.vizcarrondo@bgfpr.com'; ach@bgfpr.com
**Cc:** 'jorge.clivilles@bgfpr.com'; 'mildred.ayala@bgfpr.com'; Samuel Sierra Rivera; Manuel Barreiro (Manuel.Barreiro@tourism.pr.gov); Ileana Ortiz Reyes; Amilcar Torres Delgado; Orlando J. Zabala Carrasquillo; Sharlene Rodriguez Camacho; Johanna Miranda; Sheyla Oneill (Sheyla.Oneill@tourism.pr.gov)
**Subject:** FW: Transf. bancaria - CTPR
**Attachments:** 20160301135920555.pdf; Boletín Adm. OE-2015-046.pdf

Buenas Tardes. Favor proceder con transferencia, según se indica en la carta que se incluye. Agradeceremos no envíen confirmación, una vez realizada la misma.

Gracias,

Sonia I. Rivera
Adm. Sist. de Oficina
Finanzas


-----Original Message-----
From: scanning@tourism.pr.gov [mailto:scanning@tourism.pr.gov]
Sent: Tuesday, March 01, 2016 2:59 PM
To: Sonia Rivera Ayala
Subject: Transf. bancaria - CTPR

This E-mail was sent from "RNPF225DA" (Aficio MP 5000).

Scan Date: 03.01.2016 13:59:20 (-0500)
Queries to: scanning@tourism.pr.gov

1

CONFIDENTIAL                                                                                                                                                CCDA_STAY0004037

# CERTIFIED TRANSLATION

CERTIFIED TRANSLATION



COMMONWEALTH OF
**PUERTO RICO**
DDEC - Tourism Company of Puerto Rico

March 1st, 2016

Mr. Carlos Vizcarrondo, Banking Operations
Government Development Bank for Puerto Rico
P.O. Box 42001
San Juan, PR 00940-2001

Via e-mail: carlos.a.vizcarrondo@bgfpr.com
ach@bgfpr.com

**BANK TRANSFER**

Dear Mr. Vizcarrondo:

We authorize the transfer of the amount of $3,033,405.69 from account [Redacted]975-8 under name Room Tax Concentration Surplus; to the following account in Scotiabank:

> Bank: JP Morgan Chase Bank
> ABA or Chips Number: 021000021
> For the account of: Scotiabank of PR
> Account number: [Redacted]8975
> For additional credit of: Tourism Company – Sweep Concentration
> Account Number: [Redacted] 5144

This transfer is needed in order to cover the debt service payment corresponding to the month of MARCH of 2016, for the issuance of bonds for the Convention Center District Authority; related to fiscal year 2015-2016, which will be sent now to the Secretary of the Treasury, as per Administrative Bulleting issued by Fortaleza, No. OE-2015-046 dated November 30, 2015.

If you should have any questions relating to this matter, do not hesitate to contact with the undersigned at extension 3043.
Cordially,
[Signature]
Samuel Sierra Rivera, CPA
Chief Financial Officer

cc   Manuel Barreiro
     Ileana Ortiz



PO Box 9023900, San Juan, P.R. 00902-3960
Tel. 787.721.2400
CONFIDENTIAL                                              CCDA_STAY0004036



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

### Sonia Rivera Ayala

| | |
|---|---|
| From: | Sonia Rivera Ayala <Sonia.rivera@tourism.pr.gov> |
| Sent: | Tuesday, March 01, 2016 2:17 PM |
| To: | 'carlos.a.vizcarrondo@bgfpr.com'; ach@bgfpr.com |
| CC: | 'jorge.clivilles@bgfpr.com'; 'mildred.ayala@bgfpr.com'; Samuel Sierra Rivera; Manuel Barreiro (Manuel.Barreiro@tourism.pr.gov); Ileana Ortiz Reyes; Amilcar Torres Delgado; Orlando J. Zabala Carrasquillo; Sharlene Rodriguez Camacho; Johanna Miranda; Sheyla Oneill (Sheyla.Oneill@tourism.pr.gov) |
| Subject: | FW: Bank Transfer - CTPR |
| Attachments: | 20160301135920555.pdf; Adm. Bulletin OE-2015-046.pdf |

Good afternoon. Please go ahead with the transfer, as indicated in the letter attached. We would appreciate you send us confirmation, once it has been completed.

Thank you,

Sonia Ivette Rivera
Office Syst. Asst.
Finance

---Original Message ---

From: scanning@tourism.pr.gov [mailto:scanning@tourism.pr.gov]
Sent: Tuesday, March 01, 2016 2:59 PM
To: Sonia Rivera Ayala
Subject: Bank Transfer - CTPR

This E-mail was sent from RNPF225DA (Aficio MP 5000)

Scan Date: 03.01.2016 13:59:20 (-0500)
Queries to: scanning@tourism.pr.gov

CONFIDENTIAL                                              CCDA_STAY0004037



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.