# **EXHIBIT N**

# **(Ex. 27 to the Hughes Declaration, originally filed as ECF 13010-8)**

# EXHIBIT 27



**BGF** DEPTO.PREINTERVENCION **FUNDS TRANSFER ORDER** CONTROL. NO. | T 103541

2015 NOV -3 AM 10: 52

| Originated by (Agency Name) | | | | Date |
|---|---|---|---|---|
| Autoridad del Distrito del Centro de Convenciones de Puerto Rico | | | | 03-Nov-15 |
| Transfer to: | Accounts to be Debited | Accounts to be Credited | ABA Number | Amount |
| Compañía de Turismo<br>Room Tax-Concetration Surplus | [Redacted] 975-8<br>(IBA- Turismo) | [Redacted] 994-7<br>(IBA-ADCC) | | $ 3,033,405.69 |
| PRCCDA Series A<br>Hotel Occupancy Tax<br>Pledge Account | | | | $ 3,033,405.69 |

Special Instructions:

Pago del mes de noviembre del 2015 por $3,033,405.69 del servicio de la deuda de la emisión de bono por $468,800,000 de la Autoridad del Distrito del Centro de Convenciones de Puerto Rico, Serie A.

**Redacted**

| Prepared by: **Redacted**<br>Maria Inocencio Rodriguez | Approved by:<br>Arnaldo Maestre Pujals **Redacted** |
|---|---|

Government Development Bank for Puerto Rico is hereby authorized to make the funds transfer between the above mentioned accounts. Approved by:

_____           _____
Authorized Signature                              Authorized Signature

FOR GOVERNMENT DEVELOPMENT BANK USE ONLY

| Order Received by: | Approved by: | Entered To DDA by: |
|---|---|---|
| Date: | Date: | Date: |

NN25-0068-0590                              GDB COPY

CONFIDENTIAL                              CCDA_STAY0004147

CONFIDENTIAL

CCDA_STAY0004148

CUSTOMER ACCOUNT SUMMARIES - ACCOUNT STATEMENT
ID : 200088    001 NAME : BANCO GUBERNAMENTAL DE FOMENTO (BGF)
    Consolidated balance :    99,391,867.87  U

```
    account number ............ : [   Redacted   ]9947
    account balance ............ :           0.00
date     transaction amount     balance    value description
```

| date | transaction amount | balance | value | description |
|---|---|---|---|---|
| 100215 | 3,033,405.69- | 0.00 | 100215 | TRF BONY / PR CONVNTION C |
| 100215 | 3,033,405.69 | 3,033,405.69 | 100215 | TRF 103528 FROM [Redacted]9758 |
| 090315 | 3,033,405.69- | 0.00 | 090315 | TRF BONY/PR CONVENTION CT |
| 090215 | 3,033,405.69 | 3,033,405.69 | 090215 | TRF 103510 FROM [Redacted]9758 |
| 080415 | 3,033,405.69- | 0.00 | 080415 | TRF BONY/ PR CONVENTION C |
| 080415 | 3,033,405.69 | 3,033,405.69 | 080415 | TRF 103498 FROM [Redacted]9758 |
| 070615 | 3,033,405.69- | 0.00 | 070615 | TRF BANK NY/PR CONVENTION |
| 070615 | 3,033,405.69 | 3,033,405.69 | 070615 | TRF 103483 FROM [Redacted]9758 |
| 040715 | 3,033,841.10- | 0.00 | 040715 | TRF ADCC 468.8MM SERIE A |
| 040715 | 3,033,841.10 | 3,033,841.10 | 040615 | TRF 103419 FROM [Redacted]9758 |
| 030615 | 3,033,841.10- | 0.00 | 030615 | TRF BONY/PR CONVENTION CT |
| | | 3,033,841.10 | | Carry Forward Balance |

```
F1=Restart  F3=Exit              F12=Previous              Page : 001
                  F8=Forward    F11=Descriptions/Value dates
```



ESTADO LIBRE ASOCIADO DE
**PUERTO RICO**

DDEC·Compañía de Turismo de Puerto Rico

2 de noviembre de 2015

Jesús M. García, Vicepresidente y Director
Dept. de Financ. de Obligaciones de Rentas
Banco Gubernamental de Fomento para PR
P.O. Box 42001
San Juan, PR 00940-2001

Vía E-mail: jesus.m.garcia@bgfpr.com

**SERVICIO DE DEUDA**
**AUTORIDAD DEL DISTRITO DE CENTRO DE CONVENCIONES**

Estimado señor García:

Autorizamos debitar de la cuenta "Room Tax-Concentration Surplus" número [Redacted]975-8, la cantidad de **$3,033,405.69** a los fines de remitir el **pago correspondiente al mes de NOVIEMBRE de 2015**. Esto con el propósito de cubrir el servicio de deuda de la emisión de bonos de la Autoridad del Distrito del Centro de Convenciones, relacionado al año fiscal 2015-2016.

Agradeceré nos confirmen, vía-email (sonia.rivera@tourism.pr.gov), una vez completada la transacción. De tener alguna pregunta adicional, favor de comunicarse con el que suscribe a la extensión 3043.

Cordialmente,

**Redacted**

Samuel Sierra Rivera, CPA
Principal Oficial Financiero

c   ingrid.rivera@tourism.pr.gov
    arnaldo.maestre@bgfpr.com
    miriam.t.pascual@bgfpr.com
    maria.inocencio@bgfpr.com
    brenda.gonzalez@bgfpr.com

/sr

PO Box 9023960, San Juan, P.R. 00902-3960

Tel: 787.721.2400



COMPAÑÍA DE
TURISMO
PUERTO RICO

CONFIDENTIAL

## Inocencio, Maria  (GDB)

| | |
|---|---|
| **From:** | Inocencio, Maria  (GDB) |
| **Sent:** | Monday, November 02, 2015 2:30 PM |
| **To:** | Sonia Rivera Ayala; Garcia, Jesus (GDB); Maestre Pujals, Arnaldo (GDB); Pascual, Miriam (GDB); Gonzalez, Brenda (GDB) |
| **Cc:** | Ingrid O. Fuster; Samuel Sierra Rivera; Luis D. Muniz Martinez; Manuel Barreiro; Ileana Ortiz Reyes; Amilcar Torres Delgado; Orlando J. Zabala Carrasquillo; Sharlene Rodriguez Camacho; Johanna Miranda; Sheyla Oneill |
| **Subject:** | RE: Pago Bonos Dist. Centro Conv.  Due Nov. 2015 |

Recibido.

Gracias Sonia, por tu ayuda.


Maria Inocencio
Analista/ Interina
Financiamiento Público - Obligaciones de Rentas Banco Gubernamental de Fomento para Puerto Rico
Teléfono: (787) 722-2525 Ext. 15253
Email: Maria.Inocencio@bgfpr.com
Web: www.bgfpr.com


CONFIDENTIALITY NOTE: This electronic transmission contains information belonging to the Government Development Bank for Puerto Rico, its subsidiaries and/or affiliates, which is confidential and/or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail or telephone that this message has been inadvertently transmitted to you and delete this e-mail from your system. If you have received this transmission in error, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of the information is strictly prohibited. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful.

-----Original Message-----
From: Sonia Rivera Ayala [mailto:sonia.rivera@tourism.pr.gov]
Sent: Monday, November 02, 2015 2:27 PM
To: Garcia, Jesus (GDB); Maestre Pujals, Arnaldo (GDB); Pascual, Miriam (GDB); Inocencio, Maria (GDB); Gonzalez, Brenda (GDB)
Cc: Ingrid O. Fuster; Samuel Sierra Rivera; Luis D. Muniz Martinez; Manuel Barreiro; Ileana Ortiz Reyes; Amilcar Torres Delgado; Orlando J. Zabala Carrasquillo; Sharlene Rodriguez Camacho; Johanna Miranda; Sheyla Oneill
Subject: FW: Pago Bonos Dist. Centro Conv. Due Nov. 2015

CCDA_STAY0004150

CONFIDENTIAL

Buenos Días.  Se incluye cartá autorizando transferencia para cubrir el pago de la deuda de emisión de bonos, de la Autoridad del Distrito del Centro de Convenciones de PR.

Este pago corresponde al mes de NOVIEMBRE de 2015.

Att.,

Sonia Ivette Rivera
Administradora de Sistemas de Oficina
Oficina de Asuntos Fiscales
Co. de Turismo de Puerto Rico
Edif. Ochoa, 3er piso, Viejo San Juan
787-721-2400  ext. 3407
e-mail: sonia.rivera@tourism.pr.gov


-----Original Message-----
From: scanning@tourism.pr.gov [mailto:scanning@tourism.pr.gov]
Sent: Monday, November 02, 2015 3:15 PM
To: Sonia Rivera Ayala
Subject: Pago Bonos Dist. Centro Conv. Due Nov. 2015

This E-mail was sent from "RNPF225DA" (Aficio MP 5000).

Scan Date: 11.02.2015 14:15:08 (-0500)
Queries to: scanning@tourism.pr.gov

CCDA_STAY0004151

2

**ESTADO LIBRE ASOCIADO DE**
# PUERTO RICO

Banco Gubernamental de Fomento
para Puerto Rico

2 de noviembre de 2015

CPA Samuel Sierra
Director de Finanzas
Compañía de Turismo
Paseo la Princesa 32
San Juan, Puerto Rico  00902

Estimado CPA Sierra:

De conformidad con la Certificación del Banco Gubernamental de Fomento para Puerto Rico (BGF) del 11 de mayo de 2015, la cantidad necesaria para cubrir el servicio de los bonos Serie A por $468.8 millones del Centro de Convenciones correspondiente al año fiscal 2015-2016 asciende a $30,334,056.89. De esta cantidad, el pago correspondiente al mes de noviembre de 2015 asciende a $3,033,405.69.

Solicitamos remita el pago por $3,033,405.69 dentro de los próximos diez (10) días laborables de manera que podamos transferir esos dineros al Fideicomisario, según las leyes y los acuerdos que rigen la transacción. Ese dinero será depositado en la cuenta denominada "Hotel Occupancy Tax Pledge Account" que tiene el Banco para registrar las transacciones de recibo y transferencia de dichos fondos.

Por favor, envíe el pago mediante cheque o autorización de débito a su cuenta en el BGF con atención a los señores Hector Betancourt Nieves (Hector.BetancourtNieves@bgfpr.com), Arnaldo Maestre Pujals (arnaldo.maestre@bgfpr.com) y a las señoras Maria Inocencio (Maria.Inocencio@bgfpr.com) y Dafne Santiago Vega (dafne.santiago@bgfpr.com), en el piso 2 del Banco.

De tener alguna interrogante, puede comunicarse con el que suscribe al 787-722-2525, extensiones 15296, 15250, 15253, 15295 y 15294, respectivamente.

Atentamente

**Redacted**

Jesús M. García
Vicepresidente y Director
Financiamiento de Obligaciones de Rentas

*c: Arnaldo Maestre*
*Hector Betancourt*
*Maria Inocencio*

*Anejos*

PO Box 42001
San Juan, PR 00940-2001
Telephone (787) 722-2525



BANCO
GUBERNAMENTAL
DE FOMENTO PARA
**BGF** PUERTO RICO



# COMMONWEALTH OF
# PUERTO RICO

Government Development Bank
for Puerto Rico

May 11, 2015

Mrs. Ingrid Rivera Rocafort
Executive Director
Tourism Company
La Princesa Bldg. #2
Paseo La Princesa
Old San Juan, P.R. 00902

Dear Mrs. Rivera Rocafort:

Enclosed is the Government Development Bank for Puerto Rico (GDB) Certificate as required under the Trust Agreement dated March 24, 2006, and under Section 31A of the Occupancy Tax Act ("Tax Act"). The certificate states the amounts required to fulfill the Puerto Rico Convention Center District Authority debt service payments for the Hotel Occupancy Tax Revenue Bonds Series A, for the upcoming fiscal year and the first day of the second succeeding fiscal year.

As stated in the enclosed Certificate, and as required under the Tax Act, the Tourism Company shall transfer to GDB, on a monthly basis, an amount equal to one tenth (1/10) of the total amount necessary for payment to be deposited in a Hotel Occupancy Tax Pledge Account (account #[Redacted]994-7), which amounts to $3,033,405.69 for each of the first ten months of fiscal year 2015-2016.

The GDB Certificate is enclosed as required. These numbers were verified and confirmed by Bank of New York Mellon, Trustee.

Cordially,

**Redacted**

Jesús M. García Rivera
Vice President and Director
Revenue Obligations Financing Department

c Mrs. Melba Acosta, Esq., CPA
Mr. Samuel Sierra Rivera, CPA
Mr. Jorge Clivillés, CPA
Mr. Arnaldo Maestre
Mrs. Miriam Pascual
Mrs. Brenda González

Enclosure

PO Box 42001
San Juan, PR 00940-2001
Telephone (787) 722-2525



GOVERNMENT
DEVELOPMENT
BANK FOR
PUERTO RICO

CCDA_STAY0004153

## Government Development Bank for Puerto Rico
### PRCCDA Hotel Occupancy Tax Revenue Bonds Series A
Amount necessary to make the required debt service payments
For fiscal year 2016 and the first day of the succeeding fiscal year
Prepared on May 11, 2015

1. Principal and Interest of the Bonds:
   a. Payment of Principal and/or Interest:

| | | | |
|---|---|---|---|
| i. July 1, 2015 | $20,564,406.25 | | |
| ii. January 1, 2016 | 9,504,656.25 | | |
| iii. July 1, 2016 | 20,829,656.25 | $50,898,718.75 | |
| b. Less amount on deposit in: | | | |
| i. Bond Payment Fund | $20,564,661.86 | | |
| ii. Capitalized Interest Account | | 20,564,661.86 | $30,334,056.89 |
| 2. Authority's Obligations: | | | |
| a. Credit Facilities | | $0.00 | |
| b. Interest Rate Exchange Agreements | | 0.00 | 0.00 |
| 3. Replenish Debt Service Fund | | | 0.00 |
| 4. Expenses related to : | | | |
| a. The Issuance of the Bonds | | $0.00 | |
| b. Credit Facilities | | 0.00 | |
| c. Interest Rate Exchange Agreements | | 0.00 | 0.00 |
| Total Amount Necessary | | | $30,334,056.89 |

Amount to be received during each of the first 10 months of fiscal year   $3,033,405.69

Prepared by: __**Redacted**__
Miriam Pascual

Revised by: __**Redacted**__
Arnaldo Maestre

Authorized by: __**Redacted**__
Jesús García

Date May 11, 2015

CCDA_STAY0004154



COMMONWEALTH OF
# PUERTO RICO

Government Development Bank
for Puerto Rico

May 11, 2015

Eng. Víctor A. Suárez Meléndez
Executive Director
Convention Center District Authority
Apartado 19269
San Juan, PR 00907

Dear Eng. Suárez Meléndez:

Enclosed is the Government Development Bank for Puerto Rico (GDB) Certificate as required under the Trust Agreement dated March 24, 2006, and under Section 31A of the Occupancy Tax Act ("Tax Act"). The certificate states the amounts required to fulfill the Puerto Rico Convention Center District Authority debt service payments for the Hotel Occupancy Tax Revenue Bonds Series A, for the upcoming fiscal year and the first day of the second succeeding fiscal year.

As stated in the enclosed Certificate, and as required under the Tax Act, the Tourism Company shall transfer to GDB, on a monthly basis, an amount equal to one tenth (1/10) of the total amount necessary for payment to be deposited in a Hotel Occupancy Tax Pledge Account (account #Redacted 994-7), which amounts to $3,033,405.69 for each of the first ten months of fiscal year 2015-2016.

The GDB Certificate is enclosed as required. These numbers were verified and confirmed by Bank of New York Mellon, Trustee.

Cordially,

**Redacted**

Jesús M. García Rivera
Vice President and Director
Revenue Obligations Financing Department

c Mrs. Melba Acosta, Esq., CPA
  Mr. Santiago Rivera
  Mr. Jorge Clivillés, CPA
  Mr. Arnaldo Maestre
  Mrs. Miriam Pascual
  Mrs. Brenda González

Enclosure

PO Box 42001
San Juan, PR 00940-2001
Telephone (787) 722-2525



GOVERNMENT
DEVELOPMENT
BANK FOR
PUERTO RICO

CCDA_STAY0004155

**Government Development Bank for Puerto Rico**
PRCCDA Hotel Occupancy Tax Revenue Bonds Series A
Amount necessary to make the required debt service payments
For fiscal year 2016 and the first day of the succeeding fiscal year
Prepared on May 11, 2015

1. Principal and Interest of the Bonds:
  a. Payment of Principal and/or Interest:

| | | | |
|---|---:|---:|---:|
| i. July 1, 2015 | $20,564,406.25 | | |
| ii. January 1, 2016 | 9,504,656.25 | | |
| iii. July 1, 2016 | 20,829,656.25 | $50,898,718.75 | |
| b. Less amount on deposit in: | | | |
| i. Bond Payment Fund | $20,564,661.86 | | |
| ii. Capitalized Interest Account | | 20,564,661.86 | $30,334,056.89 |
| 2. Authority's Obligations: | | | |
| a. Credit Facilities | | $0.00 | |
| b. Interest Rate Exchange Agreements | | 0.00 | 0.00 |
| 3. Replenish Debt Service Fund | | | 0.00 |
| 4. Expenses related to : | | | |
| a. The Issuance of the Bonds | | $0.00 | |
| b. Credit Facilities | | 0.00 | |
| c. Interest Rate Exchange Agreements | | 0.00 | 0.00 |
| Total Amount Necessary | | | $30,334,056.89 |

Amount to be received during each of the first 10 months of fiscal year    **$3,033,405.69**

Prepared by: ___**Redacted**___
        Miriam Nascual

Revised by: ___**Redacted**___
        Arnaldo Maestre

Authorized by: ___**Redacted**___
        Jesús García

Date May 11, 2015



COMMONWEALTH OF
# PUERTO RICO

Government Development Bank
for Puerto Rico

May 11, 2015

Diana F. Torres, AT
The Bank of New York
101 Barclay Street - 7W
New York, NY 10286

Dear Ms. Torres:

Enclosed is the Government Development Bank for Puerto Rico (GDB) Certificate as required under the Trust Agreement dated March 24, 2006, and under Section 31A of the Occupancy Tax Act ("Tax. Act"). The certificate states the amounts required to fulfill the Puerto Rico Convention Center District Authority debt service payments for the Hotel Occupancy Tax Revenue Bonds Series A, for the upcoming fiscal year and the first day of the second succeeding fiscal year.

As stated in the enclosed Certificate, and as required under the Tax Act, the Tourism Company shall transfer to GDB, on a monthly basis, an amount equal to one tenth (1/10) of the total amount necessary for payment to be deposited in a Hotel Occupancy Tax Pledge Account (account # Redacted 994-7), which amounts to $3,033,405.69 for each of the first ten months of fiscal year 2015-2016.

The GDB Certificate is enclosed as required. These numbers were verified and confirmed by Bank of New York Mellon, Trustee.

Cordially,

**Redacted**

Jesús M. García Rivera
Vice President and Director
Revenue Obligations Financing Department

c Mrs. Melba Acosta, Esq., CPA
  Mr. Christopher Byrnes
  Mr. Jorge Clivillés, CPA
  Mr. Arnaldo Maestre
  Mrs. Miriam Pascual
  Mrs. Brenda González

Enclosure

PO Box 42001
San Juan, PR 00940-2001
Telephone (787) 722-2525



GOVERNMENT
DEVELOPMENT
BANK FOR
PUERTO RICO

CCDA_STAY0004157

<div align="center">

**Government Development Bank for Puerto Rico**
PRCCDA Hotel Occupancy Tax Revenue Bonds Series A
Amount necessary to make the required debt service payments
For fiscal year 2016 and the first day of the succeeding fiscal year
Prepared on May 11, 2015

</div>

| | | | |
|---|---|---|---|
| 1. Principal and Interest of the Bonds: | | | |
| a. Payment of Principal and/or Interest: | | | |
| i. July 1, 2015 | $20,564,406.25 | | |
| ii. January 1, 2016 | 9,504,656.25 | | |
| iii. July 1, 2016 | 20,829,656.25 | $50,898,718.75 | |
| b. Less amount on deposit in: | | | |
| i. Bond Payment Fund | $20,564,661.86 | | |
| ii. Capitalized Interest Account | | 20,564,661.86 | $30,334,056.89 |
| 2. Authority's Obligations: | | | |
| a. Credit Facilities | | $0.00 | |
| b. Interest Rate Exchange Agreements | | 0.00 | 0.00 |
| 3. Replenish Debt Service Fund | | | 0.00 |
| 4. Expenses related to: | | | |
| a. The Issuance of the Bonds | | $0.00 | |
| b. Credit Facilities | | 0.00 | |
| c. Interest Rate Exchange Agreements | | 0.00 | 0.00 |
| Total Amount Necessary | | | $30,334,056.89 |

| | |
|---|---|
| Amount to be received during each of the first 10 months of fiscal year | $3,033,405.69 |

Prepared by: _____**Redacted**_____
Miriam Pascual

Revised by: _____**Redacted**_____
Arnaldo Maestre

Authorized by: _____**Redacted**_____
Jesús García

Date May 11, 2015

CONFIDENTIAL

## Government Development Bank for Puerto Rico Certificate

I, Jesús M. García Rivera, Vice President and Revenue Obligations Financing Director of the Government Development Bank for Rico ("GDB"), a public corporation of the Commonwealth of Puerto Rico created by Act No. 17 of September 23, 1948, HEREBY CERTIFIES to the Puerto Rico Convention Center District Authority (the "Authority"), the Puerto Rico Tourism Company (the "Tourism Company") and The Bank of New York, successor in interest to JPMorgan Chase Bank, as trustee (the "Trustee") under the Trust Agreement, dated March 24, 2006 (the "Trust Agreement") between the Authority and the Trustee (all capitalized terms used but not defined herein shall have the respective meanings set forth in the Trust Agreement) the following.

This Certificate is issued in connection with the payments required for fiscal year 2015-2016 and the first day of the succeeding fiscal year.

1. The following are the total sums necessary for the Authority to make the following payments, during the upcoming fiscal year and the first day of the second succeeding fiscal year:

(a)    Payments equal to the amount set forth below (after taking into account any amounts then on deposit in the Bond Payment Fund and the Capitalized Interest Account of the Proceeds Fund available therefor) for the full and timely payment, or the amortization, of the principal and interest on the Bonds due on July 1st and January 1st of the immediately succeeding fiscal year and July 1st of the second succeeding fiscal year (including any amounts due in connection with prior payments for which there were insufficient funds):

| | |
|---|---|
| Amount necessary for Principal and Interest | $50,898,718.75 |
| Offsets due to amounts held in the Earnings Account of the Proceeds Fund (-) | |
| Offsets due to amounts held in the Bond Payment Fund (-) | 20,564,661.86 |
| Offsets due to Capitalized Interest in the Proceeds Fund (-) | |
| Shortfalls due to Hotel Occupancy Tax Funds used pursuant to the provisions of Section 8 Article VI of the Constitution (+) | |
| Other shortfalls from prior years(+) | |
| Total Amount due (the "Total Amount") | $30,334,056.89 |

Redacted

DM3\339975.5

CCDA_STAY0004159

The Total Amount will be paid in monthly installments as set forth below:[*]

| July | $3,033,405.69 |
| August | $3,033,405.69 |
| September | $3,033,405.69 |
| October | $3,033,405.69 |
| November | $3,033,405.69 |
| December | $3,033,405.69 |
| January | $3,033,405.69 |
| February | $3,033,405.69 |
| March | $3,033,405.69 |
| April | $3,033,405.69 |
| May | N/A |
| June | N/A |

(b) Full and timely payment of the obligations of the Authority under any Credit Facilities or any Interest Rate Exchange Agreements, which in the future may be entered into by the Authority with the prior written authorization of the Tourism Company;[*]

| July | N/A |
| August | N/A |
| September | N/A |
| October | N/A |

---

[*] All amounts set forth in paragraph 1 will be adjusted upward to take into account any shortfalls occurring during the Fiscal Year. This may include payments in May and June of such Fiscal Year together with future Fiscal Years

Redacted

UM\3339975.5

2

CCDA_STAY0004160

| | |
|---|---|
| November | N/A |
| December | N/A |
| January | N/A |
| February | N/A |
| March | N/A |
| April | N/A |
| May | N/A |
| June | N/A |

(e)  The deposits required to replenish the Debt Service Reserve Fund established under the Trust Agreement;[*] and

| | |
|---|---|
| July | N/A |
| August | N/A |
| September | N/A |
| October | N/A |
| November | N/A |
| December | N/A |
| January | N/A |
| February | N/A |
| March | N/A |
| April | N/A |
| May | N/A |
| June | N/A |

---

Redacted

DM3\039975,5

3

CONFIDENTIAL

CCDA_STAY0004161

(d) Any other expenses incurred in connection with (i) the issuance of the Bonds, or (ii) with any Credit Facilities or Interest Rate Exchange Agreements.[*]

| | |
|---|---|
| July | N/A |
| August | N/A |
| September | N/A |
| October | N/A |
| November | N/A |
| December | N/A |
| January | N/A |
| February | N/A |
| March | N/A |
| April | N/A |
| May | N/A |
| June | N/A |

2. The total amount due for all amounts set forth in paragraph 1 is $30,334,056.89.

3. Amounts set forth in paragraph 1 are in accordance with the provisions set forth in the Trust Agreement and the Assignment and Coordination Agreement, dated as of March 24, 2006, by and between the Tourism Company and GDB.

4. GDB will deposit all required Hotel Occupancy Tax Funds as set forth in this Certificate in accordance with the Pledge Agreement.

5. The Trustee will deposit into the Bond Payment Fund promptly upon receipt but in no event later than the third Business Day after receipt thereof, beginning on the first month of the next succeeding Fiscal Year, an amount sufficient, together (in the case of interest only) with any capitalized interest and accrued interest as set forth in the Proceeds Fund, to pay the amount of interest and principal

---

[*] All amounts set forth in paragraph 1 will be adjusted upward to take into account any shortfalls occurring during the Fiscal Year. This may include payments in May and June of such Fiscal Year together with future Fiscal Years

Redacted

DM3\3359975.5

4

payable for the year in the amounts set forth below (such annual deposit being first satisfied with respect to interest on the Bonds and then with respect to principal on the Bonds):

|  | Principal | Interest |
|---|---|---|
| July | N/A | |
| August | N/A | |
| September | N/A | |
| October | N/A | |
| November | N/A | |
| December | N/A | |
| January | N/A | |
| February | N/A | |
| March | N/A | |
| April | N/A | |
| May | N/A | |
| June | N/A | |

**IN WITNESS WHEREOF,** the undersigned has hereunto set his official signature and the corporate seal of Government Development Bank for Puerto Rico this May 11, 2015.

GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO

**Redacted**

By:_____

5

DM3\939975.5



**GDB**

DEPTO. PREINTERVENCION

Government Development Bank for Puerto Rico
San Juan, Puerto Rico
ORDER TO TRANSFER

2015 NOV -3 AM 10: 52

Control Number:  MCCP  4766

| Origination Unit: ☐ Pre-Audit | ☒ Financing Area | ☐ DDA | ☐ Operations ☒ Other-Unit | ☐ Treasury |
|---|---|---|---|---|
| ☐ Subsidiaries | Affiliates | | | Capital Markets |

| Verified by: **Redacted** Maria Inocencio Rodriguez | Date: 11/03//2015 | Date of Transfer: | Amount: |
|---|---|---|---|
| Approved By: **Redacted** **Redacted** Arnaldo Maestre Pillals / Jesús Garcia **Redacted** | Date: 11/03//2015. | 11/03/2015 | $ 3,033,405.69 |

| Transfer to: The Bank of New York Mellon Ref: Diana Torres / Christopher Byrnes Phone Numbers 212-815-6955 / 212-815-5541 | ABA or Chips Number: 021000018 |
|---|---|
| Account name: P.R. Convention Center | Account Number: Further Credit a/c [Redacted] 8400 - PR Convention Center PRCCDA Bond Payment Fund |

| For Further Credit to: | | | |
|---|---|---|---|
| Authorized by: | Date: | Authorized by: | Date |

Message or Special Instructions:

PR Convention Center Authorize $468.8MM, Series A (2006) Bonds (Commonwealth Appropriation Bonds), corresponding to fiscal 2015 -2016

| | | For Investment Operations Division Purposes Only | |
|---|---|---|---|
| Precode | Security ID | Entered by | Approved by |
| | | Date | Date |

| For Accounting Department Clearing Division Purposes Only | |
|---|---|

☒ GL / ☐ IBA Account Number to Be Debited    IBA [Redacted] 994-7

DEPTO.PRESVPER.EXDOM

2015 NOV -3 AM 10: 52

CONFIDENTIAL

CCDA_STAY0004165

# CERTIFIED TRANSLATION

CERTIFIED TRANSLATION

**BGF**

DEPTO.PREINTERVENCION

**FUNDS TRANSFER ORDER**

CONTROL NO.    T  103541

2015 NOV -3  AM 10: 52

| Originated by (Agency Name) | | | | Date |
|---|---|---|---|---|
| Autoridad del Distrito del Centro de Convenciones de Puerto Rico | | | | 03-Nov-15 |

| Transferred | Accounts to be Debited | Accounts to be Credited | ABA Number | Amount |
|---|---|---|---|---|
| Compañia de Turismo Room Tax Concetration Surplus | Redacted 875-8 (Isse Turismo) | Redacted 194-7 (IBA-ADCC) | | $  3,033,405.69 |
| PRCCDA Series A Hotel Occupancy Tax Pledge Account | | | | $  3,033,405.69 |

Special Instructions:

Pago del mes de noviembre del 2015 por $3,033,405.69 del servicio de la deuda de la emisión de bono por $468,800,000 de la Autoridad del Distrito del Centro de Convenciones de Puerto Rico, Serie A.

November 2015 debt service payment in the amount of $3,033,405.69 of the $468,800,000 Puerto Rico Convention Center District Authority, Series A bond issue.

Prepared by: **Redacted**
Maria Inocencio Rodriguez

Approved by: Redacted **Redacted**
Arnaldo Maestre Pujals

Government Development Bank for Puerto Rico is hereby authorized to make the funds transfer between the above mentioned accounts. Approved by:

_____
Authorized Signature

_____
Authorized Signature

FOR GOVERNMENT DEVELOPMENT BANK USE ONLY

| Order Received by: | Approved by: | Entered To DDA by: |
|---|---|---|
| | Date: | Date: |

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

CONFIDENTIAL

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate
translation, to the best of my abilities, of the document in Spanish which I have seen.

CCDA_STAY0004148

```
CUSTOMER ACCOUNT SUMMARIES - ACCOUNT STATEMENT           as of : 11 02 2015
  ID : 200088    001 NAME : BANCO GUBERNAMENTAL DE FOMENTO (BGF)
     Consolidated balance :      99,391,867.87  U
-----------------------------------------------------------------
     account number .............. : [      Redacted        ]9947
     account balance .............. :           0.00
date       transaction amount       balance   value  description
-----------------------------------------------------------------
100215     3,033,405.69-                 0.00 100215 TRF BONY / PR CONVNTION C
100215     3,033,405.69         3,033,405.69 100215 TRF 103528 FROM [Redacted]9758
090315     3,033,405.69-                0.00 090315 TRF BONY/PR CONVENTION CT
090215     3,033,405.69         3,033,405.69 090215 TRF 103510 FROM [Redacted]9758
080415     3,033,405.69-                0.00 080415 TRF BONY/ PR CONVENTION C
080415     3,033,405.69         3,033,405.69 080415 TRF 103498 FROM [Redacted]9758
070615     3,033,405.69-                0.00 070615 TRF BANK NY/PR CONVENTION
070615     3,033,405.69         3,033,405.69 070615 TRF 103483 FROM [Redacted]9758
040715     3,033,841.10-                0.00 040715 TRF ADCC 468.8MM SERIE A
040715     3,033,841.10         3,033,841.10 040615 TRF 103419 FROM [Redacted]9758
030615     3,033,841.10-                0.00 030615 TRF BONY/PR CONVENTION CT
                                3,033,841.10        Carry Forward Balance
-----------------------------------------------------------------
   F1=Restart  F3=Exit              F12=Previous           Page :  001
                         F8=Forward  F11=Descriptions/Value dates
```

CERTIFIED TRANSLATION

[*Letterhead*: Commonwealth of Puerto Rico
DEDC Puerto Rico Tourism Company]

November 2, 2015
Jesus M. García, Vice President and Director
Revenue Obligations Financing Department
Government Development Bank for PR
P. O. Box 42001
San Juan, PR 00940-2001

Via email: jesus.m.garcia@bgfpr.com

DEBT SERVICE
CONVENTION CENTER DISTRICT AUTHORITY

Dear Mr. García:

We hereby authorize you to debit from the Room Tax-Concentration Surplus account number [Redacted] 975-8, the amount of **$3,033,405.69** in order to remit the **payment corresponding to the month of NOVEMBER 2015.** This is for the purpose of fulfilling the debt service payment of the Convention Center District Authority bond issue, related to underline fiscal year 2015-2016.

**I would appreciate if you could confirm receipt, via email at (sonia.rivera@tourism.pr.gov), once the transaction is completed**. Should you have any additional questions, please contact the undersigned at extension 3043.

Cordially,

[illegible signature]
Samuel Sierra-Rivera, CPA
Chief Financial Officer

c:   ingrid.rivera@tourism.pr.gov
     arnaldo.maestre@bgfpr.com
     miriam.t.pascual@bgfpr.com
     maria.inocencio@bgfpr.com
     brenda.gonzalez@bgfpr.com

/slt

PO Box 9023960, San Juan, P.R. 00902-3960                [*Logo*: Puerto Rico Tourism Company]
Phone. 787.721.2400

CONFIDENTIAL                                                              CCDA_STAY0004149

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

## Inocencio, Maria (GDB)

| | |
|---|---|
| **From:** | Inocencio, Maria (GDB) |
| **Sent:** | Monday, November 02, 2015 2:30 PM |
| **To:** | Sonia Rivera Ayala; Garcia, Jesus (GDB); Maestre Pujals, Arnaldo (GDB); Pascual, Miriam (GDB); González, Brenda (GDB) |
| **Cc:** | Ingrid O. Fuster, Samuel Sierra Rivera; Luis D. Muniz Martinez; Manuel Barreiro; Ileana Ortiz Reyes; Amilcar Torres Delgado; Orlando J. Zabala Carrasquillo; Sharlene Rodriguez Camacho; Johanna Miranda; Sheyla Oneill |
| **Subject:** | RE: Payment of Convention Center District Bonds Due Nov. 2015 |

Received.

Thank you, Sonia for your help.

Maria Inocencio
Analyst/Acting
Public Financing – Revenue Obligations Government Development Bank
Phone: (787) 722-2525 Ext. 15253
Email: Maria.Inocencio@bgfpr.com
Web: www.bgfpr.com

**Translator's note**

**This portion of the original text was already written in English**

CONFIDENTIAL

CCDA_STAY0004150

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Good morning: Enclosed is the letter authorizing transfer to cover the debt service payment of the Puerto Rico Convention Center District Authority bond issue.

This is the payment corresponding to the month of NOVEMBER 2015.

Sincerely,

Sonia Ivette Rivera
Office Systems Administrator
Fiscal Affairs Office
Puerto Rico Tourism Company
Ochoa Building, 3rd floor, Old San Juan
787-721-2400 ext. 3407
Email: sonia.rivera@tourism.pr.gov

----Original Message----
From: scanning@tourism.pr.gov [mailto:scanning@tourism.pr.gov]
Sent: Monday, November 02, 2015 3:15 PM
To: Sonia Rivera Ayala
Subject: Payment of Convention Center District Bonds Due Nov. 2015

This Email was sent from "RNPF225DA" (Aficio MP 5000).

Scan Date:11.02.2015 14:15:08 (-0500)
Queries to: scanning@tourism.pr.gov

CONFIDENTIAL                                                    CCDA_STAY0004151



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[Letterhead:   COMMONWEALTH OF
PUERTO RICO
Government Development Bank
for Puerto Rico]

November 2, 2015

CPA Samuel Sierra
Director of Finance
Tourism Company
Paseo la Princesa 32
San Juan, Puerto Rico 00902

Dear CPA Sierra:

According to the Government Development Bank for Puerto Rico (GDB) Certification dated May 11, 2015, the amount required to make the debt service payment of the $468.8 MM Convention Center, Series A Bonds corresponding to fiscal year 2015-2016 amounts to $30,334,056.89. Of said amount, the payment corresponding to the month of November 2015 amounts to $3,033,405.69

You are required to remit the $3,033,405.69 payment within the next ten (10) business days, so that we may transfer said monies to the Trustee, in accordance with the laws and agreements that govern the transaction. This money will be deposited in account denominated "Hotel Occupancy Tax Pledge Account" held by the Bank to record transactions involving the receipt and transfer of said funds.

Please, send the payment by check or authorization to debit from your GDB account addressed to Mr. Héctor Betancourt-Nieves   (Hector.BetancourtNieves@bgfpr.com)   Mr.   Arnaldo   Maestre-Pujals (arnaldo.maestre@bgfpr.com) and Mrs. Maria Inocencio (maria.inocencio@bgfpr.com) and Mrs. Dafne Santiago-Vega (dafne.santiago@bgfpr.com), at 2nd Floor of the Bank.

If you have any question, you may contact the undersigned at 787-722-2525, extensions 15296, 15250, 15253, 15295 and 15294, respectively.

Sincerely,

[*Illegible Signature*]
Jesús M. García
Vice President and Director
Revenue Obligations Financing Department

c: *Arnaldo Maestre*
   *Héctor Betancourt*
   *Maria Inocencio*

*Attachments*

PO Box 42001
San Juan, P.R. 00940-2001                    [*Logo*: Government Development Bank for Puerto Rico]
Telephone. 787.722.25250

CONFIDENTIAL                                                          CCDA_STAY0004152


I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



COMMONWEALTH OF
**PUERTO RICO**

Government Development Bank
for Puerto Rico

May 11, 2015

Mrs. Ingrid Rivera Rocafort
Executive Director
Tourism Company
La Princesa Bldg. #2
Paseo La Princesa
Old San Juan, P.R. 00902

Dear Mrs. Rivera Rocafort:

Enclosed is the Government Development Bank for Puerto Rico (GDB) Certificate as required under the Trust Agreement dated March 24, 2006, and under Section 31A of the Occupancy Tax Act ("Tax Act"). The certificate states the amounts required to fulfill the Puerto Rico Convention Center District Authority debt service payments for the Hotel Occupancy Tax Revenue Bonds Series A, for the upcoming fiscal year and the first day of the second succeeding fiscal year.

As stated in the enclosed Certificate, and as required under the Tax Act, the Tourism Company shall transfer to GDB, on a monthly basis, an amount equal to one tenth (1/10) of the total amount necessary for payment to be deposited in a Hotel Occupancy Tax Pledge Account (account #▓▓▓▓▓994-7), which amounts to $3,033,405.69 for each of the first ten months of fiscal year 2015-2016.

The GDB Certificate is enclosed as required. These numbers were verified and confirmed by Bank of New York Mellon, Trustee.

Cordially,

**Redacted**

Jesús M. García Rivera
Vice President and Director
Revenue Obligations Financing Department

c  Mrs. Melba Acosta, Esq., CPA
   Mr. Samuel Sierra Rivera, CPA
   Mr. Jorge Clivillés, CPA
   Mr. Arnaldo Maestre
   Mrs. Miriam Pascual
   Mrs. Brenda González

Enclosure

PO Box 42001
San Juan, PR 00940-2001
Telephone (787) 722-2525



GOVERNMENT
DEVELOPMENT
BANK FOR
PUERTO RICO

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



### Government Development Bank for Puerto Rico
PRCCDA Hotel Occupancy Tax Revenue Bonds Series A
Amount necessary to make the required debt service payments
For fiscal year 2016 and the first day of the succeeding fiscal year
Prepared on May 11, 2015

1. Principal and Interest of the Bonds:
   a. Payment of Principal and/or Interest:

| | | | |
|---|---|---|---|
| i. July 1, 2015 | $20,564,406.25 | | |
| ii. January 1, 2016 | 9,504,656.25 | | |
| iii. July 1, 2016 | 20,829,656.25 | $50,898,718.75 | |
| b. Less amount on deposit in: | | | |
| i. Bond Payment Fund | $20,564,661.86 | | |
| ii. Capitalized Interest Account | | 20,564,661.86 | $30,334,056.89 |
| 2. Authority's Obligations: | | | |
| a. Credit Facilities | | $0.00 | |
| b. Interest Rate Exchange Agreements | | 0.00 | 0.00 |
| 3. Replenish Debt Service Fund | | | 0.00 |
| 4. Expenses related to : | | | |
| a. The Issuance of the Bonds | | $0.00 | |
| b. Credit Facilities | | 0.00 | |
| c. Interest Rate Exchange Agreements | | 0.00 | 0.00 |
| Total Amount Necessary | | | $30,334,056.89 |

| | |
|---|---|
| Amount to be received during each of the first 10 months of fiscal year | $3,033,405.66 |

Prepared by: Redacted
Miriam Pascual

Revised by: Redacted
Arnaldo Musing

Authorized by: Redacted
Jesús García

Date May 11, 2015

CONFIDENTIAL
CCDA_STAY0004154

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



COMMONWEALTH OF
PUERTO RICO
Government Development Bank
for Puerto Rico

May 11, 2015

Eng. Víctor A. Suárez Meléndez
Executive Director
Convention Center District Authority
Apartado 19269
San Juan, PR 00907

Dear Eng. Suárez Meléndez:

Enclosed is the Government Development Bank for Puerto Rico (GDB) Certificate as required under the Trust Agreement dated March 24, 2006, and under Section 31A of the Occupancy Tax Act ("Tax Act"). The certificate states the amounts required to fulfill the Puerto Rico Convention Center District Authority debt service payments for the Hotel Occupancy Tax Revenue Bonds Series A, for the upcoming fiscal year and the first day of the second succeeding fiscal year.

As stated in the enclosed Certificate, and as required under the Tax Act, the Tourism Company shall transfer to GDB, on a monthly basis, an amount equal to one tenth (1/10) of the total amount necessary for payment to be deposited in a Hotel Occupancy Tax Pledge Account (account #[Redacted]94-7), which amounts to $3,033,405.69 for each of the first ten months of fiscal year 2015-2016.

The GDB Certificate is enclosed as required. These numbers were verified and confirmed by Bank of New York Mellon, Trustee.

Cordially,

Redacted

Jesús M. García Rivera
Vice President and Director
Revenue Obligations Financing Department

c  Mrs. Melba Acosta, Esq., CPA
   Mr. Santiago Rivera
   Mr. Jorge Clivillés, CPA
   Mr. Arnaldo Maestre
   Mrs. Miriam Pascual
   Mrs. Brenda González

Enclosure

PO Box 42001
San Juan, PR 00940-2001
Telephone (787) 722-2525



GOVERNMENT
DEVELOPMENT
BANK FOR
GDB  PUERTO RICO

  CCDA_STAY0004155



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

## Government Development Bank for Puerto Rico
PRCCDA Hotel Occupancy Tax Revenue Bonds Series A
Amount necessary to make the required debt service payments
For fiscal year 2016 and the first day of the succeeding fiscal year
Prepared on May 11, 2015

1. Principal and Interest of the Bonds:
   a. Payment of Principal and/or Interest:

| | | | |
|---|---|---|---|
| i. July 1, 2015 | $20,564,406.25 | | |
| ii. January 1, 2016 | 9,504,656.25 | | |
| iii. July 1, 2016 | 20,829,696.25 | $50,898,718.75 | |
| b. Less amount on deposit in: | | | |
| i. Bond Payment Fund | $20,564,661.86 | | |
| ii. Capitalized Interest Account | | 20,564,661.86 | $30,334,056.89 |
| 2. Authority's Obligations: | | | |
| a. Credit Facilities | | $0.00 | |
| b. Interest Rate Exchange Agreements | | 0.00 | 0.00 |
| 3. Replenish Debt Service Fund | | | 0.00 |
| 4. Expenses related to : | | | |
| a. The Issuance of the Bonds | | $0.00 | |
| b. Credit Facilities | | 0.00 | |
| c. Interest Rate Exchange Agreements | | 0.00 | 0.00 |
| Total Amount Necessary | | | $30,334,056.89 |

| | |
|---|---|
| Amount to be received during each of the first 10 months of fiscal year | $3,033,405.69 |

Prepared by: _____ **Redacted**
Midam Rascual

Revised by: _____ **Redacted**
Aracelio Masato

Authorized by: _____ **Redacted**
Jesús García

Date May 11, 2015

CONFIDENTIAL

CCDA_STAY0004156


I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



COMMONWEALTH OF
**PUERTO RICO**
Government Development Bank
for Puerto Rico

May 11, 2015

Diana F. Torres, AT
The Bank of New York
101 Barclay Street - 7W
New York, NY 10286

Dear Ms. Torres:

Enclosed is the Government Development Bank for Puerto Rico (GDB) Certificate as required under the Trust Agreement dated March 24, 2006, and under Section 31 A of the Occupancy Tax Act ("Tax Act"). The certificate states the amounts required to fulfill the Puerto Rico Convention Center District Authority debt service payments for the Hotel Occupancy Tax Revenue Bonds Series A, for the upcoming fiscal year and the first day of the second succeeding fiscal year.

As stated in the enclosed Certificate, and as required under the Tax Act, the Tourism Company shall transfer to GDB, on a monthly basis, an amount equal to one tenth (1/10) of the total amount necessary for payment to be deposited in a Hotel Occupancy Tax Pledge Account (account # [Redacted] 994-7), which amounts to $3,033,405.69 for each of the first ten months of fiscal year 2015-2016.

The GDB Certificate is enclosed as required. These numbers were verified and confirmed by Bank of New York Mellon, Trustee.

Cordially,

**Redacted**

Jesús M. García Rivera
Vice President and Director
Revenue Obligations Financing Department

c  Mrs. Melba Acosta, Esq., CPA
   Mr. Christopher Byrnes
   Mr. Jorge Clivillés, CPA
   Mr. Arnaldo Maestre
   Mrs. Miriam Pascual
   Mrs. Brenda González

Enclosure

PO Box 42001
San Juan, PR 00940-2001
Telephone (787) 722-2525



GOVERNMENT
DEVELOPMENT
BANK FOR
**GDB** PUERTO RICO

CCDA_STAY0004157

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Government Development Bank for Puerto Rico
PRCCDA Hotel Occupancy Tax Revenue Bonds Series A
Amount necessary to make the required debt service payments
For fiscal year 2016 and the first day of the succeeding fiscal year
Prepared on May 11, 2015

1. Principal and Interest of the Bonds:
   a. Payment of Principal and/or Interest:
      i. July 1, 2015                            $20,564,406.25
      ii. January 1, 2016                         9,504,656.25
      iii. July 1, 2016                          20,829,656.25    $50,898,718.75
   b. Less amount on deposit in:
      i. Bond Payment Fund                       $20,564,661.86
      ii. Capitalized Interest Account                           20,564,661.86    $30,334,056.89
2. Authority's Obligations:
   a. Credit Facilities                                             $0.00
   b. Interest Rate Exchange Agreements                              0.00             0.00
3. Replenish Debt Service Fund                                                       0.00
4. Expenses related to :
   a. The Issuance of the Bonds                                     $0.00
   b. Credit Facilities                                             0.00
   c. Interest Rate Exchange Agreements                             0.00             0.00

   Total Amount Necessary                                                         $30,334,056.89


Amount to be received during each of the first 10 months of fiscal year            $3,033,405.69

Prepared by: **Redacted**
            Milton Pascual

Revised by: **Redacted**
            Arnaldo Silvestri

Authorized by: **Redacted**
            Jesús García

Date May 11, 2015


I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

## Government Development Bank for Puerto Rico Certificate

I, Jesús M. García Rivera, Vice President and Revenue Obligations Financing Director of the Government Development Bank for Rico ("GDB"), a public corporation of the Commonwealth of Puerto Rico created by Act No. 17 of September 23, 1948, HEREBY CERTIFIES to the Puerto Rico Convention Center District Authority (the "Authority"), the Puerto Rico Tourism Company (the "Tourism Company") and The Bank of New York, successor in interest to JPMorgan Chase Bank, as trustee (the "Trustee") under the Trust Agreement, dated March 24, 2006 (the "Trust Agreement") between the Authority and the Trustee (all capitalized terms used but not defined herein shall have the respective meanings set forth in the Trust Agreement) the following.

This Certificate is issued in connection with the payments required for fiscal year 2015-2016 and the first day of the succeeding fiscal year.

1. The following are the total sums necessary for the Authority to make the following payments, during the upcoming fiscal year and the first day of the second succeeding fiscal year:

(a) Payments equal to the amount set forth below (after taking into account any amounts then on deposit in the Bond Payment Fund and the Capitalized Interest Account of the Proceeds Fund available therefor) for the full and timely payment, or the amortization, of the principal and interest on the Bonds due on July 1st and January 1st of the immediately succeeding fiscal year and July 1st of the second succeeding fiscal year (including any amounts due in connection with prior payments for which there were insufficient funds):

| | |
|---|---|
| Amount necessary for Principal and Interest | $50,898,718.75 |
| Offsets due to amounts held in the Earnings Account of the Proceeds Fund (-) | |
| Offsets due to amounts held in the Bond Payment Fund (-) | 20,564,661.86 |
| Offsets due to Capitalized Interest in the Proceeds Fund (-) | |
| Shortfalls due to Hotel Occupancy Tax Funds used pursuant to the provisions of Section 8 Article VI of the Constitution (+) | |
| Other shortfalls from prior years (+) | |
| Total Amount due (the "Total Amount") | $30,334,056.89 |

Redacted

BM33209311


I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

The Total Amount will be paid in monthly installments as set forth below:*

| | |
|---|---|
| July | $3,033,405.69 |
| August | $3,033,405.69 |
| September | $3,033,405.69 |
| October | $3,033,405.69 |
| November | $3,033,405.69 |
| December | $3,033,405.69 |
| January | $3,033,405.69 |
| February | $3,033,405.69 |
| March | $3,033,405.69 |
| April | $3,033,405.69 |
| May | N/A |
| June | N/A |

(b) Full and timely payment of the obligations of the Authority under any Credit Facilities or any Interest Rate Exchange Agreements, which in the future may be entered into by the Authority with the prior written authorization of the Tourism Company;*

| | |
|---|---|
| July | N/A |
| August | N/A |
| September | N/A |
| October | N/A |

---

*All amounts set forth in paragraph 1 will be adjusted upward to take into account any shortfalls occurring during the Fiscal Year. This may include payments in May and June of such Fiscal Year together with future Fiscal Years.

Redacted

TIS-033369715

2


I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

| | |
|---|---|
| November | N/A |
| December | N/A |
| January | N/A |
| February | N/A |
| March | N/A |
| April | N/A |
| May | N/A |
| June | N/A |

(o)  The deposits required to replenish the Debt Service Reserve Fund established under the Trust Agreement;* and

| | |
|---|---|
| July | N/A |
| August | N/A |
| September | N/A |
| October | N/A |
| November | N/A |
| December | N/A |
| January | N/A |
| February | N/A |
| March | N/A |
| April | N/A |
| May | N/A |
| June | N/A |

Redacted

DM00099191.1

3

CONFIDENTIAL

CCDA_STAY0004161

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

(d) Any other expenses incurred in connection with (i) the issuance of the Bonds, or (ii) with any Credit Facilities or Interest Rate Exchange Agreements.*

| | |
|---|---|
| July | N/A |
| August | N/A |
| September | N/A |
| October | N/A |
| November | N/A |
| December | N/A |
| January | N/A |
| February | N/A |
| March | N/A |
| April | N/A |
| May | N/A |
| June | N/A |

2. The total amount due for all amounts set forth in paragraph 1 is $30,334,056.89.

3. Amounts set forth in paragraph 1 are in accordance with the provisions set forth in the Trust Agreement and the Assignment and Coordination Agreement, dated as of March 24, 2006, by and between the Tourism Company and GDB.

4. GDB will deposit all required Hotel Occupancy Tax Funds as set forth in this Certificate in accordance with the Pledge Agreement.

5. The Trustee will deposit into the Bond Payment Fund promptly upon receipt but in no event later than the third Business Day after receipt thereof, beginning on the first month of the next succeeding Fiscal Year, an amount sufficient (in the case of interest only) with any capitalized interest and accrued interest as set forth in the Proceeds Fund, to pay the amount of interest and principal

---

* All amounts set forth in paragraph 1 will be adjusted upward to take into account any shortfalls occurring during the Fiscal Year. This may include payments in May and June of such Fiscal Year together with future Fiscal Years

Redacted

5

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

payable for the year in the amounts set forth below (such annual deposit being first satisfied with respect
to interest on the Bonds and then with respect to principal on the Bonds):

| | Principal | Interest |
|---|---|---|
| July | N/A | |
| August | N/A | |
| September | N/A | |
| October | N/A | |
| November | N/A | |
| December | N/A | |
| January | N/A | |
| February | N/A | |
| March | N/A | |
| April | N/A | |
| May | N/A | |
| June | N/A | |

IN WITNESS WHEREOF, the undersigned has hereunto set his official signature and the
corporate seal of Government Development Bank for Puerto Rico this May 11, 2015.

GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO

Redacted

By: _____

5

1843I8I9975.3

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate
translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

**GDB**

DEPTO PRENTERVENCION

2015 NOV -3 AM 10: 52

Government Development Bank for Puerto Rico
San Juan, Puerto Rico
ORDER TO TRANSFER

Control Number:   MCCB  4766

| Origination Unit:  ☐ Pre-Audit  ☒ Financing Area  ☐ DDA | ☐ Operations  ☐ Treasury |
| ☐ Subsidiaries | ☒ Other-Unit  Capital Markets |
| ☐ Affiliates | |

| Verified by:  **Redacted** | Date: 11/03/2015 | Date of Transfer: | Amount: |
| Maria Inocencia ~~Redacted~~  **Redacted** | | | |
| Approved By: | Date: 11/03/2015 | 11/03/2015 | $ 3,033,405.69 |
| Arnaldo Maestre ~~Redacted~~ Jesús García  **Redacted** | | | |

| Transfer to: | ABA or Chips Number: |
| The Bank of New York Mellon | 021000018 |
| Ref: Diana Torres / Christopher Byrnes | |
| Phone Numbers  212-815-6955 / 212-815-5541 | |
| Account name: | Account Number:  Further Credit a/c **Redacted** 3400 - PR |
| P.R. Convention Center | Convention Center PRCCDA Bond Payment Fund |

| For Further Credit to: | | |

| Authorized by: | Date | Authorized by: | Date |

Message or Special Instructions:

PR Convention Center Authorize $468.8MM, Series A (2006) Bonds (Commonwealth Appropriation Bonds), corresponding to fiscal 2015 -2016

| For Investment Operations Division Purposes Only | | |
| Precode | Security ID | Entered by | Approved by |
| | | Date | Date |

For Accounting Department Clearing Division Purposes Only

☒ GL /  ☐ IBA Account Number to Be Debited   IBA **Redacted** 94-7

CONFIDENTIAL

CCDA_STAY0004164

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.