# EXHIBIT Q

# (Ex. 30 to the Hughes Declaration, originally filed as ECF 13010-11)

# <u>EXHIBIT 30</u>



ESTADO LIBRE ASOCIADO DE
PUERTO RICO

DDEC·Compañía de Turismo de Puerto Rico

1 de octubre de 2015

Jesús M. García, Vicepresidente y Director
Dept. de Financ. de Obligaciones de Rentas
Banco Gubernamental de Fomento para PR
P.O. Box 42001
San Juan, PR 00940-2001

Vía E-mail: jesus.m.garcia@bgfpr.com

**SERVICIO DE DEUDA**
**AUTORIDAD DEL DISTRITO DE CENTRO DE CONVENCIONES**

Estimado señor García:

Autorizamos debitar de la cuenta "Room Tax-Concentration Surplus" número [Redacted]975-8, la cantidad de **$3,033,405.69** a los fines de remitir el **pago correspondiente al mes de octubre de 2015**. Esto con el propósito de cubrir el servicio de deuda de la emisión de bonos de la Autoridad del Distrito del Centro de Convenciones, relacionado al <u>año fiscal 2015-2016</u>.

<u>Agradeceré nos confirmen, vía-email (sonia.rivera@tourism.pr.gov), una vez completada la transacción.</u> De tener alguna pregunta adicional, favor de comunicarse con el que suscribe a la extensión 3043.

Atentamente,

**Redacted**

Samuel Sierra Rivera, CPA
Principal Oficial Financiero

c   ingrid.rivera@tourism.pr.gov
    arnaldo.maestre@bgfpr.com
    miriam.t.pascual@bgfpr.com
    maria.inocencio@bgfpr.com
    brenda.gonzalez@bgfpr.com

/sir

PO Box 9023960, San Juan, P.R. 00902-3960

Tel: 787.721.2400



CONFIDENTIAL    CCDA_STAY0004188



ESTADO LIBRE ASOCIADO DE
**PUERTO RICO**
Banco Gubernamental de Fomento
para Puerto Rico

**BGF**

1 de octubre de 2015

CPA Samuel Sierra
Director de Finanzas
Compañía de Turismo
Paseo la Princesa 32
San Juan, Puerto Rico 00902

Estimado CPA Sierra:

De conformidad con la Certificación del Banco Gubernamental de Fomento para Puerto Rico
(BGF) del 11 de mayo de 2015, la cantidad necesaria para cubrir el servicio de los bonos Serie A
por $468.8 millones del Centro de Convenciones correspondiente al año fiscal 2015-2016 asciende
a $30,334,056.89. De esta cantidad, el pago correspondiente al mes de octubre de 2015 asciende a
$3,033,405.69.

Solicitamos remita el pago por $3,033,405.69 dentro de los próximos diez (10) días laborales de
manera que podamos transferir esos dineros al Fideicomisario según las leyes y los acuerdos que
rigen la transacción. Ese dinero será depositado en la cuenta denominada "Hotel Occupancy Tax
Pledge Account" que tiene el Banco para registrar las transacciones de recibo y transferencia de
dichos fondos.

Por favor envíe el pago mediante cheque o autorización de débito a su cuenta en el BGF, con
atención a los señores Hector Betancourt Nieves (email:Hector.BetancourtNieves@bgfpr.com)
Arnaldo Maestre Pujals (e-mail: arnaldo.maestre@bgfpr.com) y señoras Maria Inocencio (e-mail
Maria.Inocencio@bgfpr.com ) y Dafne Santiago Vega (e-mail: dafne.santiago@bgfpr.com), piso 2
del Banco. De tener alguna interrogante, puede comunicarse con el que suscribe a los teléfonos,
722-2525, extensiones 15296, 15250, 15253, 15295 y 15294, respectivamente.

Atentamente,

**Redacted**

Jesus M. Garcia
Vicepresidente y Director
Financiamiento de Obligaciones de Rentas

c: Arnaldo Maestre
   Hector Betancourt
   Maria Inocencio
   Anejos

 

1 de octubre de 2015

CPA Samuel Sierra
Director de Finanzas
Compañía de Turismo
Paseo la Princesa 32
San Juan, Puerto Rico 00902

Estimado CPA Sierra:

De conformidad con la Certificación del Banco Gubernamental de Fomento para Puerto Rico (BGF) del 11 de mayo de 2015, la cantidad necesaria para cubrir el servicio de los bonos Serie A por $468.8 millones del Centro de Convenciones correspondiente al año fiscal 2015-2016 asciende a $30,334,056.89. De esta cantidad, el pago correspondiente al mes de octubre de 2015 asciende a $3,033,405.69.

Solicitamos remita el pago por $3,033,405.69 dentro de los próximos diez (10) días laborables de manera que podamos transferir esos dineros al Fideicomisario según las leyes y los acuerdos que rigen la transacción. Ese dinero será depositado en la cuenta denominada "Hotel Occupancy Tax Pledge Account" que tiene el Banco para registrar las transacciones de recibo y transferencia de dichos fondos.

Por favor envíe el pago mediante cheque o autorización de débito a su cuenta en el BGF, con atención a los señores Hector Betancourt Nieves (email:Hector.BetancourtNieves@bgfpr.com Arnaldo Maestre Pujals (e-mail: arnaldo.maestre@bgfpr.com) y señoras Maria Inocencio (e-mail Maria.Inocencio@bgfpr.com ) y Dafne Santiago Vega (e-mail: dafne.santiago@bgfpr.com), piso 2 del Banco. De tener alguna interrogante, puede comunicarse con el que suscribe a los teléfonos, 722-2525, extensiones 15296, 15250, 15253, 15295 y 15294, respectivamente.

Atentamente,

**Redacted**

Jesús M. García
Vicepresidente y Director
Financiamiento de Obligaciones de Rentas

c: Arnaldo Maestre
   Hector Betancourt
   Maria Inocencio
   Anejos

 CCDA_STAY0004190



# COMMONWEALTH OF
# PUERTO RICO

Government Development Bank
for Puerto Rico

May 11, 2015

Mrs. Ingrid Rivera Rocafort
Executive Director
Tourism Company
La Princesa Bldg. #2
Paseo La Princesa
Old San Juan, P.R. 00902

Dear Mrs. Rivera Rocafort:

Enclosed is the Government Development Bank for Puerto Rico (GDB) Certificate as required under the Trust Agreement dated March 24, 2006, and under Section 31A of the Occupancy Tax Act ("Tax Act"). The certificate states the amounts required to fulfill the Puerto Rico Convention Center District Authority debt service payments for the Hotel Occupancy Tax Revenue Bonds Series A, for the upcoming fiscal year and the first day of the second succeeding fiscal year.

As stated in the enclosed Certificate, and as required under the Tax Act, the Tourism Company shall transfer to GDB, on a monthly basis, an amount equal to one tenth (1/10) of the total amount necessary for payment to be deposited in a Hotel Occupancy Tax Pledge Account (account # Redacted 994-7), which amounts to $3,033,405.69 for each of the first ten months of fiscal year 2015-2016.

The GDB Certificate is enclosed as required. These numbers were verified and confirmed by Bank of New York Mellon, Trustee.

Cordially,

Redacted

Jesús M. García Rivera
Vice President and Director
Revenue Obligations Financing Department

c Mrs. Melba Acosta, Esq., CPA
  Mr. Samuel Sierra Rivera, CPA
  Mr. Jorge Clivillés, CPA
  Mr. Arnaldo Maestre
  Mrs. Miriam Pascual
  Mrs. Brenda González

Enclosure

PO Box 42001
San Juan, PR 00940-2001
Telephone (787) 722-2525



GOVERNMENT
DEVELOPMENT
BANK FOR
GDB  PUERTO RICO

CCDA_STAY0004191

### Government Development Bank for Puerto Rico
#### PRCCDA Hotel Occupancy Tax Revenue Bonds Series A
#### Amount necessary to make the required debt service payments
#### For fiscal year 2016 and the first day of the succeeding fiscal year
#### Prepared on May 11, 2015

| | | | |
|---|---|---|---|
| 1. Principal and Interest of the Bonds: | | | |
| a. Payment of Principal and/or Interest: | | | |
| i. July 1, 2015 | $20,564,406.25 | | |
| ii. January 1, 2016 | 9,504,656.25 | | |
| iii. July 1, 2016 | 20,829,656.25 | $50,898,718.75 | |
| b. Less amount on deposit in: | | | |
| i. Bond Payment Fund | $20,564,661.86 | | |
| ii. Capitalized Interest Account | | 20,564,661.86 | $30,334,056.89 |
| 2. Authority's Obligations: | | | |
| a. Credit Facilities | | $0.00 | |
| b. Interest Rate Exchange Agreements | | 0.00 | 0.00 |
| 3. Replenish Debt Service Fund | | | 0.00 |
| 4. Expenses related to : | | | |
| a. The Issuance of the Bonds | | $0.00 | |
| b. Credit Facilities | | 0.00 | |
| c. Interest Rate Exchange Agreements | | 0.00 | 0.00 |
| Total Amount Necessary | | | $30,334,056.89 |

| | |
|---|---|
| Amount to be received during each of the first 10 months of fiscal year | $3,033,406.69 |

Prepared by: _____ **Redacted**

Miriam Pascual

Revised by: _____ **Redacted**

Arnaldo Maestre

Authorized by: _____ **Redacted**

Jesús García

Date May 11, 2015

CCDA_STAY0004192



COMMONWEALTH OF
# PUERTO RICO

Government Development Bank
for Puerto Rico

May 11, 2015

Eng. Víctor A. Suárez Meléndez
Executive Director
Convention Center District Authority
Apartado 19269
San Juan, PR 00907

Dear Eng. Suárez Meléndez:

Enclosed is the Government Development Bank for Puerto Rico (GDB) Certificate as required under the Trust Agreement dated March 24, 2006, and under Section 31A of the Occupancy Tax Act ("Tax Act"). The certificate states the amounts required to fulfill the Puerto Rico Convention Center District Authority debt service payments for the Hotel Occupancy Tax Revenue Bonds Series A, for the upcoming fiscal year and the first day of the second succeeding fiscal year.

As stated in the enclosed Certificate, and as required under the Tax Act, the Tourism Company shall transfer to GDB, on a monthly basis, an amount equal to one tenth (1/10) of the total amount necessary for payment to be deposited in a Hotel Occupancy Tax Pledge Account (account # Redacted 994-7), which amounts to $3,033,405.69 for each of the first ten months of fiscal year 2015-2016.

The GDB Certificate is enclosed as required. These numbers were verified and confirmed by Bank of New York Mellon, Trustee.

Cordially,

Redacted

Jesús M. García Rivera
Vice President and Director
Revenue Obligations Financing Department

c Mrs. Melba Acosta, Esq., CPA
  Mr. Santiago Rivera
  Mr. Jorge Clivillés, CPA
  Mr. Arnaldo Maestre
  Mrs. Miriam Pascual
  Mrs. Brenda González

Enclosure

PO Box 42001
San Juan, PR 00940-2001
Telephone (787) 722-2525



GOVERNMENT
DEVELOPMENT
BANK FOR
PUERTO RICO

CONFIDENTIAL

## Government Development Bank for Puerto Rico
### PRCCDA Hotel Occupancy Tax Revenue Bonds Series A
### Amount necessary to make the required debt service payments
### For fiscal year 2016 and the first day of the succeeding fiscal year
### Prepared on May 11, 2015

1. Principal and Interest of the Bonds:
   a. Payment of Principal and/or Interest:

| | | | |
|---|---|---|---|
| i. July 1, 2015 | $20,564,406.25 | | |
| ii. January 1, 2016 | 9,504,656.25 | | |
| iii. July 1, 2016 | 20,829,656.25 | $50,898,718.75 | |
| b. Less amount on deposit in: | | | |
| i. Bond Payment Fund | $20,564,661.86 | | |
| ii. Capitalized Interest Account | | 20,564,661.86 | $30,334,056.89 |
| 2. Authority's Obligations: | | | |
| a. Credit Facilities | | $0.00 | |
| b. Interest Rate Exchange Agreements | | 0.00 | 0.00 |
| 3. Replenish Debt Service Fund | | | 0.00 |
| 4. Expenses related to : | | | |
| a. The Issuance of the Bonds | | $0.00 | |
| b. Credit Facilities | | 0.00 | |
| c. Interest Rate Exchange Agreements | | 0.00 | 0.00 |
| Total Amount Necessary | | | $30,334,056.89 |

Amount to be received during each of the first 10 months of fiscal year $3,033,405.69

Prepared by: ___**Redacted**___
Miriam Pascual

Revised by: ___**Redacted**___
Arnaldo Maestre

Authorized by: ___**Redacted**___
Jesús García

Date May 11, 2015

CONFIDENTIAL

# COMMONWEALTH OF
# PUERTO RICO

Government Development Bank
for Puerto Rico

May 11, 2015

Diana F. Torres, AT
The Bank of New York
101 Barclay Street - 7W
New York, NY 10286

Dear Ms. Torres:

Enclosed is the Government Development Bank for Puerto Rico (GDB) Certificate as required under the Trust Agreement dated March 24, 2006, and under Section 31A of the Occupancy Tax Act ("Tax Act"). The certificate states the amounts required to fulfill the Puerto Rico Convention Center District Authority debt service payments for the Hotel Occupancy Tax Revenue Bonds Series A, for the upcoming fiscal year and the first day of the second succeeding fiscal year.

As stated in the enclosed Certificate, and as required under the Tax Act, the Tourism Company shall transfer to GDB, on a monthly basis, an amount equal to one tenth (1/10) of the total amount necessary for payment to be deposited in a Hotel Occupancy Tax Pledge Account (account #Redacted 994-7), which amounts to $3,033,405.69 for each of the first ten months of fiscal year 2015-2016.

The GDB Certificate is enclosed as required. These numbers were verified and confirmed by Bank of New York Mellon, Trustee.

Cordially,

Redacted

Jesús M. García Rivera
Vice President and Director
Revenue Obligations Financing Department

c   Mrs. Melba Acosta, Esq., CPA
    Mr. Christopher Byrnes
    Mr. Jorge Clivillés, CPA
    Mr. Arnaldo Maestre
    Mrs. Miriam Pascual
    Mrs. Brenda González

Enclosure

PO Box 42001
San Juan, PR 00940-2001
Telephone (787) 722-2525



GOVERNMENT
DEVELOPMENT
BANK FOR
PUERTO RICO

**Government Development Bank for Puerto Rico**
PRCCDA Hotel Occupancy Tax Revenue Bonds Series A
Amount necessary to make the required debt service payments
For fiscal year 2016 and the first day of the succeeding fiscal year
Prepared on May 11, 2015

1. Principal and Interest of the Bonds:
   a. Payment of Principal and/or Interest:
      i. July 1, 2015          $20,564,406.25
      ii. January 1, 2016       9,504,656.25
      iii. July 1, 2016        20,829,656.25    $50,898,718.75
   b. Less amount on deposit in:
      i. Bond Payment Fund     $20,564,661.86
      ii. Capitalized Interest Account                  20,564,661.86   $30,334,056.89
2. Authority's Obligations:
   a. Credit Facilities                           $0.00
   b. Interest Rate Exchange Agreements       0.00               0.00
3. Replenish Debt Service Fund                                 0.00
4. Expenses related to :
   a. The Issuance of the Bonds              $0.00
   b. Credit Facilities                           0.00
   c. Interest Rate Exchange Agreements       0.00             0.00

   **Total Amount Necessary**                             $30,334,056.89

Amount to be received during each of the first 10 months of fiscal year      $3,033,405.69

Prepared by: _____ **Redacted**
Miriam Pascual

Revised by: _____ **Redacted**
Arnaldo Mestre

Authorized by: _____ **Redacted**
Jesús García

Date May 11, 2015

CONFIDENTIAL CCDA_STAY0004196

## Government Development Bank for Puerto Rico Certificate

I, Jesús M. García Rivera, Vice President and Revenue Obligations Financing Director of the Government Development Bank for Rico ("GDB"), a public corporation of the Commonwealth of Puerto Rico created by Act No. 17 of September 23, 1948, HEREBY CERTIFIES to the Puerto Rico Convention Center District Authority (the "Authority"), the Puerto Rico Tourism Company (the "Tourism Company") and The Bank of New York, successor in interest to JPMorgan Chase Bank, as trustee (the "Trustee") under the Trust Agreement, dated March 24, 2006 (the "Trust Agreement") between the Authority and the Trustee (all capitalized terms used but not defined herein shall have the respective meanings set forth in the Trust Agreement) the following.

This Certificate is issued in connection with the payments required for fiscal year 2015-2016 and the first day of the succeeding fiscal year.

1. The following are the total sums necessary for the Authority to make the following payments, during the upcoming fiscal year and the first day of the second succeeding fiscal year:

(a) Payments equal to the amount set forth below (after taking into account any amounts then on deposit in the Bond Payment Fund and the Capitalized Interest Account of the Proceeds Fund available therefor) for the full and timely payment, or the amortization, of the principal and interest on the Bonds due on July 1st and January 1st of the immediately succeeding fiscal year and July 1st of the second succeeding fiscal year (including any amounts due in connection with prior payments for which there were insufficient funds):

| | |
|---|---|
| Amount necessary for Principal and Interest | $50,898,718.75 |
| Offsets due to amounts held in the Earnings Account of the Proceeds Fund (-) | |
| Offsets due to amounts held in the Bond Payment Fund (-) | 20,564,661.86 |
| Offsets due to Capitalized Interest in the Proceeds Fund (-) | |
| Shortfalls due to Hotel Occupancy Tax Funds used pursuant to the provisions of Section 8 Article VI of the Constitution (+) | |
| Other shortfalls from prior years(+) | |
| Total Amount due (the "Total Amount") | $30,334,056.89 |

Redacted

DM3\339975.5

CONFIDENTIAL

CCDA_STAY0004197

The Total Amount will be paid in monthly installments as set forth below:[*]

| | |
|---|---|
| July | $3,033,405.69 |
| August | $3,033,405.69 |
| September | $3,033,405.69 |
| October | $3,033,405.69 |
| November | $3,033,405.69 |
| December | $3,033,405.69 |
| January | $3,033,405.69 |
| February | $3,033,405.69 |
| March | $3,033,405.69 |
| April | $3,033,405.69 |
| May | N/A |
| June | N/A |

(b) Full and timely payment of the obligations of the Authority under any Credit Facilities or any Interest Rate Exchange Agreements, which in the future may be entered into by the Authority with the prior written authorization of the Tourism Company;[*]

| | |
|---|---|
| July | N/A |
| August | N/A |
| September | N/A |
| October | N/A |

---

[*]All amounts set forth in paragraph 1 will be adjusted upward to take into account any shortfalls occurring during the Fiscal Year. This may include payments in May and June of such Fiscal Year together with future Fiscal Years

Redacted

DMS\\339975.5

2

CCDA_STAY0004198

| | |
|---|---|
| November | N/A |
| December | N/A |
| January | N/A |
| February | N/A |
| March | N/A |
| April | N/A |
| May | N/A |
| June | N/A |

(c) The deposits required to replenish the Debt Service Reserve Fund established under the Trust Agreement;* and

| | |
|---|---|
| July | N/A |
| August | N/A |
| September | N/A |
| October | N/A |
| November | N/A |
| December | N/A |
| January | N/A |
| February | N/A |
| March | N/A |
| April | N/A |
| May | N/A |
| June | N/A |

Redacted

DM3\339975.5

3

CCDA_STAY0004199

(d) Any other expenses incurred in connection with (i) the issuance of the Bonds, or (ii) with any Credit Facilities or Interest Rate Exchange Agreements.[*]

| July | N/A |
| August | N/A |
| September | N/A |
| October | N/A |
| November | N/A |
| December | N/A |
| January | N/A |
| February | N/A |
| March | N/A |
| April | N/A |
| May | N/A |
| June | N/A |

2. The total amount due for all amounts set forth in paragraph 1 is $30,334,056.89.

3. Amounts set forth in paragraph 1 are in accordance with the provisions set forth in the Trust Agreement and the Assignment and Coordination Agreement, dated as of March 24, 2006, by and between the Tourism Company and GDB.

4. GDB will deposit all required Hotel Occupancy Tax Funds as set forth in this Certificate in accordance with the Pledge Agreement.

5. The Trustee will deposit into the Bond Payment Fund promptly upon receipt but in no event later than the third Business Day after receipt thereof, beginning on the first month of the next succeeding Fiscal Year, an amount sufficient, together (in the case of interest only) with any capitalized interest and accrued interest as set forth in the Proceeds Fund, to pay the amount of interest and principal

---

[*] All amounts set forth in paragraph 1 will be adjusted upward to take into account any shortfalls occurring during the Fiscal Year. This may include payments in May and June of such Fiscal Year together with future Fiscal Years

Redacted

DM3\339975.5

4

CCDA_STAY0004200

payable for the year in the amounts set forth below (such annual deposit being first satisfied with respect to interest on the Bonds and then with respect to principal on the Bonds):

|  | Principal | Interest |
|---|---|---|
| July | N/A | |
| August | N/A | |
| September | N/A | |
| October | N/A | |
| November | N/A | |
| December | N/A | |
| January | N/A | |
| February | N/A | |
| March | N/A | |
| April | N/A | |
| May | N/A | |
| June | N/A | |

**IN WITNESS WHEREOF,** the undersigned has hereunto set his official signature and the corporate seal of Government Development Bank for Puerto Rico this May 11, 2015.

GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO

**Redacted**

By: _____

5

DM3\339975.5

CCDA_STAY0004201

CERTIFIED TRANSLATION

CERTIFIED TRANSLATION

Commonwealth of Puerto Rico

DDEC-Tourism Company of Puerto Rico

October 1, 2015

Jesus M. Garcia, Vice-president and Director
Department of Financing of Rents Obligations
Government Development Bank for PR
P.O. Box 42001
San Juan, PR 00940-2001

Via E-mail: jesus.m.garcia@bgfpr.com

**DEBT SERVICE**
**CONVENTION CENTER DISTRICT AUTHORITY**

Dear M. Garcia:

We authorize the debit of the amount of **$3,033,405.69** from the account "Room Tax-
Concentration Surplus" number [Redacted] 975-8, in order to remit the **payment corresponding to the
month of October 2015**. This with the purpose of covering the service of debt of the issuance of
bonds of the Convention Center District Authority, related to fiscal year 2015-2016.

**I will appreciate you confirm, via e-mail (sonia.rivera@tourism.pr.gov) once the transaction
is completed.** Should you have any additional questions, please contact the undersigned at
extension 3043.

Cordially,
[signed]
Samuel Sierra Rivera, CPA
Chief Financial Officer

C      ingrid.rivera@tourism.pr.gov
       arnaldo.maestre@bgfpr.com
       miriam.t.pascual@bgfpr.com
       maria.inocencio@bgfpr.com
       brenda.gonzalez@bgfpr.com

PO Box 9023960, San Juan, P.R. 00902-3960
Tel: 787-721-2400                        PUERTO RICO TOURISM COMPANY

CONFIDENTIAL                                     CCDA_STAY0004188

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate
translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Commonwealth of Puerto Rico
Government Development Bank for Puerto Rico GDB

October 1, 2015

CPA Samuel Sierra
Finance Director
Tourism Company
Paseo la Princesa 32
San Juan, Puerto Rico 00902

Dear CPA Sierra

Pursuant to the Government Development Bank for Puerto Rico (GDB) Certification of May 11, 2015, the amount necessary to cover the bonds Series A service for $468.8 million from the Convention Center corresponding to the fiscal year 2015-2016 ascends to $30,334.056.89. From this amount, the payment corresponding to the month of October 2015 ascends to $3,033,405.69.

We request you remit the payment of $3,033,405.69 within the next ten (10) work days so we can transfer that money to the Trust Beneficiary, pursuant to the laws and agreements that regulate the transaction. That money will be deposited in the account named "Hotel Occupancy Tax Pledge Account" which the Bank has to register the receipt and transfer transactions of such funds.

Please, send the payment by check or debit authorization to your account in the GDB to the attention of Mr. Hector Betancourt Nieves (Hector.BetancourtNieves@bgfpr.com); Arnaldo Maestre Pujals (arnaldo.maestre@bgfpr.com) and Mrs. Maria Inocencio (Maria.Inocencio@bgfpr.com) and Dafne Santiago Vega (dafne.santiago@bgfpr.com), at the 2nd floor of the Bank. Should you have any questions, you can contact the undersigned at the telephone number 787-722-2525, extensions 15296, 15250, 15253, 15295 and 15294, respectively.

Sincerely,
[signed]
Jesus M. Garcia
Vice-President and Director
Financing of Rent Obligations

c.      Arnaldo Maestre
        Hector Betancourt
        Maria Inocencio
        Enclosures

PO Box 42001
San Juan, PR 00940-2001
Telephone (787) 722-2525          GDB GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO

CONFIDENTIAL                                        CCDA_STAY0004189

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Commonwealth of Puerto Rico
Government Development Bank for Puerto Rico (GDB)

October 1, 2015

CPA Samuel Sierra
Finance Director
Tourism Company
Paseo la Princesa 32
San Juan, Puerto Rico 00902

Dear CPA Sierra:

Pursuant to the Government Development Bank for Puerto Rico (GDB) Certification of May 11, 2015, the amount necessary to cover the bonds Series A service for $468.8 million from the Convention Center corresponding to the fiscal year 2015-2016 ascends to $30,334,056.89. From this amount, the payment corresponding to the month of October 2015 ascends to $3,033,405.69.

We request you remit the payment of $3,033,405.69 within the next ten (10) work days so we can transfer that money to the Trust Beneficiary, pursuant to the laws and agreements that regulate the transaction. That money will be deposited in the account named "Hotel Occupancy Tax Pledge Account" which the Bank has to register the receipt and transfer transactions of such funds.

Please, send the payment by check or debit authorization to your account in the GDB to the attention of Mr. Hector Betancourt Nieves (Hector.BetancourtNieves@bgfpr.com); Arnaldo Maestre Pujals (arnaldo.maestre@bgfpr.com) and Mrs. Maria Inocencio (Maria.Inocencio@bgfpr.com) and Dafne Santiago Vega (dafne.santiago@bgfpr.com), at the 2nd floor of the Bank. Should you have any questions, you can contact the undersigned at the telephone number 787-722-2525, extensions 15296, 15250, 15253, 15295 and 15294, respectively.

Sincerely,
[signed]
Jesus M. Garcia
Vice-President and Director
Financing of Rent Obligations

c.      Arnaldo Maestre
        Hector Betancourt
        Maria Inocencio
        Enclosures

CONFIDENTIAL                                         CCDA_STAY0004190

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION


**[Tr. Note: the rest of the pages identified 4191, 4192, 4193, 4194, 4195, 4196, 4197, 4198, 4199, 4200, 4201 in the original document are already in English]**

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.