# EXHIBIT V

# (Ex. 35 to the Hughes Declaration, originally filed as ECF 13010-16)

# **EXHIBIT 35**



# BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO

DEPARTAMENTO DE MERCADOS DE CAPITAL-OBLIGACIONES DE RENTA

*ENVIADO POR CORREO ELECTRONICO*

6 de abril de 2015

Tesorería

## DESEMBOLSO DE LA AUTORIDAD DEL DISTRITO DE CENTRO DE CONVENCIONES (ADCC)-( PR   Convention Center Authority $468.8MM , Series  A (2006) Bonds )

Se estará realizando un desembolso de la **ADCC** por **$3,033,841.10** que se le transfiera **de la IBA** Redacted **994-7** para el pago de la deuda de la emisión de ADCC (PR   Convention Center Authority $468.8MM , Series   A (2006)   Bonds ) a realizarse el **7 de abril de 2015.** Este desembolso  deberá ser transferido  al:

**The Bank of New York Mellon**
**ABA 021000018**
**Credit** Redacted **1065**
**Further credit** Redacted **6334– PR Convention Center**
**PRCCDA Bond Payment Fund**
**Ref: Diana F Torres 212-815-6955 / Christopher Byrnes 212-815-5541**

Miriam T. Pascual Escribano

"Favor notificarnos con tiempo suficiente cualquier situación que afecte el proceso para efectuar esta transferencia.  De no recibir notificación alguna, se considerará que esta transferencia se realizó según solicitada."

CONFIDENTIAL





**BGF**

FUNDS TRANSFER ORDER — CONTROL NO. | T 103407

| Originated by (Agency Name) | | | | Date |
|---|---|---|---|---|
| Autoridad del Distrito del Centro de Convenciones de Puerto Rico | | | | **05-Mar-15** |

| Transfer to: | Accounts to be Debited | Accounts to be Credited | ABA Number | Amount |
|---|---|---|---|---|
| Compañia de Turismo Room Tax-Concetration Surplus | [Redacted]975-8 (IBA-Turismo) | | | $ 3,033,841.10 |
| PRCCDA Series A Hotel Occupancy Tax Pledge Account | | [Redacted]994-7 (IBA-ADCC) | | $ 3,033,841.10 |

Special Instructions:

Pago del mes de marzo del 2015 por $3,033,841.10 del service de la deuda de la emisión de bono por $468,800,000 de la Autoridad del Distrito del Centro de Convenciones de Puerto Rico, Series A.

| Prepared by: **Redacted** | Approved by: **Redacted** 9/5/15 |
|---|---|
| Miriam T. Pascual Escribano | Héctor Betancourt **Redacted** |

Government Development Bank for Puerto Rico is hereby authorized to make the funds transfer between the above mentioned accounts. Approved by:

_____          _____
        Authorized Signature                        Authorized Signature

FOR GOVERNMENT DEVELOPMENT BANK USE ONLY

| Order Received by: | Approved by: | Entered To DDA by: |
|---|---|---|
| Date: | Date: | Date: |

NN25-0068-0590                          GDB COPY

CONFIDENTIAL                                    CCDA_STAY0004288



ESTADO LIBRE ASOCIADO DE
**PUERTO RICO**

DDEC-Compañía de Turismo de Puerto Rico

4 de marzo de 2015

*T103407*

Jesús M. García, Vicepresidente y Director
Dept. de Financ. de Obligaciones de Rentas
Banco Gubernamental de Fomento para PR
P.O. Box 42001
San Juan, PR  00940-2001

Vía E-mail: jesus.m.garcia@bgfpr.com

**SERVICIO DE DEUDA**
**AUTORIDAD DEL DISTRITO DE CENTRO DE CONVENCIONES**

Estimado señor Maestre:

Autorizamos debitar de la cuenta "Room Tax-Concentration Surplus" número [Redacted]975-8, la cantidad de **$3,033,841.10** a los fines de remitir el **pago correspondiente al mes de marzo de 2015**. Esto con el propósito de cubrir el servicio de deuda de la emisión de bonos de la Autoridad del Distrito del Centro de Convenciones, relacionado al año fiscal 2014-2015.

Agradeceré nos confirmen, vía-email (sonia.rivera@tourism.pr.gov), una vez completada la transacción. De tener alguna pregunta adicional, favor de comunicarse con el que suscribe a la extensión 3043.

Atentamente,

**Redacted**

Samuel Sierra Rivera, CPA
Principal Oficial Financiero

c   ingrid.rivera@tourism.pr.gov
    arnaldo.maestre@bgfpr.com
    miriam.t.pascual@bgfpr.com
    dafne.santiago@bgfpr.com

/sir

PO Box 9023960, San Juan, P.R. 00902-3960

Tel: 787.721.2400



COMPAÑÍA DE
**TURISMO**
**PUERTO RICO**

CONFIDENTIAL

CCDA_STAY0004289



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Banco Gubernamental de Fomento
para Puerto Rico

*Recibido en
Ofic. Finanzas
25/feb/2015*

Redacted

24 de febrero de 2015

CPA Samuel Sierra
Director de Finanzas
Compañía de Turismo
Paseo la Princesa 32
San Juan, Puerto Rico  00902

Estimado CPA Sierra:

De conformidad con la Certificación del Banco Gubernamental de Fomento para Puerto Rico (BGF) del 16 de mayo de 2013, la cantidad necesaria para cubrir el servicio de los bonos Serie A por $468.8 millones del Centro de Convenciones correspondiente al año fiscal 2014-2015 asciende a $30,338,410.95. De esta cantidad, el pago correspondiente al mes de marzo de 2015 asciende a $3,033,841.10.

Solicitamos remita el pago por $3,033,841.10 dentro de los próximos diez (10) días laborables de manera que podamos transferir esos dineros al Fideicomisario según las leyes y los acuerdos que rigen la transacción. Ese dinero será depositado en la cuenta denominada "Hotel Occupancy Tax Pledge Account" que tiene el Banco para registrar las transacciones de recibo y transferencia de dichos fondos.

Por favor envíe el pago mediante cheque o autorización de débito a su cuenta en el BGF, con atención a los señores Arnaldo Maestre Pujals (e-mail: arnaldo.maestre@bgfpr.com) y señoras Miriam Pascual (e-mail: miriam.t.pascual@bgfpr.com) , Sra. Brenda González (e-mail brenda.gonalez@bgfpr.com) y Dafne Santiago Vega (e-mail: dafne.santiago@bgfpr.com), piso 2 del Banco. De tener alguna interrogante, puede comunicarse con el que suscribe a los teléfonos, 722-2525, extensiones 5948, 5961 y 5924, respectivamente.

Atentamente,

Redacted

Jesús M. García
Vicepresidente y Director
Financiamiento de Obligaciones de Rentas

c:  Arnaldo Maestre
    Miriam T. Pascual

Anejos

PO Box 42001
San Juan, PR 00940-2001
Teléfono (787) 722-2525



BANCO
GUBERNAMENTAL
DE FOMENTO PARA
PUERTO RICO

CONFIDENTIAL

CCDA_STAY0004290

# CERTIFIED TRANSLATION

CERTIFIED TRANSLATION

[logotype]

## GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO
### DEPARTMENT OF CAPITAL MARKETS-RENT OBLIGATIONS

*SENT BY E-MAIL*

April 6, 2015

Treasury

**DISBURSEMENT OF THE CONVENTION CENTER DISTRICT AUTHORITY** (ADCC)-( PR Convention Center Authority $468.8MM, Series A (2006) Bonds)

A disbursement is being performed by the **ADCC** for **$3,033,841.10** that is to be transferred from **IBA** Redacted 994-7 for the payment of the debt of the ADCC issuance (PR Convention Center Authority $468.8MM, Series A (2006) Bonds) to be performed on **April 7, 2015.** This disbursement will be transferred to:

**The Bank of New York Mellon**
**ABA 021000018**
**Credit** Redacted **1065**
**Further credit** Redacted **6334- PR Convention Center**
**PRCCDA Bond Payment Fund**
**Ref: Diana F Torres 212-815-6955 / Christopher Byrnes 212-815-5541**

Miriam T. Pascual Escribano

"Please notify us enough time in advance of any situation that may affect the process to perform this transfer. Should no notice be received, it will be considered that this transfer was performed as requested."

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

CONFIDENTIAL                                              CCDA_STAY0004287
[tr. note: This page is in English and therefore does not require translation, with the exception of
the following excerpts:]

[ink stamp in upper right quadrant:] *GOV. DEVELOPMENT BANK FOR PUERTO RICO; SAN
JUAN, P.R.; ACCOUNT STATEMENTS DIV.; [illegible] MAR -5 PM 3:23*

[Transfer to:]
Tourism Company

[Accounts to be Debited:]
[Redacted] 975-8
(IBA- Tourism)

[Special Instructions:]
**Payment of the month of March 2015 for $3,033,841.10 of the servicing of bond issuance debt for
$468,800,000 from the Puerto Rico Convention Center District Authority, Series A.**

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate
translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

CONFIDENTIAL                                                    CCDA_STAY0004288

[seal]   COMMONWEALTH OF
         PUERTO RICO
         DDEC-Puerto Rico Tourism Company

                                                    [hw:] *T 103407*

March 4, 2015


Jesús M. García, Vice President and Director
Dept. of Finance and Rent Obligations
Government Development Bank for PR
P.O. Box 42001
San Juan, PR 00940-2001


Via E-mail: jesus.m.garcia@bgfpr.com

**DEBT SERVICING**
**CONVENTION CENTER DISTRICT AUTHORITY**

Dear Mr. Maestre:

We authorize debiting from the "Room Tax-Concentration Surplus" account number [Redacted]975-8, the amount of **$3,033,841.10** in order to remit the **payment corresponding to the month of March 2015.** This in order to cover the servicing of debt from the issuance of bonds of the Convention Center District Authority, related to fiscal year 2014-2015.

I would appreciate it if you could confirm, by e-mail (sonia.rivera@tourism.pr.gov), once the transaction has been completed. Should you have any additional questions, please contact the undersigned at extension 3043.


Sincerely,

[signature]
Samuel Sierra Rivera, CPA
Chief Financial Officer


c        ingrid.rivera@tourism.pr.gov
         arnaldo.maestre@bgfpr.com
         miriam.t.pascual@bgfpr.com
         dafne.santiago@bgfpr.com

/slr

PO Box 9023960, San Juan, P.R. 00902-3960

Tel: 787.721.2400                    [logotype:] *PUERTO RICO TOURISM COMPANY*


 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate
translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

CONFIDENTIAL                                                    CCDA_STAY0004289
[seal]   COMMONWEALTH OF                                       [hw:] *Received in Finance*
         PUERTO RICO                                           *Off.; 25/Feb/2015* [initials]
         Government Development Bank
         for Puerto Rico

February 24, 2015

CPA Samuel Sierra
Finance Director
Tourism Company
Paseo la Princesa 32
San Juan, Puerto Rico 00902

Dear CPA Sierra:

In accordance with the Certification of the Government Development Bank for Puerto Rico (GDB) from May 16, 2013, the necessary amount to cover the servicing of the Series A Convention Center bonds for $468.8 million corresponding to fiscal year 2014-2015 amounts to $30,338,410.95. Of that amount, the payment corresponding to the month of March 2015 amounts to $3,033,841.10.

We request that you remit the payment for $3,033,841.10 within the next ten (10) business days so that we can transfer that money to the Trust pursuant to the laws and agreements that govern the transaction. That money will be deposited in the account named "Hotel Occupancy Tax Pledge Account" that the Bank has for recording the receipt transactions and transfer of said funds.

Please send the payment by check or authorization to debit your account with the GDB, addressed to Mr. Arnaldo Maestre Pujals (e-mail: arnaldo.maestre@bgfpr.com), Ms. Miram Pascual (e-mail: miriam.t.pascual@bgfpr.com), Ms. Brenda González (e-mail: brenda.gonalez@bgfpr.com), and Ms. Dafne Santiago Vega (e-mail: dafne.santiago@bgfpr.com), on the 2nd floor of the Bank. Should you have any questions, you can contact the undersigned at the telephone numbers, 722-2525, extensions 5948, 5961, and 5924, respectively.

Sincerely,

[signature]

Jesús M. García
Vice President and Director
Public Financing of Rent Obligations

*c: Arnaldo Maestre*
  *Miriam T. Pascual*

*Enclosure*

PO Box 42001                              [logotype:] *GDB; GOVERNMENT DEVELOPMENT BANK*
San Juan, PR 00940-2001                              *FOR PUERTO RICO*
Telephone: (787) 722-2525

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

CONFIDENTIAL                                                     CCDA_STAY0004290

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.