# EXHIBIT W

# (Ex. 36 to the Hughes Declaration, originally filed as ECF 13010-17)

# **EXHIBIT 36**



# GDB

**GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO**
SAN JUAN, PUERTO RICO
**ORDER TO TRANSFER**

RECEIVED
DEPTO. PREINTERVENCION

15 MAR -6 AM 8:24

Control Number: MCCP 4724

| Origination Unit: ☐ Pre-Audit ☒ Financing Area ☐ DDA ☐ Operations ☐ Treasury<br>☐ Subsidiaries  Redacted  ☐ Affiliates  ☒ Other-Unit  Capital Markets | | |
|---|---|---|
| Redacted<br>Verify by: Midlaht E. Pascual Escribano  Date: 03/05/2015<br>Redacted<br>Approved by: Walter Betancourt/Jesús García | **Date of Transfer:**<br>03/06/2015 | **Amount:**<br>$3,033,841.10 |
| **Transfer to:**<br>The Bank of New York Mellon | **ABA or Chips Number:**<br>021000018 | |
| **For the Account of:**<br>P.R. Convention Center<br>( Ref: Diana F Torres 212-815-6955 / Christopher Byrnes 212-815-5541 ) | **Account Number:**<br>Credit ⌐Redacted⌐ 1065<br>Further credit ⌐Redacted⌐ 6334– PR Convention Center<br>PRCCDA Bond Payment Fund | |

| For Further Credit to: | | Account Number: | |
|---|---|---|---|
| Authorized by: | Date: | Authorized by: | Date: |

**Message or Special Instructions:**
PR Convention Center Authory $468 8MM , Series A (2006) Bonds (Commonwealth Appropiation Bonds), corresponding to fiscal 2014-15.

**For Investment Operations Division Purposes Only**

| Precode | Security ID | Entered by | Approved by |
|---|---|---|---|
| | | Date | Date |

**For Accounting Department Clearing Division Purposes Only**

☐ GL / ☒ IBA Account Number to Be Debited          ⌐Redacted⌐ 994-7



ESTADO LIBRE ASOCIADO DE
**PUERTO RICO**

Banco Gubernamental de Fomento
para Puerto Rico



Recibido en
Ofic Finanzas
25/feb/2015   | Redacted |

24 de febrero de 2015

MCCP 4724

CPA Samuel Sierra
Director de Finanzas
Compañía de Turismo
Paseo la Princesa 32
San Juan, Puerto Rico 00902

Estimado CPA Sierra:

De conformidad con la Certificación del Banco Gubernamental de Fomento para Puerto Rico (BGF) del 16 de mayo de 2013, la cantidad necesaria para cubrir el servicio de los bonos Serie A por \$468.8 millones del Centro de Convenciones correspondiente al año fiscal 2014-2015 asciende a \$30,338,410.95. De esta cantidad, el pago correspondiente al mes de marzo de 2015 asciende a \$3,033,841.10.

Solicitamos remita el pago por \$3,033,841.10 dentro de los próximos diez (10) días laborales de manera que podamos transferir esos dineros al Fideicomisario según las leyes y los acuerdos que rigen la transacción. Ese dinero será depositado en la cuenta denominada "Hotel Occupancy Tax Pledge Account" que tiene el Banco para registrar las transacciones de recibo y transferencia de dichos fondos.

Por favor envíe el pago mediante cheque o autorización de débito a su cuenta en el BGF, con atención a los señores Arnaldo Maestre Pujals (e-mail: arnaldo.maestre@bgfpr.com) y señoras Miriam Pascual (e-mail: miriam.t.pascual@bgfpr.com) , Sra. Brenda González (e-mail brenda.gonalez@bgfpr.com) y Dafne Santiago Vega (e-mail: dafne.santiago@bgfpr.com), piso 2 del Banco. De tener alguna interrogante, puede comunicarse con el que suscribe a los teléfonos, 722-2525, extensiones 5948, 5961 y 5924, respectivamente.

Atentamente,

**Redacted**

Jesús M. García
Vicepresidente y Director
Financiamiento de Obligaciones de Rentas

c: Arnaldo Maestre
   Miriam T. Pascual

Anejos

PO Box 42001
San Juan, PR 00940-2001
Teléfono (787) 722-2525



BANCO
GUBERNAMENTAL
DE FOMENTO PARA
PUERTO RICO



ESTADO LIBRE ASOCIADO DE
PUERTO RICO

DDEC-Compañía de Turismo de Puerto Rico

4 de marzo de 2015

Jesús M. García, Vicepresidente y Director
Dept. de Financ. de Obligaciones de Rentas
Banco Gubernamental de Fomento para PR
P.O. Box 42001
San Juan, PR 00940-2001

Vía E-mail: jesus.m.garcia@bgfpr.com

**SERVICIO DE DEUDA**
**AUTORIDAD DEL DISTRITO DE CENTRO DE CONVENCIONES**

Estimado señor Maestre:

Autorizamos debitar de la cuenta "Room Tax-Concentration Surplus" número [Redacted]975-8, la
cantidad de **$3,033,841.10** a los fines de remitir el **pago correspondiente al mes de marzo de
2015**. Esto con el propósito de cubrir el servicio de deuda de la emisión de bonos de la
Autoridad del Distrito del Centro de Convenciones, relacionado al año fiscal 2014-2015.

Agradeceré nos confirmen, vía-email (sonia.rivera@tourism.pr.gov), una vez completada la
transacción. De tener alguna pregunta adicional, favor de comunicarse con el que suscribe a la
extensión 3043.

Atentamente,

**Redacted**

Samuel Sierra Rivera, CPA
Principal Oficial Financiero

c   ingrid.rivera@tourism.pr.gov
    arnaldo.maestre@bgfpr.com
    miriam.t.pascual@bgfpr.com
    dafne.santiago@bgfpr.com

/xr

PO Box 9023960, San Juan, P.R. 00902-3960

Tel: 787.721.2400



CONFIDENTIAL

CCDA_STAY0004293

# CERTIFIED TRANSLATION

CERTIFIED TRANSLATION

[tr. note: This page is in English and therefore does not require translation.]

CONFIDENTIAL                                                                    CCDA_STAY0004291

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate
translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[seal]   COMMONWEALTH OF
**PUERTO RICO**
Government Development Bank
for Puerto Rico

[hw:] *Received in Off. of
Finance; 25/Feb/2015*

February 24, 2015

[hw:] *MCCP 4724*

CPA Samuel Sierra
Finance Director
Tourism Company
Paseo la Princesa 32
San Juan, Puerto Rico

Dear CPA Sierra:

In accordance with the Certification of the Government Development Bank for Puerto Rico (GDB) from May 16, 2013, the necessary amount to cover the servicing of the Series A Convention Center bonds for $468.8 million corresponding to fiscal year 2014-2015 amounts to $30,338,410.95. Of that amount, the payment corresponding to the month of March 2015 amounts to $3,033,841.10.

We request that you remit the payment for $3,033,841.10 within the next ten (10) business days so that we can transfer that money to the Trust pursuant to the laws and agreements that govern the transaction. That money will be deposited in the account named "Hotel Occupancy Tax Pledge Account" that the Bank has for recording the receipt transactions and transfer of said funds.

Please send the payment by check or authorization to debit your account with the GDB, addressed to Mr. Arnaldo Maestre Pujals (e-mail: arnaldo.maestre@bgfpr.com), Ms. Miriam Pascual (e-mail: miriam.t.pascual@bgfpr.com) Ms. Brenda González (e-mail: brenda.gonzalez@bgfpr.com), and Dafne Santiago Vega (e-mail: dafne.santiago@bgfpr.com), on the 2nd floor of the Bank. Should you have any questions, you can contact the undersigned at the telephone numbers, 722-2525, extensions 5948, 5961, and 5924, respectively.

Sincerely,

[signature]

Jesús M. García
Vice President and Director
Rent Obligation Financing

*c: Arnaldo Maestre
    Miriam T. Pascual*

*Enclosure*

PO Box 42001
San Juan, PR 00940-2001
Telephone: (787) 722-2525

[logotype:] *GDB; GOVERNMENT DEVELOPMENT BANK
FOR PUERTO RICO*

CONFIDENTIAL

CCDA_STAY0004292

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[seal]   COMMONWEALTH OF
        **PUERTO RICO**
        DDEC-Puerto Rico Tourism Company

March 4, 2015

Jesús M. García, Vice President and Director
Dept. of Finance and Rent Obligations
Government Development Bank for PR
P.O. Box 42001
San Juan, PR 00940-2001

Via E-mail: jesus.m.garcia@bgfpr.com

**DEBT SERVICING**
**CONVENTION CENTER DISTRICT AUTHORITY**

Dear Mr. García:

We authorize debiting from the "Room Tax-Concentration Surplus" account number [Redacted]975-8, the amount of **$3,033,841.10** in order to remit the **payment corresponding to the month of March 2015.** This in order to cover the servicing of debt from the issuance of bonds of the Convention Center District Authority, related to fiscal year 2014-2015.

**I would appreciate it if you could confirm, by e-mail (sonia.rivera@tourism.pr.gov), once the transaction has been completed**. Should you have any additional questions, please contact the undersigned at extension 3043.

Sincerely,

[signature]
Samuel Sierra Rivera, CPA
Chief Financial Officer

c      ingrid.rivera@tourism.pr.gov
       arnaldo.maestre@bgfpr.com
       miriam.t.pascual@bgfpr.com
       dafne.santiago@bgfpr.com

/slr

PO Box 9023960, San Juan, P.R. 00902-3960

Tel: 787.721.2400                    [logotype:] *PUERTO RICO TOURISM COMPANY*

CONFIDENTIAL                                      CCDA_STAY0004293

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.