# EXHIBIT AA

# (Ex. 43 to the Hughes Declaration, originally filed as ECF 13010-24)

# **EXHIBIT 43**

**BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO**
**DIVISION DE CUENTAS DE DEPOSITO**

**REGISTRO DE FIRMAS AUTORIZADAS**

BGF

Agencia: HOTEL OCCUPANCY TAX PLEDGE ACCOUNT

Cuenta*: Redacted 994-7
(Pago de la deuda de la Emisión de Bonos)
(PRCCD, Series A, 2006)

Fecha de efectividad: 5 / 26 / 2006
Mes Día Año

| NOMBRE Y TITULO | FIRMA |
|---|---|
| Sr. Gabriel Rivera - Director Financ. Público | Redacted |
| Sr. Jesús M. García - Director Auxiliar | |
| Sr. Miguel Gutarra - Ejecutivo de Cuentas | Redacted |
| Sr. Arnaldo Maestre - Ejecutivo de Cuentas | |
| | |
| | |
| | |

*Nota: Favor de completar una tarjeta por cuenta.

Monolines 33
Defendant
Timothy H. Ahlberg
04/23/2020(CC)

CONFIDENTIAL

CCDA_STAY0006780

*BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO*
*División de Cuentas de Depósito*
*San Juan, PR*

30 de mayo de 2006

Sr. Arnaldo Maestre

**APERTURA DE CUENTA**

Incluimos una copia firmada de la Solicitud de Apertura de Cuenta de:

| Cuenta | Número |
|---|---|
| HOTEL OCCUPANCY TAX PLEDGE ACCOUNT (Pago de la deuda de la emisión de bonos, PRCCD, Series A 2006) | [Redacted]994-7 |

De surgir alguna duda o necesitar información adicional, puede comunicarse con nuestra Sección de Servicio al Cliente con las Sras. Leslie Rivera y Brenda González o conmigo a las extensiones 6199, 6194 ó 6193, respectivamente.

[Redacted]

Ronald Meléndez

crm

Anexo

CONFIDENTIAL                                                                                                    CCDA_STAY0006781

```
001 BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO        DEMAND DEPOSITS
001 APARTADO 42001                                         MAINTENANCE AND REJECT JOURNAL
                                                              REPORT-  01                                              05/26/06 PAGE     1

    ACCOUNT  CD CD  2         3         4         5         6         7         8    ***** ERROR MESSAGE (OR) *****   DATE  OF
    NUMBER   CD SQ  12345678901234567890123456789012345678901234567890123456789012345  TYPE MAINT    FIELD CHANGED     LAST MNT  SHORT NAME

    [Redacted] 047-2   FROM= 5                    TO= 2                                DDA BAL MNT*ACCOUNT STATUS      01/13/06 MUN. NAGUA

               009-7                                                                   ALT N/A MNT*N/A LINE 1 2 3 4 5  02/03/06 ADJUNTA-LL
                       FROM= JORGE QUILES - DIRECTOR FINANZAS X 244              TO=   JORGE QUILES - DIRECTOR FINANZAS X 244
                             BRUNILDA ARROCHO- PAGADORA OFIC X 245                     BRUNILDA ARROCHO- PAGADORA OFIC X 245
                             CUADRO 829-2590                                           CUADRO 829-3310 X.245
                             FAX 829-4116                                              FAX 829-4116

               590-6                                                                   SNAPSHOT ST                    05/26/06 HOUSING

               001-5                                                                   SNAPSHOT ST                    05/26/06 BANCO DESA

               994-7   FROM= 0                    TO= 2                                DDA BAL MNT*ACCOUNT STATUS     05/26/06 HOTEL OCCU
                       FROM= (BLANK)              TO= 000                              DDA BAL MNT*OFFICER INITIALS
                                                                                       NEW DDA ACT
                       N/A 1= HOTEL OCCUPANCY TAX PLEDGE ACCOUNT       DATE OPEN  =  05/26/06   CLASS    = ES   SIG BAL CHG CD= 1
                       N/A 2= AUTORIDAD DEL DISTRITO DEL CENTRO CONV.  SOC SEC COD=        B    ST FORMAT=  S    SIG PCT CHG   = 1
                       N/A 3= PO BOX 42001 SAN JUAN PR 00940-2001      SOC SEC NBR=             ST TYPE   =  C   OD LIMIT IND  = B
                       N/A 4=                                          CIF NBR    =        0    ST CYCLE  = 01   CLOSE OVERRIDE= Y
                       N/A 5=                                          AFFIL ACCT =        0    ST DATE 1= 00   PKG POST CODE  = N
                       ZIP  =                                          SMSA CODE  =     0000    ST DATE 2= 00   SPEC INST CODE=
                       SHORT                                           CENSUS TRCT=  0000.00    ST DATE 3= 00   OD/NSF CODE    = Y
                        NAME= HOTEL OCCUPANCY                          SIC CODE   =     0000    ST DATE 4= 00   NBR STMT COPY  = 1
                       CREDIT                                          LOCATION   =      000    ST FULL   =  N   STMT MAIL CODE= P
                          CARD=00000000000000000                       OFFICER    =      000    ST DAY DLY= N    OD/NSF MAIL CD= P
                                                                       DOM BRANCH =      000    SC TYPE   =  W   HOLD STMT CODE= N
                                                                       IBA INT RAT=   00.000    SC DESC   =      STMT SEQUENCE = S
[Redacted]                                                             IBA IND    =        N    SC CYCLE  = 00   ACCT HIST CODE= N
                                                                       PHONE NUMBR=7877222525   SC METHOD = E    LRG MICR DEBIT= 1
                                                                       FED WH FRQ=        A    SC DAY MTH=01   LRG MICR CR    = 1
                                                                       FED WH ELEC=       3    NSF CHG CD= N   BULK FILE FLAG= N
                                                                       FED NBR DEP=     000    OD CHG CD = N   CHECK RECON    = Y
                                                                       FED WH OPT=        X    STP CHG CD= N
                       ***** NEW ACCOUNT ACCEPTED *****                FED STATUS =       S
                                                                       NEW ALT N/A
                       N/A 1= ARNALDO MAESTRE X.5961
                       N/A 2= JESUS GARCIA X.6058
                       N/A 3=
                       N/A 4=
                       N/A 5=
                       ZIP  =              EXPIRES= 12/31/49

    [Redacted] 000-6                                                                    SNAPSHOT ST                    05/26/06 HAC-OPERAC
               190-8 07 23 EC                                          0918091  NON-STANDARD CLASS CODE   21-22 ********************
                       FROM= IC                  TO= EC                         DDA BAL MNT*CLASS CODE            05/25/06 INES M. ME
```

Signature: 5/26/06

CONFIDENTIAL                                                                                                            CCDA_STAY0006782

Apéndice MOB-130-01A



**BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO**
**SAN JUAN, PUERTO RICO**

**SOLICITUD Y CONVENIO DE APERTURA DE CUENTA BANCARIA**

☐ Marcar el cuadro si la cuenta es CORRIENTE PARA PAGADORES ESPECIALES DEL DEPARTAMENTO DE HACIENDA - El Depositante deberá presentar y se hará formar parte de este convenio, los siguientes documentos autorizados por el Departamento de Hacienda: copia aprobada para la apertura de esta cuenta y el nombramiento del Oficial Pagador Especial o Auxiliar.

---

**Agencia:** Hotel Occupancy Tax Pledge Account
PRCCDA, Series A, 2006

**Dirección Postal:** PO Box 42001
San Juan, PR 00940-2001

**Teléfono:** (787) 722-2525   **Fax:** (787) 726-1440

**Dirección Física:** Avenida De Diego, Parada #22, San Juan

**Fecha de Solicitud:** 22 de mayo de 2006.

---

**Propósito de la Cuenta:** Para el pago de la deuda de la Emisión de Bonos de PRCCD, Series A, 2006

**El Depositante conviene y acuerda con el Banco los siguientes términos y condiciones:**

1. El Depositante efectuará depósitos en la cuenta y éstos se acreditarán el mismo día laborable, si se realizan en o antes del horario establecido por el Banco Gubernamental de Fomento para Puerto Rico (Banco). La disponibilidad de los fondos estará sujeta a las disposiciones de la Regulación CC de la Junta de la Reserva Federal.

2. El Banco rehusará, sin incurrir en responsabilidad con el Depositante, cualquier orden de pago o libramiento que no esté expedido de conformidad con las prácticas usuales y corrientes con relación a la fecha, la cantidad, el endoso y la firma del libramiento u orden de pago. El rehusar el pago por cualquiera de estos conceptos no constituirá renuncia por parte del Banco al derecho de pagar cualquier libramiento similar cuando así lo crea conveniente para los mejores intereses del Depositante y del Banco.

3. El Depositante renuncia al derecho de suspender el pago de cheques u otras órdenes de pago libradas contra su cuenta, excepto mediante los impresos que provea el Banco con sujeción a las condiciones que el Banco señale en éstos o mediante el uso del sistema en línea. El Banco queda relevado de toda obligación de aceptar órdenes de suspensión de pago contenidas en cualquier otro documento, o solicitadas verbalmente.

4. El Depositante notificará al Banco sobre cualquier suspensión de pago a través de los formatos provistos por el Banco. La suspensión será efectiva en la fecha en que la notificación sea recibida y aceptada por el Banco. Se procederá de igual forma con las derogaciones de suspensión de pago. Si la suspensión de pago no fuera aceptada por el Banco, el Banco deberá indicar la razón o razones en el documento presentado. El documento se devolverá al Depositante y se retendrá una copia para archivo.

5. El Banco está autorizado para enviar al Depositante, según los reglamentos, las costumbres y la práctica bancaria, por correo ordinario o por mensajero, a riesgo del Depositante, a la última dirección del Depositante conocida por el Banco, o a aquella dirección que éste señale por escrito, un estado de cuenta conjuntamente con la evidencia de las órdenes de pago y toda otra evidencia de cargos a la cuenta durante el período que cubre el estado de cuenta.

6. El Depositante tiene treinta (30) días calendario a partir de la fecha del estado para hacer reclamaciones relacionadas con cualesquiera de las transacciones allí registradas. Si el Banco no recibe estas reclamaciones por escrito dentro de este término, se entenderá que el Depositante renuncia a las mismas para todos los efectos legales.

Las reclamaciones deberán ser enviadas a la siguiente dirección:

Banco Gubernamental de Fomento para Puerto Rico
Atención: Sección de Servicio al Cliente
P.O. Box 42001
San Juan, Puerto Rico 00940-2001

7. El Banco proveerá los primeros cien (100) cheques libre de costo, si aplica.

_____ Aplica     __X__ No Aplica

El Depositante podrá solicitar al Banco la compra de los cheques adicionales y el Banco realizará un cargo a su cuenta por el costo de los cheques. El Depositante también tiene la alternativa de utilizar cualquier compañía para la adquisición de los cheques siempre y cuando esa compañía realice pruebas de los formularios con el Banco y cumplan con los requisitos de seguridad establecidos por el Banco.

8. Esta cuenta devengará intereses, si aplica, a base de una de las siguientes opciones a determinarse por el Banco y los intereses se acreditarán el primer día del siguiente mes:

_____ Aplica     __X__ No Aplica

☐ Tasa de interés variable computada diariamente
☐ Tasa de interés variable computada mensualmente
☐ Tasa de interés variable computada trimestralmente
☐ Otra: _____

El cliente es responsable de cubrir cualquier balance negativo inmediatamente so pena de cancelar los servicios bancarios ofrecidos en este contrato.

De la cuenta mantener un balance negativo, el Banco computará un cargo a base de la tasa *Prime* más el dos por ciento anual (2%) del balance en negativo.

22 de septiembre de 2003 / División Sistemas y Procedimientos

Página 1 de 4

CONFIDENTIAL  CCDA_STAY0006783

Apéndice MOB-130-01A

**BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO**
**SAN JUAN, PUERTO RICO**

**SOLICITUD Y CONVENIO DE APERTURA DE CUENTA BANCARIA**

9. El Banco no será responsable en forma alguna por falsificaciones o alteraciones en los nombres de los beneficiarios o en los endosos de los cheques expedidos por el Depositante.

   En la eventualidad de que algún cheque expedido por el Depositante sea falsificado o alterado o que sea endosado fraudulentamente, el Banco, una vez notificado por el Depositante, iniciará los trámites para gestionar el cobro de su importe a través de la Cámara de Compensación de Cheques. El Depositante deberá hacer la reclamación al Banco en un período no mayor de seis (6) meses después de haber recibido el estado bancario. El Depositante llevará a cabo la investigación correspondiente con el propósito de determinar la validez de la reclamación para expedir un duplicado del efecto falsificado o endosado fraudulentamente, si procede.

10. Todos los valores y documentos relacionados, que no sean pagaderos en la oficina del Banco, se podrán enviar por correo u otros medios similares, directamente o en circuito a través de cualesquiera corresponsales sujeto a los reglamentos de éstos, o directamente al girado, librador o agente pagador para obtener su pago en efectivo, abono al banco remitente o giro o certificación del girado, librador, banco pagador, o cualquiera otro banco. La utilización de cualquiera de estos mecanismos será a riesgo del Depositante exclusivamente y sin responsabilidad para el Banco por cualquier acto, negligencia u omisión de cualquier corresponsal, agente o subagente.

    Todo valor abonado se podría cargar nuevamente en cualquier momento antes de que se reciba en la oficina del Banco el pago total en efectivo. Los abonos que se hagan por efectos librados a cargo o pagaderos en la oficina del Banco serán de carácter provisional, sujetos a revocación de acuerdo con lo dispuesto en la Ley de Instrumentos Negociables en caso de que éstos no se pudieran pagar por cualquier razón. Cuando estos efectos se depositen después de cerrada al público, la oficina del Banco, el derecho de revocación se podrá ejercer durante el siguiente día laborable.

11. En consideración por los servicios prestados bajo este convenio, el Banco será compensado mensualmente, si aplica, y se utilizará la Estructura de Precios vigente en el Banco.

12. El total de los cargos se debitará de la cuenta que el depositante tiene con el Banco con efectividad del primer día del próximo mes, si aplica.

13. El Banco someterá un desglose mensual que incluirá el total de los cargos por concepto de servicios prestados.

14. Cualquiera de las partes podrá rescindir este convenio mediante notificación escrita con sesenta (60) días de anticipación a la fecha de la decisión.

15. Todos los términos y las condiciones de este convenio se podrán cambiar, alterar o modificar por parte del Banco, mediante notificación escrita al cliente con 60 días de anticipación a la fecha de efectividad de los cambios.

Número de Cuenta: Redacted 994-7

Fecha de Efectividad: 26 de mayo de 2006



---

Hotel Occupancy Tax Pledge Account-PRCCDA, Series A, 2006
**Agencia Depositante**

Arnaldo Maestre Pujals
**Nombre del Oficial Autorizado de la Agencia Depositante**

Redacted
**Firma del Oficial Autorizado de la Agencia Depositante**

22 mayo 06
**Fecha**

BANCO GUBERNAMENTAL DE FOMENTO
PARA PUERTO RICO

Redacted
José Guillermo Dávila
**Nombre del Funcionario Autorizado**

**Firma del Funcionario Autorizado**

**Fecha**

CONFIDENTIAL

CCDA_STAY0006784

# BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO
## Cuentas de Depósito

### INFORMACION PARA COMPLEMENTAR EL CONTRATO DE APERTURA DE CUENTA

**FECHA SOLICITADO:** 22 de mayo de 2006.

**NOMBRE DE LA CUENTA:** Hotel Occupancy Tax Pledge Account-PRCCDA, Serie A, 2006

**PROPÓSITO DE LA CUENTA:** Para el pago de la deuda de la Emisión de Bonos de PRCCD, Series A, 2006

**NUMERO DE CUENTA:** [Redacted]9994-7    **CLASE:** ES

## INFORMACIÓN DE LA AGENCIA:

Nombre:   Autoridad del Distrito del Centro de Convenciones

Dirección Física Antigua Base Naval, Isla Grande, Miramar, San Juan, PR

Dirección Postal Po Box 42001 San Juan PR 00940-2001

Teléfonos:   787-722-3309

Fax:   787-722-3305

## PERSONAL DE CONTACTO:

Nombre:   Arnaldo Maestre
Posición:   Ejecutivo de Cuentas
Teléfono:   787-722-2525 x.5961
Dirección electrónica: Arnaldo.Maestre@bgf.gobierno.pr

Nombre:   Jesús M. García
Posición:   Director Auxiliar
Teléfono:   [Redacted]
Dirección electrónica: Jesús.M.Garcia@bgf.gobierno.pr

## DATOS:

☐ Cheques

  ☐ Adquiridos por el Banco    ☐ Adquiridos por el cliente
                                  (Entregar lista de requisitos de seguridad)

  Check Digit   ☐ Sí   ☐ No

☒ Transferencias   ☒ Sí   ☐ No

☐ Intereses        ☐ Sí   ☒ No

☐ OPE
  ☐ Carta nombramiento

☐ Factura por servicios mediante aviso a la cuenta número:

## TIPOS DE SERVICIOS QUE NECESITA:

☒ Depósitos                          ☐ Suspensión de pago
☒ Reconciliación bancaria            ☐ CMIA
☐ Servicio de Imágenes               ☐ Transferencias cablegráficas
☐ Sistema de cheques devueltos       ☐ ACH
☐ Emisiones                          ☐ Acceso por Internet / Hyper Terminal

\_nación entrada por: Leslie Rivera Rodríguez    **Redacted**   23/5/06

CONFIDENTIAL                                                         CCDA_STAY0006785

## Rivera, Leslie (GDB)

**From:** Maestre Pujals, Arnaldo (GDB)
**Sent:** Tuesday, May 30, 2006 10:44 AM
**To:** Rivera, Leslie (GDB); González, Brenda (GDB)
**Cc:** Pascual, Miriam (GDB)
**Subject:** Solicitud para abrir cuenta

Bueno días:
Por favor procedan con la apertura de la cuenta para el servicio a la deuda de la Autoridad del Distrito del Centro de Convenciones. De ser posible, necesitamos que se programe la cuenta para que se notifique a nuestra división sobre cada transacción que se efectúe en dicha cuenta. Esto es así por que los fondos que se depositen deben ser transferidos al fideicomisario de la emisión de bonos no más tarde de tres días de la fecha en que se recibiera el depósito.
Gracias.

*Arnaldo Maestre Pujals*

---

**From:** Pascual, Miriam (GDB)
**Sent:** Monday, May 22, 2006 2:13 PM
**To:** Rivera, Leslie (GDB); González, Brenda (GDB)
**Cc:** Maestre Pujals, Arnaldo (GDB)
**Subject:**

Buenas tardes. Les incluyo forma para abrir cuenta IBA de para el pago de la deuda de la emisión de bonos de la Autoridad del Distrito de Convenciones, Serie A, 2006. Muchas gracias.

5/30/2006

CONFIDENTIAL                                                                    CCDA_STAY0006786

# CERTIFIED TRANSLATION

CERTIFIED TRANSLATION

GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO
DEPOSIT ACCOUNTS DIVISION
REGISTRATION OF AUTHORIZED SIGNATURES

GDB

**Agency:** HOTEL OCCUPANCY TAX PLEDGE ACCOUNT

**Account:** Redacted 994-7  
(Debt service payment of PRCCD, Series A, 2006 Bond Issue)

Effective Date: 5/ 26/2006  
Month/Day/Year

| NAME AND TITLE | SIGNATURE |
|---|---|
| Mr. Gabriel Rivera – Director Public Financing | *Illegible signature* |
| Mr. Jesús M. García – Assistant Director | |
| Mr. Miguel Gutarra – Account Executive | *Illegible signature* |
| Mr. Arnaldo Maestre – Account Executive | *Illegible signature* |
| | |
| | |
| | |

Note: Please complete one card per account.

CONFIDENTIAL                                                                                    CCDA_STAY0006780



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

*GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO*
*Deposit Accounts Division*
*San Juan, PR*

May 30, 2006

Mr. Arnaldo Maestre

ACCOUNT OPENING

We have attached a signed copy of the Account Application Form for:

| Account | Number |
|---|---|
| HOTEL OCCUPANCY TAX PLEDGE ACCOUNT (*Debt service payment of PRCCD, Series A, 2006 Bond Issue*) | Redacted 994-7 |

If you have any questions or need additional information, you may contact Mmes. Leslie Rivera and Brenda González or me at our Customer Service Section or me at extensions 6199, 6194, or 6193, respectively.

[*Illegible Signature*]
Ronald Meléndez

crm

Attachment

CONFIDENTIAL                                                                                   CCDA_STAY0006781


I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[*Logo*: GDB]  Attachment MOB-130-01A

## GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO
## SAN JUAN, PUERTO RICO

### BANK ACCOUNT APPLICATION
### AND AGREEMENT FORM

☐ Check the box if account is a CHECKING ACCOUNT FOR SPECIAL PAYERS OF THE DEPARTMENT OF THE TREASURY – Depositor will present and make part of this agreement, the following documents authorized by the Department of the Treasury: an approved copy for opening this account and the appointment of the Special or Assistant Payer.

| | |
|---|---|
| **Agency:** Hotel Occupancy Tax Pledge Account PRCCDA, Series A, 2006 | **Mailing Address:** PO Box 42001 San Juan, PR 00940-2001 |
| **Telephone:** (787) 722-2525   **Fax:** (787) 726-1440 | |
| **Application Date:** May 22, 2006. | **Street Address:** De Diego Avenue, Stop #22, San Juan |

**Purpose of the Account:** For making debt service payments of PRCCD, Series A, 2006 Bond Issue.

**Depositor covenants and agrees with the Bank the following terms and conditions:**

1. Depositor will make deposits in the account and such deposits will be available on the same business day, if made on or before the cut-off hours established by the Government Development Bank for Puerto Rico (Bank). Availability of funds will be subject to the provisions of Regulation CC of the Federal Reserve Board.

2. The Bank will refuse, without incurring liability to Depositor, any order of payment that is not issued in accordance with usual and customary practices in relation to the date, amount, endorsement, and signature of the order of payment. Refusing payment on such account shall not constitute a waiver by the Bank of its right to pay any similar order of payment when it deems it convenient in the best interest of the Depositor and the Bank.

3. Depositor waives the right to dishonor any check or other order of payment, except through the forms provided by the Bank subject to the conditions set forth by the Bank therein or through the online system. The Bank is discharged from any obligation to accept orders to dishonor contained in any other document or requested orally.

4. Depositor will notify the Bank of any stop payment through the forms provided by the Bank. Stop payments will be effective on the date in which notice is received and accepted by the Bank. Cancellation of orders to dishonor will be processed in the same manner. If a stop payment is not accepted by the Bank, the Bank will state the reason or reasons in the form submitted. The form will be returned to the Depositor and a copy thereof will be kept in record.

5. The Bank is authorized to send the Depositor, in accordance with the regulations, usual and customary banking practices, by regular mail or messenger, at the Depositor's risk, to the Depositor's last known address by the Bank, or to such address stated by the Depositor in writing, an account statement showing the orders of payment and any other charges during the period covered in account statement.

6. The Depositor will have thirty (30) calendar days as of the date of the account statement to file any claim in connection with the transactions shown therein. If the Bank does not receive these claims in writing within said period, it shall be understood that the Depositor waives the same for all legal purposes.
Claims shall be mailed at the following address:
  Government Development Bank for Puerto Rico
  Attention: Customer Service Section
  P. O. Box 42001
  San Juan, Puerto Rico 00940-2001

7. The Bank will provide the first one hundred (100) checks free of charge, if applicable.

  _____ Applies   __X__ Does not Apply

The Depositor may purchase additional checks from the Bank and the Bank will debit the check charges from Depositor's account. Depositor also has the option to buy checks from any other company; provided that said company makes form verifications with the Bank and meets the security requirements established by the Bank.

8. This account will bear interest, if applicable, on the basis of any of the following options to be determined by the Bank and interest will be credited the first day of the following month:

  _____ Applies   __X__ Does not Apply

  ☐ Variable interest rate compounded daily
  ☐ Variable interest rate compounded monthly
  ☐ Variable interest rate compounded quarterly
  ☐ Other

Client is responsible for covering any negative available balance immediately under penalty of cancelling the banking services offered in this agreement.

If a negative available balance is maintained in the account, the Bank will compute a charge based on the Prime interest rate plus two (2%) percent per annum of the negative balance.

September 22, 2003 Systems and Procedures Division

CONFIDENTIAL  CCDA_STAY0006783


I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Attachment MOB-130-01A

**GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO**
**SAN JUAN, PUERTO RICO**

**BANK ACCOUNT APPLICATION**
**AND AGREEMENT FORM**

9. The Bank will assume no responsibility whatsoever for counterfeiting or alternations in beneficiaries' names or endorsement of checks issued by the Depositor.

In the event that a check issued by the Depositor is counterfeited or altered or fraudulently endorsed, the Bank, upon receipt of Depositor's notice, will begin the process to recover the amount through the Check Clearing House. The Depositor must file a claim with the Bank within a period not to exceed six (6) months after receiving the account statement. The Depositor will conduct the appropriate investigation for the purpose of determining the validity of the claim to issue a duplicate of the draft counterfeited or fraudulently endorsed, if appropriate.

10. All securities and related instruments that are not payable at the Bank's office, may be delivered by mail or other similar medium, directly or through any of the correspondent banks subject to the regulations thereof, or directly to the drawer, issuer or paying agent to obtain payment in cash, payment to the remitting bank, or draft or certification of the issuer, drawer, paying bank or any other bank. The use of any of these mechanisms will be solely at the Depositor's risk without liability to the Bank for any act, neglect, omission of any correspondent, agent, or sub-agent.

Any paid security may be charged once again at any time before full payment in cash is received at the Bank's office. Advances made for drafts issued chargeable to or payable in the Bank's office will be temporary, subject to revocation in accordance with the provisions of the Negotiable Instruments Act in the event these cannot be paid for any reason. When these drafts are deposited after the Bank's office is closed to the public, the right of revocation may be exercised the next business day.

11. In consideration of the services rendered under this Agreement, the Bank will charge a monthly fee, if applicable, using the Bank's Fee Schedule in effect.

12. The total fees will be debited from the depositor's account with the Bank the first day of the next month, if applicable.

13. The Bank will submit a monthly statement, which shall include the total service fees charged.

14. Any of the parties may cancel this agreement upon written notice within sixty (60) days prior to the decision date.

15. All the terms and conditions of these agreement may be changed, altered, or modified by the Bank upon written notice to the customer within sixty (60) days prior to the effective date of the changes.

Account Number: Redacted 9994-7

Effective Date: May 26, 2006

Hotel Occupancy Tax Pledge Account- PRCCDA, Series A, 2006

GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO

[*Printed Name*: Arnaldo Maestre Pujals]
Authorized Depositor Officer's Name

[*Illegible Signature*]
José Guillermo Dávila
Authorized Officer's name

[*Illegible Signature*]
Authorized Depositor Officer's Signature
May 22, 2006
Date

Authorized Officer's signature

Date

CONFIDENTIAL

CCDA_STAY6784



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

**CERTIFIED TRANSLATION**

GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO
Deposit Accounts

INFORMATION TO COMPLETE THE ACCOUNT APPLICATION
AND AGREEMENT FORM

DATE REQUESTED: May 22, 2006

ACCOUNT NAME: Hotel Occupancy Tax Pledge Account – PRCCDA, Series A, 2006

PURPOSE OF THE ACCOUNT: For making debt service payment of PRCCD, Series A, 2006 Bond Issue.

ACCOUNT NUMBER [Redacted]994-7        CLASS: ES

AGENCY INFORMATION:

Name:    Convention Center District Authority

Street Address: Antigua Base Naval, Isla Grande, Miramar, San Juan, PR

Mailing Address: PO Box 42001 San Juan, PR 00940-2001

Telephone(s): 787-722-3309

Fax: 787-722-3305

CONTACT PERSON:

Name:          Arnaldo Maestre
Position:       Account Executive
Telephone:   787-722-2525 x. 5961
Email address:   Arnaldo.Maestre@bgf.gobierno.pr

Name:          Jesús M. García
Position:       Assistant Director
Telephone:   [Redacted]
Email address:   Jesus.M.Garcia@bgf.gobierno.pr

DATA:

☐ Checks

   ☐ Acquired by Bank        ☐ Acquired by Customer
                              (Provide list of security requirements)

                              Check Digit ☐ Yes ☐ No

☒ Transfers     ☒ Yes  ☐ No

☐ Interest     ☐ Yes  ☒ No

☐ OPE
   ☐ Letter of Appointment
   ☐ Service Invoice through notice to account number:

TYPES OF SERVICES NEEDED:

☐ Deposits                    ☐ Suspension of payment
☐ Bank Reconciliation         ☐ CMIA
☐ Image Service               ☐ Cable Transfers
☐ Returned Check System       ☐ ACH
☐ Issues                      ☐ Internet Access / Hyper Terminal

Data entered by: Leslie Rivera-Rodríguez    [Illegible Signature] 23/5/06

CONFIDENTIAL                                                                 CCDA_STAY0006785

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Page 1 of 1

**Rivera, Leslie (GDB)**

From: Maestre Pujals, Arnaldo (GDB)
Sent: Tuesday, May 30, 2006 10:44 AM
To: Rivera, Leslie (GDB); González, Brenda (GDB)
Cc: Pascual, Miriam (GDB)
Subject: Account Application

Good morning:
Please proceed to open account for the debt service of the Convention Center District Authority. If possible, we need that the account be programed to notify our division every transaction made in said account. This is because the funds deposited therein must be transferred to the bond issue trustee not later than three days after the date in which the deposit is received.
Thank you.

Arnaldo Maestre Pujals

From: Pascual, Miriam (GDB)
Sent: Monday, May 22, 2006 2:13 PM
To: Rivera, Leslie (GDB); González, Brenda (GDB)
Cc: Maestre Pujals, Arnaldo (GDB)
Subject:

Good afternoon. Attached is an IBA account application form to open an account for making debt service payments of PRCCD, Series A, 2006 Bond Issue.
Thank you very much.

[illegible time stamp]

5/30/2006

CONFIDENTIAL

CCDA_STAY0006786



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.