# EXHIBIT AB

# (Ex. 44 to the Hughes Declaration, originally filed as ECF 13010-25) - Part 1

# EXHIBIT 44

225

```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF PUERTO RICO


    -------------------------- X
    In re:                     :
                               : PROMESA
    THE FINANCIAL OVERSIGHT    : TITLE III
    AND MANAGEMENT BOARD       :
    FOR PUERTO RICO,           : Case No.
                               : 17 BK 3283-LTS
       as representative of    :
                               : (Jointly
    THE COMMONWEALTH OF        :  Administered)
    PUERTO RICO,               :
                               :
             Debtor.           :
    -------------------------- X
    In re:                     :
                               : PROMESA
    THE FINANCIAL OVERSIGHT    : TITLE III
    AND MANAGEMENT BOARD       :
    FOR PUERTO RICO,           : Case No.
                               : 17 BK 3567-LTS
       as representative of    :
                               :
    THE COMMONWEALTH OF        : CONFIDENTIAL
    PUERTO RICO, et al.,       : PURSUANT TO
                               : PROTECTIVE ORDER
             Debtor.           :
    -------------------------- X VOL. II OF II
```

        Videotaped deposition of TIMOTHY H.
AHLBERG, conducted virtually, pursuant to
continuance, reported stenographically by
Cynthia J. Conforti, CSR, RPR, CRR, commencing
at the hour of 9:46 a.m. CST, on the 23rd day
of April, 2020.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                April 23, 2020

2 (Pages 226 to 229)

---

**226**

1  A P P E A R A N C E S:
2  FOR THE FINANCIAL OVERSIGHT AND MANAGEMENT
   BOARD FOR PUERTO RICO, as representative of the
3  COMMONWEALTH OF PUERTO RICO:
4     PROSKAUER ROSE LLP
5     Eleven Times Square
      (Eighth Avenue & 41st Street)
6     New York, New York 10036-8299
      212.969.3000
7  BY:  DAVID A. MUNKITTRICK, ESQ.
      dmunkittrick@proskauer.com
8     MICHAEL T. MERVIS, ESQ.
      mmervis@proskauer.com
9
   BY:  ELLIOT STEVENS, ESQ.
10    estevens@proskauer.com
      One International Place
11    Boston, Massachusetts 02110-2600
      617.526.9600
12
   FOR AMBAC ASSURANCE CORPORATION:
13
14    MILBANK LLP
      55 Hudson Yards
15    New York, New York 10001-2163
      212.530.5000
16 BY:  CAELAINN CARNEY, ESQ.
17    ccarney@milbank.com
      WILL DENKER, ESQ.
18    wdenker@milbank.com
      JOHN HUGHES, ESQ.
19    jughes2@milbank.com
      KEVIN MAGGIO, ESQ.
20    kmaggio@milbank.com
      GRANT MAINLAND, ESQ.
21    gmainland@milbank.com
      DAVID MARCOU, ESQ.
22    dmarcou@milbank.com
      ATARA MILLER, ESQ.
23    amiller@milbank.com
      ALEXANDRA PASLAWSKY, ESQ.
24    apaslawsky@milbank.com
      KEVIN WESTERMAN, ESQ.
25    kwesterman@milbank.com

---

**228**

1  A P P E A R A N C E S:  (Continued)
2
   ON BEHALF OF ASSURED GUARANTY CORP. and ASSURED
3  GUARANTY MUNICIPAL CORP.:
4     CADWALADER, WICKERSHAM & TAFT LLP
5     200 Liberty Street
      New York, New York 10281
6     212.504.6000
7  BY:  THOMAS J. CURTIN, ESQ.
      thomas.curtin@cwt.com
8     BILL NATBONY, ESQ.
      bill.natbony@cwt.com
9     CASEY JOHN SERVAIS, ESQ.
      casey.servais@cwt.com
10    JACLYN A. HALL, ESQ.
      jaclyn.hall@cwt.com
11
   FOR FINANCIAL GUARANTY INSURANCE COMPANY:
12
13    BUTLER SNOW LLP
      The Pinnacle at Symphony Place
14    Suite 1600
      150 3rd Avenue South
15    Nashville, Tennessee 37201
      615.651.6700
16 BY:  JASON W. CALLEN, ESQ.
      jason.callen@butlersnow.com
17 BY:  ADAM M. LANGLEY, ESQ.
      adam.langley@butlersnow.com
18    6075 Poplar Avenue
      Suite 500
19    Memphis, Tennessee 38119
      901.680.7200
20
21
22
23
24
25

---

**227**

1  A P P E A R A N C E S:  (Continued)
2
   FOR NATIONAL PUBLIC FINANCE GUARANTEE CORP.:
3
4     WEIL GOTSHAL & MANGES LLP
5     767 Fifth Avenue
      New York, New York 10153-0119
6     212.310.8000
7  BY:  ROBERT S. BEREZIN, ESQ.
      robert.berezin@weil.com
8     CHRISTINE CALABRESE, ESQ.
      christine@calabrese@weil.com
9     GASPARD RAPPOPORT, ESQ.
      gaspard.rappoport@weil.com
10
   FOR THE PUERTO RICO FISCAL AGENCY AND FINANCIAL
11 ADVISORY AUTHORITY:
12    O'MELVENY & MYERS LLP
13    610 Newport Center Drive
      17th Floor
14    Newport Beach, California 92660
      949.823.6900
   BY:  ELIZABETH L. McKEEN, ESQ.
15    emckeen@omm.com
      ASHLEY PAVEL, ESQ.
16    apavel@omm.com
      610 Newport Center Drive
17    17th Floor
      Newport Beach, California 92660
18    949.823.6900
      - also -
19
20    MARINI PIETRANTONI MUÑIZ LLC
      250 Avenue Ponce de Leon
21    Suite 900
      San Juan, Puerto Rico 00918
22    787.705.2171
   BY:  IVÁN GARAU GONZÁLEZ, ESQ.
23    igarau@mpmlawpr.com
24
25

---

**229**

1  A P P E A R A N C E S:  (Continued)
2
   FOR CANTOR-KATZ COLLATERAL MONITOR LLC, as
3  Collateral Monitor for GDB DEBT RECOVERY
   AUTHORITY:
4
5     ORRICK, HERRINGTON & SUTCLIFFE LLP
6     51 W 52nd Street
      New York, New York 10019
      212.506.5000
7  BY:  DAVID LITTERINE-KAUFMAN, ESQ.
      dlitterinekaufman@orrick.com
8
9  FOR THE OFFICIAL COMMITTEE OF UNSECURED
   CREDITORS:
10
11    PAUL HASTINGS LLP
12    MetLife Building
      200 Park Avenue
13    New York, New York 10166
      212.318.6000
14 BY:  ZACHARY S. ZWILLINGER, ESQ.
      zacharyzwillinger@paulhastings.com
15
16 FOR AMERINATIONAL COMMUNITY SERVICES, LLC, as
   servicer for the GDB DEBT RECOVERY AUTHORITY:
17    MCCONNELL VALDÉS LLC
18    270 Muñoz Rivera Avenue
      Hato Rey, Puerto Rico 00918
19    787.759.9292
   BY:  NAYUAN ZOUAIRABANI TRINIDAD, ESQ.
20    nzt@mcvpr.com
21 ALSO PRESENT:
22    Hira Baig, Weil Gotshal & Manges LLP
      Lou Testani, Milbank LLP
23    Alexander Whitelaw, Weil Gotshal & Manges LLP
      Anthony Micheletto, Videographer
24
25

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                  April 23, 2020

3 (Pages 230 to 233)

---

**230**

INDEX

TESTIMONY OF TIMOTHY H. AHLBERG          PAGE

Examination by Ms. Miller:          236
Examination by Ms. McKeene:          548

DEPOSITION EXHIBITS
NUMBER          DESCRIPTION          PAGE
MONOLINES

Exhibit 19A    June 30, 2016          247
          Basic Financial
          Statements and
          Required Supplementary
          Information
          CW_STAY0010168 -
          0010367

Exhibit 19B   6/30/16 Notes to the          247
          Basic Financial
          Statements 0010368 -
          0010543

Exhibit 20    FAFAA Treasury Single          274
          Account ("TSA") FY 2020
          Cash Flow As of April 10, 2020
          No Bates numbers

Exhibit 21    Laws of Puerto Rico          298
          Annotated Currentness
          Title 3, Executive
          Chapter 67, Puerto Rico
          Infrastructure Financing
          Authority Act
          No Bates numbers

Exhibit 22    Trust agreement related          217
          to the Puerto Rico
          Infrastructure Financing
          Authority to Citibank, N.A
          No Bates numbers

---

**231**

DEPOSITION EXHIBITS (Continued)
NUMBER          DESCRIPTION          PAGE
MONOLINES

Exhibit 23    Exhibit A - Flow of          335
          Rum Taxes
          No Bates numbers

Exhibit 24    PRIFA Rum Excise Taxes          340
          Flow of Funds
          No Bates numbers

Exhibit 25    Application and          357
          Agreement for Opening
          Bank Account
          PRIFA_STAY0003747 -
          0004742

Exhibit 26    Statement of Account          368
          for Account 1891
          PRIFA_STAY0004151 -
          0004152

Exhibit 27    Commonwealth Department          371
          of the Treasury
          Remittance Receipt
          PRIFA_STAY0001065 -
          0001070 plus English
          translation not Bates
          numbered

Exhibit 28    Lockbox Agreement          377
          PRIFA_STAY0000472 -
          0000542

Exhibit 29    Lockbox Receipt Notice          389
          PRIFA_STAY0001319 -
          0001326

Exhibit 30    Assignment and          418
          Coordination Agreement
          No Bates numbers

---

**232**

DEPOSITION EXHIBITS (Continued)
NUMBER          DESCRIPTION          PAGE
MONOLINES

Exhibit 31    Pledge Assignment          439
          Agreement by and among
          The Puerto Rico
          Convention Center
          District Authority, the
          Government Development
          Bank and JPMorgan Chase
          No Bates numbers

Exhibit 32    Puerto Rico Tourism          445
          Company Room Taxes Flow
          of Funds
          No Bates numbers

Exhibit 33    Government Development          464
          Bank For Puerto Rico
          Hotel Occupancy Tax
          Pledge Account
          CCDA_STA0006780 -
          0006787
          English Translation
          no Bates numbers

Exhibit 34    Instruction letters          491
          CCDA_STAY 0004927 -
          0004328
          English translation
          No Bates numbers

Exhibit 35    Discovery on Lift          499
          Stay Motions - Movants'
          Letters dated March
          23, 2020
          No Bates numbers

---

**233**

DEPOSITION EXHIBITS (Continued)
NUMBER          DESCRIPTION          PAGE
MONOLINES

Exhibit 36    Document in Spanish          521
          CCDA_STAY0006916 -
          0006917
          Document in Spanish
          CCDA_STAY0006916 -
          0006917
          English translation
          No Bates numbers
          Document in Spanish
          CCDA_STAY0006916 -
          0006917

Exhibit 37    FirstBank          520
          Statement of Account
          CCDA_0000785

Exhibit 38    (Not referenced)
          10/14/18 letter,
          Ana Garcia Noya,
          Deputy Treasury
          Secretary to Arnaldo
          Maestry. Government
          Development Bank
          For Puerto Rico
          PRIFA_STAY0001079 -
          0001093

PREVIOUSLY MARKED EXHIBITS REFERRED TO (NOT
TENDERED FOR INCLUSION INTO TRANSCRIPT)

Exhibit 11          548

Exhibit 14          549

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                         April 23, 2020

**234**

PRODUCTION REQUESTS

Page 432, Line 19:

"MS. MILLER: Okay. Well, I'm going to call for the production of any such documents that the Commonwealth intends to rely on as evidence that the account that you're going to tell me is the transfer account is in fact the transfer account."

Page 486, Line 17:

MS. MILLER: "So I'm going to call on the record for the production of any such documents that you've seen that you're relying on for your testimony that the 5144 account is the surplus account or that the Commonwealth otherwise intends to rely on."

**235**

THE VIDEOGRAPHER: We are now on the record. Welcome to the continuing deposition of Timothy Ahlberg. My name is Anthony Micheletto. I am the videographer and conference call host for Henderson Legal Services.

Today's date is April 23, 2020. The time is 9:46 a.m., Central time.

It is my understanding that there are approximately 44 attorneys attending telephonically. To keep instructions at a minimum, I will be muting all telephones except the witness, taking attorney, and opposing counsel whom will dial *6 so they can be heard.

In addition, if you are not speaking, please make sure you turn off your camera on LiveLitigation. You should receive the video stream through your computer and audio through your phone. Periodically, during the break, I will communicate to everyone how long we have been on the record. Our court reporter today is Cynthia Conforti.

Mr. Ahlberg, you are still under oath.

Counsel, you may proceed.

**236**

(Witness previously sworn.)

TIMOTHY H. AHLBERG, having been duly sworn, was examined and testified further as follows:

EXAMINATION

BY MS. MILLER:

Q.     Good morning, Mr. Ahlberg. I am Atara Miller, and I'm from Milbank, and I'm counsel for Ambac Assurance Corporation in this matter. I'll be asking questions today relating to PRIFAS and CCDA Flow of Funds, and I'm asking questions on behalf of all of the defendants here. I guess I'll open with that here, I should say.

So as the videographer indicated, Mr. Ahlberg, do you understand that you're still under oath today?

A.     Yes.

Q.     And you understand that the testimony that you're giving has the same weight and effect as if you were giving it in a court of law, correct?

A.     Yes.

Q.     And the instructions that Mr. Natbony gave you yesterday will continue,

**237**

but I'm just going to remind you of two critical ones, particularly as we are taking this by video.

The first one is to be sure not to talk over each other. The court reporter, especially on video, is going to have a hard time recording what you're saying. So I'm going to wait for you to finish answering the question before I ask the next question. I'm going to ask you to wait for me to finish asking the question before you start answering. Is that okay?

A.     Okay.

MS. McKEEN: I'm having a little -- I'm having a little trouble hearing you. Can you maybe position your phone closer or turn up the volume on your -- your phone?

I can hear Atara just fine.

THE WITNESS: Is that any better?

MS. McKEEN: It is. Thank you.

BY MS. MILLER:

Q.     At any time today, if you'd like to take a break, I am happy to take one, but I am going to ask you to answer any question that's pending before we take a break. But

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

5 (Pages 238 to 241)

**238**

1  otherwise, if you want a break, I'll take one
2  at the next convenient point.  Is that okay?
3      A.   Okay.
4      Q.       You testified multiple times on
5  Tuesday that in your mind, Funds don't have
6  balances.  Do you recall that?
7          MS. McKEEN:  Object to the form.
8          THE WITNESS:  I do recall saying
9  that I don't think about Fund numbers in that
10 way.
11 BY MS. MILLER:
12     Q.   Okay.  When you say "Fund
13 numbers," what do you mean?
14     A.       Numbers that correspond with
15 different Funds within the PRIFAS system.
16     Q.   Okay.  So let me ask you so the
17 record's clear.
18         Mr. Ahlberg, in your opinion, do
19 Funds have balances?
20         MS. McKEEN:  Objection to the form
21 of the question.
22         UNIDENTIFIED SPEAKER:  Objection.
23         THE WITNESS:  I don't typically
24 think about Funds as having balances.
25

**239**

1  BY MS. MILLER:
2      Q.   Is it your testimony that Funds
3  within the Commonwealth accounting system do
4  not have balances?
5          MS. McKEEN:  Objection.
6          THE WITNESS:  I don't think about
7  Funds having balances within the TSA account.
8  BY MS. MILLER:
9      Q.   Okay.  So it's a yes-or-no
10 question.  I'm not asking you about how you
11 think about it.  I'm asking you whether it is
12 your testimony that Funds within the
13 Commonwealth accounting system do not have
14 balances.
15         MS. McKEEN:  Objection.
16         THE WITNESS:  It is my testimony
17 that I don't think about Funds having balances
18 within bank accounts.
19 BY MS. MILLER:
20     Q.   Does that mean that they don't
21 have balances?
22         MS. McKEEN:  Objection.
23         THE WITNESS:  It means that that's
24 not the way that I think about them.
25

**240**

1  BY MS. MILLER:
2      Q.   Okay.  So to the best of your
3  knowledge, do other people within Treasury in
4  Puerto Rico think about Funds as having
5  balances?
6          MS. McKEEN:  Objection.
7          THE WITNESS:  Again, I can't
8  speculate what every person may or may not
9  believe about that concept.
10 BY MS. MILLER:
11     Q.   I didn't ask you to speculate.  I
12 asked you whether to the best of your personal
13 knowledge, other people within Treasury in
14 Puerto Rico think about Funds as having
15 balances.
16         MS. McKEEN:  Objection.
17         THE WITNESS:  It's not typically
18 how me or others think about Funds.
19 BY MS. MILLER:
20     Q.   Okay.  And when you say "others,"
21 who are you referring to?
22     A.       Just generally others within the
23 Department of Treasury.
24     Q.   And when you say "typically," do
25 you sometimes think about Funds as having

**241**

1  balances?
2      A.       I don't think about Funds having
3  balances.
4      Q.   Okay.  So it's your testimony that
5  Funds do not have balances, right?
6          MS. McKEEN:  Objection.
7          UNIDENTIFIED SPEAKER:  Objection.
8          THE WITNESS:  I don't think about
9  Funds having balances within bank accounts.
10 BY MS. MILLER:
11     Q.   Okay.  But you're not willing to
12 say that they don't have balances, are you?
13         MS. McKEEN:  Objection.
14         THE WITNESS:  That's not how I
15 think about Funds having balances within bank
16 accounts.
17 BY MS. MILLER:
18     Q.   I got it.  That's not how you
19 think about it.
20         But my question to you is that you
21 are not willing to say unequivocally that Funds
22 do not have balances, right?  You cannot say
23 that.
24
25

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                April 23, 2020

6 (Pages 242 to 245)

---

**242**

1    MS. McKEEN: Objection to the form

2 of the question.

3 BY MS. MILLER:

4    Q.    Okay. Let me ask another

5 question.

6    Mr. Ahlberg, can you testify

7 unequivocally that Funds within the TSA do not

8 have balances?

9    A.    I don't think about Funds having

10 balances within bank accounts.

11    Q.    I'm going to ask you for a

12 yes-or-no answer to my question. It's a simple

13 yes-or-no question. I'm going to ask it again.

14 I want a yes or a no. If you need to just

15 explain after, I'd be happy to ask you for an

16 explanation, but I'd like a yes or no, okay?

17 Do you understand that?

18    MS. McKEEN: Objection. What

19 you're demanding doesn't dictate what his

20 response needs to be. He may not think of it

21 as a yes-or-no question no matter how many

22 times you ask it that way.

23 BY MS. MILLER:

24    Q.    Mr. Ahlberg, can you testify

25 unequivocally that Funds within the TSA do not

---

**243**

1 have balances?

2    MS. McKEEN: Objection.

3    THE WITNESS: I do not think about

4 Funds as having balances within the TSA.

5 BY MS. MILLER:

6    Q.    Can you tell me why you can't give

7 me a yes-or-no answer to that question?

8    A.    I cannot give you a yes-or-no

9 answer to that question because that's not how

10 I think about Funds.

11    Q.    Mr. Ahlberg, have you ever looked

12 at the audited financial statements for the

13 Commonwealth?

14    A.    I have seen financial statements

15 of the Commonwealth.

16    Q.    Have you ever seen the audited

17 financial statements for the Commonwealth?

18    A.    I have seen audited financial

19 statements of the Commonwealth.

20    Q.    Did you review audited financial

21 statements of the Commonwealth in preparation

22 for your testimony today?

23    A.    I did review certain portions of

24 audited financial statements.

25    Q.    Okay. So what portions of the

---

**244**

1 audited financial statements did you review in

2 connection with your testimony today?

3    A.    Having reviewed hundreds of

4 documents in preparation for this deposition, I

5 can't recall the exact sections of audited

6 financial statements I may have reviewed.

7    Q.    What sections generally did you

8 review?

9    A.    I can't recall any specific

10 sections other than general review of the

11 document.

12    Q.    How did you look at the audited

13 financials?

14    A.    It would not be out of the

15 ordinary course of my daily job function to

16 occasionally look at audited financials.

17    Q.    I know. You told me that you

18 looked at them in connection with your

19 preparation for your deposition today, so I'm

20 asking do you -- why, in preparing for your

21 deposition today, did you look at the audited

22 financials for the Commonwealth?

23    A.    In order to prepare for the

24 deposition --

25    Q.    Okay.

---

**245**

1    A.    -- (indiscernible.)

2    Q.    Okay. And so in preparing for the

3 deposition, what did you think was going to be

4 relevant in the audited financial statement?

5    MS. McKEEN: I'll object to the

6 extent that, Mr. Ahlberg, you can -- you can

7 answer the question unless it would require you

8 to divulge communications that you had with

9 counsel. You can answer the question as long

10 as you're not revealing attorney-client

11 (indiscernible).

12    THE REPORTER: I'm sorry, "as long

13 as you're not"?

14    THE WITNESS: That said, would you

15 mind repeating the question?

16 BY MS. MILLER:

17    Q.    Sure. My question was:

18    And so in preparing for the

19 deposition, what did you think was going to be

20 relevant in the audited financial statement?

21    MS. McKEEN: Objection to the form

22 of the question.

23    THE WITNESS: I don't think I can

24 answer without revealing privileged

25 conversations.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

7 (Pages 246 to 249)

---

### 246

1  BY MS. MILLER:
2      Q.    Okay.  So your testimony is that
3  you only looked at the audited financial
4  statement because your lawyers told you to; is
5  that right?
6          MS. McKEEN:  Objection.
7          THE WITNESS:  That's not what I
8  said.
9  BY MS. MILLER:
10     Q.    Okay.  Well, that's the only basis
11 to not answer the question.
12         So if you have other -- another
13 answer, I'm happy to take it now and ask the
14 question again.
15         MS. McKEEN:  Objection.
16 Atara, he's given you an answer.
17 It's argumentative.
18         MS. MILLER:  He really hasn't.
19 Actually, I don't think he's answered a single
20 question that I've asked him yet today, so I'm
21 doing to continue making my record,, and I'm
22 going to go to Judge Dein if I can't start
23 getting answers.  So if you think this is how
24 we're going and you think that's an answer, we
25 will have to fight it out with the judge.  No,

---

### 247

1  he has not given me an answer to my question.
2          MS. McKEEN:  Atara, I --
3  BY MS. MILLER:
4      Q.    My -- my question is,
5  Mr. Ahlberg --
6          MS. McKEEN:  Atara, I was talking.
7  If you could not cut me off, that would be
8  great.  I disagree with your characterization
9  of the record and the witness's testimony thus
10 far today.
11 BY MS. MILLER:
12     Q.    Mr. Ahlberg, did you have any
13 independent reason other than your lawyers
14 telling you to look at the financial statements
15 to review the audited financial statements in
16 preparation for your deposition today?
17     A.    No.  But as I mentioned, I
18 occasionally review financial statements in the
19 ordinary course of my business.
20     Q.    You reviewed them in connection
21 with your -- the preparation for your
22 deposition today, right?
23     A.    Yes.
24          (Monolines Exhibit 19A and
25          Exhibit 19B are introduced for

---

### 248

1  the record.)
2  BY MS. MILLER:
3      Q.    Okay.  I want to -- can we mark
4  the Commonwealth of Puerto Rico basic financial
5  statements that are required supplementary
6  information dated June 30, 2016, with
7  independent auditor's report thereon, which was
8  Bates-stamped COMMONWEALTH_STA 0010186.
9          And it's a large document, so
10 we're going to mark it as Monolines Exhibit 19A
11 and Exhibit 19B so that we can avoid some of
12 the system delay issues we had yesterday.
13         So it's just the document split.
14 19A is up right now, or was up, and we'll have
15 19B if you want to flip through more of it.
16         MS. MILLER:  Kevin, can you put
17 19A back up on the screen, please?
18 BY MS. MILLER:
19     Q.    Mr. Ahlberg, while we are waiting
20 for the exhibit to get back up on the screen,
21 Funds refer to specific portions of cash in the
22 TSA; isn't that right?
23         MS. McKEEN:  Objection.
24
25

---

### 249

1          THE WITNESS:  Can you repeat the
2  question?
3  BY MS. MILLER:
4      Q.    Do Funds refer to specific
5  portions of cash in the TSA?
6      A.    Depends on how you use the word
7  "Funds."
8      Q.    Okay.  Has the word "Fund," as
9  used in the Commonwealth accounting, does it
10 refer to specific portions of moneys in the
11 TSA?
12         MS. McKEEN:  Objection.
13         THE WITNESS:  Funds do not
14 identify cash balances within the TSA.
15 BY MS. MILLER:
16     Q.    Okay.  That wasn't my question.
17 My question is:
18         Are Funds associated with specific
19 amounts of money in the TSA?
20         MS. McKEEN:  Objection.
21         That wasn't your question.  If you
22 want to rephrase it, you can.
23 BY MS. MILLER:
24     Q.    Can you answer that question?
25     A.    Could you repeat it?

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

8 (Pages 250 to 253)

---

**250**

1    Q.    Are Funds associated with    10:02:22
2  particular amounts of money in the TSA?    10:02:25
3    A.    Funds are not associated with cash    10:02:35
4  balances within the TSA.    10:02:37
5    Q.    What are Funds associated with in    10:02:41
6  the TSA?    10:02:42
7    A.    Funds are used to record revenue.    10:02:59
8    Q.    Revenues in the TSA, right?    10:03:07
9    A.    Revenues that results in cash    10:03:13
10  receipts deposited into the TSA.    10:03:15
11    Q.    How is that different from what I    10:03:19
12  said?    10:03:21
13    MS. McKEEN:  Object to the form.    10:03:25
14    THE WITNESS:  An inherent    10:03:29
15  difference between earned revenue and cash    10:03:31
16  receipts.    10:03:33
17  BY MS. MILLER:    10:03:33
18    Q.    All right.  So can there be cash    10:03:40
19  that's not also revenue?    10:03:42
20    A.    The...    10:03:58
21    Are you asking in the Commonwealth    10:04:10
22  if there exists noncash revenue streams?    10:04:12
23    Q.    No.  My question was the opposite.    10:04:17
24  My question is:    10:04:19
25    Is all cash also revenue?    10:04:19

---

**251**

1    A.    Not being a CPA, I'm not -- I    10:04:27
2  don't know.    10:04:31
3    Q.    Okay.  So you're prepared to be    10:04:31
4  really specific about the difference between    10:04:33
5  cash and revenue, because you're not a CPA, so    10:04:38
6  you can't tell me whether there's cash that's    10:04:40
7  not also revenue, right?    10:04:44
8    UNIDENTIFIED SPEAKER:  Objection.    10:04:48
9    THE WITNESS:  I answered your    10:05:01
10  previous question.    10:05:04
11    Is there another question?    10:05:04
12  BY MS. MILLER:    10:05:05
13    Q.    Yeah, that was my question.    10:05:06
14    My question was that you're    10:05:06
15  prepared to be very specific about the    10:05:09
16  difference between cash and revenue, but    10:05:09
17  because you're not a CPA, you can't tell me    10:05:10
18  whether there's cash that's not also revenue;    10:05:16
19  is that right?    10:05:18
20    UNIDENTIFIED SPEAKER:  Objection.    10:05:18
21    THE WITNESS:  I said what I said    10:05:26
22  in the previous answer.    10:05:29
23  BY MS. MILLER:    10:05:29
24    Q.    So that's a yes?    10:05:33
25    MS. McKEEN:  Objection.    10:05:35

---

**252**

1    THE WITNESS:  I said what I said.    10:05:39
2  BY MS. MILLER:    10:05:44
3    Q.    So Funds and Fund numbers do    10:05:45
4  represent specific revenues into the TSA,    10:05:48
5  right?    10:05:53
6    A.    Fund numbers can be used to track    10:05:53
7  earned revenues.    10:05:56
8    Q.    Okay.  And can earned revenues    10:05:59
9  also result in cash in the TSA?    10:06:03
10    A.    Earned revenues -- earned revenues    10:06:13
11  that turn into cash receipts may -- may be    10:06:20
12  deposited into the TSA.    10:06:26
13    Q.    And may be allocated to the same    10:06:30
14  Fund numbers, correct?    10:06:30
15    MS. McKEEN:  Objection.    10:06:31
16    THE WITNESS:  I don't think about    10:06:38
17  allocations of Fund numbers.  That doesn't make    10:06:38
18  sense to me.    10:06:41
19  BY MS. MILLER:    10:06:41
20    Q.    Okay.  It may be tagged with the    10:06:41
21  same Fund numbers, right?    10:06:43
22    MS. McKEEN:  Objection.    10:06:46
23    THE WITNESS:  Would you specify    10:06:48
24  when?    10:06:49
25

---

**253**

1  BY MS. MILLER:    10:06:49
2    Q.    No.    10:06:52
3    Okay.  So the exhibit now, which    10:06:52
4  is Monolines Exhibit 19A.  As I mentioned, 19B,    10:06:57
5  Mr. Ahlberg, if you need to look at the second    10:07:05
6  half in order to refer to any of my questions,    10:07:05
7  it's available to you.  I believe it's    10:07:08
8  submitted -- a submitted exhibit, although it's    10:07:10
9  not currently part of what's being exhibited,    10:07:12
10  so you should have access to that as well.    10:07:14
11    Do you recognize this document?    10:07:20
12    A.    I recognize the cover page of this    10:07:28
13  document.    10:07:30
14    Q.    Okay.  And did you speak to anyone    10:07:33
15  at Treasury about this document in connection    10:07:35
16  with your deposition today?    10:07:44
17    A.    No.    10:07:44
18    Q.    Okay.  I'd like to turn to the    10:07:45
19  next page of the exhibit, please.  And do you    10:07:50
20  see this document identifies that it was    10:08:17
21  prepared by the Puerto Rico Department of the    10:08:19
22  Treasury?  Do you see that?    10:08:23
23    A.    I see that on the document.    10:08:26
24    Q.    You have no reason to dispute    10:08:29
25  that, do you?    10:08:32

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                      April 23, 2020

9 (Pages 254 to 257)

---

**254**

1    A.    The document says what it says.                10:08:39
2    Q.    Is that a no, you have no reason                10:08:46
3  to dispute that?                                         10:08:46
4    MS. McKEEN:  Objection.                                10:08:47
5    THE WITNESS:  The document says it                     10:08:48
6  was prepared by Puerto Rico Department of                10:08:50
7  Treasury.                                                10:08:50
8  BY MS. MILLER:                                           10:08:52
9    Q.    And you have no basis to think                   10:08:52
10 that that's not true, right?                             10:08:54
11   A.    The document says what it says.                  10:09:01
12   Q.    Okay.  But I'm asking you whether                10:09:03
13 you had any conversations with anybody at                10:09:05
14 Treasury about this document and they said,              10:09:07
15 "Oh, my God, have you seen the 2016 audited              10:09:10
16 financials?  Crazy that that went out.  We had           10:09:13
17 nothing to do with it.  I can't believe our              10:09:14
18 name's on it."                                           10:09:15
19      That's my question.                                 10:09:16
20      So when I ask you do you have any                   10:09:17
21 basis to believe that that's not accurate,               10:09:19
22 that's what I'm asking.  Do you understand?              10:09:21
23   MS. McKEEN:  Objection to the form                     10:09:24
24 of the question.                                         10:09:25
25

---

**255**

1  BY MS. MILLER:                                           10:09:30
2    Q.    So I'm going to ask my question                 10:09:30
3  again.                                                   10:09:32
4      Do you have any basis to believe                     10:09:33
5  that this document was not prepared by the               10:09:34
6  Puerto Rico Department of Treasury?                      10:09:37
7    A.    The document says it was prepared               10:09:39
8  by the Puerto Rico Department of Treasury.               10:09:41
9    Q.    And you have no independent basis               10:09:43
10 to believe that that is not true, right?                 10:09:45
11   A.    The document says what it says.                  10:09:51
12   Q.    Okay.  You won't say that you                    10:09:53
13 don't have an independent basis to say that              10:09:55
14 this was not prepared by the -- by the                   10:09:57
15 Puerto Rico Department of Treasury?                       10:10:00
16   MS. McKEEN:  Objection to the form                     10:10:05
17 of the question.                                         10:10:06
18 BY MS. MILLER:                                           10:10:08
19   Q.    Mr. Ahlberg, I don't need you to                 10:10:09
20 testify to what the document says.  The                  10:10:11
21 document speaks for itself.                              10:10:13
22      I'm asking you for your testimony,                  10:10:15
23 whether you have any reason to believe that              10:10:17
24 this document was not prepared by the                    10:10:22
25 Puerto Rico Department of Treasury.  That's my           10:10:24

---

**256**

1  question.                                                10:10:26
2      Do you have any reason to believe                    10:10:27
3  that this document was not prepared by the               10:10:28
4  Puerto Rico Department of Treasury?                      10:10:31
5    A.    They're basic financial statements              10:10:37
6  and required supplementary information.  The             10:10:40
7  document shows it was prepared by the                    10:10:44
8  Puerto Rico Department of Treasury.                      10:10:46
9    Q.    And you have no reason to believe               10:10:47
10 that that's not true, right?                             10:10:49
11   A.    That's what the document says.                   10:10:54
12   Q.    So you're going to refuse to                     10:10:55
13 answer that question?                                    10:10:58
14   MS. McKEEN:  Objection.                                10:11:00
15 BY MS. MILLER:                                           10:11:09
16   Q.    That was a question, Mr. Ahlberg.                10:11:09
17 I'm asking you if you're refusing to testify             10:11:11
18 about whether you have any reason to believe             10:11:14
19 that this document was not prepared by the               10:11:15
20 Department of Treasury.                                  10:11:17
21   A.    The document says it was prepared               10:11:22
22 by the Department of Treasury.                           10:11:26
23   Q.    Have you had any conversations                   10:11:27
24 with anybody that would indicate that this               10:11:29
25 document was not in fact prepared by the                 10:11:30

---

**257**

1  Department of Treasury?                                  10:11:32
2    A.    No.                                              10:11:40
3    Q.    Have you seen any document that                 10:11:40
4  would indicate that this document was not in             10:11:42
5  fact prepared by the Puerto Rico Department of           10:11:45
6  Treasury?                                                10:11:52
7    A.    No.                                              10:11:52
8    Q.    So you have no independent reason               10:11:52
9  to believe that this document was not prepared           10:11:54
10 by the Department of Treasury, correct?                  10:11:55
11   A.    Document says it was prepared by                10:12:00
12 Puerto Rico Department of Treasury.                      10:12:02
13   Q.    I don't think you need a graduate               10:12:09
14 degree to understand my questions, so I'd                10:12:11
15 appreciate going forward, if you could just              10:12:14
16 answer them.  Thank you.                                 10:12:16
17   MS. McKEEN:  Objection.                                10:12:20
18 BY MS. MILLER:                                           10:12:21
19   Q.    I'd like you to look at the next                 10:12:21
20 page of the exhibit.  This is the table of               10:12:22
21 contents.  Have you seen the table of contents           10:12:25
22 to the audited financial statements?                     10:12:35
23   A.    I don't recall typically viewing                10:12:35
24 the table of contents of these financial                 10:12:38
25 statements previously.                                   10:12:41

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

10 (Pages 258 to 261)

### 258

```
1    Q.    Okay.  Looking at the financial     10:12:41
2    statements for the Commonwealth, do you see a 10:12:45
3    section called Basic Financial Statements?   10:12:47
4    It's the third line down listed in the       10:12:55
5    contents.                                     10:12:57
6        A.    I see where it says Basic          10:12:58
7    Financial Statements.                         10:13:03
8        Q.    And three lines under that, it     10:13:03
9    says Fund Financial Statements.               10:13:05
10       Do you see that?                          10:13:08
11       A.    I see that.                         10:13:08
12       Q.    What's your understanding of what  10:13:09
13   Fund Financial Statements are?                10:13:12
14       A.    Not being a CPA, I don't know the  10:13:25
15   exact definition of Fund Financial Statements. 10:13:27
16       Q.    I'm just asking for your           10:13:29
17   understanding.                                10:13:30
18       You mentioned that these                  10:13:31
19   are -- this is a document you looked at in    10:13:33
20   connection with your preparation and also a   10:13:35
21   document that you looked at periodically in the 10:13:37
22   ordinary course of business.                  10:13:38
23       So what is your understanding --          10:13:40
24   understanding that you're not a CPA, what is  10:13:42
25   your understanding of what Fund Financial     10:13:44
```

### 260

```
1    hundreds of documents in preparation for this  10:15:34
2    deposition, I don't have the Funds memorized.  10:15:36
3    BY MS. MILLER:                                 10:15:41
4        Q.    Do you know -- can you think of     10:15:41
5    any Fund?                                      10:15:45
6        A.    It depends on how you're using the 10:15:52
7    term "Funds."                                  10:15:56
8        Q.    Well, I'm asking how you            10:15:57
9    understand this term was used in these         10:15:59
10   financial statements.  Can you think of any    10:16:01
11   Fund?                                          10:16:07
12       A.    I can't think of any off the top    10:16:08
13   of my head, but I'm happy to flip to the Fund  10:16:10
14   section of this document with you.             10:16:10
15       Q.    Okay.  So going down a few lines    10:16:14
16   from Fund Financial Statements in the table of 10:16:20
17   contents, do you see about one, two,           10:16:25
18   three -- well, the next line talks about       10:16:28
19   Government Fund, and it goes through a number  10:16:29
20   of Funds that have Fund Financial Statements   10:16:31
21   contained within these audited financials.     10:16:34
22       Do you see that in the table of           10:16:37
23   contents?                                      10:16:38
24       A.    I see that.                         10:16:38
25       Q.    Okay.  And so the -- I want you to  10:16:39
```

### 259

```
1    Statements are?                                10:13:46
2        A.    My understanding of Fund Financial  10:14:00
3    Statements is that there will be financial     10:14:03
4    statements for Funds.                          10:14:05
5        Q.    And when you say "for Funds," what  10:14:07
6    Funds are we talking about?                    10:14:10
7        A.    Not being a CPA, I don't know the   10:14:21
8    exact Funds.                                   10:14:25
9        Q.    Okay.  Well, why does that require  10:14:28
10   being a CPA to answer?                         10:14:30
11       A.    Not being a CPA, I think that       10:14:47
12   there are specific definitions for those terms 10:14:50
13   that I do not want to mischaracterize, not     10:14:55
14   being a CPA.                                   10:14:57
15       Q.    Okay.  So I understand that you're  10:14:59
16   not a CPA, and that's pretty clear on the      10:15:01
17   record so far.  So when I ask you questions,   10:15:04
18   it's all going to be based on your             10:15:07
19   understanding, which is recognizing that you   10:15:09
20   are not a CPA, okay?                           10:15:10
21       So what's your understanding of           10:15:12
22   what Funds are included?                       10:15:14
23       MS. McKEEN:  Objection to the form        10:15:21
24   of the question.                               10:15:23
25       THE WITNESS:  Having reviewed             10:15:31
```

### 261

```
1    just look at the third entry.  It says:        10:16:43
2        Statement of revenue, expenditures        10:16:46
3    and changes in Fund balance.                   10:16:48
4        Do you see that?                           10:16:52
5        A.    Yes, I see it.                       10:16:52
6        Q.    Do you have an understanding of     10:16:54
7    what "changes in Fund balance" means?          10:16:55
8        A.    Without reviewing page 40 of this   10:17:04
9    document, I can't say for certain.             10:17:08
10       Q.    Okay.  Do you have some basic       10:17:11
11   accounting knowledge?                          10:17:13
12       A.    I do have some basic accounting     10:17:20
13   knowledge.                                     10:17:22
14       Q.    How many accounting classes have    10:17:22
15   you taken?                                     10:17:25
16       A.    I can't recall the exact amount of  10:17:29
17   accounting classes I've taken.                 10:17:31
18       Q.    More than one?                       10:17:33
19       A.    Yes.                                 10:17:33
20       Q.    More than two?                       10:17:37
21       A.    Yes.                                 10:17:39
22       Q.    More than three?                     10:17:41
23       A.    Yes.                                 10:17:46
24       Q.    More than four?                      10:17:46
25       A.    Yes.                                 10:17:48
```

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

11 (Pages 262 to 265)

---

**262**

1  Q. More than five?  10:17:49
2  A. I think so, but I'm not positive.  10:17:56
3  As I mentioned, I can't recall the exact  10:17:59
4  amount.  10:18:00
5  Q. Okay. And so you've taken at  10:18:01
6  least five accounting courses; is that right?  10:18:03
7  A. Yes.  10:18:10
8  Q. And were all of those at post high  10:18:11
9  school level?  10:18:15
10  A. Yes.  10:18:16
11  Q. And were some of those part of the  10:18:17
12  MBA coursework that you did?  10:18:20
13  A. No.  10:18:24
14  Q. So you took at least five  10:18:26
15  accounting courses in college; is that right?  10:18:30
16  A. Yes.  10:18:33
17  Q. And does your job require you to  10:18:33
18  apply any basic accounting principles or have  10:18:38
19  familiarity with accounting principles?  10:18:41
20  A. It is not a requirement to occupy  10:18:51
21  the position that I have.  10:18:55
22  Q. I'm not asking if that's the job  10:18:56
23  description.  10:19:00
24  I'm asking about whether what you  10:19:00
25  do from day-to-day requires you to have general  10:19:04

---

**263**

1  familiarity with accounting. How's that?  10:19:06
2  A. And I have general familiarity  10:19:13
3  with accounting concepts. I'm not certain that  10:19:13
4  my job requires that.  10:19:18
5  Q. Did any of the courses that you  10:19:21
6  took on accounting touch on government  10:19:23
7  accounting?  10:19:25
8  A. I did not take a specific  10:19:37
9  government accounting class.  10:19:40
10  Q. Okay. But you know that wasn't my  10:19:42
11  question. So I'm going to ask you to answer my  10:19:44
12  question, which was:  10:19:46
13  Did any of the courses that you  10:19:47
14  took on accounting touch on government  10:19:48
15  accounting?  10:19:49
16  UNIDENTIFIED SPEAKER: Objection.  10:19:55
17  THE WITNESS: I can't recall a  10:19:57
18  specific context of every accounting class I  10:19:58
19  took.  10:20:01
20  BY MS. MILLER:  10:20:04
21  Q. I didn't ask for a recitation of  10:20:05
22  the context of every course.  10:20:07
23  I'm asking you if you recall  10:20:08
24  whether any of the accounting courses that you  10:20:08
25  took covered government accounting as well.  10:20:110

---

**264**

1  MS. McKEEN: Objection.  10:20:15
2  THE WITNESS: I can't recall.  10:20:16
3  BY MS. MILLER:  10:20:19
4  Q. Okay. Have you taken any courses  10:20:19
5  while employed at Conway MacKenzie?  10:20:23
6  A. Could you clarify what you mean by  10:20:04
7  "courses"?  10:20:35
8  Q. Any classes, any continuing  10:20:38
9  education presentations, any formal college or  10:20:41
10  graduate degree classes; as broad a definition  10:20:45
11  of "courses" as you could apply.  10:20:52
12  A. I took a course in preparation for  10:21:01
13  passing Part 1 of the ERA certification, but no  10:21:03
14  college courses while I have been employed by  10:21:11
15  Conway MacKenzie.  10:21:15
16  Q. Okay. Did you participate in any  10:21:16
17  presentations related to government accounting?  10:21:19
18  A. Not to my recollection.  10:21:26
19  Q. Have you read any books that  10:21:33
20  touched on government accounting specifically  10:21:33
21  for the purpose of understanding it?  10:21:41
22  A. No.  10:21:41
23  Q. Okay. So looking back at  10:21:43
24  Exhibit 19A, which is still up on the screen,  10:21:43
25  did you speak to anybody within the Treasury  10:21:47

---

**265**

1  Department about what "changes in Fund  10:21:51
2  balances" mean?  10:21:56
3  MS. McKEEN: Objection.  10:22:02
4  THE WITNESS: No.  10:22:09
5  BY MS. MILLER:  10:22:09
6  Q. Are you surprised to see statement  10:22:11
7  of revenue expenditures and changes in Fund  10:22:15
8  balances as an entry in the table of contents  10:22:17
9  of the Commonwealth financial statement?  10:22:20
10  A. I'm not surprised one way or the  10:22:31
11  other.  10:22:37
12  Q. Okay. Even though you don't think  10:22:37
13  of Funds as having balances, you're not  10:22:41
14  surprised to see that in the Commonwealth  10:22:42
15  audited financials?  10:22:44
16  A. I'm not surprised one way or the  10:22:49
17  other.  10:22:52
18  Q. Okay. Having seen this, do you  10:22:52
19  stand by your testimony that Funds don't have  10:22:56
20  balances?  10:22:58
21  UNIDENTIFIED SPEAKER: Objection.  10:22:58
22  UNIDENTIFIED SPEAKER: Object to  10:23:05
23  the form.  10:23:08
24  THE WITNESS: I believe my  10:23:08
25  testimony is that I don't think about Funds  10:23:09

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                     April 23, 2020

12 (Pages 266 to 269)

---

**266**

1  having balances within the TSA.
2  BY MS. MILLER:
3      Q.    Okay.  Mr. Ahlberg, does this tell
4  you that others within the Puerto Rico
5  Department of Treasury do think of Funds as
6  having balances?
7          MS. McKEEN:  Objection.
8          THE WITNESS:  Would you repeat the
9  question?
10          MS. MILLER:  Could the court
11  reporter read it back, please?
12          (Record read as requested.)
13          THE WITNESS:  It's unclear to me
14  what others may or may not think about Fund
15  balances based on this line of the table of
16  contents here.
17  BY MS. MILLER:
18      Q.    Okay.  Mr. Ahlberg, financial
19  statements are prepared to serve the public; is
20  that right?  Audited financial statements are
21  prepared for the public; is that right?
22      A.    Audited financial statements are
23  typically published and acceptable to the
24  public.
25      Q.    And these financial statements

---

**267**

1  that we're looking at, do you know who they
2  were audited by?
3      A.    Off the top of my head, I do not
4  recall who audited these financial statements.
5      Q.    Okay.  Well, could we move
6  two pages forward to the Bates ending 173?
7  Does this refresh your recollection about who
8  audited these financial statements?
9          MS. McKEEN:  Object to the form.
10          THE WITNESS:  I see that this is
11  an independent auditor's report with the KPMG
12  header on it.
13  BY MS. MILLER:
14      Q.    Mr. Ahlberg, did KPMG audit the
15  Commonwealth's 2016 financial statements?
16      A.    Yes.
17      Q.    In response to a question that I
18  asked previously, you said that your testimony
19  is that you don't think about Funds as having
20  balances within the TSA.  Do you recall that?
21      A.    Yes.
22      Q.    Do you think of Funds as having
23  balances other than within the TSA?
24          THE WITNESS:  Could the court
25  reporter read back that question, please?

---

**268**

1          (Record read as requested.)
2          THE WITNESS:  Okay.  Well, as I
3  mentioned, I don't think about Funds as having
4  balances within the TSA.
5  BY MS. MILLER:
6      Q.    All right.  So my question is do
7  you think of Funds as having balances other
8  than balances within the TSA?
9          MS. McKEEN:  Objection to the
10  form.
11          THE WITNESS:  Right.  And as I
12  said, I don't think about Funds having balances
13  within the TSA.
14  BY MS. MILLER:
15      Q.    Do you think of Funds as having
16  any other balances -- all right.  Okay.  Strike
17  that.  Let me rephrase.
18          Do you think of Funds as having a
19  balance other than a balance in the TSA?
20          MS. McKEEN:  Object to the form.
21  BY MS. MILLER:
22      Q.    Okay.  Let me rephrase it one more
23  time.
24          Do you think about Funds as having
25  a balance that is not a balance in the TSA?

---

**269**

1      A.    No.
2      Q.    Do you have an understanding at
3  all of what the Fund balances reflected in the
4  audited financial statements are?
5      A.    I do not know exactly what the
6  Fund balances shown in these financial
7  statements are.
8      Q.    All right.  And the very concept
9  of Fund balances is just disconsonant entirely
10  with your understanding of Funds; is that
11  right?
12          MS. McKEEN:  Object to the form.
13          THE WITNESS:  I don't think I
14  understood the question.
15  BY MS. MILLER:
16      Q.    My question is:
17          The very concept of Fund balances
18  is fundamentally inconsistent with your
19  understanding of Funds; is that right?
20      A.    That is right, in the
21  context that -- in my work that I do for the
22  Department of Treasury on a regular basis.
23      Q.    What about outside of the context
24  of the work that you do for the Department of
25  Treasury on a regular basis?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                   April 23, 2020

13 (Pages 270 to 273)

---

270

1     **A.**   **No.**     10:30:24
2     **Q.**   Okay. Do you have any   10:30:26
3 understanding of the term "valid" as it relates   10:30:29
4 to a Fund?   10:30:35
5     **A.**   **I don't know the exact definition**   10:30:45
6 **there.**   10:30:46
7     **Q.**   I'm asking you if you have an   10:30:52
8 understanding of the term "balance" as it   10:30:54
9 relates to a Fund. I don't understand your   10:30:58
10 answer, so let me ask my question again.   10:31:00
11     Did you, Mr. Ahlberg, have a   10:31:05
12 personal understanding of the term "balances,"   10:31:05
13 as it relates to a Fund?   10:31:09
14     **A.**   **I just -- I don't think about**   10:31:19
15 **Funds having balances.**   10:31:21
16     **Q.**   So you're -- so in your mind   10:31:24
17 there's no place where the term "Fund" and the   10:31:27
18 term "balance" come together; is that right?   10:31:31
19     MS. McKEEN: Objection.   10:31:35
20     THE WITNESS: Is there an   10:31:56
21 outstanding question?   10:32:00
22 BY MS. MILLER:   10:32:00
23     **Q.**   Yes, the outstanding question is:   10:32:02
24     In your mind there's no place   10:32:05
25 where the term "Fund" and the term "balance"   10:32:06

---

271

1 come together, right?   10:32:12
2     MS. McKEEN: Same objection.   10:32:12
3     THE WITNESS: Not in the context   10:32:23
4 of the Flow of Funds which we have put together   10:32:23
5 and presented to you guys.   10:32:27
6 BY MS. MILLER:   10:32:30
7     **Q.**   What about in any other context?   10:32:31
8     **A.**   **I don't know.**   10:32:37
9     **Q.**   You don't know what you think?   10:32:44
10     MS. McKEEN: Objection.   10:32:46
11     Atara, did you want to rephrase   10:32:54
12 the question?   10:32:56
13 BY MS. MILLER:   10:32:56
14     **Q.**   Mr. Ahlberg, is there any place in   10:32:58
15 your mind where the term "Fund" and the term   10:33:03
16 "balance" come together?   10:33:03
17     MS. McKEEN: Objection.   10:33:04
18     THE WITNESS: I don't know.   10:33:26
19 BY MS. MILLER:   10:33:45
20     **Q.**   Mr. Ahlberg, you're here   10:33:46
21 testifying on behalf of the Commonwealth; isn't   10:33:47
22 that right?   10:33:51
23     **A.**   **Yes.**   10:33:51
24     **Q.**   And this is the official testimony   10:33:55
25 of the Commonwealth that Funds don't have   10:33:57

---

272

1 balances?   10:34:02
2     MS. McKEEN: I'm going to object.   10:34:04
3 Mr. Ahlberg is here to testify on behalf of the   10:34:06
4 Commonwealth with respect to specifically   10:34:09
5 articulated topics, and I believe Mr. -- that,   10:34:10
6 along with all the questions you've asked today   10:34:15
7 are well outside the scope of those topics. So   10:34:18
8 Mr. Ahlberg can answer your questions if he   10:34:24
9 knows the answer, but I don't believe the   10:34:24
10 question you just articulated is within the   10:34:26
11 scope of the topics that you identified or as   10:34:29
12 to which Mr. Ahlberg has been designated.   10:34:30
13 BY MS. MILLER:   10:34:30
14     **Q.**   You can answer if you know.   10:34:33
15     MS. MILLER: Liz, I honestly   10:34:37
16 cannot even think of a line of questioning that   10:34:40
17 is more directly relevant to the 30(b)(6)   10:34:40
18 deposition. So I don't even understand the   10:34:43
19 basis for your commentary, but that's not an   10:34:45
20 issue for right now.   10:34:47
21 BY MS. MILLER:   10:34:47
22     **Q.**   My question to Mr. Ahlberg is:   10:34:49
23     Mr. Ahlberg, do you believe that   10:34:51
24 it is the Commonwealth's official position that   10:34:53
25 Funds do not have balances?   10:34:55

---

273

1     MS. McKEEN: Same objection. I   10:34:58
2 appreciate your disagreement, but I'm going to   10:34:59
3 continue to make whatever objections I think   10:35:01
4 are appropriate.   10:35:03
5 BY MS. MILLER:   10:35:03
6     **Q.**   You can answer.   10:35:11
7     **A.**   **I don't know.**   10:35:21
8     **Q.**   Did you speak to anybody within   10:35:32
9 Treasury in preparation for your deposition   10:35:36
10 today about Fund balances?   10:35:38
11     **A.**   **No.**   10:35:45
12     MS. MILLER: I'd like to pull up   10:35:59
13 the next exhibit, please.   10:36:00
14 BY MS. MILLER:   10:36:00
15     **Q.**   Mr. Ahlberg, you testified   10:36:02
16 yesterday that for the last year plus, you've   10:36:03
17 been involved in preparing -- in assisting with   10:36:06
18 preparing the weekly cash flow reports. Do you   10:36:09
19 recall that?   10:36:11
20     **A.**   **Yes.**   10:36:16
21     **Q.**   So if we could pull up an example   10:36:18
22 of the weekly cash flow report and mark it as   10:36:22
23 Exhibit 20, please.   10:36:25
24
25

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                April 23, 2020

14 (Pages 274 to 277)

**274**

1            (Monolines Exhibit 20 is

2            introduced for the record.)

3   BY MS. MILLER:

4      Q.   Do you know, Mr. Ahlberg, before

5   we look at this, whether it is the official

6   position of the Highway Transportation

7   Authority that there are no Fund balances?

8          MS. McKEEN:  Same objection as

9   before.

10         THE WITNESS:  I don't know.

11   BY MS. MILLER:

12      Q.   Okay.  Great.  So you have in

13   front of you a document that's been marked as

14   Monolines Exhibit 20.  Do you see that?

15      A.   I see the document.

16      Q.   Is this a document that you

17   recognize?

18      A.   Yes.

19      Q.   Is this a document that you

20   assisted in preparing?

21      A.   Me personally, no.

22      Q.   Okay.  Well, can you give me an

23   example, because I'd like to put in front of

24   you a document that you did personally prepare.

25         So can you give me an example of a

**275**

1   weekly cash flow report that you assisted in

2   preparing that you testified about on Tuesday

3   that I can pull up as an exhibit for you?

4      A.   I did provide the review of this

5   document.  I did not -- I did not prepare the

6   document.

7      Q.   Okay.  So people who report to you

8   prepared this document?

9      A.   Correct.

10      Q.   And did you have responsibility

11   for reviewing the contents?

12      A.   Yes, I had certain review

13   responsibilities with respect to this report.

14      Q.   Okay.  What are your --

15        (Simultaneous speaking.)

16        UNIDENTIFIED SPEAKER:

17   (Indiscernible) is not appearing on my screen.

18   BY MS. MILLER:

19      Q.   Okay.  Does any -- Mr. Ahlberg,

20   can you see the document?

21      A.   Yes.

22      Q.   Okay.

23        MS. MILLER:  And Ms. McKeen, can

24   you see it?

25        MS. McKEEN:  I can.  Thank you.

**276**

1        MS. MILLER:  Okay.  So I'll put on

2   the record, and maybe you can pull it up online

3   for those who can't see it.  It's publicly

4   available on the AAFAF website.  It is the

5   Treasury Single Account Fiscal Year 2020 Cash

6   Flow as of April 10, 2020.

7        It's for ease for people pulling

8   it up, it's the most recent cash flow that was

9   published, so it should be the first link.

10   BY MS. MILLER:

11      Q.   Mr. Ahlberg, I think the question

12   that was pending was what are your review

13   responsibilities in connection with this

14   document?

15      A.   My review responsibilities with

16   respect to this document generally involve

17   making sure that the numbers in this document

18   agree to the numbers of the Department of

19   Treasury.

20      Q.   Okay.  And are there any numbers

21   in this document, specifically, when you say

22   "the numbers in this document," or generally

23   all of them?

24      A.   Generally all of them.

25      Q.   Okay.  And what documents do you

**277**

1   look at to confirm that they align with numbers

2   in the Department of Treasury?

3      A.   There's several -- several

4   documents that go into this report.  Treasury

5   has maintained an internal cash flow, internal

6   daily cash flow.  That would be my main source

7   of review with this report, ensuring that this

8   report tied to the internal daily cash flow

9   utilized by the Treasury team.

10      Q.   Does the internal daily cash flow

11   include Fund designation?

12      A.   No.

13      Q.   Okay.  Let me take a step back.

14        Can you generally describe what

15   this document is for me?

16      A.   Generally this document will show

17   cash inflows and outflow from the TSA.

18      Q.   Okay.  And so this is explicitly

19   focused on moneys within the TSA; is that

20   right?

21      A.   Correct.  Moneys that flow in or

22   out of the TSA.

23      Q.   Okay.  And if you look at page 8

24   of the document, if we could turn that so we

25   don't have to turn our heads.  There we go.  Is

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

15 (Pages 278 to 281)

---

**278**

1  this a page from within the report that you
2  recognize?
3      A.   Yes.
4      Q.   And what is this page?
5      A.   The TSA cash flow actual results
6  for the week ended April 10, 2020.
7      Q.   Okay.  And do you see that
8  within -- under State Collections, it was
9  General Fund Collections.  Do you see that?
10     A.   Yes.
11     Q.   And then it also lists non-General
12 Fund passthrough collections.  Do you see that?
13     A.   Yes, I see that.
14     Q.   How are non-General Fund
15 pass-through collections identified in the TSA?
16     A.   Could we please flip to page 10?
17 I just want to be sure that I have the right
18 line item.
19     Q.   I think you could actually control
20 the document if you want to.
21     A.   I cannot right now.  I think
22 somebody needs to give me that control.
23     Q.   We're on page 10.  We're going to
24 rotate it and then give you that control so
25 that you can look at whatever.

---

**279**

1      A.   Okay.  Just the (indiscernible).
2  That's right.
3      Could you repeat your question?
4      Q.   My question is:
5      How are non-General Fund
6  pass-through collections identified within the
7  TSA?
8      A.   Non-General Fund pass-through
9  collections are understood by concept at the
10 sweep account level and the detail by concept.
11 And by "concept," I mean by the lines that you
12 see under non-GF pass-throughs on this page.
13 That information by concept detail is obtained
14 from data from the sweep accounts.
15     Q.   Why is it broken out in a
16 reporting of cash within the TSA?
17     A.   This separates cash inflows.  It
18 does not opine on cash within the TSA.
19     Q.   Do you have an understanding of
20 what the term "pass-through" means?
21     A.   Pass-through means pass-through.
22     Q.   Is there any other way you could
23 describe it?
24     A.   Another way to describe the
25 general phrase "pass-through"?

---

**280**

1      Q.   As it's used on page 11 of this
2  document.
3      A.   As it's used on this page of the
4  document, first to non-General Fund collections
5  that either historically or currently pass
6  through the list.
7      Q.   And so you used the word
8  "pass-through" in your definition when I asked
9  you if there was another way to describe it.
10     And is that because "pass-through"
11 is sort of a self-explanatory, clear phrase in
12 your mind?
13     UNIDENTIFIED SPEAKER:  Objection.
14     THE WITNESS:  No.
15 BY MS. MILLER:
16     Q.   Okay.  So is there another way
17 that you can explain pass-through other than by
18 using the word "pass-through"?
19     A.   If you're just asking for the
20 general way for first pass-through without
21 saying "pass-through," that's a different
22 question than -- is -- is that your question?
23     Q.   That's my question, yes.
24     A.   Minimally, pass-through means what
25 it means.

---

**281**

1      Q.   Okay.  And then going back to
2  page 8, the next line is Other Special Revenue
3  Fund Collection.  Do you see that?
4      A.   Yes.
5      Q.   What are Other Special Revenue
6  Funds?
7      A.   Other Special Revenue Funds
8  Collections on this document refers to what is
9  referred to in Treasury as agency collections.
10     Q.   Okay.  And then going down, the
11 next section is Federal Fund Receipts.  Do you
12 see that?
13     A.   Yes, I see that.
14     Q.   And do you have an understanding
15 of what Federal Fund receipts are?
16     A.   Yes.
17     Q.   And what are they?
18     A.   In general, it is cash received
19 from federal government entities.
20     Q.   And are -- are federal funds so
21 designated within the TSA?
22     UNIDENTIFIED SPEAKER:  Objection.
23     THE WITNESS:  I'm -- I'm not sure
24 I understood the question.  Would you repeat
25 it?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

16 (Pages 282 to 285)

---

**282**

BY MS. MILLER:

Q.    Let me ask this:

Can the Commonwealth send funds, federal funds that it receives from Medicaid on anything other than Medicaid?

MS. McKEEN:  Objection, outside the scope.

You can answer if you know.

THE WITNESS:  Yeah.  I'm not an attorney.  I don't -- I don't know all the uses for Medicaid receipts.

BY MS. MILLER:                                   10:52:07

Q.    Okay.  So do you think it requires an attorney to know all the uses?

MS. McKEEN:  Objection, Atara.

You could use a better example.

BY MS. MILLER:

Q.    How do you -- how are federal funds identified to be listed in these separate buckets within this TSA cash flow report?

MS. MILLER:  Oh, I think we have to pause for a minute.  Oh, no --

THE REPORTER:  No, this is the court reporter.

MS. MILLER:  Are you -- is the

---

**283**

court reporter okay for us to proceed?  I believe the answer is yes.

THE REPORTER:  Yes, it's okay -- it's okay to proceed.  I'm back in.  Thank you.

MS. MILLER:  Thank you.

MR. NATBONY:  Just to let you know, this is Bill Natbony.  There is a large delay that at least I'm experiencing, something like five or six minutes in both the chat room and in the -- hearing the testimony.

MS. MILLER:  I wonder if now might be -- yeah, I also have a few seconds.  I'm wondering if now might be a good time to take a quick break and maybe let everybody log out and get back in.  Let's see if that helps.

THE REPORTER:  This is the court reporter -- this is the court reporter.  I know Henderson said that Live Litigation is monitoring, so I'll give them a quick call, if we want to take a break, and make -- have Live Litigation get involved immediately and see if they can straighten this out.

UNIDENTIFIED SPEAKER:  Yeah, I did log in and log out.  It did not help.

MS. MILLER:  Did not help.  Okay.

---

**284**

MS. McKEEN:  We're fine to go off the record as far as a break.  It's as good a time as any.

MS. MILLER:  Okay.  So let's go off the record.  Let's take a 5-minute break, back at 11 Central.

MS. McKEEN:  Atara --

THE VIDEOGRAPHER:  We are off the record at 10:54 a.m.

(Recess taken.)

THE VIDEOGRAPHER:  We are back on the record at 11:13a.m.

BY MS. MILLER:

Q.    So we were looking at Exhibit 20 before the break, and I was asking you about the federal funds receipt.  Do you recall that?

A.    Yes.

Q.    And my question is:

How are federal funds designated within the TSA?

A.    It requires a manual exercise performed by Treasury team daily to review the TSA operational account bank statements and identify transfers from known federal government entities and identifying those

---

**285**

transfers as such in their internal daily cash flow workbook that I referenced before.

Q.    Okay.  And is a particular Federal Fund identified within that internal daily workbook?

A.    No.

Q.    Okay.  So how are the Funds tracked once inside the TSA?

A.    The receipt of this cash is tracked, as I mentioned.

Q.    Is the outflow of those federal funds also tracked?

A.    Outflows of federal funds are tracked.

Q.    How are they tracked?

A.    Depends on the nature of the outflow.

Q.    Can you give me an example?

A.    For example, in outflow, for example, in line 18 on this report, where it says "Federal Fund," under Payroll and Related Costs, that would require synthesis of the biweekly payroll registers that we review in which there would be a Fund designation, a Fund-type designation.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

17 (Pages 286 to 289)

---

**286**

1   Q.   Are there other outflows that have
2   Fund-type designations?
3        MS. McKEEN:  Objection.
4        THE WITNESS:  Yes.
5   BY MS. MILLER:
6   Q.   What other outflows have Fund-type
7   designations?
8   A.   Cash outflows to suppliers, which
9   in this report would be captured in line 22
10  under Vendor Disbursements, Federal fund.
11  Q.   And are the outflows designated
12  with the same Fund identifier as the inflows?
13  A.   I don't know.  We have never done
14  that exercise.
15  Q.   When you say "we," who do you
16  mean?"
17  A.   Treasury.
18  Q.   What exercise are you referring to
19  that you've never -- that Treasury has never
20  done?
21  A.   I believe that was any kind of
22  matching federal fund inflows by Fund number on
23  Type 2 with their corresponding outflows, which
24  may appear throughout this document in various
25  line items.

---

**288**

1        So can you explain how that's
2   responsive to the question that I asked about
3   whether federal fund inflows and corresponding
4   outflows are designated on Commonwealth
5   accounting documents with the same Fund number?
6        MS. McKEEN:  Objection.
7        THE WITNESS:  Outflows on the TSA
8   that are identified as federal fund outflows
9   would be tagged with a Fund number that would
10  be the same universe of Fund numbers that would
11  be used within the accounting system to record
12  federal fund revenue.
13  BY MS. MILLER:
14  Q.   What do you mean by "the same
15  universe"?
16  A.   Same list of Fund numbers.
17  Q.   Do you know whether that's true
18  for Fund 278 revenues?
19  A.   Do I know whether what is true for
20  Fund 278 revenues?
21  Q.   Whether outflows of
22  Fund 278 revenues are similarly tagged with
23  Fund 278.
24        UNIDENTIFIED SPEAKER:  Objection.
25        THE WITNESS:  I believe we looked

---

**287**

1   Q.   My question is whether the
2   outflows are designated on the Commonwealth's
3   internal accounting documents with the same
4   Fund number as the corresponding inflow.
5   A.   And, again, matching specific
6   Fund, Fund ID numbers would not be an exercise
7   that would be required to put together this
8   report here.
9   Q.   I didn't ask about mapping, so I'm
10  going to ask my question for a third time, and
11  I'm going to ask you to listen to it carefully,
12  okay?  The question is quite narrow:
13        Are the outflows designated on the
14  Commonwealth's internal accounting documents
15  with the same Fund number as the corresponding
16  inflows for the federal fund example that you
17  provided?
18        MS. McKEEN:  Asked and answered,
19  objection.
20        THE WITNESS:  We were speaking
21  generally about line items.
22  BY MS. MILLER:
23  Q.   Was that an answer to my question?
24  A.   Yes.
25  Q.   I don't understand it.

---

**289**

1   at vouchers together on Tuesday of transfers
2   from the TSA to HTA in which Fund Number 278
3   was included on those vouchers.
4   BY MS. MILLER:
5   Q.   So Fund 278 is designated on both
6   inflows and outflows from the TSA with respect
7   to revenues therein, correct?
8        MS. McKEEN:  Objection.
9        THE WITNESS:  No, the outflows
10  would show Fund 278 as being the source of
11  those -- source revenues for a transfer or
12  outflow.
13  BY MS. MILLER:
14  Q.   So outflows of Fund 278 revenues
15  would identify Fund 278 as the source of the
16  revenue for that outflow; is that correct?
17  A.   I don't know if that's correct the
18  way you phrased the question, but outflows to
19  HTA that were -- that the funding source was
20  revenue earned under 278, that transfer would
21  show that the revenue source for that transfer
22  was Fund 278 revenue.
23  Q.   Okay.  I think we can put this
24  exhibit to the side.
25        I'm going to turn now,

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                          April 23, 2020

18 (Pages 290 to 293)

---

**290**

Mr. Ahlberg, to asking you some questions about PRIFA, okay?

A.   Okay.

Q.   Just before I do that, one last question.

What about outflows of revenues from Fund 278 to a source other than HTA, would they also be tagged with Fund 278 as the -- sorry -- would they also identify Fund 278 as the source of the revenue?

A.   Could you repeat the question all together, not broken up?

Q.   Sure.  If there were outflows to an entity other than HTA that the funding source was revenue earned under 278, would that transfer also show the revenue source for the transfer of Fund 278?

A.   I'm not certain how to answer that hypothetical question, but I've seen no outflows to other entities other than HTA that identified the revenue source of Fund 278.

Q.   Okay.  So you're not certain whether they exist or not?

A.   Whether what exists or not?

Q.   Whether there are, in fact,

---

**291**

transfers to entities other than HTA that identify a revenue source for Fund 278.

A.   I've seen no evidence of any transfers to entities that would have used Fund source 278 as the revenue source for that transfer.

Q.   When I say "PRIFA," you understand that I'm referring to the Puerto Rico Infrastructure Financing Authority, correct?

A.   Yeah.

Q.   And you're here testifying as a representative of PRIFA, correct?

A.   Yes.

Q.   Okay.  And I think you -- let me ask:

In connection with the work that you do, other than this deposition for the Commonwealth, do you have any responsibilities that relate to PRIFA?

A.   No.

Q.   You mentioned yesterday that you spoke to someone named Sylvia in connection with preparing for your deposition today related to PRIFA; is that correct?

A.   Yes.

---

**292**

Q.   And were you referring to Sylvia Lopez Jorge?

A.   I think that's her full name.

Q.   Do you know what her position is?  Let me ask.  Is she employed at PRIFA?

A.   Yes.

Q.   Do you know what her position is at PRIFA?

A.   I don't know what her exact title is, but I know that she's a manager over a lot of PRIFA.

Q.   Okay.  Do you know whether she's an accountant?

A.   I know that generally she's a manager in the finance and accounting department.  I don't know her exact title or the way that she exactly considers her professional occupation.

Q.   Okay.  She's in the finance and accounting department; is that right?

A.   Yes.

Q.   Okay.  Do you know if she's a CPA?

A.   I'm not -- I don't know if she's a CPA or not.

Q.   Okay.  And have you spoken to her

---

**293**

other than in preparation -- have you ever spoken to her other than in preparation for your deposition?

A.   No.

Q.   And what did you talk to her about?

A.   I would -- we talked about anything that would help put together the Flow of Funds presentation that was provided to you guys in order to understand Flow of Funds during the relevant time period.

Q.   And did you call her with specific questions?

A.   When we spoke, sometimes I would have questions to ask her.

Q.   How many times did you speak to her?

A.   I can't recall the exact amount of times that I spoke with her.  I would estimate about two to three times per week for two to three weeks.

Q.   Okay.  Did she provide you with documents that helped you in preparing the Flow of Funds?

A.   Yes.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                April 23, 2020

19 (Pages 294 to 297)

---

**294**

1    Q.    And did you prepare the initial
2    Flow of Funds or did somebody else do it?
3    A.    It was a collaborative effort.
4    Q.    And who were you collaborating
5    with?
6    A.    Me, Sylvia, I mentioned, and then
7    Treasury Department, Jeira Belén plus Hector
8    Gomez.
9    Q.    Anybody else?
10    A.    Not that I can recall
11    specifically.
12    Q.    Were there any lawyers involved in
13    that?
14    A.    Yes.
15    Q.    And which lawyers?
16    A.    Attorneys representing O'Melveny &
17    Myers, Marini, AAFAF or Proskauer.
18    Q.    Okay.  I missed what you said
19    before Proskauer.
20    A.    Marini I think is the name of the
21    law firm.
22    Q.    So you mentioned O'Melveny, Marini
23    and Proskauer; is that right?
24    A.    Yes.
25    Q.    Okay.  Have you reviewed any of

---

**295**

1    the legal briefs that were submitted to the
2    Court in connection with this litigation?
3    A.    I have seen some of that
4    information.
5    Q.    Okay.  And what do you recall
6    seeing?
7    A.    I don't recall specific --
8    specific documents.
9    Q.    Do you remember seeing any
10    oversight for briefs in opposition to the
11    motion?
12    A.    I think so, but without the
13    document in front of me, it's hard to recall.
14    Q.    Okay.  Do you know if you read it?
15    A.    Without the document in front of
16    me, it's hard to recall.
17    Q.    Did you read any legal briefs that
18    were submitted to the Court in connection with
19    this litigation?
20    A.    I've seen hundreds of documents.
21    I just can't recall the specific documents that
22    I reviewed.
23    Q.    Could that be if you've read any
24    legal briefs -- you don't remember one way or
25    another if you've read any legal briefs that

---

**296**

1    identified what the key issues in this
2    litigation are?
3    MS. McKEEN:  Asked and answered.
4    MS. MILLER:  Well, I got the stock
5    answer that "I reviewed hundreds of documents."
6    That's not an answer.  The answer is yes or no
7    to "Did you review it?"
8    MS. McKEEN:  Let's be clear.  He
9    told you he didn't remember.  If you want to
10    ask him ten different ways, I don't know why
11    you're expecting a different answer.  If you
12    want to keep going, you can, but it's a waste
13    of time.  He told you he did not remember.
14    It's not a stock answer if he does not remember
15    something, Atara.
16    MS. MILLER:  I have a feeling
17    somebody suggested to him that anytime someone
18    asks about a document he testifies that he's
19    reviewed hundreds of documents and can't
20    possibly remember the single document I'm
21    asking about.
22    BY MS. MILLER:
23    Q.    Mr. Ahlberg, did you review legal
24    briefs submitted in this litigation?
25    MS. McKEEN:  Stop.  I'm going --

---

**297**

1    MS. MILLER:  You're not
2    interrupting me.  There's a question pending.
3    The witness is going to answer the question.
4    If you have an objection, you can state
5    "objection" without speaking.
6    MS. McKEEN:  Atara, respectfully,
7    I'm going to say what I am going to say, and
8    you can't stop me.  I don't --
9    MS. MILLER:  No.  There are rules
10    that govern it.  You can't just put speaking
11    objections on the record.  This is my
12    deposition, not yours.  You can defend, you can
13    say "objection."  I'm not letting you put a
14    speech on the record right now.
15    MS. McKEEN:  I'm responding to
16    your suggestion that the witness was coached to
17    say that I don't appreciate it, and I would
18    appreciate it if you would conduct yourself in
19    a more courteous and professional manner, both
20    to me and to the witness, who's given you a lot
21    of his time.
22    So if you would like to ask him
23    yet a fourth time if he recalls reading briefs,
24    you can.  I object to that.  Go ahead.
25

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

20 (Pages 298 to 301)

---

**298**

1    BY MS. MILLER:
2        Q.    Mr. Ahlberg, do you recall reading
3    any of the legal briefs in connection with this
4    matter?
5        A.    I have read various legal briefs.
6    I can't recall specifically which ones without
7    having the documents in front of me.
8        Q.    Okay.  Thank you.
9        MS. MILLER:  I'd like to mark as
10   an exhibit tab 1102.
11       (Monolines Exhibit 21 is
12       introduced for the record.)
13   BY MS. MILLER:
14       Q.    Mr. Ahlberg, did you review the
15   PRIFA Enabling Act in connection with your
16   testimony today?
17       A.    I did not review the PRIFA
18   Enabling Act.
19       Q.    All right.  Do you have a general
20   understanding of the requirements under the
21   PRIFA Enabling Act to deposit certain moneys
22   into particular accounts?
23       MS. McKEEN:  Objection.
24       THE WITNESS:  I am aware that the
25   PRIFA Enabling Act has certain information

---

**299**

1    about moneys in accounts, as you mentioned.
2    BY MS. MILLER:
3        Q.    Okay.  I'd like to turn to
4    Section 1914, if we could.
5        Let me ask you while we are
6    getting to it, because it's about 25 pages in,
7    so it might take a while.  We're going page by
8    page here.
9        Do you have an understanding of
10   what a special deposit is as used by the
11   Commonwealth?
12       A.    As used by the Commonwealth in
13   what context?
14       Q.    Well, now you have Section 1914 up
15   in front of you, and it's titled Special
16   Deposit, and my question is if you have an
17   understanding within the Commonwealth,
18   accounting or otherwise, what a special deposit
19   means.
20       A.    I'm not familiar with the term
21   "special deposit."
22       Q.    Okay.  Have you ever heard it?
23       A.    I may have heard the term before.
24       Q.    Okay.  Okay.  So this provision
25   requires that -- I'm reading about the second

---

**300**

1    line.
2        ...the first proceeds of the
3    federal excise taxes remitted to the Department
4    of Treasury on Puerto Rico in each fiscal
5    year...
6        Do you see that?
7        A.    Yes, I see that.
8        Q.    Okay.  And then if you go down to
9    about halfway through the paragraph, as it goes
10   through various years which are well behind us,
11   so I'm going to skip them.
12       So in the case of fiscal year 2006
13   to '7 to 2008 and '9, at subsequent years
14   until fiscal year 2056 to '57, the
15   participation shall be for an amount of up to
16   $117 million, which when received by the
17   Department of Treasury of Puerto Rico, shall be
18   covered into a Special Fund to be maintained by
19   or on behalf of the authority designated as the
20   Puerto Rico Infrastructure Fund.
21       Do you see that?
22       A.    Yes, I see that.
23       Q.    Okay.  Do you have an
24   understanding of what Special Fund, capital S,
25   capital F, means in the Commonwealth?

---

**301**

1        MS. McKEEN:  Objection.
2        THE WITNESS:  I'm not certain what
3    Special Fund means in the context of this page
4    here.  It looks like a definition that we can
5    refer to within the document.
6    BY MS. MILLER:
7        Q.    Not elsewhere defined in the
8    document, but let me ask you, have you ever
9    heard of that term, Special Fund, being used
10   anywhere in Commonwealth accounting?
11       A.    I have heard people use the term
12   "Special Fund," but depending on the context,
13   people could have been referring to different
14   things.
15       Q.    Okay.  And what have you -- what
16   are some of the things that you think it could
17   have been referring to?
18       A.    That's -- I'm not sure I have a
19   clear understanding from the document.
20       Q.    Okay.  Do you know whether
21   special -- I'm sorry.
22       Going back to special deposit, do
23   you know whether special deposit is defined in
24   the Commonwealth financial statement of the
25   Special Fund?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

21 (Pages 302 to 305)

---

302

1    A.    I do not know off the top of my        11:40:11
2  head if that's how the financial statements    11:40:15
3  define that term.                              11:40:16
4    Q.    Okay.  What does "Fund" mean           11:40:17
5  within the Commonwealth financial statement?   11:40:27
6        MS. McKEEN:  Objection.                  11:40:30
7        THE WITNESS:  Not being a CPA, I         11:40:36
8  am not certain.  Depends on where in the       11:40:37
9  financial statements...                        11:40:39
10 BY MS. MILLER:                                 11:40:39
11   Q.    Okay.  Can you give me one example     11:40:48
12 of what it might mean?                         11:40:52
13       MS. McKEEN:  Objection.                  11:41:00
14       THE WITNESS:  One example of what        11:41:11
15 might mean?                                    11:41:13
16 BY MS. MILLER:                                 11:41:14
17   Q.    Of what "Fund" means in the           11:41:14
18 financial statement.  You said it depends on   11:41:17
19 where -- where it is in the financial          11:41:19
20 statements.                                    11:41:19
21       I'm asking you for one option           11:41:20
22 based on anything you can think of, and I think 11:41:24
23 you should go back to the financial statements, 11:41:27
24 if you want to pull them up and go through     11:41:29
25 them.

---

303

1        MS. McKEEN:  Objection.                  11:41:29
2        THE WITNESS:  I believe page 40 of       11:41:41
3  the financial statements has the word "Fund" on 11:41:47
4  it.                                            11:41:47
5  BY MS. MILLER:                                 11:41:47
6    Q.    Okay.  And my question is:             11:41:48
7        What does it mean when it's used        11:41:49
8  in the financial statements?                   11:41:51
9        MS. McKEEN:  Can you please click       11:41:59
10 the exhibit button so we can all see what      11:41:59
11 you're looking at?                             11:42:01
12       THE WITNESS:  I'm looking at            11:42:02
13 what's been put in front of me.                11:42:03
14       MS. McKEEN:  Atara, if you'd like       11:42:06
15 the witness to look at page 40 of the financial 11:42:17
16 statements, you can put it in front of him.    11:42:17
17 BY MS. MILLER:                                 11:42:18
18   Q.    Are you saying that you just think     11:42:22
19 page 40 off the top of your head?  You happen  11:42:24
20 to remember that page 40 of the financial      11:42:30
21 statements refers to Fund?                     11:42:32
22   A.    If I recall that from the top of       11:42:37
23 my head, having used the table of contents of  11:42:40
24 that document together, and seeing page 40 next 11:42:43
25 to the line that we discussed together.        11:42:46

---

304

1    Q.    Got it.  Okay.                         11:42:47
2        So we'll pull up Monolines             11:42:49
3  Exhibit 19A and look at page 40.               11:42:53
4        Okay.  So you now have page 40 of       11:43:39
5  this Monolines Exhibit 19A in front of you.     11:43:41
6        Looking at this document, can you       11:43:44
7  tell me what "Fund" means as used within the   11:43:50
8  Commonwealth accounting?                        11:43:52
9        MS. McKEEN:  Objection.                  11:43:57
10       THE WITNESS:  Not being a CPA, I'm       11:44:00
11 uncertain exactly how "Funds" is used within   11:44:01
12 the Commonwealth accounting (indiscernible)    11:44:03
13 operate chk give you an example of use of the  11:44:07
14 term "Fund," which was the goal of pointing me 11:44:09
15 to this page.                                  11:44:12
16 BY MS. MILLER:                                 11:44:14
17   Q.    Okay.  And you don't know what it      11:44:27
18 means when on this page it uses the term       11:44:28
19 "Fund."  You were just saying it's your -- it  11:44:31
20 makes sense where the Commonwealth uses the    11:44:33
21 word "Fund" in its accounting statements?      11:44:35
22       UNIDENTIFIED SPEAKER:  Objection.        11:44:40
23 Yes, since that was in direct response to the  11:44:45
24 question that you asked.                        11:44:48
25

---

305

1  BY MS. MILLER:                                 11:44:48
2    Q.    And because you are not a CPA, you     11:44:48
3  can't tell me what the word "Fund" as used on  11:45:05
4  this page or anywhere else in the audited      11:45:10
5  financials means; is that right?               11:45:10
6        MS. McKEEN:  Objection.                  11:45:11
7        THE WITNESS:  I don't know one way       11:45:13
8  or the other how the authors of this document  11:45:14
9  are using the term "Fund."                     11:45:17
10 BY MS. MILLER:                                 11:45:20
11   Q.    Well, this isn't meant to be a         11:45:20
12 super secret document, right?  It's meant for  11:45:25
13 public consumption, isn't it?                  11:45:28
14       MS. McKEEN:  Objection.                  11:45:30
15       THE WITNESS:  The audited               11:45:33
16 financial statements are made public.          11:45:34
17 BY MS. MILLER:                                 11:45:34
18   Q.    Do you have an understanding of        11:45:36
19 how the public would expect -- as a member of  11:45:38
20 the public, how the public would expect the    11:45:40
21 word "Fund" to be used in the context of       11:45:42
22 Puerto Rico government financial statements?   11:45:49
23       UNIDENTIFIED SPEAKER:  Objection.        11:45:52
24       THE WITNESS:  I can't speculate on       11:45:52
25 how the public would interpret the use of the  11:45:54

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II
April 23, 2020

22 (Pages 306 to 309)

---

**306**

1    word "Fund."

2    BY MS. MILLER:

3        Q.    What about how you would interpret

4    the use of the word "Fund"?

5        MS. McKEEN:  Objection.

6        THE WITNESS:  The way that I think

7    about the use of the word "Fund" are Fund

8    numbers within the PRIFA system.

9    BY MS. MILLER:

10       Q.    Looking -- while we have this

11   document up, I know I asked you about it.  Once

12   we have it, if we can turn to page 161, 162 of

13   the PDF.  It's not the page that I wanted.  So

14   I'll have to come back to it.  Okay.  I'll come

15   back to it with a question if I need to.

16       MS. McKEEN:  Atara, I think you

17   have page 151 up.

18       THE REPORTER:  Ms. McKeen, this is

19   the court reporter -- I'm sorry.  This is the

20   court reporter.  Can you just move your phone a

21   little bit closer to you?

22       MS. McKEEN:  Is that better?

23       THE REPORTER:  Yes.  Thank you.

24   BY MS. MILLER:

25       Q.    Okay.  I want to turn back to tab

---

**307**

1    1102.  Okay.

2        Okay.  So, sorry, the page that

3    I'm looking for is actually the second half, so

4    we're going to just have to load 19B.  So give

5    me one second.

6        MS. MILLER:  Kevin, could you go

7    to 357, please, back a couple pages?  Thank

8    you.  Okay.  Here we go.

9    BY MS. MILLER:

10       Q.    And do you see -- so we are still

11   in the audited financials for the year ended

12   June 30, 2016.

13       Do you see that?

14       A.    Yes, I see it.

15       Q.    And there's a section designated

16   Special Deposits.

17       Do you see that?

18       A.    I see that.

19       Q.    And you can just read how the

20   Commonwealth defines Special Deposits in its

21   financial reports?

22       A.    Sure.  Special Deposits:  This

23   Fund acts as a fiduciary -- sorry.

24           This Fund acts in a fiduciary

25   capacity in order to account for moneys

---

**308**

1    received for the specified purposes for which

2    the law does not specify its recording in any

3    other Fund.  It mainly includes -- it mainly

4    includes deposits under the custody of the

5    Courts of Justice for alimony payments,

6    escrows, revenue collections and agency

7    accounts for which the Commonwealth act in an

8    agent's capacity.

9        Q.    Okay.  Have you spoken to anybody

10   at Treasury about Special Deposits?

11       A.    No.

12       Q.    Have you had any conversations

13   with anyone at PRIFA about the Special Deposits

14   established under the Enabling Act?

15       A.    We did not have particular

16   conversations about Special Deposits.

17       MS. MILLER:  Okay.  Can we turn

18   back to tab 1102, Kevin, please?

19   BY MS. MILLER:

20       Q.    So we have back in front of us

21   Exhibit -- Monolines Exhibit 21, and we are

22   looking, again, at Section 1914.  And I just

23   want to draw your attention to the bottom of

24   the middle portion of that paragraph where it

25   says the -- shall be covered into -- that the

---

**309**

1    moneys shall be covered into a Special Fund to

2    be maintained by or on behalf of the authority

3    designated as the Puerto Rico Infrastructure

4    Fund.

5        Do you see that?

6        A.    Yes, I see that.

7        Q.    And is the Puerto Rico

8    Infrastructure Fund something that you have

9    ever come across in the accounting material of

10   the Commonwealth?

11       A.    The concept of the Puerto Rico

12   Infrastructure Fund is something I discussed

13   with PRIFA.  Is that the question?

14       Q.    That was the question.

15       And what did you speak to PRIFA

16   about?

17       A.    We specifically inquired as to the

18   existence of an Infrastructure Fund account.

19       Q.    And what did PRIFA tell you?

20       A.    That there's no specific bank

21   account that is designated or known as the

22   Infrastructure Fund.

23       Q.    Okay.  Did you ask whether --

24   other than a specific bank account whether

25   there is a Fund, as that term is used in the

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                      April 23, 2020

310

1    Commonwealth accounting, designated the      11:54:09
2    Puerto Rico Infrastructure Fund?              11:54:11
3        A.    Yes.                                11:54:17
4        Q.    And what was the answer?            11:54:19
5        A.    That, again, there's no -- there's  11:54:24
6    no Fund that is the Puerto Rico Infrastructure 11:54:27
7    Fund.                                         11:54:35
8        THE REPORTER: I'm sorry. Can you          11:54:35
9    repeat the back half of the answer, please?   11:54:36
10       THE WITNESS: There is no account          11:54:38
11   number or Fund identified as the Puerto Rico  11:54:40
12   Infrastructure Fund.                          11:54:44
13   BY MS. MILLER:                                11:54:44
14       Q.    When you say "account number," you  11:54:51
15   mean bank account number?                     11:54:54
16       A.    Correct.                            11:54:55
17       Q.    Did you speak to anybody at the     11:54:59
18   Puerto Rico Department of Treasury regarding  11:55:01
19   whether or not there was a Puerto Rico        11:55:04
20   Infrastructure Fund?                          11:55:04
21       A.    Yes.                                11:55:09
22       Q.    And who did you speak to?           11:55:09
23       A.    I can recall discussions with      11:55:15
24   Jeira Belén and Hector Gomez.                 11:55:21
25       Q.    And what did they tell you about    11:55:23

311

1    that?                                         11:55:29
2        A.    That they did not understand the    11:55:29
3    Puerto Rico Infrastructure Fund as being a    11:55:31
4    specific or -- a specific bank account or Fund. 11:55:36
5        Q.    Well, do you have an understanding  11:55:41
6    under the statute, based on what we just read 11:55:43
7    in Monolines Exhibit 21, about what the       11:55:47
8    Puerto Rico Infrastructure Fund -- what moneys 11:55:50
9    were supposed to be deposited into the        11:55:52
10   Puerto Rico Infrastructure Fund?              11:55:55
11       MS. McKEEN: I'll object to the            11:56:00
12   extent it calls for any legal testimony, but if 11:56:02
13   the witness has a lay understanding, he can   11:56:04
14   answer.                                       11:56:09
15       THE WITNESS: Could you repeat the         11:56:16
16   question?                                     11:56:17
17   BY MS. MILLER:                                11:56:17
18       Q.    Do you have an understanding of     11:56:18
19   what moneys under Section 1914 of Exhibit 21  11:56:19
20   were supposed to flow into the Puerto Rico    11:56:24
21   Infrastructure Fund?                          11:56:29
22       MS. McKEEN: Same objections.              11:56:29
23       THE WITNESS: I understand that            11:56:36
24   this document specifies up to $117 million.   11:56:36
25

312

1    BY MS. MILLER:                                11:56:36
2        Q.    Of what?                            11:56:47
3        A.    Of rum taxes.                       11:57:00
4        Q.    And you testified, I think, that   11:57:03
5    over a matter -- course of a few weeks, you put 11:57:06
6    together a Flow of Funds for PRIFA among other 11:57:09
7    instrumentalities, right?                     11:57:13
8        A.    Yes.                                11:57:14
9        Q.    And were these the Funds that you  11:57:15
10   were tracking in the Flow of Funds?           11:57:18
11       UNIDENTIFIED SPEAKER: Note my             11:57:29
12   objection, please.                            11:57:30
13       THE WITNESS: The Flow of Funds,           11:57:30
14   those are the Flow of Funds for $117 million in 11:57:39
15   each fiscal year.                             11:57:48
16   BY MS. MILLER:                                11:57:48
17       Q.    Not just any $117 million, right?   11:57:50
18       A.    Not just any $117 million;          11:58:04
19   correct.                                      11:58:04
20       Q.    Mr. Ahlberg, what moneys are the    11:58:11
21   PRIFA Flow of Funds that you prepared tracking? 11:58:13
22       A.    We generally track the first        11:58:22
23   $117 million of rum tax proceeds.             11:58:24
24       Q.    Okay. And those are the moneys      11:58:33
25   that Section 1914 indicated were to be        11:58:34

313

1    deposited in a Special Fund called the        11:58:39
2    Puerto Rico Infrastructure Fund, right?       11:58:43
3        MS. McKEEN: Objection.                    11:58:45
4        THE WITNESS: That is what this            11:58:45
5    Section 1914 says.                            11:58:47
6    BY MS. MILLER:                                11:58:47
7        Q.    Okay. And that's why you included   11:58:49
8    them in the Flow of Funds because that's the  11:58:50
9    money that's in dispute in this litigation,   11:58:53
10   right?                                        11:58:55
11       A.    I don't know if that's the          11:59:04
12   specific reason why we entered the Flow of     11:59:05
13   Funds as 117 million.                         11:59:12
14       Q.    And not just any 117 million of     11:59:13
15   rum taxes, the first 117 million of rum taxes, 11:59:16
16   right, that you were tracking?                11:59:20
17       A.    The first $117 million of rum       11:59:22
18   taxes in a given fiscal year, yes.            11:59:28
19       Q.    Mr. Ahlberg, did you review any of  11:59:34
20   the Commonwealth financial documents to see if 11:59:36
21   there was any discussion of a Puerto Rico     11:59:41
22   Infrastructure Fund?                          11:59:43
23       A.    I did not specifically review any   11:59:49
24   one particular document in search for the     12:00:00
25   phrase "Puerto Rico Infrastructure Fund."     12:00:03

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                              April 23, 2020

24 (Pages 314 to 317)

---

**314**

1    Q.    Did you look at whether the
2  Puerto Rico Infrastructure Fund was identified
3  as a Fund in the Commonwealth's audited
4  financial statements?
5    A.    I can't recall off the top of my
6  head if that's something that's included in the
7  financial statements or not.
8    Q.    I'm asking you if you looked.
9    A.    I did not look through the
10 financial statements for that specific phrase.
11   Q.    Okay.  Did you look through the
12 financial statements generally for the concept
13 of a Fund established to hold the first
14 $117 million of rum excise taxes?
15   A.    No.
16   Q.    All right.  Other than speaking to
17 Sylvia and two people at Treasury, did you do
18 anything else to determine whether or not the
19 Commonwealth in fact has a Fund called the
20 Puerto Rico Infrastructure Fund or another Fund
21 designated for the deposit of the first
22 $117 million of rum excise tax?
23   A.    Outside of the conversations with
24 the individuals that I mentioned and -- no.
25   Q.    Okay.  So you did not look at any

---

**315**

1  documents to independently verify that, did
2  you?
3        MS. McKEEN:  Objection.
4        THE WITNESS:  No, but I did look
5  at enough documents to satisfy myself that the
6  Flow of Funds presentation put together was
7  accurate.
8  BY MS. MILLER:
9    Q.    Okay.  And counsel represented to
10 us that at least since 2014, there has been no
11 Fund identified as the Puerto Rico
12 Infrastructure Funds.  Do you understand that?
13       Sorry.  Do you agree with that
14 representation?
15   A.    Yes.
16   Q.    Okay.  And you believe that to be
17 true, don't you?
18   A.    I guess.
19   Q.    So that's a yes?
20   A.    Yes.
21   Q.    Okay.
22
23
24
25

---

**316**

1    MS. MILLER:  Kevin, I hate to do
2  this to you, but I'd like to go back to the
3  audited financial statements, please, and I'd
4  like to go to page 347.  So it will be at 19B.
5  BY MS. MILLER:
6    Q.    Okay.  So here we are.  Look at
7  number 2.
8        Do you see that it's called
9  Puerto Rico Infrastructure Financing
10 Authority's Special Revenue Fund?  Do you see
11 that?
12   A.    I see that, yes.
13   Q.    Okay.  And can you just read the
14 first sentence to me?
15   A.    The Special Revenue Fund of the
16 Puerto Rico Infrastructure Financing Authority,
17 a blended component unit, is used to account
18 principally for the moneys received by the
19 Commonwealth up to $117 million of certain
20 federal excise taxes levied on rum and other
21 articles produced in Puerto Rico and sold in
22 the United States which are collected by the
23 U.S. Treasury and returned to the Commonwealth.
24   Q.    Did you have any discussions with
25 anybody at Treasury about what this Special

---

**317**

1  Revenue Fund is?
2    A.    No.
3    Q.    Would you have liked to have known
4  about that representation in the financial
5  statements when you were having discussions
6  about the Puerto Rico Infrastructure Fund?
7        UNIDENTIFIED SPEAKER:  Objection.
8        THE WITNESS:  I can't say whether
9  it would have impacted our conversations one
10 way or the other.
11 BY MS. MILLER:
12   Q.    Okay.  But would you have liked to
13 have at least known about it so you could ask?
14       MS. McKEEN:  Objection.
15       THE WITNESS:  I can't say one way
16 or the other.
17       MS. MILLER:  I'd like to mark as
18 an exhibit tab 1107, Monolines Exhibit 22.
19       (Monolines Exhibit 22 is
20       introduced for the record.)
21 BY MS. MILLER:
22   Q.    Okay.  Mr. Ahlberg, you have in
23 front of you a document that was marked
24 Exhibit 22.  If we go to the second page of the
25 exhibit, you'll see that it is the trust

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                   April 23, 2020

25 (Pages 318 to 321)

318

1 agreement related to the Puerto Rico
2 Infrastructure Financing Authority to Citibank,
3 N.A?
4         Do you see that?
5     A.    I see that.
6     Q.    Is this a document that you've
7 seen before?
8     A.    I don't recall specifically
9 reviewing this particular document.
10    Q.    Are you generally familiar with
11 the various accounts that were supposed to be
12 set up under both the Enabling Act and the
13 trust agreement for -- sorry -- through which
14 the first $117 million of rum taxes were
15 supposed to flow?
16        MS. McKEEN:  Objection.
17        THE WITNESS:  I'm not an attorney.
18 I'm not specific of what those -- our trust
19 agreement requires in terms of bank accounts or
20 not.
21 BY MS. MILLER:
22    Q.    I'm not asking what was required.
23 I am just asking do you structurally understand
24 the Funds or account that the first
25 $117 million of Puerto Rico -- sorry -- of rum

319

1 excise taxes were supposed to flow through?
2     A.    I understand how the Funds did
3 flow.  I'm happy to answer any questions about
4 factual information that actually did happen
5 with respect to the Flow of Funds.
6     Q.    Okay.  Are you familiar with a
7 Fund called the Sinking Fund?
8     A.    Can you be more specific?
9     Q.    Yeah, we can turn to page 34 of
10 the document, which is Article IV, Section 401
11 of the trust agreement.
12        Actually, let me ask you one other
13 thing before we get there.  We spoke yesterday
14 or Tuesday and then this morning about how the
15 TSA or the operational account of the
16 Commonwealth has within it revenues from
17 multiple Funds, correct?
18    A.    It has within it cash receipts
19 from revenue recorded.
20    Q.    From multiple Funds, right?
21    A.    What?
22    Q.    Obviously had cash receipts from
23 revenue recorded.  My point was did it have
24 cash receipts from revenue recorded in multiple
25 different Funds?

320

1        MS. McKEEN:  Objection.
2        THE WITNESS:  Cash is comingled in
3 the TSA account, if that's your question.
4 BY MS. MILLER:
5     Q.    No.  My question is that you can
6 have General Fund money in an account and you
7 can have Fund 278 money in the account and you
8 can have federal fund money in the account, but
9 there is cash within a single account but the
10 cash is coming from various different Funds,
11 correct?
12        MS. McKEEN:  Objection.
13        THE WITNESS:  The source of the
14 cash that ends up in the TSA are
15 different -- different revenue types, different
16 Fund types.
17 BY MS. MILLER:
18    Q.    They're allocated on the
19 Commonwealth's internal accounting document to
20 different Funds, right?
21    A.    The revenues are tagged with Fund
22 number identifiers when revenue is recorded.
23    Q.    Okay.  And a single Fund can also
24 have multiple bank accounts associated with it,
25 right?

321

1        MS. McKEEN:  Objection.
2        UNIDENTIFIED SPEAKER:  Objection.
3        THE WITNESS:  I'm not certain what
4 you mean.
5        MS. MILLER:  I don't understand
6 the objection.
7 BY MS. MILLER:
8     Q.    The General Fund -- does the
9 General Fund have multiple bank accounts?
10    A.    I don't think about Funds having
11 bank accounts.
12    Q.    Why not?
13    A.    Because Fund numbers are used to
14 record earned revenue and -- and don't -- don't
15 have anything to do with a cash balance, a
16 discrete cash balance in the TSA.
17    Q.    Okay.  Well, can the General Fund
18 have separate accounting accounts, not bank
19 accounts, but just accounts that are used for
20 accounting purposes, internal Commonwealth
21 account numbers?
22        MS. McKEEN:  Object to the form.
23        THE WITNESS:  What do you mean by
24 "account numbers"?
25

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

26 (Pages 322 to 325)

---

**322**

BY MS. MILLER:

Q.   Does the Commonwealth have any internal account numbers that it uses when moneys are received?

MS. McKEEN:  Objection.

THE WITNESS:  The way you're using "account" is pretty broad.

BY MS. MILLER:

Q.   I'm asking within the Commonwealth's internal accounting, does it use account numbers to identify different moneys within a particular Fund?

MS. McKEEN:  Objection.

THE WITNESS:  Revenue account number -- revenue account number, which would then be PRIFA systems referred to as a CFRA code.  It is possible that one Fund number could be attached to a string of data.  That string of data would have a -- it could have one Fund number, you could have more than one different account number, but that's referring to the CFRA account code, the revenue account code within the PRIFA system.

BY MS. MILLER:

Q.   Okay.  And does the General Fund

---

**323**

have a balance?

A.   I don't think of a General Fund as having a balance in terms of cash.

Q.   Hmm.  What about in terms -- what about not in terms of cash?

A.   I don't think about the General Fund having balance.

Q.   Does the General Fund have a balance for accounting purposes?

A.   Not BCB, no note if they have balance for accounting purposes or not, but I don't think about Funds in terms of cash balances.

Q.   You've taken five postsecondary accounting classes.  So I understand you're not a Certified Public Accountant, but I think you can still answer my question.  And your answer was no, is that right, the General Fund does not have a balance -- it is your testimony that the General Fund does not have a balance for accounting purposes?

MS. McKEEN:  Objection.

THE WITNESS:  That's not what I said.

BY MS. MILLER:

---

**324**

Q.   What did you say?

A.   That I don't think about the General Fund as having a balance.

Q.   So how does that differ from what I said you said?

MS. McKEEN:  Objection.

BY MS. MILLER:

Q.   I'm just looking for an answer?

A.   If the court reporter wants to repeat back what is said, sure.

Q.   Okay.  I don't want the court reporter to repeat back what I said.  I'd like you to look at Section 401 on Monolines Exhibit 22.  So I understand that you said that bank accounts within Funds made no sense.  I'd like you to look at the section Funds and Accounts.

Do you see that?

MS. McKEEN:  Object.

BY MS. MILLER:

Q.   Do you see that, Article IV titled Funds and Accounts?

A.   I see Article IV where it says Funds and Accounts.

Q.   Okay.  And do you have an

---

**325**

understanding of what the difference is between a Fund and an account?

A.   It depends on the context --

Q.   Okay.  What about in this context?

A.   Without reviewing this entire section, I'm not sure I could summarize --

(Simultaneous speaking.)

A.   -- conjecture.

Q.   Okay.  So let's look at Section 401.  Section 401 is titled Banking Funds and Accounts.

Do you see that?

A.   Yes.

Q.   And it says:

A Special Fund is hereby created and designated Puerto Rico Infrastructure Financing Authority Special Tax Revenue Bond Sinking Fund, hereinafter -- herein sometimes called the Sinking Fund, to be held by the trustee.

Do you see that?

A.   Yes.

Q.   And then it says:

There are hereby created three separate accounts in the Sinking Fund

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                      April 23, 2020

27 (Pages 326 to 329)

---

**326**

1  designated Bond Service Account, Redemption
2  Account, and Reserve Account.
3       Do you see that?
4  A.   Yes.
5  Q.   So now let me ask again.  Do you
6  understand that a Fund can have multiple bank
7  accounts associated with it?
8       MS. McKEEN:  Objections.
9       THE WITNESS:  I understand that in
10 the context of this document, that the Sinking
11 Fund that it mentions does appear to have
12 multiple accounts.
13 BY MS. MILLER:
14 Q.   And you had never heard of that
15 concept before, a Fund having multiple bank
16 accounts associated with it; is that right?
17      MS. McKEEN:  Objection,
18 mischaracterizes testimony.
19      THE WITNESS:  That's not what I
20 said.
21 BY MS. MILLER:
22 Q.   Okay.  Have you ever encountered
23 this concept of a Fund having multiple bank
24 accounts associated with it previously?
25 A.   No, because the nature of my work

---

**327**

1  with -- with Funds is a little different than
2  what they're calling a Fund in this document.
3  Q.   Okay.  In what way?
4  A.   Because when I think of Funds, I
5  think of the Fund number identifiers within the
6  PRIFA system.
7  Q.   Okay.  That's the only time you've
8  ever encountered the concept of a Fund with
9  respect to Puerto Rico and -- with respect to
10 Puerto Rico and the instrumentalities which are
11 designated as the 30(b)(6) to testify today?
12      MS. McKEEN:  Objection.
13      THE WITNESS:  I don't know.  What
14 was the question there?
15 BY MS. MILLER:
16 Q.   The question was that the Fund
17 designation within the PRIFA system is the only
18 time that you've encountered the concept of a
19 Fund with respect to Puerto Rico and the
20 instrumentalities with which you were
21 designated to teach as the 30(b)(6) to testify
22 today?
23      MS. McKEEN:  Objection.
24      THE WITNESS:  The concept of Funds
25 is very broad, so that's not the only context

---

**328**

1  in which I would have encountered the word or
2  concept of Fund.
3  BY MS. MILLER:
4  Q.   So what other contexts have you
5  encountered it in?
6  A.   It's hard to say because people
7  use the term "Fund" very loosely.
8  Q.   Okay.  In preparing the Flow of
9  Funds, did you ask for any documents that
10 mapped particular bank account numbers to
11 accounts or Funds identified in the relevant
12 bond documents for the trust agreement in the
13 Enabling Act that we just looked at?
14      MS. McKEEN:  Objection to the form
15 of the question.
16      THE WITNESS:  Would you repeat the
17 question?
18 BY MS. MILLER:
19 Q.   Yes.  In preparing the Flow of
20 Funds, did you ask whether there were any
21 documents that mapped particular bank account
22 numbers to accounts or Funds identified in the
23 relevant bond document within the trust
24 agreement and the Enabling Act that we just
25 looked at?

---

**329**

1       MS. McKEEN:  Objection.
2       THE WITNESS:  No.
3  BY MS. MILLER:
4  Q.   Why not?
5  A.   I felt comfortable with the work
6  that I did to satisfy myself that the Flow of
7  Funds presentations that we submitted were
8  correct and accurate.
9  BY MS. MILLER:
10 Q.   Do you know whether there are any
11 internal Commonwealth documents that map
12 specific bank accounts to the Funds and
13 accounts identified in the bond documents?
14 A.   Is that a question?
15 Q.   Yeah.
16 A.   It didn't sound like it.  Would
17 you repeat it in a way that sounds like a
18 question?
19 Q.   Okay.  Do you know whether there
20 are any internal Commonwealth documents that
21 map specific bank accounts to the Funds and
22 accounts identified in the bond documents?
23 A.   I've seen no evidence of that.
24 Q.   Okay.  Where did you look for
25 that, or let me ask before that.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

28 (Pages 330 to 333)

---

330

```
 1              You didn't ask anybody for it.  So          12:22:30
 2   did you independently look for such a document?        12:22:33
 3       A.    No.                                          12:22:40
 4       Q.    What's the basis for your                    12:22:43
 5   testimony that you don't believe there is any?         12:22:45
 6       MS. McKEEN:  Objection, misstates                  12:22:48
 7   testimony.                                             12:22:50
 8       THE WITNESS:  After discussions                    12:22:53
 9   with Treasury and PRIFA, I saw no evidence of          12:22:58
10   that.                                                  12:23:04
11   BY MS. MILLER:                                         12:23:04
12       Q.    What were the nature of those                12:23:09
13   discussions?                                           12:23:12
14       A.    The nature of those discussions              12:23:15
15   were preparation for this deposition.                  12:23:23
16       Q.    Okay.  So you're assuming that if            12:23:27
17   they had a document mapping particular Funds or        12:23:30
18   accounts, they would have mentioned it in the          12:23:35
19   course of the conversations even though you            12:23:35
20   didn't ask for it?                                     12:23:37
21       MS. McKEEN:  Objection.                            12:23:39
22       THE WITNESS:  That would have                      12:23:50
23   been -- I believe I would have been aware              12:23:52
24   of -- of any evidence to the contrary.                 12:23:59
25                                                          
```

---

331

```
 1   BY MS. MILLER:                                         12:23:59
 2       Q.    How would you have been aware of             12:24:03
 3   it?                                                    12:24:05
 4       A.    Again, through discussions with              12:24:05
 5   the team mentioned.                                    12:24:15
 6       Q.    Okay.  And your counsel                      12:24:17
 7   represented that the term "Puerto Rico                 12:24:21
 8   Infrastructure Fund" is not understood to refer        12:24:25
 9   to a specific bank account or accounts or              12:24:25
10   accounting designations.  Are you aware of that        12:24:30
11   representation?                                        12:24:37
12       A.    Yes.                                         12:24:37
13       Q.    And do you believe it to be true?           12:24:37
14       A.    Yes.                                         12:24:44
15       Q.    How was that term understood?               12:24:54
16       A.    What term?                                   12:24:57
17       Q.    The Puerto Rico Infrastructure              12:24:58
18   Fund.                                                  12:25:00
19       A.    It's understood to generally refer          12:25:07
20   to the first 117 million of rum Funds, rum            12:25:10
21   revenues.                                              12:25:25
22       Q.    Held in the TSA?                             12:25:37
23       A.    Would you mind phrasing that as a           12:25:41
24   complete question?                                     12:25:44
25       Q.    Is it understood to generally               12:25:45
```

---

332

```
 1   refer to the first $117 million of rum revenues       12:25:46
 2   in the TSA?                                            12:25:50
 3       A.    No, I think it generally refers to          12:25:59
 4   the first 117 million of rum revenues earned.         12:26:01
 5       Q.    Regardless of where they were?             12:26:04
 6       A.    I'm speaking generally about the           12:26:13
 7   concepts of the Infrastructure Fund as              12:26:16
 8   understood by relevant individuals.                 12:26:20
 9       Q.    Okay.  And so the common                    12:26:23
10   understanding of that term is that the first         12:26:26
11   $117 million of rum excise taxes are in the          12:26:30
12   Puerto Rico Infrastructure Fund?                       12:26:36
13       MS. McKEEN:  Objection.                           12:26:44
14       THE WITNESS:  No.                                 12:26:44
15   BY MS. MILLER:                                         12:26:44
16       Q.    Well, tell me again how you                 12:26:44
17   understand it, how that term is generally             12:26:48
18   understood within the Commonwealth?                   12:26:50
19       A.    Generally understood as the first          12:26:53
20   117 million of rum revenues in each fiscal          12:26:58
21   year.                                                 12:27:07
22       Q.    Okay.                                        12:27:07
23       THE WITNESS:  How does anybody                    12:27:07
24   feel about a break here, maybe breaking for          12:27:16
25   lunch?                                                 12:27:18
```

---

333

```
 1       MS. McKEEN:  I think it's fine for             12:27:23
 2   us to take a break if Atara is close to a          12:27:24
 3   stopping place.                                      12:27:28
 4       MS. MILLER:  Okay.  I'm okay                    12:27:34
 5   taking a break.  Can we keep it short, like can    12:27:35
 6   we come back at 2 o'clock, 1 o'clock Central,       12:27:38
 7   does that work?  33 minutes, 32 minutes?            12:27:42
 8       MS. McKEEN:  Tim, is that okay                  12:27:45
 9   with you?                                            12:27:47
10       THE WITNESS:  Okay.                             12:27:48
11       MS. MILLER:  Okay.                              12:27:49
12       MS. McKEEN:  Fine for us, Atara.               12:27:50
13       MS. MILLER:  All right.  Great,              12:27:52
14   thank you.                                           12:27:53
15       THE VIDEOGRAPHER:  We are off the             12:27:53
16   record at 12:28 p.m.                                 12:27:54
17       (Recess taken.)                                12:27:56
18   A F T E R N O O N  S E S S I O N                   12:59:27
19       THE VIDEOGRAPHER:  We are back on            01:03:44
20   the record at 1:04 p.m.                             01:04:23
21   BY MS. MILLER:                                       01:04:23
22       Q.    Good afternoon, Mr. Ahlberg,             01:04:29
23   welcome back.                                        01:04:31
24       Do you understand moneys as being             01:04:32
25   deposited into the Infrastructure Fund?             01:04:36
```

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                      April 23, 2020

29 (Pages 334 to 337)

**334**

1    THE VIDEOGRAPHER:  Counsel, excuse
2  me, I'm sorry.  Before he answers, can we just
3  pause real slightly?  I need to resize the
4  screen here and then we can reask the question.
5  I am so sorry.
6    MS. MILLER:  That's okay.  Okay.
7  BY MS. MILLER:
8    Q.    Do you understand moneys as being
9  deposited into the Infrastructure Fund?
10   A.    Yes.
11   Q.    Do you understand the
12  Infrastructure Fund as being a Fund held by
13  PRIFA?
14   MS. McKEEN:  Objection.
15   THE WITNESS:  I don't think the
16  Infrastructure Funds as being something held by
17  anyone at all.
18   THE REPORTER:  I'm sorry,
19  Mr. Witness, can you repeat your answer and
20  move your phone a little bit closer?  Thanks.
21   THE WITNESS:  Is this better?
22   THE REPORTER:  It is.  Thank you.
23   THE WITNESS:  Okay.  I don't
24  remember the specific answer that I just gave.
25   MS. MILLER:  I think for the court

**335**

1  reporter the answer was:
2    I don't think about the
3  Infrastructure Fund as being held by anybody.
4  Is that correct, Mr. Ahlberg?
5    THE WITNESS:  That is correct.
6  Thank you.
7    MS. MILLER:  I'm going to mark a
8  document as Exhibit -- Monolines Exhibit 23,
9  tab 1510, please.
10   (Monolines Exhibit 23 is
11   introduced for the record.)
12  BY MS. MILLER:
13   Q.    And while it's loading, I will
14  describe the document that you'll see on your
15  screen in a minute as Exhibit A to the
16  Supplemental Opposition of the Commonwealth of
17  Puerto Rico to Amended PRIFA Bondholder Motion
18  to Lift the Automatic Stay.  And it's titled
19  Flow of Rum Taxes.  Do you see that?
20   A.    I see that.
21   Q.    Okay.  And if we could just look
22  at the next page.  Is this a document that you
23  recognize?
24   A.    Please allow me to rotate it.
25   MS. McKEEN:  Could we have the

**336**

1  documented rotated?
2    MS. MILLER:  Sorry.  Say that
3  again, Liz.
4    MS. McKEEN:  I was just asking to
5  have the document rotated, and it has been.  So
6  I appreciate that.
7    THE WITNESS:  Okay.  Now that we
8  have the document right side up, would you
9  please repeat the question?
10  BY MS. MILLER:
11   Q.    Sure.  My question was just
12  whether this is a document that you've seen
13  before.
14   A.    Yes.
15   Q.    Is this a document that you saw in
16  connection with preparation for your testimony
17  today?
18   A.    Yes.
19   Q.    Is this a document that you had
20  seen before your testimony?
21   A.    No.
22   UNIDENTIFIED SPEAKER:  Objection.
23  BY MS. MILLER:
24   Q.    So you weren't involved in
25  preparing the Flow of Funds, were you?

**337**

1    A.    I was not involved in preparing
2  this document.
3    Q.    Okay.  And so I just want to
4  direct your attention to the bottom half of the
5  page on the right-hand side.  It identifies the
6  PRIFA Infrastructure Fund.  Do you see that?
7    A.    Where specifically?
8    Q.    There's a red box between two
9  green boxes on the right-hand side.  Do you see
10  that?
11   A.    Yes, I see that, thank you.
12   Q.    Okay.  And in the red box, the
13  Flow of Funds is indicating money flowing from
14  the TSA to the Puerto Rico Infrastructure Fund.
15  Do you see that?  Do you see that,
16  Mr. Ahlberg?
17   A.    I see the green box there, where
18  it says:
19    The lockbox trustee (Citibank)
20  remits up to the first $117 million of rum tax
21  remittances to the TSA where it is comingled
22  with other funds.
23   Q.    Yes.  So on top of that, there
24  seems to be blue writing that's identifying the
25  account, and that says TSA (held by

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

30 (Pages 338 to 341)

---

**338**

1   Commonwealth).
2         Do you see that?
3   A.    I see that.
4   Q.    Okay.  And then the flow is
5   indicating that moneys are moving from the TSA
6   down into the PRIFA Infrastructure Fund which
7   is identified on this Flow of Funds as held by
8   PRIFA.  Do you see that?
9   A.    I see the arrows that you are
10  referring to.
11  Q.    Okay.  And in that red box
12  describing the PRIFA Infrastructure Fund, the
13  Flow of Funds indicates that historically, the
14  Commonwealth appropriated 117 million and
15  deposited such moneys into the PRIFA
16  Infrastructure Fund for its "corporate
17  purposes" and subject to Section 8, Article IV
18  of the Puerto Rico Constitution.
19        Do you see that?
20  A.    I see where it says that on this
21  document.
22  Q.    Okay.  And based on all of the
23  work that you've done in connection with
24  putting together Flow of Funds documents, is
25  that consistent with your understanding of the

---

**339**

1   PRIFA Flow of Funds?
2         MS. McKEEN:  Object to form.
3         THE WITNESS:  I don't know.  It's
4   not an exercise that we did to map this
5   document to the Flow of Funds that I prepared.
6   BY MS. MILLER:
7   Q.    I'm not asking you to map, though.
8   I'm just asking you whether it is consistent
9   with your -- everything that you know and all
10  of the analysis that you did -- have done that
11  the moneys flowed from the TSA into a bank
12  account held by PRIFA called the Puerto Rico
13  Infrastructure Fund.
14  A.    Would you please repeat the
15  question?
16  Q.    Is it consistent, based on all of
17  the work and analysis that you did putting
18  together the PRIFA Flow of Funds in this
19  matter, is it your understanding --
20  A.    I don't know.  I did not analyze
21  this document for consistency with the Flow of
22  Funds documents that I prepared.
23  Q.    Okay.  Is it your understanding,
24  based on all of the work that you've done, that
25  money flowed historically from the TSA account

---

**340**

1   into a PRIFA bank account called the
2   Infrastructure Fund?
3   A.    No.
4         MS. MILLER:  Okay.  So now I'd
5   like to mark as Monolines Exhibit 24 a letter
6   from counsel dated March 21, 2020, which
7   attaches a Flow of Funds that I believe you did
8   prepare for PRIFA.
9         (Monolines Exhibit 24 is
10        introduced for the record.)
11        MS. MILLER:  Would you go back to
12  the first page of the exhibit and rotate the
13  exhibit, please?
14  BY MS. MILLER:
15  Q.    Okay.  Do you recognize this
16  document?
17  A.    Yes.
18  Q.    And did you prepare this document?
19  A.    Will you allow me to briefly look
20  through the other pages?
21  Q.    Yes.  Do you have the controls
22  that you need?
23  A.    Yes, thank you.
24        The answer to your question is
25  yes.

---

**341**

1   Q.    Okay.  And what documents did you
2   review in preparing these Flow of Funds?
3   A.    Generally, we reviewed bank
4   statements and transfer letters or voucher
5   information.
6   Q.    Okay.  And I want to look at the
7   first slide on this, which is the rum taxes
8   June '14 to June 2015.  And I know yesterday --
9   or Tuesday, you had a discussion with
10  Mr. Natbony about the various colors used in
11  the chart and what they mean, and I just want
12  to confirm with you that they have the same
13  meaning in the PRIFA Flow of Funds as they did
14  in the HTA Flow of Funds you were asked
15  about on Tuesday.
16  A.    Yes.
17  Q.    Okay.  And so to review, the gray
18  box indicates a Commonwealth account; is that
19  right?
20  A.    Yes.
21  Q.    And what does the blue box
22  indicate?
23  A.    In this -- in these cases, the
24  blue boxes would indicate that PRIFA's name
25  would be on the bank statements of those

---

Henderson Legal Services, Inc.

202-220-4158                                    www.hendersonlegalservices.com

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                      April 23, 2020

31 (Pages 342 to 345)

342

1    accounts.                                          01:16:21
2        Q.   Okay.  And when you say PRIFA's          01:16:23
3    name would be on it, do you mean as account       01:16:26
4    holder?                                           01:16:28
5        A.   Yes.                                     01:16:34
6        Q.   Okay.  And what does the yellow          01:16:36
7    box indicate?                                     01:16:39
8        A.   Yellow box indicates an account         01:16:41
9    that is not a Commonwealth or PRIFA account.      01:16:44
10       Q.   Okay.  And I know it all starts          01:16:49
11   with a curved edge with an orange box or peach    01:16:53
12   box.  I don't know what color that's supposed     01:16:58
13   to be.  What does that indicate?                  01:17:01
14       A.   That indicates the rum taxes.            01:17:06
15       Q.   And it's just the taxes                  01:17:13
16   themselves?                                       01:17:15
17       A.   Yeah, yes.                               01:17:18
18       Q.   And when generated before they          01:17:18
19   flow into a Commonwealth -- any Commonwealth or   01:17:26
20   Commonwealth instrumentality account; is that    01:17:29
21   right?                                            01:17:33
22       A.   Correct, as in when funds are           01:17:33
23   collected in bonded warehouses.                   01:17:35
24       Q.   All right.  I missed the end,            01:17:38
25   "collected in bonded warehouses"?                 01:17:40

343

1        A.   I think that's the -- the term          01:17:46
2    that's used by U.S. Treasury.  Maybe I don't      01:17:47
3    recall that term specifically.                    01:17:51
4        Q.   Okay.  Can you just -- it's not a       01:17:53
5    term I'm familiar with.  Can you just tell me     01:17:55
6    what that means?                                  01:17:59
7        A.   Just in general, meaning that U.S.      01:18:00
8    Treasury or U.S. Treasury collects these taxes    01:18:03
9    at different -- at different points of            01:18:07
10   collection.                                       01:18:13
11       Q.   All right.  And then they all flow      01:18:14
12   into, at this time, January '14 to June '15,      01:18:18
13   into the 006 account; is that right?             01:18:22
14       A.   Correct.                                 01:18:26
15       Q.   Okay.  And then certain                 01:18:29
16   accounts -- of these accounts have yellow stars   01:18:31
17   on them.  And is that, as you testified on        01:18:35
18   Tuesday, to denote accounts that have comingled   01:18:41
19   funds?                                            01:18:49
20       A.   Correct.                                 01:18:49
21       Q.   And what do you mean by "comingled      01:18:50
22   funds"?                                           01:18:55
23       A.   On this specific slide, the            01:18:55
24   comingling designation would represent that       01:18:57
25   revenues besides rum taxes are received into an   01:19:05

344

1    account.                                          01:19:12
2        Q.   And what money specifically is          01:19:17
3    this Flow of Funds tracking?                      01:19:24
4        A.   This Flow of Funds is tracking the     01:19:26
5    first 117 million of rum revenues in this time    01:19:32
6    period, within this time period.                  01:19:38
7        Q.   Okay.  I'm going to ask a basic         01:19:41
8    question.  I hope you can help me with it.        01:19:45
9        How were you able to determine               01:19:48
10   when the moneys flowed from the 006 account to    01:19:52
11   the GDB 1891 account if those were part of this   01:19:55
12   $117 million of rum taxes?                        01:20:05
13       A.   By reviewing either transfer           01:20:11
14   letter or voucher information that would have     01:20:14
15   indicated a source of funds for that transfer.    01:20:17
16       Q.   Can you explain to me a little bit      01:20:24
17   more what you mean?                               01:20:28
18       A.   In review of transfer letters or       01:20:32
19   vouchers that correspond with a transfer from     01:20:37
20   GDB account 0006 to GDB account 1891, there       01:20:42
21   would be an indication that the source of         01:20:48
22   revenue for that cash transfer was in fact        01:20:51
23   rum -- rum proceeds.                              01:20:57
24       Q.   So meaning if there was a letter        01:21:02
25   from Treasury saying send 35 million -- or        01:21:04

345

1    $23 million from the 006 account to the 1891      01:21:09
2    account as the first transfer of rum excise       01:21:12
3    taxes, that was evidence to you that if you saw   01:21:17
4    that $23 million transfer into 1891, that that    01:21:19
5    was in fact from the rum excise taxes.  Is that   01:21:25
6    your testimony?                                   01:21:30
7        A.   Right.  That hypothetical               01:21:34
8    $23 million transfer would have accompanying      01:21:38
9    transfer letter or voucher detail that would      01:21:41
10   indicate the source of funds for that transfer    01:21:43
11   being rum revenues.                               01:21:46
12       Q.   Okay.  And are the transfer            01:21:47
13   letters and vouchers maintained as part of the    01:21:53
14   Commonwealth accounting documents?                01:21:56
15       MS. McKEEN:  Object.                          01:21:59
16       THE WITNESS:  The Commonwealth                01:22:05
17   maintains and -- maintains historical records     01:22:07
18   of vouchers or transfers, if that's what you      01:22:11
19   meant.                                            01:22:14
20   BY MS. MILLER:                                    01:22:14
21       Q.   Okay.  And can you tell me             01:22:15
22   specifically what in a voucher would identify     01:22:16
23   the source of funds?                              01:22:19
24       A.   I don't recall specifically            01:22:34
25   without looking at an individual voucher.         01:22:34

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

32 (Pages 346 to 349)

---

**346**

```
 1        Q.    Okay.  And so you don't recall
 2   specifically any particular notation account
 3   number or other designation on a transfer
 4   voucher that would indicate that revenues are
 5   from the first $117 million of rum excise
 6   taxes; is that right?
 7        MS. McKEEN:  Objection.
 8   BY MS. MILLER:
 9        Q.    Let me just ask it straight up:
10        Do you recall any specific
11   notation or account number on the transfer
12   voucher that would indicate that the revenues
13   are from the first $117 million of rum excise
14   taxes?
15        MS. McKEEN:  Objection.
16        THE WITNESS:  There is a -- excuse
17   me.  There is a revenue code, revenue SFRA
18   account code that is used when recording the
19   revenues from rum proceeds.
20   BY MS. MILLER:
21        Q.    And what is that revenue code?
22        A.    I can't recall specifically off
23   the top of my head.  I think it's R2220, but I
24   would be able to know it if we looked at a
25   voucher together to verify.
```

---

**348**

```
 1   query, I don't think of that query as spitting
 2   out the voucher, factual voucher that
 3   corresponds with each of those transactions.
 4   Vouchers are recorded within the system, and
 5   you can go in and pull vouchers.
 6        Q.    Well, would it -- what would the
 7   output be of that query in the PRIFA system?
 8        A.    You could run a report within the
 9   PRIFA system that would show all revenue earned
10   during a discrete time period of your choosing
11   under any revenue account code, but specific to
12   this case for Revenue Code 4220, I believe it
13   wasn't.
14        Q.    And how long would it take to run
15   such a query and get the report?
16        A.    I am not certain exactly how long
17   it takes to process a query like that, but I
18   would imagine that would be something that
19   could be accomplished in a day.
20        Q.    Do you know whether queries can be
21   run in the PRIFA system remotely or whether you
22   need to specifically be within the Treasury
23   offices to run them?
24        A.    I'm not positive.  I think there
25   are DCMs that exist for people to run queries
```

---

**347**

```
 1        Q.    Okay.  Well, that's -- does R4220
 2   sound familiar?
 3        A.    It sounds familiar, but without
 4   looking at the voucher to confirm, I am not
 5   100 percent positive.
 6        Q.    Okay.  Would the voucher tell you
 7   specifically that it's rum taxes, or would it
 8   just have that account code on it?
 9        A.    It will have the -- a voucher
10   would have that account code, and the voucher
11   may or may not reference rum on the voucher
12   apart from just a revenue code.
13        Q.    And would you be able to go into
14   the PRIFA system and pull all vouchers within
15   R4220 revenue there?
16        A.    I'm not positive.  We would have
17   to follow up on that and get back to you.
18        Q.    So you don't know if the revenue
19   code is a query that you can run within the
20   system?
21        A.    I know for a fact that you can run
22   a query within the PRIFA system and the
23   parameters of which Revenue Code 4220 could be
24   one of those parameters.  But when I think
25   about programming that query and running that
```

---

**349**

```
 1   if they're not physically there, but I would
 2   have to double-check on that and let you know
 3   for certain.
 4        Q.    Have you personally ever accessed
 5   the PRIFA system and run a query on anything
 6   remotely?
 7        A.    No.
 8        Q.    Okay.  Do you know whether the
 9   R4220 revenue code continues to attach to rum
10   taxes that are collected today?
11        A.    I believe that that revenue
12   account code is still used to record rum
13   revenues that are earned.
14        Q.    Okay.  And this chart, which is
15   part of Monolines Exhibit 24, indicates four
16   dotted arrow lines going from the 006 account
17   to a GDB 0704 account.  Do you see that?
18        A.    Yes.
19        Q.    Do you know what the GDB 0704
20   account is?
21        A.    An operational account at PRIFA.
22        Q.    And the dotted arrow is footnoted
23   to mean that it's a discrete one-time transfer.
24   Do you see that?
25        A.    I do see that.
```

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

33 (Pages 350 to 353)

---

**350**

Q.    Is that a designation that you put on that?

A.    Yes.

Q.    Sorry.  Is that a designation that you attributed to those transfers?

A.    Yes.

Q.    What do you mean by a discrete one-time transfer?

A.    I mean a one-time transfer.  In this case, there were four one-time transfers for the exact same amount.

Q.    How does that differ from the transfers between, for example, the 006 account and the 1891 account?

A.    I believe there are just more than -- more -- more transfers and then in differing amounts.

Q.    Do you know how many transfers of rum taxes there were annually from the 006 account to the 1891 account?

A.    I don't know off the top of my head how many transfers there were from 0006 to 1891.

Q.    And if there had only been four, you would have designated them by dotted arrow

---

**351**

line?

I'm trying to understand.  Is the number of transfers the only thing that is different between the dotted arrow transfers and the solid arrow transfer?

A.    Okay.  Would you mind repeating the question, please?

Q.    If there had been only four transfers of rum taxes from the 006 account to the 1891 account, would you have designated them on this Flow of Funds with dotted arrows?

A.    No.  The dotted arrows and the use of those four -- the four $1 million transfers from GDB 0006 to 0704 was done with the reader of this presentation in mind just to make things as understandable as possible.

Q.    Okay.  Given that it's confusing me, I'm asking for a little bit of clarification.

So the -- I'm trying to understand.  Does the dotted line distinguish between the nature of the transfer from box to box?

A.    The transfers from 0006 to 0704 do represent discrete transfers for operational

---

**352**

purposes of PRIFA, which is different than the transfers to GDB 1891, which end up flowing to a US Bank.

Q.    And what's the difference?

A.    Those four million dollar -- those four $1 million transfers were transferred to PRIFA for operational purposes.

Q.    Okay.  And is the flow from 006 to 1891 not indicated by a broken arrow because those transfers were subject to legislation or some other obligation to transfer those moneys?

MS. McKEEN:  Objection.

THE WITNESS:  I did not consider legislation or allegations when determining whether to use a dotted line or a bold, nondotted line.

BY MS. MILLER:

Q.    Did you consider whether there was a standing direction to transfer the money?

A.    That would not have been something I considered when determining whether to use a dotted line or not.

Q.    Okay.  So what did you consider in determining whether to use a dotted line or not?

---

**353**

A.    As mentioned, those dotted lines represent $1 million transfers to PRIFA's operational account for operation purposes, which is different than the transfers to Account 1891, which are not used for operational purposes during this time period into a US Bank.

Q.    Do the dotted lines mean used for operational purposes and in light of the fact they're footnoted?

A.    The dotted lines are a discrete one-time transfer, and then just for added clarification, I've explained to you that those represent operational transfers.

Q.    How does a discrete one-time transfer differ from the transfers from 006 to 1891?

A.    Discrete one-time transfers were transferred for operational purposes to PRIFA's operational account.

Q.    Okay.  I'm going to just move on because I'm not getting an answer, but I still don't understand it.  So we may follow up with a letter to get a more comprehensive answer and explanation for what "discrete one-time

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

34 (Pages 354 to 357)

354

1  transfer" means.
2       Do you know whether those moneys
3  that were transferred into the 0704 account
4  were transferred out of that account?
5       A.    I do not know because once those
6  transfers are within the PRIFA operational
7  account, they are comingled and
8  indistinguishable from other sources of
9  revenue.
10      Q.    Okay.  So if you had been able to
11 distinguish and identify the $4 million from
12 the 0704 account based on transfer vouchers,
13 transfer orders or other documents, you would
14 have indicated the next step in the Flow of
15 Funds for those moneys; is that right?
16      MS. McKEEN:  Objection.
17 BY MS. MILLER:
18      Q.    Let me just ask it.
19            If you had been able to
20 distinguish and identify those $4 million on
21 the outflow side as coming from the rum tax
22 revenues, would you have shown the next step in
23 the Flow of Funds from the 0704 account?
24      A.    I'm assuming that those funds are
25 comingled into Account 0704 and that you'd be

355

1  unable to distinguish transfers whose source of
2  revenue is these transfers in or were not -- or
3  other transfers into Account 0704.
4       Q.    Okay.  But the rum tax revenues
5  are comingled into the 006 account, right?  And
6  you just explained, I think quite well, how you
7  were able to identify and distinguish them from
8  all the other money in the 006 account as being
9  transferred into the 1891 account, right?
10      A.    Would you mind repeating that?
11      Q.    Yeah.  The rum taxes flowed into
12 the 006 account, which itself is a comingled
13 account, correct?
14      A.    Correct.
15      Q.    But you were able to distinguish
16 the rum tax revenues that flowed from the
17 comingled account into the GDB 1891 account,
18 right?
19      A.    We were able to determine that the
20 source of funds of that transfer from 0006 to
21 1891 was rum tax revenues.
22      Q.    Okay.  So the fact that the moneys
23 were in a comingled account didn't preclude you
24 from identifying, as they flowed out, what the
25 source of those revenues were, correct?

356

1       A.    Correct.
2       Q.    Okay.  So my question is on GDB
3  0704, if you similarly had evidence like what
4  you had with respect to the transfer from 006
5  to 1891 that indicated that the next step in
6  the Flow of Funds related directly to the rum
7  tax revenues, would it have been so indicated
8  on this chart?
9       A.    Would you repeat the question
10 again?
11      Q.    Okay.  I'm just going to ask
12 another question, then move on.
13            Did you do anything -- sorry,
14 scratch that.
15            Did you look at the outflows from
16 the 0704 account to indicate whether you could
17 identify rum tax revenues as a source of the
18 revenue for any of those outflows?
19      A.    No.  It was my understanding that
20 they are comingled in Account 0704 and
21 indistinguishable from one another.
22      MS. MILLER:  Okay.  I want to
23 look -- I'm going to mark as Exhibit 25
24 tab 1202, please.
25

357

1       (Monolines Exhibit 25 is
2       introduced for the record.)
3  BY MS. MILLER:
4       Q.    Okay.  Mr. Ahlberg, you have in
5  front of you a document that was marked
6  Monolines Exhibit 25.  Do you see that?
7       A.    I see the document, yes.
8       Q.    Is this a document that you've
9  seen before?
10      A.    Do you have a certified
11 translation of this document?
12      Q.    I do.  Do you need an English
13 translation to tell me whether you've seen it
14 before?  You probably haven't seen the English
15 translation before.
16      MS. MILLER:  I think -- Kevin, I
17 think the English translation is 1202A, if you
18 want to load that, and maybe we can merge them
19 into a combined exhibit.
20            Does anyone have an objection if
21 we mark this as 1202A and then we merge it into
22 a combined exhibit at the end of the deposition
23 so we don't have two exhibits?
24      MS. McKEEN:  I don't have an
25 objection to that.  I think for Exhibit 25, it

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

35 (Pages 358 to 361)

358

1  would certainly be helpful for the record if                01:43:25
2  that exhibit, plus the original certified                   01:43:28
3  translation is one exhibit.  I think that's how             01:43:32
4  we did prior deposition exhibits.                           01:43:34
5      MS. MILLER:  Okay.  Perfect.                            01:43:36
6  BY MS. MILLER:                                              01:43:39
7      Q.    Okay.  So, Mr. Ahlberg, you now                   01:43:39
8  have in front of you Exhibit 25, which was                  01:43:42
9  being marked as 25A, but I'm just going to                  01:43:44
10 refer to it as Exhibit 25 because we are going              01:43:47
11 to merge them after the deposition, and this is             01:43:50
12 the certified English translation of the                    01:43:52
13 account opening document.                                   01:43:55
14     A.    Okay.  Thanks.                                    01:44:02
15     MS. MILLER:  Okay.  All right.  My                      01:44:07
16 team is telling me that my binder has some                  01:44:07
17 stuff earlier, that they're already merged in               01:44:11
18 the system, so it's all Exhibit 25, and the                 01:44:14
19 back pages are the certified English                        01:44:18
20 translation.  So you can go back and forth as               01:44:20
21 necessary.                                                  01:44:23
22 BY MS. MILLER:                                              01:44:23
23     Q.    So, Mr. Ahlberg, now that you have                01:44:24
24 the English in front of you, can you tell me                01:44:25
25 whether this is a document that you've seen                 01:44:28

360

1  then if you turn to the third page of                       01:46:08
2  Exhibit 25.  Okay.  So it has the information               01:46:11
3  and it identifies an account number.  Do you               01:46:16
4  see that?                                                   01:46:20
5      A.    Yes.                                              01:46:20
6      Q.    And you see the account is the                    01:46:26
7  1891 account; is that right?                                01:46:27
8      A.    Yes.                                              01:46:35
9      Q.    And if we could just go back one                  01:46:35
10 page, it indicates there's a depositor agency               01:46:38
11 listed.  Do you see that?                                   01:46:48
12     A.    Yes, I see that.                                  01:46:51
13     Q.    And what deposit -- what is the                   01:46:52
14 depositor agency?                                           01:46:58
15     A.    It says on this document that the                 01:46:59
16 depositor agency is the Banco Gubernamental de              01:47:01
17 Fomento para PR.                                            01:47:08
18     Q.    Okay.  And if you go to the next                  01:47:08
19 page in the exhibit, it identifies the customer            01:47:10
20 name.  Do you see that?                                     01:47:15
21     A.    Under Customer Name I see Banco                   01:47:16
22 Gubernamental de Fomento para PR.                           01:47:21
23     Q.    Okay.  And then if we could just                  01:47:29
24 look at the next -- or sorry -- two pages out,              01:47:34
25 the 4741, this is an e-mail chain dated -- I                01:47:38

359

1  before?                                                     01:44:29
2      A.    I have not reviewed this specific                 01:44:36
3  document before.                                            01:44:37
4      Q.    Okay.  Have you seen other                        01:44:41
5  documents like this before?                                 01:44:43
6      A.    I have seen other agreements for                  01:44:49
7  opening of bank accounts.                                   01:44:51
8      Q.    Okay.  Hold on a second.  Hold on                 01:44:54
9  a second.  I lost it.  I'll see if it comes                 01:44:57
10 back up again.                                              01:44:57
11     Okay.  So I want you just to look                       01:45:12
12 at the document.  Do you see at the top it                  01:45:15
13 indicates -- excuse me -- it indicates the                  01:45:17
14 agency?                                                     01:45:19
15     A.    I see that under Agency it says:                  01:45:33
16 Banco Gubernamental de Fomento para PR.                     01:45:39
17     Q.    Okay.  And do you see the name of                 01:45:39
18 this bank account, that the purpose of the                  01:45:40
19 account is AFI bond debt service?  Do you see               01:45:44
20 that?                                                       01:45:49
21     A.    I see that.                                       01:45:49
22     Q.    And you understand AFI to be the                  01:45:49
23 Spanish acronym for PRIFA?                                  01:45:52
24     A.    Yes.                                              01:45:54
25     Q.    Okay.  And this account -- and                    01:46:06

361

1  guess it runs from November 18, 2009, through              01:47:51
2  November 20th, 2009.  Do you see that?                      01:47:54
3      A.    Yes.                                              01:48:02
4      Q.    And are you familiar with any of                  01:48:02
5  the people who are involved in this e-mail                  01:48:07
6  chain?                                                      01:48:19
7      A.    I'm not familiar with any of the                 01:48:23
8  individuals whose names are on this e-mail                 01:48:25
9  chain.                                                      01:48:27
10     Q.    Okay.  But you see they're all                    01:48:27
11 identified as being at the GDB?                             01:48:29
12     A.    That's what it says here.                         01:48:36
13     Q.    Okay.  And if you look at the top                 01:48:38
14 e-mail in the chain as the most recent -- or                01:48:40
15 sorry -- the second e-mail down on the page,                01:48:44
16 the one with the time stamp November 19, 2009,              01:48:48
17 at 9:10 a.m., do you see that?                              01:48:50
18     A.    Yes.                                              01:48:56
19     Q.    And there's a question that says:                 01:48:56
20     Hi, Arnaldo, can you please                             01:48:59
21 provide me with the title of Mr. Rivera and                 01:49:00
22 Mr. Garcia?  I would also like to know if the               01:49:03
23 account is in the name of ASI or of the bank.               01:49:07
24     Do you see that?                                        01:49:10
25     A.    Yes, I see that.                                  01:49:10

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                     April 23, 2020

36 (Pages 362 to 365)

362

```
1     Q.     And do you see the response?                    01:49:12
2     A.     Yes, I see the response.                        01:49:20
3     Q.     Okay.  And can you just read the               01:49:21
4  second line of the response?                              01:49:24
5     A.     Is it okay if I read the whole                  01:49:28
6  response?                                                 01:49:37
7     Q.     Yeah, you can read the whole                    01:49:39
8  thing.  I just meant aloud.                               01:49:39
9     A.     Gabriel Rivera is the director of               01:49:43
10 public financing and Jesus Garcia is the                  01:49:46
11 Assistant Director of Public Financing.  In the           01:49:50
12 name of the bank, But referencing the AFI Debt            01:49:53
13 Service.                                                  01:49:56
14    Q.     Okay.  And just looking back at                 01:49:57
15 the Flow of Funds which is Exhibit 24, from               01:49:59
16 January 2014 to January 2015 -- sorry -- to               01:50:04
17 June 2015, do you see the 1891 account on this            01:50:09
18 exhibit?                                                  01:50:28
19    A.     Yes, I see the account 1891.                    01:50:28
20    Q.     Okay.  And you testified                        01:50:30
21 previously that blue meant that it was in                 01:50:31
22 PRIFA's name; is that right?                              01:50:34
23    A.     Yeah, I referenced that PRIFA's                 01:50:40
24 name would be on the bank statement.                      01:50:44
25    Q.     Okay.  And what's the basis for                 01:50:46
```

363

```
1  your position that the 1891 account was held in          01:50:52
2  PRIFA's name?                                             01:50:55
3     A.     I didn't say it was held in                     01:50:55
4  PRIFA's name.  I just mentioned that PRIFA's --           01:51:01
5  PRIFA's name would be on the bank statements.             01:51:05
6     Q.     Okay.  So I think you said that,                01:51:08
7  and then I specifically asked you -- and we can           01:51:11
8  go back if you need to, but I specifically                01:51:13
9  asked if by that you meant that PRIFA was the             01:51:16
10 account holder.  Do you recall that?                      01:51:20
11    A.     I do recall you asking me that                  01:51:30
12 question.                                                 01:51:31
13    Q.     Okay.  And you said yes.  Do you                01:51:33
14 recall giving me that answer?                             01:51:35
15    A.     Yes, I do remember giving that                  01:51:35
16 answer.  I meant to answer in the context of              01:51:43
17 meaning that PRIFA's name would be on their               01:51:49
18 bank statement.                                           01:51:51
19    Q.     Well, I said:                                   01:51:55
20        What does the blue box indicate?                   01:51:58
21        And you said:                                      01:52:00
22        In the case of the blue box, it                    01:52:02
23 would indicate that PRIFA's name would be on              01:52:05
24 the bank account statement of those accounts.             01:52:05
25        And I said:                                        01:52:07
```

364

```
1     Okay.  And when you said PRIFA's                       01:52:08
2  name would be on it, do you mean as an account            01:52:10
3  holder?                                                   01:52:12
4        And you said:                                       01:52:13
5        Yes.                                                01:52:13
6        Do you recall me asking those                       01:52:14
7  questions and you giving those answers?                   01:52:19
8     A.     Yes.                                            01:52:19
9     Q.     I'm asking you what the basis is                01:52:23
10 for your testimony that PRIFA is an account               01:52:26
11 holder of the 1891 account.                               01:52:31
12    A.     I remember answering your                       01:52:38
13 question, original question in that way, and              01:52:39
14 what I meant is that I knew that PRIFA's name             01:52:42
15 was on the bank statements.  I'm just -- I'm              01:52:44
16 not an attorney.  I'm not certain if account             01:52:49
17 holder or not holder is a legal term that has            01:52:52
18 an implication I'm not aware of.                          01:52:55
19    Q.     I'm not talking about a legal                   01:52:57
20 term.  I'm just asking you whether it is a                01:52:59
21 PRIFA account or not a PRIFA account.                     01:53:02
22    A.     And my answer would be that                     01:53:09
23 PRIFA's name is on the bank statement.                    01:53:12
24    Q.     So you don't know if it's a PRIFA              01:53:15
25 account or not?                                           01:53:17
```

365

```
1     MS. McKEEN:  Objection.                                01:53:18
2     THE WITNESS:  I know PRIFA's name                      01:53:23
3  is on the bank statement.                                 01:53:24
4     MS. MILLER:  Can I ask someone                         01:53:36
5  from my team to pull up a bank statement for             01:53:42
6  the 1891 account so Mr. Ahlberg can show us              01:53:46
7  where PRIFA's name is on the account statement,          01:53:50
8  please?                                                   01:53:52
9  BY MS. MILLER:                                            01:53:52
10    Q.     This might take a minute,                       01:53:55
11 Mr. Ahlberg.  I apologize.                                01:53:56
12    A.     No problem.                                     01:54:00
13    Q.     While you're waiting or while                   01:54:27
14 we're waiting, based on Exhibit 25 that we just          01:54:30
15 looked at, would you agree with me that the GDB          01:54:35
16 is the account holder of the 1891 account?               01:54:35
17    A.     You asked me to confirm if GDB is             01:54:58
18 the account holder of this account?                       01:55:01
19    Q.     I'm asking you whether, based on               01:55:04
20 Monolines Exhibit 25, which we could put that            01:55:08
21 one back up, you would agree with me that the            01:55:13
22 GDB is actually the account holder of the 1891          01:55:16
23 account?                                                  01:55:19
24    A.     I don't know if there's a specific            01:55:30
25 way you're using "account holder."  I'm just --         01:55:32
```

Henderson Legal Services, Inc.

202-220-4158                                     www.hendersonlegalservices.com

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

37 (Pages 366 to 369)

---

**366**

1  not being an attorney, I'm uncertain of the        01:55:36
2  implications of that phrase "account holder."       01:55:39
3      Q.    Do you own a bank account,                01:55:42
4  Mr. Ahlberg?                                        01:55:44
5      A.    I do have bank accounts.                  01:55:45
6      Q.    Okay. Do you understand what it           01:55:47
7  means when someone asks you if you're the           01:55:49
8  account holder of a certain account?                01:55:55
9      A.    Generally, I would understand if          01:56:01
10 someone asked me that question.                      01:56:03
11     Q.    Okay. Do you have any joint bank          01:56:07
12 accounts?                                            01:56:14
13     A.    No.                                        01:56:14
14     Q.    How do you understand that                01:56:19
15 generally when someone -- if someone were to        01:56:21
16 ask you that?                                        01:56:26
17          UNIDENTIFIED SPEAKER: Object to           01:56:26
18 form.                                                01:56:26
19          THE WITNESS: If someone were to           01:56:26
20 ask me what? Would you mind repeating the           01:56:29
21 question?                                            01:56:29
22 BY MS. MILLER:                                       01:56:31
23     Q.    If someone were to ask you if you        01:56:31
24 were the account holder of a particular bank        01:56:33
25 account.                                             01:56:36

---

**367**

1      A.    In the context of my own personal        01:56:41
2  finances, I would think that would mean that        01:56:44
3  it's an account that -- that I have the ability     01:56:46
4  to withdraw funds from or deposit funds into.       01:56:46
5          THE REPORTER: I'm sorry. Excuse           01:57:11
6  me one moment. I'm sorry.                            01:57:11
7          I just wanted to ask, Ms. McKeen,         01:57:11
8  would you mind moving the phone closer to you?      01:57:13
9  You're very faint with your objections. Sorry.      01:57:15
10 Go ahead.                                            01:57:17
11         MS. McKEEN: (Indiscernible) I             01:57:17
12 haven't objected in several questions. So I'm       01:57:18
13 not sure if you heard any. That wasn't me. I        01:57:20
14 didn't hear an opposing objection. Can you          01:57:25
15 hear me now?                                         01:57:31
16         THE REPORTER: I can. Thank you.           01:57:32
17         MS. McKEEN: Thank you.                    01:57:33
18 BY MS. MILLER:                                       01:57:33
19     Q.    Is that the same understanding           01:57:44
20 that you used in determining whether or not to      01:57:46
21 designate a box blue or not?                         01:57:49
22     A.    Did not apply the same -- same          01:57:59
23 exact criteria that I just referenced in my own     01:58:04
24 personal finances to the Flow of Funds              01:58:07
25 presentation.                                        01:58:09

---

**368**

1      Q.    Okay. So what criteria did you           01:58:09
2  apply to the GDB 1891 account that resulted in      01:58:11
3  you designating it as a blue box?                    01:58:14
4      A.    In color coding as a general             01:58:25
5  association and to help the reader interpret        01:58:29
6  this presentation, but understanding that           01:58:31
7  PRIFA's name was on the bank statement, I           01:58:34
8  thought it was appropriate to make that box         01:58:38
9  blue.                                                01:58:41
10         (Monolines Exhibit 26 is                  01:58:41
11 introduced for the record.)                         01:58:41
12 BY MS. MILLER:                                       01:58:42
13     Q.    Okay. So now we are looking at a         01:58:42
14 bank statement that's been marked Monolines         01:58:45
15 Exhibit 26, and when you say that PRIFA's name      01:58:48
16 was on the bank statement, do you mean that         01:58:51
17 PRIFA's name is indicated in the account name?      01:58:55
18     A.    PRIFA in this exact bank statement       01:59:08
19 example that we're looking at, that is correct,     01:59:08
20 that PRIFA's listed in the account name under       01:59:11
21 the Spanish acronym AFI.                             01:59:16
22     Q.    You don't see PRIFA's name              01:59:18
23 anywhere else, do you?                               01:59:20
24         Well, sorry. You don't see               01:59:21
25 PRIFA's name as an account holder, right?           01:59:23

---

**369**

1      A.    I don't see the phrase "account         01:59:39
2  holder" listed anywhere on this page.               01:59:43
3      Q.    Okay. And you do see that the           01:59:46
4  account statements are being directed to            01:59:48
5  Mr. Gabriel Rivera, the director of public         01:59:50
6  finance at the GDB, right?                           01:59:52
7      A.    I do see that.                            02:00:04
8      Q.    Okay. And did you do anything            02:00:05
9  other than noting that PRIFA's name was            02:00:06
10 mentioned somewhere on that account statement      02:00:11
11 to identify whether or not the account was         02:00:13
12 actually a PRIFA account?                            02:00:16
13     A.    Can you repeat the question,             02:00:29
14 please?                                              02:00:31
15     Q.    Yeah. Did you do anything other          02:00:31
16 than noting that PRIFA's name was mentioned         02:00:32
17 somewhere on the account statement to identify     02:00:36
18 whether or not the account was actually a PRIFA    02:00:39
19 account?                                             02:00:41
20     A.    No, no.                                   02:00:54
21     Q.    Okay. I want to go back to               02:00:55
22 Exhibit 24, please.                                  02:00:58
23         Am I understanding this chart            02:01:16
24 correctly that between the January 2014 and        02:01:18
25 June 2015 period, the only account that had the    02:01:23

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

38 (Pages 370 to 373)

---

370

```
1   full 117 million of rum excise taxes was the      02:01:28
2   GDB 006 account?                                   02:01:32
3       A.    I missed the last part of your          02:01:40
4   question, sorry.  Could you repeat it?            02:01:42
5       Q.    Okay.  Am I correct that according       02:01:44
6   to this chart, from the January '14 to            02:01:46
7   June 2015 period, the only bank account that      02:01:50
8   held the full $117 million rum excise taxes was   02:01:58
9   the GDB 006 account?                              02:01:58
10      Sorry, let me -- let me restate               02:02:04
11  that because I misspoke in the question.  Let     02:02:06
12  me ask it again.                                  02:02:08
13      Am I correct that according to                02:02:09
14  this chart, from January '14 to June 2015, the    02:02:11
15  only bank account that held the first             02:02:17
16  $117 million in full was the GDB 006 account?     02:02:20
17      A.    I can't say that there was any one      02:02:27
18  given time where the 117 million was             02:02:45
19  identifiable as a separate cash balance within    02:02:48
20  the operating account 0006.                       02:02:51
21      Q.    Okay.  That's a fair point.  Let        02:02:55
22  me restate it.                                    02:03:01
23      Is it true that in the                        02:03:02
24  January 2014 to June 2015 period, the only        02:03:04
25  account that the full first $117 million of rum   02:03:08
```

---

371

```
1   excise taxes flowed through was the GDB 006       02:03:11
2   account?                                          02:03:16
3       A.    Yes.                                    02:03:24
4       Q.    Thank you for that clarification.       02:03:25
5       Okay.  So I'd like to now mark as             02:03:35
6   Exhibit 26 tab 1301.                              02:03:43
7       MS. MILLER:  Actually, Kevin,                 02:04:08
8   before we go there, can I just -- can we mark     02:04:13
9   quickly tab 1203?                                 02:04:13
10      (Monolines Exhibit 27 is                       02:04:13
11      introduced for the record.)                    02:04:13
12  BY MS. MILLER:                                     02:04:13
13      Q.    Okay.  So we have marked as             02:04:54
14  Monolines Exhibit 27 -- we'll come back to        02:04:56
15  26 -- a document.  Is this a document that you    02:05:04
16  recognize?                                        02:05:04
17      A.    Yes.                                    02:05:28
18      Q.    Okay.  And what is this document?       02:05:29
19      A.    I would like to clarify that I          02:05:30
20  recognize this type of document.  I can't         02:05:32
21  recall specifically reviewing this exact          02:05:35
22  document.                                         02:05:37
23      Q.    Fair enough.                            02:05:37
24      And what is this type of document?            02:05:38
25      A.    This document is a Comprobante de       02:05:52
```

---

372

```
1   Remesa for rum taxes during this time, which is   02:05:57
2   stamped August 2014.  This is probably fiscal     02:06:03
3   year 2014.                                        02:06:09
4       Q.    Okay.                                   02:06:11
5       A.    Or fiscal year 2015.                    02:06:13
6       Q.    And are these among the documents       02:06:15
7   or the type of documents that you reviewed in     02:06:17
8   preparing the Flow of Funds that we discussed     02:06:20
9   earlier?                                          02:06:22
10      A.    Yes, this type of document would        02:06:25
11  be included in that review.                       02:06:27
12      Q.    Okay.  And you see here there's a       02:06:32
13  designation Fondo, and it says 111.  Do you see   02:06:37
14  that?                                             02:06:39
15      A.    Yes.                                    02:06:39
16      Q.    And do you know what Fund 111 is?       02:06:45
17      A.    Fund 111 is one of the fund            02:06:46
18  numbers used to identify General Fund.            02:06:49
19      Q.    Okay.  And then to the left of          02:06:51
20  that it says Cuenta R4220.  Do you see that?      02:06:53
21      A.    Yes.                                    02:06:58
22      Q.    And is that the revenue account        02:06:59
23  within the General Fund that's used for rum       02:07:01
24  excise taxes that we discussed earlier?           02:07:07
25      That's the revenue account used              02:07:10
```

---

373

```
1   within the PRIFA system to record the revenues    02:07:13
2   of rum taxes.                                      02:07:17
3       Q.    Okay.  Do you know whether that's       02:07:17
4   used to record all of the revenues of rum taxes   02:07:20
5   or just the first 117 million of rum taxes?       02:07:22
6       Let me break it out.                          02:07:28
7       Is that revenue account number               02:07:30
8   used to record all of the revenues of rum         02:07:31
9   taxes?                                            02:07:36
10      A.    I'm not positive.  I would have to      02:07:49
11  double-check on that and get back to you.         02:07:54
12      Q.    Okay.  How would you go about           02:07:56
13  double-checking?                                   02:07:59
14      A.    I would just have to look at the        02:08:13
15  voucher maybe similar to this one that -- whose   02:08:20
16  amount, which, you know, ended up meaning         02:08:28
17  specifically your total exceeded 117 million      02:08:31
18  and they were still using account code 4220,      02:08:34
19  that would indicate to me that they were using    02:08:37
20  Account 4220 for rum proceed revenues, the        02:08:40
21  first 117, as well as the excise.                 02:08:44
22      Q.    And if you ran the report that we       02:08:50
23  discussed earlier from the PRIFA system on        02:08:52
24  Revenue Account 4220, you would be able to tell   02:08:56
25  that based on the report, correct?                02:08:58
```

---

Henderson Legal Services, Inc.

202-220-4158                    www.hendersonlegalservices.com

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

39 (Pages 374 to 377)

**374**

1    A.    Correct.
2    Q.    You didn't run that report, right?
3    A.    No, I have not run that report.
4    Q.    Okay. And how long do you think
5  it would take to run that report for a single
6  fiscal year?
7    A.    I don't know specifically how long
8  the system would take to process that, but I
9  imagine it would be accomplishable within
10  one day.
11    Q.    And when you say "accomplishable
12  within one day," you just mean processing time?
13    A.    Right. I can't speculate on time
14  to quality control review data that the system
15  would potentially output.
16    Q.    How long would it take to come up
17  with a query?
18    A.    Query -- query -- I mean, I guess
19  I could tell you what the query is now. You
20  would need time to determine what the
21  parameters of the query would be.
22    Q.    Do you know whether moneys other
23  than the first 117 million of rum -- sorry,
24  strike that. Let me start over.
25        Do you know whether rum excise

**375**

1  taxes beyond the first 117 million of rum
2  excise taxes are deposited into the General
3  Fund?
4        UNIDENTIFIED SPEAKER: Objection.
5        THE REPORTER: I'm sorry, did
6  somebody -- I'm sorry?
7        THE WITNESS: (Indiscernible)
8  deposited into the General Fund.
9  BY MS. MILLER:
10    Q.    Okay. Do you know whether the
11  R4220 account is used in connection with other
12  Funds as well?
13        Sorry, just -- just to be clear,
14  when I said Funds, I meant capital F Fund, the
15  Fund of the Special Fund other than the
16  general.
17        UNIDENTIFIED SPEAKER: Objection.
18        THE WITNESS: I know the first
19  117 million would use the General Fund
20  identifier there. We -- we did not look at
21  the, you know, the revenues outside the first
22  117 for purposes of the Flow of Funds
23  accreditation.
24  BY MS. MILLER:
25    Q.    So you don't know whether they

**376**

1  flow into a Fund other than the General Fund?
2        UNIDENTIFIED SPEAKER: Objection.
3        THE WITNESS: I disagree with the
4  characterization of funds flowing into any
5  Fund.
6  BY MS. MILLER:
7    Q.    Okay. So you disagree with the
8  funds being allocated. All right.
9        So you don't know whether they're
10  allocated to a Fund other than the General
11  Fund?
12    A.    The first 117 million are recorded
13  with the General Fund fund number.
14    Q.    Do you know whether moneys beyond
15  the first 117 million are recorded with a Fund
16  number that is not the General Fund?
17    A.    I don't know for certain since we
18  didn't look at the funds outside the 117 for
19  purposes of the Flow of Funds presentation.
20  That would certainly be something we could
21  follow up on and get back to you.
22    Q.    Okay. Do you think they might be?
23        MS. McKEEN: Objection.
24        THE WITNESS: I can't speculate
25  one way or the other.

**377**

1        (Monolines Exhibit 28 is
2        introduced for the record.)
3        MS. MILLER: Okay. I want to go
4  to Exhibit 26 now, please, Kevin.
5  BY MS. MILLER:
6    Q.    Mr. Ahlberg, did you review the
7  lockbox agreement in connection with your
8  preparation for your deposition today?
9    A.    I did not review the lockbox
10  agreement in preparation for this deposition,
11  but I am familiar with the lockbox agreement
12  based on my ordinary business and work with the
13  Commonwealth.
14    Q.    Okay. And in what context have
15  you encountered the lockbox agreement in the
16  course of your ordinary work?
17    A.    Beyond the first 117 million that
18  we have been discussing together, there's a rum
19  tax waterfall that proceeds after that, and I
20  have reviewed actual cash flows with -- actual
21  cash flows in the rum tax waterfall after the
22  first 117 million in my normal course of
23  business with the Commonwealth.
24    Q.    And in the course of that, have
25  you looked at the actual document?

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                      April 23, 2020

40 (Pages 378 to 381)

378

1    A.    Somewhere along the lines in the          02:15:51
2    past two and a half years, I have seen the      02:15:54
3    actual lockbox agreement.                       02:15:57
4    Q.    Okay.  Do you understand that             02:16:01
5    under the lockbox agreement -- which,           02:16:16
6    apologies, is being pulled off, I created       02:16:18
7    confusion, apparently.  We already used         02:16:20
8    Exhibit 26.  So this will be Exhibit 27 -- that 02:16:24
9    there are multiple transfers that -- let me     02:16:34
10   ask.                                            02:16:39
11        Here's the lockbox agreement.  Is          02:16:40
12   this the agreement that we were just talking    02:16:42
13   about?                                          02:16:43
14   A.    Yes.                                       02:16:58
15   Q.    Okay.  So the record is clear,            02:16:59
16   because we have now said it wrong three times,  02:17:00
17   Monolines Exhibit 28 is the lockbox agreement   02:17:09
18   dated May 5, 2015.  Who's the lockbox trustee?  02:17:30
19   Sorry, what does the lockbox say?               02:17:33
20   A.    Citibank.                                 02:17:42
21   Q.    And do you understand that under          02:17:50
22   this agreement Citibank has to make a number of 02:17:51
23   transfers to various entities, right?           02:17:54
24   A.    Not being an attorney, I'm not            02:18:04
25   certain what the lockbox agreement mandates or  02:18:06

379

1    does not mandate.                               02:18:08
2    Q.    Okay.  Well, I thought you told me        02:18:09
3    that in the ordinary course of your business,   02:18:12
4    you have seen the lockbox agreement and         02:18:14
5    considered it in connection with the Flow of    02:18:18
6    Funds that it mandates.  No?  Did I get that    02:18:20
7    wrong?                                          02:18:24
8         UNIDENTIFIED SPEAKER:  Objection.          02:18:28
9         THE WITNESS:  I'm generally                02:18:30
10   familiar with the lockbox agreement, and in the 02:18:31
11   context in which I would have been familiar     02:18:36
12   with it was in monitoring cash flow activity    02:18:37
13   with respect to rum tax.                        02:18:42
14   BY MS. MILLER:                                  02:18:44
15   Q.    Okay.  And so you understand that         02:18:45
16   the lockbox agreement outlines period cash      02:18:46
17   flows or the flow of various revenues, right?   02:18:51
18        MS. McKEEN:  Objection.                    02:19:08
19        THE WITNESS:  I understand it's --         02:19:11
20   the Flow of Funds is different before and after 02:19:12
21   the lockbox agreement is operational.           02:19:17
22   BY MS. MILLER:                                  02:19:20
23   Q.    Okay.  I have not asked anything          02:19:20
24   about that.                                     02:19:22
25        I'm just asking you whether you            02:19:23

380

1    understand that the lockbox agreement sets      02:19:25
2    forth a Flow of Funds for the rum tax revenue.  02:19:33
3    A.    Not being an attorney, I'm not            02:19:50
4    positive that this lockbox agreement says that. 02:19:52
5    Q.    Why did you look at it in                 02:19:58
6    connection with the Flow of Funds of the rum    02:20:01
7    taxes in the ordinary course of your business?  02:20:03
8    A.    In my ordinary course of business,        02:20:04
9    and understanding the historical Flow of Funds  02:20:14
10   for rum taxes, for us it meant understanding    02:20:17
11   that transfers were -- after the lockbox        02:20:21
12   agreements were coming directly from the        02:20:27
13   Citibank account as opposed to being            02:20:30
14   transferred directly from the U.S. Government.  02:20:32
15   Q.    Okay.  And is that                        02:20:34
16   something -- when you said in the ordinary      02:20:37
17   course of your business, did you mean in        02:20:39
18   connection with preparing these Flow of Funds   02:20:42
19   documents?                                      02:20:45
20   A.    No.                                        02:20:47
21   Q.    Okay.  So in connection with your         02:20:47
22   ordinary course of business, you have to        02:20:53
23   understand that historical Flow of Funds        02:20:56
24   differed from the Flow of Funds under the       02:20:59
25   lockbox agreement?  Did I understand that       02:21:01

381

1    right?                                          02:21:04
2         MS. McKEEN:  Objection.                    02:21:08
3         THE WITNESS:  From a normal course         02:21:14
4    of business, I understood the lockbox agreement 02:21:16
5    changed the Flow of Funds.                      02:21:19
6    BY MS. MILLER:                                  02:21:19
7    Q.    Okay.  Do you understand how it           02:21:22
8    changed the Flow of Funds?                      02:21:23
9    A.    Yes.  The funds are -- rum taxes          02:21:31
10   are -- first went to Citibank prior to transfer 02:21:40
11   to the TSA, as opposed to coming directly from  02:21:43
12   the U.S. Government.                            02:21:43
13   Q.    Okay.  And then, after the first          02:21:44
14   117 -- well, look at page 4 of the lockbox      02:21:52
15   agreement.                                      02:21:55
16        And is this specifically a page            02:21:57
17   that you've seen before?  And I'm going to      02:21:58
18   direct you to Section 5, which is the           02:22:00
19   Disposition of Cover Over Payments in the       02:22:02
20   account.  Do you see that?                      02:22:04
21   A.    I see that fifth section there.           02:22:05
22   Q.    Okay.  And did you look at this           02:22:16
23   fifth section in the ordinary course of         02:22:18
24   business before preparing the PRIFA Flow of     02:22:26
25   Funds for this deposition?                      02:22:29

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                         April 23, 2020

41 (Pages 382 to 385)

**382**

1    A.    I don't recall specifically
2    reviewing this exact section of the document.
3    Q.    Okay.  Do you have an
4    understanding of how the moneys beyond the
5    first 117 million flow?
6    A.    I have a general understanding.
7    Q.    Okay.  What's your general
8    understanding?
9    A.    My general understanding is that
10   after the first 117 million, that there
11   are -- there's a waterfall for the remaining --
12   remaining distribution of funds.
13   Q.    Okay.  And do you know who gets
14   the second payment in the waterfall?
15   A.    I can't recall off the top of my
16   head who gets the second payment in the
17   waterfall.
18   Q.    Well, good news.  You don't have
19   to recall off the top of your head.  If you
20   look at Section 5(b), it says "Second."
21        So you can just read it and then
22   tell me if that refreshes your recollection of
23   who gets the second flow in the waterfall.
24   A.    Counsel, could you point me to the
25   section of the document you're referring to?

**383**

1    Q.    Section 5(b), as in boy.
2    Actually -- sorry.  Yeah, that's right.
3    Section 5(b).
4        MS. McKEEN:  Atara, when you get
5    to a convenient stopping place, if we could
6    have a short break, I would appreciate it.
7        MS. MILLER:  Sure.  Actually,
8    almost done with this.  I want to go a few
9    minutes longer, and hopefully I can wrap this
10   up.
11       MS. McKEEN:  That's great.  Thank
12   you.  Just a quick one.
13       MS. MILLER:  Okay.
14   BY MS. MILLER:
15   Q.    Mr. Ahlberg, does Section 5(b)
16   refresh your recollection as to who gets the
17   second distribution of rum taxes after the
18   first 117 million?
19   A.    That refreshes my recollection of
20   what this lockbox agreement says.  I can't say
21   for certain that -- off the top of my head that
22   this is how the cash flow on activity follows.
23   Q.    Okay.  Who's supposed to get the
24   next 5 million --
25

**384**

1        MS. McKEEN:  Objection.
2    BY MS. MILLER:
3    Q.    -- under the lockbox agreement?
4        MS. McKEEN:  Objection.
5        THE WITNESS:  I believe that it
6    says:
7        Second, to the Secretary of
8    Treasury for deposit to the credit of the S&T
9    Trust, which I understand is the Science and
10   Technology Trust.
11   BY MS. MILLER:
12   Q.    Okay.  And what about third?
13   A.    The document says:
14       Third, to the Secretary of
15   Treasury, the remaining amount of Non-Rum COR
16   included in such Cover Over Payment.
17   Q.    Okay.  And then what about 4?
18   A.    The document says:
19       Fourth, to the Secretary of
20   Treasury, the remaining amount of other rum
21   Cover Over or COR included in such Cover Over
22   Payment.
23   Q.    Okay.  Do you know whether the
24   Commonwealth accounts for each of these buckets
25   of rum tax revenues differently when it

**385**

1    receives them from Citi?
2    A.    I'm not certain if there's
3    different accounting treatment for the rum
4    revenues in excess of the first 117 million.
5    Q.    Do you know if the 5 million to
6    the credit of the S&T Trust if -- sorry -- is
7    credited to the General Fund?
8    A.    I'm not positive off the top of my
9    head if that is the case.
10   Q.    What would you do to find out
11   whether the transfers in (a), (b), (c) and (d)
12   of Section 5 of Exhibit 28 are accounted for
13   differently on the internal accounting records
14   of the Commonwealth?
15   A.    Apologies, I'm just thinking here.
16   Would you mind repeating the question?
17   Q.    Yeah.  My question is:
18       What would you do to determine
19   whether the transfers in Section 5(a), (b), (c)
20   and (d) of Exhibit 28 are accounted for
21   differently on the internal accounting records
22   of the Commonwealth?
23   A.    I would -- first, I would discuss
24   with -- with Treasury and review the transfers
25   into -- review the, you know, transfers letters

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                  April 23, 2020

42 (Pages 386 to 389)

---

**386**

1    or vouchers that show transfer into the TSA.
2    Q.    Do you know whether when Citi
3    makes transfers under this lockbox agreement it
4    specifically identifies whether the
5    transfer -- sorry -- which bucket the
6    transfer -- let me start over.
7         Do you know whether Citi, when it
8    makes transfers under the lockbox agreement,
9    specifically identifies which bucket the moneys
10   fall under?
11   A.    Would you repeat that question,
12   please?
13   Q.    Yeah.  Do you know whether Citi,
14   when it makes transfers under the lockbox
15   agreement, specifically identifies which bucket
16   the moneys fall under?
17   A.    I'm not positive.  I would have to
18   double-check on that.
19   Q.    Okay.  Do you know what it means
20   for a deposit to be to the credit of the S&T
21   Trust?
22   A.    I'm not sure what is intended by
23   that exact phrasing there.
24   Q.    Do you know whether there is a
25   Fund that corresponds to the S&T Trust?

---

**387**

1    A.    I do not know whether there is a
2    separate Fund number within the PRIFA system
3    that identifies S&T Trust money.
4    Q.    Would you expect the Commonwealth
5    to account differently for moneys deposited to
6    the credit of the S&T Trust from moneys
7    deposited to the credit of PRIFA?
8    UNIDENTIFIED SPEAKER:  Objection.
9    THE WITNESS:  I mean, nothing --
10   I'm not sure how S&T would account for those
11   differently from one another.
12   BY MS. MILLER:
13   Q.    Okay.  Do you know why the
14   Commonwealth asks Citi to separately break out
15   amounts that were going to the Treasury for
16   deposit of the credit into different entities?
17   MS. McKEEN:  Objection.
18   THE WITNESS:  I do not know why
19   Citibank does that.
20   BY MS. MILLER:
21   Q.    My question was why does the
22   Commonwealth ask them to do it.
23   MS. McKEEN:  Objection.
24   THE WITNESS:  I don't know why the
25   Commonwealth would have asked them to do that.

---

**388**

1    BY MS. MILLER:
2    Q.    Okay.  Just, for example, (a) and
3    (b), it would have been more simple to just
4    make a single transfer to the Secretary of the
5    Treasury for 122 million, wouldn't it?
6    MS. McKEEN:  Objection.
7    THE WITNESS:  I can't say what
8    would have been easier or not.
9    BY MS. MILLER:
10   Q.    Is there any reason you can think
11   of why in a Flow of Funds the first 117 million
12   being transferred to the Secretary -- to the
13   Secretary of the Treasury for the credit of
14   PRIFA was broken out from the next $5 million
15   that were being transferred to the Secretary of
16   the Treasury for deposit to the credit of the
17   S&T Trust?
18   MS. McKEEN:  Objection.
19   THE WITNESS:  Would you please
20   repeat the question?
21   BY MS. MILLER:
22   Q.    Is there any reason you can think
23   of for why in the Flow of Funds the first
24   117 million being transferred to the Secretary
25   of Treasury for the credit of PRIFA was broken

---

**389**

1    out from the next 5 million that were being
2    transferred to the Secretary of Treasury for
3    deposit to the credit of the S&T Trust?
4    MS. McKEEN:  Objection.
5    THE WITNESS:  I can't speculate as
6    to why.
7    BY MS. MILLER:
8    Q.    Okay.  All right.  Let's -- I'm
9    going to do one more quick exhibit, Liz, and
10   then I'll take a break.  It shouldn't take more
11   than a minute.
12   MS. MILLER:  Can we mark tab 1302
13   as Exhibit 29?
14   (Monolines Exhibit 29 is
15   introduced for the record.)
16   BY MS. MILLER:
17   Q.    Okay.  Mr. Ahlberg, is this a
18   document that you've seen before or a form of
19   document that you've seen before?
20   A.    Yes.
21   Q.    Okay.  And what is it?
22   A.    It is a lockbox receipt notice.
23   Q.    And can we just look at the second
24   page of this document?
25   Okay.  Mr. Ahlberg, does this

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

43 (Pages 390 to 393)

390

```
 1   refresh your recollection about whether Citi in      02:35:42
 2   fact breaks out into each category the amount         02:35:49
 3   of the disbursement?                                  02:35:54
 4        A.   Yes.                                         02:36:01
 5        Q.   Okay.  And so Citi would transfer            02:36:03
 6   in the first 117 million of rum excise taxes,         02:36:06
 7   specifically identifies the recipient as the          02:36:14
 8   Secretary of Treasury for deposit to the credit       02:36:14
 9   of PRIFA, correct?                                    02:36:18
10        UNIDENTIFIED SPEAKER:  Note my                    02:36:24
11   objection.                                            02:36:25
12        MS. MILLER:  What's your                          02:36:34
13   objection?                                            02:36:35
14        UNIDENTIFIED SPEAKER:  You've used                02:36:37
15   the word "identifies" in the present tense, and       02:36:38
16   I think it's unclear as to whether you're             02:36:40
17   asking about this specific example or a course        02:36:44
18   of conduct across all Citi transfers.  That's         02:36:48
19   my objection.                                         02:36:52
20        MS. MILLER:  Okay.  I appreciate                  02:36:53
21   that clarification.                                   02:36:54
22   BY MS. MILLER:                                        02:36:54
23        Q.   Mr. Ahlberg, does this refresh              02:36:56
24   your recollection that on August 25, 2017, Citi       02:36:58
25   identifies the recipient of the first                 02:37:03
```

391

```
 1   117 million as Secretary of Treasury for              02:37:04
 2   deposit to the credit of PRIFA?                       02:37:08
 3        A.   Yes, it does refresh my                      02:37:16
 4   recollection that Citibank produces a document        02:37:17
 5   with this information.                                02:37:21
 6        Q.   And does it still produce that              02:37:22
 7   document today?                                       02:37:24
 8        A.   I believe so.                                02:37:31
 9        Q.   And it specifically identifies the          02:37:32
10   recipient for the first 117 million as                02:37:36
11   Secretary of Treasury for deposit to the credit       02:37:41
12   of PRIFA, correct?                                    02:37:44
13        A.   On this document, that is correct.          02:37:47
14        Q.   Do you believe that's changed in            02:37:50
15   any subsequent documents?                             02:37:52
16        MS. McKEEN:  Objection.                           02:37:57
17        THE WITNESS:  Do not think so.                    02:37:59
18   BY MS. MILLER:                                        02:38:06
19        Q.   And that's distinct from the                02:38:06
20   Secretary of Treasury for deposit to the credit       02:38:08
21   of the S&T Trust, correct?                            02:38:10
22        A.   Different in that it is shown               02:38:16
23   separately on the Citibank-produced document,         02:38:22
24   yes.                                                  02:38:22
25        MS. MILLER:  Okay.  This is a good               02:38:25
```

392

```
 1   time for a break.                                     02:38:27
 2        Liz, how long do you want to take?               02:38:30
 3        MS. McKEEN:  10.                                  02:38:33
 4        MS. MILLER:  Okay.  Great.                        02:38:34
 5        MS. McKEEN:  Thank you.                           02:38:34
 6        MS. MILLER:  Thank you.                           02:38:36
 7        THE VIDEOGRAPHER:  We are off the                 02:38:37
 8   record at 2:39 p.m.                                   02:38:38
 9        (Recess taken.)                                   02:38:40
10        THE VIDEOGRAPHER:  We are back on                 02:53:23
11   the record at 2:54 p.m.                               02:54:06
12   BY MS. MILLER:                                        02:54:06
13        Q.   Okay.  I want to go back to                 02:54:09
14   Exhibit 24, and I want to look at the next            02:54:12
15   page, which is the Flow of Funds from July 2015       02:54:34
16   to March 2016.  Do you see that?                      02:54:38
17        A.   No.                                          02:54:47
18        Q.   Me neither.  There we go.                   02:54:56
19        Now do you see it?                                02:54:58
20        A.   Yes.                                         02:54:59
21        Q.   Okay.  And just looking at this            02:55:01
22   chart, based on what you've already said, you         02:55:05
23   were able to identify -- well, let me ask the         02:55:11
24   first question.                                       02:55:15
25        The first $117 million of rum                    02:55:15
```

393

```
 1   excise taxes flowed, according to this chart,         02:55:20
 2   from this U.S. Treasury to the Citibank               02:55:24
 3   account.  And is that the lockbox account?            02:55:29
 4        A.   Yes.                                         02:55:32
 5        Q.   Okay.  And is it your                        02:55:33
 6   understanding that that is an account of the          02:55:36
 7   Secretary of the Treasury?                            02:55:40
 8        A.   The Citibank account?                        02:55:46
 9        Q.   The Citibank account, yeah.                 02:55:47
10        A.   I'm not -- I'm not certain there.           02:55:57
11        Q.   Okay.  Well, it's denoted in dark          02:55:59
12   gray.  What does dark gray mean?                      02:56:04
13        A.   In this case, it indicates that            02:56:08
14   it's not a Commonwealth account.                      02:56:10
15        Q.   So your testimony, as the                   02:56:23
16   corporate representative of the Commonwealth,         02:56:29
17   is that the Citibank 9028 account is not a            02:56:30
18   Commonwealth account?                                 02:56:35
19        A.   I'm not certain whether that's             02:56:49
20   called a Commonwealth account or not a               02:56:52
21   Commonwealth account.  The dark gray is meant        02:56:55
22   to distinguish it from the TSA operational            02:56:58
23   accounts as well as the other Commonwealth           02:57:01
24   account 6048.                                         02:57:04
25        Q.   Okay.  Why were you distinguishing         02:57:11
```

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

44 (Pages 394 to 397)

---

**394**

1  this account?
2      A.    I mean, it's a separate bank
3  account.  The dark gray is done to -- to help
4  the reader know that that account is separate
5  from the TSA 0006 or Account 6048.
6      Q.    What is Account 6048?
7      A.    It's a separate account at
8  Treasury.
9      Q.    And what's it used for?
10     A.    It's -- I believe it's an account
11  that's actually no longer used.
12     Q.    During the period July 2015 to
13  March 2016, what was that account used for?
14     A.    In this case, it received a
15  transfer of -- from 0006 and -- more than one
16  transfer, potentially many transfers.
17     Q.    Okay.  And the 6048 account is
18  designated as a comingled account.  Do you see
19  that?
20     A.    Yes.
21     Q.    What other moneys are deposited
22  into the 6048 account or what other
23  deposit -- what other moneys were deposited
24  into the 6048 account during the period
25  July 2015 to March 2016?

---

**395**

1      A.    I can't recall off the top of my
2  head what other moneys were included in that
3  transfer or those transfers.
4      Q.    Do you know whether HTA taxes were
5  loaded to the 6048 account?
6      A.    I can't recall off the top of my
7  head without looking at the HTA Flow of Funds
8  presentation document.
9      Q.    Okay.  Do you know whether CCDA
10  moneys were flowed into the 6048 account during
11  this period?
12     A.    I can't recall which moneys
13  besides rum taxes off the top of my head were
14  transferred to this account.
15     Q.    Do you have an understanding of
16  why the money was flowed from the 006 account
17  into the 6048 account and then back into the
18  006 account?
19     A.    It's a function of internal cash
20  management at the time of the Department of
21  Treasury.
22     Q.    Okay.  Do you know whether
23  60 -- the 6048 account was designated a
24  clawback revenue account?
25     A.    I'm not part of the -- the name or

---

**396**

1  colloquial name of that account.
2      Q.    Does that ring a bell, that the
3  6048 account was used during this period to
4  hold clawback moneys from HTA, CCDA, and PRIFA?
5      A.    It certainly received transfers of
6  funds that either previously or ultimately were
7  used for those purposes.
8      Q.    What purposes do you mean when you
9  say "those purposes"?
10     A.    In this -- in this specific case,
11  being an accountant, the Flow of Funds during
12  the time in which -- that service payments were
13  being made.
14         THE REPORTER:  I'm sorry.  During
15  the time in which?
16  BY MS. MILLER:
17     Q.    I didn't get any of that, so...
18     A.    I heard a couple people there.
19     Q.    I think the court reporter asked
20  you to finish your answer.  She didn't catch
21  the end of it.
22     A.    Okay, sorry.  Would you mind
23  repeating the question?
24     Q.    I've lost track of it.
25         MS. MILLER:  Madam Court Reporter,

---

**397**

1  would you mind reading back the last question?
2         (Record read as requested.)
3         "What do you mean when you say
4  'those purposes'?"
5         MS. MILLER:  We need to go back
6  one more question.
7         (Record read as requested.)
8         Question:  "Does that ring a
9  bell, that the 6048 account
10  was used during this period to
11  hold clawback moneys from HTA,
12  CCDA, and PRIFA?
13  Answer:  It certainly received
14  transfers of funds that either
15  previously or ultimately were
16  used for those purposes.
17  Question:  What purposes do
18  you mean when you say "those
19  purposes"?
20         THE WITNESS:  Those purposes,
21  meaning to receive bank flows of revenues, you
22  know, that could be rum tax revenues or the
23  other revenues that you referenced.
24  BY MS. MILLER:
25     Q.    Did the 6048 account receive any

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

45 (Pages 398 to 401)

---

**398**

1  moneys other than clawback money during this
2  period?
3      A.    I'm not certain what you're
4  referring to as clawback money.
5      Q.    Okay.  Have you ever heard the
6  term "clawback money"?
7      A.    I have heard the term "clawback
8  money."
9      Q.    And what do you understand it to
10 mean?
11     A.    Meaning funds that either were or
12 are retained at the Commonwealth -- by the
13 Commonwealth.
14     Q.    And when you say money, do you
15 specifically mean moneys that are allocated to
16 either PRIFA, HTA or CCDA that are currently
17 being retained by the Commonwealth, correct?
18         MS. McKEEN:  Objection.
19         THE WITNESS:  Well, I disagree
20 with the characterization that they're
21 allocated to those entities.
22 BY MS. MILLER:
23     Q.    Well, you don't mean all moneys
24 that are held by the Commonwealth, do you?  So
25 define what you mean, please.

---

**399**

1      A.    Moneys that either previously or
2  continue to flow for debt service.
3      Q.    Well, not all debt service money
4  went to the 6048 account, did it?  So I don't
5  think that's what you mean by defining clawback
6  money.  Can you tell me what you actually mean
7  when you use the term "clawback money"?
8          MS. McKEEN:  Objection.
9  BY MS. MILLER:
10     Q.    Mr. Ahlberg, what do you
11 understand the term "clawback money" to mean?
12     A.    I understand the term to refer to
13 revenues that either were or are retained by
14 the Commonwealth.
15     Q.    Any money or a specific set of
16 money?
17     A.    When I think about -- yeah,
18 there's specific -- yes, specific moneys.
19     Q.    And what specific money?
20     A.    I mean, again, I can't recall off
21 the top of my head all other, other than the
22 context of rum in the context of looking at
23 this account in the account 6048.
24     Q.    I'm not even asking about Account
25 6048 right now.  I'm just asking about your

---

**400**

1  understanding of what "clawback revenues"
2  means.
3      A.    My understanding of "clawback
4  revenues" is revenues that either were or are
5  retained by the Commonwealth.
6      Q.    Can you give me an example of
7  a -- okay.  So let me give you an example.
8          We looked previously at the
9  financial statements and the cash flows, and
10 one category of moneys was federal funds for
11 Medicaid.  Do you recall that?
12     A.    I do recall.
13     Q.    Okay.  And the Commonwealth
14 received those moneys, correct, in its TSA
15 account?
16     A.    Correct.
17     Q.    During the time that the
18 Commonwealth holds those revenues, are they
19 considered clawback moneys under your
20 definition?
21     A.    I would not consider those
22 clawback moneys.
23     Q.    Okay.  So can you suggest or
24 provide me with -- can you provide me with a
25 definition of clawback moneys that would

---

**401**

1  appropriately distinguish what you mean by
2  clawback moneys from, for example, the federal
3  funds?
4          MS. McKEEN:  Objection.
5          THE WITNESS:  Could you repeat the
6  question?
7  BY MS. MILLER:
8      Q.    Can you give me a definition of
9  clawback moneys that would appropriately
10 distinguish what you mean by clawback moneys
11 for, for example, those federal funds?
12     A.    Okay.  So the way I understand
13 the -- generally understand the definition of
14 "clawback revenues" as you've used it is that
15 this refers to moneys that either were or are
16 retained by the Commonwealth.  Specifically as
17 it relates to this deposition, I'm referring to
18 rum taxes or HTA allocable revenues, et cetera.
19     Q.    And when you say "et cetera," do
20 you mean CCDA or (indiscernible)?
21     A.    Those would be generally included
22 in the general term of clawback revenues as I
23 understand it.
24     Q.    Okay.  And was the 6048 account an
25 account that was specifically used during the

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

46 (Pages 402 to 405)

### 402

1  July '15 to March 2016 period to hold clawback
2  moneys from those particular entities?
3      A.    I believe so, yes.
4      Q.    Do you know whether there are any
5  other moneys that were deposited into the 6048?
6      A.    I don't believe that there were,
7  but I can't recall off the top of my head.
8      Q.    Okay.  Do you know approximately
9  how much money was deposited into Account 6048
10  during this period?
11      A.    Off the top of my head, I do not,
12  but that's certainly something that we could
13  review and get back to you on.
14      Q.    And how would you determine that?
15      A.    I would review the internal daily
16  cash flow that I mentioned earlier that
17  Treasury maintains, and in there I would look
18  at transfers from the TSA operational account
19  through this account.
20      Q.    Okay.  And how were you able to
21  identify the money from the 006 account into
22  the 6048 account -- sorry.
23          How were you able to identify HTA
24  revenues, for example, flowing from the 006
25  account to the 6048 account?

### 403

1      A.    If the question is in the context
2  of HTA, would you mind putting the HTA
3  presentation for this time period up on the
4  screen?
5      Q.    I'm not going to do that.  I'm
6  just going to ask you about the HTA later.
7          I thought you just told me that
8  6048 was used during this time for HTA, PRIFA
9  and CCDA.  Didn't you just tell me that?
10      A.    I believe so, but to answer a
11  specific question about HTA, I thought it would
12  be helpful to have that slide in front of me.
13      Q.    Okay.  Well, how do you know that
14  the moneys were rum taxes when they flowed from
15  the 006 account to the 6048 account?
16      A.    By reviewing the transfer details
17  that corresponded with that transfer.
18      Q.    And what specifically in the
19  transfer details allowed you to identify the
20  moneys as being for the rum taxes or the
21  117 million for the rum taxes?
22      A.    Without looking at the exact
23  transfer details, I can't -- I can't recall the
24  exact data point on those transfer details that
25  would have indicated who was the transferor of

### 404

1  rum funds.
2      Q.    Okay.  But you know that there was
3  something specific in the internal accounting
4  documents of the Commonwealth that identified
5  the revenues as from among the first
6  117 million of rum excise taxes, correct?
7      A.    That's correct.
8      Q.    And is the same true with respect
9  to the transfer from the 006 account to the GO
10  Debt Service?
11      A.    That's correct.
12      Q.    Do you know whether all of the
13  money in the 6048 account was transferred into
14  the 006 account during this period?
15      A.    I believe the entirety of the
16  balances was actually transferred over.  I
17  can't recall if it occurs within the parameters
18  of the time period suggested on the slide or
19  not.
20      Q.    So is the time parameter indicated
21  on the slide talking about the starting point
22  of the flow, meaning if the flow of dollars
23  started between July '15 to March 2016, this is
24  how it flowed, that some of these flows may
25  have occurred outside of that period?

### 405

1          UNIDENTIFIED SPEAKER:  Objection.
2          THE WITNESS:  None of the flows
3  presented on this page would have occurred
4  outside the period.
5  BY MS. MILLER:
6      Q.    I thought you just told me that
7  some of the money from 6048 may have
8  transferred to 006 outside of this time period.
9      A.    You asked if the entire balance of
10  6048 was transferred to 0006.  Given the nature
11  that it's comingled, I just -- I can't say for
12  certain, looking at this particular diagram,
13  that every single dollar in Account 6048 was
14  transferred to Account 0006 in this time period
15  without reviewing --
16      Q.    Okay.
17      A.    -- internal cash flows, as I
18  mentioned.
19      Q.    Okay.  And the moneys flowed from
20  the 006 account to GO Debt Service.  Do you see
21  that?
22      A.    I see that.
23      Q.    Was that an actual GO Debt Service
24  payment out to bondholder?
25      A.    I'm sorry, what was the question?

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                           April 23, 2020

47 (Pages 406 to 409)

---

**406**

1  Q.    Does that reflect an actual
2  payment of GO Debt Service to bondholder?
3  A.    Those transfers were made toward
4  the GO Debt Service. I'm uncertain to -- to
5  the exact accounts, all of the accounts there.
6  Q.    Was it made to third parties?
7  A.    I'm not positive.
8  Q.    So you don't know if it was
9  transferred into a Commonwealth GO Debt Service
10  account but never transferred subsequently to
11  third parties?
12  A.    I can't recall off the top of my
13  head, but I think we provided documents of that
14  transfer.
15  Q.    And what kind of documents do you
16  believe you provided reflecting that transfer
17  or those transfers?
18  A.    I believe we provided transfer --
19  transfer details showing the transfer out of
20  GDB Account 0006 for GO Debt Service.
21  Q.    And you can't recall whether it
22  was to another internal Commonwealth account or
23  to a third party?
24  A.    I can't recall.
25  Q.    Okay. Do you know approximately

---

**407**

1  how much money was transferred from the 006
2  account to GO Debt Service during this time
3  period?
4  A.    I can't recall exactly how much
5  that transfer was or those transfers were given
6  the transfer that's comingled with other
7  retained revenues.
8  Q.    Okay. Do you know whether there
9  were any other moneys remaining in the 006
10  account when that transfer was made?
11  A.    Being the operational account of
12  the Commonwealth and TSA, there would
13  definitely be a balance in that account even
14  after it transferred.
15  Q.    Okay. And the 006 account, does
16  that refer to a single bank account within the
17  TSA?
18  A.    Yes.
19  Q.    Okay. And are there other bank
20  accounts within the TSA?
21  A.    Yes.
22  Q.    Do you know whether the other bank
23  accounts in the TSA had any money at the time
24  that the transfers of these retained revenues
25  were made, as reflected in this July '15 to

---

**408**

1  March '16 period, were made from the 006
2  account, the GO Debt Service account?
3  A.    Without seeing a single account
4  during this time period, I believe that the
5  other TSA account would have had balances
6  during this time period.
7  Q.    Okay. I'm going to ask you the
8  same question I asked you previously with
9  respect to the prior Flow of Funds.
10  Just looking at this document for
11  the period July '15 to March 2016, it's
12  correct, is it not, that the only account
13  through which the full 117 million of the first
14  rum excise tax revenue flow are the Citibank
15  9028 account and the GDB 006 account, correct?
16  MS. McKEEN:    Object to form.
17  THE WITNESS:    The first
18  117 million would be received into the Citibank
19  lockbox as well as transferred into GDB Account
20  0006.
21  BY MS. MILLER:
22  Q.    Okay. And then no other account
23  reflected on this chart -- sorry.
24  The full first 117 million of rum
25  excise taxes do not flow through any other

---

**409**

1  account reflected on this Flow of Funds,
2  correct?
3  A.    There's no other transfer of
4  117 million or -- on this -- on this Flow of
5  Funds.
6  Q.    Okay. So that's a yes, right?
7  MS. McKEEN:    Objection.
8  THE WITNESS:    The first
9  117 million flows to the Citibank account, and
10  then that 117 million will flow to the GDB
11  account 0006.
12  It is true then that a total of
13  117 million would not flow from GDB Account
14  0006 to 6048 with respect to rum taxes.
15  BY MS. MILLER:
16  Q.    Okay. I just want to look quickly
17  at the last page in the Flow of Funds, and this
18  reflects the Flow of Funds from April of 2016
19  to the present. Do you see that?
20  A.    Yes.
21  Q.    Okay. And here there's a change
22  in the Flow of Funds where the moneys go from
23  the U.S. Treasury to the Citibank account,
24  correct? And then they go into the Banco
25  Popular 9458 account. Do you see that?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

48 (Pages 410 to 413)

---

**410**

1    A.    Yes, I see that.
2    Q.    Okay.  During the April 2016 to
3    the present time period, that has replaced the
4    GDB 006 account as the main operational account
5    of the Commonwealth, correct?
6    A.    Correct.
7    Q.    Okay.  And then we see -- a
8    million dollars transferring to the PRIFA
9    BPPR 2882 account.  Do you see that?
10   A.    Yes.
11   And has that account replaced the
12   GDB 0704 account as the primary PRIFA operating
13   account?
14   A.    Would you mind giving me control
15   of the document, please?
16   Q.    Sure.
17   A.    Thank you.
18   That's correct.
19   Q.    Okay.  And the Flow of Funds
20   stopped here with the Banco Popular 9045
21   account and the Banco Popular 2882 account; is
22   that right?
23   A.    Correct.
24   Q.    Are there any outflows of rum
25   excise taxes out of the BPPR 9458 account?

---

**411**

1    A.    Besides the $1 million discrete
2    transfer, as documented on this presentation,
3    there would have been no transfers out of the
4    TSA operational account for which revenue
5    source was rum tax revenues.
6    Q.    Is that because the rum tax
7    revenues don't fit in the operational account?
8    A.    It's not possible to know that.
9    Q.    And why not?
10   A.    Because the TSA is a collection of
11   bank accounts that transfer between one
12   another.
13   Q.    Okay.  So you think the rum excise
14   taxes are sitting somewhere in the TSA but not
15   necessarily in the 9458 account.  Is that what
16   you're saying?
17   UNIDENTIFIED SPEAKER:  Objection.
18   THE WITNESS:  Once the cash is
19   in -- once the proceeds from rum revenue is
20   deposited to the TSA, those dollars -- that
21   cash is indistinguishable from other dollars
22   and cash within the TSA account.
23   BY MS. MILLER:
24   Q.    Okay.  I know that.  But on the
25   previous chart, we saw the rum tax revenues

---

**412**

1    being deposited in the 006 account, which is
2    the equivalent account to the current BPPR 9458
3    account, right?  And we were able to identify
4    outflows as a revenue source of rum excise
5    taxes.  Do you recall doing that exercise on
6    the prior two terms?
7    A.    Yes.
8    Q.    Okay.  So my question is:
9    Why could you not do that exercise
10   for the April '16 to present period?
11   A.    Maybe I'm not understanding the
12   exercise that you're referring to.  Could you
13   please repeat that?
14   Q.    I'm going to ask a different
15   question.
16   Is it your understanding that the
17   rum excise taxes collected between April 2016
18   and the present still remain in the TSA?
19   MS. McKEEN:  Objection.
20   THE WITNESS:  It's true that
21   revenue earned from rum taxes from April 2016
22   to present were transferred into the TSA
23   account.
24   BY MS. MILLER:
25   Q.    Have you seen any evidence of an

---

**413**

1    outflow from the TSA of rum tax revenue?
2    A.    Besides the $1 million discrete
3    transfer noted on the slide, I've seen no
4    transfers out of the TSA.  The fund source,
5    revenue source was rum tax revenues.
6    Q.    Okay.  And in the prior period
7    that we looked at, so the entire period from
8    January 2014 to March 2016, we were able to
9    identify outflows of rum tax revenues from the
10   General Fund, correct?
11   Sorry.  Let me restate that.
12   For the period January 2014
13   through March 2016, when rum taxes flowed out
14   of the Commonwealth's main operational account,
15   you were able to identify that, correct?
16   A.    No.  We were able to identify
17   transfers from the operational account whose
18   fund source was rum tax revenue.
19   Q.    Okay.  So for the period
20   January 2014 through March 2016, you were able
21   to identify transfers from the operational
22   account whose fund source was rum tax revenue;
23   is that correct?
24   A.    That is correct.
25   Q.    Okay.  And you were not able to

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

49 (Pages 414 to 417)

**414**

1  identify any outflow with the fund source of
2  rum tax revenues during the period April 2016
3  to the present; is that correct?
4      A.    It's not that we were unable to.
5  It's that we did not identify anything as such.
6      Q.    Okay. So to the best of your
7  knowledge, there were no outflows from the TSA
8  with a revenue source of rum excise taxes,
9  correct?
10          UNIDENTIFIED SPEAKER: Objection.
11  BY MS. MILLER:
12      Q.    Sorry. During this period, from
13  April -- let me just restate it so we have a
14  clean question.
15          To the best of your knowledge,
16  there were no outflows from April 2016 to the
17  present from the TSA with a revenue source of
18  the rum excise taxes, correct?
19      A.    With the exception of the
20  $1 million listed on this presentation
21  document, that is correct.
22      Q.    Thank you.
23          I'm going to switch to talking
24  about CCDA.
25          Now, I mentioned it earlier,

**415**

1  Mr. Ahlberg. Do you have an understanding that
2  when I say "CCDA" -- do you have an
3  understanding of what I mean when I say "CCDA"?
4      A.    Would you please clarify for me?
5      Q.    Sure. I think it's the Convention
6  Center Development Authority.
7      A.    Oh, okay.
8      Q.    And when I say "Tourism Company,"
9  do you know what I mean?
10      A.    Yes.
11      Q.    Okay. Do you have any -- have you
12  had any involvement in -- sorry. Let me
13  restate it.
14          So when I say "CCDA," I mean the
15  Convention Center District Authority. Do you
16  understand that?
17      A.    Yes.
18      Q.    When I say -- sorry, not when I
19  say.
20          Have you had any involvement with
21  CCDA in your -- the ordinary course of your
22  work for AAFAF?
23      A.    No.
24      Q.    What about the Tourism Company?
25      A.    Yes.

**416**

1      Q.    Okay. And what work did
2  you -- have you done with respect to the
3  Tourism Company?
4      A.    Generally cash flow reporting and
5  cash flow workout scenes.
6      Q.    How long have you been doing work
7  related to the Tourism Company?
8      A.    It's hard to say specifically.
9          My work with the Commonwealth
10  overlaps with various instrumentalities since I
11  began work at the Commonwealth.
12      Q.    Did you similarly put together the
13  Flow of Funds for CCDA?
14      A.    For tourism? Yes.
15      Q.    Okay. And who at CCDA did you
16  work with?
17          UNIDENTIFIED SPEAKER: Objection.
18  BY MS. MILLER:
19      Q.    All right. Who, if anybody, did
20  you speak to at CCDA?
21      A.    We worked with individuals
22  employed by the Tourism Company.
23      Q.    And why did you speak with people
24  employed by the Tourism Company rather than
25  CCDA?

**417**

1      A.    Because putting together the Flow
2  of Funds, the Tourism Company individuals and
3  management team were the ones with the
4  requisite knowledge to help develop an accurate
5  Flow of Funds.
6      Q.    Did you speak to anybody at
7  Treasury about putting together a CCDA Flow of
8  Funds?
9      A.    I spoke with Treasury about
10  putting together a Flow of Funds for the
11  Tourism Company.
12      Q.    And who did you speak to at
13  Treasury?
14      A.    Off the top of my head, I can
15  recall Jeira Belén and Hector Gomez.
16      Q.    And what did they tell you -- or
17  what did you talk to them about specifically
18  with respect to the Tourism Flow of Funds?
19      A.    I think it depends on the
20  conversation, that generally our conversations
21  were focused on aligning with the accuracy as
22  presented in the Flow of Funds presentation.
23      Q.    What do you mean by "aligning with
24  the accuracy as presented in the Flow of Funds
25  presentation"? I don't understand that.