# EXHIBIT AB

# (Ex. 44 to the Hughes Declaration, originally filed as ECF 13010-25) - Part 2

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

50 (Pages 418 to 421)

**418**

1  A.   I just mean collective review and
2  collaboration that the Flow of Funds
3  presentation is correct.
4  Q.   Did Treasury have any specific
5  information about the revenue stream or the
6  flow of the revenue?
7  A.   I can't recall specifically if I
8  obtained revenue information from Treasury.
9  MS. MILLER:  Okay.  Okay.  So I'd
10  like to mark as the next exhibit tab 2001,
11  please.
12  (Monolines Exhibit 30 is
13  introduced for the record.)
14  BY MS. MILLER:
15  Q.   Mr. Ahlberg, in connection with
16  preparing the Flow of Funds, did you review the
17  assignment and coordination agreement between
18  the Tourism Company and the GDB?
19  A.   I personally did not review that
20  specific document.
21  Q.   Are you aware if such a document
22  exists?
23  A.   I have heard others refer to that
24  document.
25  Q.   Okay.  And in what context have

**419**

1  you heard others refer to the document?
2  A.   I can't recall specifically.  I
3  just know in general, I'm familiar with -- with
4  the term or the name of the document.
5  Q.   So you've heard of it, you
6  just don't remember specifically where.
7  A.   Correct.
8  Q.   Okay.  So you have in front of you
9  a document that's been marked as Monolines
10  Exhibit 30.  It is the Assignment and
11  Coordination Agreement between -- by and
12  between the Tourism Company and the GDB.  Do
13  you see that?
14  A.   I see that.
15  Q.   Okay.  And I'd like you to look
16  specifically at Section 1, which is right there
17  on the first page, and it says:
18  The Tourism Company hereby creates
19  a Special Fund called the Assignment and
20  Coordination Agreement ("Holding Fund"),
21  ("Holding Fund").  All hotel occupancy tax
22  revenues will be deposited, as collected, into
23  the Holding Fund.
24  Have you ever heard of the Holding
25  Fund?

**420**

1  A.   I'm not aware of a specific
2  Holding Fund.
3  Q.   Have you ever heard that term used
4  in connection with CCDA or the Tourism Company?
5  A.   I may have heard the term, but I
6  am not generally familiar with it.
7  Q.   Do you know whether there's an
8  accounting designation in the Commonwealth or
9  Tourism Company account that correspond to a
10  Holding Fund?
11  A.   I'm not positive about an
12  accounting designation of a specific Holding
13  Fund.
14  Q.   Okay.  Are you thinking of a
15  different accounting designation that relates
16  to hotel occupancy taxes?
17  A.   I'm not certain, just not being
18  familiar with the Holding Fund terminology.
19  Q.   And my question was:
20  Are you aware of any accounting
21  designations that relate to the hotel occupancy
22  taxes?
23  A.   I'm not certain of accounting
24  designations.
25  Q.   And here it says that the moneys

**421**

1  will be deposited as collected into the Holding
2  Fund.  Do you see that?
3  A.   I do see that.
4  Q.   And what does that mean to you?
5  A.   It means that all hotel occupancy
6  tax revenues will be deposited as collected
7  into the Holding Fund.
8  Q.   And what does it mean to be
9  deposited into a Fund?
10  A.   Generally it -- I mean, it depends
11  on how they're using the word "Fund" here, but,
12  generally, it would mean cash deposits into
13  whatever this concept of -- of Fund definitions
14  are used.
15  Q.   Does that make sense to you?
16  A.   Does what make sense to me?
17  Q.   The idea of a cash deposit into a
18  Fund.
19  A.   It makes sense that there would be
20  cash deposits into a bank account.
21  Q.   What about into the Fund?
22  A.   I don't know.  It depends on
23  what's meant by "Fund."
24  Q.   Okay.  Well, what do you think is
25  meant by "Fund" here?

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

51 (Pages 422 to 425)

**422**

1      UNIDENTIFIED SPEAKER:  Objection.          03:39:44
2  BY MS. MILLER:                                    03:39:46
3      Q.    Do you have an understanding of        03:39:46
4  how the Commonwealth uses the word "Fund"?        03:39:48
5      UNIDENTIFIED SPEAKER:  Objection.             03:39:52
6      THE WITNESS:  The Commonwealth               03:39:52
7  uses the word "Fund" in various ways, and often   03:39:54
8  very loosely, and the way that I think about      03:39:57
9  Fund is about Funds numbered specifically         03:40:00
10 within the PRIFA system.                          03:40:02
11 BY MS. MILLER:                                    03:40:02
12     Q.    Okay.  Section 2 says that:            03:40:08
13     The holding Fund shall contain two           03:40:08
14 accounts identified as the Transfer Account and   03:40:13
15 the Surplus Account.  Do you see that?            03:40:16
16     A.    I see that.                             03:40:18
17     Q.    Have you ever heard of the             03:40:19
18 transfer account before?                          03:40:21
19     A.    Yes.                                    03:40:26
20     Q.    And have you ever heard of the         03:40:26
21 surplus account before?                           03:40:28
22     A.    Yes.                                    03:40:30
23     Q.    Okay.  Do you have an                   03:40:30
24 understanding of what revenues are assumed to     03:40:32
25 be deposited into the transfer account?           03:40:36

**423**

1      A.    Yes.                                    03:40:40
2      Q.    Okay.  And what moneys are those?      03:40:40
3      A.    In general, all hotel occupancy       03:40:47
4  taxes would eventually be transferred to the      03:40:47
5  transfer account.                                 03:40:59
6      Q.    Okay.  Your testimony -- sorry, I     03:41:11
7  forgot to ask.                                    03:41:15
8      Are you also testifying as the              03:41:15
9  corporate representative for the Tourism          03:41:20
10 Company today?                                    03:41:22
11     A.    Yes.                                    03:41:22
12     Q.    And you've also been designated as     03:41:22
13 the corporate representative for CCDA; is that    03:41:25
14 correct?                                          03:41:28
15     A.    No.                                     03:41:28
16     Q.    Okay.  You're not the corporate       03:41:30
17 representative for CCDA?                           03:41:32
18     A.    No.                                     03:41:35
19     MS. MILLER:  Okay.  We don't get a           03:41:37
20 corporate representative for CCDA, Liz?           03:41:38
21     MS. McKEEN:  You haven't noticed            03:41:43
22 one.                                              03:41:45
23     MS. MILLER:  Okay.                            03:41:47
24 BY MS. MILLER:                                     03:41:47
25     Q.    Okay.  So is the Tourism's            03:41:50

**424**

1  testimony that all hotel occupancy taxes have     03:41:51
2  to flow through the transfer account, is that     03:41:56
3  what I just heard you say?                         03:41:59
4      A.    It is not my testimony that all       03:42:06
5  hotel occupancy taxes have to flow through the    03:42:07
6  transfer account.  It is my testimony that in     03:42:11
7  practice, in fact, depending on the time period   03:42:17
8  in question, that all -- all hotel occupancy      03:42:20
9  taxes would pass through the transfer account.    03:42:24
10 BY MS. MILLER:                                    03:42:24
11     Q.    Okay.  So when I asked you if you     03:42:29
12 have an understanding of what revenues are        03:42:31
13 required to be deposited into the transfer        03:42:35
14 account, you weren't answering that question,     03:42:35
15 you were answering a different question when      03:42:36
16 you said all hotel occupancy taxes would          03:42:39
17 eventually be transferred to the transfer         03:42:42
18 account?  So it's just a statement not            03:42:45
19 responsive to my question?                         03:42:47
20     UNIDENTIFIED SPEAKER:  Objection.             03:42:49
21     THE WITNESS:  I think I lost the             03:42:57
22 factual question that you're actually asking.     03:42:59
23 Would you mind --                                 03:43:01
24 BY MS. MILLER:                                     03:43:01
25     Q.    Okay.  Let me just ask -- let me      03:43:02

**425**

1  just ask you my same question again.              03:43:04
2      Do you have an understanding of             03:43:06
3  what revenues are required to be deposited into   03:43:06
4  the transfer account?                             03:43:10
5      A.    I'm not an attorney.  I don't know    03:43:17
6  what revenues are required to be transferred      03:43:19
7  into that account, but I can tell you,            03:43:23
8  depending on the time period, what revenues did   03:43:23
9  or did not pass through that account.             03:43:26
10     Q.    Okay.  So are lawyers the only        03:43:28
11 people who have to take into account and          03:43:30
12 consider what moneys have to flow into what       03:43:33
13 account?                                          03:43:35
14     UNIDENTIFIED SPEAKER:  Objection.             03:43:40
15     THE WITNESS:  I don't know.  But            03:43:49
16 there -- attorneys would certainly provide the    03:43:55
17 context for whether there was a requirement or    03:43:59
18 not a requirement to do so based on the law.      03:44:00
19 BY MS. MILLER:                                     03:44:00
20     Q.    Okay.  Well, what about               03:44:06
21 accountants, do they look at documents like       03:44:07
22 this to determine Flow of Funds and any           03:44:09
23 conditions or restrictions related to various     03:44:13
24 moneys?                                           03:44:16
25     A.    I can't speculate on what general     03:44:20

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

52 (Pages 426 to 429)

---

**426**

1 accountants might view or not view.
2     Q.    Okay.  Well, in any of your
3 five-plus accounting courses that you took in
4 college, did any of them consider the need in
5 reviewing accounting materials to consider
6 legal, contractual or other restrictions or
7 requirements associated with various funds?
8     UNIDENTIFIED SPEAKER:  Objection.
9     THE WITNESS:  I can't recall if
10 there's a specific section like that in one of
11 the classes I took in college.
12 BY MS. MILLER:
13     Q.    I'm not asking for a specific
14 section.  I'm just asking if that concept ever
15 came up.
16     MS. McKEEN:  Objection.
17     THE WITNESS:  I can't recall if
18 that context specifically came up in class or
19 not.
20 BY MS. MILLER:
21     Q.    Would operational people within
22 Treasury have to know what moneys are required
23 to flow into what account?
24     MS. McKEEN:  Objection.
25     THE WITNESS:  People at Treasury

**427**

1 would be knowledgeable about different bank
2 accounts and transfer between bank accounts.
3 BY MS. MILLER:
4     Q.    And the basis for those transfers,
5 correct?
6     A.    Potentially.  I can't say whether
7 one person at Treasury does or does not know
8 the basis for executing their operational job
9 functions.
10     Q.    Okay.  But they need to know what
11 the requirements are in order to execute and
12 direct money to appropriate people, right?
13     There are operational people in
14 whatever the relevant entity is, whether it's
15 the Commonwealth or whether it's Tourism
16 Company, correct?
17     A.    Certainly there are people who
18 review that information to know how to execute
19 transfers.
20     Q.    Okay.  And among those people are
21 the people who you've referred to multiple
22 times both today and on Tuesday as "we,"
23 referring to the Treasury, correct?
24     A.    Correct.
25

**428**

1     UNIDENTIFIED SPEAKER:  Objection.
2 BY MS. MILLER:
3     Q.    Okay.  So I'm asking you not as a
4 lawyer but from an operational perspective, do
5 you have an understanding of what moneys under
6 the assignment and coordination agreement are
7 supposed to flow through the transfer account?
8     MS. McKEEN:  Objection.
9     THE WITNESS:  I'm not certain what
10 this document would require or not require, but
11 I can't tell you or answer questions about in
12 practice and actuality what happened and where
13 funds would flow.
14 BY MS. MILLER:
15     Q.    Well, so let me ask you about that
16 in practice and then reality.
17     Have you seen any documents that
18 specifically identify any bank account that
19 you've included on your Flow of Funds as the
20 transfer account?
21     A.    Yes.
22     Q.    Okay.  What document?
23     A.    I believe I misunderstood your
24 question and answered -- answered a question
25 that you did not ask.

**429**

1     Q.    Okay.  So let me ask my question
2 again.
3     Have you seen any document in all
4 of the work that you've done in putting
5 together the Tourism Company Flow of Funds that
6 specifically identifies any bank account
7 reflected on your Flow of Funds as the transfer
8 account?
9     A.    I can't recall personally
10 reviewing a document that identified a specific
11 account as the transfer account, but through
12 the collaborative process and work with
13 Treasury and the team that was pulling
14 documents for discovery, I'm confident that I
15 can identify the transfer account on the Flow
16 of Funds presentation.
17     Q.    Okay.  I'd like to know if you or
18 anybody you've worked with has either seen or
19 told you that there exists a document that
20 identifies a particular bank account as the
21 transfer account.
22     A.    I can't recall a specific document
23 that somebody referenced, but I do know which
24 account is referred to as the transfer account.
25     Q.    Okay.  I don't want to know your

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

53 (Pages 430 to 433)

---

**430**

1    guesswork about what you've decided is the    03:49:18
2    transfer account.  I want to know if there's    03:49:21
3    any evidence that whatever account you're going    03:49:22
4    to tell me is the transfer account is actually    03:49:26
5    the transfer account.    03:49:29
6       MS. McKEEN:  Objection,    03:49:30
7    argumentative.    03:49:31
8       THE WITNESS:  I can't tell you a    03:49:41
9    specific document that I've personally reviewed    03:49:42
10    but that through our team's process and work,    03:49:44
11    I'm confident that I can identify the transfer    03:49:50
12    account in the Flow of Funds.    03:49:50
13    BY MS. MILLER:    03:49:51
14      Q.    Okay.  So I've looked through the    03:49:52
15    documents that you've produced, and I can tell    03:49:53
16    you that there is not a single document that    03:49:55
17    identifies any account on your Flow of Funds as    03:49:57
18    the transfer account.    03:50:01
19       Do you have any reason to believe    03:50:04
20    that that is not in fact the case?    03:50:06
21       MS. McKEEN:  Objection.    03:50:13
22    BY MS. MILLER:    03:50:13
23      Q.    So, actually, now I am asking you    03:50:14
24    about what I know.    03:50:16
25       So I'm going to make the    03:50:17

**431**

1    representation that I've reviewed it, and there    03:50:18
2    are no documents that were produced that    03:50:19
3    identify any account as the transfer account.    03:50:22
4       So my question to you is:    03:50:25
5       Do you believe that there is a    03:50:29
6    document to the contrary that specifically    03:50:30
7    identifies a bank account as the transfer    03:50:32
8    account?    03:50:35
9       MS. McKEEN:  Objection.    03:50:36
10    BY MS. MILLER:    03:50:36
11      Q.    Not that you can think of off the    03:50:38
12    top of your head, not that you've personally    03:50:41
13    seen that exists in the universe.    03:50:43
14       As the corporate representative of    03:50:45
15    the Tourism Company and the Commonwealth, is    03:50:48
16    there a document that exists that identifies a    03:50:51
17    specific bank account as the transfer account?    03:50:54
18       MS. McKEEN:  Objection.    03:50:58
19       THE WITNESS:  I have not seen an    03:51:03
20    individual document that identifies the account    03:51:05
21    as the transfer account, but did enough work in    03:51:07
22    collaboration with the team to satisfy myself    03:51:10
23    that I can accurately identify a transfer    03:51:13
24    account, bank account on the Flow of Funds    03:51:17
25    presentation.    03:51:19

**432**

1       MS. MILLER:  Okay.  I'm going to    03:51:21
2    move to strike as nonresponsive.    03:51:23
3    BY MS. MILLER:    03:51:23
4      Q.    Has anyone on your team told you    03:51:26
5    that they have seen a document that identifies    03:51:29
6    a bank account as the transfer account?    03:51:35
7      A.    I don't recall a specific    03:51:41
8    conversation where somebody specifically    03:51:42
9    referenced a bank account as the reason that    03:51:44
10    they knew that that was the transfer account.    03:51:45
11      Q.    When you say "a bank account," do    03:51:50
12    you mean a document?    03:51:52
13      A.    I meant bank statement.  Thank    03:51:57
14    you.    03:51:59
15      Q.    Do you expect that if there was    03:51:59
16    such a document, it would have been produced?    03:52:05
17      A.    I can't speculate one way or the    03:52:10
18    other.    03:52:10
19       MS. MILLER:  Okay.  Well, I'm    03:52:10
20    going to call for the production of any such    03:52:11
21    documents that the Commonwealth intends to rely    03:52:12
22    on as evidence that the account that you're    03:52:15
23    going to tell me is the transfer account is in    03:52:18
24    fact the transfer account.    03:52:21
25

**433**

1    BY MS. MILLER:    03:52:21
2      Q.    Okay.  Looking at Section 4, which    03:52:22
3    is on the next page of Monolines Exhibit 30,    03:52:24
4    this document provides what it seems like you    03:52:32
5    already know, which is that:    03:52:37
6       All hotel occupancy tax funds    03:52:37
7    received by the Tourism Company shall be    03:52:41
8    deposited into the transfer account until (i)    03:52:42
9    1/10 of the required payment has been met and    03:52:44
10    (ii) any deficiencies in prior payment periods    03:52:48
11    have been met, but in aggregate such amounts    03:52:52
12    shall not exceed the total amount of Required    03:52:54
13    Payment needed in any Fiscal Year.    03:52:56
14       Thereafter, and only when the    03:52:59
15    Transfer Account contains all moneys necessary    03:53:03
16    to pay the Bonds in accordance with the GDB    03:53:03
17    Certificate, the Tourism Company shall deposit    03:53:07
18    any excess funds into the surplus account.    03:53:09
19       Do you see that?    03:53:11
20      A.    Yes.    03:53:14
21      Q.    All right.  So you have an    03:53:14
22    understanding that under this agreement,    03:53:17
23    moneys -- the only moneys that are supposed to    03:53:21
24    flow into the transfer account are those that    03:53:22
25    are pledged to the bondholder, correct?    03:53:29

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

54 (Pages 434 to 437)

---

**434**

1    MS. McKEEN:  Objection.   03:53:33
2    THE WITNESS:  I think you   03:53:52
3  paraphrased this paragraph, and I'm not   03:53:54
4  positive whether I agree or disagree with that   03:53:56
5  paraphrasing.   03:53:59
6  BY MS. MILLER:   03:53:59
7    Q.    Okay.  Well, I'll let you   03:54:00
8  paraphrase it.   03:54:03
9      What's your understanding, based   03:54:04
10 on the paragraph we just looked at, of what   03:54:05
11 moneys are supposed to flow into the transfer   03:54:08
12 account?   03:54:09
13   MS. McKEEN:  Objection.   03:54:10
14   THE WITNESS:  I'm happy to reread   03:54:15
15 the paragraph and sentences that you just read.   03:54:17
16 BY MS. MILLER:   03:54:17
17   Q.    Yeah.  Take as long as you need.   03:54:25
18   A.    Okay.  Thank you.   03:54:36
19      Would you now repeat your   03:54:40
20 question, please?   03:54:41
21   MS. MILLER:  Could the court   03:55:15
22 reporter read it back, please?   03:55:15
23      (Record read as requested.)   03:55:18
24   THE WITNESS:  The document says   03:55:18
25 that:   03:55:20

---

**435**

1      All Hotel Occupancy Tax Funds   03:55:20
2  shall be deposited into the transfer account   03:55:20
3  until 1/10 of the required payments are met.   03:55:24
4  BY MS. MILLER:   03:55:28
5    Q.    And any deficiencies, correct?   03:55:28
6    A.    Correct, that's what the document   03:55:30
7  says.   03:55:32
8    Q.    Okay.  And do you have an   03:55:36
9  understanding of what required payments are?   03:55:37
10   A.    I have an understanding generally   03:55:44
11 of the term "required payments."   03:55:46
12   Q.    Okay.  What's your understanding?   03:55:47
13   A.    I understand the term "required   03:55:49
14 payments" to mean payments that are required.   03:55:52
15   Q.    Okay.  So let's go back one page   03:55:59
16 to Section 3, which defines the term "required   03:55:59
17 payment" as:   03:56:03
18      The amount necessary for the   03:56:13
19 Authority to make, during the upcoming fiscal   03:56:15
20 year and the first day of the second succeeding   03:56:18
21 fiscal -- succeeding fiscal year, (a), payments   03:56:21
22 equal to the amount necessary for the full and   03:56:21
23 timely payment or amortization of the principal   03:56:24
24 and interest on the bonds due on July 1 and   03:56:27
25 January 1.   03:56:31

---

**436**

1      And then it keeps going.   03:56:31
2      So you can take a look at that and   03:56:33
3  then tell me if you have an understanding of   03:56:35
4  what required payments are.   03:56:36
5    A.    Yeah, I have an understanding of   03:56:47
6  what required payments are as they're defined   03:56:48
7  within this document.   03:56:50
8    Q.    Okay.  And so you have an   03:56:51
9  understanding that only the -- on a monthly   03:56:55
10 basis only 1/10 of the required payments are   03:57:03
11 supposed to be put into the transfer account   03:57:06
12 plus any deficiency, and thereafter any excess   03:57:10
13 moneys are supposed to flow to the surplus   03:57:12
14 account, correct?   03:57:12
15   UNIDENTIFIED SPEAKER:  Objection.   03:57:17
16   THE WITNESS:  That's what this   03:57:19
17 agreement says.   03:57:19
18 BY MS. MILLER:   03:57:19
19   Q.    Did you ever have any discussions   03:57:25
20 with anybody either at the Tourism Company or   03:57:26
21 Treasury about how the moneys are supposed to   03:57:29
22 flow under this agreement?   03:57:31
23   A.    I mean, we certainly talked to the   03:57:45
24 Tourism Company about Flow of Funds.   03:57:47
25   Q.    My question was specifically to   03:57:59

---

**437**

1  how the moneys were supposed to flow under this   03:58:01
2  agreement, specifically as between the transfer   03:58:04
3  account and the surplus account.   03:58:07
4    A.    My focus was on documenting the   03:58:16
5  actual Flow of Funds and how it actually   03:58:19
6  happened.   03:58:22
7    Q.    And is this how the moneys   03:58:24
8  actually flowed?   03:58:24
9    UNIDENTIFIED SPEAKER:  Objection.   03:58:35
10   THE WITNESS:  I have not done the   03:58:37
11 exercise to cross-reference every adjusted flow   03:58:42
12 from this document to the actual fund.   03:58:46
13 BY MS. MILLER:   03:58:48
14   Q.    Mr. Ahlberg, that's not what I'm   03:58:48
15 asking.   03:58:50
16      You've spent many weeks putting   03:58:50
17 together Flow of Funds documents, and I'm   03:58:52
18 asking you whether for the CCDA Flow of Funds   03:58:55
19 at any point in time the money flowed such that   03:58:59
20 the required payment -- 1/10 of the required   03:59:04
21 payment went into the transfer account on a   03:59:08
22 monthly basis, any deficiency, and the   03:59:11
23 remainder went into the surplus account.   03:59:13
24      You told me that you're confident   03:59:24
25 you can tell me which is the transfer account   03:59:27

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

55 (Pages 438 to 441)

---

**438**

1 and which is the surplus account. So now I'm 03:59:29
2 asking you did the money ever flow consistent 03:59:31
3 with the flow that we just looked at in 03:59:34
4 Monolines Exhibit 30? 03:59:35
5 　　　UNIDENTIFIED SPEAKER: Same 03:59:39
6 objection. 03:59:40
7 　　　THE WITNESS: I can't say whether 03:59:42
8 or not the Flow of Funds is consistent with how 03:59:43
9 the suggested Flow of Funds should be. I can 03:59:45
10 say that the Flow of Funds' presentation 03:59:46
11 document, the Flow of Funds they haven't. 03:59:50
12 BY MS. MILLER: 03:59:50
13 　　　Q.　Okay. And how did, based on your 03:59:53
14 recollection, and we'll look at them shortly, 03:59:57
15 what was the first step of the flow after being 04:00:01
16 received by the Commonwealth? 04:00:05
17 　　　MS. McKEEN: Objection, vague as 04:00:08
18 to time. 04:00:09
19 BY MS. MILLER: 04:00:09
20 　　　Q.　At any time. 04:00:13
21 　　　MS. McKEEN: Specify a time you'd 04:00:15
22 like. Objection. 04:00:20
23 　　　THE WITNESS: I think you 04:00:24
24 characterized flows to the Commonwealth when I 04:00:25
25 think of hotel occupancy taxes flowing to the 04:00:31

---

**439**

1 Tourism Company. 04:00:34
2 BY MS. MILLER: 04:00:34
3 　　　Q.　Right. And that's a good point. 04:00:36
4 　　　The hotel occupancy taxes never 04:00:38
5 actually flowed to the Commonwealth other than 04:00:40
6 during that clawback period where the 04:00:42
7 Commonwealth takes them back, right? 04:00:45
8 　　　A.　Without having the Flow of Funds 04:00:50
9 presentation in front of me, I believe that's 04:00:52
10 correct. 04:01:01
11 　　　MS. MILLER: Okay. I'd like to 04:01:01
12 mark tab, document 102, as the next exhibit, 04:01:03
13 please. 04:01:11
14 　　　And Exhibit 31, Monolines 04:01:11
15 Exhibit 31 is going to be the Pledge Assignment 04:01:15
16 Agreement by and among the Puerto Rico 04:01:20
17 Convention Center District Authority, the 04:01:20
18 Government Development Bank and JPMorgan Chase. 04:01:20
19 　　　(Monolines Exhibit 31 is 04:01:23
20 introduced for the record.) 04:01:25
21 BY MS. MILLER: 04:01:29
22 　　　Q.　Is this the document or have you 04:01:30
23 seen such an assignment agreement before? 04:01:31
24 　　　A.　Are you pulling the document up 04:01:34
25 right now? 04:01:36

---

**440**

1 　　　Q.　Yeah, we are pulling it up, but 04:01:37
2 I'm just asking you generally, while it's 04:01:39
3 happening, whether you've ever seen the pledge 04:01:42
4 agreement related to this before. 04:01:46
5 　　　A.　I don't recall specifically 04:01:48
6 looking at this agreement previously. 04:01:48
7 　　　Q.　Okay. Are you familiar with any 04:01:55
8 accounts that are referred to in the Tourism 04:01:56
9 Company flow as the pledge account? 04:01:59
10 　　　A.　Yes. 04:02:01
11 　　　Q.　Okay. What's your understanding 04:02:03
12 of what the pledge account is? 04:02:04
13 　　　A.　In the Flow of Funds, the pledge 04:02:10
14 account is the account that receives an 04:02:12
15 approximately $3 million transfer every month. 04:02:16
16 During the certain period it is -- it is 04:02:20
17 ultimately passed on. 04:02:23
18 　　　Q.　Okay. Okay. And I just want to 04:02:27
19 look at -- okay. 04:02:41
20 　　　And I just want to look at 04:03:33
21 Section 3(b) of the account -- of the pledge 04:03:35
22 agreement, so Section 3, which you went one 04:03:39
23 page too far, if you could go back. Thank you. 04:03:50
24 　　　Section 3 provides that: 04:03:54
25 　　　The GDB hereby agrees that, so 04:03:55

---

**441**

1 long as there are any Bonds Outstanding under 04:03:57
2 the Trust Agreement, to deposit or cause to be 04:04:00
3 deposited into the Pledge Account, all Hotel 04:04:03
4 Occupancy Taxes received from the Tourism 04:04:06
5 Company as received but in no event...than 04:04:09
6 12:00 noon, New York time, on the next Business 04:04:12
7 Day immediately following the Business Day on 04:04:13
8 which such Hotel Occupancy Tax Funds are 04:04:15
9 received by GDB," right? 04:04:17
10 　　　And then (b) says: 04:04:19
11 　　　Amounts deposited in the Pledge 04:04:21
12 Account are to be held by GDB to provide for 04:04:23
13 the following receipts (in order of priority). 04:04:26
14 　　　Do you see that? 04:04:29
15 　　　MS. McKEEN: Objection. It 04:04:29
16 doesn't say "receipt." It says "deposit." 04:04:30
17 　　　MS. MILLER: Oh, sorry. Thank 04:04:32
18 you, but let me correct that. 04:04:34
19 BY MS. MILLER: 04:04:34
20 　　　Q.　3(b) says: 04:04:37
21 　　　Amounts deposited in the Pledge 04:04:38
22 Account are to be held by GDB to provide for 04:04:40
23 the following deposits (in order of priority). 04:04:43
24 　　　Do you see that? 04:04:45
25 　　　A.　Yes, I see that. 04:04:46

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

56 (Pages 442 to 445)

---

**442**

1  Q.    Okay.  And subsection 1 says:    04:04:47
2       GDB will make payments to the    04:04:51
3  Commonwealth of Puerto Rico as set forth in    04:04:53
4  Section 2(b) above when required in accordance    04:04:54
5  with Section 8 of Article VI of the    04:04:57
6  Constitution of the Commonwealth of    04:05:03
7  Puerto Rico.    04:05:03
8       Do you see that?    04:05:05
9  A.    Yes, I see that.    04:05:05
10  Q.    Okay.  And is it your    04:05:08
11  understanding that that is supposed to be a --    04:05:20
12  sorry.    04:05:20
13       Do you have an understanding of    04:05:20
14  what account that it's supposed to be    04:05:21
15  transferred from?    04:05:25
16       MS. McKEEN:  Objection.    04:05:31
17       THE WITNESS:  It's not clear to me    04:05:46
18  from the document section that we read.    04:05:46
19  BY MS. MILLER:    04:05:50
20  Q.    Okay.  Okay.  And then number 2 is    04:05:50
21  that the:    04:05:50
22       GDB shall on each calendar month    04:05:59
23  no later than 12:00 noon, on the third Business    04:06:01
24  Day immediately following the Business Day on    04:06:06
25  which the Hotel Occupancy Tax Funds are    04:06:06

---

**443**

1  received by it, transfer or caused to be    04:06:09
2  transferred to the Trustee all Hotel Occupancy    04:06:12
3  Tax Funds then deposited to the pledge account.    04:06:16
4       Do you see that?    04:06:18
5  A.    I see that.    04:06:18
6  Q.    Okay.  So you said it wasn't clear    04:06:23
7  to you when I asked you where the transfer to    04:06:24
8  the Commonwealth with respect to what was    04:06:30
9  colloquially referred to as "the clawback" were    04:06:33
10  made from, but if you look at Section 3(b), it    04:06:36
11  specifically says:    04:06:39
12       Amounts deposited in the Pledge    04:06:40
13  Account are to be held by the GDB pro-    04:06:42
14  -- sorry -- are to be held by GDB to provide    04:06:46
15  for the following deposits (in order of    04:06:49
16  priority).    04:06:51
17       So does that tell you that the    04:06:52
18  transfer of the money from the GDB to the    04:06:52
19  Commonwealth on account of any, quote,    04:06:56
20  "clawback" is supposed to come from the pledge    04:07:00
21  account?    04:07:02
22       MS. McKEEN:  Objection.    04:07:05
23       THE WITNESS:  I do understand that    04:07:13
24  that's what this document says.    04:07:16
25

---

**444**

1  BY MS. MILLER:    04:07:16
2  Q.    Okay.  All I want.  Okay.  Okay.    04:07:18
3       And then do you understand that    04:07:38
4  under Section 3(b)(2) moneys get transferred to    04:07:39
5  the trustee, correct?    04:07:44
6       MS. McKEEN:  Objection.  Are you    04:07:49
7  asking --    04:07:49
8       (Simultaneous speaking.)    04:07:52
9  BY MS. MILLER:    04:07:52
10  Q.    Are to be transferred to the    04:07:53
11  trustee?    04:07:55
12       MS. McKEEN:  Objection.    04:07:55
13       THE WITNESS:  Would you please    04:08:00
14  repeat the question?    04:08:01
15  BY MS. MILLER:    04:08:01
16  Q.    Yeah.  Do you have an    04:08:03
17  understanding that under Section 3(b)(2) the    04:08:04
18  GDB is then supposed to transfer the moneys    04:08:11
19  from the pledge account to the trust account,    04:08:13
20  right?    04:08:19
21       MS. McKEEN:  Objection.    04:08:23
22       THE WITNESS:  That is what    04:08:23
23  Section 3(b)(2) says.    04:08:25
24  BY MS. MILLER:    04:08:25
25  Q.    Okay.  And do you know who the    04:08:30

---

**445**

1  trustee is on the Fund?    04:08:34
2  A.    I can't recall off the top of my    04:08:41
3  head.    04:08:44
4       MS. MILLER:  I'd like to look at    04:08:55
5  the CCDA Flow of Funds.    04:08:59
6       So, Karen, if you could pull up    04:09:00
7  tab 2135 as Exhibit 32.    04:09:03
8       (Monolines Exhibit 32 is    04:09:03
9       introduced for the record.)    04:09:03
10  BY MS. MILLER:    04:09:03
11  Q.    Mr. Ahlberg, have you ever seen    04:09:22
12  any internal documents that specifically map    04:09:24
13  the various funds and accounts that we have    04:09:26
14  seen in the bond documents, the actual bank    04:09:33
15  account?    04:09:37
16  A.    I've not seen -- I personally have    04:09:37
17  not seen a file like that.    04:09:43
18  Q.    Do you believe any such file    04:09:45
19  exists?    04:09:48
20  A.    I can't recall off the top of my    04:09:50
21  head if that exercise was done.    04:09:56
22  Q.    Did you ask anybody in the course    04:09:58
23  of preparing for the Flow of Funds or for this    04:10:01
24  deposition whether or not such a document    04:10:04
25  existed?    04:10:12

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                      April 23, 2020

57 (Pages 446 to 449)

---

**446**

1    A.    I may have.  I just can't recall                    04:10:14
2  right now.                                                  04:10:17
3    Q.    But you know you've never seen                      04:10:23
4  one?                                                        04:10:25
5    A.    I know that I've chk first cited                    04:10:25
6  docs in that document.                                      04:10:28
7    Q.    Do you know whether, based on                       04:10:28
8  discussions with people on your team, anyone's              04:10:30
9  ever seen them?                                             04:10:32
10   A.    I can't recall.  It's certainly                     04:10:36
11 something I could follow up on and get back to              04:10:39
12 you on.                                                     04:10:44
13   Q.    How many people did you have on                     04:10:44
14 your team working on this?                                  04:10:46
15   A.    Working on what specifically?                       04:10:49
16   Q.    Working on putting together the                     04:10:51
17 Flow of Funds chart.                                        04:10:54
18   A.    This Tourism Flow of Funds chart?                   04:11:00
19   Q.    No.  All of the Tour- -- all of                     04:11:03
20 the Flow of Funds charts, so the Tourism, the               04:11:04
21 rum taxes and the HTA.                                      04:11:07
22   A.    Okay.  I guess you asked who was                    04:11:13
23 on the team that was doing that.  I prepared                04:11:17
24 these Flow of Funds documents --                            04:11:19
25   Q.    I think I asked you how many --                     04:11:22

---

**447**

1  how many people did you have on your team.                 04:11:23
2    A.    Oh, how many people?                                04:11:25
3    I can't recall specifically the                           04:11:29
4  number of people on the team.  I'm happy to                 04:11:32
5  list as many individuals that I can think of                04:11:36
6  off the top of my head.                                     04:11:39
7    Q.    Was there anybody senior to you                     04:11:42
8  involved in this project?                                   04:11:43
9    A.    It depends on how you define                        04:11:52
10 "senior."                                                   04:11:54
11   For example, I would consider the                         04:11:54
12 subsecretary of Treasury of the Commonwealth of             04:11:56
13 Puerto Rico to be senior to me but not                      04:11:59
14 necessarily a -- you know, she doesn't work at              04:12:01
15 Conway MacKenzie in a position directly above               04:12:05
16 me.                                                         04:12:07
17   Q.    So I would consider her to be in a                  04:12:08
18 separate line entirely given that you're not                04:12:12
19 employed at the same place.  So I mean within               04:12:14
20 Conway MacKenzie, is there anybody senior to                04:12:17
21 you involved in this?                                       04:12:20
22   A.    Okay.  Thank you for clarifying.                    04:12:22
23   No.                                                       04:12:26
24   Q.    Okay.  I think we covered                           04:12:27
25 yesterday that you've been at Conway MacKenzie              04:12:29

---

**448**

1  for how long?                                               04:12:33
2    A.    Since August 2017.                                  04:12:37
3    Q.    All right.  And your work has been                  04:12:41
4  principally focused on Puerto Rico and mostly               04:12:43
5  limited to cash flows; is that right?                       04:12:48
6    A.    That's correct, generally limited                  04:12:54
7  to cash flow reporting, cash flow monitoring,               04:12:56
8  liquidity management.                                       04:13:06
9    Q.    Okay.  And I think you testified                    04:13:06
10 yesterday that there are approximately five                 04:13:07
11 people senior to you at Conway MacKenzie                    04:13:09
12 involved generally in the Puerto Rico                       04:13:11
13 engagement; is that right?                                  04:13:13
14   A.    Yes, I think I gave a range                         04:13:16
15 between four and six.                                       04:13:19
16   Q.    Okay.  And none of them were                        04:13:21
17 involved in this project; is that right?                    04:13:24
18   A.    That's correct.                                     04:13:26
19   Q.    Did you speak to any of them about                  04:13:27
20 the work you were doing?                                    04:13:32
21   A.    I wouldn't have spoken to anyone                    04:13:35
22 on my team about the work we were doing.                    04:13:37
23   Q.    Are any of the more senior people                   04:13:42
24 at Conway MacKenzie involved in the Puerto Rico             04:13:45
25 engagement CPAs?                                            04:13:47

---

**449**

1    A.    Excuse me for a moment.  I do                       04:13:54
2  recall that one member of Conway MacKenzie was              04:13:56
3  involved, and his name was Brett Howard.                    04:13:58
4    Q.    What was his involvement?                           04:14:02
5    A.    He specifically manages the cash                    04:14:09
6  flow reporting for Tourism Company, and so I                04:14:11
7  consulted with him about the Flow of Funds                  04:14:17
8  presentation in collaboration with Gustavo from            04:14:21
9  Tourism.  In all cases, counsel would have been            04:14:21
10 present.                                                    04:14:27
11   Q.    And what is Mr. Howard's position                   04:14:29
12 at Conway MacKenzie?                                        04:14:31
13   A.    Currently he is a senior associate                 04:14:34
14 at Conway MacKenzie.                                        04:14:38
15   Q.    And is that senior to you?                          04:14:40
16   A.    That is not.                                        04:14:42
17   Q.    Okay.  Well, I think I was asking                   04:14:43
18 about people senior to you.                                 04:14:46
19   A.    Okay.  I apologize.                                 04:14:50
20   Q.    That's okay.  So let me ask again.                  04:14:51
21   Of the people who are more senior                         04:14:55
22 than you at Conway MacKenzie who were involved              04:14:58
23 in the Puerto Rico engagement, are any of them             04:15:00
24 CPAs?                                                       04:15:04
25   A.    I think there are -- there's at                    04:15:08

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                        April 23, 2020

58 (Pages 450 to 453)

**450**

1    least -- there's at least one CPA on the Conway          04:15:13
2    MacKenzie team.  There could be more.                    04:15:16
3        Q.    All right.  And who's the                      04:15:19
4    one person who you can think of who's a CPA on           04:15:21
5    the Conway MacKenzie team?                               04:15:23
6        A.    I believe that Rafael Di Napoli is             04:15:29
7    a CPA.                                                   04:15:36
8        Q.    Okay.  And what is Mr. Di Napoli's             04:15:40
9    position at Conway MacKenzie?                            04:15:43
10       A.    Currently he is a managing                     04:15:47
11   director.                                                04:15:53
12       Q.    Okay.  And did you speak to                    04:15:53
13   Mr. Di Napoli about Funds as used in the                 04:15:55
14   Commonwealth?                                            04:16:01
15       A.    Would you repeat the question?                 04:16:04
16       Q.    Yes.  Did you speak to Mr. Di                  04:16:06
17   Napoli about how Funds are used within the               04:16:10
18   Commonwealth in this account?                            04:16:14
19            UNIDENTIFIED SPEAKER:  Objection.               04:16:16
20            THE WITNESS:  I did not                         04:16:21
21   specifically discuss Funds with Mr. Di Napoli            04:16:21
22   in preparation for this deposition.                      04:16:24
23   BY MS. MILLER:                                           04:16:28
24       Q.    Did you speak to him about other               04:16:28
25   things in preparation for this deposition?               04:16:32

**451**

1        A.    Not specifically, but I can't say             04:16:36
2    unequivocally that we may never have ever                04:16:38
3    discussed Fund types together.                           04:16:44
4        Q.    Did you speak to Mr. Di Napoli                 04:16:45
5    about the significance of Funds or other                 04:16:48
6    accounting designations in tracing money                 04:16:50
7    through various Commonwealth accounts?                   04:16:52
8        A.    No.                                            04:16:57
9        Q.    Did you speak to anyone else                   04:17:00
10   senior to you at Conway MacKenzie about that?            04:17:01
11       A.    In preparation for this                        04:17:06
12   deposition?  No.                                         04:17:07
13       Q.    Okay.  Okay.  So we have marked as             04:17:10
14   Exhibit 32 a document that is in front of you,           04:17:15
15   which is the Puerto Rico Tourism Company Room            04:17:25
16   Taxes Flow of Funds.  Do you see that?                   04:17:25
17       A.    Yes.                                           04:17:28
18       Q.    Okay.  Do you recognize this                   04:17:31
19   document?                                                04:17:35
20       A.    Yes.                                           04:17:35
21       Q.    Okay.  And you prepared this,                  04:17:36
22   right?                                                   04:17:38
23       A.    I did.                                         04:17:40
24       Q.    Can you describe generally the                 04:17:41
25   Flow of Funds -- sorry, the flow of hotel                04:18:00

**452**

1    occupancy taxes from the time that they're               04:18:04
2    collected by hoteliers?                                  04:18:08
3            MS. McKEEN:  Objection, vague.                   04:18:19
4            THE WITNESS:  I don't know how to                04:18:26
5    answer that question.  Would you mind being              04:18:30
6    more specific, please?                                   04:18:33
7    BY MS. MILLER:                                           04:18:33
8        Q.    Okay.  Well, room tax revenues are             04:18:36
9    collected at a point of contact with the                 04:18:39
10   customer, right?  And then they're transferred          04:18:44
11   to the Commonwealth; isn't that correct?                04:18:48
12       A.    Correct.                                       04:18:50
13       Q.    Okay.  So I want you to tell me                04:18:52
14   how a room tax revenue is collected and then            04:18:56
15   transferred to the Commonwealth.                         04:19:03
16            MS. McKEEN:  Objection, vague.                  04:19:09
17   BY MS. MILLER:                                           04:19:09
18       Q.    You can take it off -- you're                  04:19:09
19   welcome to leave the Flow of Funds on, but I'm          04:19:12
20   asking for the step that's not reflected in the         04:19:15
21   Flow of Funds, right?                                    04:19:17
22            The room tax revenues are actually             04:19:18
23   collected by not a Commonwealth agent, right?           04:19:23
24   Is that consistent with your understanding,             04:19:26
25   Mr. Ahlberg?                                             04:19:28

**453**

1            Well, let me just ask:                          04:19:29
2            Mr. Ahlberg, who collects room tax              04:19:31
3    revenue -- who collects room taxes?                     04:19:34
4        A.    Hoteliers.                                     04:19:36
5        Q.    Okay.  So you would agree with me             04:19:38
6    that hoteliers collect room tax revenues,               04:19:40
7    correct?                                                 04:19:46
8        A.    Correct.                                       04:19:46
9        Q.    And then the hoteliers then                   04:19:47
10   transfer them to the Commonwealth, correct --           04:19:49
11   oh, sorry, sorry.                                         04:19:53
12       A.    The Tourism Company.                           04:19:54
13       Q.    Yes.  Thank you.  Sorry.  Let me              04:19:55
14   restate my question.                                     04:19:58
15            Room tax revenues are collected by             04:19:58
16   hoteliers, right?                                        04:20:02
17       A.    Correct.                                       04:20:04
18       Q.    And the hoteliers then transfer               04:20:06
19   them to the Tourism Company, correct?                    04:20:11
20       A.    Correct.                                       04:20:12
21       Q.    And how do they transfer them to              04:20:13
22   the Tourism Company?                                     04:20:16
23       A.    I think it depends on which                   04:20:26
24   hotelier and their, you know, agreed-upon              04:20:29
25   schedule to transfer hotel revenue taxes.              04:20:34

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

59 (Pages 454 to 457)

---

**454**

1    Q.    Okay.  Do you have an                              04:20:42
2  understanding of the various ways in which                04:20:45
3  hoteliers can transfer the money to the Tourism           04:20:49
4  Company?                                                  04:20:56
5    A.    I'm not positive of the ways that                 04:20:56
6  the hoteliers designate their transfers to the            04:20:57
7  Tourism Company.                                          04:21:04
8    Q.    Okay.  Do you know whether they                   04:21:05
9  can wire the money?                                       04:21:07
10   A.    I believe they can send                           04:21:08
11 electronic -- electronic payments.                        04:21:11
12   Q.    Do you know whether they can make                 04:21:14
13 deposits at Scotiabank ATM machines in                    04:21:16
14 Puerto Rico?                                              04:21:25
15   A.    I'm not positive whether they can                 04:21:26
16 make ATM deposits or not.                                 04:21:28
17   Q.    Do you know whether they can                      04:21:30
18 transfer the money by check?                              04:21:31
19   A.    I believe that they can transfer                  04:21:37
20 the money by check --                                     04:21:39
21   Q.    Okay.  And regardless --                          04:21:40
22   A.    -- depending (indiscernible).                     04:21:40
23   Q.    All right.                                        04:21:40
24        And regardless of the means used                   04:21:47
25 by the hotelier to transfer the room tax                  04:21:48

---

**456**

1  November 2015?                                            04:23:24
2    A.    No.                                               04:23:26
3    Q.    Okay.  So the GDB 9758 account has                04:23:26
4  exactly the same revenues that were transferred          04:23:33
5  into the Scotiabank 5142 account, correct?               04:23:36
6    A.    I believe the amount, the total                   04:23:46
7  amount transferred into 5142 would be equal to           04:23:48
8  the total amount transferred into 9758 during            04:23:52
9  this time period.                                         04:23:55
10   Q.    Is that the long way of saying                    04:23:59
11 yes, that the GDB 9758 account has exactly the            04:24:01
12 same revenues that were transferred into the             04:24:04
13 Scotiabank 5142 account by the hoteliers?                04:24:09
14   A.    It's -- I mean, the transfers for                 04:24:16
15 the -- the transfers will total the exact                04:24:19
16 amount.  It will be -- the total transfers into          04:24:23
17 5142 will equal the total transfers into 9758.           04:24:28
18   Q.    So all the same moneys that are                   04:24:32
19 going into 5142 are going into 9758, correct?            04:24:34
20   A.    During the time period, that's                    04:24:40
21 correct.                                                  04:24:42
22   Q.    Okay.  And then what moneys are                   04:24:42
23 going from 9758 to 5144?                                  04:24:45
24   A.    Amounts that would be in excess of                04:24:51
25 the approximately $3 million per month that was          04:24:55

---

**455**

1  revenues that it collected, all of those                 04:21:52
2  revenues are transferred to the Tourism Company          04:21:55
3  into the Scotiabank 5142 account, correct?               04:22:00
4    A.    Correct.                                          04:22:04
5    Q.    Okay.  And that was true for the                  04:22:04
6  entire period that you looked at from                    04:22:07
7  January 2015 through the present, correct?               04:22:10
8    A.    That's correct.                                   04:22:25
9    Q.    Okay.  So from January 2015 to the                04:22:25
10 present, all hotel room tax revenues collected          04:22:30
11 by hoteliers are transferred to the Tourism             04:22:32
12 Company through the Scotiabank 5142 account,            04:22:35
13 correct?                                                  04:22:43
14   A.    Correct.                                          04:22:43
15   Q.    Okay.  And then looking at Flow of               04:22:44
16 Funds for January 2015 to November 2015 -- it's         04:22:49
17 up on the board or up on your screen -- the             04:22:53
18 Flow of Funds indicates that those revenues are         04:23:05
19 then transferred to the GDB 9758 account.  Do           04:23:12
20 you see that?                                             04:23:12
21   A.    Yes.                                              04:23:12
22   Q.    Okay.  Are there any moneys                       04:23:13
23 deposited in the Scotiabank 5142 account that           04:23:14
24 are not transferred into the GDB 9758 account           04:23:19
25 during this period, January 2015 through                 04:23:22

---

**457**

1  sent to the 9947 pledge account.                         04:24:56
2    Q.    Okay.  And is the 9947 account the                04:25:07
3  pledge account as you understand it?                     04:25:15
4    A.    Yes.                                              04:25:17
5    Q.    Okay.  Or as you've referred to                   04:25:18
6  it.                                                       04:25:23
7        And the 5144 account is designated                 04:25:46
8  as a comingled account, do you see that?                04:25:49
9    A.    Yes, I see that.                                  04:25:49
10   Q.    What other moneys are deposited                   04:25:50
11 into the 5144 account?                                    04:25:52
12   A.    An example I can think of off the                 04:25:55
13 top of my head would be slot machine proceeds.          04:25:58
14   Q.    Okay.  Are any other moneys                       04:26:11
15 deposited into the 9947 account?                         04:26:21
16   MS. McKEEN:  Are you meaning the                        04:26:25
17 moneys into the -- I just want to be clear.             04:26:30
18   MS. MILLER:  Yeah.  Now I'm asking                      04:26:31
19 about the 9947 account.                                   04:26:32
20   THE WITNESS:  Would you please                          04:26:36
21 repeat the question?                                      04:26:40
22 BY MS. MILLER:                                            04:26:40
23   Q.    Yeah.  Are any -- are any moneys                  04:26:40
24 other than the moneys transferred from the 9758         04:26:44
25 account deposited into the 9947 account?                04:26:47

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

60 (Pages 458 to 461)

---

**458**

1　　　　A.　Not during this time period that
2　we're looking at.
3　　　　Q.　Okay.  And then moneys from -- I'm
4　going back to the 5144 account.  Moneys from
5　the 5144 account, hotel occupancy tax revenues
6　in excess of the 3 million per month deposited
7　into the 5144 account are then indicated as
8　flowing to the 5138 account.  Do you see that?
9　　　　A.　Yes.
10　　　　Q.　And are all moneys during this
11　time period deposited in the 5144 account also
12　transferred to the 5138 account?
13　　　　A.　No.
14　　　　Q.　Okay.  So how do you know that it
15　is the hotel occupancy taxes that are moving
16　from the 5144 account to the 5138 account?
17　　　　A.　You don't, because at the point of
18　transfer to 5144, those funds are comingled
19　with other funds.
20　　　　Q.　Did you say "I don't" -- well,
21　then why is 5138 included in this Flow of
22　Funds?
23　　　　A.　Because funds are
24　indistinguishable once they are transferred
25　into Account 5144, it is shown for exemplary

---

**459**

1　purposes that there still are outposts from
2　5144 used to fund operating disbursements and
3　transfers to that Account 5138, which is a zero
4　balance operating disbursement account.
5　　　　Q.　Are you sure?
6　　　　A.　Am I sure of what?
7　　　　Q.　Are you -- so you just decided to
8　give me some example of some bank account that
9　moneys from 5144 flow to that may or may not be
10　the hotel occupancy taxes that we're talking
11　about?
12　　　　A.　Sorry.
13　　　　MS. McKEEN:  Objection, misstates
14　testimony, argumentative.
15　　　　Atara, do you need to take a
16　break?
17　　　　MS. MILLER:  No, I don't need to
18　take a break.  I definitely don't need a break.
19　I just need an answer to my question.
20　　　　(Simultaneous speaking.)
21　　　　MS. McKEEN:  I'd like you to take
22　a break.  I would like a break.  Thank you.
23　　　　MS. MILLER:  All right.  I'm
24　not -- I'm not ready to take a break right now,
25　so I'm going to get an answer to the next

---

**460**

1　couple of questions, and then we can take a
2　break.
3　　　　BY MS. MILLER:
4　　　　Q.　Mr. Ahlberg, is it your testimony
5　that you don't know if hotels' occupancy taxes
6　in fact flowed from 5144 to 5138 and that the
7　5138 account is included in the Flow of Funds
8　just as an example of an account that moneys
9　may have or may not have flowed into from the
10　5144 account?
11　　　　MS. McKEEN:  Objection, misstates
12　testimony.
13　　　　MS. MILLER:  My question is, is it
14　his testimony.  So your witness can tell me
15　that it wasn't his testimony.
16　　　　MS. McKEEN:  Objection.
17　　　　THE WITNESS:  That was not my
18　testimony.
19　　　　BY MS. MILLER:
20　　　　Q.　Okay.  So, Mr. Ahlberg, do you
21　know that hotel occupancy taxes flowed from the
22　5144 account to the 5138 account?
23　　　　A.　Due to the comingled nature of
24　funds within 5144, it's impossible to
25　say -- it's impossible to say one or the other,

---

**461**

1　which is why both are indicated with a
2　comingled star.
3　　　　Q.　But you could have known that
4　money from one comingled account to another
5　comingled account would have come from hotel
6　occupancy taxes based on sources identifying
7　the revenue source, couldn't you?
8　　　　A.　Could you repeat that question,
9　please?
10　　　　Q.　Yeah, well, let me just ask it
11　this way:
12　　　　Previously, when we saw comingled
13　account moneys being deposited in comingled
14　accounts flowing out, you indicated that you
15　were able to identify that the moneys were part
16　of the bucket of funds that you were tracing in
17　the Flow of Funds based on notations in outflow
18　documents, whether it was vouchers or
19　transmittal letters or the like.
20　　　　Do you recall that?
21　　　　A.　Yes.
22　　　　Q.　Okay.  Is that different here?
23　　　　A.　I don't think revenue source
24　is -- I don't think revenue source is
25　considered for disbursements from 5144 to 5138.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

61 (Pages 462 to 465)

**462**

1  Q.   Okay.  I'm going to move on, 04:32:30
2  because, frankly, those aren't our moneys and 04:32:33
3  we know that.  So I'm just going to move on, 04:32:37
4  but I'm not sure how that's consistent with how 04:32:40
5  you explain to put the charts together, so I 04:32:43
6  might come back to it just so I can understand 04:32:47
7  better what you did in the other Flow of Funds. 04:32:50
8  Can I ask you whether for all of 04:32:55
9  the Flow of Funds charts that you prepared for 04:33:00
10  HTA, PRIFA and CCDA if you were able to find 04:33:03
11  evidence that the revenues being traced were 04:33:07
12  transferred out of a particular account, if you 04:33:12
13  noted that transfer on the Flow of Funds chart? 04:33:15
14  UNIDENTIFIED SPEAKER:  Objection. 04:33:23
15  THE WITNESS:  Could you repeat 04:33:25
16  that question? 04:33:26
17  BY MS. MILLER: 04:33:26
18  Q.   Yeah.  In putting together these 04:33:29
19  Flow of Funds charts, if you were able to 04:33:31
20  identify an outflow that corresponded to the 04:33:34
21  Fund that you were tracing, did you include 04:33:38
22  that outflow on the Flow of Funds chart? 04:33:41
23  UNIDENTIFIED SPEAKER:  Objection. 04:33:48
24  THE WITNESS:  Each Flow of Funds 04:33:55
25  chart is unique.  It's hard for me to answer in 04:33:56

**463**

1  terms of all the Flow of Funds charts together. 04:34:01
2  MS. MILLER:  Okay.  Maybe let's 04:34:16
3  take a break.  I need to think about why they 04:34:17
4  would be unique.  Maybe I'll have an epiphany 04:34:20
5  over the break.  Okay. 04:34:27
6  Do we want to take 5 minutes? 04:34:31
7  MS. McKEEN:  I think 10 minutes, a 04:34:32
8  5-minute break we can't actually take a break. 04:34:37
9  Thanks. 04:34:39
10  MS. MILLER:  Okay. 04:34:39
11  THE VIDEOGRAPHER:  We are off the 04:34:41
12  record at 4:35 p.m. 04:34:41
13  (Recess taken.) 04:34:44
14  THE VIDEOGRAPHER:  We are back on 04:56:04
15  the record at 4:56 p.m. 04:56:12
16  BY MS. MILLER: 04:56:12
17  Q.   Afternoon, Mr. Ahlberg. 04:56:18
18  Mr. Ahlberg, have you ever seen 04:56:20
19  any document specifically identifying a 04:56:21
20  particular bank account as the pledge account? 04:56:30
21  A.   I can't recall personally looking 04:56:35
22  at a document that's labeled a pledge account. 04:56:37
23  Q.   Do you know whether there are any 04:56:43
24  documents that specifically identify a 04:56:45
25  particular bank account as the hotel occupancy 04:56:48

**464**

1  tax pledge account? 04:56:55
2  A.   I believe that there is 04:56:58
3  justification for why there's an account that 04:57:02
4  is called the pledge account, but I just can't 04:57:05
5  recall off the top of my head the specific 04:57:08
6  document that we used to make that 04:57:10
7  determination. 04:57:12
8  Q.   But you believe there is a 04:57:17
9  document? 04:57:17
10  MS. McKEEN:  Objection -- 04:57:18
11  THE WITNESS:  Yeah, I believe that 04:57:20
12  there's information out there. 04:57:21
13  BY MS. MILLER: 04:57:23
14  Q.   What do you mean when you say 04:57:23
15  "information out there"? 04:57:26
16  A.   Well, you characterized it as 04:57:29
17  potentially one document, and I'm just not 04:57:31
18  certain that there's one document or there may 04:57:34
19  be a collection of documents that say that. 04:57:36
20  MS. MILLER:  Okay.  I'd like to 04:57:39
21  mark as the next exhibit tab 2128, please. 04:57:42
22  (Monolines Exhibit 33 is 04:57:42
23  introduced for the record.) 04:57:42
24  BY MS. MILLER: 04:57:42
25  Q.   We have marked as Monolines 04:57:58

**465**

1  Exhibit 33 the document Bates-stamped 04:57:59
2  CCDA_STA0006780. 04:58:10
3  Do you see that? 04:58:14
4  A.   I don't see that.  Could you 04:58:21
5  repeat that? 04:58:24
6  Q.   Yeah, we marked as Monolines 04:58:28
7  Exhibit 33 a document that's been Bates-stamped 04:58:30
8  CCDA STA006780. 04:58:32
9  A.   Yes, I see that, thank you. 04:58:39
10  Q.   Okay.  And if those documents are 04:58:42
11  in Spanish, there is an English translation at 04:58:44
12  the back.  And if you look at -- well, are you 04:56:50
13  going to want to look at the certified 04:59:03
14  translation or the Spanish version? 04:59:05
15  A.   I would prefer the certified 04:59:07
16  translation. 04:59:09
17  Q.   Okay.  So looking at the certified 04:59:10
18  translation, do you see that -- well, do you 04:59:34
19  see what account these documents relate to? 04:59:37
20  A.   Yes, I see Account 9947. 04:59:39
21  Q.   Okay.  So this is the GDB 9947 04:59:49
22  account.  Do you agree with that? 04:59:52
23  A.   Yes. 04:59:56
24  Q.   And the account name is the Hotel 04:59:57
25  Occupancy Tax Pledge Account.  Do you see that? 05:00:00

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

62 (Pages 466 to 469)

---

466

1 A. I see that here.

2 Q. Okay. So let me ask my question

3 again.

4  Have you seen any documents that

5 identify a particular bank account as the

6 pledge account?

7 A. Could we please flip back to the

8 PowerPoint presentation? I just want to

9 cross-reference this account number with the

10 account in the Flow of Funds that I know to be

11 the pledge account.

12 Q. Sure. Well, sorry, before we do

13 that, how do you know that the account in the

14 Flow of Funds is a pledge account? You said,

15 "the account that I know to be the pledge

16 account." How do you know an account to be the

17 pledge account?

18 A. We were working in preparation for

19 this deper- -- deposition (indiscernible) that

20 there is an account in the Flow of Funds that

21 is identifiable in the pledge account.

22 Q. Okay. And what work did you do?

23 A. It would have involved -- again,

24 as I mentioned, I personally did not review a

25 document that had that pledge account language

---

467

1 on that there, but it would have been in

2 conversation with the team in preparation for

3 this deposition.

4 Q. Would you have asked them if they

5 saw a document that identified the account as

6 the pledge account?

7 A. I admit I can't recall right now

8 asking about documents.

9 Q. We spoke earlier today about the

10 PRIFA Flow of Funds. Do you recall that?

11 A. I do recall speaking to you about

12 the PRIFA Flow of Funds.

13 Q. And do you recall being pretty

14 adamant in connection with the testimony about

15 the bank account in the PRIFA Flow of Funds and

16 the various funds and accounts in the bond

17 documents, that you did not undertake an

18 exercise to map the accounts and Fund in PRIFA

19 to the actual bank accounts in the Flow of

20 Funds. Do you recall that?

21 MS. McKEEN: Objection.

22 THE WITNESS: I recall saying that

23 I did not personally do an exercise mapping

24 Flow of Funds to bond documents.

25

---

468

1 BY MS. MILLER:

2 Q. Did anyone on your team do that

3 exercise?

4 A. I'm not positive. It's something

5 that we can get back to you on.

6 Q. Did you ask anybody to do it?

7 A. I don't recall.

8 Q. Did anybody tell you whether they

9 had done it?

10 A. I can't recall just an exercise,

11 but -- I don't know.

12 Q. Did you think it was an exercise

13 that was important to do in connection with

14 preparing the Flow of Funds?

15 A. I think the Flow of Funds is

16 accurate as the method.

17 Q. Okay. Did you think it was

18 important with respect to PRIFA to match the

19 Flow of Funds for the particular Funds and

20 accounts identified in the various bond

21 documents that we looked at earlier today?

22 A. As I mentioned, I did not do that

23 in putting together the Flow of Funds, and I

24 believe the Flow of Funds is still an accurate

25 representation of the Flow of Funds during the

---

469

1 relevant time period.

2 Q. Did you think it was important to

3 map the particular funds and accounts in the

4 PRIFA Flow of Fund to bank accounts identified

5 in your Flow of Funds chart in preparation for

6 your deposition today?

7 A. Could you please repeat that

8 question?

9 Q. Did you think it was important to

10 map the bank accounts identified in the PRIFA

11 Flow of Funds chart that you prepared to the

12 accounts and Funds identified in the PRIFA bond

13 document?

14 A. I can't assign a degree of

15 importance or not there other than that I would

16 be able to put together an accurate Flow of

17 Funds without relying on an exercise like that.

18 Q. Okay. So you did not do it for

19 PRIFA; is that right?

20 A. I personally did not undertake an

21 exercise.

22 Q. And you don't know if anybody on

23 your team did?

24 A. I can't recall off the top of my

25 head.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

63 (Pages 470 to 473)

---

**470**

1     Q.    And it wasn't significant for you
2 to find that out and to remember that in
3 advance of your testimony today, right?
4     A.    I think the Flow of Funds are
5 accurate as they are.
6     Q.    I'm not challenging the Flow of
7 Funds. I believe that the Flow of Funds is
8 accurate. My question is that it wasn't
9 significant for you to find out from any other
10 team member in advance of your testimony today
11 whether they had put together a mapping of the
12 Funds and accounts in various PRIFA bond
13 documents to actual bank accounts, correct?
14     MS. McKEEN: Objection.
15     THE WITNESS: I don't think not
16 recalling whether this exercise was done or not
17 assigns a level of importance or not to the
18 exercise.
19 BY MS. MILLER:
20     Q.    Well, if you thought it was an
21 important part of your testimony today,
22 wouldn't you have asked and remembered the
23 answer?
24     MS. McKEEN: Objection,
25 argumentative.

---

**471**

1     THE WITNESS: In preparation for
2 testimony, I focused on developing an accurate
3 Flow of Funds.
4 BY MS. MILLER:
5     Q.    So you personally never did
6 a mapping exercise for PRIFA, and you don't
7 know if anybody on your team did, correct?
8     MS. McKEEN: Objection, asked and
9 answered.
10     THE WITNESS: I can't -- I did not
11 personally perform the exercise, and I can't
12 recall if someone on the team did or not.
13 BY MS. MILLER:
14     Q.    Okay.
15     THE REPORTER: I'm sorry. Can you
16 repeat your answer, Mr. Ahlberg?
17     THE WITNESS: I did not
18 personally, and I cannot recall if anyone on
19 the team did or did not.
20     THE REPORTER: Thank you.
21 BY MS. MILLER:
22     Q.    Why did you do that exercise for
23 CCDA?
24     MS. McKEEN: Objection.
25     THE WITNESS: Which exercise?

---

**472**

1 BY MS. MILLER:
2     Q.    Of mapping the particular bank
3 accounts identified in the Flow of Funds to the
4 various funds and accounts identified in the
5 relevant bond document.
6     A.    I did not personally do that
7 mapping exercise either.
8     Q.    Okay. So how do you know that a
9 particular account in the Flow of Funds is the,
10 quote, "pledge account"?
11     A.    From our discussions with -- with
12 Tourism and our work together, we identified
13 the account as a pledge account.
14     Q.    Okay. Going back to PRIFA, did
15 you identify any of the particular accounts in
16 the PRIFA Flow of Funds to the designated
17 account names in the bond document?
18     A.    I can't recall off the top of my
19 head the names of the bond documents used.
20     Q.    Okay. But it was important enough
21 for you to remember it with respect to CCDA?
22     UNIDENTIFIED SPEAKER: Objection.
23
24
25

---

**473**

1     THE WITNESS: Again, I'm not
2 certain about defining importance or level or
3 not to that exercise.
4 BY MS. MILLER:
5     Q.    Can I ask you a question with
6 respect to CCDA?
7     Do you have a particular account
8 number that you would attach to each of the
9 accounts identified in the various CCDA bond
10 documents?
11     A.    Can you repeat that question?
12     Q.    Yeah. Sitting here today, do you
13 have a particular account number that's
14 reflected in your Flow of Funds chart that you
15 would attribute to the specific account names
16 included in the various CCDA bond documents?
17     UNIDENTIFIED SPEAKER: Objection.
18     THE WITNESS: Yeah, I'm not
19 positive off the top of my head.
20 BY MS. MILLER:
21     Q.    Okay. So I'm going to go through
22 them, and you'll tell me, just a yes or no, if
23 there is an account number identified in the
24 Flow of Funds that you would attach to that
25 account.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                      April 23, 2020

64 (Pages 474 to 477)

---

**474**

1   And I don't need the notes -- the
2   names or numbers yet.  I'm going to give you
3   some names.  You're going to tell me what the
4   number -- you're going to tell me if there's a
5   specific bank account that relates to that
6   account designation in the document, okay,
7   so --
8       A.   Can somebody pull up the Flow of
9   Funds in question?
10      Q.   Yeah, sure.  Let's -- let's put --
11  yeah, let's put up Exhibit 32, please.
12           Okay.  So we are going to look at
13  this January 2015 to November 2015 flow.
14           Okay.  So looking at this, is
15  there a particular bank account that you
16  believe is the transfer account?
17      A.   Yes.
18      Q.   And is there a particular bank
19  account that you believe is the surplus
20  account?
21      A.   Yes.
22      Q.   And is there a particular bank
23  account that you believe is the pledge account?
24      A.   Yes.
25      Q.   And is there a particular bank

---

**475**

1   account that you believe is the trust account?
2       A.   Yes.
3       Q.   Okay.  So you can map in your
4   mind, sitting here with no documents in front
5   of you and no preparation, every single
6   relevant account identified in the CCDA -- CCDA
7   document to a specific bank account in this
8   chart, is that your testimony?
9            UNIDENTIFIED SPEAKER:  Objection.
10           UNIDENTIFIED SPEAKER:  Objection.
11           THE WITNESS:  I can identify on
12  this page accounts that I consider the pledge
13  account, transfer account, surplus account.
14  BY MS. MILLER:
15      Q.   Okay.  Can we just pull up the
16  PRIFA Flow of Funds for a minute because I just
17  want to ask you, sitting here off the top of
18  your head, if you did the same exercise with
19  respect to the PRIFA Flow of Funds.
20           While we are waiting for that,
21  Mr. Ahlberg, how many conversations that -- do
22  you -- have you had in preparation of these
23  Flow of Funds or in preparation for your
24  deposition today about which account is the
25  transfer account, the surplus account, and the

---

**476**

1   pledge account?
2       A.   Your question is how many times
3   did I have a conversation about which accounts
4   were considered by those names?
5       Q.   Yeah, about which accounts were
6   connected to which particular bank account,
7   exactly.
8       A.   Yeah.  I can't recall an exact
9   amount or number of conversations that we had
10  where we would have specifically talked about
11  this.
12      Q.   Do you recall any conversations
13  where you specifically spoke about it?
14      A.   Just to clarify, are we referring
15  to Tourism right now?
16      Q.   Yeah, I'm talking about Tourism
17  right now.
18      A.   Thank you for clarifying.
19           With that clarification, would you
20  please repeat the question?
21      Q.   How many conversations can you
22  recall having about which accounts
23  identified -- which bank accounts identified in
24  the Flow of Funds that you prepared related to
25  which account in the various bond documents?

---

**477**

1       A.   I can't recall an exact amount of
2   conversation.
3       Q.   Was it more than one?
4       A.   The identification of different
5   accounts came up on more than one occasion.
6       Q.   I mean, identification -- and
7   you only -- when you say the identification of
8   particular -- and I just want to make sure we
9   mean the same thing.
10           I mean the connecting or mapping
11  of a particular bank account to a particular
12  account name in a bond document.  Is that what
13  you're saying?
14      A.   That is not what I was saying.
15      Q.   Okay.  So that's my
16  question -- that's my question, so let me ask
17  my question again so we can just be clear.
18           How many conversations do you
19  recall about the linking of particular bank
20  account numbers to account names used or
21  designations used in the bond documents?
22      A.   I don't recall any specific
23  conversations where we discussed those things.
24      Q.   So how do you know, for example,
25  that the 9947 account is the pledge account?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

65 (Pages 478 to 481)

478

```
1        A.    Some discussions with -- with          05:15:52
2   Tourism Company and an understanding of           05:15:54
3   operationally how things work.                    05:15:59
4        Q.    Okay.  I thought you just told me       05:16:01
5   that you didn't have any conversations about       05:16:03
6   that.                                              05:16:05
7        MS. McKEEN:  Objection.                       05:16:07
8   BY MS. MILLER:                                     05:16:07
9        Q.    What conversations are you              05:16:10
10  recalling?                                         05:16:12
11       A.    It's hard to know since there were      05:16:32
12  several conversations with the different           05:16:36
13  management teams in preparation for this           05:16:40
14  deposition.                                        05:16:42
15       Q.    Who did you have conversations          05:16:53
16  with about the mapping of particular bank          05:16:54
17  accounts to account designations in the bond       05:16:57
18  documents?                                         05:17:08
19       MS. McKEEN:  Objection.                       05:17:08
20       THE WITNESS:  I don't recall                  05:17:09
21  specific conversations about mapping accounts      05:17:09
22  to the bond documents.                             05:17:11
23  BY MS. MILLER:                                     05:17:17
24       Q.    Did you have any conversations          05:17:17
25  with counsel about mapping of bond documents --    05:17:18
```

479

```
1   just a yes or no -- mapping of accounts to bond    05:17:21
2   documents?                                         05:17:25
3        A.    I mean, I can't recall if we            05:17:28
4   specifically discussed this issue or not.          05:17:30
5        Q.    I'm trying to understand -- I           05:17:44
6   showed you a document that identified the          05:17:46
7   pledge account 9947 as the pledge account, and     05:17:50
8   you indicated to me that you weren't sure if        05:17:53
9   you had ever seen any document that identified     05:17:56
10  9947 specifically as the pledge account; is        05:18:01
11  that right?                                         05:18:07
12       A.    That's correct.                         05:18:07
13       Q.    And yet you're confident that 9947      05:18:07
14  is the pledge account, right?                      05:18:12
15       A.    Without having that diagram in          05:18:15
16  front of me, I can't recall the exact account      05:18:21
17  number.  I can remember it in the positioning      05:18:23
18  of the document.                                   05:18:25
19       Q.    Okay.  Where -- where is it             05:18:27
20  positioned in the document?                         05:18:28
21       A.    If we could show the document, I        05:18:34
22  could identify the account.                        05:18:37
23       Q.    Okay.  I'm not going to do that         05:18:39
24  right now because I have the PRIFA document up,    05:18:41
25  which is Exhibit 34 -- sorry -- 24.  It was        05:18:48
```

480

```
1   marked as Exhibit 24.                              05:18:52
2        And could we go to the first Flow             05:18:56
3   of Funds chart in this document?                   05:19:00
4        So we are going to look at the                05:19:02
5   January 2014 to June 2015 Flow of Funds.  Do       05:19:04
6   you see that?                                       05:19:08
7        A.    Yes.                                     05:19:08
8        Q.    Okay.  And in the PRIFA Flow of         05:19:09
9   Funds, the moneys are supposed to be deposited     05:19:12
10  to the credit of the Puerto Rico Infrastructure    05:19:17
11  Fund.  Can you identify a particular bank          05:19:21
12  account on this chart that relates to that?        05:19:23
13       A.    There is no bank account on this        05:19:30
14  chart that is identifiable as the Puerto Rico      05:19:33
15  Infrastructure Fund.                                05:19:37
16       Q.    Okay.  And then the moneys that         05:19:37
17  flow from there into the Sinking Fund?             05:19:39
18       UNIDENTIFIED SPEAKER:  Objection.             05:19:49
19  BY MS. MILLER:                                     05:19:49
20       Q.    Are there any accounts on this --       05:19:52
21  on this Flow of Funds that you can identify as     05:19:54
22  the Sinking Fund?                                  05:19:59
23       A.    I am not positive of any of these      05:20:06
24  accounts being identified as the Sinking Fund.    05:20:08
25       Q.    Okay.  And do you know whether          05:20:10
```

481

```
1   that US Bank Account -0002 is the reserve          05:20:12
2   account?                                            05:20:16
3        A.    I'm not certain if that's the           05:20:24
4   colloquial name of this account or not.            05:20:28
5        Q.    I mean, there are reserve accounts      05:20:33
6   that are discussed in the relevant bond            05:20:36
7   documents.  Do you know if that US Bank 002        05:20:38
8   account is similar to the account discussed in     05:20:42
9   the bond document?                                 05:20:45
10       A.    Off the top of my head, I'm not         05:20:49
11  certain if that's the reserve account discussed    05:20:53
12  in the bond document.                               05:20:54
13       Q.    Okay.  So, looking -- and you           05:20:55
14  don't know if it's the redemption account          05:20:57
15  either, do you?                                     05:21:00
16       A.    I'm not positive.                       05:21:01
17       Q.    Okay.  So sitting here, off the         05:21:02
18  top of your head, looking at this PRIFA Flow of    05:21:05
19  Funds, is there any bank account that you can      05:21:08
20  attach a label from the bond document to?          05:21:10
21       A.    No.                                      05:21:25
22       MS. MILLER:  Okay.  So now we can             05:21:26
23  put up the CCDA Flow of Funds, which is            05:21:28
24  Exhibit 32.  We can put that back up.              05:21:31
25                                                      
```

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

66 (Pages 482 to 485)

482

BY MS. MILLER:
Q.    Okay.  But off the top of your
head, you were able to attach labels
corresponding or correlating particular bank
accounts in the CCDA Flow of Funds to each of
the three key accounts in the CCDA document; is
that right?
A.    In the Tourism document, yes.
Q.    Okay.  Okay.  So the pledge
account, which account is it your position is
the pledge account?
A.    The 9947.
Q.    Okay.  And you testified that you
weren't sure if you've ever seen any document
that specifically identified that, but I showed
you a document that identified that, the pledge
account, the name.
A.    You did show me a document that
named that account as the -- a pledge account
in the name.
Q.    Okay.  And who at the Tourism
Company did you speak to about matching --
sorry -- mapping these various bank accounts to
the account designations used in the bond
documents?

483

MS. McKEEN:  Objection.
THE WITNESS:  Discussed with
Gustavo and Brett which accounts operated as
the transfer, pledge, surplus account.
BY MS. MILLER:
Q.    Okay.  And did Brett have
independent knowledge of which account
corresponded to each of those accounts --
sorry -- which bank accounts corresponded to
each of those bond document accounts?
A.    I can't say one way or the other
if Brett had personal knowledge of the bond
documents or not.
Q.    Okay.  And did you ask whether
they knew which of these bank accounts
correlated to particular accounts in the bond
documents?
MS. McKEEN:  Objection.
THE WITNESS:  My question to them
was not in the context of "match these accounts
to the bond documents;" would have been in the
context of in the actual Flow of Funds, which
account functions as X account, which account
functions as Y account.

484

BY MS. MILLER:
Q.    Okay.  So understanding that you
focused on the Flow of Funds exclusively and
the flow of cash, why is it that you committed
to memory which of these accounts corresponds
to particular named accounts in the bond
document?
A.    I can't give you an exact reason
about why I committed those to memory, other
than I know that's how the Tourism Company
understands the account.
Q.    Okay.  And do you know what
Gustavo's basis was for identifying particular
accounts, bank accounts as those accounts in
the bond document?
A.    Not certain of the exact process
that he used to determine.
Q.    Did you ask him if he looked at
any account opening statements or documents?
A.    I don't recall specifically asking
him that question or not.
Q.    Did you ask him if he looked at
any other document that might identify a
particular account with a name used in the bond
document?

485

A.    I can't recall specifically asking
him a question like that or not.
Q.    Did you do anything to
independently verify or confirm what Gustavo
told you about which account was which?
A.    No, other -- no, but the actual
Flow of Funds makes sense to me, given the
assignments to those accounts that he provided.
Q.    Well, we spoke earlier -- well,
what do you mean it made sense to you based on
the assignments that he provided?  Do you mean
it made sense in terms of corresponding to
moneys that were supposed to be transferred
into the various accounts, and had the moneys
actually flowed in relation to that?
MS. McKEEN:  Objection.
THE WITNESS:  What I mean
generally, for example, is that I understand
the Account 5144 being the surplus account, the
surplus of the monthly average 3 million
transfer from 9258, transfer to 9947, and thus
the identification from the surplus account
fits with my understanding of the Flow of Funds
as presented here.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

67 (Pages 486 to 489)

---

**486**

BY MS. MILLER:
Q.    Okay.  Have you ever seen any document identifying the Scotiabank 5144 account as the surplus account?
A.    I can't recall a specific document that refers to it as the surplus account?
Q.    You think that you've seen it, though?
A.    I think I have seen some documents.
Q.    You think you have.  Okay.  I'm going to -- okay.
So I've looked through the production, and I have not seen any documents that identify the 5144 account as a surplus account.
MS. MILLER:  So I'm going to call on the record for the production of any such documents that you've seen that you're relying on for your testimony that the 5144 account is the surplus account or that the Commonwealth otherwise intends to rely on.
BY MS. MILLER:
Q.    Okay.  So you believe that you've seen a document identifying the 5144 account as

---

**487**

the surplus account; is that right?
A.    I feel confident to say that I believe the 5144 account is the surplus account.
Q.    That wasn't my question.
You believe that you've seen a document that identifies the 5144 account as the surplus account; is that correct?
A.    Yeah, and I'm not certain one way or the other as to whether I've seen a specific document that calls it that or not.
Q.    Okay.  Have you seen any documents that call any of these accounts the surplus account?
A.    I believe so.  I just -- I can't recall a specific document.
Q.    Okay.  And you believe that the document that you saw, called the Scotiabank 5144 account the surplus account; is that right?
A.    I -- yeah, I can't recall if it's a specific document, as I mentioned, or in conversations with Gustavo.
Q.    Okay.  Is the 5144 account a comingled operational account of the Tourism

---

**488**

Company?
A.    Did --
Q.    The moneys other than these excess moneys from the hotel occupancy taxes flow into the 5144 account?
A.    Could you repeat that, please?
Q.    The moneys other than the excess moneys from the hotel occupancy taxes, excuse me, flow into the 5144 account?
A.    Correct.
Q.    And you understand that the surplus account is one of the two accounts that's in the Special Fund called the Holding Fund under the assignment and coordination agreement that we looked at and previously marked as Exhibit 30, correct?
A.    I understand that that's what the document we looked at together said.
Q.    Okay.  And do you have an understanding of whether operating moneys would flow into a Special Fund as that term is used in government accounting?
A.    I'm not certain how to answer your question.  Could you be more specific?
Q.    Yes.  Do you know whether general

---

**489**

operating -- sorry.
Do you know whether general revenues used for operating expenses would flow into a Special Fund?
UNIDENTIFIED SPEAKER:  Objection.
THE WITNESS:  I don't think about dollars flowing into Funds, but I'm also not sure of the way that that would be classified.
BY MS. MILLER:
Q.    Okay.  And I don't think you actually said it yet, so let me ask you to identify which bank account do you believe on this chart corresponds to the transfer account?
A.    GDB account 9758.
Q.    Okay.  And what is the basis for that testimony?
A.    Conversations with Tourism.
Q.    And did you do anything to verify what Tourism told you about that?
A.    I did not personally pull documents to verify that, but the team, the entire document production had hundreds -- thousands -- thousands of documents that I personally could not review every single document.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

68 (Pages 490 to 493)

---

**490**

1    Q.    And you're confident that if
2    somebody told you that the 9758 account is the
3    transfer account that there is a document among
4    the thousands -- I would say many tens of
5    thousands of documents -- that were produced
6    that identifies the 9758 account as the
7    transfer account, correct?
8            UNIDENTIFIED SPEAKER:  Objection.
9            THE WITNESS:  I can't recall if
10   there's specific documents (indiscernible).
11           THE REPORTER:  I'm sorry.  Can you
12   repeat that once more?
13           THE WITNESS:  I cannot recall if
14   there is a specific document that was used to
15   make that determination.
16   BY MS. MILLER:
17   Q.    And do you know if you've ever
18   seen any document referring to the 9758 account
19   as an account other than the transfer account?
20   A.    I'm not certain.
21   Q.    Okay.  Mr. Ahlberg, in putting
22   together your Flow of Funds, did you use
23   instruction letters to identify which moneys
24   deposited into the 9758 account flowed into the
25   9947 account?

---

**491**

1    A.    We looked at these transfer
2    letters.  I'm not sure if that's the same thing
3    as instruction letters that you're referring
4    to.
5    Q.    Okay.  So I'm going to pull one
6    up, and you can tell me.  Can I get tab 2132,
7    please, marked up as the next exhibit.
8            (Monolines Exhibit 34 is
9            introduced for the record.)
10   BY MS. MILLER:
11   Q.    Did you come to understand what
12   the relevant account names were under the
13   various bond documents?
14   A.    I'm sorry.  You broke up there in
15   the middle of your question.
16   Q.    How did you come to understand
17   what the relevant account names were under the
18   various bond documents and related agreements?
19   A.    It -- it's hard to answer that
20   question because that assumes the -- part of
21   the approach that I took to build the Flow of
22   Funds, which we start with the actual Flow of
23   Funds.
24   Q.    Yeah.  I'm saying how did you
25   figure out what -- well, when I asked -- I

---

**492**

1    showed you a number of bond documents earlier,
2    and you told me you hadn't looked at many of
3    them.  And my question is:
4            If you didn't even look at them,
5    how did you know what accounts were to even
6    know what labels to be putting on various bank
7    accounts?  That's my question.
8            UNIDENTIFIED SPEAKER:  Objection.
9    BY MS. MILLER:
10   Q.    So I'm assuming, consistent with
11   your testimony, that the process that you
12   underwent was entirely independent of the
13   various Fund or account designations under
14   statutes and bond documents and that there was
15   no reason or need for you to map them or
16   connect them.  That's consistent with your
17   testimony in HTA and PRIFA.
18           But suddenly, in CCDA, you have
19   very strong opinions about which account
20   corresponds to -- which bank account
21   corresponds to which account designation in the
22   bond documents, and that's what I'm trying to
23   understand here.
24           UNIDENTIFIED SPEAKER:  Objection.
25

---

**493**

1    BY MS. MILLER:
2    Q.    So my question was:
3            How did you come to know what the
4    account names were under the bond document that
5    you could attach to the various bank accounts?
6    A.    I'm not certain what the entire
7    process was to assign names to the accounts as
8    I understand them, plus my understanding came
9    about by a discussion with Tourism.
10   Q.    Okay.  So we have marked as
11   Monolines Exhibit 34 a document.  Do you see
12   it?
13   A.    I see a document.
14   Q.    And is this the document -- a form
15   of document that you recognize?
16   A.    Yes.
17   Q.    Okay.  And there are actually, if
18   you scroll through in this exhibit, a number of
19   sample transfer documents that we were given,
20   instruction letters that we were provided, and
21   you can flip through and look at all of them if
22   you would like.  There is also, I see -- maybe
23   we don't have an English translation.
24           Do we have an English translation
25   of these?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                               April 23, 2020

69 (Pages 494 to 497)

**494**

1    MS. McKEEN:  Atara, are they
2  consecutively paginated, or is this just --
3    MS. MILLER:  Mine are
4  consecutively paginated, yes.
5    MS. McKEEN:  Thank you.
6    MS. MILLER:  No, I think this was
7  a collection of -- this was a collection of
8  instruction documents that were produced, and
9  there is an English translation.  And this
10 is -- my understanding, Liz, is that this is
11 how the document was produced all together as a
12 single packet.
13   MS. McKEEN:  Thank you.  That was
14 just my question.
15   MS. MILLER:  Yeah.
16 BY MS. MILLER:
17   Q.    Okay.  So, Mr. Ahlberg, looking at
18 this, do you see that this is authorizing a
19 transfer from one account to another
20 account -- oh, we are pulling up the English
21 translation.  Here we go.
22      Okay.  And do you see that this
23 letter is authorizing the debiting of a
24 particular account of 3-million-plus dollars?
25 Do you see that?

**495**

1    A.    Yes, I see that.
2    Q.    Okay.  And what account is that
3  debiting?
4    A.    The account number listed is
5  [Redacted] 9758.
6    Q.    Okay.  And is that the same
7  account that is identified on your Flow of
8  Funds chart, Exhibit 32, as GDB 9758?
9    A.    Yes.
10   Q.    Okay.  And how is that accounting
11 identified in this transfer letter?
12   A.    This transfer letter assigns a
13 name in quotes to that account of Room Tax -
14 Concentration Surplus.
15   Q.    And do you have an understanding
16 of what it means when an account name is put in
17 quotes in a transfer letter like this?
18   A.    I'm not entirely positive.
19   Q.    Okay.  And who is this letter
20 from, can you tell?
21   A.    And I don't know if it would be
22 easier to look at or if you would prefer to
23 look at the original Spanish letterhead, but
24 this is a letter from the Tourism Company to
25 the GDB, is it not?

**496**

1    A.    Could we go to the Spanish
2  translation just so I know for sure?
3    Q.    Sure.
4    A.    Yes, thanks.
5    Q.    Okay.  And so -- and it's from a
6  Mr. Samuel Sierra Rivera.  Do you see that?
7    A.    Yes.
8    Q.    And he's -- he identifies himself
9  as the chief financial officer.  Do you see
10 that?
11   A.    I see that.
12   Q.    Okay.  And so according to this
13 instruction letter, the chief financial officer
14 of the Tourism Company is identifying the
15 99 -- the 9758 account as, quote, the room tax
16 concentration surplus.  Do you see that?
17   A.    I see that.
18   Q.    Okay.  Do you have any
19 reason -- do you know who Mr. Sierra Rivera is?
20   A.    I do not.
21   Q.    Okay.  Do you know whether Gustavo
22 is junior or senior to the chief financial
23 officer of the Tourism Company?
24   A.    I know Gustavo is not the CFO of
25 the company in his finance position.  That

**497**

1  would make him subordinate to the CFO at the
2  Tourism Company.
3    Q.    All right.  Do you have any reason
4  to dispute the at least then-CFO of the Tourism
5  company's characterization of the 9758 account
6  as the room tax concentration surplus?
7    A.    He calls the account what he calls
8  the account in this letter.
9    Q.    Okay.  And you haven't seen any
10 documents that would indicate that the 9758
11 account is not the surplus account, have you?
12   A.    I can't recall specifically seeing
13 any documents like that.
14   Q.    Well, I can tell you that we
15 haven't.  So I, again, call for the production
16 of any documents that would suggest that an
17 account other than the 9758 account is the
18 surplus account.
19      And you have not seen any
20 documents, have you, that identified the 9758
21 account as the transfer account, have you?
22   A.    I can't recall seeing a specific
23 document that said that, but from my work with
24 Tourism, I understand that account to be the
25 transfer account.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

70 (Pages 498 to 501)

---

498

```
 1        Q.     You haven't seen any documents      05:45:14
 2   that say that.                                    05:45:16
 3        A.     I can't recall if there were          05:45:19
 4   documents, off the top of my head.                05:45:23
 5        Q.     Okay.  And you've now seen at         05:45:24
 6   least one collection of documents, and you can    05:45:28
 7   flip through and see that the tourism company     05:45:28
 8   in each of these letters identifies the 9758      05:45:34
 9   account as the room tax concentration surplus.    05:45:34
10        You haven't seen any -- you've at            05:45:37
11   least not seen one collection of documents that   05:45:39
12   identified something other than the transfer      05:45:43
13   account, right?                                   05:45:44
14        A.     Again, I can't recall seeing it or    05:45:49
15   not seeing a document like that.                  05:45:51
16        Q.     I'm asking you about the document     05:45:53
17   that's in front of you right now.  You are        05:45:57
18   currently looking at least one document, one      05:45:59
19   document that is a collection of multiple         05:46:01
20   documents that identify the 9758 account as       05:46:03
21   something other than the transfer account;        05:46:09
22   isn't that right?                                 05:46:11
23        A.     These documents do call that          05:46:16
24   account number by name.  That is not the          05:46:21
25   transfer account.                                 05:46:24
```

---

500

```
 1        Q.     Sure.                                 05:48:17
 2        A.     Yes, I see that Account 9758          05:48:29
 3   listed on this document.                          05:48:33
 4        Q.     Okay.  And what is the                05:48:34
 5   representation from your counsel about the        05:48:36
 6   account-opening documents for 9758?               05:48:40
 7        A.     I was unable to locate an             05:48:45
 8   account-opening document in GDB's file.           05:48:49
 9        Q.     Okay.  And so do you now retract      05:48:51
10   your prior statement that you believe someone     05:48:54
11   on your team reviewed account-opening             05:48:56
12   statements for GDB 9758?                          05:48:59
13        A.     I do.  I apologize.                   05:49:02
14        Q.     Okay.  So to the best of your         05:49:04
15   knowledge and my knowledge, there simply are no   05:49:09
16   available account-opening documents for GDB       05:49:11
17   9758, correct?                                    05:49:11
18        A.     Correct.                              05:49:20
19        Q.     Okay.  And what are -- is the         05:49:24
20   Scotiabank 5142 account?  Do you know if you've   05:49:24
21   looked at any account-opening documents for the   05:49:28
22   Scotiabank 5142 account?                          05:49:32
23        A.     I didn't personally review the        05:49:40
24   account-opening statement for Scotiabank          05:49:43
25   Account 5142.                                     05:49:45
```

---

499

```
 1        Q.     Okay.  And the name is Room Tax       05:46:24
 2   Concentration Surplus, isn't it?                  05:46:26
 3        A.     That's what it says.                  05:46:28
 4        Q.     Okay.  And I'd like to now mark as    05:46:30
 5   Exhibit 35 tab 2507.                              05:46:40
 6            (Monolines Exhibit 35 is                 05:46:40
 7            introduced for the record.)              05:47:12
 8   BY MS. MILLER:                                    05:47:12
 9        Mr. Ahlberg, have you seen any               05:47:12
10   account-opening documents for the GDB 9758        05:47:18
11   account?                                          05:47:18
12        A.     I don't think I personally            05:47:22
13   reviewed an account opening statement for that    05:47:28
14   account.                                          05:47:28
15        Q.     Okay.  Do you know whether anybody    05:47:31
16   on your team did?                                 05:47:31
17        A.     I believe someone on the team         05:47:32
18   would have agreed that document.                  05:47:38
19        Q.     Okay.  So I've marked as              05:47:41
20   Exhibit 35 a letter dated March 31, 2002, from    05:47:48
21   your counsel to me and many others, and I want    05:47:54
22   you to look at page 2 of that account on this     05:47:59
23   chart.  And do you see the GDB 9758 account       05:48:02
24   listed?                                           05:48:06
25        A.     Please give me a moment here.         05:48:11
```

---

501

```
 1        Q.     Do you know whether anyone on your    05:49:47
 2   team received an account-opening statement --     05:49:50
 3   sorry -- account-opening document for             05:49:53
 4   Scotiabank 5142?                                  05:49:56
 5        A.     Off the top of my head, I'm not       05:49:59
 6   certain.                                          05:50:01
 7        Q.     Okay.  Well, I'll tell you, and I     05:50:05
 8   can mark it if you'd like, but your counsel       05:50:07
 9   represented that it provided to us all of the     05:50:11
10   documents that it was able to get from            05:50:14
11   Oriental Bank and that that did not include       05:50:18
12   account-opening documents for 5142.               05:50:21
13        Do you have any reason to believe           05:50:23
14   that such account-opening documents are           05:50:24
15   available?                                        05:50:26
16        A.     No.                                   05:50:37
17        Q.     Okay.  So it's actually listed in     05:50:38
18   this chart as well right under what we were       05:50:41
19   looking at.  Okay.  I want to go back to          05:50:43
20   Exhibit 32, which is the Flow of Funds.           05:51:02
21        Okay.  In 5144, you indicated to             05:51:30
22   me that slot machine proceeds were also           05:51:34
23   deposited in that account, correct?               05:51:39
24        A.     I believe so, yes.                    05:51:43
25        Q.     Do you know why slot machine          05:51:44
```

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

71 (Pages 502 to 505)

502

1  proceeds would be deposited into the surplus          05:51:46
2  account, which is an account in the Holding           05:51:49
3  Fund under the CCDA bond documents?                   05:51:51
4       UNIDENTIFIED SPEAKER:  Objection.                05:52:01
5       THE WITNESS:  I don't know the                   05:52:02
6  exact reasons why slot machine revenues would         05:52:02
7  be deposited into this account.                       05:52:06
8  BY MS. MILLER:                                        05:52:06
9       Q.   All right.  Do you know                     05:52:08
10 whether -- sorry.  I may have asked this again,       05:52:10
11 but I just want to make sure that I've covered        05:52:15
12 it.                                                   05:52:15
13      Are any other moneys other than                  05:52:16
14 hotel occupancy taxes deposited in the 9758           05:52:19
15 account?                                              05:52:22
16      A.   No.                                         05:52:24
17      Q.   Okay.  And looking at this chart,           05:52:25
18 I don't think I asked you this for CCDA yet,          05:52:29
19 but, again, we see various colors attached to         05:52:32
20 the boxes, right?                                     05:52:36
21      A.   Yes.                                        05:52:40
22      Q.   Okay.  So looking at the accounts           05:52:41
23 that are reflected in this January '15 to             05:52:50
24 November '15 Flow of Funds chart, just looking        05:52:50
25 by color designation, none of these is a             05:52:53

503

1  Commonwealth account; is that correct?               05:52:58
2       A.   That's correct.                             05:53:04
3       Q.   Okay.  So during this time period,          05:53:04
4  none of the hotel occupancy taxes that were          05:53:07
5  collected by hoteliers transferred to the            05:53:07
6  tourism company ever touched a Commonwealth          05:53:15
7  account, correct?                                    05:53:18
8       A.   During this time period, that is           05:53:23
9  correct.                                             05:53:28
10      Q.   Okay.  I'm going to turn to the            05:53:28
11 next slide in the Flow of Funds, which is            05:53:31
12 December '15 to March 2016.                           05:53:36
13      And during this period, the moneys             05:53:36
14 continue to be collected by hoteliers, correct?      05:53:56
15      A.   Correct.                                    05:54:02
16      Q.   And where did they transfer the           05:54:03
17 moneys to?                                            05:54:05
18      A.   The Scotiabank Account 5142.               05:54:08
19      Q.   Okay.  And then where did the             05:54:14
20 money flow after that?                                05:54:15
21      A.   From these transfers were made at          05:54:22
22 that time.                                            05:54:27
23      Q.   Okay.  And the 9758 account, just         05:54:27
24 so that I have my story straight, the 9758           05:54:30
25 account is the account that you would call the       05:54:35

504

1  transfer account, right?                             05:54:37
2       MS. McKEEN:  Objection,                          05:54:39
3  argumentative.                                        05:54:40
4  BY MS. MILLER:                                        05:54:40
5       Q.   Sorry.  The GDB 9758 account is            05:54:42
6  the account that you would call the transfer         05:54:45
7  account, correct?                                     05:54:47
8       A.   Correct.                                    05:54:49
9       Q.   Okay.  And that's the same account        05:54:51
10 that we saw the document from the CFO of the         05:54:53
11 GDB -- of the Tourism Company, rather,               05:54:56
12 identifying the concentration surplus, correct?      05:54:59
13      A.   Correct.                                    05:55:01
14      Q.   Okay.  And the moneys still flow           05:55:02
15 into that GDB 9758 account, right?                    05:55:05
16      A.   During this time period, money             05:55:14
17 still flows from 5042 to 9758.                        05:55:18
18      Q.   Okay.  And then during this time           05:55:24
19 period, all the moneys still flow into the           05:55:28
20 Scotiabank 5144 account, correct?                     05:55:31
21      A.   Correct.                                    05:55:31
22      Q.   And then what moneys during               05:55:31
23 this time period are flowing from the 5144           05:55:33
24 account into the 5138 account?                        05:55:36
25      A.   Hotel occupancy taxes, among              05:55:48

505

1  others.                                              05:55:53
2       Q.   Okay.  And do all of the hotel            05:55:54
3  occupancy taxes flow from 5144 to 5138?              05:55:56
4       A.   Would you repeat the question?            05:56:07
5       Q.   Yeah.  During this period, do all         05:56:43
6  of the hotel occupancy taxes deposited in 5148       05:56:43
7  flow into -- sorry.  Let me start again.             05:56:48
8       During this period, do all of the             05:56:49
9  hotel occupancy taxes deposited in 5144 flow         05:56:52
10 into 5138?                                            05:56:57
11      A.   Yes.                                        05:57:09
12      Q.   Okay.  And do all of the hotel            05:57:11
13 occupancy taxes during this period deposited in      05:57:16
14 5138 flow into the 006 account?                       05:57:18
15      A.   No.                                         05:57:37
16      Q.   Okay.  What hotel occupancy taxes         05:57:45
17 do not flow into the 006 account from the 5138       05:57:49
18 account?                                              05:57:55
19      A.   Hotel occupancy taxes funding CCDA        05:57:57
20 operations would flow to that box called            05:58:06
21 Non-Debt Service Outflow.                             05:58:12
22      Q.   And are those what are referred to        05:58:15
23 as the surplus amounts?                               05:58:16
24      A.   I'm not certain if they're               05:58:26
25 referred to as surplus amounts or not.               05:58:30

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                     April 23, 2020

72 (Pages 506 to 509)

---

506

1    Q.    Okay.  Are all of the -- I'm just            05:58:32
2  trying to remember the exact term.                   05:58:37
3     Are all of the amounts that are                   05:58:40
4  required to be transferred into the transfer         05:58:46
5  account flowed into the 006 account?                 05:58:49
6     Okay.  So let me restate that.                    05:59:04
7  You don't remember -- do you recall that when        05:59:06
8  we looked at Exhibit 30, which is the                05:59:08
9  Assignment and Coordination Agreement, there          05:59:10
10  was a definition of required payments?               05:59:12
11    A.    I remember there was a definition           05:59:16
12  of required payments in that document.               05:59:19
13    Q.    Okay.  And do you remember that             05:59:22
14  that loosely was defined as the monthly 1/10 of      05:59:24
15  the amounts that had to be flowed into the           05:59:29
16  transfer account and any deficiency amount?          05:59:32
17    A.    I believe that's what that                  05:59:41
18  document we looked at together said.                 05:59:43
19    Q.    Okay.  So if I refer to the                 05:59:45
20  required payments, will you understand what I        05:59:48
21  mean?                                                05:59:59
22    A.    Yes.                                         05:59:59
23    Q.    Okay.  And just to make it simple,          06:00:00
24  because I want to make sure that we are talking      06:00:03
25  about things the same way, if we could just go       06:00:05

---

507

1  back one page in Exhibit 32.                          06:00:08
2     When I'm talking about the                        06:00:13
3  required payments, I'm talking about the             06:00:15
4  amounts that flowed from 9758 to 9947.  Is that      06:00:17
5  consistent with your understanding?                  06:00:23
6     A.    Yes.                                         06:00:25
7     Q.    Okay.  So we'll call that the               06:00:27
8  required payments going forward.                     06:00:30
9     MS. McKEEN:  Objection.                           06:00:34
10    MS. MILLER:  What's the objection?                06:00:36
11    MS. McKEEN:  You mean the                         06:00:39
12  agreement says what it says, and so to the          06:00:40
13  extent, you know, you're trying to get the          06:00:43
14  witness to give some form of legal conclusion,      06:00:45
15  that's the final objection.                         06:00:51
16    MS. MILLER:  I'm trying to get the                06:00:52
17  witness to have a common understanding with a       06:00:54
18  noncontroversial term that refers to the moneys     06:00:56
19  that were pledged to the bondholders without        06:00:59
20  having him give the legal opinion that these        06:01:02
21  moneys are pledged to the policyholders, so I'm     06:01:05
22  going to go with required payments.  I think         06:01:08
23  the witness is comfortable with that and            06:01:10
24  understands what bucket of money I'm talking         06:01:12
25  about.                                               06:01:14

---

508

1  BY MS. MILLER:                                        06:01:17
2     Q.    Mr. Ahlberg, do you know the                06:01:17
3  bucket of moneys that I'm referring to?  So not      06:01:18
4  all hotel occupancy taxes, only that narrower,       06:01:20
5  what I think you've referred to as the 3-plus        06:01:26
6  million a month that's to be transferred?            06:01:28
7     A.    I understand that that's how                06:01:36
8  you're using the term "required payment."            06:01:38
9     Q.    Okay.  If you want to attach a              06:01:41
10  different term to it, I'm fine using whatever        06:01:42
11  term you're most comfortable with.                   06:01:45
12    A.    We can say the monthly payment.             06:01:49
13    Q.    Monthly payment?  Okay.                      06:01:53
14    Okay.  Are all of the monthly                      06:01:57
15  payments, as you use that term -- defined it,        06:02:00
16  of all the monthly payments flowed from the         06:02:07
17  5138 account to the GDB 006 account during the      06:02:09
18  December '15 to March '16 time period?               06:02:14
19    A.    Now that I have this time period            06:02:19
20  presentation in front of me, can you reask the      06:02:25
21  question, please?                                    06:02:28
22    Q.    Now I forgot what you want to call          06:02:30
23  these.  Monthly payments?  Okay.                     06:02:33
24    Are all of the monthly payments                    06:02:35
25  transferred from the 5138 account to the 006         06:02:41

---

509

1  account?                                              06:02:48
2     A.    Yes.                                         06:02:48
3     Q.    Okay.  And how do you know that?            06:02:49
4     A.    Having reviewed these payments,             06:02:51
5  transfer details of those transfers.                 06:03:02
6     Q.    Okay.  And based on that, you were          06:03:05
7  able to confirm that all of the monthly             06:03:09
8  payments were transferred from the 5138 account     06:03:11
9  to the 006 account, correct?                         06:03:15
10    A.    Correct.                                     06:03:22
11    Q.    And are all of the hotel occupancy         06:03:22
12  tax monthly payments deposited in the 006           06:03:25
13  account transferred to the 6048 account during      06:03:28
14  this time period?                                    06:03:31
15    A.    Yes.                                         06:03:34
16    Q.    Okay.  And that 6048 account,              06:03:35
17  that's the account we were talking about             06:03:38
18  earlier, correct?                                    06:03:39
19    A.    That is an account that we talked          06:03:40
20  about earlier.                                       06:03:45
21    Q.    Okay.  And specifically, what              06:03:46
22  account was this?                                    06:03:48
23    A.    An account separate from the TSA,          06:03:53
24  account 1.                                           06:03:57
25    Q.    Okay.  What moneys were held in            06:04:00

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                   April 23, 2020

73 (Pages 510 to 513)

---

**510**

1   this account during this time period?
2        A.   It held -- retained room tax
3   revenues and dollars -- well, not retained.
4        Q.   Okay.  And then were all of the
5   hotel occupancy tax monthly payments that were
6   deposited into 6048 deposited into or back into
7   the 006 account?
8        A.   Yes.
9        Q.   Do you know whether when the
10  moneys flowed back into the 006 account they
11  were tagged with a different Fund or accounting
12  designation than when they were previously
13  transferred into the 006 account?
14       A.   I'm not positive to say it's
15  different funds or designations or not.
16       Q.   Okay.  What would I do to find
17  that out?
18       A.   I would review a voucher prepared
19  for transfer.
20       Q.   Okay.  And then were all of the
21  hotel occupancy tax monthly payments that were
22  retransferred into the 006 account during this
23  period transferred out for GO Debt Service?
24       A.   Yes.
25       Q.   Okay.  And, again, do you know

---

**511**

1   whether that was actually -- sorry -- whether
2   that money was actually transferred to third
3   parties on account of GO Debt Service?
4        A.   I'm not certain.
5        Q.   Okay.  Do you have an
6   understanding of how much of the -- do you know
7   how much of the hotel occupancy tax monthly
8   payments were transferred into the GDB 006
9   account during this time period?
10       A.   Off the top of my head, I don't
11  have that number.
12       Q.   Okay.  And we spoke a little bit
13  about the time frames that were covered during
14  this -- for the time frames that were
15  identified at the top of each of these Flow of
16  Funds.
17            Is it your understanding that this
18  is referring to room tax revenues that were
19  generated and transferred into the Scotiabank
20  5142 account between December 2015 and
21  March 2016?
22       A.   Yes.
23       Q.   Okay.  Footnote 1 to this Flow of
24  Funds indicates that transfers from the 006
25  account to Fund GO Debt Service payment in

---

**512**

1   January '16 included comingled room tax
2   receipts with proceeds from other retained
3   revenues.  Do you see that?
4        A.   Yes, I see that.
5        Q.   Do you know whether moneys
6   transferred in January, February or March of
7   2016 were actually used to pay GO Debt Service?
8        A.   Could you repeat the question?
9        Q.   Do you know whether moneys
10  transferred in January, February or March of
11  2016 were actually used to pay GO Debt Service?
12       A.   Transfers from which account to
13  which account?
14       Q.   Hotel occupancy tax monthly
15  payments transferred into the GDB 006 account
16  in January, February and March 2016, do you
17  know if they were actually used to pay GO Debt
18  Service?
19       A.   We set the revenue from -- room
20  tax proceeds during this time period was
21  used -- sorry.
22            The revenue earned in this time
23  period was the source of funding for transfers
24  for GO Debt Service.
25       Q.   Okay.  So the footnote indicates

---

**513**

1   that it was only for the GO Debt Service
2   payment in January of 2016.  Do you believe
3   that there were additional GO debt service
4   payments that were funded from these moneys?
5        A.   Would you repeat the question,
6   please?
7        Q.   The footnote indicates that these
8   moneys were used for the January --
9   January 2016 GO Debt Service.
10            Do you believe that there were
11  additional GO Debt Service payments other than
12  January 2016 that were funded from the hotel
13  occupancy tax monthly payment reflected in this
14  Flow of Funds?
15       A.   I was thinking here.  Would you
16  mind repeating the question again?
17            MS. MILLER:  Would the court
18  reporter mind reading it back, please?
19            (Record read as requested.)
20            THE WITNESS:  No.
21  BY MS. MILLER:
22       Q.   So do you believe that the hotel
23  occupancy tax monthly payments for January,
24  February and March of 2016 that are reflected
25  as flowing into the GDB 006 account and then to

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

74 (Pages 514 to 517)

**514**

1  the 6048 account and then to the 006 account          06:12:49
2  remain in the TSA today?                              06:12:52
3      A.    I don't think of any one transfer          06:13:13
4  of any kind of funds ever remaining in the TSA        06:13:15
5  account.  That's not really how I think about         06:13:18
6  it.                                                   06:13:19
7      Q.    Have you seen any document --              06:13:29
8  sorry.                                                06:13:31
9           Have you seen any outflow document          06:13:31
10 after January 2016 indicating a tilt flow of          06:13:33
11 the hotel occupancy tax monthly payment from          06:13:43
12 the TSA?                                              06:13:46
13     A.    I've seen no other outflow from            06:13:49
14 the TSA that indicated hotel occupancy taxes as       06:13:52
15 a source of revenue of a transfer out of the          06:13:57
16 TSA.                                                  06:14:04
17     Q.    Okay.  And during this --                  06:14:05
18     MS. MILLER:  I don't have much                    06:14:08
19 more.  I am just going to quickly go through          06:14:10
20 the rest of the Flow of Funds.                        06:14:13
21     MS. McKEEN:  Okay.  Thank you.                    06:14:14
22     MS. MILLER:  They do get very                     06:14:18
23 complicated, though.  I'm hoping to not have to        06:14:21
24 ask about every account.  We have a simple one        06:14:23
25 coming up next.                                       06:14:24

**515**

1  BY MS. MILLER:                                        06:14:25
2      Q.    And just so that I understand, or          06:14:28
3  just can you confirm that all of the same hotel       06:14:31
4  occupancy tax revenues transferred from               06:14:35
5  hoteliers flow into the 5142 account and the          06:14:39
6  9758 account?                                         06:14:45
7      A.    To what time period?                       06:14:54
8      Q.    In the December '15 to March 2016          06:14:56
9  period.  The Scotiabank 5142 account and the          06:14:58
10 GDB 9758 account each have exactly the same           06:15:03
11 moneys; is that correct?  Or let me say that          06:15:06
12 differently.                                          06:15:12
13          For the December '15 to March 2016          06:15:12
14 period, the exact same revenues flow through          06:15:17
15 the Scotiabank 5142 account and the GDB 9758          06:15:22
16 account, correct?                                     06:15:27
17     A.    Would have been the exact same            06:15:30
18 amount that was received into 5142 that was           06:15:32
19 transferred to 9758.                                  06:15:37
20     Q.    Okay.  Is that different in any            06:15:41
21 way from what I said?  I just want to know how        06:15:41
22 to ask the question precisely going forward.          06:15:47
23          So if you're drawing a distinction         06:15:50
24 that I'm not attuned to, I just would like to         06:15:52
25 hear what it is.                                       06:15:55

**516**

1      A.    Yeah, and I just answered that way         06:15:59
2  for my own benefit to make sure I answered            06:16:00
3  correctly.                                            06:16:03
4      Q.    Okay.  All right.  I might try to          06:16:04
5  ask you the same way.                                 06:16:07
6           Okay.  So turning now to                    06:16:09
7  April 2016, so this one appears pretty simple.        06:16:12
8           Can you just describe the flow             06:16:21
9  from the collection of room tax revenues by the       06:16:26
10 hoteliers?                                            06:16:28
11     A.    Yes.  During April of 2016, room          06:16:34
12 tax revenues would have been collected by            06:16:34
13 hoteliers, remitted to Tourism Company, a/k/a         06:16:37
14 deposited into Scotiabank Account 5142, and           06:16:43
15 then transferred to GDB Account 9758.                 06:16:47
16     Q.    Okay.  And does the fact that the          06:16:53
17 Flow of Funds stop here mean that hotel               06:16:56
18 occupancy tax revenues collected in April 2016        06:17:01
19 remained in the GDB 9758 account?                     06:17:05
20     A.    It means that during this time            06:17:12
21 period, there were no transfers out of the 9758       06:17:14
22 account.                                              06:17:19
23     Q.    Was there a transfer out of the           06:17:22
24 9758 account subsequent to this time period?          06:17:28
25     A.    No.                                        06:17:34

**517**

1      Q.    Okay.  So what moneys were                06:17:38
2  deposited were then remaining in the GDB 9758         06:17:40
3  account presumably through the GDB's title fix;       06:17:44
4  is that right?                                        06:17:50
5      A.    I am not positive.  I know that            06:17:50
6  account was dealt with in the GDB                     06:17:52
7  restructuring.                                        06:17:55
8      Q.    Okay.  Were you involved in the           06:17:55
9  GDB restructuring in any way?                         06:17:56
10     A.    No.                                        06:18:02
11     Q.    Okay.  And, again, during this            06:18:02
12 period, none of the accounts through which the        06:18:04
13 hotel occupancy taxes flowed were Commonwealth        06:18:11
14 accounts; is that correct?                            06:18:16
15     THE REPORTER:  I'm sorry.  Were                  06:18:16
16 what?                                                 06:18:20
17     MS. MILLER:  Commonwealth                        06:18:22
18 accounts.                                             06:18:22
19     THE REPORTER:  Thank you.                        06:18:23
20     THE WITNESS:  Correct.                           06:18:23
21 BY MS. MILLER:                                        06:18:23
22     Q.    Okay.  And again, as with the             06:18:24
23 prior period, exactly the same revenues flowed        06:18:29
24 through the 5142 account and the GDB 9758             06:18:31
25 account, correct?                                     06:18:37

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

75 (Pages 518 to 521)

---

**518**

1    A.    It would have been the same amount    06:18:41
2  that -- same revenue that was transferred by    06:18:43
3  hoteliers to 5142.  Transfers for the same    06:18:45
4  amount would be in total throughout April to    06:18:50
5  9758.    06:18:56
6    Q.    Okay.  So now let's go on to the    06:18:59
7  next one.  It's about to get a lot more    06:18:59
8  complicated.    06:19:09
9          Okay.  So here the hoteliers are    06:19:09
10  collecting taxes, and they're still    06:19:15
11  transferring them into the Scotiabank 5142    06:19:17
12  account; is that right?    06:19:20
13    A.    Right.    06:19:21
14    Q.    And then the money is being    06:19:22
15  transferred from the 5142 account into the 5144    06:19:24
16  account?    06:19:26
17    A.    Correct.    06:19:28
18    Q.    And is it your understanding that    06:19:30
19  during this period all of the hotel occupancy    06:19:31
20  taxes were transferred from the 5142 into the    06:19:34
21  5144 account?    06:19:40
22    A.    Yes.    06:19:44
23    Q.    Okay.  And have you seen    06:19:44
24  account-opening documents for the 5144 account?    06:19:45
25    A.    No, I have not personally seen    06:19:53

---

**519**

1  them.    06:19:55
2    Q.    Okay.  Do you know whether anybody    06:19:55
3  on your team has?    06:19:56
4    A.    I don't recall if anyone on the    06:20:00
5  team has or not.  I believe you could look at    06:20:02
6  the document we reviewed together earlier to    06:20:05
7  know for certain.    06:20:08
8    Q.    Okay.  Would you expect account    06:20:08
9  documents related to the 5144 account to    06:20:14
10  identify it as the surplus account?    06:20:16
11    A.    I'm not certain of what documents    06:20:22
12  would or would not be used to identify the    06:20:26
13  surplus account.    06:20:31
14    Q.    Well, I'm just asking if you -- we    06:20:37
15  saw the pledge account document.  It called the    06:20:39
16  account the pledge account.    06:20:41
17          Would you expect the account    06:20:43
18  documents related to this account to call it    06:20:45
19  the surplus account?    06:20:47
20    A.    I'm not certain what every    06:20:52
21  documented related to this account named the    06:20:54
22  account.    06:20:59
23    Q.    I'm asking you if you would expect    06:20:59
24  the account-opening documents to designate a    06:21:00
25  surplus account.    06:21:08

---

**520**

1    A.    I can't say one way or the other    06:21:09
2  whether an opening statement would say that or    06:21:12
3  not.    06:21:15
4    Q.    Would you expect any account, any    06:21:15
5  documents related to this account to identify    06:21:17
6  it as the surplus account?    06:21:19
7          MS. McKEEN:  Objection.    06:21:29
8          THE WITNESS:  I'm not positive of    06:21:31
9  documents that would or would not have been    06:21:33
10  used to make that determination.    06:21:35
11  BY MS. MILLER:    06:21:35
12    Q.    Okay.  Have you ever heard this    06:21:46
13  account referred to as the sweep concentration    06:21:57
14  account?    06:22:00
15    A.    You broke up there right at the    06:22:01
16  end.    06:22:02
17          Have you ever seen this account    06:22:04
18  referred to as the sweep concentration account?    06:22:05
19    A.    I can't recall if I've seen the    06:22:12
20  account referred to in that way or not.    06:22:16
21    Q.    What is a sweep concentration    06:22:23
22  account, as you understand it?    06:22:25
23    A.    I'm not certain of exactly what    06:22:26
24  that name -- the name of an account like that    06:22:46
25  would indicate.    06:22:47

---

**521**

1    Q.    Are you aware of any other    06:22:52
2  accounts called sweep concentration accounts    06:22:54
3  within the Commonwealth or instrumentality?    06:22:56
4    A.    No.    06:23:02
5    Q.    No.  Have you ever heard that term    06:23:02
6  with respect to the Tourism Company?    06:23:07
7    A.    I just can't recall.  People use    06:23:14
8  the term "sweep" and "concentration" very    06:23:16
9  loosely when referring to different accounts.    06:23:23
10          MS. MILLER:  Okay.  I would like    06:23:26
11  to mark as the next exhibit tab 2134, please.    06:23:30
12          (Monolines Exhibit 36 is    06:23:30
13          introduced for the record.)    06:23:30
14          THE WITNESS:  Excuse me.  Could we    06:23:55
15  make a 2-minute break?  I just drank a bunch of    06:23:55
16  coffee with coffee grounds with it.    06:24:00
17          MS. MILLER:  Sure.  I'll let you    06:24:03
18  take it even though there's a question pending.    06:24:04
19          Let's go off the record.    06:24:07
20          THE VIDEOGRAPHER:  We are off the    06:24:09
21  record at 6:24 p.m.    06:24:09
22          (Recess taken.)    06:24:14
23          THE VIDEOGRAPHER:  We are back on    06:24:45
24  the record at 6:25 p.m.    06:24:45
25    06:24:45

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

76 (Pages 522 to 525)

---

**522**

BY MS. MILLER:

Q.    Okay. So you have in front of you a document that was marked Monolines Exhibit 36.

Do you see that?

A.    I see the document.

Q.    Yeah. Is this a document that you've seen before?

A.    Is there a certified English translation?

Q.    I'm not sure. The answer is maybe. I don't think that what I'm going to have to do requires knowledge of Spanish. Other -- okay. There is a certified English translation. Do we want to wait for it?

A.    If you could.

Q.    Sounds like your Spanish is a lot better than mine. If you need the English translation, just let me know, and I'll stop and wait for that to be found.

A.    Fair enough.

Q.    So do you recognize Exhibit 36 as a corporate resolution of the Tourism Company of Puerto Rico?

A.    I see that's (indiscernible) --

---

**523**

THE REPORTER: I'm sorry. You broke up. The witness, your answer totally broke up for me. Sorry.

THE WITNESS: Sure. I said: Yes, I see that's what the document says.

THE REPORTER: Thank you.

BY MS. MILLER:

Q.    Okay. And you see that it lists a number of Tourism Company bank accounts in a chart starting about halfway through?

A.    Yes, I see that.

Q.    Could we magnify the exhibit a little bit? I think it's very hard to see the numbers. They're running together a little bit.

A.    Does that help?

Q.    If you have magnified it on your end. I have a hard copy that is slightly larger on my end. So if you can see it...

A.    I can see it.

Q.    Okay. Great. So do you see that the first account that's identified is the Scotiabank of Puerto Rico account Redacted 5144?

---

**524**

A.    Yes, I see that on the document.

Q.    Okay. And is that the account that is referred to in your Flow of Funds document as the Scotiabank 5144 account?

A.    Yes.

Q.    Okay. And do you see the next column over says:

Número de la cuenta?

A.    Yes.

Q.    And do you understand that to mean name of the account?

A.    Yes.

Q.    Okay. And the name of the account that's attributed to the 5144 account, can you just read what it's called in this document?

A.    This document lists the name of that account as "sweep concentration."

Q.    Okay. It doesn't list a surplus, does it?

A.    The document says "sweep concentration."

Q.    Okay. And looking at the May '16 to July '16 Flow of Funds, in fact, none of the accounts identified in this Flow of Funds is a Commonwealth account, is it?

---

**525**

A.    Could we have the Flow of Funds presentation during the --

Q.    Oh, sorry, yes. Yes. I'm sorry. We are not in hard copy. I forgot. Yes. Can we -- that was not a memory test.

MS. MILLER: Can we pull up Exhibit 32 again, please.

Thank you. It wasn't a trick, I promise.

A.    No problem.

BY MS. MILLER:

Q.    I'm old school. My desk is filled with the exhibits. I kind of assumed yours was too.

MS. MILLER: Was there anyone else -- did you want me to pull up the certified English translation? I'm happy to attach it to the exhibit that we marked just so we have it on a going forward basis, but unless anybody wants to see it right now, I was going to go back to the Flow of Funds document.

MS. McKEEN: I think we are okay.

MS. MILLER: Okay. Great, thank you.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

77 (Pages 526 to 529)

---

**526**

BY MS. MILLER:

Q.   Okay.  So let me just ask my question again.

Looking at the Flow of Funds from May '16 to July 2016, none of the accounts identified in this Flow of Funds is a Commonwealth account, correct?

A.   Correct.

Q.   And looking forward to the August '16 to February of 2017 account -- sorry -- Flow of Funds, here the room tax revenues collected by the hoteliers are still being transferred into the Scotiabank 5142 account; is that right?

A.   Correct.

Q.   And during this period, the money is now flowing next into the BPPR 2306 account; is that right?

A.   Correct.

Q.   Okay.  What's your understanding of what the BPPR 2306 account is?

A.   This account in this time period, this account is used to transfer monthly payments to BPPR 6545.

Q.   Okay.  So just looking back to the

---

**527**

January '15 to November 2015 period, that BPPR 2306 account is now taking the place of the GDB 9758 account; is that right?

UNIDENTIFIED SPEAKER:  Objection.

THE WITNESS:  It's not one -- one account -- accounts don't replace accounts in that way.  I don't think about it like that.

BY MS. MILLER:

Q.   Okay.  Well, when the GDB ceases to exist and you have to open an account in a new bank, wouldn't you think about it in that way?

MS. McKEEN:  Objection.

BY MS. MILLER:

Q.   So let me just -- and I don't know, is there a way to split the screen on the exhibit so that you can look at both the January 2015 to November 2015 and August 2016 to February 2016 Flow of Funds side by side?

A.   I don't know.

Q.   The message from people who know say there is not.  That's the definitive answer.  So okay.  All right.

So the first one will be easy because we still start with room taxes being

---

**528**

collected by hoteliers, right?

And in those periods, the moneys are transferred by the hoteliers into the Scotiabank 5142 account, correct?

A.   Correct.

Q.   Okay.  And my question is going to be -- and I'm happy to go back and forth as much as you want, but my question is going to be are exactly the same moneys -- so I don't mean like actual dollars but the same revenue streams, hotel occupancy taxes, that flow into the GDB 9758 account in the January 2015 to November 2015 period -- sorry.  Let me just ask it more simply.

Are the hotel occupancy tax revenues that flow into the GDB 9758 account from January '15 to November '15 the same hotel occupancy tax revenues that flow into the BPPR 2306 account in the August '16 to February '17 period?

A.   They're inherently not the same revenues because they're revenues from different time periods, but from August 2016 to February 2017, there are approximately $3 million monthly amounts being transferred

---

**529**

from Account 2360 to BPPR 6545.

Q.   Okay.  Are all of the hotel occupancy taxes collected between August '16 and February '17 transferred from 5142 to BPPR 2306?

A.   Yes.

Q.   And that's the same as the Flow of Funds from 5142 to GDB 9758 in the January '15 to November '15 period, correct?

A.   Thank you for allowing me to flip back.  Would you mind repeating the question now that I've had a chance to look at this?

Q.   Yeah.  That flow of all of the hotel occupancy taxes from 5142 to BPPR 2306 is the same Flow of Funds, although in two different accounts that we saw in January '15 to November '15.

So all of the hotel occupancy taxes go from 5142 into the next account, and at that time period it was GDB 9758, correct?

A.   Correct.

Q.   Okay.  And then you indicated that it's about 3-plus million during the August 16th to February 17th period that goes from the BPPR 2306 down to the BPPR 6545,

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                        April 23, 2020

78 (Pages 530 to 533)

530

1    correct?                                          06:37:05
2        A.    Correct.                                06:37:05
3        Q.    Okay.  And that is the same             06:37:07
4    proportional amount -- or not proportional        06:37:09
5    amount but the same dollar amount flowed each     06:37:13
6    month that flowed during the January '15 to       06:37:17
7    November '15 time period from the GDB 9758        06:37:19
8    account to the GDB 9947 account, correct?         06:37:25
9        A.    The payments were approximately         06:37:29
10   the same amount.                                  06:37:30
11       Q.    Okay.  And did the same                 06:37:32
12   approximate amount flow from the 9758 account     06:37:38
13   to the Scotiabank 5144 account in both time       06:37:40
14   period, so in January '15 to November '15 and     06:37:44
15   in August '16 to February '17?                    06:37:48
16       A.    Okay.  Could you repeat that            06:38:00
17   question, please?                                 06:38:02
18       Q.    Yeah.  Did the same amount of           06:38:02
19   hotel occupancy taxes or the same, yeah,          06:38:04
20   relative surplus amount of hotel occupancy        06:38:06
21   taxes flow from the 2306 account to the 5144      06:38:09
22   account and from the 9758 account to the 5144     06:38:15
23   account in the August '16 to February '17 and     06:38:20
24   January '15 to November '15 periods               06:38:25
25   respectively?                                     06:38:29

531

1        A.    Yes.                                    06:38:30
2        Q.    And, again, looking at the August       06:38:34
3    '15 to February '17 Flow of Funds, none of        06:38:37
4    these accounts is a Commonwealth account,         06:38:40
5    correct?                                          06:38:47
6        A.    Correct.                                06:38:47
7        Q.    Okay.  And is it your                   06:38:48
8    understanding that the moneys transferred into   06:38:50
9    the BPPR 6545 account during this time period    06:38:55
10   remain in that account?                           06:38:58
11       A.    During this time period, there         06:39:05
12   were no transfers out of the account.             06:39:07
13       Q.    Okay.  In a couple of flows, we         06:39:15
14   are going to get to transfer out of that          06:39:19
15   account into a First Bank 3961 account, so I'm    06:39:24
16   happy to flip forward to the February 2018 to     06:39:29
17   the present Flow of Funds.                        06:39:32
18          When the transfers were made               06:39:45
19   during this period, were all of the moneys that  06:39:46
20   were previously deposited into the BPPR 6545      06:39:48
21   account deposited into the First Bank account?    06:39:52
22       A.    Yes.                                    06:40:03
23       Q.    Okay.  So we skipped over one.  I       06:40:05
24   just want to go back to the March '17 to          06:40:08
25   January '18 Flow of Funds, and here there are     06:40:11

532

1    more errors further complicating things.          06:40:18
2           So let me start by asking:                 06:40:20
3    Hoteliers still collect the taxes, correct?       06:40:22
4        A.    Yes.                                    06:40:26
5        Q.    In the March '17 to January '18         06:40:27
6    period.  After collecting the taxes, they         06:40:30
7    continued to transfer those moneys to the         06:40:33
8    Scotiabank 5142 account, correct?                 06:40:36
9        A.    Correct.                                06:40:39
10       Q.    Okay.  What moneys flowed from the      06:40:40
11   5142 account to the 6545 account during this      06:40:49
12   period?                                           06:40:53
13       A.    During this time period, the           06:40:58
14   approximately $3 million per month is             06:41:01
15   transferred from 5142 to 6545.                    06:41:03
16       Q.    Okay.  And what moneys are              06:41:07
17   transferred from 5142 to 2306?                    06:41:10
18       A.    It depends.  I think at this time       06:41:21
19   account 5142 had some maximum dollar threshold    06:41:25
20   limits, and so then amounts received from         06:41:29
21   hoteliers that exceed those limits, Scotiabank    06:41:174
22   5142 transferred those funds to 2306, assuming    06:41:42
23   they're in excess of the $3 million monthly       06:41:43
24   payments made to 6545.                            06:41:50
25       Q.    Got it.  And then -- okay.  And         06:41:54

533

1    then what moneys are transferred to the 5144      06:41:58
2    account from the -- sorry.                        06:42:00
3           What moneys are transferred from           06:42:05
4    the 5142 account to the 5144 account?             06:42:07
5        A.    To the -- the surplus of hotelier       06:42:12
6    room tax revenue is remitted to 5142.  So         06:42:18
7    hoteliers remit room taxes to 5142, and the       06:42:21
8    monthly payment going to 6545.  And in this       06:42:31
9    flow it's the same kinds of revenue that would    06:42:36
10   go from 5142 to 2306 or directly to 5144, just    06:42:39
11   depending on the cash management system and the   06:42:45
12   way this -- the account maximum balance           06:42:47
13   threshold worked.                                 06:42:51
14       Q.    And do you have an understanding        06:42:58
15   of why approximately $3 million a month was       06:42:59
16   transferred from 5142 to 6545?                    06:43:02
17          MS. McKEEN:  Objection.                    06:43:08
18          THE WITNESS:  I don't know why the         06:43:16
19   exact amount was -- is that amount, it would      06:43:17
20   transfer.                                         06:43:21
21   BY MS. MILLER:                                    06:43:21
22       Q.    But do you know why the money was       06:43:24
23   being separated in this way and certain amounts   06:43:26
24   transferred to 6545 and other amounts to 5144?    06:43:28
25          MS. McKEEN:  I'll articulate the           06:43:47

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

79 (Pages 534 to 537)

**534**

1     same objections as I did yesterday and made
2     clear that the witness wasn't supposed to be
3     giving testimony about why the Commonwealth
4     took certain actions. So, like I did
5     yesterday, I'm going to instruct the witness
6     not to answer the question.
7     BY MS. MILLER:
8        Q.   Okay. So let me ask you, then:
9          Is that a question that you could
10    answer but for the objection of your counsel?
11       **A.   I'm not positive.**
12       Q.   Okay. Okay. So looking at the
13    next sheet in the Flow of Funds, the next Flow
14    of Funds part, this is February 2018 to the
15    present.
16          And the first part corresponds to
17    the Flow of Funds that we saw previously from
18    March '17 to January '18. I'm happy to go back
19    to that if it doesn't look visually the same to
20    you. I'm going to limit my questions to the
21    bottom account.
22       **A.   Okay.**
23       Q.   Mr. Ahlberg, do you want to go
24    back, or are you sufficiently familiar with
25    these to understand that the top two lines are

**535**

1    the top two rows of transfer focusing?
2       **A.   I understand they're the same.**
3       Q.   Okay. So just looking at the
4    bottom, the three accounts designated in the
5    bottom row here, so moneys go from -- let's
6    start at the beginning again.
7          The hoteliers collect the room
8    taxes, they then transfer them to Scotiabank
9    5142 account, and that's something that's
10    consistent throughout the time period covered
11    by all of these Flow of Funds, correct?
12       **A.   Correct.**
13       Q.   And then the 3-plus million is
14    then transferred from the 5142 account to the
15    BPPR 6545 account, correct?
16       **A.   Correct.**
17       Q.   Okay. And then moneys flow to the
18    First Bank 3961 account, correct?
19       **A.   During this time period, that's**
20    **correct.**
21       Q.   Okay. And what moneys flowed into
22    the First Bank 3961 account?
23       **A.   The approximately 3 million**
24    **monthly payments would be transferred into the**
25    **First Bank 3691 account.**

**536**

1       Q.   As well as any moneys that have
2    previously been transferred into the BPPR 6545
3    account, correct?
4       **A.   Yes.**
5       Q.   Okay. And then moneys are
6    transferred into the First Bank 2984 account.
7    Do you see that?
8       **A.   Yes.**
9       Q.   What is the 2984 account?
10       **A.   This is an account into which the**
11    **interest earned on deposits was transferred.**
12       Q.   Okay. So does that mean that the
13    principal amounts remained in the 3961 account
14    and only interest amounts earned flowed into
15    the 2984 account?
16       **A.   Yes.**
17       Q.   Okay. So what is the First Bank
18    3961 account?
19       **A.   An account at this time that's**
20    **being used to accumulate the approximately**
21    **$3 million monthly payment.**
22       Q.   Okay. And do you know if this
23    account has a name?
24       **A.   I don't know off the top of my**
25    **head if this account has a name or not.**

**537**

1       Q.   Do you know if this is a debt
2    service reserve account?
3       **A.   Again, I'm just not certain of the**
4    **name of this account or not.**
5       Q.   Okay. So you know the name of a
6    whole lot of BPPR accounts, but you don't know
7    the name of this account?
8        UNIDENTIFIED SPEAKER: Objection.
9        MS. McKEEN: Objection,
10    argumentative.
11    BY MS. MILLER:
12       Q.   It's just a yes or no.
13        MS. McKEEN: It would be nice if
14    you can ask questions. It's been a very long
15    day for us.
16        MS. MILLER: Can we pull up tab
17    2124, please.
18    BY MS. MILLER:
19       Q.   Have you ever seen any account
20    statements for this FirstBank 3961 account?
21       **A.   I believe so, but I can't recall**
22    **looking at these specific ones off the top of**
23    **my head.**
24       Q.   Okay. So while we are pulling up
25    that exhibit, the last transfer that we haven't

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                        April 23, 2020

80 (Pages 538 to 541)

---

**538**

1  spoken about on this Flow of Funds is a                    06:49:02
2  $15 million, quote, discrete one-time transfer             06:49:06
3  to the BPPR 9458 account.  Do you see that?                06:49:12
4        A.    I don't see that on my screen, but            06:49:15
5  I do know the transfer you're referring to.                06:49:20
6        Q.    Sorry.  Okay.  I think it might be            06:49:25
7  sufficiently long -- my headset's dying.  Okay.            06:49:30
8        What is that $15 million transfer?                   06:49:34
9        A.    It's a transfer from the FirstBank            06:49:39
10  account to a Commonwealth account.                         06:49:42
11        Q.    And what was that transfer for?              06:49:52
12        A.    The -- I believe the transfers for          06:49:56
13  the Renew Your School program, I think it's               06:49:57
14  called.                                                    06:50:03
15        Q.    Okay.  And do you know whether               06:50:10
16  that transfer of $15 million came from the                06:50:12
17  hotel occupancy tax monthly payment?                      06:50:20
18        A.    Yes.                                          06:50:33
19        Q.    And did it?                                   06:50:34
20        A.    Yes.                                          06:50:37
21        Q.    Do you know when that payment was            06:50:40
22  made?                                                      06:50:45
23        A.    When the $15 million transfer was           06:50:47
24  made?                                                      06:50:49
25        Q.    Yeah.                                         06:50:50

---

**540**

1  Funds presentation page?                                   06:52:28
2        Q.    Oh.  Yes, before we do that, let's           06:52:33
3  just do -- I'll come back to that question.                06:52:37
4  While we have Monolines Exhibit 37 up.                     06:52:40
5        (Monolines Exhibit 37 is                             06:52:40
6        introduced for the record.)                          06:52:40
7  BY MS. MILLER:                                              06:52:40
8        Q.    I've marked as Monolines                      06:52:45
9  Exhibit 37 a statement of account from the                06:52:47
10  FirstBank account.                                         06:52:49
11        Do you see that?                                    06:52:57
12        A.    Yes.                                          06:52:57
13        Q.    And this is the -- looking for the           06:52:58
14  account number.  Okay, so the account number is           06:53:04
15  3961.  This is from the FirstBank 3961 account.           06:53:07
16        Do you see that?  It's on the                       06:53:18
17  left-hand side.  It starts with 0 star on the             06:53:19
18  upper -- sorry -- upper right-hand side starts            06:53:22
19  with 0 star, 03.                                           06:53:27
20        A.    Yes, I see that.  Thank you.                 06:53:32
21        Q.    Okay.  So you see this is the 3961           06:53:34
22  bank account, correct?                                    06:53:37
23        A.    Yes.                                          06:53:38
24        Q.    And you see on the left-hand side           06:53:38
25  the statement of account is directed to the               06:53:40

---

**539**

1        A.    I can't recall if I had this                 06:50:51
2  specific date.  We may have (indiscernible).              06:51:10
3        THE REPORTER:  I'm sorry.  I'm                      06:51:10
4  sorry, Mr. Witness.  You just broke up in your            06:51:12
5  answer.  Can you repeat that, please?                     06:51:13
6        THE WITNESS:  I don't remember                      06:51:21
7  specifically what I said other than clarifying            06:51:21
8  that I'm not positive off the top of my head              06:51:26
9  the exact date of that $15 million transfer.             06:51:28
10  BY MS. MILLER:                                             06:51:28
11        Q.    Are there any moneys, Mr. Ahlberg,          06:51:32
12  in this FirstBank 3961 account that are not              06:51:34
13  from this 3-plus million monthly transfers of            06:51:37
14  hotel occupancy taxes?                                    06:51:41
15        A.    No.                                          06:51:46
16        Q.    Okay.  And what is the BPPR 9458            06:51:52
17  account?                                                   06:51:59
18        A.    Can you clarify what you mean by           06:52:08
19  "What is that account?"                                    06:52:11
20        Q.    Yeah, you said it's a Commonwealth          06:52:12
21  account.  And it indicates that it has                     06:52:14
22  comingled funds.                                           06:52:14
23        Were there funds held in this                      06:52:20
24  account held for a particular purpose?                    06:52:22
25        A.    Can we pull up that last Flow of           06:52:25

---

**541**

1  Tourism Company?                                           06:53:42
2        A.    Yes.                                          06:53:48
3        Q.    And then it says Debt Service                06:53:49
4  Reserve.  Do you see that?                                 06:53:51
5        A.    I see that.                                   06:53:53
6        Q.    And do you understand that to be            06:53:53
7  the name of this account?                                  06:53:55
8        A.    That's what this statement says.           06:54:01
9        Q.    Okay.  So let's pull up Exhibit 32          06:54:04
10  again.  And let's just look at the last page.            06:54:08
11        Okay.  So while we are waiting for                06:55:16
12  the last page of Exhibit 32 to be pulled up,             06:55:17
13  I'm just going to check what my question was.            06:55:21
14        Okay.  So with Exhibit 32 back in                 06:55:44
15  front of you, can you tell me what kind of               06:55:47
16  Commonwealth account this is or what kind of             06:55:50
17  account the BPPR 9458 account is?                         06:55:52
18        A.    I believe that's the TSA                    06:56:03
19  operational account at this time.                         06:56:05
20        Q.    And how do you know that the                06:56:12
21  moneys were transferred in for the Renew Your            06:56:14
22  School program?                                           06:56:20
23        A.    I have reviewed documents                   06:56:27
24  recording the $15 million transfer that                   06:56:41
25  referenced the Renew Your School program.                06:56:45

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

81 (Pages 542 to 545)

---

**542**

1  Q.      And do you know whether they were
2  identified when transferred into the 9458
3  account with any particular accounting or other
4  designation, Fund or account designation that
5  would specifically allocate them to the Renew
6  Your School program?
7  A.      I'm not certain of the exact
8  accounting treatment that was used to record
9  that transfer.
10  Q.      Okay. But you believe that there
11  is some indication in the transfer document
12  that specified that these moneys are for the
13  Renew Your School program?
14  A.      I believe so, yes.
15  Q.      Okay. And do you know whether
16  those moneys were ever transferred from the TSA
17  operational account to a third party or
18  another -- sorry, let me just ask simply:
19         Do you know whether those moneys
20  were ever transferred out of the TSA
21  operational account?
22  A.      I'm not certain if there was or
23  was not an outflow from the TSA account for the
24  Renew Your School program.
25  Q.      Okay. You did not see any

---

**543**

1  outflows indicating that these transfer hotel
2  occupancy taxes were moving out of the TSA, did
3  you?
4  A.      No, but as soon as the $15 million
5  is transferred to the TSA, it's comingled and
6  indistinguishable from other dollars.
7  Q.      Right. But as we saw previously,
8  there was an outflow identifying the revenue
9  source of the hotel occupancy tax. You would
10  be able to see that, correct?
11         UNIDENTIFIED SPEAKER: Objection.
12         THE WITNESS: I can't speculate
13  one way or the other.
14  BY MS. MILLER:
15  Q.      Well, we looked at a number of
16  documents where you identified the ability to
17  know that it was particular revenues from
18  comingled accounts because there were
19  accounting or other documents that so
20  designated them on the outflow side.
21         Do you recall that?
22         MS. McKEEN: Objection.
23         THE WITNESS: Yes.
24  BY MS. MILLER:
25  Q.      Okay. And if you had seen some

---

**544**

1  more outflow documents with respect to these
2  hotel occupancy taxes that were transferred
3  into the BPPR 9458 account during the February
4  '18 to the present time period, you would have
5  indicated that on this chart in the next step
6  of the Flow of Funds, wouldn't you?
7  A.      Would you mind repeating the
8  question?
9  Q.      Yeah, let me rephrase it.
10         Does the fact that there is no
11  subsequent transfer identified on the February
12  '18 to present Flow of Funds mean that you did
13  not see any outflow documents from the 9458
14  account that specifically identified the hotel
15  occupancy taxes as the revenue source?
16  A.      I have not certainly seen a
17  document that would indicate a transfer out of
18  the TSA indicating the revenue source was the
19  $15 million of hotel taxes.
20         MS. McKEEN: Atara, we have been
21  going for about two hours. It's been about an
22  hour since you said you were going to try to
23  wrap it up. So what's the plan here?
24         MS. MILLER: So I have over -- I
25  have 13 hours. Okay. So I have one more

---

**545**

1  question and then I was going to call a break
2  and caucus and hopefully just end.
3         MS. McKEEN: Okay. So let's have
4  one more question, then.
5  BY MS. MILLER:
6  Q.      Okay. So looking back at the
7  January '15 to November '15 Flow of Funds, back
8  a few pages in Exhibit 32, are there any
9  outflows from the 9758 account that are not
10  reflected on this chart?
11  A.      It is possible that there's a
12  one-off transaction that's not captured that's
13  intended as a summary document to show the
14  general Flow of Funds during this time period.
15         MS. MILLER: So, Liz, I lied. I
16  said I had one question. I had two. I've been
17  saving this one for a long time.
18         MS. McKEEN: I knew it wouldn't be
19  one.
20  BY MS. MILLER:
21  Q.      Mr. Ahlberg, you indicated that
22  you were confident that the GDB 9758 account
23  was the transfer account based on how -- the
24  moneys that flowed into it.
25         Can you explain to me what about

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                                     April 23, 2020

82 (Pages 546 to 549)

---

**546**

1   the GDB 9758 account makes you confident that          07:03:47
2   it is the transfer account?                            07:03:52
3        A.    After discussions with the Tourism          07:04:02
4   Company, I'm confident that that's the transfer         07:04:04
5   account.                                                07:04:08
6        Q.    So there is nothing specific about           07:04:12
7   the nature of the moneys that flowed into it,           07:04:14
8   how the account was used or any documents that          07:04:19
9   makes you confident that it's the transfer             07:04:23
10  account. It's based exclusively on                      07:04:26
11  conversations that you had with Gustavo?               07:04:28
12       MS. McKEEN:  Object to the form.                   07:04:33
13       THE WITNESS:  Would you repeat                      07:04:49
14  that question?                                          07:04:50
15       MS. MILLER:  Could the court                        07:04:53
16  reporter read it back, please.                          07:04:54
17       (Record read as requested.)
18       "So there is nothing specific
19       about the nature of the moneys
20       that flowed into it, how the
21       account was used or any
22       documents that makes you
23       confident that it's the
24       transfer account.  It's based
25       exclusively on conversations

---

**547**

1   that you had with Gustavo?"                             07:05:24
2        THE WITNESS:  Me, personally, it's               07:05:24
3   based on my conversations with Gustavo, but I          07:05:25
4   can't say that Gustavo didn't consider various         07:05:31
5   factors when determining that.                         07:05:35
6   BY MS. MILLER:                                          07:05:35
7        Q.    Okay.  And you, as the corporate            07:05:41
8   representative testifying today, have no idea          07:05:42
9   what Gustavo may have considered or been               07:05:46
10  relying on?                                             07:05:49
11       UNIDENTIFIED SPEAKER:  Objection.                  07:05:50
12       THE WITNESS:  I just cannot recall                 07:05:51
13  at this moment any documents he may or may not          07:05:54
14  have relied upon to make that determination.           07:05:56
15       MS. MILLER:  Okay.  All right.                     07:05:58
16  Can we take a 5-minute break?  And I think             07:06:00
17  we'll conclude when we come back.                       07:06:06
18       MS. McKEEN:  Atara, just to warn                   07:06:11
19  you, I will have redirect, but I think it will         07:06:14
20  probably last 45 minutes.                               07:06:18
21       MS. MILLER:  Okay.  Thank you.                     07:06:22
22  We'll come back.                                        07:06:22
23       THE VIDEOGRAPHER:  We are off the                  07:06:24
24  record at 7:06 p.m.                                     07:06:24
25       (Recess taken.)                                    07:06:27

---

**548**

1        THE VIDEOGRAPHER:  We are back on                 07:14:54
2   the record at 7:16 p.m.                                07:15:40
3        MS. MILLER:  Mr. Ahlberg, we have                 07:15:44
4   no further questions for you.                          07:15:45
5        I want to thank you for your time                 07:15:46
6   today and on Tuesday and the hard work you put         07:15:49
7   into preparing the Flow of Funds documents.            07:15:51
8        THE WITNESS:  Thank you, Madam.                   07:15:55
9        EXAMINATION                                        07:15:57
10  BY MS. McKEEN:                                           07:15:57
11       Q.    Thank you, Mr. Ahlberg.  I just             07:16:00
12  have a couple of questions for you, and I will         07:16:02
13  now also thank you for your time.                      07:16:05
14       MS. McKEEN:  Atara, if your                        07:16:08
15  colleague could please pull up Exhibit 11 to          07:16:11
16  Mr. Ahlberg's deposition, please.                      07:16:14
17  BY MS. McKEEN:                                           07:16:14
18       Q.    Mr. Ahlberg, this is previously             07:16:18
19  marked as Exhibit 11 to your deposition, and I        07:16:40
20  believe you testified that is a voucher that          07:16:42
21  HTA submitted.  Do you recall that testimony?         07:16:46
22       A.    Yes.                                          07:16:48
23       Q.    Did vouchers like this have to be           07:16:50
24  approved by the Puerto Rico Treasury                   07:16:53
25  Department?                                            07:16:59

---

**549**

1        A.    Yes.                                          07:16:59
2        Q.    Does this document reflect that             07:17:01
3   approval anywhere?                                      07:17:07
4        A.    Yes.                                          07:17:07
5        Q.    And in your experience, would              07:17:10
6   payment in connection with a voucher like this        07:17:13
7   have been made without Treasury's approval?           07:17:16
8        A.    No.                                          07:17:22
9        Q.    Okay.  Could I have Exhibit 14,            07:17:23
10  please.                                                07:17:26
11       Mr. Ahlberg, this was previously                  07:17:27
12  marked as Exhibit 14 to your deposition.  Was         07:17:54
13  this report prepared by HTA or by the                 07:18:03
14  Puerto Rico Treasury Department?                       07:18:06
15       A.    Document was prepared by HTA.              07:18:10
16       Q.    And if you look in the bottom              07:18:14
17  right-hand corner of the document, there's            07:18:16
18  reference to somebody named Hector Melendez.          07:18:16
19       Do you see that?                                  07:18:23
20       A.    Yes.                                          07:18:24
21       Q.    Was Hector Melendez an employee of         07:18:24
22  HTA?                                                   07:18:28
23       A.    Yes.                                          07:18:28
24       Q.    And when it refers to Treasury             07:18:30
25  office underneath his name, is Treasury office        07:18:36

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                                April 23, 2020

83 (Pages 550 to 553)

---

550

```
 1   a part of HTA?                                    07:18:39
 2         A.    Yes, that refers to the Treasury       07:18:44
 3   office within HTA.                                 07:18:46
 4         Q.    And is that Treasury office part       07:18:53
 5   of Hacienda?                                       07:18:59
 6         A.    No.                                    07:18:59
 7               MS. McKEEN:  Thank you.  I don't        07:19:00
 8   have any more questions for you.  I appreciate     07:19:02
 9   your time both today and Tuesday, Mr. Ahlberg.     07:19:02
10   Pass the witness.                                  07:19:08
11               MS. MILLER:  So I object to those      07:19:08
12   questions as leading, I guess too late.            07:19:09
13               But I have, Liz, based on your         07:19:15
14   questions, a couple of additional documents and    07:19:19
15   some additional questions that I'd like to ask     07:19:21
16   the witness, but it's going to take me a minute    07:19:23
17   to find them.                                      07:19:26
18               So if we can go off the record         07:19:26
19   just for a minute, I shouldn't have more than      07:19:30
20   5 minutes of questioning when we come back.        07:19:32
21               MS. McKEEN:  Sounds good.  How         07:19:36
22   long do you want to stay off?  Break for 5 and     07:19:39
23   then come back for 5?                              07:19:43
24               MS. MILLER:  Let's break for 5,        07:19:44
25   yeah.                                              07:19:46
```

551

```
 1               THE VIDEOGRAPHER:  We are off the       07:19:47
 2   record at 7:20 p.m.                                07:19:47
 3               (Recess taken.)                         07:19:55
 4               THE VIDEOGRAPHER:  We are back on       07:28:32
 5   the record at 7:30 p.m.                            07:29:41
 6   BY MS. MILLER:                                     07:29:41
 7         Q.    Mr. Ahlberg, what is your              07:29:45
 8   involvement in the voucher approval process?       07:29:47
 9         A.    I am not personally involved in        07:29:54
10   voucher approval processes.                        07:29:56
11         Q.    Who did you speak to about the         07:29:59
12   voucher approval process between your              07:30:02
13   deposition yesterday -- on Tuesday and today?      07:30:07
14         A.    I apologize.  Could you repeat the     07:30:14
15   question?                                          07:30:16
16         Q.    Who did you speak to about the         07:30:17
17   voucher approval process between your              07:30:19
18   deposition on Tuesday and today?                   07:30:20
19         A.    I haven't spoken with anybody else     07:30:29
20   other than counsel between Tuesday and today.      07:30:35
21         Q.    And did you -- I forgot to ask you     07:30:37
22   at the beginning.                                  07:30:37
23               Did you meet with counsel between      07:30:39
24   your deposition yesterday -- sorry, your           07:30:39
25   deposition on Tuesday and today?                   07:30:42
```

552

```
 1         A.    We had a phone call yesterday.         07:30:47
 2         Q.    And how long was that phone call?      07:30:52
 3         A.    I think it was less than 30            07:30:54
 4   minutes.                                           07:30:54
 5               MS. MILLER:  I'm going to put on       07:31:04
 6   the record that that conversation was while you    07:31:10
 7   were under oath and during open testimony.  I'm    07:31:10
 8   going to refrain from asking about it as a         07:31:12
 9   courtesy to opposing counsel.                      07:31:15
10   BY MS. MILLER:                                     07:31:15
11         Q.    Did you speak to anybody at           07:31:21
12   Treasury about the voucher approval process?       07:31:23
13         A.    In between Tuesday and today.          07:31:29
14         Q.    No, in general.                        07:31:34
15         A.    I didn't have to ask anyone about      07:31:34
16   the voucher approval process.  Just due to the     07:31:40
17   nature of my work with the Commonwealth, I'm       07:31:44
18   familiar with the voucher approval process.        07:31:47
19         Q.    Okay.  So you're not involved in       07:31:49
20   it in any way?                                     07:31:52
21         A.    I'm not involved in the voucher        07:31:53
22   approval process.                                  07:31:55
23         Q.    Okay.  And so you don't know           07:31:57
24   whether there are any vouchers that relate to      07:31:58
25   certain entities that may or may not be            07:32:02
```

553

```
 1   Treasury approval based?                           07:32:09
 2               MS. McKEEN:  Objection.               07:32:11
 3               THE WITNESS:  I can't speculate on     07:32:14
 4   the hypothetical vouchers.                         07:32:18
 5               MS. MILLER:  Okay.  Okay.  I have      07:32:22
 6   no further questions.                              07:32:26
 7               MS. McKEEN:  I have no further         07:32:28
 8   questions for you either, Mr. Ahlberg.             07:32:29
 9               Thank you very much for your time      07:32:31
10   over these two days.                               07:32:33
11               THE WITNESS:  Thank you, everyone.     07:32:37
12               MR. ZOUAIRABANI:  This is Nayuan.      07:32:39
13   I would like to make a reservation of rights       07:32:39
14   for the DRA parties on the record before we        07:32:39
15   call it a night.                                   07:32:39
16               THE REPORTER:  I'm sorry.  Who is      07:32:39
17   this?                                              07:32:39
18               MR. ZOUAIRABANI:  This is Nayuan       07:32:39
19   Zouairabani on behalf of AmeriNational            07:32:52
20   Community Services, LLC.  I can spell my last      07:32:52
21   name and my first name if you want.                07:32:52
22               THE REPORTER:  No, that's okay.  I     07:32:54
23   got it.  Thank you.                                07:32:59
24               MR. ZOUAIRABANI:  Okay.  The DRA       07:32:59
25   parties have not made any questions or not made    07:33:03
```

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                  April 23, 2020

84 (Pages 554 to 557)

---

554

1   any active participation during Tuesday and          07:33:06
2   today's deposition in compliance with                07:33:09
3   Judge Dein's March 3, 2020 order.                     07:33:15
4            Such action or inaction does not             07:33:15
5   constitute, and should not be interpreted as a        07:33:18
6   waiver of any sort of the DRA parties to seek         07:33:20
7   and obtain discovery as part of their DRA             07:33:23
8   lift-stay motion, which rights are preserved in       07:33:27
9   the March 3, 2020 order.                              07:33:29
10           That is the intent of the                    07:33:34
11  reservation of rights that I want to make.            07:33:36
12           MS. McKEEN:  Thank you, Counsel.             07:33:36
13  We reserve all rights with respect to                 07:33:38
14  everything you just said on the record.               07:33:40
15           I don't have anything further.               07:33:45
16  Thank you, Mr. Ahlberg.                                07:33:46
17           THE WITNESS:  Thank you.                     07:33:49
18           THE VIDEOGRAPHER:  We are going              07:33:51
19  off the record at 7:34 p.m.  This concludes the       07:33:51
20  video deposition of Timothy Ahlberg.                  07:33:54
21           (Ending time noted 7:34 p.m.)
22
23
24
25

---

556

1   aforesaid.
2            I further certify that the signature to
3   the foregoing deposition was not waived by
4   counsel for the respective parties.
5            I further certify that I am not counsel
6   for nor in any way related to the parties to
7   this suit, nor am I in any way interested in
8   the outcome thereof.
9            IN TESTIMONY WHEREOF:  I have hereunto
10  set my hand and affixed my notarial seal this
11  24th day of April, 2020.
12
13
14
15
16           Cynthia J. Conforti, CSR, CRR
17           CSR License No. 084-003064
18
19
20
21
22
23
24
25

---

555

1   STATE OF ILLINOIS  )
2                      ) SS:
3   COUNTY OF C O O K  )
4
5        I, Cynthia J. Conforti, a notary public
6   within and for the County of Cook and State of
7   Illinois, do hereby certify that heretofore,
8   to-wit, on the 23rd day of April, 2020,
9   virtually appeared TIMOTHY H. AHLBERG, in a
10  cause now pending and undetermined in the
11  United States District Court for the District
12  of Puerto Rico, IN RE: THE FINANCIAL OVERSIGHT
13  AND MANAGEMENT BOARD FOR PUERTO RICO, AS
14  REPRESENTATIVE OF THE COMMONWEALTH OF PUERTO
15  RICO, et al., DEBTORS.
16       I further certify that the said witness
17  was first duly sworn to testify the truth, the
18  whole truth and nothing but the truth in the
19  cause aforesaid; that the testimony then given
20  by said witness was reported stenographically
21  by me in the presence of the said witness, and
22  afterwards reduced to typewriting by
23  Computer-Aided Transcription, and the foregoing
24  is a true and correct transcript of the
25  testimony so given by said witness as

---

557

1        ACKNOWLEDGMENT OF DEPONENT
2
3        I, _____, do hereby
4   acknowledge that I have read and examined the
5   foregoing testimony, and the same is a true, correct
6   and complete transcription of the testimony given by
7   me, and any corrections appear on the attached Errata
8   Sheet signed by me.
9
10  _____    _____
11  (DATE)              (SIGNATURE)
12
13       NOTARIZATION  (If Required)
14
15  State of _____
16  County of _____
17
18  Subscribed and sworn to (or affirmed) before me on
19  this _____ day of _____, 20____, by
20  _____, proved to me on the
21  basis of satisfactory evidence to be the person who
22  appeared before me.
23
24  Signature: _____
25           (Seal)

---

Henderson Legal Services, Inc.

202-220-4158                      www.hendersonlegalservices.com

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

1

| A | | | | |
|---|---|---|---|---|
| **a.m** 225:22 | 276:5 279:10 | 362:17,19 | 404:9,13,14 | 438:1 440:9 |
| 235:8 284:9 | 284:23 | 363:1,10,24 | 405:13,14,20 | 440:12,14,14 |
| 361:17 | 307:25 | 364:2,10,11 | 406:10,20,22 | 440:21 441:3 |
| **a/k/a** 516:13 | 309:18,21,24 | 364:16,21,21 | 407:2,10,11 | 441:12,22 |
| **AAFAF** 276:4 | 310:10,14,15 | 364:25 365:6 | 407:13,15,16 | 442:14 443:3 |
| 294:17 | 311:4 316:17 | 365:7,16,16 | 408:2,2,3,5 | 443:13,19,21 |
| 415:22 | 318:24 | 365:18,18,22 | 408:12,15,15 | 444:19,19 |
| **ability** 367:3 | 319:15 320:3 | 365:23,25 | 408:19,22 | 445:15 |
| 543:16 | 320:6,7,8,9 | 366:2,3,8,8 | 409:1,9,11 | 450:18 455:3 |
| **able** 344:9 | 321:21,24 | 366:24,25 | 409:13,23,25 | 455:12,19,23 |
| 346:24 | 322:3,7,11 | 367:3 368:2 | 410:4,4,9,11 | 455:24 456:3 |
| 347:13 | 322:14,15,21 | 368:17,20,25 | 410:12,13,21 | 456:5,11,13 |
| 354:10,19 | 322:22,22 | 369:1,4,10 | 410:21,25 | 457:1,2,3,7,8 |
| 355:7,15,19 | 325:2 326:1 | 369:11,12,17 | 411:4,7,15 | 457:11,15,19 |
| 373:24 | 326:2,2 | 369:18,19,25 | 411:22 412:1 | 457:25,25 |
| 392:23 | 328:10,21 | 370:2,7,9,15 | 412:2,3,23 | 458:4,5,7,8 |
| 402:20,23 | 331:9 337:25 | 370:16,20,25 | 413:14,17,22 | 458:11,12,16 |
| 412:3 413:8 | 339:12,25 | 371:2 372:22 | 420:9 421:20 | 458:16,25 |
| 413:15,16,20 | 340:1 341:18 | 372:25 373:7 | 422:14,15,18 | 459:3,4,8 |
| 413:25 | 342:3,8,9,20 | 373:18,20,24 | 422:21,25 | 460:7,8,10 |
| 461:15 | 343:13 344:1 | 375:11 | 423:5 424:2 | 460:22,22 |
| 462:10,19 | 344:10,11,20 | 380:13 | 424:6,9,14 | 461:4,5,13 |
| 469:16 482:3 | 344:20 345:1 | 381:20 387:5 | 424:18 425:4 | 462:12 |
| 501:10 509:7 | 345:2 346:2 | 387:10 393:3 | 425:7,9,11 | 463:20,20,22 |
| 543:10 | 346:11,18 | 393:3,6,8,9 | 425:13 | 463:25 464:1 |
| **acceptable** | 347:8,10 | 393:14,17,18 | 426:23 428:7 | 464:3,4 |
| 266:23 | 348:11 | 393:20,21,24 | 428:18,20 | 465:19,20,22 |
| **access** 253:10 | 349:12,16,17 | 394:1,3,4,5,6 | 429:6,8,11 | 465:24,25 |
| **accessed** | 349:20,21 | 394:7,10,13 | 429:11,15,20 | 466:5,6,9,10 |
| 349:4 | 350:13,14,20 | 394:17,18,22 | 429:21,24,24 | 466:11,13,14 |
| **accompanyi...** | 350:20 351:9 | 394:24 395:5 | 430:2,3,4,5 | 466:15,16,16 |
| 345:8 | 351:10 353:3 | 395:10,14,16 | 430:12,17,18 | 466:17,20,21 |
| **accomplish...** | 353:5,20 | 395:17,18,23 | 431:3,3,7,8 | 466:25 467:5 |
| 374:9,11 | 354:3,4,7,12 | 395:24 396:1 | 431:17,17,20 | 467:6,15 |
| **accomplished** | 354:23,25 | 396:3 397:9 | 431:21,24,24 | 472:9,10,13 |
| 348:19 | 355:3,5,8,9 | 397:25 399:4 | 432:6,6,9,10 | 472:13,17 |
| **account** | 355:12,13,17 | 399:23,24 | 432:11,22,23 | 473:7,13,15 |
| 230:14 231:8 | 355:17,23 | 400:15 | 432:24 433:8 | 473:23,25 |
| 231:10,10 | 356:16,20 | 401:24,25 | 433:15,18,24 | 474:5,6,15 |
| 232:11 233:9 | 358:13 | 402:9,18,19 | 434:12 435:2 | 474:16,19,20 |
| 234:6,7,8,14 | 359:18,19,25 | 402:21,22,25 | 436:11,14 | 474:23,23 |
| 234:15 239:7 | 360:3,6,7 | 402:25 | 437:3,3,21 | 475:1,1,6,7 |
| | 361:23 | 403:15,15 | 437:23,25 | 475:13,13,13 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

2

| | | | | |
|---|---|---|---|---|
| 475:24,25,25 | 499:22,23 | 526:10,13,17 | 519:24 | 241:16 |
| 476:1,6,25 | 500:2,20,22 | 526:21,22,23 | **accountant** | 242:10 |
| 477:11,12,20 | 500:25 | 527:2,3,6,10 | 292:13 | 279:14 |
| 477:20,25,25 | 501:23 502:2 | 528:4,12,16 | 323:16 | 298:22 299:1 |
| 478:17 479:7 | 502:2,7,15 | 528:19 529:1 | 396:11 | 308:7 318:11 |
| 479:7,10,14 | 503:1,7,18 | 529:19 530:8 | **accountants** | 318:19 |
| 479:16,22 | 503:23,25,25 | 530:8,12,13 | 425:21 426:1 | 320:24 321:9 |
| 480:12,13 | 504:1,5,6,7,9 | 530:21,22,22 | **accounted** | 321:11,18,19 |
| 481:1,2,4,8,8 | 504:15,20,24 | 530:23 531:4 | 385:12,20 | 321:19 |
| 481:11,14,19 | 504:24 | 531:9,10,12 | **accounting** | 324:15,17,22 |
| 482:10,10,11 | 505:14,17,18 | 531:15,15,21 | 239:3,13 | 324:24 |
| 482:17,19,19 | 506:5,5,16 | 531:21 532:8 | 249:9 261:11 | 325:11,25 |
| 482:24 483:4 | 508:17,17,25 | 532:11,11,19 | 261:12,14,17 | 326:7,12,16 |
| 483:7,23,23 | 509:1,8,9,13 | 533:2,4,4,12 | 262:6,15,18 | 326:24 |
| 483:23,24 | 509:13,16,17 | 534:21 535:9 | 262:19 263:1 | 328:11,22 |
| 484:11,19,24 | 509:19,22,23 | 535:14,15,18 | 263:3,6,7,9 | 329:12,13,21 |
| 485:5,19,19 | 509:24 510:1 | 535:22,25 | 263:14,15,18 | 329:22 |
| 485:22 486:4 | 510:7,10,13 | 536:3,6,9,10 | 263:24,25 | 330:18 331:9 |
| 486:4,6,15 | 510:22 511:3 | 536:13,15,18 | 264:17,20 | 342:1 343:16 |
| 486:16,20,21 | 511:9,20,25 | 536:19,23,25 | 287:3,14 | 343:16,18 |
| 486:25 487:1 | 512:12,13,15 | 537:2,4,7,19 | 288:5,11 | 359:7 363:24 |
| 487:3,4,7,8 | 513:25 514:1 | 537:20 538:3 | 292:15,20 | 366:5,12 |
| 487:14,19,19 | 514:1,5,24 | 538:10,10 | 299:18 | 384:24 |
| 487:24,25 | 515:5,6,9,10 | 539:12,17,19 | 301:10 304:8 | 393:23 406:5 |
| 488:5,9,12 | 515:15,16 | 539:21,24 | 304:12,21 | 406:5 407:20 |
| 489:12,13,14 | 516:14,15,19 | 540:9,10,14 | 309:9 310:1 | 407:23 |
| 490:2,3,6,7 | 516:22,24 | 540:14,15,22 | 320:19 | 411:11 |
| 490:18,19,19 | 517:3,6,24 | 540:25 541:7 | 321:18,20 | 422:14 427:2 |
| 490:24,25 | 517:25 | 541:16,17,17 | 322:10 323:9 | 427:2 440:8 |
| 491:12,17 | 518:12,15,16 | 541:19 542:3 | 323:11,15,21 | 445:13 451:7 |
| 492:13,19,20 | 518:21,24 | 542:4,17,21 | 331:10 | 461:14 |
| 492:21 493:4 | 519:8,9,10 | 542:23 544:3 | 345:14 385:3 | 467:16,18,19 |
| 494:19,20,24 | 519:13,15,16 | 544:14 545:9 | 385:13,21 | 468:20 469:3 |
| 495:2,4,7,13 | 519:16,17,18 | 545:22,23 | 404:3 420:8 | 469:4,10,12 |
| 495:16 | 519:19,21,22 | 546:1,2,5,8 | 420:12,15,20 | 470:12,13 |
| 496:15 497:5 | 519:25 520:4 | 546:10,21,24 | 420:23 426:3 | 472:3,4,15 |
| 497:7,8,11 | 520:5,6,13 | **account-ope...** | 426:5 451:6 | 473:9 475:12 |
| 497:11,17,17 | 520:14,17,18 | 499:10 500:6 | 488:22 | 476:3,5,22 |
| 497:18,21,21 | 520:20,22,24 | 500:8,11,16 | 495:10 | 476:23 477:5 |
| 497:24,25 | 523:23,24 | 500:21,24 | 510:11 542:3 | 478:17,21 |
| 498:9,13,20 | 524:2,4,11 | 501:2,3,12 | 542:8 543:19 | 479:1 480:20 |
| 498:21,24,25 | 524:13,14,17 | 501:14 | **accounts** | 480:24 481:5 |
| 499:11,13,14 | 524:25 526:7 | 518:24 | 239:18 241:9 | 482:5,6,23 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

3

483:3,8,9,10
483:15,16,20
484:5,6,14
484:14,14
485:8,14
487:13
488:12 492:5
492:7 493:5
493:7 502:22
517:12,14,18
521:2,2,9
523:10
524:24 526:5
527:6,6
529:16 531:4
535:4 537:6
543:18
**accreditation**
375:23
**accumulate**
536:20
**accuracy**
417:21,24
**accurate**
254:21 315:7
329:8 417:4
468:16,24
469:16 470:5
470:8 471:2
**accurately**
431:23
**acknowledge**
557:4
**ACKNOWLE...**
557:1
**acronym**
359:23
368:21
**act** 230:19
298:15,18,21
298:25 308:7
308:14
318:12

328:13,24
**action** 554:4
**actions** 534:4
**active** 554:1
**activity** 379:12
383:22
**acts** 307:23,24
**actual** 278:5
377:20,20,25
378:3 405:23
406:1 437:5
437:12
445:14
467:19
470:13
483:22 485:6
491:22
528:10
**actuality**
428:12
**ADAM** 228:17
**adam.langle...**
228:17
**adamant**
467:14
**added** 353:12
**addition**
235:15
**additional**
513:3,11
550:14,15
**adjusted**
437:11
**Administered**
225:7
**admit** 467:7
**advance** 470:3
470:10
**ADVISORY**
227:10
**affirmed**
557:18
**affixed** 556:10

**AFI** 359:19,22
362:12
368:21
**aforesaid**
555:19 556:1
**afternoon**
333:22
463:17
**agency** 227:10
281:9 308:6
359:14,15
360:10,14,16
**agent** 452:23
**agent's** 308:8
**aggregate**
433:11
**agree** 276:18
315:13
365:15,21
434:4 453:5
465:22
**agreed** 499:18
**agreed-upon**
453:24
**agreement**
230:20 231:7
231:16,21
232:3 318:1
318:13,19
319:11
328:12,24
377:7,10,11
377:15 378:3
378:5,11,12
378:17,22,25
379:4,10,16
379:21 380:1
380:4,25
381:4,15
383:20 384:3
386:3,8,15
418:17
419:11,20

428:6 433:22
436:17,22
437:2 439:16
439:23 440:4
440:6,22
441:2 488:15
506:9 507:12
**agreements**
359:6 380:12
491:18
**agrees** 440:25
**ahead** 297:24
367:10
**Ahlberg**
225:19 230:2
235:3,23
236:2,7,16
238:18 242:6
242:24
243:11 245:6
247:5,12
248:19 253:5
255:19
256:16 266:3
266:18
267:14
270:11
271:14,20
272:3,8,12
272:22,23
273:15 274:4
275:19
276:11 290:1
296:23 298:2
298:14
312:20
313:19
317:22
333:22 335:4
337:16 357:4
358:7,23
365:6,11
366:4 377:6

383:15
389:17,25
390:23
399:10 415:1
418:15
437:14
445:11
452:25 453:2
460:4,20
463:17,18
471:16
475:21
490:21
494:17 499:9
508:2 534:23
539:11
545:21 548:3
548:11,18
549:11 550:9
551:7 553:8
554:16,20
555:9
**Ahlberg's**
548:16
**al** 225:14
555:15
**Alexander**
229:24
**ALEXANDRA**
226:23
**align** 277:1
**aligning**
417:21,23
**alimony** 308:5
**allegations**
352:14
**allocable**
401:18
**allocate** 542:5
**allocated**
252:13
320:18 376:8
376:10

Henderson Legal Services, Inc.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

4

398:15,21
allocations
252:17
allow 335:24
340:19
allowed
403:19
allowing
529:10
aloud 362:8
Ambac 226:13
236:9
Amended
335:17
AmeriNational
229:15
553:19
amiller@mil...
226:23
amortization
435:23
amount
261:16 262:4
293:18
300:15
350:11
373:16
384:15,20
390:2 433:12
435:18,22
456:6,7,8,16
476:9 477:1
506:16
515:18 518:1
518:4 530:4
530:5,5,10
530:12,18,20
533:19,19
amounts
249:19 250:2
350:17
387:15
433:11

441:11,21
443:12
456:24
505:23,25
506:3,15
507:4 528:25
532:20
533:23,24
536:13,14
Ana 233:11
analysis
339:10,17
analyze 339:20
Annotated
230:17
annually
350:19
answer 237:24
242:12 243:7
243:9 245:7
245:9,24
246:11,13,16
246:24 247:1
249:24
251:22
256:13
257:16
259:10
263:11
270:10 272:8
272:9,14
273:6 282:8
283:2 287:23
290:18 296:5
296:6,6,11
296:14 297:3
310:4,9
311:14 319:3
323:17,17
324:8 334:19
334:24 335:1
340:24
353:22,24

363:14,16,16
364:22
396:20
397:13
403:10
428:11 452:5
459:19,25
462:25
470:23
471:16
488:23
491:19
522:11 523:2
527:23 534:6
534:10 539:5
answered
246:19 251:9
287:18 296:3
428:24,24
471:9 516:1
516:2
answering
237:8,11
364:12
424:14,15
answers
246:23 334:2
364:7
Anthony
229:25 235:4
anybody
254:13
256:24
264:25 273:8
294:9 308:9
310:17
316:25 330:1
332:23 335:3
416:19 417:6
429:18
436:20
445:22 447:7
447:20 468:6

468:8 469:22
471:7 499:15
519:2 525:20
551:19
552:11
anyone's
446:8
anytime
296:17
apart 347:12
apaslawsky...
226:24
apavel@om...
227:16
apologies
378:6 385:15
apologize
365:11
449:19
500:13
551:14
apparently
378:7
appear 286:24
326:11 557:7
appeared
555:9 557:22
appearing
275:17
appears 516:7
Application
231:7
apply 262:18
264:11
367:22 368:2
appreciate
257:15 273:2
297:17,18
336:6 383:6
390:20 550:8
approach
491:21
appropriate

273:4 368:8
427:12
appropriated
338:14
appropriately
401:1,9
approval
549:3,7
551:8,10,12
551:17
552:12,16,18
552:22 553:1
approved
548:24
approximate
530:12
approximately
235:10 402:8
406:25
440:15
448:10
456:25
528:24 530:9
532:14
533:15
535:23
536:20
April 225:23
230:15 235:7
276:6 278:6
409:18 410:2
412:10,17,21
414:2,13,16
516:7,11,18
518:4 555:8
556:11
argumentative
246:17 430:7
459:14
470:25 504:3
537:10
Arnaldo
233:12

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

5

361:20
**arrow** 349:16
  349:22
  350:25 351:4
  351:5 352:9
**arrows** 338:9
  351:11,12
**Article** 319:10
  324:21,23
  338:17 442:5
**articles** 316:21
**articulate**
  533:25
**articulated**
  272:5,10
**ASHLEY**
  227:15
**ASI** 361:23
**asked** 240:12
  246:20
  267:18 272:6
  280:8 287:18
  288:2 296:3
  304:24
  306:11
  341:14 363:7
  363:9 365:17
  366:10
  379:23
  387:25
  396:19 405:9
  408:8 424:11
  443:7 446:22
  446:25 467:4
  470:22 471:8
  491:25
  502:10,18
**asking** 236:10
  236:12
  237:11
  239:10,11
  244:20
  250:21

254:12,22
255:22
256:17
258:16 260:8
262:22,24
263:23 270:7
280:19
284:15 290:1
296:21
302:21 314:8
318:22,23
322:9 336:4
339:7,8
351:18
363:11 364:6
364:9,20
365:19
379:25
390:17
399:24,25
424:22
426:13,14
428:3 430:23
437:15,18
438:2 440:2
444:7 449:17
452:20
457:18 467:8
484:20 485:1
498:16
519:14,23
532:2 552:8
**asks** 296:18
  366:7 387:14
**assign** 469:14
  493:7
**assignment**
  231:20 232:3
  418:17
  419:10,19
  428:6 439:15
  439:23
  488:14 506:9

**assignments**
  485:8,11
**assigns**
  470:17
  495:12
**Assistant**
  362:11
**assisted**
  274:20 275:1
**assisting**
  273:17
**associate**
  449:13
**associated**
  249:18 250:1
  250:3,5
  320:24 326:7
  326:16,24
  426:7
**association**
  368:5
**assumed**
  422:24
  525:13
**assumes**
  491:20
**assuming**
  330:16
  354:24
  492:10
  532:22
**Assurance**
  226:13 236:9
**ASSURED**
  228:2,2
**Atara** 226:22
  236:8 237:18
  246:16 247:2
  247:6 271:11
  282:15 284:7
  296:15 297:6
  303:14
  306:16 333:2

333:12 383:4
459:15 494:1
544:20
547:18
548:14
**ATM** 454:13,16
**attach** 349:9
  473:8,24
  481:20 482:3
  493:5 508:9
  525:18
**attached**
  322:18
  502:19 557:7
**attaches** 340:7
**attending**
  235:10
**attention**
  308:23 337:4
**attorney**
  235:13
  282:10,14
  318:17
  364:16 366:1
  378:24 380:3
  425:5
**attorney-clie...**
  245:10
**attorneys**
  235:10
  294:16
  425:16
**attribute**
  473:15
**attributed**
  350:5 524:14
**attuned**
  515:24
**audio** 235:19
**audit** 267:14
**audited** 243:12
  243:16,18,20
  243:24 244:1

244:5,12,16
244:21 245:4
245:20 246:3
247:15
254:15
257:22
260:21
265:15
266:20,22
267:2,4,8
269:4 305:4
305:15
307:11 314:3
316:3
**auditor's**
  248:7 267:11
**August** 372:2
  390:24 448:2
  526:9 527:18
  528:19,23
  529:3,24
  530:15,23
  531:2
**authority**
  227:10 229:3
  229:16
  230:19,22
  232:5 274:7
  291:9 300:19
  309:2 316:16
  318:2 325:17
  415:6,15
  435:19
  439:17
**Authority's**
  316:10
**authorizing**
  494:18,23
**authors** 305:8
**Automatic**
  335:18
**available**
  253:7 276:4

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                       April 23, 2020

6

| | | | | |
|---|---|---|---|---|
| 500:16 | 373:11 | 239:17,21 | 359:18 | 535:18,22,25 |
| 501:15 | 376:21 | 240:5,15 | 361:23 | 536:6,17 |
| **Avenue** 226:5 | 392:10,13 | 241:1,3,5,9 | 362:12,24 | 540:22 |
| 227:4,20 | 395:17 397:1 | 241:12,15,22 | 363:5,18,24 | **Banking** |
| 228:14,18 | 397:5 402:13 | 242:8,10 | 364:15,23 | 325:10 |
| 229:12,18 | 434:22 | 243:1,4 | 365:3,5 | **based** 259:18 |
| **average** | 435:15 439:7 | 249:14 250:4 | 366:3,5,11 | 266:15 |
| 485:20 | 440:23 | 265:2,8,13 | 366:24 368:7 | 302:22 311:6 |
| **avoid** 248:11 | 446:11 458:4 | 265:20 266:1 | 368:14,16,18 | 338:22 |
| **aware** 298:24 | 462:6 463:14 | 266:6,15 | 370:7,15 | 339:16,24 |
| 330:23 331:2 | 465:12 466:7 | 267:20,23 | 394:2 397:21 | 354:12 |
| 331:10 | 468:5 472:14 | 268:4,7,8,12 | 407:16,19,22 | 365:14,19 |
| 364:18 | 481:24 | 268:16 269:3 | 411:11 | 373:25 |
| 418:21 420:1 | 501:19 507:1 | 269:6,9,17 | 421:20 427:1 | 377:12 |
| 420:20 521:1 | 510:6,10 | 270:12,15 | 427:2 428:18 | 392:22 |
| | 513:18 | 272:1,25 | 429:6,20 | 425:18 434:9 |
| **B** | 521:23 | 273:10 274:7 | 431:7,17,24 | 438:13 446:7 |
| **b** 385:11,19 | 525:21 | 323:13 | 432:6,9,11 | 461:6,17 |
| 388:3 441:10 | 526:25 528:7 | 404:16 408:5 | 432:13 | 485:10 509:6 |
| **back** 248:17 | 529:11 | **Banco** 359:16 | 439:18 | 545:23 |
| 248:20 | 531:24 | 360:16,21 | 445:14 459:8 | 546:10,24 |
| 264:23 | 534:18,24 | 409:24 | 463:20,25 | 547:3 550:13 |
| 266:11 | 540:3 541:14 | 410:20,21 | 466:5 467:15 | 553:1 |
| 267:25 | 545:6,7 | **bank** 231:8 | 467:19 469:4 | **basic** 230:8,12 |
| 277:13 281:1 | 546:16 | 232:6,10 | 469:10 | 248:4 256:5 |
| 283:4,15 | 547:17,22 | 233:13 | 470:13 472:2 | 258:3,6 |
| 284:6,11 | 548:1 550:20 | 239:18 241:9 | 474:5,15,18 | 261:10,12 |
| 301:22 | 550:23 551:4 | 241:15 | 474:22,25 | 262:18 344:7 |
| 302:23 | **Baig** 229:22 | 242:10 | 475:7 476:6 | **basis** 246:10 |
| 306:14,15,25 | **balance** 261:3 | 284:23 | 476:23 | 254:9,21 |
| 307:7 308:18 | 261:7 268:19 | 309:20,24 | 477:11,19 | 255:4,9,13 |
| 308:20 310:9 | 268:19,25,25 | 310:15 311:4 | 478:16 | 269:22,25 |
| 316:2 324:10 | 270:8,18,25 | 318:19 | 480:11,13 | 272:19 330:4 |
| 324:12 333:6 | 271:16 | 320:24 321:9 | 481:1,7,19 | 362:25 364:9 |
| 333:19,23 | 321:15,16 | 321:11,18 | 482:4,23 | 427:4,8 |
| 340:11 | 323:1,3,7,9 | 324:15 326:6 | 483:9,15 | 436:10 |
| 347:17 | 323:11,19,20 | 326:15,23 | 484:14 | 437:22 |
| 358:19,20 | 324:3 370:19 | 328:10,21 | 489:12 492:6 | 484:13 |
| 359:10 360:9 | 405:9 407:13 | 329:12,21 | 492:20 493:5 | 489:15 |
| 362:14 363:8 | 459:4 533:12 | 331:9 339:11 | 501:11 | 525:19 |
| 365:21 | **balances** | 340:1 341:3 | 523:10 | 557:21 |
| 369:21 | 238:6,19,24 | 341:25 352:3 | 527:11 | **Bates** 230:15 |
| 371:14 | 239:4,7,14 | 353:7 359:7 | 531:15,21 | 230:19,22 |

Henderson Legal Services, Inc.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                        April 23, 2020

7

231:4,6,15
231:21 232:6
232:9,13,16
232:19 233:6
267:6
**Bates-stamp...**
248:8 465:1
465:7
**BCB** 323:10
**Beach** 227:13
227:17
**began** 416:11
**beginning**
535:6 551:22
**behalf** 228:2
236:12
271:21 272:3
300:19 309:2
553:19
**Belén** 294:7
310:24
417:15
**believe** 240:9
253:7 254:17
254:21 255:4
255:10,23
256:2,9,18
257:9 265:24
272:5,9,23
283:2 286:21
288:25 303:2
315:16 330:5
330:23
331:13 340:7
348:12
349:11
350:15 384:5
391:8,14
394:10 402:3
402:6 403:10
404:15
406:16,18
408:4 428:23

430:19 431:5
439:9 445:18
450:6 454:10
454:19 456:6
464:2,8,11
468:24 470:7
474:16,19,23
475:1 486:24
487:3,6,15
487:17
489:12
499:17
500:10
501:13,24
506:17 513:2
513:10,22
519:5 537:21
538:12
541:18
542:10,14
548:20
**bell** 396:2
397:9
**benefit** 516:2
**BEREZIN**
227:6
**best** 240:2,12
414:6,15
500:14
**better** 237:19
282:16
306:22
334:21 462:7
522:18
**beyond** 375:1
376:14
377:17 382:4
**Bill** 228:7
283:7
**bill.natbony...**
228:8
**binder** 358:16
**bit** 306:21

334:20
344:16
351:18
511:12
523:14,16
**biweekly**
285:23
**BK** 225:6,12
**blended**
316:17
**blue** 337:24
341:21,24
362:21
363:20,22
367:21 368:3
368:9
**board** 225:5
225:11 226:2
455:17
555:13
**bold** 352:15
**bond** 325:17
326:1 328:12
328:23
329:13,22
359:19
445:14
467:16,24
468:20
469:12
470:12 472:5
472:17,19
473:9,16
476:25
477:12,21
478:17,22,25
479:1 481:6
481:9,12,20
482:24
483:10,12,16
483:21 484:6
484:15,24
491:13,18

492:1,14,22
493:4 502:3
**bonded**
342:23,25
**bondholder**
335:17
405:24 406:2
433:25
**bondholders**
507:19
**bonds** 433:16
435:24 441:1
**books** 264:19
**Boston** 226:11
**bottom** 308:23
337:4 534:21
535:4,5
549:16
**box** 337:8,12
337:17
338:11
341:18,21
342:7,8,11
342:12
351:22,23
363:20,22
367:21 368:3
368:8 505:20
**boxes** 337:9
341:24
502:20
**boy** 383:1
**BPPR** 410:9
410:25 412:2
526:17,21,24
527:2 528:19
529:1,5,14
529:25,25
531:9,20
535:15 536:2
537:6 538:3
539:16
541:17 544:3

**break** 235:20
237:23,25
238:1 283:14
283:20 284:2
284:5,15
332:24 333:2
333:5 373:6
383:6 387:14
389:10 392:1
459:16,18,18
459:22,22,24
460:2 463:3
463:5,8,8
521:15 545:1
547:16
550:22,24
**breaking**
332:24
**breaks** 390:2
**Brett** 449:3
483:3,6,12
**briefly** 340:19
**briefs** 295:1,10
295:17,24,25
296:24
297:23 298:3
298:5
**broad** 264:10
322:7 327:25
**broke** 491:14
520:15 523:2
523:3 539:4
**broken** 279:15
290:12 352:9
388:14,25
**bucket** 386:5,9
386:15
461:16
507:24 508:3
**buckets**
282:20
384:24
**build** 491:21

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

8

**Building**
229:11
**bunch** 521:15
**business**
247:19
258:22
377:12,23
379:3 380:7
380:8,17,22
381:4,24
441:6,7
442:23,24
**BUTLER**
228:12
**button** 303:10

**C**
c 226:1 227:1
228:1 229:1
385:11,19
555:3
**CADWALAD...**
228:4
**CAELAINN**
226:16
**CALABRESE**
227:7
**calendar**
442:22
**California**
227:13,17
**call** 234:4,11
235:5 283:19
293:12
432:20
486:17
487:13
497:15
498:23
503:25 504:6
507:7 508:22
519:18 545:1
552:1,2

553:15
**called** 258:3
313:1 314:19
316:8 319:7
325:19
339:12 340:1
393:20
419:19 464:4
487:18
488:13
505:20
519:15 521:2
524:15
538:14
**CALLEN**
228:15
**calling** 327:2
**calls** 311:12
487:11 497:7
497:7
**camera** 235:17
**CANTOR-K...**
229:2
**capacity**
307:25 308:8
**capital** 300:24
300:25
375:14
**captured**
286:9 545:12
**carefully**
287:11
**CARNEY**
226:16
**case** 225:5,12
300:12
348:12
350:10
363:22 385:9
393:13
394:14
396:10
430:20

**cases** 341:23
449:9
**CASEY** 228:8
**casey.servai...**
228:9
**cash** 230:15
248:21 249:5
249:14 250:3
250:9,15,18
250:25 251:5
251:6,16,18
252:9,11
273:18,22
275:1 276:5
276:8 277:5
277:6,8,10
277:17 278:5
279:16,17,18
281:18
282:20 285:1
285:9 286:8
319:18,22,24
320:2,9,10
320:14
321:15,16
323:3,5,12
344:22
370:19
377:20,21
379:12,16
383:22
395:19 400:9
402:16
405:17
411:18,21,22
416:4,5
421:12,17,20
448:5,7,7
449:5 484:4
533:11
**catch** 396:20
**category** 390:2
400:10

**caucus** 545:2
**cause** 441:2
555:10,19
**caused** 443:1
**ccarney@mi...**
226:17
**CCDA** 236:11
395:9 396:4
397:12
398:16
401:20 403:9
414:24 415:2
415:3,14,21
416:13,15,20
416:25 417:7
420:4 423:13
423:17,20
437:18 445:5
462:10 465:8
471:23
472:21 473:6
473:9,16
475:6,6
481:23 482:5
482:6 492:18
502:3,18
505:19
**CCDA_0000...**
233:9
**CCDA_STA0...**
232:12 465:2
**CCDA_STAY**
232:15
**CCDA_STA...**
233:3,4,7
**ceases** 527:9
**Center** 227:12
227:16 232:4
415:6,15
439:17
**Central** 235:8
284:6 333:6
**certain** 243:23

261:9 263:3
275:12
290:18,22
298:21,25
301:2 302:8
316:19 321:3
343:15
348:16 349:3
364:16 366:8
376:17
378:25
383:21 385:2
393:10,19
398:3 405:12
420:17,23
428:9 440:16
464:18 473:2
481:3,11
484:16 487:9
488:23
490:20 493:6
501:6 505:24
511:4 519:7
519:11,20
520:23
533:23 534:4
537:3 542:7
542:22
552:25
**certainly** 358:1
376:20 396:5
397:13
402:12
425:16
427:17
436:23
446:10
544:16
**Certificate**
433:17
**certification**
264:13
**certified**

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                April 23, 2020

9

323:16
357:10 358:2
358:12,19
465:13,15,17
522:9,14
525:17
**certify** 555:7
555:16 556:2
556:5
**cetera** 401:18
401:19
**CFO** 496:24
497:1 504:10
**CFRA** 322:16
322:22
**chain** 360:25
361:6,9,14
**challenging**
470:6
**chance** 529:12
**change** 409:21
**changed** 381:5
381:8 391:14
**changes** 261:3
261:7 265:1
265:7
**Chapter**
230:18
**characteriza...**
247:8 376:4
398:20 497:5
**characterized**
438:24
464:16
**chart** 341:11
349:14 356:8
369:23 370:6
370:14
392:22 393:1
408:23
411:25
446:17,18
462:13,22,25

469:5,11
473:14 475:8
480:3,12,14
489:13 495:8
499:23
501:18
502:17,24
523:11 544:5
545:10
**charts** 446:20
462:5,9,19
463:1
**Chase** 232:6
439:18
**chat** 283:9
**check** 454:18
454:20
541:13
**chief** 496:9,13
496:22
**chk** 304:13
446:5
**choosing**
348:10
**CHRISTINE**
227:7
**christine@c...**
227:7
**cited** 446:5
**Citi** 385:1
386:2,7,13
387:14 390:1
390:5,18,24
**Citibank**
230:22 318:2
337:19
378:20,22
380:13
381:10
387:19 391:4
393:2,8,9,17
408:14,18
409:9,23

**Citibank-pro...**
391:23
**clarification**
351:19
353:13 371:4
390:21
476:19
**clarify** 264:6
371:19 415:4
476:14
539:18
**clarifying**
447:22
476:18 539:7
**class** 263:9,18
426:18
**classes**
261:14,17
264:8,10
323:15
426:11
**classified**
489:8
**clawback**
395:24 396:4
397:11 398:1
398:4,6,7
399:5,7,11
400:1,3,19
400:22,25
401:2,9,10
401:14,22
402:1 439:6
443:9,20
**clean** 414:14
**clear** 238:17
259:16
280:11 296:8
301:19
375:13
378:15
442:17 443:6
457:17

477:17 534:2
**click** 303:9
**close** 333:2
**closer** 237:16
306:21
334:20 367:8
**coached**
297:16
**code** 322:17
322:22,23
346:17,18,21
347:8,10,12
347:19,23
348:11,12
349:9,12
373:18
**coding** 368:4
**coffee** 521:16
521:16
**collaborating**
294:4
**collaboration**
418:2 431:22
449:8
**collaborative**
294:3 429:12
**Collateral**
229:2,3
**colleague**
548:15
**collect** 453:6
532:3 535:7
**collected**
316:22
342:23,25
349:10
412:17
419:22 421:1
421:6 452:2
452:9,14,23
453:15 455:1
455:10 503:5
503:14

516:12,18
526:12 528:1
529:3
**collecting**
518:10 532:6
**collection**
281:3 343:10
411:10
464:19 494:7
494:7 498:6
498:11,19
516:9
**collections**
278:8,9,12
278:15 279:6
279:9 280:4
281:8,9
308:6
**collective**
418:1
**collects** 343:8
453:2,3
**college** 262:15
264:9,14
426:4,11
**colloquial**
396:1 481:4
**colloquially**
443:9
**color** 342:12
368:4 502:25
**colors** 341:10
502:19
**column** 524:7
**combined**
357:19,22
**come** 270:18
271:1,16
306:14,14
309:9 333:6
371:14
374:16
443:20 461:5

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

10

| | | | | |
|---|---|---|---|---|
| 491:16 493:3 | 226:3 231:12 | 406:9,22 | 228:11 232:8 | **Comprobante** |
| 540:3 547:17 | 234:5,15 | 407:12 410:5 | 415:8,24 | 371:25 |
| 547:22 | 239:3,13 | 416:9,11 | 416:3,7,22 | **computer** |
| 550:20,23 | 243:13,15,17 | 420:8 422:4 | 416:24 417:2 | 235:18 |
| **comes** 359:9 | 243:19,21 | 422:6 427:15 | 417:11 | **Computer-A...** |
| **comfortable** | 244:22 248:4 | 431:15 | 418:18 | 555:23 |
| 329:5 507:23 | 249:9 250:21 | 432:21 | 419:12,18 | **concentration** |
| 508:11 | 258:2 265:9 | 438:16,24 | 420:4,9 | 495:14 |
| **coming** 320:10 | 265:14 | 439:5,7 | 423:10 | 496:16 497:6 |
| 354:21 | 271:21,25 | 442:3,6 | 427:16 429:5 | 498:9 499:2 |
| 380:12 | 272:4 282:3 | 443:8,19 | 431:15 433:7 | 504:12 |
| 381:11 | 288:4 291:18 | 447:12 | 433:17 | 520:13,18,21 |
| 514:25 | 299:11,12,17 | 450:14,18 | 436:20,24 | 521:2,8 |
| **comingled** | 300:25 | 451:7 452:11 | 439:1 440:9 | 524:17,21 |
| 320:2 337:21 | 301:10,24 | 452:15,23 | 441:5 449:6 | **concept** 240:9 |
| 343:18,21 | 302:5 304:8 | 453:10 | 451:15 | 269:8,17 |
| 354:7,25 | 304:12,20 | 486:21 503:1 | 453:12,19,22 | 279:9,10,11 |
| 355:5,12,17 | 307:20 308:7 | 503:6 517:13 | 454:4,7 | 279:13 |
| 355:23 | 309:10 310:1 | 517:17 521:3 | 455:2,12 | 309:11 |
| 356:20 | 313:20 | 524:25 526:7 | 478:2 482:22 | 314:12 |
| 394:18 | 314:19 | 531:4 534:3 | 484:10 488:1 | 326:15,23 |
| 405:11 407:6 | 316:19,23 | 538:10 | 495:24 | 327:8,18,24 |
| 457:8 458:18 | 319:16 | 539:20 | 496:14,23,25 | 328:2 421:13 |
| 460:23 461:2 | 321:20 322:2 | 541:16 | 497:2 498:7 | 426:14 |
| 461:4,5,12 | 329:11,20 | 552:17 | 503:6 504:11 | **concepts** |
| 461:13 | 332:18 | 555:14 | 516:13 521:6 | 263:3 332:7 |
| 487:25 512:1 | 335:16 338:1 | **Commonwe...** | 522:23 | **conclude** |
| 539:22 543:5 | 338:14 | 267:15 | 523:10 541:1 | 547:17 |
| 543:18 | 341:18 342:9 | 272:24 287:2 | 546:4 | **concludes** |
| **comingling** | 342:19,19,20 | 287:14 314:3 | **company's** | 554:19 |
| 343:24 | 345:14,16 | 320:19 | 497:5 | **conclusion** |
| **commencing** | 377:13,23 | 322:10 | **complete** | 507:14 |
| 225:21 | 384:24 | 413:14 | 331:24 557:6 | **conditions** |
| **commentary** | 385:14,22 | **COMMONW...** | **compliance** | 425:23 |
| 272:19 | 387:4,14,22 | 248:8 | 554:2 | **conduct** |
| **committed** | 387:25 | **communicate** | **complicated** | 297:18 |
| 484:4,9 | 393:14,16,18 | 235:20 | 514:23 518:8 | 390:18 |
| **COMMITTEE** | 393:20,21,23 | **communicat...** | **complicating** | **conducted** |
| 229:9 | 398:12,13,17 | 245:8 | 532:1 | 225:19 |
| **common** | 398:24 | **Community** | **component** | **conference** |
| 332:9 507:17 | 399:14 400:5 | 229:15 | 316:17 | 235:5 |
| **Commonwe...** | 400:13,18 | 553:20 | **comprehens...** | **confident** |
| 225:7,14 | 401:16 404:4 | **company** | 353:24 | 429:14 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

11

430:11
437:24
479:13 487:2
490:1 545:22
546:1,4,9,23
**CONFIDENT...**
225:14
**confirm** 277:1
341:12 347:4
365:17 485:4
509:7 515:3
**Conforti**
225:21
235:22 555:5
556:16
**confusing**
351:17
**confusion**
378:7
**conjecture**
325:8
**connect**
492:16
**connected**
476:6
**connecting**
477:10
**connection**
244:2,18
247:20
253:15
258:20
276:13
291:16,22
295:2,18
298:3,15
336:16
338:23
375:11 377:7
379:5 380:6
380:18,21
418:15 420:4
467:14

468:13 549:6
**consecutively**
494:2,4
**consider**
352:13,18,23
400:21
425:12 426:4
426:5 447:11
447:17
475:12 547:4
**considered**
352:21 379:5
400:19
461:25 476:4
547:9
**considers**
292:17
**consistency**
339:21
**consistent**
338:25 339:8
339:16 438:2
438:8 452:24
462:4 492:10
492:16 507:5
535:10
**constitute**
554:5
**Constitution**
338:18 442:6
**consulted**
449:7
**consumption**
305:13
**contact** 452:9
**contain** 422:13
**contained**
260:21
**contains**
433:15
**contents**
257:21,21,24
258:5 260:17

260:23 265:8
266:16
275:11
303:23
**context** 263:18
263:22
269:21,23
271:3,7
299:13 301:3
301:12
305:21 325:3
325:4 326:10
327:25
363:16 367:1
377:14
379:11
399:22,22
403:1 418:25
425:17
426:18
483:20,22
**contexts** 328:4
**continuance**
225:20
**continue**
236:25
246:21 273:3
399:2 503:14
**continued**
227:1 228:1
229:1 231:1
232:1 233:1
532:7
**continues**
349:9
**continuing**
235:2 264:8
**contractual**
426:6
**contrary**
330:24 431:6
**control** 278:19
278:22,24

374:14
410:14
**controls**
340:21
**convenient**
238:2 383:5
**Convention**
232:4 415:5
415:15
439:17
**conversation**
417:20 432:8
467:2 476:3
477:2 552:6
**conversations**
245:25
254:13
256:23
308:12,16
314:23 317:9
330:19
417:20
475:21 476:9
476:12,21
477:18,23
478:5,9,12
478:15,21,24
487:23
489:17
546:11,25
547:3
**Conway** 264:5
264:15
447:15,20,25
448:11,24
449:2,12,14
449:22 450:1
450:5,9
451:10
**Cook** 555:6
**coordination**
231:21
418:17

419:11,20
428:6 488:14
506:9
**copy** 523:19
525:4
**COR** 384:15
384:21
**corner** 549:17
**CORP** 227:2
228:2,3
**corporate**
338:16
393:16 423:9
423:13,16,20
431:14
522:23 547:7
**Corporation**
226:13 236:9
**correct** 236:22
252:14
257:10 275:9
277:21 289:7
289:16,17
291:9,12,24
310:16
312:19
319:17
320:11 329:8
335:4,5
342:22
343:14,20
355:13,14,25
356:1 368:19
370:5,13
373:25 374:1
390:9 391:12
391:13,21
398:17
400:14,16
404:6,7,11
408:12,15
409:2,24
410:5,6,18

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                April 23, 2020

12

| | | | | |
|---|---|---|---|---|
| 410:23 | **corrections** | 550:14 | 384:16,21,21 | **CST** 225:22 |
| 413:10,15,23 | 557:7 | **course** 244:15 | **covered** | **cuenta** 372:20 |
| 413:24 414:3 | **correctly** | 247:19 | 263:25 | 524:8 |
| 414:9,18,21 | 369:24 516:3 | 258:22 | 300:18 | **current** 412:2 |
| 418:3 419:7 | **correlated** | 263:22 | 308:25 309:1 | **currently** |
| 423:14 427:5 | 483:16 | 264:12 312:5 | 447:24 | 253:9 280:5 |
| 427:16,23,24 | **correlating** | 330:19 | 502:11 | 398:16 |
| 433:25 435:5 | 482:4 | 377:16,22,24 | 511:13 | 449:13 |
| 435:6 436:14 | **correspond** | 379:3 380:7 | 535:10 | 450:10 |
| 439:10 | 238:14 | 380:8,17,22 | **CPA** 251:1,5 | 498:18 |
| 441:18 444:5 | 344:19 420:9 | 381:3,23 | 251:17 | **Currentness** |
| 448:6,18 | **corresponded** | 390:17 | 258:14,24 | 230:17 |
| 452:11,12 | 403:17 | 415:21 | 259:7,10,11 | **CURTIN** 228:6 |
| 453:7,8,10 | 462:20 483:8 | 445:22 | 259:14,16,20 | **curved** 342:11 |
| 453:17,19,20 | 483:9 | **courses** 262:6 | 292:22,24 | **custody** 308:4 |
| 455:3,4,7,8 | **correspondi...** | 262:15 263:5 | 302:7 304:10 | **customer** |
| 455:13,14 | 286:23 287:4 | 263:13,24 | 305:2 450:1 | 360:19,21 |
| 456:5,19,21 | 287:15 288:3 | 264:4,7,11 | 450:4,7 | 452:10 |
| 470:13 471:7 | 482:4 485:12 | 264:14 426:3 | **CPAs** 448:25 | **cut** 247:7 |
| 479:12 487:8 | **corresponds** | **coursework** | 449:24 | **CW_STAY00...** |
| 488:10,16 | 348:3 386:25 | 262:12 | **Crazy** 254:16 | 230:10 |
| 490:7 500:17 | 484:5 489:13 | **court** 225:1 | **created** 325:15 | **Cynthia** |
| 500:18 | 492:20,21 | 235:21 | 325:24 378:6 | 225:21 |
| 501:23 503:1 | 534:16 | 236:22 237:5 | **creates** 419:18 | 235:22 555:5 |
| 503:2,7,9,14 | **Costs** 285:22 | 266:10 | **credit** 384:8 | 556:16 |
| 503:15 504:7 | **counsel** | 267:24 | 385:6 386:20 | |
| 504:8,12,13 | 235:14,25 | 282:24 283:1 | 387:6,7,16 | **D** |
| 504:20,21 | 236:9 245:9 | 283:16,17 | 388:13,16,25 | **d** 385:11,20 |
| 509:9,10,18 | 315:9 331:6 | 295:2,18 | 389:3 390:8 | **daily** 244:15 |
| 515:11,16 | 334:1 340:6 | 306:19,20 | 391:2,11,20 | 277:6,8,10 |
| 517:14,20,25 | 382:24 449:9 | 324:9,11 | 480:11 | 284:22 285:1 |
| 518:17 526:7 | 478:25 | 334:25 | **credited** 385:7 | 285:4 402:15 |
| 526:8,15,19 | 499:21 500:5 | 396:19,25 | **CREDITORS** | **dark** 393:11,12 |
| 528:4,5 | 501:8 534:10 | 434:21 | 229:9 | 393:21 394:3 |
| 529:9,20,21 | 551:20,23 | 513:17 | **criteria** 367:23 | **data** 279:14 |
| 530:1,2,8 | 552:9 554:12 | 546:15 | 368:1 | 322:18,19 |
| 531:5,6 | 556:4,5 | 555:11 | **critical** 237:2 | 374:14 |
| 532:3,8,9 | **County** 555:3 | **courteous** | **cross-refere...** | 403:24 |
| 535:11,12,15 | 555:6 557:16 | 297:19 | 437:11 466:9 | **date** 235:7 |
| 535:16,18,20 | **couple** 307:7 | **courtesy** 552:9 | **CRR** 225:21 | 539:2,9 |
| 536:3 540:22 | 396:18 460:1 | **Courts** 308:5 | 556:16 | 557:11 |
| 543:10 | 531:13 | **cover** 253:12 | **CSR** 225:21 | **dated** 232:18 |
| 555:24 557:5 | 548:12 | 381:19 | 556:16,17 | 248:6 340:6 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                      April 23, 2020

13

360:25
378:18
499:20
**DAVID** 226:7
226:21 229:7
**day** 225:22
348:19
374:10,12
435:20 441:7
441:7 442:24
442:24
537:15 555:8
556:11
557:19
**day-to-day**
262:25
**days** 553:10
**DCMs** 348:25
**de** 227:20
359:16
360:16,22
371:25 524:8
**dealt** 517:6
**debiting**
494:23 495:3
**debt** 229:3,16
359:19
362:12 399:2
399:3 404:10
405:20,23
406:2,4,9,20
407:2 408:2
510:23 511:3
511:25 512:7
512:11,17,24
513:1,3,9,11
537:1 541:3
**Debtor** 225:9
225:15
**DEBTORS**
555:15
**December**
503:12

508:18
511:20 515:8
515:13
**decided** 430:1
459:7
**defend** 297:12
**defendants**
236:13
**deficiencies**
433:10 435:5
**deficiency**
436:12
437:22
506:16
**define** 302:3
398:25 447:9
**defined** 301:7
301:23 436:6
506:14
508:15
**defines** 307:20
435:16
**defining** 399:5
473:2
**definitely**
407:13
459:18
**definition**
258:15
264:10 270:5
280:8 301:4
400:20,25
401:8,13
506:10,11
**definitions**
259:12
421:13
**definitive**
527:12
**degree** 257:14
264:10
469:14
**Dein** 246:22

**Dein's** 554:3
**delay** 248:12
283:8
**demanding**
242:19
**DENKER**
226:17
**denote** 343:18
**denoted**
393:11
**department**
231:12
240:23
253:21 254:6
255:6,8,15
255:25 256:4
256:8,20,22
257:1,5,10
257:12 265:1
266:5 269:22
269:24
276:18 277:2
292:16,20
294:7 300:3
300:17
310:18
395:20
548:25
549:14
**depending**
301:12 424:7
425:8 454:22
533:11
**depends** 249:6
260:6 285:16
302:8,18
325:3 417:19
421:10,22
447:9 453:23
532:18
**deper-** 466:19
**DEPONENT**
557:1

**deposit** 298:21
299:10,16,18
299:21
301:22,23
314:21
360:13 367:4
384:8 386:20
387:16
388:16 389:3
390:8 391:2
391:11,20
394:23
421:17
433:17 441:2
441:16
**deposited**
250:10
252:12 311:9
313:1 333:25
334:9 338:15
375:2,8
387:5,7
394:21,23
402:5,9
411:20 412:1
419:22 421:1
421:6,9
422:25
424:13 425:3
433:8 435:2
441:3,11,21
443:3,12
455:23
457:10,15,25
458:6,11
461:13 480:9
490:24
501:23 502:1
502:7,14
505:6,9,13
509:12 510:6
510:6 516:14
517:2 531:20

531:21
**deposition**
225:18 230:5
231:1 232:1
233:1 235:3
244:4,19,21
244:24 245:3
245:19
247:16,22
253:16 260:2
272:18 273:9
291:17,23
293:3 297:12
330:15
357:22 358:4
358:11 377:8
377:10
381:25
401:17
445:24
450:22,25
451:12
466:19 467:3
469:6 475:24
478:14
548:16,19
549:12
551:13,18,24
551:25 554:2
554:20 556:3
**depositor**
360:10,14,16
**deposits**
307:16,20,22
308:4,10,13
308:16
421:12,20
441:23
443:15
454:13,16
536:11
**Deputy** 233:12
**describe**

Henderson Legal Services, Inc.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                        April 23, 2020

14

277:14
279:23,24
280:9 335:14
451:24 516:8
**describing**
338:12
**description**
230:6 231:1
232:1 233:1
262:23
**designate**
367:21 454:6
519:24
**designated**
272:12
281:21
284:19
286:11 287:2
287:13 288:4
289:5 300:19
307:15 309:3
309:21 310:1
314:21
325:16 326:1
327:11,21
350:25
351:10
394:18
395:23
423:12 457:7
472:16 535:4
543:20
**designating**
368:3
**designation**
277:11
285:24,25
327:17
343:24 346:3
350:1,4
372:13 420:8
420:12,15
474:6 492:21

502:25
510:12 542:4
542:4
**designations**
286:2,7
331:10
420:21,24
451:6 477:21
478:17
482:24
492:13
510:15
**desk** 525:12
**detail** 279:10
279:13 345:9
**details** 403:16
403:19,23,24
406:19 509:5
**determination**
464:7 490:15
520:10
547:14
**determine**
314:18 344:9
355:19
374:20
385:18
402:14
425:22
484:17
**determining**
352:14,21,24
367:20 547:5
**develop** 417:4
**developing**
471:2
**Development**
232:5,10
233:13 415:6
439:18
**Di** 450:6,8,13
450:16,21
451:4

**diagram**
405:12
479:15
**dial** 235:14
**dictate** 242:19
**differ** 324:4
350:12
353:16
**differed**
380:24
**difference**
250:15 251:4
251:16 325:1
352:4
**different**
238:15
250:11
280:21
296:10,11
301:13
319:25
320:10,15,15
320:15,20
322:11,21
327:1 343:9
343:9 351:4
352:1 353:4
379:20 385:3
387:16
391:22
412:14
420:15
424:15 427:1
461:22 477:4
478:12
508:10
510:11,15
515:20 521:9
528:23
529:16
**differently**
384:25
385:13,21

387:5,11
515:12
**differing**
350:17
**direct** 304:23
337:4 381:18
427:12
**directed** 369:4
540:25
**direction**
352:19
**directly** 272:17
356:6 380:12
380:14
381:11
447:15
533:10
**director** 362:9
362:11 369:5
450:11
**disagree** 247:8
376:3,7
398:19 434:4
**disagreement**
273:2
**disbursement**
390:3 459:4
**disburseme...**
286:10 459:2
461:25
**disconsonant**
269:9
**discovery**
232:17
429:14 554:7
**discrete**
321:16
348:10
349:23 350:7
351:25
353:11,15,18
353:25 411:1
413:2 538:2

**discuss**
385:23
450:21
**discussed**
303:25
309:12 372:8
372:24
373:23 451:3
477:23 479:4
481:6,8,11
483:2
**discussing**
377:18
**discussion**
313:21 341:9
493:9
**discussions**
310:23
316:24 317:5
330:8,13,14
331:4 436:19
446:8 472:11
478:1 546:3
**Disposition**
381:19
**dispute** 253:24
254:3 313:9
497:4
**distinct** 391:19
**distinction**
515:23
**distinguish**
351:21
354:11,20
355:1,7,15
393:22 401:1
401:10
**distinguishing**
393:25
**distribution**
382:12
383:1
**District** 225:1

Henderson Legal Services, Inc.

Ahlberg, Timothy H. - Vol. II
April 23, 2020

15

| | | | | |
|---|---|---|---|---|
| 415:15 | 317:23 318:6 | 442:18 | 542:11 | 467:17,24 |
| 439:17 | 318:9 319:10 | 443:24 | 544:17 | 468:21 |
| 555:11,11 | 320:19 | 445:24 446:6 | 545:13 549:2 | 470:13 |
| **divulge** 245:8 | 326:10 327:2 | 451:14,19 | 549:15,17 | 472:19 |
| **dlitterinekau...** | 328:23 330:2 | 463:19,22 | **documented** | 473:10,16 |
| 229:7 | 330:17 335:8 | 464:6,9,17 | 336:1 411:2 | 475:4 476:25 |
| **dmarcou@...** | 335:14,22 | 464:18 465:1 | 519:21 | 477:21 |
| 226:22 | 336:5,8,12 | 465:7 466:25 | **documenting** | 478:18,22,25 |
| **dmunkittric...** | 336:15,19 | 467:5 469:13 | 437:4 | 479:2 481:7 |
| 226:7 | 337:2 338:21 | 472:5,17 | **documents** | 482:25 |
| **docs** 446:6 | 339:5,21 | 474:6 475:7 | 234:4,12 | 483:13,17,21 |
| **document** | 340:16,18 | 477:12 479:6 | 244:4 260:1 | 484:19 |
| 233:2,4,6 | 357:5,7,8,11 | 479:9,18,20 | 276:25 277:4 | 486:10,14,19 |
| 244:11 248:9 | 358:13,25 | 479:21,24 | 287:3,14 | 487:12 |
| 248:13 | 359:3,12 | 480:3 481:9 | 288:5 293:23 | 489:21,23 |
| 253:11,13,15 | 360:15 | 481:12,20 | 295:8,20,21 | 490:5,10 |
| 253:20,23 | 371:15,15,18 | 482:6,8,14 | 296:5,19 | 491:13,18 |
| 254:1,5,11 | 371:20,22,24 | 482:16,18 | 298:7 313:20 | 492:1,14,22 |
| 254:14 255:5 | 371:25 | 483:10 484:7 | 315:1,5 | 493:19 494:8 |
| 255:7,11,20 | 372:10 | 484:15,23,25 | 328:9,12,21 | 497:10,13,16 |
| 255:21,24 | 377:25 382:2 | 486:3,5,25 | 329:11,13,20 | 497:20 498:1 |
| 256:3,7,11 | 382:25 | 487:7,11,16 | 329:22 | 498:4,6,11 |
| 256:19,21,25 | 384:13,18 | 487:18,22 | 338:24 | 498:20,23 |
| 257:3,4,9,11 | 389:18,19,24 | 488:18 | 339:22 341:1 | 499:10 500:6 |
| 258:19,21 | 391:4,7,13 | 489:22,25 | 345:14 | 500:16,21 |
| 260:14 261:9 | 391:23 395:8 | 490:3,14,18 | 354:13 359:5 | 501:10,12,14 |
| 274:13,15,16 | 399:23 | 493:4,11,13 | 372:6,7 | 502:3 518:24 |
| 274:19,24 | 408:10 | 493:14,15 | 380:19 | 519:9,11,18 |
| 275:5,6,8,20 | 410:15 | 494:11 | 391:15 404:4 | 519:24 520:5 |
| 276:14,16,17 | 414:21 | 497:23 | 406:13,15 | 520:9 541:23 |
| 276:21,22 | 418:20,21,24 | 498:15,16,18 | 425:21 | 543:16,19 |
| 277:15,16,24 | 419:1,4,9 | 498:19 | 428:17 | 544:1,13 |
| 278:20 280:2 | 428:10,22 | 499:18 500:3 | 429:14 | 546:8,22 |
| 280:4 281:8 | 429:3,10,19 | 500:8 501:3 | 430:15 431:2 | 547:13 548:7 |
| 286:24 | 429:22 430:9 | 504:10 | 432:21 | 550:14 |
| 295:13,15 | 430:16 431:6 | 506:12,18 | 437:17 | **doing** 246:21 |
| 296:18,20 | 431:16,20 | 514:7,9 | 445:12,14 | 412:5 416:6 |
| 301:5,8,19 | 432:5,12,16 | 519:6,15 | 446:24 | 446:23 |
| 303:24 304:6 | 433:4 434:24 | 522:3,6,7 | 461:18 | 448:20,22 |
| 305:8,12 | 435:6 436:7 | 523:6 524:1 | 463:24 | **dollar** 352:5 |
| 306:11 | 437:12 | 524:4,15,16 | 464:19 | 405:13 530:5 |
| 311:24 | 438:11 | 524:20 | 465:10,19 | 532:19 |
| 313:24 | 439:12,22,24 | 525:21 | 466:4 467:8 | **dollars** 404:22 |