# EXHIBIT AB

# (Ex. 44 to the Hughes Declaration, originally filed as ECF 13010-25) - Part 3

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

16

410:8 411:20
411:21 489:7
494:24 510:3
528:10 543:6
**dotted** 349:16
349:22
350:25 351:4
351:11,12,21
352:15,22,24
353:1,8,11
**double-check**
349:2 373:11
386:18
**double-chec...**
373:13
**DRA** 553:14,24
554:6,7
**drank** 521:15
**draw** 308:23
**drawing**
515:23
**Drive** 227:12
227:16
**due** 435:24
460:23
552:16
**duly** 236:3
555:17
**dying** 538:7

**E**

**E** 226:1,1
227:1,1
228:1,1
229:1,1
333:18,18
**e-mail** 360:25
361:5,8,14
361:15
**earlier** 358:17
372:9,24
373:23
402:16

414:25 467:9
468:21 485:9
492:1 509:18
509:20 519:6
**earned** 250:15
252:7,8,10
252:10
289:20
290:15
321:14 332:4
348:9 349:13
412:21
512:22
536:11,14
**ease** 276:7
**easier** 388:8
495:22
**easy** 527:24
**edge** 342:11
**education**
264:9
**effect** 236:21
**effort** 294:3
**Eighth** 226:5
**either** 280:5
344:13 396:6
397:14
398:11,16
399:1,13
400:4 401:15
429:18
436:20 472:7
481:15 553:8
**electronic**
454:11,11
**Eleven** 226:5
**ELIZABETH**
227:14
**ELLIOT** 226:9
**emckeen@o...**
227:15
**employed**
264:5,14

292:5 416:22
416:24
447:19
**employee**
549:21
**Enabling**
298:15,18,21
298:25
308:14
318:12
328:13,24
**encountered**
326:22 327:8
327:18 328:1
328:5 377:15
**ended** 278:6
307:11
373:16
**ends** 320:14
**engagement**
448:13,25
449:23
**English**
231:14
232:13,16
233:5 357:12
357:14,17
358:12,19,24
465:11
493:23,24
494:9,20
522:9,14,18
525:17
**ensuring**
277:7
**entered**
313:12
**entire** 325:5
405:9 413:7
455:6 489:22
493:6
**entirely** 269:9
447:18

492:12
495:18
**entirety**
404:15
**entities** 281:19
284:25
290:20 291:1
291:4 378:23
387:16
398:21 402:2
552:25
**entity** 290:14
427:14
**entry** 261:1
265:8
**epiphany**
463:4
**equal** 435:22
456:7,17
**equivalent**
412:2
**ERA** 264:13
**Errata** 557:7
**errors** 532:1
**escrows** 308:6
**especially**
237:6
**ESQ** 226:7,8,9
226:16,17,18
226:19,20,21
226:22,23,24
227:6,7,8,14
227:15,22
228:6,7,8,9
228:15,17
229:7,13,19
**established**
308:14
314:13
**estevens@p...**
226:10
**estimate**
293:19

**et** 225:14
401:18,19
555:15
**event** 441:5
**eventually**
423:4 424:17
**everybody**
283:14
**evidence**
234:6 291:3
329:23 330:9
330:24 345:3
356:3 412:25
430:3 432:22
462:11
557:21
**exact** 244:5
258:15 259:8
261:16 262:3
270:5 292:9
292:16
293:18
350:11
367:23
368:18
371:21 382:2
386:23
403:22,24
406:5 456:15
476:8 477:1
479:16 484:8
484:16 502:6
506:2 515:14
515:17
533:19 539:9
542:7
**exactly** 269:5
292:17
304:11
348:16 407:4
456:4,11
476:7 515:10
517:23

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

17

| | | | | |
|---|---|---|---|---|
| 520:23 528:9 | 370:8 371:1 | 230:20 231:3 | 389:9,13,14 | **exists** 250:22 |
| **Examination** | 372:24 | 231:3,5,7,10 | 392:14 | 290:24 |
| 230:3,4 | 373:21 | 231:12,16,18 | 418:10,12 | 418:22 |
| 236:5 548:9 | 374:25 375:2 | 231:20 232:3 | 419:10 433:3 | 429:19 |
| **examined** | 390:6 393:1 | 232:7,10,14 | 438:4 439:12 | 431:13,16 |
| 236:3 557:4 | 404:6 408:14 | 232:17 233:2 | 439:14,15,19 | 445:19 |
| **example** | 408:25 | 233:8,10,18 | 445:7,8 | **expect** 305:19 |
| 273:21 | 410:25 | 233:19 | 451:14 | 305:20 387:4 |
| 274:23,25 | 411:13 412:4 | 247:24,25 | 464:21,22 | 432:15 519:8 |
| 282:16 | 412:17 414:8 | 248:10,11,20 | 465:1,7 | 519:17,23 |
| 285:18,19,20 | 414:18 | 253:3,4,8,19 | 474:11 | 520:4 |
| 287:16 | **exclusively** | 257:20 | 479:25 480:1 | **expecting** |
| 302:11,14 | 484:3 546:10 | 264:24 | 481:24 | 296:11 |
| 304:13 | 546:25 | 273:13,23 | 488:16 491:7 | **expenditures** |
| 350:13 | **excuse** 334:1 | 274:1,14 | 491:8 493:11 | 261:2 265:7 |
| 368:19 388:2 | 346:16 | 275:3 284:14 | 493:18 495:8 | **expenses** |
| 390:17 400:6 | 359:13 367:5 | 289:24 | 499:5,6,20 | 489:3 |
| 400:7 401:2 | 449:1 488:8 | 298:10,11 | 501:20 506:8 | **experience** |
| 401:11 | 521:14 | 303:10 304:3 | 507:1 521:11 | 549:5 |
| 402:24 | **execute** | 304:5 308:21 | 521:12 522:4 | **experiencing** |
| 447:11 | 427:11,18 | 308:21 311:7 | 522:22 | 283:8 |
| 457:12 459:8 | **executing** | 311:19 | 523:13 525:7 | **explain** 242:15 |
| 460:8 477:24 | 427:8 | 317:18,18,19 | 525:18 | 280:17 288:1 |
| 485:18 | **Executive** | 317:24,25 | 527:17 | 344:16 462:5 |
| **exceed** 433:12 | 230:17 | 324:14 335:8 | 537:25 540:4 | 545:25 |
| 532:21 | **exemplary** | 335:8,10,15 | 540:5,9 | **explained** |
| **exceeded** | 458:25 | 340:5,9,12 | 541:9,12,14 | 353:13 355:6 |
| 373:17 | **exercise** | 340:13 | 545:8 548:15 | **explanation** |
| **exception** | 284:21 | 349:15 | 548:19 549:9 | 242:16 |
| 414:19 | 286:14,18 | 356:23 357:1 | 549:12 | 353:25 |
| **excess** 385:4 | 287:6 339:4 | 357:6,19,22 | **exhibited** | **explicitly** |
| 433:18 | 412:5,9,12 | 357:25 358:2 | 253:9 | 277:18 |
| 436:12 | 437:11 | 358:3,8,10 | **exhibits** 230:5 | **extent** 245:6 |
| 456:24 458:6 | 445:21 | 358:18 360:2 | 231:1 232:1 | 311:12 |
| 488:3,7 | 467:18,23 | 360:19 | 233:1,16 | 507:13 |
| 532:23 | 468:3,10,12 | 362:15,18 | 357:23 358:4 | |
| **excise** 231:5 | 469:17,21 | 365:14,20 | 525:13 | **F** |
| 300:3 314:14 | 470:16,18 | 368:10,15 | **exist** 290:23 | **F** 300:25 |
| 314:22 | 471:6,11,22 | 369:22 371:6 | 348:25 | 333:18 |
| 316:20 319:1 | 471:25 472:7 | 371:10,14 | 527:10 | 375:14 |
| 332:11 345:2 | 473:3 475:18 | 377:1,4 | **existed** 445:25 | **fact** 234:7 |
| 345:5 346:5 | **exhibit** 230:7 | 378:8,8,17 | **existence** | 256:25 257:5 |
| 346:13 370:1 | 230:11,14,16 | 385:12,20 | 309:18 | 290:25 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

18

314:19
344:22 345:5
347:21 353:9
355:22 390:2
424:7 430:20
432:24 460:6
516:16
524:23
544:10
**factors** 547:5
**factual** 319:4
348:2 424:22
**FAFAA** 230:14
**faint** 367:9
**fair** 370:21
371:23
522:21
**fall** 386:10,16
**familiar** 299:20
318:10 319:6
343:5 347:2
347:3 361:4
361:7 377:11
379:10,11
419:3 420:6
420:18 440:7
534:24
552:18
**familiarity**
262:19 263:1
263:2
**far** 247:10
259:17 284:2
440:23
**February**
512:6,10,16
513:24
526:10
527:19
528:19,24
529:4,24
530:15,23
531:3,16

534:14 544:3
544:11
**federal** 281:11
281:15,19,20
282:4,18
284:16,19,24
285:3,11,13
285:21
286:10,22
287:16 288:3
288:8,12
300:3 316:20
320:8 400:10
401:2,11
**feel** 332:24
487:2
**feeling** 296:16
**felt** 329:5
**fiduciary**
307:23,24
**fifth** 227:4
381:21,23
**fight** 246:25
**figure** 491:25
**file** 445:17,18
500:8
**filled** 525:12
**final** 507:15
**finance** 227:2
292:15,19
369:6 496:25
**finances** 367:2
367:24
**financial** 225:4
225:11 226:2
227:10
228:11 230:8
230:12
243:12,14,17
243:18,20,24
244:1,6
245:4,20
246:3 247:14

247:15,18
248:4 256:5
257:22,24
258:1,3,7,9
258:13,15,25
259:2,3
260:10,16,20
265:9 266:18
266:20,22,25
267:4,8,15
269:4,6
301:24 302:2
302:5,9,18
303:3,8,15
303:20
305:16,22
307:21
313:20 314:4
314:7,10,12
316:3 317:4
400:9 496:9
496:13,22
555:12
**financials**
244:13,16,22
254:16
260:21
265:15 305:5
307:11
**financing**
230:18,21
291:9 316:9
316:16 318:2
325:17
362:10,11
**find** 385:10
462:10 470:2
470:9 510:16
550:17
**fine** 237:18
284:1 333:1
333:12

508:10
**finish** 237:8,10
396:20
**firm** 294:21
**first** 237:4
276:9 280:4
280:20 300:2
312:22
313:15,17
314:13,21
316:14
318:14,24
331:20 332:1
332:4,10,19
337:20
340:12 341:7
344:5 345:2
346:5,13
370:15,25
373:5,21
374:23 375:1
375:18,21
376:12,15
377:17,22
381:10,13
382:5,10
383:18 385:4
385:23
388:11,23
390:6,25
391:10
392:24,25
404:5 408:13
408:17,24
409:8 419:17
435:20
438:15 446:5
480:2 523:23
527:24
531:15,21
534:16
535:18,22,25
536:6,17

553:21
555:17
**FirstBank**
233:8 537:20
538:9 539:12
540:10,15
**fiscal** 227:10
276:5 300:4
300:12,14
312:15
313:18
332:20 372:2
372:5 374:6
433:13
435:19,21,21
**fit** 411:7
**fits** 485:23
**five** 262:1,6,14
283:9 323:14
448:10
**five-plus** 426:3
**fix** 517:3
**flip** 248:15
260:13
278:16 466:7
493:21 498:7
529:10
531:16
**Floor** 227:13
227:17
**flow** 230:15
231:3,5
232:8 236:11
271:4 273:18
273:22 275:1
276:6,8
277:5,6,8,10
277:21 278:5
282:20 285:2
293:8,10,23
294:2 311:20
312:6,10,13
312:14,21

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

19

| | | | | |
|---|---|---|---|---|
| 313:8,12 | 428:13,19 | 482:5 483:22 | 460:6,9,21 | 442:24 |
| 315:6 318:15 | 429:5,7,15 | 484:3,4 | 485:15 | 443:15 |
| 319:1,3,5 | 430:12,17 | 485:7,23 | 490:24 506:5 | **follows** 236:4 |
| 328:8,19 | 431:24 | 488:4,9,21 | 506:15 507:4 | 383:22 |
| 329:6 335:19 | 433:24 | 489:3 490:22 | 508:16 | **Fomento** |
| 336:25 | 434:11 | 491:21,22 | 510:10 | 359:16 |
| 337:13 338:4 | 436:13,22,24 | 495:7 501:20 | 517:13,23 | 360:17,22 |
| 338:7,13,24 | 437:1,5,11 | 502:24 | 530:5,6 | **Fondo** 372:13 |
| 339:1,5,18 | 437:17,18 | 503:11,20 | 532:10 | **footnote** |
| 339:21 340:7 | 438:2,3,8,9 | 504:14,19 | 535:21 | 511:23 |
| 341:2,13,14 | 438:10,11,15 | 505:3,7,9,14 | 536:14 | 512:25 513:7 |
| 342:19 | 439:8 440:9 | 505:17,20 | 545:24 546:7 | **footnoted** |
| 343:11 344:3 | 440:13 445:5 | 511:15,23 | 546:20 | 349:22 |
| 344:4 351:11 | 445:23 | 513:14 | **flowing** 337:13 | 353:10 |
| 352:8 354:14 | 446:17,18,20 | 514:10,20 | 352:2 376:4 | **foregoing** |
| 354:23 356:6 | 446:24 448:7 | 515:5,14 | 402:24 | 555:23 556:3 |
| 362:15 | 448:7 449:6 | 516:8,17 | 438:25 458:8 | 557:5 |
| 367:24 372:8 | 449:7 451:16 | 524:3,23,24 | 461:14 489:7 | **forgot** 423:7 |
| 375:22 376:1 | 451:25,25 | 525:1,21 | 504:23 | 508:22 525:4 |
| 376:19 379:5 | 452:19,21 | 526:4,6,11 | 513:25 | 551:21 |
| 379:12,17,20 | 455:15,18 | 527:19 | 526:17 | **form** 238:7,20 |
| 380:2,6,9,18 | 458:21 459:9 | 528:11,16,18 | **flows** 377:20 | 242:1 245:21 |
| 380:23,24 | 460:7 461:17 | 529:7,13,15 | 377:21 | 250:13 |
| 381:5,8,24 | 462:7,9,13 | 530:12,21 | 379:17 | 254:23 |
| 382:5,23 | 462:19,22,24 | 531:3,17,25 | 397:21 400:9 | 255:16 |
| 383:22 | 463:1 466:10 | 533:9 534:13 | 404:24 405:2 | 259:23 |
| 388:11,23 | 466:14,20 | 534:13,17 | 405:17 409:9 | 265:23 267:9 |
| 392:15 395:7 | 467:10,12,15 | 535:11,17 | 438:24 448:5 | 268:10,20 |
| 396:11 399:2 | 467:19,24 | 538:1 539:25 | 504:17 | 269:12 |
| 402:16 | 468:14,15,19 | 544:6,12 | 531:13 | 321:22 |
| 404:22,22 | 468:23,24,25 | 545:7,14 | **focus** 437:4 | 328:14 339:2 |
| 408:9,14,25 | 469:4,5,11 | 548:7 | **focused** | 366:18 |
| 409:1,4,10 | 469:16 470:4 | **flowed** 339:11 | 277:19 | 389:18 |
| 409:13,17,18 | 470:6,7 | 339:25 | 417:21 448:4 | 408:16 |
| 409:22 | 471:3 472:3 | 344:10 | 471:2 484:3 | 493:14 |
| 410:19 416:4 | 472:9,16 | 355:11,16,24 | **focusing** | 507:14 |
| 416:5,13 | 473:14,24 | 371:1 393:1 | 535:1 | 546:12 |
| 417:1,5,7,10 | 474:8,13 | 395:10,16 | **follow** 347:17 | **formal** 264:9 |
| 417:18,22,24 | 475:16,19,23 | 403:14 | 353:23 | **forth** 358:20 |
| 418:2,6,16 | 476:24 480:2 | 404:24 | 376:21 | 380:2 442:3 |
| 424:2,5 | 480:5,8,17 | 405:19 | 446:11 | 528:7 |
| 425:12,22 | 480:21 | 413:13 437:8 | **following** | **forward** |
| 426:23 428:7 | 481:18,23 | 437:19 439:5 | 441:7,13,23 | 257:15 267:6 |

Henderson Legal Services, Inc.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                           April 23, 2020

20

| | | | | |
|---|---|---|---|---|
| 507:8 515:22 | 252:21 258:9 | 310:2,6,7,11 | 413:10,18,22 | 249:7,13,18 |
| 525:19 526:9 | 258:13,15,25 | 310:12,20 | 414:1 419:19 | 250:1,3,5,7 |
| 531:16 | 259:2 260:5 | 311:3,4,8,10 | 419:20,21,23 | 252:3 259:4 |
| **found** 522:20 | 260:11,13,16 | 311:21 313:1 | 419:25 420:2 | 259:5,6,8,22 |
| **four** 261:24 | 260:19,20 | 313:2,22,25 | 420:10,13,18 | 260:2,7,20 |
| 349:15 | 261:3,7 | 314:2,3,13 | 421:2,7,9,11 | 265:13,19,25 |
| 350:10,24 | 265:1,7 | 314:19,20,20 | 421:13,18,21 | 266:5 267:19 |
| 351:8,13,13 | 266:14 269:3 | 315:11 | 421:23,25 | 267:22 268:3 |
| 352:5,6 | 269:6,9,17 | 316:10,15 | 422:4,7,9,13 | 268:7,12,15 |
| 448:15 | 270:4,9,13 | 317:1,6 | 437:12 445:1 | 268:18,24 |
| **fourth** 297:23 | 270:17,25 | 319:7,7 | 451:3 459:2 | 269:10,19 |
| 384:19 | 271:15 | 320:6,7,8,16 | 462:21 | 270:15 271:4 |
| **frames** 511:13 | 273:10 274:7 | 320:21,23 | 467:18 469:4 | 271:25 |
| 511:14 | 277:11 278:9 | 321:8,9,13 | 480:11,15,17 | 272:25 281:6 |
| **frankly** 462:2 | 278:12,14 | 321:17 | 480:22,24 | 281:7,20 |
| **front** 274:13 | 279:5,8 | 322:12,17,20 | 488:13,14,21 | 282:3,4,19 |
| 274:23 | 280:4 281:3 | 322:25 323:2 | 489:4 492:13 | 284:16,19 |
| 295:13,15 | 281:11,15 | 323:7,8,18 | 502:3 510:11 | 285:7,12,13 |
| 298:7 299:15 | 285:4,21,24 | 323:20 324:3 | 511:25 542:4 | 293:9,10,24 |
| 303:13,16 | 286:10,12,22 | 325:2,15,18 | **Fund-type** | 294:2 304:11 |
| 304:5 308:20 | 286:22 287:4 | 325:19,25 | 285:25 286:2 | 312:6,9,10 |
| 317:23 357:5 | 287:6,6,15 | 326:6,11,15 | 286:6 | 312:13,14,21 |
| 358:8,24 | 287:16 288:3 | 326:23 327:2 | **fundamentally** | 313:8,13 |
| 403:12 419:8 | 288:5,8,9,10 | 327:5,8,16 | 269:18 | 315:6,12 |
| 439:9 451:14 | 288:12,16,18 | 327:19 328:2 | **funded** 513:4 | 318:24 319:2 |
| 475:4 479:16 | 288:20,22,23 | 328:7 331:8 | 513:12 | 319:5,17,20 |
| 498:17 | 289:2,5,10 | 331:18 332:7 | **funding** | 319:25 |
| 508:20 522:2 | 289:14,15,22 | 332:12 | 289:19 | 320:10,20 |
| 541:15 | 290:7,8,10 | 333:25 334:9 | 290:14 | 321:10 |
| **full** 292:3 | 290:17,21 | 334:12,12 | 505:19 | 323:12 |
| 370:1,8,16 | 291:2,4 | 335:3 337:6 | 512:23 | 324:15,16,22 |
| 370:25 | 300:18,20,24 | 337:14 338:6 | **funds** 231:5 | 324:24 |
| 408:13,24 | 301:3,9,12 | 338:12,16 | 232:8 236:11 | 325:11 327:1 |
| 435:22 | 301:25 302:4 | 339:13 340:2 | 238:5,15,19 | 327:4,24 |
| **function** | 302:17 303:3 | 372:16,17,17 | 238:24 239:2 | 328:9,11,20 |
| 244:15 | 303:21 304:7 | 372:18,23 | 239:7,12,17 | 328:22 329:7 |
| 395:19 | 304:14,19,21 | 375:3,8,14 | 240:4,14,18 | 329:12,21 |
| **functions** | 305:3,9,21 | 375:15,15,19 | 240:25 241:2 | 330:17 |
| 427:9 483:23 | 306:1,4,7,7 | 376:1,1,5,10 | 241:5,9,15 | 331:20 |
| 483:24 | 307:23,24 | 376:11,13,13 | 241:21 242:7 | 334:16 |
| **fund** 238:9,12 | 308:3 309:1 | 376:15,16 | 242:9,25 | 336:25 |
| 249:8 252:3 | 309:4,8,12 | 385:7 386:25 | 243:4,10 | 337:13,22 |
| 252:6,14,17 | 309:18,22,25 | 387:2 413:4 | 248:21 249:4 | 338:7,13,24 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                     April 23, 2020

21

339:1,5,18
339:22 340:7
341:2,13,14
342:22
343:19,22
344:3,4,15
345:10,23
351:11
354:15,23,24
355:20 356:6
362:15 367:4
367:4,24
372:8 375:12
375:14,22
376:4,8,18
376:19 379:6
379:20 380:2
380:6,9,18
380:23,24
381:5,8,9,25
382:12
388:11,23
392:15 395:7
396:6,11
397:14
398:11
400:10 401:3
401:11 404:1
408:9 409:1
409:5,17,18
409:22
410:19
416:13 417:2
417:5,8,10
417:18,22,24
418:2,16
422:9 425:22
426:7 428:13
428:19 429:5
429:7,16
430:12,17
431:24 433:6
433:18 435:1

436:24 437:5
437:17,18
438:8,9,11
439:8 440:13
441:8 442:25
443:3 445:5
445:13,23
446:17,18,20
446:24 449:7
450:13,17,21
451:5,16,25
452:19,21
455:16,18
458:18,19,22
458:23 460:7
460:24
461:16,17
462:7,9,13
462:19,22,24
463:1 466:10
466:14,20
467:10,12,15
467:16,20,24
468:14,15,19
468:19,23,24
468:25 469:3
469:5,11,12
469:17 470:4
470:7,7,12
471:3 472:3
472:4,9,16
473:14,24
474:9 475:16
475:19,23
476:24 480:3
480:5,9,21
481:19,23
482:5 483:22
484:3 485:7
485:23 489:7
490:22
491:22,23
495:8 501:20

502:24
503:11
510:15
511:16,24
513:14 514:4
514:20
516:17 524:3
524:23,24
525:1,21
526:4,6,11
527:19 529:8
529:15 531:3
531:17,25
532:22
534:13,14,17
535:11 538:1
539:22,23
540:1 544:6
544:12 545:7
545:14 548:7
**Funds'** 438:10
**further** 236:4
  532:1 548:4
  553:6,7
  554:15
  555:16 556:2
  556:5
**FY** 230:14

---

**G**

**Gabriel** 362:9
  369:5
**GARAU**
  227:22
**Garcia** 233:11
  361:22
  362:10
**GASPARD**
  227:8
**gaspard.rap...**
  227:8
**GDB** 229:3,16
  344:11,20,20

349:17,19
351:14 352:2
355:17 356:2
361:11
365:15,17,22
368:2 369:6
370:2,9,16
371:1 406:20
408:15,19
409:10,13
410:4,12
418:18
419:12
433:16
440:25 441:9
441:12,22
442:2,22
443:13,14,18
444:18
455:19,24
456:3,11
465:21
489:14 495:8
495:25
499:10,23
500:12,16
504:5,11,15
508:17 511:8
512:15
513:25
515:10,15
516:15,19
517:2,6,9,24
527:3,9
528:12,16
529:8,20
530:7,8
545:22 546:1
**GDB's** 500:8
  517:3
**general** 244:10
  262:25 263:2
  278:9 279:25

280:20
281:18
298:19 320:6
321:8,9,17
322:25 323:2
323:6,8,18
323:20 324:3
343:7 368:4
372:18,23
375:2,8,16
375:19 376:1
376:10,13,16
382:6,7,9
385:7 401:22
413:10 419:3
423:3 425:25
488:25 489:2
545:14
552:14
**generally**
  240:22 244:7
  276:16,22,24
  277:14,16
  287:21
  292:14
  312:22
  314:12
  318:10
  331:19,25
  332:3,6,17
  332:19 341:3
  366:9,15
  379:9 401:13
  401:21 416:4
  417:20 420:6
  421:10,12
  435:10 440:2
  448:6,12
  451:24
  485:18
**generated**
  342:18
  511:19

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                                April 23, 2020

22

getting 246:23
 299:6 353:22
give 243:6,8
 274:22,25
 278:22,24
 283:19
 285:18
 302:11
 304:13 307:4
 400:6,7
 401:8 459:8
 474:2 484:8
 499:25
 507:14,20
given 246:16
 247:1 297:20
 313:18
 351:17
 370:18
 405:10 407:5
 447:18 485:7
 493:19
 555:19,25
 557:6
giving 236:20
 236:21
 363:14,15
 364:7 410:14
 534:3
gmainland@...
 226:21
go 246:22
 277:4,25
 284:1,4
 297:24 300:8
 302:23,24
 307:6,8
 316:2,4
 317:24
 340:11
 347:13 348:5
 358:20 360:9
 360:18 363:8

367:10
369:21 371:8
373:12 377:3
383:8 392:13
392:18 397:5
404:9 405:20
405:23 406:2
406:4,9,20
407:2 408:2
409:22,24
435:15
440:23
473:21 480:2
494:21 496:1
501:19
506:25
507:22
510:23 511:3
511:25 512:7
512:11,17,24
513:1,3,9,11
514:19 518:6
521:19
525:21 528:7
529:19
531:24
533:10
534:18,23
535:5 550:18
goal 304:14
God 254:15
goes 260:19
 300:9 529:24
going 234:3,6
 234:11 237:1
 237:6,8,10
 237:24
 242:11,13
 245:3,19
 246:22,24
 248:10 255:2
 256:12
 257:15

259:18
260:15
263:11 272:2
273:2 278:23
281:1,10
287:10,11
289:25
296:12,25
297:3,7,7
299:7 300:11
301:22 307:4
335:7 344:7
349:16
353:21
356:11,23
358:9,10
381:17
387:15 389:9
403:5,6
408:7 412:14
414:23 430:3
430:25 432:1
432:20,23
436:1 439:15
456:19,19,23
458:4 459:25
462:1,3
465:13
472:14
473:21 474:2
474:3,4,12
479:23 480:4
486:12,17
491:5 503:10
507:8,22
514:19
515:22
522:12
525:19,20
528:6,8
531:14 533:8
534:5,20
541:13

544:21,22
545:1 550:16
552:5,8
554:18
Gomez 294:8
 310:24
 417:15
GONZÁLEZ
 227:22
good 236:7
 283:13 284:2
 333:22
 382:18
 391:25 439:3
 550:21
Gotshal 227:3
 229:22,24
govern 297:10
government
 232:5,10
 233:13
 260:19 263:6
 263:9,14,25
 264:17,20
 281:19
 284:25
 305:22
 380:14
 381:12
 439:18
 488:22
graduate
 257:13
 264:10
GRANT 226:20
gray 341:17
 393:12,12,21
 394:3
great 247:8
 274:12
 333:13
 383:11 392:4
 523:22

525:23
green 337:9,17
grounds
 521:16
GUARANTEE
 227:2
GUARANTY
 228:2,3,11
Gubername...
 359:16
 360:16,22
guess 236:13
 315:18 361:1
 374:18
 446:22
 550:12
guesswork
 430:1
Gustavo 449:8
 483:3 485:4
 487:23
 496:21,24
 546:11 547:1
 547:3,4,9
Gustavo's
 484:13
guys 271:5
 293:10

──────────
          H
──────────
H 225:18 230:2
 236:2 555:9
Hacienda
 550:5
half 253:6
 307:3 310:9
 337:4 378:2
halfway 300:9
 523:11
HALL 228:9
hand 556:10
happen 303:19
 319:4

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                     April 23, 2020

23

| | | | | |
|---|---|---|---|---|
| **happened** | 481:10,18 | **help** 283:24,25 | 420:10,12,18 | 530:19,20 |
| 428:12 437:6 | 482:3 498:4 | 293:8 344:8 | 421:1,7 | 538:17 |
| **happening** | 501:5 511:10 | 368:5 394:3 | 422:13 | 539:14 543:1 |
| 440:3 | 536:25 | 417:4 523:17 | 488:13 502:2 | 543:9 544:2 |
| **happy** 237:23 | 537:23 539:8 | **helped** 293:23 | **holds** 400:18 | 544:14,19 |
| 242:15 | **header** 267:12 | **helpful** 358:1 | **honestly** | **hotelier** |
| 246:13 | **heads** 277:25 | 403:12 | 272:15 | 453:24 |
| 260:13 319:3 | **headset's** | **helps** 283:15 | **hope** 344:8 | 454:25 533:5 |
| 434:14 447:4 | 538:7 | **Henderson** | **hopefully** | **hoteliers** |
| 525:17 528:7 | **hear** 237:18 | 235:5 283:18 | 383:9 545:2 | 452:2 453:4 |
| 531:16 | 367:14,15 | **hereinafter** | **hoping** 514:23 | 453:6,9,16 |
| 534:18 | 515:25 | 325:18 | **host** 235:5 | 453:18 454:3 |
| **hard** 237:6 | **heard** 235:14 | **heretofore** | **hotel** 232:11 | 454:6 455:11 |
| 295:13,16 | 299:22,23 | 555:7 | 419:21 | 456:13 503:5 |
| 328:6 416:8 | 301:9,11 | **hereunto** | 420:16,21 | 503:14 515:5 |
| 462:25 | 326:14 | 556:9 | 421:5 423:3 | 516:10,13 |
| 478:11 | 367:13 | **HERRINGTON** | 424:1,5,8,16 | 518:3,9 |
| 491:19 | 396:18 398:5 | 229:4 | 433:6 435:1 | 526:12 528:1 |
| 523:14,19 | 398:7 418:23 | **Hi** 361:20 | 438:25 439:4 | 528:3 532:3 |
| 525:4 548:6 | 419:1,5,24 | **high** 262:8 | 441:3,8 | 532:21 533:7 |
| **HASTINGS** | 420:3,5 | **Highway** 274:6 | 442:25 443:2 | 535:7 |
| 229:10 | 422:17,20 | **Hira** 229:22 | 451:25 | **hotels'** 460:5 |
| **hate** 316:1 | 424:3 520:12 | **historical** | 453:25 | **hour** 225:22 |
| **Hato** 229:18 | 521:5 | 345:17 380:9 | 455:10 458:5 | 544:22 |
| **head** 260:13 | **hearing** | 380:23 | 458:15 | **hours** 544:21 |
| 267:3 302:2 | 237:15 | **historically** | 459:10 | 544:25 |
| 303:19,23 | 283:10 | 280:5 338:13 | 460:21 461:5 | **How's** 263:1 |
| 314:6 346:23 | **Hector** 294:7 | 339:25 | 463:25 | **Howard** 449:3 |
| 350:22 | 310:24 | **Hmm** 323:4 | 465:24 488:4 | **Howard's** |
| 382:16,19 | 417:15 | **hold** 314:13 | 488:8 502:14 | 449:11 |
| 383:21 385:9 | 549:18,21 | 359:8,8 | 503:4 504:25 | **HTA** 289:2,19 |
| 395:2,7,13 | **held** 325:19 | 396:4 397:11 | 505:2,6,9,12 | 290:7,14,20 |
| 399:21 402:7 | 331:22 | 402:1 | 505:16,19 | 291:1 341:14 |
| 402:11 | 334:12,16 | **holder** 342:4 | 508:4 509:11 | 395:4,7 |
| 406:13 | 335:3 337:25 | 363:10 364:3 | 510:5,21 | 396:1 397:11 |
| 417:14 | 338:7 339:12 | 364:11,17,17 | 511:7 512:14 | 398:16 |
| 431:12 445:3 | 363:1,3 | 365:16,18,22 | 513:12,22 | 401:18 |
| 445:21 447:6 | 370:8,15 | 365:25 366:2 | 514:11,14 | 402:23 403:2 |
| 457:13 464:5 | 398:24 | 366:8,24 | 515:3 516:17 | 403:2,6,8,11 |
| 469:25 | 441:12,22 | 368:25 369:2 | 517:13 | 446:21 |
| 472:19 | 443:13,14 | **holding** | 518:19 | 462:10 |
| 473:19 | 509:25 510:2 | 419:20,21,23 | 528:11,15,17 | 492:17 |
| 475:18 | 539:23,24 | 419:24 420:2 | 529:2,14,18 | 548:21 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

24

549:13,15,22
550:1,3
**Hudson**
  226:15
**HUGHES**
  226:18
**hundreds**
  244:3 260:1
  295:20 296:5
  296:19
  489:22
**hypothetical**
  290:19 345:7
  553:4

                    I

**ID** 287:6
**idea** 421:17
  547:8
**identifiable**
  370:19
  466:21
  480:14
**identification**
  477:4,6,7
  485:22
**identified**
  272:11
  278:15 279:6
  282:19 285:4
  288:8 290:21
  296:1 310:11
  314:2 315:11
  328:11,22
  329:13,22
  338:7 361:11
  404:4 422:14
  429:10 467:5
  468:20 469:4
  469:10,12
  472:3,4,12
  473:9,23
  475:6 476:23

476:23 479:6
479:9 480:24
482:15,16
495:7,11
497:20
498:12
511:15
523:23
524:24 526:6
542:2 543:16
544:11,14
**identifier**
  286:12
  375:20
**identifiers**
  320:22 327:5
**identifies**
  253:20 337:5
  360:3,19
  386:4,9,15
  387:3 390:7
  390:15,25
  391:9 429:6
  429:20
  430:17 431:7
  431:16,20
  432:5 487:7
  490:6 496:8
  498:8
**identify** 249:14
  284:24
  289:15 290:9
  291:2 322:11
  345:22
  354:11,20
  355:7 356:17
  369:11,17
  372:18
  392:23
  402:21,23
  403:19 412:3
  413:9,15,16
  413:21 414:1

414:5 428:18
429:15
430:11 431:3
431:23
461:15
462:20
463:24 466:5
472:15
475:11
479:22
480:11,21
484:23
486:15
489:12
490:23
498:20
519:10,12
520:5
**identifying**
  284:25
  337:24
  355:24 461:6
  463:19
  484:13 486:3
  486:25
  496:14
  504:12 543:8
**ii** 225:16,16
  433:10
**III** 225:4,11
**Illinois** 555:1,7
**imagine**
  348:18 374:9
**immediately**
  283:21 441:7
  442:24
**impacted**
  317:9
**implication**
  364:18
**implications**
  366:2
**importance**

469:15
470:17 473:2
**important**
  468:13,18
  469:2,9
  470:21
  472:20
**impossible**
  460:24,25
**inaction** 554:4
**include** 277:11
  462:21
  501:11
**included**
  259:22 289:3
  313:7 314:6
  372:11
  384:16,21
  395:2 401:21
  428:19
  458:21 460:7
  473:16 512:1
**includes** 308:3
  308:4
**INCLUSION**
  233:17
**inconsistent**
  269:18
**independent**
  247:13 248:7
  255:9,13
  257:8 267:11
  483:7 492:12
**independently**
  315:1 330:2
  485:4
**INDEX** 230:1
**indicate**
  256:24 257:4
  341:22,24
  342:7,13
  345:10 346:4
  346:12

356:16
363:20,23
373:19
497:10
520:25
544:17
**indicated**
  236:15
  312:25
  344:15 352:9
  354:14 356:5
  356:7 368:17
  403:25
  404:20 458:7
  461:1,14
  479:8 501:21
  514:14
  529:22 544:5
  545:21
**indicates**
  338:13
  341:18 342:8
  342:14
  349:15
  359:13,13
  360:10
  393:13
  455:18
  511:24
  512:25 513:7
  539:21
**indicating**
  337:13 338:5
  514:10 543:1
  544:18
**indication**
  344:21
  542:11
**indiscernible**
  245:1,11
  275:17 279:1
  304:12
  367:11 375:7

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

25

| | | | | |
|---|---|---|---|---|
| 401:20 | 318:2 325:16 | **interest** | **involved** | 512:6,10,16 |
| 454:22 | 331:8,17 | 435:24 | 273:17 | 513:2,8,9,12 |
| 466:19 | 332:7,12 | 536:11,14 | 283:21 | 513:23 |
| 490:10 | 333:25 334:9 | **interested** | 294:12 | 514:10 527:1 |
| 522:25 539:2 | 334:12,16 | 556:7 | 336:24 337:1 | 527:18 |
| **indistinguis...** | 335:3 337:6 | **internal** 277:5 | 361:5 447:8 | 528:12,17 |
| 354:8 356:21 | 337:14 338:6 | 277:5,8,10 | 447:21 | 529:8,16 |
| 411:21 | 338:12,16 | 285:1,4 | 448:12,17,24 | 530:6,14,24 |
| 458:24 543:6 | 339:13 340:2 | 287:3,14 | 449:3,22 | 531:25 532:5 |
| **individual** | 480:10,15 | 320:19 | 466:23 517:8 | 534:18 545:7 |
| 345:25 | **inherent** | 321:20 322:3 | 551:9 552:19 | **JASON** 228:15 |
| 431:20 | 250:14 | 322:10 | 552:21 | jason.callen... |
| **individuals** | **inherently** | 329:11,20 | **involvement** | 228:16 |
| 314:24 332:8 | 528:21 | 385:13,21 | 415:12,20 | **Jeira** 294:7 |
| 361:8 416:21 | **initial** 294:1 | 395:19 | 449:4 551:8 | 310:24 |
| 417:2 447:5 | **inquired** | 402:15 404:3 | **issue** 272:20 | 417:15 |
| **inflow** 287:4 | 309:17 | 405:17 | 479:4 | **Jesus** 362:10 |
| **inflows** 277:17 | **inside** 285:8 | 406:22 | **issues** 248:12 | **job** 244:15 |
| 279:17 | **instruct** 534:5 | 445:12 | 296:1 | 262:17,22 |
| 286:12,22 | **instruction** | **International** | **item** 278:18 | 263:4 427:8 |
| 287:16 288:3 | 232:14 | 226:10 | **items** 286:25 | **JOHN** 226:18 |
| 289:6 | 490:23 491:3 | **interpret** | 287:21 | 228:8 |
| **information** | 493:20 494:8 | 305:25 306:3 | **IV** 319:10 | **joint** 366:11 |
| 230:9 248:6 | 496:13 | 368:5 | 324:21,23 | **Jointly** 225:7 |
| 256:6 279:13 | **instructions** | **interpreted** | 338:17 | **Jorge** 292:2 |
| 295:4 298:25 | 235:11 | 554:5 | **IVÁN** 227:22 | **JPMorgan** |
| 319:4 341:5 | 236:24 | **interrupting** | | 232:6 439:18 |
| 344:14 360:2 | **instrumenta...** | 297:2 | **J** | **Juan** 227:21 |
| 391:5 418:5 | 312:7 327:10 | **introduced** | **J** 225:21 228:6 | **judge** 246:22 |
| 418:8 427:18 | 327:20 | 247:25 274:2 | 555:5 556:16 | 246:25 554:3 |
| 464:12,15 | 416:10 | 298:12 | **JACLYN** 228:9 | jughes2@mi... |
| **Infrastructure** | **instrumenta...** | 317:20 | jaclyn.hall@... | 226:19 |
| 230:18,21 | 342:20 521:3 | 335:11 | 228:10 | **July** 392:15 |
| 291:9 300:20 | **INSURANCE** | 340:10 357:2 | **January** | 394:12,25 |
| 309:3,8,12 | 228:11 | 368:11 | 343:12 | 402:1 404:23 |
| 309:18,22 | **intended** | 371:11 377:2 | 362:16,16 | 407:25 |
| 310:2,6,12 | 386:22 | 389:15 | 369:24 370:6 | 408:11 |
| 310:20 311:3 | 545:13 | 418:13 | 370:14,24 | 435:24 |
| 311:8,10,21 | **intends** 234:5 | 439:20 445:9 | 413:8,12,20 | 524:23 526:5 |
| 313:2,22,25 | 234:16 | 464:23 491:9 | 435:25 455:7 | **June** 230:7 |
| 314:2,20 | 432:21 | 499:7 521:13 | 455:9,16,25 | 248:6 307:12 |
| 315:12 316:9 | 486:22 | 540:6 | 474:13 480:5 | 341:8,8 |
| 316:16 317:6 | **intent** 554:10 | **involve** 276:16 | 502:23 512:1 | 343:12 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                        April 23, 2020

26

362:17
369:25 370:7
370:14,24
480:5
**junior** 496:22
**Justice** 308:5
**justification**
464:3

**K**

**K** 555:3
**Karen** 445:6
**keep** 235:11
296:12 333:5
**keeps** 436:1
**Kevin** 226:19
226:24
248:16 307:6
308:18 316:1
357:16 371:7
377:4
**key** 296:1
482:6
**kind** 286:21
406:15 514:4
525:13
541:15,16
**kinds** 533:9
**kmaggio@m...**
226:20
**knew** 364:14
432:10
483:15
545:18
**know** 244:17
251:2 258:14
259:7 260:4
263:10 267:1
269:5 270:5
271:8,9,18
272:14 273:7
274:4,10
282:8,10,14

283:7,17
286:13
288:17,19
289:17 292:4
292:7,9,10
292:12,14,16
292:22,23
295:14
296:10
301:20,23
302:1 304:17
305:7 306:11
313:11
327:13
329:10,19
339:3,9,20
341:8 342:10
342:12
346:24
347:18,21
348:20 349:2
349:8,19
350:18,21
354:2,5
361:22
364:24 365:2
365:24
372:16 373:3
373:16 374:7
374:22,25
375:10,18,21
375:25 376:9
376:14,17
382:13
384:23 385:5
385:25 386:2
386:7,13,19
386:24 387:1
387:13,18,24
394:4 395:4
395:9,22
397:22 402:4
402:8 403:13

404:2,12
406:8,25
407:8,22
411:8,24
415:9 419:3
420:7 421:22
425:5,15
426:22 427:7
427:10,18
429:17,23,25
430:2,24
433:5 444:25
446:3,5,7
447:14 452:4
453:24 454:8
454:12,17
458:14 460:5
460:21 462:3
463:23
466:10,13,15
466:16
468:11
469:22 471:7
472:8 477:24
478:11
480:25 481:7
481:14
484:10,12
488:25 489:2
490:17 492:5
492:6 493:3
495:21 496:2
496:19,21,24
499:15
500:20 501:1
501:25 502:5
502:9 507:13
508:2 509:3
510:9,25
511:6 512:5
512:9,17
515:21 517:5
519:2,7

522:19
527:16,20,21
533:18,22
536:22,24
537:1,5,6
538:5,15,21
541:20 542:1
542:15,19
543:17
552:23
**knowledge**
240:3,13
261:11,13
414:7,15
417:4 483:7
483:12
500:15,15
522:13
**knowledgea...**
427:1
**known** 284:24
309:21 317:3
317:13 461:3
**knows** 272:9
**KPMG** 267:11
267:14
**kwesterman...**
226:25

**L**

**L** 227:14
**la** 524:8
**label** 481:20
**labeled** 463:22
**labels** 482:3
492:6
**LANGLEY**
228:17
**language**
466:25
**large** 248:9
283:7
**larger** 523:20

**late** 550:12
**law** 236:22
294:21 308:2
425:18
**Laws** 230:16
**lawyer** 428:4
**lawyers** 246:4
247:13
294:12,15
425:10
**lay** 311:13
**leading** 550:12
**leave** 452:19
**left** 372:19
**left-hand**
540:17,24
**legal** 235:5
295:1,17,24
295:25
296:23 298:3
298:5 311:12
364:17,19
426:6 507:14
507:20
**legislation**
352:10,14
**Leon** 227:20
**let's** 283:15
284:4,5
296:8 325:9
389:8 435:15
463:2 474:10
474:10,11
518:6 521:19
535:5 540:2
541:9,10
545:3 550:24
**letter** 233:11
340:5 344:14
344:24 345:9
353:24
494:23
495:11,12,17

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

27

| | | | | |
|---|---|---|---|---|
| 495:19,24 | 351:21 | **Liz** 272:15 | 537:14 538:7 | 527:17 |
| 496:13 497:8 | 352:15,16,22 | 336:3 389:9 | 545:17 | 529:12 |
| 499:20 | 352:24 362:4 | 392:2 423:20 | 550:22 552:2 | 534:19 |
| **letterhead** | 447:18 | 494:10 | **longer** 383:9 | 541:10 |
| 495:23 | **lines** 258:8 | 545:15 | 394:11 | 549:16 |
| **letters** 232:14 | 260:15 | 550:13 | **look** 244:12,16 | **looked** 243:11 |
| 232:18 341:4 | 279:11 | **LLC** 227:20 | 244:21 | 244:18 246:3 |
| 344:18 | 349:16 353:1 | 229:2,15,17 | 247:14 253:5 | 258:19,21 |
| 345:13 | 353:8,11 | 553:20 | 257:19 261:1 | 288:25 314:8 |
| 385:25 | 378:1 534:25 | **LLP** 226:4,14 | 274:5 277:1 | 328:13,25 |
| 461:19 | **link** 276:9 | 227:3,11 | 277:23 | 346:24 |
| 490:23 491:2 | **linking** 477:19 | 228:4,12 | 278:25 | 365:15 |
| 491:3 493:20 | **liquidity** 448:8 | 229:4,10,22 | 303:15 304:3 | 377:25 400:8 |
| 498:8 | **list** 280:6 | 229:23,24 | 314:1,9,11 | 413:7 430:14 |
| **letting** 297:13 | 288:16 447:5 | **load** 307:4 | 314:25 315:4 | 434:10 438:3 |
| **level** 262:9 | 524:18 | 357:18 | 316:6 324:13 | 455:6 468:21 |
| 279:10 | **listed** 258:4 | **loaded** 395:5 | 324:16 325:9 | 484:18,22 |
| 470:17 473:2 | 282:19 | **loading** 335:13 | 329:24 330:2 | 486:13 |
| **levied** 316:20 | 360:11 | **locate** 500:7 | 335:21 | 488:15,18 |
| **lgarau@mp...** | 368:20 369:2 | **lockbox** | 340:19 341:6 | 491:1 492:2 |
| 227:23 | 414:20 495:4 | 231:16,18 | 356:15,23 | 500:21 506:8 |
| **Liberty** 228:5 | 499:24 500:3 | 337:19 377:7 | 359:11 | 506:18 |
| **License** | 501:17 | 377:9,11,15 | 360:24 | 543:15 |
| 556:17 | **listen** 287:11 | 378:3,5,11 | 361:13 | **looking** 258:1 |
| **lied** 545:15 | **lists** 278:11 | 378:17,18,19 | 373:14 | 264:23 267:1 |
| **Lift** 232:17 | 523:9 524:16 | 378:25 379:4 | 375:20 | 284:14 |
| 335:18 | **litigation** | 379:10,16,21 | 376:18 380:5 | 303:11,12 |
| **lift-stay** 554:8 | 283:18,21 | 380:1,4,11 | 381:14,22 | 304:6 306:10 |
| **light** 353:9 | 295:2,19 | 380:25 381:4 | 382:20 | 307:3 308:22 |
| **liked** 317:3,12 | 296:2,24 | 381:14 | 389:23 | 324:8 345:25 |
| **limit** 534:20 | 313:9 | 383:20 384:3 | 392:14 | 347:4 362:14 |
| **limited** 448:5,6 | **LITTERINE-...** | 386:3,8,14 | 402:17 | 368:13,19 |
| **limits** 532:20 | 229:7 | 389:22 393:3 | 409:16 | 392:21 395:7 |
| 532:21 | **little** 237:15,15 | 408:19 | 419:15 | 399:22 |
| **line** 234:2,10 | 306:21 327:1 | **log** 283:14,24 | 425:21 436:2 | 403:22 |
| 258:4 260:18 | 334:20 | 283:24 | 438:14 | 405:12 |
| 266:15 | 344:16 | **long** 235:21 | 440:19,20 | 408:10 433:2 |
| 272:16 | 351:18 | 245:9,12 | 443:10 445:4 | 440:6 455:15 |
| 278:18 281:2 | 511:12 | 348:14,16 | 465:12,13 | 458:2 463:21 |
| 285:20 286:9 | 523:14,15 | 374:4,7,16 | 474:12 480:4 | 465:17 |
| 286:25 | **Live** 283:18,20 | 392:2 416:6 | 492:4 493:21 | 474:14 |
| 287:21 300:1 | **LiveLitigation** | 434:17 441:1 | 495:22,23 | 481:13,18 |
| 303:25 351:1 | 235:17 | 448:1 456:10 | 499:22 519:5 | 494:17 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                              April 23, 2020

28

498:18
501:19
502:17,22,24
524:22 526:4
526:9,25
531:2 534:12
535:3 537:22
540:13 545:6
**looks** 301:4
**loosely** 328:7
422:8 506:14
521:9
**Lopez** 292:2
**lost** 359:9
396:24
424:21
**lot** 292:10
297:20 518:7
522:17 537:6
**Lou** 229:23
**lunch** 332:25

**M**

**M** 228:17
**machine**
457:13
501:22,25
502:6
**machines**
454:13
**MacKenzie**
264:5,15
447:15,20,25
448:11,24
449:2,12,14
449:22 450:2
450:5,9
451:10
**Madam** 396:25
548:8
**Maestry**
233:13
**MAGGIO**

226:19
**magnified**
523:18
**magnify**
523:13
**main** 277:6
410:4 413:14
**MAINLAND**
226:20
**maintained**
277:5 300:18
309:2 345:13
**maintains**
345:17,17
402:17
**making** 246:21
276:17
**management**
225:5,11
226:2 395:20
417:3 448:8
478:13
533:11
555:13
**manager**
292:10,15
**manages**
449:5
**managing**
450:10
**mandate** 379:1
**mandates**
378:25 379:6
**Manges** 227:3
229:22,24
**manner**
297:19
**manual** 284:21
**map** 329:11,21
339:4,7
445:12
467:18 469:3
469:10 475:3

492:15
**mapped**
328:10,21
**mapping**
287:9 330:17
467:23
470:11 471:6
472:2,7
477:10
478:16,21,25
479:1 482:23
**March** 232:18
340:6 392:16
394:13,25
402:1 404:23
408:1,11
413:8,13,20
499:20
503:12
508:18
511:21 512:6
512:10,16
513:24 515:8
515:13
531:24 532:5
534:18 554:3
554:9
**MARCOU**
226:21
**Marini** 227:20
294:17,20,22
**mark** 248:3,10
273:22 298:9
317:17 335:7
340:5 356:23
357:21 371:5
371:8 389:12
418:10
439:12
464:21 499:4
501:8 521:11
**marked** 233:16
274:13

317:23 357:5
358:9 368:14
371:13 419:9
451:13
464:25 465:6
480:1 488:16
491:7 493:10
499:19 522:3
525:18 540:8
548:19
549:12
**Massachuse...**
226:11
**match** 468:18
483:20
**matching**
286:22 287:5
482:22
**material** 309:9
**materials**
426:5
**matter** 236:10
242:21 298:4
312:5 339:19
**maximum**
532:19
533:12
**MBA** 262:12
**MCCONNELL**
229:17
**McKEEN**
227:14
237:14,20
238:7,20
239:5,15,22
240:6,16
241:6,13
242:1,18
243:2 245:5
245:21 246:6
246:15 247:2
247:6 248:23
249:12,20

250:13
251:25
252:15,22
254:4,23
255:16
256:14
257:17
259:23 264:1
265:3 266:7
267:9 268:9
268:20
269:12
270:19 271:2
271:10,17
272:2 273:1
274:8 275:23
275:25 282:6
282:15 284:1
284:7 286:3
287:18 288:6
289:8 296:3
296:8,25
297:6,15
298:23 301:1
302:6,13
303:1,9,14
304:9 305:6
305:14 306:5
306:16,18,22
311:11,22
313:3 315:3
317:14
318:16 320:1
320:12 321:1
321:22 322:5
322:13
323:22 324:6
324:19 326:8
326:17
327:12,23
328:14 329:1
330:6,21
332:13 333:1

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                        April 23, 2020

29

| | | | | |
|---|---|---|---|---|
| 333:8,12 | 504:2 507:9 | 417:23 418:1 | **meant** 305:11 | 326:11 |
| 334:14 | 507:11 | 421:4,8,10 | 305:12 | **merge** 357:18 |
| 335:25 336:4 | 514:21 520:7 | 421:12 | 345:19 362:8 | 357:21 |
| 339:2 345:15 | 525:22 | 432:12 | 362:21 363:9 | 358:11 |
| 346:7,15 | 527:13 | 435:14 | 363:16 | **merged** |
| 352:12 | 533:17,25 | 436:23 | 364:14 | 358:17 |
| 354:16 | 537:9,13 | 447:19 | 375:14 | **MERVIS** 226:8 |
| 357:24 365:1 | 543:22 | 456:14 | 380:10 | **message** |
| 367:7,11,17 | 544:20 545:3 | 464:14 477:6 | 393:21 | 527:21 |
| 376:23 | 545:18 | 477:9,10 | 421:23,25 | **met** 433:9,11 |
| 379:18 381:2 | 546:12 | 479:3 481:5 | 432:13 | 435:3 |
| 383:4,11 | 547:18 | 485:10,11,17 | **Medicaid** | **method** |
| 384:1,4 | 548:10,14,17 | 506:21 | 282:4,5,11 | 468:16 |
| 387:17,23 | 550:7,21 | 507:11 | 400:11 | **MetLife** 229:11 |
| 388:6,18 | 553:2,7 | 516:17 | **meet** 551:23 | **MICHAEL** |
| 389:4 391:16 | 554:12 | 524:10 | **Melendez** | 226:8 |
| 392:3,5 | **McKeene** | 528:10 | 549:18,21 | **Micheletto** |
| 398:18 399:8 | 230:4 | 536:12 | **member** | 229:25 235:4 |
| 401:4 408:16 | **mean** 238:13 | 539:18 | 305:19 449:2 | **middle** 308:24 |
| 409:7 412:19 | 239:20 264:6 | 544:12 | 470:10 | 491:15 |
| 423:21 | 265:2 279:11 | **meaning** | **memorized** | **Milbank** |
| 426:16,24 | 286:16 | 341:13 343:7 | 260:2 | 226:14 |
| 428:8 430:6 | 288:14 302:4 | 344:24 | **memory** 484:5 | 229:23 236:8 |
| 430:21 431:9 | 302:12,15 | 363:17 | 484:9 525:5 | **Miller** 226:22 |
| 431:18 434:1 | 303:7 310:15 | 373:16 | **Memphis** | 230:3 234:3 |
| 434:13 | 321:4,23 | 397:21 | 228:19 | 234:11 236:6 |
| 438:17,21 | 341:11 342:3 | 398:11 | **mentioned** | 236:8 237:21 |
| 441:15 | 343:21 | 404:22 | 247:17 253:4 | 238:11 239:1 |
| 442:16 | 344:17 | 457:16 | 258:18 262:3 | 239:8,19 |
| 443:22 444:6 | 349:23 350:7 | **means** 239:23 | 268:3 285:10 | 240:1,10,19 |
| 444:12,21 | 350:9 353:8 | 261:7 279:20 | 291:21 294:6 | 241:10,17 |
| 452:3,16 | 364:2 367:2 | 279:21 | 294:22 299:1 | 242:3,23 |
| 457:16 | 368:16 | 280:24,25 | 314:24 | 243:5 245:16 |
| 459:13,21 | 374:12,18 | 299:19 | 330:18 331:5 | 246:1,9,18 |
| 460:11,16 | 380:17 387:9 | 300:25 301:3 | 353:1 363:4 | 247:3,11 |
| 463:7 464:10 | 393:12 394:2 | 302:17 304:7 | 369:10,16 | 248:2,16,18 |
| 467:21 | 396:8 397:3 | 304:18 305:5 | 402:16 | 249:3,15,23 |
| 470:14,24 | 397:18 | 343:6 354:1 | 405:18 | 250:17 |
| 471:8,24 | 398:10,15,23 | 366:7 386:19 | 414:25 | 251:12,23 |
| 478:7,19 | 398:25 399:5 | 400:2 421:5 | 466:24 | 252:2,19 |
| 483:1,18 | 399:6,11,20 | 454:24 | 468:22 | 253:1 254:8 |
| 485:16 494:1 | 401:1,10,20 | 495:16 | 487:22 | 255:1,18 |
| 494:5,13 | 415:3,9,14 | 516:20 | **mentions** | 256:15 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II April 23, 2020

30

| | | | | |
|---|---|---|---|---|
| 257:18 260:3 | 323:25 324:7 | 409:15 | 486:1,17,23 | 344:12,25 |
| 263:20 264:3 | 324:20 | 411:23 | 489:9 490:16 | 345:1,4,8 |
| 265:5 266:2 | 326:13,21 | 412:24 | 491:10 492:9 | 346:5,13 |
| 266:10,17 | 327:15 328:3 | 414:11 | 493:1 494:3 | 351:13 352:5 |
| 267:13 268:5 | 328:18 329:3 | 416:18 418:9 | 494:6,15,16 | 352:6 353:2 |
| 268:14,21 | 329:9 330:11 | 418:14 422:2 | 499:8 502:8 | 354:11,20 |
| 269:15 | 331:1 332:15 | 422:11 | 504:4 507:10 | 370:1,8,16 |
| 270:22 271:6 | 333:4,11,13 | 423:19,23,24 | 507:16 508:1 | 370:18,25 |
| 271:13,19 | 333:21 334:6 | 424:10,24 | 513:17,21 | 373:5,17 |
| 272:13,15,21 | 334:7,25 | 425:19 | 514:18,22 | 374:23 375:1 |
| 273:5,12,14 | 335:7,12 | 426:12,20 | 515:1 517:17 | 375:19 |
| 274:3,11 | 336:2,10,23 | 427:3 428:2 | 517:21 | 376:12,15 |
| 275:18,23 | 339:6 340:4 | 428:14 | 520:11 | 377:17,22 |
| 276:1,10 | 340:11,14 | 430:13,22 | 521:10,17 | 382:5,10 |
| 280:15 282:1 | 345:20 346:8 | 431:10 432:1 | 522:1 523:8 | 383:18,24 |
| 282:12,17,21 | 346:20 | 432:3,19 | 525:6,11,15 | 385:4,5 |
| 282:25 283:5 | 352:17 | 433:1 434:6 | 525:23 526:1 | 388:5,11,14 |
| 283:11,25 | 354:17 | 434:16,21 | 527:8,14 | 388:24 389:1 |
| 284:4,13 | 356:22 357:3 | 435:4 436:18 | 533:21 534:7 | 390:6 391:1 |
| 286:5 287:22 | 357:16 358:5 | 437:13 | 537:11,16,18 | 391:10 |
| 288:13 289:4 | 358:6,15,22 | 438:12,19 | 539:10 540:7 | 392:25 |
| 289:13 296:4 | 365:4,9 | 439:2,11,21 | 543:14,24 | 403:21 404:6 |
| 296:16,22 | 366:22 | 441:17,19 | 544:24 545:5 | 408:13,18,24 |
| 297:1,9 | 367:18 | 442:19 444:1 | 545:15,20 | 409:4,9,10 |
| 298:1,9,13 | 368:12 371:7 | 444:9,15,24 | 546:15 547:6 | 409:13 410:8 |
| 299:2 301:6 | 371:12 375:9 | 445:4,10 | 547:15,21 | 411:1 413:2 |
| 302:10,16 | 375:24 376:6 | 450:23 452:7 | 548:3 550:11 | 414:20 |
| 303:5,17 | 377:3,5 | 452:17 | 550:24 551:6 | 440:15 |
| 304:16 305:1 | 379:14,22 | 457:18,22 | 552:5,10 | 456:25 458:6 |
| 305:10,17 | 381:6 383:7 | 459:17,23 | 553:5 | 485:20 508:6 |
| 306:2,9,24 | 383:13,14 | 460:3,13,19 | **million** 300:16 | 528:25 |
| 307:6,9 | 384:2,11 | 462:17 463:2 | 311:24 | 529:23 |
| 308:17,19 | 387:12,20 | 463:10,16 | 312:14,17,18 | 532:14,23 |
| 310:13 | 388:1,9,21 | 464:13,20,24 | 312:23 | 533:15 |
| 311:17 312:1 | 389:7,12,16 | 468:1 470:19 | 313:13,14,15 | 535:13,23 |
| 312:16 313:6 | 390:12,20,22 | 471:4,13,21 | 313:17 | 536:21 538:2 |
| 315:8 316:1 | 391:18,25 | 472:1 473:4 | 314:14,22 | 538:8,16,23 |
| 316:5 317:11 | 392:4,6,12 | 473:20 | 316:19 | 539:9,13 |
| 317:17,21 | 396:16,25 | 475:14 478:8 | 318:14,25 | 541:24 543:4 |
| 318:21 320:4 | 397:5,24 | 478:23 | 331:20 332:1 | 544:19 |
| 320:17 321:5 | 398:22 399:9 | 480:19 | 332:4,11,20 | **mind** 238:5 |
| 321:7 322:1 | 401:7 405:5 | 481:22 482:1 | 337:20 | 245:15 |
| 322:8,24 | 408:21 | 483:5 484:1 | 338:14 344:5 | 270:16,24 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

31

| | | | | |
|---|---|---|---|---|
| 271:15 | mmervis@p... | 352:11 354:2 | 504:14,19,22 | 439:14,19 |
| 280:12 | 226:8 | 354:15 | 507:18,21 | 445:8 464:22 |
| 331:23 351:6 | moment 367:6 | 355:22 | 508:3 509:25 | 464:25 465:6 |
| 351:15 | 449:1 499:25 | 374:22 | 510:10 512:5 | 491:8 493:11 |
| 355:10 | 547:13 | 376:14 382:4 | 512:9 513:4 | 499:6 521:12 |
| 366:20 367:8 | money 249:19 | 386:9,16 | 513:8 515:11 | 522:3 540:4 |
| 385:16 | 250:2 313:9 | 387:5,6 | 517:1 528:2 | 540:5,8 |
| 396:22 397:1 | 320:6,7,8 | 394:21,23 | 528:9 531:8 | month 440:15 |
| 403:2 410:14 | 337:13 | 395:2,10,12 | 531:19 532:7 | 442:22 |
| 424:23 452:5 | 339:25 344:2 | 396:4 397:11 | 532:10,16 | 456:25 458:6 |
| 475:4 513:16 | 352:19 355:8 | 398:1,15,23 | 533:1,3 | 508:6 530:6 |
| 513:18 | 387:3 395:16 | 399:1,18 | 535:5,17,21 | 532:14 |
| 529:11 544:7 | 398:1,4,6,8 | 400:10,14,19 | 536:1,5 | 533:15 |
| mine 494:3 | 398:14 399:3 | 400:22,25 | 539:11 | monthly 436:9 |
| 522:18 | 399:6,7,11 | 401:2,9,10 | 541:21 | 437:22 |
| Minimally | 399:15,16,19 | 401:15 402:2 | 542:12,16,19 | 485:20 |
| 280:24 | 402:9,21 | 402:5 403:14 | 545:24 546:7 | 506:14 |
| minimum | 404:13 405:7 | 403:20 | 546:19 | 508:12,13,14 |
| 235:12 | 407:1,23 | 405:19 407:9 | Monitor 229:2 | 508:16,23,24 |
| minute 282:22 | 427:12 | 409:22 | 229:3 | 509:7,12 |
| 335:15 | 437:19 438:2 | 420:25 423:2 | monitoring | 510:5,21 |
| 365:10 | 443:18 451:6 | 425:12,24 | 283:19 | 511:7 512:14 |
| 389:11 | 454:3,9,18 | 426:22 428:5 | 379:12 448:7 | 513:13,23 |
| 475:16 | 454:20 461:4 | 433:15,23,23 | Monolines | 514:11 |
| 550:16,19 | 503:20 | 434:11 | 230:6 231:2 | 526:23 |
| minutes 283:9 | 504:16 | 436:13,21 | 232:2 247:24 | 528:25 |
| 333:7,7 | 507:24 511:2 | 437:1,7 | 248:10 253:4 | 532:23 533:8 |
| 383:9 463:6 | 518:14 | 444:4,18 | 274:1,14 | 535:24 |
| 463:7 547:20 | 526:16 | 455:22 | 298:11 304:2 | 536:21 |
| 550:20 552:4 | 533:22 | 456:18,22 | 304:5 308:21 | 538:17 |
| mischaracte... | moneys | 457:10,14,17 | 311:7 317:18 | 539:13 |
| 259:13 | 249:10 | 457:23,24 | 317:19 | morning 236:7 |
| mischaracte... | 277:19,21 | 458:3,4,10 | 324:13 335:8 | 319:14 |
| 326:18 | 298:21 299:1 | 459:9 460:8 | 335:10 340:5 | motion 295:11 |
| missed 294:18 | 307:25 309:1 | 461:13,15 | 340:9 349:15 | 335:17 554:8 |
| 342:24 370:3 | 311:8,19 | 462:2 480:9 | 357:1,6 | Motions |
| misspoke | 312:20,24 | 480:16 | 365:20 | 232:18 |
| 370:11 | 316:18 322:4 | 485:13,14 | 368:10,14 | Movants' |
| misstates | 322:11 | 488:3,4,7,8 | 371:10,14 | 232:18 |
| 330:6 459:13 | 333:24 334:8 | 488:20 | 377:1 378:17 | move 267:5 |
| 460:11 | 338:5,15 | 490:23 | 389:14 | 306:20 |
| misundersto... | 339:11 | 502:13 | 418:12 419:9 | 334:20 |
| 428:23 | 344:10 | 503:13,17 | 433:3 438:4 | 353:21 |

356:12 432:2
462:1,3
**moving** 338:5
367:8 458:15
543:2
**multiple** 238:4
319:17,20,24
320:24 321:9
326:6,12,15
326:23 378:9
427:21
498:19
**MUNICIPAL**
228:3
**MUÑIZ** 227:20
**MUNKITTRI...**
226:7
**Muñoz** 229:18
**muting** 235:12
**Myers** 227:11
294:17

**N**
**N** 226:1 227:1
228:1 229:1
333:18,18,18
**N.A** 230:22
318:3
**name** 235:3
292:3 294:20
341:24 342:3
359:17
360:20,21
361:23
362:12,22,24
363:2,4,5,17
363:23 364:2
364:14,23
365:2,7
368:7,15,17
368:17,20,22
368:25 369:9
369:16

395:25 396:1
419:4 449:3
465:24
477:12 481:4
482:17,20
484:24
495:13,16
498:24 499:1
520:24,24
524:11,13,16
536:23,25
537:4,5,7
541:7 549:18
549:25
553:21,21
**name's** 254:18
**named** 291:22
482:19 484:6
519:21
**names** 361:8
472:17,19
473:15 474:2
474:3 476:4
477:20
491:12,17
493:4,7
**Napoli** 450:6
450:13,17,21
451:4
**Napoli's** 450:8
**narrow** 287:12
**narrower**
508:4
**Nashville**
228:14
**Natbony** 228:7
236:25 283:6
283:7 341:10
**NATIONAL**
227:2
**nature** 285:16
326:25
330:12,14

351:22
405:10
460:23 546:7
546:19
552:17
**Nayuan** 229:19
553:12,18
**necessarily**
411:15
447:14
**necessary**
358:21
433:15
435:18,22
**need** 242:14
253:5 255:19
257:13
306:15 334:3
340:22
348:22
357:12 363:8
374:20 397:5
426:4 427:10
434:17
459:15,17,18
459:19 463:3
474:1 492:15
522:18
**needed** 433:13
**needs** 242:20
278:22
**neither** 392:18
**never** 286:13
286:19,19
326:14
406:10 439:4
446:3 451:2
471:5
**new** 226:6,6
226:15,15
227:5,5
228:5,5
229:6,6,12

229:12 441:6
527:11
**Newport**
227:12,13,16
227:17
**news** 382:18
**nice** 537:13
**night** 553:15
**Non-Debt**
505:21
**non-General**
278:11,14
279:5,8
280:4
**non-GF** 279:12
**Non-Rum**
384:15
**noncash**
250:22
**noncontrov...**
507:18
**nondotted**
352:16
**nonresponsi...**
432:2
**noon** 441:6
442:23
**normal** 377:22
381:3
**notarial**
556:10
**NOTARIZAT...**
557:13
**notary** 555:5
**notation** 346:2
346:11
**notations**
461:17
**note** 312:11
323:10
390:10
**noted** 413:3
462:13

554:21
**notes** 230:11
474:1
**notice** 231:18
389:22
**noticed** 423:21
**noting** 369:9
369:16
**November**
361:1,2,16
455:16 456:1
474:13
502:24 527:1
527:18
528:13,17
529:9,17
530:7,14,24
545:7
**Noya** 233:11
**number** 230:6
231:1 232:1
233:1 260:19
286:22 287:4
287:15 288:5
288:9 289:2
310:11,14,15
316:7 320:22
322:15,15,17
322:20,21
327:5 346:3
346:11 351:3
360:3 373:7
376:13,16
378:22 387:2
442:20 447:4
466:9 473:8
473:13,23
474:4 476:9
479:17 492:1
493:18 495:4
498:24
511:11
523:10 524:8

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

33

| | | | | |
|---|---|---|---|---|
| 540:14,14 | 321:22 | 306:5 312:12 | 436:15 437:9 | 319:22 |
| 543:15 | 324:19 339:2 | 313:3 315:3 | 438:6,17,22 | **occasion** |
| **numbered** | 345:15 | 317:7,14 | 441:15 | 477:5 |
| 231:15 422:9 | 366:17 | 318:16 320:1 | 442:16 | **occasionally** |
| **numbers** | 408:16 | 320:12 321:1 | 443:22 444:6 | 244:16 |
| 230:15,19,22 | 546:12 | 321:2,6 | 444:12,21 | 247:18 |
| 231:4,6,21 | 550:11 | 322:5,13 | 450:19 452:3 | **occupancy** |
| 232:6,9,13 | **objected** | 323:22 324:6 | 452:16 | 232:11 |
| 232:16,19 | 367:12 | 326:17 | 459:13 | 419:21 |
| 233:6 238:9 | **objection** | 327:12,23 | 460:11,16 | 420:16,21 |
| 238:13,14 | 238:20,22 | 328:14 329:1 | 462:14,23 | 421:5 423:3 |
| 252:3,6,14 | 239:5,15,22 | 330:6,21 | 464:10 | 424:1,5,8,16 |
| 252:17,21 | 240:6,16 | 332:13 | 467:21 | 433:6 435:1 |
| 276:17,18,20 | 241:6,7,13 | 334:14 | 470:14,24 | 438:25 439:4 |
| 276:22 277:1 | 242:1,18 | 336:22 346:7 | 471:8,24 | 441:4,8 |
| 287:6 288:10 | 243:2 245:21 | 346:15 | 472:22 | 442:25 443:2 |
| 288:16 306:8 | 246:6,15 | 352:12 | 473:17 475:9 | 452:1 458:5 |
| 321:13,21,24 | 248:23 | 354:16 | 475:10 478:7 | 458:15 |
| 322:3,11 | 249:12,20 | 357:20,25 | 478:19 | 459:10 460:5 |
| 328:10,22 | 251:8,20,25 | 365:1 367:14 | 480:18 483:1 | 460:21 461:6 |
| 372:18 474:2 | 252:15,22 | 375:4,17 | 483:18 | 463:25 |
| 477:20 | 254:4,23 | 376:2,23 | 485:16 489:5 | 465:25 488:4 |
| 523:15 | 255:16 | 379:8,18 | 490:8 492:8 | 488:8 502:14 |
| **nzt@mcvpr....** | 256:14 | 381:2 384:1 | 492:24 502:4 | 503:4 504:25 |
| 229:20 | 257:17 | 384:4 387:8 | 504:2 507:9 | 505:3,6,9,13 |
| | 259:23 | 387:17,23 | 507:10,15 | 505:16,19 |
| **O** | 263:16 264:1 | 388:6,18 | 520:7 527:4 | 508:4 509:11 |
| **O** 333:18,18,18 | 265:3,21 | 389:4 390:11 | 527:13 | 510:5,21 |
| 555:3,3 | 266:7 268:9 | 390:13,19 | 533:17 | 511:7 512:14 |
| **o'clock** 333:6 | 270:19 271:2 | 391:16 | 534:10 537:8 | 513:13,23 |
| 333:6 | 271:10,17 | 398:18 399:8 | 537:9 543:11 | 514:11,14 |
| **O'Melveny** | 273:1 274:8 | 401:4 405:1 | 543:22 | 515:4 516:18 |
| 227:11 | 280:13 | 409:7 411:17 | 547:11 553:2 | 517:13 |
| 294:16,22 | 281:22 282:6 | 412:19 | **objections** | 518:19 |
| **oath** 235:24 | 282:15 286:3 | 414:10 | 273:3 297:1 | 528:11,15,18 |
| 236:17 552:7 | 287:19 288:6 | 416:17 422:1 | 311:22 326:8 | 529:3,14,18 |
| **object** 238:7 | 288:24 289:8 | 422:5 424:20 | 367:9 534:1 | 530:19,20 |
| 245:5 250:13 | 297:4,5,13 | 425:14 426:8 | **obligation** | 538:17 |
| 265:22 267:9 | 298:23 301:1 | 426:16,24 | 352:11 | 539:14 543:2 |
| 268:20 | 302:6,13 | 428:1,8 | **obtain** 554:7 | 543:9 544:2 |
| 269:12 272:2 | 303:1 304:9 | 430:6,21 | **obtained** | 544:15 |
| 297:24 | 304:22 305:6 | 431:9,18 | 279:13 418:8 | **occupation** |
| 311:11 | 305:14,23 | 434:1,13 | **Obviously** | 292:18 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                        April 23, 2020

34

| | | | | |
|---|---|---|---|---|
| **occupy** 262:20 | 268:16,22 | 327:7 328:8 | 376:7,22 | 424:11,25 |
| **occurred** | 270:2 274:12 | 329:19,24 | 377:3,14 | 425:10,20 |
| 404:25 405:3 | 274:22 275:7 | 330:16 331:6 | 378:4,15 | 426:2 427:10 |
| **occurs** 404:17 | 275:14,19,22 | 332:9,22 | 379:2,15,23 | 427:20 428:3 |
| **office** 549:25 | 276:1,20,25 | 333:4,4,8,10 | 380:15,21 | 428:22 429:1 |
| 549:25 550:3 | 277:13,18,23 | 333:11 334:6 | 381:7,13,22 | 429:17,25 |
| 550:4 | 278:7 279:1 | 334:6,23 | 382:3,7,13 | 430:14 432:1 |
| **officer** 496:9 | 280:16 281:1 | 335:21 336:7 | 383:13,23 | 432:19 433:2 |
| 496:13,23 | 281:10 | 337:3,12 | 384:12,17,23 | 434:7,18 |
| **offices** 348:23 | 282:13 283:1 | 338:4,11,22 | 386:19 | 435:8,12,15 |
| **official** 229:9 | 283:3,4,25 | 339:23 340:4 | 387:13 388:2 | 436:8 438:13 |
| 271:24 | 284:4 285:3 | 340:15 341:1 | 389:8,17,21 | 439:11 440:7 |
| 272:24 274:5 | 285:7 287:12 | 341:6,17 | 389:25 390:5 | 440:11,18,18 |
| **oh** 254:15 | 289:23 290:2 | 342:2,6,10 | 390:20 | 440:19 442:1 |
| 282:21,22 | 290:3,22 | 343:4,15 | 391:25 392:4 | 442:10,20,20 |
| 415:7 441:17 | 291:14 | 344:7 345:12 | 392:13,21 | 443:6 444:2 |
| 447:2 453:11 | 292:12,19,22 | 345:21 346:1 | 393:5,11,25 | 444:2,2,25 |
| 494:20 525:3 | 292:25 | 347:1,6 | 394:17 395:9 | 446:22 |
| 540:2 | 293:22 | 349:8,14 | 395:22 | 447:22,24 |
| **okay** 234:3 | 294:18,25 | 351:6,17 | 396:22 398:5 | 448:9,16 |
| 237:12,13 | 295:5,14 | 352:8,23 | 400:7,13,23 | 449:17,19,20 |
| 238:2,3,12 | 298:8 299:3 | 353:21 | 401:12,24 | 450:8,12 |
| 238:16 239:9 | 299:22,24,24 | 354:10 355:4 | 402:8,20 | 451:13,13,18 |
| 240:2,20 | 300:8,23 | 355:22 356:2 | 403:13 404:2 | 451:21 452:8 |
| 241:4,11 | 301:15,20 | 356:11,22 | 405:16,19 | 452:13 453:5 |
| 242:4,16 | 302:4,11 | 357:4 358:5 | 406:25 407:8 | 454:1,8,21 |
| 243:25 | 303:6 304:1 | 358:7,14,15 | 407:15,19 | 455:5,9,15 |
| 244:25 245:2 | 304:4,17 | 359:4,8,11 | 408:7,22 | 455:22 456:3 |
| 246:2,10 | 306:14,25 | 359:17,25 | 409:6,16,21 | 456:22 457:2 |
| 248:3 249:8 | 307:1,2,8 | 360:2,18,23 | 410:2,7,19 | 457:5,14 |
| 249:16 251:3 | 308:9,17 | 361:10,13 | 411:13,24 | 458:3,14 |
| 252:8,20 | 309:23 | 362:3,5,14 | 412:8 413:6 | 460:20 |
| 253:3,14,18 | 312:24 313:7 | 362:20,25 | 413:19,25 | 461:22 462:1 |
| 254:12 | 314:11,25 | 363:6,13 | 414:6 415:7 | 463:2,5,10 |
| 255:12 258:1 | 315:9,16,21 | 364:1 366:6 | 415:11 416:1 | 464:20 |
| 259:9,15,20 | 316:6,13 | 366:11 368:1 | 416:15 418:9 | 465:10,17,21 |
| 260:15,25 | 317:12,22 | 368:13 369:3 | 418:9,25 | 466:2,22 |
| 261:10 262:5 | 319:6 320:23 | 369:8,21 | 419:5,8,15 | 468:17 |
| 263:10 264:4 | 321:17 | 370:5,21 | 420:14 | 469:18 471:5 |
| 264:16,23 | 322:25 | 371:5,13,18 | 421:24 | 471:14 472:8 |
| 265:12,18 | 324:11,25 | 372:4,12,19 | 422:12,23 | 472:14,20 |
| 266:3,18 | 325:4,9 | 373:3,12 | 423:2,6,16 | 473:21 474:6 |
| 267:5 268:2 | 326:22 327:3 | 374:4 375:10 | 423:19,23,25 | 474:12,14 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

35

| | | | | |
|---|---|---|---|---|
| 475:3,15 | 517:1,8,11 | **one-time** | 542:17,21 | 501:11 |
| 477:15 478:4 | 517:22 518:6 | 349:23 350:8 | **operationally** | **original** 358:2 |
| 479:19,23 | 518:9,23 | 350:9,10 | 478:3 | 364:13 |
| 480:8,16,25 | 519:2,8 | 353:12,15,18 | **operations** | 495:23 |
| 481:13,17,22 | 520:12 | 353:25 538:2 | 505:20 | **ORRICK** 229:4 |
| 482:2,9,9,13 | 521:10 522:2 | **ones** 237:2 | **opine** 279:18 | **outcome** |
| 482:21 483:6 | 522:14 523:9 | 298:6 417:3 | **opinion** | 556:8 |
| 483:14 484:2 | 523:22 524:2 | 537:22 | 238:18 | **outflow** 277:17 |
| 484:12 486:2 | 524:6,13,18 | **online** 276:2 | 507:20 | 285:11,17,19 |
| 486:11,12,24 | 524:22 | **open** 236:13 | **opinions** | 289:12,16 |
| 487:12,17,24 | 525:22,23 | 527:10 552:7 | 492:19 | 354:21 413:1 |
| 488:19 | 526:2,20,25 | **opening** 231:7 | **opposed** | 414:1 461:17 |
| 489:10,15 | 527:9,15,23 | 358:13 359:7 | 380:13 | 462:20,22 |
| 490:21 491:5 | 528:6 529:2 | 484:19 | 381:11 | 505:21 514:9 |
| 493:10,17 | 529:22 530:3 | 499:13 520:2 | **opposing** | 514:13 |
| 494:17,22 | 530:11,16 | **operate** | 235:13 | 542:23 543:8 |
| 495:2,6,10 | 531:7,13,23 | 304:13 | 367:14 552:9 | 543:20 544:1 |
| 495:19 496:5 | 532:10,16,25 | **operated** | **opposite** | 544:13 |
| 496:12,18,21 | 534:8,12,12 | 483:3 | 250:23 | **outflows** |
| 497:9 498:5 | 534:22 535:3 | **operating** | **opposition** | 285:13 286:1 |
| 499:1,4,15 | 535:17,21 | 370:20 | 295:10 | 286:6,8,11 |
| 499:19 500:4 | 536:5,12,17 | 410:12 459:2 | 335:16 | 286:23 287:2 |
| 500:9,14,19 | 536:22 537:5 | 459:4 488:20 | **option** 302:21 | 287:13 288:4 |
| 501:7,17,19 | 537:24 538:6 | 489:1,3 | **orange** 342:11 | 288:7,8,21 |
| 501:21 | 538:7,15 | **operation** | **order** 225:15 | 289:6,9,14 |
| 502:17,22 | 539:16 | 353:3 | 244:23 253:6 | 289:18 290:6 |
| 503:3,10,19 | 540:14,21 | **operational** | 293:10 | 290:13,20 |
| 503:23 504:9 | 541:9,11,14 | 284:23 | 307:25 | 356:15,18 |
| 504:14,18,22 | 542:10,15,25 | 319:15 | 427:11 | 410:24 412:4 |
| 505:2,12,16 | 543:25 | 349:21 | 441:13,23 | 413:9 414:7 |
| 506:1,6,13 | 544:25 545:3 | 351:25 352:7 | 443:15 554:3 | 414:16 543:7 |
| 506:19,23 | 545:6 547:7 | 353:3,6,9,14 | 554:9 | 545:9 |
| 507:7 508:9 | 547:15,21 | 353:19,20 | **orders** 354:13 | **outlines** |
| 508:13,14,23 | 549:9 552:19 | 354:6 379:21 | **ordinary** | 379:16 |
| 509:3,6,16 | 552:23 553:5 | 393:22 | 244:15 | **outposts** |
| 509:21,25 | 553:5,22,24 | 402:18 | 247:19 | 459:1 |
| 510:4,16,20 | **old** 525:12 | 407:11 410:4 | 258:22 | **output** 348:7 |
| 510:25 511:5 | **once** 285:8 | 411:4,7 | 377:12,16 | 374:15 |
| 511:12,23 | 306:11 354:5 | 413:14,17,21 | 379:3 380:7 | **outside** 269:23 |
| 512:25 | 411:18,19 | 426:21 427:8 | 380:8,16,22 | 272:7 282:6 |
| 514:17,21 | 458:24 | 427:13 428:4 | 381:23 | 314:23 |
| 515:20 516:4 | 490:12 | 487:25 | 415:21 | 375:21 |
| 516:6,16 | **one-off** 545:12 | 541:19 | **Oriental** | 376:18 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

36

404:25 405:4
405:8
**outstanding**
270:21,23
441:1
**overlaps**
416:10
**oversight**
225:4,11
226:2 295:10
555:12

**P**

**P** 226:1,1
227:1,1
228:1,1
229:1,1
**p.m** 333:16,20
392:8,11
463:12,15
521:21,24
547:24 548:2
551:2,5
554:19,21
**packet** 494:12
**page** 230:2,6
231:1 232:1
233:1 234:2
234:10
253:12,19
257:20 261:8
277:23 278:1
278:4,16,23
279:12 280:1
280:3 281:2
299:7,8
301:3 303:2
303:15,19,20
303:24 304:3
304:4,15,18
305:4 306:12
306:13,17
307:2 316:4

317:24 319:9
335:22 337:5
340:12 360:1
360:10,19
361:15 369:2
381:14,16
389:24
392:15 405:3
409:17
419:17 433:3
435:15
440:23
475:12
499:22 507:1
540:1 541:10
541:12
**pages** 267:6
299:6 307:7
340:20
358:19
360:24 545:8
**paginated**
494:2,4
**para** 359:16
360:17,22
**paragraph**
300:9 308:24
434:3,10,15
**parameter**
404:20
**parameters**
347:23,24
374:21
404:17
**paraphrase**
434:8
**paraphrased**
434:3
**paraphrasing**
434:5
**Park** 229:12
**part** 253:9
262:11

264:13
344:11
345:13
349:15 370:3
395:25
461:15
470:21
491:20
534:14,16
550:1,4
554:7
**participate**
264:16
**participation**
300:15 554:1
**particular**
250:2 285:3
298:22
308:15
313:24 318:9
322:12
328:10,21
330:17 346:2
366:24 402:2
405:12
429:20
462:12
463:20,25
466:5 468:19
469:3 472:2
472:9,15
473:7,13
474:15,18,22
474:25 476:6
477:8,11,11
477:19
478:16
480:11 482:4
483:16 484:6
484:13,24
494:24
539:24 542:3
543:17

**particularly**
237:2
**parties** 406:6
406:11 511:3
553:14,25
554:6 556:4
556:6
**party** 406:23
542:17
**PASLAWSKY**
226:23
**pass** 280:5
424:9 425:9
550:10
**pass-through**
278:15 279:6
279:8,20,21
279:21,25
280:8,10,17
280:18,20,21
280:24
**pass-throug...**
279:12
**passed** 440:17
**passing**
264:13
**passthrough**
278:12
**PAUL** 229:10
**pause** 282:22
334:3
**PAVEL** 227:15
**pay** 433:16
512:7,11,17
**payment**
382:14,16
384:16,22
405:24 406:2
433:9,10,13
435:17,23
437:20,21
508:8,12,13
511:25 513:2

513:13
514:11 533:8
536:21
538:17,21
549:6
**payments**
308:5 381:19
396:12 435:3
435:9,11,14
435:14,21
436:4,6,10
442:2 454:11
506:10,12,20
507:3,8,22
508:15,16,23
508:24 509:4
509:8,12
510:5,21
511:8 512:15
513:4,11,23
526:24 530:9
532:24
535:24
**payroll** 285:21
285:23
**PDF** 306:13
**peach** 342:11
**pending**
237:25
276:12 297:2
521:18
555:10
**people** 240:3
240:13 275:7
276:7 301:11
301:13
314:17 328:6
348:25 361:5
396:18
416:23
425:11
426:21,25
427:12,13,17

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                         April 23, 2020

37

| | | | | |
|---|---|---|---|---|
| 427:20,21 | 515:7,9,14 | 518:25 547:2 | 339:14 | 475:12 476:1 |
| 446:8,13 | 516:21,24 | 551:9 | 340:13 351:7 | 477:25 479:7 |
| 447:1,2,4 | 517:12,23 | **perspective** | 356:24 | 479:7,10,14 |
| 448:11,23 | 518:19 | 428:4 | 361:20 365:8 | 482:9,11,16 |
| 449:18,21 | 526:16,22 | **phone** 235:19 | 369:14,22 | 482:19 483:4 |
| 521:7 527:21 | 527:1 528:13 | 237:16,17 | 377:4 386:12 | 519:15,16 |
| **percent** 347:5 | 528:20 529:9 | 306:20 | 388:19 | **pledged** |
| **Perfect** 358:5 | 529:20,24 | 334:20 367:8 | 398:25 | 433:25 |
| **perform** | 530:7,14 | 552:1,2 | 410:15 | 507:19,21 |
| 471:11 | 531:9,11,19 | **phrase** 279:25 | 412:13 415:4 | **plus** 231:14 |
| **performed** | 532:6,12,13 | 280:11 | 418:11 | 273:16 294:7 |
| 284:22 | 535:10,19 | 313:25 | 434:20,22 | 358:2 436:12 |
| **period** 293:11 | 544:4 545:14 | 314:10 366:2 | 439:13 | 493:8 |
| 344:6,7 | **periodically** | 369:1 | 444:13 452:6 | **point** 238:2 |
| 348:10 353:6 | 235:19 | **phrased** | 457:20 461:9 | 319:23 |
| 369:25 370:7 | 258:21 | 289:18 | 464:21 466:7 | 370:21 |
| 370:24 | **periods** | **phrasing** | 469:7 474:11 | 382:24 |
| 379:16 | 433:10 528:2 | 331:23 | 476:20 488:6 | 403:24 |
| 394:12,24 | 528:23 | 386:23 | 491:7 499:25 | 404:21 |
| 395:11 396:3 | 530:24 | **physically** | 508:21 513:6 | 437:19 439:3 |
| 397:10 398:2 | **person** 240:8 | 349:1 | 513:18 | 452:9 458:17 |
| 402:1,10 | 427:7 450:4 | **PIETRANTONI** | 521:11 525:7 | **pointing** |
| 403:3 404:14 | 557:21 | 227:20 | 530:17 | 304:14 |
| 404:18,25 | **personal** | **Pinnacle** | 537:17 539:5 | **points** 343:9 |
| 405:4,8,14 | 240:12 | 228:13 | 546:16 | **policyholders** |
| 407:3 408:1 | 270:12 367:1 | **place** 226:10 | 548:15,16 | 507:21 |
| 408:4,6,11 | 367:24 | 228:13 | 549:10 | **Ponce** 227:20 |
| 410:3 412:10 | 483:12 | 270:17,24 | **pledge** 232:3 | **Poplar** 228:18 |
| 413:6,7,12 | **personally** | 271:14 333:3 | 232:11 | **Popular** |
| 413:19 414:2 | 274:21,24 | 383:5 447:19 | 439:15 440:3 | 409:25 |
| 414:12 424:7 | 349:4 418:19 | 527:2 | 440:9,12,13 | 410:20,21 |
| 425:8 439:6 | 429:9 430:9 | **plan** 544:23 | 440:21 441:3 | **portion** 308:24 |
| 440:16 455:6 | 431:12 | **please** 235:16 | 441:11,21 | **portions** |
| 455:25 456:9 | 445:16 | 248:17 | 443:3,12,20 | 243:23,25 |
| 456:20 458:1 | 463:21 | 253:19 | 444:19 457:1 | 248:21 249:5 |
| 458:11 469:1 | 466:24 | 266:11 | 457:3 463:20 | 249:10 |
| 503:3,8,13 | 467:23 | 267:25 | 463:22 464:1 | **position** |
| 504:16,19,23 | 469:20 471:5 | 273:13,23 | 464:4 465:25 | 237:16 |
| 505:5,8,13 | 471:11,18 | 278:16 303:9 | 466:6,11,14 | 262:21 |
| 508:18,19 | 472:6 489:20 | 307:7 308:18 | 466:15,17,21 | 272:24 274:6 |
| 509:14 510:1 | 489:24 | 310:9 312:12 | 466:25 467:6 | 292:4,7 |
| 510:23 511:9 | 499:12 | 316:3 335:9 | 472:10,13 | 363:1 447:15 |
| 512:20,23 | 500:23 | 335:24 336:9 | 474:23 | 449:11 450:9 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                          April 23, 2020

38

482:10
496:25
**positioned**
479:20
**positioning**
479:17
**positive** 262:2
347:5,16
348:24
373:10 380:4
385:8 386:17
406:7 420:11
434:4 454:5
454:15 468:4
473:19
480:23
481:16
495:18
510:14 517:5
520:8 534:11
539:8
**possible**
322:17
351:16 411:8
545:11
**possibly**
296:20
**post** 262:8
**postsecond...**
323:14
**potentially**
374:15
394:16 427:6
464:17
**PowerPoint**
466:8
**PR** 359:16
360:17,22
**practice** 424:7
428:12,16
**precisely**
515:22
**preclude**

355:23
**prefer** 465:15
495:22
**preparation**
243:21 244:4
244:19
247:16,21
258:20 260:1
264:12 273:9
293:1,2
330:15
336:16 377:8
377:10
450:22,25
451:11
466:18 467:2
469:5 471:1
475:5,22,23
478:13
**prepare**
244:23
274:24 275:5
294:1 340:8
340:18
**prepared**
251:3,15
253:21 254:6
255:5,7,14
255:24 256:3
256:7,19,21
256:25 257:5
257:9,11
266:19,21
275:8 312:21
339:5,22
446:23
451:21 462:9
469:11
476:24
510:18
549:13,15
**preparing**
244:20 245:2

245:18
273:17,18
274:20 275:2
291:23
293:23 328:8
328:19
336:25 337:1
341:2 372:8
380:18
381:24
418:16
445:23
468:14 548:7
**presence**
555:21
**present**
229:21
390:15
409:19 410:3
412:10,18,22
414:3,17
449:10 455:7
455:10
531:17
534:15 544:4
544:12
**presentation**
293:9 315:6
351:15
367:25 368:6
376:19 395:8
403:3 411:2
414:20
417:22,25
418:3 429:16
431:25
438:10 439:9
449:8 466:8
508:20 525:2
540:1
**presentations**
264:9,17
329:7

**presented**
271:5 405:3
417:22,24
485:24
**preserved**
554:8
**presumably**
517:3
**pretty** 259:16
322:7 467:13
516:7
**previous**
251:10,22
411:25
**previously**
233:16 236:1
257:25
267:18
326:24
362:21 396:6
397:15 399:1
400:8 408:8
440:6 461:12
488:15
510:12
531:20
534:17 536:2
543:7 548:18
549:11
**PRIFA** 231:5
290:2 291:7
291:12,19,24
292:5,8,11
298:15,17,21
298:25 306:8
308:13
309:13,15,19
312:6,21
322:16,23
327:6,17
330:9 334:13
335:17 337:6
338:6,8,12

338:15 339:1
339:12,18
340:1,8
341:13 342:9
347:14,22
348:7,9,21
349:5,21
352:1,7
354:6 359:23
363:9 364:10
364:21,21,24
368:18
369:12,18
373:1,23
381:24 387:2
387:7 388:14
388:25 390:9
391:2,12
396:4 397:12
398:16 403:8
410:8,12
422:10
462:10
467:10,12,15
467:18
468:18 469:4
469:10,12,19
470:12 471:6
472:14,16
475:16,19
479:24 480:8
481:18
492:17
**PRIFA's**
341:24 342:2
353:2,19
362:22,23
363:2,4,4,5
363:17,23
364:1,14,23
365:2,7
368:7,15,17
368:20,22,25

369:9,16
PRIFA_STA...
231:17
PRIFA_STA...
231:14
PRIFA_STA...
233:14
PRIFA_STA...
231:19
PRIFA_STA...
231:8
PRIFA_STA...
231:11
PRIFAS
236:11
238:15
primary
410:12
principal
435:23
536:13
principally
316:18 448:4
principles
262:18,19
prior 358:4
381:10 408:9
412:6 413:6
433:10
500:10
517:23
priority 441:13
441:23
443:16
privileged
245:24
pro- 443:13
probably
357:14 372:2
547:20
problem
365:12
525:10

proceed
235:25 283:1
283:4 373:20
proceeds
300:2 312:23
344:23
346:19
377:19
411:19
457:13
501:22 502:1
512:2,20
process
348:17 374:8
429:12
430:10
484:16
492:11 493:7
551:8,12,17
552:12,16,18
552:22
processes
551:10
processing
374:12
produce 391:6
produced
316:21
430:15 431:2
432:16 490:5
494:8,11
produces
391:4
production
234:1,4,12
432:20
486:14,18
489:22
497:15
professional
292:18
297:19
program

538:13
541:22,25
542:6,13,24
programming
347:25
project 447:8
448:17
PROMESA
225:4,10
promise 525:9
proportional
530:4,4
Proskauer
226:4 294:17
294:19,23
PROTECTIVE
225:15
proved 557:20
provide 275:4
293:22
361:21
400:24,24
425:16
441:12,22
443:14
provided
287:17 293:9
406:13,16,18
485:8,11
493:20 501:9
provides
433:4 440:24
provision
299:24
public 227:2
266:19,21,24
305:13,16,19
305:20,20,25
323:16
362:10,11
369:5 555:5
publicly 276:3
published

266:23 276:9
Puerto 225:1,5
225:8,12,14
226:2,3
227:10,21
229:18
230:16,18,21
232:4,7,10
233:14 240:4
240:14 248:4
253:21 254:6
255:6,8,15
255:25 256:4
256:8 257:5
257:12 266:4
291:8 300:4
300:17,20
305:22 309:3
309:7,11
310:2,6,11
310:18,19
311:3,8,10
311:20 313:2
313:21,25
314:2,20
315:11 316:9
316:16,21
317:6 318:1
318:25
325:16 327:9
327:10,19
331:7,17
332:12
335:17
337:14
338:18
339:12
439:16 442:3
442:7 447:13
448:4,12,24
449:23
451:15
454:14

480:10,14
522:24
523:24
548:24
549:14
555:12,13,14
pull 273:12,21
275:3 276:2
302:24 304:2
347:14 348:5
365:5 445:6
474:8 475:15
489:20 491:5
525:6,16
537:16
539:25 541:9
548:15
pulled 378:6
541:12
pulling 276:7
429:13
439:24 440:1
494:20
537:24
purpose
264:21
359:18
539:24
purposes
308:1 321:20
323:9,11,21
338:17 352:1
352:7 353:3
353:6,9,19
375:22
376:19 396:7
396:8,9
397:16,17,19
397:20 459:1
purposes'
397:4
pursuant
225:14,19

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                            April 23, 2020

40

| | | | | |
|---|---|---|---|---|
| **put** 248:16 | 243:9 245:7 | 351:7 356:2 | 492:3,7 | **quotes** 495:13 |
| 271:4 274:23 | 245:9,15,17 | 356:9,12 | 493:2 494:14 | 495:17 |
| 276:1 287:7 | 245:22 | 361:19 | 505:4 508:21 | |
| 289:23 293:8 | 246:11,14,20 | 363:12 | 512:8 513:5 | **R** |
| 297:10,13 | 247:1,4 | 364:13,13 | 513:16 | **R** 226:1 227:1 |
| 303:13,16 | 249:2,16,17 | 366:10,21 | 515:22 | 228:1 229:1 |
| 312:5 315:6 | 249:21,24 | 369:13 370:4 | 521:18 526:3 | 333:18 |
| 350:1 365:20 | 250:23,24 | 370:11 | 528:6,8 | **R2220** 346:23 |
| 416:12 | 251:10,11,13 | 385:16,17 | 529:11 | **R4220** 347:1 |
| 436:11 462:5 | 251:14 | 386:11 | 530:17 534:6 | 347:15 349:9 |
| 469:16 | 254:19,24 | 387:21 | 534:9 540:3 | 372:20 |
| 470:11 | 255:2,17 | 388:20 | 541:13 544:8 | 375:11 |
| 474:10,11 | 256:1,13,16 | 392:24 | 545:1,4,16 | **Rafael** 450:6 |
| 481:23,24 | 259:24 | 396:23 397:1 | 546:14 | **ran** 373:22 |
| 495:16 548:6 | 263:11,12 | 397:6,8,17 | 551:15 | **range** 448:14 |
| 552:5 | 266:9 267:17 | 401:6 403:1 | **questioning** | **RAPPOPORT** |
| **putting** 338:24 | 267:25 268:6 | 403:11 | 272:16 | 227:8 |
| 339:17 403:2 | 269:14,16 | 405:25 408:8 | 550:20 | **read** 264:19 |
| 417:1,7,10 | 270:10,21,23 | 412:8,15 | **questions** | 266:11,12 |
| 429:4 437:16 | 271:12 | 414:14 | 236:10,12 | 267:25 268:1 |
| 446:16 | 272:10,22 | 420:19 424:8 | 253:6 257:14 | 295:14,17,23 |
| 462:18 | 276:11 279:3 | 424:14,15,19 | 259:17 272:6 | 295:25 298:5 |
| 468:23 | 279:4 280:22 | 424:22 425:1 | 272:8 290:1 | 307:19 311:6 |
| 490:21 492:6 | 280:22,23 | 428:24,24 | 293:13,15 | 316:13 362:3 |
| | 281:24 | 429:1 431:4 | 319:3 364:7 | 362:5,7 |
| **Q** | 284:18 287:1 | 434:20 | 367:12 | 382:21 397:2 |
| **quality** 374:14 | 287:10,12,23 | 436:25 | 428:11 460:1 | 397:7 434:15 |
| **queries** 348:20 | 288:2 289:18 | 444:14 | 534:20 | 434:22,23 |
| 348:25 | 290:5,11,19 | 450:15 452:5 | 537:14 548:4 | 442:18 |
| **query** 347:19 | 297:2,3 | 453:14 | 548:12 550:8 | 513:19 |
| 347:22,25 | 299:16 303:6 | 457:21 | 550:12,14,15 | 524:15 |
| 348:1,1,7,15 | 304:24 | 459:19 | 553:6,8,25 | 546:16,17 |
| 348:17 349:5 | 306:15 | 460:13 461:8 | **quick** 283:14 | 557:4 |
| 374:17,18,18 | 309:13,14 | 462:16 466:2 | 283:19 | **reader** 351:14 |
| 374:19,21 | 311:16 320:3 | 469:8 470:8 | 383:12 389:9 | 368:5 394:4 |
| **question** | 320:5 323:17 | 473:5,11 | **quickly** 371:9 | **reading** |
| 237:9,9,11 | 327:14,16 | 474:9 476:2 | 409:16 | 297:23 298:2 |
| 237:24 | 328:15,17 | 476:20 | 514:19 | 299:25 397:1 |
| 238:21 | 329:14,18 | 477:16,16,17 | **quite** 287:12 | 513:18 |
| 239:10 | 331:24 334:4 | 483:19 | 355:6 | **ready** 459:24 |
| 241:20 242:2 | 336:9,11 | 484:21 485:2 | **quote** 443:19 | **real** 334:3 |
| 242:5,12,13 | 339:15 | 487:5 488:24 | 472:10 | **reality** 428:16 |
| 242:21 243:7 | 340:24 344:8 | 491:15,20 | 496:15 538:2 | **really** 246:18 |

Henderson Legal Services, Inc.

Ahlberg, Timothy H. - Vol. II                                April 23, 2020

41

| | | | | |
|---|---|---|---|---|
| 251:4 514:5 | 419:2 426:9 | 282:11 | 264:18 267:7 | **record's** |
| **reask** 334:4 | 426:17 429:9 | 319:18,22,24 | 382:22 | 238:17 |
| 508:20 | 429:22 432:7 | 441:13 512:2 | 383:16,19 | **recorded** |
| **reason** 247:13 | 440:5 445:2 | **receive** 235:17 | 390:1,24 | 319:19,23,24 |
| 253:24 254:2 | 445:20 446:1 | 397:21,25 | 391:4 438:14 | 320:22 348:4 |
| 255:23 256:2 | 446:10 447:3 | **received** | **record** 234:12 | 376:12,15 |
| 256:9,18 | 449:2 461:20 | 281:18 | 235:2,21 | **recording** |
| 257:8 313:12 | 463:21 464:5 | 300:16 308:1 | 246:21 247:9 | 237:7 308:2 |
| 388:10,22 | 467:7,10,11 | 316:18 322:4 | 248:1 250:7 | 346:18 |
| 430:19 432:9 | 467:13,20,22 | 343:25 | 259:17 | 541:24 |
| 484:8 492:15 | 468:7,10 | 394:14 396:5 | 266:12 268:1 | **records** |
| 496:19 497:3 | 469:24 | 397:13 | 274:2 276:2 | 345:17 |
| 501:13 | 471:12,18 | 400:14 | 284:2,5,9,12 | 385:13,21 |
| **reasons** 502:6 | 472:18 476:8 | 408:18 433:7 | 288:11 | **RECOVERY** |
| **recall** 238:6,8 | 476:12,22 | 438:16 441:4 | 297:11,14 | 229:3,16 |
| 244:5,9 | 477:1,19,22 | 441:5,9 | 298:12 | **red** 337:8,12 |
| 257:23 | 478:20 479:3 | 443:1 501:2 | 317:20 | 338:11 |
| 261:16 262:3 | 479:16 | 515:18 | 321:14 | **redemption** |
| 263:17,23 | 484:20 485:1 | 532:20 | 333:16,20 | 326:1 481:14 |
| 264:2 267:4 | 486:5 487:16 | **receives** 282:4 | 335:11 | **redirect** |
| 267:20 | 487:21 490:9 | 385:1 440:14 | 340:10 | 547:19 |
| 273:19 | 490:13 | **Recess** 284:10 | 349:12 357:2 | **reduced** |
| 284:16 | 497:12,22 | 333:17 392:9 | 358:1 368:11 | 555:22 |
| 293:18 | 498:3,14 | 463:13 | 371:11 373:1 | **refer** 248:21 |
| 294:10 295:5 | 506:7 519:4 | 521:22 | 373:4,8 | 249:4,10 |
| 295:7,13,16 | 520:19 521:7 | 547:25 551:3 | 377:2 378:15 | 253:6 301:5 |
| 295:21 298:2 | 537:21 539:1 | **recipient** | 389:15 392:8 | 331:8,19 |
| 298:6 303:22 | 543:21 | 390:7,25 | 392:11 397:2 | 332:1 358:10 |
| 310:23 314:5 | 547:12 | 391:10 | 397:7 418:13 | 399:12 |
| 318:8 343:3 | 548:21 | **recitation** | 434:23 | 407:16 |
| 345:24 346:1 | **recalling** | 263:21 | 439:20 445:9 | 418:23 419:1 |
| 346:10,22 | 470:16 | **recognize** | 463:12,15 | 506:19 |
| 363:10,11,14 | 478:10 | 253:11,12 | 464:23 | **reference** |
| 364:6 371:21 | **recalls** 297:23 | 274:17 278:2 | 486:18 491:9 | 347:11 |
| 382:1,15,19 | **receipt** 231:13 | 335:23 | 499:7 513:19 | 549:18 |
| 395:1,6,12 | 231:18 | 340:15 | 521:13,19,21 | **referenced** |
| 399:20 | 284:16 285:9 | 371:16,20 | 521:24 540:6 | 233:10 285:2 |
| 400:11,12 | 389:22 | 451:18 | 542:8 546:17 | 362:23 |
| 402:7 403:23 | 441:16 | 493:15 | 547:24 548:2 | 367:23 |
| 404:17 | **receipts** | 522:22 | 550:18 551:2 | 397:23 |
| 406:12,21,24 | 250:10,16 | **recognizing** | 551:5 552:6 | 429:23 432:9 |
| 407:4 412:5 | 252:11 | 259:19 | 553:14 | 541:25 |
| 417:15 418:7 | 281:11,15 | **recollection** | 554:14,19 | **referencing** |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

42

362:12
referred
233:16 281:9
322:16
427:21
429:24 440:8
443:9 457:5
505:22,25
508:5 520:13
520:18,20
524:3
referring
240:21
286:18 291:8
292:1 301:13
301:17
322:21
338:10
382:25 398:4
401:17
412:12
427:23
476:14
490:18 491:3
508:3 511:18
521:9 538:5
refers 281:8
303:21 332:3
401:15 486:6
507:18
549:24 550:2
reflect 406:1
549:2
reflected
269:3 407:25
408:23 409:1
429:7 452:20
473:14
502:23
513:13,24
545:10
reflecting
406:16

reflects 409:18
refrain 552:8
refresh 267:7
383:16 390:1
390:23 391:3
refreshes
382:22
383:19
refuse 256:12
refusing
256:17
regarding
310:18
regardless
332:5 454:21
454:24
registers
285:23
regular 269:22
269:25
relate 291:19
420:21
465:19
552:24
related 230:20
264:17
285:21
291:24 318:1
356:6 416:7
425:23 440:4
476:24
491:18 519:9
519:18,21
520:5 556:6
relates 270:3,9
270:13
401:17
420:15 474:5
480:12
relating
236:11
relation
485:15

relative 530:20
relevant 245:4
245:20
272:17
293:11
328:11,23
332:8 427:14
469:1 472:5
475:6 481:6
491:12,17
relied 547:14
rely 234:5,16
432:21
486:22
relying 234:13
469:17
486:19
547:10
remain 412:18
514:2 531:10
remainder
437:23
remained
516:19
536:13
remaining
382:11,12
384:15,20
407:9 514:4
517:2
remember
295:9,24
296:9,13,14
296:20
303:20
334:24
363:15
364:12 419:6
470:2 472:21
479:17 506:2
506:7,11,13
539:6
remembered

470:22
Remesa 372:1
remind 237:1
remit 533:7
remits 337:20
Remittance
231:13
remittances
337:21
remitted 300:3
516:13 533:6
remotely
348:21 349:6
Renew 538:13
541:21,25
542:5,13,24
repeat 249:1
249:25 266:8
279:3 281:24
290:11 310:9
311:15
324:10,12
328:16
329:17
334:19 336:9
339:14 356:9
369:13 370:4
386:11
388:20 401:5
412:13
434:19
444:14
450:15
457:21 461:8
462:15 465:5
469:7 471:16
473:11
476:20 488:6
490:12 505:4
512:8 513:5
530:16 539:5
546:13
551:14

repeating
245:15 351:6
355:10
366:20
385:16
396:23
513:16
529:11 544:7
rephrase
249:22
268:17,22
271:11 544:9
replace 527:6
replaced 410:3
410:11
report 248:7
267:11
273:22 275:1
275:7,13
277:4,7,8
278:1 282:20
285:20 286:9
287:8 348:8
348:15
373:22,25
374:2,3,5
549:13
reported
225:20
555:20
reporter
235:22 237:5
245:12
266:11
267:25
282:23,24
283:1,3,16
283:17,17
306:18,19,20
306:23 310:8
324:9,12
334:18,22
335:1 367:5

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                                                April 23, 2020

43

| | | | | |
|---|---|---|---|---|
| 396:14,19,25 | 259:9 262:17 | **respect** 272:4 | **restructuring** | 349:9,11 |
| 434:22 | 285:22 | 275:13 | 517:7,9 | 354:9 355:2 |
| 471:15,20 | 428:10,10 | 276:16 289:6 | **result** 252:9 | 356:18 |
| 490:11 | **required** 230:9 | 319:5 327:9 | **resulted** 368:2 | 372:22,25 |
| 513:18 | 248:5 256:6 | 327:9,19 | **results** 250:9 | 373:7,24 |
| 517:15,19 | 287:7 318:22 | 356:4 379:13 | 278:5 | 380:2 395:24 |
| 523:1,7 | 424:13 425:3 | 404:8 408:9 | **retained** | 408:14 411:4 |
| 539:3 546:16 | 425:6 426:22 | 409:14 416:2 | 398:12,17 | 411:19 412:4 |
| 553:16,22 | 433:9,12 | 417:18 443:8 | 399:13 400:5 | 412:21 413:1 |
| **reporting** | 435:3,9,11 | 468:18 | 401:16 407:7 | 413:5,18,22 |
| 279:16 416:4 | 435:13,14,16 | 472:21 473:6 | 407:24 510:2 | 414:8,17 |
| 448:7 449:6 | 436:4,6,10 | 475:19 521:6 | 510:3 512:2 | 418:5,6,8 |
| **reports** 273:18 | 437:20,20 | 544:1 554:13 | **retract** 500:9 | 452:14 453:3 |
| 307:21 | 442:4 506:4 | **respectfully** | **retransferred** | 453:25 461:7 |
| **represent** | 506:10,12,20 | 297:6 | 510:22 | 461:23,24 |
| 252:4 343:24 | 507:3,8,22 | **respective** | **returned** | 512:19,22 |
| 351:25 353:2 | 508:8 557:13 | 556:4 | 316:23 | 514:15 518:2 |
| 353:14 | **requirement** | **respectively** | **revealing** | 528:10 533:6 |
| **representati...** | 262:20 | 530:25 | 245:10,24 | 533:9 543:8 |
| 315:14 317:4 | 425:17,18 | **responding** | **revenue** 250:7 | 544:15,18 |
| 331:11 431:1 | **requirements** | 297:15 | 250:15,19,22 | **revenues** |
| 468:25 500:5 | 298:20 426:7 | **response** | 250:25 251:5 | 250:8,9 |
| **representative** | 427:11 | 242:20 | 251:7,16,18 | 252:4,7,8,10 |
| 225:6,13 | **requires** | 267:17 | 261:2 265:7 | 252:10 |
| 226:2 291:12 | 262:25 263:4 | 304:23 362:1 | 281:2,5,7 | 288:18,20,22 |
| 393:16 423:9 | 282:13 | 362:2,4,6 | 288:12 | 289:7,11,14 |
| 423:13,17,20 | 284:21 | **responsibilit...** | 289:16,20,21 | 290:6 319:16 |
| 431:14 547:8 | 299:25 | 275:13 | 289:22 | 320:21 |
| 555:14 | 318:19 | 276:13,15 | 290:10,15,16 | 331:21 332:1 |
| **represented** | 522:13 | 291:18 | 290:21 291:2 | 332:4,20 |
| 315:9 331:7 | **requisite** | **responsibility** | 291:5 308:6 | 343:25 344:5 |
| 501:9 | 417:4 | 275:10 | 316:10,15 | 345:11 346:4 |
| **representing** | **reread** 434:14 | **responsive** | 317:1 319:19 | 346:12,19 |
| 294:16 | **reservation** | 288:2 424:19 | 319:23,24 | 349:13 |
| **requested** | 553:13 | **rest** 514:20 | 320:15,22 | 354:22 355:4 |
| 266:12 268:1 | 554:11 | **restate** 370:10 | 321:14 | 355:16,21,25 |
| 397:2,7 | **reserve** 326:2 | 370:22 | 322:14,15,22 | 356:7,17 |
| 434:23 | 481:1,5,11 | 413:11 | 325:17 | 373:1,4,8,20 |
| 513:19 | 537:2 541:4 | 414:13 | 344:22 | 375:21 |
| 546:17 | 554:13 | 415:13 | 346:17,17,21 | 379:17 |
| **REQUESTS** | **resize** 334:3 | 453:14 506:6 | 347:12,15,18 | 384:25 385:4 |
| 234:1 | **resolution** | **restrictions** | 347:23 348:9 | 397:21,22,23 |
| **require** 245:7 | 522:23 | 425:23 426:6 | 348:11,12 | 399:13 400:1 |

Henderson Legal Services, Inc.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

44

| | | | | |
|---|---|---|---|---|
| 400:4,4,18 | 418:1,16,19 | 305:22 309:3 | 268:6,11,16 | 448:5,13,17 |
| 401:14,18,22 | 427:18 | 309:7,11 | 269:8,11,19 | 450:3 451:22 |
| 402:24 404:5 | 466:24 | 310:2,6,11 | 269:20 | 452:10,21,23 |
| 407:7,24 | 489:24 | 310:18,19 | 270:18 271:1 | 453:16 |
| 411:5,7,25 | 500:23 | 311:3,8,10 | 271:22 | 454:23 |
| 413:9 414:2 | 510:18 | 311:20 313:2 | 272:20 | 459:23,24 |
| 419:22 421:6 | **reviewed** | 313:21,25 | 277:20 | 467:7 469:19 |
| 422:24 | 244:3,6 | 314:2,20 | 278:17,21 | 470:3 476:15 |
| 424:12 425:3 | 247:20 | 315:11 316:9 | 279:2 292:20 | 476:17 |
| 425:6,8 | 259:25 | 316:16,21 | 294:23 | 479:11,14,24 |
| 452:8,22 | 294:25 | 317:6 318:1 | 297:14 | 482:7 487:1 |
| 453:6,15 | 295:22 296:5 | 318:25 | 298:19 305:5 | 487:20 497:3 |
| 455:1,2,10 | 296:19 341:3 | 325:16 327:9 | 305:12 312:7 | 498:13,17,22 |
| 455:18 456:4 | 359:2 372:7 | 327:10,19 | 312:17 313:2 | 501:18 502:9 |
| 456:12 458:5 | 377:20 430:9 | 331:7,17 | 313:10,16 | 502:20 504:1 |
| 462:11 489:3 | 431:1 499:13 | 332:12 | 314:16 | 504:15 516:4 |
| 502:6 510:3 | 500:11 509:4 | 335:17 | 319:20 | 517:4 518:12 |
| 511:18 512:3 | 519:6 541:23 | 337:14 | 320:20,25 | 518:13 |
| 515:4,14 | **reviewing** | 338:18 | 323:18 | 520:15 |
| 516:9,12,18 | 261:8 275:11 | 339:12 | 326:16 | 525:20 |
| 517:23 | 318:9 325:5 | 439:16 442:3 | 333:13 336:8 | 526:14,18 |
| 526:11 | 344:13 | 442:7 447:13 | 341:19 | 527:3,23 |
| 528:16,18,22 | 371:21 382:2 | 448:4,12,24 | 342:21,24 | 528:1 543:7 |
| 528:22 | 403:16 | 449:23 | 343:11,13 | 547:15 |
| 543:17 | 405:15 426:5 | 451:15 | 345:7 346:6 | **right-hand** |
| **review** 243:20 | 429:10 | 454:14 | 354:15 355:5 | 337:5,9 |
| 243:23 244:1 | **Rey** 229:18 | 480:10,14 | 355:9,18 | 540:18 |
| 244:8,10 | **Rico** 225:1,5,8 | 522:24 | 358:15 360:7 | 549:17 |
| 247:15,18 | 225:12,14 | 523:24 | 362:22 | **rights** 553:13 |
| 275:4,12 | 226:2,3 | 548:24 | 368:25 369:6 | 554:8,11,13 |
| 276:12,15 | 227:10,21 | 549:14 | 374:2,13 | **ring** 396:2 |
| 277:7 284:22 | 229:18 | 555:12,13,15 | 376:8 378:23 | 397:8 |
| 285:23 296:7 | 230:16,18,21 | **right** 241:5,22 | 379:17 381:1 | **Rivera** 229:18 |
| 296:23 | 232:4,7,10 | 246:5 247:22 | 383:2 389:8 | 361:21 362:9 |
| 298:14,17 | 233:14 240:4 | 248:14,22 | 399:25 409:6 | 369:5 496:6 |
| 313:19,23 | 240:14 248:4 | 250:8,18 | 410:22 412:3 | 496:19 |
| 341:2,17 | 253:21 254:6 | 251:7,19 | 416:19 | **ROBERT** |
| 344:18 | 255:6,8,15 | 252:5,21 | 419:16 | 227:6 |
| 372:11 | 255:25 256:4 | 254:10 | 427:12 | **robert.berez...** |
| 374:14 377:6 | 256:8 257:5 | 255:10 | 433:21 439:3 | 227:6 |
| 377:9 385:24 | 257:12 266:4 | 256:10 262:6 | 439:7,25 | **room** 232:8 |
| 385:25 | 291:8 300:4 | 262:15 | 441:9 444:20 | 283:9 451:15 |
| 402:13,15 | 300:17,20 | 266:20,21 | 446:2 448:3 | 452:8,14,22 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

45

| | | | | |
|---|---|---|---|---|
| 453:2,3,6,15 | 356:6,17 | 229:1,13 | 285:21 | 501:4 503:18 |
| 454:25 | 370:1,8,25 | 300:24 | 308:25 313:5 | 504:20 |
| 455:10 | 372:1,23 | 333:18,18,18 | 324:23 | 511:19 515:9 |
| 495:13 | 373:2,4,5,8 | **S&T** 384:8 | 325:14,23 | 515:15 |
| 496:15 497:6 | 373:20 | 385:6 386:20 | 337:18,25 | 516:14 |
| 498:9 499:1 | 374:23,25 | 386:25 387:3 | 338:20 | 518:11 |
| 510:2 511:18 | 375:1 377:18 | 387:6,10 | 359:15 | 523:24 524:4 |
| 512:1,19 | 377:21 | 388:17 389:3 | 360:15 | 526:13 528:4 |
| 516:9,11 | 379:13 380:2 | 391:21 | 361:12,19 | 530:13 532:8 |
| 526:11 | 380:6,10 | **sample** 493:19 | 372:13,20 | 532:21 535:8 |
| 527:25 533:6 | 381:9 383:17 | **Samuel** 496:6 | 380:4 382:20 | **scratch** 356:14 |
| 533:7 535:7 | 384:20,25 | **San** 227:21 | 383:20 384:6 | **screen** 248:17 |
| **ROSE** 226:4 | 385:3 390:6 | **satisfactory** | 384:13,18 | 248:20 |
| **rotate** 278:24 | 392:25 | 557:21 | 419:17 | 264:24 |
| 335:24 | 395:13 | **satisfy** 315:5 | 420:25 | 275:17 334:4 |
| 340:12 | 397:22 | 329:6 431:22 | 422:12 | 335:15 403:4 |
| **rotated** 336:1 | 399:22 | **saving** 545:17 | 434:24 435:7 | 455:17 |
| 336:5 | 401:18 | **saw** 330:9 | 436:17 | 527:16 538:4 |
| **row** 535:5 | 403:14,20,21 | 336:15 345:3 | 441:10,16,20 | **scroll** 493:18 |
| **rows** 535:1 | 404:1,6 | 411:25 | 442:1 443:11 | **seal** 556:10 |
| **RPR** 225:21 | 408:14,24 | 461:12 467:5 | 443:24 | 557:25 |
| **rules** 297:9 | 409:14 | 487:18 | 444:23 499:3 | **search** 313:24 |
| **rum** 231:3,5 | 410:24 411:5 | 504:10 | 507:12,12 | **second** 253:5 |
| 312:3,23 | 411:6,13,19 | 519:15 | 523:6 524:7 | 299:25 307:3 |
| 313:15,15,17 | 411:25 412:4 | 529:16 | 524:20 541:3 | 307:5 317:24 |
| 314:14,22 | 412:17,21 | 534:17 543:7 | 541:8 | 359:8,9 |
| 316:20 | 413:1,5,9,13 | **saying** 237:7 | **scenes** 416:5 | 361:15 362:4 |
| 318:14,25 | 413:18,22 | 238:8 280:21 | **schedule** | 382:14,16,20 |
| 331:20,20 | 414:2,8,18 | 303:18 | 453:25 | 382:23 |
| 332:1,4,11 | 446:21 | 304:19 | **school** 262:9 | 383:17 384:7 |
| 332:20 | **run** 347:19,21 | 344:25 | 525:12 | 389:23 |
| 335:19 | 348:8,14,21 | 411:16 | 538:13 | 435:20 |
| 337:20 341:7 | 348:23,25 | 456:10 | 541:22,25 | **seconds** |
| 342:14 | 349:5 374:2 | 467:22 | 542:6,13,24 | 283:12 |
| 343:25 344:5 | 374:3,5 | 477:13,14 | **Science** 384:9 | **secret** 305:12 |
| 344:12,23,23 | **running** | 491:24 | **scope** 272:7 | **Secretary** |
| 345:2,5,11 | 347:25 | **says** 254:1,1,5 | 272:11 282:7 | 233:12 384:7 |
| 346:5,13,19 | 523:15 | 254:11,11 | **Scotiabank** | 384:14,19 |
| 347:7,11 | **runs** 361:1 | 255:7,11,11 | 454:13 455:3 | 388:4,12,13 |
| 349:9,12 | | 255:20 | 455:12,23 | 388:15,24 |
| 350:19 351:9 | **S** | 256:11,21 | 456:5,13 | 389:2 390:8 |
| 354:21 355:4 | **S** 226:1 227:1 | 257:11 258:6 | 486:3 487:18 | 391:1,11,20 |
| 355:11,16,21 | 227:6 228:1 | 258:9 261:1 | 500:20,22,24 | 393:7 |

Ahlberg, Timothy H. - Vol. II

April 23, 2020

46

**section** 258:3
260:14
281:11 299:4
299:14
307:15
308:22
311:19
312:25 313:5
319:10
324:13,16
325:6,10,10
338:17
381:18,21,23
382:2,20,25
383:1,3,15
385:12,19
419:16
422:12
426:10,14
433:2 435:16
440:21,22,24
442:4,5,18
443:10 444:4
444:17,23
**sections** 244:5
244:7,10
**see** 253:20,22
253:23 258:2
258:6,10,11
260:17,22,24
261:4,5
265:6,14
267:10
274:14,15
275:20,24
276:3 278:7
278:9,12,13
279:12 281:3
281:12,13
283:15,21
300:6,7,21
300:22
303:10

307:10,13,14
307:17,18
309:5,6
313:20 316:8
316:10,12
317:25 318:4
318:5 324:18
324:21,23
325:12,21
326:3 335:14
335:19,20
337:6,9,11
337:15,15,17
338:2,3,8,9
338:19,20
349:17,24,25
357:6,7
359:9,12,15
359:17,19,21
360:4,6,11
360:12,20,21
361:2,10,17
361:24,25
362:1,2,17
362:19
368:22,24
369:1,3,7
372:12,13,20
381:20,21
392:16,19
394:18
405:20,22
409:19,25
410:1,7,9
419:13,14
421:2,3
422:15,16
433:19
441:14,24,25
442:8,9
443:4,5
451:16
455:20 457:8

457:9 458:8
465:3,4,9,18
465:19,20,25
466:1 480:6
493:11,13,22
494:18,22,25
495:1 496:6
496:9,11,16
496:17 498:7
499:23 500:2
502:19 512:3
512:4 522:5
522:6,25
523:5,9,12
523:14,20,21
523:22 524:1
524:6 525:20
536:7 538:3
538:4 540:11
540:16,20,21
540:24 541:4
541:5 542:25
543:10
544:13
549:19
**seeing** 295:6,9
303:24 408:3
497:12,22
498:14,15
**seek** 554:6
**seen** 234:13
243:14,16,18
254:15 257:3
257:21
265:18
290:19 291:3
295:3,20
318:7 329:23
336:12,20
357:9,13,14
358:25 359:4
359:6 378:2
379:4 381:17

389:18,19
412:25 413:3
428:17 429:3
429:18
431:13,19
432:5 439:23
440:3 445:11
445:14,16,17
446:3,9
463:18 466:4
479:9 482:14
486:2,7,9,14
486:19,25
487:6,10,12
490:18 497:9
497:19 498:1
498:5,10,11
499:9 514:7
514:9,13
518:23,25
520:17,19
522:8 537:19
543:25
544:16
**self-explana...**
280:11
**send** 282:3
344:25
454:10
**senior** 447:7
447:10,13,20
448:11,23
449:13,15,18
449:21
451:10
496:22
**sense** 252:18
304:20
324:15
421:15,16,19
485:7,10,12
**sent** 457:1
**sentence**

316:14
**sentences**
434:15
**separate**
282:19
321:18
325:25
370:19 387:2
394:2,4,7
447:18
509:23
**separated**
533:23
**separately**
387:14
391:23
**separates**
279:17
**SERVAIS**
228:8
**serve** 266:19
**service** 326:1
359:19
362:13
396:12 399:2
399:3 404:10
405:20,23
406:2,4,9,20
407:2 408:2
505:21
510:23 511:3
511:25 512:7
512:11,18,24
513:1,3,9,11
537:2 541:3
**servicer**
229:16
**Services**
229:15 235:6
553:20
**set** 318:12
399:15 442:3
512:19

Ahlberg, Timothy H. - Vol. II                                April 23, 2020

47

| | | | | |
|---|---|---|---|---|
| 556:10 | 288:22 356:3 | **SNOW** 228:12 | 471:15 | 461:6 |
| **sets** 380:1 | 416:12 | **sold** 316:21 | 479:25 | **South** 228:14 |
| **SFRA** 346:17 | **simple** 242:12 | **solid** 351:5 | 482:23 483:9 | **Spanish** 233:2 |
| **sheet** 534:13 | 388:3 506:23 | **somebody** | 489:1 490:11 | 233:4,6 |
| 557:8 | 514:24 516:7 | 278:22 294:2 | 491:14 501:3 | 359:23 |
| **short** 333:5 | **simply** 500:15 | 296:17 375:6 | 502:10 504:5 | 368:21 |
| 383:6 | 528:14 | 429:23 432:8 | 505:7 511:1 | 465:11,14 |
| **shortly** 438:14 | 542:18 | 474:8 490:2 | 512:21 514:8 | 495:23 496:1 |
| **show** 277:16 | **Simultaneous** | 549:18 | 517:15 523:1 | 522:13,17 |
| 289:10,21 | 275:15 325:7 | **soon** 543:4 | 523:3 525:3 | **speak** 253:14 |
| 290:16 348:9 | 444:8 459:20 | **sorry** 245:12 | 525:3 526:10 | 264:25 273:8 |
| 365:6 386:1 | **single** 230:14 | 290:9 301:21 | 528:13 533:2 | 293:16 |
| 479:21 | 246:19 276:5 | 306:19 307:2 | 538:6 539:3 | 309:15 |
| 482:18 | 296:20 320:9 | 307:23 310:8 | 539:4 540:18 | 310:17,22 |
| 545:13 | 320:23 374:5 | 315:13 | 542:18 | 416:20,23 |
| **showed** 479:6 | 388:4 405:13 | 318:13,25 | 551:24 | 417:6,12 |
| 482:15 492:1 | 407:16 408:3 | 334:2,5,18 | 553:16 | 448:19 |
| **showing** | 430:16 475:5 | 336:2 350:4 | **sort** 280:11 | 450:12,16,24 |
| 406:19 | 489:24 | 356:13 | 554:6 | 451:4,9 |
| **shown** 269:6 | 494:12 | 360:24 | **sound** 329:16 | 482:22 |
| 354:22 | **Sinking** 319:7 | 361:15 | 347:2 | 551:11,16 |
| 391:22 | 325:18,19,25 | 362:16 367:5 | **sounds** 329:17 | 552:11 |
| 458:25 | 326:10 | 367:6,9 | 347:3 522:17 | **SPEAKER** |
| **shows** 256:7 | 480:17,22,24 | 368:24 370:4 | 550:21 | 238:22 241:7 |
| **side** 289:24 | **sitting** 411:14 | 370:10 | **source** 277:6 | 251:8,20 |
| 336:8 337:5 | 473:12 475:4 | 374:23 375:5 | 289:10,11,15 | 263:16 |
| 337:9 354:21 | 475:17 | 375:6,13 | 289:19,21 | 265:21,22 |
| 527:19,19 | 481:17 | 378:19 383:2 | 290:7,10,15 | 275:16 |
| 540:17,18,24 | **six** 283:9 | 385:6 386:5 | 290:16,21 | 280:13 |
| 543:20 | 448:15 | 396:14,22 | 291:2,5,5 | 281:22 |
| **Sierra** 496:6 | **skip** 300:11 | 402:22 | 320:13 | 283:23 |
| 496:19 | **skipped** | 405:25 | 344:15,21 | 288:24 |
| **signature** | 531:23 | 408:23 | 345:10,23 | 304:22 |
| 556:2 557:11 | **slide** 341:7 | 413:11 | 355:1,20,25 | 305:23 |
| 557:24 | 343:23 | 414:12 | 356:17 411:5 | 312:11 317:7 |
| **signed** 557:8 | 403:12 | 415:12,18 | 412:4 413:4 | 321:2 336:22 |
| **significance** | 404:18,21 | 423:6 441:17 | 413:5,18,22 | 366:17 375:4 |
| 451:5 | 413:3 503:11 | 442:12 | 414:1,8,17 | 375:17 376:2 |
| **significant** | **slightly** 334:3 | 443:14 | 461:7,23,24 | 379:8 387:8 |
| 470:1,9 | 523:19 | 451:25 | 512:23 | 390:10,14 |
| **similar** 373:15 | **slot** 457:13 | 453:11,11,13 | 514:15 543:9 | 405:1 411:17 |
| 481:8 | 501:22,25 | 459:12 | 544:15,18 | 414:10 |
| **similarly** | 502:6 | 466:12 | **sources** 354:8 | 416:17 422:1 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                              April 23, 2020

48

422:5 424:20
425:14 426:8
428:1 436:15
437:9 438:5
450:19
462:14,23
472:22
473:17 475:9
475:10
480:18 489:5
490:8 492:8
492:24 502:4
527:4 537:8
543:11
547:11
**speaking**
235:16
275:15
287:20 297:5
297:10
314:16 325:7
332:6 444:8
459:20
467:11
**speaks** 255:21
**special** 281:2
281:5,7
299:10,15,18
299:21
300:18,24
301:3,9,12
301:21,22,23
301:25
307:16,20,22
308:10,13,16
309:1 313:1
316:10,15,25
325:15,17
375:15
419:19
488:13,21
489:4
**specific** 244:9

248:21 249:4
249:10,18
251:4,15
252:4 259:12
263:8,18
287:5 293:12
295:7,8,21
309:20,24
311:4,4
313:12
314:10
318:18 319:8
329:12,21
331:9 334:24
343:23
346:10
348:11 359:2
365:24
390:17
396:10
399:15,18,18
399:19
403:11 404:3
418:4,20
420:1,12
426:10,13
429:10,22
430:9 431:17
432:7 452:6
464:5 473:15
474:5 475:7
477:22
478:21 486:5
487:10,16,22
488:24
490:10,14
497:22
537:22 539:2
546:6,18
**specifically**
264:20 272:4
276:21
294:11 298:6

309:17
313:23 318:8
337:7 343:3
344:2 345:22
345:24 346:2
346:22 347:7
348:22 363:7
363:8 371:21
373:17 374:7
381:16 382:1
386:4,9,15
390:7 391:9
398:15
401:16,25
403:18 416:8
417:17 418:7
419:2,6,16
422:9 426:18
428:18 429:6
431:6 432:8
436:25 437:2
440:5 443:11
445:12
446:15 447:3
449:5 450:21
451:1 463:19
463:24
476:10,13
479:4,10
482:15
484:20 485:1
497:12
509:21 539:7
542:5 544:14
**specified**
308:1 542:12
**specifies**
311:24
**specify** 252:23
308:2 438:21
**speculate**
240:8,11
305:24

374:13
376:24 389:5
425:25
432:17
543:12 553:3
**speech** 297:14
**spell** 553:20
**spent** 437:16
**spitting** 348:1
**split** 248:13
527:16
**spoke** 291:22
293:14,19
319:13 417:9
467:9 476:13
485:9 511:12
**spoken** 292:25
293:2 308:9
448:21 538:1
551:19
**Square** 226:5
**SS** 555:2
**STA006780**
465:8
**stamp** 361:16
**stamped** 372:2
**stand** 265:19
**standing**
352:19
**star** 461:2
540:17,19
**stars** 343:16
**start** 237:11
246:22
374:24 386:6
491:22 505:7
527:25 532:2
535:6
**started** 404:23
**starting**
404:21
523:11
**starts** 342:10

540:17,18
**state** 278:8
297:4 555:1
555:6 557:15
**statement**
231:10 233:9
245:4,20
246:4 261:2
265:6,9
301:24 302:5
302:18
362:24
363:18,24
364:23 365:3
365:5,7
368:7,14,16
368:18
369:10,17
424:18
432:13
499:13
500:10,24
501:2 520:2
540:9,25
541:8
**statements**
230:8,12
243:12,14,17
243:19,21,24
244:1,6
247:14,15,18
248:5 256:5
257:22,25
258:2,3,7,9
258:13,15
259:1,3,4
260:10,16,20
266:19,20,22
266:25 267:4
267:8,15
269:4,7
284:23 302:2
302:9,20,23

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

49

| | | | | |
|---|---|---|---|---|
| 303:3,8,16 | **stream** 235:18 | **suggest** | 307:22 | 265:6,10,14 |
| 303:21 | 418:5 | 400:23 | 324:10 325:6 | 265:16 |
| 304:21 | **streams** | 497:16 | 336:11 | **SUTCLIFFE** |
| 305:16,22 | 250:22 | **suggested** | 367:13 383:7 | 229:4 |
| 314:4,7,10 | 528:11 | 296:17 | 386:22 | **sweep** 279:10 |
| 314:12 316:3 | **Street** 226:5 | 404:18 438:9 | 387:10 | 279:14 |
| 317:5 341:4 | 228:5 229:5 | **suggestion** | 410:16 415:5 | 520:13,18,21 |
| 341:25 363:5 | **strike** 268:16 | 297:16 | 459:5,6 | 521:2,8 |
| 364:15 369:4 | 374:24 432:2 | **suit** 556:7 | 462:4 466:12 | 524:17,20 |
| 400:9 484:19 | **string** 322:18 | **Suite** 227:21 | 474:10 477:8 | **switch** 414:23 |
| 500:12 | 322:19 | 228:13,18 | 479:8 482:14 | **sworn** 236:1,3 |
| 537:20 | **strong** 492:19 | **summarize** | 489:8 491:2 | 555:17 |
| **States** 225:1 | **structurally** | 325:6 | 496:2,3 | 557:18 |
| 316:22 | 318:23 | **summary** | 500:1 502:11 | **Sylvia** 291:22 |
| 555:11 | **stuff** 358:17 | 545:13 | 506:24 516:2 | 292:1 294:6 |
| **statute** 311:6 | **subject** 338:17 | **super** 305:12 | 521:17 | 314:17 |
| **statutes** | 352:10 | **Supplemental** | 522:11 523:4 | **Symphony** |
| 492:14 | **submitted** | 335:16 | **surplus** | 228:13 |
| **stay** 232:18 | 253:8,8 | **supplement...** | 234:15 | **synthesis** |
| 335:18 | 295:1,18 | 230:9 248:5 | 422:15,21 | 285:22 |
| 550:22 | 296:24 329:7 | 256:6 | 433:18 | **system** 238:15 |
| **stenographi...** | 548:21 | **suppliers** | 436:13 437:3 | 239:3,13 |
| 225:20 | **subordinate** | 286:8 | 437:23 438:1 | 248:12 |
| 555:20 | 497:1 | **supposed** | 474:19 | 288:11 306:8 |
| **step** 277:13 | **Subscribed** | 311:9,20 | 475:13,25 | 322:23 327:6 |
| 354:14,22 | 557:18 | 318:11,15 | 483:4 485:19 | 327:17 |
| 356:5 438:15 | **subsecretary** | 319:1 342:12 | 485:20,22 | 347:14,20,22 |
| 452:20 544:5 | 447:12 | 383:23 428:7 | 486:4,6,15 | 348:4,7,9,21 |
| **STEVENS** | **subsection** | 433:23 | 486:21 487:1 | 349:5 358:18 |
| 226:9 | 442:1 | 434:11 | 487:3,8,13 | 373:1,23 |
| **stock** 296:4,14 | **subsequent** | 436:11,13,21 | 487:19 | 374:8,14 |
| **stop** 296:25 | 300:13 | 437:1 442:11 | 488:12 | 387:2 422:10 |
| 297:8 516:17 | 391:15 | 442:14 | 495:14 | 533:11 |
| 522:19 | 516:24 | 443:20 | 496:16 497:6 | **systems** |
| **stopped** | 544:11 | 444:18 480:9 | 497:11,18 | 322:16 |
| 410:20 | **subsequently** | 485:13 534:2 | 498:9 499:2 | |
| **stopping** | 406:10 | **sure** 235:16 | 502:1 504:12 | **T** |
| 333:3 383:5 | **succeeding** | 237:4 245:17 | 505:23,25 | **T** 226:8 333:18 |
| **story** 503:24 | 435:20,21 | 276:17 | 519:10,13,19 | **tab** 298:10 |
| **straight** 346:9 | **suddenly** | 278:17 | 519:25 520:6 | 306:25 |
| 503:24 | 492:18 | 281:23 | 524:18 | 308:18 |
| **straighten** | **sufficiently** | 290:13 | 530:20 533:5 | 317:18 335:9 |
| 283:22 | 534:24 538:7 | 301:18 | **surprised** | 356:24 371:6 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

50

| | | | | |
|---|---|---|---|---|
| 371:9 389:12 | **takes** 348:17 | 464:1 465:25 | 409:14 | 470:10 471:7 |
| 418:10 | 439:7 | 495:13 | 410:25 | 471:12,19 |
| 439:12 445:7 | **talk** 237:5 | 496:15 497:6 | 411:14 412:5 | 489:21 |
| 464:21 491:6 | 293:5 417:17 | 498:9 499:1 | 412:17,21 | 499:16,17 |
| 499:5 521:11 | **talked** 293:7 | 509:12 510:2 | 413:5,13 | 500:11 501:2 |
| 537:16 | 436:23 | 510:5,21 | 414:8,18 | 519:3,5 |
| **table** 257:20 | 476:10 | 511:7,18 | 420:16,22 | **team's** 430:10 |
| 257:21,24 | 509:19 | 512:1,14,20 | 423:4 424:1 | **teams** 478:13 |
| 260:16,22 | **talking** 247:6 | 513:13,23 | 424:5,9,16 | **Technology** |
| 265:8 266:15 | 259:6 364:19 | 514:11 515:4 | 438:25 439:4 | 384:10 |
| 303:23 | 378:12 | 516:9,12,18 | 441:4 446:21 | **telephones** |
| **TAFT** 228:4 | 404:21 | 526:11 | 451:16 452:1 | 235:12 |
| **tagged** 252:20 | 414:23 | 528:15,18 | 453:3,25 | **telephonically** |
| 288:9,22 | 459:10 | 533:6 538:17 | 458:15 | 235:11 |
| 290:8 320:21 | 476:16 | 543:9 | 459:10 460:5 | **tell** 234:7 |
| 510:11 | 506:24 507:2 | **taxes** 231:3,5 | 460:21 461:6 | 243:6 251:6 |
| **take** 237:23,23 | 507:3,24 | 232:8 300:3 | 488:4,8 | 251:17 266:3 |
| 237:25 238:1 | 509:17 | 312:3 313:15 | 502:14 503:4 | 304:7 305:3 |
| 246:13 263:8 | **talks** 260:18 | 313:15,18 | 504:25 505:3 | 309:19 |
| 277:13 | **tax** 232:11 | 314:14 | 505:6,9,13 | 310:25 |
| 283:13,20 | 312:23 | 316:20 | 505:16,19 | 332:16 343:5 |
| 284:5 299:7 | 314:22 | 318:14 319:1 | 508:4 514:14 | 345:21 347:6 |
| 333:2 348:14 | 325:17 | 332:11 | 517:13 | 357:13 |
| 365:10 374:5 | 337:20 | 335:19 341:7 | 518:10,20 | 358:24 |
| 374:8,16 | 354:21 355:4 | 342:14,15 | 527:25 | 373:24 |
| 389:10,10 | 355:16,21 | 343:8,25 | 528:11 529:3 | 374:19 |
| 392:2 425:11 | 356:7,17 | 344:12 345:3 | 529:14,19 | 382:22 399:6 |
| 434:17 436:2 | 377:19,21 | 345:5 346:6 | 530:19,21 | 403:9 417:16 |
| 452:18 | 379:13 380:2 | 346:14 347:7 | 532:3,6 | 425:7 428:11 |
| 459:15,18,21 | 384:25 | 349:10 | 533:7 535:8 | 430:4,8,15 |
| 459:24 460:1 | 397:22 | 350:19 351:9 | 539:14 543:2 | 432:23 436:3 |
| 463:3,6,8 | 408:14 411:5 | 355:11 370:1 | 544:2,15,19 | 437:25 |
| 521:18 | 411:6,25 | 370:8 371:1 | **teach** 327:21 | 443:17 |
| 547:16 | 413:1,9,18 | 372:1,24 | **team** 277:9 | 452:13 |
| 550:16 | 413:22 414:2 | 373:2,4,5,9 | 284:22 331:5 | 460:14 468:8 |
| **taken** 261:15 | 419:21 421:6 | 375:1,2 | 358:16 365:5 | 473:22 474:3 |
| 261:17 262:5 | 433:6 435:1 | 380:7,10 | 417:3 429:13 | 474:4 491:6 |
| 264:4 284:10 | 441:8 442:25 | 381:9 383:17 | 431:22 432:4 | 495:20 |
| 323:14 | 443:3 452:8 | 390:6 393:1 | 446:8,14,23 | 497:14 501:7 |
| 333:17 392:9 | 452:14,22 | 395:4,13 | 447:1,4 | 541:15 |
| 463:13 | 453:2,6,15 | 401:18 | 448:22 450:2 | **telling** 247:14 |
| 521:22 | 454:25 | 403:14,20,21 | 450:5 467:2 | 358:16 |
| 547:25 551:3 | 455:10 458:5 | 404:6 408:25 | 468:2 469:23 | **ten** 296:10 |

Ahlberg, Timothy H. - Vol. II                April 23, 2020

51

| | | | | |
|---|---|---|---|---|
| **TENDERED** | 362:20 448:9 | 492:11,17 | 497:4 | 302:22,22 |
| 233:17 | 482:13 | 534:3 548:21 | **thereof** 556:8 | 303:18 306:6 |
| **Tennessee** | 548:20 | 552:7 555:19 | **thereon** 248:7 | 306:16 312:4 |
| 228:14,19 | **testifies** | 555:25 556:9 | **thing** 319:13 | 321:10 323:2 |
| **tens** 490:4 | 296:18 | 557:5,6 | 351:3 362:8 | 323:6,12,16 |
| **tense** 390:15 | **testify** 242:6 | **thank** 237:20 | 477:9 491:2 | 324:2 327:4 |
| **term** 260:7,9 | 242:24 | 257:16 | **things** 301:14 | 327:5 332:3 |
| 270:3,8,12 | 255:20 | 275:25 283:4 | 301:16 | 333:1 334:15 |
| 270:17,18,25 | 256:17 272:3 | 283:5 298:8 | 351:16 | 334:25 335:2 |
| 270:25 | 327:11,21 | 306:23 307:7 | 450:25 | 343:1 346:23 |
| 271:15,15 | 555:17 | 333:14 | 477:23 478:3 | 347:24 348:1 |
| 279:20 | **testifying** | 334:22 335:6 | 506:25 532:1 | 348:24 355:6 |
| 299:20,23 | 271:21 | 337:11 | **think** 238:9,24 | 357:16,17,25 |
| 301:9,11 | 291:11 423:8 | 340:23 | 239:6,11,17 | 358:3 363:6 |
| 302:3 304:14 | 547:8 | 367:16,17 | 239:24 240:4 | 367:2 374:4 |
| 304:18 305:9 | **testimony** | 371:4 383:11 | 240:14,18,25 | 376:22 |
| 309:25 328:7 | 230:2 234:14 | 392:5,6 | 241:2,8,15 | 388:10,22 |
| 331:7,15,16 | 236:20 239:2 | 410:17 | 241:19 242:9 | 390:16 |
| 332:10,17 | 239:12,16 | 414:22 | 242:20 243:3 | 391:17 |
| 343:1,3,5 | 241:4 243:22 | 432:13 | 243:10 245:3 | 396:19 399:5 |
| 364:17,20 | 244:2 246:2 | 434:18 | 245:19,23 | 399:17 |
| 398:6,7 | 247:9 255:22 | 440:23 | 246:19,23,24 | 406:13 |
| 399:7,11,12 | 265:19,25 | 441:17 | 252:16 254:9 | 411:13 415:5 |
| 401:22 419:4 | 267:18 | 447:22 | 257:13 | 417:19 |
| 420:3,5 | 271:24 | 453:13 | 259:11 260:4 | 421:24 422:8 |
| 435:11,13,16 | 283:10 | 459:22 465:9 | 260:10,12 | 424:21 |
| 488:21 506:2 | 298:16 | 471:20 | 262:2 265:12 | 431:11 434:2 |
| 507:18 508:8 | 311:12 | 476:18 494:5 | 265:25 266:5 | 438:23,25 |
| 508:10,11,15 | 323:19 | 494:13 | 266:14 | 446:25 447:5 |
| 521:5,8 | 326:18 330:5 | 514:21 | 267:19,22 | 447:24 448:9 |
| **terminology** | 330:7 336:16 | 517:19 523:7 | 268:3,7,12 | 448:14 |
| 420:18 | 336:20 345:6 | 525:8,23 | 268:15,18,24 | 449:17,25 |
| **terms** 259:12 | 364:10 | 529:10 | 269:13 | 450:4 453:23 |
| 318:19 323:3 | 393:15 423:6 | 540:20 | 270:14 271:9 | 457:12 |
| 323:4,5,12 | 424:1,4,6 | 547:21 548:5 | 272:16 273:3 | 461:23,24 |
| 412:6 463:1 | 459:14 460:4 | 548:8,11,13 | 276:11 | 463:3,7 |
| 485:12 | 460:12,14,15 | 550:7 553:9 | 278:19,21 | 468:12,15,17 |
| **test** 525:5 | 460:18 | 553:11,23 | 282:13,21 | 469:2,9 |
| **Testani** 229:23 | 467:14 470:3 | 554:12,16,17 | 289:23 | 470:4,15 |
| **testified** 236:4 | 470:10,21 | **thanks** 334:20 | 291:14 292:3 | 486:7,9,11 |
| 238:4 273:15 | 471:2 475:8 | 358:14 463:9 | 294:20 | 489:6,10 |
| 275:2 312:4 | 486:20 | 496:4 | 295:12 | 494:6 499:12 |
| 343:17 | 489:16 | **then-CFO** | 301:16 | 502:18 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

52

| | | | | |
|---|---|---|---|---|
| 507:22 508:5 | **tilt** 514:10 | 531:11 | 427:22 467:9 | 501:5 511:10 |
| 514:3,5 | **Tim** 333:8 | 532:13,18 | 468:21 469:6 | 511:15 |
| 522:12 | **time** 235:8,8 | 535:10,19 | 470:3,10,21 | 534:25 535:1 |
| 523:14 | 237:7,22 | 536:19 | 473:12 | 536:24 |
| 525:22 527:7 | 268:23 | 541:19 544:4 | 475:24 514:2 | 537:22 539:8 |
| 527:11 | 283:13 284:3 | 545:14,17 | 547:8 548:6 | **topics** 272:5,7 |
| 532:18 538:6 | 287:10 | 548:5,13 | 550:9 551:13 | 272:11 |
| 538:13 | 293:11 | 550:9 553:9 | 551:18,20,25 | **total** 373:17 |
| 547:16,19 | 296:13 | 554:21 | 552:13 | 409:12 |
| 552:3 | 297:21,23 | **timely** 435:23 | **today's** 235:7 | 433:12 456:6 |
| **thinking** | 327:7,18 | **times** 226:5 | 554:2 | 456:8,15,16 |
| 385:15 | 343:12 344:5 | 238:4 242:22 | **told** 244:17 | 456:17 518:4 |
| 420:14 | 344:6 348:10 | 293:16,19,20 | 246:4 296:9 | **totally** 523:2 |
| 513:15 | 353:6 361:16 | 378:16 | 296:13 379:2 | **touch** 263:6,14 |
| **third** 258:4 | 370:18 372:1 | 427:22 476:2 | 403:7 405:6 | **touched** |
| 261:1 287:10 | 374:12,13,20 | **Timothy** | 429:19 432:4 | 264:20 503:6 |
| 360:1 384:12 | 392:1 395:20 | 225:18 230:2 | 437:24 478:4 | **Tour-** 446:19 |
| 384:14 406:6 | 396:12,15 | 235:3 236:2 | 485:5 489:19 | **tourism** 232:7 |
| 406:11,23 | 400:17 403:3 | 554:20 555:9 | 490:2 492:2 | 415:8,24 |
| 442:23 511:2 | 403:8 404:18 | **title** 225:4,11 | **top** 260:12 | 416:3,7,14 |
| 542:17 | 404:20 405:8 | 230:17 292:9 | 267:3 302:1 | 416:22,24 |
| **THOMAS** | 405:14 407:2 | 292:16 | 303:19,22 | 417:2,11,18 |
| 228:6 | 407:23 408:4 | 361:21 517:3 | 314:5 337:23 | 418:18 |
| **thomas.curt...** | 408:6 410:3 | **titled** 299:15 | 346:23 | 419:12,18 |
| 228:7 | 424:7 425:8 | 324:21 | 350:21 | 420:4,9 |
| **thought** 368:8 | 437:19 | 325:10 | 359:12 | 423:9 427:15 |
| 379:2 403:7 | 438:18,20,21 | 335:18 | 361:13 | 429:5 431:15 |
| 403:11 405:6 | 441:6 452:1 | **to-wit** 555:8 | 382:15,19 | 433:7,17 |
| 470:20 478:4 | 456:9,20 | **today** 235:22 | 383:21 385:8 | 436:20,24 |
| **thousands** | 458:1,11 | 236:10,17 | 395:1,6,13 | 439:1 440:8 |
| 489:23,23 | 469:1 503:3 | 237:22 | 399:21 402:7 | 441:4 446:18 |
| 490:4,5 | 503:8,22 | 243:22 244:2 | 402:11 | 446:20 449:6 |
| **three** 258:8 | 504:16,18,23 | 244:19,21 | 406:12 | 449:9 451:15 |
| 260:18 | 508:18,19 | 246:20 | 417:14 | 453:12,19,22 |
| 261:22 | 509:14 510:1 | 247:10,16,22 | 431:12 445:2 | 454:3,7 |
| 293:20,21 | 511:9,13,14 | 253:16 272:6 | 445:20 447:6 | 455:2,11 |
| 325:24 | 512:20,22 | 273:10 | 457:13 464:5 | 472:12 |
| 378:16 482:6 | 515:7 516:20 | 291:23 | 469:24 | 476:15,16 |
| 535:4 | 516:24 | 298:16 | 472:18 | 478:2 482:8 |
| **threshold** | 526:22 | 327:11,22 | 473:19 | 482:21 |
| 532:19 | 528:23 | 336:17 | 475:17 | 484:10 |
| 533:13 | 529:20 530:7 | 349:10 377:8 | 481:10,18 | 487:25 |
| **tied** 277:8 | 530:13 531:9 | 391:7 423:10 | 482:2 498:4 | 489:17,19 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

53

| | | | | |
|---|---|---|---|---|
| 493:9 495:24 | 346:3,11 | 458:18 | 408:19 | 352:2,6,10 |
| 496:14,23 | 349:23 350:8 | 462:13 | 412:22 423:4 | 353:2,4,14 |
| 497:2,4,24 | 350:9 351:5 | 474:16 | 424:17 425:6 | 353:16,18 |
| 498:7 503:6 | 351:22 | 475:13,25 | 442:15 443:2 | 354:6 355:1 |
| 504:11 | 352:11,19 | 483:4 485:21 | 444:4,10 | 355:2,3 |
| 516:13 521:6 | 353:12,16 | 485:21 | 452:10,15 | 378:9,23 |
| 522:23 | 354:1,12,13 | 489:13 490:3 | 455:2,11,19 | 380:11 |
| 523:10 541:1 | 355:20 356:4 | 490:7,19 | 455:24 456:4 | 385:11,19,24 |
| 546:3 | 381:10 386:1 | 491:1 493:19 | 456:7,8,12 | 385:25 386:3 |
| **Tourism's** | 386:5,6 | 494:19 | 457:24 | 386:8,14 |
| 423:25 | 388:4 390:5 | 495:11,12,17 | 458:12,24 | 390:18 |
| **traced** 462:11 | 394:15,16 | 497:21,25 | 462:12 | 394:16 395:3 |
| **tracing** 451:6 | 395:3 403:16 | 498:12,21,25 | 485:13 503:5 | 396:5 397:14 |
| 461:16 | 403:17,19,23 | 503:16 504:1 | 506:4 508:6 | 402:18 406:3 |
| 462:21 | 403:24 404:9 | 504:6 506:4 | 508:25 509:8 | 406:17 407:5 |
| **track** 252:6 | 406:14,16,18 | 506:16 509:5 | 509:13 | 407:24 411:3 |
| 312:22 | 406:19,19 | 510:19 514:3 | 510:13,23 | 413:4,17,21 |
| 396:24 | 407:5,6,10 | 514:15 | 511:2,8,19 | 427:4,19 |
| **tracked** 285:8 | 409:3 411:2 | 516:23 | 512:6,10,15 | 454:6 456:14 |
| 285:10,12,14 | 411:11 413:3 | 526:23 | 515:4,19 | 456:15,16,17 |
| 285:15 | 422:14,18,25 | 531:14 532:7 | 516:15 518:2 | 459:3 503:21 |
| **tracking** | 423:5 424:2 | 533:20 535:1 | 518:15,20 | 509:5 511:24 |
| 312:10,21 | 424:6,9,13 | 535:8 537:25 | 526:13 528:3 | 512:12,23 |
| 313:16 344:3 | 424:17 425:4 | 538:2,5,8,9 | 528:25 529:4 | 516:21 518:3 |
| 344:4 | 427:2 428:7 | 538:11,16,23 | 531:8 532:15 | 531:12,18 |
| **transaction** | 428:20 429:7 | 539:9 541:24 | 532:17,22 | 538:12 |
| 545:12 | 429:11,15,21 | 542:9,11 | 533:1,3,16 | 539:13 |
| **transactions** | 429:24 430:2 | 543:1 544:11 | 533:24 | **translation** |
| 348:3 | 430:4,5,11 | 544:17 | 535:14,24 | 231:15 |
| **transcript** | 430:18 431:3 | 545:23 546:2 | 536:2,6,11 | 232:13,16 |
| 233:17 | 431:7,17,21 | 546:4,9,24 | 541:21 542:2 | 233:5 357:11 |
| 555:24 | 431:23 432:6 | **transferor** | 542:16,20 | 357:13,15,17 |
| **transcription** | 432:10,23,24 | 403:25 | 543:5 544:2 | 358:3,12,20 |
| 555:23 557:6 | 433:8,15,24 | **transferred** | **transferring** | 465:11,14,16 |
| **transfer** 234:7 | 434:11 435:2 | 352:6 353:19 | 410:8 518:11 | 465:18 |
| 234:8 289:11 | 436:11 437:2 | 354:3,4 | **transfers** | 493:23,24 |
| 289:20,21 | 437:21,25 | 355:9 380:14 | 284:24 285:1 | 494:9,21 |
| 290:16,17 | 440:15 443:1 | 388:12,15,24 | 289:1 291:1 | 496:2 522:10 |
| 291:6 341:4 | 443:7,18 | 389:2 395:14 | 291:4 345:18 | 522:15,19 |
| 344:13,15,18 | 444:18 | 404:13,16 | 350:5,10,13 | 525:17 |
| 344:19,22 | 453:10,18,21 | 405:8,10,14 | 350:16,18,22 | **transmittal** |
| 345:2,4,8,9 | 453:25 454:3 | 406:9,10 | 351:3,4,9,13 | 461:19 |
| 345:10,12 | 454:18,19,25 | 407:1,14 | 351:24,25 | **Transportati...** |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

54

274:6
**Treasury**
230:14
231:13
233:12 240:3
240:13,23
253:15,22
254:7,14
255:6,8,15
255:25 256:4
256:8,20,22
257:1,6,10
257:12
264:25 266:5
269:22,25
273:9 276:5
276:19 277:2
277:4,9
281:9 284:22
286:17,19
294:7 300:4
300:17
308:10
310:18
314:17
316:23,25
330:9 343:2
343:8,8
344:25
348:22 384:8
384:15,20
385:24
387:15 388:5
388:13,16,25
389:2 390:8
391:1,11,20
393:2,7
394:8 395:21
402:17
409:23 417:7
417:9,13
418:4,8
426:22,25

427:7,23
429:13
436:21
447:12
548:24
549:14,24,25
550:2,4
552:12 553:1
**Treasury's**
549:7
**treatment**
385:3 542:8
**trick** 525:8
**TRINIDAD**
229:19
**trouble** 237:15
**true** 254:10
255:10
256:10
288:17,19
315:17
331:13
370:23 404:8
409:12
412:20 455:5
555:24 557:5
**trust** 230:20
317:25
318:13,18
319:11
328:12,23
384:9,10
385:6 386:21
386:25 387:3
387:6 388:17
389:3 391:21
441:2 444:19
475:1
**trustee** 325:20
337:19
378:18 443:2
444:5,11
445:1

**truth** 555:17
555:18,18
**try** 516:4
544:22
**trying** 351:2
351:20 479:5
492:22 506:2
507:13,16
**TSA** 230:14
239:7 242:7
242:25 243:4
248:22 249:5
249:11,14,19
250:2,4,6,8
250:10 252:4
252:9,12
266:1 267:20
267:23 268:4
268:8,13,19
268:25
277:17,19,22
278:5,15
279:7,16,18
281:21
282:20
284:20,23
285:8 288:7
289:2,6
319:15 320:3
320:14
321:16
331:22 332:2
337:14,21,25
338:5 339:11
339:25
381:11 386:1
393:22 394:5
400:14
402:18
407:12,17,20
407:23 408:5
411:4,10,14
411:20,22

412:18,22
413:1,4
414:7,17
509:23 514:2
514:4,12,14
514:16
541:18
542:16,20,23
543:2,5
544:18
**Tuesday** 238:5
275:2 289:1
319:14 341:9
341:15
343:18
427:22 548:6
550:9 551:13
551:18,20,25
552:13 554:1
**turn** 235:16
237:17
252:11
253:18
277:24,25
289:25 299:3
306:12,25
308:17 319:9
360:1 503:10
**turning** 516:6
**two** 237:1
260:17
261:20 267:6
293:20,20
314:17 337:8
357:23
360:24 378:2
412:6 422:13
488:12
529:15
534:25 535:1
544:21
545:16
553:10

**type** 286:23
371:20,24
372:7,10
**types** 320:15
320:16 451:3
**typewriting**
555:22
**typically**
238:23
240:17,24
257:23
266:23

----

**U**

**U.S** 316:23
343:2,7,8
380:14
381:12 393:2
409:23
**ultimately**
396:6 397:15
440:17
**unable** 355:1
414:4 500:7
**uncertain**
304:11 366:1
406:4
**unclear** 266:13
390:16
**underneath**
549:25
**understand**
236:16,19
242:17
254:22
257:14
259:15 260:9
270:9 272:18
287:25 291:7
293:10 311:2
311:23
315:12
318:23 319:2

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

55

| | | | | |
|---|---|---|---|---|
| 324:14 326:6 | 299:17 | 331:15,19,25 | 480:18 489:5 | 229:17 |
| 326:9 332:17 | 300:24 | 332:8,18,19 | 490:8 492:8 | **valid** 270:3 |
| 333:24 334:8 | 301:19 | 381:4 | 492:24 502:4 | **various** 286:24 |
| 334:11 351:2 | 305:18 311:5 | **undertake** | 527:4 537:8 | 298:5 300:10 |
| 351:21 | 311:13,18 | 467:17 | 543:11 | 318:11 |
| 353:23 | 325:1 332:10 | 469:20 | 547:11 | 320:10 |
| 359:22 366:6 | 338:25 | **underwent** | **unique** 462:25 | 341:10 |
| 366:9,14 | 339:19,23 | 492:12 | 463:4 | 378:23 |
| 378:4,21 | 356:19 | **undetermined** | **unit** 316:17 | 379:17 |
| 379:15,19 | 367:19 368:6 | 555:10 | **United** 225:1 | 416:10 422:7 |
| 380:1,23,25 | 369:23 380:9 | **unequivocally** | 316:22 | 425:23 426:7 |
| 381:7 384:9 | 380:10 382:4 | 241:21 242:7 | 555:11 | 445:13 451:7 |
| 398:9 399:11 | 382:6,8,9 | 242:25 451:2 | **universe** | 454:2 467:16 |
| 399:12 | 393:6 395:15 | **UNIDENTIFI...** | 288:10,15 | 468:20 |
| 401:12,13,23 | 400:1,3 | 238:22 241:7 | 431:13 | 470:12 472:4 |
| 415:16 | 412:11,16 | 251:8,20 | **UNSECURED** | 473:9,16 |
| 417:25 | 415:1,3 | 263:16 | 229:9 | 476:25 |
| 435:13 | 422:3,24 | 265:21,22 | **upcoming** | 482:23 |
| 443:23 444:3 | 424:12 425:2 | 275:16 | 435:19 | 485:14 |
| 457:3 462:6 | 428:5 433:22 | 280:13 | **upper** 540:18 | 491:13,18 |
| 479:5 485:18 | 434:9 435:9 | 281:22 | 540:18 | 492:6,13 |
| 488:11,17 | 435:10,12 | 283:23 | **use** 249:6 | 493:5 502:19 |
| 491:11,16 | 436:3,5,9 | 288:24 | 282:16 | 547:4 |
| 492:23 493:8 | 440:11 | 304:22 | 301:11 | **Vendor** 286:10 |
| 497:24 | 442:11,13 | 305:23 | 304:13 | **verify** 315:1 |
| 506:20 508:7 | 444:17 | 312:11 317:7 | 305:25 306:4 | 346:25 485:4 |
| 515:2 520:22 | 452:24 454:2 | 321:2 336:22 | 306:7 322:10 | 489:18,21 |
| 524:10 | 478:2 484:2 | 366:17 375:4 | 328:7 351:12 | **version** 465:14 |
| 534:25 535:2 | 485:23 | 375:17 376:2 | 352:15,21,24 | **VI** 442:5 |
| 541:6 | 488:20 493:8 | 379:8 387:8 | 375:19 399:7 | **video** 235:18 |
| **understanda...** | 494:10 | 390:10,14 | 490:22 | 237:3,6 |
| 351:16 | 495:15 507:5 | 405:1 411:17 | 508:15 521:7 | 554:20 |
| **understandi...** | 507:17 511:6 | 414:10 | **uses** 282:10 | **videographer** |
| 235:9 258:12 | 511:17 | 416:17 422:1 | 282:14 | 229:25 235:1 |
| 258:17,23,24 | 518:18 | 422:5 424:20 | 304:18,20 | 235:4 236:15 |
| 258:25 259:2 | 526:20 531:8 | 425:14 426:8 | 322:3 422:4 | 284:8,11 |
| 259:19,21 | 533:14 | 428:1 436:15 | 422:7 | 333:15,19 |
| 261:6 264:21 | **understands** | 437:9 438:5 | **utilized** 277:9 | 334:1 392:7 |
| 269:2,10,19 | 484:11 | 450:19 | | 392:10 |
| 270:3,8,12 | 507:24 | 462:14,23 | **V** | 463:11,14 |
| 279:19 | **understood** | 472:22 | **vague** 438:17 | 521:20,23 |
| 281:14 | 269:14 279:9 | 473:17 475:9 | 452:3,16 | 547:23 548:1 |
| 298:20 299:9 | 281:24 331:8 | 475:10 | **VALDÉS** | 551:1,4 |

Henderson Legal Services, Inc.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                     April 23, 2020

56

| | | | | |
|---|---|---|---|---|
| 554:18 | 541:11 | 554:11 | 516:5 517:9 | **WESTERMAN** |
| **Videotaped** | **waived** 556:3 | **wanted** 306:13 | 520:1,20 | 226:24 |
| 225:18 | **waiver** 554:6 | 367:7 | 527:7,12,16 | **WHEREOF** |
| **view** 426:1,1 | **want** 238:1 | **wants** 324:9 | 533:12,23 | 556:9 |
| **viewing** | 242:14 248:3 | 525:20 | 543:13 | **Whitelaw** |
| 257:23 | 248:15 | **warehouses** | 552:20 556:6 | 229:24 |
| **virtually** | 249:22 | 342:23,25 | 556:7 | **WICKERSH...** |
| 225:19 555:9 | 259:13 | **warn** 547:18 | **ways** 296:10 | 228:4 |
| **visually** | 260:25 | **wasn't** 249:16 | 422:7 454:2 | **willing** 241:11 |
| 534:19 | 271:11 | 249:21 | 454:5 | 241:21 |
| **VOL** 225:16 | 278:17,20 | 263:10 | **wdenker@m...** | **wire** 454:9 |
| **volume** 237:17 | 283:20 296:9 | 348:13 | 226:18 | **withdraw** |
| **voucher** 341:4 | 296:12 | 367:13 443:6 | **we'll** 248:14 | 367:4 |
| 344:14 345:9 | 302:24 | 460:15 470:1 | 304:2 371:14 | **witness** |
| 345:22,25 | 306:25 | 470:8 487:5 | 438:14 507:7 | 235:13 236:1 |
| 346:4,12,25 | 308:23 | 525:8 534:2 | 547:17,22 | 237:19 238:8 |
| 347:4,6,9,10 | 324:11 337:3 | **waste** 296:12 | **we're** 246:24 | 238:23 239:6 |
| 347:11 348:2 | 341:6,11 | **waterfall** | 248:10 267:1 | 239:16,23 |
| 348:2 373:15 | 356:22 | 377:19,21 | 278:23,23 | 240:7,17 |
| 510:18 | 357:18 | 382:11,14,17 | 284:1 299:7 | 241:8,14 |
| 548:20 549:6 | 359:11 | 382:23 | 307:4 365:14 | 243:3 245:14 |
| 551:8,10,12 | 369:21 377:3 | **way** 238:10 | 368:19 458:2 | 245:23 246:7 |
| 551:17 | 383:8 392:2 | 239:24 | 459:10 | 249:1,13 |
| 552:12,16,18 | 392:13,14 | 242:22 | **website** 276:4 | 250:14 251:9 |
| 552:21 | 409:16 | 265:10,16 | **week** 278:6 | 251:21 252:1 |
| **vouchers** | 429:25 430:2 | 279:22,24 | 293:20 | 252:16,23 |
| 289:1,3 | 440:18,20 | 280:9,16,20 | **weekly** 273:18 | 254:5 259:25 |
| 344:19 | 444:2 452:13 | 289:18 | 273:22 275:1 | 263:17 264:2 |
| 345:13,18 | 457:17 463:6 | 292:17 | **weeks** 293:21 | 265:4,24 |
| 347:14 348:4 | 465:13 466:8 | 295:24 305:7 | 312:5 437:16 | 266:8,13 |
| 348:5 354:12 | 475:17 477:8 | 306:6 317:10 | **weight** 236:21 | 267:10,24 |
| 386:1 461:18 | 499:21 | 317:15 322:6 | **Weil** 227:3 | 268:2,11 |
| 548:23 | 501:19 | 327:3 329:17 | 229:22,24 | 269:13 |
| 552:24 553:4 | 502:11 | 364:13 | **welcome** | 270:20 271:3 |
| | 506:24 508:9 | 365:25 | 235:2 333:23 | 271:18 |
| **W** | 508:22 | 376:25 | 452:19 | 274:10 |
| **W** 228:15 | 515:21 | 401:12 422:8 | **went** 254:16 | 280:14 |
| 229:5 | 522:15 | 432:17 | 381:10 399:4 | 281:23 282:9 |
| **wait** 237:8,10 | 525:16 528:8 | 456:10 | 437:21,23 | 286:4 287:20 |
| 522:15,20 | 531:24 | 461:11 | 440:22 | 288:7,25 |
| **waiting** 248:19 | 534:23 548:5 | 483:11 487:9 | **weren't** 336:24 | 289:9 297:3 |
| 365:13,14 | 550:22 | 489:8 506:25 | 424:14 479:8 | 297:16,20 |
| 475:20 | 553:21 | 515:21 516:1 | 482:14 | 298:24 301:2 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                      April 23, 2020

57

| | | | | |
|---|---|---|---|---|
| 302:7,14 | 431:19 434:2 | 283:13 | 544:23 | 300:12,14 |
| 303:2,12,15 | 434:14,24 | **word** 249:6,8 | **writing** 337:24 | 307:11 |
| 304:10 305:7 | 436:16 | 280:7,18 | **wrong** 378:16 | 312:15 |
| 305:15,24 | 437:10 438:7 | 303:3 304:21 | 379:7 | 313:18 |
| 306:6 310:10 | 438:23 | 305:3,21 | | 332:21 372:3 |
| 311:13,15,23 | 442:17 | 306:1,4,7 | **X** | 372:5 374:6 |
| 312:13 313:4 | 443:23 | 328:1 390:15 | **X** 225:3,9,16 | 433:13 |
| 315:4 317:8 | 444:13,22 | 421:11 422:4 | 483:23 | 435:20,21 |
| 317:15 | 450:20 452:4 | 422:7 | | **years** 300:10 |
| 318:17 320:2 | 457:20 | **work** 269:21 | **Y** | 300:13 378:2 |
| 320:13 321:3 | 460:14,17 | 269:24 | **Y** 483:24 | **yellow** 342:6,8 |
| 321:23 322:6 | 462:15,24 | 291:16 | **Yards** 226:15 | 343:16 |
| 322:14 | 464:11 | 326:25 329:5 | **yeah** 251:13 | **yes-or-no** |
| 323:23 326:9 | 467:22 | 333:7 338:23 | 282:9 283:12 | 239:9 242:12 |
| 326:19 | 470:15 471:1 | 339:17,24 | 283:23 | 242:13,21 |
| 327:13,24 | 471:10,17,25 | 377:12,16 | 291:10 319:9 | 243:7,8 |
| 328:16 329:2 | 473:1,18 | 415:22 416:1 | 329:15 | **yesterday** |
| 330:8,22 | 475:11 | 416:6,9,11 | 342:17 | 236:25 |
| 332:14,23 | 478:20 483:2 | 416:16 429:4 | 355:11 362:7 | 248:12 |
| 333:10 | 483:19 | 429:12 | 362:23 | 273:16 |
| 334:15,19,21 | 485:17 489:6 | 430:10 | 369:15 383:2 | 291:21 |
| 334:23 335:5 | 490:9,13 | 431:21 | 385:17 | 319:13 341:8 |
| 336:7 339:3 | 502:5 507:14 | 447:14 448:3 | 386:13 393:9 | 447:25 |
| 345:16 | 507:17,23 | 448:20,22 | 399:17 | 448:10 534:1 |
| 346:16 | 513:20 | 466:22 | 434:17 436:5 | 534:5 551:13 |
| 352:13 365:2 | 517:20 520:8 | 472:12 478:3 | 440:1 444:16 | 551:24 552:1 |
| 366:19 375:7 | 521:14 523:2 | 497:23 548:6 | 457:18,23 | **York** 226:6,6 |
| 375:18 376:3 | 523:4 527:5 | 552:17 | 461:10 | 226:15,15 |
| 376:24 379:9 | 533:18 534:2 | **workbook** | 462:18 | 227:5,5 |
| 379:19 381:3 | 534:5 539:4 | 285:2,5 | 464:11 465:6 | 228:5,5 |
| 384:5 387:9 | 539:6 543:12 | **worked** 416:21 | 473:12,18 | 229:6,6,12 |
| 387:18,24 | 543:23 | 429:18 | 474:10,11 | 229:12 441:6 |
| 388:7,19 | 546:13 547:2 | 533:13 | 476:5,8,16 | |
| 389:5 391:17 | 547:12 548:8 | **working** | 487:9,21 | **Z** |
| 397:20 | 550:10,16 | 446:14,15,16 | 491:24 | **ZACHARY** |
| 398:19 401:5 | 553:3,11 | 466:18 | 494:15 505:5 | 229:13 |
| 405:2 408:17 | 554:17 | **workout** 416:5 | 516:1 522:7 | **zacharyzwill...** |
| 409:8 411:18 | 555:16,20,21 | **wouldn't** 388:5 | 529:13 | 229:14 |
| 412:20 422:6 | 555:25 | 448:21 | 530:18,19 | **zero** 459:3 |
| 424:21 | **witness's** | 470:22 | 538:25 | **Zouairabani** |
| 425:15 426:9 | 247:9 | 527:11 544:6 | 539:20 544:9 | 229:11 |
| 426:17,25 | **wonder** 283:11 | 545:18 | 550:25 | 553:12,18,19 |
| 428:9 430:8 | **wondering** | **wrap** 383:9 | **year** 273:16 | 553:24 |
| | | | 276:5 300:5 | |

Henderson Legal Services, Inc.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

58

| | | | | |
|---|---|---|---|---|
| **ZWILLINGER** | **006** 343:13 | 351:13 352:6 | 312:23 | 370:6,14 |
| 229:13 | 344:10 345:1 | 353:2 411:1 | 313:13,14,15 | 549:9,12 |
| | 349:16 | 413:2 414:20 | 313:17 | **15** 343:12 |
| **0** | 350:13,19 | 419:16 | 314:14,22 | 402:1 404:23 |
| **0** 540:17,19 | 351:9 352:8 | 435:24,25 | 316:19 | 407:25 |
| **0000542** | 353:16 355:5 | 442:1 509:24 | 318:14,25 | 408:11 |
| 231:17 | 355:8,12 | 511:23 | 331:20 332:1 | 502:23,24 |
| **0001070** | 356:4 370:2 | **1/10** 433:9 | 332:4,11,20 | 503:12 |
| 231:14 | 370:9,16 | 435:3 436:10 | 337:20 | 508:18 515:8 |
| **0001093** | 371:1 395:16 | 437:20 | 338:14 344:5 | 515:13 527:1 |
| 233:15 | 395:18 | 506:14 | 344:12 346:5 | 528:17,17 |
| **0001326** | 402:21,24 | **1:04** 333:20 | 346:13 370:1 | 529:8,9,16 |
| 231:19 | 403:15 404:9 | **10** 230:15 | 370:8,16,18 | 529:17 530:6 |
| **0002** 481:1 | 404:14 405:8 | 276:6 278:6 | 370:25 373:5 | 530:7,14,14 |
| **0004152** | 405:20 407:1 | 278:16,23 | 373:17,21 | 530:24,24 |
| 231:11 | 407:9,15 | 392:3 463:7 | 374:23 375:1 | 531:3 538:2 |
| **0004328** | 408:1,15 | **10/14/18** | 375:19,22 | 538:8,16,23 |
| 232:15 | 410:4 412:1 | 233:11 | 376:12,15,18 | 539:9 541:24 |
| **0004742** 231:9 | 505:14,17 | **10:54** 284:9 | 377:17,22 | 543:4 544:19 |
| **0004927** | 506:5 508:17 | **100** 347:5 | 381:14 382:5 | 545:7,7 |
| 232:15 | 508:25 509:9 | **10001-2163** | 382:10 | **150** 228:14 |
| **0006** 344:20 | 509:12 510:7 | 226:15 | 383:18 385:4 | **151** 306:17 |
| 350:22 | 510:10,13,22 | **10019** 229:6 | 388:11,24 | **1510** 335:9 |
| 351:14,24 | 511:8,24 | **10036-8299** | 390:6 391:1 | **16** 408:1 |
| 355:20 | 512:15 | 226:6 | 391:10 | 412:10 |
| 370:20 394:5 | 513:25 514:1 | **10153-0119** | 392:25 | 508:18 512:1 |
| 394:15 | **00918** 227:21 | 227:5 | 403:21 404:6 | 524:22,23 |
| 405:10,14 | 229:18 | **10166** 229:12 | 408:13,18,24 | 526:5,10 |
| 406:20 | **02110-2600** | **102** 439:12 | 409:4,9,10 | 528:19 529:3 |
| 408:20 | 226:11 | **10281** 228:5 | 409:13 | 530:15,23 |
| 409:11,14 | **03** 540:19 | **11** 233:18 | **12:00** 441:6 | **1600** 228:13 |
| **0006787** | **0704** 349:17 | 280:1 284:6 | 442:23 | **161** 306:12 |
| 232:12 | 349:19 | 548:15,19 | **12:28** 333:16 | **162** 306:12 |
| **0006917** 233:3 | 351:14,24 | **11:13a.m.** | **1202** 356:24 | **16th** 529:24 |
| 233:5,7 | 354:3,12,23 | 284:12 | **1202A** 357:17 | **17** 225:6,12 |
| **0010186** 248:8 | 354:25 355:3 | **1102** 298:10 | 357:21 | 234:10 |
| **0010367** | 356:3,16,20 | 307:1 308:18 | **1203** 371:9 | 528:20 529:4 |
| 230:10 | 410:12 | **1107** 317:18 | **122** 388:5 | 530:15,23 |
| **0010368** | **084-003064** | **111** 372:13,16 | **13** 544:25 | 531:3,24 |
| 230:12 | 556:17 | 372:17 | **1301** 371:6 | 532:5 534:18 |
| **0010543** | | **117** 300:16 | **1302** 389:12 | **173** 267:6 |
| 230:13 | **1** | 311:24 | **14** 233:19 | **17th** 227:13,17 |
| **002** 481:7 | **1** 264:13 333:6 | 312:14,17,18 | 341:8 343:12 | 529:24 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

59

**18** 285:20
361:1 531:25
532:5 534:18
544:4,12
**1891** 231:10
344:11,20
345:1,4
350:14,20,23
351:10 352:2
352:9 353:5
353:17 355:9
355:17,21
356:5 360:7
362:17,19
363:1 364:11
365:6,16,22
368:2
**19** 234:2
361:16
**1914** 299:4,14
308:22
311:19
312:25 313:5
**19A** 230:7
247:24
248:10,14,17
253:4 264:24
304:3,5
**19B** 230:11
247:25
248:11,15
253:4 307:4
316:4

**2**

**2** 286:23 316:7
333:6 422:12
442:20
499:22
**2-minute**
521:15
**2(b)** 442:4
**2:39** 392:8

**2:54** 392:11
**20** 230:14
273:23 274:1
274:14
284:14
557:19
**200** 228:5
229:12
**2001** 418:10
**2002** 499:20
**2006** 300:12
**2008** 300:13
**2009** 361:1,2
361:16
**2014** 315:10
362:16
369:24
370:24 372:2
372:3 413:8
413:12,20
480:5
**2015** 341:8
362:16,17
369:25 370:7
370:14,24
372:5 378:18
392:15
394:12,25
455:7,9,16
455:16,25
456:1 474:13
474:13 480:5
511:20 527:1
527:18,18
528:12,13
**2016** 230:7
248:6 254:15
267:15
307:12
392:16
394:13,25
402:1 404:23
408:11

409:18 410:2
412:17,21
413:8,13,20
414:2,16
503:12
511:21 512:7
512:11,16
513:2,9,12
513:24
514:10 515:8
515:13 516:7
516:11,18
526:5 527:18
527:19
528:23
**2017** 390:24
448:2 526:10
528:24
**2018** 531:16
534:14
**2020** 225:23
230:14,15
232:19 235:7
276:5,6
278:6 340:6
554:3,9
555:8 556:11
**2056** 300:14
**20th** 361:2
**21** 230:16
298:11
308:21 311:7
311:19 340:6
**212.310.8000**
227:5
**212.318.6000**
229:13
**212.504.6000**
228:6
**212.506.5000**
229:6
**212.530.5000**
226:16

**212.969.3000**
226:6
**2124** 537:17
**2128** 464:21
**2132** 491:6
**2134** 521:11
**2135** 445:7
**217** 230:20
**22** 230:20
286:9 317:18
317:19,24
324:14
**23** 231:3
232:19 235:7
335:8,10
345:1,4,8
**2306** 526:17
526:21 527:2
528:19 529:5
529:14,25
530:21
532:17,22
533:10
**236** 230:3
**2360** 529:1
**23rd** 225:22
555:8
**24** 231:5 340:5
340:9 349:15
362:15
369:22
392:14
479:25 480:1
**247** 230:7,11
**24th** 556:11
**25** 231:7 299:6
356:23 357:1
357:6,25
358:8,10,18
360:2 365:14
365:20
390:24
**250** 227:20

**2507** 499:5
Redacted **9758**
495:5
Redacted **9947**
465:20
**25A** 358:9
**26** 231:10
368:10,15
371:6,15
377:4 378:8
**27** 231:12
371:10,14
378:8
**270** 229:18
**274** 230:14
**278** 288:18,20
288:22,23
289:2,5,10
289:14,15,20
289:22 290:7
290:8,10,15
290:17,21
291:2,5
320:7
**28** 231:16
377:1 378:17
385:12,20
**2882** 410:9,21
**29** 231:18
389:13,14
**298** 230:16
**2984** 536:6,9
536:15

**3**

**3** 230:17
435:16
440:15,22,24
456:25 458:6
485:20
528:25
532:14,23
533:15

Case:17-03283-LTS   Doc#:13173-31   Filed:05/18/20   Entered:05/18/20 23:36:49   Desc:
Exhibit AB - Part 3   Page 46 of 47
CONFIDENTIAL
Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

60

535:23
536:21 554:3
554:9
**3-million-plus**
494:24
**3-plus** 508:5
529:23
535:13
539:13
**3(b)** 440:21
441:20
443:10
**3(b)(2)** 444:4
444:17,23
**30** 230:7
231:20 248:6
307:12
418:12
419:10 433:3
438:4 488:16
506:8 552:3
**30(b)(6)**
272:17
327:11,21
**31** 232:3
439:14,15,19
499:20
**32** 232:7 333:7
445:7,8
451:14
474:11
481:24 495:8
501:20 507:1
525:7 541:9
541:12,14
545:8
**3283-LTS**
225:6
**33** 232:10
333:7 464:22
465:1,7
**335** 231:3
**34** 232:14

319:9 479:25
491:8 493:11
**340** 231:5
**347** 316:4
**35** 232:17
344:25 499:5
499:6,20
**3567-LTS**
225:12
**357** 231:7
307:7
**36** 233:2
521:12 522:4
522:22
**368** 231:10
**3691** 535:25
**37** 233:8 540:4
540:5,9
**371** 231:12
**37201** 228:14
**377** 231:16
**38** 233:10
**38119** 228:19
**389** 231:18
**3961** 531:15
535:18,22
536:13,18
537:20
539:12
540:15,15,21
**3rd** 228:14

___

**4**
**4** 354:11,20
381:14
384:17 433:2
**4:35** 463:12
**4:56** 463:15
**40** 261:8 303:2
303:15,19,20
303:24 304:3
304:4
**401** 319:10

324:13
325:10,10
**418** 231:20
**41st** 226:5
**4220** 347:23
348:12
373:18,20,24
**432** 234:2
**439** 232:3
**44** 235:10
**445** 232:7
**45** 547:20
**464** 232:10
**4741** 360:25
**486** 234:10
**491** 232:14
**499** 232:17

___

**5**
**5** 378:18
381:18
383:24 385:5
385:12
388:14 389:1
463:6 550:20
550:22,23,24
**5-minute**
284:5 463:8
547:16
**5(a)** 385:19
**5(b)** 382:20
383:1,3,15
**500** 228:18
**5042** 504:17
**51** 229:5
**5138** 458:8,12
458:16,21
459:3 460:6
460:7,22
461:25
504:24 505:3
505:10,14,17
508:17,25

509:8
**5142** 455:3,12
455:23 456:5
456:7,13,17
456:19
500:20,22,25
501:4,12
503:18
511:20 515:5
515:9,15,18
516:14
517:24 518:3
518:11,15,20
526:13 528:4
529:4,8,14
529:19 532:8
532:11,15,17
532:19,22
533:4,6,7,10
533:16 535:9
535:14
**5144** 234:14
456:23 457:7
457:11 458:4
458:5,7,11
458:16,18,25
459:2,9
460:6,10,22
460:24
461:25
485:19 486:3
486:15,20,25
487:3,7,19
487:24 488:5
488:9 501:21
504:20,23
505:3,9
518:15,21,24
519:9 524:4
524:14
530:13,21,22
533:1,4,10
533:24

**5148** 505:6
**520** 233:8
**521** 233:2
**52nd** 229:5
**548** 230:4
233:18
**549** 233:19
**55** 226:15
**57** 300:14

___

**6**
**6** 235:14
**6/30/16** 230:11
**6:24** 521:21
**6:25** 521:24
**60** 395:23
Redacted  ...
523:25
**6048** 393:24
394:5,6,17
394:22,24
395:5,10,17
395:23 396:3
397:9,25
399:4,23,25
401:24 402:5
402:9,22,25
403:8,15
404:13 405:7
405:10,13
409:14
509:13,16
510:6 514:1
**6075** 228:18
**610** 227:12,16
**615.651.6700**
228:15
**617.526.9600**
226:11
**6545** 526:24
529:1,25
531:9,20
532:11,15,24

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

61

533:8,16,24
535:15 536:2
**67** 230:18

---

**7**
**7** 300:13
**7:06** 547:24
**7:16** 548:2
**7:20** 551:2
**7:30** 551:5
**7:34** 554:19,21
**767** 227:4
**787.705.2171**
227:22
**787.759.9292**
229:19

---

**8**
**8** 277:23 281:2
338:17 442:5

---

**9**
**9** 300:13
**9:10** 361:17
**9:46** 225:22
235:8
**900** 227:21
**901.680.7200**
228:19
**9028** 393:17
408:15
**9045** 410:20
**9258** 485:21
**92660** 227:13
227:17
**9458** 409:25
410:25
411:15 412:2
538:3 539:16
541:17 542:2
544:3,13
**949.823.6900**
227:14,18
**9758** 455:19

455:24 456:3
456:8,11,17
456:19,23
457:24
489:14 490:2
490:6,18,24
495:8 496:15
497:5,10,17
497:20 498:8
498:20
499:10,23
500:2,6,12
500:17
502:14
503:23,24
504:5,15,17
507:4 515:6
515:10,15,19
516:15,19,21
516:24 517:2
517:24 518:5
527:3 528:12
528:16 529:8
529:20 530:7
530:12,22
545:9,22
546:1
**99** 496:15
**9947** 457:1,2
457:15,19,25
465:21
477:25 479:7
479:10,13
482:12
485:21
490:25 507:4
530:8