# EXHIBIT AC

# (Ex. 46 to the Hughes Declaration, originally filed as ECF 13010-27)

# **EXHIBIT 46**



## Account Statement

Statement Period 01/01/2015 Through 01/31/2015

Account: 6334
PRCCDA - HOTEL OCC TAX REV BDS - SER A
PRCCDA-HOTEL OCC BDS-SER A BD PYMT FD

Go Paperless. Securely access your account online to view your statements. Ask your BNY Mellon contact how we can help you access your accounts, enter your own transactions or submit an audit confirmation online. Also be sure to ask how Connect(SM), our new web-based, single sign-on platform can help you go paperless.

Visit us at www.bnymellon.com

**CLIENT SERVICE MANAGER: DIANA F TORRES**
101 BARCLAY STREET, 7TH F
NEW YORK, NY 10286
212-815-6955
DIANA.F.TORRES@BNYMELLON.COM

## Account Overview

| Percent of all Investments | Asset Classification | Market Value |
|---|---|---|
| <1% | EQUITY | 3.00 |
| 100% | CASH AND SHORT TERM | 11,463,131.07 |
| 100% | **TOTAL OF ALL INVESTMENTS** | **11,463,134.07** |

## Summary of Assets Held

| Asset Classification | Market Value | Cost | Accrued Income | Est Annual Income | Market Yield |
|---|---|---|---|---|---|
| EQUITY | 3.00 | 3.00 | 0.00 | 0.00 | 0.00% |
| CASH AND SHORT TERM | 11,463,131.07 | 11,463,131.07 | 0.00 | 0.00 | 0.00% |
| **ACCOUNT TOTALS** | **11,463,134.07** | **11,463,134.07** | **0.00** | **0.00** | **0.00%** |

## Summary of Cash Transactions

| Transaction Category | Current Period | | | Year-to-Date | |
|---|---|---|---|---|---|
| | Income | Principal | Realized Gains/Losses | Income | Principal |
| **OPENING BALANCE** | 0.00 | 0.00 | | 0.00 | 0.00 |
| DIVIDENDS | 68.84 | 0.00 | 0.00 | 68.84 | 0.00 |
| SALES AND REDEMPTIONS | 0.00 | 9,774,406.25 | 0.00 | 0.00 | 9,774,406.25 |
| OTHER CASH ADDITIONS | 29.11 | 3,033,841.10 | 0.00 | 29.11 | 3,033,841.10 |
| OTHER CASH DISBURSEMENTS | 16.22 - | 9,774,406.25 - | 0.00 | 16.22 - | 9,774,406.25 - |
| PURCHASES | 81.73 - | 3,033,841.10 - | 0.00 | 81.73 - | 3,033,841.10 - |
| **CLOSING BALANCE** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

The above cash transactions summary is provided for information purposes only and may not reflect actual taxable income or deductible expenses as reportable under the Internal Revenue Code.

CONFIDENTIAL   CCDA_STAY0013795

**BNY MELLON**

Statement Period 01/01/2015 Through 01/31/2015
Account —6334
PRCCDA-HTL OCC BDS-SER A BD PYMT FD

## Statement of Assets Held

| Shares / Par Value | Asset Description | Market Price Average Cost | Market Value Cost | Accrued Income Est Annual Income | Market Yield |
|---|---|---|---|---|---|
| **EQUITY** | | | | | |
| 1.000 | AMBAC ASSURANCE CORP POL NO 25142BE AMBAC ASSURANCE CORP POL NO 25142BE CUSIP: S86344520 | 0.00000 1.00000 | 1.00 1.00 | 0.00 0.00 | 0.00% |
| 1.000 | FINANCIAL GUARANTY INS COMPANY POL NO FINANCIAL GUARANTY INS COMPANY POL NO 06010122 CUSIP: S86344530 | 0.00000 1.00000 | 1.00 1.00 | 0.00 0.00 | 0.00% |
| 1.000 | CIFG IXIS FINANCIAL GUARANTY INS POL NO CIFG IXIS FINANCIAL GUARANTY INS POL NO CIFG NA-853 CUSIP: S86344550 | 0.00000 1.00000 | 1.00 1.00 | 0.00 0.00 | 0.00% |
| **Total EQUITY** | | | 3.00 3.00 | 0.00 0.00 | 0.00% |
| **CASH AND SHORT TERM** | | | | | |
| 11,463,049.340 | JP MORGAN 100 US TREASURY 676 CUSIP: X9USDTRSE | 1.00000 1.00000 | 11,463,049.34 11,463,049.34 | 0.00 0.00 | 0.00% |
| 81.730 | JP MORGAN 100 US TREASURY 676 CUSIP: X9USDTRSE | 1.00000 1.00000 | 81.73 81.73 | 0.00 0.00 | 0.00% |
| **Total CASH AND SHORT TERM** | | | 11,463,131.07 11,463,131.07 | 0.00 0.00 | 0.00% |
| **ACCOUNT TOTALS** | | | 11,463,134.07 11,463,134.07 | 0.00 0.00 | 0.00% |

Total Market Value Plus Total Accrued Income 11,463,134.07

## Statement of Transactions

| Transaction Date | Transaction Description | Income | Principal | Cost | Realized Gains/Losses |
|---|---|---|---|---|---|
| 01/01/15 | OPENING BALANCE | 0.00 | 0.00 | 18,203,617.49 | |
| 01/02/15 | Sale JP MORGAN 100 US TREASURY 676 TRADE DATE 01/02/15 SET/DATE 01/02/15 CUSIP X9USDTRSE 9,774,406.25 SHARES | 0.00 | 9,774,406.25 | 9,774,406.25 - | 0.00 |
| 01/02/15 | Cash Debit BNF:BNYLOANS TRANSTAR DETAIL:/BNF/PRCCDEHOTELA; DETAIL://DS TO BNYLOANS A/C 0433 REL REF:NONREF A/C WITH:THE BANK OF NEW YORK | 0.00 | 9,774,406.25 - | 0.00 | 0.00 |
| 01/02/15 | DAILY ENDING BALANCE | 0.00 | 0.00 | 8,429,211.24 | 0.00 |
| 01/05/15 | Dividend JP MORGAN 100 US TREASURY 676 TRADE DATE 01/05/15 SET/DATE 01/05/15 CUSIP X9USDTRSE 68.84 SHARES | 68.84 | 0.00 | 0.00 | 0.00 |
| 01/05/15 | Cash Credit | 29.11 | 0.00 | 0.00 | 0.00 |
| 01/05/15 | Cash Debit | 16.22 - | 0.00 | 0.00 | 0.00 |
| 01/05/15 | DAILY ENDING BALANCE | 81.73 | 0.00 | 8,429,211.24 | 0.00 |
| 01/06/15 | Purchase JP MORGAN 100 US TREASURY 676 TRADE DATE 01/05/15 SET/DATE 01/05/15 CUSIP X9USDTRSEI 81.73 SHARES | 81.73 - | 0.00 | 81.73 | 0.00 |
| 01/06/15 | DAILY ENDING BALANCE | 0.00 | 0.00 | 8,429,292.97 | 0.00 |
| 01/14/15 | Purchase JP MORGAN 100 US TREASURY 676 TRADE DATE 01/14/15 SET/DATE 01/14/15 CUSIP X9USDTRSE 3,033,841.10 SHARES | 0.00 | 3,033,841.10 - | 3,033,841.10 | 0.00 |
| 01/14/15 | Cash Credit | 0.00 | 3,033,841.10 | 0.00 | 0.00 |

Page 2 of 3

**BNY MELLON**

Statement Period 01/01/2015 Through 01/31/2015
Account ─ 6334
PRCCDA-HTL OCC BDS-SER A BD PYMT FD

## Statement of Transactions - Continued

| Transaction Date | Transaction Description | Income | Principal | Cost | Realized Gains/Losses |
|---|---|---|---|---|---|
| | ORD INST:GOVERNMENT DEVELOPMENT BANK OPERATION DIVISION DETAIL:CREDIT [Redacted] 065 FFC [Redacted] 6334-PR CONVENTION CPRCCDA DETAIL: BOND PAYMENT FUND SERIE A 2006 | | | | |
| 01/14/15 | DAILY ENDING BALANCE | 0.00 | 0.00 | 11,463,134.07 | 0.00 |
| 01/31/15 | CLOSING BALANCE | 0.00 | 0.00 | 11,463,134.07 | 0.00 |

Cumulative realized capital gain and loss position from 12/31/2014 for securities held in principal of account:

Short Term: 0.00 *    Long Term: 0.00 *

\* The above gain and loss position does not include transactions where tax cost information is incomplete or unavailable.

The Bank of New York Mellon may utilize subsidiaries and affiliates to provide services and certain products to the Account. Subsidiaries and affiliates may be compensated for their services and products.

The value of securities set forth on this Account Statement are determined by The Bank of New York Mellon for Corporate Trust on the basis of market prices and information obtained by The Bank of New York Mellon from unaffiliated third parties (including independent pricing vendors) ("third party pricing services"). The Bank of New York Mellon has not verified such market values or information and makes no assurances as to the accuracy or correctness of such market values or information or that the market values set forth on this Account Statement reflect the value of the securities that can be realized upon the sale of such securities. In addition, the market values for securities set forth in this Account Statement may differ from the market prices and information for the same securities used by other business units of The Bank of New York Mellon or its subsidiaries or affiliates based upon market prices and information received from other third party pricing services utilized by such other business units. Corporate Trust does not compare its market values with those used by, or reconcile different market values used by, other business units of The Bank of New York Mellon or its subsidiaries or its affiliates. The Bank of New York Mellon shall not be liable for any loss, damage or expense incurred as a result of or arising from or related to the market values or information provided by third party pricing services or the differences in market prices or information provided by other third party pricing services.