# EXHIBIT AD

# (Ex. 47 to the Hughes Declaration, originally filed as ECF 13010-28)

# **<u>EXHIBIT 47</u>**

# Scotiabank·

## Your PUBLIC FUNDS ACCOUNT Account Summary

**PINERO-HATO REY BRANCH**
290 AVE. JESUS T. PINERO
SAN JUAN

TeleScotia(787) 766-4999
1 (877) 766-4999
www.scotiabankpr.com

**PUERTO RICO TOURISM COMPANY**
OCHOA BUILDING
SAN JUAN PR 00936-

| | |
|---|---|
| **Account Number:** | Redacted 5142 |
| **Transit Number:** | 60715 |
| **Statement Period:** | 31DEC14 to 31JAN15 |

On March 1st Draco Rosa will be participating with us in the

World's Best 10k Scotiabank. For each person who signs up,

changes their name, and run for other, Scotiabank will donate

$2 for the fight against children's cancer.

Step by step races are won and this one, we will win together

See you at the race!

## Redacted 5142 - PUBLIC FUNDS ACCOUNT - USD

### Account Summary

| | | | |
|---|---|---|---|
| **No. of Deposits** | 72 | **Service Charges** | $ 959.36 |
| **Deposits** | $ 7,639,971.57 | **Record Keeping Fees** | $ 0.00 |
| **No. of Withdrawals** | 29 | **Interest Paid** | $ 50.17 |
| **Withdrawals** | $ 7,635,329.04 | **Interest Rate** | 0.20% |
| **Enclosures** | 0 | **Annual Percentage Yield Earned (APY)** | 0.22% |
| **IVU TAX** | $ 0.00 | | |

*The interest earned and annual percentage yield earned are based on your average daily balance for the period 01JAN15 through 31JAN15.*

*Trademark of The Bank of Nova Scotia, used under license. Member FDIC. OCIF License 22.

# Scotiabank

CCDA_STAY0001814

# Scotiabank*

## Your PUBLIC FUNDS ACCOUNT Account Summary

**PUERTO RICO TOURISM COMPANY**
Redacted 5142

TeleScotia(787) 766-4999
1 (877) 766-4999
www.scotiabankpr.com

| Transactions ( Withdrawals & Deposits )  -  Redacted 5142 |

| Transaction Date | Description | Amount | Balance |
|---|---|---|---|
| | **OPENING BALANCE** | | **$ 198,226.64** |
| 02JAN | **WIRE TRANSFER** COMPANIA DE TURISMO DE PUERTO | $ 15,987.64 - | |
| 02JAN | **ACH CREDIT** Redacted 9175, PR TOURISM TELECHECK | $ 2,114.00 + | |
| 02JAN | **ACH CREDIT** Redacted 7584, PR TOURISM TELECHECK | $ 15,647.00 + | |
| 02JAN | **DEPOSIT -  5932** | $ 2,180.00 + | |
| 02JAN | **DEPOSIT -  5934** | $ 782.00 + | $ 202,962.00 |
| 05JAN | **WIRE TRANSFER** COMPANIA DE TURISMO DE PUERTO | $ 17,171.00 - | |
| 05JAN | **ACH CREDIT** Redacted 7736, PR TOURISM TELECHECK | $ 14,209.00 + | |
| 05JAN | **BILL PAYMENT CREDIT** | $ 211.92 + | |
| 05JAN | **DEPOSIT -  5936** | $ 700.30 + | $ 200,912.22 |
| 06JAN | **ACH CREDIT** Redacted 8006, PR TOURISM TELECHECK | $ 10,317.00 + | |
| 06JAN | **ACH CREDIT** Redacted 6722, PR TOURISM TELECHECK | $ 13,122.00 + | |
| 06JAN | **ACH CREDIT** Redacted 6398, PR TOURISM TELECHECK | $ 1,202,620.00 + | $ 1,426,971.22 |
| 07JAN | **WIRE TRANSFER** COMPANIA DE TURISMO DE PUERTO | $ 1,327,149.22 - | |
| 07JAN | **ACH CREDIT** Redacted 8550, PR TOURISM TELECHECK | $ 100,178.00 + | |
| 07JAN | **BILL PAYMENT CREDIT** | $ 700.02 + | |
| 07JAN | **DEPOSIT -  5958** | $ 1,530.25 + | |
| 07JAN | **DEPOSIT -  6991** SBPR NORTE SHOPPING BRANCH | $ 2,875.49 + | $ 205,105.76 |
| 08JAN | **WIRE TRANSFER** COMPANIA DE TURISMO DE PUERTO | $ 624,065.76 - | |
| 08JAN | **ACH CREDIT** Redacted 5694, PR TOURISM TELECHECK | $ 619,567.00 + | |
| 08JAN | **BILL PAYMENT CREDIT** | $ 1,063.51 + | |
| 08JAN | **DEPOSIT - 1246** SBPR SAN PATRICIO BRANCH | $ 13,911.00 + | |
| 08JAN | **DEPOSIT - 5965** | $ 1,512.20 + | $ 217,093.71 |
| 09JAN | **ACH DEBIT** Redacted 6436, PR TOURISM TELECHECK | $ 639.00 - | |
| 09JAN | **WIRE TRANSFER** COMPANIA DE TURISMO DE PUERTO | $ 373,870.71 - | |
| 09JAN | **ACH CREDIT** Redacted 6434, PR TOURISM TELECHECK | $ 367,977.00 + | |
| 09JAN | **BILL PAYMENT CREDIT** | $ 4,251.00 + | |
| 09JAN | **CREDIT MEMO - 50699** CK PROC D/F 12/31/2014 | $ 907.32 + | |
| 09JAN | **DEPOSIT -  5000** | $ 5,206.49 + | |
| 09JAN | **DEPOSIT -  7193** SBPR NORTE SHOPPING BRANCH | $ 10,110.37 + | $ 231,036.18 |

*Trademark of The Bank of Nova Scotia, used under license. Member FDIC. OCIF License 22.





## Your PUBLIC FUNDS ACCOUNT Account Summary

**PUERTO RICO TOURISM COMPANY**
Redacted 5142

TeleScotia(787) 766-4999
1 (877) 766-4999
www.scotiabankpr.com

| Transactions ( Withdrawals & Deposits ) - Redacted 5142 | | | |
|---|---|---|---|
| **Transaction Date** | **Description** | **Amount** | **Balance** |
| 12JAN | **WIRE TRANSFER** COMPANIA DE TURISMO DE PUERTO | $ 2,519,947.18 - | |
| 12JAN | **ACH CREDIT** Redacted 0471, PR TOURISM TELECHECK | $ 2,498,821.00 + | |
| 12JAN | **BILL PAYMENT CREDIT** | $ 91,947.50 + | |
| 12JAN | **DEPOSIT -** 6037 | $ 13,857.70 + | $ 315,715.20 |
| 13JAN | **ACH DEBIT** Redacted 0827, PR TOURISM TELECHECK | $ 21.00 - | |
| 13JAN | **ACH DEBIT** Redacted 3097, PR TOURISM TELECHECK | $ 179.00 - | |
| 13JAN | **WIRE TRANSFER** COMPANIA DE TURISMO DE PUERTO | $ 2,322,007.20 - | |
| 13JAN | **ACH CREDIT** Redacted 0828, PR TOURISM TELECHECK | $ 333,946.00 + | |
| 13JAN | **ACH CREDIT** Redacted 3095, PR TOURISM TELECHECK | $ 1,854,575.00 + | |
| 13JAN | **ACH CREDIT** Redacted 1439, PR TOURISM TELECHECK | $ 17,971.00 + | |
| 13JAN | **BILL PAYMENT CREDIT** | $ 9,049.00 + | |
| 13JAN | **DEPOSIT -** 6039 | $ 9,842.20 + | |
| 13JAN | **DEPOSIT -** 7364 SBPR NORTE SHOPPING BRANCH | $ 48,929.75 + | |
| 13JAN | **DEPOSIT -** 7395 SBPR NORTE SHOPPING BRANCH | $ 22,850.00 + | |
| 13JAN | **DEPOSIT -** 7396 SBPR NORTE SHOPPING BRANCH | $ 2,746.00 + | $ 293,416.95 |
| 14JAN | **ACH DEBIT** Redacted 6346, PR TOURISM TELECHECK | $ 240.00 - | |
| 14JAN | **WIRE TRANSFER** COMPANIA DE TURISMO DE PUERTO | $ 83,300.95 - | |
| 14JAN | **ACH CREDIT** Redacted 5723, PR TOURISM TELECHECK | $ 63,374.00 + | |
| 14JAN | **BILL PAYMENT CREDIT** | $ 145.00 + | |
| 14JAN | **DEPOSIT -** 6063 | $ 4,280.00 + | $ 277,675.00 |
| 15JAN | **ACH DEBIT** Redacted 7959, PR TOURISM TELECHECK | $ 120.00 - | |
| 15JAN | **WIRE TRANSFER** COMPANIA DE TURISMO DE PUERTO | $ 59,917.00 - | |
| 15JAN | **ACH CREDIT** Redacted 1342, PR TOURISM TELECHECK | $ 13,851.00 + | |
| 15JAN | **BILL PAYMENT CREDIT** | $ 596.00 + | |
| 15JAN | **DEPOSIT -** 1855 SBPR SAN PATRICIO BRANCH | $ 16,125.00 + | |
| 15JAN | **DEPOSIT -** 1856 SBPR SAN PATRICIO BRANCH | $ 7,263.00 + | |
| 15JAN | **DEPOSIT -** 1857 SBPR SAN PATRICIO BRANCH | $ 121.00 + | |
| 15JAN | **DEPOSIT -** 6109 | $ 18,304.80 + | $ 273,898.80 |

*Trademark of The Bank of Nova Scotia, used under license. Member FDIC. OCIF License 22.



# Scotiabank®

## Your **PUBLIC FUNDS ACCOUNT** Account Summary

**PUERTO RICO TOURISM COMPANY**
Redacted 5142

TeleScotia(787) 766-4999
1 (877) 766-4999

www.scotiabankpr.com

### Transactions ( Withdrawals & Deposits ) - Redacted 5142

| Transaction Date | Description | Amount | Balance |
|---|---|---|---|
| 16JAN | **ACH DEBIT** Redacted 1520, PR TOURISM TELECHECK | $ 7,255.00 - | |
| 16JAN | **WIRE TRANSFER** COMPANIA DE TURISMO DE PUERTO | $ 86,282.80 - | |
| 16JAN | **ACH CREDIT** Redacted 5603, PR TOURISM TELECHECK | $ 42,586.00 + | |
| 16JAN | **BILL PAYMENT CREDIT** | $ 2,975.00 + | |
| 16JAN | **DEPOSIT -** 6118 | $ 195.69 + | |
| 16JAN | **DEPOSIT -** 7613 SBPR NORTE SHOPPING BRANCH | $ 12,354.89 + | $ 238,472.58 |
| 20JAN | **ACH DEBIT** Redacted 1413, PR TOURISM TELECHECK | $ 123.00 - | |
| 20JAN | **WIRE TRANSFER** COMPANIA DE TURISMO DE PUERTO | $ 31,574.58 - | |
| 20JAN | **RETURNED DEPOSITED CHECK** | $ 4,237.00 - | |
| 20JAN | **ACH CREDIT** Redacted 5208, PR TOURISM TELECHECK | $ 1,213.00 + | |
| 20JAN | **ACH CREDIT** Redacted 2316, PR TOURISM TELECHECK | $ 1,349.00 + | |
| 20JAN | **ACH CREDIT** Redacted 0707, PR TOURISM TELECHECK | $ 3,914.00 + | |
| 20JAN | **DEPOSIT -** 6156 | $ 706.25 + | |
| 20JAN | **DEPOSIT -** 7791 SBPR NORTE SHOPPING BRANCH | $ 131.00 + | $ 209,851.25 |
| 21JAN | **WIRE TRANSFER** COMPANIA DE TURISMO DE PUERTO | $ 14,381.25 - | |
| 21JAN | **ACH CREDIT** Redacted 8050, PR TOURISM TELECHECK | $ 4,530.00 + | |
| 21JAN | **DEPOSIT -** 6197 | $ 19,903.83 + | |
| 21JAN | **DEPOSIT -** 7844 SBPR NORTE SHOPPING BRANCH | $ 16,870.00 + | $ 236,773.83 |
| 22JAN | **ACH DEBIT** Redacted 3682, PR TOURISM TELECHECK | $ 1,504.00 - | |
| 22JAN | **WIRE TRANSFER** COMPANIA DE TURISMO DE PUERTO | $ 53,835.83 - | |
| 22JAN | **SPECIAL SERVICE CHARGE** | $ 959.36 - | |
| 22JAN | **ACH CREDIT** Redacted 3683, PR TOURISM TELECHECK | $ 35,236.00 + | $ 215,710.64 |
| 23JAN | **WIRE TRANSFER** COMPANIA DE TURISMO DE PUERTO | $ 16,100.64 - | |
| 23JAN | **ACH CREDIT** Redacted 1948, PR TOURISM TELECHECK | $ 413.00 + | |
| 23JAN | **DEPOSIT -** 6242 | $ 956.00 + | |
| 23JAN | **DEPOSIT -** 8008 SBPR NORTE SHOPPING BRANCH | $ 7,439.00 + | $ 208,418.00 |
| 26JAN | **WIRE TRANSFER** COMPANIA DE TURISMO DE PUERTO | $ 1,840.00 - | |
| 26JAN | **ACH CREDIT** Redacted 4902, PR TOURISM TELECHECK | $ 577.00 + | |

*Trademark of The Bank of Nova Scotia, used under license. Member FDIC. OCIF License 22.



 **Scotiabank**®

## Your  **PUBLIC FUNDS ACCOUNT Account Summary**

**PUERTO RICO TOURISM COMPANY**
Redacted 5142

TeleScotia(787) 766-4999
1 (877) 766-4999
www.scotiabankpr.com

| Transactions ( Withdrawals & Deposits ) - Redacted 5142 | | | |
|---|---|---|---|
| **Transaction Date** | **Description** | **Amount** | **Balance** |
| 26JAN | **DEPOSIT -** 8166<br>SBPR NORTE SHOPPING BRANCH | $ 27,058.63 + | $ 234,213.63 |
| 27JAN | **WIRE TRANSFER**<br>COMPANIA DE TURISMO DE PUERTO | $ 7,890.63 - | |
| 27JAN | **ACH CREDIT**<br>Redacted 0578, PR TOURISM TELECHECK | $ 14.00 + | |
| 27JAN | **ACH CREDIT**<br>Redacted 3385, PR TOURISM TELECHECK | $ 521.00 + | |
| 27JAN | **DEPOSIT -** 2783<br>SBPR SAN PATRICIO BRANCH | $ 77.00 + | |
| 27JAN | **DEPOSIT -** 6297 | $ 422.81 + | $ 227,357.81 |
| 28JAN | **WIRE TRANSFER**<br>COMPANIA DE TURISMO DE PUERTO | $ 33,507.81 - | |
| 28JAN | **ACH CREDIT**<br>Redacted 1573, PR TOURISM TELECHECK | $ 6,209.00 + | $ 200,059.00 |
| 29JAN | **WIRE TRANSFER**<br>COMPANIA DE TURISMO DE PUERTO | $ 344.00 - | |
| 29JAN | **ACH CREDIT**<br>Redacted 4374, PR TOURISM TELECHECK | $ 285.00 + | |
| 29JAN | **DEPOSIT -** 3022<br>SBPR SAN PATRICIO BRANCH | $ 5,435.68 + | |
| 29JAN | **DEPOSIT -** 6366 | $ 24,313.80 + | $ 229,749.48 |
| 30JAN | **WIRE TRANSFER**<br>COMPANIA DE TURISMO DE PUERTO | $ 30,877.48 - | |
| 30JAN | **ACH CREDIT**<br>Redacted 0573, PR TOURISM TELECHECK | $ 3,504.00 + | |
| 30JAN | **CREDIT INTEREST** | $ 50.17 + | |
| 30JAN | **DEPOSIT -** 6104<br>SBPR SANTURCE BRANCH | $ 443.00 + | $ 202,869.17 |
| | **CLOSING BALANCE** | | **$ 202,869.17** |

| **Total Returned Item Fees This Period** | $ 0.00 | **Total Overdraft Fees This Period** | $ 0.00 |
|---|---|---|---|
| **Total Returned Item Fees Year to Date** | $ 0.00 | **Total Overdraft Fees Year to Date** | $ 0.00 |

*Trademark of The Bank of Nova Scotia, used under license. Member FDIC. OCIF License 22.

 **Scotiabank**

# Scotiabank*

## Your  PUBLIC FUNDS ACCOUNT Account Summary

**PUERTO RICO TOURISM COMPANY**
Redacted 5142



TeleScotia(787) 766-4999
1 (877) 766-4999

www.scotiabankpr.com

### RECONCILIACIÓN DEL ESTADO DE CUENTA
### RECONCILIATION STATEMENT

Para reconciliar  este estado con sus registros :
To reconcile this statement with your records :

1. Marque en su registro las transacciones
   reflejadas en el estado de cuenta.
   Check off all items in your checkbook
   register which are shown on this statement.

2. Detalle los cheques pendientes de pago.
   List outstanding checks.

EN CASO DE ERRORES O PREGUNTAS SOBRE ESTE ESTADO DE
CUENTA RELACIONADOS A TRANSFERENCIAS ELECTRÓNICAS DE
FONDOS Y/O TRANSACCIONES CON SU SCOTIACARD :

Debemos recibir su reclamación escrita dentro de un periodo de 60 días
siguientes a la fecha del estado donde aparece el alegado error por primera
vez.

Envíe su reclamación a :

Scotiabank de Puerto Rico
TeleScotia
PO Box 362230
San Juan, PR 00936-2230

En su carta, incluya la siguiente información :
1. Su nombre y número de cuenta
2. El detalle de la transacción, incluyendo la cantidad en dólares, la
   fecha y número de serie
3. La descripción del error o pregunta sobre la transacción en
   cuestión.

| CHEQUES PENDIENTES DE PAGO<br>CHECKS OUTSTANDING | |
|---|---|
| NUMERO O BENEFICIARIO<br>NUMBER OR PAYEE | CANTIDAD<br>AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total** | |

3. Añada en su registro cualquier cargo por servicio y/o algún otro
   cargo que aparezca en el estado de cuenta pero no en su registro.
   Record in  your register any service charge and/or other charges that
   appear on your statement but not in your records.

4. Añada el balance actual de su chequera.
   Record checkbook balance.

5. Complete la reconciliación abajo.
   Complete the reconciliation below.

| BALANCE EN ESTE ESTADO DE CUENTA<br>CLOSING BALANCE OF THIS<br>STATEMENT | | |
|---|---|---|
| SUME DEPÓSITOS HECHOS DESPUÉS DE<br>LA FECHA DE CIERRE DE ESTE ESTADO<br>ADD DEPOSITS MADE AFTER<br>STATEMENT CLOSING DATE | | |
| SUB TOTAL | | |
| DESCUENTE CHEQUES PENDIENTES DE<br>PAGO<br>LESS OUTSTANDING CHECKS | | |
| TOTAL | | |
| BALANCE CHEQUERA<br>CHECKBOOK BALANCE | | |
| DIFERENCIA (SI ALGUNA)<br>DIFFERENCE (IF ANY) | | |

SI EXISTE ALGUNA DIFERENCIA QUE
NO PUEDA IDENTIFICAR, FAVOR DE
COMUNICARSE CON TELESCOTIA AL
787-766-4999 Ó 1-877-766-4999

IF THERE IS A DIFFERENCE THAT YOU
CANNOT IDENTIFY, PLEASE CALL
TELESCOTIA AT
787-766-4999 OR 1-877-766-4999

También nos puede llamar a TeleScotia al 787-766-4999 ó
1-877-766-7999, las 24 horas, 7 días a la semana, para preguntas sobre el
estado  y/o  someter  su  reclamación.

Investigaremos su reclamación y corregiremos cualquier error rápidamente.
Si tomamos más de 10 días laborables, acreditaremos su cuenta por la
cantidad reclamada para que tenga disponible el dinero durante el tiempo que
nos tome completar la investigación. Si determinamos que no se incurrió en el
error, le enviaremos una explicación por escrito dentro de tres días laborables
de haber concluido la investigación.

IN CASE OF ERRORS OR QUESTIONS REGARDING ELECTRONIC FUNDS
TRANSFERS AND/OR TRANSACTIONS WITH YOUR SCOTIACARD ON
YOUR ACCOUNT STATEMENT:

We must receive your claim in writing, no later than 60 days after the statement
date in which the transaction is reflected for the first time.

You may send your claim to:

Scotiabank de Puerto Rico
TeleScotia
P.O. Box 362230

San Juan PR 00936-2230

Please include the following information:
1. Your name and account number
2. The details of the transaction, including the dollar amount,
   date and serial number
3. A description of the error, or question regarding the transaction.

You can also call us at TeleScotia at 787-766-4999 or 1-877-766-4999, 24
hours, 7 days a week, for questions about your statement and/or to submit
your claim.

We will investigate your claim and correct any error promptly. If our
investigation takes more than 10 business days to complete, we will credit your
account for the amount claimed so you may have the funds available during the
period of time it takes to complete our investigation. If after our investigation it
is determined that no error has occurred, we will send you the results of our
investigation in writing, within the following three business days.

*Trademark of The Bank of Nova Scotia, used under license. Member FDIC. OCIF License 22.

