# EXHIBIT AE

# (Ex. 21 to the Natbony Declaration, originally filed as ECF 13039-33, and ECF 789-33 in Case No. 17-BK-3567) - Part 1

## NATBONY REPLY DECLARATION
## EXHIBIT 21

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                    April 21, 2020

1

```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF PUERTO RICO


        -------------------------- X
        In re:                     :
                                   : PROMESA
        THE FINANCIAL OVERSIGHT    : TITLE III
        AND MANAGEMENT BOARD       :
        FOR PUERTO RICO,           : Case No.
                                   : 17 BK 3283-LTS
           as representative of    :
                                   : (Jointly
        THE COMMONWEALTH OF        :  Administered)
        PUERTO RICO,               :
                                   :
                 Debtor.           :
        -------------------------- X
        In re:                     :
                                   : PROMESA
        THE FINANCIAL OVERSIGHT    : TITLE III
        AND MANAGEMENT BOARD       :
        FOR PUERTO RICO,           : Case No.
                                   : 17 BK 3567-LTS
           as representative of    :
                                   :
        THE COMMONWEALTH OF        : CONFIDENTIAL
        PUERTO RICO, et al.,       : PURSUANT TO
                                   : PROTECTIVE ORDER
                 Debtor.           :
        -------------------------- X VOL. I OF II
```

            Videotaped deposition of TIMOTHY H.

    AHLBERG, conducted virtually, pursuant to the

    Federal Rules of Civil Procedure for the United

    States District Courts pertaining to the taking

    of depositions, reported stenographically by

    Cynthia J. Conforti, CSR, RPR, CRR, commencing

    at the hour of 9:30 a.m. CST, on the 21st day

    of April, 2020.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                   April 21, 2020

2 (Pages 2 to 5)

---

**2**

A P P E A R A N C E S :
FOR THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO, as representative of the
COMMONWEALTH OF PUERTO RICO:
  PROSKAUER ROSE LLP
  Eleven Times Square
  (Eighth Avenue & 41st Street)
  New York, New York 10036-8299
  212.969.3000
  BY:  DAVID A. MUNKITTRICK, ESQ.
     dmunkittrick@proskauer.com
     MICHAEL T. MERVIS, ESQ.
     mmervis@proskauer.com

  BY:  ELLIOT STEVENS, ESQ.
     estevens@proskauer.com
     One International Place
     Boston, Massachusetts 02110-2600
     617.526.9600

FOR AMBAC ASSURANCE CORPORATION:
  MILBANK LLP
  55 Hudson Yards
  New York, New York 10001-2163
  212.530.5000
  BY:  CAELAINN CARNEY, ESQ.
     ccarney@milbank.com
     WILL DENKER, ESQ.
     wdenker@milbank.com
     JOHN HUGHES, ESQ.
     jughes2@milbank.com
     KEVIN MAGGIO, ESQ.
     kmaggio@milbank.com
     GRANT MAINLAND, ESQ.
     gmainland@milbank.com
     DAVID MARCOU, ESQ.
     dmarcou@milbank.com
     ATARA MILLER, ESQ.
     amiller@milbank.com
     ALEXANDRA PASLAWSKY, ESQ.
     apaslawsky@milbank.com
     KEVIN WESTERMAN, ESQ.
     kwesterman@milbank.com

---

**4**

A P P E A R A N C E S :  (Continued)
  MARINI PIETRANTONI MUÑIZ LLC
  250 Avenue Ponce de Leon
  Suite 900
  San Juan, Puerto Rico 00918
  787.705.2171
  BY:  IVÁN GARAU GONZÁLEZ, ESQ.
     lgarau@mpmlawpr.com

ON BEHALF OF ASSURED GUARANTY CORP. and ASSURED
GUARANTY MUNICIPAL CORP.:
  CADWALADER, WICKERSHAM & TAFT LLP
  200 Liberty Street
  New York, New York 10281
  212.504.6000
  BY:  THOMAS J. CURTIN, ESQ.
     thomas.curtin@cwt.com
     BILL NATBONY, ESQ.
     bill.natbony@cwt.com
     CASEY JOHN SERVAIS, ESQ.
     casey.servais@cwt.com
     JACLYN A. HALL, ESQ.
     jaclyn.hall@cwt.com

FOR FINANCIAL GUARANTY INSURANCE COMPANY:
  BUTLER SNOW LLP
  The Pinnacle at Symphony Place
  Suite 1600
  150 3rd Avenue South
  Nashville, Tennessee 37201
  615.651.6700
  BY:  JASON W. CALLEN, ESQ.
     jason.callen@butlersnow.com
     ADAM M. LANGLEY, ESQ.
     adam.langley@butlersnow.com
     6075 Poplar Avenue
     Suite 500
     Memphis, Tennessee 38119
     901.680.7200

---

**3**

A P P E A R A N C E S :  (Continued)

FOR NATIONAL PUBLIC FINANCE GUARANTEE CORP.:

  WEIL GOTSHAL & MANGES LLP

  767 Fifth Avenue
  New York, New York 10153-0119
  212.310.8000
  BY:  ROBERT S. BEREZIN, ESQ.
     robert.berezin@weil.com
     CHRISTINE CALABRESE, ESQ.
     christine@calabrese@weil.com
     CAROLYN DAVIS, ESQ.
     carolyn.davis@weil.com
     GASPARD RAPPOPORT, ESQ.
     gaspard.rappoport@weil.com

FOR THE PUERTO RICO FISCAL AGENCY AND FINANCIAL
ADVISORY AUTHORITY:

  O'MELVENY & MYERS LLP

  1625 Eye Street, NW
  Washington, DC 20006
  202.383.5300
  BY:  MOSHE A. FINK, ESQ.
     mfink@omm.com
     PETER FRIEDMAN, ESQ.
     pfriedman@omm.com

  BY:  ELIZABETH L. McKEEN, ESQ.
     emckeen@omm.com
     ASHLEY PAVEL, ESQ.
     apavel@omm.com
     JOSEPH L. ROTH, ESQ.
     jroth@omm.com
     610 Newport Center Drive
     17th Floor
     Newport Beach, California 92660
     949.823.6900
  - also -

---

**5**

A P P E A R A N C E S :  (Continued)

FOR CANTOR-KATZ COLLATERAL MONITOR LLC, as
Collateral Monitor for GDB DEBT RECOVERY
AUTHORITY:

  ORRICK, HERRINGTON & SUTCLIFFE LLP

  51 W 52nd Street
  New York, New York 10019
  212.506.5000
  BY:  DAVID LITTERINE-KAUFMAN, ESQ.
     dlitterinekaufman@orrick.com

FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS:

  PAUL HASTINGS LLP

  MetLife Building
  200 Park Avenue
  New York, New York 10166
  212.318.6000
  BY:  ZACHARY S. ZWILLINGER, ESQ.
     zacharyzwillinger@paulhastings.com

FOR AMERINATIONAL COMMUNITY SERVICES, LLC, as
servicer for the GDB DEBT RECOVERY AUTHORITY:
  MCCONNELL VALDÉS LLC
  270 Muñoz Rivera Avenue
  Hato Rey, Puerto Rico 00918
  787.759.9292
  BY:  NAYUAN ZOUAIRABANI TRINIDAD, ESQ.
     nzt@mcvpr.com
ALSO PRESENT:
  Hira Baig, Weil Gotshal & Manges LLP
  Alexa Savino, Milbank LLP
  Alexander Whitelaw, Weil Gotshal & Manges LLP
  Anthony Micheletto, Videographer

---

Henderson Legal Services, Inc.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I

April 21, 2020

3 (Pages 6 to 9)

---

**6**

INDEX

TESTIMONY OF TIMOTHY H. AHLBERG          PAGE

Examination by Mr. Natbony:          13

DEPOSITION EXHIBITS

| NUMBER | MONOLINE | INTRODUCED |
|---|---|---|
| Exhibit 1 | 23 | |
| Exhibit 2 | 25 | |
| Exhibit 3 | 27 | |
| Exhibit 4 | 44 | |
| Exhibit 5 | 47 | |
| Exhibit 6 | 76 | |
| Exhibit 7 | 80 | |
| Exhibit 8 | 98 | |
| Exhibit 9 | 108 | |
| Exhibit 10 | 111 | |
| Exhibit 11 | 115 | |
| Exhibit 12 | 120 | |
| Exhibit 13 | 122 | |
| Exhibit 14 | 140 | |
| Exhibit 15 | 162 | |
| Exhibit 16 | 173 | |
| Exhibit 17 | 187 | |
| Exhibit 18 | 208 | |

** EXHIBITS RETAINED BY ATTORNEY NATBONY **

---

**7**

THE VIDEOGRAPHER:  We are now on the record.

Welcome to the deposition of Timothy H. Ahlberg.  My name is Anthony Micheletto.  I'm the videographer and the conference call host for Henderson Legal Services.  Today's date is April 21, 2020.  The time is 9:42 a.m.

It's my understanding that there are approximately 44 attorneys attending telephonically.  Please keep disruptions at a minimum.  I will be muting all telephones except the witness, taking attorney and opposing counsel, who will dial *6 so they can be heard.

In addition, if you are not speaking, please make sure you turn off your camera on the LiveLitigation.  You should receive the video stream through your computer and audio through your phone.  Periodically, during your break, I will communicate to everyone how long we have been on the record.

Our court reporter today is Cynthia Conforti.  Please read the stipulations.

---

**8**

THE REPORTER:  There is an agreed stipulation, so I am swearing the witness over the video conference.

Can you raise your right hand, please, sir?

MR. NATBONY:  I think we've reached standard stipulations that we've agreed and that have been exchanged by the parties, right?

THE REPORTER:  Yes.

MS. McKEEN:  That's correct.

THE REPORTER:  Can everybody --

MR. NATBONY:  Standard stipulations apply, right?

MS. McKEEN:  I'm unsure what standing stipulations you may have.

(Simultaneous speaking.)

THE REPORTER:  There was a stipulation that I received yesterday from Henderson that I will be swearing the witness over the video conference.

Can you raise your right hand, sir.

(Witness sworn.)

THE WITNESS:  I do.

---

**9**

THE REPORTER:  Thank you.

MR. NATBONY:  Thank you.  And, Ms. McKeen, I'm just confirming that we have three stipulations that we've agreed to, one relating to authenticity of certain documents, the other relating to deposition logistics, and the other relating to cash restriction analysis issues, correct?

MS. McKEEN:  I believe we have agreed with you to the stipulation regarding the deposition logistics.

I believe the parties are still in the process of commenting on the stipulation regarding the authenticity of documents and regarding the cash restriction analysis.

I don't think those stipulations have been agreed upon yet.  I believe the parties are in the process of reaching an agreement.

MR. NATBONY:  Okay.  Is it fair to say that we don't anticipate any issues on those drafts with respect to general authenticity issues and the general assumptions on cash restriction?

MS. McKEEN:  So, with respect to

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                April 21, 2020

4 (Pages 10 to 13)

---

**10**

the stipulation regarding the authenticity of
documents, my understanding is that the parties
appear to have reached sufficient agreement
regarding the core concepts embodied in that
stipulation, that we shouldn't have any issue
proceeding with the deposition, and that any
issues that remain outstanding can be resolved
after the deposition.

With respect to the cash
restriction stipulation, that's in Proskauer's
hands, so I would ask Mr. Mervis to unmute
himself and speak to that, please.

MR. MERVIS:  Sure.  So I think --
can you hear me?

MS. McKEEN:  Yes.

MR. MERVIS:  Great.

So I think the answer, Bill, is
that we would agree with the stipulation that
we sent to you.  We don't necessarily agree
with the markup, but I haven't had time to run
it up the flag pole internally.  But I think --
and maybe this will help.  The -- the
assertions or the statements in that
stipulation about what the document says and
the assumptions that apply, those are -- those

---

**11**

are, in fact, representations of the board, if
that helps.  So that -- I think that's as far
as I can get today.

MR. NATBONY:  Okay.  Thank you,
Mike.  My guess if there are --

MR. MERVIS:  Sorry, Bill, before I
mute myself, can we just agree, so there's
not -- any objections that an objection by Liz
will be valid as to the Oversight Board as
well?

MR. NATBONY:  I have no problem
with that.

MR. MERVIS:  Thanks.

MR. NATBONY:  And just as far as
authenticity, though, I don't anticipate any
issues.  If we have some disagreement, we are
just going to reserve any rights that we have
to reopen if necessary, but I don't see an
issue arising.

Okay.  Well, good morning,
everybody.  I hope everybody is safe
and getting through these difficult times.
My name is William Natbony, from
the law firm of Cadwalader, Wickersham & Taft,
counsel for Assured in this case.  I'll be

---

**12**

asking some questions today on behalf of the
movants, the Monolines.

My questions will first be of a
general nature and then focus on HTA.  Others
of my colleagues will be asking questions
relating to CCDA.

So, first, let me recognize on the
record that all appearing counsel and the
witness are at separate locations due to the
obvious difficult circumstances.  The
deposition is being conducted remotely.  I hope
we can all be cognizant of the entire technical
difficulties this brings.  Let's all try not to
talk over each other, treat each other with
professional courtesy so we can all get through
this sufficiently and expeditiously as
reasonably as possible.

As to exhibits, when I refer to an
exhibit, my colleague Jaclyn Hall will be
marking it and immediately publishing it to all
participants, each of whom can access and
review the document independently by retrieving
the documents from the submitted documents
grouping on the system.

During any questioning concerning

---

**13**

an exhibit, the document should appear on
everyone's screen as well.  Both the witness
and the questioner will have the opportunity to
control scrolling through and magnifying the
document on the screen.  Meanwhile, everyone
will see on the screen what the witness is
seeing.

TIMOTHY H. AHLBERG,
having been duly sworn, was examined and
testified as follows:

EXAMINATION

BY MR. NATBONY:

Q.     So good morning to the witness.
Could you please state your name for the
record.

**A.     Good morning.  My name is Timothy
Ahlberg.**

Q.     Have you ever been deposed before?

A.     No.

Q.     Have you ever given trial
testimony before?

A.     No.

Q.     Do you understand today that you
are testifying under oath?

A.     Yes.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I

April 21, 2020

5 (Pages 14 to 17)

---

**14**

1    Q.    You understand that -- is there
2  anything that would prevent you from doing
3  that, for example, taking any medications of
4  any sort?
5    A.    No.
6    Q.    So let's start with a few
7  preliminary instructions.  So today I'm going
8  to ask you some questions.  If at any point you
9  don't understand a question, let me know, and I
10  will try and rephrase, okay?
11    A.    Okay.
12    Q.    And please try to answer all
13  questions verbally so your answers will be
14  picked up by the court reporter even though we
15  are on video.  Please wait until I finish the
16  question, and I'll try, and wait for your
17  answer to be completed so that the court
18  reporter and videographer can take down a clean
19  record, okay?
20    A.    Okay.
21    Q.    Now, I understand today that you
22  are here representing several entities, so I am
23  going to assume that your answers are on behalf
24  of all of the entities unless you advise
25  differently, okay?

---

**15**

1    A.    Okay.
2    Q.    And you're here today testifying
3  on behalf of The Commonwealth of Puerto Rico,
4  correct?
5    A.    Correct.
6    Q.    And you're also here today
7  representing the Puerto Rico Highways and
8  Transportation Authority, otherwise known as
9  HTA?
10    A.    Correct.
11    Q.    And you're also here today
12  representing The Puerto Rico Tourism Company?
13    A.    Correct.
14    Q.    And you're also here today
15  representing the Puerto Rico Infrastructure
16  Financing Authority, otherwise known as PRIFA?
17    A.    Correct.
18    Q.    Okay.  You might hear some
19  objections made after questions that I ask.
20  You are required to answer the question, even
21  though objections are made, unless your
22  attorney directs you to not answer the
23  question.  Do you understand that?
24    A.    Yes.
25    Q.    And who is representing you today

---

**16**

1  in this deposition?
2    A.    Elizabeth McKeen.
3    Q.    Now, if you need a break, let me
4  know, and I will accommodate you as soon as
5  possible but not in the middle of a question
6  unless you need to confer with counsel
7  regarding a privilege issue.  Is that
8  understood?
9    A.    Understood.
10    Q.    Do you speak Spanish?
11    A.    I do speak Spanish.
12    Q.    And do you read Spanish?
13    A.    I do read Spanish.
14    Q.    Do you consider yourself fluent in
15  Spanish and able to understand documents that
16  are written in Spanish?
17    A.    I consider myself to be
18  professionally proficient but by no means
19  consider myself bilingual.
20    Q.    Okay.  Do you understand
21  accounting terms in Spanish?
22    A.    Generally, yes.
23    Q.    I'm going to go over some
24  definitions with you just to make sure that
25  we're on the same page.

---

**17**

1    When I refer to the Commonwealth,
2  I'll be referring to the Commonwealth of
3  Puerto Rico, okay?
4    A.    Okay.
5    Q.    And if I refer to AAFAF,
6  A-A-F-A-F, I'll be referring to the Puerto Rico
7  Fiscal Agency and Financial Advisory Authority,
8  okay?
9    A.    Okay.
10    Q.    And if I refer to the FOMB,
11  F-O-M-B, or the Oversight Board, I'll be
12  referring to the Financial Oversight and
13  Management Board for Puerto Rico, okay?
14    A.    Okay.
15    Q.    And if I refer to HTA, I'll be
16  referring to the Puerto Rico Highways and
17  Transportation Authority, okay?
18    A.    Okay.
19    Q.    If I use the term "pledged
20  revenues," for HTA, I will be using that word
21  to include toll revenues and excise taxes,
22  which would include taxes on gasoline, diesel,
23  crude oil, cigarettes and other special excise
24  taxes elected by the Commonwealth including
25  motor vehicle licenses.  Do you understand how

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                          April 21, 2020

6 (Pages 18 to 21)

---

**18**

1  I use the term?
2      A.    I understand how you use the term.
3      Q.    And if I use the words "flow of
4  funds," I'll be referring to the path,
5  including deposits and transfers into and out
6  of any account or Fund relating to their
7  collection by the Commonwealth.  Do you
8  understand?
9      A.    I understand that as your
10  definition of flow of funds.
11      Q.    Thank you.
12          What did you do generally to
13  prepare for this deposition?
14      A.    Generally to prepare for this
15  deposition --
16      Q.    Without revealing communications
17  with your counsel.
18      A.    I'm sorry.  Could you repeat that?
19      Q.    Without revealing any
20  communications with your counsel.
21      A.    Okay.  Excluding dealings with
22  counsel, that was just confirming you -- the
23  question again.
24      Q.    Let me rephrase.
25          What did you do generally to

---

**19**

1  prepare for this deposition, but I'm not asking
2  you to reveal communications you had with your
3  counsel.
4      A.    Okay.  Thank you for clarifying.
5      Q.    Sure.
6      A.    Generally preparations included
7  conversations with employees at the relevant
8  entities and agencies, conversations as well as
9  phone calls, in-person review of bank
10  statements, transfer details, et cetera.
11      Q.    Did you have any conversations or
12  meetings with employees of agencies without
13  counsel present?
14      A.    Not in preparation for this
15  deposition.
16      Q.    Okay.  Who were the employees at
17  the various agencies that you either met with
18  or spoke with in preparation for deposition?
19      A.    There were various.  Would you
20  mind being specific to one entity?
21      Q.    Sure.  For the Commonwealth.
22      A.    For the Commonwealth, the main
23  points of contacts would have been Jehra Pelle
24  (phonetic) the auxiliary subsecretary of the
25  Department of Treasury of Puerto Rico, as well

---

**20**

1  as Hector Gomez, who works in the Treasury area
2  at the direction of Jehra.
3      Q.    And who -- which employees of HTA
4  did you meet with or have conversations with in
5  preparation for the deposition?
6      A.    HTA, that would be Sergio, I think
7  his last name is Gonzalez, as well as -- and
8  he's in a managerial position at HTA as well as
9  Angel Bulik, who works in the accounting
10  department at HTA in addition to Rebecca.
11  Those are the ones I can remember off the top
12  of my head.
13      Q.    Thank you.
14          And which employees did you have
15  meetings or discussions with in preparation for
16  this deposition from the Puerto Rico Tourism
17  Company?
18      A.    The main point of contact for the
19  Department of Tourism that I worked with was a
20  man named Gustavo.  His last name eludes me at
21  the moment.
22      Q.    And how about with respect to
23  PRIFA?
24      A.    The main contact there would have
25  been a woman named Sylvia.

---

**21**

1      Q.    Approximately how much time do you
2  think you spent preparing for this deposition
3  in these meetings and discussions in total?
4      A.    Without, you know, reviewing
5  specific time entries and everything, I would
6  estimate between, you know, 20, 20 to -- 20 to
7  30 hours generally.
8      Q.    Aside from the meetings that you
9  had with various representatives of the
10  agencies and with counsel, did you do anything
11  on your own to prepare for the deposition?
12      A.    Yes.
13      Q.    What did you do?
14      A.    I helped in a lot of the document
15  production as well as putting together the Flow
16  of funds documents that we -- that you should
17  be familiar with, I believe.  A lot of my time
18  was spent in diligencing those presentations
19  and making sure that we had the flow of funds
20  accurately recorded.
21      Q.    And then when you say you helped
22  with document production, what do you mean by
23  that?
24      A.    Helping with document production
25  became a lot of things.  It could just mean

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                April 21, 2020

7 (Pages 22 to 25)

---

**22**

1  pointing someone in the direction of a right
2  context to ask for documents.
3       Q.    Were you involved in determining
4  what documents to look for in response to the
5  movant's document requests?
6       A.    I was not specifically tasked with
7  determining every piece of information or not
8  to produce.
9       Q.    Is it fair to say that you worked
10 with counsel in determining what documents
11 would be produced?
12      A.    Certainly I would have spoken with
13 counsel about documents that were being
14 produced.
15      Q.    That would be on behalf of each of
16 the entities that you're here today
17 representing?
18      A.    That's correct.
19      Q.    Do you have any documents with you
20 today that you intend to make reference to
21 during your testimony?
22      A.    No.
23      Q.    Do you have any notes in front of
24 you?
25      A.    No.

---

**23**

1            MR. NATBONY:  If we could pull up
2  tab 39, let's mark that as Monoline Exhibit 1.
3            (Monoline Exhibit 1 is
4            introduced for the record.)
5            MR. NATBONY:  Can you pull that
6  up?  I don't see anything on the screen.  Thank
7  you.
8            MR. NATBONY:
9       Q.    Do you see something on your
10 screen, Mr. Ahlberg?
11      A.    Yes, I do see something.
12      Q.    Okay.  So directing your attention
13 to the first page of that document, fourth line
14 from the bottom, the document says:
15            AAFAF has not located records that
16 met the account designations found in the bond
17 documents for HTA -- and I'll do a dot, dot,
18 dot -- to corresponding deposit account
19 numbers.
20            Do you see that language?
21      A.    Oh, where are you reading from?
22      Q.    Fourth line from the bottom,
23 starts with the words "AAFAF has not located."
24            MS. McKEEN:  Object to the form of
25 the question to the extent it belies other

---

**24**

1  language in the document (indiscernible).
2            BY MR. NATBONY:
3       Q.    Do you see the sentence that
4  starts that "AAFAF has not located"?
5       A.    I do see that sentence.
6       Q.    Okay.  What is your understanding
7  of that statement?
8            MS. McKEEN:  Objection.
9            THE WITNESS:  I don't know.  I'm
10 not an attorney.  I did not draft this letter.
11           BY MR. NATBONY:
12      Q.    Well, do you know what documents
13 the -- AAFAF was looking for with respect to
14 this particular statement?
15      A.    The document says that it has not
16 located records that map to the account
17 designations found in the bond document.
18      Q.    And what were the entities
19 particularly looking for, what kinds of
20 documents?
21           MS. McKEEN:  Objection.
22           THE WITNESS:  That's not clear to
23 me from this document.
24           BY MR. NATBONY:
25      Q.    Are you familiar with what efforts

---

**25**

1  were made to locate these kinds of documents?
2            MS. McKEEN:  Same objection.
3            THE WITNESS:  I'm generally
4  familiar with the process to try and obtain
5  documents for this deposition.
6            BY MR. NATBONY:
7       Q.    I understand, but my particular
8  question is are you aware of what efforts were
9  made to look for documents that map the account
10 designations found in the bond documents to
11 corresponding deposit account?
12           MS. McKEEN:  Object to the form.
13           THE WITNESS:  I'm not aware of the
14 specific methodology used there.
15           BY MR. NATBONY:
16      Q.    Okay.  Did you make any specific
17 inquiries with respect to these types of
18 documents with anyone at the agencies?
19      A.    I personally did not.
20           MR. NATBONY:  Okay.  Let's pull up
21 tab 1 and mark that as Exhibit 2.
22           (Monoline Exhibit 2 is
23           introduced for the record.)
24           BY MR. NATBONY:
25      Q.    Showing you what's been marked as

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                        April 21, 2020

8 (Pages 26 to 29)

---

**26**

Monoline Exhibit 2, can you identify that document?
    A.    The text is actually too small for me to read, but I do recognize this screen shot.
    Q.    I believe that you can magnify it by using the controls at the bottom.  There should be a magnifying glass that you can click on.
    A.    Yes, that works.  Thank you.
    Q.    Does that help?
    A.    Yes.
    Q.    Do you recognize this document? I'm sorry.
    A.    Yes.
    Q.    Is this your bio at your current place of employment, Conway MacKenzie?
    A.    Yes.
    Q.    Were you involved in drafting this bio?
    A.    I was involved in drafting the bio.
    Q.    To the best of your knowledge, does it accurately reflect your professional experience?

---

**27**

    A.    Would you allow me a minute to review the document?
    Q.    Of course.  You can also move to a second page if there is one, though I believe this is a one-page document.
    A.    I finished reviewing.
    Q.    And does this accurately reflect your professional experience?
    A.    It does, with the exception that I no longer serve on the finance committee that reports to the APPP Board of Trustees.
    Q.    Thank you for that clarification.
        Let's pull up tab 2 and mark that as Monoline Exhibit 3.
        (Monoline Exhibit 3 is introduced for the record.)
BY MR. NATBONY:
    Q.    Do you recognize this document as your LinkedIn profile?
    A.    Yes.
    Q.    And you were involved in drafting this profile?
    A.    Yes.
    Q.    And certainly I'll give you an opportunity to look through it, but the

---

**28**

question is does it accurately reflect your professional experience?
    A.    Yes.
    Q.    Okay.  Now, Mr. Ahlberg, you attended undergraduate college at North Park University School of Business in non-profit management; is that correct?
    A.    That's correct.
    Q.    You attained a bachelor of science degree, correct?
    A.    Correct.
    Q.    You took three semesters of MBA coursework, correct?
    A.    Correct.
    Q.    Where was that?
    A.    That was in Mexico, at the Instituto Tecnológico y de Estudios Superiores de Monterrey campus, Santa Fe.
    Q.    Was that in person or online?
    A.    In person in Mexico City.
    Q.    How many courses per semester did you take there?
    A.    I can't recall specifically, but I think two classes per semester.
    Q.    Did you take any government

---

**29**

accounting or government funding courses while you were there?
    A.    Not while I was in -- taking MBA classes.
    Q.    Did you ever obtain a graduate student degree?
    A.    No.
    Q.    Do you have any professional licenses?
    A.    No.
    Q.    Any professional certifications?
    A.    No.
    Q.    You're not an attorney, correct?
    A.    Correct.
    Q.    Fair to say you have no formal legal training?
    A.    Correct.
    Q.    Now, you currently work at Conway MacKenzie; is that correct?
    A.    Correct.
    Q.    And prior to Conway, you were an experienced associate at PricewaterhouseCoopers in the private company services assurance practice; is that correct?
    A.    That's correct.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I

April 21, 2020

9 (Pages 30 to 33)

---

**30**

1  Q.    And you performed financial
2  statement audits and other services for
3  nonpublic corporations in various industries;
4  is that correct?
5      A.    That's correct.
6      Q.    So at that time your focus was not
7  on governmental accounting or Governmental Fund
8  accounting, correct?
9      A.    Correct.
10     Q.    Have you ever been employed by any
11 Puerto Rico entities personally?
12     A.    No.
13     Q.    Other than your work for the State
14 Department, have you ever been employed by any
15 governmental entity?
16     A.    I interned for a congressman in
17 Boston/DC.  That's it.
18     Q.    Now, you have worked for various
19 Puerto Rico entities through Conway MacKenzie,
20 correct?
21     A.    Correct.
22     Q.    Can you describe generally the
23 work that you've been doing for the
24 Commonwealth with Conway MacKenzie?
25     A.    For -- generally at Conway

---

**31**

1  MacKenzie, in my work in Puerto Rico on the --
2  what I'll call the Puerto Rico engagement, my
3  main focus has been liquidity management and
4  cash reporting.
5      Q.    What do you mean by "liquidity
6  management"?
7      A.    By liquidity management, more
8  specifically, I mean building cash flow models.
9  We looked at -- yes, look at what the data of
10 cash flow models might tell us.
11     Q.    Okay.  Now, in the various
12 productions that have been provided by the
13 Puerto Rico entities, we have seen various TSA
14 cash flow reports.  Were you involved in
15 drafting those?
16     MS. McKEEN:  Objection to the form
17 of the question.
18     THE WITNESS:  I have been involved
19 at various times in drafting certain TSA cash
20 flow reports.
21 BY MR. NATBONY:
22     Q.    Now, you also said you were
23 involved in debt reporting [sic].  What did you
24 mean by that?
25     MS. McKEEN:  Objection.

---

**32**

1      THE WITNESS:  Would you mind
2  rephrasing your question?
3  BY MR. NATBONY:
4      Q.    Before you answer, the transcript
5  says debt reporting.  My question was asset
6  reporting.
7      MS. McKEEN:  The transcript -- but
8  when you say the transcript says debt
9  reporting, I believe the witness originally
10 testified that he was involved in cash
11 reporting.  That was the nature of my objection
12 to the question.
13 BY MR. NATBONY:
14     Q.    Okay.  Well, did you say that you
15 were involved in cash reporting or asset
16 reporting?
17     MS. McKEEN:  Objection.
18     THE WITNESS:  I said cash
19 reporting.
20 BY MR. NATBONY:
21     Q.    Okay.  So maybe I misheard, I
22 apologize.
23     What did you mean by you were
24 involved in cash reporting activities?
25     A.    For example, there is the TSA cash

---

**33**

1  flow report that is published on the AAFAF
2  website every week, and I would be involved in
3  the analysis and production of that report.
4      Q.    And how long have you been
5  involved in doing work for the weekly cash flow
6  reports?
7      A.    In some capacity, for two years or
8  more.
9      Q.    There were also monthly cash flow
10 reports; is that correct?
11     A.    Correct.
12     Q.    Now, were you involved in
13 providing information for those reports as
14 well?
15     A.    Depending on the monthly report, I
16 may be involved in the report's production.
17     Q.    Can you -- have you been doing any
18 specific work relating to HTA as part of the
19 engagement with Conway MacKenzie?
20     A.    Yes.
21     Q.    Can you tell me generally what
22 you've been doing with respect to HTA?
23     A.    Just to clarify, are you referring
24 to Conway MacKenzie in general or me
25 specifically?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                    April 21, 2020

10 (Pages 34 to 37)

---

34

1   Q.   Well, you specifically at Conway
2   MacKenzie.
3   A.   Me specifically at Conway
4   MacKenzie?  I have been involved in developing
5   the 30-year fiscal plan for HTA.
6   Q.   What have you been doing with
7   respect to the 30-year fiscal plan for HTA?
8   A.   Mainly, I am the chief financial
9   modeler in control of the master financial
10   model.
11   Q.   Are you familiar with the term
12   "governmental accounting"?
13   A.   I am familiar with the term.
14   Q.   What do you understand it to mean?
15   A.   Not being a CPA, I'm not sure
16   exactly, but I do generally understand that
17   government accounting can differ from other
18   kinds of accounting.
19   Q.   Do you understand how it differs
20   from other types of accounting?
21   A.   Not being a CPA, I do not know the
22   specifics of how they differ.
23   Q.   Are you familiar with GASB,
24   G-A-S-B, standards and regulations?
25   A.   I am generally familiar with

---

35

1   that -- with those entities that you listed to
2   have separate accounting regulations.
3   Q.   And as part of your work, do you
4   refer to GASB standards and regulations?
5   A.   No.
6   Q.   Are you familiar with the term
7   "Government Funds," with a capital F,
8   F-U-N-D-S?
9   A.   I'm generally familiar with the
10   term.
11   Q.   So are you familiar with what
12   types of Governmental Funds must be reported in
13   accordance with GASB?
14   A.   Not being a CPA, no, not
15   specifically.
16   Q.   Are you familiar with the term
17   "Proprietary Funds"?
18   A.   I'm generally familiar with the
19   term.
20   Q.   Would you agree that they include
21   Enterprise Funds, Fiduciary Funds?
22   MS. McKEEN:  Objection to form,
23   compound.
24   BY MR. NATBONY:
25   Q.   Okay.  Would you agree that

---

36

1   Proprietary Funds include Enterprise Funds?
2   A.   I don't know, not being a CPA.
3   Q.   Would you agree that Proprietary
4   Funds include Fiduciary Funds?
5   A.   I don't know one way -- one way or
6   the other, not being a CPA.
7   Q.   Do you have an understanding as to
8   what the term "Enterprise Fund" means?
9   A.   I have a general understanding of
10   the term "Enterprise Funds."
11   Q.   What's -- sorry, I did not mean to
12   interrupt you.  What is your general
13   understanding of the term?
14   A.   My understanding of the term is in
15   the context of cash flow reporting.
16   Q.   Well, what is your understanding
17   of the term Enterprise Funds?
18   MS. McKEEN:  Bill, just for the
19   record, can we pause quickly?  The transcript
20   (indiscernible).
21   MR. NATBONY:  I'm sorry, Liz.  Did
22   you want to go off the record?
23   MS. McKEEN:  No, I don't.  Just
24   the witness's prior answer on the transcript,
25   "the actual reporting," when the witness

---

37

1   testified "cash flow reporting," and I just
2   want to make sure that is clear on the
3   transcript.
4   MR. NATBONY:  Okay.  Thank you,
5   Liz.
6   MS. McKEEN:  Thanks, Bill.
7   BY MR. NATBONY:
8   Q.   Would you like me to repeat my
9   question, Mr. Ahlberg?
10   A.   Please.
11   Q.   What was your understanding of
12   "Enterprise Fund" in that context?
13   A.   In the context of my work in cash
14   flow reporting, typically that just means that
15   I wouldn't pay attention to Enterprise Funds.
16   That would be kind of outside my cash flow work
17   with Conway MacKenzie.
18   Q.   Do you know whether there is an
19   HTA Enterprise Fund at the present time?
20   A.   Could you repeat the question?
21   Q.   Do you know whether there is an
22   HTA Enterprise Fund at the Commonwealth?
23   THE REPORTER:  I'm sorry, the end
24   of the question dropped off.  This is the
25   reporter.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                          April 21, 2020

11 (Pages 38 to 41)

---

**38**

1          THE WITNESS:  Not being a CPA, I'm
2  not certain if there is a -- I don't know if
3  that is an Enterprise Fund or not.
4  BY MR. NATBONY:
5      Q.    For HTA?
6      A.    **For HTA.**
7      Q.    Are you familiar with GAAFR,
8  GAAFR, that's the Governmental Account Auditing
9  and Financial Reporting Standards?
10     A.    **I am aware of those standards.**
11     Q.    Do you work with those standards
12 as part of your work at Conway MacKenzie?
13     A.    **No.**
14     Q.    Do you consider GAAFR, G-A-A-F-R,
15 authoritative standards for government
16 accounting procedures?
17         MS. McKEEN:  Object to form.
18         THE WITNESS:  I don't know, not
19 being a CPA.
20 BY MR. NATBONY:
21     Q.    Do you consider GAAP, G-A-A-P,
22 authoritative standards for government
23 (indiscernible) procedures?
24         THE REPORTER:  I'm sorry.  The
25 question was garbled, Counsel.

---

**39**

1          MR. NATBONY:  I'll repeat the
2  question.
3  BY MR. NATBONY:
4      Q.    Do you consider GAAP, G-A-A-P,
5  authoritative accounting standards for
6  government accounting agencies?
7          MS. McKEEN:  Same objection.
8          THE WITNESS:  I don't know, not
9  being a CPA.
10 BY MR. NATBONY:
11     Q.    Well, you understood my question
12 to refer to GAAP, G-A-A-P, correct?
13     A.    **I'm having trouble hearing you.**
14     Q.    Have you understood my question to
15 refer to GAAP, G-A-A-P, correct?
16         THE REPORTER:  I'm sorry, Counsel,
17 Somebody needs to mute.
18         THE WITNESS:  I'm really sorry.
19         MR. NATBONY:  I'll repeat it
20 again.
21 BY MR. NATBONY:
22     Q.    Have you understood my prior
23 question to refer to GAAP, G-A-A-P?
24     A.    **That is not what I heard when you**
25 **previously asked the question.**

---

**40**

1      Q.    Then let me repeat it.
2          Do you consider GAAP, G-A-A-P, to
3  be authoritative accounting standards for
4  government accounting procedures?
5          MS. McKEEN:  Objection.
6          THE WITNESS:  I don't know, not
7  being a CPA.
8  BY MR. NATBONY:
9      Q.    Okay.  You are currently a
10 director at Conway; is that correct?
11     A.    **Yes.**
12     Q.    You just became a director in
13 January, correct?
14     A.    **Correct.**
15     Q.    Prior to that, you were a senior
16 associate?
17     A.    **Correct.**
18     Q.    And just so I understand the
19 structure at Conway, there are managing
20 directors above you, correct?
21     A.    **Correct.**
22     Q.    And there's senior managing
23 directors above you, correct?
24     A.    **Correct.**
25     Q.    What percentage of your work at

---

**41**

1  Conway has involved governmental entities?
2      A.    **A rough estimation would be**
3  **greater than 90 percent.**
4      Q.    And what percentage of your work
5  at Conway has involved Puerto Rico and its
6  instrumentalities?
7      A.    **Same answer, greater than**
8  **90 percent.**
9      Q.    Now, Conway currently has an
10 agreement with a FAS for professional services,
11 correct?
12     A.    **Yes, that's correct.**
13     Q.    Under that, Conway has anticipated
14 being paid $800,000 a month; is that correct?
15     A.    **I do not know the specifics of our**
16 **contract.**
17     Q.    Do you have any reason to dispute
18 that the fee is approximately $800,000 a month?
19         MS. McKEEN:  Objection, form.
20         THE WITNESS:  I don't have enough
21 information to speculate one way or the other.
22 BY MR. NATBONY:
23     Q.    Would you agree that AAFAF is a
24 significant client of Conway?
25     A.    **It depends.  That would be**

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                    April 21, 2020

12 (Pages 42 to 45)

---

**42**

1  subjective.
2      Q.     You don't have an opinion one way
3  or the other?
4      A.     I don't have an opinion one way or
5  the other.
6      Q.     Were you involved at all in
7  negotiating the fee arrangement between AAFAF
8  and Conway?
9      A.     No.
10     Q.     Have you ever seen the agreement
11  between AAFAF and Conway?
12     A.     No.
13     Q.     How many people sit above you on
14  the Puerto Rico AAFAF engagement on the team?
15         MS. McKEEN:  Object to the form.
16         THE WITNESS:  By that, do -- do
17  you mean how many people in positions that are
18  higher than director?
19  BY MR. NATBONY:
20     Q.     Yes.
21     A.     Between four and six.
22     Q.     Okay.  Are you personally being
23  paid for your appearance today?
24     A.     No.
25     Q.     Is your appearance today in the

---

**43**

1  preparation part of the engagement with Conway
2  MacKenzie?
3      A.     Yes.
4      Q.     What is your hourly rate?
5      A.     I can't recall off the top of my
6  head.
7      Q.     It's 475, isn't it?
8      A.     I'm not certain if that is the
9  most recent figure or not.
10     Q.     It's at least 475?
11     A.     I can't recall specifically.
12     Q.     Do you have any reason to dispute
13  that your current rate is at least $475 an
14  hour?
15         MS. McKEEN:  Objection.
16         THE WITNESS:  I'm not certain one
17  way or the other.
18  BY MR. NATBONY:
19     Q.     Do you know how much you're
20  charging for your appearance and cooperation on
21  an hourly basis?
22         MS. McKEEN:  Objection, asked and
23  answered.
24         THE WITNESS:  I do not know
25  specifically.

---

**44**

1         MR. NATBONY:  Okay.  Let's pull up
2  tab 6, please.  This will be Monoline
3  Exhibit 4.
4             (Monoline Exhibit 4 is
5             introduced for the record.)
6  BY MR. NATBONY:
7      Q.     Okay.  I'm going to represent that
8  that is a document that has been provided to
9  us, which is the agreement for professional
10  services between AAFAF and Conway MacKenzie.
11         I'm going to ask Jaclyn to move
12  this 38 page (indiscernible).  There's a
13  listing there of links to (indiscernible).
14     A.     I see the page.
15     Q.     And do you see the rate which is
16  475 an hour?
17     A.     I see that.
18     Q.     Do you have any reason to dispute
19  that that was your rate as expressed in the
20  agreement between Conway and AAFAF?
21         MS. McKEEN:  Objection, document
22  speaks for itself.
23         THE WITNESS:  The document says
24  what it says.
25

---

**45**

1  BY MR. NATBONY:
2      Q.     You have no independent knowledge
3  to dispute that number, do you?
4      A.     Would you repeat the question?
5      Q.     You have no independent knowledge
6  to dispute that number, do you?
7         THE REPORTER:  Somebody needs to
8  mute.
9         THE WITNESS:  I don't have enough
10  information to say one way or the other.
11  BY MR. NATBONY:
12     Q.     Okay.  Now, in looking at a lot of
13  the documents that have been produced, there
14  are a number of terms that I wanted to go over
15  so we can make sure we're on the same page.
16  Many of the documents have the words "Treasury
17  Single Account," or TSA?
18         MS. McKEEN:  Bill, you're really
19  cutting out.
20         THE WITNESS:  There's a lot of --
21  yeah.  Go ahead.
22  BY MR. NATBONY:
23     Q.     Would you agree that the Treasury
24  Single Account or TSA is the main operational
25  bank accounts for the Commonwealth?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I

April 21, 2020

13 (Pages 46 to 49)

---

46

1      A.    It sounds plural.  Did you say
2  account with an "s"?
3      Q.    I did.
4      A.    Okay.
5      Q.    So you would agree that the TSA is
6  a series of main operational accounts for the
7  Commonwealth, correct?
8      A.    The TSA is a collection of
9  accounts.
10     Q.    And the TSA would include amounts
11 held in custody by the Secretary of Treasurers
12 to the benefit of the Commonwealth's Fiduciary
13 Funds, right?
14         MS. McKEEN:  I didn't get half
15 that question.  Can you repeat it?
16         THE WITNESS:  Same here.  There's
17 a lot of background.  I don't know if that's on
18 you or somebody else.
19         MR. NATBONY:  Somebody needs to
20 mute.
21         MS. McKEEN:  Do we need to remute
22 everybody blind?  I'm not -- there is a ton of
23 background noise.
24         MR. NATBONY:  Okay.  Let's pull up
25 tab 13 and mark that Exhibit 5.

---

47

1              (Monolone Exhibit 5 is
2              introduced for the record.)
3         MS. HALL:  Apologies, this is
4  Jaclyn.  I'm not getting the exhibit option.
5  Is someone else showing an exhibit?
6         MR. NATBONY:  No.  Were you able
7  to bring it up?
8         MS. HALL:  No, I'm not getting the
9  exhibit option.  It's blocked out.
10        MS. McKEEN:  So do we need to take
11 a break so you guys can adjust the tech issue?
12 How would you like to proceed?
13        MR. NATBONY:  Well, I guess so.
14 Let's do that.  Let's take 5 minutes.  Let's go
15 off the record.
16        THE VIDEOGRAPHER:  We are off the
17 record at 10:37 a.m.
18             (Recess taken.)
19        THE VIDEOGRAPHER:  We are back on
20 the record at 10:45 a.m.
21        MR. NATBONY:  Thank you.
22 BY MR. NATBONY:
23     Q.    Looks like we were able to fix the
24 problem.  So tab 13, which is now Monolone
25 Exhibit 5, is up on the screen.

---

48

1         Mr. Ahlberg, do you recognize this
2  form of document?
3      A.    Yes.
4      Q.    This is one of the Treasury Single
5  Account cash flow statements you were referring
6  to before, correct?
7      A.    One of the cash flow reports, yes.
8      Q.    And let's turn to page 3.  There
9  are a series of definitions on that page.
10        So in particular, I would like to
11 refer you to the -- a few of the definitions on
12 this page.  First, there is a definition for
13 TSA at the bottom.
14        Do you see that?
15     A.    Yes, I see it.
16     Q.    And reading that definition, would
17 you agree with the definition set forth
18 therein?
19     A.    I understand this definition.
20     Q.    And would you agree with the
21 definition?
22     A.    I would agree that the TSA is the
23 Treasury Single Account, the Commonwealth's
24 main operational bank account.
25     Q.    Do you have any reason to question

---

49

1  anything else in the definition?
2         MS. McKEEN:  Object to form.
3         THE WITNESS:  I don't know one way
4  or the other what was intended by the author.
5  BY MR. NATBONY:
6      Q.    There's another definition of
7  "Special Revenue Funds."
8         Do you see that?
9      A.    I see the definition.
10     Q.    Would you agree with the
11 definition of "Special Revenue Funds" as used
12 by the Commonwealth?
13        MR. MERVIS:  Objection to the
14 form.
15        THE REPORTER:  I'm sorry.  Who
16 objected?
17        MR. MERVIS:  Mervis, Michael
18 Mervis.
19        THE WITNESS:  In the context of
20 this report, I understand this definition.
21 BY MR. NATBONY:
22     Q.    Okay.  My question was do you
23 understand this definition for Special Revenue
24 Funds to be a definition that the Commonwealth
25 uses?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                    April 21, 2020

---

**50**

1   MS. McKEEN:  Objection.
2   THE WITNESS:  I don't know who
3   uses or doesn't use this particular definition
4   of "Special Revenue Fund."
5   BY MR. NATBONY:
6   Q.   Well, the definition appears in a
7   type of report that you have been responsible
8   for preparing, right?
9   **A.   I may have not been involved in**
10  **specifically preparing this exact report.**
11  Q.   Do you know one way or the other?
12  **A.   Do I know what one way or the**
13  **other?**
14  Q.   Whether you were involved in
15  preparing this report.
16  **A.   I can't recall if I was**
17  **specifically involved in creating this exact**
18  **report.**
19  Q.   Do you agree with the definition
20  of "Special Revenue Fund" used on this page in
21  the report?
22  MS. McKEEN:  Objection.
23  THE WITNESS:  This definition is,
24  you know, being used in the context of this
25  report.

---

**51**

1   BY MR. NATBONY:
2   Q.   My question is:  Do you have any
3   reason to dispute the definitions contained in
4   this report of the term "Special Revenue Fund"?
5   MS. McKEEN:  Objection.
6   THE WITNESS:  I don't dispute it
7   one way or another.
8   BY MR. NATBONY:
9   Q.   Well, for instance, the definition
10  says that:
11  Special Revenue Funds are not
12  subject to annual appropriation.
13  Would you agree with that?
14  MS. McKEEN:  Objection.
15  THE WITNESS:  It depends.
16  BY MR. NATBONY:
17  Q.   What does it depend on?
18  **A.   It depends on the type of Funds in**
19  **question.**
20  Q.   Are you disputing that generally
21  Special Revenue Funds are not subject to annual
22  appropriation?
23  MS. McKEEN:  Object to the form.
24
25

---

**52**

1   THE WITNESS:  I think the
2   definition says what it says here.
3   BY MR. NATBONY:
4   Q.   And are you disputing this
5   definition in any way?
6   UNIDENTIFIED SPEAKER:  Objection
7   to the form.
8   THE WITNESS:  I'm not disputing or
9   confirming this definition.
10  BY MR. NATBONY:
11  Q.   So you don't know one way or the
12  other, do you?
13  **A.   I don't know what was intended by**
14  **the author of this definition at this time.**
15  Q.   Okay.  The definition of "Special
16  Revenue Funds" in this document also indicates
17  that it includes Funds that have, quote:
18  Specific uses established by their
19  respective enabling legislation.
20  Do you see that language?
21  **A.   Yes, I see that language.**
22  Q.   Do you agree with that?
23  UNIDENTIFIED SPEAKER:  Objection.
24
25

---

**53**

1   THE WITNESS:  I don't agree one
2   way or the other with this definition.
3   BY MR. NATBONY:
4   Q.   Okay.  There's another definition
5   of "General Fund" on that page.
6   Do you see that definition?
7   **A.   I do see the definition.**
8   Q.   Do you agree with that definition?
9   **A.   I don't agree one way or the other**
10  **with the definition.**
11  Q.   In governmental accounting, is
12  there a difference between what is called a
13  Fund and a bank account?
14  **A.   I don't know in government**
15  **accounting.**
16  Q.   Well, in the Commonwealth -- in
17  the Commonwealth, there are bank accounts and
18  there are also things called Funds, correct?
19  **A.   That is correct.**
20  Q.   And there are different Funds,
21  F-U-N-D-S, capitalized, that are part of the
22  TSA; is that correct?
23  MS. McKEEN:  Objection to the
24  form.
25  THE WITNESS:  That's not really

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                      April 21, 2020

15 (Pages 54 to 57)

---

**54**

1  how I think about the TSA.
2  BY MR. NATBONY:
3      Q.    Okay.  Well, there are things
4  called the General Fund.  Are you familiar with
5  that?
6      A.    **I am familiar with the General**
7  **Fund.**
8      Q.    Is the General Fund a designation
9  of monies that are contained in the TSA?
10     A.    **The General Fund designation does**
11  **not necessarily mean Funds are contained within**
12  **the TSA.**
13     Q.    Okay.  What's the difference
14  between a Fund and an account, in your
15  understanding, of how they are used in the
16  Commonwealth?
17     A.    **Generally, in my work with the**
18  **Commonwealth, including management and tax**
19  **reporting, I understand accounts as having**
20  **balances, bank accounts, and Funds do not have**
21  **a -- do not -- do not correspond with the bank**
22  **account.**
23     Q.    But Funds do have balances in
24  them; is that correct?
25          MS. McKEEN:  Object to the form.

---

**55**

1          THE WITNESS:  Can you rephrase the
2  question?
3  BY MR. NATBONY:
4      Q.    Funds have balances that are
5  associated with them at any particular time,
6  correct?
7      A.    **I'm not certain if Funds,**
8  **individual Fund balances have -- or that -- I'm**
9  **not certain that Funds have balances like that.**
10     Q.    Well, for instance, you understood
11  there was a General Fund, correct?
12     A.    **There is the concept of General**
13  **Fund, yes.**
14     Q.    Well, there is something that
15  exists in the designation of the Commonwealth
16  that is called General Fund, correct?
17     A.    **There is a designation of General**
18  **Fund within the Commonwealth.**
19     Q.    If you look at the definition on
20  page 3, again, of the Monoline Exhibit 5,
21  General Fund is defined as the Principal
22  Operating Fund of the Commonwealth.
23          Do you see that?
24     A.    **I do see that.**
25     Q.    Is the Commonwealth able to

---

**56**

1  determine at any time what amount of monies are
2  designated part of the General Fund?
3      A.    **That question doesn't really make**
4  **sense to me.**
5      Q.    Why doesn't it make sense to you?
6      A.    **Because I've taken it into**
7  **context, you know, in my work and in the**
8  **context of the TSA, TSA Cash Flow Funds are**
9  **irrelevant.**
10     Q.    Have you ever worked with
11  determining the amount of monies in the General
12  Fund?
13     A.    **It's not the way that I really**
14  **think about the General Fund.**
15     Q.    Have you ever had to determine
16  what amount of monies were designated part of
17  the General Fund?
18     A.    **No, because the question doesn't**
19  **really make sense to me.**
20     Q.    Why does the question not make
21  sense to you?
22     A.    **Because in the context of the TSA**
23  **report that we're viewing in the cash account,**
24  **you would have to say that the cash balance in**
25  **the TSA corresponds to X, Y, Z funds.**

---

**57**

1      Q.    Do you know whether or not the
2  Commonwealth is able to determine at any
3  particular time how much money has been
4  designated part of the General Fund?
5      A.    **I'm not sure I understand what**
6  **you're saying with "designated part of the**
7  **General Funds."**
8      Q.    Well, there are -- there are
9  monies that are designated as part of the
10  General Fund in the Commonwealth, correct?
11     A.    **There are Funds that are**
12  **designated as General -- and General Fund Funds.**
13     Q.    How do you -- how would the
14  Commonwealth go about determining at any
15  particular time what the amount of those monies
16  are?
17     A.    **That's not an exercise that I have**
18  **ever done nor that we do at the Commonwealth.**
19     Q.    Okay.  There's also a Fund called
20  Fund 278.  Are you familiar with that?
21     A.    **I am familiar with Fund 278.**
22     Q.    What is Fund 278?
23     A.    **Fund 278 is a specific Fund number**
24  **within the PRIFAS system, Puerto Rico**
25  **Information and Financial Accounting System,**

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                    April 21, 2020

16 (Pages 58 to 61)

---

**58**

1   what I'll refer to as PRIFAS going forward, is
2   a Fund number within the PRIFAS system used to
3   classify revenue at this time.
4       Q.      And what kind of revenue is
5   classified as part of Fund 278?
6       A.    Part of Fund 278 are -- revenues
7   that would be classified with Fund 278 would be
8   Funds -- or revenues that had previously been
9   allocated to HTA.
10      Q.      And those would include, for
11  instance, the HTA excise taxes?
12      A.    Correct.
13      Q.      Now, at any particular time, how
14  would the Commonwealth go about determining
15  what monies are classified as part of Fund 278?
16      A.    Again, we don't really think about
17  Funds in that way.
18      Q.      Well, what's the purpose of having
19  a Fund designation?
20      A.    I'm not certain what -- I don't
21  know what the ultimate purpose or intents of
22  Fund designations are for.
23      Q.      Well, there's got to be some
24  purpose or you wouldn't be doing it, right?
25      A.    Is that a question?

---

**59**

1       Q.      Yeah.
2       A.    I don't know.
3       Q.      So you don't know what the purpose
4   is of creating separate Funds within the
5   Commonwealth, correct?
6       A.    I know that Funds are -- different
7   Funds are used to record different revenues.
8       Q.      And why would you want to record
9   particular revenues by the use of a Fund?
10      A.    By using one Fund number or
11  another, you can distinguish between a revenue
12  earning.
13      Q.      Have you ever asked anyone at the
14  Commonwealth why they maintain Funds to record
15  different revenues?
16      A.    I did not ask that specific
17  question.
18      Q.      Would you agree that the purpose
19  of using Funds in the Commonwealth is to
20  segregate financial information for the purpose
21  of carrying on specific activities and offering
22  certain objectives in accordance with
23  regulations, restrictions and limitations?
24      MS. McKEEN:  Object to the form.
25      THE WITNESS:  I don't agree one

---

**60**

1   way or the other with that definition.
2   BY MR. NATBONY:
3       Q.      As a matter of accounting
4   practice, do Funds usually have a
5   self-balancing set of accounts?
6       A.    I don't know.  That's not
7   something that I -- we -- or I would consider
8   in developing the TSA cash flow report that
9   we're looking at.
10      Q.      Now, when you were talking about
11  revenues that were classified in Fund 278, when
12  they are so classified, are they on deposit in
13  the TSA?
14      A.    Maybe I don't understand your
15  question.  Could you maybe try rephrasing it?
16      Q.      Well, you said before that certain
17  revenues, including the HTA excise taxes, are
18  classified within Fund 278.  Do you remember
19  that testimony?
20      A.    Yes.
21      Q.      At the time that they are
22  classified as Fund 278, where do the actual
23  dollars fit?  Are they in the TSA?
24      MS. McKEEN:  Object to form.
25      THE WITNESS:  When the Fund number

---

**61**

1   is recorded, it's recording that deposit
2   receipt into the existing sweep account called
3   Collecteria.
4   BY MR. NATBONY:
5       Q.      So at this time that excise
6   revenues come into a collection account at the
7   Commonwealth, that's when they're given the
8   designation?
9       A.    When they enter it into the
10  collection sweep account called Collecteria,
11  they receive that designation.
12      Q.      And is there a time that the
13  Fund 278 designation gets removed?
14      A.    So Collecteria, the sweep account
15  that I mentioned, collects other various taxes
16  every day besides the excise taxes in question.
17      At the end of every day, there
18  would be a sweeping transfer to the TSA
19  operational account.  That transfer would be a
20  batch transfer of all the Funds collected that
21  day, and there would be no Fund designation
22  associated with that transfer.
23      Q.      But when that transfer or sweep,
24  as you have indicated, occurs, is a deduction
25  made to the Fund 278 classification amount?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                    April 21, 2020

17 (Pages 62 to 65)

---

**62**

1    MS. McKEEN:  Object to the form.
2    THE WITNESS:  I've seen no
3  evidence of that, but I would follow the cash
4  in my work.
5  BY MR. NATBONY:
6    Q.    So it's possible that that
7  Fund 278 designation remains, you know, even
8  though the Funds were transferred into the TSA,
9  correct?
10    MS. McKEEN:  Objection.
11    THE WITNESS:  That designation
12  does not remain once the Funds are comingled
13  into the TSA.
14  BY MR. NATBONY:
15    Q.    So once the Funds are comingled
16  into the TSA, is there some deduction from the
17  Fund 278 classification amount that occurs?
18    A.    I've seen no evidence of that.
19    Q.    Well, if -- if the classification
20  disappears, doesn't there have to be some
21  accounting entry to indicate that the amount of
22  classified Funds has decreased?
23    A.    Not being a CPA, I'm not sure what
24  the correct accounting entries would be there.
25    Q.    Now, with respect to the

---

**63**

1  Commonwealth's General Fund, AAFAF, does that
2  classification remain during the course of the
3  time that Funds are in the Commonwealth's
4  possession?
5    MS. McKEEN:  Object to form.
6    THE WITNESS:  That -- that's not
7  how I think about Funds.
8  BY MR. NATBONY:
9    Q.    How do you think about Funds?
10    MS. McKEEN:  Object to the form.
11    THE WITNESS:  Depends on the
12  context of the work I'm performing.
13  BY MR. NATBONY:
14    Q.    Well, how do you think about the
15  Fund 278 Fund?
16    MS. McKEEN:  Object to the form.
17    THE WITNESS:  Do you have a more
18  specific question than just how do I think
19  about it?
20  BY MR. NATBONY:
21    Q.    Well, you said that -- you keep
22  saying my question isn't how you think about
23  it.  Well, I'm trying to figure out what you
24  understand the Fund 278 to be.
25    MS. McKEEN:  Objection.

---

**64**

1    THE WITNESS:  I don't think of
2  Fund types as having actual cash balances.
3  BY MR. NATBONY:
4    Q.    Well, what's the purpose of having
5  a Fund designation?
6    A.    The Fund designation records the
7  revenues in certain increments.
8    Q.    Right, because the Commonwealth
9  wants to record and track certain revenues,
10  correct?
11    A.    The Commonwealth does record and
12  track revenues.
13    Q.    Right.  And using a Fund like
14  Fund 278 or the General Fund is a way that the
15  Commonwealth uses to track particular monies,
16  correct?
17    A.    It is not a way that they use to
18  track money.  It is a way that they use to
19  track revenue.
20    Q.    Okay.  So revenues that come in,
21  the Fund designations are used to track
22  particular types of revenues, correct?
23    A.    Correct.
24    Q.    So with respect to Fund 278, for
25  instance, that would be a way for the

---

**65**

1  Commonwealth to track excise tax revenues when
2  they come in, correct?
3    A.    That is how they track excise tax
4  revenues when they're received into the sweep
5  account.
6    Q.    Why does the Commonwealth want to
7  track the amount of HTA excise revenues?
8    MS. McKEEN:  Objection, it's
9  outside the scope.  Can you rephrase the
10  question, Counsel?
11  BY MR. NATBONY:
12    Q.    What is the reason that the
13  Commonwealth tracks revenues such as the HTA
14  excise taxes through Fund 278?
15    MS. McKEEN:  Counsel, I think
16  that's outside the scope of the topics.  I
17  think the Court's order made pretty clear that
18  the witness wasn't going to be asked to testify
19  about the Commonwealth's subjective
20  understanding or why certain actions were
21  taken.
22    So, again, to the extent that's
23  what your question is asking, why the
24  Commonwealth did something, that's outside the
25  scope of the topics.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                        April 21, 2020

18 (Pages 66 to 69)

66

1          MR. NATBONY:  Well, I disagree.
2     Are you directing him not to answer?
3          MS. McKEEN:  You can answer.
4          (Simultaneous speaking.)
5          MS. McKEEN:  What's the basis for
6     your disagreement that this is not part of the
7     scope?
8          MR. NATBONY:  Are you directing
9     him not to answer, yes or no?
10         MS. McKEEN:  I mean, if we need to
11    go to the Court, we can, Bill.  But I think you
12    very clearly asked him why the Commonwealth did
13    something, and I think that's outside the scope
14    of what the Court has said is proper here.
15         MR. NATBONY:  Liz, are you
16    directing him not to answer?
17         MS. McKEEN:  I — I guess I'm
18    still waiting for you to explain to me why you
19    think this is --
20         (Simultaneous speaking.)
21         MS. McKEEN:  Bill, I'm trying to
22    figure out if we need to go to Juge Dein sooner
23    than later.
24         (Simultaneous speaking.)
25         MR. NATBONY:  Are you directing

67

1     him not to answer?  If you're not directing him
2     not to answer --
3          MS. McKEEN:  Can you stop
4     interrupting, please?
5          MR. NATBONY:  Go ahead, I'll let
6     you speak first.
7          MS. McKEEN:  If you're not willing
8     to articulate your position, I think it makes
9     it really difficult for us to try to move
10    forward here.
11         MR. NATBONY:  The simple fact is
12    that we're trying to understand, as the Court
13    said, the designations of particular monies and
14    the transmittal of monies.
15         The designation was one of the
16    things the Court talked about, trying to
17    understand those type of -- maybe he just
18    doesn't know why there are these designations.
19         Now, if you're going to direct him
20    not to answer, then do so.
21         MS. McKEEN:  So, Bill, let me
22    clarify my answer.
23         To the extent you're asking the
24    witness what actions were and weren't taken by
25    the Commonwealth, that's fine, I'll allow him

68

1     to testify, but if you are asking him to
2     testify about the Commonwealth's state of mind,
3     its understanding or why certain actions were
4     taken, I'll direct the witness not to answer
5     because it's outside the scope.
6          MR. NATBONY:  Okay.  Can the court
7     reporter repeat the question that I asked,
8     please?
9          (Record read as requested.)
10         "What is the reason that the
11         Commonwealth tracks revenues
12         such as the HTA excise taxes
13         through Fund 278?"
14         MS. McKEEN:  So I'm going to
15    instruct the witness not to answer the question
16    because the Court very clearly stated that
17    discovery is not authorized into the main
18    reasons for the Commonwealth decision.
19         MR. NATBONY:  Okay.
20    BY MR. NATBONY:
21    Q.    Now, Mr. Ahlberg, when you
22    testified previously that the designation of
23    the excise taxes does not remain when a
24    transfer is made to the TSA, how do you know
25    that?

69

1     **A.    By reviewing the full daily sweep**
2     **transfers from the sweep account to the TSA**
3     **operational account.**
4     Q.    And by looking at those documents,
5     can you tell whether the Fund 278 designation
6     has remained in place?
7     **A.    No.**
8     Q.    So, again, what is the basis of
9     your testimony that the Fund 278 designation
10    does not remain when the transfer is made to
11    the TSA account?
12    **A.    Could you repeat the question all**
13    **together?**
14    Q.    Well, I asked you, how do you know
15    that the Fund 278 designation does not remain
16    when the transfer to the operational account
17    occurs.  I'm trying to understand how you know
18    that.
19    **A.    Right.  So at the end of the day,**
20    **when the sweep account sweeps to the TSA**
21    **operational account, comes to it, one -- one**
22    **transfer which groups revenues that have been**
23    **received in the sweep account that may not be**
24    **the HTA excise tax as well.**
25    Q.    Is there some report that you look

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                        April 21, 2020

---

**70**

1 at that shows that the amount designated for
2 Fund 278 has been reduced?
3     A.    No.
4     Q.    Is there any report that you're
5 aware of that you can run for the Commonwealth
6 that would show on any particular day how much
7 money is designated as Fund 278 money?
8     A.    No.
9     Q.    Is there any report that the
10 Commonwealth could run on any particular day to
11 show how much money has been designated part of
12 the Commonwealth's General Fund?
13     A.    I don't know how to answer that
14 question.  I can't answer that question in
15 that it doesn't make sense to me.
16     Q.    Why doesn't it make sense?
17     A.    Because I don't think about the
18 TSA cash balance by Fund type.
19     Q.    If you wanted to determine what
20 monies were in the Commonwealth's General Fund
21 today, what would you do?  Well, strike that
22 question.
23         If you wanted to determine what
24 monies were designated as part of the
25 Commonwealth's General Fund today, what would

---

**71**

1 you do to determine that?
2     A.    Yeah, I don't -- the way the
3 question is asked doesn't make sense to me.
4     Q.    So is it fair that you don't know
5 of a way to determine today how much is sitting
6 in the General Fund?
7     A.    The General Fund is not a bank
8 account in which monies get --
9     Q.    Do you -- can you determine today
10 what monies, what revenues are designated as
11 part of the General Fund today?
12     A.    You can determine as of today how
13 much General Fund revenue was earned.
14     Q.    How would you go about doing that?
15     A.    There are -- Treasury generates a
16 report, generates a report that states how much
17 revenue has been earned.  I think even the
18 general number of --
19     Q.    Is --
20     A.    Go ahead.
21     Q.    Is there a way to determine what
22 revenues today remain designated as Fund 278?
23     MS. McKEEN:  Object to the form.
24     THE WITNESS:  The way the
25 question's asked doesn't make sense.

---

**72**

1         All revenues that were earned in
2 Fund 278 are earned under Fund 278.
3 BY MR. NATBONY:
4     Q.    Right.  And how would you -- how
5 would you, if you wanted to, go about
6 determining what revenues today are designated
7 part of Fund 278?
8     MS. McKEEN:  Same objection.
9     THE WITNESS:  You can determine
10 how many revenues were earned in Fund 278, but
11 the part about designation does not make sense
12 to me.
13 BY MR. NATBONY:
14     Q.    How would you go about determining
15 what revenues were earned as part of Fund 278
16 today?
17     A.    I would run -- or I would use data
18 to look at the Collecteria account transactions
19 data.
20     Q.    Is that a complicated report to
21 run?
22     A.    That's subjective.
23     Q.    Well, how long would it take to
24 run a report like that?
25     A.    Assuming a Funds field is included

---

**73**

1 within the transactional data, you could run a
2 Fund formula in a matter of minutes.
3     Q.    Now, Fund 278 is a separate Fund
4 than the General Fund, correct?
5     A.    Fund 278 is a different Fund
6 number than Fund numbers of the General Fund.
7     Q.    All right.  So if revenues like
8 tax collections are reported in the General
9 Fund, they would be reported in Fund 278 as
10 well, correct?
11     A.    Correct.
12     Q.    And the opposite is true as well,
13 right?  That is, some revenues that are
14 reported in Fund 278, they wouldn't be in the
15 General Fund as well, right?
16     A.    Subject to any potential
17 reclassifications, that is correct.
18     Q.    Do you have an understanding of
19 the term "Special Revenue Funds"?
20     A.    I have a general understanding
21 based upon my work with the Commonwealth.
22     Q.    What's your general understanding
23 based on your work with the Commonwealth?
24     A.    In my work with the Commonwealth
25 and liquidity reporting and cash management,

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                    April 21, 2020

---

**74**

1   **Special Revenue Funds, A, means any Funds that**
2   **are not General Funds or Federal Funds.**
3        Q.      And is it fair to say that Special
4   Revenue Funds generally have some specific use
5   for purposes established by either law or
6   legislation?
7             MS. McKEEN:  Object to the form of
8   the question.
9             THE WITNESS:  I'm not an attorney,
10  so I don't know for certain.
11  BY MR. NATBONY:
12       Q.      Well, you said before that there
13  was -- I think you used the word
14  "reclassification."  Are you aware of any
15  reclassification of revenue earned in Fund 278
16  for the General Fund or otherwise?
17       A.      No.
18       Q.      Why would -- strike that.
19             What is the difference between a
20  Special Revenue Fund and a General Fund, in
21  your opinion?
22       A.      **In the context of my work with the**
23  **Commonwealth, specifically with the TSA, the**
24  **General Fund to me means all General Funds**
25  **dollars will pass through the TSA, and special**

---

**75**

1   **revenues means that special revenues may or may**
2   **not pass through the TSA.**
3        Q.      Are Special Revenue Funds
4   generally created because they're in some
5   special purpose for the Funds, for the money
6   for the revenues in those Funds?
7             MS. McKEEN:  Object to the form.
8             Are you asking him why Special
9   Revenue Funds are created?
10            MR. NATBONY:  I think my question
11  stands.
12            MS. McKEEN:  Okay.  Well, if
13  you're asking him why the Commonwealth took a
14  certain action, I'm going to instruct the
15  witness not to answer for the same reasons we
16  previously stated.  You're free to ask the
17  witness what was or wasn't done but not the
18  reasoning behind it.
19  BY MR. NATBONY:
20       Q.      Let's talk a little bit about the
21  TSA cash flow reports that we have seen before.
22            Is it fair that these cash flow
23  reports are revenues that have been collected
24  by the Commonwealth Treasury?
25       A.      **Yes.**

---

**76**

1        Q.      And is it fair that these reports
2   separate revenues as either being General Fund
3   collection or special revenue collections?
4        A.      **It is true that the report**
5   **separates both.**
6        Q.      And the HTA excise taxes, those
7   have been reported as special revenue
8   collections, correct?
9        A.      **I would need to check that**
10  **specific page of the document to make sure.**
11       Q.      Okay.
12            MR. NATBONY:  Let's pull up tab 5.
13  Let's mark that as Monoline Exhibit 6.
14            (Monoline Exhibit 6 is
15            introduced for the record.)
16  BY MR. NATBONY:
17       Q.      While that is being pulled up, let
18  me ask you this question:
19            When revenues are transferred from
20  a collections account to the TSA operational
21  account, are they classified as General Fund
22  revenues?
23            MS. McKEEN:  Object to the form of
24  the question.
25            THE WITNESS:  Would you repeat the

---

**77**

1   question?
2   BY MR. NATBONY:
3        Q.      When revenues are transferred from
4   the Commonwealth's collection account to this
5   operational account, CF TSA, are they
6   classified as General Fund revenues?
7        A.      **There's no --**
8             MS. McKEEN:  Object to the form of
9   the question.
10            THE WITNESS:  There's no
11  classification -- there's no classification at
12  the time of that transfer.
13  BY MR. NATBONY:
14       Q.      We brought up onto the screen what
15  has now been marked as Monoline Exhibit 6.  I'm
16  going to ask -- you recognize this as another
17  TSA cash flow report, correct?
18       A.      **Having just seen the cover page**
19  **here, that's what it looks like.**
20       Q.      I guess if you could turn to
21  page 7 of that document.
22       A.      **Give me a second here.**
23       Q.      Looking at page 7, do you see that
24  there are separate categories of General Fund
25  and Special Revenue Funds?  Do you see that?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                April 21, 2020

**78**

1      **A.**   Yes, I see that.
2      Q.   And looking at this or anything
3  else in the TSA report, can you determine
4  whether HTA excise tax revenues are reported as
5  part of the General Fund or part of the special
6  revenue?
7      MS. McKEEN:  Bill, is it --
8      THE WITNESS:  This --
9      MS. McKEEN:  Hold on for a second.
10     Bill, does the witness have
11 control of the documents so he can page through
12 it if he needs?  Thank you.
13     THE WITNESS:  In this report, the
14 HTA excise taxes would be included in line 13
15 on this page.
16 BY MR. NATBONY:
17     Q.   That would be the special -- under
18 Special Revenue Funds, correct?
19     **A.**   In this document, that is correct.
20     Q.   Do you have any reason to believe
21 that the HTA excise taxes were reported at any
22 time under the General Fund category?
23     **A.**   No.
24     Q.   Give me a second here.
25     On behalf of the Commonwealth in

**79**

1  HTA, do you have an understanding as to the
2  term "special deposit"?
3      **A.**   I'm not familiar with that term.
4      Q.   Have you used the term "special
5  deposit" in any of your work with respect to
6  the Commonwealth?
7      **A.**   I can't recall a time personally
8  where I used that phrase.
9      Q.   Looking back at Monoline
10 Exhibit 6, the page that we were talking about
11 before with respect to special revenues and
12 general revenues, the revenues that you refer
13 to in line 13, do they correspond to actual
14 dollars?
15     **A.**   This report would capture cash
16 receipts.  It's not a revenue report.
17     Q.   What do you mean by "asset
18 receipts"?
19     **A.**   Cash -- cash receipts.
20     Q.   Cash receipts.
21     **A.**   Yes.
22     Q.   Do you know whether the
23 Commonwealth has any bank accounts known as
24 special deposit accounts?
25     **A.**   I'm not certain of specific

**80**

1  accounts that may or may not be referred to in
2  that way.
3      MR. NATBONY:  Okay.  Let's bring
4  up tab 19 and mark that as Monoline's dep.
5      (Monoline Exhibit 7 is
6      introduced for the record.)
7  BY MR. NATBONY:
8      Q.   Let's turn to page 2 of this
9  document, which is a chart, and I will
10 represent to you that this has been taken from
11 the governing parties' opposition to the HTA
12 lift-stay motion as Exhibit A to that
13 opposition.
14     UNIDENTIFIED SPEAKER:  I think
15 it's the Oversight Board's brief, but there is
16 a joinder, I think.
17     MR. NATBONY:  I see it.  I'll
18 accept that amendment.
19 BY MR. NATBONY:
20     Q.   Are you able to see that chart?
21     **A.**   I can see the chart.
22     Q.   And hopefully you're able to blow
23 it up sufficiently so that you can look at it.
24     Have you seen this document
25 before?

**81**

1      **A.**   I have seen this document before.
2      Q.   Do you know who prepared this
3  exhibit?
4      **A.**   I believe counsel for the
5  Oversight Board did.
6      Q.   Were you involved in preparing
7  this exhibit?
8      **A.**   I was not involved.
9      Q.   So do you know what documents were
10 used to prepare this exhibit?
11     **A.**   I do not know all the documents
12 that were used to prepare this exhibit.
13     Q.   Do you know anything about how
14 this document was prepared?
15     **A.**   I know that in preparation of this
16 document, it involves review of laws and
17 statutes.
18     Q.   How do you know that?
19     **A.**   Based on conversation, having
20 reviewed this document before.
21     Q.   Looking at the language on the
22 right side about three-quarters down, that
23 says:
24     HTA imposes and collects toll
25 revenues.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                    April 21, 2020

---

**82**

1            Do you see that language?
2      **A.    I see that language.**
3      Q.    So is it fair to say that under
4  this exhibit, toll revenues do not touch any
5  Commonwealth account; is that correct?
6      MS. McKEEN:  Object.  Objection.
7      THE WITNESS:  This diagram -- this
8  does not appear to me from this diagram.
9  BY MR. NATBONY:
10     Q.    So it does not appear to you from
11  this diagram that toll revenues touch any
12  Commonwealth bank account, correct?
13     MS. McKEEN:  Object to the form of
14  the question.
15     THE WITNESS:  It's not clear to me
16  one way or the other reviewing this document.
17  BY MR. NATBONY:
18     Q.    Well, you did draft some flow of
19  funds documents relating to the toll revenues
20  as separate and apart from this exhibit, did
21  you not?
22      **A.    Correct.**
23     Q.    And is it your recollection that
24  when you looked at the flow of funds that with
25  respect to toll revenues they never touched any

---

**83**

1  Commonwealth bank account?
2      **A.    That's correct.**
3     MR. NATBONY:  Okay.  Let's pull up
4  tab 39.  Let's mark that as -- I think we
5  already marked it as Monoline Exhibit 1, so
6  let's bring it up.
7      Let's turn to page 5.
8  BY MR. NATBONY:
9     Q.    This is a letter, Mr. Ahlberg,
10  that we received from your counsel, Ms. McKeen,
11  on March 13th of 2020.
12     I'm looking at page 5.  I'd like
13  you to take a look at the language about
14  three-quarters of the way down the page that
15  starts with the word "Fondo."
16     Do you see that?
17      **A.    I do.  Would you give me a minute**
18  **to page through the rest of this document?**
19     Q.    Surely.
20     MS. McKEEN:  I don't want to
21  interrupt your flow, but as we get closer to
22  1 o'clock Eastern, I think it might make sense
23  to take some form of a lunch break or a half
24  hour break or something, whatever makes sense,
25  when you get through this document or however

---

**84**

1  you want to do it.
2     MR. NATBONY:  I thought we were
3  working on Central time, but if you folks want
4  to do lunch at 1, I have no problem doing that.
5  We have not been going for that long.  It'll be
6  an earlier lunch.
7     MS. McKEEN:  I don't care if
8  anyone actually eats.  I just think if we could
9  take a break around 1 o'clock, that would be
10  great.
11     MR. NATBONY:  Okay.  I'll do my
12  best.  Right around there is fine.
13     MS. McKEEN:  Thanks.
14  BY MR. NATBONY:
15     Q.    Let me know when you're ready,
16  Mr. Ahlberg.
17      **A.    Ready.**
18     Q.    So looking at the language that I
19  referred you to, would you agree that Funds in
20  Treasury's accounting system are both fiscal
21  and accounting entities?
22      **A.    That's what the document says.**
23     Q.    But do you agree with that
24  statement?
25      **A.    Yes.**

---

**85**

1     Q.    The next sentence says:
2      Funds segregate financial
3  information for the purpose of carrying on
4  specific activities and attaining certain
5  objectives in accordance with regulations,
6  restrictions and limitation.
7     Do you agree with that language?
8      **A.    Yes.**
9     Q.    What were the objectives for the
10  Fund 278 designation?
11     MS. McKEEN:  Objection.  What --
12  are you asking what the Commonwealth's
13  objections were -- objectives were with the
14  designation?
15     MR. NATBONY:  Yes.
16     MS. McKEEN:  Okay.  That sounds a
17  lot like asking him why the Commonwealth did
18  something, so it's the exact same instruction
19  as when you asked the question previously, and
20  I'm going to instruct the witness not to
21  answer.
22  BY MR. NATBONY:
23     Q.    Okay.  The next line is:
24      Fund 278 is one of the many Fund
25  numbers used to designate Special Revenue Funds

---

Henderson Legal Services, Inc.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                    April 21, 2020

23 (Pages 86 to 89)

---

**86**

1    within the Treasury systems.
2          Do you agree with that statement?
3      A.    Yes.
4      Q.    The next line is:
5          Separate Fund numbers exist to
6    designate Federal Funds under Puerto Rico
7    General Fund.
8          Do you agree with that statement?
9      A.    Yes.
10     Q.    Okay.  The next paragraph talks
11   about the value post 660000, referring to HTA
12   within PRIFAS, P-R-I-F-A-S.
13         Do you agree with that statement?
14     A.    Yes.
15     Q.    In the course of your work with
16   AAFAF, have you ever seen any written reports
17   concerning Fund 278?
18     A.    Could you clarify what you mean by
19   "written reports"?
20     Q.    Any reports that talk about Funds
21   that -- that concern Fund 278.
22         MS. McKEEN:  Objection, object to
23   the form.
24         THE WITNESS:  As previously
25   mentioned, it is possible to run reports on the

---

**87**

1    collections received into the Collecteria
2    accounts and extract Fund designation from
3    there.
4    BY MR. NATBONY:
5      Q.    Have you seen those types of
6    reports in preparation for the deposition
7    today?
8      A.    I have.
9      Q.    Have you seen any reports that
10   show withdrawals from the Fund 278
11   designations?
12         UNIDENTIFIED SPEAKER:  Object to
13   the form.
14         MR. NATBONY:  I'll rephrase it.
15   BY MR. NATBONY:
16     Q.    Have you seen any reports
17   indicating withdrawals from Fund 278?
18         MS. McKEEN:  Same objection.
19         UNIDENTIFIED SPEAKER:  Same
20   objection.
21         THE WITNESS:  I have seen reports
22   prepared by HTA management that does have the
23   word "withdrawals" on it.
24   BY MR. NATBONY:
25     Q.    Now, you mentioned PRIFAS before,

---

**88**

1    so tell me what PRIFAS is.
2      A.    PRIFAS is the Puerto Rico
3    Information and Financial Accounting System.
4      Q.    And what is SURI, S-U-R-I?
5      A.    That's a Spanish acronym, like the
6    unified collection system -- I apologize,
7    that's mis -- misphrased, but (indiscernible).
8      Q.    And what is SURI used for?
9      A.    SURI is a revenue -- collection
10   revenue recognition platform.
11     Q.    Is SURI used for the collection of
12   HTA excise taxes?
13     A.    No.
14     Q.    Does the PRIFAS accounting system
15   maintain historical records of all accounting
16   entries for the Commonwealth?
17     A.    There is accounting information
18   stored within PRIFAS.  I don't know if it
19   maintains every accounting entry.
20     Q.    Does PRIFAS maintain records by
21   Fund?
22     A.    There are historical records in
23   PRIFAS that include a Fund-type designation.
24     Q.    And Fund 278 is a Fund designation
25   maintained in PRIFAS, right?

---

**89**

1      A.    Correct.
2      Q.    Does Treasury maintain any ledgers
3    for each Fund?
4      A.    I'm not certain of the specifics
5    of the accounting ledgers.
6      Q.    Do you know whether any ledgers
7    that are maintained for Fund 278 are done in
8    accordance with GASB standards?
9          MS. McKEEN:  Object to the form.
10         THE WITNESS:  Not being a CPA, I'm
11   not sure of the Treasury standards, but also
12   not sure about the first part of your question
13   as well.
14   BY MR. NATBONY:
15     Q.    Do you know whether Treasury does
16   any reconciliations for the various Funds?
17   "Funds" is capitalized.
18     A.    I do know that Treasury monitors
19   transactions.  I'm not aware of any specific
20   ledger tracking.
21     Q.    How do they monitor transactions
22   getting to Fund 278?
23     A.    I would include -- I mean, just
24   downloading the information from Collecteria
25   with all the transactions that were tagged with

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I

April 21, 2020

24 (Pages 90 to 93)

## 90

1  278 would be a first step in that process.
2      Q.    Are there other steps that the
3  Commonwealth can take to monitor transactions
4  with respect to Fund 278?
5      A.    There's interaction between
6  Treasury and HTA to agree upon amounts.
7      Q.    What do you mean by:
8  "There's interaction between
9  Treasury and HTA to agree upon amounts"?
10     A.    I just meant that -- I just meant
11 that HTA and Treasury are in communication.
12     Q.    What are they in communication
13 about with respect to Fund 278?
14     A.    I don't know of any specific
15 Fund 278, you know, interaction, but HTA
16 typically receives a transfer from Treasury on
17 a monthly basis, so there is -- there would be
18 a phone call before that transfer is made.
19     Q.    Is that a phone call you would
20 make?
21     A.    No.
22     Q.    Who would be making that phone
23 call?
24     A.    I'm not certain who would be
25 making that phone call.

## 91

1      Q.    What is the BPPR collection
2  system?
3      A.    That -- is there a specific
4  location where that phrase is used, because I
5  think it depends on the context.
6      Q.    Well, is that an automated system
7  that reports collections including, for
8  instance, things like excise taxes?
9           MS. McKEEN:  Objection.
10          THE WITNESS:  Could you clarify
11 what you mean by "BPPR collection system"?
12 BY MR. NATBONY:
13     Q.    Well, is there some automated
14 system within the Commonwealth that reports
15 collections for things like excise taxes?
16     A.    There are no automated reports for
17 excise taxes.
18     Q.    How does the Commonwealth track
19 excise tax revenues -- well, strike that.
20          Is collections data of excise
21 taxes provided to PRIFAS, P-R-I-F-A-S?
22     A.    I don't -- I'm not sure the way
23 you're using, like, "provided to PRIFAS."  That
24 doesn't really make sense to me.
25     Q.    Well, the collection of excise tax

## 92

1  revenues does have to be input somehow to the
2  PRIFAS system, right?
3      A.    Collections would interface with
4  PRIFAS.
5      Q.    So that PRIFAS is able to issue
6  reports on collections, including excise taxes,
7  right?
8           MS. McKEEN:  Object to form.
9           THE WITNESS:  The report that I
10 previously mentioned where you would take Fund
11 278 from Collecteria collections, transactional
12 detail, that is extracting data, cash
13 transaction data from that account.  That is
14 not extracting data from PRIFAS.
15 BY MR. NATBONY:
16     Q.    Where does it extract from?
17     A.    It extract data from Collecteria
18 bank accounts.
19          Now, that information does
20 interface with PRIFAS, but I just -- I don't
21 extract that information from PRIFAS for
22 purposes of cash reporting, because my focus
23 would be on cash, so I would go to the actual
24 cash accounts and pull those numbers.
25     Q.    But the information in Collecteria

## 93

1  would be in PRIFAS, would it not?
2           MS. McKEEN:  Object to the form.
3           THE WITNESS:  The collections
4  received into Collecteria are recorded into
5  PRIFAS.
6  BY MR. NATBONY:
7      Q.    So would reports be able to be run
8  through PRIFAS that show the amounts of excise
9  taxes collected over various periods of time?
10     A.    Reports from PRIFAS would show the
11 amount of revenue earned, not necessarily cash
12 collected.
13     Q.    But you would be able to run
14 reports under PRIFAS for amounts of revenue
15 earned, for example, HTA excise taxes?
16     A.    Correct.
17          MR. NATBONY:  Okay.  It's a little
18 after 1.  You wanted to take a break, Liz, so
19 I'm happy to do that at this time.  Do we want
20 to reconvene at 1:30, 1:35?
21          MS. McKEEN:  That works great for
22 us.
23          MR. NATBONY:  All right.  Thank
24 you very much, Mr. Ahlberg, and we'll be
25 reconvening at 1:35.  People are going to stay

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I

April 21, 2020

25 (Pages 94 to 97)

---

**94**

1  on, I guess, and not disconnect. We'll come
2  back at 1:35, all right?
3       THE WITNESS: That's my question.
4  What -- do I hang up and end now, or do we just
5  go on mute and hide video and wait to come
6  back?
7       MS. McKEEN: Tim, I think you
8  should hang up your phone and hide video.
9       THE WITNESS: Okay.
10      MS. McKEEN: I think that will be
11 sufficient.
12      MR. NATBONY: Okay. Thank you,
13 everybody.
14      THE VIDEOGRAPHER: We are off the
15 record at 12:05 p.m.
16      (Recess taken.)
17      A F T E R N O O N   S E S S I O N
18      THE VIDEOGRAPHER: We are back on
19 the record at 12:37 p.m.
20      MR. NATBONY: Thank you.
21 BY MR. NATBONY:
22      Q.    Good afternoon, Mr. Ahlberg. We
23 will continue our questioning.
24           When we left off, we were talking
25 about Fund 278 reports.

---

**95**

1       A.    Excuse me. Is your camera on? I
2  can't see your box.
3       Q.    It's on, yes.
4       A.    I can only see myself and Liz.
5       Q.    I'll just turn it off and turn it
6  on again, see if that works.
7            My camera is on. I see the three
8  of us. Do you not see me?
9       A.    Okay. Now, I'm seeing everyone.
10      Q.    Okay. Okay. So based on your
11 work with the Commonwealth, what Commonwealth
12 systems can run reports concerning Fund 278?
13      A.    Off the top of my head, I think
14 that you could run a cash collections report
15 for Fund 278, mining data from the transaction
16 details from the Collecteria sweep account.
17           Additionally, within PRIFAS, you
18 may be able to collect a Fund -- Fund
19 designation and run a report that would show
20 earned revenues for that Fund number during the
21 discrete time period specified by the query.
22      Q.    Are there any reports that you're
23 aware of that can be run showing the current
24 balance of Fund 278?
25      MS. McKEEN: Object to the form.

---

**96**

1       THE WITNESS: Not from the PRIFAS
2  system.
3  BY MR. NATBONY:
4       Q.    Are you aware of any system that
5  would be able to run such a report?
6       A.    No.
7       Q.    Is it your testimony that you know
8  there is no such ability, or you just don't
9  know?
10      A.    I didn't catch the last -- I
11 didn't catch the phrasing of the question.
12      Q.    Is it your testimony that you know
13 there is no ability to run such a report, or
14 you just don't know?
15      A.    I've never seen the capability of
16 the system to do that.
17      Q.    Well, do you know whether or not
18 there is an ability to run a report that would
19 show what is the current balance in Fund 278?
20      MS. McKEEN: Objection.
21      THE WITNESS: I'm not aware of a
22 report that you could run that would show that
23 within PRIFAS.
24 BY MR. NATBONY:
25      Q.    And again, I just want to be

---

**97**

1  clear. Is it that you're just not aware of any
2  or you know for sure that there is none?
3       A.    There are no ongoing reports that
4  are -- that are typically generated in the
5  course of business like this.
6       Q.    I'm not asking you that question.
7            I'm asking you whether you know
8  definitively whether or not a report can be
9  created that would show the current balance in
10 Fund 278.
11      MS. McKEEN: Objection.
12      THE WITNESS: I don't think so.
13 BY MR. NATBONY:
14      Q.    Now, you mentioned that there was
15 a couple of different types of reports that you
16 could obtain. What information can you obtain
17 in a report relating to Fund 278 aside from
18 earned revenues?
19      A.    Earned revenues or cash collection
20 at the point of receipt into the Collecteria
21 account.
22      Q.    Does the Commonwealth engage in
23 any activities to reconcile revenues earned to
24 revenues collected with respect to Fund 278?
25      A.    I didn't hear the first part of

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                              April 21, 2020

---

**98**

your question.

Q.    Does the Commonwealth do anything to reconcile revenues earned to revenues collected with respect to Fund 278?

A.    Yeah, that would involve making sure that cash collection is assigned to the appropriate accrual accounting period.

Q.    How would you do that?

A.    I'm not certain how those entries get entered into the system.

Q.    But there would be a way to do it, right?

A.    A way to do what?

Q.    Reconcile revenues earned to revenues collected for Fund 278.

A.    We can certainly compare cash collection to earned revenue.  I understand the differences between the two.

MR. NATBONY:  Okay.  Let's pull up tab 37, which will be Monoline Exhibit 8.

(Monoline Exhibit 8 is introduced for the record.)

BY MR. NATBONY:

Q.    Do you see it?

A.    I see that document now.

---

**99**

Q.    Okay.  Great.

Take a look at this four-page document, and I will let you know that there is an English -- certified English translation that follows it, but happy for you to just look at the exhibit, first four pages, if you understand Spanish.

Have you seen this document --

MS. McKEEN:  Bill, I'd like to see the certified English translation.

MR. NATBONY:  It's there.  It's right attached to it.

MS. McKEEN:  Thank you.

BY MR. NATBONY:

Q.    Looking at the first four pages of this document, have you seen this document before?

A.    Will you give me one minute to review the document, please?

Q.    Sure.

A.    I have not seen this document before.

Q.    Okay.  This is a document that was produced to us.  Do you have any idea what the relationship of Ernst & Young is to HTA?

---

**100**

A.    I believe they were the auditing firm of HTA.

Q.    So they were the auditors for HTA in 2016?

A.    I'm not certain of the years that EY was the auditor of HTA.

Q.    Well, the date of this letter is 2016, and you would agree with me that this is a response to a Request For Information by Ernst & Young, correct?

MS. McKEEN:  Object to the form.

THE WITNESS:  That's what the document says.

BY MR. NATBONY:

Q.    Okay.  Is it fair to say that Ernst & Young was seeking a list of payouts that the HTA maintained in Treasury?

MS. McKEEN:  Objection.

THE WITNESS:  It's not clear to me from this document.

BY MR. NATBONY:

Q.    Okay.  What do you understand this letter to be?

A.    This letter appears to be a request for certification of the information

---

**101**

related to the accounts with the authority below.

Q.    All right.  And it's asking for accounts that are maintained at Treasury, correct?

MS. McKEEN:  Objection, document speaks for itself.

BY MR. NATBONY:

Q.    You can answer.

A.    It's not clear to me that this department refers to Treasury.

Q.    Do you have any personal knowledge about this letter or the response that was made to -- sorry.

Do you have any personal knowledge as to the request that came from Ernst & Young for this response that was provided to Ernst & Young?

MS. McKEEN:  Object to the form of the question.

THE WITNESS:  No.

BY MR. NATBONY:

Q.    In looking at the heading of the letter, it is from the Treasury, right?

A.    That is what the header says.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I

April 21, 2020

27 (Pages 102 to 105)

---

102

1    Q.    So it is a letter from -- it is a
2  letter from the Treasury (indiscernible),
3  correct?
4         MS. McKEEN:  Objection.  Bill,
5  you're also cutting out.
6         MR. NATBONY:  Sorry.
7         THE WITNESS:  You want to -- you
8  want to break for a moment?  You want to go on
9  mute?
10 BY MR. NATBONY:
11   Q.    So the letter is a letter from the
12 Treasury providing information to Ernst &
13 Young, correct?
14        MS. McKEEN:  Objection.
15        THE WITNESS:  That's what the
16 document says.
17 BY MR. NATBONY:
18   Q.    And you do agree with me that this
19 is a response that talks about accounts that
20 are maintained at Treasury by HTA?
21        MS. McKEEN:  Same objection.
22        THE WITNESS:  That's what the
23 document says.
24 BY MR. NATBONY:
25   Q.    And if you look at pages 2 to 4 of

---

103

1  the document, they have various Fund 278
2  accounts.
3         MS. McKEEN:  Object to the form of
4  the question.
5         THE WITNESS:  Are you referring to
6  pages 6 and 7 of the certified English
7  translation?
8  BY MR. NATBONY:
9    Q.    No, I'm talking pages 2 to 4 of
10 the Spanish version that you're looking at.
11        The question is the --
12   A.    Could you repeat the question?
13   Q.    Sure.  These are listings of the
14 Fund 278 tabs that HTA was maintaining at
15 Treasury, correct?
16        MS. McKEEN:  I'm just going to
17 object to questioning of the witness about the
18 Spanish portions of the document when he had
19 asked about pages 6 and 7 of the translation.
20 If the witness would prefer to work in the
21 English version, I'd ask that we do that.
22        MR. NATBONY:  He can look at
23 whichever version he wants, Liz.  I have no
24 objection.
25

---

104

1  BY MR. NATBONY:
2    Q.    So let me ask the question again.
3         Following the first page of this
4  letter, there are several pages, and those
5  pages list Funds (indiscernible) that HTA was
6  making from the Treasury, correct?
7         MS. McKEEN:  Objection.
8         THE WITNESS:  It's not clear to me
9  from this document that Fund 278 is noted
10 anywhere in the document.
11 BY MR. NATBONY:
12   Q.    Okay.  Well, let's look at the
13 second page.  Are you going to look at the
14 Spanish or the English version?
15   A.    English.
16   Q.    English?  So looking at the second
17 page of the document, which is HTA 0028472,
18 there are numbers at the top of the page that
19 say 278-0660000 and other numbers.  Do you see
20 that?
21   A.    Yes, I do see that.
22   Q.    Doesn't that indicate to you
23 Fund 278?
24        MS. McKEEN:  Objection to the form
25 of the question.

---

105

1         THE WITNESS:  I do see Fund 278
2  there that I did not see before.
3  BY MR. NATBONY:
4    Q.    Okay.  And you also see it all
5  throughout pages 2 to 4, right?  Several times
6  on page 2 and several times on page 3 and
7  several times on page 4, correct?
8         MS. McKEEN:  Objection to the
9  form.
10        THE WITNESS:  It is true that the
11 number 278 appears various times on those
12 pages.
13 BY MR. NATBONY:
14   Q.    And you understand that to relate
15 to Fund 278, correct?
16   A.    That is my understanding.
17   Q.    And the second part of each
18 account number, the 0660000 number, is a number
19 associated with HTA, correct?
20   A.    That is the HTA department ID
21 within the PRIFAS system.
22   Q.    For each account listed here, it
23 gives a description of the source of revenue
24 for each account, right?
25        MS. McKEEN:  Objection.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I

April 21, 2020

28 (Pages 106 to 109)

---

**106**

1      THE WITNESS:  There are sources of
2  revenues listed.
3  BY MR. NATBONY:
4      Q.    Right.  And those sources of
5  revenues include gasoline taxes, right?
6      A.    That's what the document says.
7      Q.    Diesel taxes?
8      A.    That's what the document says.
9      Q.    Vehicle license fee?
10     A.    Are you referring to motor
11 registration?
12     Q.    Yes, sir.
13     A.    I see that.
14     Q.    Crude oil, petroleum taxes?
15     A.    I see those on the document.
16     Q.    Toll fines?
17     A.    I see those on the document.
18     Q.    And on page 3, cigarette taxes
19 also, correct?
20     A.    Cigarette taxes is listed.
21     Q.    Now, I'm going to ask you, if you
22 can, just to -- do you have a pencil handy?
23     A.    I do have a pencil handy but no
24 paper.
25     Q.    No?  Well, maybe you can try just

---

**107**

1  to jot down a couple of figures that are listed
2  on page 1 of the -- two exhibits on the screen,
3  which I think would save time.
4      But if you could mark just how
5  many amounts of revenue listed in the 278 Funds
6  for gasoline, diesel and motor vehicle license
7  fees on page 1, that would be helpful.
8      So the gasoline taxes are
9  approximately 157 million --
10     A.    Will you allow me a minute here to
11 grab a piece of paper?
12     Q.    Sure.
13     A.    Okay.  I have paper.
14     Q.    Okay.  Did you jot down those
15 three numbers for gasoline taxes, diesel oil
16 taxes and motor vehicle licenses?
17     A.    No.  Which -- which pages, which
18 numbers?
19     Q.    One -- in the Heading A, there are
20 three numbers.
21     A.    Can you see that circle?  Are
22 these the numbers that you want?
23     Q.    It's the 157 million, 10 million.
24     A.    I see that, sir.
25     Q.    Correct.  Thank you for doing

---

**108**

1  that.
2      Let me know when you're done.
3      A.    Okay.
4      Q.    Okay.
5      MR. NATBONY:  Now, let's bring up
6  1029, which we'll mark as Monoline Exhibit 9.
7      (Monoline Exhibit 9 is
8      introduced for the record.)
9  BY MR. NATBONY:
10     Q.    Okay.  Looking at that document,
11 at least by the cover, do you recognize it to
12 be the audited financials for HTA for fiscal
13 year 2014 to '15?
14     A.    Just looking at the cover, yeah.
15     Q.    And the numbers that we just
16 looked at in the prior document were for that
17 same period, correct?
18     A.    Correct.
19     Q.    Let's take a look at page 25, PDF
20 page 25 -- I should say the 25th page, which is
21 really page 23.
22      So looking at that listing of
23 revenues, is it fair to say that the revenue
24 amounts listed in the financial statements for,
25 for example, gasoline, diesel, and motor

---

**109**

1  vehicle license fees, generally matched
2  deposits in the Fund 278 accounts that Treasury
3  disclosed to Ernst & Young?
4      A.    The numbers are generally close.
5      Q.    So Fund 278, you know, is the Fund
6  that records HTA's revenues, right?
7      MS. McKEEN:  Objection.
8      THE WITNESS:  That is the Fund
9  number used to identify and record these
10 revenues.
11 BY MR. NATBONY:
12     Q.    And therefore, those same numbers,
13 the Fund 278 numbers, were used to report HTA's
14 revenues to the public, right?
15     A.    Could you repeat that?
16     Q.    And those...
17      And, therefore, those same
18 numbers, the Fund 27 -- Fund 287 numbers were
19 used to report HTA's revenues to the public,
20 correct?
21     A.    I believe you may have just
22 misspoken.  You said 287 instead of 278.
23     Q.    You're absolutely right.  I think
24 I was reading 27 in the transcript.  So I will
25 repeat the question.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                    April 21, 2020

29 (Pages 110 to 113)

---

**110**

1    So is it fair to say that those
2  same numbers, the Fund 278 numbers, were used
3  to report HTA's revenues in the audited
4  financial statement released to the public?
5        A.    I don't know how EY generated
6  those numbers for this document and if they
7  used the Fund number or not.
8        Q.    But they are generally the same,
9  correct?
10       A.    They are generally similar.
11       Q.    What is an SC 735 payment voucher?
12       A.    Off the top of my head, I'm unsure
13 what you're referring to.
14       Q.    Are there vouchers that serve as
15 requests for transfers of Funds from
16 Commonwealth accounts?
17       A.    In some cases, yes.
18       Q.    Are you familiar with the
19 designation SC 735 as a type of that voucher?
20       A.    I'm not familiar with that
21 specific type of voucher.
22       Q.    Has HTA had the ability to direct
23 transfers from Fund 278?
24       MS. McKEEN:  Objection.
25       THE WITNESS:  I'm not sure who

---

**111**

1  directs the transfers.
2  BY MR. NATBONY:
3        Q.    Okay.  Well, based on your
4  knowledge, if you don't know, you don't know,
5  but is it your understanding that HTA has had
6  the authority to direct transfers of Funds from
7  Fund 278?
8        A.    That is not my understanding.
9        Q.    Okay.  Do you have an
10 understanding as to whether HTA has had the
11 authority to do so?
12       A.    You broke up slightly in that
13 question.
14       Q.    What is your understanding as to
15 whether HTA has had the authority to direct
16 transfers from Fund 278?
17       MS. McKEEN:  Objection.
18       THE WITNESS:  I don't know one way
19 or the other the historical authority of HTA
20 there.
21       MR. NATBONY:  Okay.  Let's pull up
22 tab 44.  And let's mark this as Exhibit 10.
23       (Monoline Exhibit 10 is
24       introduced for the record.)
25

---

**112**

1  BY MR. NATBONY:
2        Q.    While that's coming up, do you
3  know an individual by the name of Cesar M.
4  Gandiaga Texidor?
5        A.    The name does not ring a bell, but
6  it's possible that I might know this person.
7        Q.    Has HTA ever had the ability to
8  direct transfers of monies from the TSA based
9  on reported revenues in Fund 278?
10       A.    No.
11       MS. McKEEN:  Objection.
12 BY MR. NATBONY:
13       Q.    Is it that you're sure it's no or
14 you just don't know one way or the other?
15       A.    Could you repeat the question?
16       Q.    Has HTA ever had the ability to
17 direct transfers of monies from the TSA based
18 on reported revenues in Fund 278?
19       MS. McKEEN:  Same objection.
20       THE WITNESS:  Yeah, I'm not aware
21 of the historical authority to effectuate
22 transfers.
23 BY MR. NATBONY:
24       Q.    One way or the other, correct?
25       A.    One way or the other.

---

**113**

1        Q.    Looking at Monoline Exhibit 10,
2  which is now up on the screen, have you ever
3  seen this Treasury circular letter before?
4        A.    Would you please give me a minute
5  to scroll through the document?
6        Q.    Of course.
7        A.    Do you have a certified
8  translation?
9        Q.    I do.  It follows.  I don't think
10 there -- is there one there?
11       A.    I have not received this document
12 previously.
13       Q.    Okay.  Do you understand this
14 document to be a request for -- I'm sorry,
15 strike that.
16       Would you agree with me that as
17 set forth on page 1 of this document that the
18 purpose is to share instructions to be followed
19 by the agencies for which data entry has been
20 delegated, as well as to approve certain
21 financial transfers?
22       MS. McKEEN:  Objection.
23       THE WITNESS:  That's what the
24 document says.
25

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I

April 21, 2020

30 (Pages 114 to 117)

---

**114**

1  BY MR. NATBONY:
2      Q.    Okay.  And if you look at
3  Appendix 3, which is page 13 of the appendix,
4  SC 735 payment vouchers are listed as one of
5  the payment vouchers whose approval is
6  delegated to the agencies, correct?
7          MS. McKEEN:  Objection.
8          THE WITNESS:  That is what the
9  document says.
10  BY MR. NATBONY:
11      Q.    Okay.  So basically for SC 735
12  vouchers, HTA had an ability to approve such
13  vouchers, correct?
14          MS. McKEEN:  Objection.
15  BY MR. NATBONY:
16      Q.    You can answer.
17      A.    The document --
18          MS. McKEEN:  Please look at the
19  document.
20  BY MR. NATBONY:
21      Q.    I'm sorry?
22      A.    The document says that documents
23  for which data entry and approval have been
24  delegated to the agencies.
25      Q.    Right, and HTA is one of the

---

**115**

1  agencies, correct?
2      A.    It's not clear to me from this
3  document.
4      Q.    Well, HTA is one of the
5  Commonwealth's agencies, correct?
6      A.    It depends.
7      Q.    What do you mean by "it depends"?
8      A.    I don't refer to HTA as an agency
9  of the government.  I refer to it as a
10  component unit or instrumentality.
11      Q.    Sitting here today, do you have
12  any reason to think that Exhibit 10 does not
13  apply to HTA?
14      A.    I don't have enough information to
15  say one way or the other based on this
16  document.
17          MR. NATBONY:  Let's pull up
18  tab 25, and we'll mark that as Exhibit 11.
19          (Monoline Exhibit 11 is
20          introduced for the record.)
21  BY MR. NATBONY:
22      Q.    One second.  Okay.  Looking at
23  this series of documents -- and I believe the
24  first two pages are out of order, which is why
25  I paused for a moment.

---

**116**

1          I think the second page belongs
2  right before the first page, but if you
3  look -- just so you know, there are these
4  documents and also a certified translation in
5  the back, if you wanted to refer to it.
6          But looking at the first page,
7  which is really the second page, the one with
8  466 at the bottom, this is out of order.  Just
9  give me one second.
10          Okay.  Can you tell me what that
11  document is, the 466 document?
12      A.    I'm trying to find the -- do you
13  know which page the certified English
14  translation is on?
15      Q.    I can check for you.
16          I believe it would be -- I can't
17  tell you what PDF number it is.  It's about
18  halfway through the document.
19          Are you not able to tell from the
20  Spanish version just basically what form this
21  is?
22          MR. NATBONY:  Jaclyn, on the form,
23  it should be page 28.
24          THE WITNESS:  Thank you.
25

---

**117**

1  BY MR. NATBONY:
2      Q.    So 28 is the letter and -- and
3  who's moving the document here?  Just a minute.
4          And 29 is the -- 28 is the letter,
5  and 27 is the accompanying form.  But looking
6  at PDF page 27, which is marked HTA-STA0000467,
7  what is that document?
8      A.    I have not seen this specific
9  document before.
10      Q.    Okay.  Well, looking at the top,
11  would you agree with me that it says SC 735, so
12  this is an SC 735 voucher?
13      A.    I see the document says Model
14  SC 735.
15      Q.    Okay.  And looking at the two
16  pages that are related, second page is related
17  to the first.  It contains the same voucher
18  number, right?
19          MS. McKEEN:  Objection.
20          THE WITNESS:  Where?
21  BY MR. NATBONY:
22      Q.    The page you were just looking at
23  has a voucher number on it, doesn't it?  Under
24  invoice number, it says 15, then it has a few
25  zeroes, 1500021?  Do you see that?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I

April 21, 2020

31 (Pages 118 to 121)

**118**

1    A.    I do see that.
2    Q.    Now, the accompanying letter
3  refers to the same voucher number, correct?  Go
4  one page back.
5          Jaclyn is telling me it should be
6  on page 28, sir.
7    A.    I see the same voucher number
8  there.
9    Q.    So these documents, is it fair to
10  say, show the transfer of $6 million of
11  gasoline tax proceeds from Treasury's
12  operational account, that's 0006, to an HTA
13  account at Oriental Bank?
14    A.    That is what this document says.
15    Q.    Okay.  And the voucher itself that
16  you were looking at shows that the money
17  withdrawn from Treasury's operational account
18  comes from Fund 278, doesn't it?
19    A.    The document does list Fund 278
20  there.
21    Q.    Okay.  And by the way, who was the
22  individual that authorized this voucher
23  authorizing the transfer from the Treasury's
24  operational account?
25    A.    That's not clear to me from this

**119**

1  document.
2    Q.    Well, looking at the signature on
3  the right that says:
4          I certify --
5    A.    I see that.
6    Q.    -- that the above transfer was
7  made following procedures established by law
8  and existing regulations, and which I have not
9  previously approved for which I authorized.
10          Do you see that?
11    A.    Yes, I do see that.
12    Q.    And there's a signature underneath
13  there, correct?
14    A.    An electronic signature, yes.
15    Q.    Okay.  And do you know who that
16  person is?
17    A.    I do not know who that individual
18  is.
19    Q.    Okay.  He was the executive -- the
20  Deputy Executive Director of Administration and
21  Finance at HTA, wasn't he?
22    A.    I'm not positive.  I don't have a
23  relationship with this individual.
24          MR. NATBONY:  Let's pull up tab
25  23.  We'll mark that as Exhibit 12.

**120**

1          (Monoline Exhibit 12 is
2          introduced for the record.)
3  BY MR. NATBONY:
4    Q.    And let's go to page 28 of that
5  document.  Just looking at that single page, do
6  you see where it says Mr. Texidor is the
7  director and (indiscernible) administration and
8  finance with respect to HTA?
9    A.    It does not say HTA on this
10  document.
11    Q.    The document itself is from the
12  Highway Transportation Authority, isn't it?
13    A.    The header of the document is an
14  HTA header.
15    Q.    Right.  And the DV language, that
16  means from, right?
17    A.    That does mean from.
18    Q.    So this is from Mr. Texidor, who
19  identifies himself as the -- as the Executive
20  Director of Administration and Finance of HTA,
21  correct?
22    A.    Again, it does not specify that he
23  is the executive director for HTA on that
24  document.
25    Q.    Do you have any reason to dispute

**121**

1  that he is the executive director or was an
2  executive director of HTA at the time?
3    A.    No.
4    Q.    Let's go back to tab 25, which was
5  Exhibit 11.
6          So looking again at the page with
7  the markings 467 at the bottom, this is a
8  transfer from the Commonwealth's operational
9  account that was authorized by Mr. Texidor,
10  correct?
11    A.    That is what this document says.
12    Q.    And if you scroll through the
13  further documents in this set of documents, you
14  would agree that there are other similar
15  transfers from Commonwealth operation accounts
16  relating to Fund 78 [sic] to HTA accounts
17  authorized by Mr. Texidor, correct?
18    A.    From Fund 278, just to clarify.
19    Q.    Yes.
20          Are you looking through the
21  document?  My question was -- I'll repeat it --
22  do the remaining documents within this exhibit
23  reflect similar transfer vouchers for excise
24  tax revenues from TSA operating (indiscernible)
25  to (indiscernible) authorized by Mr. Texidor,

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                               April 21, 2020

32 (Pages 122 to 125)

---

**122**

1  correct?
2          MS. McKEEN:  Object to the form.
3          THE WITNESS:  So I think I was on
4  mute.  Sorry.
5          There are other transfers within
6  this document of vouchers that appear similar
7  and also signed by Mr. Texidor, as was the
8  other document we looked at.
9  BY MR. NATBONY:
10         Q.     Thank you.  And these also reflect
11 that they are transfers relating to Fund 278
12 related to HTA, correct?
13         A.     Yeah, from -- from the other ones
14 that I just looked at, yes.
15         MR. NATBONY:  Okay.  Let's pull up
16 tab 42 and mark that as Monoline Exhibit 13.
17         (Monoline Exhibit 13 is
18         introduced for the record.)
19         MR. NATBONY:  I just lost Liz
20 McKeen video.
21         Liz, are you still on?
22         UNIDENTIFIED SPEAKER:  I also have
23 lost her.
24         MR. NATBONY:  Okay.  By agreement,
25 I'm going to hold the questioning until I see

---

**123**

1  Liz back on the screen.
2          THE WITNESS:  Okay.
3          UNIDENTIFIED SPEAKER:  Liz was
4  disconnected.  She'll be back on in a moment.
5  She texted.  We just wanted you to know she's
6  aware, and she'll be back on momentarily.
7          MR. NATBONY:  Okay.  Jaclyn, you
8  can pull up tab 42 while we're waiting.
9          Hi, Liz, are you here?
10         MS. McKEEN:  I am seemingly back.
11 Can you guys hear me?
12         MR. NATBONY:  Yes, we did hold
13 questioning because I noticed I'd lost your
14 feed.
15         MS. McKEEN:  I did my best to
16 make --
17         MR. NATBONY:  That's fine.
18         (Simultaneous speaking.)
19         MR. NATBONY:  As soon as I saw
20 your picture disappear, I stopped questioning.
21         MS. McKEEN:  Sounds good.  Much
22 appreciated.  Thank you.  I'm back.
23         MR. NATBONY:  Okay.
24 BY MR. NATBONY:
25         Q.     Will you look at what's been

---

**124**

1  marked as Monoline Exhibit 13.  Have you seen
2  this document before?
3          Did you answer?  I'm sorry, I
4  couldn't hear.
5          A.     Yes.
6          Q.     Okay.  This and the accompanying
7  flow of funds charts attached to it are
8  documents you drafted; is that correct?
9          MS. McKEEN:  Object.
10         THE WITNESS:  That is correct.
11 BY MR. NATBONY:
12         Q.     And what did you use to draft
13 these documents?
14         A.     In general, review of bank
15 statements and transfer details and vouchers
16 would inform this presentation.
17         Q.     Okay.  What was used to determine
18 that excise taxes were received into
19 collections accounts?
20         A.     That would be a bank statement or
21 bank transaction statement.
22         Q.     Anything else?
23         A.     To determine what again?  Would
24 you repeat it?
25         Q.     To determine what taxes, excise

---

**125**

1  taxes were received into collections accounts.
2          A.     Right.  You could use a download
3  of all the transactions, the bank transactions
4  into that collection account.
5          Q.     Okay.  And what documents did you
6  use to determine what transfers were made from
7  the collections accounts to the Commonwealth's
8  operational accounts?
9          A.     Also bank statement detail.
10         Q.     Anything else?
11         A.     Any -- any vouchers that would
12 have existed or transfer detail.
13         Q.     What documents would you have
14 looked at to determine whether excise taxes
15 were transferred from the operational account
16 to other TSA accounts?
17         A.     The way that you asked the
18 question, there's -- it's not possible.
19         Q.     Well, there were never any
20 transfers from the TSA operational account to
21 other TSA accounts?
22         A.     There were transfers out of the
23 TSA accounts to other accounts.
24         Q.     Okay.  And how would you determine
25 if there were such transfers?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                              April 21, 2020

33 (Pages 126 to 129)

---

**126**

1      A.     What kinds of transfers are you
2  referring to?
3      Q.     Well, transfers that would be
4  reflected on your flow of funds chart.
5      A.     We would look at voucher details
6  or bank statements, transaction data when
7  possible.
8      Q.     And what documents would you use
9  to determine whether excise tax revenues were
10 transferred from Commonwealth bank accounts to
11 HTA bank accounts or other accounts outside of
12 the Commonwealth?
13     A.     It's hard to say because, again,
14 as a concept, those -- those revenues are not
15 separately identifiable as a balance within the
16 TSA account.
17     Q.     Well, your flow of funds charts do
18 indicate movement of monies from Commonwealth
19 to HTA bank accounts in certain circumstances,
20 right?
21     A.     Correct.
22     Q.     How did you determine that that
23 occurred?
24     A.     One instance would be looking at
25 voucher details like the ones we just reviewed

---

**127**

1  together.
2      Q.     Like SC 735 vouchers?
3      A.     I'm not certain of that
4  classification of the vouchers reviewed.
5      Q.     Well, were there other kinds of
6  vouchers other than SC 735 that you looked at?
7      A.     The kind of voucher would not have
8  been a consideration that I would have looked
9  at.
10     Q.     My question was whether you looked
11 at vouchers that were different than the SC 735
12 vouchers.
13     A.     I did not specifically note the
14 kind of voucher while putting together Fiscal
15 Funds.
16     Q.     Did you look at any information
17 relating to Fund 278 when you drafted these
18 Flow of Fund charts?
19     A.     Yes.
20     Q.     What information did you look at
21 regarding Fund 278?
22     A.     That would include reviewing the
23 bank transaction detail from a collections
24 account that would have been identified with
25 Fund 278.

---

**128**

1      Q.     Any other documents or information
2  relating to Fund 278 that you used in drafting
3  these flow of funds charts?
4      A.     I can't recall off the top of my
5  head if there was another Fund, a 278 document
6  that informed --
7      Q.     Did you see that -- did the Flow
8  of Fund charts go through different drafts?
9      A.     The flow of funds charts did go
10 through different drafts.
11     Q.     And again, without revealing any
12 conversations with counsel, did you have any
13 discussions with anyone other than counsel
14 regarding the draft flow of funds charts?
15     A.     Yes, we discussed flow of funds
16 charts with -- the specific HTA flow of funds
17 chart would have been discussed with HTA
18 management as well as folks at Department of
19 Treasury.
20     Q.     Okay.  And did you have any
21 conversations regarding the HTA flow of funds
22 chart with Treasury or HTA personnel outside of
23 the presence of counsel?
24     A.     Not in preparation for this
25 deposition.

---

**129**

1      Q.     What about in drafting the flow of
2  funds charts?
3      A.     No.
4      Q.     Okay.  Not including any
5  conversations you had with counsel, was there
6  any disagreement with respect to what should be
7  involved in the flow of funds charts -- set
8  forth in the flow of funds charts?
9      A.     I don't know if I would use the
10 term "disagreement."  It was normal work
11 relationships of iterating a document.
12     Q.     Was there any consideration about
13 making any entries relating to Fund 278 to any
14 of the flow of funds charts?
15     A.     Would you repeat that question?
16     Q.     Was there consideration of
17 mentioning or putting any information about
18 Fund 278 into any of the charts?
19     A.     No.
20     Q.     Now, looking at the various flow
21 of funds charts, you identified account numbers
22 only using the last four digits of account
23 numbers, correct?
24     A.     In the flow of funds documents,
25 that is correct.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                              April 21, 2020

34 (Pages 130 to 133)

---

**130**

1       Q.      And just so we're clear, there
2   were no account numbers that you were aware of
3   that had duplicate last four digits, right?
4       A.      I'm not aware of any accounts with
5   duplicate last four digits.
6       Q.      All right.  And so each of the
7   four-digit account numbers applies to only one
8   specific account, correct?
9       A.      Yes.
10      Q.      Okay.  Looking at page 1 of
11  Exhibit -- well, Exhibit 13, there's a footnote
12  that says:
13          HTA allocable revenue excludes
14  gas, petroleum, diesel, cigarette, and motor
15  vehicle license ex-tax -- excise tax revenue
16  collected by the Commonwealth of Puerto Rico
17  pursuant to Act 30 and 31.
18          Do you see that?
19      A.      I see the text.  I think you may
20  have said "excludes" when the document reads
21  "consists."
22      Q.      Okay.  But you see the footnote?
23      A.      I do see the footnote.
24      Q.      Why was this exclusion made?
25      A.      What exclusion, given that the

---

**131**

1   document says "consists"?
2       Q.      The footnote says:
3           Excludes gas, petroleum, diesel,
4   cigarette and motor vehicle tax revenue.
5           Do you see that?
6       A.      That is not what I see on my
7   screen.
8       Q.      The footnote on the first page of
9   the document, cover page?
10      A.      Oh, you're referring to the second
11  sentence here.  I see.
12      Q.      Do you see the exclusion relating
13  to gas, petroleum, diesel, cigarette and...
14      A.      Yes.  Sorry.  I was focused on the
15  first part of the --
16      Q.      But were these tax revenue -- yes,
17  you said?
18      A.      Yes, I see the footnote.
19      Q.      Why was that exclusion made?
20      A.      Those were excluded from the
21  allocable revenues.  I was directed by counsel
22  which revenues to focus on for this
23  presentation.
24      Q.      Okay.  Let's turn to the next page
25  of this exhibit, relating to the period

---

**132**

1   January 2015 to mid-September of 2015, correct?
2       A.      That's what this slide says.
3       Q.      What do the blue boxes signify?
4       A.      Those boxes are the HTA accounts
5   into which the flow of funds is presented here.
6       Q.      So these were accounts in the name
7   of HTA?
8       A.      HTA's name is on the bank
9   statements.
10      Q.      Okay.  How did you determine that
11  that was the case?
12      A.      By reviewing the bank statement.
13      Q.      And what do the white boxes
14  signify?
15      A.      Those boxes indicate that those
16  would be TSA accounts or Commonwealth accounts.
17      Q.      I didn't mean to interrupt you.
18  Go ahead.
19      A.      Commonwealth accounts.
20      Q.      So accounts in the name of the
21  Commonwealth?
22      A.      I believe the Commonwealth's name
23  would be on those bank statements.
24      Q.      And then you determined that by
25  looking at the bank statements as well?

---

**133**

1       A.      Correct.
2       Q.      Okay.  Now, looking at BPPR 5191,
3   is that a Commonwealth collections account?
4       A.      Yes, that is the Collecteria sweep
5   account.
6       Q.      So that's the account that you
7   said you could run reports on to determine what
8   revenues are collected, right?
9       A.      Correct.
10      Q.      Now, throughout the entire period
11  reflected in these -- in this chart, from
12  January 2015 to mid-September 2015, is it true
13  that Fund 278 would have shown the amount of
14  excise taxes received and deposited into the
15  Commonwealth bank accounts?
16          MS. McKEEN:  Object to the form.
17          THE WITNESS:  Fund 278 would be
18  used to tag the cash receipts into Account
19  5191.
20  BY MR. NATBONY:
21      Q.      And once funds are removed from
22  5191, is there an entry made into the Fund 278
23  records to indicate a change in some way of the
24  designation?
25      A.      No.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                          April 21, 2020

35 (Pages 134 to 137)

---

134

1    Q.    And when funds are transferred
2  from the 0006 account to HTA accounts, is there
3  some change in the Fund 278 designation?
4        MS. McKEEN:  Object to the form.
5        THE WITNESS:  Can we go -- can you
6  ask your previous question again, please?  Not
7  the one you just asked, the one that I just
8  answered?
9  BY MR. NATBONY:
10   Q.    "And when funds are removed from
11 Fund 5191, is there an entry made into the
12 Fund 278 records to indicate a change in some
13 way of the designation?"
14       And you responded:  No.
15   A.    So I -- I think that question is
16 **confusing, and that -- I think that I would**
17 **prefer a different question to -- to answer.**
18   Q.    What's confusing about it?
19   A.    **You asked about the change in the**
20 **designation of Fund type, Fund number.**
21   Q.    Well, in other words, when the
22 transfer is made from BPPR 5191 to GDB 0006, is
23 there any entry or deduction made to Fund 278?
24       MS. McKEEN:  Object to form.
25       THE WITNESS:  No, the entry to

---

135

1  Fund 278 would be made on recognition of those
2  receipts -- or receipt of the cash into 5191.
3  BY MR. NATBONY:
4    Q.    Right.  But let's say there's a
5  recognition of a million dollars of funds
6  brought into 5191.
7        At any point along the process
8  reflected in your Flow of Fund chart from
9  January 2015 to mid-September 2015, would the
10 amount of funds designated as part of 278
11 change?
12   A.    **The amount that was designated as**
13 **Fund 278, when received into Account 5191, does**
14 **not change, but those funds that was 27 --**
15 **Fund 278 are swept at the end of every day**
16 **together with other revenues in 5191 to account**
17 **006 in one batch transfer that does not**
18 **maintain the integrity of Fund number**
19 **information.**
20   Q.    So the Fund designation amount
21 doesn't change on that transfer, correct?
22       MS. McKEEN:  Objection.
23       THE WITNESS:  The Fund designation
24 has nothing to do with that transfer.
25

---

136

1  BY MR. NATBONY:
2    Q.    So throughout the entire period of
3  January 2015 to mid-September of 2015, is it
4  fair to say that the Fund 278 designation
5  amount remains the same?
6        MS. McKEEN:  Objection.
7        THE WITNESS:  I'm not certain just
8  within the PRIFAS system in the time period the
9  Fund 278 remains the same, but it did -- it --
10 revise that.  I mean -- could you ask the
11 question again?  I apologize.
12 BY MR. NATBONY:
13   Q.    The question was:
14       So throughout the period of
15 January 2015 to mid-September of 2015, is it
16 fair to say that the Fund 278 designation
17 amount remains the same?
18       MS. McKEEN:  Objection.
19       THE WITNESS:  I don't understand
20 the question as the Fund designation amounts
21 remaining the same.  That concept does not make
22 sense.
23 BY MR. NATBONY:
24   Q.    So you can't answer my question.
25

---

137

1        MS. McKEEN:  Objection.
2  BY MR. NATBONY:
3    Q.    You cannot answer my question the
4  way it's phrased?
5    A.    **Not the way it's phrased.  I'm**
6  **happy to answer a more specific question you**
7  **may have.**
8    Q.    So under this chart, the excise
9  taxes, after being received in BPPR 5191, are
10 then transferred to GDB 0006, correct?
11   A.    **Correct.**
12   Q.    Is 0006 the operational or
13 concentration account for the TSA?
14   A.    **During this time period, that**
15 **account is the TSA's main operating**
16 **disbursement account -- or main operating**
17 **account, rather.**
18   Q.    All right.  During the period
19 reflected by this particular chart page, does
20 the revenue amount recorded in Fund 278 change
21 throughout the period?
22       MS. McKEEN:  Objection.
23       THE WITNESS:  There may be
24 revenues recorded daily.  So throughout this
25 time period, the amount of revenue changes

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                      April 21, 2020

36 (Pages 138 to 141)

---

**138**

1  daily.
2  BY MR. NATBONY:
3      Q.     So it would change for additional
4  revenues received, correct?
5      A.     Only in terms of the amount of
6  revenue recognized as received into 5191 during
7  that time period.
8      Q.     Do you know what a Fund balance
9  is?
10     A.     I am aware of the concept of a
11 Fund balance.
12     Q.     What do you understand that to be?
13     A.     It honestly depends.
14     Q.     As to what?  I'm sorry.
15     A.     It depends.
16     Q.     You don't have an understanding as
17 to what the term "Fund balance" means?
18         MS. McKEEN:  Objection.  It's not
19 what he said.
20         THE WITNESS:  It depends what you
21 mean by "Fund balance."
22 BY MR. NATBONY:
23     Q.     Well, if there are any revenues
24 that are expended, would that change the Fund
25 balance with respect to 278?

---

**139**

1          MS. McKEEN:  Objection.
2          THE WITNESS:  That -- that's not
3  how I think about Funds in terms of balances.
4  BY MR. NATBONY:
5      Q.     Well, do you have an understanding
6  as to what the term "Fund balance" means in the
7  context of Fund 278?
8      A.     Again, I have a general
9  understanding of "Fund balance."  It depends on
10 how you are using the term "Fund balance."
11     Q.     I'm asking you whether you have an
12 understanding as to what the term "Fund
13 balance" means in the context of 278.  If you
14 don't, you don't.
15     A.     It's not a concept that we would
16 consider.
17     Q.     I just want to be clear, and I
18 apologize if it's a repetitive question, but
19 under this chart, once the excise tax is moved
20 to GDB 0006, is there any change or adjustment
21 that is made to the Fund 278 record?
22     A.     No.
23         MR. NATBONY:  Let's pull up tab
24 49.  Let's mark that as Exhibit 14.
25

---

**140**

1          (Monoline Exhibit 14 is
2          introduced for the record.)
3  BY MR. NATBONY:
4      Q.     Now, while that's coming up,
5  Mr. Ahlberg, you say -- you use the word "we" a
6  lot; that's not something we would do or we
7  would consider.
8          Who is the "we" when you say it?
9      A.     I was referring to Department of
10 Treasury and my work in liquidity management
11 for cash reporting with Department of Treasury.
12     Q.     Okay.  So now looking at what's
13 been brought up as Exhibit 14, are you familiar
14 with this document?
15     A.     I am familiar with this document.
16     Q.     And what is it?
17     A.     I believe that this was prepared
18 by HTA -- HTA.
19     Q.     All right.  And you're here today
20 representing HTA, right?
21     A.     Yes.
22     Q.     Okay.  So what -- what is this
23 document?
24     A.     The document says that it is the
25 278 Fund Accreditation.

---

**141**

1      Q.     What is a Fund accreditation?
2      A.     I'm not certain what that exact
3  word means.
4      Q.     Okay.  Well, it's some report
5  relating to Fund 278 for fiscal year 2014 to
6  '15, right?
7      A.     Correct.
8      Q.     And the first two pages, pages 1
9  and 2 show Fund 278 revenues for fiscal year
10 2014 and '15, correct?
11     A.     Taking a look at the document,
12 that's what it shows.
13     Q.     Okay.  And that would include gas,
14 diesel, license tolls, cigarette and toll
15 taxes, right?
16     A.     That's what's shown on the
17 document.
18     Q.     On the second page of the
19 document, around a third of the way down on the
20 left, it has an entry called Fund Withdrawals.
21         Do you see that?
22     A.     Yes.
23     Q.     Now, at what point would such
24 withdrawals be entered into the system?
25     A.     It's not clear to me from this

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                      April 21, 2020

142

1   document that this actually represents a
2   withdrawal from a system.
3       Q.    Well, from what system is this
4   document produced?
5       A.    This document was produced
6   manually by the HTA team.
7       Q.    If you look at the bottom
8   right-hand corner of page 2, it says:
9            Prepared by Hector Melendez,
10  Accountant, Treasury Office, correct?  So it
11  was prepared by the Treasury office, wasn't it?
12      A.    That's what it says.
13      Q.    Okay.  Now, why do you think this
14  is not reflective of Fund withdrawals?  Well,
15  strike that.
16           What is your basis for your
17  statement that you're not sure that this
18  relates to Fund withdrawals?
19      A.    It's not clear from this document
20  what the data source is here, nor am I certain
21  of the author of this document's intent by
22  using the phrase "Fund withdrawals" there.
23      Q.    Did anyone tell you what it means?
24      A.    No.
25      Q.    Did you have any discussions with

143

1   anybody about what it means other than counsel?
2       A.    I did not discuss this specific
3   line of this report.
4       Q.    Okay.  And sitting here today, do
5   you -- can you tell me when entries would have
6   been made in this system that would have
7   reflected the Fund withdrawals that show up in
8   this report?
9            MS. McKEEN:  Objection.  Which
10  system?
11           MR. NATBONY:  Whatever system came
12  out of this report.  Whatever system is
13  referred to now.
14           THE WITNESS:  It's not clear from
15  this document that this is a downloadable
16  number from a system.
17  BY MR. NATBONY:
18      Q.    Okay.  Do you know one way or the
19  other?
20      A.    Do I know one way or the other
21  what?
22      Q.    Do you know one way or the other
23  whether this document comes from a system or
24  whether it was independently prepared?
25      A.    I believe this document was

144

1   independently prepared.
2       Q.    What's your basis for saying that?
3       A.    Having discussed with Treasury,
4   this is the Fund withdrawals that was -- was
5   not something that was recognized as a -- the
6   data point pullable from the system.
7       Q.    All right.  So you did have
8   discussions with someone about this -- Fund
9   withdrawals, right?
10      A.    I don't know if we discussed
11  specifically the Fund withdrawals that is
12  documented right here in this document, which
13  is what I said before.
14      Q.    Sitting here today, do you know
15  from where the data came that reflected the
16  Fund withdrawals noted on page 2 of Exhibit 14?
17      A.    Having reviewed hundreds of
18  documents in preparation for this deposition,
19  I'm unsure about the data source of this
20  specific line item at the moment.
21      Q.    Okay.  In looking at pages 1 to 2
22  and 4 to 8, there's a heading at the top of
23  each page, right?
24      A.    If you give me a minute to flip
25  through here.

145

1            Are you guys having an issue with
2   the document loading?
3       Q.    No.
4       A.    Everyone's video is frozen, and my
5   screen is not showing the document.  I'm going
6   to turn off and on video real quick to see if
7   that works.
8       Q.    Thank you.
9            MS. McKEEN:  And we can still hear
10  you, but your video is also frozen, so if we
11  end up needing to have you disconnect and
12  reconnect to your web browser, we can always
13  break and do that.
14           THE WITNESS:  Okay.  I think we
15  might have to do that because everyone is still
16  frozen here.
17           MS. McKEEN:  Bill, why don't we
18  just take, like, a 10-minute break.  Does that
19  work for you?
20           MR. NATBONY:  Sure.
21           THE WITNESS:  Confirming before I
22  restart here, we said that there was going to
23  be a 10-minute break?
24           MR. NATBONY:  That's correct.
25           THE WITNESS:  Okay.  Thank you.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                    April 21, 2020

38 (Pages 146 to 149)

---

146

1    MS. McKEEN:  So do we need to go
2  off the record?
3    MR. NATBONY:  Yes, we are going
4  off the record.
5    THE VIDEOGRAPHER:  We are going
6  off the record at 2:07 p.m.
7    (Recess taken.)
8    THE VIDEOGRAPHER:  We are back on
9  the record at 2:53 p.m.
10 BY MR. NATBONY:
11   Q.    Okay.  So let me go to a couple
12 cleanup questions, and then we'll go back to
13 the document that was on the screen, which was
14 Exhibit 14.
15   MR. NATBONY:  Jaclyn, if you'd
16 download that for us.
17 BY MR. NATBONY:
18   Q.    Mr. Ahlberg, we spoke before about
19 Fund balance, and I guess you were asking for a
20 more specific definition of what I was looking
21 for, so let me try it this way:
22   With respect to a Government Fund,
23 do you understand the term "Fund balance" to
24 mean the difference between (indiscernible)?
25   A.    There's a lot of background noise

---

147

1  there.  Can you finish your question?
2    MR. NATBONY:  Okay.  Everybody
3  please mute.
4  BY MR. NATBONY:
5    Q.    With respect to the term "Fund,"
6  do you have an understanding as to such meaning
7  the difference between assets and liabilities
8  in a Government Fund?
9    A.    I understand that that could be
10 one definition for Fund balance.
11   Q.    Now, we talked also previously
12 about reports that might be available under
13 PRIFA with respect to Fund 278.
14   What reports, if any, do you know
15 are available with respect to excise taxes with
16 respect to HTA that can be run on PRIFA?
17   A.    I'm sorry.  Your question is about
18 PRIFA or HTA?
19   Q.    The question is:
20   What reports in PRIFA can be run
21 with respect to HTA excise taxes?
22   A.    Oh, I'm -- okay.  Just to clarify,
23 we're talking PRIFAS -- the PRIFAS system, not
24 PRIFAS HTA?
25   Q.    PRIFAS system.

---

148

1    A.    Okay.  Thank you.  Okay.
2    Within the PRIFAS system, you
3  could run a report that would show, yeah, the
4  revenues associated with 278 over a discrete
5  time period of your choice.
6    Q.    Other than the report you just
7  mentioned, is there any other report that would
8  be available to run relating to HTA excise
9  taxes under the PRIFAS system?
10   A.    I'm not aware of any other reports
11 that can be run there.
12   Q.    All right.  Now, turning back to
13 Exhibit 14, which is now back on the system,
14 were you aware of any other similar reports
15 that the Commonwealth might have with respect
16 to Fund 278 other than this one?
17   MS. McKEEN:  Objection.
18   THE WITNESS:  Well, we -- we just
19 mentioned reports that are possible to -- to
20 look at the Collecteria account with Fund 278.
21 BY MR. NATBONY:
22   Q.    Other than that, anything else
23 that you would be aware of the Commonwealth
24 might be able to produce with respect to
25 Fund 278?

---

149

1    A.    No.
2    Q.    Now, looking at Exhibit 14, I
3  think as we left off and got disconnected, I
4  was suggesting to you that on almost all of the
5  pages, there is a heading.  And, for example,
6  Puerto Rico Highway and Transportation
7  Authority's, apostrophe S, Fund 278, do you see
8  those headings?
9    A.    I do see these headings.
10   Q.    And those headings are possessory,
11 correct?
12   A.    In this document, that is how it
13 appears.
14   Q.    So it would appear that at least
15 the drafter of this document believed that the
16 revenues here belonged to HTA, correct?
17   UNIDENTIFIED SPEAKER:  Objection.
18   MS. McKEEN:  Objection.
19   THE WITNESS:  It's unclear to me
20 what the author of that heading's intent was
21 there.
22 BY MR. NATBONY:
23   Q.    But you do agree that all the
24 headings are in the possessive, correct?
25   A.    The headings on page 1 and 2 of

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                     April 21, 2020

39 (Pages 150 to 153)

---

150

1    this exhibit are possessive.
2        Q.    Henceforth, to 8 as well, correct?
3        A.    **The possessive is used on pages 4**
4    **through 8.**
5        Q.    Now, pages 9 to 14 list the
6    revenues by voucher number, correct?
7        A.    **The document is showing a list of**
8    **voucher numbers.**
9        Q.    All right.  And would these
10   voucher numbers relate to revenues received or
11   withdrawals from Fund 278?
12       A.    **The header of this document says**
13   **that -- it says gasoline, diesel, petroleum,**
14   **tolls (indiscernible) account withdrawals.**
15       Q.    So they would be with -- the
16   vouchers reflect withdrawals, correct?
17       A.    **That's what the document says.**
18       Q.    And is it your understanding that
19   these are withdrawals that would be done, for
20   example, through Voucher SC 735, that we spoke
21   about earlier?
22       A.    **The type of voucher, again, is not**
23   **something that I usually consider.**
24       Q.    So you're just not familiar with
25   them?

---

151

1        A.    **Come again?**
2        Q.    You're not familiar whether these
3    vouchers would be the types of vouchers such as
4    SC 735?
5        A.    **I'm not certain of the type of**
6    **vouchers that these may or may not be.  It's**
7    **unclear from the document.**
8        Q.    I'm looking at the -- we need to
9    mark HTA-STA 207 at the bottom.  SC.  I'll try
10   to move it for you right there.
11           You can see that there's a summary
12   at the bottom of that titled Account
13   Withdrawals, right?
14       A.    **I see that on the document.**
15       Q.    All right.  Do you know what
16   account this document is referring to?
17       A.    **It's not clear to me from this**
18   **document what account that is referring to.**
19       Q.    This is a document -- the entire
20   document relates to Fund 278, right?
21           UNIDENTIFIED SPEAKER:  Objection.
22   BY MR. NATBONY:
23       Q.    You can answer.
24       A.    **It's not clear to me from the**
25   **document.**

---

152

1        Q.    Not clear to you that this
2    document relates to Fund 278?
3            MS. McKEEN:  Objection.
4    BY MR. NATBONY:
5        Q.    Is that your testimony?
6        A.    **There are names of revenue**
7    **concepts on this document that are associated**
8    **with Fund 278.**
9        Q.    And, in fact, the first page of
10   the document is entitled Puerto Rico Highway
11   and Transportation Authority's Fund 278; isn't
12   that correct?
13       A.    **That is the title of the first**
14   **page of this document.**
15       Q.    And this document is a 278 Fund
16   Accreditation, right?
17       A.    **That's what the header says.**
18           MS. McKEEN:  Objection.
19   BY MR. NATBONY:
20       Q.    Now, let's go back to what was
21   Exhibit 13.  Let's pull that document up on the
22   screen.  Let's go to the second page.
23           So, again, this was the chart we
24   were looking at before for the period
25   January 2015 to mid-September 2015, and I think

---

153

1    we left off at the transfer to GDB 0006,
2    correct?
3        A.    **Yes, we were discussing this slide**
4    **before.**
5        Q.    So at the time of the transfer to
6    GDB 0006, Treasury would still know the amount
7    of excise taxes it has because Fund 278 would
8    show that, correct?
9        A.    **Fund 278 would show the amounts**
10   **earned.**
11       Q.    Well, Fund 278 would show the
12   amount that was collected into the Collecteria,
13   correct?
14       A.    **Correct.**
15       Q.    So at the time, once it is
16   transferred into GDB 0006, Treasury would still
17   know what was in Fund 278.  That wouldn't
18   change, right?
19       A.    **Again, that's not how I think**
20   **about it.  I don't think about Funds being**
21   **within a Fund number.**
22       Q.    So at the time these funds were
23   transferred to GDB 0006, the Treasury would
24   still know what has been designated as part of
25   Fund 278, correct?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                    April 21, 2020

40 (Pages 154 to 157)

---

154

1    A.    They would know the amount that
2  was earned and collected into 5191 tagged with
3  Fund Number 278.
4    Q.    And they would also know, then,
5  what amount in 0006 had been transferred
6  (indiscernible) excise taxes, correct?
7    A.    Apologies.  There was some dings
8  and noises there when you asked that question.
9    Q.    And they would also know, then,
10 the amount of excise taxes that was transferred
11 from 5191 to 0006 because it would be reflected
12 in Fund 278, correct?
13        MS. McKEEN:  Same objection.
14        THE WITNESS:  I don't think about
15 Funds being reflected within a Fund number.
16 BY MR. NATBONY:
17    Q.    Well, how would you know how much
18 to transfer from BPPR 5191 to GDB 0006 for
19 excise taxes?
20    A.    That determination doesn't even
21 need to be made because the entirety of that
22 account balance is transferred over to 0006 at
23 the end of every day.
24    Q.    And you would know what was in
25 that entire Fund balance because you have a

---

155

1  record of it, right?
2        MS. McKEEN:  Objection.
3        THE WITNESS:  You would know how
4  many -- how much revenue was earned under
5  Fund 278 in -- as it was received into 5191.
6  BY MR. NATBONY:
7    Q.    And you would know how much excise
8  tax revenue was therefore sent to GDB 0006,
9  right?
10   A.    You can know how much of the
11 revenues were earned and received into 5191 by
12 identifying the Fund number.
13   Q.    Now, the next transfer of cash on
14 this charge is from the operational account
15 0006 to GDB 4276, right?
16   A.    Correct.
17   Q.    How did you determine that there
18 was a transfer of excise taxes from GDB 0006 to
19 4276?
20   A.    We determined that the source of
21 funds of that transfer was Fund 278 revenues by
22 looking at the voucher.
23   Q.    So at the time of the transfer
24 from 0006 to 4276, there was a voucher that
25 reflected that it was related to Fund 278; is

---

156

1  that correct?
2    A.    I believe vouchers will have a
3  designation on them.
4    Q.    And therefore, you can use the
5  Fund number on vouchers to determine what the
6  source of the revenue was, correct?
7    A.    That is correct.
8    Q.    And that would be the same for the
9  transfer from GDB 4276 to Oriental 9874?
10   A.    Yes.
11   Q.    Now, during this period of time
12 reflected by page 2 of Exhibit 14, were there
13 any excise taxes that were being held in the
14 Commonwealth's General Fund as opposed to
15 Fund 278?
16        MS. McKEEN:  Objection.
17        UNIDENTIFIED SPEAKER:  Objection.
18        THE WITNESS:  I don't think about
19 funds -- holding funds.
20 BY MR. NATBONY:
21   Q.    Okay.  Well, the General Fund has
22 a separate Fund number, correct?  Strike that.
23   A.    There is --
24   Q.    The General Fund has a separate
25 Fund number than 278, correct?

---

157

1    A.    There are separate Fund numbers
2  that indicate General Funds.
3    Q.    And during the period of
4  January 2015 to mid-September of 2015, were any
5  of the HTA excise taxes designated under a Fund
6  number other than 278?
7    A.    There are no excise taxes that
8  would have been reported other than in Fund 278
9  and Collecteria Account 5191.
10   Q.    Okay.  Would that be true for all
11 periods, by the way?
12   A.    Would what be true for all
13 periods?
14   Q.    The same, that it would -- that
15 HTA excise taxes would only be recorded in
16 Fund 278 rather than in other Funds.
17        MS. McKEEN:  Objection.
18        THE WITNESS:  During the -- I
19 mean, from January '15 to present, yes.
20 BY MR. NATBONY:
21   Q.    Thank you.
22        Okay.  Let's turn the page, go to
23 the next period, which is mid-September 2015 to
24 November 2015.
25        And just so I'm clear with respect

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                    April 21, 2020

41 (Pages 158 to 161)

---

**158**

1    to all of your flow of funds charts, the same
2    color scheme for the boxes apply, correct?
3        A.    I can't see the document anymore,
4    guys.
5        Q.    Neither can I.
6        A.    I think Liz may have popped out.
7    Oh, no, there's Liz.
8            (Simultaneous speaking.)
9    BY MR. NATBONY:
10       Q.    And so let me ask the general
11   question first.
12           With respect to all of these flow
13   of funds chart documents, the color scheme that
14   we previously talked about, the same box color
15   scheme applies, right?
16       A.    In terms of gray boxes, meaning
17   that the Commonwealth's name will be on the
18   bank statement, and the blue box meaning that
19   HTA's name will be on the bank statement.
20       Q.    Correct.  That's correct, yes?
21       A.    Yes.
22       Q.    Now, compared to the prior page,
23   GDB 4276 has now switched to GDB 3466.  Do you
24   see that?
25           MS. McKEEN:  Object to the form.

---

**159**

1            THE WITNESS:  I think it's a
2    mischaracterization to say that they switched.
3    BY MR. NATBONY:
4        Q.    Okay.  Well, there's no longer a
5    transfer into 4276.  Now there's a transfer
6    into 3466, correct?
7        A.    During this time period, that's
8    correct.
9        Q.    Why did that flow change?
10           MS. McKEEN:  Objection.  My
11   objection is the same issue as before.  This is
12   outside the scope of why -- why the flow of
13   funds changed.
14           MR. NATBONY:  The decision on why
15   the flow of funds changed is not outside the
16   scope.  We need to understand of flow of funds
17   and why they -- they were flowing that way.
18           MS. McKEEN:  I think that's
19   outside the scope why the Commonwealth took
20   certain action.  He can testify as to how it
21   was different during the time period but not
22   what the reasoning was.
23   BY MR. NATBONY:
24       Q.    How was the flow different between
25   the first period and this period mid-September

---

**160**

1    2015 to November 2015?
2        A.    From January '15 to
3    September 2015, funds would be transferred from
4    the TSA operational account 006 to HTA account
5    at GDB 4276 and then to the Oriental account at
6    HTA, which is our main disbursement account,
7    main operational disbursement account, as
8    compared to in September 2015 to November 2015
9    the funds no longer flow to the main
10   operational disbursement account as they
11   previously did before going to multiple zoning
12   accounts.
13       Q.    Who made the decision to change
14   that flow of funds?
15           MS. McKEEN:  I'm going to object
16   to that.
17           Go ahead.  You can answer if you
18   know, but it's outside the scope.
19           THE WITNESS:  I don't know who
20   made that decision.
21   BY MR. NATBONY:
22       Q.    And to make my record, why was the
23   flow of funds changed from the period
24   January 2015 to mid-September 2015 to the next
25   period of mid-September 2015 to November 2015?

---

**161**

1            MS. McKEEN:  And I'll make the
2    same objection, which is the Court's order
3    makes clear that the bases for decisions like
4    that are not the proper subject of inquiry in
5    this deposition.
6            MR. NATBONY:  Are you directing
7    him not to answer?
8            MS. McKEEN:  I am.
9    BY MR. NATBONY:
10       Q.    Have you gone back and looked at
11   the -- the Fund opening statements for GDB 3466
12   in preparation for this deposition?
13       A.    I've reviewed hundreds of
14   documents and various account opening and
15   closing statements.  I can't recall
16   specifically if this account was one of those.
17       Q.    Are you aware of Account 3466
18   being an account relating to antiterrorist
19   payments?
20       A.    I'm not aware of this account
21   being affiliated with antiterrorist payments or
22   not.
23       Q.    Do you have any understanding as
24   to why an account that was labeled with respect
25   to antiterrorist payments would be receiving

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                    April 21, 2020

42 (Pages 162 to 165)

---

**162**

1 these funds?
2 **A.     Where do you see that this account**
3 **was affiliated in that way?**
4        MR. NATBONY:  Let's pull up tab
5 36, and we'll mark this as Exhibit 15.
6        (Monoline Exhibit 15 is
7        introduced for the record.)
8 BY MR. NATBONY:
9    Q.    And just for the record, I'll let
10 you know that these are account opening
11 documents that were produced to us in the
12 course of this discovery, and there is also an
13 English translation certified directly
14 following the actual documents.
15        Jaclyn, tab 36 we are trying to
16 download.
17        I just heard from her that it says
18 "processing exhibit."  If for some reason you
19 can't do it, let's try 33.
20        Just received a note from Jaclyn
21 that it's still processing.
22 BY MR. NATBONY:
23    Q.    While that's processing, let me
24 ask you this question:
25        You previously testified with

---

**163**

1 respect to the prior period that you were able
2 to determine that excise taxes were transferred
3 from account to account because you were able
4 to look at vouchers that mentioned Fund 278.
5        Would that be for this period as
6 well?
7        MS. McKEEN:  You cut out there,
8 Bill.
9        THE WITNESS:  Yeah.
10        MS. McKEEN:  Can you repeat your
11 question?  I don't think the witness heard you.
12 I think the "yeah" on the record agreed with me
13 that your voice just cut out, not an answer to
14 your question.
15        MR. NATBONY:  That's correct.
16 Thank you, Liz.
17        Okay.  I will ask it.
18 BY MR. NATBONY:
19    Q.    You previously testified with
20 respect to the prior period that you were able
21 to determine that excise taxes were transferred
22 from account to account because you were able
23 to look at vouchers that listed Fund 278.
24 Would that be the same for this period as well?
25    A.    It would be true that we would

---

**164**

1 also review voucher information to understand
2 those transfers.
3    Q.    And because the vouchers for the
4 transfers would make a reference to Fund 278,
5 that's how you would determine that there were
6 transfers of excise revenues, correct?
7        MS. McKEEN:  Objection.
8        THE WITNESS:  Yeah.  The presence
9 or not -- no presence of Fund 278, usually
10 there's other information on the voucher as
11 well that you would use to know that they're
12 excise taxes.
13 BY MR. NATBONY:
14    Q.    But, generally, the vouchers would
15 mention Fund 278, as you previously testified,
16 correct?
17    A.    Vouchers may have Fund 278 listed
18 on them.
19    Q.    And if they do list Fund 278, that
20 would tell you that they were excise tax
21 revenues, correct?
22        MS. McKEEN:  Objection.
23
24
25

---

**165**

1        THE WITNESS:  That would tell me
2 that the source of funds was the revenue earned
3 into the Collecteria Account 5191.
4 BY MR. NATBONY:
5    Q.    Fund 278 specifically was related
6 to excise tax revenues, correct?
7    A.    Correct.
8    Q.    If the voucher indicates that the
9 source is Fund 278, that would be that the --
10 strike that.
11        If the voucher indicated Fund 278,
12 then the source of the transferred revenues
13 would be excise tax revenues from HTA, correct?
14    A.    The source would be the revenue
15 recorded as earned in Account 5191 under
16 Fund 278.
17    Q.    Which would be HTA's excise taxes,
18 correct?
19    A.    That's a correct characterization
20 of Fund 278 revenues.
21        MR. NATBONY:  Jaclyn, are we still
22 having exhibit problems here for 33 of 36?
23        She tells me yes.  She's going to
24 try to switch to 33 now.
25

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                              April 21, 2020

43 (Pages 166 to 169)

---

166

BY MR. NATBONY:
Q.    Okay.  Looking now what's marked
(indiscernible) tab 33 as Exhibit 15, we're
going (indiscernible) tab 33 (indiscernible)
Exhibit 15.
      If I direct your attention to this
document, Mr. Ahlberg, you'll see that it
refers to the 3466 account number on top.  Do
you see that?
A.    I do see that account number
listed here.
Q.    And the account name is Peregos
Unidad (indiscernible) Terrorista.
      Do you see that?
A.    I do see that on the document.
Q.    So I'll ask my question again.
      Do you have an understanding as to
why this account was used to receive revenues
in the flow of funds for the period
mid-September 2015 through September 2015?
      UNIDENTIFIED SPEAKER:  Objection.
BY MR. NATBONY:
Q.    You can answer.
      MS. McKEEN:  Yeah, I think this is
the same objection as before, Bill.  You're

---

167

asking why a particular action was taken.  I'm
not going to allow the witness to testify about
it.
      MR. NATBONY:  Are you directing
him not to answer?
      MS. McKEEN:  To the extent you're
asking him why certain actions were taken by
the Commonwealth as opposed to what those
actions were, then yes, I think the Court order
makes clear that that is not the proper subject
of deposition testimony there.  I think the
order was very clear.
      MR. NATBONY:  My question stands
as it was.  Are you directing him not to
answer?
      MS. McKEEN:  Yes, Bill.  If you
would like, we can take it up with Judge Dein.
I'm happy to --
      MR. NATBONY:  Did you have -- I
want to reserve my right to do that, but I want
to get through my question.
      MS. McKEEN:  If you could not cut
me off while I'm talking, that would be great.
I have a record to make too, Bill.
      MR. NATBONY:  Are you finished?

---

168

      MS. McKEEN:  I want to make clear
that we are willing to go to Juge Dein on this
issue now.  If you'd like to resolve this now,
we're happy to do that.
      MR. NATBONY:  I understand, and
I'll reserve my right to do so.
BY MR. NATBONY:
Q.    Let's go to the next page of this
chart, which was tab 49, which is Exhibit 14.
      I'm sorry, tab 42, Exhibit 13.
Let's pull up Exhibit 13.  We'll go to the next
page.
      The next page of your flow of
funds -- Fund -- flow of funds charts goes from
November 2015 to March 2016, correct?
A.    Correct.
Q.    And what is the difference between
the flow of funds here and the flow of funds
for the immediately prior period?
      MS. McKEEN:  Objection.
      THE WITNESS:  The main difference
in slide 4 from slide 3 is that funds no longer
pass through an HTA account.
BY MR. NATBONY:
Q.    And do you know who directed the

---

169

change in this flow of funds?
A.    I do not know who directed the
change in this flow of funds.
Q.    And do you know why the flow of
funds changed for this period?
      MS. McKEEN:  Same objections,
Bill.
      MR. NATBONY:  Are you directing
him not to answer?
      MS. McKEEN:  I am.  I'm happy for
him to answer questions that the Court has said
are within the scope --
      MR. NATBONY:  You made your --
sorry, go ahead.
      MS. McKEEN:  Bill, I'm not
finished talking.
      MR. NATBONY:  I said go ahead.
      MS. McKEEN:  To the extent you
keep asking the witness questions that are
expressly outside the scope that the Court has
ordered are outside the scope, it's a waste of
the witness's time, and we are going to take
that into account as we consider how much time
we're willing to let the witness continue to
answer questions, so please keep that in mind.

---

Henderson Legal Services, Inc.

202-220-4158                                    www.hendersonlegalservices.com

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                          April 21, 2020

44 (Pages 170 to 173)

---

**170**

1     MR. NATBONY:  Okay.  Well, the
2  major argument -- especially, we may have to
3  (indiscernible).
4  BY MR. NATBONY:
5     Q.    Let's take a look at the next
6  page, April 2016 to June 2016.
7         Can you tell me what the main
8  features are between this flow and the flow
9  from the immediately prior (indiscernible)?
10        THE REPORTER:  Bill, could you ask
11  the question again?  It was actually a little
12  garbled.
13  BY MR. NATBONY:
14     Q.    Can you tell me what the
15  difference is between this flow and the flow
16  from the immediately prior period?
17     A.    **The main difference is that the**
18  **flow of funds from the April 2016 to June 2016**
19  **period ends at BPPR Account 9857.**
20     Q.    Without telling me why, do you
21  know why a change was made for the flow of
22  funds?
23        MS. McKEEN:  I'm sorry.  Can you
24  repeat the question?
25

---

**171**

1  BY MR. NATBONY:
2     Q.    Without telling me why, do you
3  have knowledge as to why the flow of funds
4  changed for this period as compared to the
5  prior period?
6        MS. McKEEN:  I'll allow that.
7  Sounds like a yes-or-no question to me.
8        MR. NATBONY:  Just trying to see
9  if we have an issue.
10        THE WITNESS:  Yes.
11  BY MR. NATBONY:
12     Q.    Okay.  And for the prior periods
13  that we discussed, do you also have knowledge
14  as to why the flow of funds changed?  And
15  again, don't tell me why.
16     A.    **General knowledge, yes.**
17     Q.    And, again, with respect to all of
18  these transfers from account to account, what
19  did you look at to determine that there were
20  actual transfers of HTA excise taxes?
21     A.    **We would look at bank statements,**
22  **transfer details or vouchers.**
23     Q.    And when you say "vouchers," you
24  would include vouchers that would reflect
25  Fund 278 designations, correct?

---

**172**

1  Are you thinking?  I'm not sure I
2  heard an answer.
3     A.    **I was thinking.  Sorry.**
4  **I don't think there are**
5  **vouchers --**
6        MS. McKEEN:  Objection.
7        THE WITNESS:  -- I think that
8  represent these transfers that would have a
9  Fund 278 noted on it.
10  BY MR. NATBONY:
11     Q.    Why not?
12     A.    **Hold on.  That -- could we rewind?**
13  **What was your specific question again?**
14     Q.    I'll try and summarize.  I asked
15  you what you looked at to determine that there
16  were in fact transfers of excise taxes between
17  these accounts for the period April 2016 to
18  June 2016, and I believe you testified you
19  looked at bank statements and vouchers, amongst
20  other things.
21        I then asked you:
22        And would that include vouchers
23  that would reflect the entry related to
24  Fund 278?
25     A.    **So, I can't recall the specific**

---

**173**

1  vouchers reviewed for these transactions here.
2     Q.    Thank you.
3        Do you have reason to believe that
4  there would not be vouchers with a notation of
5  Fund 278 during this period of time of
6  April 2016 to June 2016?
7     A.    **I can't speculate one way or the**
8  **other.**
9        MR. NATBONY:  Let's pull up tab 4
10  and mark it as Exhibit 16.
11        (Monoline Exhibit 16 is
12        introduced for the record.)
13  BY MR. NATBONY:
14     Q.    While that is coming up, let me
15  try and ask the following questions:
16        During the period of April 2016 to
17  June 2016, when transfers were being made
18  between BPPR accounts, when those transfers of
19  excise taxes were made, were there any
20  accounting changes done to Fund 278?
21        MS. McKEEN:  Objection.
22        THE WITNESS:  I'm not aware of any
23  accounting adjustments that were made to
24  Fund -- to Account Fund No. 278 during that
25  time.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                      April 21, 2020

45 (Pages 174 to 177)

---

174

1          MR. NATBONY:  Are we having a
2   problem again?
3          THE WITNESS:  We're waiting for an
4   exhibit?
5          MR. NATBONY:  Yeah, Exhibit 4,
6   tab 4, which will be Exhibit 6.
7          I think we're going to have to try
8   and fix this problem because I have a couple
9   more exhibits.
10         Let me try a few more questions
11  until it comes up.
12  BY MR. NATBONY:
13     Q.    During the period of April 2016 to
14  June 2016, when there were transfers between
15  various BPPR Commonwealth accounts, is it
16  correct that the source of monies, at least in
17  part, for the transfers was from excise taxes
18  of HTA?
19     **A.    Yes.**
20     Q.    And you determined that based on
21  your review of vouchers and bank statements,
22  correct?
23     **A.    Correct.**
24         MR. NATBONY:  This is still not
25  working here.  Do we need to go off the record

---

175

1   and try and get it fixed?  I don't want to
2   waste time here, but I do have more exhibits.
3          MS. McKEEN:  Yeah, if you need to
4   go off the record, we can call and do that.
5   Obviously, if you need an exhibit, you need an
6   exhibit.
7          MR. NATBONY:  Okay.  Let's take
8   5 minutes.
9          Jaclyn, try and -- wait.  I think
10  it's the system processing the image.  Don't
11  know a way to speed it up.
12         MS. McKEEN:  All right.
13         MR. NATBONY:  Let's try to wait
14  for it for a minute.  Not that light of a
15  document.  Apparently the realtime is not
16  working either, I've just been told.
17         THE REPORTER:  Can you-all see it
18  on the screen?  Because I can see it on my
19  connection to the deposition.
20         MR. NATBONY:  Mr. Berezin says he
21  cannot see realtime.
22         THE REPORTER:  Okay.  Then if
23  you-all don't mind taking a break, I'm just
24  going to back out of everything and go back in,
25  but I can see it on my screen.

---

176

1          MR. NATBONY:  All right.
2          Let's take 5 and hopefully Jaclyn
3   can see what's going on with these exhibits.
4   Let's go off the record.
5          THE REPORTER:  I'm sorry, Tony.
6   Can you say that again?  I didn't hear you
7   going off.
8          THE VIDEOGRAPHER:  We went off the
9   record at 3:44 p.m.
10         (Recess taken.)
11         THE VIDEOGRAPHER:  We are back on
12  the record at 3:53 p.m.
13         MR. NATBONY:  Awesome.
14  BY MR. NATBONY:
15     Q.    Thank you.
16         Before we go to Exhibit 18,
17  Mr. Ahlberg, have you been involved at all in
18  creating the budgets?
19     **A.    There's a lot of background noise.**
20  **Can we get everybody to go to mute again?**
21     Q.    My question was:
22         Have you been involved at all in
23  assisting HTA and creating its annual budget?
24     **A.    I have not.**
25     Q.    Have you been involved at all in

---

177

1   creating HTA's financial statements?
2      **A.    No.**
3      Q.    Have you been involved in creating
4   the Commonwealth's financial statements?
5      **A.    No.**
6      Q.    Okay.  Taking a look at again --
7   at Monoline Exhibit 16, I'm just going to ask
8   you to refer to the 26th page.  There's a chart
9   there I'd like you to take a look at.  Can you
10  see the chart?
11     **A.    I can see the chart.**
12     Q.    Is this something that you
13  prepared?
14     **A.    No.**
15     Q.    Have you seen this chart before?
16         (Simultaneous speaking.)
17         MS. McKEEN:  Yeah.  Bill, before
18  you go further, I just want to object on the
19  grounds that the restriction analysis is
20  outside the scope of the topics to which this
21  witness has been designated to testify on
22  behalf of the entities.
23         Obviously, if you want to ask him
24  about whether he has personal knowledge, I'll
25  allow that, but this is outside the scope of

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                      April 21, 2020

46 (Pages 178 to 181)

---

**178**

1   the topics for this witness.
2        MR. NATBONY:  My questions, Liz,
3   are going to be related to the flow of funds in
4   this chart and not the cash restriction
5   analysis in this chart.
6   BY MR. NATBONY:
7        Q.     So we talked about the TSA early
8   on.  And you would agree with the statement the
9   TSA is actually a series of multiple tabs,
10  correct?
11       **A.     Correct.**
12       Q.     The TSA includes various accounts
13  that are called TSA sweep accounts, correct?
14       **A.     There are sweep accounts that**
15  **sweep into the TSA.**
16       Q.     Okay.  And at least according to
17  this chart, they seem to be referred to as TSA
18  sweep accounts.
19       Do you see that on the left side?
20       **A.     I do see that.**
21       Q.     All right.  And the BPPR Account
22  5191, that is one of the TSA sweep accounts,
23  right?
24       **A.     That is the Collecteria account**
25  **number.**

---

**179**

1        Q.     All right.  And that -- and that
2   was one of the accounts that sweep monies --
3   sweeps money into TSA's operational accounts,
4   for example, Account 9458, correct?
5        **A.     Correct.**
6        Q.     What does the sweep account do?
7        MS. McKEEN:  Object to the form.
8        THE WITNESS:  The balance in the
9   sweep account is transferred to the TSA
10  operational account at the end of every
11  business day.
12  BY MR. NATBONY:
13       Q.     And would the sweep accounts
14  therefore include funds that were designated as
15  Fund 278 funds?
16       **A.     The sweep account would -- would**
17  **include funds that were received and recorded**
18  **under the 278 identifier.**
19       Q.     Now, there's also a sweep account
20  noted that is BPPR 3488, and it says it's an
21  account for Special Revenue Funds to account
22  for excise tax on petroleum.
23       Do you see that?
24       **A.     I'm zooming in and trying to find**
25  **it.  One second.**

---

**180**

1        Q.     It's the sweep account all the way
2   to the right, Hacienda Incremento Petroleum.
3        **A.     I see that box, yes.**
4        Q.     Was that account used with respect
5   to the flow of funds for the HTA excise taxes?
6        MS. McKEEN:  Object to form.
7        THE WITNESS:  We can flip back to
8   the HTA flow of funds presentation and review
9   it for this account number to be certain.
10  BY MR. NATBONY:
11       Q.     Okay.  Well, you'll remember,
12  then, that it's Account 3488, right?
13       **A.     3488.**
14       Q.     Let's go back to tab 42, which is
15  Exhibit 13.  So I'll ask my question again,
16  which is:
17       Was BPPR Account 3488 used with
18  respect to the flow of funds for HTA excise
19  tax?
20       **A.     No.  That was the time period of**
21  **January 2015 to present.**
22       Q.     All right.  What was the purpose
23  of BPPR Account 3488 then?
24       MS. McKEEN:  I'll object that it's
25  outside the scope, but you can answer if you

---

**181**

1   know.
2        THE WITNESS:  I'm not certain of
3   the purpose of that exact account.
4   BY MR. NATBONY:
5        Q.     Let's take a look at the last page
6   of Exhibit 13.  This is the flow of funds for
7   the period July 2016 to present.  For the
8   BPPR 5191, that's a TSA sweep account, right?
9        **A.     Correct.**
10       Q.     And it's your testimony that on a
11  daily basis funds are swept from 59 -- 5191
12  into BPPR 9478, which is the Commonwealth's
13  operational account; is that true?
14       MS. McKEEN:  Bill, just for the
15  record, you're asking questions about the
16  July 2016 file; is that right?
17       MR. NATBONY:  Yes.
18       MS. McKEEN:  Okay.  Thank you.
19  BY MR. NATBONY:
20       Q.     Is that correct, Mr. Ahlberg?
21       **A.     Would you repeat the question?  I**
22  **thought we were on a different slide.**
23       Q.     Sure.  We are on the July 2016 to
24  present slide.  My question was -- first, I'll
25  go back and do a different slide.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I

April 21, 2020

47 (Pages 182 to 185)

---

**182**

1    So the BPPR 5191 is a TSA sweep
2    account, right?
3    A.    Correct, that is the Collecteria
4    account.
5    Q.    And the -- and is it your
6    testimony that on a daily basis revenues are
7    swept from BPPR 5191 into BPPR 9458, which is
8    the TSA operational account?
9    A.    Yes, understanding that the TSA
10   operational account is a different account
11   number during a different time period.
12   Q.    Okay.  How did you determine that,
13   in fact, HTA excise taxes were so transferred?
14   A.    Understanding that the Fund 278
15   would be used to record an excise tax as they
16   were received into Account 5191, and thus
17   understanding that the entirety of the balance
18   of 5191 is transferred to 9458 at the end of
19   every day.  Therefore, those amounts are
20   included, and we look at bank statements to
21   validate that -- the entirety of that transfer.
22   Q.    But at the time of the transfer
23   from 5191 to 9458, the Commonwealth would have
24   records as to what was recorded into 5191 as
25   HTA excise taxes, correct?

---

**183**

1    A.    Correct.
2    Q.    Now, the cash flow in -- for the
3    July 2016 to present period stops at BPPR 9458.
4    Does that mean that the funds remained in this
5    account?
6    A.    There's no ability to tell of the
7    funds in BPPR 9458 which are remaining 278
8    revenues.
9    Q.    Why is there no ability
10   (indiscernible)?
11   A.    I don't think about Funds having
12   balances within accounts.
13   Q.    Well, were there any transfers of
14   funds made out of BPPR 9458 after funds were
15   transferred from 5191?
16   A.    There are transfers out of 9458
17   every day for Fund operating expenses of the
18   Commonwealth.
19   Q.    Is there any way to determine
20   whether any of those transfers out were
21   transfers of Fund 278 designated monies?
22   A.    Would you repeat the question?
23   Q.    Is there any way to determine
24   whether any of the transfers out of BPPR 9458
25   included excise tax revenues?

---

**184**

1    A.    Is there -- I apologize.  I was
2    thinking there.  Would you mind repeating the
3    question one more time?
4    TELEPHONIC VOICE:  Hello.  There
5    doesn't appear to be any activity in this
6    meeting.  If you would like to say on the line
7    until others join, please press 1.  If not,
8    I'll end the meeting.
9    THE WITNESS:  Did you guys hear
10   that?
11   THE REPORTER:  Yes.  I just heard
12   something about --
13   THE VIDEOGRAPHER:  This is the
14   videographer.  Did you guys hear that
15   recording?
16   MR. NATBONY:  Yes, I pushed 1.
17   THE WITNESS:  Were we supposed to
18   press something on that message?
19   MS. McKEEN:  I think it's okay.
20   THE WITNESS:  Okay.
21   MS. WHITE:  This is Karen from
22   Henderson.  I pressed 1, and I will reach out
23   to Soundpath.
24   BY MR. NATBONY:
25   Q.    Let me go back.  So, again, my

---

**185**

1    question is:
2    Is there any way to determine
3    whether the transfers out of 9458 included
4    excise tax monies?
5    A.    No, because dollars are
6    indistinguishable from revenue source once
7    they're in the TSA operational account.
8    Q.    Okay.  Well, would you be able to
9    determine at the time of transfers out of 9458
10   whether there was any balance of excise tax
11   revenues in BPPR 9458?
12   A.    Again, I don't think of cash
13   balances having Fund balances.
14   Q.    Irrespective of how you think
15   about it, was there any way to determine as of,
16   past the date of transfers out of 9458, whether
17   there were Fund balances in Fund 278?
18   A.    You can run a report that shows
19   revenue earned, and that would have been
20   recorded in Account 5191 for a discrete time
21   period of your choosing.
22   Q.    In Account 9458, are there other
23   funds in 9458 other than excise taxes such as
24   federal funds or other restricted funds?
25   MS. McKEEN:  Objection to form.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                  April 21, 2020

---

186

1      THE WITNESS:  All kinds of funds
2  would be transferred into and out of Account
3  9458.
4  BY MR. NATBONY:
5      Q.     Okay.  And turning back a page for
6  the April 2016 to June 2016 period, I see again
7  that the (indiscernible) Fund stops with BPPR
8  9857.  Does that mean that the funds are still
9  in 9857?
10      A.     There are certain allocable
11  revenues that were transferred to and remain in
12  9857.
13      Q.     Okay.  Are you able to determine
14  whether any of them are HTA excise tax
15  revenues?
16      A.     I would have to follow up on that.
17      Q.     So you don't know whether you can
18  or not?
19      A.     I would have to follow up to be
20  sure.
21      Q.     What would you do to follow up?
22      A.     I would review the information
23  and -- I would review the same kind of
24  information that we reviewed for alternate
25  (indiscernible) i.e., bank statements or any

---

187

1  vouchers or transfer details available.
2      MR. NATBONY:  Okay.  Let's pull up
3  tab 32.  I'm sorry.  I'm sorry.  Let's pull up
4  tab 27.  I just got confused, Jaclyn.
5      We'll mark tab 27 as
6  Exhibit 16 -- 17.  18, sorry.
7      (Monoline Exhibit 17 is
8      introduced for the record.)
9      MR. NATBONY:  So tab 27 will be
10  Exhibit 18 -- 17.
11  BY MR. NATBONY:
12      Q.     Okay.  Showing you what's been
13  marked as Exhibit 17, and I will tell you that
14  there is a translation following it if you want
15  to look at that.
16      Would you agree with me that this
17  is a group of debit authorizations from
18  transfers from Account (indiscernible) to
19  certain Treasury accounts?
20      MS. McKEEN:  Sorry, Bill, you cut
21  out.  Can you repeat your question, please?
22      MR. NATBONY:  Yes.
23  BY MR. NATBONY:
24      Q.     Would you agree with me that this
25  is a group of debit authorizations for

---

188

1  transfers from Account 0006 to certain Treasury
2  accounts?
3      A.     I agree that that's what the page
4  that we are currently looking at is.
5      Q.     Okay.  And if you would turn to
6  the third page, this document shows in December
7  of 2015 a transfer from Account 0006 to a
8  clawback of the Treasury, correct?
9      A.     That's what the document says.
10      Q.     And when that transfer occurred,
11  it was a transfer that was recognized as,
12  quote, withheld funds of the Highway's
13  authority, correct?
14      A.     That's what the document says.
15      Q.     And you don't have any reason to
16  dispute that when a document says that
17  transfers are being made of withheld funds of
18  the Highway Authority, that they are, in fact,
19  withheld funds of the Highway Authority, do
20  you?
21      UNIDENTIFIED SPEAKER:  Objection.
22      MS. McKEEN:  Form.
23      THE WITNESS:  I'm not a lawyer
24  but -- of the Highway Authority.  I'm not
25  certain there, not being an attorney.

---

189

1  BY MR. NATBONY:
2      Q.     You don't know one way or the
3  other, right?
4      A.     I'm not -- I do not know one way
5  or the other.
6      Q.     Let's go back, if we can, to tab
7  4, which was exhibit -- just give me a second.
8      Let's go back to tab 42 for a
9  minute, which would be Exhibit 13.
10      Now, I believe you testified
11  previously that with respect to the most recent
12  period that remained July 2016 to the present,
13  once you got to BPPR 9458, you couldn't
14  determine whether transfers included excise tax
15  monies because the dollars were
16  indistinguishable.  Was that your testimony?
17      A.     That's correct.
18      Q.     So turn back to the
19  November '15 -- November 2015 to March 2016
20  period.  How was it determined by you that
21  excise taxes were transferred out of the
22  operational account?
23      Well, let's strike that.  Let me
24  go back.
25      GDB 6048, is that an operational

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                      April 21, 2020

49 (Pages 190 to 193)

---

**190**

1  account?
2      A.     No, that's a separate account.
3      Q.     What is that account for?
4      A.     I'm not sure what all the uses of
5  that account are for.
6      Q.     Okay.  But GDB 0006, that's a
7  comingled account; is that correct?
8      A.     Correct.
9      Q.     And GDB 6048, that's a comingled
10  account, right?
11      A.     Correct.
12      Q.     So how did you determine that
13  excise tax revenue was transferred out of
14  GDB 0006 to GDB 6048 between the series of
15  (indiscernible) through March 2016?
16      A.     There would be a review of the
17  specific transfer detail to inform the
18  knowledge of that transfer.
19      Q.     You said you would have to review?
20      A.     By reviewing the transfer details.
21  And you can -- tracking the transfers of
22  equivalent amounts, you were able to -- or
23  we -- I was able to identify.
24      Q.     How were you able to identify that
25  GDB 0006 was a comingled account?

---

**191**

1      A.     GDB 0006 is a comingled account in
2  the transfer detail from 0006 to 6048, and
3  there would be an indication of the original
4  revenue source.
5      Q.     So wouldn't that indication of
6  original source revenue exist during the most
7  recent period for BPPR 5191?
8      A.     I'm sorry.  What's the question?
9      Q.     Would, in fact, the indication of
10  original source revenue that you just spoke of
11  exist during the most recent period for
12  BPPR 9458?
13      A.     That information doesn't exist
14  with a bank account.  That information exists
15  with a transfer.
16      Q.     And did you look at transfers out
17  of 9458 for the most recent period?
18      A.     There are thousands and thousands
19  of transfers out of that account in any given
20  period.
21      Q.     Okay.  My question is:
22             Did you look at them to determine
23  whether you could see where excise tax revenues
24  went?
25      A.     No, because excise tax revenues

---

**192**

1  would be indistinguishable from other dollars
2  in the TSA account.
3      Q.     How do you know they would be
4  indistinguishable unless you looked at the
5  transfer records to determine whether there was
6  any information in them that would help you?
7      A.     What's -- what's the question
8  there?
9      Q.     How would you know whether the
10  funds would be indistinguishable unless you
11  looked at the transfer records out of BPPR 9458
12  to determine whether there was any information
13  in those transfers that would help you
14  determine whether there were excise tax
15  revenues being transferred?
16      A.     Again, a cash -- cash balances,
17  discrete cash balances in an account will not
18  be identifiable by different subitems.
19      Q.     Okay.  But going back to the
20  November 2015 to March 2016 period, you were
21  able to determine by looking at transfer
22  records from GDB 0006 that excise tax revenues
23  were transferred to 6048, correct?
24      A.     Correct.
25      Q.     And you were able to determine

---

**193**

1  from GDB 6048 that there were further transfers
2  of excise taxes into -- back into GDB 0006,
3  right?
4      A.     Correct.
5      Q.     And you said you did that by
6  reviewing transfer records, correct?
7      A.     Transfers records and bank
8  statements, yes.
9      Q.     And my question is -- because I
10  still don't have an answer -- did you look at
11  transfer records and bank statements for
12  transfers out of BPPR 9458 for the July 2016 to
13  present period?
14             UNIDENTIFIED SPEAKER:  Objection.
15             THE WITNESS:  I have reviewed
16  disbursements out of that account.
17  BY MR. NATBONY:
18      Q.     Did you review the same type of
19  records that you reviewed with respect to 0006
20  for the November 2015 to March 2016 period?
21      A.     We would have had the same kind of
22  records available for us for both --
23      Q.     Did you -- did you review them?
24      A.     Yes, we reviewed outposts from --
25  from the TSA account.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                    April 21, 2020

50 (Pages 194 to 197)

**194**

1    Q.    You reviewed the vouchers and
2    transfer documents out of BPPR 9458 for the
3    period July 2016 to the present to determine
4    whether there was any information that could
5    help you identify whether there were further
6    transfers of excise tax revenues?
7    **A.    We did review that information.**
8    Q.    But you said previously there were
9    thousands and thousands of transfers.  You
10    looked at all of those.
11    MS. McKEEN:  Objection.
12    THE WITNESS:  Using software
13    and -- and data manipulation.
14    BY MR. NATBONY:
15    Q.    What do you mean by "software and
16    data manipulation"?
17    **A.    I personally utilized the business**
18    **intelligence platform called QlikView.  It is a**
19    **data aggregator similar to Tableau or Microsoft**
20    **Power BI.**
21    Q.    So you didn't look at the actual
22    documents, you looked at some summary of them
23    from a program; is that correct?
24    **A.    The -- you know, the review was**
25    **not limited to just information or data from**

**195**

1    a -- from a program.
2    Q.    What else did you look at?
3    **A.    We would look at bank statements**
4    **and potentially transfer details.**
5    Q.    Just so I understand, you did not
6    look at the actual transfer documents; you
7    looked at some summary of them in a program
8    that you described, correct?
9    **A.    I'm not -- I'm not certain which**
10    **time period or which transactions you're**
11    **referring to at this point.**
12    Q.    Well, then for the July 2016 to
13    the present period.
14    MS. McKEEN:  I'd like to take a
15    break and go off the record, Bill.
16    MR. NATBONY:  Well, no.  I want
17    to -- I want to finish this line of inquiries.
18    There will be a few more questions.
19    MS. McKEEN:  I'd like to take a
20    break and go off the record.
21    MR. NATBONY:  Well, a question is
22    still pending.  I asked whether July --
23    MS. McKEEN:  I'm sorry.
24    (Simultaneous speaking.)
25    MS. McKEEN:  What's the question

**196**

1    pending?  So he just told you he's confused
2    about your line of inquiry.  There's no pending
3    question.
4    MR. NATBONY:  There is a pending
5    question, and I'll --
6    MS. McKEEN:  Okay.  Let's finish
7    the question, and then we'll take a break.
8    MR. NATBONY:  Let me go back.
9    BY MR. NATBONY:
10    Q.    You testified:
11    I personally reviewed the build
12    intelligence platform called QlikView, which is
13    a data aggregator.
14    And then I said later on:
15    But I understand you did not look
16    at the actual transfer documents.  You looked
17    at some summary of them in a program that you
18    described,
19    And then you weren't sure for the
20    period, and I said:
21    For the July 2016 period.
22    So the question is:
23    For the July 2016 to present
24    period, did you actually look at
25    trans- -- original transfer documents to

**197**

1    determine whether there were transfers out of
2    BPPR 9458 that included HTA taxes, excise tax
3    revenues?
4    It's a yes-or-no question.
5    UNIDENTIFIED SPEAKER:  Same
6    objection.
7    THE WITNESS:  We reviewed
8    disbursement detail out of Account 9458.
9    BY MR. NATBONY:
10    Q.    Still don't have an answer to my
11    question.
12    Did you look at the actual
13    transfer documents, yes or no?
14    **A.    The actual transfer documents for**
15    **what transfers?**
16    Q.    For transfers out of 94 -- 9458
17    for the period July 2016 to present.
18    **A.    It would have been unreasonable to**
19    **look at every single transfer document out of**
20    **that account given that billions of dollars**
21    **passed through that account.**
22    MR. NATBONY:  If you want to take
23    your break, we'll take 5 minutes.
24    THE VIDEOGRAPHER:  We are off the
25    record at 4:30 p.m.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I

April 21, 2020

51 (Pages 198 to 201)

---

**198**

1  (Recess taken.)
2  THE VIDEOGRAPHER:  We are back on
3  the record at 4:45 p.m.
4  BY MR. NATBONY:
5  Q.  Okay.  Mr. Ahlberg, we talked a
6  lot about the TSA operational account.
7  Does the TSA operational account
8  have within it what might be considered
9  restricted funds such as federal funds or
10  fiduciary funds?
11  UNIDENTIFIED SPEAKER:  I object to
12  the form of the question.
13  BY MR. NATBONY:
14  Q.  You can answer.
15  A.  Federal funds certainly pass
16  through the TSA operational account.  Not being
17  an attorney, the level of restriction or not
18  there, I am not certain of.
19  Q.  Okay.  Are there other what I
20  would call restricted funds, like fiduciary
21  funds, that are held in the TSA operational
22  account?
23  UNIDENTIFIED SPEAKER:  Objection.
24  THE WITNESS:  Not being an
25  attorney, I'm not -- I don't know about

---

**199**

1  restriction versus not restriction.
2  BY MR. NATBONY:
3  Q.  Okay.  Well, with respect to
4  federal funds, for instance, does the
5  Commonwealth have an ability to trace what
6  federal funds are within the operational
7  account even though the account is comingled?
8  A.  The -- the Commonwealth -- would
9  you mind repeating the question?
10  Q.  Yes.
11  Does the Commonwealth have an
12  ability to determine how much federal funds are
13  in the operational account, even though it is
14  comingled?
15  A.  I'm thinking.  One second, please.
16  Federal funds are received into
17  the TSA via one specific -- one specific sweep
18  account, and so federal funds are separately
19  identified as federal funds and received into
20  the TSA.
21  Q.  Are there any other Special
22  Revenue Funds other than the Fund 278 that gets
23  swept into the TSA operational account?
24  MS. McKEEN:  Object to the form of
25  the question.

---

**200**

1  THE WITNESS:  There are revenues
2  from other Fund types -- or Fund numbers,
3  rather, that are recorded in 5191 that are
4  swept to TSA operational account.
5  BY MR. NATBONY:
6  Q.  And does the Commonwealth have any
7  way to base the amounts of any of those funds
8  within the operational account as to their
9  transfer into 5191?
10  A.  My apologies.  You kind of broke
11  up there at the beginning of your question.
12  Q.  And does the Commonwealth have any
13  way to determine the amounts of any of those
14  funds within the operational account after they
15  are transferred from 5191?
16  A.  No federal funds would be
17  transferred from Account 5191 to the TSA
18  operational account.
19  Q.  I wasn't asking about federal
20  funds.  I was asking about any Special -- any
21  other Special Revenue Funds.
22  A.  Okay.  And could you repeat the
23  question understanding that it's not in the
24  context of federal funds?
25  Q.  Does the Commonwealth have any way

---

**201**

1  to determine the amounts of any of those Funds
2  within the operational account after they are
3  transferred from 5191?
4  A.  Again, I don't think about Fund
5  numbers having balances within the TSA.
6  Q.  Irrespective of what -- how you
7  think of it, is there any mechanism that you're
8  aware of that the Commonwealth has to determine
9  the amount of Special Revenue Funds for any
10  particular Fund after it had been transferred
11  to the operational accounts from 5191?
12  MS. McKEEN:  Objection.
13  BY MR. NATBONY:
14  Q.  And if you don't know, that's
15  fine.  I'm just asking whether you know.
16  A.  The answer is no.
17  Q.  How do you know?
18  A.  Would you repeat the question with
19  the "how do you know" in front of it, just so I
20  have the whole question?
21  Q.  I'll...
22  Are there any -- are you familiar
23  with the phrase "Act 30 and 31 revenues"?
24  A.  I'm unfamiliar with that term used
25  around the Commonwealth.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                    April 21, 2020

52 (Pages 202 to 205)

---

202

1    Q.    Is it true that Act 30/31 revenues
2  of a -- of the excise taxes are still flowing
3  to HTA today?
4         MS. McKEEN:  Objection.
5         THE WITNESS:  I'll need to
6  review -- refresh exactly which revenues are
7  Acts 30/31 revenues.
8  BY MR. NATBONY:
9    Q.    Cigarette taxes, for instance, are
10 those flowing directly still to HTA?
11        MS. McKEEN:  Objection.
12 BY MR. NATBONY:
13   Q.    You can answer.
14   A.    Cigarette taxes are used to fund
15 an operational transfer to HTA, but it's not a
16 transfer directly of cigarette tax revenues.
17   Q.    So they still flow to HTA,
18 correct?
19   A.    I think that's a
20 mischaracterization of what I just said.
21   Q.    What do you mean by "an
22 operational transfer to HTA"?
23   A.    There's a monthly operational --
24 or monthly transfer to HTA from the
25 Commonwealth to fund operations.  And this --

---

203

1  the source of revenues that would fund that
2  transfer would be certain 278 revenues but that
3  the revenues from the appropriation, they are
4  not transferred directly as a direct
5  one-for-one passthrough.
6    Q.    Does HTA (indiscernible) the
7  cigarette tax revenues, irrespective of whether
8  you call it an operational transfer or some
9  other (indiscernible), correct?
10        THE REPORTER:  Bill, I'm sorry.  I
11 didn't catch your question.  It was a little
12 garbled.
13        MR. NATBONY:  I'll try to repeat
14 it.
15        THE REPORTER:  Thank you.
16 BY MR. NATBONY:
17   Q.    But HTA does obtain the cigarette
18 tax revenues, irrespective of whether you call
19 it an operational transfer or something else,
20 correct?
21   A.    I think that's a
22 mischaracterization of the operational
23 transfer.
24   Q.    And why do you think it's a
25 mischaracterization?

---

204

1    A.    The operational transfer is -- is
2  established and will be made in the approximate
3  same amount regardless of revenues for that
4  period.
5    Q.    How do you know that it's the
6  cigarette taxes and not other HTA excise taxes
7  that are being sent to HTA as part of the
8  operational transfer?
9         MS. McKEEN:  Object to the form.
10        THE WITNESS:  Would you please
11 kindly repeat the question?
12 BY MR. NATBONY:
13   Q.    Well, the operation of the account
14 is comingled, so how do you know that it's the
15 cigarette tax revenues as opposed to other HTA
16 excise taxes that are being sent to HTA out of
17 this operational transfer?
18   A.    Because we use the Fund code to
19 identify the source of funds, not necessarily
20 to tag exact dollars in the TSA that are
21 transferred.
22   Q.    But if excise taxes have gone from
23 account to account and remain
24 comingled, I guess your testimony is that the
25 Fund designations still provide a mechanism for

---

205

1  you to determine the source of revenues?
2    A.    The source of revenues would
3  always be recorded the same in Account 5191,
4  and that would be the information used.
5    Q.    So if funds have gone from 5191 to
6  one operation account to another operation
7  account, you'll still be able to trace back the
8  amount of funds by using whatever Fund
9  designation applies, correct?
10   A.    It depends.  Is there a specific
11 scenario in which you have that question about?
12   Q.    No, generally.
13   A.    It depends.
14   Q.    What does it depend on?
15   A.    I've lost track of your question
16 there.
17   Q.    Well, you said that whether you
18 can use the Fund designation to trace the
19 source back depends.  What does it depend on?
20   A.    It would depend on the Fund number
21 used and when it was recorded within 5191.
22   Q.    And I want to go back to your
23 discussion about what you looked at in
24 determining if the July 2016 to present period,
25 whether there were further transfers of excise

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                       April 21, 2020

53 (Pages 206 to 209)

---

206

1  tax revenues out of BPPR 9458, the last account
2  on your flow of funds.
3          THE REPORTER:  Hi.  This is the
4  court reporter.
5          I just said this is the court
6  reporter.  My call had dropped off.
7          MR. NATBONY:  Okay.  Are you back
8  then?
9          THE REPORTER:  I am.
10         MS. McKEEN:  We stopped for you.
11         THE REPORTER:  Thank you.
12  BY MR. NATBONY:
13     Q.    Okay.  So to repeat the question,
14  it was going back to the July 2016 to present
15  period, which, if you recall, hinted the flow
16  of funds at BPPR 9458.
17         And we were discussing what
18  documents you had looked at to determine
19  whether there were further transfers of excise
20  tax revenues out of that Fund.  Do you recall
21  that discussion?
22     A.    Yes.
23     Q.    Is it fair to say that after
24  looking at whatever records you looked at
25  concerning transfers out of BPPR 9458, you are

---

207

1  not able to say that any of those transfers
2  were of excise taxes for HTA?
3          UNIDENTIFIED SPEAKER:  Objection.
4  BY MR. NATBONY:
5     Q.    You can answer.
6     A.    Can you rephrase the question in
7  the affirmative?
8     Q.    Sure.  Is it your position that
9  after looking at all the records -- strike
10  that.
11         Is it your position that after
12  looking at whatever records you looked at with
13  respect to transfers out of BPPR 9458, you
14  cannot say that any of the transfers were of
15  excise taxes relating to HTA?
16         MS. McKEEN:  Form.
17         THE WITNESS:  I cannot say that
18  transfers -- any transfers out of that account
19  during this time period would have been excise
20  taxes.
21  BY MR. NATBONY:
22     Q.    Now, when you talk about sweeps to
23  the TSA operational account, there are also
24  sweeps to other accounts, aren't there, like
25  the TSA cash concentration account, correct?

---

208

1     A.    I'm uncertain if that
2  characterizes a TSA sweep account or not.
3     Q.    Well, there's not only one account
4  that excise taxes get swept into, right?  They
5  could be swept into a number of different TSA
6  accounts, right?
7     A.    Even if funds are comingled at the
8  point of entry into the TSA operational
9  account, it would mean that funds are comingled
10  in the other TSA account.
11     Q.    Right.  And there could be sweeps
12  from the TSA operational account into other
13  accounts as well, right?
14     A.    There could be transfers from one
15  TSA account to another TSA account.
16         MR. NATBONY:  Can you pull up
17  tab 32?  Let's mark that as Exhibit -- what are
18  we up to?  18, I think?  Yeah.
19         (Monoline Exhibit 18 is
20         introduced for the record.)
21  BY MR. NATBONY:
22     Q.    I'll now show you what's been
23  marked as Monoline Exhibit 18.  Get out my
24  trusty binder.
25         Have you seen this document

---

209

1  before, sir?
2     A.    Yes.
3     Q.    Did you see it in preparation for
4  your deposition today?
5     A.    I can't recall.  It's possible
6  I've seen it prior.
7     Q.    Do you know who prepared this?
8     A.    I'm not certain which individual
9  prepared this.
10     Q.    Do you know what -- what entity
11  prepared it?
12     A.    I believe this was prepared by
13  HTA.
14     Q.    Okay.  How do you have that
15  belief -- sorry, strike that.
16         Where do you get that belief from?
17     A.    Having asked the Department of
18  Treasury about -- not certain if it was
19  specifically about this document, but documents
20  similar to these and them having no -- them
21  acknowledging to me that this was not in their
22  document production.
23     Q.    But you didn't ask the Department
24  of Treasury specifically about this document,
25  correct?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                        April 21, 2020

54 (Pages 210 to 213)

---

210

1          A.      I don't recall specifically asking
2    Treasury about this particular document.
3          Q.      How would you describe this
4    document?
5               MS. McKEEN:  Object to form.
6               THE WITNESS:  The document says it
7    is a 278 Fund accreditation for fiscal year
8    '15-'16.
9    BY MR. NATBONY:
10         Q.      All right.  And what -- what do
11   you on behalf of HTA and the Commonwealth
12   understand this to be?
13         A.      It's a report that includes 278
14   revenues.
15         Q.      And Fund withdrawals?
16              MS. McKEEN:  Objection.
17   BY MR. NATBONY:
18         Q.      And Fund withdrawals, not side
19   withdrawals, right?
20              THE REPORTER:  Thank you.
21              MR. NATBONY:  I got you.
22              MS. McKEEN:  Same objection.
23              THE WITNESS:  That's not clear to
24   me -- oh, okay.  I see that the document does
25   say "Fund withdrawals" on it.

---

211

1    BY MR. NATBONY:
2          Q.      Now, you'll see that this
3    document, if you go to the last page, goes
4    through September of 2019, correct?
5          A.      That's what this page of the
6    document says.
7          Q.      All right.  So does this document
8    state the amount of pledged revenues that were
9    collected into Fund 278 between the period
10   November 2015 to December 2019?
11              MS. McKEEN:  Objection.
12              THE WITNESS:  I'm not certain that
13   this document includes any information on
14   pledging or not pledging.
15   BY MR. NATBONY:
16         Q.      Okay.  Well, does this document
17   reflect the amount of revenues?  Let me
18   rephrase.
19              Does this document reflect the
20   amount of excise tax revenues collected between
21   November 2015 and October 2019?
22         A.      This document does show revenues
23   from July through November -- or sorry --
24   July 2015 to September 2019.
25         Q.      And these are HTA excise tax

---

212

1    revenues that were a designated part of Fund
2    278, correct?
3          A.      That's what the document says.
4          Q.      Okay.  And it also reflects
5    withdrawals during that period, correct?
6          A.      That's what the document says.
7          Q.      And is it fair to say that from
8    the period of November 20 -- I'm sorry -- from
9    July 2015 through October 2019 -- give me a
10   second here.
11              Can you determine from this
12   document the total amount of revenues that have
13   been collected through September of 2019?
14         A.      I could determine how much this
15   document says is 278 revenues from
16   July (indiscernible).
17         Q.      And what --
18         A.      -- for 2019.
19         Q.      I apologize.
20              THE REPORTER:  I'm sorry,
21   Mr. Witness.  You dropped off at the end.
22   BY MR. NATBONY:
23         Q.      You said -- why don't you repeat
24   your answer:
25              "I could determine how much this

---

213

1    document says" what?
2          A.      I could determine how much this
3    document says is 278 revenues from July 2015 to
4    September 2019.
5          Q.      And what is that amount?
6          A.      I would need a calculator or Excel
7    spreadsheet to add that up.
8          Q.      Well, take a look at the last
9    page.  There is a Total column.  Maybe that
10   will help you.
11         A.      Is this total summing all of the
12   years in this document?
13         Q.      Well, that is a question for you.
14   Is it?
15              MS. McKEEN:  Objection.  The
16   witness does not have a calculator --
17              MR. NATBONY:  He is here for the
18   Commonwealth and this is a shared Commonwealth
19   document.
20              MS. McKEEN:  I understand, but
21   that doesn't make him into a calculator.  Are
22   you asking him to perform this calculation?
23              MR. NATBONY:  No.  I'm asking
24   him -- I'm asking him whether to confirm that
25   up to September 2019, there were over

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                   April 21, 2020

55 (Pages 214 to 217)

---

**214**

1   $2.7 million [sic] of excise tax revenue
2   collected relating to Fund 278.
3   BY MR. NATBONY:
4       Q.    Is that correct?
5           UNIDENTIFIED SPEAKER:  Objection.
6           MR. NATBONY:  Billion, not
7   million, for the court reporter.
8           THE REPORTER:  Thank you.
9           THE WITNESS:  That's what this
10  document says.
11  BY MR. NATBONY:
12      Q.    And of that 2.7 billion, none of
13  that revenue would have been held in the
14  Commonwealth's General Fund, correct?
15      A.    **I don't think about the General**
16  **Fund or any Fund in billions of dollars, as you**
17  **just expressed.**
18      Q.    So none of the $2.7 billion was
19  designated to a separate Fund designation
20  relating to the General Fund, correct?
21      A.    **No.**
22      Q.    Not correct or it is correct?
23      A.    **That you phrased it, that is**
24  **correct.**
25      Q.    Okay.  Thank you.  Sorry for the

---

**215**

1   confusion.
2           Is it fair to say that further
3   excise tax revenues have been collected by the
4   Commonwealth since September of 2019?
5       A.    **Yes.**
6       Q.    So is it possible to run an
7   updated report that shows Fund 278
8   accreditation through the present?
9           MS. McKEEN:  Objection.
10          THE WITNESS:  I can't speculate
11  one way or the other.
12  BY MR. NATBONY:
13      Q.    Well, you're here representing HTA
14  and the Commonwealth, right?  You don't know
15  whether you can update this particular document
16  to the present?
17      A.    **I would have to check on that and**
18  **get back to you.**
19      Q.    Do you know the current amount of
20  any excise tax revenues that are currently held
21  by the Commonwealth?
22      A.    **I don't know anything about the**
23  **Commonwealth holding any specific kind of**
24  **revenue.**
25      Q.    Well, the Commonwealth has

---

**216**

1   collected HTA tax -- excise tax revenues and
2   still does, correct?
3       A.    **Correct.**
4       Q.    How much in HTA excise taxes is
5   the -- is currently in the Commonwealth's
6   possession that was collected?
7       A.    **As mentioned before, that's not**
8   **determinable.**
9       Q.    And it's not determinable because
10  you've -- because the Commonwealth has swept
11  all the money into its operational account,
12  right?
13      A.    **It's not determinable because**
14  **funds are comingled in the TSA.**
15      Q.    Right.  And it's the Commonwealth
16  that comingled the money into the TSA, correct?
17      A.    **The comingling first happened in a**
18  **TSA account.**
19      Q.    Right.  So, but for the
20  comingling, the Commonwealth would be able to
21  determine precisely how much excise tax
22  revenues in its possession, correct?
23      A.    **Correct.**
24          MS. McKEEN:  Objection.
25          THE WITNESS:  Hypothetical

---

**217**

1   question.
2   BY MR. NATBONY:
3       Q.    Right.  And what's the answer?
4           MS. McKEEN:  Objection.
5           THE WITNESS:  I don't know since
6   it's a hypothetical question.
7   BY MR. NATBONY:
8       Q.    If today one wanted to know --
9   strike that.
10          Do you know what the
11  Commonwealth's current plans are with respect
12  to excise taxes that it's currently collecting?
13          MS. McKEEN:  Objection.
14          THE WITNESS:  Outside of my
15  understanding that the flow of funds has
16  documented within the presentation that the --
17  the present, my understanding is the process
18  remains the same even to this day.
19  BY MR. NATBONY:
20      Q.    So is it your position that the
21  excise -- HTA excise taxes from the
22  Commonwealth's perspective are going to
23  continue to be placed in a TSA operational
24  account and not sent to HTA?
25      A.    **I didn't (indiscernible).**

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                    April 21, 2020

56 (Pages 218 to 221)

### 218

1      MS. McKEEN:
2  Objection (indiscernible).
3          Hang on, Tim. I'm going to object
4  because it's outside the scope of the topics.
5          You can answer if you know.
6  BY MR. NATBONY:
7      Q.    You may answer.
8      **A.    I expect the flow of funds to**
9  **continue as documented with the to-present**
10 **slide on the flow of funds presentation.**
11     Q.    That would be the last slide
12 relating to July 2016 to present?
13     **A.    Without having that document in**
14 **front of me, I believe those are the dates.**
15     Q.    Do collected revenues that are
16 received by the Commonwealth result in cash to
17 the Commonwealth?
18     **A.    Revenue collection is cash**
19 **collection.**
20         MR. NATBONY: Just give me a
21 minute here, and I may be ready to transfer
22 questioning to my colleagues.
23         Mr. Ahlberg, I want to thank you
24 for your time, at least with me, today. I'm
25 going to transfer to my colleagues on the other

### 219

1  credits.
2          I am going to reserve rights on
3  the questions that you've directed the witness
4  not to answer. I know we are meeting again
5  Thursday.
6          We'll have a discussion between
7  us -- us lawyers between now and then on
8  whether to proceed to the judge on that issue.
9          Reserving that right, at least for
10 the moment, I have no further questions and
11 transfer to -- I believe it might be
12 Ms. Miller.
13         THE WITNESS: Thank you, sir.
14         MR. NATBONY: Thank you,
15 Mr. Ahlberg.
16         The court reporter can remove me
17 from the screen if you wish.
18         THE REPORTER: Oh, I don't want to
19 touch anything.
20         (Discussion off the record.)
21         MS. HALL: Hi, Bill. It's Jaclyn.
22 I think if you turn off your camera, you'll
23 drop out of the video screen for everyone.
24         MS. MILLER: Just for the record,
25 Atara Miller from Milbank on behalf of Ambac.

### 220

1  Liz, I know that you have a hard
2  stop at about -- or someone on your team has a
3  hard stop in about half an hour.
4          I'm happy to start now and go as
5  far as we can or to just pick up with that on
6  Thursday, whatever you think is best.
7          MS. McKEEN: I think however you'd
8  like to proceed is fine with us, but before I
9  do, I'd like to check in with the witness.
10 It's obviously been a long day, and so I'd like
11 it to be up to Tim.
12         Tim, would you like to go for the
13 next half hour, or would you prefer to call it
14 a day and resume on Thursday morning? It's
15 completely up to you.
16         THE WITNESS: If there's no
17 preference among the group, I would prefer to
18 go to Thursday morning.
19         MS. McKEEN: Okay. Great. Let's
20 do that, then, if you don't mind, Atara, okay?
21         MS. MILLER: Okay. That's fine
22 with us.
23         MS. McKEEN: Great.
24         Tim, thanks for your time. I
25 assume that Atara will get other links to )

### 221

1  Thursday's session.
2          MS. MILLER: Yeah, I think we
3  already got them for Thursday. So we'll just
4  double-check that and make sure that it's all
5  set up.
6          MR. NATBONY: Before we hang up,
7  did someone want to make a designation or a
8  statement about confidentiality?
9          MS. McKEEN: We probably should.
10 I think until we've had time to
11 review the transcript and designate particular
12 portions of it confidential, it probably makes
13 sense that the whole thing be designated
14 confidential pursuant to the protective order
15 if others are amenable to that.
16         MS. MILLER: We have no objection.
17         MR. NATBONY: Same here.
18         MS. MILLER: So I think if the
19 videographer could take us off the record and
20 close for the day, we'll meet back on Thursday
21 morning.
22         MR. NATBONY: Thanks, everybody.
23         THE VIDEOGRAPHER: We are off the
24 record at 5:24 p.m. This adjourns today's
25 video deposition.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I

April 21, 2020

57 (Pages 222 to 224)

222

```
1          (Deposition adjourned at
2          5:24 p.m. and continued to
3          April 23, 2020, at 9:30 a.m.)
4
5
6
7
8          ACKNOWLEDGMENT OF DEPONENT
9
10         I, _____, do hereby
11    acknowledge that I have read and examined the
12    foregoing testimony, and the same is a true, correct
13    and complete transcription of the testimony given by
14    me, and any corrections appear on the attached Errata
15    Sheet signed by me.
16
17
18    _____    _____
19      (DATE)              (SIGNATURE)
20
21
22
23
24
25
```

224

```
1    aforesaid.
2          I further certify that the signature to
3    the foregoing deposition was not waived by
4    counsel for the respective parties.
5          I further certify that I am not counsel
6    for nor in any way related to the parties to
7    this suit, nor am I in any way interested in
8    the outcome thereof.
9          IN TESTIMONY WHEREOF:   I have hereunto
10   set my hand and affixed my notarial seal this
11   22nd day of April, 2020.
12
13
14
15
16         Cynthia J. Conforti, CSR, CRR
17         CSR License No. 084-003064
18
19
20
21
22
23
24
25
```

223

```
1    STATE OF ILLINOIS   )
2                        ) SS:
3    COUNTY OF C O O K   )
4
5          I, Cynthia J. Conforti, a notary public
6    within and for the County of Cook and State of
7    Illinois, do hereby certify that heretofore,
8    to-wit, on the 21st day of April, 2020,
9    virtually appeared TIMOTHY H. AHLBERG, in a
10   cause now pending and undetermined in the
11   United States District Court for the District
12   of Puerto Rico, IN RE: THE FINANCIAL OVERSIGHT
13   AND MANAGEMENT BOARD FOR PUERTO RICO, AS
14   REPRESENTATIVE OF THE COMMONWEALTH OF PUERTO
15   RICO, et al., DEBTORS.
16         I further certify that the said witness
17   was first duly sworn to testify the truth, the
18   whole truth and nothing but the truth in the
19   cause aforesaid; that the testimony then given
20   by said witness was reported stenographically
21   by me in the presence of the said witness, and
22   afterwards reduced to typewriting by
23   Computer-Aided Transcription, and the foregoing
24   is a true and correct transcript of the
25   testimony so given by said witness as
```

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                     April 21, 2020

1

| | | | |
|---|---|---|---|
| **A** | 23:16,18 | 165:15 166:8 | 142:10 |
| **A-A-F-A-F** | 24:16 25:9 | 166:10,12,18 | **accounting** |
| 17:6 | 25:11 38:8 | 168:23 | 16:21 20:9 |
| **a.m** 1:24 7:8 | 45:17,24 | 169:23 | 29:1 30:7,8 |
| 47:17,20 | 46:2 48:5,23 | 170:19 | 34:12,17,18 |
| 222:3 | 48:24 53:13 | 171:18,18 | 34:20 35:2 |
| **AAFAF** 17:5 | 54:14,22 | 173:24 | 38:16 39:5,6 |
| 23:15,23 | 56:23 61:2,6 | 178:21,24 | 40:3,4 53:11 |
| 24:4,13 33:1 | 61:10,14,19 | 179:4,6,9,10 | 53:15 57:25 |
| 41:23 42:7 | 65:5 69:2,3 | 179:16,19,21 | 60:3 62:21 |
| 42:11,14 | 69:11,16,20 | 179:21 180:1 | 62:24 84:20 |
| 44:10,20 | 69:21,23 | 180:4,9,12 | 84:21 88:3 |
| 63:1 86:16 | 71:8 72:18 | 180:17,23 | 88:14,15,17 |
| **ability** 96:8,13 | 76:20,21 | 181:3,8,13 | 88:19 89:5 |
| 96:18 110:22 | 77:4,5 82:5 | 182:2,4,8,10 | 98:7 173:20 |
| 112:7,16 | 82:12 83:1 | 182:10,16 | 173:23 |
| 114:12 183:6 | 92:13 95:16 | 183:5 185:7 | **accounts** |
| 183:9 199:5 | 97:21 105:18 | 185:20,22 | 45:25 46:6,9 |
| 199:12 | 105:22,24 | 186:2 187:18 | 53:17 54:19 |
| **able** 16:15 | 118:12,13,17 | 188:1,7 | 54:20 60:5 |
| 47:6,23 | 118:24 121:9 | 189:22 190:1 | 79:23,24 |
| 55:25 57:2 | 125:4,15,20 | 190:2,3,5,7 | 80:1 87:2 |
| 80:20,22 | 126:16 | 190:10,25 | 92:18,24 |
| 92:5 93:7,13 | 127:24 | 191:1,14,19 | 101:1,4 |
| 95:18 96:5 | 129:21,22 | 192:2,17 | 102:19 103:2 |
| 116:19 | 130:2,7,8 | 193:16,25 | 109:2 110:16 |
| 148:24 163:1 | 133:3,5,6,18 | 197:8,20,21 | 121:15,16 |
| 163:3,20,22 | 134:2 135:13 | 198:6,7,16 | 124:19 125:1 |
| 185:8 186:13 | 135:16 | 198:22 199:7 | 125:7,8,16 |
| 190:22,23,24 | 137:13,15,16 | 199:7,13,18 | 125:21,23,23 |
| 192:21,25 | 137:17 | 199:23 200:4 | 126:10,11,11 |
| 205:7 207:1 | 148:20 | 200:8,14,17 | 126:19 130:4 |
| 216:20 | 150:14 | 200:18 201:2 | 132:4,6,16 |
| **absolutely** | 151:12,16,18 | 204:13,23,23 | 132:16,19,20 |
| 109:23 | 154:22 | 204:23 205:3 | 133:15 134:2 |
| **accept** 80:18 | 155:14 157:9 | 205:6,7 | 160:12 |
| **access** 12:21 | 160:4,4,5,6,7 | 206:1 207:18 | 172:17 |
| **accommodate** | 160:10 | 207:23,25 | 173:18 |
| 16:4 | 161:14,16,17 | 208:2,3,9,10 | 174:15 |
| **accompanyi...** | 161:18,20,24 | 208:12,15,15 | 178:12,13,14 |
| 117:5 118:2 | 162:2,10 | 216:11,18 | 178:18,22 |
| 124:6 | 163:3,3,22 | 217:24 | 179:2,3,13 |
| **account** 18:6 | 163:22 165:3 | **Accountant** | 183:12 |
| | | 187:19 188:2 | |
| | | 201:11 | |
| | | 207:24 208:6 | |
| | | 208:13 | |
| | | **accreditation** | |
| | | 140:25 141:1 | |
| | | 152:16 210:7 | |
| | | 215:8 | |
| | | **accrual** 98:7 | |
| | | **accurately** | |
| | | 21:20 26:24 | |
| | | 27:7 28:1 | |
| | | **acknowledge** | |
| | | 222:11 | |
| | | **acknowledg...** | |
| | | 209:21 | |
| | | **ACKNOWLE...** | |
| | | 222:8 | |
| | | **acronym** 88:5 | |
| | | **Act** 130:17 | |
| | | 201:23 202:1 | |
| | | **action** 75:14 | |
| | | 159:20 167:1 | |
| | | **actions** 65:20 | |
| | | 67:24 68:3 | |
| | | 167:7,9 | |
| | | **activities** | |
| | | 32:24 59:21 | |
| | | 85:4 97:23 | |
| | | **activity** 184:5 | |
| | | **Acts** 202:7 | |
| | | **actual** 36:25 | |
| | | 60:22 64:2 | |
| | | 79:13 92:23 | |
| | | 162:14 | |
| | | 171:20 | |
| | | 194:21 195:6 | |
| | | 196:16 | |
| | | 197:12,14 | |
| | | **ADAM** 4:21 | |
| | | **adam.langle...** | |
| | | 4:21 | |
| | | **add** 213:7 | |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                    April 21, 2020

2

**addition** 7:16
20:10
**additional**
138:3
**Additionally**
95:17
**adjourned**
222:1
**adjourns**
221:24
**adjust** 47:11
**adjustment**
139:20
**adjustments**
173:23
**Administered**
1:7
**administrati...**
119:20 120:7
120:20
**advise** 14:24
**Advisory** 3:11
17:7
**affiliated**
161:21 162:3
**affirmative**
207:7
**affixed** 224:10
**aforesaid**
223:19 224:1
**afternoon**
94:22
**agencies** 19:8
19:12,17
21:10 25:18
39:6 113:19
114:6,24
115:1,5
**agency** 3:11
17:7 115:8
**aggregator**
194:19
196:13

**agree** 10:18,19
11:7 35:20
35:25 36:3
41:23 45:23
46:5 48:17
48:20,22
49:10 50:19
51:13 52:22
53:1,8,9
59:18,25
84:19,23
85:7 86:2,8
86:13 90:6,9
100:8 102:18
113:16
117:11
121:14
149:23 178:8
187:16,24
188:3
**agreed** 8:1,7
9:4,10,17
163:12
**agreement**
9:19 10:3
41:10 42:10
44:9,20
122:24
**ahead** 45:21
67:5 71:20
132:18
160:17
169:14,17
**Ahlberg** 1:19
6:2 7:4 13:8
13:17 23:10
28:4 37:9
48:1 68:21
83:9 84:16
93:24 94:22
140:5 146:18
166:7 176:17
181:20 198:5

218:23
219:15 223:9
**al** 1:14 223:15
**Alexa** 5:23
**Alexander**
5:24
**ALEXANDRA**
2:23
**allocable**
130:13
131:21
186:10
**allocated** 58:9
**allow** 27:1
67:25 107:10
167:2 171:6
177:25
**alternate**
186:24
**Ambac** 2:13
219:25
**amenable**
221:15
**amendment**
80:18
**AMERINATI...**
5:15
**amiller@mil...**
2:23
**amount** 56:1
56:11,16
57:15 61:25
62:17,21
65:7 70:1
93:11 133:13
135:10,12,20
136:5,17
137:20,25
138:5 153:6
153:12 154:1
154:5,10
201:9 204:3
205:8 211:8

211:17,20
212:12 213:5
215:19
**amounts**
46:10 90:6,9
93:8,14
107:5 108:24
136:20 153:9
182:19
190:22 200:7
200:13 201:1
**analysis** 9:7
9:15 33:3
177:19 178:5
**Angel** 20:9
**annual** 51:12
51:21 176:23
**answer** 10:17
14:12,17
15:20,22
32:4 36:24
41:7 66:2,3,9
66:16 67:1,2
67:20,22
68:4,15
70:13,14
75:15 85:21
101:9 114:16
124:3 134:17
136:24 137:3
137:6 151:23
160:17 161:7
163:13
166:23 167:5
167:15 169:9
169:11,25
172:2 180:25
193:10
197:10
198:14
201:16
202:13 207:5
212:24 217:3

218:5,7
219:4
**answered**
43:23 134:8
**answers** 14:13
14:23
**Anthony** 5:25
7:4
**anticipate** 9:21
11:15
**anticipated**
41:13
**antiterrorist**
161:18,21,25
**anybody** 143:1
**anymore** 158:3
**apart** 82:20
**apaslawsky...**
2:24
**apavel@om...**
3:19
**apologies** 47:3
154:7 200:10
**apologize**
32:22 88:6
136:11
139:18 184:1
212:19
**apostrophe**
149:7
**Apparently**
175:15
**appear** 10:3
13:1 82:8,10
122:6 149:14
184:5 222:14
**appearance**
42:23,25
43:20
**appeared**
223:9
**appearing**
12:8

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                    April 21, 2020

3

appears 50:6
  100:24
  105:11
  149:13
appendix
  114:3,3
applies 130:7
  158:15 205:9
apply 8:14
  10:25 115:13
  158:2
APPP 27:11
appreciated
  123:22
appropriate
  98:7
appropriation
  51:12,22
  203:3
approval
  114:5,23
approve
  113:20
  114:12
approved
  119:9
approximate
  204:2
approximately
  7:10 21:1
  41:18 107:9
April 1:25 7:7
  170:6,18
  172:17 173:6
  173:16
  174:13 186:6
  222:3 223:8
  224:11
area 20:1
argument
  170:2
arising 11:19
arrangement

42:7
articulate 67:8
ASHLEY 3:18
aside 21:8
  97:17
asked 39:25
  43:22 59:13
  65:18 66:12
  68:7 69:14
  71:3,25
  85:19 103:19
  125:17 134:7
  134:19 154:8
  172:14,21
  195:22
  209:17
asking 12:1,5
  19:1 65:23
  67:23 68:1
  75:8,13
  85:12,17
  97:6,7 101:3
  139:11
  146:19 167:1
  167:7 169:19
  181:15
  200:19,20
  201:15 210:1
  213:22,23,24
assertions
  10:23
asset 32:5,15
  79:17
assets 147:7
assigned 98:6
assisting
  176:23
associate
  29:22 40:16
associated
  55:5 61:22
  105:19 148:4
  152:7

assume 14:23
  220:25
Assuming
  72:25
assumptions
  9:23 10:25
assurance
  2:13 29:23
Assured 4:6,6
  11:25
Atara 2:22
  219:25
  220:20,25
attached 99:12
  124:7 222:14
attained 28:9
attaining 85:4
attended 28:5
attending 7:10
attention
  23:12 37:15
  166:6
attorney 6:25
  7:13 15:22
  24:10 29:13
  74:9 188:25
  198:17,25
attorneys 7:10
audio 7:20
audited 108:12
  110:3
auditing 38:8
  100:1
auditor 100:6
auditors 100:3
audits 30:2
authenticity
  9:5,14,23
  10:1 11:15
author 49:4
  52:14 142:21
  149:20
authoritative

38:15,22
  39:5 40:3
authority 3:11
  5:3,16 15:8
  15:16 17:7
  17:17 101:2
  111:6,11,15
  111:19
  112:21
  120:12
  188:13,18,19
  188:24
Authority's
  149:7 152:11
authorizations
  187:17,25
authorized
  68:17 118:22
  119:9 121:9
  121:17,25
authorizing
  118:23
automated
  91:6,13,16
auxiliary 19:24
available
  147:12,15
  148:8 187:1
  193:22
Avenue 2:5
  3:4 4:2,18,22
  5:12,18
aware 25:8,13
  38:10 70:5
  74:14 89:19
  95:23 96:4
  96:21 97:1
  112:20 123:6
  130:2,4
  138:10
  148:10,14,23
  161:17,20
  173:22 201:8

Awesome
  176:13

B
bachelor 28:9
back 47:19
  79:9 94:2,6
  94:18 116:5
  118:4 121:4
  123:1,4,6,10
  123:22 146:8
  146:12
  148:12,13
  152:20
  161:10
  175:24,24
  176:11 180:7
  180:14
  181:25
  184:25 186:5
  189:6,8,18
  189:24
  192:19 193:2
  196:8 198:2
  205:7,19,22
  206:7,14
  215:18
  221:20
background
  46:17,23
  146:25
  176:19
Baig 5:22
balance 56:24
  70:18 95:24
  96:19 97:9
  126:15 138:8
  138:11,17,21
  138:25 139:6
  139:9,10,13
  146:19,23
  147:10
  154:22,25