# EXHIBIT AE

# (Ex. 21 to the Natbony Declaration, originally filed as ECF 13039-33, and ECF 789-33 in Case No. 17-BK-3567) - Part 2

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I

April 21, 2020

3

appears 50:6
  100:24
  105:11
  149:13
appendix
  114:3,3
applies 130:7
  158:15 205:9
apply 8:14
  10:25 115:13
  158:2
APPP 27:11
appreciated
  123:22
appropriate
  98:7
appropriation
  51:12,22
  203:3
approval
  114:5,23
approve
  113:20
  114:12
approved
  119:9
approximate
  204:2
approximately
  7:10 21:1
  41:18 107:9
April 1:25 7:7
  170:6,18
  172:17 173:6
  173:16
  174:13 186:6
  222:3 223:8
  224:11
area 20:1
argument
  170:2
arising 11:19
arrangement

42:7
articulate 67:8
ASHLEY 3:18
aside 21:8
  97:17
asked 39:25
  43:22 59:13
  65:18 66:12
  68:7 69:14
  71:3,25
  85:19 103:19
  125:17 134:7
  134:19 154:8
  172:14,21
  195:22
  209:17
asking 12:1,5
  19:1 65:23
  67:23 68:1
  75:8,13
  85:12,17
  97:6,7 101:3
  139:11
  146:19 167:1
  167:7 169:19
  181:15
  200:19,20
  201:15 210:1
  213:22,23,24
assertions
  10:23
asset 32:5,15
  79:17
assets 147:7
assigned 98:6
assisting
  176:23
associate
  29:22 40:16
associated
  55:5 61:22
  105:19 148:4
  152:7

assume 14:23
  220:25
Assuming
  72:25
assumptions
  9:23 10:25
assurance
  2:13 29:23
Assured 4:6,6
  11:25
Atara 2:22
  219:25
  220:20,25
attached 99:12
  124:7 222:14
attained 28:9
attaining 85:4
attended 28:5
attending 7:10
attention
  23:12 37:15
  166:6
attorney 6:25
  7:13 15:22
  24:10 29:13
  74:9 188:25
  198:17,25
attorneys 7:10
audio 7:20
audited 108:12
  110:3
auditing 38:8
  100:1
auditor 100:6
auditors 100:3
audits 30:2
authenticity
  9:5,14,23
  10:1 11:15
author 49:4
  52:14 142:21
  149:20
authoritative

38:15,22
  39:5 40:3
authority 3:11
  5:3,16 15:8
  15:16 17:7
  17:17 101:2
  111:6,11,15
  111:19
  112:21
  120:12
  188:13,18,19
  188:24
Authority's
  149:7 152:11
authorizations
  187:17,25
authorized
  68:17 118:22
  119:9 121:9
  121:17,25
authorizing
  118:23
automated
  91:6,13,16
auxiliary 19:24
available
  147:12,15
  148:8 187:1
  193:22
Avenue 2:5
  3:4 4:2,18,22
  5:12,18
aware 25:8,13
  38:10 70:5
  74:14 89:19
  95:23 96:4
  96:21 97:1
  112:20 123:6
  130:2,4
  138:10
  148:10,14,23
  161:17,20
  173:22 201:8

Awesome
  176:13

**B**
bachelor 28:9
back 47:19
  79:9 94:2,6
  94:18 116:5
  118:4 121:4
  123:1,4,6,10
  123:22 146:8
  146:12
  148:12,13
  152:20
  161:10
  175:24,24
  176:11 180:7
  180:14
  181:25
  184:25 186:5
  189:6,8,18
  189:24
  192:19 193:2
  196:8 198:2
  205:7,19,22
  206:7,14
  215:18
  221:20
background
  46:17,23
  146:25
  176:19
Baig 5:22
balance 56:24
  70:18 95:24
  96:19 97:9
  126:15 138:8
  138:11,17,21
  138:25 139:6
  139:9,10,13
  146:19,23
  147:10
  154:22,25

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                    April 21, 2020

4

179:8 182:17
185:10
**balances**
54:20,23
55:4,8,9 64:2
139:3 183:12
185:13,13,17
192:16,17
201:5
**bank** 19:9
45:25 48:24
53:13,17
54:20,21
71:7 79:23
82:12 83:1
92:18 118:13
124:14,20,21
125:3,9
126:6,10,11
126:19
127:23 132:8
132:12,23,25
133:15
158:18,19
171:21
172:19
174:21
182:20
186:25
191:14 193:7
193:11 195:3
**base** 200:7
**based** 73:21
73:23 81:19
95:10 111:3
112:8,17
115:15
174:20
**bases** 161:3
**basically**
114:11
116:20
**basis** 43:21

66:5 69:8
90:17 142:16
144:2 181:11
182:6
**batch** 61:20
135:17
**Beach** 3:21
**beginning**
200:11
**behalf** 4:6 12:1
14:23 15:3
22:15 78:25
177:22
210:11
219:25
**belief** 209:15
209:16
**belies** 23:25
**believe** 9:9,12
9:17 21:17
26:6 27:4
32:9 78:20
81:4 100:1
109:21
115:23
116:16
132:22
140:17
143:25 156:2
172:18 173:3
189:10
209:12
218:14
219:11
**believed**
149:15
**bell** 112:5
**belonged**
149:15
**belongs** 116:1
**benefit** 46:12
**Berezin** 3:6
175:20

**best** 26:23
84:12 123:15
220:6
**Bl** 194:20
**bilingual** 16:19
**Bill** 4:11 10:17
11:6 36:18
37:6 45:18
66:11,21
67:21 78:7
78:10 99:9
102:4 145:17
163:8 166:25
167:16,24
169:7,15
170:10
177:17
181:14
187:20
195:15
203:10
219:21
**bill.natbony...**
4:12
**billion** 214:6
214:12,18
**billions** 197:20
214:16
**binder** 208:24
**bio** 26:16,20
26:22
**bit** 75:20
**BK** 1:6,12
**blind** 46:22
**blocked** 47:9
**blow** 80:22
**blue** 132:3
158:18
**board** 1:5,11
2:2 11:1,9
17:11,13
27:11 81:5
223:13

**Board's** 80:15
**bond** 23:16
24:17 25:10
**Boston** 2:11
**Boston/DC**
30:17
**bottom** 23:14
23:22 26:7
48:13 116:8
121:7 142:7
151:9,12
**box** 95:2
158:14,18
180:3
**boxes** 132:3,4
132:13,15
158:2,16
**BPPR** 91:1,11
133:2 134:22
137:9 154:18
170:19
173:18
174:15
178:21
179:20
180:17,23
181:8,12
182:1,7,7
183:3,7,14
183:24
185:11 186:7
189:13 191:7
191:12
192:11
193:12 194:2
197:2 206:1
206:16,25
207:13
**break** 7:21
16:3 47:11
83:23,24
84:9 93:18
102:8 145:13

145:18,23
175:23
195:15,20
196:7 197:23
**brief** 80:15
**bring** 47:7
80:3 83:6
108:5
**brings** 12:13
**broke** 111:12
200:10
**brought** 77:14
135:6 140:13
**browser**
145:12
**budget** 176:23
**budgets**
176:18
**build** 196:11
**building** 5:11
31:8
**Bulik** 20:9
**business** 28:6
97:5 179:11
194:17
**BUTLER** 4:16

**C**
**C** 2:1 3:1 4:1
5:1 223:3
**Cadwalader**
4:8 11:24
**CAELAINN**
2:16
**CALABRESE**
3:7
**calculation**
213:22
**calculator**
213:6,16,21
**California** 3:21
**call** 7:6 31:2
90:18,19,23

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I

April 21, 2020

5

90:25 175:4
198:20 203:8
203:18 206:6
220:13
called 53:12
53:18 54:4
55:16 57:19
61:2,10
141:20
178:13
194:18
196:12
CALLEN 4:19
calls 19:9
camera 7:18
95:1,7
219:22
campus 28:18
CANTOR-K...
5:2
capability
96:15
capacity 33:7
capital 35:7
capitalized
53:21 89:17
capture 79:15
care 84:7
CARNEY 2:16
CAROLYN 3:8
carolyn.davi...
3:8
carrying 59:21
85:3
case 1:5,12
11:25 132:11
cases 110:17
CASEY 4:12
casey.servai...
4:13
cash 9:7,15,24
10:9 31:4,8
31:10,14,19

32:10,15,18
32:24,25
33:5,9 36:15
37:1,13,16
48:5,7 56:8
56:23,24
60:8 62:3
64:2 70:18
73:25 75:21
75:22 77:17
79:15,19,19
79:20 92:12
92:22,23,24
93:11 95:14
97:19 98:6
98:16 133:18
135:2 140:11
155:13 178:4
183:2 185:12
192:16,16,17
207:25
218:16,18
catch 96:10,11
203:11
categories
77:24
category 78:22
cause 223:10
223:19
ccarney@mi...
2:17
CCDA 12:6
Center 3:20
Central 84:3
certain 9:5
31:19 38:2
43:8,16 55:7
55:9 58:20
59:22 60:16
64:7,9 65:20
68:3 74:10
75:14 79:25
85:4 89:4

90:24 98:9
100:5 113:20
126:19 127:3
136:7 141:2
142:20 151:5
159:20 167:7
180:9 181:2
186:10
187:19 188:1
188:25 195:9
198:18 203:2
209:8,18
211:12
certainly 22:12
27:24 98:16
198:15
certification
100:25
certifications
29:11
certified 99:4
99:10 103:6
113:7 116:4
116:13
162:13
certify 119:4
223:7,16
224:2,5
Cesar 112:3
cetera 19:10
CF 77:5
change 133:23
134:3,12,19
135:11,14,21
137:20 138:3
138:24
139:20
153:18 159:9
160:13 169:1
169:3 170:21
changed
159:13,15
160:23 169:5

171:4,14
changes
137:25
173:20
characteriza...
165:19
characterizes
208:2
charge 155:14
charging
43:20
chart 80:9,20
80:21 126:4
128:17,22
133:11 135:8
137:8,19
139:19
152:23
158:13 168:9
177:8,10,11
177:15 178:4
178:5,17
charts 124:7
126:17
127:18 128:3
128:8,9,14
128:16 129:2
129:7,8,14
129:18,21
158:1 168:14
check 76:9
116:15
215:17 220:9
chief 34:8
choice 148:5
choosing
185:21
CHRISTINE
3:7
christine@c...
3:7
cigarette
106:18,20

130:14 131:4
131:13
141:14 202:9
202:14,16
203:7,17
204:6,15
cigarettes
17:23
circle 107:21
circular 113:3
circumstanc...
12:10 126:19
City 28:20
Civil 1:20
clarification
27:12
clarify 33:23
67:22 86:18
91:10 121:18
147:22
clarifying 19:4
classes 28:24
29:4
classification
61:25 62:17
62:19 63:2
77:11,11
127:4
classified 58:5
58:7,15
60:11,12,18
60:22 62:22
76:21 77:6
classify 58:3
clawback
188:8
clean 14:18
cleanup
146:12
clear 24:22
37:2 65:17
82:15 97:1
100:19

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                          April 21, 2020

6

101:10 104:8
115:2 118:25
130:1 139:17
141:25
142:19
143:14
151:17,24
152:1 157:25
161:3 167:10
167:12 168:1
210:23
**clearly** 66:12
68:16
**click** 26:8
**client** 41:24
**close** 109:4
221:20
**closer** 83:21
**closing** 161:15
**code** 204:18
**cognizant**
12:12
**Collateral** 5:2
5:3
**colleague**
12:19
**colleagues**
12:5 218:22
218:25
**collect** 95:18
**collected**
61:20 75:23
93:9,12
97:24 98:4
98:15 130:16
133:8 153:12
154:2 211:9
211:20
212:13 214:2
215:3 216:1
216:6 218:15
**Collecteria**
61:3,10,14

72:18 87:1
89:24 92:11
92:17,25
93:4 95:16
97:20 133:4
148:20
153:12 157:9
165:3 178:24
182:3
**collecting**
217:12
**collection** 18:7
46:8 61:6,10
76:3 77:4
88:6,9,11
91:1,11,25
97:19 98:6
98:17 125:4
218:18,19
**collections**
73:8 76:3,8
76:20 87:1
91:7,15,20
92:3,6,11
93:3 95:14
124:19 125:1
125:7 127:23
133:3
**collects** 61:15
81:24
**college** 28:5
**color** 158:2,13
158:14
**column** 213:9
**come** 61:6
64:20 65:2
94:1,5 151:1
**comes** 69:21
118:18
143:23
174:11
**coming** 112:2
140:4 173:14

**comingled**
62:12,15
190:7,9,25
191:1 199:7
199:14
204:14,24
208:7,9
216:14,16
**comingling**
216:17,20
**commencing**
1:23
**commenting**
9:13
**committee** 5:9
27:10
**Commonwe...**
1:7,14 2:3
15:3 17:1,2
17:24 18:7
19:21,22
30:24 37:22
45:25 46:7
49:12,24
53:16,17
54:16,18
55:15,18,22
55:25 57:2
57:10,14,18
58:14 59:5
59:14,19
61:7 64:8,11
64:15 65:1,6
65:13,24
66:12 67:25
68:11,18
70:5,10
73:21,23,24
74:23 75:13
75:24 78:25
79:6,23 82:5
82:12 83:1
85:17 88:16

90:3 91:14
91:18 95:11
95:11 97:22
98:2 110:16
121:15
126:10,12,18
130:16
132:16,19,21
133:3,15
148:15,23
159:19 167:8
174:15
182:23
183:18 199:5
199:8,11
200:6,12,25
201:8,25
202:25
210:11
213:18,18
215:4,14,21
215:23,25
216:10,15,20
218:16,17
223:14
**Commonwe...**
46:12 48:23
63:1,3 65:19
68:2 70:12
70:20,25
77:4 85:12
115:5 121:8
125:7 132:22
156:14
158:17 177:4
181:12
214:14 216:5
217:11,22
**communicate**
7:21
**communicat...**
90:11,12
**communicat...**

18:16,20
19:2
**COMMUNITY**
5:15
**company** 4:15
15:12 20:17
29:23
**compare**
98:16
**compared**
158:22 160:8
171:4
**complete**
222:13
**completed**
14:17
**completely**
220:15
**complicated**
72:20
**component**
115:10
**compound**
35:23
**computer** 7:19
**Computer-A...**
223:23
**concentration**
137:13
207:25
**concept** 55:12
126:14
136:21
138:10
139:15
**concepts** 10:4
152:7
**concern** 86:21
**concerning**
12:25 86:17
95:12 206:25
**conducted**
1:19 12:11

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                    April 21, 2020

7

confer 16:6
conference
  7:6 8:3,21
confidential
  1:14 221:12
  221:14
confidentiality
  221:8
confirm
  213:24
confirming 9:3
  18:22 52:9
  145:21
Conforti 1:23
  7:24 223:5
  224:16
confused
  187:4 196:1
confusing
  134:16,18
confusion
  215:1
congressman
  30:16
connection
  175:19
consider
  16:14,17,19
  38:14,21
  39:4 40:2
  60:7 139:16
  140:7 150:23
  169:23
consideration
  127:8 129:12
  129:16
considered
  198:8
consists
  130:21 131:1
contact 20:18
  20:24
contacts 19:23

contained
  51:3 54:9,11
contains
  117:17
context 22:2
  36:15 37:12
  37:13 49:19
  50:24 56:7,8
  56:22 63:12
  74:22 91:5
  139:7,13
  200:24
continue
  94:23 169:24
  217:23 218:9
continued 3:1
  4:1 5:1 222:2
contract 41:16
control 13:4
  34:9 78:11
controls 26:7
conversation
  81:19
conversations
  19:7,8,11
  20:4 128:12
  128:21 129:5
Conway 26:17
  29:18,21
  30:19,24,25
  33:19,24
  34:1,3 37:17
  38:12 40:10
  40:19 41:1,5
  41:9,13,24
  42:8,11 43:1
  44:10,20
Cook 223:6
cooperation
  43:20
core 10:4
corner 142:8
CORP 3:2 4:6

  4:7
CORPORATI...
  2:13
corporations
  30:3
correct 8:11
  9:8 15:4,5,10
  15:13,17
  22:18 28:7,8
  28:10,11,13
  28:14 29:13
  29:14,17,19
  29:20,24,25
  30:4,5,8,9,20
  30:21 33:10
  33:11 39:12
  39:15 40:10
  40:13,14,17
  40:20,21,23
  40:24 41:11
  41:12,14
  46:7 48:6
  53:18,19,22
  54:24 55:6
  55:11,16
  57:10 58:12
  59:5 62:9,24
  64:10,16,22
  64:23 65:2
  73:4,10,11
  73:17 76:8
  77:17 78:18
  78:19 82:5
  82:12,22
  83:2 89:1
  93:16 100:10
  101:5 102:3
  102:13
  103:15 104:6
  105:7,15,19
  106:19
  107:25
  108:17,18

  109:20 110:9
  112:24 114:6
  114:13 115:1
  115:5 118:3
  119:13
  120:21
  121:10,17
  122:1,12
  124:8,10
  126:21
  129:23,25
  130:8 132:1
  133:1,9
  135:21
  137:10,11
  138:4 141:7
  141:10
  142:10
  145:24
  149:11,16,24
  150:2,6,16
  152:12 153:2
  153:8,13,14
  153:25 154:6
  154:12
  155:16 156:1
  156:6,7,22
  156:25 158:2
  158:20,20
  159:6,8
  163:15 164:6
  164:16,21
  165:6,7,13
  165:18,19
  168:15,16
  171:25
  174:16,22,23
  178:10,11,13
  179:4,5
  181:9,20
  182:3,25
  183:1 188:8
  188:13

  189:17 190:7
  190:8,11
  192:23,24
  193:4,6
  194:23 195:8
  196:18
  202:18 203:9
  203:20 205:9
  207:25
  209:25 211:4
  212:2,5
  214:4,14,20
  214:22,22,24
  216:2,3,16
  216:22,23
  222:12
  223:24
corrections
  222:14
correspond
  54:21 79:13
correspondi...
  23:18 25:11
corresponds
  56:25
counsel 7:14
  11:25 12:8
  16:6 18:17
  18:20,22
  19:3,13
  21:10 22:10
  22:13 38:25
  39:16 65:10
  65:15 81:4
  83:10 128:12
  128:13,23
  129:5 131:21
  143:1 224:4
  224:5
County 223:3
  223:6
couple 97:15
  107:1 146:11

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                        April 21, 2020

8

174:8
**course** 27:3
63:2 86:15
97:5 113:6
162:12
**courses** 28:21
29:1
**coursework**
28:13
**court** 1:1 7:23
14:14,17
66:11,14
67:12,16
68:6,16
167:9 169:11
169:20 206:4
206:5 214:7
219:16
223:11
**Court's** 65:17
161:2
**courtesy** 12:15
**Courts** 1:21
**cover** 77:18
108:11,14
131:9
**CPA** 34:15,21
35:14 36:2,6
38:1,19 39:9
40:7 62:23
89:10
**created** 75:4,9
97:9
**creating** 50:17
59:4 176:18
176:23 177:1
177:3
**CREDITORS**
5:9
**credits** 219:1
**CRR** 1:23
224:16
**crude** 17:23

106:14
**CSR** 1:23
224:16,17
**CST** 1:24
**current** 26:16
43:13 95:23
96:19 97:9
215:19
217:11
**currently**
29:18 40:9
41:9 188:4
215:20 216:5
217:12
**CURTIN** 4:10
**custody** 46:11
**cut** 163:7,13
167:22
187:20
**cutting** 45:19
102:5
**Cynthia** 1:23
7:24 223:5
224:16

---

**D**

**daily** 69:1
137:24 138:1
181:11 182:6
**data** 31:9
72:17,19
73:1 91:20
92:12,13,14
92:17 95:15
113:19
114:23 126:6
142:20 144:6
144:15,19
194:13,16,19
194:25
196:13
**date** 7:7 100:7
185:16

222:19
**dates** 218:14
**DAVID** 2:7,21
5:7
**DAVIS** 3:8
**day** 1:24 61:16
61:17,21
69:19 70:6
70:10 135:15
154:23
179:11
182:19
183:17
217:18
220:10,14
221:20 223:8
224:11
**DC** 3:14
**de** 4:2 28:17
28:18
**dealings** 18:21
**debit** 187:17
187:25
**debt** 5:3,16
31:23 32:5,8
**Debtor** 1:9,15
**DEBTORS**
223:15
**December**
188:6 211:10
**decision** 68:18
159:14
160:13,20
**decisions**
161:3
**decreased**
62:22
**deduction**
61:24 62:16
134:23
**defined** 55:21
**definition**
18:10 48:12

48:16,17,19
48:21 49:1,6
49:9,11,20
49:23,24
50:3,6,19,23
51:9 52:2,5,9
52:14,15
53:2,4,6,7,8
53:10 55:19
60:1 146:20
147:10
**definitions**
16:24 48:9
48:11 51:3
**definitively**
97:8
**degree** 28:10
29:6
**Dein** 66:22
167:17 168:2
**delegated**
113:20 114:6
114:24
**DENKER** 2:17
**dep** 80:4
**department**
19:25 20:10
20:19 30:14
101:11
105:20
128:18 140:9
140:11
209:17,23
**depend** 51:17
205:14,19,20
**Depending**
33:15
**depends** 41:25
51:15,18
63:11 91:5
115:6,7
138:13,15,20
139:9 205:10

205:13,19
**DEPONENT**
222:8
**deposed** 13:18
**deposit** 23:18
25:11 60:12
61:1 79:2,5
79:24
**deposited**
133:14
**deposition**
1:18 6:4 7:3
9:6,11 10:6,8
12:11 16:1
18:13,15
19:1,15,18
20:5,16 21:2
21:11 25:5
87:6 128:25
144:18 161:5
161:12
167:11
175:19 209:4
221:25 222:1
224:3
**depositions**
1:22
**deposits** 18:5
109:2
**Deputy** 119:20
**describe** 30:22
210:3
**described**
195:8 196:18
**description**
105:23
**designate**
85:25 86:6
221:11
**designated**
56:2,16 57:4
57:6,9,12
70:1,7,11,24

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                                April 21, 2020

9

71:10,22
72:6 135:10
135:12
153:24 157:5
177:21
179:14
183:21 212:1
214:19
221:13
**designation**
54:8,10
55:15,17
58:19 61:8
61:11,13,21
62:7,11 64:5
64:6 67:15
68:22 69:5,9
69:15 72:11
85:10,14
87:2 88:23
88:24 95:19
110:19
133:24 134:3
134:13,20
135:20,23
136:4,16,20
156:3 205:9
205:18
214:19 221:7
**designations**
23:16 24:17
25:10 58:22
64:21 67:13
67:18 87:11
171:25
204:25
**detail** 92:12
125:9,12
127:23
190:17 191:2
197:8
**details** 19:10
95:16 124:15

126:5,25
171:22 187:1
190:20 195:4
**determinable**
216:8,9,13
**determination**
154:20
**determine**
56:1,15 57:2
70:19,23
71:1,5,9,12
71:21 72:9
78:3 124:17
124:23,25
125:6,14,24
126:9,22
132:10 133:7
155:17 156:5
163:2,21
164:5 171:19
172:15
182:12
183:19,23
185:2,9,15
186:13
189:14
190:12
191:22 192:5
192:12,14,21
192:25 194:3
197:1 199:12
200:13 201:1
201:8 205:1
206:18
212:11,14,25
213:2 216:21
**determined**
132:24
155:20
174:20
189:20
**determining**
22:3,7,10

56:11 57:14
58:14 72:6
72:14 205:24
**developing**
34:4 60:8
**diagram** 82:7
82:8,11
**dial** 7:14
**diesel** 17:22
106:7 107:6
107:15
108:25
130:14 131:3
131:13
141:14
150:13
**differ** 34:17,22
**difference**
53:12 54:13
74:19 146:24
147:7 168:17
168:21
170:15,17
**differences**
98:18
**different** 53:20
59:6,7,15
73:5 97:15
127:11 128:8
128:10
134:17
159:21,24
181:22,25
182:10,11
192:18 208:5
**differently**
14:25
**differs** 34:19
**difficult** 11:22
12:10 67:9
**difficulties**
12:13
**digits** 129:22

130:3,5
**diligencing**
21:18
**dings** 154:7
**direct** 67:19
68:4 110:22
111:6,15
112:8,17
166:6 203:4
**directed**
131:21
168:25 169:2
219:3
**directing**
23:12 66:2,8
66:16,25
67:1 161:6
167:4,14
169:8
**direction** 20:2
22:1
**directly** 162:13
202:10,16
203:4
**director** 40:10
40:12 42:18
119:20 120:7
120:20,23
121:1,2
**directors**
40:20,23
**directs** 15:22
111:1
**disagree** 66:1
**disagreement**
11:16 66:6
129:6,10
**disappear**
123:20
**disappears**
62:20
**disbursement**
137:16 160:6

160:7,10
197:8
**disburseme...**
193:16
**disclosed**
109:3
**disconnect**
94:1 145:11
**disconnected**
123:4 149:3
**discovery**
68:17 162:12
**discrete** 95:21
148:4 185:20
192:17
**discuss** 143:2
**discussed**
128:15,17
144:3,10
171:13
**discussing**
153:3 206:17
**discussion**
205:23
206:21 219:6
219:20
**discussions**
20:15 21:3
128:13
142:25 144:8
**dispute** 41:17
43:12 44:18
45:3,6 51:3,6
120:25
188:16
**disputing**
51:20 52:4,8
**disruptions**
7:11
**distinguish**
59:11
**District** 1:1,1
1:21 223:11

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I

April 21, 2020

10

223:11
**dlitterinekau...**
5:7
**dmarcou@...**
2:22
**dmunkittric...**
2:7
**document**
10:24 12:22
13:1,5 21:14
21:22,24
22:5 23:13
23:14 24:1
24:15,17,23
26:2,13 27:2
27:5,18 44:8
44:21,23
48:2 52:16
76:10 77:21
78:19 80:9
80:24 81:1
81:14,16,20
82:16 83:18
83:25 84:22
98:25 99:3,8
99:16,16,19
99:21,23
100:13,20
101:6 102:16
102:23 103:1
103:18 104:9
104:10,17
106:6,8,15
106:17
108:10,16
110:6 113:5
113:11,14,17
113:24 114:9
114:17,19,22
115:3,16
116:11,11,18
117:3,7,9,13
118:14,19

119:1 120:5
120:10,11,13
120:24
121:11,21
122:6,8
124:2 128:5
129:11
130:20 131:1
131:9 140:14
140:15,23,24
141:11,17,19
142:1,4,5,19
143:15,23,25
144:12 145:2
145:5 146:13
149:12,15
150:7,12,17
151:7,14,16
151:18,19,20
151:25 152:2
152:7,10,14
152:15,21
158:3 166:7
166:15
175:15 188:6
188:9,14,16
197:19
208:25
209:19,22,24
210:2,4,6,24
211:3,6,7,13
211:16,19,22
212:3,6,12
212:15 213:1
213:3,12,19
214:10
215:15
218:13
**document's**
142:21
**documented**
144:12
217:16 218:9

**documents**
9:5,14 10:2
12:23,23
16:15 21:16
22:2,4,10,13
22:19 23:17
24:12,20
25:1,5,9,10
25:18 45:13
45:16 69:4
78:11 81:9
81:11 82:19
114:22
115:23 116:4
118:9 121:13
121:13,22
124:8,13
125:5,13
126:8 128:1
129:24
144:18
158:13
161:14
162:11,14
194:2,22
195:6 196:16
196:25
197:13,14
206:18
209:19
**doing** 14:2
30:23 33:5
33:17,22
34:6 58:24
71:14 84:4
107:25
**dollars** 60:23
74:25 79:14
135:5 185:5
189:15 192:1
197:20
204:20
214:16

**dot** 23:17,17
23:18
**double-check**
221:4
**download**
125:2 146:16
162:16
**downloadable**
143:15
**downloading**
89:24
**draft** 24:10
82:18 124:12
128:14
**drafted** 124:8
127:17
**drafter** 149:15
**drafting** 26:19
26:21 27:21
31:15,19
128:2 129:1
**drafts** 9:22
128:8,10
**Drive** 3:20
**drop** 219:23
**dropped** 37:24
206:6 212:21
**due** 12:9
**duly** 13:9
223:17
**duplicate**
130:3,5
**DV** 120:15

**E**

**E** 2:1,1 3:1,1
4:1,1 5:1,1
94:17,17
**earlier** 84:6
150:21
**early** 178:7
**earned** 71:13
71:17 72:1,2

72:10,15
74:15 93:11
93:15 95:20
97:18,19,23
98:3,14,17
153:10 154:2
155:4,11
165:2,15
185:19
**earning** 59:12
**Eastern** 83:22
**eats** 84:8
**effectuate**
112:21
**efforts** 24:25
25:8
**Eighth** 2:5
**either** 19:17
74:5 76:2
175:16
**elected** 17:24
**electronic**
119:14
**Eleven** 2:5
**Elizabeth** 3:17
16:2
**ELLIOT** 2:9
**eludes** 20:20
**embodied**
10:4
**emckeen@o...**
3:18
**employed**
30:10,14
**employees**
19:7,12,16
20:3,14
**employment**
26:17
**enabling** 52:19
**ends** 170:19
**engage** 97:22
**engagement**

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I

April 21, 2020

11

31:2 33:19
42:14 43:1
**English** 99:4,4
99:10 103:6
103:21
104:14,15,16
116:13
162:13
**enter** 61:9
**entered** 98:10
141:24
**Enterprise**
35:21 36:1,8
36:10,17
37:12,15,19
37:22 38:3
**entire** 12:12
133:10 136:2
151:19
154:25
**entirety**
154:21
182:17,21
**entities** 14:22
14:24 19:8
22:16 24:18
30:11,19
31:13 35:1
41:1 84:21
177:22
**entitled** 152:10
**entity** 19:20
30:15 209:10
**entries** 21:5
62:24 88:16
98:9 129:13
143:5
**entry** 62:21
88:19 113:19
114:23
133:22
134:11,23,25
141:20

172:23 208:8
**equivalent**
190:22
**Ernst** 99:25
100:10,16
101:16,17
102:12 109:3
**Errata** 222:14
**especially**
170:2
**ESQ** 2:7,8,9,16
2:17,18,19
2:20,21,22
2:23,24 3:6,7
3:8,9,15,16
3:17,18,19
4:4,10,11,12
4:13,19,21
5:7,13,19
**established**
52:18 74:5
119:7 204:2
**estevens@p...**
2:10
**estimate** 21:6
**estimation**
41:2
**Estudios**
28:17
**et** 1:14 19:10
223:15
**everybody**
8:12 11:21
11:21 46:22
94:13 147:2
176:20
221:22
**everyone's**
13:2 145:4
**evidence** 62:3
62:18
**ex-tax** 130:15
**exact** 50:10,17

85:18 141:2
181:3 204:20
**exactly** 34:16
202:6
**Examination**
6:3 13:11
**examined** 13:9
222:11
**example** 14:3
32:25 93:15
108:25 149:5
150:20 179:4
**Excel** 213:6
**exception** 27:9
**exchanged** 8:8
**excise** 17:21
17:23 58:11
60:17 61:5
61:16 65:1,3
65:7,14
68:12,23
69:24 76:6
78:4,14,21
88:12 91:8
91:15,17,19
91:20,25
92:6 93:8,15
121:23
124:18,25
125:14 126:9
130:15
133:14 137:8
139:19
147:15,21
148:8 153:7
154:6,10,19
155:7,18
156:13 157:5
157:7,15
163:2,21
164:6,12,20
165:6,13,17
171:20

172:16
173:19
174:17
179:22 180:5
180:18
182:13,15,25
183:25 185:4
185:10,23
186:14
189:14,21
190:13
191:23,25
192:14,22
193:2 194:6
197:2 202:2
204:6,16,22
205:25
206:19 207:2
207:15,19
208:4 211:20
211:25 214:1
215:3,20
216:1,4,21
217:12,21,21
**excluded**
131:20
**excludes**
130:13,20
131:3
**Excluding**
18:21
**exclusion**
130:24,25
131:12,19
**Excuse** 95:1
**executive**
119:19,20
120:19,23
121:1,2
**exercise** 57:17
**exhibit** 6:6,7,8
6:9,10,11,12
6:13,14,15

6:16,17,18
6:19,20,21
6:22,23
12:19 13:1
23:2,3 25:21
25:22 26:1
27:14,15
44:3,4 46:25
47:1,4,5,9,25
55:20 76:13
76:14 77:15
79:10 80:5
80:12 81:3,7
81:10,12
82:4,20 83:5
98:20,21
99:6 108:6,7
111:22,23
113:1 115:12
115:18,19
119:25 120:1
121:5,22
122:16,17
124:1 130:11
130:11
131:25
139:24 140:1
140:13
144:16
146:14
148:13 149:2
150:1 152:21
156:12 162:5
162:6,18
165:22 166:3
166:5 168:9
168:10,11
173:10,11
174:4,5,6
175:5,6
176:16 177:7
180:15 181:6
187:6,7,10

Ahlberg, Timothy H. - Vol. I                                        April 21, 2020

12

189:9 208:17
208:19,23
**exhibits** 6:4,25
12:18 107:2
174:9 175:2
176:3
**exist** 86:5
191:6,11,13
**existed** 125:12
**existing** 61:2
119:8
**exists** 55:15
191:14
**expect** 218:8
**expeditiously**
12:16
**expended**
138:24
**expenses**
183:17
**experience**
26:25 27:8
28:2
**experienced**
29:22
**explain** 66:18
**expressed**
44:19 214:17
**expressly**
169:20
**extent** 23:25
65:22 67:23
167:6 169:18
**extract** 87:2
92:16,17,21
**extracting**
92:12,14
**EY** 100:6 110:5
**Eye** 3:13

---

**F**
**F** 35:7 94:17
**F-O-M-B** 17:11

**F-U-N-D-S**
35:8 53:21
**fact** 11:1 67:11
152:9 172:16
182:13
188:18 191:9
**fair** 9:20 22:9
29:15 71:4
74:3 75:22
76:1 82:3
100:15
108:23 110:1
118:9 136:4
136:16
206:23 212:7
215:2
**familiar** 21:17
24:25 25:4
34:11,13,23
34:25 35:6,9
35:11,16,18
38:7 54:4,6
57:20,21
79:3 110:18
110:20
140:13,15
150:24 151:2
201:22
**far** 11:2,14
220:5
**FAS** 41:10
**Fe** 28:18
**features** 170:8
**federal** 1:20
74:2 86:6
185:24 198:9
198:15 199:4
199:6,12,16
199:18,19
200:16,19,24
**fee** 41:18 42:7
106:9
**feed** 123:14

**fees** 107:7
109:1
**fiduciary**
35:21 36:4
46:12 198:10
198:20
**field** 72:25
**Fifth** 3:4
**figure** 43:9
63:23 66:22
**figures** 107:1
**file** 181:16
**finance** 3:2
27:10 119:21
120:8,20
**financial** 1:4
1:11 2:2 3:11
4:15 17:7,12
30:1 34:8,9
38:9 57:25
59:20 85:2
88:3 108:24
110:4 113:21
177:1,4
223:12
**financials**
108:12
**Financing**
15:16
**find** 116:12
179:24
**fine** 67:25
84:12 123:17
201:15 220:8
220:21
**fines** 106:16
**finish** 14:15
147:1 195:17
196:6
**finished** 27:6
167:25
169:16
**FINK** 3:15

**firm** 11:24
100:2
**first** 12:3,7
23:13 48:12
67:6 89:12
90:1 97:25
99:6,15
104:3 115:24
116:2,6
117:17 131:8
131:15 141:8
152:9,13
158:11
159:25
181:24
216:17
223:17
**fiscal** 3:11
17:7 34:5,7
84:20 108:12
127:14 141:5
141:9 210:7
**fit** 60:23
**fix** 47:23 174:8
**fixed** 175:1
**flag** 10:21
**flip** 144:24
180:7
**Floor** 3:21
**flow** 18:3,10
21:15,19
31:8,10,14
31:20 33:1,5
33:9 36:15
37:1,14,16
48:5,7 56:8
60:8 75:21
75:22 77:17
82:18,24
83:21 124:7
126:4,17
127:18 128:3
128:7,9,14

128:15,16,21
129:1,7,8,14
129:20,24
132:5 135:8
158:1,12
159:9,12,15
159:16,24
160:9,14,23
166:19
168:13,14,18
168:18 169:1
169:3,4
170:8,8,15
170:15,18,21
171:3,14
178:3 180:5
180:8,18
181:6 183:2
202:17 206:2
206:15
217:15 218:8
218:10
**flowing** 159:17
202:2,10
**fluent** 16:14
**focus** 12:4
30:6 31:3
92:22 131:22
**focused**
131:14
**folks** 84:3
128:18
**follow** 62:3
186:16,19,21
**followed**
113:18
**following**
104:3 119:7
162:14
173:15
187:14
**follows** 13:10
99:5 113:9

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                            April 21, 2020

13

**FOMB** 17:10
**Fondo** 83:15
**footnote**
130:11,22,23
131:2,8,18
**foregoing**
222:12
223:23 224:3
**form** 23:24
25:12 31:16
35:22 38:17
41:19 42:15
48:2 49:2,14
51:23 52:7
53:24 54:25
59:24 60:24
62:1 63:5,10
63:16 71:23
74:7 75:7
76:23 77:8
82:13 83:23
86:23 87:13
89:9 92:8
93:2 95:25
100:11
101:19 103:3
104:24 105:9
116:20,22
117:5 122:2
133:16 134:4
134:24
158:25 179:7
180:6 185:25
188:22
198:12
199:24 204:9
207:16 210:5
**formal** 29:15
**formula** 73:2
**forth** 48:17
113:17 129:8
**forward** 58:1
67:10

**found** 23:16
24:17 25:10
**four** 42:21
99:6,15
129:22 130:3
130:5
**four-digit**
130:7
**four-page** 99:2
**fourth** 23:13
23:22
**free** 75:16
**FRIEDMAN**
3:16
**front** 22:23
201:19
218:14
**frozen** 145:4
145:10,16
**full** 69:1
**fund** 18:6 30:7
36:8 37:12
37:19,22
38:3 50:4,20
51:4 53:5,13
54:4,7,8,10
54:14 55:8
55:11,13,16
55:18,21,22
56:2,12,14
56:17 57:4
57:10,12,19
57:20,21,22
57:23,23
58:2,5,6,7,15
58:19,22
59:9,10
60:11,18,22
60:25 61:13
61:21,25
62:7,17 63:1
63:15,15,24
64:2,5,6,13

64:14,14,21
64:24 65:14
68:13 69:5,9
69:15 70:2,7
70:12,18,20
70:25 71:6,7
71:11,13,22
72:2,2,7,10
72:15 73:2,3
73:3,4,5,5,6
73:6,9,9,14
73:15 74:15
74:16,20,20
74:24 76:2
76:21 77:6
77:24 78:5
78:22 85:10
85:24,24
86:5,7,17,21
87:2,10,17
88:21,24,24
89:3,7,22
90:4,13,15
92:10 94:25
95:12,15,18
95:18,20,24
96:19 97:10
97:17,24
98:4,15
103:1,14
104:9,23
105:1,15
109:2,5,5,8
109:13,18,18
110:2,7,23
111:7,16
112:9,18
118:18,19
121:16,18
122:11
127:17,18,21
127:25 128:2
128:5,8

129:13,18
133:13,17,22
134:3,11,12
134:20,20,23
135:1,8,13
135:15,18,20
135:23 136:4
136:9,16,20
137:20 138:8
138:11,17,21
138:24 139:6
139:7,9,10
139:12,21
140:25 141:1
141:5,9,20
142:14,18,22
143:7 144:4
144:8,11,16
146:19,22,23
147:5,8,10
147:13
148:16,20,25
149:7 150:11
151:20 152:2
152:8,11,15
153:7,9,11
153:17,21,25
154:3,12,15
154:25 155:5
155:12,21,25
156:5,14,15
156:21,22,24
156:25 157:1
157:5,8,16
161:11 163:4
163:23 164:4
164:9,15,17
164:19 165:5
165:9,11,16
165:20
168:14
171:25 172:9
172:24 173:5

173:20,24,24
179:15
182:14
183:17,21
185:13,17,17
186:7 199:22
200:2,2
201:4,10
202:14,25
203:1 204:18
204:25 205:8
205:18,20
206:20 210:7
210:15,18,25
211:9 212:1
214:2,14,16
214:16,19,20
215:7
**Fund-type**
88:23
**funding** 29:1
**funds** 18:4,10
21:16,19
35:7,12,17
35:21,21
36:1,1,4,4,10
36:17 37:15
46:13 49:7
49:11,24
51:11,18,21
52:16,17
53:18,20
54:11,20,23
55:4,7,9 56:8
56:25 57:7
57:11,12
58:8,17 59:4
59:6,7,14,19
60:4 61:20
62:8,12,15
62:22 63:3,7
63:9 72:25
73:19 74:1,1

Henderson Legal Services, Inc.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                           April 21, 2020

14

74:2,2,4,24
75:3,5,6,9
77:25 78:18
82:19,24
84:19 85:2
85:25 86:6
86:20 89:16
89:17 104:5
107:5 110:15
111:6 124:7
126:4,17
127:15 128:3
128:9,14,15
128:16,21
129:2,7,8,14
129:21,24
132:5 133:21
134:1,10
135:5,10,14
139:3 153:20
153:22
154:15
155:21
156:19,19
157:2,16
158:1,13
159:13,15,16
160:3,9,14
160:23 162:1
165:2 166:19
168:14,14,18
168:18,22
169:1,3,5
170:18,22
171:3,14
178:3 179:14
179:15,17,21
180:5,8,18
181:6,11
183:4,7,11
183:14,14
185:23,24,24
186:1,8

188:12,17,19
192:10 198:9
198:9,10,15
198:20,21
199:4,6,12
199:16,18,19
199:22 200:7
200:14,16,20
200:21,24
201:1,9
204:19 205:5
205:8 206:2
206:16 208:7
208:9 216:14
217:15 218:8
218:10
**further** 121:13
177:18 193:1
194:5 205:25
206:19 215:2
219:10
223:16 224:2
224:5

_____
**G**
**G-A-A-F-R**
38:14
**G-A-A-P** 38:21
39:4,12,15
39:23 40:2
**G-A-S-B** 34:24
**GAAFR** 38:7,8
38:14
**GAAP** 38:21
39:4,12,15
39:23 40:2
**Gandiaga**
112:4
**GARAU** 4:4
**garbled** 38:25
170:12
203:12
**gas** 130:14

131:3,13
141:13
**GASB** 34:23
35:4,13 89:8
**gasoline** 17:22
106:5 107:6
107:8,15
108:25
118:11
150:13
**GASPARD** 3:9
**gaspard.rap...**
3:9
**GDB** 5:3,16
134:22
137:10
139:20 153:1
153:6,16,23
154:18 155:8
155:15,18
156:9 158:23
158:23 160:5
161:11
189:25 190:6
190:9,14,14
190:25 191:1
192:22 193:1
193:2
**general** 9:22
9:23 12:4
33:24 36:9
36:12 53:5
54:4,6,8,10
55:11,12,16
55:17,21
56:2,11,14
56:17 57:4,7
57:10,12,12
63:1 64:14
70:12,20,25
71:6,7,11,13
71:18 73:4,6
73:8,15,20

73:22 74:2
74:16,20,24
74:24 76:2
76:21 77:6
77:24 78:5
78:22 79:12
86:7 124:14
139:8 156:14
156:21,24
157:2 158:10
171:16
214:14,15,20
**generally**
16:22 18:12
18:14,25
19:6 21:7
25:3 30:22
30:25 33:21
34:16,25
35:9,18
51:20 54:17
74:4 75:4
109:1,4
110:8,10
164:14
205:12
**generated**
97:4 110:5
**generates**
71:15,16
**getting** 11:22
47:4,8 89:22
**give** 27:24
77:22 78:24
83:17 99:18
113:4 116:9
144:24 189:7
212:9 218:20
**given** 13:20
61:7 130:25
191:19
197:20
222:13

223:19,25
**gives** 105:23
**glass** 26:8
**gmainland@...**
2:21
**go** 16:23 36:22
45:14,21
47:14 57:14
58:14 66:11
66:22 67:5
71:14,20
72:5,14
92:23 94:5
102:8 118:3
120:4 121:4
128:8,9
132:18 134:5
146:1,11,12
152:20,22
157:22
160:17 168:2
168:8,11
169:14,17
174:25 175:4
175:24 176:4
176:16,20
177:18
180:14
181:25
184:25 189:6
189:8,24
195:15,20
196:8 205:22
211:3 220:4
220:12,18
**goes** 168:14
211:3
**going** 11:17
14:7,23
16:23 44:7
44:11 58:1
65:18 67:19
68:14 75:14

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I

April 21, 2020

15

| | | | | |
|---|---|---|---|---|
| 77:16 84:5 | **GRANT** 2:20 | hand 8:4,22 | hearing 39:13 | 88:15,22 |
| 85:20 93:25 | gray 158:16 | 224:10 | Hector 20:1 | 111:19 |
| 103:16 | great 10:16 | hands 10:11 | 142:9 | 112:21 |
| 104:13 | 84:10 93:21 | handy 106:22 | held 46:11 | hold 78:9 |
| 106:21 | 99:1 167:23 | 106:23 | 156:13 | 122:25 |
| 122:25 145:5 | 220:19,23 | hang 94:4,8 | 198:21 | 123:12 |
| 145:22 146:3 | greater 41:3,7 | 218:3 221:6 | 214:13 | 172:12 |
| 146:5 160:11 | grounds | happened | 215:20 | holding |
| 160:15 | 177:19 | 216:17 | Hello 184:4 | 156:19 |
| 165:23 166:4 | group 187:17 | happy 93:19 | help 10:22 | 215:23 |
| 167:2 169:22 | 187:25 | 99:5 137:6 | 26:11 192:6 | honestly |
| 174:7 175:24 | 220:17 | 167:18 168:4 | 192:13 194:5 | 138:13 |
| 176:3,7 | grouping | 169:10 220:4 | 213:10 | hope 11:21 |
| 177:7 178:3 | 12:24 | hard 126:13 | helped 21:14 | 12:11 |
| 192:19 | groups 69:22 | 220:1,3 | 21:21 | hopefully |
| 206:14 | **GUARANTEE** | **HASTINGS** | helpful 107:7 | 80:22 176:2 |
| 217:22 218:3 | 3:2 | 5:10 | Helping 21:24 | host 7:6 |
| 218:25 219:2 | **GUARANTY** | Hato 5:18 | helps 11:2 | hour 1:24 |
| Gomez 20:1 | 4:6,7,15 | head 20:12 | Henceforth | 43:14 44:16 |
| Gonzalez 20:7 | guess 11:5 | 43:6 95:13 | 150:2 | 83:24 220:3 |
| GONZÁLEZ | 47:13 66:17 | 110:12 128:5 | Henderson 7:6 | 220:13 |
| 4:4 | 77:20 94:1 | header 101:25 | 8:20 184:22 | hourly 43:4,21 |
| good 11:20 | 146:19 | 120:13,14 | heretofore | hours 21:7 |
| 13:13,16 | 204:24 | 150:12 | 223:7 | **HTA** 12:4 15:9 |
| 94:22 123:21 | Gustavo 20:20 | 152:17 | hereunto | 17:15,20 |
| Gotshal 3:3 | guys 47:11 | heading | 224:9 | 20:3,6,8,10 |
| 5:22,24 | 123:11 145:1 | 101:23 | **HERRINGTON** | 23:17 33:18 |
| governing | 158:4 184:9 | 107:19 | 5:4 | 33:22 34:5,7 |
| 80:11 | 184:14 | 144:22 149:5 | Hi 123:9 206:3 | 37:19,22 |
| government | | heading's | 219:21 | 38:5,6 58:9 |
| 28:25 29:1 | **H** | 149:20 | hide 94:5,8 | 58:11 60:17 |
| 34:17 35:7 | H 1:18 6:2 7:4 | headings | higher 42:18 | 65:7,13 |
| 38:15,22 | 13:8 223:9 | 149:8,9,10 | Highway | 68:12 69:24 |
| 39:6 40:4 | Hacienda | 149:24,25 | 120:12 149:6 | 76:6 78:4,14 |
| 53:14 115:9 | 180:2 | hear 10:14 | 152:10 | 78:21 79:1 |
| 146:22 147:8 | half 46:14 | 15:18 97:25 | 188:18,19,24 | 80:11 81:24 |
| governmental | 83:23 220:3 | 123:11 124:4 | Highway's | 86:11 87:22 |
| 30:7,7,15 | 220:13 | 145:9 176:6 | 188:12 | 88:12 90:6,9 |
| 34:12 35:12 | halfway | 184:9,14 | Highways 15:7 | 90:11,15 |
| 38:8 41:1 | 116:18 | heard 7:15 | 17:16 | 93:15 99:25 |
| 53:11 | Hall 4:13 12:19 | 39:24 162:17 | hinted 206:15 | 100:2,3,6,17 |
| grab 107:11 | 47:3,8 | 163:11 172:2 | Hira 5:22 | 102:20 |
| graduate 29:5 | 219:21 | 184:11 | historical | 103:14 104:5 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I

April 21, 2020

16

104:17
105:19,20
108:12
110:22 111:5
111:10,15,19
112:7,16
114:12,25
115:4,8,13
118:12
119:21 120:8
120:9,14,20
120:23 121:2
121:16
122:12
126:11,19
128:16,17,21
128:22
130:13 132:4
132:7 134:2
140:18,18,20
142:6 147:16
147:18,21,24
148:8 149:16
157:5,15
160:4,6
165:13
168:23
171:20
174:18
176:23 180:5
180:8,18
182:13,25
186:14 197:2
202:3,10,15
202:17,22,24
203:6,17
204:6,7,15
204:16 207:2
207:15
209:13
210:11
211:25
215:13 216:1

216:4 217:21
217:24
**HTA's** 109:6
109:13,19
110:3 132:8
158:19
165:17 177:1
**HTA-STA**
151:9
**HTA-STA00...**
117:6
**Hudson** 2:15
**HUGHES** 2:18
**hundreds**
144:17
161:13
**hypothetical**
216:25 217:6

---

**I**

**i.e** 186:25
**ID** 105:20
**idea** 99:24
**identifiable**
126:15
192:18
**identified**
127:24
129:21
199:19
**identifier**
179:18
**identifies**
120:19
**identify** 26:1
109:9 190:23
190:24 194:5
204:19
**identifying**
155:12
**II** 1:16
**III** 1:4,11
**Illinois** 223:1,7

**image** 175:10
**immediately**
12:20 168:19
170:9,16
**imposes** 81:24
**in-person** 19:9
**include** 17:21
17:22 35:20
36:1,4 46:10
58:10 88:23
89:23 106:5
127:22
141:13
171:24
172:22
179:14,17
**included** 19:6
72:25 78:14
182:20
183:25 185:3
189:14 197:2
**includes** 52:17
178:12
210:13
211:13
**including**
17:24 18:5
54:18 60:17
91:7 92:6
129:4
**Incremento**
180:2
**increments**
64:7
**independent**
45:2,5
**independently**
12:22 143:24
144:1
**INDEX** 6:1
**indicate** 62:21
104:22
126:18

132:15
133:23
134:12 157:2
**indicated**
61:24 165:11
**indicates**
52:16 165:8
**indicating**
87:17
**indication**
191:3,5,9
**indiscernible**
24:1 36:20
38:23 44:12
44:13 88:7
102:2 104:5
120:7 121:24
121:25
146:24
150:14 154:6
166:3,4,4,13
170:3,9
183:10 186:7
186:25
187:18
190:15 203:6
203:9 212:16
217:25 218:2
**indistinguis...**
185:6 189:16
192:1,4,10
**individual** 55:8
112:3 118:22
119:17,23
209:8
**industries**
30:3
**inform** 124:16
190:17
**information**
22:7 33:13
41:21 45:10
57:25 59:20

85:3 88:3,17
89:24 92:19
92:21,25
97:16 100:9
100:25
102:12
115:14
127:16,20
128:1 129:17
135:19 164:1
164:10
186:22,24
191:13,14
192:6,12
194:4,7,25
205:4 211:13
**informed**
128:6
**Infrastructure**
15:15
**input** 92:1
**inquiries**
25:17 195:17
**inquiry** 161:4
196:2
**instance** 51:9
55:10 58:11
64:25 91:8
126:24 199:4
202:9
**Instituto** 28:17
**instruct** 68:15
75:14 85:20
**instruction**
85:18
**instructions**
14:7 113:18
**instrumenta...**
41:6
**instrumenta...**
115:10
**INSURANCE**
4:15

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                    April 21, 2020

17

**integrity**
135:18
**intelligence**
194:18
196:12
**intend** 22:20
**intended** 49:4
52:13
**intent** 142:21
149:20
**intents** 58:21
**interaction**
90:5,8,15
**interested**
224:7
**interface** 92:3
92:20
**internally**
10:21
**International**
2:10
**interned** 30:16
**interrupt** 36:12
83:21 132:17
**interrupting**
67:4
**introduced** 6:5
23:4 25:23
27:16 44:5
47:2 76:15
80:6 98:22
108:8 111:24
115:20 120:2
122:18 140:2
162:7 173:12
187:8 208:20
**invoice** 117:24
**involve** 98:5
**involved** 22:3
26:19,21
27:21 31:14
31:18,23
32:10,15,24

33:2,5,12,16
34:4 41:1,5
42:6 50:9,14
50:17 81:6,8
129:7 176:17
176:22,25
177:3
**involves** 81:16
**irrelevant** 56:9
**irrespective**
185:14 201:6
203:7,18
**issue** 10:5
11:19 16:7
47:11 92:5
145:1 159:11
168:3 171:9
219:8
**issues** 9:8,21
9:23 10:7
11:16
**It'll** 84:5
**item** 144:20
**iterating**
129:11
**IVÁN** 4:4

**J**

**J** 1:23 4:10
223:5 224:16
**Jaclyn** 4:13
12:19 44:11
47:4 116:22
118:5 123:7
146:15
162:15,20
165:21 175:9
176:2 187:4
219:21
**jaclyn.hall@...**
4:14
**January** 40:13
132:1 133:12

135:9 136:3
136:15
152:25 157:4
157:19 160:2
160:24
180:21
**JASON** 4:19
**jason.callen...**
4:20
**Jehra** 19:23
20:2
**JOHN** 2:18
4:12
**join** 184:7
**joinder** 80:16
**Jointly** 1:7
**JOSEPH** 3:19
**jot** 107:1,14
**jroth@omm....**
3:20
**Juan** 4:3
**judge** 167:17
219:8
**Juge** 66:22
168:2
**jughes2@mi...**
2:19
**July** 181:7,16
181:23 183:3
189:12
193:12 194:3
195:12,22
196:21,23
197:17
205:24
206:14
211:23,24
212:9,16
213:3 218:12
**June** 170:6,18
172:18 173:6
173:17
174:14 186:6

**K**

**K** 223:3
**Karen** 184:21
**keep** 7:11
63:21 169:19
169:25
**KEVIN** 2:19,24
**kind** 37:16
58:4 127:7
127:14
186:23
193:21
200:10
215:23
**kindly** 204:11
**kinds** 24:19
25:1 34:18
126:1 127:5
186:1
**kmaggio@m...**
2:20
**know** 14:9
16:4 21:4,6
24:9,12
34:21 36:2,5
37:18,21
38:2,18 39:8
40:6 41:15
43:19,24
46:17 49:3
50:2,11,12
50:24 52:11
52:13 53:14
56:7 57:1
58:21 59:2,3
59:6 60:6
62:7 67:18
68:24 69:14
69:17 70:13
71:4 74:10
79:22 81:2,9
81:11,13,15
81:18 84:15

88:18 89:6
89:15,18
90:14,15
96:7,9,12,14
96:17 97:2,7
99:3 108:2
109:5 110:5
111:4,4,18
112:3,6,14
116:3,13
119:15,17
123:5 129:9
138:8 143:18
143:20,22
144:10,14
147:14
151:15 153:6
153:17,24
154:1,4,9,17
154:24 155:3
155:7,10
160:18,19
162:10
164:11
168:25 169:2
169:4 170:21
175:11 181:1
186:17 189:2
189:4 192:3
192:9 194:24
198:25
201:14,15,17
201:19 204:5
204:14 209:7
209:10
215:14,19,22
217:5,8,10
218:5 219:4
220:1
**knowledge**
26:23 45:2,5
101:12,15
111:4 171:3

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                           April 21, 2020

18

171:13,16
177:24
190:18
**known** 15:8,16
79:23
**kwesterman...**
2:25

**L**

**L** 3:17,19
**labeled** 161:24
**LANGLEY**
4:21
**language**
23:20 24:1
52:20,21
81:21 82:1,2
83:13 84:18
85:7 120:15
**law** 11:24 74:5
119:7
**laws** 81:16
**lawyer** 188:23
**lawyers** 219:7
**ledger** 89:20
**ledgers** 89:2,5
89:6
**left** 94:24
141:20 149:3
153:1 178:19
**legal** 7:6 29:16
**legislation**
52:19 74:6
**Leon** 4:2
**let's** 12:13
14:6 23:2
25:20 27:13
44:1 46:24
47:14,14,14
48:8 75:20
76:12,13
80:3,8 83:3,4
83:6,7 98:19

104:12 108:5
108:19
111:21,22
115:17
119:24 120:4
121:4 122:15
131:24 135:4
139:23,24
152:20,21,22
157:22 162:4
162:19 168:8
168:11 170:5
173:9 175:7
175:13 176:2
176:4 180:14
181:5 187:2
187:3 189:6
189:8,23
196:6 208:17
220:19
**letter** 24:10
83:9 100:7
100:23,24
101:13,24
102:1,2,11
102:11 104:4
113:3 117:2
117:4 118:2
**level** 198:17
**lgarau@mp...**
4:5
**liabilities**
147:7
**Liberty** 4:9
**license** 106:9
107:6 109:1
130:15
141:14
224:17
**licenses** 17:25
29:9 107:16
**lift-stay** 80:12
**light** 175:14

**limitation** 85:6
**limitations**
59:23
**limited** 194:25
**line** 23:13,22
78:14 79:13
85:23 86:4
143:3 144:20
184:6 195:17
196:2
**LinkedIn** 27:19
**links** 44:13
220:25
**liquidity** 31:3,5
31:7 73:25
140:10
**list** 100:16
104:5 118:19
150:5,7
164:19
**listed** 35:1
105:22 106:2
106:20 107:1
107:5 108:24
114:4 163:23
164:17
166:11
**listing** 44:13
108:22
**listings** 103:13
**LITTERINE-...**
5:7
**little** 75:20
93:17 170:11
203:11
**LiveLitigation**
7:18
**Liz** 11:8 36:21
37:5 66:15
93:18 95:4
103:23
122:19,21
123:1,3,9

158:6,7
163:16 178:2
220:1
**LLC** 4:2 5:2,15
5:17
**LLP** 2:4,14 3:3
3:12 4:8,16
5:4,10,22,23
5:24
**loading** 145:2
**locate** 25:1
**located** 23:15
23:23 24:4
24:16
**location** 91:4
**locations** 12:9
**logistics** 9:6
9:11
**long** 7:22 33:4
72:23 84:5
220:10
**longer** 27:10
159:4 160:9
168:22
**look** 22:4 25:9
27:25 31:9
55:19 69:25
72:18 80:23
83:13 99:2,5
102:25
103:22
104:12,13
108:19 114:2
114:18 116:3
123:25 126:5
127:16,20
141:11 142:7
148:20 163:4
163:23 170:5
171:19,21
177:6,9
181:5 182:20
187:15

191:16,22
193:10
194:21 195:2
195:3,6
196:15,24
197:12,19
213:8
**looked** 31:9
82:24 108:16
122:8,14
125:14 127:6
127:8,10
161:10
172:15,19
192:4,11
194:10,22
195:7 196:16
205:23
206:18,24
207:12
**looking** 24:13
24:19 45:12
60:9 69:4
77:23 78:2
79:9 81:21
83:12 84:18
99:15 101:23
103:10
104:16
108:10,14,22
113:1 115:22
116:6 117:5
117:10,15,22
118:16 119:2
120:5 121:6
121:20
126:24
129:20
130:10
132:25 133:2
140:12
144:21
146:20 149:2

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                April 21, 2020

19

151:8 152:24
155:22 166:2
188:4 192:21
206:24 207:9
207:12
**looks** 47:23
77:19
**lost** 122:19,23
123:13
205:15
**lot** 21:14,17,25
45:12,20
46:17 85:17
140:6 146:25
176:19 198:6
**lunch** 83:23
84:4,6

**M**

**M** 4:21 112:3
**MacKenzie**
26:17 29:19
30:19,24
31:1 33:19
33:24 34:2,4
37:17 38:12
43:2 44:10
**MAGGIO** 2:19
**magnify** 26:6
**magnifying**
13:4 26:8
**main** 19:22
20:18,24
31:3 45:24
46:6 48:24
68:17 137:15
137:16 160:6
160:7,9
168:21 170:7
170:17
**MAINLAND**
2:20
**maintain** 59:14

88:15,20
89:2 135:18
**maintained**
88:25 89:7
100:17 101:4
102:20
**maintaining**
103:14
**maintains**
88:19
**major** 170:2
**making** 21:19
90:22,25
98:5 104:6
129:13
**man** 20:20
**management**
1:5,11 2:2
17:13 28:7
31:3,6,7
54:18 73:25
87:22 128:18
140:10
223:13
**managerial**
20:8
**managing**
40:19,22
**Manges** 3:3
5:22,24
**manipulation**
194:13,16
**manually**
142:6
**map** 24:16
25:9
**March** 83:11
168:15
189:19
190:15
192:20
193:20
**MARCOU** 2:21

**MARINI** 4:2
**mark** 23:2
25:21 27:13
46:25 76:13
80:4 83:4
107:4 108:6
111:22
115:18
119:25
122:16
139:24 151:9
162:5 173:10
187:5 208:17
**marked** 25:25
77:15 83:5
117:6 124:1
166:2 187:13
208:23
**marking** 12:20
**markings**
121:7
**markup** 10:20
**Massachuse...**
2:11
**master** 34:9
**matched** 109:1
**matter** 60:3
73:2
**MBA** 28:12
29:3
**MCCONNELL**
5:17
**McKEEN** 3:17
8:11,15 9:3,9
9:25 10:15
16:2 23:24
24:8,21 25:2
25:12 31:16
31:25 32:7
32:17 35:22
36:18,23
37:6 38:17
39:7 40:5

41:19 42:15
43:15,22
44:21 45:18
46:14,21
47:10 49:2
50:1,22 51:5
51:14,23
53:23 54:25
59:24 60:24
62:1,10 63:5
63:10,16,25
65:8,15 66:3
66:5,10,17
66:21 67:3,7
67:21 68:14
71:23 72:8
74:7 75:7,12
76:23 77:8
78:7,9 82:6
82:13 83:10
83:20 84:7
84:13 85:11
85:16 86:22
87:18 89:9
91:9 92:8
93:2,21 94:7
94:10 95:25
96:20 97:11
99:9,13
100:11,18
101:6,19
102:4,14,21
103:3,16
104:7,24
105:8,25
109:7 110:24
111:17
112:11,19
113:22 114:7
114:14,18
117:19 122:2
122:20
123:10,15,21

124:9 133:16
134:4,24
135:22 136:6
136:18 137:1
137:22
138:18 139:1
143:9 145:9
145:17 146:1
148:17
149:18 152:3
152:18
154:13 155:2
156:16
157:17
158:25
159:10,18
160:15 161:1
160:15 161:1
161:8 163:7
163:10 164:7
164:22
166:24 167:6
167:16,22
168:1,20
169:6,10,15
169:18
170:23 171:6
172:6 173:21
175:3,12
177:17 179:7
180:6,24
181:14,18
184:19
185:25
187:20
188:22
194:11
195:14,19,23
195:25 196:6
199:24
201:12 202:4
202:11 204:9
206:10
207:16 210:5

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I

April 21, 2020

20

210:16,22
211:11
213:15,20
215:9 216:24
217:4,13
218:1 220:7
220:19,23
221:9
**mean** 21:22,25
31:5,8,24
32:23 34:14
36:11 42:17
54:11 66:10
79:17 86:18
89:23 90:7
91:11 115:7
120:17
132:17
136:10
138:21
146:24
157:19 183:4
186:8 194:15
202:21 208:9
**meaning** 147:6
158:16,18
**means** 16:18
36:8 37:14
74:1,24 75:1
120:16
138:17 139:6
139:13 141:3
142:23 143:1
**meant** 90:10
90:10
**mechanism**
201:7 204:25
**medications**
14:3
**meet** 20:4
221:20
**meeting** 184:6
184:8 219:4

**meetings**
19:12 20:15
21:3,8
**Melendez**
142:9
**Memphis** 4:23
**mention**
164:15
**mentioned**
61:15 86:25
87:25 92:10
97:14 148:7
148:19 163:4
216:7
**mentioning**
129:17
**Mervis** 2:8
10:11,13,16
11:6,13
49:13,17,17
49:18
**message**
184:18
**met** 19:17
23:16
**methodology**
25:14
**MetLife** 5:11
**Mexico** 28:16
28:20
**mfink@om...**
3:15
**Michael** 2:8
49:17
**Micheletto**
5:25 7:5
**Microsoft**
194:19
**mid-Septem...**
132:1 133:12
135:9 136:3
136:15
152:25 157:4

157:23
159:25
160:24,25
166:20
**middle** 16:5
**Mike** 11:5
**Milbank** 2:14
5:23 219:25
**Miller** 2:22
219:12,24,25
220:21 221:2
221:16,18
**million** 107:9
107:23,23
118:10 135:5
214:1,7
**mind** 19:20
32:1 68:2
169:25
175:23 184:2
199:9 220:20
**minimum** 7:12
**mining** 95:15
**minute** 27:1
83:17 99:18
107:10 113:4
117:3 144:24
175:14 189:9
218:21
**minutes** 47:14
73:2 175:8
197:23
**mis** 88:7
**mischaracte...**
159:2 202:20
203:22,25
**misheard**
32:21
**misphrased**
88:7
**misspoken**
109:22
**mmervis@p...**

2:8
**model** 34:10
117:13
**modeler** 34:9
**models** 31:8
31:10
**moment** 20:21
102:8 115:25
123:4 144:20
219:10
**momentarily**
123:6
**money** 57:3
64:18 70:7,7
70:11 75:5
118:16 179:3
216:11,16
**monies** 54:9
56:1,11,16
57:9,15
58:15 64:15
67:13,14
70:20,24
71:8,10
112:8,17
126:18
174:16 179:2
183:21 185:4
189:15
**monitor** 5:2,3
89:21 90:3
**monitors**
89:18
**Monoline** 6:5
23:2,3 25:22
26:1 27:14
27:15 44:2,4
47:1,24
55:20 76:13
76:14 77:15
79:9 80:5
83:5 98:20
98:21 108:6

108:7 111:23
113:1 115:19
120:1 122:16
122:17 124:1
140:1 162:6
173:11 177:7
187:7 208:19
208:23
**Monoline's**
80:4
**Monolines**
12:2
**Monterrey**
28:18
**month** 41:14
41:18
**monthly** 33:9
33:15 90:17
202:23,24
**morning** 11:20
13:13,16
220:14,18
221:21
**MOSHE** 3:15
**motion** 80:12
**motor** 17:25
106:10 107:6
107:16
108:25
130:14 131:4
**movant's** 22:5
**movants** 12:2
**move** 27:3
44:11 67:9
151:10
**moved** 139:19
**movement**
126:18
**moving** 117:3
**multiple**
160:11 178:9
**MUNICIPAL**
4:7

Ahlberg, Timothy H. - Vol. I                                   April 21, 2020

21

**MUÑIZ** 4:2
**MUNKITTRI...**
2:7
**Muñoz** 5:18
**mute** 11:7
39:17 45:8
46:20 94:5
102:9 122:4
147:3 176:20
**muting** 7:12
**MYERS** 3:12

**N**

**N** 2:1 3:1 4:1
5:1 94:17,17
94:17
**name** 7:4
11:23 13:14
13:16 20:7
20:20 112:3
112:5 132:6
132:8,20,22
158:17,19
166:12
**named** 20:20
20:25
**names** 152:6
**Nashville** 4:18
**Natbony** 4:11
6:3,25 8:6,13
9:2,20 11:4
11:11,14,23
13:12 23:1,5
23:8 24:2,11
24:24 25:6
25:15,20,24
27:17 31:21
32:3,13,20
35:24 36:21
37:4,7 38:4
38:20 39:1,3
39:10,19,21
40:8 41:22

42:19 43:18
44:1,6 45:1
45:11,22
46:19,24
47:6,13,21
47:22 49:5
49:21 50:5
51:1,8,16
52:3,10 53:3
54:2 55:3
60:2 61:4
62:5,14 63:8
63:13,20
64:3 65:11
66:1,8,15,25
67:5,11 68:6
68:19,20
72:3,13
74:11 75:10
75:19 76:12
76:16 77:2
77:13 78:16
80:3,7,17,19
82:9,17 83:3
83:8 84:2,11
84:14 85:15
85:22 87:4
87:14,15,24
89:14 91:12
92:15 93:6
93:17,23
94:12,20,21
96:3,24
97:13 98:19
98:23 99:11
99:14 100:14
100:21 101:8
101:22 102:6
102:10,17,24
103:8,22
104:1,11
105:3,13
106:3 108:5

108:9 109:11
111:2,21
112:1,12,23
114:1,10,15
114:20
115:17,21
116:22 117:1
117:21
119:24 120:3
122:9,15,19
122:24 123:7
123:12,17,19
123:23,24
124:11
133:20 134:9
135:3 136:1
136:12,23
137:2 138:2
138:22 139:4
139:23 140:3
143:11,17
145:20,24
146:3,10,15
146:17 147:2
147:4 148:21
149:22
151:22 152:4
152:19
154:16 155:6
156:20
157:20 158:9
159:3,14,23
160:21 161:6
161:9 162:4
162:8,22
163:15,18
164:13 165:4
165:21 166:1
166:22 167:4
167:13,19,25
168:5,7,24
169:8,13,17
170:1,4,13

171:1,8,11
172:10 173:9
173:13 174:1
174:5,12,24
175:7,13,20
176:1,13,14
178:2,6
179:12
180:10 181:4
181:17,19
184:16,24
186:4 187:2
187:9,11,22
187:23 189:1
193:17
194:14
195:16,21
196:4,8,9
197:9,22
198:4,13
199:2 200:5
201:13 202:8
202:12
203:13,16
204:12 206:7
206:12 207:4
207:21
208:16,21
210:9,17,21
211:1,15
212:22
213:17,23
214:3,6,11
215:12 217:2
217:7,19
218:6,20
219:14 221:6
221:17,22
**NATIONAL** 3:2
**nature** 12:4
32:11
**NAYUAN** 5:19
**necessarily**

10:19 54:11
93:11 204:19
**necessary**
11:18
**need** 16:3,6
46:21 47:10
66:10,22
76:9 146:1
151:8 154:21
159:16
174:25 175:3
175:5,5
202:5 213:6
**needing**
145:11
**needs** 39:17
45:7 46:19
78:12
**negotiating**
42:7
**Neither** 158:5
**never** 82:25
96:15 125:19
**New** 2:6,6,15
2:15 3:5,5
4:9,5 5:6,6
5:12,12
**Newport** 3:20
3:21
**noise** 46:23
146:25
176:19
**noises** 154:8
**non-profit**
28:6
**nonpublic**
30:3
**normal** 129:10
**North** 28:5
**notarial**
224:10
**notary** 223:5
**notation** 173:4

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I

April 21, 2020

22

note 127:13
162:20
noted 104:9
144:16 172:9
179:20
notes 22:23
noticed 123:13
November
157:24 160:1
160:8,25
168:15
189:19,19
192:20
193:20
211:10,21,21
212:8
number 6:5
45:3,6,14
57:23 58:2
59:10 60:25
71:18 73:6
95:20 105:11
105:18,18,18
109:9 110:7
116:17
117:18,23,24
118:3,7
134:20
135:18
143:16 150:6
153:21 154:3
154:15
155:12 156:5
156:22,25
157:6 166:8
166:10
178:25 180:9
182:11
205:20 208:5
numbers
23:19 73:6
85:25 86:5
92:24 104:18

104:19
107:15,18,20
107:22
108:15 109:4
109:12,13,18
109:18 110:2
110:2,6
129:21,23
130:2,7
150:8,10
157:1 200:2
201:5
NW 3:13
nzt@mcvpr....
5:20

O
O 94:17,17,17
223:3,3
o'clock 83:22
84:9
O'MELVENY
3:12
oath 13:24
object 23:24
25:12 38:17
42:15 49:2
51:23 54:25
59:24 60:24
62:1 63:5,10
63:16 71:23
74:7 75:7
76:23 77:8
82:6,13
86:22 87:12
89:9 92:8
93:2 95:25
100:11
101:19 103:3
103:17 122:2
124:9 133:16
134:4,24
158:25

160:15
177:18 179:7
180:6,24
198:11
199:24 204:9
210:5 218:3
objected 49:16
objection 11:8
24:8,21 25:2
31:16,25
32:11,17
35:22 39:7
40:5 41:19
43:15,22
44:21 49:13
50:1,22 51:5
51:14 52:6
52:23 53:23
62:10 63:25
65:8 72:8
82:6 85:11
86:22 87:18
87:20 91:9
96:20 97:11
100:18 101:6
102:4,14,21
103:24 104:7
104:24 105:8
105:25 109:7
110:24
111:17
112:11,19
113:22 114:7
114:14
117:19
135:22 136:6
136:18 137:1
137:22
138:18 139:1
143:9 148:17
149:17,18
151:21 152:3
152:18

154:13 155:2
156:16,17
157:17
159:10,11
161:2 164:7
164:22
166:21,25
168:20 172:6
173:21
185:25
188:21
193:14
194:11 197:6
198:23
201:12 202:4
202:11 207:3
210:16,22
211:11
213:15 214:5
215:9 216:24
217:4,13
218:2 221:16
objections
11:8 15:19
15:21 85:13
169:6
objectives
59:22 85:5,9
85:13
obtain 25:4
29:5 97:16
97:16 203:17
obvious 12:10
obviously
175:5 177:23
220:10
occurred
126:23
188:10
occurs 61:24
62:17 69:17
October
211:21 212:9

offering 59:21
office 142:10
142:11
OFFICIAL 5:9
oh 23:21
131:10
147:22 158:7
210:24
219:18
oil 17:23
106:14
107:15
okay 9:20 11:4
11:20 14:10
14:11,19,20
14:25 15:1
15:18 16:20
17:3,4,8,9,13
17:14,17,18
18:21 19:4
19:16 23:12
24:6 25:16
25:20 28:4
31:11 32:14
32:21 35:25
37:4 40:9
42:22 44:1,7
45:12 46:4
46:24 49:22
52:15 53:4
54:3,13
57:19 64:20
68:6,19
75:12 76:11
80:3 83:3
84:11 85:16
85:23 86:10
93:17 94:9
94:12 95:9
95:10,10
98:19 99:1
99:23 100:15
100:22

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                        April 21, 2020

23

104:12 105:4
107:13,14
108:3,4,10
111:3,9,21
113:13 114:2
114:11
115:22
116:10
117:10,15
118:15,21
119:15,19
122:15,24
123:2,7,23
124:6,17
125:5,24
128:20 129:4
130:10,22
131:24
132:10 133:2
140:12,22
141:4,13
142:13 143:4
143:18
144:21
145:14,25
146:11 147:2
147:22 148:1
148:1 156:21
157:10,22
159:4 163:17
166:2 170:1
171:12 175:7
175:22 177:6
178:16
180:11
181:18
182:12
184:19,20
185:8 186:5
186:13 187:2
187:12 188:5
190:6 191:21
192:19 196:6

198:5,19
199:3 200:22
206:7,13
209:14
210:24
211:16 212:4
214:25
220:19,20,21
once 62:12,15
133:21
139:19
153:15 185:6
189:13
one-for-one
203:5
one-page 27:5
ones 20:11
122:13
126:25
ongoing 97:3
online 28:19
opening
161:11,14
162:10
operating
55:22 121:24
137:15,16
183:17
operation
121:15
204:13 205:6
205:6
operational
45:24 46:6
48:24 61:19
69:3,16,21
76:20 77:5
118:12,17,24
121:8 125:8
125:15,20
137:12
155:14 160:4
160:7,10

179:3,10
181:13 182:8
182:10 185:7
189:22,25
198:6,7,16
198:21 199:6
199:13,23
200:4,8,14
200:18 201:2
201:11
202:15,22,23
203:8,19,22
204:1,8,17
207:23 208:8
208:12
216:11
217:23
operations
202:25
opinion 42:2,4
74:21
opportunity
13:3 27:25
opposed
156:14 167:8
204:15
opposing 7:14
opposite
73:12
opposition
80:11,13
option 47:4,9
order 1:15
65:17 115:24
116:8 161:2
167:9,12
221:14
ordered
169:21
Oriental
118:13 156:9
160:5
original 191:3

191:6,10
196:25
originally 32:9
ORRICK 5:4
outcome
224:8
outposts
193:24
outside 37:16
65:9,16,24
66:13 68:5
126:11
128:22
159:12,15,19
160:18
169:20,21
177:20,25
180:25
217:14 218:4
outstanding
10:7
Oversight 1:4
1:11 2:2 11:9
17:11,12
80:15 81:5
223:12

P

P 2:1,1 3:1,1
4:1,1 5:1,1
P-R-I-F-A-S
86:12 91:21
p.m 94:15,19
146:6,9
176:9,12
197:25 198:3
221:24 222:2
page 6:2 16:25
23:13 27:4
44:12,14
45:15 48:8,9
48:12 50:20
53:5 55:20

76:10 77:18
77:21,23
78:11,15
79:10 80:8
83:7,12,14
83:18 104:3
104:13,17,18
105:6,6,7
106:18 107:2
107:7 108:19
108:20,20,21
113:17 114:3
116:1,2,6,7
116:13,23
117:6,16,22
118:4,6
120:4,5
121:6 130:10
131:8,9,24
137:19
141:18 142:8
144:16,23
149:25 152:9
152:14,22
156:12
157:22
158:22 168:8
168:12,13
170:6 177:8
181:5 186:5
188:3,6
211:3,5
213:9
pages 99:6,15
102:25 103:6
103:9,19
104:4,5
105:5,12
107:17
115:24
117:16 141:8
141:8 144:21
149:5 150:3

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I

April 21, 2020

24

150:5
**paid** 41:14
42:23
**paper** 106:24
107:11,13
**paragraph**
86:10
**Park** 5:12 28:5
**part** 33:18 35:3
38:12 43:1
53:21 56:2
56:16 57:4,6
57:9 58:5,6
58:15 66:6
70:11,24
71:11 72:7
72:11,15
78:5,5 89:12
97:25 105:17
131:15
135:10
153:24
174:17 204:7
212:1
**participants**
12:21
**particular**
24:14 25:7
48:10 50:3
55:5 57:3,15
58:13 59:9
64:15,22
67:13 70:6
70:10 137:19
167:1 201:10
210:2 215:15
221:11
**particularly**
24:19
**parties** 8:8
9:12,18 10:2
224:4,6
**parties'** 80:11

**PASLAWSKY**
2:23
**pass** 74:25
75:2 168:23
198:15
**passed** 197:21
**passthrough**
203:5
**path** 18:4
**PAUL** 5:10
**pause** 36:19
**paused** 115:25
**PAVEL** 3:18
**pay** 37:15
**payment**
110:11 114:4
114:5
**payments**
161:19,21,25
**payouts**
100:16
**PDF** 108:19
116:17 117:6
**Pelle** 19:23
**pencil** 106:22
106:23
**pending**
195:22 196:1
196:2,4
223:10
**people** 42:13
42:17 93:25
**percent** 41:3,8
**percentage**
40:25 41:4
**Peregos**
166:12
**perform**
213:22
**performed**
30:1
**performing**
63:12

**period** 95:21
98:7 108:17
131:25
133:10 136:2
136:8,14
137:14,18,21
137:25 138:7
148:5 152:24
156:11 157:3
157:23 159:7
159:21,25,25
160:23,25
163:1,5,20
163:24
166:19
168:19 169:5
170:16,19
171:4,5
172:17 173:5
173:16
174:13
180:20 181:7
182:11 183:3
185:21 186:6
189:12,20
191:7,11,17
191:20
192:20
193:13,20
194:3 195:10
195:13
196:20,21,24
197:17 204:4
205:24
206:15
207:19 211:9
212:5,8
**Periodically**
7:20
**periods** 93:9
157:11,13
171:12
**person** 28:19

28:20 112:6
119:16
**personal**
101:12,15
177:24
**personally**
25:19 30:11
42:22 79:7
194:17
196:11
**personnel**
128:22
**perspective**
217:22
**pertaining**
1:21
**PETER** 3:16
**petroleum**
106:14
130:14 131:3
131:13
150:13
179:22 180:2
**pfriedman@...**
3:16
**phone** 7:20
19:9 90:18
90:19,22,25
94:8
**phonetic**
19:24
**phrase** 79:8
91:4 142:22
201:23
**phrased** 137:4
137:5 214:23
**phrasing**
96:11
**pick** 220:5
**picked** 14:14
**picture** 123:20
**piece** 22:7
107:11

**PIETRANTONI**
4:2
**Pinnacle** 4:17
**place** 2:10
4:17 26:17
69:6
**placed** 217:23
**plan** 34:5,7
**plans** 217:11
**platform** 88:10
194:18
196:12
**please** 7:11,17
7:24 8:5
10:12 13:14
14:12,15
37:10 44:2
67:4 68:8
99:19 113:4
114:18 134:6
147:3 169:25
184:7 187:21
199:15
204:10
**pledged** 17:19
211:8
**pledging**
211:14,14
**plural** 46:1
**point** 14:8
20:18 97:20
135:7 141:23
144:6 195:11
208:8
**pointing** 22:1
**points** 19:23
**pole** 10:21
**Ponce** 4:2
**Poplar** 4:22
**popped** 158:6
**portions**
103:18
221:12

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                    April 21, 2020

25

position 20:8
67:8 207:8
207:11
217:20
positions
42:17
positive
119:22
possession
63:4 216:6
216:22
possessive
149:24 150:1
150:3
possessory
149:10
possible 12:17
16:5 62:6
86:25 112:6
125:18 126:7
148:19 209:5
215:6
post 86:11
potential
73:16
potentially
195:4
Power 194:20
practice 29:24
60:4
precisely
216:21
prefer 103:20
134:17
220:13,17
preference
220:17
preliminary
14:7
preparation
19:14,18
20:5,15 43:1
81:15 87:6

128:24
144:18
161:12 209:3
preparations
19:6
prepare 18:13
18:14 19:1
21:11 81:10
81:12
prepared 81:2
81:14 87:22
140:17 142:9
142:11
143:24 144:1
177:13 209:7
209:9,11,12
preparing 21:2
50:8,10,15
81:6
presence
128:23 164:8
164:9 223:21
present 5:21
19:13 37:19
157:19
180:21 181:7
181:24 183:3
189:12
193:13 194:3
195:13
196:23
197:17
205:24
206:14 215:8
215:16
217:17
218:12
presentation
124:16
131:23 180:8
217:16
218:10
presentations

21:18
presented
132:5
press 184:7,18
pressed
184:22
pretty 65:17
prevent 14:2
previous
134:6
previously
39:25 58:8
68:22 75:16
85:19 86:24
92:10 113:12
119:9 147:11
158:14
160:11
162:25
163:19
164:15
189:11 194:8
Pricewaterh...
29:22
PRIFA 15:16
20:23 147:13
147:16,18,20
PRIFAS 57:24
58:1,2 86:12
87:25 88:1,2
88:14,18,20
88:23,25
91:21,23
92:2,4,5,14
92:20,21
93:1,5,8,10
93:14 95:17
96:1,23
105:21 136:8
147:23,23,24
147:25 148:2
148:9
Principal

55:21
prior 29:21
36:24 39:22
40:15 108:16
158:22 163:1
163:20
168:19 170:9
170:16 171:5
171:12 209:6
private 29:23
privilege 16:7
probably
221:9,12
problem 11:11
47:24 84:4
174:2,8
problems
165:22
Procedure
1:20
procedures
38:16,23
40:4 119:7
proceed 47:12
219:8 220:8
proceeding
10:6
proceeds
118:11
process 9:13
9:18 25:4
90:1 135:7
217:17
processing
162:18,21,23
175:10
produce 22:8
148:24
produced
22:11,14
45:13 99:24
142:4,5
162:11

production
21:15,22,24
33:3,16
209:22
productions
31:12
professional
12:15 26:24
27:8 28:2
29:8,11
41:10 44:9
professionally
16:18
proficient
16:18
profile 27:19
27:22
program
194:23 195:1
195:7 196:17
PROMESA 1:4
1:10
proper 66:14
161:4 167:10
Proprietary
35:17 36:1,3
PROSKAUER
2:4
Proskauer's
10:10
protective
1:15 221:14
provide
204:25
provided
31:12 44:8
91:21,23
101:17
providing
33:13 102:12
public 3:2
109:14,19
110:4 223:5

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I

April 21, 2020

26

| | | | | |
|---|---|---|---|---|
| **published** 33:1 | 221:14 | 111:13 | 12:25 94:23 | 45:18 53:25 |
| **publishing** | **pushed** 184:16 | 112:15 | 103:17 | 56:3,13,19 |
| 12:20 | **putting** 21:15 | 121:21 | 122:25 | 58:16 67:9 |
| **Puerto** 1:1,5,8 | 127:14 | 125:18 | 123:13,20 | 91:24 108:21 |
| 1:12,14 2:2,3 | 129:17 | 127:10 | 218:22 | 116:7 |
| 3:11 4:3 5:18 | ——— | 129:15 134:6 | **questions** | **realtime** |
| 15:3,7,12,15 | **Q** | 134:15,17 | 12:1,3,5 14:8 | 175:15,21 |
| 17:3,6,13,16 | **QlikView** | 136:11,13,20 | 14:13 15:19 | **reason** 41:17 |
| 19:25 20:16 | 194:18 | 136:24 137:3 | 146:12 | 43:12 44:18 |
| 30:11,19 | 196:12 | 137:6 139:18 | 169:11,19,25 | 48:25 51:3 |
| 31:1,2,13 | **query** 95:21 | 147:1,17,19 | 173:15 | 65:12 68:10 |
| 41:5 42:14 | **question** 14:9 | 154:8 158:11 | 174:10 178:2 | 78:20 115:12 |
| 57:24 86:6 | 14:16 15:20 | 162:24 | 181:15 | 120:25 |
| 88:2 130:16 | 15:23 16:5 | 163:11,14 | 195:18 219:3 | 162:18 173:3 |
| 149:6 152:10 | 18:23 23:25 | 166:16 | 219:10 | 188:15 |
| 223:12,13,14 | 25:8 28:1 | 167:13,21 | **quick** 145:6 | **reasonably** |
| **pull** 23:1,5 | 31:17 32:2,5 | 170:11,24 | **quickly** 36:19 | 12:17 |
| 25:20 27:13 | 32:12 37:9 | 171:7 172:13 | **quote** 52:17 | **reasoning** |
| 44:1 46:24 | 37:20,24 | 176:21 | 188:12 | 75:18 159:22 |
| 76:12 83:3 | 38:25 39:2 | 180:15 | ——— | **reasons** 68:18 |
| 92:24 98:19 | 39:11,14,23 | 181:21,24 | **R** | 75:15 |
| 111:21 | 39:25 45:4 | 183:22 184:3 | **R** 2:1 3:1 4:1 | **Rebecca** 20:10 |
| 115:17 | 46:15 48:25 | 185:1 187:21 | 5:1 94:17 | **recall** 28:23 |
| 119:24 | 49:22 51:2 | 191:8,21 | **raise** 8:4,22 | 43:5,11 |
| 122:15 123:8 | 51:19 55:2 | 192:7 193:9 | **RAPPOPORT** | 50:16 79:7 |
| 139:23 | 56:3,18,20 | 195:21,25 | 3:9 | 128:4 161:15 |
| 152:21 162:4 | 58:25 59:17 | 196:3,5,7,22 | **rate** 43:4,13 | 172:25 |
| 168:11 173:9 | 60:15 61:16 | 197:4,11 | 44:15,19 | 206:15,20 |
| 187:2,3 | 63:18,22 | 198:12 199:9 | **reach** 184:22 | 209:5 210:1 |
| 208:16 | 65:10,23 | 199:25 | **reached** 8:7 | **receipt** 61:2 |
| **pullable** 144:6 | 68:7,15 | 200:11,23 | 10:3 | 97:20 135:2 |
| **pulled** 76:17 | 69:12 70:14 | 201:18,20 | **reaching** 9:18 | **receipts** 79:16 |
| **purpose** 58:18 | 70:14,22 | 203:11 | **read** 7:24 | 79:18,19,20 |
| 58:21,24 | 71:3 74:8 | 204:11 | 16:12,13 | 133:18 135:2 |
| 59:3,18,20 | 75:10 76:18 | 205:11,15 | 26:4 68:9 | **receive** 7:19 |
| 64:4 75:5 | 76:24 77:1,9 | 206:13 207:6 | 222:11 | 61:11 166:18 |
| 85:3 113:18 | 82:14 85:19 | 213:13 217:1 | **reading** 23:21 | **received** 8:19 |
| 180:22 181:3 | 89:12 94:3 | 217:6 | 48:16 109:24 | 65:4 69:23 |
| **purposes** 74:5 | 96:11 97:6 | **question's** | **reads** 130:20 | 83:10 87:1 |
| 92:22 | 98:1 101:20 | 71:25 | **ready** 84:15,17 | 93:4 113:11 |
| **pursuant** 1:14 | 103:4,11,12 | **questioner** | 218:21 | 124:18 125:1 |
| 1:19 130:17 | 104:2,25 | 13:3 | **real** 145:6 | 133:14 |
| | 109:25 | **questioning** | **really** 39:18 | 135:13 137:9 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                    April 21, 2020

27

138:4,6
150:10 155:5
155:11
162:20
179:17
182:16
199:16,19
218:16
**receives** 90:16
**receiving**
161:25
**Recess** 47:18
94:16 146:7
176:10 198:1
**reclassificat...**
74:14,15
**reclassificat...**
73:17
**recognition**
88:10 135:1
135:5
**recognize** 12:7
26:4,13
27:18 48:1
77:16 108:11
**recognized**
138:6 144:5
188:11
**recollection**
82:23
**reconcile**
97:23 98:3
98:14
**reconciliatio...**
89:16
**reconnect**
145:12
**reconvene**
93:20
**reconvening**
93:25
**record** 7:2,22
12:8 13:15

14:19 23:4
25:23 27:16
36:19,22
44:5 47:2,15
47:17,20
59:7,8,14
64:9,11 68:9
76:15 80:6
94:15,19
98:22 108:8
109:9 111:24
115:20 120:2
122:18
139:21 140:2
146:2,4,6,9
155:1 160:22
162:7,9
163:12
167:24
173:12
174:25 175:4
176:4,9,12
181:15
182:15 187:8
195:15,20
197:25 198:3
208:20
219:20,24
221:19,24
**recorded**
21:20 61:1
93:4 137:20
137:24
157:15
165:15
179:17
182:24
185:20 200:3
205:3,21
**recording** 61:1
184:15
**records** 23:15
24:16 64:6

88:15,20,22
109:6 133:23
134:12
182:24 192:5
192:11,22
193:6,7,11
193:19,22
206:24 207:9
207:12
**RECOVERY**
5:3,16
**reduced** 70:2
223:22
**refer** 12:18
17:1,5,10,15
35:4 39:12
39:15,23
48:11 58:1
79:12 115:8
115:9 116:5
177:8
**reference**
22:20 164:4
**referred** 80:1
84:19 143:13
178:17
**referring** 17:2
17:6,12,16
18:4 33:23
48:5 86:11
103:5 106:10
110:13 126:2
131:10 140:9
151:16,18
195:11
**refers** 101:11
118:3 166:8
**reflect** 26:24
27:7 28:1
121:23
122:10
150:16
171:24

172:23
211:17,19
**reflected**
126:4 133:11
135:8 137:19
143:7 144:15
154:11,15
155:25
156:12
**reflective**
142:14
**reflects** 212:4
**refresh** 202:6
**regarding** 9:10
9:14,15 10:1
10:4 16:7
127:21
128:14,21
**regardless**
204:3
**registration**
106:11
**regulations**
34:24 35:2,4
59:23 85:5
119:8
**relate** 105:14
150:10
**related** 101:1
117:16,16
122:12
155:25 165:5
172:23 178:3
224:6
**relates** 142:18
151:20 152:2
**relating** 9:5,6
9:7 12:6 18:6
33:18 82:19
97:17 121:16
122:11
127:17 128:2
129:13

131:12,25
141:5 148:8
161:18
207:15 214:2
214:20
218:12
**relationship**
99:25 119:23
**relationships**
129:11
**released** 110:4
**relevant** 19:7
**remain** 10:7
62:12 63:2
68:23 69:10
69:15 71:22
186:11
204:23
**remained** 69:6
183:4 189:12
**remaining**
121:22
136:21 183:7
**remains** 62:7
136:5,9,17
217:18
**remember**
20:11 60:18
180:11
**remotely**
12:11
**remove** 219:16
**removed**
61:13 133:21
134:10
**remute** 46:21
**reopen** 11:18
**repeat** 18:18
37:8,20 39:1
39:19 40:1
45:4 46:15
68:7 69:12
76:25 103:12

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                    April 21, 2020

28

109:15,25
112:15
121:21
124:24
129:15
163:10
170:24
181:21
183:22
187:21
200:22
201:18
203:13
204:11
206:13
212:23
**repeating**
184:2 199:9
**repetitive**
139:18
**rephrase**
14:10 18:24
55:1 65:9
87:14 207:6
211:18
**rephrasing**
32:2 60:15
**report** 33:1,3
33:15 49:20
50:7,10,15
50:18,21,25
51:4 56:23
60:8 69:25
70:4,9 71:16
71:16 72:20
72:24 76:4
77:17 78:3
78:13 79:15
79:16 92:9
95:14,19
96:5,13,18
96:22 97:8
97:17 109:13

109:19 110:3
141:4 143:3
143:8,12
148:3,6,7
185:18
210:13 215:7
**report's** 33:16
**reported** 1:22
35:12 73:8,9
73:14 76:7
78:4,21
112:9,18
157:8 223:20
**reporter** 7:23
8:1,10,12,18
9:1 14:14,18
37:23,25
38:24 39:16
45:7 49:15
68:7 170:10
175:17,22
176:5 184:11
203:10,15
206:3,4,6,9
206:11
210:20
212:20 214:7
214:8 219:16
219:18
**reporting** 31:4
31:23 32:5,6
32:9,11,15
32:16,19,24
36:15,25
37:1,14 38:9
54:19 73:25
92:22 140:11
**reports** 27:11
31:14,20
33:6,10,13
48:7 75:21
75:23 76:1
86:16,19,20

86:25 87:6,9
87:16,21
91:7,14,16
92:6 93:7,10
93:14 94:25
95:12,22
97:3,15
133:7 147:12
147:14,20
148:10,14,19
**represent** 44:7
80:10 172:8
**representati...**
11:1
**representative**
1:6,13 2:2
223:14
**representati...**
21:9
**representing**
14:22 15:7
15:12,15,25
22:17 140:20
215:13
**represents**
142:1
**request** 100:9
100:25
101:16
113:14
**requested**
68:9
**requests** 22:5
110:15
**required** 15:20
**reserve** 11:17
167:20 168:6
219:2
**Reserving**
219:9
**resolve** 168:3
**resolved** 10:7
**respect** 9:22

9:25 10:9
20:22 24:13
25:17 33:22
34:7 62:25
64:24 79:5
79:11 82:25
90:4,13
97:24 98:4
120:8 129:6
138:25
146:22 147:5
147:13,15,16
147:21
148:15,24
157:25
158:12
161:24 163:1
163:20
171:17 180:4
180:18
189:11
193:19 199:3
207:13
217:11
**respective**
52:19 224:4
**responded**
134:14
**response** 22:4
100:9 101:13
101:17
102:19
**responsible**
50:7
**rest** 83:18
**restart** 145:22
**restricted**
185:24 198:9
198:20
**restriction** 9:7
9:15,24
10:10 177:19
178:4 198:17

199:1,1
**restrictions**
59:23 85:6
**result** 218:16
**resume** 220:14
**RETAINED**
6:25
**retrieving**
12:22
**reveal** 19:2
**revealing**
18:16,19
128:11
**revenue** 49:7
49:11,23
50:4,20 51:4
51:11,21
52:16 58:3,4
59:11 64:19
71:13,17
73:19 74:1,4
74:15,20
75:3,9 76:3,7
77:25 78:6
78:18 79:16
85:25 88:9
88:10 93:11
93:14 98:17
105:23 107:5
108:23
130:13,15
131:4,16
137:20,25
138:6 152:6
155:4,8
156:6 165:2
165:14
179:21 185:6
185:19
190:13 191:4
191:6,10
199:22
200:21 201:9

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                April 21, 2020

29

214:1,13
215:24
218:18
**revenues**
17:20,21
58:6,8 59:7,9
59:15 60:11
60:17 61:6
64:7,9,12,20
64:22 65:1,4
65:7,13
68:11 69:22
71:10,22
72:1,6,10,15
73:7,13 75:1
75:1,6,23
76:2,19,22
77:3,6 78:4
79:11,12,12
81:25 82:4
82:11,19,25
91:19 92:1
95:20 97:18
97:19,23,24
98:3,3,14,15
106:2,5
108:23 109:6
109:10,14,19
110:3 112:9
112:18
121:24 126:9
126:14
131:21,22
133:8 135:16
137:24 138:4
138:23 141:9
148:4 149:16
150:6,10
155:11,21
164:6,21
165:6,12,13
165:20
166:18 182:6

183:8,25
185:11
186:11,15
191:23,25
192:15,22
194:6 197:3
200:1 201:23
202:1,6,7,16
203:1,2,3,7
203:18 204:3
204:15 205:1
205:2 206:1
206:20
210:14 211:8
211:17,20,22
212:1,12,15
213:3 215:3
215:20 216:1
216:22
218:15
**review** 12:22
19:9 27:2
81:16 99:19
124:14 164:1
174:21 180:8
186:22,23
190:16,19
193:18,23
194:7,24
202:6 221:11
**reviewed**
81:20 126:25
127:4 144:17
161:13 173:1
186:24
193:15,19,24
194:1 196:11
197:7
**reviewing** 21:4
27:6 69:1
82:16 127:22
132:12
190:20 193:6

**revise** 136:10
**rewind** 172:12
**Rey** 5:18
**Rico** 1:1,5,8,12
1:14 2:2,3
3:11 4:3 5:18
15:3,7,12,15
17:3,6,13,16
19:25 20:16
30:11,19
31:1,2,13
41:5 42:14
57:24 86:6
88:2 130:16
149:6 152:10
223:12,13,15
**right** 8:4,9,14
8:22 22:1
46:13 50:8
58:24 64:8
64:13 69:19
72:4 73:7,13
73:15 81:22
84:12 88:25
92:2,7 93:23
94:2 98:12
99:12 101:3
101:24 105:5
105:24 106:4
106:5 109:6
109:14,23
114:25 116:2
117:18 119:3
120:15,16
125:2 126:20
130:3,6
133:8 135:4
137:18
140:19,20
141:6,15
144:7,9,12
144:23
148:12 150:9

151:10,13,15
151:20
152:16
153:18 155:1
155:9,15
158:15
167:20 168:6
175:12 176:1
178:21,23
179:1 180:2
180:12,22
181:8,16
182:2 189:3
190:10 193:3
208:4,6,11
208:13
210:10,19
211:7 215:14
216:12,15,19
217:3 219:9
**right-hand**
142:8
**rights** 11:17
219:2
**ring** 112:5
**Rivera** 5:18
**ROBERT** 3:6
**robert.berez...**
3:6
**ROSE** 2:4
**ROTH** 3:19
**rough** 41:2
**RPR** 1:23
**Rules** 1:20
**run** 10:20 70:5
70:10 72:17
72:21,24
73:1 86:25
93:7,13
95:12,14,19
95:23 96:5
96:13,18,22
133:7 147:16

147:20 148:3
148:8,11
185:18 215:6

---

**S**

**s** 2:1 3:1,6 4:1
5:1,13 46:2
94:17,17,17
149:7
**S-U-R-I** 88:4
**safe** 11:21
**San** 4:3
**Santa** 28:18
**save** 107:3
**Savino** 5:23
**saw** 123:19
**saying** 57:6
63:22 144:2
**says** 10:24
23:14 24:15
32:5,8 44:23
44:24 51:10
52:2,2 81:23
84:22 85:1
100:13
101:25
102:16,23
106:6,8
113:24 114:9
114:22
117:11,13,24
118:14 119:3
120:6 121:11
130:12 131:1
131:2 132:2
140:24 142:8
142:12
150:12,13,17
152:17
162:17
175:20
179:20 188:9
188:14,16

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                April 21, 2020

30

210:6 211:6
212:3,6,15
213:1,3
214:10
**SC** 110:11,19
114:4,11
117:11,12,14
127:2,6,11
150:20 151:4
151:9
**scenario**
205:11
**scheme** 158:2
158:13,15
**School** 28:6
**science** 28:9
**scope** 65:9,16
65:25 66:7
66:13 68:5
159:12,16,19
160:18
169:12,20,21
177:20,25
180:25 218:4
**screen** 13:2,5
13:6 23:6,10
26:4 47:25
77:14 107:2
113:2 123:1
131:7 145:5
146:13
152:22
175:18,25
219:17,23
**scroll** 113:5
121:12
**scrolling** 13:4
**seal** 224:10
**second** 27:4
77:22 78:9
78:24 104:13
104:16
105:17

115:22 116:1
116:7,9
117:16
131:10
141:18
152:22
179:25 189:7
199:15
212:10
**Secretary**
46:11
**see** 11:18 13:6
23:6,9,11,20
24:3,5 44:14
44:15,17
48:14,15
49:8,9 52:20
52:21 53:6,7
55:23,24
77:23,25
78:1 80:17
80:20,21
82:1,2 83:16
95:2,4,6,7,8
98:24,25
99:9 104:19
104:21 105:1
105:2,4
106:13,15,17
107:21,24
117:13,25
118:1,7
119:5,10,11
120:6 122:25
128:7 130:18
130:19,22,23
131:5,6,11
131:12,18
141:21 145:6
149:7,9
151:11,14
158:3,24
162:2 166:7

166:9,10,14
166:15 171:8
175:17,18,21
175:25 176:3
177:10,11
178:19,20
179:23 180:3
186:6 191:23
209:3 210:24
211:2
**seeing** 13:7
95:9
**seeking**
100:16
**seemingly**
123:10
**seen** 31:13
42:10 62:2
62:18 75:21
77:18 80:24
81:1 86:16
87:5,9,16,21
96:15 99:8
99:16,21
113:3 117:8
124:1 177:15
208:25 209:6
**segregate**
59:20 85:2
**self-balancing**
60:5
**semester**
28:21,24
**semesters**
28:12
**senior** 40:15
40:22
**sense** 56:4,5
56:19,21
70:15,16
71:3,25
72:11 83:22
83:24 91:24

136:22
221:13
**sent** 10:19
155:8 204:7
204:16
217:24
**sentence** 24:3
24:5 85:1
131:11
**separate** 12:9
35:2 59:4
73:3 76:2
77:24 82:20
86:5 156:22
156:24 157:1
190:2 214:19
**separately**
126:15
199:18
**separates** 76:5
**September**
160:3,8
166:20 211:4
211:24
212:13 213:4
213:25 215:4
**Sergio** 20:6
**series** 46:6
48:9 115:23
178:9 190:14
**SERVAIS** 4:12
**serve** 27:10
110:14
**servicer** 5:16
**services** 5:15
7:7 29:23
30:2 41:10
44:10
**session** 221:1
**set** 48:17 60:5
113:17
121:13 129:7
221:5 224:10

**share** 113:18
**shared** 213:18
**she'll** 123:4,6
**Sheet** 222:15
**shot** 26:5
**show** 70:6,11
87:10 93:8
93:10 95:19
96:19,22
97:9 118:10
141:9 143:7
148:3 153:8
153:9,11
208:22
211:22
**showing** 25:25
47:5 95:23
145:5 150:7
187:12
**shown** 133:13
141:16
**shows** 70:1
118:16
141:12
185:18 188:6
215:7
**sic** 31:23
121:16 214:1
**side** 81:22
178:19
210:18
**signature**
119:2,12,14
222:19 224:2
**signed** 122:7
222:15
**significant**
41:24
**signify** 132:3
132:14
**similar** 110:10
121:14,23
122:6 148:14

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                      April 21, 2020

31

194:19
209:20
**simple** 67:11
**Simultaneous**
  8:17 66:4,20
  66:24 123:18
  158:8 177:16
  195:24
**single** 45:17
  45:24 48:4
  48:23 120:5
  197:19
**sir** 8:5,23
  106:12
  107:24 118:6
  209:1 219:13
**sit** 42:13
**sitting** 71:5
  115:11 143:4
  144:14
**six** 42:21
**slide** 132:2
  153:3 168:22
  168:22
  181:22,24,25
  218:10,11
**slightly** 111:12
**small** 26:3
**SNOW** 4:16
**software**
  194:12,15
**somebody**
  39:17 45:7
  46:18,19
**soon** 16:4
  123:19
**sooner** 66:22
**sorry** 11:6
  18:18 26:14
  36:11,21
  37:23 38:24
  39:16,18
  49:15 101:14

102:6 113:14
114:21 122:4
124:3 131:14
138:14
147:17
168:10
169:14
170:23 172:3
176:5 187:3
187:3,6,20
191:8 195:23
203:10
209:15
211:23 212:8
212:20
214:25
**sort** 14:4
**Soundpath**
184:23
**sounds** 46:1
  85:16 123:21
  171:7
**source** 105:23
  142:20
  144:19
  155:20 156:6
  165:2,9,12
  165:14
  174:16 185:6
  191:4,6,10
  203:1 204:19
  205:1,2,19
**sources** 106:1
  106:4
**South** 4:18
**Spanish** 16:10
  16:11,12,13
  16:15,16,21
  88:5 99:7
  103:10,18
  104:14
  116:20
**speak** 10:12

16:10,11
67:6
**SPEAKER**
52:6,23
80:14 87:12
87:19 122:22
123:3 149:17
151:21
156:17
166:21
188:21
193:14 197:5
198:11,23
207:3 214:5
**speaking** 7:17
  8:17 66:4,20
  66:24 123:18
  158:8 177:16
  195:24
**speaks** 44:22
  101:7
**special** 17:23
  49:7,11,23
  50:4,20 51:4
  51:11,21
  52:15 73:19
  74:1,3,20,25
  75:1,3,5,8
  76:3,7 77:25
  78:5,17,18
  79:2,4,11,24
  85:25 179:21
  199:21
  200:20,21
  201:9
**specific** 19:20
  21:5 25:14
  25:16 33:18
  52:18 57:23
  59:16,21
  63:18 74:4
  76:10 79:25
  85:4 89:19

90:14 91:3
110:21 117:8
128:16 130:8
137:6 143:2
144:20
146:20
172:13,25
190:17
199:17,17
205:10
215:23
**specifically**
22:6 28:23
31:8 33:25
34:1,3 35:15
43:11,25
50:10,17
74:23 127:13
144:11
161:16 165:5
209:19,24
210:1
**specifics**
34:22 41:15
89:4
**specified**
95:21
**specify** 120:22
**speculate**
41:21 173:7
215:10
**speed** 175:11
**spent** 21:2,18
**spoke** 19:18
  146:18
  150:20
  191:10
**spoken** 22:12
**spreadsheet**
213:7
**Square** 2:5
**SS** 223:2
**standard** 8:7

8:13
**standards**
34:24 35:4
38:9,10,11
38:15,22
39:5 40:3
89:8,11
**standing** 8:16
**stands** 75:11
  167:13
**start** 14:6
  220:4
**starts** 23:23
  24:4 83:15
**state** 13:14
  30:13 68:2
  211:8 223:1
  223:6
**stated** 68:16
  75:16
**statement**
24:7,14 30:2
84:24 86:2,8
86:13 110:4
124:20,21
125:9 132:12
142:17
158:18,19
178:8 221:8
**statements**
10:23 19:10
48:5 108:24
124:15 126:6
132:9,23,25
161:11,15
171:21
172:19
174:21 177:1
177:4 182:20
186:25 193:8
193:11 195:3
**states** 1:1,21
  71:16 223:11

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                    April 21, 2020

32

statutes 81:17
stay 93:25
stenographi...
  1:22 223:20
step 90:1
steps 90:2
STEVENS 2:9
stipulation 8:2
  8:19 9:10,13
  10:1,5,10,18
  10:24
stipulations
  7:25 8:7,14
  8:16 9:4,16
stop 67:3
  220:2,3
stopped
  123:20
  206:10
stops 183:3
  186:7
stored 88:18
stream 7:19
Street 2:5 3:13
  4:9 5:5
strike 70:21
  74:18 91:19
  113:15
  142:15
  156:22
  165:10
  189:23 207:9
  209:15 217:9
structure
  40:19
student 29:6
subitems
  192:18
subject 51:12
  51:21 73:16
  161:4 167:10
subjective
  42:1 65:19

72:22
submitted
  12:23
subsecretary
  19:24
sufficient 10:3
  94:11
sufficiently
  12:16 80:23
suggesting
  149:4
suit 224:7
Suite 4:3,17,22
summarize
  172:14
summary
  151:11
  194:22 195:7
  196:17
summing
  213:11
Superiores
  28:17
supposed
  184:17
sure 7:17
  10:13 16:24
  19:5,21
  21:19 34:15
  37:2 45:15
  57:5 62:23
  76:10 89:11
  89:12 91:22
  97:2 98:6
  99:20 103:13
  107:12
  110:25
  112:13
  142:17
  145:20 172:1
  181:23
  186:20 190:4
  196:19 207:8

221:4
Surely 83:19
SURI 88:4,8,9
  88:11
SUTCLIFFE
  5:4
swearing 8:2
  8:20
sweep 61:2,10
  61:14,23
  65:4 69:1,2
  69:20,23
  95:16 133:4
  178:13,14,15
  178:18,22
  179:2,6,9,13
  179:16,19
  180:1 181:8
  182:1 199:17
  208:2
sweeping
  61:18
sweeps 69:20
  179:3 207:22
  207:24
  208:11
swept 135:15
  181:11 182:7
  199:23 200:4
  208:4,5
  216:10
switch 165:24
switched
  158:23 159:2
sworn 8:24
  13:9 223:17
Sylvia 20:25
Symphony
  4:17
system 12:24
  57:24,25
  58:2 84:20
  88:3,6,14

91:2,6,11,14
92:2 96:2,4
96:16 98:10
105:21 136:8
141:24 142:2
142:3 143:6
143:10,11,12
143:16,23
144:6 147:23
147:25 148:2
148:9,13
175:10
systems 86:1
  95:12

---

**T**

T 2:8 94:17
tab 23:2 25:21
  27:13 44:2
  46:25 47:24
  76:12 80:4
  83:4 98:20
  111:22
  115:18
  119:24 121:4
  122:16 123:8
  139:23 162:4
  162:15 166:3
  166:4 168:9
  168:10 173:9
  174:6 180:14
  187:3,4,5,9
  189:6,8
  208:17
Tableau
  194:19
tabs 103:14
  178:9
Taft 4:8 11:24
tag 133:18
  204:20
tagged 89:25
  154:2

take 14:18
  28:22,25
  47:10,14
  72:23 83:13
  83:23 84:9
  90:3 92:10
  93:18 99:2
  108:19
  145:18
  167:17
  169:22 170:5
  175:7 176:2
  177:9 181:5
  195:14,19
  196:7 197:22
  197:23 213:8
  221:19
taken 47:18
  56:6 65:21
  67:24 68:4
  80:10 94:16
  146:7 167:1
  167:7 176:10
  198:1
talk 12:14
  75:20 86:20
  207:22
talked 67:16
  147:11
  158:14 178:7
  198:5
talking 60:10
  79:10 94:24
  103:9 147:23
  167:23
  169:16
talks 86:10
  102:19
tasked 22:6
tax 54:18 65:1
  65:3 69:24
  73:8 78:4
  91:19,25

Henderson Legal Services, Inc.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                    April 21, 2020

33

| | | | | |
|---|---|---|---|---|
| 118:11 | 147:15,21 | 171:15 183:6 | 96:7,12 | **thing** 221:13 |
| 121:24 126:9 | 148:9 153:7 | 187:13 | 152:5 167:11 | **things** 21:25 |
| 130:15 131:4 | 154:6,10,19 | **telling** 118:5 | 181:10 182:6 | 53:18 54:3 |
| 131:16 | 155:18 | 170:20 171:2 | 189:16 | 67:16 91:8 |
| 139:19 155:8 | 156:13 157:5 | **tells** 165:23 | 204:24 | 91:15 172:20 |
| 164:20 165:6 | 157:7,15 | **Tennessee** | 222:12,13 | **think** 8:6 9:16 |
| 165:13 | 163:2,21 | 4:18,23 | 223:19,25 | 10:13,17,21 |
| 179:22 | 164:12 | **term** 17:19 | 224:9 | 11:2 20:6 |
| 180:19 | 165:17 | 18:1,2 34:11 | **Texidor** 112:4 | 21:2 28:24 |
| 182:15 | 171:20 | 34:13 35:6 | 120:6,18 | 52:1 54:1 |
| 183:25 185:4 | 172:16 | 35:10,16,19 | 121:9,17,25 | 56:14 58:16 |
| 185:10 | 173:19 | 36:8,10,13 | 122:7 | 63:7,9,14,18 |
| 186:14 | 174:17 180:5 | 36:14,17 | **text** 26:3 | 63:22 64:1 |
| 189:14 | 182:13,25 | 51:4 73:19 | 130:19 | 65:15,17 |
| 190:13 | 185:23 | 79:2,3,4 | **texted** 123:5 | 66:11,13,19 |
| 191:23,25 | 189:21 193:2 | 129:10 | **thank** 9:1,2 | 67:8 70:17 |
| 192:14,22 | 197:2 202:2 | 138:17 139:6 | 11:4 18:11 | 71:17 74:13 |
| 194:6 197:2 | 202:9,14 | 139:10,12 | 19:4 20:13 | 75:10 80:14 |
| 202:16 203:7 | 204:6,6,16 | 146:23 147:5 | 23:6 26:10 | 80:16 83:4 |
| 203:18 | 204:22 207:2 | 201:24 | 27:12 37:4 | 83:22 84:8 |
| 204:15 206:1 | 207:15,20 | **terms** 16:21 | 47:21 78:12 | 91:5 94:7,10 |
| 206:20 | 208:4 216:4 | 45:14 138:5 | 93:23 94:12 | 95:13 97:12 |
| 211:20,25 | 217:12,21 | 139:3 158:16 | 94:20 99:13 | 107:3 109:23 |
| 214:1 215:3 | **team** 42:14 | **Terrorista** | 107:25 | 113:9 115:12 |
| 215:20 216:1 | 142:6 220:2 | 166:13 | 116:24 | 116:1 122:3 |
| 216:1,21 | **tech** 47:11 | **testified** 13:10 | 122:10 | 130:19 |
| **taxes** 17:21,22 | **technical** | 32:10 37:1 | 123:22 145:8 | 134:15,16 |
| 17:24 58:11 | 12:12 | 68:22 162:25 | 145:25 148:1 | 139:3 142:13 |
| 60:17 61:15 | **Tecnológico** | 163:19 | 157:21 | 145:14 149:3 |
| 61:16 65:14 | 28:17 | 164:15 | 163:16 173:2 | 152:25 |
| 68:12,23 | **telephones** | 172:18 | 176:15 | 153:19,20 |
| 76:6 78:14 | 7:12 | 189:10 | 181:18 | 154:14 |
| 78:21 88:12 | **TELEPHONIC** | 196:10 | 203:15 | 156:18 158:6 |
| 91:8,15,17 | 184:4 | **testify** 65:18 | 206:11 | 159:1,18 |
| 91:21 92:6 | **telephonically** | 68:1,2 | 210:20 214:8 | 163:11,12 |
| 93:9,15 | 7:11 | 159:20 167:2 | 214:25 | 166:24 167:9 |
| 106:5,7,14 | **tell** 31:10 | 177:21 | 218:23 | 167:11 172:4 |
| 106:18,20 | 33:21 69:5 | 223:17 | 219:13,14 | 172:7 174:7 |
| 107:8,15,16 | 88:1 116:10 | **testifying** | **thanks** 11:13 | 175:9 183:11 |
| 124:18,25 | 116:17,19 | 13:24 15:2 | 37:6 84:13 | 184:19 |
| 125:1,14 | 142:23 143:5 | **testimony** 6:2 | 220:24 | 185:12,14 |
| 133:14 137:9 | 164:20 165:1 | 13:21 22:21 | 221:22 | 201:4,7 |
| 141:15 | 170:7,14 | 60:19 69:9 | **thereof** 224:8 | 202:19 |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                    April 21, 2020

34

203:21,24
208:18
214:15
219:22 220:6
220:7 221:2
221:10,18
**thinking** 172:1
172:3 184:2
199:15
**third** 141:19
188:6
**THOMAS** 4:10
**thomas.curt...**
4:11
**thought** 84:2
181:22
**thousands**
191:18,18
194:9,9
**three** 9:4 28:12
95:7 107:15
107:20
**three-quarters**
81:22 83:14
**Thursday**
219:5 220:6
220:14,18
221:3,20
**Thursday's**
221:1
**Tim** 94:7 218:3
220:11,12,24
**time** 7:8 10:20
21:1,5,17
30:6 37:19
52:14 55:5
56:1 57:3,15
58:3,13
60:21 61:5
61:12 63:3
77:12 78:22
79:7 84:3
93:9,19

95:21 107:3
121:2 136:8
137:14,25
138:7 148:5
153:5,15,22
155:23
156:11 159:7
159:21
169:22,23
173:5,25
175:2 180:20
182:11,22
184:3 185:9
185:20
195:10
207:19
218:24
220:24
221:10
**times** 2:5
11:22 31:19
105:5,6,7,11
**Timothy** 1:18
6:2 7:4 13:8
13:16 223:9
**title** 1:4,11
152:13
**titled** 151:12
**to-present**
218:9
**to-wit** 223:8
**today** 7:23
11:3 12:1
13:23 14:7
14:21 15:2,6
15:11,14,25
22:16,20
42:23,25
70:21,25
71:5,9,11,12
71:22 72:6
72:16 87:7
115:11

140:19 143:4
144:14 202:3
209:4 217:8
218:24
**today's** 7:7
221:24
**told** 175:16
196:1
**toll** 17:21
81:24 82:4
82:11,19,25
106:16
141:14
**tolls** 141:14
150:14
**ton** 46:22
**Tony** 176:5
**top** 20:11 43:5
95:13 104:18
110:12
117:10 128:4
144:22 166:8
**topics** 65:16
65:25 177:20
178:1 218:4
**total** 21:3
212:12 213:9
213:11
**touch** 82:4,11
219:19
**touched** 82:25
**Tourism** 15:12
20:16,19
**trace** 199:5
205:7,18
**track** 64:9,12
64:15,18,19
64:21 65:1,3
65:7 91:18
205:15
**tracking** 89:20
190:21
**tracks** 65:13

68:11
**training** 29:16
**trans-** 196:25
**transaction**
92:13 95:15
124:21 126:6
127:23
**transactional**
73:1 92:11
**transactions**
72:18 89:19
89:21,25
90:3 125:3,3
173:1 195:10
**transcript** 32:4
32:7,8 36:19
36:24 37:3
109:24
221:11
223:24
**transcription**
222:13
223:23
**transfer** 19:10
61:18,19,20
61:22,23
68:24 69:10
69:16,22
77:12 90:16
90:18 118:10
118:23 119:6
121:8,23
124:15
125:12
134:22
135:17,21,24
153:1,5
154:18
155:13,18,21
155:23 156:9
159:5,5
171:22
182:21,22

187:1 188:7
188:10,11
190:17,18,20
191:2,15
192:5,11,21
193:6,11
194:2 195:4
195:6 196:16
196:25
197:13,14,19
200:9 202:15
202:16,22,24
203:2,8,19
203:23 204:1
204:8,17
218:21,25
219:11
**transferred**
62:8 76:19
77:3 125:15
126:10 134:1
137:10
153:16,23
154:5,10,22
160:3 163:2
163:21
165:12 179:9
182:13,18
183:15 186:2
186:11
189:21
190:13
192:15,23
200:15,17
201:3,10
203:4 204:21
**transfers** 18:5
69:2 110:15
110:23 111:1
111:6,16
112:8,17,22
113:21
121:15 122:5

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                      April 21, 2020

35

| | | | |
|---|---|---|---|
| 122:11 125:6 | 48:4,23 | 146:21 151:9 | 193:25 198:6 |
| 125:20,22,25 | 71:15 75:24 | 162:19 | 198:7,16,21 |
| 126:1,3 | 86:1 89:2,11 | 165:24 | 199:17,20,23 |
| 164:2,4,6 | 89:15,18 | 172:14 | 200:4,17 |
| 171:18,20 | 90:6,9,11,16 | 173:15 174:7 | 201:5 204:20 |
| 172:8,16 | 100:17 101:4 | 174:10 175:1 | 207:23,25 |
| 173:17,18 | 101:11,24 | 175:9,13 | 208:2,5,8,10 |
| 174:14,17 | 102:2,12,20 | 203:13 | 208:12,15,15 |
| 183:13,16,20 | 103:15 104:6 | **trying** 63:23 | 216:14,16,18 |
| 183:21,24 | 109:2 113:3 | 66:21 67:12 | 217:23 |
| 185:3,9,16 | 128:19,22 | 67:16 69:17 | **TSA's** 137:15 |
| 187:18 188:1 | 140:10,11 | 116:12 | 179:3 |
| 188:17 | 142:10,11 | 162:15 171:8 | **turn** 7:17 48:8 |
| 189:14 | 144:3 153:6 | 179:24 | 77:20 80:8 |
| 190:21 | 153:16,23 | **TSA** 31:13,19 | 83:7 95:5,5 |
| 191:16,19 | 187:19 188:1 | 32:25 45:17 | 131:24 145:6 |
| 192:13 193:1 | 188:8 209:18 | 45:24 46:5,8 | 157:22 188:5 |
| 193:7,12 | 209:24 210:2 | 46:10 48:13 | 189:18 |
| 194:6,9 | **Treasury's** | 48:22 53:22 | 219:22 |
| 197:1,15,16 | 84:20 118:11 | 54:1,9,12 | **turning** 148:12 |
| 205:25 | 118:17,23 | 56:8,8,22,25 | 186:5 |
| 206:19,25 | **treat** 12:14 | 60:8,13,23 | **two** 28:24 33:7 |
| 207:1,13,14 | **trial** 13:20 | 61:18 62:8 | 98:18 107:2 |
| 207:18,18 | **TRINIDAD** | 62:13,16 | 115:24 |
| 208:14 | 5:19 | 68:24 69:2 | 117:15 141:8 |
| **translation** | **trouble** 39:13 | 69:11,20 | **type** 50:7 |
| 99:4,10 | **true** 73:12 76:4 | 70:18 74:23 | 51:18 67:17 |
| 103:7,19 | 105:10 | 74:25 75:2 | 70:18 110:19 |
| 113:8 116:4 | 133:12 | 75:21 76:20 | 110:21 |
| 116:14 | 157:10,12 | 77:5,17 78:3 | 134:20 |
| 162:13 | 163:25 | 112:8,17 | 150:22 151:5 |
| 187:14 | 181:13 202:1 | 121:24 | 193:18 |
| **transmittal** | 222:12 | 125:16,20,21 | **types** 25:17 |
| 67:14 | 223:24 | 125:23 | 34:20 35:12 |
| **Transportati...** | **Trustees** | 126:16 | 64:2,22 87:5 |
| 15:8 17:17 | 27:11 | 132:16 | 97:15 151:3 |
| 120:12 149:6 | **trusty** 208:24 | 137:13 160:4 | 200:2 |
| 152:11 | **truth** 223:17 | 178:7,9,12 | **typewriting** |
| **Treasurers** | 223:18,18 | 178:13,15,17 | 223:22 |
| 46:11 | **try** 12:13 14:10 | 178:22 179:9 | **typically** 37:14 |
| **Treasury** | 14:12,16 | 181:8 182:1 | 90:16 97:4 |
| 19:25 20:1 | 25:4 60:15 | 182:8,9 | |
| 45:16,23 | 67:9 106:25 | 185:7 192:2 | **— U —** |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                      April 21, 2020

36

138:16 139:5
139:9,12
147:6 150:18
161:23
166:17 182:9
182:14,17
200:23
217:15,17
**understood**
16:8,9 39:11
39:14,22
55:10
**undetermined**
223:10
**unfamiliar**
201:24
**Unidad** 166:13
**UNIDENTIFI...**
52:6,23
80:14 87:12
87:19 122:22
123:3 149:17
151:21
156:17
166:21
188:21
193:14 197:5
198:11,23
207:3 214:5
**unified** 88:6
**unit** 115:10
**United** 1:1,20
223:11
**University**
28:6
**unmute** 10:11
**unreasonable**
197:18
**UNSECURED**
5:9
**unsure** 8:15
110:12
144:19

**update** 215:15
**updated** 215:7
**use** 17:19 18:1
18:2,3 50:3
59:9 64:17
64:18 72:17
74:4 124:12
125:2,6
126:8 129:9
140:5 156:4
164:11
204:18
205:18
**uses** 49:25
50:3 52:18
64:15 190:4
**usually** 60:4
150:23 164:9
**utilized** 194:17

_____

**V**
**VALDÉS** 5:17
**valid** 11:9
**validate**
182:21
**value** 86:11
**various** 19:17
19:19 21:9
30:3,18
31:11,13,19
61:15 89:16
93:9 103:1
105:11
129:20
161:14
174:15
178:12
**vehicle** 17:25
106:9 107:6
107:16 109:1
130:15 131:4
**verbally** 14:13
**version** 103:10

103:21,23
104:14
116:20
**versus** 199:1
**video** 7:19 8:3
8:21 14:15
94:5,8
122:20 145:4
145:6,10
219:23
221:25
**videographer**
5:25 7:1,5
14:18 47:16
47:19 94:14
94:18 146:5
146:8 176:8
176:11
184:13,14
197:24 198:2
221:19,23
**Videotaped**
1:18
**viewing** 56:23
**virtually** 1:19
223:9
**voice** 163:13
184:4
**VOL** 1:16
**voucher**
110:11,19,21
117:12,17,23
118:3,7,15
118:22 126:5
126:25 127:7
127:14 150:6
150:8,10,20
150:22
155:22,24
164:1,10
165:8,11
**vouchers**
110:14 114:4

114:5,12,13
121:23 122:6
124:15
125:11 127:2
127:4,6,11
127:12
150:16 151:3
151:3,6
156:2,5
163:4,23
164:3,14,17
171:22,23,24
172:5,19,22
173:1,4
174:21 187:1
194:1

_____

**W**
**W** 4:19 5:5
**wait** 14:15,16
94:5 175:9
175:13
**waiting** 66:18
123:8 174:3
**waived** 224:3
**want** 36:22
37:2 59:8
65:6 83:20
84:1,3 93:19
96:25 102:7
102:8,8
107:22
139:17
167:20,20
168:1 175:1
177:18,23
187:14
195:16,17
197:22
205:22
218:23
219:18 221:7
**wanted** 45:14

70:19,23
72:5 93:18
116:5 123:5
217:8
**wants** 64:9
103:23
**Washington**
3:14
**wasn't** 65:18
75:17 119:21
142:11
200:19
**waste** 169:21
175:2
**way** 36:5,5
41:21 42:2,4
43:17 45:10
49:3 50:11
50:12 51:7
52:5,11 53:2
53:9 56:13
58:17 60:1
64:14,17,18
64:25 71:2,5
71:21,24
80:2 82:16
83:14 91:22
98:11,13
111:18
112:14,24,25
115:15
118:21
125:17
133:23
134:13 137:4
137:5 141:19
143:18,20,22
146:21
157:11
159:17 162:3
173:7 175:11
180:1 183:19
183:23 185:2

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I

April 21, 2020

37

185:15 189:2
189:4 200:7
200:13,25
215:11 224:6
224:7
**wdenker@m...**
2:18
**we'll** 93:24
94:1 108:6
115:18
119:25
146:12 162:5
168:11 187:5
196:7 197:23
219:6 221:3
221:20
**we're** 16:25
45:15 56:23
60:9 67:12
123:8 130:1
147:23 166:3
168:4 169:24
174:3,7
**we've** 8:6,7 9:4
221:10
**web** 145:12
**website** 33:2
**week** 33:2
**weekly** 33:5
**Weil** 3:3 5:22
5:24
**Welcome** 7:3
**went** 176:8
191:24
**weren't** 67:24
196:19
**WESTERMAN**
2:24
**WHEREOF**
224:9
**whichever**
103:23
**white** 132:13

184:21
**Whitelaw** 5:24
**Wickersham**
4:8 11:24
**William** 11:23
**willing** 67:7
168:2 169:24
**wish** 219:17
**withdrawal**
142:2
**withdrawals**
87:10,17,23
141:20,24
142:14,18,22
143:7 144:4
144:9,11,16
150:11,14,16
150:19
151:13
210:15,18,19
210:25 212:5
**withdrawn**
118:17
**withheld**
188:12,17,19
**witness** 7:13
8:2,20,24,25
12:9 13:2,6
13:13 24:9
24:22 25:3
25:13 31:18
32:1,9,18
36:25 38:1
38:18 39:8
39:18 40:6
41:20 42:16
43:16,24
44:23 45:9
45:20 46:16
49:3,19 50:2
50:23 51:6
51:15 52:1,8
53:1,25 55:1

59:25 60:25
62:2,11 63:6
63:11,17
64:1 65:18
67:24 68:4
68:15 71:24
72:9 74:9
75:15,17
76:25 77:10
78:8,10,13
82:7,15
85:20 86:24
87:21 89:10
91:10 92:9
93:3 94:3,9
96:1,21
97:12 100:12
100:19
101:21 102:7
102:15,22
103:5,17,20
104:8 105:1
105:10 106:1
109:8 110:25
111:18
112:20
113:23 114:8
116:24
117:20 122:3
123:2 124:10
133:17 134:5
134:25
135:23 136:7
136:19
137:23
138:20 139:2
143:14
145:14,21,25
148:18
149:19
154:14 155:3
156:18
157:18 159:1

160:19 163:9
163:11 164:8
165:1 167:2
168:21
169:19,24
171:10 172:7
173:22 174:3
177:21 178:1
179:8 180:7
181:2 184:9
184:17,20
186:1 188:23
193:15
194:12 197:7
198:24 200:1
202:5 204:10
207:17 210:6
210:23
211:12
212:21
213:16 214:9
215:10
216:25 217:5
217:14 219:3
219:13 220:9
220:16
223:16,20,21
223:25
**witness's**
36:24 169:22
**woman** 20:25
**word** 17:20
74:13 83:15
87:23 140:5
141:3
**words** 18:3
23:23 45:16
134:21
**work** 29:18
30:13,23
31:1 33:5,18
35:3 37:13
37:16 38:11

38:12 40:25
41:4 54:17
56:7 62:4
63:12 73:21
73:23,24
74:22 79:5
86:15 95:11
103:20
129:10
140:10
145:19
**worked** 20:19
22:9 30:18
56:10
**working** 84:3
174:25
175:16
**works** 20:1,9
26:10 93:21
95:6 145:7
**wouldn't** 37:15
58:24 73:14
153:17 191:5
**written** 16:16
86:16,19

| X |
|---|
**X** 1:3,9,16
56:25

| Y |
|---|
**y** 28:17 56:25
**Yards** 2:15
**yeah** 45:21
59:1 71:2
98:5 108:14
112:20
122:13 148:3
163:9,12
164:8 166:24
174:5 175:3
177:17
208:18 221:2
**year** 108:13

Henderson Legal Services, Inc.

202-220-4158                    www.hendersonlegalservices.com

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                    April 21, 2020

38

| | | | | |
|---|---|---|---|---|
| 141:5,9 | 191:1,2 | **1028** 1 4:9 | **157** 107:9,23 | 152:25,25 |
| 210:7 | 192:22 193:2 | **1029** 108:6 | **16** 6:21 173:10 | 157:4,4,23 |
| **years** 33:7 | 193:19 | **108** 6:14 | 173:11 177:7 | 157:24 160:1 |
| 100:5 213:12 | **0028472** | **11** 6:16 115:18 | 187:6 | 160:1,3,8,8 |
| **yes-or-no** | 104:17 | 115:19 121:5 | **1600** 4:17 | 160:24,24,25 |
| 171:7 197:4 | **006** 135:17 | **111** 6:15 | **162** 6:20 | 160:25 |
| **yesterday** 8:19 | 160:4 | **115** 6:16 | **1625** 3:13 | 166:20,20 |
| **York** 2:6,6,15 | **00918** 4:3 5:18 | **126** 6:17 119:25 | **17** 1:6,12 6:22 | 168:15 |
| 2:15 3:5,5 | **02110-2600** | 120:1 | 187:6,7,10 | 180:21 188:7 |
| 4:9,9 5:6,6 | 2:11 | **12:05** 94:15 | 187:13 | 189:19 |
| 5:12,12 | **0660000** | **12:37** 94:19 | **173** 6:21 | 192:20 |
| **you-all** 175:17 | 105:18 | **120** 6:17 | **17th** 3:21 | 193:20 |
| 175:23 | **084-003064** | **122** 6:18 | **18** 6:23 176:16 | 211:10,21,24 |
| **Young** 99:25 | 224:17 | **13** 6:3,18 | 187:6,10 | 212:9 213:3 |
| 100:10,16 | | 46:25 47:24 | 208:18,19,23 | **2016** 100:4,8 |
| 101:16,18 | **1** | 78:14 79:13 | **187** 6:22 | 168:15 170:6 |
| 102:13 109:3 | **1** 6:6 23:2,3 | 114:3 122:16 | **19** 80:4 | 170:6,18,18 |
| | 25:21 83:5 | 122:17 124:1 | | 172:17,18 |
| **Z** | 83:22 84:4,9 | 130:11 | **2** | 173:6,6,16 |
| **Z** 56:25 | 93:18 107:2 | 152:21 | **2** 6:7 25:21,22 | 173:17 |
| **ZACHARY** | 107:7 113:17 | 168:10,11 | 26:1 27:13 | 174:13,14 |
| 5:13 | 130:10 141:8 | 180:15 181:6 | 80:8 102:25 | 181:7,16,23 |
| **zacharyzwill...** | 144:21 | 189:9 | 103:9 105:5 | 183:3 186:6 |
| 5:14 | 149:25 184:7 | **13th** 83:11 | 105:6 141:9 | 186:6 189:12 |
| **zeroes** 117:25 | 184:16,22 | **14** 6:19 139:24 | 142:8 144:16 | 189:19 |
| **zoning** 160:11 | **1:30** 93:20 | 140:1,13 | 144:21 | 190:15 |
| **zooming** | **1:35** 93:20,25 | 144:16 | 149:25 | 192:20 |
| 179:24 | 94:2 | 146:14 | 156:12 | 193:12,20 |
| **ZOUAIRABA...** | **10** 6:15 107:23 | 148:13 149:2 | **2.7** 214:1,12 | 194:3 195:12 |
| 5:19 | 111:22,23 | 150:5 156:12 | 214:18 | 196:21,23 |
| **ZWILLINGER** | 113:1 115:12 | 168:9 | **2:07** 146:6 | 197:17 |
| 5:13 | **10-minute** | **140** 6:19 | **2:53** 146:9 | 205:24 |
| | 145:18,23 | **15** 6:20 108:13 | **20** 21:6,6,6 | 206:14 |
| **0** | **10:37** 47:17 | 117:24 141:6 | 212:8 | 218:12 |
| **0006** 118:12 | **10:45** 47:20 | 141:10 | **200** 4:9 5:12 | **2019** 211:4,10 |
| 134:2,22 | **10001-2163** | 157:19 160:2 | **20006** 3:14 | 211:21,24 |
| 137:10,12 | 2:15 | 162:5,6 | **2014** 108:13 | 212:9,13,18 |
| 139:20 153:1 | **10019** 5:6 | 166:3,5 | 141:5,10 | 213:4,25 |
| 153:6,16,23 | **10036-8299** | 189:19 | **2015** 132:1,1 | 215:4 |
| 154:5,11,18 | 2:6 | **15-'16** 210:8 | 133:12,12 | **202.383.5300** |
| 154:22 155:8 | **10153-0119** | **150** 4:18 | 135:9,9 | 3:14 |
| 155:15,18,24 | 3:5 | **1500021** | 136:3,3,15 | **2020** 1:25 7:7 |
| 188:1,7 | **10166** 5:12 | 117:25 | 136:15 | 83:11 222:3 |
| 190:6,14,25 | | | | |

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I

April 21, 2020

39

223:8 224:11
**207** 151:9
**208** 6:23
**21** 7:7
**212.310.8000**
  3:5
**212.318.6000**
  5:13
**212.504.6000**
  4:10
**212.506.5000**
  5:6
**212.530.5000**
  2:16
**212.969.3000**
  2:6
**21st** 1:24
  223:8
**22nd** 224:11
**23** 6:6 108:21
  119:25 222:3
**25** 6:7 108:19
  108:20
  115:18 121:4
**250** 4:2
**25th** 108:20
**26th** 177:8
**27** 6:8 109:18
  109:24 117:5
  117:6 135:14
  187:4,5,9
**270** 5:18
**278** 57:20,21
  57:22,23
  58:5,6,7,15
  60:11,18,22
  61:13,25
  62:7,17
  63:15,24
  64:14,24
  65:14 68:13
  69:5,9,15
  70:2,7 71:22

72:2,2,7,10
72:15 73:3,5
73:9,14
74:15 85:10
85:24 86:17
86:21 87:10
87:17 88:24
89:7,22 90:1
90:4,13,15
92:11 94:25
95:12,15,24
96:19 97:10
97:17,24
98:4,15
103:1,14
104:9,23
105:1,11,15
107:5 109:2
109:5,13,22
110:2,23
111:7,16
112:9,18
118:18,19
121:18
122:11
127:17,21,25
128:2,5
129:13,18
133:13,17,22
134:3,12,23
135:1,10,13
135:15 136:4
136:9,16
137:20
138:25 139:7
139:13,21
140:25 141:5
141:9 147:13
148:4,16,20
148:25 149:7
150:11
151:20 152:2
152:8,11,15

153:7,9,11
153:17,25
154:3,12
155:5,21,25
156:15,25
157:6,8,16
163:4,23
164:4,9,15
164:17,19
165:5,9,11
165:16,20
171:25 172:9
172:24 173:5
173:20,24
179:15,18
182:14 183:7
183:21
185:17
199:22 203:2
210:7,13
211:9 212:2
212:15 213:3
214:2 215:7
**278-0660000**
  104:19
**28** 116:23
  117:2,4
  118:6 120:4
**287** 109:18,22
**29** 117:4

___ 3 ___

**3** 6:8 27:14,15
  48:8 55:20
  105:6 106:18
  114:3 168:22
**3:44** 176:9
**3:53** 176:12
**30** 21:7 130:17
  201:23
**30-year** 34:5,7
**30/31** 202:1,7
**31** 130:17

201:23
**32** 187:3
  208:17
**3283-LTS** 1:6
**33** 162:19
  165:22,24
  166:3,4
**3466** 158:23
  159:6 161:11
  161:17 166:8
**3488** 179:20
  180:12,13,17
  180:23
**3567-LTS** 1:12
**36** 162:5,15
  165:22
**37** 98:20
**37201** 4:18
**38** 44:12
**38119** 4:23
**39** 23:2 83:4
**3rd** 4:18

___ 4 ___

**4** 6:9 44:3,4
  102:25 103:9
  105:5,7
  144:22 150:3
  168:22 173:9
  174:5,6
  189:7
**4:30** 197:25
**4:45** 198:3
**41st** 2:5
**42** 122:16
  123:8 168:10
  180:14 189:8
**4276** 155:15
  155:19,24
  156:9 158:23
  159:5 160:5
**44** 6:9 7:10
  111:22

**466** 116:8,11
**467** 121:7
**47** 6:10
**475** 43:7,10,13
  44:16
**49** 139:24
  168:9

___ 5 ___

**5** 6:10 46:25
  47:1,14,25
  55:20 76:12
  83:7,12
  175:8 176:2
  197:23
**5:24** 221:24
  222:2
**500** 4:22
**51** 5:5
**5191** 133:2,19
  133:22
  134:11,22
  135:2,6,13
  135:16 137:9
  138:6 154:2
  154:11,18
  155:5,11
  157:9 165:3
  165:15
  178:22 181:8
  181:11 182:1
  182:7,16,18
  182:23,24
  183:15
  185:20 191:7
  200:3,9,15
  200:17 201:3
  201:11 205:3
  205:5,21
**52nd** 5:5
**55** 2:15
**59** 181:11

___ 6 ___

Henderson Legal Services, Inc.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. I                                    April 21, 2020

40

| | | | |
|---|---|---|---|
| **6** 6:11 7:14<br>44:2 76:13<br>76:14 77:15<br>79:10 103:6<br>103:19<br>118:10 174:6<br>**6048** 189:25<br>190:9,14<br>191:2 192:23<br>193:1<br>**6075** 4:22<br>**610** 3:20<br>**615.651.6700**<br>4:19<br>**617.526.9600**<br>2:11<br>**660000** 86:11<br><br>**7**<br>**7** 6:12 77:21<br>77:23 80:5<br>103:6,19<br>**735** 110:11,19<br>114:4,11<br>117:11,12,14<br>127:2,6,11<br>150:20 151:4<br>**76** 6:11<br>**767** 3:4<br>**78** 121:16<br>**787.705.2171**<br>4:4<br>**787.759.9292**<br>5:19<br><br>**8**<br>**8** 6:13 98:20<br>98:21 144:22<br>150:2,4<br>**80** 6:12<br>**800,000** 41:14<br>41:18<br><br>**9** | **9** 6:14 108:6,7<br>150:5<br>**9:30** 1:24<br>222:3<br>**9:42** 7:8<br>**90** 41:3,8<br>**900** 4:3<br>**901.680.7200**<br>4:23<br>**92660** 3:21<br>**94** 197:16<br>**9458** 179:4<br>182:7,18,23<br>183:3,7,14<br>183:16,24<br>185:3,9,11<br>185:16,22,23<br>186:3 189:13<br>191:12,17<br>192:11<br>193:12 194:2<br>197:2,8,16<br>206:1,16,25<br>207:13<br>**9478** 181:12<br>**949.823.6900**<br>3:22<br>**98** 6:13<br>**9857** 170:19<br>186:8,9,12<br>**9874** 156:9 | | |

Henderson Legal Services, Inc.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

225

```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF PUERTO RICO


     -------------------------- X
     In re:                     :
                                : PROMESA
     THE FINANCIAL OVERSIGHT    : TITLE III
     AND MANAGEMENT BOARD       :
     FOR PUERTO RICO,           : Case No.
                                : 17 BK 3283-LTS
        as representative of    :
                                : (Jointly
     THE COMMONWEALTH OF        :  Administered)
     PUERTO RICO,               :
                                :
              Debtor.           :
     -------------------------- X
     In re:                     :
                                : PROMESA
     THE FINANCIAL OVERSIGHT    : TITLE III
     AND MANAGEMENT BOARD       :
     FOR PUERTO RICO,           : Case No.
                                : 17 BK 3567-LTS
        as representative of    :
                                :
     THE COMMONWEALTH OF        : CONFIDENTIAL
     PUERTO RICO, et al.,       : PURSUANT TO
                                : PROTECTIVE ORDER
              Debtor.           :
     -------------------------- X VOL. II OF II


          Videotaped deposition of TIMOTHY H.
     AHLBERG, conducted virtually, pursuant to
     continuance, reported stenographically by
     Cynthia J. Conforti, CSR, RPR, CRR, commencing
     at the hour of 9:46 a.m. CST, on the 23rd day
     of April, 2020.
```

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

2 (Pages 226 to 229)

---

**226**

A P P E A R A N C E S :
FOR THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO, as representative of the
COMMONWEALTH OF PUERTO RICO:
   PROSKAUER ROSE LLP
   Eleven Times Square
   (Eighth Avenue & 41st Street)
   New York, New York 10036-8299
   212.969.3000
   BY:  DAVID A. MUNKITTRICK, ESQ.
   dmunkittrick@proskauer.com
   MICHAEL T. MERVIS, ESQ.
   mmervis@proskauer.com

   BY:  ELLIOT STEVENS, ESQ.
   estevens@proskauer.com
   One International Place
   Boston, Massachusetts 02110-2600
   617.526.9600

FOR AMBAC ASSURANCE CORPORATION:
   MILBANK LLP
   55 Hudson Yards
   New York, New York 10001-2163
   212.530.5000
   BY:  CAELAINN CARNEY, ESQ.
   ccarney@milbank.com
   WILL DENKER, ESQ.
   wdenker@milbank.com
   JOHN HUGHES, ESQ.
   jughes2@milbank.com
   KEVIN MAGGIO, ESQ.
   kmaggio@milbank.com
   GRANT MAINLAND, ESQ.
   gmainland@milbank.com
   DAVID MARCOU, ESQ.
   dmarcou@milbank.com
   ATARA MILLER, ESQ.
   amiller@milbank.com
   ALEXANDRA PASLAWSKY, ESQ.
   apaslawsky@milbank.com
   KEVIN WESTERMAN, ESQ.
   kwesterman@milbank.com

---

**227**

A P P E A R A N C E S :  (Continued)

FOR NATIONAL PUBLIC FINANCE GUARANTEE CORP.:

   WEIL GOTSHAL & MANGES LLP

   767 Fifth Avenue
   New York, New York 10153-0119
   212.310.8000
   BY:  ROBERT S. BEREZIN, ESQ.
   robert.berezin@weil.com
   CHRISTINE CALABRESE, ESQ.
   christine@calabrese@weil.com
   GASPARD RAPPOPORT, ESQ.
   gaspard.rappoport@weil.com

FOR THE PUERTO RICO FISCAL AGENCY AND FINANCIAL
ADVISORY AUTHORITY:

   O'MELVENY & MYERS LLP

   610 Newport Center Drive
   17th Floor
   Newport Beach, California 92660
   949.823.6900
   BY:  ELIZABETH L. McKEEN, ESQ.
   emckeen@omm.com
   ASHLEY PAVEL, ESQ.
   apavel@omm.com
   610 Newport Center Drive
   17th Floor
   Newport Beach, California 92660
   949.823.6900
   - also -
   MARINI PIETRANTONI MUÑIZ LLC
   250 Avenue Ponce de Leon
   Suite 900
   San Juan, Puerto Rico 00918
   787.705.2171
   BY:  IVÁN GARAU GONZÁLEZ, ESQ.
   Igarau@mpmlawpr.com

---

**228**

A P P E A R A N C E S :  (Continued)

ON BEHALF OF ASSURED GUARANTY CORP. and ASSURED
GUARANTY MUNICIPAL CORP.:
   CADWALADER, WICKERSHAM & TAFT LLP
   200 Liberty Street
   New York, New York 10281
   212.504.6000
   BY:  THOMAS J. CURTIN, ESQ.
   thomas.curtin@cwt.com
   BILL NATBONY, ESQ.
   bill.natbony@cwt.com
   CASEY JOHN SERVAIS, ESQ.
   casey.servais@cwt.com
   JACLYN A. HALL, ESQ.
   jaclyn.hall@cwt.com

FOR FINANCIAL GUARANTY INSURANCE COMPANY:

   BUTLER SNOW LLP
   The Pinnacle at Symphony Place
   Suite 1600
   150 3rd Avenue South
   Nashville, Tennessee 37201
   615.651.6700
   BY:  JASON W. CALLEN, ESQ.
   jason.callen@butlersnow.com
   BY:  ADAM M. LANGLEY, ESQ.
   adam.langley@butlersnow.com
   6075 Poplar Avenue
   Suite 500
   Memphis, Tennessee 38119
   901.680.7200

---

**229**

A P P E A R A N C E S :  (Continued)

FOR CANTOR-KATZ COLLATERAL MONITOR LLC, as
Collateral Monitor for GDB DEBT RECOVERY
AUTHORITY:

   ORRICK, HERRINGTON & SUTCLIFFE LLP

   51 W 52nd Street
   New York, New York 10019
   212.506.5000
   BY:  DAVID LITTERINE-KAUFMAN, ESQ.
   dlitterinekaufman@orrick.com

FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS:

   PAUL HASTINGS LLP

   MetLife Building
   200 Park Avenue
   New York, New York 10166
   212.318.6000
   BY:  ZACHARY S. ZWILLINGER, ESQ.
   zacharyzwillinger@paulhastings.com

FOR AMERINATIONAL COMMUNITY SERVICES, LLC, as
servicer for the GDB DEBT RECOVERY AUTHORITY:
   MCCONNELL VALDÉS LLC
   270 Muñoz Rivera Avenue
   Hato Rey, Puerto Rico 00918
   787.759.9292
   BY:  NAYUAN ZOUAIRABANI TRINIDAD, ESQ.
   nzt@mcvpr.com
ALSO PRESENT:
   Hira Baig, Weil Gotshal & Manges LLP
   Lou Testani, Milbank LLP
   Alexander Whitelaw, Weil Gotshal & Manges LLP
   Anthony Micheletto, Videographer

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                      April 23, 2020

3 (Pages 230 to 233)

---

**230**

INDEX

TESTIMONY OF TIMOTHY H. AHLBERG          PAGE

Examination by Ms. Miller:          236
Examination by Ms. McKeene:         548

DEPOSITION EXHIBITS
NUMBER          DESCRIPTION          PAGE
MONOLINES

Exhibit 19A    June 30, 2016          247
               Basic Financial
               Statements and
               Required Supplementary
               Information
               CW_STAY0010168 -
               0010367

Exhibit 19B    6/30/16 Notes to the   247
               Basic Financial
               Statements 0010368 -
               0010543

Exhibit 20    FAFAA Treasury Single   274
              Account ("TSA") FY 2020
              Cash Flow As of April 10, 2020
              No Bates numbers

Exhibit 21    Laws of Puerto Rico     298
              Annotated Currentness
              Title 3, Executive
              Chapter 67, Puerto Rico
              Infrastructure Financing
              Authority Act
              No Bates numbers

Exhibit 22    Trust agreement related 217
              to the Puerto Rico
              Infrastructure Financing
              Authority to Citibank, N.A
              No Bates numbers

---

**231**

DEPOSITION EXHIBITS (Continued)
NUMBER          DESCRIPTION          PAGE
MONOLINES
Exhibit 23    Exhibit A - Flow of     335
              Rum Taxes
              No Bates numbers
Exhibit 24    PRIFA Rum Excise Taxes  340
              Flow of Funds
              No Bates numbers
Exhibit 25    Application and         357
              Agreement for Opening
              Bank Account
              PRIFA_STAY0003747 -
              0004742
Exhibit 26    Statement of Account    368
              for Account 1891
              PRIFA_STAY0004151 -
              0004152

Exhibit 27    Commonwealth Department 371
              of the Treasury
              Remittance Receipt
              PRIFA_STAY0001065 -
              0001070 plus English
              translation not Bates
              numbered

Exhibit 28    Lockbox Agreement       377
              PRIFA_STAY0004072 -
              0000542

Exhibit 29    Lockbox Receipt Notice  389
              PRIFA_STAY0001319 -
              0001326

Exhibit 30    Assignment and          418
              Coordination Agreement
              No Bates numbers

---

**232**

DEPOSITION EXHIBITS (Continued)
NUMBER          DESCRIPTION          PAGE
MONOLINES
Exhibit 31    Pledge Assignment       439
              Agreement by and among
              The Puerto Rico
              Convention Center
              District Authority, the
              Government Development
              Bank and JPMorgan Chase
              No Bates numbers

Exhibit 32    Puerto Rico Tourism     445
              Company Room Taxes Flow
              of Funds
              No Bates numbers
Exhibit 33    Government Development   464
              Bank For Puerto Rico
              Hotel Occupancy Tax
              Pledge Account
              CCDA_STA0006780 -
              0006787
              English Translation
              no Bates numbers

Exhibit 34    Instruction letters     491
              CCDA_STAY 0004927 -
              0004328
              English translation
              No Bates numbers

Exhibit 35    Discovery on Lift       499
              Stay Motions - Movants'
              Letters dated March
              23, 2020
              No Bates numbers

---

**233**

DEPOSITION EXHIBITS (Continued)
NUMBER          DESCRIPTION          PAGE
MONOLINES

Exhibit 36    Document in Spanish     521
              CCDA_STAY0006916 -
              0006917
              Document in Spanish
              CCDA_STAY0006916 -
              0006917
              English translation
              No Bates numbers
              Document in Spanish
              CCDA_STAY0006916 -
              0006917

Exhibit 37    FirstBank               520
              Statement of Account
              CCDA_0000785

Exhibit 38    (Not referenced)        862
              10/14/18 letter,
              Ana Garcia Noya,
              Deputy Treasury
              Secretary to Arnaldo
              Maestry. Government
              Development Bank
              For Puerto Rico
              PRIFA_STAY0001079 -
              0001093

PREVIOUSLY MARKED EXHIBITS REFERRED TO (NOT
TENDERED FOR INCLUSION INTO TRANSCRIPT)

Exhibit 11                      548

Exhibit 14                      549

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

4 (Pages 234 to 237)

---

**234**

PRODUCTION REQUESTS

Page 432, Line 19:

"MS. MILLER: Okay. Well, I'm going to call for the production of any such documents that the Commonwealth intends to rely on as evidence that the account that you're going to tell me is the transfer account is in fact the transfer account."

Page 486, Line 17:

MS. MILLER: "So I'm going to call on the record for the production of any such documents that you've seen that you're relying on for your testimony that the 5144 account is the surplus account or that the Commonwealth otherwise intends to rely on."

---

**236**

(Witness previously sworn.)

TIMOTHY H. AHLBERG, having been duly sworn, was examined and testified further as follows:

EXAMINATION

BY MS. MILLER:

Q.    Good morning, Mr. Ahlberg. I am Atara Miller, and I'm from Milbank, and I'm counsel for Ambac Assurance Corporation in this matter. I'll be asking questions today relating to PRIFAS and CCDA Flow of Funds, and I'm asking questions on behalf of all of the defendants here. I guess I'll open with that here, I should say.

So as the videographer indicated, Mr. Ahlberg, do you understand that you're still under oath today?

A.    Yes.

Q.    And you understand that the testimony that you're giving has the same weight and effect as if you were giving it in a court of law, correct?

A.    Yes.

Q.    And the instructions that Mr. Natbony gave you yesterday will continue,

---

**235**

THE VIDEOGRAPHER: We are now on the record. Welcome to the continuing deposition of Timothy Ahlberg. My name is Anthony Micheletto. I am the videographer and conference call host for Henderson Legal Services.

Today's date is April 23, 2020. The time is 9:46 a.m., Central time.

It is my understanding that there are approximately 44 attorneys attending telephonically. To keep instructions at a minimum, I will be muting all telephones except the witness, taking attorney, and opposing counsel whom will dial *6 so they can be heard.

In addition, if you are not speaking, please make sure you turn off your camera on LiveLitigation. You should receive the video stream through your computer and audio through your phone. Periodically, during the break, I will communicate to everyone how long we have been on the record. Our court reporter today is Cynthia Conforti.

Mr. Ahlberg, you are still under oath.

Counsel, you may proceed.

---

**237**

but I'm just going to remind you of two critical ones, particularly as we are taking this by video.

The first one is to be sure not to talk over each other. The court reporter, especially on video, is going to have a hard time recording what you're saying. So I'm going to wait for you to finish answering the question before I ask the next question. I'm going to ask you to wait for me to finish asking the question before you start answering. Is that okay?

A.    Okay.

MS. McKEEN: I'm having a little -- I'm having a little trouble hearing you. Can you maybe position your phone closer or turn up the volume on your -- your phone?

I can hear Atara just fine.

THE WITNESS: Is that any better?

MS. McKEEN: It is. Thank you.

BY MS. MILLER:

Q.    At any time today, if you'd like to take a break, I am happy to take one, but I am going to ask you to answer any question that's pending before we take a break. But

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

5 (Pages 238 to 241)

---

**238**

1    otherwise, if you want a break, I'll take one
2    at the next convenient point.  Is that okay?
3    A.    Okay.
4    Q.    You testified multiple times on
5    Tuesday that in your mind, Funds don't have
6    balances.  Do you recall that?
7    MS. McKEEN:  Object to the form.
8    THE WITNESS:  I do recall saying
9    that I don't think about Fund numbers in that
10   way.
11   BY MS. MILLER:
12   Q.    Okay.  When you say "Fund
13   numbers," what do you mean?"
14   A.    Numbers that correspond with
15   different Funds within the PRIFAS system.
16   Q.    Okay.  So let me ask you so the
17   record's clear.
18   Mr. Ahlberg, in your opinion, do
19   Funds have balances?
20   MS. McKEEN:  Objection to the form
21   of the question.
22   UNIDENTIFIED SPEAKER:  Objection.
23   THE WITNESS:  I don't typically
24   think about Funds as having balances.
25

---

**240**

1    BY MS. MILLER:
2    Q.    Okay.  So to the best of your
3    knowledge, do other people within Treasury in
4    Puerto Rico think about Funds as having
5    balances?
6    MS. McKEEN:  Objection.
7    THE WITNESS:  Again, I can't
8    speculate what every person may or may not
9    believe about that concept.
10   BY MS. MILLER:
11   Q.    I didn't ask you to speculate.  I
12   asked you whether to the best of your personal
13   knowledge, other people within Treasury in
14   Puerto Rico think about Funds as having
15   balances.
16   MS. McKEEN:  Objection.
17   THE WITNESS:  It's not typically
18   how me or others think about Funds.
19   BY MS. MILLER:
20   Q.    Okay.  And when you say "others,"
21   who are you referring to?
22   A.    Just generally others within the
23   Department of Treasury.
24   Q.    And when you say "typically," do
25   you sometimes think about Funds as having

---

**239**

1    BY MS. MILLER:
2    Q.    Is it your testimony that Funds
3    within the Commonwealth accounting system do
4    not have balances?
5    MS. McKEEN:  Objection.
6    THE WITNESS:  I don't think about
7    Funds having balances within the TSA account.
8    BY MS. MILLER:
9    Q.    Okay.  So it's a yes-or-no
10   question.  I'm not asking you about how you
11   think about it.  I'm asking you whether it is
12   your testimony that Funds within the
13   Commonwealth accounting system do not have
14   balances.
15   MS. McKEEN:  Objection.
16   THE WITNESS:  It is my testimony
17   that I don't think about Funds having balances
18   within bank accounts.
19   BY MS. MILLER:
20   Q.    Does that mean that they don't
21   have balances?
22   MS. McKEEN:  Objection.
23   THE WITNESS:  It means that that's
24   not the way that I think about them.
25

---

**241**

1    balances?
2    A.    I don't think about Funds having
3    balances.
4    Q.    Okay.  So it's your testimony that
5    Funds do not have balances, right?
6    MS. McKEEN:  Objection.
7    UNIDENTIFIED SPEAKER:  Objection.
8    THE WITNESS:  I don't think about
9    Funds having balances within bank accounts.
10   BY MS. MILLER:
11   Q.    Okay.  But you're not willing to
12   say that they don't have balances, are you?
13   MS. McKEEN:  Objection.
14   THE WITNESS:  That's not how I
15   think about Funds having balances within bank
16   accounts.
17   BY MS. MILLER:
18   Q.    I got it.  That's not how you
19   think about it.
20   But my question to you is that you
21   are not willing to say unequivocally that Funds
22   do not have balances, right?  You cannot say
23   that.
24
25

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                April 23, 2020

6 (Pages 242 to 245)

242

```
1        MS. McKEEN:  Objection to the form        09:52:18
2   of the question.                                09:52:19
3   BY MS. MILLER:                                  09:52:19
4        Q.    Okay.  Let me ask another            09:52:22
5   question.                                       09:52:23
6        Mr. Ahlberg, can you testify               09:52:24
7   unequivocally that Funds within the TSA do not  09:52:26
8   have balances?                                  09:52:29
9        A.    I don't think about Funds having     09:52:39
10  balances within bank accounts.                  09:52:41
11       Q.    I'm going to ask you for a           09:52:45
12  yes-or-no answer to my question.  It's a simple 09:52:47
13  yes-or-no question.  I'm going to ask it again. 09:52:49
14  I want a yes or a no.  If you need to just      09:52:51
15  explain after, I'd be happy to ask you for an   09:52:55
16  explanation, but I'd like a yes or no, okay?    09:52:57
17  Do you understand that?                         09:52:59
18       MS. McKEEN:  Objection.  What              09:53:01
19  you're demanding doesn't dictate what his       09:53:04
20  response needs to be.  He may not think of it   09:53:08
21  as a yes-or-no question no matter how many      09:53:10
22  times you ask it that way.                      09:53:13
23  BY MS. MILLER:                                  09:53:15
24       Q.    Mr. Ahlberg, can you testify         09:53:15
25  unequivocally that Funds within the TSA do not  09:53:17
```

243

```
1   have balances?                                  09:53:19
2        MS. McKEEN:  Objection.               09:53:20
3        THE WITNESS:  I do not think about    09:53:25
4   Funds as having balances within the TSA.        09:53:27
5   BY MS. MILLER:                                  09:53:27
6        Q.    Can you tell me why you can't give   09:53:32
7   me a yes-or-no answer to that question?         09:53:34
8        A.    I cannot give you a yes-or-no        09:53:50
9   answer to that question because that's not how  09:53:52
10  I think about Funds.                            09:53:56
11       Q.    Mr. Ahlberg, have you ever looked    09:54:07
12  at the audited financial statements for the     09:54:08
13  Commonwealth?                                    09:54:10
14       A.    I have seen financial statements     09:54:19
15  of the Commonwealth.                            09:54:20
16       Q.    Have you ever seen the audited       09:54:24
17  financial statements for the Commonwealth?      09:54:37
18       A.    I have seen audited financial        09:54:37
19  statements of the Commonwealth.                 09:54:39
20       Q.    Did you review audited financial     09:54:40
21  statements of the Commonwealth in preparation   09:54:42
22  for your testimony today?                       09:54:44
23       A.    I did review certain portions of     09:54:50
24  audited financial statements.                   09:54:53
25       Q.    Okay.  So what portions of the       09:54:56
```

244

```
1   audited financial statements did you review in  09:54:58
2   connection with your testimony today?           09:55:00
3        A.    Having reviewed hundreds of          09:55:05
4   documents in preparation for this deposition, I 09:55:07
5   can't recall the exact sections of audited      09:55:09
6   financial statements I may have reviewed.       09:55:12
7        Q.    What sections generally did you      09:55:16
8   review?                                         09:55:18
9        A.    I can't recall any specific          09:55:24
10  sections other than general review of the       09:55:26
11  document.                                       09:55:30
12       Q.    How did you look at the audited      09:55:30
13  financials?                                     09:55:34
14       A.    It would not be out of the           09:55:39
15  ordinary course of my daily job function to     09:55:40
16  occasionally look at audited financials.        09:55:44
17       Q.    I know.  You told me that you        09:55:47
18  looked at them in connection with your          09:55:49
19  preparation for your deposition today, so I'm   09:55:50
20  asking do you -- why, in preparing for your     09:55:53
21  deposition today, did you look at the audited   09:55:55
22  financials for the Commonwealth?                09:55:57
23       A.    In order to prepare for the          09:56:13
24  deposition --                                   09:56:15
25       Q.    Okay.                                09:56:15
```

245

```
1        A.    -- (indiscernible.)                  09:56:17
2        Q.    Okay.  And so in preparing for the   09:56:22
3   deposition, what did you think was going to be  09:56:23
4   relevant in the audited financial statement?    09:56:25
5        MS. McKEEN:  I'll object to the            09:56:31
6   extent that, Mr. Ahlberg, you can -- you can    09:56:31
7   answer the question unless it would require you 09:56:36
8   to divulge communications that you had with     09:56:39
9   counsel.  You can answer the question as long   09:56:42
10  as you're not revealing attorney-client         09:56:47
11  (indiscernible).                                09:56:47
12       THE REPORTER:  I'm sorry, "as long         09:56:47
13  as you're not"?                                 09:56:49
14       THE WITNESS:  That said, would you         09:56:56
15  mind repeating the question?                    09:56:56
16  BY MS. MILLER:                                  09:56:59
17       Q.    Sure.  My question was:              09:56:59
18       And so in preparing for the                09:57:05
19  deposition, what did you think was going to be  09:57:05
20  relevant in the audited financial statement?    09:57:09
21       MS. McKEEN:  Objection to the form         09:57:14
22  of the question.                                09:57:14
23       THE WITNESS:  I don't think I can          09:57:29
24  answer without revealing privileged             09:57:30
25  conversations.                                  09:57:32
```

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                                April 23, 2020

7 (Pages 246 to 249)

---

### 246

```
 1    BY MS. MILLER:                              09:57:33
 2       Q.    Okay.  So your testimony is that   09:57:33
 3    you only looked at the audited financial    09:57:35
 4    statement because your lawyers told you to; is 09:57:38
 5    that right?                                  09:57:40
 6          MS. McKEEN:  Objection.                09:57:40
 7          THE WITNESS:  That's not what I        09:57:47
 8    said.                                        09:57:47
 9    BY MS. MILLER:                               09:57:47
10       Q.    Okay.  Well, that's the only basis 09:57:48
11    to not answer the question.                  09:57:49
12          So if you have other -- another        09:57:51
13    answer, I'm happy to take it now and ask the 09:57:53
14    question again.                              09:57:59
15          MS. McKEEN:  Objection.                09:58:00
16    Atara, he's given you an answer.             09:58:01
17    It's argumentative.                          09:58:04
18          MR. MILLER:  He really hasn't.         09:58:08
19    Actually, I don't think he's answered a single 09:58:08
20    question that I've asked him yet today, so I'm 09:58:11
21    doing to continue making my record,, and I'm 09:58:14
22    going to go to Judge Dein if I can't start   09:58:17
23    getting answers.  So if you think this is how 09:58:19
24    we're going and you think that's an answer, we 09:58:21
25    will have to fight it out with the judge.  No, 09:58:22
```

### 247

```
 1    he has not given me an answer to my question. 09:58:24
 2          MS. McKEEN:  Atara, I --              09:58:26
 3    BY MS. MILLER:                               09:58:26
 4       Q.    My -- my question is,              09:58:29
 5    Mr. Ahlberg --                               09:58:30
 6          MS. McKEEN:  Atara, I was talking.    09:58:32
 7    If you could not cut me off, that would be   09:58:33
 8    great.  I disagree with your characterization 09:58:35
 9    of the record and the witness's testimony thus 09:58:37
10    far today.                                   09:58:39
11    BY MS. MILLER:                               09:58:39
12       Q.    Mr. Ahlberg, did you have any      09:58:46
13    independent reason other than your lawyers   09:58:49
14    telling you to look at the financial statements 09:58:52
15    to review the audited financial statements in 09:58:54
16    preparation for your deposition today?       09:58:59
17       A.    No.  But as I mentioned, I         09:59:09
18    occasionally review financial statements in the 09:59:11
19    ordinary course of my business.              09:59:15
20       Q.    You reviewed them in connection    09:59:17
21    with your -- the preparation for your        09:59:19
22    deposition today, right?                     09:59:21
23       A.    Yes.                                09:59:36
24          (Monolines Exhibit 19A and            09:59:36
25          Exhibit 19B are introduced for        09:59:36
```

### 248

```
 1    the record.)                                 09:59:36
 2    BY MS. MILLER:                               09:59:36
 3       Q.    Okay.  I want to -- can we mark     09:59:38
 4    the Commonwealth of Puerto Rico basic financial 09:59:42
 5    statements that are required supplementary   09:59:45
 6    information dated June 30, 2016, with         09:59:48
 7    independent auditor's report thereon, which was 09:59:51
 8    Bates-stamped COMMONWEALTH_STA 0010186.       09:59:55
 9          And it's a large document, so          09:59:58
10    we're going to mark it as Monolines Exhibit 19A 10:00:00
11    and Exhibit 19B so that we can avoid some of  10:00:03
12    the system delay issues we had yesterday.     10:00:08
13          So it's just the document split.       10:00:11
14    19A is up right now, or was up, and we'll have 10:00:13
15    19B if you want to flip through more of it.   10:00:20
16          MS. MILLER:  Kevin, can you put        10:00:25
17    19A back up on the screen, please?           10:00:30
18    BY MS. MILLER:                               10:00:30
19       Q.    Mr. Ahlberg, while we are waiting   10:00:41
20    for the exhibit to get back up on the screen, 10:00:43
21    Funds refer to specific portions of cash in the 10:00:46
22    TSA; isn't that right?                        10:00:48
23          MS. McKEEN:  Objection.                10:00:50
24
25
```

### 249

```
 1          THE WITNESS:  Can you repeat the      10:01:03
 2    question?                                    10:01:04
 3    BY MS. MILLER:                               10:01:04
 4       Q.    Do Funds refer to specific         10:01:06
 5    portions of cash in the TSA?                 10:01:08
 6       A.    Depends on how you use the word    10:01:19
 7    "Funds."                                     10:01:23
 8       Q.    Okay.  Has the word "Fund," as     10:01:23
 9    used in the Commonwealth accounting, does it 10:01:25
10    refer to specific portions of moneys in the  10:01:28
11    TSA?                                         10:01:31
12          MS. McKEEN:  Objection.               10:01:33
13          THE WITNESS:  Funds do not            10:01:42
14    identify cash balances within the TSA.       10:01:43
15    BY MS. MILLER:                               10:01:43
16       Q.    Okay.  That wasn't my question.    10:01:48
17    My question is:                              10:01:50
18          Are Funds associated with specific    10:01:52
19    amounts of money in the TSA?                 10:01:59
20          MS. McKEEN:  Objection.               10:02:00
21          That wasn't your question.  If you    10:02:01
22    want to rephrase it, you can.                10:02:03
23    BY MS. MILLER:                               10:02:03
24       Q.    Can you answer that question?      10:02:13
25       A.    Could you repeat it?               10:02:20
```

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

8 (Pages 250 to 253)

---

**250**

1    Q.    Are Funds associated with
2    particular amounts of money in the TSA?
3    A.    Funds are not associated with cash
4    balances within the TSA.
5    Q.    What are Funds associated with in
6    the TSA?
7    A.    Funds are used to record revenue.
8    Q.    Revenues in the TSA, right?
9    A.    Revenues that results in cash
10   receipts deposited into the TSA.
11   Q.    How is that different from what I
12   said?
13         MS. McKEEN:  Object to the form.
14         THE WITNESS:  An inherent
15   difference between earned revenue and cash
16   receipts.
17   BY MS. MILLER:
18   Q.    All right.  So can there be cash
19   that's not also revenue?
20   A.    The...
21         Are you asking in the Commonwealth
22   if there exists noncash revenue streams?
23   Q.    No.  My question was the opposite.
24   My question is:
25         Is all cash also revenue?

---

**251**

1    A.    Not being a CPA, I'm not -- I
2    don't know.
3    Q.    Okay.  So you're prepared to be
4    really specific about the difference between
5    cash and revenue, because you're not a CPA, so
6    you can't tell me whether there's cash that's
7    not also revenue, right?
8         UNIDENTIFIED SPEAKER:  Objection.
9         THE WITNESS:  I answered your
10   previous question.
11        Is there another question?
12   BY MS. MILLER:
13   Q.    Yeah, that was my question.
14        My question was that you're
15   prepared to be very specific about the
16   difference between cash and revenue, but
17   because you're not a CPA, you can't tell me
18   whether there's cash that's not also revenue;
19   is that right?
20        UNIDENTIFIED SPEAKER:  Objection.
21        THE WITNESS:  I said what I said
22   in the previous answer.
23   BY MS. MILLER:
24   Q.    So that's a yes?
25        MS. McKEEN:  Objection.

---

**252**

1         THE WITNESS:  I said what I said.
2    BY MS. MILLER:
3    Q.    So Funds and Fund numbers do
4    represent specific revenues into the TSA,
5    right?
6    A.    Fund numbers can be used to track
7    earned revenues.
8    Q.    Okay.  And can earned revenues
9    also result in cash in the TSA?
10   A.    Earned revenues -- earned revenues
11   that turn into cash receipts may -- may be
12   deposited into the TSA.
13   Q.    And may be allocated to the same
14   Fund numbers, correct?
15        MS. McKEEN:  Objection.
16        THE WITNESS:  I don't think about
17   allocations of Fund numbers.  That doesn't make
18   sense to me.
19   BY MS. MILLER:
20   Q.    Okay.  It may be tagged with the
21   same Fund numbers, right?
22        MS. McKEEN:  Objection.
23        THE WITNESS:  Would you specify
24   when?
25

---

**253**

1    BY MS. MILLER:
2    Q.    No.
3         Okay.  So the exhibit now, which
4    is Monolines Exhibit 19A.  As I mentioned, 19B,
5    Mr. Ahlberg, if you need to look at the second
6    half in order to refer to any of my questions,
7    it's available to you.  I believe it's
8    submitted -- a submitted exhibit, although it's
9    not currently part of what's being exhibited,
10   so you should have access to that as well.
11        Do you recognize this document?
12   A.    I recognize the cover page of this
13   document.
14   Q.    Okay.  And did you speak to anyone
15   at Treasury about this document in connection
16   with your deposition today?
17   A.    No.
18   Q.    Okay.  I'd like to turn to the
19   next page of the exhibit, please.  And do you
20   see this document identifies that it was
21   prepared by the Puerto Rico Department of the
22   Treasury?  Do you see that?
23   A.    I see that on the document.
24   Q.    You have no reason to dispute
25   that, do you?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                        April 23, 2020

9 (Pages 254 to 257)

---

**254**

```
1        A.    The document says what it says.        10:08:39
2        Q.    Is that a no, you have no reason       10:08:46
3   to dispute that?                                  10:08:46
4        MS. McKEEN:  Objection.                      10:08:47
5        THE WITNESS:  The document says it           10:08:48
6   was prepared by Puerto Rico Department of         10:08:50
7   Treasury.                                         10:08:50
8   BY MS. MILLER:                                    10:08:52
9        Q.    And you have no basis to think         10:08:52
10  that that's not true, right?                      10:08:54
11       A.    The document says what it says.        10:09:01
12       Q.    Okay.  But I'm asking you whether      10:09:03
13  you had any conversations with anybody at         10:09:05
14  Treasury about this document and they said,       10:09:07
15  "Oh, my God, have you seen the 2016 audited       10:09:10
16  financials?  Crazy that that went out.  We had    10:09:13
17  nothing to do with it.  I can't believe our       10:09:14
18  name's on it."                                    10:09:15
19       That's my question.                          10:09:16
20       So when I ask you do you have any            10:09:17
21  basis to believe that that's not accurate,        10:09:19
22  that's what I'm asking.  Do you understand?       10:09:21
23       MS. McKEEN:  Objection to the form           10:09:24
24  of the question.                                  10:09:25
25
```

**255**

```
1   BY MS. MILLER:                                    10:09:30
2        Q.    So I'm going to ask my question        10:09:30
3   again.                                            10:09:32
4        Do you have any basis to believe            10:09:33
5   that this document was not prepared by the        10:09:34
6   Puerto Rico Department of Treasury?               10:09:37
7        A.    The document says it was prepared      10:09:39
8   by the Puerto Rico Department of Treasury.        10:09:41
9        Q.    And you have no independent basis      10:09:42
10  to believe that that is not true, right?          10:09:45
11       A.    The document says what it says.        10:09:51
12       Q.    Okay.  You won't say that you          10:09:53
13  don't have an independent basis to say that       10:09:55
14  this was not prepared by the -- by the            10:09:57
15  Puerto Rico Department of Treasury?               10:10:00
16       MS. McKEEN:  Objection to the form           10:10:05
17  of the question.                                  10:10:06
18  BY MS. MILLER:                                    10:10:08
19       Q.    Mr. Ahlberg, I don't need you to       10:10:09
20  testify to what the document says.  The           10:10:11
21  document speaks for itself.                        10:10:13
22       I'm asking you for your testimony,           10:10:15
23  whether you have any reason to believe that       10:10:17
24  this document was not prepared by the             10:10:22
25  Puerto Rico Department of Treasury.  That's my    10:10:24
```

**256**

```
1   question.                                         10:10:26
2        Do you have any reason to believe           10:10:27
3   that this document was not prepared by the        10:10:28
4   Puerto Rico Department of Treasury?               10:10:31
5        A.    They're basic financial statements    10:10:37
6   and required supplementary information.  The      10:10:40
7   document shows it was prepared by the             10:10:44
8   Puerto Rico Department of Treasury.               10:10:46
9        Q.    And you have no reason to believe      10:10:47
10  that that's not true, right?                      10:10:49
11       A.    That's what the document says.         10:10:54
12       Q.    So you're going to refuse to          10:10:55
13  answer that question?                             10:10:58
14       MS. McKEEN:  Objection.                      10:11:00
15  BY MS. MILLER:                                    10:11:09
16       Q.    That was a question, Mr. Ahlberg.      10:11:09
17  I'm asking you if you're refusing to testify      10:11:11
18  about whether you have any reason to believe      10:11:14
19  that this document was not prepared by the        10:11:15
20  Department of Treasury.                           10:11:17
21       A.    The document says it was prepared      10:11:22
22  by the Department of Treasury.                    10:11:26
23       Q.    Have you had any conversations         10:11:27
24  with anybody that would indicate that this        10:11:29
25  document was not in fact prepared by the          10:11:30
```

**257**

```
1   Department of Treasury?                           10:11:32
2        A.    No.                                    10:11:40
3        Q.    Have you seen any document that        10:11:40
4   would indicate that this document was not in      10:11:42
5   fact prepared by the Puerto Rico Department of    10:11:45
6   Treasury?                                         10:11:52
7        A.    No.                                    10:11:52
8        Q.    So you have no independent reason      10:11:52
9   to believe that this document was not prepared    10:11:54
10  by the Department of Treasury, correct?           10:11:55
11       A.    Document says it was prepared by       10:12:00
12  Puerto Rico Department of Treasury.               10:12:02
13       Q.    I don't think you need a graduate      10:12:09
14  degree to understand my questions, so I'd         10:12:11
15  appreciate going forward, if you could just       10:12:14
16  answer them.  Thank you.                          10:12:16
17       MS. McKEEN:  Objection.                      10:12:20
18  BY MS. MILLER:                                    10:12:21
19       Q.    I'd like you to look at the next       10:12:21
20  page of the exhibit.  This is the table of        10:12:22
21  contents.  Have you seen the table of contents    10:12:25
22  to the audited financial statements?              10:12:35
23       A.    I don't recall typically viewing       10:12:35
24  the table of contents of these financial          10:12:38
25  statements previously.                            10:12:41
```

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

10 (Pages 258 to 261)

---

**258**

1    Q.    Okay.  Looking at the financial    10:12:41
2  statements for the Commonwealth, do you see a    10:12:45
3  section called Basic Financial Statements?    10:12:47
4  It's the third line down listed in the    10:12:55
5  contents.    10:12:57
6    A.    I see where it says Basic    10:12:58
7  Financial Statements.    10:13:03
8    Q.    And three lines under that, it    10:13:03
9  says Fund Financial Statements.    10:13:05
10    Do you see that?    10:13:08
11    A.    I see that.    10:13:08
12    Q.    What's your understanding of what    10:13:09
13  Fund Financial Statements are?    10:13:12
14    A.    Not being a CPA, I don't know the    10:13:25
15  exact definition of Fund Financial Statements.    10:13:27
16    Q.    I'm just asking for your    10:13:29
17  understanding.    10:13:30
18    You mentioned that these    10:13:31
19  are -- this is a document you looked at in    10:13:33
20  connection with your preparation and also a    10:13:35
21  document that you looked at periodically in the    10:13:37
22  ordinary course of business.    10:13:38
23    So what is your understanding --    10:13:40
24  understanding that you're not a CPA, what is    10:13:42
25  your understanding of what Fund Financial    10:13:44

---

**259**

1  Statements are?    10:13:46
2    A.    My understanding of Fund Financial    10:14:00
3  Statements is that there will be financial    10:14:03
4  statements for Funds.    10:14:05
5    Q.    And when you say "for Funds," what    10:14:09
6  Funds are we talking about?    10:14:10
7    A.    Not being a CPA, I don't know the    10:14:21
8  exact Funds.    10:14:28
9    Q.    Okay.  Well, why does that require    10:14:28
10  being a CPA to answer?    10:14:30
11    A.    Not being a CPA, I think that    10:14:47
12  there are specific definitions for those terms    10:14:50
13  that I do not want to mischaracterize, not    10:14:55
14  being a CPA.    10:14:57
15    Q.    Okay.  So I understand that you're    10:14:59
16  not a CPA, and that's pretty clear on the    10:15:01
17  record so far.  So when I ask you questions,    10:15:04
18  it's all going to be based on your    10:15:07
19  understanding, which is recognizing that you    10:15:09
20  are not a CPA, okay?    10:15:10
21    So what's your understanding of    10:15:12
22  what Funds are included?    10:15:14
23    MS. McKEEN:  Objection to the form    10:15:23
24  of the question.    10:15:23
25    THE WITNESS:  Having reviewed    10:15:31

---

**260**

1  hundreds of documents in preparation for this    10:15:34
2  deposition, I don't have the Funds memorized.    10:15:36
3  BY MS. MILLER:    10:15:41
4    Q.    Do you know -- can you think of    10:15:41
5  any Fund?    10:15:45
6    A.    It depends on how you're using the    10:15:52
7  term "Funds."    10:15:56
8    Q.    Well, I'm asking how you    10:15:57
9  understand this term was used in these    10:15:59
10  financial statements.  Can you think of any    10:16:01
11  Fund?    10:16:07
12    A.    I can't think of any off the top    10:16:08
13  of my head, but I'm happy to flip to the Fund    10:16:10
14  section of this document with you.    10:16:13
15    Q.    Okay.  So going down a few lines    10:16:14
16  from Fund Financial Statements in the table of    10:16:20
17  contents, do you see about one, two,    10:16:26
18  three -- well, the next line talks about    10:16:28
19  Government Fund, and it goes through a number    10:16:29
20  of Funds that have Fund Financial Statements    10:16:31
21  contained within these audited financials.    10:16:34
22    Do you see that in the table of    10:16:37
23  contents?    10:16:38
24    A.    I see that.    10:16:38
25    Q.    Okay.  And so the -- I want you to    10:16:39

---

**261**

1  just look at the third entry.  It says:    10:16:43
2    Statement of revenue, expenditures    10:16:46
3  and changes in Fund balance.    10:16:48
4    Do you see that?    10:16:52
5    A.    Yes, I see it.    10:16:52
6    Q.    Do you have an understanding of    10:16:54
7  what "changes in Fund balance" means?    10:16:55
8    A.    Without reviewing page 40 of this    10:17:04
9  document, I can't say for certain.    10:17:08
10    Q.    Okay.  Do you have some basic    10:17:11
11  accounting knowledge?    10:17:13
12    A.    I do have some basic accounting    10:17:20
13  knowledge.    10:17:22
14    Q.    How many accounting classes have    10:17:22
15  you taken?    10:17:25
16    A.    I can't recall the exact amount of    10:17:29
17  accounting classes I've taken.    10:17:31
18    Q.    More than one?    10:17:33
19    A.    Yes.    10:17:33
20    Q.    More than two?    10:17:37
21    A.    Yes.    10:17:39
22    Q.    More than three?    10:17:41
23    A.    Yes.    10:17:46
24    Q.    More than four?    10:17:46
25    A.    Yes.    10:17:48

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

11 (Pages 262 to 265)

---

### 262

1     Q.    More than five?      10:17:49
2     A.    I think so, but I'm not positive.      10:17:56
3 As I mentioned, I can't recall the exact      10:17:59
4 amount.      10:18:00
5     Q.    Okay. And so you've taken at      10:18:01
6 least five accounting courses; is that right?      10:18:10
7     A.    Yes.      10:18:10
8     Q.    And were all of those at post high      10:18:11
9 school level?      10:18:15
10     A.    Yes.      10:18:16
11     Q.    And were some of those part of the      10:18:17
12 MBA coursework that you did?      10:18:20
13     A.    No.      10:18:24
14     Q.    So you took at least five      10:18:26
15 accounting courses in college; is that right?      10:18:30
16     A.    Yes.      10:18:33
17     Q.    And does your job require you to      10:18:33
18 apply any basic accounting principles or have      10:18:38
19 familiarity with accounting principles?      10:18:41
20     A.    It is not a requirement to occupy      10:18:51
21 the position that I have.      10:18:55
22     Q.    I'm not asking if that's the job      10:18:56
23 description.      10:19:00
24         I'm asking about whether what you      10:19:00
25 do from day-to-day requires you to have general      10:19:04

---

### 263

1 familiarity with accounting. How's that?      10:19:06
2     A.    And I have general familiarity      10:19:13
3 with accounting concepts. I'm not certain that      10:19:14
4 my job requires that.      10:19:18
5     Q.    Did any of the courses that you      10:19:21
6 took on accounting touch on government      10:19:23
7 accounting?      10:19:25
8     A.    I did not take a specific      10:19:37
9 government accounting class.      10:19:40
10     Q.    Okay. But you know that wasn't my      10:19:42
11 question. So I'm going to ask you to answer my      10:19:44
12 question, which was:      10:19:46
13         Did any of the courses that you      10:19:47
14 took on accounting touch on government      10:19:48
15 accounting?      10:19:49
16         UNIDENTIFIED SPEAKER: Objection.      10:19:55
17         THE WITNESS: I can't recall a      10:19:57
18 specific context of every accounting class I      10:19:59
19 took.      10:20:01
20 BY MS. MILLER:      10:20:04
21     Q.    I didn't ask for a recitation of      10:20:05
22 the context of every course.      10:20:07
23         I'm asking you if you recall      10:20:08
24 whether any of the accounting courses that you      10:20:08
25 took covered government accounting as well.      10:20:10

---

### 264

1         MS. McKEEN: Objection.      10:20:15
2         THE WITNESS: I can't recall.      10:20:16
3 BY MS. MILLER:      10:20:19
4     Q.    Okay. Have you taken any courses      10:20:19
5 while employed at Conway MacKenzie?      10:20:23
6     A.    Could you clarify what you mean by      10:20:35
7 "courses"?      10:20:35
8     Q.    Any classes, any continuing      10:20:38
9 education presentations, any formal college or      10:20:41
10 graduate degree classes; as broad a definition      10:20:45
11 of "courses" as you could apply.      10:20:52
12     A.    I took a course in preparation for      10:21:01
13 passing Part 1 of the ERA certification, but no      10:21:03
14 college courses while I have been employed by      10:21:11
15 Conway MacKenzie.      10:21:15
16     Q.    Okay. Did you participate in any      10:21:18
17 presentations related to government accounting?      10:21:18
18     A.    Not to my recollection.      10:21:26
19     Q.    Have you read any books that      10:21:29
20 touched on government accounting specifically      10:21:33
21 for the purpose of understanding it?      10:21:38
22     A.    No.      10:21:41
23     Q.    Okay. So looking back at      10:21:41
24 Exhibit 19A, which is still up on the screen,      10:21:43
25 did you speak to anybody within the Treasury      10:21:47

---

### 265

1 Department about what "changes in Fund      10:21:51
2 balances" mean?      10:21:56
3         MS. McKEEN: Objection.      10:22:01
4         THE WITNESS: No.      10:22:09
5 BY MS. MILLER:      10:22:09
6     Q.    Are you surprised to see statement      10:22:11
7 of revenue expenditures and changes in Fund      10:22:15
8 balances as an entry in the table of contents      10:22:17
9 of the Commonwealth financial statement?      10:22:21
10     A.    I'm not surprised one way or the      10:22:31
11 other.      10:22:37
12     Q.    Okay. Even though you don't think      10:22:37
13 of Funds as having balances, you're not      10:22:42
14 surprised to see that in the Commonwealth      10:22:42
15 audited financials?      10:22:44
16     A.    I'm not surprised one way or the      10:22:49
17 other.      10:22:52
18     Q.    Okay. Having seen this, do you      10:22:52
19 stand by your testimony that Funds don't have      10:22:56
20 balances?      10:22:58
21         UNIDENTIFIED SPEAKER: Objection.      10:22:58
22         UNIDENTIFIED SPEAKER: Object to      10:23:05
23 the form.      10:23:08
24         THE WITNESS: I believe my      10:23:08
25 testimony is that I don't think about Funds      10:23:09

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

12 (Pages 266 to 269)

266

1  having balances within the TSA.                    10:23:11
2  BY MS. MILLER:                                      10:23:11
3      Q.    Okay.  Mr. Ahlberg, does this tell        10:23:13
4  you that others within the Puerto Rico              10:23:17
5  Department of Treasury do think of Funds as         10:23:22
6  having balances?                                    10:23:25
7          MS. McKEEN:  Objection.                     10:23:25
8          THE WITNESS:  Would you repeat the          10:23:43
9  question?                                           10:23:44
10         MS. MILLER:  Could the court                10:23:49
11 reporter read it back, please?                      10:23:49
12         (Record read as requested.)                 10:24:27
13         THE WITNESS:  It's unclear to me            10:24:27
14 what others may or may not think about Fund         10:24:28
15 balances based on this line of the table of         10:24:30
16 contents here.                                      10:24:32
17 BY MS. MILLER:                                      10:24:32
18     Q.    Okay.  Mr. Ahlberg, financial            10:24:33
19 statements are prepared to serve the public; is     10:24:37
20 that right?  Audited financial statements are       10:24:39
21 prepared for the public; is that right?             10:24:43
22     A.    Audited financial statements are          10:24:50
23 typically published and acceptable to the           10:24:52
24 public.                                             10:24:58
25     Q.    And these financial statements            10:24:59

267

1  that we're looking at, do you know who they         10:25:00
2  were audited by?                                    10:25:03
3      A.    Off the top of my head, I do not          10:25:05
4  recall who audited these financial statements.      10:25:07
5      Q.    Okay.  Well, could we move                10:25:10
6  two pages forward to the Bates ending 173?          10:25:12
7  Does this refresh your recollection about who       10:25:22
8  audited these financial statements?                 10:25:25
9          MS. McKEEN:  Object to the form.            10:25:27
10         THE WITNESS:  I see that this is            10:25:37
11 an independent auditor's report with the KPMG       10:25:38
12 header on it.                                        10:25:44
13 BY MS. MILLER:                                      10:25:44
14     Q.    Mr. Ahlberg, did KPMG audit the           10:25:47
15 Commonwealth's 2016 financial statements?           10:25:52
16     A.    Yes.                                       10:25:54
17     Q.    In response to a question that I          10:26:30
18 asked previously, you said that your testimony      10:26:30
19 is that you don't think about Funds as having       10:26:36
20 balances within the TSA.  Do you recall that?       10:26:39
21     A.    Yes.                                       10:26:45
22     Q.    Do you think of Funds as having           10:26:46
23 balances other than within the TSA?                 10:26:49
24         THE WITNESS:  Could the court               10:27:14
25 reporter read back that question, please?           10:27:15

268

1          (Record read as requested.)                 10:27:41
2          THE WITNESS:  Okay.  Well, as I             10:27:41
3  mentioned, I don't think about Funds as having      10:27:43
4  balances within the TSA.                            10:27:47
5  BY MS. MILLER:                                      10:27:47
6      Q.    All right.  So my question is do          10:27:53
7  you think of Funds as having balances other         10:27:55
8  than balances within the TSA?                       10:27:57
9          MS. McKEEN:  Objection to the               10:27:59
10 form.                                               10:28:01
11         THE WITNESS:  Right.  And as I              10:28:03
12 said, I don't think about Funds having              10:28:05
13 balances within the TSA.                            10:28:08
14 BY MS. MILLER:                                      10:28:08
15     Q.    Do you think of Funds as having           10:28:14
16 any other balances -- all right.  Okay.  Strike     10:28:17
17 that.  Let me rephrase.                             10:28:20
18         Do you think of Funds as having a           10:28:22
19 balance other than a balance in the TSA?            10:28:24
20         MS. McKEEN:  Object to the form.            10:28:29
21 BY MS. MILLER:                                      10:28:32
22     Q.    Okay.  Let me rephrase it one more        10:28:32
23 time.                                               10:28:34
24         Do you think about Funds as having          10:28:34
25 a balance that is not a balance in the TSA?         10:28:36

269

1      A.    No.                                        10:28:45
2      Q.    Do you have an understanding at           10:28:54
3  all of what the Fund balances reflected in the      10:28:56
4  audited financial statements are?                   10:29:01
5      A.    I do not know exactly what the            10:29:14
6  Fund balances shown in these financial             10:29:16
7  statements are.                                     10:29:19
8      Q.    All right.  And the very concept          10:29:20
9  of Fund balances is just disconsonant entirely     10:29:24
10 with your understanding of Funds; is that           10:29:27
11 right?                                              10:29:30
12         MS. McKEEN:  Object to the form.            10:29:30
13         THE WITNESS:  I don't think I               10:29:42
14 understood the question.                            10:29:43
15 BY MS. MILLER:                                      10:29:43
16     Q.    My question is:                           10:29:45
17         The very concept of Fund balances          10:29:47
18 is fundamentally inconsistent with your             10:29:49
19 understanding of Funds; is that right?              10:29:52
20     A.    That is right, in the                     10:30:00
21 context that -- in my work that I do for the        10:30:11
22 Department of Treasury on a regular basis.          10:30:13
23     Q.    What about outside of the context         10:30:13
24 of the work that you do for the Department of       10:30:17
25 Treasury on a regular basis?                        10:30:19

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                  April 23, 2020

13 (Pages 270 to 273)

---

**270**

1   A.   No.
2   Q.   Okay. Do you have any
3   understanding of the term "valid" as it relates
4   to a Fund?
5   A.   I don't know the exact definition
6   there.
7   Q.   I'm asking you if you have an
8   understanding of the term "balance" as it
9   relates to a Fund. I don't understand your
10  answer, so let me ask my question again.
11      Did you, Mr. Ahlberg, have a
12  personal understanding of the term "balances,"
13  as it relates to a Fund?
14  A.   I just -- I don't think about
15  Funds having balances.
16  Q.   So you're -- so in your mind
17  there's no place where the term "Fund" and the
18  term "balance" come together; is that right?
19      MS. McKEEN: Objection.
20      THE WITNESS: Is there an
21  outstanding question?
22  BY MS. MILLER:
23  Q.   Yes, the outstanding question is:
24      In your mind there's no place
25  where the term "Fund" and the term "balance"

---

**271**

1   come together, right?
2       MS. McKEEN: Same objection.
3       THE WITNESS: Not in the context
4   of the Flow of Funds which we have put together
5   and presented to you guys.
6   BY MS. MILLER:
7   Q.   What about in any other context?
8   A.   I don't know.
9   Q.   You don't know what you think?
10      MS. McKEEN: Objection.
11      Atara, did you want to rephrase
12  the question?
13  BY MS. MILLER:
14  Q.   Mr. Ahlberg, is there any place in
15  your mind where the term "Fund" and the term
16  "balance" come together?
17      MS. McKEEN: Objection.
18      THE WITNESS: I don't know.
19  BY MS. MILLER:
20  Q.   Mr. Ahlberg, you're here
21  testifying on behalf of the Commonwealth; isn't
22  that right?
23  A.   Yes.
24  Q.   And this is the official testimony
25  of the Commonwealth that Funds don't have

---

**272**

1   balances?
2       MS. McKEEN: I'm going to object.
3   Mr. Ahlberg is here to testify on behalf of the
4   Commonwealth with respect to specifically
5   articulated topics, and I believe Mr. -- that,
6   along with all the questions you've asked today
7   are well outside the scope of those topics. So
8   Mr. Ahlberg can answer your questions if he
9   knows the answer, but I don't believe the
10  question you just articulated is within the
11  scope of the topics that you identified or as
12  to which Mr. Ahlberg has been designated.
13  BY MS. MILLER:
14  Q.   You can answer if you know.
15      MS. MILLER: Liz, I honestly
16  cannot even think of a line of questioning that
17  is more directly relevant to the 30(b)(6)
18  deposition. So I don't even understand the
19  basis for your commentary, but that's not an
20  issue for right now.
21  BY MS. MILLER:
22  Q.   My question to Mr. Ahlberg is:
23      Mr. Ahlberg, do you believe that
24  it is the Commonwealth's official position that
25  Funds do not have balances?

---

**273**

1       MS. McKEEN: Same objection. I
2   appreciate your disagreement, but I'm going to
3   continue to make whatever objections I think
4   are appropriate.
5   BY MS. MILLER:
6   Q.   You can answer.
7   A.   I don't know.
8   Q.   Did you speak to anybody within
9   Treasury in preparation for your deposition
10  today about Fund balances?
11  A.   No.
12      MS. MILLER: I'd like to pull up
13  the next exhibit, please.
14  BY MS. MILLER:
15  Q.   Mr. Ahlberg, you testified
16  yesterday that for the last year plus, you've
17  been involved in preparing -- in assisting with
18  preparing the weekly cash flow reports. Do you
19  recall that?
20  A.   Yes.
21  Q.   So if we could pull up an example
22  of the weekly cash flow report and mark it as
23  Exhibit 20, please.
24
25

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                          April 23, 2020

14 (Pages 274 to 277)

---

**274**

1          (Monolines Exhibit 20 is
2          introduced for the record.)
3   BY MS. MILLER:
4      Q.    Do you know, Mr. Ahlberg, before
5   we look at this, whether it is the official
6   position of the Highway Transportation
7   Authority that there are no Fund balances?
8          MS. McKEEN:  Same objection as
9   before.
10         THE WITNESS:  I don't know.
11  BY MS. MILLER:
12     Q.    Okay.  Great.  So you have in
13  front of you a document that's been marked as
14  Monolines Exhibit 20.  Do you see that?
15     A.    I see the document.
16     Q.    Is this a document that you
17  recognize?
18     A.    Yes.
19     Q.    Is this a document that you
20  assisted in preparing?
21     A.    Me personally, no.
22     Q.    Okay.  Well, can you give me an
23  example, because I'd like to put in front of
24  you a document that you did personally prepare.
25         So can you give me an example of a

---

**275**

1   weekly cash flow report that you assisted in
2   preparing that you testified about on Tuesday
3   that I can pull up as an exhibit for you?
4      A.    I did provide the review of this
5   document.  I did not -- I did not prepare the
6   document.
7      Q.    Okay.  So people who report to you
8   prepared this document?
9      A.    Correct.
10     Q.    And did you have responsibility
11  for reviewing the contents?
12     A.    Yes, I had certain review
13  responsibilities with respect to this report.
14     Q.    Okay.  What are your --
15         (Simultaneous speaking.)
16         UNIDENTIFIED SPEAKER:
17  (Indiscernible) is not appearing on my screen.
18  BY MS. MILLER:
19     Q.    Okay.  Does any -- Mr. Ahlberg,
20  can you see the document?
21     A.    Yes.
22     Q.    Okay.
23         MS. MILLER:  And Ms. McKeen, can
24  you see it?
25         MS. McKEEN:  I can.  Thank you.

---

**276**

1          MS. MILLER:  Okay.  So I'll put on
2   the record, and maybe you can pull it up online
3   for those who can't see it.  It's publicly
4   available on the AAFAF website.  It is the
5   Treasury Single Account Fiscal Year 2020 Cash
6   Flow as of April 10, 2020.
7          It's for ease for people pulling
8   it up, it's the most recent cash flow that was
9   published, so it should be the first link.
10  BY MS. MILLER:
11     Q.    Mr. Ahlberg, I think the question
12  that was pending was what are your review
13  responsibilities in connection with this
14  document?
15     A.    My review responsibilities with
16  respect to this document generally involve
17  making sure that the numbers in this document
18  agree to the numbers of the Department of
19  Treasury.
20     Q.    Okay.  And are there any numbers
21  in this document, specifically, when you say
22  "the numbers in this document," or generally
23  all of them?
24     A.    Generally all of them.
25     Q.    Okay.  And what documents do you

---

**277**

1   look at to confirm that they align with numbers
2   in the Department of Treasury?
3      A.    There's several -- several
4   documents that go into this report.  Treasury
5   has maintained an internal cash flow, internal
6   daily cash flow.  That would be my main source
7   of review with this report, ensuring that this
8   report tied to the internal daily cash flow
9   utilized by the Treasury team.
10     Q.    Does the internal daily cash flow
11  include Fund designation?
12     A.    No.
13     Q.    Okay.  Let me take a step back.
14         Can you generally describe what
15  this document is for me?
16     A.    Generally this document will show
17  cash inflows and outflow from the TSA.
18     Q.    Okay.  And so this is explicitly
19  focused on moneys within the TSA; is that
20  right?
21     A.    Correct.  Moneys that flow in or
22  out of the TSA.
23     Q.    Okay.  And if you look at page 8
24  of the document, if we could turn that so we
25  don't have to turn our heads.  There we go.  Is

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

15 (Pages 278 to 281)

**278**

1  this a page from within the report that you

2  recognize?

3      A.    Yes.

4      Q.    And what is this page?

5      A.    The TSA cash flow actual results

6  for the week ended April 10, 2020.

7      Q.    Okay.  And do you see that

8  within -- under State Collections, it was

9  General Fund Collections.  Do you see that?

10     A.    Yes.

11     Q.    And then it also lists non-General

12 Fund passthrough collections.  Do you see that?

13     A.    Yes, I see that.

14     Q.    How are non-General Fund

15 pass-through collections identified in the TSA?

16     A.    Could we please flip to page 10?

17 I just want to be sure that I have the right

18 line item.

19     I think you could actually control

20 the document if you want to.

21     A.    I cannot right now.  I think

22 somebody needs to give me that control.

23     Q.    We're on page 10.  We're going to

24 rotate it and then give you that control so

25 that you can look at whatever.

**279**

1      A.    Okay.  Just the (indiscernible).

2  That's right.

3      Could you repeat your question?

4      Q.    My question is:

5      How are non-General Fund

6  pass-through collections identified within the

7  TSA?

8      A.    Non-General Fund pass-through

9  collections are understood by concept at the

10 sweep account level and the detail by concept.

11 And by "concept," I mean by the lines that you

12 see under non-GF pass-throughs on this page.

13 That information by concept detail is obtained

14 from data from the sweep accounts.

15     Q.    Why is it broken out in a

16 reporting of cash within the TSA?

17     A.    This separates cash inflows.  It

18 does not opine on cash within the TSA.

19     Q.    Do you have an understanding of

20 what the term "pass-through" means?

21     A.    Pass-through means pass-through.

22     Q.    Is there any other way you could

23 describe it?

24     A.    Another way to describe the

25 general phrase "pass-through"?

**280**

1      Q.    As it's used on page 11 of this

2  document.

3      A.    As it's used on this page of the

4  document, first to non-General Fund collections

5  that either historically or currently pass

6  through the list.

7      Q.    And so you used the word

8  "pass-through" in your definition when I asked

9  you if there was another way to describe it.

10     And is that because "pass-through"

11 is sort of a self-explanatory, clear phrase in

12 your mind?

13     UNIDENTIFIED SPEAKER:  Objection.

14     THE WITNESS:  No.

15 BY MS. MILLER:

16     Q.    Okay.  So is there another way

17 that you can explain pass-through other than by

18 using the word "pass-through"?

19     A.    If you're just asking for the

20 general way for first pass-through without

21 saying "pass-through," that's a different

22 question than -- is -- is that your question?

23     Q.    That's my question, yes.

24     A.    Minimally, pass-through means what

25 it means.

**281**

1      Q.    Okay.  And then going back to

2  page 8, the next line is Other Special Revenue

3  Fund Collection.  Do you see that?

4      A.    Yes.

5      Q.    What are Other Special Revenue

6  Funds?

7      A.    Other Special Revenue Funds

8  Collections on this document refers to what is

9  referred to in Treasury as agency collections.

10     Q.    Okay.  And then going down, the

11 next section is Federal Fund Receipts.  Do you

12 see that?

13     A.    Yes, I see that.

14     Q.    And do you have an understanding

15 of what Federal Fund receipts are?

16     A.    Yes.

17     Q.    And what are they?

18     A.    In general, it is cash received

19 from federal government entities.

20     Q.    And are -- are federal funds so

21 designated within the TSA?

22     UNIDENTIFIED SPEAKER:  Objection.

23     THE WITNESS:  I'm -- I'm not sure

24 I understood the question.  Would you repeat

25 it?

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

16 (Pages 282 to 285)

---

**282**

```
1    BY MS. MILLER:
2        Q.    Let me ask this:
3            Can the Commonwealth send funds,
4    federal funds that it receives from Medicaid on
5    anything other than Medicaid?
6        MS. McKEEN:  Objection, outside
7    the scope.
8        You can answer if you know.
9        THE WITNESS:  Yeah.  I'm not an
10   attorney.  I don't -- I don't know all the uses
11   for Medicaid receipts.
12   BY MS. MILLER:                              10:52:07
13       Q.    Okay.  So do you think it requires  10:52:07
14   an attorney to know all the uses?            10:52:07
15       MS. McKEEN:  Objection, Atara.           10:52:07
16   You could use a better example.              10:52:07
17   BY MS. MILLER:                              10:52:07
18       Q.    How do you -- how are federal      10:52:07
19   funds identified to be listed in these separate  10:52:10
20   buckets within this TSA cash flow report?    10:52:12
21       MS. MILLER:  Oh, I think we have         10:52:23
22   to pause for a minute.  Oh, no --            10:52:24
23       THE REPORTER:  No, this is the           10:52:33
24   court reporter.
25       MS. MILLER:  Are you -- is the
```

---

**283**

```
1    court reporter okay for us to proceed?  I
2    believe the answer is yes.
3        THE REPORTER:  Yes, it's okay --
4    it's okay to proceed.  I'm back in.  Thank you.  10:52:33
5        MS. MILLER:  Thank you.                  10:52:33
6        MR. NATBONY:  Just to let you            10:52:56
7    know, this is Bill Natbony.  There is a large   10:52:58
8    delay that at least I'm experiencing, something
9    like five or six minutes in both the chat room  10:53:02
10   and in the -- hearing the testimony.          10:53:05
11       MS. MILLER:  I wonder if now might       10:53:14
12   be -- yeah, I also have a few seconds.  I'm     10:53:16
13   wondering if now might be a good time to take a  10:53:18
14   quick break and maybe let everybody log out and
15   get back in.  Let's see if that helps.        10:53:25
16       THE REPORTER:  This is the court         10:53:25
17   reporter -- this is the court reporter.  I know
18   Henderson said that Live Litigation is
19   monitoring, so I'll give them a quick call, if
20   we want to take a break, and make -- have Live
21   Litigation get involved immediately and see if
22   they can straighten this out.                 10:53:50
23       UNIDENTIFIED SPEAKER:  Yeah, I did       10:53:50
24   log in and log out.  It did not help.         10:53:51
25       MS. MILLER:  Did not help.  Okay.        10:53:53
```

---

**284**

```
1        MS. McKEEN:  We're fine to go off        10:53:55
2    the record as far as a break.  It's as good a   10:53:57
3    time as any.                                  10:53:57
4        MS. MILLER:  Okay.  So let's go          10:54:00
5    off the record.  Let's take a 5-minute break,  10:54:01
6    back at 11 Central.                           10:54:03
7        MS. McKEEN:  Atara --                    10:54:06
8        THE VIDEOGRAPHER:  We are off the        10:54:06
9    record at 10:54 a.m.                          10:54:10
10       (Recess taken.)                          10:57:17
11       THE VIDEOGRAPHER:  We are back on        11:13:11
12   the record at 11:13a.m.                       11:13:13
13   BY MS. MILLER:                               11:13:16
14       Q.    So we were looking at Exhibit 20   11:13:16
15   before the break, and I was asking you about   11:13:21
16   the federal funds receipt.  Do you recall that?  11:13:24
17       A.    Yes.                               11:13:29
18       Q.    And my question is:                11:13:29
19           How are federal funds designated     11:13:30
20   within the TSA?                              11:13:34
21       A.    It requires a manual exercise      11:13:34
22   performed by Treasury team daily to review the  11:13:46
23   TSA operational account bank statements and    11:13:51
24   identify transfers from known federal          11:13:53
25   government entities and identifying those      11:13:59
```

---

**285**

```
1    transfers as such in their internal daily cash  11:14:09
2    flow workbook that I referenced before.        11:14:11
3        Q.    Okay.  And is a particular Federal  11:14:13
4    Fund identified within that internal daily     11:14:16
5    workbook?                                     11:14:18
6        A.    No.                                11:14:21
7        Q.    Okay.  So how are the Funds         11:14:21
8    tracked once inside the TSA?                  11:14:27
9        A.    The receipt of this cash is         11:14:36
10   tracked, as I mentioned.                      11:14:40
11       Q.    Is the outflow of those federal    11:14:42
12   funds also tracked?                           11:14:46
13       A.    Outflows of federal funds are      11:14:56
14   tracked.                                      11:14:56
15       Q.    How are they tracked?              11:14:57
16       A.    Depends on the nature of the       11:15:01
17   outflow.                                      11:15:02
18       Q.    Can you give me an example?        11:15:05
19       A.    For example, in outflow, for       11:15:11
20   example, in line 18 on this report, where it   11:15:22
21   says "Federal Fund," under Payroll and Related  11:15:25
22   Costs, that would require synthesis of the     11:15:34
23   biweekly payroll registers that we review in   11:15:38
24   which there would be a Fund designation, a     11:15:43
25   Fund-type designation.
```

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

17 (Pages 286 to 289)

---

**286**

1    Q.    Are there other outflows that have          11:15:53
2  Fund-type designations?                            11:15:55
3        MS. McKEEN:  Objection.                       11:16:02
4        THE WITNESS:  Yes.                            11:16:06
5  BY MS. MILLER:                                      11:16:06
6    Q.    What other outflows have Fund-type          11:16:08
7  designations?                                       11:16:12
8    A.    Cash outflows to suppliers, which           11:16:15
9  in this report would be captured in line 22         11:16:27
10  under Vendor Disbursements, Federal fund.          11:16:38
11    Q.    And are the outflows designated            11:16:46
12  with the same Fund identifier as the inflows?       11:16:50
13    A.    I don't know.  We have never done          11:17:18
14  that exercise.                                     11:17:19
15    Q.    When you say "we," who do you              11:17:21
16  mean?"                                             11:17:28
17    A.    Treasury.                                  11:17:28
18    Q.    What exercise are you referring            11:17:29
19  to that you've never -- that Treasury has never    11:17:30
20  done?                                              11:17:34
21    A.    I believe that was any kind of            11:17:53
22  matching federal fund inflows by Fund number on    11:17:55
23  Type 2 with their corresponding outflows, which    11:18:06
24  may appear throughout this document in various     11:18:10
25  line items.                                        11:18:13

---

**287**

1    Q.    My question is whether the             11:18:14
2  outflows are designated on the Commonwealth's     11:18:15
3  internal accounting documents with the same       11:18:18
4  Fund number as the corresponding inflow.          11:18:20
5    A.    And, again, matching specific            11:18:36
6  Fund, Fund ID numbers would not be an exercise    11:18:42
7  that would be required to put together this       11:18:45
8  report here.                                       11:18:47
9    Q.    I didn't ask about mapping, so I'm       11:18:48
10  going to ask my question for a third time, and    11:18:51
11  I'm going to ask you to listen to it carefully,   11:18:53
12  okay?  The question is quite narrow:              11:18:56
13        Are the outflows designated on the          11:19:00
14  Commonwealth's internal accounting documents      11:19:04
15  with the same Fund number as the corresponding    11:19:06
16  inflows for the federal fund example that you     11:19:09
17  provided?                                         11:19:15
18        MS. McKEEN:  Asked and answered,           11:19:16
19  objection.                                        11:19:17
20        THE WITNESS:  We were speaking             11:19:26
21  generally about line items.                       11:19:27
22  BY MS. MILLER:                                     11:19:36
23    Q.    Was that an answer to my question?        11:19:36
24    A.    Yes.                                      11:19:41
25    Q.    I don't understand it.                    11:19:44

---

**288**

1        So can you explain how that's            11:19:45
2  responsive to the question that I asked about     11:19:46
3  whether federal fund inflows and corresponding    11:19:48
4  outflows are designated on Commonwealth           11:19:52
5  accounting documents with the same Fund number?    11:19:54
6        MS. McKEEN:  Objection.                     11:20:01
7        THE WITNESS:  Outflows on the TSA          11:20:32
8  that are identified as federal fund outflows      11:20:35
9  would be tagged with a Fund number that would     11:20:40
10  be the same universe of Fund numbers that would   11:20:45
11  be used within the accounting system to record    11:20:50
12  federal fund revenue.                             11:20:54
13  BY MS. MILLER:                                     11:20:54
14    Q.    What do you mean by "the same           11:20:57
15  universe"?                                        11:21:00
16    A.    Same list of Fund numbers.               11:21:03
17    Q.    Do you know whether that's true         11:21:08
18  for Fund 278 revenues?                             11:21:10
19    A.    Do I know whether what is true for      11:21:10
20  Fund 278 revenues?                                11:21:23
21    Q.    Whether outflows of                      11:21:25
22  Fund 278 revenues are similarly tagged with       11:21:28
23  Fund 278.                                         11:21:32
24        UNIDENTIFIED SPEAKER:  Objection.          11:21:33
25        THE WITNESS:  I believe we looked         11:21:50

---

**289**

1  at vouchers together on Tuesday of transfers      11:21:50
2  from the TSA to HTA in which Fund Number 278       11:21:56
3  was included in those vouchers.                    11:22:02
4  BY MS. MILLER:                                     11:22:02
5    Q.    So Fund 278 is designated on both        11:22:10
6  inflows and outflows from the TSA with respect    11:22:12
7  to revenues therein, correct?                      11:22:15
8        MS. McKEEN:  Objection.                     11:22:20
9        THE WITNESS:  No, the outflows            11:22:29
10  would show Fund 278 as being the source of        11:22:32
11  those -- source revenues for a transfer or        11:22:37
12  outflow.                                          11:22:40
13  BY MS. MILLER:                                     11:22:40
14    Q.    So outflows of Fund 278 revenues        11:22:48
15  would identify Fund 278 as the source of the      11:22:50
16  revenue for that outflow; is that correct?        11:22:54
17    A.    I don't know if that's correct the     11:23:03
18  way you phrased the question, but outflows to     11:23:05
19  HTA that were -- that the funding source was      11:23:06
20  revenue earned under 278, that transfer would     11:23:12
21  show that the revenue source for that transfer    11:23:15
22  was Fund 278 revenue.                             11:23:17
23    Q.    Okay.  I think we can put this          11:23:24
24  exhibit to the side.                              11:23:30
25        I'm going to turn now,                     11:23:47

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

18 (Pages 290 to 293)

---

**290**

Mr. Ahlberg, to asking you some questions about PRIFA, okay?

A.   Okay.

Q.   Just before I do that, one last question.

What about outflows of revenues from Fund 278 to a source other than HTA, would they also be tagged with Fund 278 as the - sorry -- would they also identify Fund 278 as the source of the revenue?

A.   Could you repeat the question all together, not broken up?

Q.   Sure.  If there were outflows to an entity other than HTA that the funding source was revenue earned under 278, would that transfer also show the revenue source for the transfer of Fund 278?

A.   I'm not certain how to answer that hypothetical question, but I've seen no outflows to other entities other than HTA that identified the revenue source of Fund 278.

Q.   Okay.  So you're not certain whether they exist or not?

A.   Whether what exists or not?

Q.   Whether there are, in fact,

---

**291**

transfers to entities other than HTA that identify a revenue source for Fund 278.

A.   I've seen no evidence of any transfers to entities that would have used Fund source 278 as the revenue source for that transfer.

Q.   When I say "PRIFA," you understand that I'm referring to the Puerto Rico Infrastructure Financing Authority, correct?

A.   Yeah.

Q.   And you're here testifying as a representative of PRIFA, correct?

A.   Yes.

Q.   Okay.  And I think you -- let me ask:

In connection with the work that you do, other than this deposition for the Commonwealth, do you have any responsibilities that relate to PRIFA?

A.   No.

Q.   You mentioned yesterday that you spoke to someone named Sylvia in connection with preparing for your deposition today related to PRIFA; is that correct?

A.   Yes.

---

**292**

Q.   And were you referring to Sylvia Lopez Jorge?

A.   I think that's her full name.

Q.   Do you know what her position is? Let me ask.  Is she employed at PRIFA?

A.   Yes.

Q.   Do you know what her position is at PRIFA?

A.   I don't know what her exact title is, but I know that she's a manager over a lot of PRIFA.

Q.   Okay.  Do you know whether she's an accountant?

A.   I know that generally she's a manager in the finance and accounting department.  I don't know her exact title or the way that she exactly considers her professional occupation.

Q.   Okay.  She's in the finance and accounting department; is that right?

A.   Yes.

Q.   Okay.  Do you know if she's a CPA?

A.   I'm not -- I don't know if she's a CPA or not.

Q.   Okay.  And have you spoken to her

---

**293**

other than in preparation -- have you ever spoken to her other than in preparation for your deposition?

A.   No.

Q.   And what did you talk to her about?

A.   I would -- we talked about anything that would help put together the Flow of Funds presentation that was provided to you guys in order to understand Flow of Funds during the relevant time period.

Q.   And did you call her with specific questions?

A.   When we spoke, sometimes I would have questions to ask her.

Q.   How many times did you speak to her?

A.   I can't recall the exact amount of times that I spoke with her.  I would estimate about two to three times per week for two to three weeks.

Q.   Okay.  Did she provide you with documents that helped you in preparing the Flow of Funds?

A.   Yes.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

19 (Pages 294 to 297)

---

**294**

1    Q.    And did you prepare the initial
2  Flow of Funds or did somebody else do it?
3    A.    It was a collaborative effort.
4    Q.    And who were you collaborating
5  with?
6    A.    Me, Sylvia, I mentioned, and then
7  Treasury Department, Jeira Belén plus Hector
8  Gomez.
9    Q.    Anybody else?
10    A.    Not that I can recall
11  specifically.
12    Q.    Were there any lawyers involved in
13  that?
14    A.    Yes.
15    Q.    And which lawyers?
16    A.    Attorneys representing O'Melveny &
17  Myers, Marini, AAFAF or Proskauer.
18    Q.    Okay.  I missed what you said
19  before Proskauer.
20    A.    Marini I think is the name of the
21  law firm.
22    Q.    So you mentioned O'Melveny, Marini
23  and Proskauer; is that right?
24    A.    Yes.
25    Q.    Okay.  Have you reviewed any of

---

**295**

1  the legal briefs that were submitted to the
2  Court in connection with this litigation?
3    A.    I have seen some of that
4  information.
5    Q.    Okay.  And what do you recall
6  seeing?
7    A.    I don't recall specific --
8  specific documents.
9    Q.    Do you remember seeing any
10  oversight for briefs in opposition to the
11  motion?
12    A.    I think so, but without the
13  document in front of me, it's hard to recall.
14    Q.    Okay.  Do you know if you read it?
15    A.    Without the document in front of
16  me, it's hard to recall.
17    Q.    Did you read any legal briefs that
18  were submitted to the Court in connection with
19  this litigation?
20    A.    I've seen hundreds of documents.
21  I just can't recall the specific documents that
22  I reviewed.
23    Q.    Could that be if you've read any
24  legal briefs -- you don't remember one way or
25  another if you've read any legal briefs that

---

**296**

1  identified what the key issues in this
2  litigation are?
3    MS. McKEEN:  Asked and answered.
4    MS. MILLER:  Well, I got the stock
5  answer that "I reviewed hundreds of documents."
6  That's not an answer.  The answer is yes or no
7  to "Did you review it?"
8    MS. McKEEN:  Let's be clear.  He
9  told you he didn't remember.  If you want to
10  ask him ten different ways, I don't know why
11  you're expecting a different answer.  If you
12  want to keep going, you can, but it's a waste
13  of time.  He told you he did not remember.
14  It's not a stock answer if he does not remember
15  something, Atara.
16    MS. MILLER:  I have a feeling
17  somebody suggested to him that anytime someone
18  asks about a document he testifies that he's
19  reviewed hundreds of documents and can't
20  possibly remember the single document I'm
21  asking about.
22  BY MS. MILLER:
23    Q.    Mr. Ahlberg, did you review legal
24  briefs submitted in this litigation?
25    MS. McKEEN:  Stop.  I'm going --

---

**297**

1    MS. MILLER:  You're not
2  interrupting me.  There's a question pending.
3  The witness is going to answer the question.
4  If you have an objection, you can state
5  "objection" without speaking.
6    MS. McKEEN:  Atara, respectfully,
7  I'm going to say what I am going to say, and
8  you can't stop me.  I don't --
9    MS. MILLER:  No.  There are rules
10  that govern it.  You can't just put speaking
11  objections on the record.  This is my
12  deposition, not yours.  You can defend, you can
13  say "objection."  I'm not letting you put a
14  speech on the record right now.
15    MS. McKEEN:  I'm responding to
16  your suggestion that the witness was coached to
17  say that I don't appreciate it, and I would
18  appreciate it if you would conduct yourself in
19  a more courteous and professional manner, both
20  to me and to the witness, who's given you a lot
21  of his time.
22    So if you would like to ask him
23  yet a fourth time if he recalls reading briefs,
24  you can.  I object to that.  Go ahead.
25

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                      April 23, 2020

20 (Pages 298 to 301)

---

298

BY MS. MILLER:

Q.    Mr. Ahlberg, do you recall reading any of the legal briefs in connection with this matter?

A.    I have read various legal briefs. I can't recall specifically which ones without having the documents in front of me.

Q.    Okay.  Thank you.

MS. MILLER:  I'd like to mark as an exhibit tab 1102.

(Monolines Exhibit 21 is introduced for the record.)

BY MS. MILLER:

Q.    Mr. Ahlberg, did you review the PRIFA Enabling Act in connection with your testimony today?

A.    I did not review the PRIFA Enabling Act.

Q.    All right.  Do you have a general understanding of the requirements under the PRIFA Enabling Act to deposit certain moneys into particular accounts?

MS. McKEEN:  Objection.

THE WITNESS:  I am aware that the PRIFA Enabling Act has certain information

---

299

about moneys in accounts, as you mentioned.

BY MS. MILLER:

Q.    Okay.  I'd like to turn to Section 1914, if we could.

Let me ask you while we are getting to it, because it's about 25 pages in, so it might take a while.  We're going page by page here.

Do you have an understanding of what a special deposit is as used by the Commonwealth?

A.    As used by the Commonwealth in what context?

Q.    Well, now you have Section 1914 up in front of you, and it's titled Special Deposit, and my question is if you have an understanding within the Commonwealth, accounting or otherwise, what a special deposit means.

A.    I'm not familiar with the term "special deposit."

Q.    Okay.  Have you ever heard it?

A.    I may have heard the term before.

Q.    Okay.  Okay.  So this provision requires that -- I'm reading about the second

---

300

line.

...the first proceeds of the federal excise taxes remitted to the Department of Treasury on Puerto Rico in each fiscal year...

Do you see that?

A.    Yes, I see that.

Q.    Okay.  And then if you go down to about halfway through the paragraph, as it goes through various years which are well behind us, so I'm going to skip them.

So in the case of fiscal year 2006 to '7 to 2008 and '9, at subsequent years until fiscal year 2056 to '57, the participation shall be for an amount of up to $117 million, which when received by the Department of Treasury of Puerto Rico, shall be covered into a Special Fund to be maintained by or on behalf of the authority designated as the Puerto Rico Infrastructure Fund.

Do you see that?

A.    Yes, I see that.

Q.    Okay.  Do you have an understanding of what Special Fund, capital S, capital F, means in the Commonwealth?

---

301

MS. McKEEN:  Objection.

THE WITNESS:  I'm not certain what Special Fund means in the context of this page here.  It looks like a definition that we can refer to within the document.

BY MS. MILLER:

Q.    Not elsewhere defined in the document, but let me ask you, have you ever heard of that term, Special Fund, being used anywhere in Commonwealth accounting?

A.    I have heard people use the term "Special Fund," but depending on the context, people could have been referring to different things.

Q.    Okay.  And what have you -- what are some of the things that you think it could have been referring to?

A.    That's -- I'm not sure I have a clear understanding from the document.

Q.    Okay.  Do you know whether special -- I'm sorry.

Going back to special deposit, do you know whether special deposit is defined in the Commonwealth financial statement of the Special Fund?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                April 23, 2020

21 (Pages 302 to 305)

---

302

1     A.    I do not know off the top of my                    11:40:11
2  head if that's how the financial statements              11:40:15
3  define that term.                                        11:40:16
4     Q.    Okay.  What does "Fund" mean                     11:40:17
5  within the Commonwealth financial statement?             11:40:27
6     MS. McKEEN:  Objection.                                11:40:30
7     THE WITNESS:  Not being a CPA, I                       11:40:36
8  am not certain.  Depends on where in the                 11:40:37
9  financial statements...                                  11:40:39
10 BY MS. MILLER:                                            11:40:39
11    Q.    Okay.  Can you give me one example               11:40:48
12 of what it might mean?                                    11:40:52
13    MS. McKEEN:  Objection.                                11:41:00
14    THE WITNESS:  One example of what                      11:41:11
15 might mean?                                               11:41:13
16 BY MS. MILLER:                                            11:41:14
17    Q.    Of what "Fund" means in the                      11:41:14
18 financial statement.  You said it depends on             11:41:17
19 where -- where it is in the financial                    11:41:19
20 statements.                                               11:41:19
21    I'm asking you for one option                          11:41:20
22 based on anything you can think of, and I think          11:41:22
23 you should go back to the financial statements,          11:41:24
24 if you want to pull them up and go through               11:41:27
25 them.                                                     11:41:29

---

303

1     MS. McKEEN:  Objection.                                11:41:29
2     THE WITNESS:  I believe page 40 of                     11:41:41
3  the financial statements has the word "Fund" on          11:41:47
4  it.                                                       11:41:47
5  BY MS. MILLER:                                            11:41:47
6     Q.    Okay.  And my question is:                       11:41:48
7     What does it mean when it's used                       11:41:49
8  in the financial statements?                              11:41:51
9     MS. McKEEN:  Can you please click                      11:41:52
10 the exhibit button so we can all see what                11:41:59
11 you're looking at?                                        11:42:01
12    THE WITNESS:  I'm looking at                           11:42:02
13 what's been put in front of me.                           11:42:03
14    MS. McKEEN:  Atara, if you'd like                      11:42:08
15 the witness to look at page 40 of the financial          11:42:17
16 statements, you can put it in front of him.              11:42:17
17 BY MS. MILLER:                                            11:42:18
18    Q.    Are you saying that you just think              11:42:22
19 page 40 off the top of your head?  You happen            11:42:24
20 to remember that page 40 of the financial                11:42:30
21 statements refers to Fund?                                11:42:32
22    A.    If I recall that from the top of                11:42:37
23 my head, having used the table of contents of            11:42:40
24 that document together, and seeing page 40 next          11:42:43
25 to the line that we discussed together.                  11:42:46

---

304

1     Q.    Got it.  Okay.                                   11:42:47
2     So we'll pull up Monolines                             11:42:49
3  Exhibit 19A and look at page 40.                          11:42:53
4     Okay.  So you now have page 40 of                      11:43:39
5  this Monolines Exhibit 19A in front of you.              11:43:41
6     Looking at this document, can you                      11:43:44
7  tell me what "Fund" means as used within the             11:43:50
8  Commonwealth accounting?                                  11:43:52
9     MS. McKEEN:  Objection.                                11:43:57
10    THE WITNESS:  Not being a CPA, I'm                     11:44:00
11 uncertain exactly how "Funds" is used within             11:44:01
12 the Commonwealth accounting (indiscernible)              11:44:03
13 operate chk give you an example of use of the            11:44:07
14 term "Fund," which was the goal of pointing me           11:44:09
15 to this page.                                             11:44:12
16 BY MS. MILLER:                                            11:44:12
17    Q.    Okay.  And you don't know what it               11:44:27
18 means when on this page it uses the term                  11:44:28
19 "Fund."  You were just saying it's your -- it            11:44:31
20 makes sense where the Commonwealth uses the              11:44:33
21 word "Fund" in its accounting statements?                11:44:35
22    UNIDENTIFIED SPEAKER:  Objection.                      11:44:40
23 Yes, since that was in direct response to the            11:44:45
24 question that you asked.                                  11:44:48
25

---

305

1  BY MS. MILLER:                                            11:44:48
2     Q.    And because you are not a CPA, you              11:44:48
3  can't tell me what the word "Fund" as used on            11:45:05
4  this page or anywhere else in the audited                11:45:05
5  financials means; is that right?                          11:45:10
6     MS. McKEEN:  Objection.                                11:45:11
7     THE WITNESS:  I don't know one way                     11:45:13
8  or the other how the authors of this document            11:45:13
9  are using the term "Fund."                                11:45:17
10 BY MS. MILLER:                                            11:45:20
11    Q.    Well, this isn't meant to be a                  11:45:20
12 super secret document, right?  It's meant for            11:45:25
13 public consumption, isn't it?                             11:45:28
14    MS. McKEEN:  Objection.                                11:45:30
15    THE WITNESS:  The audited                              11:45:33
16 financial statements are made public.                     11:45:34
17 BY MS. MILLER:                                            11:45:34
18    Q.    Do you have an understanding of                 11:45:36
19 how the public would expect -- as a member of            11:45:37
20 the public, how the public would expect the              11:45:42
21 word "Fund" to be used in the context of                 11:45:42
22 Puerto Rico government financial statements?             11:45:49
23    UNIDENTIFIED SPEAKER:  Objection.                      11:45:52
24    THE WITNESS:  I can't speculate on                     11:45:52
25 how the public would interpret the use of the            11:45:54

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

22 (Pages 306 to 309)

**306**

1  word "Fund."  11:45:57
2  BY MS. MILLER:  11:45:57
3      Q.    What about how you would interpret  11:45:57
4  the use of the word "Fund"?  11:45:59
5          MS. McKEEN:  Objection.  11:46:03
6          THE WITNESS:  The way that I think  11:46:11
7  about the use of the word "Fund" are Fund  11:46:13
8  numbers within the PRIFA system.  11:46:16
9  BY MS. MILLER:  11:46:16
10      Q.    Looking -- while we have this  11:46:20
11  document up, I know I asked you about it.  Once  11:46:22
12  we have it, if we can turn to page 161, 162 of  11:46:25
13  the PDF.  It's not the page that I wanted.  So  11:46:29
14  I'll have to come back to it.  Okay.  I'll come  11:46:50
15  back to it with a question if I need to.  11:47:01
16          MS. McKEEN:  Atara, I think you  11:47:11
17  have page 151 up.  11:47:12
18          THE REPORTER:  Ms. McKeen, this is
19  the court reporter -- I'm sorry.  This is the
20  court reporter.  Can you just move your phone a
21  little bit closer to you?
22          MS. McKEEN:  Is that better?
23          THE REPORTER:  Yes.  Thank you.  11:47:51
24  BY MS. MILLER:  11:47:51
25      Q.    Okay.  I want to turn back to tab  11:47:52

**307**

1  1102.  Okay.  11:47:59
2          Okay.  So, sorry, the page that  11:48:11
3  I'm looking for is actually the second half, so  11:48:15
4  we're going to just have to load 19B.  So give  11:48:18
5  me one second.  11:48:23
6          MS. MILLER:  Kevin, could you go  11:49:38
7  to 357, please, back a couple pages?  Thank  11:49:40
8  you.  Okay.  Here we go.  11:49:44
9  BY MS. MILLER:  11:49:44
10      Q.    And do you see -- so we are still  11:49:48
11  in the audited financials for the year ended  11:49:50
12  June 30, 2016.  11:49:54
13          Do you see that?  11:49:55
14      A.    Yes, I see it.  11:49:55
15      Q.    And there's a section designated  11:50:01
16  Special Deposits.  11:50:03
17          Do you see that?  11:50:05
18      A.    I see that.  11:50:09
19      Q.    And you can just read how the  11:50:10
20  Commonwealth defines Special Deposits in its  11:50:12
21  financial reports?  11:50:18
22      A.    Sure.  Special Deposits:  This  11:50:20
23  Fund acts as a fiduciary -- sorry.  11:50:24
24          This Fund acts in a fiduciary  11:50:28
25  capacity in order to account for moneys  11:50:31

**308**

1  received for the specified purposes for which  11:50:32
2  the law does not specify its recording in any  11:50:35
3  other Fund.  It mainly includes -- it mainly  11:50:39
4  includes deposits under the custody of the  11:50:42
5  Courts of Justice for alimony payments,  11:50:44
6  escrows, revenue collections and agency  11:50:47
7  accounts for which the Commonwealth act in an  11:50:50
8  agent's capacity.  11:50:54
9      Q.    Okay.  Have you spoken to anybody  11:50:57
10  at Treasury about Special Deposits?  11:51:05
11      A.    No.  11:51:11
12      Q.    Have you had any conversations  11:51:14
13  with anyone at PRIFA about the Special Deposits  11:51:17
14  established under the Enabling Act?  11:51:27
15      A.    We did not have particular  11:51:31
16  conversations about Special Deposits.  11:51:34
17          MS. MILLER:  Okay.  Can we turn  11:51:37
18  back to tab 1102, Kevin, please?  11:51:42
19  BY MS. MILLER:  11:51:42
20      Q.    So we have back in front of us  11:51:45
21  Exhibit -- Monolines Exhibit 21, and we are  11:52:07
22  looking, again, at Section 1914.  And I just  11:52:10
23  want to draw your attention to the bottom of  11:52:18
24  the middle portion of that paragraph where it  11:52:20
25  says the -- shall be covered into -- that the  11:52:25

**309**

1  moneys shall be covered into a Special Fund to  11:52:27
2  be maintained by or on behalf of the authority  11:52:30
3  designated as the Puerto Rico Infrastructure  11:52:33
4  Fund.  11:52:37
5          Do you see that?  11:52:37
6      A.    Yes, I see that.  11:52:40
7      Q.    And is the Puerto Rico  11:52:42
8  Infrastructure Fund something that you have  11:52:47
9  ever come across in the accounting material of  11:52:54
10  the Commonwealth?  11:52:58
11      A.    The concept of the Puerto Rico  11:53:03
12  Infrastructure Fund is something I discussed  11:53:06
13  with PRIFA.  Is that the question?  11:53:18
14      Q.    That was the question.  11:53:20
15          And what did you speak to PRIFA  11:53:22
16  about?  11:53:24
17      A.    We specifically inquired as to the  11:53:34
18  existence of an Infrastructure Fund account.  11:53:35
19      Q.    And what did PRIFA tell you?  11:53:49
20      A.    That there's no specific bank  11:53:51
21  account that is designated or known as the  11:53:57
22  Infrastructure Fund.  11:54:00
23      Q.    Okay.  Did you ask whether --  11:54:03
24  other than a specific bank account whether  11:54:05
25  there is a Fund, as that term is used in the  11:54:07

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

23 (Pages 310 to 313)

**310**

1   Commonwealth accounting, designated the
2   Puerto Rico Infrastructure Fund?
3       A.    Yes.
4       Q.    And what was the answer?
5       A.    That, again, there's no -- there's
6   no Fund that is the Puerto Rico Infrastructure
7   Fund.
8           THE REPORTER:  I'm sorry.  Can you
9   repeat the back half of the answer, please?
10          THE WITNESS:  There is no account
11  number or Fund identified as the Puerto Rico
12  Infrastructure Fund.
13  BY MS. MILLER:
14      Q.    When you say "account number," you
15  mean bank account number?
16      A.    Correct.
17      Q.    Did you speak to anybody at the
18  Puerto Rico Department of Treasury regarding
19  whether or not there was a Puerto Rico
20  Infrastructure Fund?
21      A.    Yes.
22      Q.    And who did you speak to?
23      A.    I can recall discussions with
24  Jeira Belén and Hector Gomez.
25      Q.    And what did they tell you about

**311**

1   that?
2       A.    That they did not understand the
3   Puerto Rico Infrastructure Fund as being a
4   specific or -- a specific bank account or Fund.
5       Q.    Well, do you have an understanding
6   under the statute, based on what we just read
7   in Monolines Exhibit 21, about what the
8   Puerto Rico Infrastructure Fund -- what moneys
9   were supposed to be deposited into the
10  Puerto Rico Infrastructure Fund?
11          MS. McKEEN:  I'll object to the
12  extent it calls for any legal testimony, but if
13  the witness has a lay understanding, he can
14  answer.
15          THE WITNESS:  Could you repeat the
16  question?
17  BY MS. MILLER:
18      Q.    Do you have an understanding of
19  what moneys under Section 1914 of Exhibit 21
20  were supposed to flow into the Puerto Rico
21  Infrastructure Fund?
22          MS. McKEEN:  Same objections.
23          THE WITNESS:  I understand that
24  this document specifies up to $117 million.
25

**312**

1   BY MS. MILLER:
2       Q.    Of what?
3       A.    Of rum taxes.
4       Q.    And you testified, I think, that
5   over a matter -- course of a few weeks, you put
6   together a Flow of Funds for PRIFA among other
7   instrumentalities, right?
8       A.    Yes.
9       Q.    And were these the Funds that you
10  were tracking in the Flow of Funds?
11          UNIDENTIFIED SPEAKER:  Note my
12  objection, please.
13          THE WITNESS:  The Flow of Funds,
14  those are the Flow of Funds for $117 million in
15  each fiscal year.
16  BY MS. MILLER:
17      Q.    Not just any $117 million, right?
18      A.    Not just any $117 million;
19  correct.
20      Q.    Mr. Ahlberg, what moneys are the
21  PRIFA Flow of Funds that you prepared tracking?
22      A.    We generally track the first
23  $117 million of rum tax proceeds.
24      Q.    Okay.  And those are the moneys
25  that Section 1914 indicated were to be

**313**

1   deposited in a Special Fund called the
2   Puerto Rico Infrastructure Fund, right?
3           MS. McKEEN:  Objection.
4           THE WITNESS:  That is what this
5   Section 1914 says.
6   BY MS. MILLER:
7       Q.    Okay.  And that's why you included
8   them in the Flow of Funds because that's the
9   money that's in dispute in this litigation,
10  right?
11      A.    I don't know if that's the
12  specific reason why we entered the Flow of
13  Funds as 117 million.
14      Q.    And not just any 117 million of
15  rum taxes, the first 117 million of rum taxes,
16  right, that you were tracking?
17      A.    The first $117 million of rum
18  taxes in a given fiscal year, yes.
19      Q.    Mr. Ahlberg, did you review any of
20  the Commonwealth financial documents to see if
21  there was any discussion of a Puerto Rico
22  Infrastructure Fund?
23      A.    I did not specifically review any
24  one particular document in search for the
25  phrase "Puerto Rico Infrastructure Fund."

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

24 (Pages 314 to 317)

---

**314**

1  Q.   Did you look at whether the
2  Puerto Rico Infrastructure Fund was identified
3  as a Fund in the Commonwealth's audited
4  financial statements?
5  A.   I can't recall off the top of my
6  head if that's something that's included in the
7  financial statements or not.
8  Q.   I'm asking you if you looked.
9  A.   I did not look through the
10  financial statements for that specific phrase.
11  Q.   Okay.  Did you look through the
12  financial statements generally for the concept
13  of a Fund established to hold the first
14  $117 million of rum excise taxes?
15  A.   No.
16  Q.   All right.  Other than speaking to
17  Sylvia and two people at Treasury, did you do
18  anything else to determine whether or not the
19  Commonwealth in fact has a Fund called the
20  Puerto Rico Infrastructure Fund or another Fund
21  designated for the deposit of the first
22  $117 million of rum excise tax?
23  A.   Outside of the conversations with
24  the individuals that I mentioned and -- no.
25  Q.   Okay.  So you did not look at any

---

**315**

1  documents to independently verify that, did
2  you?
3  MS. McKEEN:  Objection.
4  THE WITNESS:  No, but I did look
5  at enough documents to satisfy myself that the
6  Flow of Funds presentation put together was
7  accurate.
8  BY MS. MILLER:
9  Q.   Okay.  And counsel represented to
10  us that at least since 2014, there has been no
11  Fund identified as the Puerto Rico
12  Infrastructure Funds.  Do you understand that?
13  Sorry.  Do you agree with that
14  representation?
15  A.   Yes.
16  Q.   Okay.  And you believe that to be
17  true, don't you?
18  A.   I guess.
19  Q.   So that's a yes?
20  A.   Yes.
21  Q.   Okay.

---

**316**

1  MS. MILLER:  Kevin, I hate to do
2  this to you, but I'd like to go back to the
3  audited financial statements, please, and I'd
4  like to go to page 347.  So it will be at 19B.
5  BY MS. MILLER:
6  Q.   Okay.  So here we are.  Look at
7  number 2.
8  Do you see that it's called
9  Puerto Rico Infrastructure Financing
10  Authority's Special Revenue Fund?  Do you see
11  that?
12  A.   I see that, yes.
13  Q.   Okay.  And can you just read the
14  first sentence to me?
15  A.   The Special Revenue Fund of the
16  Puerto Rico Infrastructure Financing Authority,
17  a blended component unit, is used to account
18  principally for the moneys received by the
19  Commonwealth up to $117 million of certain
20  federal excise taxes levied on rum and other
21  articles produced in Puerto Rico and sold in
22  the United States which are collected by the
23  U.S. Treasury and returned to the Commonwealth.
24  Q.   Did you have any discussions with
25  anybody at Treasury about what this Special

---

**317**

1  Revenue Fund is?
2  A.   No.
3  Q.   Would you have liked to have known
4  about that representation in the financial
5  statements when you were having discussions
6  about the Puerto Rico Infrastructure Fund?
7  UNIDENTIFIED SPEAKER:  Objection.
8  THE WITNESS:  I can't say whether
9  it would have impacted our conversations one
10  way or the other.
11  BY MS. MILLER:
12  Q.   Okay.  But would you have liked to
13  have at least known about it so you could ask?
14  MS. McKEEN:  Objection.
15  THE WITNESS:  I can't say one way
16  or the other.
17  MS. MILLER:  I'd like to mark as
18  an exhibit tab 1107, Monolines Exhibit 22.
19  (Monolines Exhibit 22 is
20  introduced for the record.)
21  BY MS. MILLER:
22  Q.   Okay.  Mr. Ahlberg, you have in
23  front of you a document that was marked
24  Exhibit 22.  If we go to the second page of the
25  exhibit, you'll see that it is the trust

---