# EXHIBIT AE

# (Ex. 21 to the Natbony Declaration, originally filed as ECF 13039-33, and ECF 789-33 in Case No. 17-BK-3567) - Part 3

Ahlberg, Timothy H. - Vol. II

April 23, 2020

25 (Pages 318 to 321)

---

**318**

1  agreement related to the Puerto Rico
2  Infrastructure Financing Authority to Citibank,
3  N.A?
4        Do you see that?
5    A.   I see that.
6    Q.    Is this a document that you've
7  seen before?
8    A.   I don't recall specifically
9  reviewing this particular document.
10   Q.    Are you generally familiar with
11 the various accounts that were supposed to be
12 set up under both the Enabling Act and the
13 trust agreement for -- sorry -- through which
14 the first $117 million of rum taxes were
15 supposed to flow?
16      MS. McKEEN:  Objection.
17      THE WITNESS:  I'm not an attorney.
18 I'm not specific of what those -- our trust
19 agreement requires in terms of bank accounts or
20 not.
21 BY MS. MILLER:
22   Q.    I'm not asking what was required.
23 I am just asking do you structurally understand
24 the Funds or account that the first
25 $117 million of Puerto Rico -- sorry -- of rum

---

**319**

1  excise taxes were supposed to flow through?
2    A.    I understand how the Funds did
3  flow.  I'm happy to answer any questions about
4  factual information that actually did happen
5  with respect to the Flow of Funds.
6    Q.    Okay.  Are you familiar with a
7  Fund called the Sinking Fund?
8    A.    Can you be more specific?
9    Q.    Yeah, we can turn to page 34 of
10 the document, which is Article IV, Section 401
11 of the trust agreement.
12       Actually, let me ask you one other
13 thing before we get there.  We spoke yesterday
14 or Tuesday and then this morning about how the
15 TSA or the operational account of the
16 Commonwealth has within it revenues from
17 multiple Funds, correct?
18   A.    It has within it cash receipts
19 from revenue recorded.
20   Q.    From multiple Funds, right?
21   A.    What?
22   Q.    Obviously had cash receipts from
23 revenue recorded.  My point was did it have
24 cash receipts from revenue recorded in multiple
25 different Funds?

---

**320**

1        MS. McKEEN:  Objection.
2        THE WITNESS:  Cash is comingled in
3  the TSA account, if that's your question.
4  BY MS. MILLER:
5    Q.    No.  My question is that you can
6  have General Fund money in an account and you
7  can have Fund 278 money in the account and you
8  can have federal fund money in the account, but
9  there is cash within a single account but the
10 cash is coming from various different Funds,
11 correct?
12       MS. McKEEN:  Objection.
13       THE WITNESS:  The source of the
14 cash that ends up in the TSA are
15 different -- different revenue types, different
16 Fund types.
17 BY MS. MILLER:
18   Q.    They're allocated on the
19 Commonwealth's internal accounting document to
20 different Funds, right?
21   A.    The revenues are tagged with Fund
22 number identifiers when revenue is recorded.
23   Q.    Okay.  And a single Fund can also
24 have multiple bank accounts associated with it,
25 right?

---

**321**

1        MS. McKEEN:  Objection.
2        UNIDENTIFIED SPEAKER:  Objection.
3        THE WITNESS:  I'm not certain what
4  you mean.
5        MS. MILLER:  I don't understand
6  the objection.
7  BY MS. MILLER:
8    Q.    The General Fund -- does the
9  General Fund have multiple bank accounts?
10   A.    I don't think about Funds having
11 bank accounts.
12   Q.    Why not?
13   A.    Because Fund numbers are used to
14 record earned revenue and -- and don't -- don't
15 have anything to do with a cash balance, a
16 discrete cash balance in the TSA.
17   Q.    Okay.  Well, can the General Fund
18 have separate accounting accounts, not bank
19 accounts, but just accounts that are used for
20 accounting purposes, internal Commonwealth
21 account numbers?
22       MS. McKEEN:  Object to the form.
23       THE WITNESS:  What do you mean by
24 "account numbers"?
25

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

26 (Pages 322 to 325)

---

**322**

BY MS. MILLER:

Q. Does the Commonwealth have any internal account numbers that it uses when moneys are received?

MS. McKEEN: Objection.

THE WITNESS: The way you're using "account" is pretty broad.

BY MS. MILLER:

Q. I'm asking within the Commonwealth's internal accounting, does it use account numbers to identify different moneys within a particular Fund?

MS. McKEEN: Objection.

THE WITNESS: Revenue account number -- revenue account number, which would then be PRIFA systems referred to as a CFRA code. It is possible that one Fund number could be attached to a string of data. That string of data would have a -- it could have one Fund number, you could have more than one different account number, but that's referring to the CFRA account code, the revenue account code within the PRIFA system.

BY MS. MILLER:

Q. Okay. And does the General Fund

---

**323**

have a balance?

A. I don't think of a General Fund as having a balance in terms of cash.

Q. Hmm. What about in terms -- what about not in terms of cash?

A. I don't think about the General Fund having balance.

Q. Does the General Fund have a balance for accounting purposes?

A. Not BCB, no note if they have balance for accounting purposes or not, but I don't think about Funds in terms of cash balances.

Q. You've taken five postsecondary accounting classes. So I understand you're not a Certified Public Accountant, but I think you can still answer my question. And your answer was no, is that right, the General Fund does not have a balance -- it is your testimony that the General Fund does not have a balance for accounting purposes?

MS. McKEEN: Objection.

THE WITNESS: That's not what I said.

BY MS. MILLER:

---

**324**

Q. What did you say?

A. That I don't think about the General Fund as having a balance.

Q. So how does that differ from what I said you said?

MS. McKEEN: Objection.

BY MS. MILLER:

Q. I'm just looking for an answer?

A. If the court reporter wants to repeat back what is said, sure.

Q. Okay. I don't want the court reporter to repeat back what I said. I'd like you to look at Section 401 on Monolines Exhibit 22. So I understand that you said that bank accounts within Funds made no sense. I'd like you to look at the section Funds and Accounts.

Do you see that?

MS. McKEEN: Object.

BY MS. MILLER:

Q. Do you see that, Article IV titled Funds and Accounts?

A. I see Article IV where it says Funds and Accounts.

Q. Okay. And do you have an

---

**325**

understanding of what the difference is between a Fund and an account?

A. It depends on the context --

Q. Okay. What about in this context?

A. Without reviewing this entire section, I'm not sure I could summarize --

(Simultaneous speaking.)

A. -- conjecture.

Q. Okay. So let's look at Section 401. Section 401 is titled Banking Funds and Accounts.

Do you see that?

A. Yes.

Q. And it says:

A Special Fund is hereby created and designated Puerto Rico Infrastructure Financing Authority Special Tax Revenue Bond Sinking Fund, hereinafter -- herein sometimes called the Sinking Fund, to be held by the trustee.

Do you see that?

A. Yes.

Q. And then it says:

There are hereby created three separate accounts in the Sinking Fund

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

27 (Pages 326 to 329)

---

**326**

1  designated Bond Service Account, Redemption
2  Account, and Reserve Account.
3      Do you see that?
4      A.   Yes.
5      Q.   So now let me ask again.  Do you
6  understand that a Fund can have multiple bank
7  accounts associated with it?
8      MS. McKEEN:  Objections.
9      THE WITNESS:  I understand that in
10 the context of this document, that the Sinking
11 Fund that it mentions does appear to have
12 multiple accounts.
13 BY MS. MILLER:
14     Q.   And you had never heard of that
15 concept before, a Fund having multiple bank
16 accounts associated with it; is that right?
17     MS. McKEEN:  Objection,
18 mischaracterizes testimony.
19     THE WITNESS:  That's not what I
20 said.
21 BY MS. MILLER:
22     Q.   Okay.  Have you ever encountered
23 this concept of a Fund having multiple bank
24 accounts associated with it previously?
25     A.   No, because the nature of my work

---

**327**

1  with -- with Funds is a little different than
2  what they're calling a Fund in this document.
3      Q.   Okay.  In what way?
4      A.   Because when I think of Funds, I
5  think of the Fund number identifiers within the
6  PRIFA system.
7      Q.   Okay.  That's the only time you've
8  ever encountered the concept of a Fund with
9  respect to Puerto Rico and -- with respect to
10 Puerto Rico and the instrumentalities which are
11 designated as the 30(b)(6) to testify today?
12     MS. McKEEN:  Objection.
13     THE WITNESS:  I don't know.  What
14 was the question there?
15 BY MS. MILLER:
16     Q.   The question was that the Fund
17 designation within the PRIFA system is the only
18 time that you've encountered the concept of a
19 Fund with respect to Puerto Rico and the
20 instrumentalities with which you were
21 designated to teach as the 30(b)(6) to testify
22 today?
23     MS. McKEEN:  Objection.
24     THE WITNESS:  The concept of Funds
25 is very broad, so that's not the only context

---

**328**

1  in which I would have encountered the word or
2  concept of Fund.
3  BY MS. MILLER:
4      Q.   So what other contexts have you
5  encountered it in?
6      A.   It's hard to say because people
7  use the term "Fund" very loosely.
8      Q.   Okay.  In preparing the Flow of
9  Funds, did you ask for any documents that
10 mapped particular bank account numbers to
11 accounts or Funds identified in the relevant
12 bond documents for the trust agreement in the
13 Enabling Act that we just looked at?
14     MS. McKEEN:  Objection to the form
15 of the question.
16     THE WITNESS:  Would you repeat the
17 question?
18 BY MS. MILLER:
19     Q.   Yes.  In preparing the Flow of
20 Funds, did you ask whether there were any
21 documents that mapped particular bank account
22 numbers to accounts or Funds identified in the
23 relevant bond document within the trust
24 agreement and the Enabling Act that we just
25 looked at?

---

**329**

1      MS. McKEEN:  Objection.
2      THE WITNESS:  No.
3  BY MS. MILLER:
4      Q.   Why not?
5      A.   I felt comfortable with the work
6  that I did to satisfy myself that the Flow of
7  Funds presentations that we submitted were
8  correct and accurate.
9  BY MS. MILLER:
10     Q.   Do you know whether there are any
11 internal Commonwealth documents that map
12 specific bank accounts to the Funds and
13 accounts identified in the bond documents?
14     A.   Is that a question?
15     Q.   Yeah.
16     A.   It didn't sound like it.  Would
17 you repeat it in a way that sounds like a
18 question?
19     Q.   Okay.  Do you know whether there
20 are any internal Commonwealth documents that
21 map specific bank accounts to the Funds and
22 accounts identified in the bond documents?
23     A.   I've seen no evidence of that.
24     Q.   Okay.  Where did you look for
25 that, or let me ask before that.

---

Case:17-03283-LTS   Doc#:13173-36   Filed:05/18/20   Entered:05/18/20 23:36:49   Desc:
Exhibit AE - Part 3   Page 5 of 62
CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                        April 23, 2020

28 (Pages 330 to 333)

---

**330**

1  You didn't ask anybody for it.  So
2  did you independently look for such a document?
3      A.    No.
4      Q.    What's the basis for your
5  testimony that you don't believe there is any?
6      MS. McKEEN:  Objection, misstates
7  testimony.
8      THE WITNESS:  After discussions
9  with Treasury and PRIFA, I saw no evidence of
10 that.
11 BY MS. MILLER:
12     Q.    What were the nature of those
13 discussions?
14     A.    The nature of those discussions
15 were preparation for this deposition.
16     Q.    Okay.  So you're assuming that if
17 they had a document mapping particular Funds or
18 accounts, they would have mentioned it in the
19 course of the conversations even though you
20 didn't ask for it?
21     MS. McKEEN:  Objection.
22     THE WITNESS:  That would have
23 been -- I believe I would have been aware
24 of -- of any evidence to the contrary.
25

---

**331**

1  BY MS. MILLER:
2      Q.    How would you have been aware of
3  it?
4      A.    Again, through discussions with
5  the team mentioned.
6      Q.    Okay.  And your counsel
7  represented that the term "Puerto Rico
8  Infrastructure Fund" is not understood to refer
9  to a specific bank account or accounts or
10 accounting designations.  Are you aware of that
11 representation?
12     A.    Yes.
13     Q.    And do you believe it to be true?
14     A.    Yes.
15     Q.    How was that term understood?
16     A.    What term?
17     Q.    The Puerto Rico Infrastructure
18 Fund.
19     A.    It's understood to generally refer
20 to the first 117 million of rum Funds, rum
21 revenues.
22     Q.    Held in the TSA?
23     A.    Would you mind phrasing that as a
24 complete question?
25     Q.    Is it understood to generally

---

**332**

1  refer to the first $117 million of rum revenues
2  in the TSA?
3      A.    No, I think it generally refers to
4  the first 117 million of rum revenues earned.
5      Q.    Regardless of where they were?
6      A.    I'm speaking generally about the
7  concepts of the Infrastructure Fund as
8  understood by relevant individuals.
9      Q.    Okay.  And so the common
10 understanding of that term is that the first
11 $117 million of rum excise taxes are in the
12 Puerto Rico Infrastructure Fund?
13     MS. McKEEN:  Objection.
14     THE WITNESS:  No.
15 BY MS. MILLER:
16     Q.    Well, tell me again how you
17 understand it, how that term is generally
18 understood within the Commonwealth?
19     A.    Generally understood as the first
20 117 million of rum revenues in each fiscal
21 year.
22     Q.    Okay.
23     THE WITNESS:  How does anybody
24 feel about a break here, maybe breaking for
25 lunch?

---

**333**

1      MS. McKEEN:  I think it's fine for
2  us to take a break if Atara is close to a
3  stopping place.
4      MS. MILLER:  Okay.  I'm okay
5  taking a break.  Can we keep it short, like can
6  we come back at 2 o'clock, 1 o'clock Central,
7  does that work?  33 minutes, 32 minutes?
8      MS. McKEEN:  Tim, is that okay
9  with you?
10     THE WITNESS:  Okay.
11     MS. MILLER:  Okay.
12     MS. McKEEN:  Fine for us, Atara.
13     MS. MILLER:  All right.  Great,
14 thank you.
15     THE VIDEOGRAPHER:  We are off the
16 record at 12:28 p.m.
17     (Recess taken.)
18 A F T E R N O O N   S E S S I O N
19     THE VIDEOGRAPHER:  We are back on
20 the record at 1:04 p.m.
21 BY MS. MILLER:
22     Q.    Good afternoon, Mr. Ahlberg,
23 welcome back.
24     Do you understand moneys as being
25 deposited into the Infrastructure Fund?

Ahlberg, Timothy H. - Vol. II                                                    April 23, 2020

---

**334**

```
1          THE VIDEOGRAPHER:  Counsel, excuse        01:04:47
2   me, I'm sorry.  Before he answers, can we just    01:04:50
3   pause real slightly?  I need to resize the        01:04:53
4   screen here and then we can reask the question.   01:04:53
5   I am so sorry.                                     01:04:56
6          MS. MILLER:  That's okay.  Okay.           01:04:58
7   BY MS. MILLER:                                     01:04:58
8      Q.    Do you understand moneys as being        01:05:14
9   deposited into the Infrastructure Fund?           01:05:14
10     A.    Yes.                                       01:05:23
11     Q.    Do you understand the                     01:05:24
12  Infrastructure Fund as being a Fund held by       01:05:25
13  PRIFA?                                             01:05:29
14         MS. McKEEN:  Objection.                    01:05:33
15         THE WITNESS:  I don't think the            01:05:38
16  Infrastructure Funds as being something held by   01:05:39
17  anyone at all.                                     01:05:57
18         THE REPORTER:  I'm sorry,                   01:05:57
19  Mr. Witness, can you repeat your answer and       01:05:58
20  move your phone a little bit closer?  Thanks.     01:06:03
21         THE WITNESS:  Is this better?               01:06:05
22         THE REPORTER:  It is.  Thank you.          01:06:08
23         THE WITNESS:  Okay.  I don't               01:06:10
24  remember the specific answer that I just gave.    01:06:12
25         MS. MILLER:  I think for the court          01:06:14
```

---

**335**

```
1   reporter the answer was:                           01:06:16
2          I don't think about the                     01:06:18
3   Infrastructure Fund as being held by anybody.     01:06:21
4   Is that correct, Mr. Ahlberg?                      01:06:22
5          THE WITNESS:  That is correct.              01:06:24
6   Thank you.                                          01:06:25
7          MS. MILLER:  I'm going to mark a            01:06:30
8   document as Exhibit -- Monolines Exhibit 23,      01:06:32
9   tab 1510, please.                                  01:06:36
10         (Monolines Exhibit 23 is                    01:06:36
11         introduced for the record.)                 01:06:54
12  BY MS. MILLER:                                     01:06:54
13     Q.    And while it's loading, I will            01:06:54
14  describe the document that you'll see on your     01:06:57
15  screen in a minute as Exhibit A to the            01:06:59
16  Supplemental Opposition of the Commonwealth of    01:07:02
17  Puerto Rico to Amended PRIFA Bondholder Motion    01:07:05
18  to Lift the Automatic Stay.  And it's titled      01:07:09
19  Flow of Rum Taxes.  Do you see that?              01:07:14
20     A.    I see that.                               01:07:17
21     Q.    Okay.  And if we could just look         01:07:19
22  at the next page.  Is this a document that you    01:07:22
23  recognize?                                         01:07:31
24     A.    Please allow me to rotate it.           01:07:36
25         MS. McKEEN:  Could we have the            01:07:42
```

---

**336**

```
1   documented rotated?                                01:07:45
2          MS. MILLER:  Sorry.  Say that               01:07:45
3   again, Liz.                                         01:07:47
4          MS. McKEEN:  I was just asking to          01:07:48
5   have the document rotated, and it has been.  So   01:07:49
6   I appreciate that.                                 01:07:51
7          THE WITNESS:  Okay.  Now that we           01:08:08
8   have the document right side up, would you        01:08:09
9   please repeat the question?                        01:08:09
10  BY MS. MILLER:                                     01:08:12
11     Q.    Sure.  My question was just              01:08:15
12  whether this is a document that you've seen       01:08:16
13  before.                                            01:08:18
14     A.    Yes.                                      01:08:22
15     Q.    Is this a document that you saw in       01:08:23
16  connection with preparation for your testimony    01:08:28
17  today?                                             01:08:29
18     A.    Yes.                                      01:08:35
19     Q.    Is this a document that you had          01:08:36
20  seen before your testimony?                        01:08:37
21     A.    No.                                       01:08:41
22         UNIDENTIFIED SPEAKER:  Objection.         01:08:43
23  BY MS. MILLER:                                     01:08:43
24     Q.    So you weren't involved in               01:08:45
25  preparing the Flow of Funds, were you?            01:08:49
```

---

**337**

```
1      A.    I was not involved in preparing        01:08:52
2   this document.                                     01:08:53
3      Q.    Okay.  And so I just want to            01:08:57
4   direct your attention to the bottom half of the  01:09:01
5   page on the right-hand side.  It identifies the  01:09:03
6   PRIFA Infrastructure Fund.  Do you see that?     01:09:09
7      A.    Where specifically?                      01:09:21
8      Q.    There's a red box between two           01:09:21
9   green boxes on the right-hand side.  Do you see  01:09:25
10  that?                                              01:09:31
11     A.    Yes, I see that, thank you.             01:09:31
12     Q.    Okay.  And in the red box, the          01:09:33
13  Flow of Funds is indicating money flowing from   01:09:36
14  the TSA to the Puerto Rico Infrastructure Fund.  01:09:36
15     Do you see that?  Do you see that,            01:09:50
16  Mr. Ahlberg?                                       01:09:51
17     A.    I see the green box there, where        01:09:51
18  it says:                                           01:09:53
19         The lockbox trustee (Citibank)            01:09:54
20  remits up to the first $117 million of rum tax    01:09:56
21  remittances to the TSA where it is comingled     01:09:58
22  with other funds.                                  01:10:01
23     Q.    Yes.  So on top of that, there          01:10:03
24  seems to be blue writing that's identifying the  01:10:06
25  account, and that says TSA (held by              01:10:09
```

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

30 (Pages 338 to 341)

---

**338**

1  Commonwealth).
2       Do you see that?
3  A.   I see that.
4  Q.   Okay.  And then the flow is
5  indicating that moneys are moving from the TSA
6  down into the PRIFA Infrastructure Fund which
7  is identified on this Flow of Funds as held by
8  PRIFA.  Do you see that?
9  A.   I see the arrows that you are
10 referring to.
11 Q.   Okay.  And in that red box
12 describing the PRIFA Infrastructure Fund, the
13 Flow of Funds indicates that historically, the
14 Commonwealth appropriated 117 million and
15 deposited such moneys into the PRIFA
16 Infrastructure Fund for its "corporate
17 purposes" and subject to Section 8, Article IV
18 of the Puerto Rico Constitution.
19      Do you see that?
20 A.   I see where it says that on this
21 document.
22 Q.   Okay.  And based on all of the
23 work that you've done in connection with
24 putting together Flow of Funds documents, is
25 that consistent with your understanding of the

---

**339**

1  PRIFA Flow of Funds?
2       MS. McKEEN:  Object to form.
3       THE WITNESS:  I don't know.  It's
4  not an exercise that we did to map this
5  document to the Flow of Funds that I prepared.
6  BY MS. MILLER:
7  Q.   I'm not asking you to map, though.
8  I'm just asking you whether it is consistent
9  with your -- everything that you know and all
10 of the analysis that you did -- have done that
11 the moneys flowed from the TSA into a bank
12 account held by PRIFA called the Puerto Rico
13 Infrastructure Fund.
14 A.   Would you please repeat the
15 question?
16 Q.   Is it consistent, based on all of
17 the work and analysis that you did putting
18 together the PRIFA Flow of Funds in this
19 matter, is it your understanding --
20 A.   I don't know.  I did not analyze
21 this document for consistency with the Flow of
22 Funds documents that I prepared.
23 Q.   Okay.  Is it your understanding,
24 based on all of the work that you've done, that
25 money flowed historically from the TSA account

---

**340**

1  into a PRIFA bank account called the
2  Infrastructure Fund?
3  A.   No.
4       MS. MILLER:  Okay.  So now I'd
5  like to mark as Monolines Exhibit 24 a letter
6  from counsel dated March 21, 2020, which
7  attaches a Flow of Funds I believe you did
8  prepare for PRIFA.
9       (Monolines Exhibit 24 is
10      introduced for the record.)
11      MS. MILLER:  Would you go back to
12 the first page of the exhibit and rotate the
13 exhibit, please?
14 BY MS. MILLER:
15 Q.   Okay.  Do you recognize this
16 document?
17 A.   Yes.
18 Q.   And did you prepare this document?
19 A.   Will you allow me to briefly look
20 through the other pages?
21 Q.   Yes.  Do you have the controls
22 that you need?
23 A.   Yes, thank you.
24      The answer to your question is
25 yes.

---

**341**

1  Q.   Okay.  And what documents did you
2  review in preparing these Flow of Funds?
3  A.   Generally, we reviewed bank
4  statements and transfer letters or voucher
5  information.
6  Q.   Okay.  And I want to look at the
7  first slide on this, which is the rum taxes
8  June '14 to June 2015.  And I know yesterday --
9  or Tuesday, you had a discussion with
10 Mr. Natbony about the various colors used in
11 the chart and what they mean, and I just want
12 to confirm with you that they have the same
13 meaning in the PRIFA Flow of Funds as they did
14 in the HTA Flow of Funds you were asked
15 about on Tuesday.
16 A.   Yes.
17 Q.   Okay.  And so to review, the gray
18 box indicates a Commonwealth account; is that
19 right?
20 A.   Yes.
21 Q.   And what does the blue box
22 indicate?
23 A.   In this -- in these cases, the
24 blue boxes would indicate that PRIFA's name
25 would be on the bank statements of those

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

31 (Pages 342 to 345)

---

**342**

1  accounts.

2      Q.   Okay.  And when you say PRIFA's

3  name would be on it, do you mean as account

4  holder?

5      A.   Yes.

6      Q.   Okay.  And what does the yellow

7  box indicate?

8      A.   Yellow box indicates an account

9  that is not a Commonwealth or PRIFA account.

10     Q.   Okay.  And I know it all starts

11 with a curved edge with an orange box or peach

12 box.  I don't know what color that's supposed

13 to be.  What does that indicate?

14     A.   That indicates the rum taxes.

15     Q.   And it's just the taxes

16 themselves?

17     A.   Yeah, yes.

18     Q.   And when generated before they

19 flow into a Commonwealth -- any Commonwealth or

20 Commonwealth instrumentality account; is that

21 right?

22     A.   Correct, as in when funds are

23 collected in bonded warehouses.

24     Q.   All right.  I missed the end,

25 "collected in bonded warehouses"?

---

**343**

1      A.   I think that's the -- the term

2  that's used by U.S. Treasury.  Maybe I don't

3  recall that term specifically.

4      Q.   Okay.  Can you just -- it's not a

5  term I'm familiar with.  Can you just tell me

6  what that means?

7      A.   Just in general, meaning that U.S.

8  Treasury or U.S. Treasury collects these taxes

9  at different -- at different points of

10 collection.

11     Q.   All right.  And then they all flow

12 into, at this time, January '14 to June '15,

13 into the 006 account; is that right?

14     A.   Correct.

15     Q.   Okay.  And then certain

16 accounts -- of these accounts have yellow stars

17 on them.  And is that, as you testified on

18 Tuesday, to denote accounts that have comingled

19 funds?

20     A.   Correct.

21     Q.   And what do you mean by "comingled

22 funds"?

23     A.   On this specific slide, the

24 comingling designation would represent that

25 revenues besides rum taxes are received into an

---

**344**

1  account.

2      Q.   And what money specifically is

3  this Flow of Funds tracking?

4      A.   This Flow of Funds is tracking the

5  first 117 million of rum revenues in this time

6  period, within this time period.

7      Q.   Okay.  I'm going to ask a basic

8  question.  I hope you can help me with it.

9      How were you able to determine

10 when the moneys flowed from the 006 account to

11 the GDB 1891 account if those were part of this

12 $117 million of rum taxes?

13     A.   By reviewing either transfer

14 letter or voucher information that would have

15 indicated a source of funds for that transfer.

16     Q.   Can you explain to me a little bit

17 more what you mean?

18     A.   In review of transfer letters or

19 vouchers that correspond with a transfer from

20 GDB account 0006 to GDB account 1891, there

21 would be an indication that the source of

22 revenue for that cash transfer was in fact

23 rum -- rum proceeds.

24     Q.   So meaning if there was a letter

25 from Treasury saying send 35 million -- or

---

**345**

1  $23 million from the 006 account to the 1891

2  account as the first transfer of rum excise

3  taxes, that was evidence to you that if you saw

4  that $23 million transfer into 1891, that that

5  was in fact from the rum excise taxes.  Is that

6  your testimony?

7      A.   Right.  That hypothetical

8  $23 million transfer would have accompanying

9  transfer letter or voucher detail that would

10 indicate the source of funds for that transfer

11 being rum revenues.

12     Q.   Okay.  And are the transfer

13 letters and vouchers maintained as part of the

14 Commonwealth accounting documents?

15     MS. McKEEN:  Object.

16     THE WITNESS:  The Commonwealth

17 maintains and -- maintains historical records

18 of vouchers or transfers, if that's what you

19 meant.

20 BY MS. MILLER:

21     Q.   Okay.  And can you tell me

22 specifically what in a voucher would identify

23 the source of funds?

24     A.   I don't recall specifically

25 without looking at an individual voucher.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

32 (Pages 346 to 349)

---

**346**

1    Q.    Okay.  And so you don't recall
2  specifically any particular notation account
3  number or other designation on a transfer
4  voucher that would indicate that revenues are
5  from the first $117 million of rum excise
6  taxes; is that right?
7          MS. McKEEN:  Objection.
8  BY MS. MILLER:
9    Q.    Let me just ask it straight up:
10         Do you recall any specific
11 notation or account number on the transfer
12 voucher that would indicate that the revenues
13 are from the first $117 million of rum excise
14 taxes?
15         MS. McKEEN:  Objection.
16         THE WITNESS:  There is a -- excuse
17 me.  There is a revenue code, revenue SFRA
18 account code that is used when recording the
19 revenues from rum proceeds.
20 BY MS. MILLER:
21   Q.    And what is that revenue code?
22   A.    I can't recall specifically off
23 the top of my head.  I think it's R2220, but I
24 would be able to know it if we looked at a
25 voucher together to verify.

---

**347**

1    Q.    Okay.  Well, that's -- does R4220
2  sound familiar?
3    A.    It sounds familiar, but without
4  looking at the voucher to confirm, I am not
5  100 percent positive.
6    Q.    Okay.  Would the voucher tell you
7  specifically that it's rum taxes, or would it
8  just have that account code on it?
9    A.    It will have the -- a voucher
10 would have that account code, and the voucher
11 may or may not reference rum on the voucher
12 apart from just a revenue code.
13   Q.    And would you be able to go into
14 the PRIFA system and pull all vouchers within
15 R4220 revenue there?
16   A.    I'm not positive.  We would have
17 to follow up on that and get back to you.
18   Q.    So you don't know if the revenue
19 code is a query that you can run within the
20 system?
21   A.    I know for a fact that you can run
22 a query within the PRIFA system and the
23 parameters of which Revenue Code 4220 could be
24 one of those parameters.  But when I think
25 about programming that query and running that

---

**348**

1  query, I don't think of that query as spitting
2  out the voucher, factual voucher that
3  corresponds with each of those transactions.
4  Vouchers are recorded within the system, and
5  you can go in and pull vouchers.
6    Q.    Well, would it -- what would the
7  output be of that query in the PRIFA system?
8    A.    You could run a report within the
9  PRIFA system that would show all revenue earned
10 during a discrete time period of your choosing
11 under any revenue account code, but specific to
12 this case for Revenue Code 4220, I believe it
13 wasn't.
14   Q.    And how long would it take to run
15 such a query and get the report?
16   A.    I am not certain exactly how long
17 it takes to process a query like that, but I
18 would imagine that would be something that
19 could be accomplished in a day.
20   Q.    Do you know whether queries can be
21 run in the PRIFA system remotely or whether you
22 need to specifically be within the Treasury
23 offices to run them?
24   A.    I'm not positive.  I think there
25 are DCMs that exist for people to run queries

---

**349**

1  if they're not physically there, but I would
2  have to double-check on that and let you know
3  for certain.
4    Q.    Have you personally ever accessed
5  the PRIFA system and run a query on anything
6  remotely?
7    A.    No.
8    Q.    Okay.  Do you know whether the
9  R4220 revenue code continues to attach to rum
10 taxes that are collected today?
11   A.    I believe that that revenue
12 account code is still used to record rum
13 revenues that are earned.
14   Q.    Okay.  And this chart, which is
15 part of Monolines Exhibit 24, indicates four
16 dotted arrow lines going from the 006 account
17 to a GDB 0704 account.  Do you see that?
18   A.    Yes.
19   Q.    Do you know what the GDB 0704
20 account is?
21   A.    An operational account at PRIFA.
22   Q.    And the dotted arrow is footnoted
23 to mean that it's a discrete one-time transfer.
24 Do you see that?
25   A.    I do see that.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

33 (Pages 350 to 353)

---

**350**

1    Q.    Is that a designation that you put 01:29:06
2  on that? 01:29:09
3    A.    Yes. 01:29:14
4    Q.    Sorry.  Is that a designation that 01:29:15
5  you attributed to those transfers? 01:29:17
6    A.    Yes. 01:29:19
7    Q.    What do you mean by a discrete 01:29:19
8  one-time transfer? 01:29:30
9    A.    I mean a one-time transfer.  In 01:29:41
10  this case, there were four one-time transfers 01:29:45
11  for the exact same amount. 01:29:48
12    Q.    How does that differ from the 01:29:49
13  transfers between, for example, the 006 account 01:29:51
14  and the 1891 account? 01:29:55
15    A.    I believe there are just more 01:30:08
16  than -- more -- more transfers and then in 01:30:11
17  differing amounts. 01:30:13
18    Q.    Do you know how many transfers of 01:30:20
19  rum taxes there were annually from the 006 01:30:23
20  account to the 1891 account? 01:30:28
21    A.    I don't know off the top of my 01:30:40
22  head how many transfers there were from 0006 to 01:30:43
23  1891. 01:30:46
24    Q.    And if there had only been four, 01:30:49
25  you would have designated them by dotted arrow 01:30:50

---

**351**

1  line? 01:30:52
2    I'm trying to understand.  Is the 01:30:59
3  number of transfers the only thing that is 01:31:01
4  different between the dotted arrow transfers 01:31:03
5  and the solid arrow transfer? 01:31:05
6    A.    Okay.  Would you mind repeating 01:31:23
7  the question, please? 01:31:25
8    Q.    If there had been only four 01:31:28
9  transfers of rum taxes from the 006 account to 01:31:30
10  the 1891 account, would you have designated 01:31:35
11  them on this Flow of Funds with dotted arrows? 01:31:37
12    A.    No.  The dotted arrows and the use 01:32:00
13  of those four -- the four $1 million transfers 01:32:12
14  from GDB 0006 to 0704 was done with the reader 01:32:18
15  of this presentation in mind just to make 01:32:23
16  things as understandable as possible. 01:32:27
17    Q.    Okay.  Given that it's confusing 01:32:32
18  me, I'm asking for a little bit of 01:32:34
19  clarification. 01:32:36
20    So the -- I'm trying to 01:32:38
21  understand.  Does the dotted line distinguish 01:32:44
22  between the nature of the transfer from box to 01:32:50
23  box? 01:32:55
24    A.    The transfers from 0006 to 0704 do 01:32:58
25  represent discrete transfers for operational 01:33:06

---

**352**

1  purposes of PRIFA, which is different than the 01:33:08
2  transfers to GDB 1891, which end up flowing to 01:33:13
3  a US Bank. 01:33:18
4    Q.    And what's the difference? 01:33:21
5    A.    Those four million dollar -- those 01:33:25
6  four $1 million transfers were transferred to 01:33:30
7  PRIFA for operational purposes. 01:33:36
8    Q.    Okay.  And is the flow from 006 to 01:33:42
9  1891 not indicated by a broken arrow because 01:33:46
10  those transfers were subject to legislation or 01:33:54
11  some other obligation to transfer those moneys? 01:34:01
12    MS. McKEEN:  Objection. 01:34:06
13    THE WITNESS:  I did not consider 01:34:09
14  legislation or allegations when determining 01:34:11
15  whether to use a dotted line or a bold, 01:34:14
16  nondotted line. 01:34:20
17  BY MS. MILLER: 01:34:21
18    Q.    Did you consider whether there was 01:34:21
19  a standing direction to transfer the money? 01:34:23
20    A.    That would not have been something 01:34:34
21  I considered when determining whether to use a 01:34:36
22  dotted line or not. 01:34:38
23    Q.    Okay.  So what did you consider in 01:34:39
24  determining whether to use a dotted line or 01:34:42
25  not? 01:34:44

---

**353**

1    A.    As mentioned, those dotted lines 01:34:46
2  represent $1 million transfers to PRIFA's 01:34:49
3  operational account for operation purposes, 01:34:53
4  which is different than the transfers to 01:34:56
5  Account 1891, which are not used for 01:34:58
6  operational purposes during this time period 01:35:00
7  into a US Bank. 01:35:05
8    Q.    Do the dotted lines mean used for 01:35:05
9  operational purposes and in light of the fact 01:35:08
10  they're footnoted? 01:35:13
11    A.    The dotted lines are a discrete 01:35:15
12  one-time transfer, and then just for added 01:35:19
13  clarification, I've explained to you that those 01:35:22
14  represent operational transfers. 01:35:27
15    Q.    How does a discrete one-time 01:35:28
16  transfer differ from the transfers from 006 to 01:35:30
17  1891? 01:35:34
18    A.    Discrete one-time transfers were 01:35:45
19  transferred for operational purposes to PRIFA's 01:35:48
20  operational account. 01:35:51
21    Q.    Okay.  I'm going to just move on 01:35:58
22  because I'm not getting an answer, but I still 01:36:00
23  don't understand it.  So we may follow up with 01:36:02
24  a letter to get a more comprehensive answer and 01:36:06
25  explanation for what "discrete one-time 01:36:09

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                        April 23, 2020

34 (Pages 354 to 357)

---

354

1  transfer" means.
2        Do you know whether those moneys
3  that were transferred into the 0704 account
4  were transferred out of that account?
5        A.   I do not know because once those
6  transfers are within the PRIFA operational
7  account, they are comingled and
8  indistinguishable from other sources of
9  revenue.
10       Q.   Okay.  So if you had been able to
11  distinguish and identify the $4 million from
12  the 0704 account based on transfer vouchers,
13  transfer orders or other documents, you would
14  have indicated the next step in the Flow of
15  Funds for those moneys; is that right?
16       MS. McKEEN:  Objection.
17  BY MS. MILLER:
18       Q.   Let me just ask it.
19            If you had been able to
20  distinguish and identify those $4 million on
21  the outflow side as coming from the rum tax
22  revenues, would you have shown the next step in
23  the Flow of Funds from the 0704 account?
24       A.   I'm assuming that those funds are
25  comingled into Account 0704 and that you'd be

---

355

1  unable to distinguish transfers whose source of
2  revenue is these transfers in or were not -- or
3  other transfers into Account 0704.
4        Q.   Okay.  But the rum tax revenues
5  are comingled into the 006 account, right?  And
6  you just explained, I think quite well, how you
7  were able to identify and distinguish them from
8  all the other money in the 006 account as being
9  transferred into the 1891 account, right?
10       A.   Would you mind repeating that?
11       Q.   Yeah.  The rum taxes flowed into
12  the 006 account, which itself is a comingled
13  account, correct?
14       A.   Correct.
15       Q.   But you were able to distinguish
16  the rum tax revenues that flowed from the
17  comingled account into the GDB 1891 account,
18  right?
19       A.   We were able to determine that the
20  source of funds of that transfer from 0006 to
21  1891 was rum tax revenues.
22       Q.   Okay.  So the fact that the moneys
23  were in a comingled account didn't preclude you
24  from identifying, as they flowed out, what the
25  source of those revenues were, correct?

---

356

1        A.   Correct.
2        Q.   Okay.  So my question is on GDB
3  0704, if you similarly had evidence like what
4  you had with respect to the transfer from 006
5  to 1891 that indicated that the next step in
6  the Flow of Funds related directly to the rum
7  tax revenues, would it have been so indicated
8  on this chart?
9        A.   Would you repeat the question
10  again?
11       Q.   Okay.  I'm just going to ask
12  another question, then move on.
13            Did you do anything -- sorry,
14  scratch that.
15            Did you look at the outflows from
16  the 0704 account to indicate whether you could
17  identify rum tax revenues as a source of the
18  revenue for any of those outflows?
19       A.   No.  It was my understanding that
20  they are comingled in Account 0704 and
21  indistinguishable from one another.
22       MS. MILLER:  Okay.  I want to
23  look -- I'm going to mark as Exhibit 25
24  tab 1202, please.
25

---

357

1            (Monolines Exhibit 25 is
2            introduced for the record.)
3  BY MS. MILLER:
4        Q.   Okay.  Mr. Ahlberg, you have in
5  front of you a document that was marked
6  Monolines Exhibit 25.  Do you see that?
7        A.   I see the document, yes.
8        Q.   Is this a document that you've
9  seen before?
10       A.   Do you have a certified
11  translation of this document?
12       Q.   I do.  Do you need an English
13  translation to tell me whether you've seen it
14  before?  You probably haven't seen the English
15  translation before.
16       MS. MILLER:  I think -- Kevin, I
17  think the English translation is 1202A, if you
18  want to load that, and maybe we can merge them
19  into a combined exhibit.
20            Does anyone have an objection if
21  we mark this as 1202A and then we merge it into
22  a combined exhibit at the end of the deposition
23  so we don't have two exhibits?
24       MS. McKEEN:  I don't have an
25  objection to that.  I think for Exhibit 25, it

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                   April 23, 2020

**358**

1  would certainly be helpful for the record if                01:43:25
2  that exhibit, plus the original certified                    01:43:28
3  translation is one exhibit.  I think that's how               01:43:32
4  we did prior deposition exhibits.                             01:43:34
5          MS. MILLER:  Okay.  Perfect.                          01:43:36
6  BY MS. MILLER:                                                01:43:39
7      Q.    Okay.  So, Mr. Ahlberg, you now                     01:43:39
8  have in front of you Exhibit 25, which is now                 01:43:44
9  being marked as 25A, but I'm just going to                    01:43:44
10 refer to it as Exhibit 25 because we are going                01:43:47
11 to merge them after the deposition, and this is               01:43:50
12 the certified English translation of the                      01:43:52
13 account opening document.                                     01:43:55
14     A.    Okay.  Thanks.                                      01:44:02
15         MS. MILLER:  Okay.  All right.  My                    01:44:07
16 team is telling me that my binder has some                    01:44:09
17 stuff earlier, that they're already merged in                 01:44:11
18 the system, so it's all Exhibit 25, and the                   01:44:14
19 back pages are the certified English                          01:44:18
20 translation.  So you can go back and forth as                 01:44:20
21 necessary.                                                    01:44:23
22 BY MS. MILLER:                                                01:44:23
23     Q.    So, Mr. Ahlberg, now that you have                  01:44:24
24 the English in front of you, can you tell me                  01:44:25
25 whether this is a document that you've seen                   01:44:28

**359**

1  before?                                                       01:44:29
2      A.    I have not reviewed this specific                   01:44:36
3  document before.                                              01:44:37
4      Q.    Okay.  Have you seen other                          01:44:41
5  documents like this before?                                   01:44:49
6      A.    I have seen other agreements for                    01:44:49
7  opening of bank accounts.                                     01:44:51
8      Q.    Okay.  Hold on a second.  Hold on                   01:44:54
9  a second.  I lost it.  I'll see if it comes                   01:44:57
10 back up again.                                                01:44:57
11         Okay.  So I want you just to look                     01:45:12
12 at the document.  Do you see at the top it                    01:45:15
13 indicates -- excuse me -- it indicates the                    01:45:17
14 agency?                                                       01:45:19
15     A.    I see that under Agency it says:                    01:45:33
16 Banco Gubernamental de Fomento para PR.                       01:45:39
17     Q.    Okay.  And do you see the name of                   01:45:39
18 this bank account, that the purpose of the                    01:45:40
19 account is AFI bond debt service?  Do you see                 01:45:46
20 that?                                                         01:45:49
21     A.    I see that.                                         01:45:49
22     Q.    And you understand AFI to be the                    01:45:49
23 Spanish acronym for PRIFA?                                    01:45:52
24     A.    Yes.                                                01:45:54
25     Q.    Okay.  And this account -- and                      01:46:06

**360**

1  then if you turn to the third page of                        01:46:08
2  Exhibit 25.  Okay.  So it has the information                 01:46:11
3  and it identifies an account number.  Do you                  01:46:18
4  see that?                                                     01:46:20
5      A.    Yes.                                                01:46:20
6      Q.    And you see the account is the                      01:46:26
7  1891 account; is that right?                                  01:46:27
8      A.    Yes.                                                01:46:35
9      Q.    And if we could just go back one                   01:46:35
10 page, it indicates there's a depositor agency                 01:46:38
11 listed.  Do you see that?                                     01:46:48
12     A.    Yes, I see that.                                    01:46:51
13     Q.    And what deposit -- what is the                     01:46:52
14 depositor agency?                                             01:46:58
15     A.    It says on this document that the                   01:46:59
16 depositor agency is the Banco Gubernamental de                01:47:01
17 Fomento para PR.                                              01:47:08
18     Q.    Okay.  And if you go to the next                    01:47:08
19 page in the exhibit, it identifies the customer              01:47:10
20 name.  Do you see that?                                       01:47:15
21     A.    Under Customer Name I see Banco                     01:47:16
22 Gubernamental de Fomento para PR.                             01:47:23
23     Q.    Okay.  And then if we could just                    01:47:29
24 look at the next -- or sorry -- two pages out,                01:47:34
25 the 4741, this is an e-mail chain dated -- I                  01:47:38

**361**

1  guess it runs from November 18, 2009, through                 01:47:51
2  November 20th, 2009.  Do you see that?                        01:47:54
3      A.    Yes.                                                01:48:02
4      Q.    And are you familiar with any of                   01:48:02
5  the people who are involved in this e-mail                    01:48:07
6  chain?                                                        01:48:09
7      A.    I'm not familiar with any of the                   01:48:23
8  individuals whose names are on this e-mail                    01:48:27
9  chain.                                                        01:48:27
10     Q.    Okay.  But you see they're all                     01:48:27
11 identified as being at the GDB?                               01:48:29
12     A.    That's what it says here.                          01:48:36
13     Q.    Okay.  And if you look at the top                  01:48:39
14 e-mail in the chain as the most recent -- or                  01:48:40
15 sorry -- the second e-mail down on the page,                  01:48:44
16 the one with the time stamp November 19, 2009,                01:48:46
17 at 9:10 a.m., do you see that?                                01:48:50
18     A.    Yes.                                                01:48:56
19     Q.    And there's a question that says:                  01:48:56
20         Hi, Arnaldo, can you please                          01:48:59
21 provide me with the title of Mr. Rivera and                   01:49:00
22 Mr. Garcia?  I would also like to know if the                 01:49:03
23 account is in the name of ASI or of the bank.                 01:49:07
24         Do you see that?                                     01:49:10
25     A.    Yes, I see that.                                   01:49:10

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

36 (Pages 362 to 365)

---

362

1   Q.   And do you see the response?   01:49:12
2   A.   Yes, I see the response.   01:49:20
3   Q.   Okay.  And can you just read the   01:49:21
4   second line of the response?   01:49:24
5   A.   Is it okay if I read the whole   01:49:28
6   response?   01:49:37
7   Q.   Yeah, you can read the whole   01:49:39
8   thing.  I just meant aloud.   01:49:39
9   A.   Gabriel Rivera is the director of   01:49:43
10  public financing and Jesus Garcia is the   01:49:46
11  Assistant Director of Public Financing.  In the   01:49:50
12  name of the bank, But referencing the AFI Debt   01:49:53
13  Service.   01:49:56
14  Q.   Okay.  And just looking back at   01:49:57
15  the Flow of Funds which is Exhibit 24, from   01:49:59
16  January 2014 to January 2015 -- sorry -- to   01:50:04
17  June 2015, do you see the 1891 account on this   01:50:09
18  exhibit?   01:50:28
19  A.   Yes, I see the account 1891.   01:50:28
20  Q.   Okay.  And you testified   01:50:30
21  previously that blue meant that it was in   01:50:31
22  PRIFA's name; is that right?   01:50:34
23  A.   Yeah, I referenced that PRIFA's   01:50:40
24  name would be on the bank statement.   01:50:44
25  Q.   Okay.  And what's the basis for   01:50:46

---

363

1   your position that the 1891 account was held in   01:50:52
2   PRIFA's name?   01:50:55
3   A.   I didn't say it was held in   01:50:55
4   PRIFA's name.  I just mentioned that PRIFA's --   01:51:01
5   PRIFA's name would be on the bank statements.   01:51:04
6   Q.   Okay.  So I think you said that,   01:51:08
7   and then I specifically asked you -- and we can   01:51:11
8   go back if you need to, but I specifically   01:51:13
9   asked if by that you meant that PRIFA was the   01:51:16
10  account holder.  Do you recall that?   01:51:20
11  A.   I do recall you asking me that   01:51:30
12  question.   01:51:31
13  Q.   Okay.  And you said yes.  Do you   01:51:33
14  recall giving me that answer?   01:51:35
15  A.   Yes, I do remember giving that   01:51:43
16  answer.  I meant to answer in the context of   01:51:43
17  meaning that PRIFA's name would be on their   01:51:49
18  bank statement.   01:51:51
19  Q.   Well, I said:   01:51:55
20       What does the blue box indicate?   01:51:58
21       And you said:   01:52:00
22       In the case of the blue box, it   01:52:02
23  would indicate that PRIFA's name would be on   01:52:05
24  the bank account statement of those accounts.   01:52:05
25       And I said:   01:52:07

---

364

1   Q.   Okay.  And when you said PRIFA's   01:52:08
2   name would be on it, do you mean as an account   01:52:10
3   holder?   01:52:12
4        And you said:   01:52:13
5        Yes.   01:52:13
6        Do you recall me asking those   01:52:14
7   questions and you giving those answers?   01:52:19
8   A.   Yes.   01:52:19
9   Q.   I'm asking you what the basis is   01:52:23
10  for your testimony that PRIFA is an account   01:52:26
11  holder of the 1891 account.   01:52:31
12  A.   I remember answering your   01:52:38
13  question, original question in that way, and   01:52:40
14  what I meant is that I knew that PRIFA's name   01:52:42
15  was on the bank statements.  I'm just -- I'm   01:52:44
16  not an attorney.  I'm not certain if account   01:52:49
17  holder or not holder is a legal term that has   01:52:52
18  an implication I'm not aware of.   01:52:55
19  Q.   I'm not talking about a legal   01:52:57
20  term.  I'm just asking you whether it is a   01:52:59
21  PRIFA account or not a PRIFA account.   01:53:02
22  A.   And my answer would be that   01:53:09
23  PRIFA's name is on the bank statement.   01:53:12
24  Q.   So you don't know if it's a PRIFA   01:53:15
25  account or not?   01:53:17

---

365

1        MS. McKEEN:  Objection.   01:53:18
2        THE WITNESS:  I know PRIFA's name   01:53:23
3   is on the bank statement.   01:53:24
4        MS. MILLER:  Can I ask someone   01:53:36
5   from my team to pull up a bank statement for   01:53:39
6   the 1891 account so Mr. Ahlberg can show us   01:53:42
7   where PRIFA's name is on the account statement,   01:53:46
8   please?   01:53:52
9   BY MS. MILLER:   01:53:52
10  Q.   This might take a minute,   01:53:55
11  Mr. Ahlberg.  I apologize.   01:53:56
12  A.   No problem.   01:54:00
13  Q.   While you're waiting or while   01:54:27
14  we're waiting, based on Exhibit 25 that we just   01:54:30
15  looked at, would you agree with me that the GDB   01:54:35
16  is the account holder of the 1891 account?   01:54:35
17  A.   You asked me to confirm if GDB is   01:54:58
18  the account holder of this account?   01:55:01
19  Q.   I'm asking you whether, based on   01:55:04
20  Monolines Exhibit 25, which we could put that   01:55:08
21  one back up, you would agree with me that the   01:55:13
22  GDB is actually the account holder of the 1891   01:55:16
23  account?   01:55:19
24  A.   I don't know if there's a specific   01:55:30
25  way you're using "account holder."  I'm just --   01:55:32

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

37 (Pages 366 to 369)

366

1  not being an attorney, I'm uncertain of the
2  implications of that phrase "account holder."
3      Q.    Do you own a bank account,
4  Mr. Ahlberg?
5      A.    I do have bank accounts.
6      Q.    Okay.  Do you understand what it
7  means when someone asks you if you're the
8  account holder of a certain account?
9      A.    Generally, I would understand if
10 someone asked me that question.
11     Q.    Okay.  Do you have any joint bank
12 accounts?
13     A.    No.
14     Q.    How do you understand that
15 generally when someone -- if someone were to
16 ask you that?
17         UNIDENTIFIED SPEAKER:  Object to
18 form.
19         THE WITNESS:  If someone were to
20 ask me what?  Would you mind repeating the
21 question?
22 BY MS. MILLER:
23     Q.    If someone were to ask you if you
24 were the account holder of a particular bank
25 account.

367

1      A.    In the context of my own personal
2  finances, I would think that that would mean that
3  it's an account that -- that I have the ability
4  to withdraw funds from or deposit funds into.
5         THE REPORTER:  I'm sorry.  Excuse
6  me one moment.  I'm sorry.
7         I just wanted to ask, Ms. McKeen,
8  would you mind moving the phone closer to you?
9  You're very faint with your objections.  Sorry.
10 Go ahead.
11        MS. McKEEN:  (Indiscernible) I
12 haven't objected in several questions.  So I'm
13 not sure if you heard any.  That wasn't me.  I
14 didn't hear an opposing objection.  Can you
15 hear me now?
16        THE REPORTER:  I can.  Thank you.
17        MS. McKEEN:  Thank you.
18 BY MS. MILLER:
19     Q.    Is that the same understanding
20 that you used in determining whether or not to
21 designate a box blue or not?
22     A.    Did not apply the same -- same
23 exact criteria that I just referenced in my own
24 personal finances to the Flow of Funds
25 presentation.

368

1      Q.    Okay.  So what criteria did you
2  apply to the GDB 1891 account that resulted in
3  you designating it as a blue box?
4      A.    In color coding as a general
5  association and to help the reader interpret
6  this presentation, but understanding that
7  PRIFA's name was on the bank statement, I
8  thought it was appropriate to make that box
9  blue.
10        (Monolines Exhibit 26 is
11 introduced for the record.)
12 BY MS. MILLER:
13     Q.    Okay.  So now we are looking at a
14 bank statement that's been marked Monolines
15 Exhibit 26, and when you say that PRIFA's name
16 was on the bank statement, do you mean that
17 PRIFA's name is indicated in the account name?
18     A.    PRIFA in this exact bank statement
19 example that we're looking at, that is correct,
20 that PRIFA's listed in the account name under
21 the Spanish acronym AFI.
22     Q.    You don't see PRIFA's name
23 anywhere else, do you?
24        Well, sorry.  You don't see
25 PRIFA's name as an account holder, right?

369

1      A.    I don't see the phrase "account
2  holder" listed anywhere on this page.
3      Q.    Okay.  And you do see that the
4  account statements are being directed to
5  Mr. Gabriel Rivera, the director of public
6  finance at the GDB, right?
7      A.    I do see that.
8      Q.    Okay.  And did you do anything
9  other than noting that PRIFA's name was
10 mentioned somewhere on that account statement
11 to identify whether or not the account was
12 actually a PRIFA account?
13     A.    Can you repeat the question,
14 please?
15     Q.    Yeah.  Did you do anything other
16 than noting that PRIFA's name was mentioned
17 somewhere on the account statement to identify
18 whether or not the account was actually a PRIFA
19 account?
20     A.    No, no.
21     Q.    Okay.  I want to go back to
22 Exhibit 24, please.
23        Am I understanding this chart
24 correctly that between the January 2014 and
25 June 2015 period, the only account that had the

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

38 (Pages 370 to 373)

---

**370**

1  full 117 million of rum excise taxes was the
2  GDB 006 account?
3      A.    I missed the last part of your
4  question, sorry.  Could you repeat it?
5      Q.    Okay.  Am I correct that according
6  to this chart, from the January '14 to
7  June 2015 period, the only bank account that
8  held the full $117 million rum excise taxes was
9  the GDB 006 account?
10          Sorry, let me -- let me restate
11  that because I misspoke in the question.  Let
12  me ask it again.
13          Am I correct that according to
14  this chart, from January '14 to June 2015, the
15  only bank account that held the first
16  $117 million in full was the GDB 006 account?
17      A.    I can't say that there was any one
18  given time where the 117 million was
19  identifiable as a separate cash balance within
20  the operating account 0006.
21      Q.    Okay.  That's a fair point.  Let
22  me restate it.
23          Is it true that in the
24  January 2014 to June 2015 period, the only
25  account that the full first $117 million of rum

---

**371**

1  excise taxes flowed through was the GDB 006
2  account?
3      A.    Yes.
4      Q.    Thank you for that clarification.
5          Okay.  So I'd like to now mark as
6  Exhibit 26 tab 1301.
7          MS. MILLER:  Actually, Kevin,
8  before we go there, can I just -- can we mark
9  quickly tab 1203?
10          (Monolines Exhibit 27 is
11          introduced for the record.)
12  BY MS. MILLER:
13      Q.    Okay.  So we have marked as
14  Monolines Exhibit 27 -- we'll come back to
15  26 -- a document.  Is this a document that you
16  recognize?
17      A.    Yes.
18      Q.    Okay.  And what is this document?
19      A.    I would like to clarify that I
20  recognize this type of document.  I can't
21  recall specifically reviewing this exact
22  document.
23      Q.    Fair enough.
24          And what is this type of document?
25      A.    This document is a Comprobante de

---

**372**

1  Remesa for rum taxes during this time, which is
2  stamped August 2014.  This is probably fiscal
3  year 2014.
4      Q.    Okay.
5      A.    Or fiscal year 2015.
6      Q.    And are these among the documents
7  or the type of documents that you reviewed in
8  preparing the Flow of Funds that we discussed
9  earlier?
10      A.    Yes, this type of document would
11  be included in that review.
12      Q.    Okay.  And you see here there's a
13  designation Fondo, and it says 111.  Do you see
14  that?
15      A.    Yes.
16      Q.    And do you know what Fund 111 is?
17      A.    Fund 111 is one of the fund
18  numbers used to identify General Fund.
19      Q.    Okay.  And then to the left of
20  that it says Cuenta R4220.  Do you see that?
21      A.    Yes.
22      Q.    And is that the revenue account
23  within the General Fund that's used for rum
24  excise taxes that we discussed earlier?
25      A.    That's the revenue account used

---

**373**

1  within the PRIFA system to record the revenues
2  of rum taxes.
3      Q.    Okay.  Do you know whether that's
4  used to record all of the revenues of rum taxes
5  or just the first 117 million of rum taxes?
6          Let me break it out.
7          Is that revenue account number
8  used to record all of the revenues of rum
9  taxes?
10      A.    I'm not positive.  I would have to
11  double-check on that and get back to you.
12      Q.    Okay.  How would you go about
13  double-checking?
14      A.    I would just have to look at the
15  voucher maybe similar to this one that -- whose
16  amount, which, you know, ended up meaning
17  specifically your total exceeded 117 million
18  and they were still using account code 4220,
19  that would indicate to me that they were using
20  Account 4220 for rum proceed revenues, the
21  first 117, as well as the excise.
22      Q.    And if you ran the report that we
23  discussed earlier from the PRIFA system on
24  Revenue Account 4220, you would be able to tell
25  that based on the report, correct?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

39 (Pages 374 to 377)

---

**374**

1    A.    Correct.
2    Q.    You didn't run that report, right?
3    A.    No, I have not run that report.
4    Q.    Okay. And how long do you think
5 it would take to run that report for a single
6 fiscal year?
7    A.    I don't know specifically how long
8 the system would take to process that, but I
9 imagine it would be accomplishable within
10 one day.
11    Q.    And when you say "accomplishable
12 within one day," you just mean processing time?
13    A.    Right. I can't speculate on time
14 to quality control review data that the system
15 would potentially output.
16    Q.    How long would it take to come up
17 with a query?
18    A.    Query -- query -- I mean, I guess
19 I could tell you what the query is now. You
20 would need time to determine what the
21 parameters of the query would be.
22    Q.    Do you know whether moneys other
23 than the first 117 million of rum -- sorry,
24 strike that. Let me start over.
25      Do you know whether rum excise

---

**375**

1 taxes beyond the first 117 million of rum
2 excise taxes are deposited into the General
3 Fund?
4      UNIDENTIFIED SPEAKER: Objection.
5      THE REPORTER: I'm sorry, did
6 somebody -- I'm sorry?
7      THE WITNESS: (Indiscernible)
8 deposited into the General Fund.
9 BY MS. MILLER:
10    Q.    Okay. Do you know whether the
11 R4220 account is used in connection with other
12 Funds as well?
13      Sorry, just -- just to be clear,
14 when I said Funds, I meant capital F Fund, the
15 Fund of the Special Fund other than the
16 general.
17      UNIDENTIFIED SPEAKER: Objection.
18      THE WITNESS: I know the first
19 117 million would use the General Fund
20 identifier there. We -- we did not look at
21 the, you know, the revenues outside the first
22 117 for purposes of the Flow of Funds
23 accreditation.
24 BY MS. MILLER:
25    Q.    So you don't know whether they

---

**376**

1 flow into a Fund other than the General Fund?
2      UNIDENTIFIED SPEAKER: Objection.
3      THE WITNESS: I disagree with the
4 characterization of funds flowing into any
5 Fund.
6 BY MS. MILLER:
7    Q.    Okay. So you disagree with the
8 funds being allocated. All right.
9      So you don't know whether they're
10 allocated to a Fund other than the General
11 Fund?
12    A.    The first 117 million are recorded
13 with the General Fund fund number.
14    Q.    Do you know whether moneys beyond
15 the first 117 million are recorded with a Fund
16 number that is not the General Fund?
17    A.    I don't know for certain since we
18 didn't look at the funds outside the 117 for
19 purposes of the Flow of Funds presentation.
20 That would certainly be something we could
21 follow up on and get back to you.
22    Q.    Okay. Do you think they might be?
23      MS. McKEEN: Objection.
24      THE WITNESS: I can't speculate
25 one way or the other.

---

**377**

1      (Monolines Exhibit 28 is
2      introduced for the record.)
3      MS. MILLER: Okay. I want to go
4 to Exhibit 26 now, please, Kevin.
5 BY MS. MILLER:
6    Q.    Mr. Ahlberg, did you review the
7 lockbox agreement in connection with your
8 preparation for your deposition today?
9    A.    I did not review the lockbox
10 agreement in preparation for this deposition,
11 but I am familiar with the lockbox agreement
12 based on my ordinary business and work with the
13 Commonwealth.
14    Q.    Okay. And in what context have
15 you encountered the lockbox agreement in the
16 course of your ordinary work?
17    A.    Beyond the first 117 million that
18 we have been discussing together, there's a rum
19 tax waterfall that proceeds after that, and I
20 have reviewed actual cash flows with -- actual
21 cash flows in the rum tax waterfall after the
22 first 117 million in my normal course of
23 business with the Commonwealth.
24    Q.    And in the course of that, have
25 you looked at the actual document?

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

40 (Pages 378 to 381)

---

378

1      A.    Somewhere along the lines in the
2  past two and a half years, I have seen the
3  actual lockbox agreement.
4      Q.    Okay.  Do you understand that
5  under the lockbox agreement -- which,
6  apologies, is being pulled off, I created
7  confusion, apparently.  We already used
8  Exhibit 26.  So this will be Exhibit 27 -- that
9  there are multiple transfers that -- let me
10 ask.
11     Here's the lockbox agreement.  Is
12 this the agreement that we were just talking
13 about?
14     A.    Yes.
15     Q.    Okay.  So the record is clear,
16 because we have now said it wrong three times,
17 Monolines Exhibit 28 is the lockbox agreement
18 dated May 5, 2015.  Who's the lockbox trustee?
19 Sorry, what does the lockbox say?
20     A.    Citibank.
21     Q.    And do you understand that under
22 this agreement Citibank has to make a number of
23 transfers to various entities, right?
24     A.    Not being an attorney, I'm not
25 certain what the lockbox agreement mandates or

---

379

1  does not mandate.
2      Q.    Okay.  Well, I thought you told me
3  that in the ordinary course of your business,
4  you have seen the lockbox agreement and
5  considered it in connection with the Flow of
6  Funds that it mandates.  No?  Did I get that
7  wrong?
8      UNIDENTIFIED SPEAKER:  Objection.
9      THE WITNESS:  I'm generally
10 familiar with the lockbox agreement, and in the
11 context in which I would have been familiar
12 with it was in monitoring cash flow activity
13 with respect to rum tax.
14 BY MS. MILLER:
15     Q.    Okay.  And so you understand that
16 the lockbox agreement outlines period cash
17 flows or the flow of various revenues, right?
18     MS. McKEEN:  Objection.
19     THE WITNESS:  I understand it's --
20 the Flow of Funds is different before and after
21 the lockbox agreement is operational.
22 BY MS. MILLER:
23     Q.    Okay.  I have not asked anything
24 about that.
25     I'm just asking you whether you

---

380

1  understand that the lockbox agreement sets
2  forth a Flow of Funds for the rum tax revenue.
3      A.    Not being an attorney, I'm not
4  positive that this lockbox agreement says that.
5      Q.    Why did you look at it in
6  connection with the Flow of Funds of the rum
7  taxes in the ordinary course of your business?
8      A.    In my ordinary course of business,
9  and understanding the historical Flow of Funds
10 for rum taxes, for us it meant understanding
11 that transfers were -- after the lockbox
12 agreements were coming directly from the
13 Citibank account as opposed to being
14 transferred directly from the U.S. Government.
15     Q.    Okay.  And is that
16 something -- when you said in the ordinary
17 course of your business, did you mean in
18 connection with preparing these Flow of Funds
19 documents?
20     A.    No.
21     Q.    Okay.  So in connection with your
22 ordinary course of business, you have to
23 understand that historical Flow of Funds
24 differed from the Flow of Funds under the
25 lockbox agreement?  Did I understand that

---

381

1  right?
2      MS. McKEEN:  Objection.
3      THE WITNESS:  From a normal course
4  of business, I understood the lockbox agreement
5  changed the Flow of Funds.
6  BY MS. MILLER:
7      Q.    Okay.  Do you understand how it
8  changed the Flow of Funds?
9      A.    Yes.  The funds are -- rum taxes
10 are -- first went to Citibank prior to transfer
11 to the TSA, as opposed to coming directly from
12 the U.S. Government.
13     Q.    Okay.  And then, after the first
14 117 -- well, look at page 4 of the lockbox
15 agreement.
16     And is this specifically a page
17 that you've seen before?  And I'm going to
18 direct you to Section 5, which is the
19 Disposition of Cover Over Payments in the
20 account.  Do you see that?
21     A.    I see that fifth section there.
22     Q.    Okay.  And did you look at this
23 fifth section in the ordinary course of
24 business before preparing the PRIFA Flow of
25 Funds for this deposition?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

41 (Pages 382 to 385)

---

**382**

1  A.   I don't recall specifically   02:22:33
2  reviewing this exact section of the document.   02:22:34
3  Q.   Okay.  Do you have an   02:22:40
4  understanding of how the moneys beyond the   02:22:40
5  first 117 million flow?   02:22:43
6  A.   I have a general understanding.   02:22:52
7  Q.   Okay.  What's your general   02:22:57
8  understanding?   02:23:01
9  A.   My general understanding is that   02:23:01
10  after the first 117 million, that there   02:23:06
11  are -- there's a waterfall for the remaining --   02:23:12
12  remaining distribution of funds.   02:23:19
13  Q.   Okay.  And do you know who gets   02:23:21
14  the second payment in the waterfall?   02:23:22
15  A.   I can't recall off the top of my   02:23:26
16  head who gets the second payment in the   02:23:32
17  waterfall.   02:23:32
18  Q.   Well, good news.  You don't have   02:23:32
19  to recall off the top of your head.  If you   02:23:34
20  look at Section 5(b), it says "Second."   02:23:36
21  So you can just read it and then   02:23:36
22  tell me if that refreshes your recollection of   02:23:39
23  who gets the second flow in the waterfall.   02:23:46
24  A.   Counsel, could you point me to the   02:23:51
25  section of the document you're referring to?   02:23:53

---

**383**

1  Q.   Section 5(b), as in boy.   02:24:01
2  Actually -- sorry.  Yeah, that's right.   02:24:03
3  Section 5(b).   02:24:10
4  MS. McKEEN:  Atara, when you get   02:24:11
5  to a convenient stopping place, if we could   02:24:14
6  have a short break, I would appreciate it.   02:24:16
7  MS. MILLER:  Sure.  Actually,   02:24:22
8  almost done with this.  I want to go a few   02:24:26
9  minutes longer, and hopefully I can wrap this   02:24:26
10  up.   02:24:29
11  MS. McKEEN:  That's great.  Thank   02:24:29
12  you.  Just a quick one.   02:24:30
13  MS. MILLER:  Okay.   02:24:31
14  BY MS. MILLER:   02:24:38
15  Q.   Mr. Ahlberg, does Section 5(b)   02:24:38
16  refresh your recollection as to who gets the   02:24:41
17  second distribution of rum taxes after the   02:24:43
18  first 117 million?   02:24:46
19  A.   That refreshes my recollection of   02:24:53
20  what this lockbox agreement says.  I can't say   02:24:55
21  for certain that -- off the top of my head that   02:24:59
22  this is how the cash flow on activity follows.   02:25:03
23  Q.   Okay.  Who's supposed to get the   02:25:06
24  next 5 million --   02:25:09
25

---

**384**

1  MS. McKEEN:  Objection.   02:25:11
2  BY MS. MILLER:   02:25:11
3  Q.   -- under the lockbox agreement?   02:25:13
4  MS. McKEEN:  Objection.   02:25:21
5  THE WITNESS:  I believe that it   02:25:28
6  says:   02:25:28
7  Second, to the Secretary of   02:25:29
8  Treasury for deposit to the credit of the S&T   02:25:32
9  Trust, which I understand is the Science and   02:25:36
10  Technology Trust.   02:25:36
11  BY MS. MILLER:   02:25:39
12  Q.   Okay.  And what about third?   02:25:39
13  A.   The document says:   02:25:44
14  Third, to the Secretary of   02:25:46
15  Treasury, the remaining amount of Non-Rum COR   02:26:00
16  included in such Cover Over Payment.   02:26:06
17  Q.   Okay.  And then what about 4?   02:26:11
18  A.   The document says:   02:26:14
19  Fourth, to the Secretary of   02:26:14
20  Treasury, the remaining amount of other rum   02:26:22
21  Cover Over or COR included in such Cover Over   02:26:25
22  Payment.   02:26:28
23  Q.   Okay.  Do you know whether the   02:26:30
24  Commonwealth accounts for each of these buckets   02:26:32
25  of rum tax revenues differently when it   02:26:36

---

**385**

1  receives them from Citi?   02:26:39
2  A.   I'm not certain if there's   02:26:52
3  different accounting treatment for the rum   02:26:54
4  revenues in excess of the first 117 million.   02:26:59
5  Q.   Do you know if the 5 million to   02:27:03
6  the credit of the S&T Trust if -- sorry -- is   02:27:06
7  credited to the General Fund?   02:27:11
8  A.   I'm not positive off the top of my   02:27:20
9  head if that is the case.   02:27:23
10  Q.   What would you do to find out   02:27:23
11  whether the transfers in (a), (b), (c) and (d)   02:27:28
12  of Section 5 of Exhibit 28 are accounted for   02:27:34
13  differently on the internal accounting records   02:27:38
14  of the Commonwealth?   02:27:41
15  A.   Apologies, I'm just thinking here.   02:28:07
16  Would you mind repeating the question?   02:28:10
17  Q.   Yeah.  My question is:   02:28:11
18  What would you do to determine   02:28:13
19  whether the transfers in Section 5(a), (b), (c)   02:28:14
20  and (d) of Exhibit 28 are accounted for   02:28:18
21  differently on the internal accounting records   02:28:43
22  of the Commonwealth?   02:28:43
23  A.   I would -- first, I would discuss   02:28:43
24  with -- with Treasury and review the transfers   02:28:45
25  into -- review the, you know, transfers letters   02:28:53

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                April 23, 2020

42 (Pages 386 to 389)

---

**386**

1    or vouchers that show transfer into the TSA.
2        Q.    Do you know whether when Citi
3    makes transfers under this lockbox agreement it
4    specifically identifies whether the
5    transfer -- sorry -- which bucket the
6    transfer -- let me start over.
7        Do you know whether Citi, when it
8    makes transfers under the lockbox agreement,
9    specifically identifies which bucket the moneys
10   fall under?
11       A.    Would you repeat that question,
12   please?
13       Q.    Yeah.  Do you know whether Citi,
14   when it makes transfers under the lockbox
15   agreement, specifically identifies which bucket
16   the moneys fall under?
17       A.    I'm not positive.  I would have to
18   double-check on that.
19       Q.    Okay.  Do you know what it means
20   for a deposit to be to the credit of the S&T
21   Trust?
22       A.    I'm not sure what is intended by
23   that exact phrasing there.
24       Q.    Do you know whether there is a
25   Fund that corresponds to the S&T Trust?

---

**388**

1    BY MS. MILLER:
2        Q.    Okay.  Just, for example, (a) and
3    (b), it would have been more simple to just
4    make a single transfer to the Secretary of the
5    Treasury for 122 million, wouldn't it?
6        MS. McKEEN:  Objection.
7        THE WITNESS:  I can't say what
8    would have been easier or not.
9    BY MS. MILLER:
10       Q.    Is there any reason you can think
11   of why in a Flow of Funds the first 117 million
12   being transferred to the Secretary -- to the
13   Secretary of the Treasury for the credit of
14   PRIFA was broken out from the next $5 million
15   that were being transferred to the Secretary of
16   the Treasury for deposit to the credit of the
17   S&T Trust?
18       MS. McKEEN:  Objection.
19       THE WITNESS:  Would you please
20   repeat the question?
21   BY MS. MILLER:
22       Q.    Is there any reason you can think
23   of for why in the Flow of Funds the first
24   117 million being transferred to the Secretary
25   of Treasury for the credit of PRIFA was broken

---

**387**

1        A.    I do not know whether there is a
2    separate Fund number within the PRIFA system
3    that identifies S&T Trust money.
4        Q.    Would you expect the Commonwealth
5    to account differently for moneys deposited to
6    the credit of the S&T Trust from moneys
7    deposited to the credit of PRIFA?
8        UNIDENTIFIED SPEAKER:  Objection.
9        THE WITNESS:  I mean, nothing --
10   I'm not sure how S&T would account for those
11   differently from one another.
12   BY MS. MILLER:
13       Q.    Okay.  Do you know why the
14   Commonwealth asks Citi to separately break out
15   amounts that were going to the Treasury for
16   deposit of the credit into different entities?
17       MS. McKEEN:  Objection.
18       THE WITNESS:  I do not know why
19   Citibank does that.
20   BY MS. MILLER:
21       Q.    My question was why does the
22   Commonwealth ask them to do it.
23       MS. McKEEN:  Objection.
24       THE WITNESS:  I don't know why the
25   Commonwealth would have asked them to do that.

---

**389**

1    out from the next 5 million that were being
2    transferred to the Secretary of Treasury for
3    deposit to the credit of the S&T Trust?
4        MS. McKEEN:  Objection.
5        THE WITNESS:  I can't speculate as
6    to why.
7    BY MS. MILLER:
8        Q.    Okay.  All right.  Let's -- I'm
9    going to do one more quick exhibit, Liz, and
10   then I'll take a break.  It shouldn't take more
11   than a minute.
12       MS. MILLER:  Can we mark tab 1302
13   as Exhibit 29?
14       (Monolines Exhibit 29 is
15       introduced for the record.)
16   BY MS. MILLER:
17       Q.    Okay.  Mr. Ahlberg, is this a
18   document that you've seen before or a form of
19   document that you've seen before?
20       A.    Yes.
21       Q.    Okay.  And what is it?
22       A.    It is a lockbox receipt notice.
23       Q.    And can we just look at the second
24   page of this document?
25       Okay.  Mr. Ahlberg, does this

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

43 (Pages 390 to 393)

---

**390**

1  refresh your recollection about whether Citi in
2  fact breaks out into each category the amount
3  of the disbursement?
4      A.    Yes.
5      Q.    Okay.  And so Citi would transfer
6  in the first 117 million of rum excise taxes,
7  specifically identifies the recipient as the
8  Secretary of Treasury for deposit to the credit
9  of PRIFA, correct?
10          UNIDENTIFIED SPEAKER:  Note my
11  objection.
12          MS. MILLER:  What's your
13  objection?
14          UNIDENTIFIED SPEAKER:  You've used
15  the word "identifies" in the present tense, and
16  I think it's unclear as to whether you're
17  asking about this specific example or a course
18  of conduct across all Citi transfers.  That's
19  my objection.
20          MS. MILLER:  Okay.  I appreciate
21  that clarification.
22  BY MS. MILLER:
23      Q.    Mr. Ahlberg, does this refresh
24  your recollection that on August 25, 2017, Citi
25  identifies the recipient of the first

---

**391**

1  117 million as Secretary of Treasury for
2  deposit to the credit of PRIFA?
3      A.    Yes, it does refresh my
4  recollection that Citibank produces a document
5  with this information.
6      Q.    And does it still produce that
7  document today?
8      A.    I believe so.
9      Q.    And it specifically identifies the
10  recipient for the first 117 million as
11  Secretary of Treasury for deposit to the credit
12  of PRIFA, correct?
13      A.    On this document, that is correct.
14      Q.    Do you believe that's changed in
15  any subsequent documents?
16          MS. McKEEN:  Objection.
17          THE WITNESS:  Do not think so.
18  BY MS. MILLER:
19      Q.    And that's distinct from the
20  Secretary of Treasury for deposit to the credit
21  of the S&T Trust, correct?
22      A.    Different in that it is shown
23  separately on the Citibank-produced document,
24  yes.
25          MS. MILLER:  Okay.  This is a good

---

**392**

1  time for a break.
2          Liz, how long do you want to take?
3          MS. McKEEN:  10.
4          MS. MILLER:  Okay.  Great.
5          MS. McKEEN:  Thank you.
6          MS. MILLER:  Thank you.
7          THE VIDEOGRAPHER:  We are off the
8  record at 2:39 p.m.
9          (Recess taken.)
10          THE VIDEOGRAPHER:  We are back on
11  the record at 2:54 p.m.
12  BY MS. MILLER:
13      Q.    Okay.  I want to go back to
14  Exhibit 24, and I want to look at the next
15  page, which is the Flow of Funds from July 2015
16  to March 2016.  Do you see that?
17      A.    No.
18      Q.    Me neither.  There we go.
19          Now do you see it?
20      A.    Yes.
21      Q.    Okay.  And just looking at this
22  chart, based on what you've already said, you
23  were able to identify -- well, let me ask the
24  first question.
25          The first $117 million of rum

---

**393**

1  excise taxes flowed, according to this chart,
2  from this U.S. Treasury to the Citibank
3  account.  And is that the lockbox account?
4      A.    Yes.
5      Q.    Okay.  And is it your
6  understanding that that is an account of the
7  Secretary of the Treasury?
8      A.    The Citibank account?
9      Q.    The Citibank account, yeah.
10      A.    I'm not -- I'm not certain there.
11      Q.    Okay.  Well, it's denoted in dark
12  gray.  What does dark gray mean?
13      A.    In this case, it indicates that
14  it's not a Commonwealth account.
15      Q.    So your testimony, as the
16  corporate representative of the Commonwealth,
17  is that the Citibank 9028 account is not a
18  Commonwealth account?
19      A.    I'm not certain whether that's
20  called a Commonwealth account or not a
21  Commonwealth account.  The dark gray is meant
22  to distinguish it from the TSA operational
23  accounts as well as the other Commonwealth
24  account 6048.
25      Q.    Okay.  Why were you distinguishing

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

44 (Pages 394 to 397)

---

**394**

1  this account?
2       A.   I mean, it's a separate bank
3  account. The dark gray is done to -- to help
4  the reader know that that account is separate
5  from the TSA 0006 or Account 6048.
6       Q.   What is Account 6048?
7       A.   It's a separate account at
8  Treasury.
9       Q.   And what's it used for?
10      A.   It's -- I believe it's an account
11  that's actually no longer used.
12      Q.   During the period July 2015 to
13  March 2016, what was that account used for?
14      A.   In this case, it received a
15  transfer of -- from 0006 and -- more than one
16  transfer, potentially many transfers.
17      Q.   Okay. And the 6048 account is
18  designated as a comingled account. Do you see
19  that?
20      A.   Yes.
21      Q.   What other moneys are deposited
22  into the 6048 account or what other
23  deposit -- what other moneys were deposited
24  into the 6048 account during the period
25  July 2015 to March 2016?

---

**395**

1       A.   I can't recall off the top of my
2  head what other moneys were included in that
3  transfer or those transfers.
4       Q.   Do you know whether HTA taxes were
5  loaded to the 6048 account?
6       A.   I can't recall off the top of my
7  head without looking at the HTA Flow of Funds
8  presentation document.
9       Q.   Okay. Do you know whether CCDA
10  moneys were flowed into the 6048 account during
11  this period?
12      A.   I can't recall which moneys
13  besides rum taxes off the top of my head were
14  transferred to this account.
15      Q.   Do you have an understanding of
16  why the money was flowed from the 006 account
17  into the 6048 account and then back into the
18  006 account?
19      A.   It's a function of internal cash
20  management at the time of the Department of
21  Treasury.
22      Q.   Okay. Do you know whether
23  60 -- the 6048 account was designated a
24  clawback revenue account?
25      A.   I'm not part of the -- the name or

---

**396**

1  colloquial name of that account.
2       Q.   Does that ring a bell, that the
3  6048 account was used during this period to
4  hold clawback moneys from HTA, CCDA, and PRIFA?
5       A.   It certainly received transfers of
6  funds that either previously or ultimately were
7  used for those purposes.
8       Q.   What purposes do you mean when you
9  say "those purposes"?
10      A.   In this -- in this specific case,
11  being an accountant, the Flow of Funds during
12  the time in which -- that service payments were
13  being made.
14           THE REPORTER: I'm sorry. During
15  the time in which?
16           BY MS. MILLER:
17      Q.   I didn't get any of that, so...
18      A.   I heard a couple people there.
19      Q.   I think the court reporter asked
20  you to finish your answer. She didn't catch
21  the end of it.
22      A.   Okay, sorry. Would you mind
23  repeating the question?
24      Q.   I've lost track of it.
25           MS. MILLER: Madam Court Reporter,

---

**397**

1  would you mind reading back the last question?
2           (Record read as requested.)
3           "What do you mean when you say
4  'those purposes'?"
5           MS. MILLER: We need to go back
6  one more question.
7           (Record read as requested.)
8           Question: "Does that ring a
9           bell, that the 6048 account
10          was used during this period to
11          hold clawback moneys from HTA,
12          CCDA, and PRIFA?
13          Answer: It certainly received
14          transfers of funds that either
15          previously or ultimately were
16          used for those purposes.
17          Question: What purposes do
18          you mean when you say "those
19          purposes"?
20          THE WITNESS: Those purposes,
21  meaning to receive bank flows of revenues, you
22  know, that could be rum tax revenues or the
23  other revenues that you referenced.
24          BY MS. MILLER:
25      Q.   Did the 6048 account receive any

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

45 (Pages 398 to 401)

---

**398**

1   moneys other than clawback money during this    03:03:13
2   period?    03:03:19
3       A.    I'm not certain what you're    03:03:25
4   referring to as clawback money.    03:03:26
5       Q.    Okay. Have you ever heard the    03:03:29
6   term "clawback money"?    03:03:31
7       A.    I have heard the term "clawback    03:03:32
8   money."    03:03:35
9       Q.    And what do you understand it to    03:03:35
10   mean?    03:03:36
11       A.    Meaning funds that either were or    03:03:43
12   are retained at the Commonwealth -- by the    03:03:46
13   Commonwealth.    03:03:55
14       Q.    And when you say money, do you    03:03:55
15   specifically mean moneys that are allocated to    03:03:57
16   either PRIFA, HTA or CCDA that are currently    03:04:05
17   being retained by the Commonwealth, correct?    03:04:05
18       MS. McKEEN: Objection.    03:04:08
19       THE WITNESS: Well, I disagree    03:04:09
20   with the characterization that they're    03:04:11
21   allocated to those entities.    03:04:13
22   BY MS. MILLER:    03:04:14
23       Q.    Well, you don't mean all moneys    03:04:14
24   that are held by the Commonwealth, do you? So    03:04:16
25   define what you mean, please.    03:04:18

---

**399**

1       A.    Moneys that either previously or    03:04:26
2   continue to flow for debt service.    03:04:31
3       Q.    Well, not all debt service money    03:04:38
4   went to the 6048 account, did it? So I don't    03:04:40
5   think that's what you mean by defining clawback    03:04:44
6   money. Can you tell me what you actually mean    03:04:46
7   when you use the term "clawback money"?    03:04:50
8       MS. McKEEN: Objection.    03:04:53
9   BY MS. MILLER:    03:04:53
10       Q.    Mr. Ahlberg, what do you    03:04:55
11   understand the term "clawback money" to mean?    03:04:56
12       A.    I understand the term to refer to    03:05:05
13   revenues that either were or are retained by    03:05:05
14   the Commonwealth.    03:05:11
15       Q.    Any money or a specific set of    03:05:18
16   money?    03:05:19
17       A.    When I think about -- yeah,    03:05:27
18   there's specific -- yes, specific moneys.    03:05:36
19       Q.    And what specific money?    03:05:37
20       A.    I mean, again, I can't recall off    03:05:49
21   the top of my head all other, other than the    03:05:49
22   context of rum in the context of looking at    03:05:50
23   this document in the account 6048.    03:05:55
24       Q.    I'm not even asking about Account    03:05:57
25   6048 right now. I'm just asking about your    03:05:58

---

**400**

1   understanding of what "clawback revenues"    03:06:01
2   means.    03:06:04
3       A.    My understanding of "clawback    03:06:06
4   revenues" is revenues that either were or are    03:06:09
5   retained by the Commonwealth.    03:06:13
6       Q.    Can you give me an example of    03:06:21
7   a -- okay. So let me give you an example.    03:06:23
8       We looked previously at the    03:06:26
9   financial statements and the cash flows, and    03:06:26
10   one category of moneys was federal funds for    03:06:41
11   Medicaid. Do you recall that?    03:06:41
12       A.    I do recall.    03:06:42
13       Q.    Okay. And the Commonwealth    03:06:43
14   received those moneys, correct, in its TSA    03:06:44
15   account?    03:06:47
16       A.    Correct.    03:06:53
17       Q.    During the time that the    03:06:54
18   Commonwealth holds those revenues, are they    03:06:55
19   considered clawback moneys under your    03:06:59
20   definition?    03:07:02
21       A.    I would not consider those    03:07:03
22   clawback moneys.    03:07:05
23       Q.    Okay. So can you suggest or    03:07:07
24   provide me with -- can you provide me with a    03:07:10
25   definition of clawback moneys that would    03:07:13

---

**401**

1   appropriately distinguish what you mean by    03:07:16
2   clawback moneys from, for example, the federal    03:07:19
3   funds?    03:07:24
4       MS. McKEEN: Objection.    03:07:24
5       THE WITNESS: Could you repeat the    03:07:44
6   question?    03:07:45
7   BY MS. MILLER:    03:07:45
8       Q.    Can you give me a definition of    03:07:56
9   clawback moneys that would appropriately    03:07:56
10   distinguish what you mean by clawback moneys    03:08:00
11   for, for example, those federal funds?    03:08:04
12       A.    Okay. So the way I understand    03:08:12
13   the -- generally understand the definition of    03:08:15
14   "clawback revenues" as you've used it is that    03:08:15
15   this refers to moneys that either were or are    03:08:22
16   retained by the Commonwealth. Specifically as    03:08:22
17   it relates to this deposition, I'm referring to    03:08:28
18   rum taxes or HTA allocable revenues, et cetera.    03:08:31
19       Q.    And when you say "et cetera," do    03:08:39
20   you mean CCDA or (indiscernible)?    03:08:45
21       A.    Those would be generally included    03:08:48
22   in the general term of clawback revenues as I    03:08:50
23   understand it.    03:08:53
24       Q.    Okay. And was the 6048 account an    03:08:55
25   account that was specifically used during the    03:08:59

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

46 (Pages 402 to 405)

---

**402**

1    July '15 to March 2016 period to hold clawback    03:09:01
2    moneys from those particular entities?           03:09:06
3        A.   I believe so, yes.                       03:09:15
4        Q.   Do you know whether there are any        03:09:16
5    other moneys that were deposited into the 6048?  03:09:17
6        A.   I don't believe that there were,         03:09:29
7    but I can't recall off the top of my head.       03:09:31
8        Q.   Okay.  Do you know approximately         03:09:33
9    how much money was deposited into Account 6048   03:09:34
10   during this period?                              03:09:40
11       A.   Off the top of my head, I do not,        03:09:45
12   but that's certainly something that we could     03:09:49
13   review and get back to you on.                   03:09:51
14       Q.   And how would you determine that?        03:09:53
15       A.   I would review the internal daily        03:09:55
16   cash flow that I mentioned earlier that          03:10:00
17   Treasury maintains, and in there I would look    03:10:05
18   at transfers from the TSA operational account    03:10:08
19   through this account.                            03:10:14
20       Q.   Okay.  And how were you able to          03:10:16
21   identify the money from the 006 account into     03:10:29
22   the 6048 account -- sorry.                       03:10:29
23           How were you able to identify HTA         03:10:32
24   revenues, for example, flowing from the 006      03:10:35
25   account to the 6048 account?                     03:10:39

---

**403**

1        A.   If the question is in the context        03:10:49
2    of HTA, would you mind putting the HTA           03:10:51
3    presentation for this time period up on the      03:10:54
4    screen?                                          03:10:56
5        Q.   I'm not going to do that.  I'm           03:11:03
6    just going to ask you about the HTA later.       03:11:05
7           I thought you just told me that            03:11:12
8    6048 was used during this time for HTA, PRIFA    03:11:14
9    and CCDA.  Didn't you just tell me that?         03:11:17
10       A.   I believe so, but to answer a            03:11:20
11   specific question about HTA, I thought it would  03:11:25
12   be helpful to have that slide in front of me.    03:11:27
13       Q.   Okay.  Well, how do you know that        03:11:33
14   the moneys were rum taxes when they flowed from  03:11:36
15   the 006 account to the 6048 account?             03:11:40
16       A.   By reviewing the transfer details       03:11:43
17   that corresponded with that transfer.            03:11:47
18       Q.   And what specifically in the            03:11:49
19   transfer details allowed you to identify the     03:11:51
20   moneys as being for the rum taxes or the         03:11:54
21   117 million for the rum taxes?                   03:12:00
22       A.   Without looking at the exact             03:12:04
23   transfer details, I can't -- I can't recall the  03:12:06
24   exact data point on those transfer details that  03:12:07
25   would have indicated who was the transferor of   03:12:11

---

**404**

1    rum funds.                                       03:12:15
2        Q.   Okay.  But you know that there was       03:12:15
3    something specific in the internal accounting    03:12:17
4    documents of the Commonwealth that identified    03:12:19
5    the revenues as from among the first             03:12:20
6    117 million of rum excise taxes, correct?        03:12:27
7        A.   That's correct.                          03:12:35
8        Q.   And is the same true with respect        03:12:36
9    to the transfer from the 006 account to the GO   03:12:36
10   Debt Service?                                    03:12:40
11       A.   That's correct.                          03:12:40
12       Q.   Do you know whether all of the          03:12:48
13   money in the 6048 account was transferred into   03:12:51
14   the 006 account during this period?             03:12:54
15       A.   I believe the entirety of the            03:13:03
16   balances was actually transferred over.  I       03:13:05
17   can't recall if it occurs within the parameters  03:13:08
18   of the time period suggested on the slide or     03:13:10
19   not.                                             03:13:13
20       Q.   So is the time parameter indicated      03:13:17
21   on the slide talking about the starting point    03:13:21
22   of the flow, meaning if the flow of dollars      03:13:24
23   started between July '15 to March 2016, this is  03:13:35
24   how it flowed, that some of these flows may      03:13:35
25   have occurred outside of that period?            03:13:40

---

**405**

1           UNIDENTIFIED SPEAKER:  Objection.         03:13:42
2           THE WITNESS:  None of the flows           03:13:43
3    presented on this page would have occurred       03:13:45
4    outside the period.                              03:13:49
5    BY MS. MILLER:                                   03:13:55
6        Q.   I thought you just told me that          03:13:55
7    some of the money from 6048 may have             03:13:57
8    transferred to 006 outside of this time period.  03:14:03
9        A.   You asked if the entire balance of      03:14:05
10   6048 was transferred to 0006.  Given the nature  03:14:07
11   that it's comingled, I just -- I can't say for   03:14:14
12   certain, looking at this particular diagram,     03:14:16
13   that every single dollar in Account 6048 was     03:14:18
14   transferred to Account 0006 in this time period  03:14:24
15   without reviewing --                             03:14:27
16       Q.   Okay.                                    03:14:27
17       A.   -- internal cash flows, as I             03:14:28
18   mentioned.                                       03:14:30
19       Q.   Okay.  And the moneys flowed from       03:14:30
20   the 006 account to GO Debt Service.  Do you see  03:14:36
21   that?                                            03:14:42
22       A.   I see that.                              03:14:42
23       Q.   Was that an actual GO Debt Service      03:14:42
24   payment out to bondholder?                       03:14:46
25       A.   I'm sorry, what was the question?       03:15:01

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

47 (Pages 406 to 409)

**406**

1  Q.   Does that reflect an actual
2  payment of GO Debt Service to bondholder?
3  A.   Those transfers were made toward
4  the GO Debt Service.  I'm uncertain to -- to
5  the exact accounts, all of the accounts there.
6  Q.   Was it made to third parties?
7  A.   I'm not positive.
8  Q.   So you don't know if it was
9  transferred into a Commonwealth GO Debt Service
10  account but never transferred subsequently to
11  third parties?
12  A.   I can't recall off the top of my
13  head, but I think we provided documents of that
14  transfer.
15  Q.   And what kind of documents do you
16  believe you provided reflecting that transfer
17  or those transfers?
18  A.   I believe we provided transfer --
19  transfer details showing the transfer out of
20  GDB Account 0006 for GO Debt Service.
21  Q.   And you can't recall whether it
22  was to another internal Commonwealth account or
23  to a third party?
24  A.   I can't recall.
25  Q.   Okay.  Do you know approximately

**407**

1  how much money was transferred from the 006
2  account to GO Debt Service during this time
3  period?
4  A.   I can't recall exactly how much
5  that transfer was or those transfers were given
6  the transfer that's comingled with other
7  retained revenues.
8  Q.   Okay.  Do you know whether there
9  were any other moneys remaining in the 006
10  account when that transfer was made?
11  A.   Being the operational account of
12  the Commonwealth and TSA, there would
13  definitely be a balance in that account even
14  after it transferred.
15  Q.   Okay.  And the 006 account, does
16  that refer to a single bank account within the
17  TSA?
18  A.   Yes.
19  Q.   Okay.  And are there other bank
20  accounts within the TSA?
21  A.   Yes.
22  Q.   Do you know whether the other bank
23  accounts in the TSA had any money at the time
24  that the transfers of these retained revenues
25  were made, as reflected in this July '15 to

**408**

1  March '16 period, were made from the 006
2  account, the GO Debt Service account?
3  A.   Without seeing a single account
4  during this time period, I believe that the
5  other TSA account would have had balances
6  during this time period.
7  Q.   Okay.  I'm going to ask you the
8  same question I asked you previously with
9  respect to the prior Flow of Funds.
10  Just looking at this document for
11  the period July '15 to March 2016, it's
12  correct, is it not, that the only account
13  through which the full 117 million of the first
14  rum excise tax revenue flow are the Citibank
15  9028 account and the GDB 006 account, correct?
16  MS. McKEEN:  Object to form.
17  THE WITNESS:  The first
18  117 million would be received into the Citibank
19  lockbox as well as transferred into GDB Account
20  0006.
21  BY MS. MILLER:
22  Q.   Okay.  And then no other account
23  reflected on this chart -- sorry.
24  The full first 117 million of rum
25  excise taxes do not flow through any other

**409**

1  account reflected on this Flow of Funds,
2  correct?
3  A.   There's no other transfer of
4  117 million or -- on this -- on this Flow of
5  Funds.
6  Q.   Okay.  So that's a yes, right?
7  MS. McKEEN:  Objection.
8  THE WITNESS:  The first
9  117 million flows to the Citibank account, and
10  then that 117 million will flow to the GDB
11  account 0006.
12  It is true then that a total of
13  117 million would not flow from GDB Account
14  0006 to 6048 with respect to rum taxes.
15  BY MS. MILLER:
16  Q.   Okay.  I just want to look quickly
17  at the last page in the Flow of Funds, and this
18  reflects the Flow of Funds from April of 2016
19  to the present.  Do you see that?
20  A.   Yes.
21  Q.   Okay.  And here there's a change
22  in the Flow of Funds where the moneys go from
23  the U.S. Treasury to the Citibank account,
24  correct?  And then they go into the Banco
25  Popular 9458 account.  Do you see that?

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                        April 23, 2020

48 (Pages 410 to 413)

---

### Page 410

1    A.    Yes, I see that.                                03:21:37
2    Q.    Okay.  During the April 2016 to               03:21:38
3  the present time period, that has replaced the        03:21:40
4  GDB 006 account as the main operational account       03:21:42
5  of the Commonwealth, correct?                         03:21:46
6    A.    Correct.                                       03:21:52
7    Q.    Okay.  And then we see -- a                    03:21:52
8  million dollars transferring to the PRIFA             03:21:55
9  BPPR 2882 account.  Do you see that?                  03:21:59
10   A.    Yes.                                           03:22:05
11   And has that account replaced the                    03:22:05
12 GDB 0704 account as the primary PRIFA operating       03:22:08
13 account?                                               03:22:14
14   A.    Would you mind giving me control               03:22:16
15 of the document, please?                               03:22:18
16   Q.    Sure.                                          03:22:20
17   A.    Thank you.                                     03:22:39
18   That's correct.                                      03:22:49
19   Q.    Okay.  And the Flow of Funds                   03:22:51
20 stopped here with the Banco Popular 9045              03:22:54
21 account and the Banco Popular 2882 account; is        03:23:02
22 that right?                                            03:23:02
23   A.    Correct.                                       03:23:12
24   Q.    Are there any outflows of rum                  03:23:12
25 excise taxes out of the BPPR 9458 account?            03:23:14

### Page 411

1    A.    Besides the $1 million discrete               03:23:31
2  transfer, as documented on this presentation,         03:23:34
3  there would have been no transfers out of the         03:23:49
4  TSA operational account for which revenue             03:23:49
5  source was rum tax revenues.                           03:23:54
6    Q.    Is that because the rum tax                    03:24:00
7  revenues don't fit in the operational account?        03:24:02
8    A.    It's not possible to know that.               03:24:24
9    Q.    And why not?                                   03:24:24
10   A.    Because the TSA is a collection of             03:24:25
11 bank accounts that transfer between one                03:24:35
12 another.                                               03:24:37
13   Q.    Okay.  So you think the rum excise             03:24:41
14 taxes are sitting somewhere in the TSA but not        03:24:44
15 necessarily in the 9458 account.  Is that what        03:24:45
16 you're saying?                                         03:24:48
17   UNIDENTIFIED SPEAKER:  Objection.                     03:24:52
18   THE WITNESS:  Once the cash is                        03:24:55
19 in -- once the proceeds from rum revenue is            03:24:57
20 deposited to the TSA, those dollars -- that           03:25:02
21 cash is indistinguishable from other dollars          03:25:05
22 and cash within the TSA account.                       03:25:07
23 BY MS. MILLER:                                         03:25:07
24   Q.    Okay.  I know that.  But on the                03:25:10
25 previous chart, we saw the rum tax revenues           03:25:11

### Page 412

1  being deposited in the 006 account, which is          03:25:15
2  the equivalent account to the current BPPR 9458       03:25:18
3  account, right?  And we were able to identify         03:25:22
4  outflows as a revenue source of rum excise            03:25:28
5  taxes.  Do you recall doing that exercise on          03:25:30
6  the prior two terms?                                   03:25:35
7    A.    Yes.                                           03:25:35
8    Q.    Okay.  So my question is:                      03:25:36
9    Why could you not do that exercise                   03:25:39
10 for the April '16 to present period?                   03:25:42
11   A.    Maybe I'm not understanding the                03:25:52
12 exercise that you're referring to.  Could you         03:25:58
13 please repeat that?                                    03:26:00
14   Q.    I'm going to ask a different                    03:26:01
15 question.                                              03:26:02
16   Is your understanding that the                        03:26:02
17 rum excise taxes collected between April 2016         03:26:04
18 and the present still remain in the TSA?              03:26:08
19   MS. McKEEN:  Objection.                              03:26:17
20   THE WITNESS:  It's true that                          03:26:19
21 revenue earned from rum taxes from April 2016         03:26:19
22 to present were transferred into the TSA             03:26:24
23 account.                                               03:26:28
24 BY MS. MILLER:                                         03:26:29
25   Q.    Have you seen any evidence of an               03:26:29

### Page 413

1  outflow from the TSA of rum tax revenue?              03:26:31
2    A.    Besides the $1 million discrete               03:26:42
3  transfer noted on the slide, I've seen no             03:26:46
4  transfers out of the TSA.  The fund source,           03:26:51
5  revenue source was rum tax revenues.                   03:26:54
6    Q.    Okay.  And in the prior period                 03:26:55
7  that we looked at, so the entire period from          03:26:57
8  January 2014 to March 2016, you were able to         03:27:01
9  identify outflows of rum tax revenues from the       03:27:07
10 General Fund, correct?                                 03:27:11
11   Sorry.  Let me restate that.                         03:27:13
12   For the period January 2014                           03:27:17
13 through March 2016, when rum taxes flowed out        03:27:19
14 of the Commonwealth's main operational account,       03:27:25
15 you were able to identify that, correct?             03:27:27
16   A.    No.  We were able to identify                  03:27:32
17 transfers from the operational account whose         03:27:34
18 fund source was rum tax revenue.                       03:27:41
19   Q.    Okay.  So for the period                       03:27:46
20 January 2014 through March 2016, you were able        03:27:49
21 to identify transfers from the operational           03:27:52
22 account whose fund source was rum tax revenue;        03:27:54
23 is that correct?                                       03:27:57
24   A.    That is correct.                               03:28:04
25   Q.    Okay.  And you were not able to                03:28:04

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

49 (Pages 414 to 417)

---

**414**

1  identify any outflow with the fund source of          03:28:09
2  rum tax revenues during the period April 2016         03:28:12
3  to the present; is that correct?                       03:28:26
4      A.   It's not that we were unable to.              03:28:29
5  It's that we did not identify anything as such.        03:28:33
6      Q.   Okay.  So to the best of your                 03:28:37
7  knowledge, there were no outflows from the TSA         03:28:45
8  with a revenue source of rum excise taxes,             03:28:51
9  correct?                                                03:28:51
10         UNIDENTIFIED SPEAKER:  Objection.              03:28:58
11  BY MS. MILLER:                                         03:28:58
12     Q.   Sorry.  During this period, from              03:28:58
13  April -- let me just restate it so we have a          03:29:00
14  clean question.                                        03:29:02
15         To the best of your knowledge,                 03:29:03
16  there were no outflows from April 2016 to the         03:29:05
17  present from the TSA with a revenue source of         03:29:09
18  the rum excise taxes, correct?                         03:29:14
19     A.   With the exception of the                     03:29:22
20  $1 million listed on this presentation                03:29:23
21  document, that is correct.                             03:29:26
22     Q.   Thank you.                                     03:29:31
23         I'm going to switch to talking                 03:29:31
24  about CCDA.                                             03:29:46
25         Now, I mentioned it earlier,                   03:29:48

**416**

1      Q.   Okay.  And what work did                      03:30:59
2  you -- have you done with respect to the               03:31:03
3  Tourism Company?                                        03:31:05
4      A.   Generally cash flow reporting and             03:31:11
5  cash flow workout scenes.                               03:31:25
6      Q.   How long have you been doing work             03:31:26
7  related to the Tourism Company?                         03:31:31
8      A.   It's hard to say specifically.                03:31:40
9          My work with the Commonwealth                  03:31:41
10  overlaps with various instrumentalities since I       03:31:43
11  began work at the Commonwealth.                        03:31:46
12     Q.   Did you similarly put together the            03:32:04
13  Flow of Funds for CCDA?                                03:32:10
14     A.   For tourism?  Yes.                             03:32:17
15     Q.   Okay.  And who at CCDA did you                03:32:20
16  work with?                                              03:32:27
17         UNIDENTIFIED SPEAKER:  Objection.              03:32:27
18  BY MS. MILLER:                                         03:32:27
19     Q.   All right.  Who, if anybody, did             03:32:30
20  you speak to at CCDA?                                   03:32:33
21     A.   We worked with individuals                    03:32:35
22  employed by the Tourism Company.                       03:32:37
23     Q.   And why did you speak with people            03:32:43
24  employed by the Tourism Company rather than           03:32:44
25  CCDA?                                                   03:32:47

---

**415**

1  Mr. Ahlberg.  Do you have an understanding that        03:29:50
2  when I say "CCDA" -- do you have an                     03:29:53
3  understanding of what I mean when I say "CCDA"?        03:29:55
4      A.   Would you please clarify for me?             03:30:03
5      Q.   Sure.  I think it's the Convention            03:30:06
6  Center Development Authority.                            03:30:11
7      A.   Oh, okay.                                     03:30:15
8      Q.   And when I say "Tourism Company,"            03:30:15
9  do you know what I mean?                                03:30:19
10     A.   Yes.                                          03:30:21
11     Q.   Okay.  Do you have any -- have you           03:30:21
12  had any involvement in -- sorry.  Let me              03:30:24
13  restate it.                                            03:30:31
14         So when I say "CCDA," I mean the               03:30:32
15  Convention Center District Authority.  Do you         03:30:34
16  understand that?                                        03:30:37
17     A.   Yes.                                          03:30:38
18     Q.   When I say -- sorry, not when I               03:30:38
19  say.                                                   03:30:43
20         Have you had any involvement with             03:30:43
21  CCDA in your -- the ordinary course of your          03:30:45
22  work for AAFAF?                                         03:30:49
23     A.   No.                                           03:30:53
24     Q.   What about the Tourism Company?              03:30:54
25     A.   Yes.                                          03:30:59

**417**

1      A.   Because putting together the Flow            03:32:50
2  of Funds, the Tourism Company individuals and         03:32:53
3  management team were the ones with the                03:32:55
4  requisite knowledge to help develop an accurate      03:32:59
5  Flow of Funds.                                          03:33:03
6      Q.   Did you speak to anybody at                   03:33:04
7  Treasury about putting together a CCDA Flow of        03:33:05
8  Funds?                                                  03:33:12
9      A.   I spoke with Treasury about                   03:33:12
10  putting together a Flow of Funds for the             03:33:17
11  Tourism Company.                                        03:33:19
12     Q.   And who did you speak to at                   03:33:19
13  Treasury?                                              03:33:21
14     A.   Off the top of my head, I can                03:33:26
15  recall Jeira Belén and Hector Gomez.                  03:33:28
16     Q.   And what did they tell you -- or             03:33:34
17  what did you talk to them about specifically         03:33:35
18  with respect to the Tourism Flow of Funds?           03:33:38
19     A.   I think it depends on the                     03:33:46
20  conversation, that generally our conversations      03:33:47
21  were focused on aligning with the accuracy as       03:33:49
22  presented in the Flow of Funds presentation.        03:33:53
23     Q.   What do you mean by "aligning with          03:34:01
24  the accuracy as presented in the Flow of Funds      03:34:02
25  presentation"?  I don't understand that.            03:34:06

---

Henderson Legal Services, Inc.

202-220-4158                            www.hendersonlegalservices.com

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

50 (Pages 418 to 421)

---

**418**

1    A.    I just mean collective review and
2  collaboration that the Flow of Funds
3  presentation is correct.
4    Q.    Did Treasury have any specific
5  information about the revenue stream or the
6  flow of the revenue?
7    A.    I can't recall specifically if I
8  obtained revenue information from Treasury.
9    MS. MILLER:  Okay.  Okay.  So I'd
10  like to mark as the next exhibit tab 2001,
11  please.
12    (Monolines Exhibit 30 is
13    introduced for the record.)
14  BY MS. MILLER:
15    Q.    Mr. Ahlberg, in connection with
16  preparing the Flow of Funds, did you review the
17  assignment and coordination agreement between
18  the Tourism Company and the GDB?
19    A.    I personally did not review that
20  specific document.
21    Q.    Are you aware if such a document
22  exists?
23    A.    I have heard others refer to that
24  document.
25    Q.    Okay.  And in what context have

---

**419**

1  you heard others refer to the document?
2    A.    I can't recall specifically.  I
3  just know in general, I'm familiar with -- with
4  the term or the name of the document.
5    Q.    So you've heard of it, you
6  just don't remember specifically where.
7    A.    Correct.
8    Q.    Okay.  So you have in front of you
9  a document that's been marked as Monolines
10  Exhibit 30.  It is the Assignment and
11  Coordination Agreement between -- by and
12  between the Tourism Company and the GDB.  Do
13  you see that?
14    A.    I see that.
15    Q.    Okay.  And I'd like you to look
16  specifically at Section 1, which is right there
17  on the first page, and it says:
18    The Tourism Company hereby creates
19  a Special Fund called the Assignment and
20  Coordination Agreement ("Holding Fund"),
21  ("Holding Fund").  All hotel occupancy tax
22  revenues will be deposited, as collected, into
23  the Holding Fund.
24    Have you ever heard of the Holding
25  Fund?

---

**420**

1    A.    I'm not aware of a specific
2  Holding Fund.
3    Q.    Have you ever heard that term used
4  in connection with CCDA or the Tourism Company?
5    A.    I may have heard the term, but I
6  am not generally familiar with it.
7    Q.    Do you know whether there's an
8  accounting designation in the Commonwealth or
9  Tourism Company account that correspond to a
10  Holding Fund?
11    A.    I'm not positive about an
12  accounting designation of a specific Holding
13  Fund.
14    Q.    Okay.  Are you thinking of a
15  different accounting designation that relates
16  to hotel occupancy taxes?
17    A.    I'm not certain, just not being
18  familiar with the Holding Fund terminology.
19    Q.    And my question was:
20    Are you aware of any accounting
21  designations that relate to the hotel occupancy
22  taxes?
23    A.    I'm not certain of accounting
24  designations.
25    Q.    And here it says that the moneys

---

**421**

1  will be deposited as collected into the Holding
2  Fund.  Do you see that?
3    A.    I do see that.
4    Q.    And what does that mean to you?
5    A.    It means that all hotel occupancy
6  tax revenues will be deposited as collected
7  into the Holding Fund.
8    Q.    And what does it mean to be
9  deposited into a Fund?
10    A.    Generally it -- I mean, it depends
11  on how they're using the word "Fund" here, but,
12  generally, it would mean cash deposits into
13  whatever this concept of -- of Fund definitions
14  are used.
15    Q.    Does that make sense to you?
16    A.    Does what make sense to me?
17    Q.    The idea of a cash deposit into a
18  Fund.
19    A.    It makes sense that there would be
20  cash deposits into a bank account.
21    Q.    What about into the Fund?
22    A.    I don't know.  It depends on
23  what's meant by "Fund."
24    Q.    Okay.  Well, what do you think is
25  meant by "Fund" here?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II
April 23, 2020

51 (Pages 422 to 425)

**422**

1   UNIDENTIFIED SPEAKER:  Objection.
2   BY MS. MILLER:
3   Q.   Do you have an understanding of
4   how the Commonwealth uses the word "Fund"?
5   UNIDENTIFIED SPEAKER:  Objection.
6   THE WITNESS:  The Commonwealth
7   uses the word "Fund" in various ways, and often
8   very loosely, and the way that I think about
9   Fund is about Funds numbered specifically
10  within the PRIFA system.
11  BY MS. MILLER:
12  Q.   Okay.  Section 2 says that:
13       The holding Fund shall contain two
14  accounts identified as the Transfer Account and
15  the Surplus Account.  Do you see that?
16  A.   I see that.
17  Q.   Have you ever heard of the
18  transfer account before?
19  A.   Yes.
20  Q.   And have you ever heard of the
21  surplus account before?
22  A.   Yes.
23  Q.   Okay.  Do you have an
24  understanding of what revenues are assumed to
25  be deposited into the transfer account?

**423**

1   A.   Yes.
2   Q.   Okay.  And what moneys are those?
3   A.   In general, all hotel occupancy
4   taxes would eventually be transferred to the
5   transfer account.
6   Q.   Okay.  Your testimony -- sorry, I
7   forgot to ask.
8       Are you also testifying as the
9   corporate representative for the Tourism
10  Company today?
11  A.   Yes.
12  Q.   And you've also been designated as
13  the corporate representative for CCDA; is that
14  correct?
15  A.   No.
16  Q.   Okay.  You're not the corporate
17  representative for CCDA?
18  A.   No.
19  MS. MILLER:  Okay.  We don't get a
20  corporate representative for CCDA, Liz?
21  MS. McKEEN:  You haven't noticed
22  one.
23  MS. MILLER:  Okay.
24  BY MS. MILLER:
25  Q.   Okay.  So is the Tourism's

**424**

1   testimony that all hotel occupancy taxes have
2   to flow through the transfer account, is that
3   what I just heard you say?
4   A.   It is not my testimony that all
5   hotel occupancy taxes have to flow through the
6   transfer account.  It is my testimony that in
7   practice, in fact, depending on the time period
8   in question, that all -- all hotel occupancy
9   taxes would pass through the transfer account.
10  BY MS. MILLER:
11  Q.   Okay.  So when I asked you if you
12  have an understanding of what revenues are
13  required to be deposited into the transfer
14  account, you weren't answering that question,
15  you were answering a different question when
16  you said all hotel occupancy taxes would
17  eventually be transferred to the transfer
18  account?  So it's just a statement not
19  responsive to my question?
20  UNIDENTIFIED SPEAKER:  Objection.
21  THE WITNESS:  I think I lost the
22  factual question that you're actually asking.
23  Would you mind --
24  BY MS. MILLER:
25  Q.   Okay.  Let me just ask -- let me

**425**

1   just ask you my same question again.
2       Do you have an understanding of
3   what revenues are required to be deposited into
4   the transfer account?
5   A.   I'm not an attorney.  I don't know
6   what revenues are required to be transferred
7   into that account, but I can tell you,
8   depending on the time period, what revenues did
9   or did not pass through that account.
10  Q.   Okay.  So are lawyers the only
11  people who have to take into account and
12  consider what moneys have to flow into what
13  account?
14  UNIDENTIFIED SPEAKER:  Objection.
15  THE WITNESS:  I don't know.  But
16  there -- attorneys would certainly provide the
17  context for whether there was a requirement or
18  not a requirement to do so based on the law.
19  BY MS. MILLER:
20  Q.   Okay.  Well, what about
21  accountants, do they look at documents like
22  this to determine Flow of Funds and any
23  conditions or restrictions related to various
24  moneys?
25  A.   I can't speculate on what general

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

52 (Pages 426 to 429)

---

**426**

1  accountants might view or not view.
2      Q.   Okay.  Well, in any of your
3  five-plus accounting courses that you took in
4  college, did any of them consider the need in
5  reviewing accounting materials to consider
6  legal, contractual or other restrictions or
7  requirements associated with various funds?
8          UNIDENTIFIED SPEAKER:  Objection.
9          THE WITNESS:  I can't recall if
10  there's a specific section like that in one of
11  the classes I took in college.
12  BY MS. MILLER:
13      Q.   I'm not asking for a specific
14  section.  I'm just asking if that concept ever
15  came up.
16          MS. McKEEN:  Objection.
17          THE WITNESS:  I can't recall if
18  that context specifically came up in class or
19  not.
20  BY MS. MILLER:
21      Q.   Would operational people within
22  Treasury have to know what moneys are required
23  to flow into what account?
24          MS. McKEEN:  Objection.
25          THE WITNESS:  People at Treasury

---

**427**

1  would be knowledgeable about different bank
2  accounts and transfer between bank accounts.
3  BY MS. MILLER:
4      Q.   And the basis for those transfers,
5  correct?
6      A.   Potentially.  I can't say whether
7  one person at Treasury does or does not know
8  the basis for executing their operational job
9  functions.
10      Q.   Okay.  But they need to know what
11  the requirements are in order to execute and
12  direct money to appropriate people, right?
13          There are operational people in
14  whatever the relevant entity is, whether it's
15  the Commonwealth or whether it's Tourism
16  Company, correct?
17      A.   Certainly there are people who
18  review that information to know how to execute
19  transfers.
20      Q.   Okay.  And among those people are
21  the people who you've referred to multiple
22  times both today and on Tuesday as "we,"
23  referring to the Treasury, correct?
24      A.   Correct.
25

---

**428**

1          UNIDENTIFIED SPEAKER:  Objection.
2  BY MS. MILLER:
3      Q.   Okay.  So I'm asking you not as a
4  lawyer but from an operational perspective, do
5  you have an understanding of what moneys under
6  the assignment and coordination agreement are
7  supposed to flow through the transfer account?
8          MS. McKEEN:  Objection.
9          THE WITNESS:  I'm not certain what
10  this document would require or not require, but
11  I can't tell you or answer questions about in
12  practice and actuality what happened and where
13  funds would flow.
14  BY MS. MILLER:
15      Q.   Well, so let me ask you about that
16  in practice and then reality.
17          Have you seen any documents that
18  specifically identify any bank account that
19  you've included on your Flow of Funds as the
20  transfer account?
21      A.   Yes.
22      Q.   Okay.  What document?
23      A.   I believe I misunderstood your
24  question and answered -- answered a question
25  that you did not ask.

---

**429**

1      Q.   Okay.  So let me ask my question
2  again.
3          Have you seen any document in all
4  of the work that you've done in putting
5  together the Tourism Company Flow of Funds that
6  specifically identifies any bank account
7  reflected on your Flow of Funds as the transfer
8  account?
9      A.   I can't recall personally
10  reviewing a document that identified a specific
11  account as the transfer account, but through
12  the collaborative process and work with
13  Treasury and the team that was pulling
14  documents for discovery, I'm confident that I
15  can identify the transfer account on the Flow
16  of Funds presentation.
17      Q.   Okay.  I'd like to know if you or
18  anybody you've worked with has either seen or
19  told you that there exists a document that
20  identifies a particular bank account as the
21  transfer account.
22      A.   I can't recall a specific document
23  that somebody referenced, but I do know which
24  account is referred to as the transfer account.
25      Q.   Okay.  I don't want to know your

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

53 (Pages 430 to 433)

### 430

1   guesswork about what you've decided is the
2   transfer account.  I want to know if there's
3   any evidence that whatever account you're going
4   to tell me is the transfer account is actually
5   the transfer account.
6         MS. McKEEN:  Objection,
7   argumentative.
8         THE WITNESS:  I can't tell you a
9   specific document that I've personally reviewed
10  but that through our team's process and work,
11  I'm confident that I can identify the transfer
12  account in the Flow of Funds.
13  BY MS. MILLER:
14        Q.    Okay.  So I've looked through the
15  documents that you've produced, and I can tell
16  you that there is not a single document that
17  identifies any account on your Flow of Funds as
18  the transfer account.
19        Do you have any reason to believe
20  that that is not in fact the case?
21        MS. McKEEN:  Objection.
22  BY MS. MILLER:
23        Q.    So, actually, now I am asking you
24  about what I know.
25        So I'm going to make the

### 431

1   representation that I've reviewed it, and there
2   are no documents that were produced that
3   identify any account as the transfer account.
4         So my question to you is:
5         Do you believe that there is a
6   document to the contrary that specifically
7   identifies a bank account as the transfer
8   account?
9         MS. McKEEN:  Objection.
10  BY MS. MILLER:
11        Q.    Not that you can think of off the
12  top of your head, not that you've personally
13  seen that exists in the universe.
14        As the corporate representative of
15  the Tourism Company and the Commonwealth, is
16  there a document that exists that identifies a
17  specific bank account as the transfer account?
18        MS. McKEEN:  Objection.
19        THE WITNESS:  I have not seen an
20  individual document that identifies the account
21  as the transfer account, but did enough work in
22  collaboration with the team to satisfy myself
23  that I can accurately identify a transfer
24  account, bank account on the Flow of Funds
25  presentation.

### 432

1         MS. MILLER:  Okay.  I'm going to
2   move to strike as nonresponsive.
3   BY MS. MILLER:
4         Q.    Has anyone on your team told you
5   that they have seen a document that identifies
6   a bank account as the transfer account?
7         A.    I don't recall a specific
8   conversation where somebody specifically
9   referenced a bank account as the reason that
10  they knew that that was the transfer account.
11        Q.    When you say "a bank account," do
12  you mean a document?
13        A.    I meant bank statement.  Thank
14  you.
15        Q.    Do you expect that if there was
16  such a document, it would have been produced?
17        A.    I can't speculate one way or the
18  other.
19        MS. MILLER:  Okay.  Well, I'm
20  going to call for the production of any such
21  documents that the Commonwealth intends to rely
22  on as evidence that the account that you're
23  going to tell me is the transfer account is in
24  fact the transfer account.
25

### 433

1   BY MS. MILLER:
2         Q.    Okay.  Looking at Section 4, which
3   is on the next page of Monolines Exhibit 30,
4   this document provides what it seems like you
5   already know, which is that:
6         All hotel occupancy tax funds
7   received by the Tourism Company shall be
8   deposited into the transfer account until (i)
9   1/10 of the required payment has been met and
10  (ii) any deficiencies in prior payment periods
11  have been met, but in aggregate such amounts
12  shall not exceed the total amount of Required
13  Payment needed in any Fiscal Year.
14        Thereafter, and only when the
15  Transfer Account contains all moneys necessary
16  to pay the Bonds in accordance with the GDB
17  Certificate, the Tourism Company shall deposit
18  any excess funds into the surplus account.
19        Do you see that?
20        A.    Yes.
21        Q.    All right.  So you have an
22  understanding that under this agreement,
23  moneys -- the only moneys that are supposed to
24  flow into the transfer account are those that
25  are pledged to the bondholder, correct?

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

54 (Pages 434 to 437)

---

**434**

1    MS. McKEEN:  Objection.    03:53:33
2    THE WITNESS:  I think you    03:53:52
3  paraphrased this paragraph, and I'm not    03:53:54
4  positive whether I agree or disagree with that    03:53:56
5  paraphrasing.    03:53:59
6  BY MS. MILLER:    03:53:59
7    Q.    Okay.  Well, I'll let you    03:54:00
8  paraphrase it.    03:54:03
9    What's your understanding, based    03:54:04
10  on the paragraph we just looked at, of what    03:54:05
11  moneys are supposed to flow into the transfer    03:54:07
12  account?    03:54:09
13    MS. McKEEN:  Objection.    03:54:10
14    THE WITNESS:  I'm happy to reread    03:54:15
15  the paragraph and sentences that you just read.    03:54:17
16  BY MS. MILLER:    03:54:17
17    Q.    Yeah.  Take as long as you need.    03:54:25
18    A.    Okay.  Thank you.    03:54:36
19    Would you now repeat your    03:54:40
20  question, please?    03:54:41
21    MS. MILLER:  Could the court    03:55:11
22  reporter read it back, please?    03:55:15
23    (Record read as requested.)    03:55:18
24    THE WITNESS:  The document says    03:55:18
25  that:    03:55:20

---

**435**

1    All Hotel Occupancy Tax Funds    03:55:20
2  shall be deposited into the transfer account    03:55:20
3  until 1/10 of the required payments are met.    03:55:24
4  BY MS. MILLER:    03:55:28
5    Q.    And any deficiencies, correct?    03:55:28
6    A.    Correct, that's what the document    03:55:30
7  says.    03:55:32
8    Q.    Okay.  And do you have an    03:55:36
9  understanding of what required payments are?    03:55:37
10    A.    I have an understanding generally    03:55:44
11  of the term "required payments."    03:55:46
12    Q.    Okay.  What's your understanding?    03:55:47
13    A.    I understand the term "required    03:55:49
14  payments" to mean payments that are required.    03:55:52
15    Q.    Okay.  So let's go back one page    03:55:55
16  to Section 3, which defines the term "required    03:55:59
17  payment" as:    03:56:03
18    The amount necessary for the    03:56:03
19  Authority to make, during the upcoming fiscal    03:56:15
20  year and the first day of the second succeeding    03:56:18
21  fiscal -- succeeding fiscal year, (a), payments    03:56:21
22  equal to the amount necessary for the full and    03:56:21
23  timely payment or amortization of the principal    03:56:24
24  and interest on the bonds due on July 1 and    03:56:27
25  January 1.    03:56:31

---

**436**

1    And then it keeps going.    03:56:31
2    So you can take a look at that and    03:56:33
3  then tell me if you have an understanding of    03:56:35
4  what required payments are.    03:56:36
5    A.    Yeah, I have an understanding of    03:56:47
6  what required payments are as they're defined    03:56:50
7  within this document.    03:56:50
8    Q.    Okay.  And so you have an    03:56:51
9  understanding that only the -- on a monthly    03:56:55
10  basis only 1/10 of the required payments are    03:57:03
11  supposed to be put into the transfer account    03:57:03
12  plus any deficiency, and thereafter any excess    03:57:06
13  moneys are supposed to flow to the surplus    03:57:12
14  account, correct?    03:57:12
15    UNIDENTIFIED SPEAKER:  Objection.    03:57:17
16    THE WITNESS:  That's what this    03:57:19
17  agreement says.    03:57:19
18  BY MS. MILLER:    03:57:19
19    Q.    Did you ever have any discussions    03:57:25
20  with anybody either at the Tourism Company or    03:57:26
21  Treasury about how the moneys are supposed to    03:57:29
22  flow under this agreement?    03:57:31
23    A.    I mean, we certainly talked to the    03:57:45
24  Tourism Company about Flow of Funds.    03:57:47
25    Q.    My question was specifically to    03:57:59

---

**437**

1  how the moneys were supposed to flow under this    03:58:01
2  agreement, specifically as between the transfer    03:58:04
3  account and the surplus account.    03:58:07
4    A.    My focus was on documenting the    03:58:16
5  actual Flow of Funds and how it actually    03:58:19
6  happened.    03:58:22
7    Q.    And is this how the moneys    03:58:24
8  actually flowed?    03:58:24
9    UNIDENTIFIED SPEAKER:  Objection.    03:58:35
10    THE WITNESS:  I have not done the    03:58:37
11  exercise to cross-reference every adjusted flow    03:58:42
12  from this document to the actual fund.    03:58:46
13  BY MS. MILLER:    03:58:48
14    Q.    Mr. Ahlberg, that's not what I'm    03:58:48
15  asking.    03:58:50
16    You've spent many weeks putting    03:58:50
17  together Flow of Funds documents, and I'm    03:58:52
18  asking you whether for the CCDA Flow of Funds    03:58:55
19  at any point in time the money flowed such that    03:58:59
20  the required payment -- 1/10 of the required    03:59:04
21  payment went into the transfer account on a    03:59:08
22  monthly basis, any deficiency, and the    03:59:11
23  remainder went into the surplus account.    03:59:13
24    You told me that you're confident    03:59:24
25  you can tell me which is the transfer account    03:59:27

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

55 (Pages 438 to 441)

---

**438**

1  and which is the surplus account.  So now I'm
2  asking you did the money ever flow consistent
3  with the flow that we just looked at in
4  Monolines Exhibit 30?
5        UNIDENTIFIED SPEAKER:  Same
6  objection.
7        THE WITNESS:  I can't say whether
8  or not the Flow of Funds is consistent with how
9  the suggested Flow of Funds should be.  I can
10  say that the Flow of Funds' presentation
11  document, the Flow of Funds they haven't.
12  BY MS. MILLER:
13     Q.    Okay.  And how did, based on your
14  recollection, and we'll look at them shortly,
15  what was the first step of the flow after being
16  received by the Commonwealth?
17        MS. McKEEN:  Objection, vague as
18  to time.
19  BY MS. MILLER:
20     Q.    At any time.
21        MS. McKEEN:  Specify a time you'd
22  like.  Objection.
23        THE WITNESS:  I think you
24  characterized flows to the Commonwealth when I
25  think of hotel occupancy taxes flowing to the

---

**440**

1     Q.    Yeah, we are pulling it up, but
2  I'm just asking you generally, while it's
3  happening, whether you've ever seen the pledge
4  agreement related to this before.
5     A.    I don't recall specifically
6  looking at this agreement previously.
7     Q.    Okay.  Are you familiar with any
8  accounts that are referred to in the Tourism
9  Company flow as the pledge account?
10     A.    Yes.
11     Q.    Okay.  What's your understanding
12  of what the pledge account is?
13     A.    In the Flow of Funds, the pledge
14  account is the account that receives an
15  approximately $3 million transfer every month.
16  During the certain period it is -- it is
17  ultimately passed on.
18     Q.    Okay.  Okay.  And I just want to
19  look at -- okay.
20        And I just want to look at
21  Section 3(b) of the account -- of the pledge
22  agreement, so Section 3, which you went one
23  page too far, if you could go back.  Thank you.
24        Section 3 provides that:
25        The GDB hereby agrees that, so

---

**439**

1  Tourism Company.
2  BY MS. MILLER:
3     Q.    Right.  And that's a good point.
4        The hotel occupancy taxes never
5  actually flowed to the Commonwealth other than
6  during that clawback period where the
7  Commonwealth takes them back, right?
8     A.    Without having the Flow of Funds
9  presentation in front of me, I believe that's
10  correct.
11        MS. MILLER:  Okay.  I'd like to
12  mark tab, document 102, as the next exhibit,
13  please.
14        And Exhibit 31, Monolines
15  Exhibit 31 is going to be the Pledge Assignment
16  Agreement by and among the Puerto Rico
17  Convention Center District Authority, the
18  Government Development Bank and JPMorgan Chase.
19        (Monolines Exhibit 31 is
20        introduced for the record.)
21  BY MS. MILLER:
22     Q.    Is this the document or have you
23  seen such an assignment agreement before?
24     A.    Are you pulling the document up
25  right now?

---

**441**

1  long as there are any Bonds Outstanding under
2  the Trust Agreement, to deposit or cause to be
3  deposited into the Pledge Account, all Hotel
4  Occupancy Taxes received from the Tourism
5  Company as received but in no event...than
6  12:00 noon, New York time, on the next Business
7  Day immediately following the Business Day on
8  which such Hotel Occupancy Tax Funds are
9  received by GDB," right?
10        And then (b) says:
11        Amounts deposited in the Pledge
12  Account are to be held by GDB to provide for
13  the following receipts (in order of priority).
14        Do you see that?
15        MS. McKEEN:  Objection.  This
16  doesn't say "receipt."  It says "deposit."
17        MS. MILLER:  Oh, sorry.  Thank
18  you, but let me correct that.
19  BY MS. MILLER:
20     Q.    3(b) says:
21        Amounts deposited in the Pledge
22  Account are to be held by GDB to provide for
23  the following deposits (in order of priority).
24        Do you see that?
25     A.    Yes, I see that.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

56 (Pages 442 to 445)

---

**442**

Q.    Okay.  And subsection 1 says:
GDB will make payments to the
Commonwealth of Puerto Rico as set forth in
Section 2(b) above when required in accordance
with Section 8 of Article VI of the
Constitution of the Commonwealth of
Puerto Rico.
Do you see that?
A.    Yes, I see that.
Q.    Okay.  And is it your
understanding that that is supposed to be a --
sorry.
Do you have an understanding of
what account that it's supposed to be
transferred from?
MS. McKEEN:  Objection.
THE WITNESS:  It's not clear to me
from the document section that we read.
BY MS. MILLER:
Q.    Okay.  Okay.  And then number 2 is
that the:
GDB shall on each calendar month
no later than 12:00 noon, on the third Business
Day immediately following the Business Day on
which the Hotel Occupancy Tax Funds are

---

**443**

received by it, transfer or caused to be
transferred to the Trustee all Hotel Occupancy
Tax Funds then deposited to the pledge account.
Do you see that?
A.    I see that.
Q.    Okay.  So you said it wasn't clear
to you when I asked you where the transfer to
the Commonwealth with respect to what was
colloquially referred to as "the clawback" were
made from, but if you look at Section 3(b), it
specifically says:
Amounts deposited in the Pledge
Account are to be held by the GDB pro-
-- sorry -- are to be held by GDB to provide
for the following deposits (in order of
priority).
So does that tell you that the
transfer of the money from the GDB to the
Commonwealth on account of any, quote,
"clawback" is supposed to come from the pledge
account?
MS. McKEEN:  Objection.
THE WITNESS:  I do understand that
that's what this document says.

---

**444**

BY MS. MILLER:
Q.    Okay.  All I want.  Okay.  Okay.
And then do you understand that
under Section 3(b)(2) moneys get transferred to
the trustee, correct?
MS. McKEEN:  Objection.  Are you
asking --
(Simultaneous speaking.)
BY MS. MILLER:
Q.    Are to be transferred to the
trustee?
MS. McKEEN:  Objection.
THE WITNESS:  Would you please
repeat the question?
BY MS. MILLER:
Q.    Yeah.  Do you have an
understanding that under Section 3(b)(2) the
GDB is then supposed to transfer the moneys
from the pledge account to the trust account,
right?
MS. McKEEN:  Objection.
THE WITNESS:  That is what
Section 3(b)(2) says.
BY MS. MILLER:
Q.    Okay.  And do you know who the

---

**445**

trustee is on the Fund?
A.    I can't recall off the top of my
head.
MS. MILLER:  I'd like to look at
the CCDA Flow of Funds.
So, Karen, if you could pull up
tab 2135 as Exhibit 32.
(Monolines Exhibit 32 is
introduced for the record.)
BY MS. MILLER:
Q.    Mr. Ahlberg, have you ever seen
any internal documents that specifically map
the various funds and accounts that we have
seen in the bond documents, the actual bank
account?
A.    I've not seen -- I personally have
not seen a file like that.
Q.    Do you believe any such file
exists?
A.    I can't recall off the top of my
head if that exercise was done.
Q.    Did you ask anybody in the course
of preparing for the Flow of Funds or for this
deposition whether or not such a document
existed?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                      April 23, 2020

57 (Pages 446 to 449)

---

446

```
1       A.    I may have.  I just can't recall          04:10:14
2   right now.                                          04:10:17
3       Q.    But you know you've never seen            04:10:23
4   one?                                                04:10:25
5       A.    I know that I've chk first cited          04:10:25
6   docs in that document.                              04:10:28
7       Q.    Do you know whether, based on             04:10:28
8   discussions with people on your team, anyone's      04:10:30
9   ever seen them?                                     04:10:32
10      A.    I can't recall.  It's certainly           04:10:36
11  something I could follow up on and get back to      04:10:39
12  you on.                                             04:10:44
13      Q.    How many people did you have on           04:10:44
14  your team working on this?                          04:10:46
15      A.    Working on what specifically?             04:10:49
16      Q.    Working on putting together the           04:10:51
17  Flow of Funds chart.                                04:10:54
18      A.    This Tourism Flow of Funds chart?         04:10:58
19      Q.    No.  All of the Tour- -- all of           04:11:03
20  the Flow of Funds charts, so the Tourism, the       04:11:04
21  rum taxes and the HTA.                              04:11:07
22      A.    Okay.  I guess you asked who was          04:11:13
23  on the team that was doing that.  I prepared        04:11:17
24  these Flow of Funds documents --                    04:11:19
25      Q.    I think I asked you how many --           04:11:22
```

448

```
1   for how long?                                       04:12:33
2       A.    Since August 2017.                        04:12:37
3       Q.    All right.  And your work has been        04:12:41
4   principally focused on Puerto Rico and mostly       04:12:43
5   limited to cash flows; is that right?               04:12:48
6       A.    That's correct, generally limited         04:12:54
7   to cash flow reporting, cash flow monitoring,       04:12:56
8   liquidity management.                               04:13:06
9       Q.    Okay.  And I think you testified          04:13:06
10  yesterday that there are approximately five         04:13:07
11  people senior to you at Conway MacKenzie            04:13:09
12  involved generally in the Puerto Rico              04:13:11
13  engagement; is that right?                          04:13:13
14      A.    Yes, I think I gave a range               04:13:16
15  between four and six.                               04:13:19
16      Q.    Okay.  And none of them were              04:13:21
17  involved in this project; is that right?            04:13:24
18      A.    That's correct.                           04:13:27
19      Q.    Did you speak to any of them about        04:13:27
20  the work you were doing?                            04:13:32
21      A.    I wouldn't have spoken to anyone          04:13:35
22  on my team about the work we were doing.            04:13:37
23      Q.    Are any of the more senior people         04:13:42
24  at Conway MacKenzie involved in the Puerto Rico     04:13:45
25  engagement CPAs?                                    04:13:47
```

---

447

```
1   how many people did you have on your team.          04:11:23
2       A.    Oh, how many people?                      04:11:25
3       I can't recall specifically the                 04:11:29
4   number of people on the team.  I'm happy to         04:11:32
5   list as many individuals that I can think of        04:11:36
6   off the top of my head.                             04:11:39
7       Q.    Was there anybody senior to you           04:11:42
8   involved in this project?                           04:11:43
9       A.    It depends on how you define              04:11:52
10  "senior."                                           04:11:54
11      For example, I would consider the               04:11:54
12  subsecretary of Treasury of the Commonwealth of     04:11:56
13  Puerto Rico to be senior to me but not              04:11:58
14  necessarily a -- you know, she doesn't work at      04:12:01
15  Conway MacKenzie in a position directly above       04:12:05
16  me.                                                 04:12:07
17      Q.    So I would consider her to be in a        04:12:08
18  separate line entirely given that you're not        04:12:11
19  employed at the same place.  So I mean within       04:12:14
20  Conway MacKenzie, is there anybody senior to        04:12:17
21  you involved in this?                               04:12:20
22      A.    Okay.  Thank you for clarifying.          04:12:22
23      No.                                             04:12:26
24      Q.    Okay.  I think we covered                 04:12:26
25  yesterday that you've been at Conway MacKenzie      04:12:29
```

449

```
1       A.    Excuse me for a moment.  I do             04:13:54
2   recall that one member of Conway MacKenzie was      04:13:56
3   involved, and his name was Brett Howard.            04:13:58
4       Q.    What was his involvement?                 04:14:02
5       A.    He specifically manages the cash         04:14:09
6   flow reporting for Tourism Company, and so I        04:14:14
7   consulted with him about the Flow of Funds          04:14:17
8   presentation in collaboration with Gustavo from     04:14:21
9   Tourism.  In all cases, counsel would have been     04:14:25
10  present.                                            04:14:27
11      Q.    And what is Mr. Howard's position         04:14:29
12  at Conway MacKenzie?                                04:14:31
13      A.    Currently he is a senior associate        04:14:34
14  at Conway MacKenzie.                                04:14:38
15      Q.    And is that senior to you?                04:14:40
16      A.    That is not.                              04:14:42
17      Q.    Okay.  Well, I think I was asking         04:14:43
18  about people senior to you.                         04:14:46
19      A.    Okay.  I apologize.                       04:14:50
20      Q.    That's okay.  So let me ask again.        04:14:51
21      Of the people who are more senior               04:14:55
22  than you at Conway MacKenzie who were involved      04:14:58
23  in the Puerto Rico engagement, are any of them      04:15:00
24  CPAs?                                               04:15:04
25      A.    I think there are -- there's at           04:15:08
```

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

58 (Pages 450 to 453)

---

**450**

1     least -- there's at least one CPA on the Conway
2     MacKenzie team.  There could be more.
3      Q.    All right.  And who's the
4     one person who you can think of who's a CPA on
5     the Conway MacKenzie team?
6      A.    I believe that Rafael Di Napoli is
7     a CPA.
8      Q.    Okay.  And what is Mr. Di Napoli's
9     position at Conway MacKenzie?
10      A.    Currently he is a managing
11     director.
12      Q.    Okay.  And did you speak to
13     Mr. Di Napoli about Funds as used in the
14     Commonwealth?
15      A.    Would you repeat the question?
16      Q.    Yes.  Did you speak to Mr. Di
17     Napoli about how Funds are used within the
18     Commonwealth in this account?
19      UNIDENTIFIED SPEAKER:  Objection.
20      THE WITNESS:  I did not
21     specifically discuss Funds with Mr. Di Napoli
22     in preparation for this deposition.
23     BY MS. MILLER:
24      Q.    Did you speak to him about other
25     things in preparation for this deposition?

---

**451**

1      A.    Not specifically, but I can't say
2     unequivocally that we may never have ever
3     discussed Fund types together.
4      Q.    Did you speak to Mr. Di Napoli
5     about the significance of Funds or other
6     accounting designations in tracing money
7     through various Commonwealth accounts?
8      A.    No.
9      Q.    Did you speak to anyone else
10     senior to you at Conway MacKenzie about that?
11      A.    In preparation for this
12     deposition?  No.
13      Q.    Okay.  Okay.  So we have marked as
14     Exhibit 32 a document that is in front of you,
15     which is the Puerto Rico Tourism Company Room
16     Taxes Flow of Funds.  Do you see that?
17      A.    Yes.
18      Q.    Okay.  Do you recognize this
19     document?
20      A.    Yes.
21      Q.    Okay.  And you prepared this,
22     right?
23      A.    I did.
24      Q.    Can you describe generally the
25     Flow of Funds -- sorry, the flow of hotel

---

**452**

1     occupancy taxes from the time that they're
2     collected by hoteliers?
3      MS. McKEEN:  Objection, vague.
4      THE WITNESS:  I don't know how to
5     answer that question.  Would you mind being
6     more specific, please?
7     BY MS. MILLER:
8      Q.    Okay.  Well, room tax revenues are
9     collected at a point of contact with the
10     customer, right?  And then they're transferred
11     to the Commonwealth; isn't that correct?
12      A.    Correct.
13      Q.    Okay.  So I want you to tell me
14     how a room tax revenue is collected and then
15     transferred to the Commonwealth.
16      MS. McKEEN:  Objection, vague.
17     BY MS. MILLER:
18      Q.    You can take it off -- you're
19     welcome to leave the Flow of Funds on, but I'm
20     asking for the step that's not reflected in the
21     Flow of Funds, right?
22      The room tax revenues are actually
23     collected by not a Commonwealth agent, right?
24     Is that consistent with your understanding,
25     Mr. Ahlberg?

---

**453**

1      Well, let me just ask:
2     Mr. Ahlberg, who collects room tax
3     revenue -- who collects room taxes?
4      A.    Hoteliers.
5      Q.    Okay.  So you would agree with me
6     that hoteliers collect room tax revenues,
7     correct?
8      A.    Correct.
9      Q.    And then the hoteliers then
10     transfer them to the Commonwealth, correct --
11     oh, sorry, sorry.
12      A.    The Tourism Company.
13      Q.    Yes.  Thank you.  Sorry.  Let me
14     restate my question.
15      Room tax revenues are collected by
16     hoteliers, right?
17      A.    Correct.
18      Q.    And the hoteliers then transfer
19     them to the Tourism Company, correct?
20      A.    Correct.
21      Q.    And how do they transfer them to
22     the Tourism Company?
23      A.    I think it depends on which
24     hotelier and their, you know, agreed-upon
25     schedule to transfer hotel revenue taxes.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

59 (Pages 454 to 457)

---

**454**

1    Q.    Okay.  Do you have an
2    understanding of the various ways in which
3    hoteliers can transfer the money to the Tourism
4    Company?
5        A.    I'm not positive of the ways that
6    the hoteliers designate their transfers to the
7    Tourism Company.
8        Q.    Okay.  Do you know whether they
9    can wire the money?
10       A.    I believe they can send
11   electronic -- electronic payments.
12       Q.    Do you know whether they can make
13   deposits at Scotiabank ATM machines in
14   Puerto Rico?
15       A.    I'm not positive whether they can
16   make ATM deposits or not.
17       Q.    Do you know whether they can
18   transfer the money by check?
19       A.    I believe that they can transfer
20   the money by check --
21       Q.    Okay.  And regardless --
22       A.    -- depending (indiscernible).
23       Q.    All right.
24           And regardless of the means used
25   by the hotelier to transfer the room tax

---

**456**

1    November 2015?
2        A.    No.
3        Q.    Okay.  So the GDB 9758 account has
4    exactly the same revenues that were transferred
5    into the Scotiabank 5142 account, correct?
6        A.    I believe the amount, the total
7    amount transferred into 5142 would be equal to
8    the total amount transferred into 9758 during
9    this time period.
10       Q.    Is that the long way of saying
11   yes, that the GDB 9758 account has exactly the
12   same revenues that were transferred into the
13   Scotiabank 5142 account by the hoteliers?
14       A.    It's -- I mean, the transfers for
15   the -- the transfers will total the exact
16   amount.  It will be -- the total transfers into
17   5142 will equal the total transfers into 9758.
18       Q.    So all the same moneys that are
19   going into 5142 are going into 9758, correct?
20       A.    During the time period, that's
21   correct.
22       Q.    Okay.  And then what moneys are
23   going from 9758 to 5144?
24       A.    Amounts that would be in excess of
25   the approximately $3 million per month that was

---

**455**

1    revenues that it collected, all of those
2    revenues are transferred to the Tourism Company
3    into the Scotiabank 5142 account, correct?
4        A.    Correct.
5        Q.    Okay.  And that was true for the
6    entire period that you looked at from
7    January 2015 through the present, correct?
8        A.    That's correct.
9        Q.    Okay.  So from January 2015 to the
10   present, all hotel room tax revenues collected
11   by hoteliers are transferred to the Tourism
12   Company through the Scotiabank 5142 account,
13   correct?
14       A.    Correct.
15       Q.    Okay.  And then looking at Flow of
16   Funds for January 2015 to November 2015 -- it's
17   up on the board or up on your screen -- the
18   Flow of Funds indicates that those revenues are
19   then transferred to the GDB 9758 account.  Do
20   you see that?
21       A.    Yes.
22       Q.    Okay.  Are there any moneys
23   deposited in the Scotiabank 5142 account that
24   are not transferred into the GDB 9758 account
25   during this period, January 2015 through

---

**457**

1    sent to the 9947 pledge account.
2        Q.    Okay.  And is the 9947 account the
3    pledge account as you understand it?
4        A.    Yes.
5        Q.    Okay.  Or as you've referred to
6    it.
7            And the 5144 account is designated
8    as a comingled account, do you see that?
9        A.    Yes, I see that.
10       Q.    What other moneys are deposited
11   into the 5144 account?
12       A.    An example I can think of off the
13   top of my head would be slot machine proceeds.
14       Q.    Okay.  Are any other moneys
15   deposited into the 9947 account?
16       MS. McKEEN:  Are you meaning the
17   moneys into the -- I just want to be clear.
18       MS. MILLER:  Yeah.  Now I'm asking
19   about the 9947 account.
20       THE WITNESS:  Would you please
21   repeat the question?
22   BY MS. MILLER:
23       Q.    Yeah.  Are any -- are any moneys
24   other than the moneys transferred from the 9758
25   account deposited into the 9947 account?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                      April 23, 2020

60 (Pages 458 to 461)

---

**458**

1    A.    Not during this time period that
2  we're looking at.
3    Q.    Okay.  And then moneys from -- I'm
4  going back to the 5144 account.  Moneys from
5  the 5144 account, hotel occupancy tax revenues
6  in excess of the 3 million per month deposited
7  into the 5144 account are then indicated as
8  flowing to the 5138 account.  Do you see that?
9    A.    Yes.
10   Q.    And are all moneys during this
11 time period deposited in the 5144 account also
12 transferred to the 5138 account?
13   A.    No.
14   Q.    Okay.  So how do you know that it
15 is the hotel occupancy taxes that are moving
16 from the 5144 account to the 5138 account?
17   A.    You don't, because at the point of
18 transfer to 5144, those funds are comingled
19 with other funds.
20   Q.    Did you say "I don't" -- well,
21 then why is 5138 included in this Flow of
22 Funds?
23   A.    Because funds are
24 indistinguishable once they are transferred
25 into Account 5144, it is shown for exemplary

**459**

1  purposes that there still are outposts from
2  5144 used to fund operating disbursements and
3  transfers to that Account 5138, which is a zero
4  balance operating disbursement account.
5    Q.    Are you sure?
6    A.    Am I sure of what?
7    Q.    Are you -- so you just decided to
8  give me some example of some bank account that
9  moneys from 5144 flow to that may or may not be
10 the hotel occupancy taxes that we're talking
11 about?
12   A.    Sorry.
13       MS. McKEEN:  Objection, misstates
14 testimony, argumentative.
15       Atara, do you need to take a
16 break?
17       MS. MILLER:  No, I don't need to
18 take a break.  I definitely don't need a break.
19 I just need an answer to my question.
20       (Simultaneous speaking.)
21       MS. McKEEN:  I'd like you to take
22 a break.  I would like a break.  Thank you.
23       MS. MILLER:  All right.  I'm
24 not -- I'm not ready to take a break right now,
25 so I'm going to get an answer to the next

**460**

1  couple of questions, and then we can take a
2  break.
3  BY MS. MILLER:
4    Q.    Mr. Ahlberg, is it your testimony
5  that you don't know if hotels' occupancy taxes
6  in fact flowed from 5144 to 5138 and that the
7  5138 account is included in the Flow of Funds
8  just as an example of an account that moneys
9  may have or may not have flowed into from the
10 5144 account?
11       MS. McKEEN:  Objection, misstates
12 testimony.
13       MS. MILLER:  My question is, is it
14 his testimony.  So your witness can tell me
15 that it wasn't his testimony.
16       MS. McKEEN:  Objection.
17       THE WITNESS:  That was not my
18 testimony.
19 BY MS. MILLER:
20   Q.    Okay.  So, Mr. Ahlberg, do you
21 know that hotel occupancy taxes flowed from the
22 5144 account to the 5138 account?
23   A.    Due to the comingled nature of
24 funds within 5144, it's impossible to
25 say -- it's impossible to say one or the other,

**461**

1  which is why both are indicated with a
2  comingled star.
3    Q.    But you could have known that
4  money from one comingled account to another
5  comingled account would have come from hotel
6  occupancy taxes based on sources identifying
7  the revenue source, couldn't you?
8    A.    Could you repeat that question,
9  please?
10   Q.    Yeah, well, let me just ask it
11 this way:
12       Previously, when we saw comingled
13 account moneys being deposited in comingled
14 accounts flowing out, you indicated that you
15 were able to identify that the moneys were part
16 of the bucket of funds that you were tracing in
17 the Flow of Funds based on notations in outflow
18 documents, whether it was vouchers or
19 transmittal letters or the like.
20       Do you recall that?
21   A.    Yes.
22   Q.    Okay.  Is that different here?
23   A.    I don't think revenue source
24 is -- I don't think revenue source is
25 considered for disbursements from 5144 to 5138.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                     April 23, 2020

61 (Pages 462 to 465)

---

**462**

1  Q.    Okay.  I'm going to move on,
2  because, frankly, those aren't our moneys and
3  we know that.  So I'm just going to move on,
4  but I'm not sure how that's consistent with how
5  you explain to put the charts together, so I
6  might come back to it just so I can understand
7  better what you did in the other Flow of Funds.
8        Can I ask you whether for all of
9  the Flow of Funds charts that you prepared for
10 HTA, PRIFA and CCDA if you were able to find
11 evidence that the revenues being traced were
12 transferred out of a particular account, if you
13 noted that transfer on the Flow of Funds chart?
14       UNIDENTIFIED SPEAKER:  Objection.
15       THE WITNESS:  Could you repeat
16 that question?
17 BY MS. MILLER:
18       Q.    Yeah.  In putting together these
19 Flow of Funds charts, if you were able to
20 identify an outflow that corresponded to the
21 Fund that you were tracing, did you include
22 that outflow on the Flow of Funds chart?
23       UNIDENTIFIED SPEAKER:  Objection.
24       THE WITNESS:  Each Flow of Funds
25 chart is unique.  It's hard for me to answer in

---

**463**

1  terms of all the Flow of Funds charts together.
2       MS. MILLER:  Okay.  Maybe let's
3  take a break.  I need to think about why they
4  would be unique.  Maybe I'll have an epiphany
5  over the break.  Okay.
6       Do we want to take 5 minutes?
7       MS. McKEEN:  I think 10 minutes, a
8  5-minute break we can't actually take a break.
9  Thanks.
10      MS. MILLER:  Okay.
11      THE VIDEOGRAPHER:  We are off the
12 record at 4:35 p.m.
13      (Recess taken.)
14      THE VIDEOGRAPHER:  We are back on
15 the record at 4:56 p.m.
16 BY MS. MILLER:
17      Q.    Afternoon, Mr. Ahlberg.
18      Mr. Ahlberg, have you ever seen
19 any document specifically identifying a
20 particular bank account as the pledge account?
21      A.    I can't recall personally looking
22 at a document that's labeled a pledge account.
23      Q.    Do you know whether there are any
24 documents that specifically identify a
25 particular bank account as the hotel occupancy

---

**464**

1  tax pledge account?
2       A.    I believe that there is
3  justification for why there's an account that
4  is called the pledge account, but I just can't
5  recall off the top of my head the specific
6  document that we used to make that
7  determination.
8       Q.    But you believe there is a
9  document?
10      MS. McKEEN:  Objection --
11      THE WITNESS:  Yeah, I believe that
12 there's information out there.
13 BY MS. MILLER:
14      Q.    What do you mean when you say
15 "information out there"?
16      A.    Well, you characterized it as
17 potentially one document, and I'm just not
18 certain that there's one document or there may
19 be a collection of documents that say that.
20      MS. MILLER:  Okay.  I'd like to
21 mark as the next exhibit tab 2128, please.
22      (Monolines Exhibit 33 is
23 introduced for the record.)
24 BY MS. MILLER:
25      Q.    We have marked as Monolines

---

**465**

1  Exhibit 33 the document Bates-stamped
2  CCDA_STA0006780.
3       Do you see that?
4       A.    I don't see that.  Could you
5  repeat that?
6       Q.    Yeah, we marked as Monolines
7  Exhibit 33 a document that's been Bates-stamped
8  CCDA STA006780.
9       A.    Yes, I see that, thank you.
10      Q.    Okay.  And if those documents are
11 in Spanish, there is an English translation at
12 the back.  And if you look at -- well, are you
13 going to want to look at the certified
14 translation or the Spanish version?
15      A.    I would prefer the certified
16 translation.
17      Q.    Okay.  So looking at the certified
18 translation, do you see that -- well, do you
19 see what account these documents relate to?
20      A.    Yes, I see Account 9947.
21      Q.    Okay.  So this is the GDB 9947
22 account.  Do you agree with that?
23      A.    Yes.
24      Q.    And the account name is the Hotel
25 Occupancy Tax Pledge Account.  Do you see that?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

62 (Pages 466 to 469)

---

466

1    A.    I see that here.                                      05:00:05
2    Q.    Okay. So let me ask my question                      05:00:07
3 again.                                                         05:00:09
4       Have you seen any documents that                        05:00:10
5 identify a particular bank account as the                     05:00:12
6 pledge account?                                               05:00:13
7    A.    Could we please flip back to the                     05:00:27
8 PowerPoint presentation? I just want to                       05:00:30
9 cross-reference this account number with the                  05:00:32
10 account in the Flow of Funds that I know to be                05:00:35
11 the pledge account.                                           05:00:39
12    Q.    Sure. Well, sorry, before we do                      05:00:39
13 that, how do you know that the account in the                 05:00:47
14 Flow of Funds is a pledge account? You said,                  05:00:52
15 "the account that I know to be the pledge                      05:00:54
16 account." How do you know an account to be the                05:00:56
17 pledge account?                                                05:00:59
18    A.    We were working in preparation for                   05:01:00
19 this deper- -- deposition (indiscernible) that                05:01:03
20 there is an account in the Flow of Funds that                  05:01:06
21 is identifiable in the pledge account.                         05:01:09
22    Q.    Okay. And what work did you do?                       05:01:11
23    A.    It would have involved -- again,                      05:01:17
24 as I mentioned, I personally did not review a                  05:01:23
25 document that had that pledge account language                 05:01:26

---

467

1 on that there, but it would have been in                       05:01:27
2 conversation with the team in preparation for                  05:01:32
3 this deposition.                                                05:01:36
4    Q.    Would you have asked them if they                      05:01:37
5 saw a document that identified the account as                   05:01:39
6 the pledge account?                                             05:01:43
7    A.    I admit I can't recall right now                       05:01:50
8 asking about documents.                                         05:01:51
9    Q.    We spoke earlier today about the                       05:01:55
10 PRIFA Flow of Funds. Do you recall that?                        05:01:57
11    A.    I do recall speaking to you about                      05:01:59
12 the PRIFA Flow of Funds.                                        05:02:04
13    Q.    And do you recall being pretty                         05:02:07
14 adamant in connection with the testimony about                  05:02:07
15 the bank account in the PRIFA Flow of Funds and                 05:02:15
16 the various funds and accounts in the bond                       05:02:15
17 documents, that you did not undertake an                         05:02:18
18 exercise to map the accounts and Fund in PRIFA                   05:02:25
19 to the actual bank accounts in the Flow of                       05:02:25
20 Funds. Do you recall that?                                       05:02:27
21    MS. McKEEN: Objection.                                        05:02:30
22    THE WITNESS: I recall saying that                             05:02:34
23 I did not personally do an exercise mapping                       05:02:38
24 Flow of Funds to bond documents.                                 05:02:40
25

---

468

1 BY MS. MILLER:                                                  05:02:42
2    Q.    Did anyone on your team do that                        05:02:42
3 exercise?                                                        05:02:45
4    A.    I'm not positive. It's something                       05:02:50
5 that we can get back to you on.                                  05:02:53
6    Q.    Did you ask anybody to do it?                          05:02:53
7    A.    I don't recall.                                         05:03:00
8    Q.    Did anybody tell you whether they                      05:03:03
9 had done it?                                                     05:03:06
10    A.    I can't recall just an exercise,                       05:03:12
11 but -- I don't know.                                             05:03:12
12    Q.    Did you think it was an exercise                       05:03:12
13 that was important to do in connection with                      05:03:15
14 preparing the Flow of Funds?                                     05:03:16
15    A.    I think the Flow of Funds is                           05:03:25
16 accurate as the method.                                          05:03:29
17    Q.    Okay. Did you think it was                             05:03:34
18 important with respect to PRIFA to match the                     05:03:36
19 Flow of Funds for the particular Funds and                       05:03:36
20 accounts identified in the various bond                           05:03:37
21 documents that we looked at earlier today?                       05:03:41
22    A.    As I mentioned, I did not do that                      05:03:47
23 in putting together the Flow of Funds, and I                     05:03:53
24 believe the Flow of Funds is still an accurate                    05:03:55
25 representation of the Flow of Funds during the                   05:03:59

---

469

1 relevant time period.                                          05:04:00
2    Q.    Did you think it was important to                      05:04:02
3 map the particular funds and accounts in the                     05:04:05
4 PRIFA Flow of Fund to bank accounts identified                   05:04:07
5 in your Flow of Funds chart in preparation for                   05:04:13
6 your deposition today?                                           05:04:15
7    A.    Could you please repeat that                           05:04:20
8 question?                                                        05:04:24
9    Q.    Did you think it was important to                      05:04:25
10 map the bank accounts identified in the PRIFA                    05:04:28
11 Flow of Funds chart that you prepared to the                     05:04:32
12 accounts and Funds identified in the PRIFA bond                  05:04:34
13 document?                                                        05:04:38
14    A.    I can't assign a degree of                             05:04:56
15 importance or not there other than that I would                  05:04:59
16 be able to put together an accurate Flow of                      05:05:04
17 Funds without relying on an exercise like that.                  05:05:08
18    Q.    Okay. So you did not do it for                         05:05:11
19 PRIFA; is that right?                                            05:05:13
20    A.    I personally did not undertake an                      05:05:17
21 exercise.                                                        05:05:21
22    Q.    And you don't know if anybody on                       05:05:21
23 your team did?                                                   05:05:23
24    A.    I can't recall off the top of my                       05:05:23
25 head.                                                            05:05:26

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

63 (Pages 470 to 473)

---

**470**

1    Q.   And it wasn't significant for you
2 to find that out and to remember that in
3 advance of your testimony today, right?
4    A.   I think the Flow of Funds are
5 accurate as they are.
6    Q.   I'm not challenging the Flow of
7 Funds. I believe that the Flow of Funds is
8 accurate. My question is that it wasn't
9 significant for you to find out from any other
10 team member in advance of your testimony today
11 whether they had put together a mapping of the
12 Funds and accounts in various PRIFA bond
13 documents to actual bank accounts, correct?
14    MS. McKEEN: Objection.
15    THE WITNESS: I don't think not
16 recalling whether this exercise was done or not
17 assigns a level of importance or not to the
18 exercise.
19 BY MS. MILLER:
20    Q.   Well, if you thought it was an
21 important part of your testimony today,
22 wouldn't you have asked and remembered the
23 answer?
24    MS. McKEEN: Objection,
25 argumentative.

---

**471**

1    THE WITNESS: In preparation for
2 testimony, I focused on developing an accurate
3 Flow of Funds.
4 BY MS. MILLER:
5    Q.   So you personally never did
6 a mapping exercise for PRIFA, and you don't
7 know if anybody on your team did, correct?
8    MS. McKEEN: Objection, asked and
9 answered.
10    THE WITNESS: I can't -- I did not
11 personally perform the exercise, and I can't
12 recall if someone on the team did or not.
13 BY MS. MILLER:
14    Q.   Okay.
15    THE REPORTER: I'm sorry. Can you
16 repeat your answer, Mr. Ahlberg?
17    THE WITNESS: I did not
18 personally, and I cannot recall if anyone on
19 the team did or did not.
20    THE REPORTER: Thank you.
21 BY MS. MILLER:
22    Q.   Why did you do that exercise for
23 CCDA?
24    MS. McKEEN: Objection.
25    THE WITNESS: Which exercise?

---

**472**

1 BY MS. MILLER:
2    Q.   Of mapping the particular bank
3 accounts identified in the Flow of Funds to the
4 various funds and accounts identified in the
5 relevant bond document.
6    A.   I did not personally do that
7 mapping exercise either.
8    Q.   Okay. So how do you know that a
9 particular account in the Flow of Funds is the,
10 quote, "pledge account"?
11    A.   From our discussions with -- with
12 Tourism and our work together, we identified
13 the account as a pledge account.
14    Q.   Okay. Going back to PRIFA, did
15 you identify any of the particular accounts in
16 the PRIFA Flow of Funds to the designated
17 account names in the bond document?
18    A.   I can't recall off the top of my
19 head the names of the bond documents used.
20    Q.   Okay. But it was important enough
21 for you to remember it with respect to CCDA?
22    UNIDENTIFIED SPEAKER: Objection.
23
24
25

---

**473**

1    THE WITNESS: Again, I'm not
2 certain about defining importance or level or
3 not to that exercise.
4 BY MS. MILLER:
5    Q.   Can I ask you a question with
6 respect to CCDA?
7    Do you have a particular account
8 number that you would attach to each of the
9 accounts identified in the various CCDA bond
10 documents?
11    A.   Can you repeat that question?
12    Q.   Yeah. Sitting here today, do you
13 have a particular account number that's
14 reflected in your Flow of Funds chart that you
15 would attribute to the specific account names
16 included in the various CCDA bond documents?
17    UNIDENTIFIED SPEAKER: Objection.
18    THE WITNESS: Yeah, I'm not
19 positive off the top of my head.
20 BY MS. MILLER:
21    Q.   Okay. So I'm going to go through
22 them, and you'll tell me, just a yes or no, if
23 there is an account number identified in the
24 Flow of Funds that you would attach to that
25 account.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

64 (Pages 474 to 477)

---

**474**

1   And I don't need the notes -- the          05:10:17
2   names or numbers yet.  I'm going to give you  05:10:18
3   some names.  You're going to tell me what the  05:10:22
4   number -- you're going to tell me if there's a  05:10:24
5   specific bank account that relates to that   05:10:25
6   account designation in the document, okay,   05:10:28
7   so --                                        05:10:32
8        A.   Can somebody pull up the Flow of   05:10:32
9   Funds in question?                           05:10:36
10       Q.   Yeah, sure.  Let's -- let's put --  05:10:37
11  yeah, let's put up Exhibit 32, please.       05:10:38
12           Okay.  So we are going to look at   05:10:43
13  this January 2015 to November 2015 flow.     05:10:45
14           Okay.  So looking at this, is       05:10:50
15  there a particular bank account that you     05:10:52
16  believe is the transfer account?            05:10:54
17       A.   Yes.                               05:10:58
18       Q.   And is there a particular bank     05:10:59
19  account that you believe is the surplus      05:11:01
20  account?                                     05:11:03
21       A.   Yes.                               05:11:05
22       Q.   And is there a particular bank     05:11:06
23  account that you believe is the pledge account?  05:11:09
24       A.   Yes.                               05:11:13
25       Q.   And is there a particular bank     05:11:14

**475**

1   account that you believe is the trust account?  05:11:17
2        A.   Yes.                               05:11:24
3        Q.   Okay.  So you can map in your      05:11:26
4   mind, sitting here with no documents in front  05:11:30
5   of you and no preparation, every single      05:11:32
6   relevant account identified in the CCDA -- CCDA  05:11:36
7   document to a specific bank account in this  05:11:40
8   chart, is that your testimony?              05:11:43
9            UNIDENTIFIED SPEAKER:  Objection.   05:11:46
10           UNIDENTIFIED SPEAKER:  Objection.   05:11:48
11           THE WITNESS:  I can identify on     05:11:51
12  this page accounts that I consider the pledge  05:11:52
13  account, transfer account, surplus account.  05:11:57
14  BY MS. MILLER:                               05:11:57
15       Q.   Okay.  Can we just pull up the     05:12:06
16  PRIFA Flow of Funds for a minute because I just  05:12:19
17  want to ask you, sitting here off the top of  05:12:22
18  your head, if you did the same exercise with  05:12:26
19  respect to the PRIFA Flow of Funds.         05:12:29
20           While we are waiting for that,      05:12:48
21  Mr. Ahlberg, how many conversations that -- do  05:12:50
22  you -- have you had in preparation of these  05:12:54
23  Flow of Funds or in preparation for your    05:12:58
24  deposition today about which account is the  05:13:00
25  transfer account, the surplus account, and the  05:13:09

**476**

1   pledge account?                              05:13:11
2        A.   Your question is how many times    05:13:18
3   did I have a conversation about which accounts  05:13:21
4   were considered by those names?             05:13:26
5        Q.   Yeah, about which accounts were    05:13:32
6   connected to which particular bank account,  05:13:35
7   exactly.                                     05:13:37
8        A.   Yeah.  I can't recall an exact     05:13:39
9   amount or number of conversations that we had  05:13:42
10  where we would have specifically talked about  05:13:46
11  this.                                        05:13:51
12       Q.   Do you recall any conversations    05:13:51
13  where you specifically spoke about it?      05:13:52
14       A.   Just to clarify, are we referring  05:14:01
15  to Tourism right now?                        05:14:04
16       Q.   Yeah, I'm talking about Tourism    05:14:05
17  right now.                                   05:14:07
18       A.   Thank you for clarifying.          05:14:09
19           With that clarification, would you  05:14:11
20  please repeat the question?                  05:14:16
21       Q.   How many conversations can you     05:14:18
22  recall having about which accounts          05:14:20
23  identified -- which bank accounts identified in  05:14:22
24  the Flow of Funds that you prepared related to  05:14:24
25  which account in the various bond documents?  05:14:28

**477**

1        A.   I can't recall an exact amount of  05:14:33
2   conversation.                                05:14:36
3        Q.   Was it more than one?              05:14:37
4        A.   The identification of different    05:14:38
5   accounts came up on more than one occasion.  05:14:40
6        Q.   I mean, identification -- and      05:14:54
7   you only -- when you say the identification of  05:14:55
8   particular -- and I just want to make sure we  05:14:57
9   mean the same thing.                        05:15:00
10           I mean the connecting or mapping    05:15:01
11  of a particular bank account to a particular  05:15:03
12  account name in a bond document.  Is that what  05:15:06
13  you're saying?                               05:15:09
14       A.   That is not what I was saying.     05:15:10
15       Q.   Okay.  So that's my                05:15:12
16  question -- that's my question, so let me ask  05:15:15
17  my question again so we can just be clear.   05:15:16
18           How many conversations do you       05:15:18
19  recall about the linking of particular bank  05:15:21
20  account numbers to account names used or     05:15:25
21  designations used in the bond documents?    05:15:30
22       A.   I don't recall any specific        05:15:34
23  conversations where we discussed those things.  05:15:37
24       Q.   So how do you know, for example,   05:15:41
25  that the 9947 account is the pledge account?  05:15:43

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

65 (Pages 478 to 481)

478

1    A.    Some discussions with -- with
2    Tourism Company and an understanding of
3    operationally how things work.
4    Q.    Okay. I thought you just told me
5    that you didn't have any conversations about
6    that.
7    MS. McKEEN:  Objection.
8    BY MS. MILLER:
9    Q.    What conversations are you
10   recalling?
11   A.    It's hard to know since there were
12   several conversations with the different
13   management teams in preparation for this
14   deposition.
15   Q.    Who did you have conversations
16   with about the mapping of particular bank
17   accounts to account designations in the bond
18   documents?
19   MS. McKEEN:  Objection.
20   THE WITNESS:  I don't recall
21   specific conversations about mapping accounts
22   to the bond documents.
23   BY MS. MILLER:
24   Q.    Did you have any conversations
25   with counsel about mapping of bond documents --

479

1    just a yes or no -- mapping of accounts to bond
2    documents?
3    A.    I mean, I can't recall if we
4    specifically discussed this issue or not.
5    Q.    I'm trying to understand -- I
6    showed you a document that identified the
7    pledge account 9947 as the pledge account, and
8    you indicated to me that you weren't sure if
9    you had ever seen any document that identified
10   9947 specifically as the pledge account; is
11   that right?
12   A.    That's correct.
13   Q.    And yet you're confident that 9947
14   is the pledge account, right?
15   A.    Without having that diagram in
16   front of me, I can't recall the exact account
17   number. I can remember it in the positioning
18   of the document.
19   Q.    Okay. Where -- where is it
20   positioned in the document?
21   A.    If we could show the document, I
22   could identify the account.
23   Q.    Okay. I'm not going to do that
24   right now because I have the PRIFA document up,
25   which is Exhibit 34 -- sorry -- 24. It was

480

1    marked as Exhibit 24.
2    And could we go to the first Flow
3    of Funds chart in this document?
4    So we are going to look at the
5    January 2014 to June 2015 Flow of Funds. Do
6    you see that?
7    A.    Yes.
8    Q.    Okay. And in the PRIFA Flow of
9    Funds, the moneys are supposed to be deposited
10   to the credit of the Puerto Rico Infrastructure
11   Fund. Can you identify a particular bank
12   account on this chart that relates to that?
13   A.    There is no bank account on this
14   chart that is identifiable as the Puerto Rico
15   Infrastructure Fund.
16   Q.    Okay. And then the moneys that
17   flow from there into the Sinking Fund?
18   UNIDENTIFIED SPEAKER:  Objection.
19   BY MS. MILLER:
20   Q.    Are there any accounts on this --
21   on this Flow of Funds that you can identify as
22   the Sinking Fund?
23   A.    I am not positive of any of these
24   accounts being identified as the Sinking Fund.
25   Q.    Okay. And do you know whether

481

1    that US Bank Account -0002 is the reserve
2    account?
3    A.    I'm not certain if that's the
4    colloquial name of this account or not.
5    Q.    I mean, there are reserve accounts
6    that are discussed in the relevant bond
7    documents. Do you know if that US Bank 002
8    account is similar to the account discussed in
9    the bond document?
10   A.    Off the top of my head, I'm not
11   certain if that's the reserve account discussed
12   in the bond document.
13   Q.    Okay. So, looking -- and you
14   don't know if it's the redemption account
15   either, do you?
16   A.    I'm not positive.
17   Q.    Okay. So sitting here, off the
18   top of your head, looking at this PRIFA Flow of
19   Funds, is there any bank account that you can
20   attach a label from the bond document to?
21   A.    No.
22   MS. MILLER:  Okay. So now we can
23   put up the CCDA Flow of Funds, which is
24   Exhibit 32. We can put that back up.
25

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                   April 23, 2020

66 (Pages 482 to 485)

---

**482**

BY MS. MILLER:

Q.    Okay.  But off the top of your head, you were able to attach labels corresponding or correlating particular bank accounts in the CCDA Flow of Funds to each of the three key accounts in the CCDA document; is that right?

A.    In the Tourism document, yes.

Q.    Okay.  Okay.  So the pledge account, which account is it your position is the pledge account?

A.    The 9947.

Q.    Okay.  And you testified that you weren't sure if you've ever seen any document that specifically identified that, but I showed you a document that identified that, the pledge account, the name.

A.    You did show me a document that named that account as the -- a pledge account in the name.

Q.    Okay.  And who at the Tourism Company did you speak to about matching -- sorry -- mapping these various bank accounts to the account designations used in the bond documents?

---

**483**

MS. McKEEN:  Objection.

THE WITNESS:  Discussed with Gustavo and Brett which accounts operated as the transfer, pledge, surplus account.

BY MS. MILLER:

Q.    Okay.  And did Brett have independent knowledge of which account corresponded to each of those accounts -- sorry -- which bank accounts corresponded to each of those bond document accounts?

A.    I can't say one way or the other if Brett had personal knowledge of the bond documents or not.

Q.    Okay.  And did you ask whether they knew which of these bank accounts correlated to particular accounts in the bond documents?

MS. McKEEN:  Objection.

THE WITNESS:  My question to them was not in the context of "match these accounts to the bond documents;" would have been in the context of in the actual Flow of Funds, which account functions as X account, which account functions as Y account.

---

**484**

BY MS. MILLER:

Q.    Okay.  So understanding that you focused on the Flow of Funds exclusively and the flow of cash, why is it that you committed to memory which of these accounts corresponds to particular named accounts in the bond document?

A.    I can't give you an exact reason about why I committed those to memory, other than I know that's how the Tourism Company understands the account.

Q.    Okay.  And do you know what Gustavo's basis was for identifying particular accounts, bank accounts as those accounts in the bond document?

A.    Not certain of the exact process that he used to determine.

Q.    Did you ask him if he looked at any account opening statements or documents?

A.    I don't recall specifically asking him that question or not.

Q.    Did you ask him if he looked at any other document that might identify a particular account with a name used in the bond document?

---

**485**

A.    I can't recall specifically asking him a question like that or not.

Q.    Did you do anything to independently verify or confirm what Gustavo told you about which account was which?

A.    No, other -- no, but the actual Flow of Funds makes sense to me, given the assignments to those accounts that he provided.

Q.    Well, we spoke earlier -- well, what do you mean it made sense to you based on the assignments that he provided?  Do you mean it made sense in terms of corresponding to moneys that were supposed to be transferred into the various accounts, and had the moneys actually flowed in relation to that?

MS. McKEEN:  Objection.

THE WITNESS:  What I mean generally, for example, is that I understand the Account 5144 being the surplus account, the surplus of the monthly average 3 million transfer from 9258, transfer to 9947, and thus the identification from the surplus account fits with my understanding of the Flow of Funds as presented here.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

67 (Pages 486 to 489)

---

**486**

BY MS. MILLER:

Q.   Okay.  Have you ever seen any document identifying the Scotiabank 5144 account as the surplus account?

A.   I can't recall a specific document that refers to it as the surplus account.

Q.   You think that you've seen it, though?

A.   I think I have seen some documents.

Q.   You think you have.  Okay.  I'm going to -- okay.

So I've looked through the production, and I have not seen any documents that identify the 5144 account as a surplus account.

MS. MILLER:  So I'm going to call on the record for the production of any such documents that you've seen that you're relying on for your testimony that the 5144 account is the surplus account or that the Commonwealth otherwise intends to rely on.

BY MS. MILLER:

Q.   Okay.  So you believe that you've seen a document identifying the 5144 account as

---

**487**

the surplus account; is that right?

A.   I feel confident to say that I believe the 5144 account is the surplus account.

Q.   That wasn't my question.

You believe that you've seen a document that identifies the 5144 account as the surplus account; is that correct?

A.   Yeah, and I'm not certain one way or the other as to whether I've seen a specific document that calls it that or not.

Q.   Okay.  Have you seen any documents that call any of these accounts the surplus account?

A.   I believe so.  I just -- I can't recall a specific document.

Q.   Okay.  And you believe that the document that you saw, called the Scotiabank 5144 account the surplus account; is that right?

A.   I -- yeah, I can't recall if it's a specific document, as I mentioned, or in conversations with Gustavo.

Q.   Okay.  Is the 5144 account a comingled operational account of the Tourism

---

**488**

Company?

A.   Did --

Q.   The moneys other than these excess moneys from the hotel occupancy taxes flow into the 5144 account?

A.   Could you repeat that, please?

Q.   The moneys other than the excess moneys from the hotel occupancy taxes, excuse me, flow into the 5144 account?

A.   Correct.

Q.   And you understand that the surplus account is one of the two accounts that's in the Special Fund called the Holding Fund under the assignment and coordination agreement that we looked at and previously marked as Exhibit 30, correct?

A.   I understand that that's what the document we looked at together said.

Q.   Okay.  And do you have an understanding of whether operating moneys would flow into a Special Fund as that term is used in government accounting?

A.   I'm not certain how to answer your question.  Could you be more specific?

Q.   Yes.  Do you know whether general

---

**489**

operating -- sorry.

Do you know whether general revenues used for operating expenses would flow into a Special Fund?

UNIDENTIFIED SPEAKER:  Objection.

THE WITNESS:  I don't think about dollars flowing into Funds, but I'm also not sure of the way that that would be classified.

BY MS. MILLER:

Q.   Okay.  And I don't think you actually said it yet, so let me ask you to identify which bank account do you believe on this chart corresponds to the transfer account?

A.   GDB account 9758.

Q.   Okay.  And what is the basis for that testimony?

A.   Conversations with Tourism.

Q.   And did you do anything to verify what Tourism told you about that?

A.   I did not personally pull documents to verify that, but the team, the entire document production had hundreds -- thousands -- thousands of documents that I personally could not review every single document.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

68 (Pages 490 to 493)

---

**490**

1    Q.    And you're confident that if
2    somebody told you that the 9758 account is the
3    transfer account that there is a document among
4    the thousands -- I would say many tens of
5    thousands of documents -- that were produced
6    that identifies the 9758 account as the
7    transfer account, correct?
8            UNIDENTIFIED SPEAKER:  Objection.
9            THE WITNESS:  I can't recall if
10   there's specific documents (indiscernible).
11           THE REPORTER:  I'm sorry.  Can you
12   repeat that once more?
13           THE WITNESS:  I cannot recall if
14   there is a specific document that was used to
15   make that determination.
16   BY MS. MILLER:
17       Q.    And do you know if you've ever
18   seen any document referring to the 9758 account
19   as an account other than the transfer account?
20       A.    I'm not certain.
21       Q.    Okay.  Mr. Ahlberg, in putting
22   together your Flow of Funds, did you use
23   instruction letters to identify which moneys
24   deposited into the 9758 account flowed into the
25   9947 account?

---

**491**

1        A.    We looked at these transfer
2    letters.  I'm not sure if that's the same thing
3    as instruction letters that you're referring
4    to.
5        Q.    Okay.  So I'm going to pull one
6    up, and you can tell me.  Can I get tab 2132,
7    please, marked up as the next exhibit.
8            (Monolines Exhibit 34 is
9            introduced for the record.)
10   BY MS. MILLER:
11       Q.    Did you come to understand what
12   the relevant account names were under the
13   various bond documents?
14       A.    I'm sorry.  You broke up there in
15   the middle of your question.
16       Q.    How did you come to understand
17   what the relevant account names were under the
18   various bond documents and related agreements?
19       A.    It -- it's hard to answer that
20   question because that assumes the -- part of
21   the approach that I took to build the Flow of
22   Funds, which we start with the actual Flow of
23   Funds.
24       Q.    Yeah.  I'm saying how did you
25   figure out what -- well, when I asked -- I

---

**492**

1    showed you a number of bond documents earlier,
2    and you told me you hadn't looked at many of
3    them.  And my question is:
4            If you didn't even look at them,
5    how did you know what accounts were to even
6    know what labels to be putting on various bank
7    accounts?  That's my question.
8            UNIDENTIFIED SPEAKER:  Objection.
9    BY MS. MILLER:
10       Q.    So I'm assuming, consistent with
11   your testimony, that the process that you
12   underwent was entirely independent of the
13   various Fund or account designations under
14   statutes and bond documents and that there was
15   no reason or need for you to map them or
16   connect them.  That's consistent with your
17   testimony in HTA and PRIFA.
18           But suddenly, in CCDA, you have
19   very strong opinions about which account
20   corresponds to -- which bank account
21   corresponds to which account designation in the
22   bond documents, and that's what I'm trying to
23   understand here.
24           UNIDENTIFIED SPEAKER:  Objection.
25

---

**493**

1    BY MS. MILLER:
2        Q.    So my question was:
3            How did you come to know what the
4    account names were under the bond document that
5    you could attach to the various bank accounts?
6        A.    I'm not certain what the entire
7    process was to assign names to the accounts as
8    I understand them, plus my understanding came
9    about by a discussion with Tourism.
10       Q.    Okay.  So we have marked as
11   Monolines Exhibit 34 a document.  Do you see
12   it?
13       A.    I see a document.
14       Q.    And is this the document -- a form
15   of document that you recognize?
16       A.    Yes.
17       Q.    Okay.  And there are actually, if
18   you scroll through in this exhibit, a number of
19   sample transfer documents that we were given,
20   instruction letters that we were provided, and
21   you can flip through and look at all of them if
22   you would like.  There is also, I see -- maybe
23   we don't have an English translation.
24           Do we have an English translation
25   of these?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

69 (Pages 494 to 497)

---

**494**

1    MS. McKEEN:  Atara, are they
2  consecutively paginated, or is this just --
3    MS. MILLER:  Mine are
4  consecutively paginated, yes.
5    MS. McKEEN:  Thank you.
6    MS. MILLER:  No, I think this was
7  a collection of -- this was a collection of
8  instruction documents that were produced, and
9  there is an English translation.  And this
10  is -- my understanding, Liz, is that this is
11  how the document was produced all together as a
12  single packet.
13    MS. McKEEN:  Thank you.  That was
14  just my question.
15    MS. MILLER:  Yeah.
16  BY MS. MILLER:
17    Q.    Okay.  So, Mr. Ahlberg, looking at
18  this, do you see that this is authorizing a
19  transfer from one account to another
20  account -- oh, we are pulling up the English
21  translation.  Here we go.
22    Okay.  And do you see that this
23  letter is authorizing the debiting of a
24  particular account of 3-million-plus dollars?
25  Do you see that?

---

**495**

1    A.    Yes, I see that.
2    Q.    Okay.  And what account is that
3  debiting?
4    A.    The account number listed is
5  Redacted 9758.
6    Q.    Okay.  And is that the same
7  account that is identified on your Flow of
8  Funds chart, Exhibit 32, as GDB 9758?
9    A.    Yes.
10    Q.    Okay.  And how is that accounting
11  identified in this transfer letter?
12    A.    This transfer letter assigns a
13  name in quotes to that account of Room Tax -
14  Concentration Surplus.
15    Q.    And do you have an understanding
16  of what it means when an account name is put in
17  quotes in a transfer letter like this?
18    A.    I'm not entirely positive.
19    Q.    Okay.  And who is this letter
20  from, can you tell?
21    A.    I don't know if it would be
22  easier to look at or if you would prefer to
23  look at the original Spanish letterhead, but
24  this is a letter from the Tourism Company to
25  the GDB, is it not?

---

**496**

1    A.    Could we go to the Spanish
2  translation just so I know for sure?
3    Q.    Sure.
4    A.    Yes, thanks.
5    Q.    Okay.  And so -- and it's from a
6  Mr. Samuel Sierra Rivera.  Do you see that?
7    A.    Yes.
8    Q.    And he's -- he identifies himself
9  as the chief financial officer.  Do you see
10  that?
11    A.    I see that.
12    Q.    Okay.  And so according to this
13  instruction letter, the chief financial officer
14  of the Tourism Company is identifying the
15  99 -- the 9758 account as, quote, the room tax
16  concentration surplus.  Do you see that?
17    A.    I see that.
18    Q.    Okay.  Do you have any
19  reason -- do you know who Mr. Sierra Rivera is?
20    A.    I do not.
21    Q.    Okay.  Do you know whether Gustavo
22  is junior or senior to the chief financial
23  officer of the Tourism Company?
24    A.    I know Gustavo is not the CFO of
25  the company in his finance position.  That

---

**497**

1  would make him subordinate to the CFO at the
2  Tourism Company.
3    Q.    All right.  Do you have any reason
4  to dispute the at least then-CFO of the Tourism
5  company's characterization of the 9758 account
6  as the room tax concentration surplus?
7    A.    He calls the account what he calls
8  the account in this letter.
9    Q.    Okay.  And you haven't seen any
10  documents that would indicate that the 9758
11  account is not the surplus account, have you?
12    A.    I can't recall specifically seeing
13  any documents like that.
14    Q.    Well, I can tell you that we
15  haven't.  So I, again, call for the production
16  of any documents that would suggest that an
17  account other than the 9758 account is the
18  surplus account.
19    And you have not seen any
20  documents, have you, that identified the 9758
21  account as the transfer account, have you?
22    A.    I can't recall seeing a specific
23  document that said that, but from my work with
24  Tourism, I understand that account to be the
25  transfer account.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                        April 23, 2020

70 (Pages 498 to 501)

---

**498**

1  Q.      You haven't seen any documents
2  that say that.
3  A.     I can't recall if there were
4  documents, off the top of my head.
5  Q.      Okay.  And you've now seen at
6  least one collection of documents, and you can
7  flip through and see that the tourism company
8  in each of these letters identifies the 9758
9  account as the room tax concentration surplus.
10         You haven't seen any -- you've at
11 least not seen one collection of documents that
12 identified something other than the transfer
13 account, right?
14 A.     Again, I can't recall seeing it or
15 not seeing a document like that.
16 Q.      I'm asking you about the document
17 that's in front of you right now.  You are
18 currently looking at least one document, one
19 document that is a collection of multiple
20 documents that identify the 9758 account as
21 something other than the transfer account;
22 isn't that right?
23 A.     These documents do call that
24 account number by name.  That is not the
25 transfer account.

---

**499**

1  Q.      Okay.  And the name is Room Tax
2  Concentration Surplus, isn't it?
3  A.     That's what it says.
4  Q.      Okay.  And I'd like to now mark as
5  Exhibit 35 tab 2507.
6          (Monolines Exhibit 35 is
7          introduced for the record.)
8  BY MS. MILLER:
9  Q.      Mr. Ahlberg, have you seen any
10 account-opening documents for the GDB 9758
11 account?
12 A.     I don't think I personally
13 reviewed an account opening statement for that
14 account.
15 Q.      Okay.  Do you know whether anybody
16 on your team did?
17 A.     I believe someone on the team
18 would have agreed that document.
19 Q.      Okay.  So I've marked as
20 Exhibit 35 a letter dated March 31, 2002, from
21 your counsel to me and many others, and I want
22 you to look at page 2 of that account on this
23 chart.  And do you see the GDB 9758 account
24 listed?
25 A.     Please give me a moment here.

---

**500**

1  Q.      Sure.
2  A.     Yes, I see that Account 9758
3  listed on this document.
4  Q.      Okay.  And what is the
5  representation from your counsel about the
6  account-opening documents for 9758?
7  A.     I was unable to locate an
8  account-opening document in GDB's file.
9  Q.      Okay.  And so do you now retract
10 your prior statement that you believe someone
11 on your team reviewed account-opening
12 statements for GDB 9758?
13 A.     I do.  I apologize.
14 Q.      Okay.  So to the best of your
15 knowledge and my knowledge, there simply are no
16 available account-opening documents for GDB
17 9758, correct?
18 A.     Correct.
19 Q.      Okay.  And what are -- is the
20 Scotiabank 5142 account?  Do you know if you've
21 looked at any account-opening documents for the
22 Scotiabank 5142 account?
23 A.     I didn't personally review the
24 account-opening statement for Scotiabank
25 Account 5142.

---

**501**

1  Q.      Do you know whether anyone on your
2  team received an account-opening statement --
3  sorry -- account-opening document for
4  Scotiabank 5142?
5  A.     Off the top of my head, I'm not
6  certain.
7  Q.      Okay.  Well, I'll tell you, and I
8  can mark it if you'd like, but your counsel
9  represented that it provided to us all of the
10 documents that it was able to get from
11 Oriental Bank and that that did not include
12 account-opening documents for 5142.
13         Do you have any reason to believe
14 that such account-opening documents are
15 available?
16 A.     No.
17 Q.      Okay.  So it's actually listed in
18 this chart as well right under what we were
19 looking at.  Okay.  I want to go back to
20 Exhibit 32, which is the Flow of Funds.
21         Okay.  In 5144, you indicated to
22 me that slot machine proceeds were also
23 deposited in that account, correct?
24 A.     I believe so, yes.
25 Q.      Do you know why slot machine

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

71 (Pages 502 to 505)

---

**502**

```
 1    proceeds would be deposited into the surplus      05:51:46
 2    account, which is an account in the Holding       05:51:49
 3    Fund under the CCDA bond documents?               05:51:51
 4         UNIDENTIFIED SPEAKER:  Objection.            05:52:01
 5         THE WITNESS:  I don't know the               05:52:02
 6    exact reasons why slot machine revenues would     05:52:02
 7    be deposited into this account.                   05:52:06
 8    BY MS. MILLER:                                    05:52:06
 9         Q.    All right.  Do you know                05:52:08
10    whether -- sorry.  I may have asked this again,   05:52:10
11    but I just want to make sure that I've covered    05:52:15
12    it.                                               05:52:15
13         Are any other moneys other than             05:52:16
14    hotel occupancy taxes deposited in the 9758      05:52:19
15    account?                                          05:52:22
16         A.    No.                                    05:52:24
17         Q.    Okay.  And looking at this chart,      05:52:25
18    I don't think I asked you this for CCDA yet,      05:52:29
19    but, again, we see various colors attached to     05:52:32
20    the boxes, right?                                 05:52:36
21         A.    Yes.                                   05:52:40
22         Q.    Okay.  So looking at the accounts      05:52:41
23    that are reflected in this January '15 just       05:52:50
24    November '15 Flow of Funds chart, just looking    05:52:50
25    by color designation, none of these is a         05:52:53
```

---

**503**

```
 1    Commonwealth account; is that correct?            05:52:58
 2         A.    That's correct.                        05:53:04
 3         Q.    Okay.  So during this time period,     05:53:04
 4    none of the hotel occupancy taxes that were       05:53:07
 5    collected by hoteliers transferred to the         05:53:10
 6    tourism company ever touched a Commonwealth       05:53:15
 7    account, correct?                                 05:53:18
 8         A.    During this time period, that is       05:53:23
 9    correct.                                          05:53:28
10         Q.    Okay.  I'm going to turn to the        05:53:28
11    next slide in the Flow of Funds, which is         05:53:31
12    December '15 to March 2016.                       05:53:36
13         And during this period, the moneys          05:53:36
14    continue to be collected by hoteliers, correct?   05:53:56
15         A.    Correct.                               05:54:02
16         Q.    And where did they transfer the        05:54:03
17    moneys to?                                        05:54:05
18         A.    The Scotiabank Account 5142.           05:54:08
19         Q.    Okay.  And then where did the          05:54:14
20    money flow after that?                            05:54:15
21         A.    From there transfers were made at      05:54:22
22    that time.                                        05:54:27
23         Q.    Okay.  And the 9758 account, just      05:54:27
24    so that I have my story straight, the 9758        05:54:30
25    account is the account that you would call the    05:54:35
```

---

**504**

```
 1    transfer account, right?                          05:54:37
 2         MS. McKEEN:  Objection,                      05:54:39
 3    argumentative.                                    05:54:40
 4    BY MS. MILLER:                                    05:54:40
 5         Q.    Sorry.  The GDB 9758 account is        05:54:42
 6    the account that you would call the transfer      05:54:45
 7    account, correct?                                 05:54:47
 8         A.    Correct.                               05:54:49
 9         Q.    Okay.  And that's the same account     05:54:51
10    that we saw the document from the CFO of the      05:54:53
11    GDB -- of the Tourism Company, rather,           05:54:56
12    identifying the concentration surplus, correct?   05:54:59
13         A.    Correct.                               05:55:01
14         Q.    Okay.  And the moneys still flow       05:55:02
15    into that GDB 9758 account, right?                05:55:05
16         A.    During this time period, money        05:55:14
17    still flows from 5042 to 9758.                    05:55:18
18         Q.    Okay.  And then during this time       05:55:24
19    period, all the moneys still flow into the        05:55:28
20    Scotiabank 5144 account, correct?                 05:55:28
21         A.    Correct.                               05:55:31
22         Q.    Okay.  And then what moneys during     05:55:31
23    this time period are flowing from the 5144        05:55:33
24    account into the 5138 account?                    05:55:36
25         A.    Hotel occupancy taxes, among          05:55:48
```

---

**505**

```
 1    others.                                           05:55:53
 2         Q.    Okay.  And do all of the hotel         05:55:54
 3    occupancy taxes flow from 5144 to 5138?           05:55:56
 4         A.    Would you repeat the question?         05:56:07
 5         Q.    Yeah.  During this period, do all      05:56:09
 6    of the hotel occupancy taxes deposited in 5148    05:56:43
 7    flow into -- sorry.  Let me start again.          05:56:48
 8         During this period, do all of the           05:56:48
 9    hotel occupancy taxes deposited in 5144 flow      05:56:52
10    into 5138?                                        05:56:57
11         A.    Yes.                                   05:57:09
12         Q.    Okay.  And do all of the hotel         05:57:11
13    occupancy taxes during this period deposited in   05:57:14
14    5138 flow into the 006 account?                   05:57:18
15         A.    No.                                    05:57:37
16         Q.    Okay.  What hotel occupancy taxes      05:57:45
17    do not flow into the 006 account from the 5138    05:57:49
18    account?                                          05:57:55
19         A.    Hotel occupancy taxes funding CCDA     05:57:57
20    operations would flow to that box called         05:58:06
21    Non-Debt Service Outflow.                         05:58:12
22         Q.    And are those what are referred to    05:58:15
23    as the surplus amounts?                           05:58:16
24         A.    I'm not certain if they're            05:58:26
25    referred to as surplus amounts or not.            05:58:30
```

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                        April 23, 2020

72 (Pages 506 to 509)

506

Q.    Okay.  Are all of the -- I'm just
trying to remember the exact term.
       Are all of the amounts that are
required to be transferred into the transfer
account flowed into the 006 account?
       Okay.  So let me restate that.
You don't remember -- do you recall that when
we looked at Exhibit 30, which is the
Assignment and Coordination Agreement, there
was a definition of required payments?
       A.    I remember there was a definition
of required payments in that document.
       Q.    Okay.  And do you remember that
that loosely was defined as the monthly 1/10 of
the amounts that had to be flowed into the
transfer account and any deficiency amount?
       A.    I believe that's what that
document we looked at together said.
       Q.    Okay.  So if I refer to the
required payments, will you understand what I
mean?
       A.    Yes.
       Q.    Okay.  And just to make it simple,
because I want to make sure that we are talking
about things the same way, if we could just go

507

back one page in Exhibit 32.
       When I'm talking about the
required payments, I'm talking about the
amounts that flowed from 9758 to 9947.  Is that
consistent with your understanding?
       A.    Yes.
       Q.    Okay.  So we'll call that the
required payments going forward.
       MS. McKEEN:  Objection.
       MS. MILLER:  What's the objection?
       MS. McKEEN:  You mean the
agreement says what it says, and so to the
extent, you know, you're trying to get the
witness to give some form of legal conclusion,
that's the final objection.
       MS. MILLER:  I'm trying to get the
witness to have a common understanding with a
noncontroversial term that refers to the moneys
that were pledged to the bondholders without
having him give the legal opinion that these
moneys are pledged to the policyholders, so I'm
going to go with required payments.  I think
the witness is comfortable with that and
understands what bucket of money I'm talking
about.

508

BY MS. MILLER:
       Q.    Mr. Ahlberg, do you know the
bucket of moneys that I'm referring to?  So not
all hotel occupancy taxes, only that narrower,
what I think you've referred to as the 3-plus
million a month that's to be transferred?
       A.    I understand that that's how
you're using the term "required payment."
       Q.    Okay.  If you want to attach a
different term to it, I'm fine using whatever
term you're most comfortable with.
       A.    We can say the monthly payment.
       Q.    Monthly payment?  Okay.
       Okay.  Are all of the monthly
payments, as you use that term -- defined it,
all of the monthly payments flowed from the
5138 account to the GDB 006 account during the
December '15 to March '16 time period?
       A.    Now that I have this time period
presentation in front of me, can you reask the
question, please?
       Q.    Now I forgot what you want to call
these.  Monthly payments?  Okay.
       Are all of the monthly payments
transferred from the 5138 account to the 006

509

account?
       A.    Yes.
       Q.    Okay.  And how do you know that?
       A.    Having reviewed these payments,
transfer details of those transfers.
       Q.    Okay.  And based on that, you were
able to confirm that all of the monthly
payments were transferred from the 5138 account
to the 006 account, correct?
       A.    Correct.
       Q.    And are all of the hotel occupancy
tax monthly payments deposited in the 006
account transferred to the 6048 account during
this time period?
       A.    Yes.
       Q.    Okay.  And that 6048 account,
that's the account we were talking about
earlier, correct?
       A.    That is an account that we talked
about earlier.
       Q.    Okay.  And specifically, what
account was this?
       A.    An account separate from the TSA,
account 1.
       Q.    Okay.  What moneys were held in

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

73 (Pages 510 to 513)

---

**510**

1   this account during this time period?

2       A.    It held -- retained room tax

3   revenues and dollars -- well, not retained.

4       Q.    Okay.  And then were all of the

5   hotel occupancy tax monthly payments that were

6   deposited into 6048 deposited into or back into

7   the 006 account?

8       A.    Yes.

9       Q.    Do you know whether when the

10  moneys flowed back into the 006 account they

11  were tagged with a different Fund or accounting

12  designation than when they were previously

13  transferred into the 006 account?

14      A.    I'm not positive to say it's

15  different funds or designations or not.

16      Q.    Okay.  What would I do to find

17  that out?

18      A.    I would review a voucher prepared

19  for transfer.

20      Q.    Okay.  And then were all of the

21  hotel occupancy tax monthly payments that were

22  retransferred into the 006 account during this

23  period transferred out for GO Debt Service?

24      A.    Yes.

25      Q.    Okay.  And, again, do you know

---

**511**

1   whether that was actually -- sorry -- whether

2   that money was actually transferred to third

3   parties on account of GO Debt Service?

4       A.    I'm not certain.

5       Q.    Okay.  Do you have an

6   understanding of how much of the -- do you know

7   how much of the hotel occupancy tax monthly

8   payments were transferred into the GDB 006

9   account during this time period?

10      A.    Off the top of my head, I don't

11  have that number.

12      Q.    Okay.  And we spoke a little bit

13  about the time frames that were covered during

14  this -- for the time frames that were

15  identified at the top of each of these Flow of

16  Funds.

17          Is it your understanding that this

18  is referring to room tax revenues that were

19  generated and transferred into the Scotiabank

20  5142 account between December 2015 and

21  March 2016?

22      A.    Yes.

23      Q.    Okay.  Footnote 1 to this Flow of

24  Funds indicates that transfers from the 006

25  account to Fund GO Debt Service payment in

---

**512**

1   January '16 included comingled room tax

2   receipts with proceeds from other retained

3   revenues.  Do you see that?

4       A.    Yes, I see that.

5       Q.    Do you know whether moneys

6   transferred in January, February or March of

7   2016 were actually used to pay GO Debt Service?

8       A.    Could you repeat the question?

9       Q.    Do you know whether moneys

10  transferred in January, February or March of

11  2016 were actually used to pay GO Debt Service?

12      A.    Transfers from which account to

13  which account?

14      Q.    Hotel occupancy tax monthly

15  payments transferred into the GDB 006 account

16  in January, February and March 2016, do you

17  know if they were actually used to pay GO Debt

18  Service?

19      A.    We set the revenue from -- room

20  tax proceeds during this time period was

21  used -- sorry.

22          The revenue earned in this time

23  period was the source of funding for transfers

24  for GO Debt Service.

25      Q.    Okay.  So the footnote indicates

---

**513**

1   that it was only for the GO Debt Service

2   payment in January of 2016.  Do you believe

3   that there were additional GO debt service

4   payments that were funded from these moneys?

5       A.    Would you repeat the question,

6   please?

7       Q.    The footnote indicates that these

8   moneys were used for the January --

9   January 2016 GO Debt Service.

10          Do you believe that there were

11  additional GO Debt Service payments other than

12  January 2016 that were funded from the hotel

13  occupancy tax monthly payment reflected in this

14  Flow of Funds?

15      A.    I was thinking here.  Would you

16  mind repeating the question again?

17          MS. MILLER:  Would the court

18  reporter mind reading it back, please?

19          (Record read as requested.)

20          THE WITNESS:  No.

21  BY MS. MILLER:

22      Q.    So do you believe that the hotel

23  occupancy tax monthly payments for January,

24  February and March of 2016 that are reflected

25  as flowing into the GDB 006 account and then to

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

74 (Pages 514 to 517)

**514**

1  the 6048 account and then to the 006 account
2  remain in the TSA today?
3      A.    I don't think of any one transfer
4  of any kind of funds ever remaining in the TSA
5  account. That's not really how I think about
6  it.
7      Q.    Have you seen any document --
8  sorry.
9          Have you seen any outflow document
10  after January 2016 indicating a tilt flow of
11  the hotel occupancy tax monthly payment from
12  the TSA?
13      A.    I've seen no other outflow from
14  the TSA that indicated hotel occupancy taxes as
15  a source of revenue of a transfer out of the
16  TSA.
17      Q.    Okay. And during this --
18      MS. MILLER: I don't have much
19  more. I am just going to quickly go through
20  the rest of the Flow of Funds.
21      MS. McKEEN: Okay. Thank you.
22      MS. MILLER: They do get very
23  complicated, though. I'm hoping to not have to
24  ask about every account. We have a simple one
25  coming up next.

**515**

1  BY MS. MILLER:
2      Q.    And just so that I understand, or
3  just can you confirm that all of the same hotel
4  occupancy tax revenues transferred from
5  hoteliers into the 5142 account and the
6  9758 account?
7      A.    To what time period?
8      Q.    In the December '15 to March 2016
9  period. The Scotiabank 5142 account and the
10  GDB 9758 account each have exactly the same
11  moneys; is that correct? Or let me say that
12  differently.
13          For the December '15 to March 2016
14  period, the exact same revenues flow through
15  the Scotiabank 5142 account and the GDB 9758
16  account, correct?
17      A.    Would have been the exact same
18  amount that was received into 5142 that was
19  transferred to 9758.
20      Q.    Okay. Is that different in any
21  way from what I said? I just want to know how
22  to ask the question precisely going forward.
23          So if you're drawing a distinction
24  that I'm not attuned to, I just would like to
25  hear what it is.

**516**

1      A.    Yeah, and I just answered that way
2  for my own benefit to make sure I answered
3  correctly.
4      Q.    Okay. All right. I might try to
5  ask you the same way.
6          Okay. So turning now to
7  April 2016, so this one appears pretty simple.
8          Can you just describe the flow
9  from the collection of room tax revenues by the
10  hoteliers?
11      A.    Yes. During April of 2016, room
12  tax revenues would have been collected by
13  hoteliers, remitted to Tourism Company, a/k/a
14  deposited into Scotiabank Account 5142, and
15  then transferred to GDB Account 9758.
16      Q.    Okay. And does the fact that the
17  Flow of Funds stop here mean that hotel
18  occupancy tax revenues collected in April 2016
19  remained in the GDB 9758 account?
20      A.    It means that during this time
21  period, there were no transfers out of the 9758
22  account.
23      Q.    Was there a transfer out of the
24  9758 account subsequent to this time period?
25      A.    No.

**517**

1      Q.    Okay. So what moneys were
2  deposited were then remaining in the GDB 9758
3  account presumably through the GDB's title fix;
4  is that right?
5      A.    I am not positive. I know that
6  account was dealt with in the GDB
7  restructuring.
8      Q.    Okay. Were you involved in the
9  GDB restructuring in any way?
10      A.    No.
11      Q.    Okay. And, again, during this
12  period, none of the accounts through which the
13  hotel occupancy taxes flowed were Commonwealth
14  accounts; is that correct?
15      THE REPORTER: I'm sorry. Were
16  what?
17      MS. MILLER: Commonwealth
18  accounts.
19      THE REPORTER: Thank you.
20      THE WITNESS: Correct.
21  BY MS. MILLER:
22      Q.    Okay. And again, as with the
23  prior period, exactly the same revenues flowed
24  through the 5142 account and the GDB 9758
25  account, correct?

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

75 (Pages 518 to 521)

**518**

1      A.    It would have been the same amount  06:18:41
2   that -- same revenue that was transferred by  06:18:43
3   hoteliers to 5142.  Transfers for the same  06:18:45
4   amount would be in total throughout April to  06:18:50
5   9758.  06:18:56
6      Q.    Okay.  So now let's go on to the  06:18:58
7   next one.  It's about to get a lot more  06:18:59
8   complicated.  06:19:09
9         Okay.  So here the hoteliers are  06:19:09
10   collecting taxes, and they're still  06:19:15
11   transferring them into the Scotiabank 5142  06:19:17
12   account; is that right?  06:19:20
13      A.    Right.  06:19:21
14      Q.    And then the money is being  06:19:22
15   transferred from the 5142 account into the 5144  06:19:24
16   account?  06:19:26
17      A.    Correct.  06:19:28
18      Q.    And is it your understanding that  06:19:30
19   during this period all of the hotel occupancy  06:19:31
20   taxes were transferred from the 5142 into the  06:19:34
21   5144 account?  06:19:40
22      A.    Yes.  06:19:44
23      Q.    Okay.  And have you seen  06:19:44
24   account-opening documents for the 5144 account?  06:19:45
25      A.    No, I have not personally seen  06:19:53

**519**

1   them.  06:19:55
2      Q.    Okay.  Do you know whether anybody  06:19:55
3   on your team has?  06:19:56
4      A.    I don't recall if anyone on the  06:20:00
5   team has or not.  I believe you could look at  06:20:02
6   the document we reviewed together earlier to  06:20:05
7   know for certain.  06:20:08
8      Q.    Okay.  Would you expect account  06:20:08
9   documents related to the 5144 account to  06:20:14
10   identify it as the surplus account?  06:20:16
11      A.    I'm not certain of what documents  06:20:22
12   would or would not be used to identify the  06:20:26
13   surplus account.  06:20:31
14      Q.    Well, I'm just asking if you -- we  06:20:37
15   saw the pledge account document.  It called the  06:20:39
16   account the pledge account.  06:20:41
17         Would you expect the account  06:20:43
18   documents related to this account to call it  06:20:45
19   the surplus account?  06:20:47
20      A.    I'm not certain what every  06:20:52
21   documented related to this account named the  06:20:54
22   account.  06:20:59
23      Q.    I'm asking you if you would expect  06:20:59
24   the account-opening documents to designate a  06:21:00
25   surplus account.  06:21:08

**520**

1      A.    I can't say one way or the other  06:21:09
2   whether an opening statement would say that or  06:21:12
3   not.  06:21:15
4      Q.    Would you expect any account, any  06:21:15
5   documents related to this account to identify  06:21:17
6   it as the surplus account?  06:21:19
7         MS. McKEEN:  Objection.  06:21:29
8         THE WITNESS:  I'm not positive of  06:21:31
9   documents that would or would not have been  06:21:33
10   used to make that determination.  06:21:35
11   BY MS. MILLER:  06:21:35
12      Q.    Okay.  Have you ever heard this  06:21:46
13   account referred to as the sweep concentration  06:21:57
14   account?  06:22:00
15      A.    You broke up there right at the  06:22:01
16   end.  06:22:02
17         Have you ever seen this account  06:22:04
18   referred to as the sweep concentration account?  06:22:05
19      A.    I can't recall if I've seen the  06:22:12
20   account referred to in that way or not.  06:22:16
21      Q.    What is a sweep concentration  06:22:23
22   account, as you understand it?  06:22:25
23      A.    I'm not certain of exactly what  06:22:26
24   that name -- the name of an account like that  06:22:46
25   would indicate.  06:22:47

**521**

1      Q.    Are you aware of any other  06:22:52
2   accounts called sweep concentration accounts  06:22:54
3   within the Commonwealth or instrumentality?  06:22:56
4      A.    No.  06:23:02
5      Q.    No.  Have you ever heard that term  06:23:02
6   with respect to the Tourism Company?  06:23:07
7      A.    I just can't recall.  People use  06:23:14
8   the term "sweep" and "concentration" very  06:23:16
9   loosely when referring to different accounts.  06:23:20
10         MS. MILLER:  Okay.  I would like  06:23:26
11   to mark as the next exhibit tab 2134, please.  06:23:30
12         (Monolines Exhibit 36 is  06:23:30
13         introduced for the record.)  06:23:30
14         THE WITNESS:  Excuse me.  Could we  06:23:55
15   make a 2-minute break?  I just drank a bunch of  06:24:00
16   coffee with coffee grounds with it.  06:24:00
17         MS. MILLER:  Sure.  I'll let you  06:24:03
18   take it even though there's a question pending.  06:24:05
19   Let's go off the record.  06:24:07
20         THE VIDEOGRAPHER:  We are off the  06:24:09
21   record at 6:24 p.m.  06:24:09
22         (Recess taken.)  06:24:14
23         THE VIDEOGRAPHER:  We are back on  06:24:43
24   the record at 6:25 p.m.  06:24:45
25

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

76 (Pages 522 to 525)

---

**522**

BY MS. MILLER:

Q.    Okay. So you have in front of you a document that was marked Monolines Exhibit 36.

Do you see that?

A.    I see the document.

Q.    Yeah. Is this a document that you've seen before?

A.    Is there a certified English translation?

Q.    I'm not sure. The answer is maybe. I don't think that what I'm going to have to do requires knowledge of Spanish. Other -- okay. There is a certified English translation. Do we want to wait for it?

A.    If you could.

Q.    Sounds like your Spanish is a lot better than mine. If you need the English translation, just let me know, and I'll stop and wait for that to be found.

A.    Fair enough.

Q.    So do you recognize Exhibit 36 as a corporate resolution of the Tourism Company of Puerto Rico?

A.    I see that's (indiscernible) --

---

**523**

THE REPORTER: I'm sorry. You broke up. The witness, your answer totally broke up for me. Sorry.

THE WITNESS: Sure. I said:

Yes, I see that's what the document says.

THE REPORTER: Thank you.

BY MS. MILLER:

Q.    Okay. And you see that it lists a number of Tourism Company bank accounts in a chart starting about halfway through?

A.    Yes, I see that.

Q.    Could we magnify the exhibit a little bit? I think it's very hard to see the numbers. They're running together a little bit.

A.    Does that help?

Q.    If you have magnified it on your end. I have a hard copy that is slightly larger on my end. So if you can see it...

A.    I can see it.

Q.    Okay. Great. So do you see that the first account that's identified is the Scotiabank of Puerto Rico account Redacted 5144?

---

**524**

A.    Yes, I see that on the document.

Q.    Okay. And is that the account that is referred to in your Flow of Funds document as the Scotiabank 5144 account?

A.    Yes.

Q.    Okay. And do you see the next column over says:

Número de la cuenta?

A.    Yes.

Q.    And do you understand that to mean name of the account?

A.    Yes.

Q.    Okay. And the name of the account that's attributed to the 5144 account, can you just read what it's called in this document?

A.    This document lists the name of that account as "sweep concentration."

Q.    Okay. It doesn't list a surplus, does it?

A.    The document says "sweep concentration."

Q.    Okay. And looking at the May '16 to July '16 Flow of Funds, in fact, none of the accounts identified in this Flow of Funds is a Commonwealth account, is it?

---

**525**

A.    Could we have the Flow of Funds presentation during the --

Q.    Oh, sorry, yes. Yes. I'm sorry. We are not in hard copy. I forgot. Yes. Can we -- that was not a memory test.

MS. MILLER: Can we pull up Exhibit 32 again, please.

Thank you. It wasn't a trick, I promise.

A.    No problem.

BY MS. MILLER:

Q.    I'm old school. My desk is filled with the exhibits. I kind of assumed yours was too.

MS. MILLER: Was there anyone else -- did you want me to pull up the certified English translation? I'm happy to attach it to the exhibit that we marked just so we have it on a going forward basis, but unless anybody wants to see it right now, I was going to go back to the Flow of Funds document.

MS. McKEEN: I think we are okay.

MS. MILLER: Okay. Great, thank you.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

77 (Pages 526 to 529)

---

**526**

BY MS. MILLER:

Q.   Okay.  So let me just ask my question again.

Looking at the Flow of Funds from May '16 to July 2016, none of the accounts identified in this Flow of Funds is a Commonwealth account, correct?

A.   Correct.

Q.   And looking forward to the August '16 to February of 2017 account -- sorry -- Flow of Funds, here the room tax revenues collected by the hoteliers are still being transferred into the Scotiabank 5142 account; is that right?

A.   Correct.

Q.   And during this period, the money is now flowing next into the BPPR 2306 account; is that right?

A.   Correct.

Q.   Okay.  What's your understanding of what the BPPR 2306 account is?

A.   This account in this time period, this account is used to transfer monthly payments to BPPR 6545.

Q.   Okay.  So just looking back to the

---

**527**

January '15 to November 2015 period, that BPPR 2306 account is now taking the place of the GDB 9758 account; is that right?

UNIDENTIFIED SPEAKER:  Objection.

THE WITNESS:  It's not one -- one account -- accounts don't replace accounts in that way.  I don't think about it like that.

BY MS. MILLER:

Q.   Okay.  Well, when the GDB ceases to exist and you have to open an account in a new bank, wouldn't you think about it in that way?

MS. McKEEN:  Objection.

BY MS. MILLER:

Q.   So let me just -- and I don't know, is there a way to split the screen on the exhibit so that you can look at both the January 2015 to November 2015 and August 2016 to February 2016 Flow of Funds side by side?

A.   I don't know.

Q.   The message from people who know say there is not.  That's the definitive answer.  So okay.  All right.

So the first one will be easy because we still start with room taxes being

---

**528**

collected by hoteliers, right?

And in those periods, the moneys are transferred by the hoteliers into the Scotiabank 5142 account, correct?

A.   Correct.

Q.   Okay.  And my question is going to be -- and I'm happy to go back and forth as much as you want, but my question is going to be are exactly the same moneys -- so I don't mean like actual dollars but the same revenue streams, hotel occupancy taxes, that flow into the GDB 9758 account in the January 2015 to November 2015 period -- sorry.  Let me just ask it more simply.

Are the hotel occupancy tax revenues that flow into the GDB 9758 account from January '15 to November '15 the same hotel occupancy tax revenues that flow into the BPPR 2306 account in the August '16 to February '17 period?

A.   They're inherently not the same revenues because they're revenues from different time periods, but from August 2016 to February 2017, there are approximately $3 million monthly amounts being transferred

---

**529**

from Account 2360 to BPPR 6545.

Q.   Okay.  Are all of the hotel occupancy taxes collected between August '16 and February '17 transferred from 5142 to BPPR 2306?

A.   Yes.

Q.   And that's the same as the Flow of Funds from 5142 to GDB 9758 in the January '15 to November '15 period, correct?

A.   Thank you for allowing me to flip back.  Would you mind repeating the question now that I've had a chance to look at this?

Q.   Yeah.  That flow of all of the hotel occupancy taxes from 5142 to BPPR 2306 is the same Flow of Funds, although in two different accounts that we saw in January '15 to November '15.

So all of the hotel occupancy taxes go from 5142 into the next account, and at that time period it was GDB 9758, correct?

A.   Correct.

Q.   Okay.  And then you indicated that it's about 3-plus million during the August 16th to February 17th period that goes from the BPPR 2306 down to the BPPR 6545,

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

78 (Pages 530 to 533)

530

```
 1   correct?                                        06:37:05
 2       A.    Correct.                              06:37:05
 3       Q.    Okay.  And that is the same           06:37:07
 4   proportional amount -- or not proportional      06:37:09
 5   amount but the same dollar amount flowed each   06:37:13
 6   month that flowed during the January '15 to     06:37:16
 7   November '15 time period from the GDB 9758      06:37:19
 8   account to the GDB 9947 account, correct?       06:37:25
 9       A.    The payments were approximately       06:37:29
10   the same amount.                                06:37:30
11       Q.    Okay.  And did the same               06:37:32
12   approximate amount flow from the 9758 account   06:37:38
13   to the Scotiabank 5144 account in both time     06:37:41
14   period, so in January '15 to November '15 and   06:37:44
15   in August '16 to February '17?                  06:37:48
16       A.    Okay.  Could you repeat that          06:38:00
17   question, please?                               06:38:02
18       Q.    Yeah.  Did the same amount of         06:38:02
19   hotel occupancy taxes or the same, yeah,        06:38:04
20   relative surplus amount of hotel occupancy      06:38:06
21   taxes flow from the 2306 account to the 5144    06:38:09
22   account and from the 9758 account to the 5144   06:38:15
23   account in the August '16 to February '17 and   06:38:20
24   January '15 to November '15 periods             06:38:25
25   respectively?                                   06:38:29
```

532

```
 1   more errors further complicating things.        06:40:18
 2       So let me start by asking:                  06:40:20
 3   Hoteliers still collect the taxes, correct?     06:40:22
 4       A.    Yes.                                   06:40:26
 5       Q.    In the March '17 to January '18        06:40:27
 6   period.  After collecting the taxes, they       06:40:30
 7   continued to transfer those moneys to the       06:40:33
 8   Scotiabank 5142 account, correct?               06:40:36
 9       A.    Correct.                               06:40:39
10       Q.    Okay.  What moneys flowed from the     06:40:40
11   5142 account to the 6545 account during this    06:40:49
12   period?                                         06:40:53
13       A.    During this time period, the          06:40:58
14   approximately $3 million per month is           06:41:01
15   transferred from 5142 to 6545.                  06:41:03
16       Q.    Okay.  And what moneys are             06:41:06
17   transferred from 5142 to 2306?                  06:41:10
18       A.    It depends.  I think at this time      06:41:21
19   account 5142 had some maximum dollar threshold  06:41:25
20   limits, and so then amounts received from       06:41:29
21   hoteliers that exceed those limits, Scotiabank  06:41:74
22   5142 transferred those funds to 2306, assuming  06:41:42
23   they're in excess of the $3 million monthly     06:41:51
24   payments made to 6545.                          06:41:50
25       Q.    Got it.  And then -- okay.  And        06:41:54
```

531

```
 1       A.    Yes.                                   06:38:30
 2       Q.    And, again, looking at the August      06:39:34
 3   '15 to February '17 Flow of Funds, none of      06:39:37
 4   these accounts is a Commonwealth account,       06:39:40
 5   correct?                                        06:39:47
 6       A.    Correct.                               06:39:47
 7       Q.    Okay.  And is it your                  06:39:48
 8   understanding that the moneys transferred into  06:39:50
 9   the BPPR 6545 account during this time period   06:38:56
10   remain in that account?                         06:38:58
11       A.    During this time period, there        06:39:05
12   were no transfers out of the account.           06:39:07
13       Q.    Okay.  In a couple of flows, we       06:39:15
14   are going to get to transfer out of that        06:39:20
15   account into a First Bank 3961 account, so I'm  06:39:24
16   happy to flip forward to the February 2018 to   06:39:29
17   the present Flow of Funds.                       06:39:32
18       When the transfers were made              06:39:45
19   during this period, were all of the moneys that 06:39:46
20   were previously deposited into the BPPR 6545     06:39:48
21   account deposited into the First Bank account?  06:39:52
22       A.    Yes.                                   06:40:03
23       Q.    Okay.  So we skipped over one.  I      06:40:06
24   just want to go back to the March '17 to         06:40:08
25   January '18 Flow of Funds, and here there are    06:40:11
```

533

```
 1   then what moneys are transferred to the 5144    06:41:58
 2   account from the -- sorry.                       06:42:00
 3       What moneys are transferred from           06:42:05
 4   the 5142 account to the 5144 account?           06:42:07
 5       A.    To the -- the surplus of hotelier     06:42:12
 6   room tax revenue is remitted to 5142.  So       06:42:22
 7   hoteliers remit room taxes to 5142, and the     06:42:27
 8   monthly payment going to 6545.  And in this     06:42:31
 9   flow it's the same kinds of revenue that would  06:42:36
10   go from 5142 to 2306 or directly to 5144, just  06:42:39
11   depending on the cash management system and the 06:42:45
12   way this -- the account maximum balance         06:42:47
13   threshold worked.                               06:42:51
14       Q.    And do you have an understanding      06:42:58
15   of why approximately $3 million a month was     06:42:59
16   transferred from 5142 to 6545?                  06:43:02
17       MS. McKEEN:  Objection.                     06:43:08
18       THE WITNESS:  I don't know why the          06:43:16
19   exact amount was -- is that amount, it would    06:43:17
20   transfer.                                       06:43:21
21   BY MS. MILLER:                                  06:43:21
22       Q.    But do you know why the money was     06:43:24
23   being separated in this way and certain amounts 06:43:26
24   transferred to 6545 and other amounts to 5144?  06:43:28
25       MS. McKEEN:  I'll articulate the            06:43:47
```

Henderson Legal Services, Inc.

202-220-4158                                www.hendersonlegalservices.com

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                        April 23, 2020

79 (Pages 534 to 537)

---

**534**

1   same objections as I did yesterday and made
2   clear that the witness wasn't supposed to be
3   giving testimony about why the Commonwealth
4   took certain actions.  So, like I did
5   yesterday, I'm going to instruct the witness
6   not to answer the question.
7   BY MS. MILLER:
8       Q.    Okay.  So let me ask you, then:
9           Is that a question that you could
10  answer but for the objection of your counsel?
11      A.    I'm not positive.
12      Q.    Okay.  Okay.  So looking at the
13  next sheet in the Flow of Funds, the next Flow
14  of Funds part, this is February 2018 to the
15  present.
16          And the first part corresponds to
17  the Flow of Funds that we saw previously from
18  March '17 to January '18.  I'm happy to go back
19  to that if it doesn't look visually the same to
20  you.  I'm going to limit my questions to the
21  bottom account.
22      A.    Okay.
23      Q.    Mr. Ahlberg, do you want to go
24  back, or are you sufficiently familiar with
25  these to understand that the top two lines are

---

**535**

1   the top two rows of transfer focusing?
2       A.    I understand they're the same.
3       Q.    Okay.  So just looking at the
4   bottom, the three accounts designated in the
5   bottom row here, so moneys go from -- let's
6   start at the beginning again.
7           The hoteliers collect the room
8   taxes, they then transfer them to Scotiabank
9   5142 account, and that's something that's
10  consistent throughout the time period covered
11  by all of these Flow of Funds, correct?
12      A.    Correct.
13      Q.    And then the 3-plus million is
14  then transferred from the 5142 account to the
15  BPPR 6545 account, correct?
16      A.    Correct.
17      Q.    Okay.  And then moneys flow to the
18  First Bank 3961 account, correct?
19      A.    During this time period, that's
20  correct.
21      Q.    Okay.  And what moneys flowed into
22  the First Bank 3961 account?
23      A.    The approximately 3 million
24  monthly payments would be transferred into the
25  First Bank 3691 account.

---

**536**

1       Q.    As well as any moneys that have
2   previously been transferred into the BPPR 6545
3   account, correct?
4       A.    Yes.
5       Q.    Okay.  And then moneys are
6   transferred into the First Bank 2984 account.
7   Do you see that?
8       A.    Yes.
9       Q.    What is the 2984 account?
10      A.    This is an account into which the
11  interest earned on deposits was transferred.
12      Q.    Okay.  So does that mean that the
13  principal amounts remained in the 3961 account
14  and only interest amounts earned flowed into
15  the 2984 account?
16      A.    Yes.
17      Q.    Okay.  So what is the First Bank
18  3961 account?
19      A.    An account at this time that's
20  being used to accumulate the approximately
21  $3 million monthly payment.
22      Q.    Okay.  And do you know if this
23  account has a name?
24      A.    I don't know off the top of my
25  head if this account has a name or not.

---

**537**

1       Q.    Do you know if this is a debt
2   service reserve account?
3       A.    Again, I'm just not certain of the
4   name of this account or not.
5       Q.    Okay.  So you know the name of a
6   whole lot of BPPR accounts, but you don't know
7   the name of this account?
8           UNIDENTIFIED SPEAKER:  Objection.
9           MS. McKEEN:  Objection,
10  argumentative.
11  BY MS. MILLER:
12      Q.    It's just a yes or no.
13          MS. McKEEN:  It would be nice if
14  you can ask questions.  It's been a very long
15  day for us.
16          MS. MILLER:  Can we pull up tab
17  2124, please.
18  BY MS. MILLER:
19      Q.    Have you ever seen any account
20  statements for this FirstBank 3961 account?
21      A.    I believe so, but I can't recall
22  looking at these specific ones off the top of
23  my head.
24      Q.    Okay.  So while we are pulling up
25  that exhibit, the last transfer that we haven't

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

80 (Pages 538 to 541)

**538**

```
 1    spoken about on this Flow of Funds is a          06:49:02
 2    $15 million, quote, discrete one-time transfer   06:49:06
 3    to the BPPR 9458 account.  Do you see that?      06:49:12
 4        A.    I don't see that on my screen, but     06:49:15
 5    I do know the transfer you're referring to.      06:49:20
 6        Q.    Sorry.  Okay.  I think it might be      06:49:26
 7    sufficiently long -- my headset's dying.  Okay.  06:49:30
 8        What is that $15 million transfer?           06:49:34
 9        A.    It's a transfer from the FirstBank     06:49:39
10    account to a Commonwealth account.               06:49:42
11        Q.    And what was that transfer for?        06:49:46
12        A.    The -- I believe the transfers for     06:49:52
13    the Renew Your School program, I think it's      06:49:57
14    called.                                          06:50:03
15        Q.    Okay.  And do you know whether         06:50:10
16    that transfer of $15 million came from the       06:50:12
17    hotel occupancy tax monthly payment?             06:50:20
18        A.    Yes.                                    06:50:33
19        Q.    And did it?                             06:50:34
20        A.    Yes.                                    06:50:37
21        Q.    Do you know when that payment was       06:50:40
22    made?                                             06:50:45
23        A.    When the $15 million transfer was       06:50:47
24    made?                                             06:50:49
25        Q.    Yeah.                                    06:50:50
```

**539**

```
 1        A.    I can't recall if I had this           06:50:51
 2    specific date.  We may have (indiscernible).     06:51:10
 3        THE REPORTER:  I'm sorry.  I'm               06:51:10
 4    sorry, Mr. Witness.  You just broke up in your   06:51:12
 5    answer.  Can you repeat that, please?            06:51:13
 6        THE WITNESS:  I don't remember               06:51:21
 7    specifically what I said other than clarifying   06:51:21
 8    that I'm not positive off the top of my head     06:51:26
 9    the exact date of that $15 million transfer.     06:51:28
10    BY MS. MILLER:                                   06:51:28
11        Q.    Are there any moneys, Mr. Ahlberg,     06:51:32
12    in this FirstBank 3961 account that are not      06:51:34
13    from this 3-plus million monthly transfers of   06:51:37
14    hotel occupancy taxes?                           06:51:41
15        A.    No.                                    06:51:46
16        Q.    Okay.  And what is the BPPR 9458       06:51:52
17    account?                                         06:51:59
18        A.    Can you clarify what you mean by       06:52:08
19    "What is that account?"                          06:52:11
20        Q.    Yeah, you said it's a Commonwealth     06:52:12
21    account.  And it indicates that it has          06:52:14
22    comingled funds.                                 06:52:14
23        Were there funds held in this               06:52:20
24    account held for a particular purpose?           06:52:22
25        A.    Can we pull up that last Flow of       06:52:25
```

**540**

```
 1    Funds presentation page?                         06:52:28
 2        Q.    Oh.  Yes, before we do that, let's     06:52:33
 3    just do -- I'll come back to that question.      06:52:37
 4    While we have Monolines Exhibit 37 up.           06:52:40
 5        (Monolines Exhibit 37 is                     06:52:40
 6        introduced for the record.)                  06:52:40
 7    BY MS. MILLER:                                   06:52:40
 8        Q.    I've marked as Monolines               06:52:45
 9    Exhibit 37 a statement of account from the       06:52:47
10    FirstBank account.                               06:52:49
11        Do you see that?                             06:52:52
12        A.    Yes.                                   06:52:57
13        Q.    And this is the -- looking for the     06:52:58
14    account number.  Okay, so the account number is 06:53:04
15    3961.  This is from the FirstBank 3961 account.  06:53:07
16        Do you see that?  It's on the               06:53:18
17    left-hand side.  It starts with 0 star on the   06:53:19
18    upper -- sorry -- upper right-hand side starts   06:53:22
19    with 0 star, 03.                                  06:53:27
20        A.    Yes, I see that.  Thank you.           06:53:32
21        Q.    Okay.  So you see this is the 3961     06:53:34
22    bank account, correct?                           06:53:37
23        A.    Yes.                                   06:53:38
24        Q.    And you see on the left-hand side      06:53:38
25    the statement of account is directed to the      06:53:40
```

**541**

```
 1    Tourism Company?                                 06:53:42
 2        A.    Yes.                                   06:53:48
 3        Q.    And then it says Debt Service          06:53:49
 4    Reserve.  Do you see that?                       06:53:51
 5        A.    I see that.                            06:53:53
 6        Q.    And do you understand that to be       06:53:53
 7    the name of this account?                        06:53:55
 8        A.    That's what this statement says.       06:54:01
 9        Q.    Okay.  So let's pull up Exhibit 32     06:54:01
10    again.  And let's just look at the last page.    06:54:08
11        Okay.  So while we are waiting for           06:55:16
12    the last page of Exhibit 32 to be pulled up,     06:55:17
13    I'm just going to check what my question was.    06:55:20
14        Okay.  So with Exhibit 32 back in            06:55:44
15    front of you, can you tell me what kind of       06:55:47
16    Commonwealth account this is or what kind of     06:55:50
17    account the BPPR 9458 account is?                06:55:52
18        A.    I believe that's the TSA              06:56:03
19    operational account at this time.               06:56:05
20        Q.    And how do you know that the           06:56:12
21    moneys were transferred in for the Renew Your   06:56:14
22    School program?                                  06:56:20
23        A.    I have reviewed documents             06:56:27
24    recording the $15 million transfer that          06:56:41
25    referenced the Renew Your School program.        06:56:45
```

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

81 (Pages 542 to 545)

542

1    Q.    And do you know whether they were
2 identified when transferred into the 9458
3 account with any particular accounting or other
4 designation, Fund or account designation that
5 would specifically allocate them to the Renew
6 Your School program?
7    A.    I'm not certain of the exact
8 accounting treatment that was used to record
9 that transfer.
10    Q.    Okay.  But you believe that there
11 is some indication in the transfer document
12 that specified that these moneys are for the
13 Renew Your School program?
14    A.    I believe so, yes.
15    Q.    Okay.  And do you know whether
16 those moneys were ever transferred from the TSA
17 operational account to a third party or
18 another -- sorry, let me just ask simply:
19          Do you know whether those moneys
20 were ever transferred out of the TSA
21 operational account?
22    A.    I'm not certain if there was or
23 was not an outflow from the TSA account for the
24 Renew Your School program.
25    Q.    Okay.  You did not see any

543

1 outflows indicating that these transfer hotel
2 occupancy taxes were moving out of the TSA, did
3 you?
4    A.    No, but as soon as the $15 million
5 is transferred to the TSA, it's comingled and
6 indistinguishable from other dollars.
7    Q.    Right.  But as we saw previously,
8 there was an outflow identifying the revenue
9 source of the hotel occupancy tax.  You would
10 be able to see that, correct?
11          UNIDENTIFIED SPEAKER:  Objection.
12          THE WITNESS:  I can't speculate
13 one way or the other.
14 BY MS. MILLER:
15    Q.    Well, we looked at a number of
16 documents where you identified the ability to
17 know that it was particular revenues from
18 comingled accounts because there were
19 accounting or other documents that so
20 designated them on the outflow side.
21          Do you recall that?
22          MS. McKEEN:  Objection.
23          THE WITNESS:  Yes.
24 BY MS. MILLER:
25    Q.    Okay.  And if you had seen some

544

1 more outflow documents with respect to these
2 hotel occupancy taxes that were transferred
3 into the BPPR 9458 account during the February
4 '18 to the present time period, you would have
5 indicated that on this chart in the next step
6 of the Flow of Funds, wouldn't you?
7    A.    Would you mind repeating the
8 question?
9    Q.    Yeah, let me rephrase it.
10          Does the fact that there is no
11 subsequent transfer identified on the February
12 '18 to present Flow of Funds mean that you did
13 not see any outflow documents from the 9458
14 account that specifically identified the hotel
15 occupancy taxes as the revenue source?
16    A.    I have not certainly seen a
17 document that would indicate a transfer out of
18 the TSA indicating the revenue source was the
19 $15 million of hotel taxes.
20          MS. McKEEN:  Atara, we have been
21 going for about two hours.  It's been about an
22 hour since you said you were going to try to
23 wrap it up.  So what's the plan here?
24          MS. MILLER:  So I have over -- I
25 have 13 hours.  Okay.  So I have one more

545

1 question and then I was going to call a break
2 and caucus and hopefully just end.
3          MS. McKEEN:  Okay.  So let's have
4 one more question, then.
5 BY MS. MILLER:
6    Q.    Okay.  So looking back at the
7 January '15 to November '15 Flow of Funds, back
8 a few pages in Exhibit 32, are there any
9 outflows from the 9758 account that are not
10 reflected on this chart?
11    A.    It is possible that there's a
12 one-off transaction that's not captured that's
13 intended as a summary document to show the
14 general Flow of Funds during this time period.
15          MS. MILLER:  So, Liz, I lied.  I
16 said I had one question.  I had two.  I've been
17 saving this one for a long time.
18          MS. McKEEN:  I knew it wouldn't be
19 one.
20 BY MS. MILLER:
21    Q.    Mr. Ahlberg, you indicated that
22 you were confident that the GDB 9758 account
23 was the transfer account based on how -- the
24 moneys that flowed into it.
25          Can you explain to me what about

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

82 (Pages 546 to 549)

**546**

1    the GDB 9758 account makes you confident that
2    it is the transfer account?
3        A.    After discussions with the Tourism
4    Company, I'm confident that that's the transfer
5    account.
6        Q.    So there is nothing specific about
7    the nature of the moneys that flowed into it,
8    how the account was used or any documents that
9    makes you confident that it's the transfer
10   account.  It's based exclusively on
11   conversations that you had with Gustavo?
12       MS. McKEEN:  Object to the form.
13       THE WITNESS:  Would you repeat
14   that question?
15       MS. MILLER:  Could the court
16   reporter read it back, please.
17           (Record read as requested.)
18           "So there is nothing specific
19           about the nature of the moneys
20           that flowed into it, how the
21           account was used or any
22           documents that makes you
23           confident that it's the
24           transfer account.  It's based
25           exclusively on conversations

**547**

1            that you had with Gustavo?"
2        THE WITNESS:  Me, personally, it's
3    based on my conversations with Gustavo, but I
4    can't say that Gustavo didn't consider various
5    factors when determining that.
6    BY MS. MILLER:
7        Q.    Okay.  And you, as the corporate
8    representative testifying today, have no idea
9    what Gustavo may have considered or been
10   relying on?
11       UNIDENTIFIED SPEAKER:  Objection.
12       THE WITNESS:  I just cannot recall
13   at this moment any documents he may or may not
14   have relied upon to make that determination.
15       MS. MILLER:  Okay.  All right.
16   Can we take a 5-minute break?  And I think
17   we'll conclude when we come back.
18       MS. McKEEN:  Atara, just to warn
19   you, I will have redirect, but I think it will
20   probably last 45 minutes.
21       MS. MILLER:  Okay.  Thank you.
22   We'll come back.
23       THE VIDEOGRAPHER:  We are off the
24   record at 7:06 p.m.
25           (Recess taken.)

**548**

1        THE VIDEOGRAPHER:  We are back on
2    the record at 7:16 p.m.
3        MS. MILLER:  Mr. Ahlberg, we have
4    no further questions for you.
5        I want to thank you for your time
6    today and on Tuesday and the hard work you put
7    into preparing the Flow of Funds documents.
8        THE WITNESS:  Thank you, Madam.
9            EXAMINATION
10   BY MS. McKEEN:
11       Q.    Thank you, Mr. Ahlberg.  I just
12   have a couple of questions for you, and I will
13   now also thank you for your time.
14       MS. McKEEN:  Atara, if your
15   colleague could please pull up Exhibit 11 to
16   Mr. Ahlberg's deposition, please.
17   BY MS. McKEEN:
18       Q.    Mr. Ahlberg, this is previously
19   marked as Exhibit 11 to your deposition, and I
20   believe you testified that is a voucher that
21   HTA submitted.  Do you recall that testimony?
22       A.    Yes.
23       Q.    Did vouchers like this have to be
24   approved by the Puerto Rico Treasury
25   Department?

**549**

1        A.    Yes.
2        Q.    Does this document reflect that
3    approval anywhere?
4        A.    Yes.
5        Q.    And in your experience, would
6    payment in connection with a voucher like this
7    have been made without Treasury's approval?
8        A.    No.
9        Q.    Okay.  Could I have Exhibit 14,
10   please.
11       Mr. Ahlberg, this was previously
12   marked as Exhibit 14 to your deposition.  Was
13   this report prepared by HTA or by the
14   Puerto Rico Treasury Department?
15       A.    Document was prepared by HTA.
16       Q.    And if you look in the bottom
17   right-hand corner of the document, there's
18   reference to somebody named Hector Melendez.
19   Do you see that?
20       A.    Yes.
21       Q.    Was Hector Melendez an employee of
22   HTA?
23       A.    Yes.
24       Q.    And when it refers to Treasury
25   office underneath his name, is Treasury office

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

83 (Pages 550 to 553)

---

**550**

1  a part of HTA?

2      A.   Yes, that refers to the Treasury

3  office within HTA.

4      Q.   And is that Treasury office part

5  of Hacienda?

6      A.   No.

7      MS. McKEEN:  Thank you.  I don't

8  have any more questions for you.  I appreciate

9  your time both today and Tuesday, Mr. Ahlberg.

10  Pass the witness.

11      MS. MILLER:  So I object to those

12  questions as leading, I guess too late.

13  But I have, Liz, based on your

14  questions, a couple of additional documents and

15  some additional questions that I'd like to ask

16  the witness, but it's going to take me a minute

17  to find them.

18  So if we can go off the record

19  just for a minute, I shouldn't have more than

20  5 minutes of questioning when we come back.

21      MS. McKEEN:  Sounds good.  How

22  long do you want to stay off?  Break for 5 and

23  then come back for 5?

24      MS. MILLER:  Let's break for 5,

25  yeah.

---

**551**

1      THE VIDEOGRAPHER:  We are off the

2  record at 7:20 p.m.

3      (Recess taken.)

4      THE VIDEOGRAPHER:  We are back on

5  record at 7:30 p.m.

6  BY MS. MILLER:

7      Q.   Mr. Ahlberg, what is your

8  involvement in the voucher approval process?

9      A.   I am not personally involved in

10  voucher approval processes.

11      Q.   Who did you speak to about the

12  voucher approval process between your

13  deposition yesterday -- on Tuesday and today?

14      A.   I apologize.  Could you repeat the

15  question?

16      Q.   Who did you speak to about the

17  voucher approval process between your

18  deposition on Tuesday and today?

19      A.   I haven't spoken with anybody else

20  other than counsel between Tuesday and today.

21      Q.   And did you -- I forgot to ask you

22  at the beginning.

23  Did you meet with counsel between

24  your deposition yesterday -- sorry, your

25  deposition on Tuesday and today?

---

**552**

1      A.   We had a phone call yesterday.

2      Q.   And how long was that phone call?

3      A.   I think it was less than 30

4  minutes.

5      MS. MILLER:  I'm going to put on

6  the record that that conversation was while you

7  were under oath and during open testimony.  I'm

8  going to refrain from asking about it as a

9  courtesy to opposing counsel.

10  BY MS. MILLER:

11      Q.   Did you speak to anybody at

12  Treasury about the voucher approval process?

13      A.   In between Tuesday and today?

14      Q.   No, in general.

15      A.   I didn't have to ask anyone about

16  the voucher approval process.  Just due to the

17  nature of my work with the Commonwealth, I'm

18  familiar with the voucher approval process.

19      Q.   Okay.  So you're not involved in

20  it in any way?

21      A.   I'm not involved in the voucher

22  approval process.

23      Q.   Okay.  And so you don't know

24  whether there are any vouchers that relate to

25  certain entities that may or may not be

---

**553**

1  Treasury approval based?

2      MS. McKEEN:  Objection.

3      THE WITNESS:  I can't speculate on

4  the hypothetical vouchers.

5      MS. MILLER:  Okay.  Okay.  I have

6  no further questions.

7      MS. McKEEN:  I have no further

8  questions for you either, Mr. Ahlberg.

9  Thank you very much for your time

10  over these two days.

11      THE WITNESS:  Thank you, everyone.

12      MR. ZOUAIRABANI:  This is Nayuan.

13  I would like to make a reservation of rights

14  for the DLA parties on the record before we

15  call it a night.

16      THE REPORTER:  I'm sorry.  Who is

17  this?

18      MR. ZOUAIRABANI:  This is Nayuan

19  Zouairabani on behalf of AmeriNational

20  Community Services, LLC.  I can spell my last

21  name and my first name if you want.

22      THE REPORTER:  No, that's okay.  I

23  got it.  Thank you.

24      MR. ZOUAIRABANI:  Okay.  The DLA

25  parties have not made any questions or not made

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

84 (Pages 554 to 557)

### 554

1    any active participation during Tuesday and    07:33:06
2    today's deposition in compliance with    07:33:09
3    Judge Dein's March 3, 2020 order.    07:33:15
4        Such action or inaction does not    07:33:15
5    constitute, and should not be interpreted as a    07:33:18
6    waiver of any sort of the DLA parties to seek    07:33:20
7    and obtain discovery as part of their DLA    07:33:23
8    lift-stay motion, which rights are preserved in    07:33:26
9    the March 3, 2020 order.    07:33:29
10        That is the intent of the    07:33:34
11    reservation of rights that I want to make.    07:33:36
12        MS. McKEEN:  Thank you, Counsel.    07:33:36
13    We reserve all rights with respect to    07:33:38
14    everything you just said on the record.    07:33:40
15        I don't have anything further.    07:33:45
16    Thank you, Mr. Ahlberg.    07:33:46
17        THE WITNESS:  Thank you.    07:33:49
18        THE VIDEOGRAPHER:  We are going    07:33:51
19    off the record at 7:34 p.m.  This concludes the    07:33:51
20    video deposition of Timothy Ahlberg.    07:33:54
21        (Ending time noted 7:34 p.m.)
22
23
24
25

### 555

1    STATE OF ILLINOIS   )
2            ) SS:
3    COUNTY OF C O O K   )
4
5      I, Cynthia J. Conforti, a notary public
6    within and for the County of Cook and State of
7    Illinois, do hereby certify that heretofore,
8    to-wit, on the 23rd day of April, 2020,
9    virtually appeared TIMOTHY H. AHLBERG, in a
10    cause now pending and undetermined in the
11    United States District Court for the District
12    of Puerto Rico, IN RE: THE FINANCIAL OVERSIGHT
13    AND MANAGEMENT BOARD FOR PUERTO RICO, AS
14    REPRESENTATIVE OF THE COMMONWEALTH OF PUERTO
15    RICO, et al., DEBTORS.
16      I further certify that the said witness
17    was first duly sworn to testify the truth, the
18    whole truth and nothing but the truth in the
19    cause aforesaid; that the testimony then given
20    by said witness was reported stenographically
21    by me in the presence of the said witness, and
22    afterwards reduced to typewriting by
23    Computer-Aided Transcription, and the foregoing
24    is a true and correct transcript of the
25    testimony so given by said witness as

### 556

1    aforesaid.
2      I further certify that the signature to
3    the foregoing deposition was not waived by
4    counsel for the respective parties.
5      I further certify that I am not counsel
6    for nor in any way related to the parties to
7    this suit, nor am I in any way interested in
8    the outcome thereof.
9      IN TESTIMONY WHEREOF:  I have hereunto
10    set my hand and affixed my notarial seal this
11    24th day of April, 2020.
12
13
14
15
16        Cynthia J. Conforti, CSR, CRR
17        CSR License No. 084-003064
18
19
20
21
22
23
24
25

### 557

1        ACKNOWLEDGMENT OF DEPONENT
2
3      I, _____, do hereby
4    acknowledge that I have read and examined the
5    foregoing testimony, and the same is a true, correct
6    and complete transcription of the testimony given by
7    me, and any corrections appear on the attached Errata
8    Sheet signed by me.
9
10
11    (DATE)       (SIGNATURE)
12
13      NOTARIZATION  (If Required)
14
15    State of _____
16    County of _____
17
18    Subscribed and sworn to (or affirmed) before me on
19    this _____ day of _____, 20____, by
20    _____, proved to me on the
21    basis of satisfactory evidence to be the person who
22    appeared before me.
23
24    Signature: _____
25        (Seal)

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                        April 23, 2020

1

**A**

**a.m** 225:22
  235:8 284:9
  361:17
**a/k/a** 516:13
**AAFAF** 276:4
  294:17
  415:22
**ability** 367:3
  543:16
**able** 344:9
  346:24
  347:13
  354:10,19
  355:7,15,19
  373:24
  392:23
  402:20,23
  412:3 413:8
  413:15,16,20
  413:25
  461:15
  462:10,19
  469:16 482:3
  501:10 509:7
  543:10
**acceptable**
  266:23
**access** 253:10
**accessed**
  349:4
**accompanyi...**
  345:8
**accomplish...**
  374:9,11
**accomplished**
  348:19
**account**
  230:14 231:8
  231:10,10
  232:11 233:9
  234:6,7,8,14
  234:15 239:7

276:5 279:10
284:23
307:25
309:18,21,24
310:10,14,15
311:4 316:17
318:24
319:15 320:3
320:6,7,8,9
321:21,24
322:3,7,11
322:14,15,21
322:22,22
325:2 326:1
326:2,2
328:10,21
331:9 337:25
339:12,25
340:1 341:18
342:3,8,9,20
343:13 344:1
344:10,11,20
344:20 345:1
345:2 346:2
346:11,18
347:8,10
348:11
349:12,16,17
349:20,21
350:13,14,20
350:20 351:9
351:10 353:3
353:5,20
354:3,4,7,12
354:23,25
355:3,5,8,9
355:12,13,17
355:17,23
356:16,20
358:13
359:18,19,25
360:3,6,7
361:23

362:17,19
363:1,10,24
364:2,10,11
364:16,21,21
364:25 365:6
365:7,16,16
365:18,18,22
365:23,25
366:2,3,8,8
366:24,25
367:3 368:2
368:17,20,25
369:1,4,10
369:11,12,17
369:18,19,25
370:2,7,9,15
370:16,20,25
371:2 372:22
372:25 373:7
373:18,20,24
375:11
380:13
381:20 387:5
387:10 393:3
393:3,6,8,9
393:14,17,18
393:20,21,24
394:1,3,4,5,6
394:7,10,13
394:17,18,22
394:24 395:5
395:10,14,16
395:17,18,23
395:24 396:1
396:3 397:9
397:25 399:4
399:23,24
400:15
401:24,25
402:9,18,19
402:21,22,25
402:25
403:15,15

404:9,13,14
405:13,14,20
406:10,20,22
407:2,10,11
407:13,15,16
408:2,2,3,5
408:12,15,15
408:19,22
409:1,9,11
409:13,23,25
410:4,4,9,11
410:12,13,21
410:21,25
411:4,7,15
411:22 412:1
412:2,3,23
413:14,17,22
420:9 421:20
422:14,15,18
422:21,25
423:5 424:2
424:6,9,14
424:18 425:4
425:7,9,11
425:13
426:23 428:7
428:18,20
429:6,8,11
429:11,15,20
429:21,24,24
430:2,3,4,5
430:12,17,18
431:3,3,7,8
431:17,17,20
431:21,24,24
432:6,6,9,10
432:11,22,23
432:24 433:8
433:15,18,24
434:12 435:2
436:11,14
437:3,3,21
437:23,25

438:1 440:9
440:12,14,14
440:21 441:3
441:12,22
442:14 443:3
443:13,19,21
444:19,19
445:15
450:18 455:3
455:12,19,23
455:24 456:3
456:5,11,13
457:1,2,3,7,8
457:11,15,19
457:25,25
458:4,5,7,8
458:11,12,16
458:16,25
459:3,4,8
460:7,8,10
460:22,22
461:4,5,13
462:12
463:20,20,22
463:25 464:1
464:3,4
465:19,20,22
465:24,25
466:5,6,9,10
466:11,13,14
466:15,16,16
466:17,20,21
466:25 467:5
467:6,15
472:9,10,13
472:13,17
473:7,13,15
473:23,25
474:5,6,15
474:16,19,20
474:23,23
475:1,1,6,7
475:13,13,13