# EXHIBIT AH

# (Ex. 29 to the Natbony Declaration, originally filed as ECF 13039-57 through ECF 13039-63, and ECF 789-57 through 789-63 in Case No. 17-BK-3567) - Part 2

**NATBONY REPLY DECLARATION**
**EXHIBIT 29– Part 2**

Modelo SC 735
19 febrero 13
**PRIFAS**
Original – ACC
Copia – Agencia

Pag. 3 de 3

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

[x] COMPROBANTE DE PAGO    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

### IDENT. DEL DOCUMENTO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 15000023 | AUT. CARRETERAS Y TRANSP. | 660433808 |  |  | 15000023 | 1/13/2015 | $ 6,000,000.00 |

Comentarios:    Dirección: P.O. Box 42007, San Juan, P.R. 00940-2007

### OBLIGACION DE REFERENCIA / Línea / Línea de Distribución (Cifra de Cuenta) / Propiedad

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 066 |  | $6,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de enero 2015 <br><br> AUTORIDAD DE CARRETERAS Y TRANSPORTACION <br> ABA# 221571415 <br> SWIFT: OBPRPRSJ <br> BENEFICIARY BANK: ORIENTAL BANK (BBVA) <br> BENECIFIARY CUSTOMER ACCOUNT#: [Redacted]9874 <br> BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $6,000,000 <br> 5,096,940.18 | E6120 | 278 | 0660000 |  | 781 | 2014 |  |  |  |  |

Pyment ID FE170327   Pyment Date 2015-02-17

|  | $ 6,000,000.00 | Total o Subtotal | $ 6,000,000.00 |
|---|---|---|---|

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
**Redacted**
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707
Teléfono
Fecha

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Teléfono
Fecha

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
1/13/15
Fecha
Teléfono

Para uso del Departamento de Hacienda
Aprobado por:
**Redacted**
Nombre y Firma
Título
01/14/2015
Fecha
Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

17 de febrero de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **17 de febrero de 2015** transfieran **$5,096,940.18,** correspondiente al voucher #15000023 de la agencia 066 del arbitrio de gasolina del mes de enero, de la cuenta corriente del Secretario de Hacienda [Redacted]000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta: [Redacted] 9874**
**REF.: ARBITRIOS GASOLINA ENERO**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

HTA_STAY0000472

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. 3 de 3

ESTADO LIBRE ASOCIADO DE PUERTO RICO
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

[✓] COMPROBANTE DE PAGO    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

### IDENT. DEL DOCUMENTO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 15000027 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15000027 | 3/11/15 | $ 4,069,839.53 |

Comentarios:                                  Dirección:   P.O. Box 42007, San Juan, P.R. 00940-2007

### OBLIGACION DE REFERENCIA / Línea / Línea de Distribución (Cifra de Cuenta) / Propiedad

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 066 | | $4,069,840 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de febrero 2015<br><br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENECIFIARY CUSTOMER ACCOUNT#: [Redacted]9874<br>BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS<br><br>Pymnt ID MR160732  Pymnt Date 2015-03-16 | $4,069,840 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |

| | $ 4,069,839.53 | Total o Subtotal | $ 4,069,839.53 | |
|---|---|---|---|---|
| Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. [Redacted] X<br>Luis K. Santiago Reyes, Sub-Tesorero<br>Nombre y Firma Delegado Comprador<br>721-8787x2707<br>Fecha | Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.<br><br><br>Nombre y Firma Oficial Certificador<br>Fecha   Teléfono | Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo<br>Redacted<br>César M. Gandiaga Texidor, CPA<br>3/11/15  Nombre y Firma Jefe, Agencia o su Rpte. Aut.<br>Fecha   Teléfono | Para uso del Departamento de Hacienda<br>Aprobado por<br>Redacted<br>Nombre y Firma<br>Redacted 12/15  Título<br>Fecha   Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL                                                                                          HTA_STAY0000473

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

16 de marzo de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **16 de marzo de 2015** transfieran **$4,069,839.53**, correspondiente al voucher #15000027 de la agencia 066 del arbitrio de gasolina del mes de febrero, de la cuenta corriente del Secretario de Hacienda [Redacted]000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta: [Redacted] 9874**
**REF.: ARBITRIOS GASOLINA FEBRERO**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

[Redacted]

Ana García Noya
Secretaria Auxiliar
Área de Tesoro