# EXHIBIT AH

# (Ex. 29 to the Natbony Declaration, originally filed as ECF 13039-57 through ECF 13039-63, and ECF 789-57 through 789-63 in Case No. 17-BK-3567) - Part 3

**NATBONY REPLY DECLARATION**
**EXHIBIT 29– Part 3**

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. 1 de 3

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

[✓] COMPROBANTE DE PAGO   [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION   [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

### IDENT. DEL DOCUMENTO / CIFRA DE DEPENDENCIA DE INVENTARIO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 15000028 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15000028 | 3/16/15 | $ 6,000,000.00 |

Comentarios:   Dirección: P.O. Box 42007, San Juan, P.R. 00940-2007

### OBLIGACION DE REFERENCIA / Línea / Línea de Distribución (Cifra de Cuenta) / Propiedad

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 066 | | $6,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de marzo 2015 (Gasolina, Disel y Marbetes) AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# [Redacted] 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |

Payment ID MR190193   Payment Date 2015-03-19

$ 6,000,000.00 Total o Subtotal   $ 6,000,000.00

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. [Redacted]
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707
Fecha   Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.
Nombre y Firma Oficial Certificador
Fecha   Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente, por lo cual autorizo
**Redacted**
César M. Gandiaga Texidor, CPA
3/16/15 Nombre y Firma Jefe Agencia o su Repte. Aut.
Fecha   Teléfono

Para uso del Departamento de Hacienda
Aprobado por:
**Redacted**
Nombre y Firma
[Redacted] 8/15
Título
Fecha   Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL                                                                                                        HTA_STAY0000475

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

19 de marzo de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **19 de marzo de 2015** transfieran **$6,000,000.00**, correspondiente al voucher #15000028 de la agencia 066 del arbitrio de **gasolina**, de la cuenta corriente del Secretario de Hacienda [Redacted]000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta: [Redacted] 9874**
**REF.: ARBITRIOS GASOLINA MARZO**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

[Redacted]

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

HTA_STAY000476

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. 2 de 3

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

[✓] COMPROBANTE DE PAGO   [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION   [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | | | | | | | Importe Total del Documento | |
| EV | 066 | 15000029 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15000029 | 3/16/15 | $ | 6,000,000.00 |

Comentarios:    Dirección: P.O. Box 42007, San Juan, P.R. 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $6,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de marzo 2015 (Gasolina, Disel y Marbetes) AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |

Pymnt ID 7KR200146   Pymnt Date 2015-03-20

$ 6,000,000.00   Total o Subtotal   $ 6,000,000.00

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
Redacted
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707
Fecha    Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha    Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
Redacted
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
3/16/15
Fecha    Teléfono

Para uso del Departamento de Hacienda
Aprobado por
Redacted
Nombre y Firma
Redacted 9/15
Título
Fecha    Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000477

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

20 de marzo de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **20 de marzo de 2015** transfieran **$6,000,000.00**, correspondiente al voucher #15000029 de la agencia 066 del arbitrio de **gasolina**, de la cuenta corriente del Secretario de Hacienda [Redacted]000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta: [Redacted] 9874**
**REF.: ARBITRIOS GASOLINA MARZO**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

[Redacted]

Ana García Noya
Secretaria Auxiliar
Área de Tesoro