# EXHIBIT AH

# (Ex. 29 to the Natbony Declaration, originally filed as ECF 13039-57 through ECF 13039-63, and ECF 789-57 through 789-63 in Case No. 17-BK-3567) - Part 6

**NATBONY REPLY DECLARATION**
**EXHIBIT 29– Part 6**

Mo. SC 735
19
P... S
Original – ACC
Copia – Agencia

Pag. 1 de 2

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

[✓] COMPROBANTE DE PAGO   [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION   [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
| EV | 066 | 15000034 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15000034 | 4/15/2015 | $ 5,000,000.00 |

Comentarios:   Dirección:

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $5,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de abril 2015 (Petroleo) AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# [Redacted]9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $5,000,000 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |

Pymnt ID AB280200   Pymnt Date 2015-04-28

$ 5,000,000.00 Total o Subtotal   $ 5,000,000.00

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. [Redacted]
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
729-1518
Fecha   Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.
Nombre y Firma Oficial Certificador
Fecha   Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
Cesar M. Gandiaga Texidor, CPA
Nombre y Firma Jefe Agencia o su Repte. Aut.
4/15/15
Fecha   Teléfono

Para uso del Departamento de Hacienda
Aprobado por: [signature]
**Redacted**
Nombre y Firma
4/23/2015   Título
Fecha   Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL   HTA_STAY0000487

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

28 de abril de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **28 de abril de 2015** transfieran **$5,000,000.00**, correspondiente al voucher #15000034 de la agencia 066 del pago de arbitrios del petróleo 1ra porción ABRIL/2015, de la cuenta corriente del Secretario de Hacienda [Redacted]000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta: [Redacted] 9874**
**REF.: ARBITRIOS PETROLEO 1ra porción ABRIL/2015**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

[Redacted]

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

CONFIDENTIAL
HTA_STAY000488

Modelo SC 735
19 febrero
PR!F. 3
Original – ACC
Copia – Agencia

Pag. 1 de 2

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

[✓] COMPROBANTE DE PAGO    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

### IDENT. DEL DOCUMENTO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 15000035 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15000035 | 4/15/2015 | $ 5,000,000.00 |

Comentarios:                                 Dirección:

### OBLIGACION DE REFERENCIA / Línea / Línea de Distribución (Cifra de Cuenta) / Propiedad

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 066 | | $5,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de abril 2015 (Petroleo)  AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $5,000,000 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |

Pymnt ID  M4180196     Pymnt Date 2015-05-18

$ 5,000,000.00     Total o Subtotal    $ 5,000,000.00

| Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados, y que la compra efectuada se hizo conforme a la reglament... **Redacted** Luis R. Santiago Reyes, Sub-Tesorero Nombre y Firma Delegado Comprador 729-1518 | Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.  Nombre y Firma Oficial Certificador | Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo **Redacted** César M. Gandiaga Texidor, CPA Nombre y Firma Jefe Agencia o su Repte. Aut. 4/15/15 | Para uso del Departamento de Hacienda **Redacted** Nombre y Firma Título 4/23/2015 |
|---|---|---|---|
| Fecha | Teléfono   Fecha   Teléfono | Fecha   Teléfono | Fecha   Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

18 de mayo de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **18 de mayo de 2015** transfieran **$5,000,000.00**, correspondiente al voucher #15000035 de la agencia 066 del pago de arbitrios del petróleo 2da porción ABRIL/2015, de la cuenta corriente del Secretario de Hacienda ▢000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta:** ▢9874
**REF.: ARBITRIOS PETROLEO 2da porción ABRIL/2015**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

[Redacted signature]

Aña García Noya
Secretaria Auxiliar
Área de Tesoro