# EXHIBIT AH

# (Ex. 29 to the Natbony Declaration, originally filed as ECF 13039-57 through ECF 13039-63, and ECF 789-57 through 789-63 in Case No. 17-BK-3567) - Part 7

Modelo SC 735
19 febrero 13

PRIFAS

| Original – ACC |
| Copia – Agencia |

Pag. ___1___ de ___3___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**AUTORIDAD DE CARRETERAS Y TRANSPORTACION**
Agencia

☑ COMPROBANTE DE PAGO    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
| EV | 066 | 15000037 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15000037 | 5/18/15 | $            6,000,000.00 |

Comentarios:     Dirección:   P.O. Box 42007, San Juan , P.R. 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $6,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de mayo 2015 (Gasolina, Disel y Marbetes)  AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT# Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |

_Pymnt ID  MY 200233      Pymnt Date  2015-05-20_

| $ 6,000,000.00 | | Total o Subtotal | $  6,000,000.00 | |
|---|---|---|---|---|

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados, y que la compra efectuada se hizo conforme a la reglamentación vigente.    Redacted

Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador

Certifico los artículos y/o servicios fueron recibidos según las especificaciones.

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

**Redacted**
Cesar M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Rep. Aut.

Para uso del Departamento de Hacienda
Redacted  **Redacted**
Aprobado por  **Redacted**
Redacted  Nombre y Firma

| 721-8787x2707 | | | 1/8/15 | Vo 1/19/15 | Título |
|---|---|---|---|---|---|
| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |

**Conservación:** Seis años o una intervención del Contralor, lo que ocurra primero.



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

20 de mayo de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
    FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **20 de mayo de 2015** transfieran **$6,000,000.00**, correspondiente al voucher #15000037 de la agencia 066 del arbitrio de **gasolina**, de la cuenta corriente del Secretario de Hacienda [Redacted]000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta:** [Redacted]9874
**REF.: ARBITRIOS GASOLINA MAYO**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

[Redacted]

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

CONFIDENTIAL

HTA_STAY0000492

Model SC 735
February 19, 2013

PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

X   RECEIPT OF PAYMENT   ☐ RECEIPT OF PAYMENT ON OBLIGATION   ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | |
| EV | 066 | 15000021 | HIGHWAYS AND TRANSP. AUTH | 660433808 | | | 15000021 | 1/13/2015 | $6,000,000.00 | |

Comments:

Address: PO Box 42007, San Juan, PR 00940-2007

| | REFERENCE OBLIGATION | | | Line | | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and used by this Agency for its corporate purposes. For the month of January 2015<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT# [redacted]9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH.<br><br>[handwritten] PAYMENT ID EN260209 PAYMENT DATE 2015-01-26 | $ | 6,000,000.00 | E6120 | 278 | 0660000 | 781 | 2014 | | | (SEAL) JANUARY 14, 2015 | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]

Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature of Delegated Buyer

721-8787x2707

Date                     Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature of Official Certifier

Date                     Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]

César M. Gandiaga Texidor, CPA
Name and Signature of Director, Agency or Authorized Rep.
1/13/15

Date                     Telephone

**For the use of the Treasury Department**

Approved by:          [signature]

**Name and Signature**

**Title**

1/18/2015

**Date**                     **Telephone**

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**                     **HTA_STAY0000467**

ENGLISH TRANSLATION                     Page 001

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

January 26, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted] 000-6 in the amount of **$6,000,000.00** on **January 26, 2015**, corresponding to voucher No. 15000021 of agency 066 for **gasoline** excise tax, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted] 9874**
**REF.: GASOLINE EXCISE TAXES JANUARY**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                    **HTA_STAY0000468**

Model SC 735
February 19, 2013

PRIFAS

Original – ACC
Copy - Agency

✓

Page  2   of   3

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

X  RECEIPT OF PAYMENT      ☐ RECEIPT OF PAYMENT ON OBLIGATION      ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | | |
| EV | 066 | 15000022 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | | | 15000022 | 1/13/15 | $6,000,000.00 | | |

Comments:          Address: PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | | Line | | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for its corporate purposes. For the month of January 2015<br><br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENEFICIARY CUSTOMER ACCOUNT# [Redacted] 8874<br>BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH.<br><br><br>[handwritten] PAYMENT ID EN270253<br>PAYMENT DATE 2015-01-27 | $   6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | (SEAL) JANUARY 14, 2015 | |
| | | | $ 6,000,000.00 | **Total or Subtotal** | $ 6,000,000.00 | | | | | | | | | | |

For the use of the Treasury Department

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]

Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature of Delegated Buyer

Date            721-8787x2707
                Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature of Official Certifier

Date                Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]

César M. Gandiaga Texidor, CPA
Name and Signature of Director, Agency or Authorized Rep.
1/13/15

Date                Telephone

Approved by:          [signature]

Name and Signature

Title

01/16/2015
Date                Telephone

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000469**

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

January 27, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted] 000-6 in the amount of **$6,000,000.00** on **January 27, 2015**, corresponding to the voucher No. 1500022 of agency 066 for **gasoline** excise tax, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted] 9874**
**REF.: GASOLINE EXCISE TAXES JANUARY**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                   **HTA_STAY0000470**

Model SC  735
February 19, 2013

PRIFAS

Original – ACC
Copy - Agency

Page  3  of  3

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

X RECEIPT OF PAYMENT     ☐ RECEIPT OF PAYMENT ON OBLIGATION     ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000023 | | HIGHWAYS AND TRANSP. AUTH. | 660433808 | A | | 15000023 | 1/13/2015 | $6,000,000.00 |

Comments:  Address: PO Box 42007, San Juan, PR 00940-2007

| | REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for its corporate purposes. For the month of January 2015 | $  6,000,000.00 [handwritten] 5,096,940.18 | E6120 | 278 | 0660000 | | 781 | 2014 | | | (SEAL) JANUARY 14, 2015 | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT: Redacted 3874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH. [handwritten] PAYMENT ID FE170327 PAYMENT DATE 2015-02-17 | | | | | | | | | | | |
| | | | $ 6,000,000.00 | Total or Subtotal | $ 6,000,000.00 | | | | | | | | | | |

For the use of the Treasury Department

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature of Delegated Buyer

Date

721-8787x2707
Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature of Official Certifier

Date

Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature of Director, Agency or Authorized Rep.
1/13/15

Date

Telephone

Approved by:          [signature]

Name and Signature

Title

1/18/2015

Date

Telephone

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000471**

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

February 17, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$5,096,940.18** on **February 17, 2015**, corresponding to voucher No. 15000023 of agency 066 for gasoline excise tax in the month of January, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted]9874**
**REF.: GASOLINE EXCISE TAXES JANUARY**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                    **HTA_STAY0000472**

Model SC 735
February 19, 2013

PRIFAS

Original – ACC
Copy - Agency

Page 3 of 3

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

X RECEIPT OF PAYMENT ☐ RECEIPT OF PAYMENT ON OBLIGATION ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

NUMBER OF INVENTORY DEPENDENCE

| | | DOCUMENT ID | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000027 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | D | | 15000027 | 3/11/15 | $4,069,839.53 |

Comments: Address: PO Box 42007, San Juan, PR 00940-2007

| | | REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 4,069,840.00 | To be withdrawn from the abovementioned account and used by this Agency for its corporate purposes. For the month of February 2015<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (221414) BENEFICIARY CUSTOMER ACCOUNT [Redacted] 9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH.<br><br>[handwritten] PAYMENT ID MR160232 PAYMENT DATE 2015-03-16 | $ 4,069,840.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | $ 4,069,839.53 | **Total or Subtotal** | $ 4,069,839.53 | | | | | | | | | | |

(SEAL) TREASURY DEPARTMENT [illegible] BUREAU PAYMENT SECTION MARCH 11, 2015 2:15 PM

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature of Delegated Buyer

Date                           721-8787x2707
                               Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature of Official Certifier

Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature of Director, Agency or Authorized Rep.
3/11/15

Date                    Telephone

**For the use of the Treasury Department**

Approved by:          [signature]

**Name and Signature**

Title

[illegible] 12/15

**Date**                    **Telephone**

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**                                        **HTA_STAY0000473**

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

March 16, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$4,069,839.53** on **March 16, 2015**, corresponding to voucher No. 15000027 of agency 066 for gasoline excise tax in the month of February, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number:** [Redacted]**9874**
**REF.: GASOLINE EXCISE TAXES FEBRUARY**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                    **HTA_STAY0000474**

ENGLISH TRANSLATION                                    Page 008

Model SC 735
February 19, 2013

PRIFAS

Original – ACC
Copy - Agency

Page   1   of   3

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

X  RECEIPT OF PAYMENT     ☐ RECEIPT OF PAYMENT ON OBLIGATION     ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000028 | | HIGHWAYS AND TRANSP. AUTH. | 660433808 | D | | 15000028 | 3/16/15 | $ 6,000,000.00 |

Comments: | Address: PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for its corporate purposes. For the month of March 2015 (Gasoline, Diesel, and Licences)<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT: Redacted 874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH.<br><br>[handwritten] PAYMENT ID MR190193 PAYMENT DATE 2015-03-19 | $   6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | $ 6,000,000.00 | **Total or Subtotal** | $ 6,000,000.00 | | | | | | | | | | |

[vertical text] (SEAL) TREASURY DEPARTMENT [illegible] PAYMENT SECTION MARCH 17, 2015 3:09 PM

For the use of the Treasury Department

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]

Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature of Delegated Buyer

721-8787x2707

Date                                    Telephone

I certify that the articles and/or services were received according to the specifications.

[signature]

Name and Signature of Official Certifier

Date                                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]

César M. Gandiaga Texidor, CPA
Name and Signature of Director, Agency or Authorized Rep.
3/16/15

Date                                    Telephone

Approved by:              [signature]
Name and Signature

Title

[illegible] 12/15

**Date**                                    **Telephone**

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

# CONFIDENTIAL

# HTA_STAY0000475

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

March 19, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$6,000,000.00** on **March 19, 2015**, corresponding to voucher No. 15000028 of agency 066 for gasoline excise tax, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted]9874**
**REF.: GASOLINE EXCISE TAXES MARCH**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                    **HTA_STAY0000476**

ENGLISH TRANSLATION                                    Page 010

Model SC 735
February 19, 2013

PRIFAS

Original – ACC
Copy - Agency

Page 2   of   3

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

X  RECEIPT OF PAYMENT       ☐ RECEIPT OF PAYMENT ON OBLIGATION       ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000029 | | HIGHWAYS AND TRANSP. AUTH. | 660433808 | D | | 15000029 | 3/16/15 | $ 6,000,000.00 |

Comments:                Address: PO Box 42007, San Juan, PR 00940-2007

| | REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appl. | Budget Year | Federal Contribution | P/F | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for its corporate purposes. For the month of March 2015 (Gasoline, Diesel, and Licenses) | $  6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT [Redacted] 8874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH. | | | | | | | | | | |
| | | | | [handwritten] PAYMENT ID MR200146 PAYMENT DATE 2015-03-20 | | | | | | | | | | |
| | | | $ 6,000,000.00 | **Total or Subtotal** | $ 6,000,000.00 | | | | | | | | | |

(SEAL) TREASURY DEPARTMENT [illegible] BUREAU PAYMENT SECTION MARCH 17, 2015  3:09 PM

For the use of the Treasury Department

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.
[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer

I certify that the articles and/or services were received according to the specifications.

[signature]
Name and Signature Official Certifier

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Director, Agency or Authorized Rep.
3/16/15

Approved by:          [signature]

Name and Signature

Title

[illegible] 18/15

Date                    721-8787x2707      Telephone

Date                    Telephone

Date                    Telephone

Date                    Telephone

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000477**

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

March 20, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$6,000,000.00** on **March 20, 2015**, corresponding to voucher No. 15000029 of agency 066 for **gasoline** excise tax, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number:** [Redacted]9874
**REF.: GASOLINE EXCISE TAXES MARCH**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                              **HTA_STAY0000478**

Model SC 735
February 19, 2013

Page 3 of 3

PRIFAS

Original – ACC
Copy - Agency

*Pend.*

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

X  RECEIPT OF PAYMENT       ☐ RECEIPT OF PAYMENT ON OBLIGATION       ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000030 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | D | | 15000030 | 3/16/15 | $ 6,000,000.00 |

Comments:                                                                                      Address: PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | Property | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for its corporate purposes. For the month of March 2015 (Gasoline, Diesel and Licences)<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENEFICIARY CUSTOMER ACCOUNT: [Redacted]3874<br>BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH.<br><br>[handwritten] PAYMENT ID AB100235<br>PAYMENT DATE 2015-04-10 | $ 6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |

(SEAL) TREASURY DEPARTMENT [Illegible] BUREAU PAYMENT SECTION MARCH 17, 2015 3:10 PM

| | $ 6,000,000.00 | Total or Subtotal | $ 6,000,000.00 | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.
[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer

Date                    721-8787x2707        Telephone

I certify that the articles and/or services were received according to the specifications.

[signature]
Name and Signature Official Certifier

Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Director, Agency or Authorized Rep.
3/16/15
Date                    Telephone

For the use of the Treasury Department

Approved by:          [signature]
Name and Signature

Title

4/09/2015
Date                    Telephone

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**                                                                 **HTA_STAY0000479**

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

April 10, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted] 000-6 in the amount of **$6,000,000.00** on **April 10, 2015**, corresponding to voucher No. 15000030 of agency 066 for **gasoline** excise tax, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted] 9874**
**REF.: GASOLINE EXCISE TAXES MARCH**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                    **HTA_STAY0000480**

Model SC 735
February 19, 2013

Page 1 of 3

PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

X  RECEIPT OF PAYMENT     ☐ RECEIPT OF PAYMENT ON OBLIGATION     ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000031 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | D | | 15000031 | 4/15/15 | $ 6000,000.00 |

Comments:                                                                 Address: PO Box 42007, San Juan, PR 00940-2007

| | REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for its corporate purposes. For the month of April 2015 (Gasoline, Diesel, and Licences) | $  6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |

HIGHWAYS AND TRANSPORTATION AUTHORITY
ABA# 221571415
SWIFT: OBPRPRSJ
BENEFICIARY BANK: ORIENTAL BANK (BBVA)
BENEFICIARY CUSTOMER ACCOUNT# ~~Redacted~~ 9874
BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH.

[handwritten] PAYMENT ID AB240131
PAYMENT DATE 2015-04-24

(SEAL)
TREASURY DEPARTMENT
[illegible] BUREAU
PAYMENT SECTION
APRIL 16, 2015  3:25 PM

| | $ 6,000,000.00 | **Total or Subtotal** | $ 6,000,000.00 |
|---|---|---|---|

| | | |
|---|---|---|
| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations. | I certify that the articles and/or services were received according to the specifications. | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize |
| [signature] | | [signature] |
| Luis K. Santiago Reyes, Deputy Treasurer | | César M. Gandiaga Texidor, CPA |
| Name and Signature Delegated Buyer | Name and Signature Official Certifier | Name and Signature Director, Agency or Authorized Rep. |
| | | 4/15/15 |
| | 721-8787x2707 | |
| Date          Telephone | Date          Telephone | Date          Telephone |

**For the use of the Treasury Department**

Approved by:          [signature]

**Name and Signature**

**Title**

4/23/2015

**Date          Telephone**

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**                                                                 **HTA_STAY0000481**

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

April 24, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION OF
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted] 000-6 in the amount of **$6,000,000.00** on **April 24, 2015**, corresponding to voucher No. 15000031 of agency 066 for **gasoline** excise tax, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted] 9874**
**REF.: GASOLINE EXCISE TAXES APRIL**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                    **HTA_STAY0000482**

Model SC 735
February 19, 2013

PRIFAS

Original – ACC
Copy - Agency

Page  2  of  3

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

X  RECEIPT OF PAYMENT  ☐ RECEIPT OF PAYMENT ON OBLIGATION  ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | | Contract Number | Invoice Number | Date | Total Amount of the Document | |
| EV | 066 | 15000032 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | D | | | 15000032 | 4/15/15 | $ 6,000,000.00 | |

Comments:  Address: PO Box 42007, San Juan, PR 00940-2007

| | REFERENCE OBLIGATION | | Line | | | | Distribution Line (Account Number) | | | | | | | Property | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | | Amount | Account | Fund | Organization | Prog | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for its corporate purposes. For the month of April 2015 (Gasoline, Diesel, and Licences) | | $ 6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (RBV4) BENEFICIARY CUSTOMER ACCOUNT [Redacted] 9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUHT. [handwritten] PAYMENT ID AB270133 PAYMENT DATE 2015-04-27 | | | | | | | | | | | | |
| | | | $ 6,000,000.00 | **Total or Subtotal** | | $ 6,000,000.00 | | | | | | | | | | |

TREASURY DEPARTMENT
(illegible) BUREAU
PAYMENT SECTION
APRIL 16, 2015 3:25 PM
(SEAL)

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer

721-8787x2707
Date                    Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier
Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Director, Agency or Authorized Rep.
4/15/15
Date                    Telephone

**For the use of the Treasury Department**

Approved by:    [signature]
Name and Signature

Title

4/23/2015
Date                    Telephone

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**                                        **HTA_STAY0000483**

ENGLISH TRANSLATION                                     Page 017

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

April 27, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$6,000,000.00** on **April 27, 2015**, corresponding to voucher No. 15000032 of agency 066 for **gasoline** excise tax, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted]9874**
**REF.: GASOLINE EXCISE TAXES APRIL**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                             **HTA_STAY0000484**

ENGLISH TRANSLATION                                                          Page 018

Model SC 735
February 19, 2013

PRIFAS

Original – ACC
Copy - Agency

Page  3   of   3

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

X RECEIPT OF PAYMENT     ☐ RECEIPT OF PAYMENT ON OBLIGATION     ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000033 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | D | | 15000033 | 4/15/15 | $ 6000,000.00 |

Comments:   Address: PO Box 42007, San Juan, PR 00940-2007

| | | REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for its corporate purposes. For the month of April 2015 (Gasoline, Diesel, and Licences) | $  6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT# [Redacted]39874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH. | | | | | | | | | | | |
| | | | | [handwritten] PAYMENT ID JN180226 PAYMENT DATE 2015-06-18 | | | | | | | | | | | |
| | | | $ 6,000,000.00 | **Total or Subtotal** | $ 6,000,000.00 | | | | | | | | | | |

(SEAL)
TREASURY DEPARTMENT
PAYMENT BUREAU
PAYMENT SECTION
APRIL 16, 2015 3:25 PM

For the use of the Treasury Department

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purch ase was made in accordance with the existing regulations.
[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer
721-8787x2707
Date                Telephone

I certify that the articles and/or services were received according to the specifications.

[signature]
Name and Signature Official Certifier
Date                Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Director, Agency or Authorized Rep.
4/15/15
Date                Telephone

Approved by:          [signature]
**Name and Signature**
/
**Title**

MAY/12/15
**Date**                **Telephone**

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000485**

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

June 18, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$6,000,000.00** on **June 18, 2015**, corresponding to voucher No. 15000033 of agency 066 for **gasoline** excise tax, and to transfer said amount to the following bank account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted]9874**
**REF.: GASOLINE EXCISE TAXES (3) APRIL**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

42

**CONFIDENTIAL**                                    **HTA_STAY0000486**

Model SC 735
February 19, 2013

PRIFAS

Page  1   of   2

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

X  RECEIPT OF PAYMENT          ☐ RECEIPT OF PAYMENT ON OBLIGATION          ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE |
|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000034 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | A | | 15000034 | 4/15/2015 | $ 5000,000.00 |

Comments:                                                   Address:

| REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 5,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for its corporate purposes. For the month of April 2015 (Petroleum)

HIGHWAYS AND TRANSPORTATION AUTHORITY
ABA# 221571415
SWIFT: OBPRPRSJ
BENEFICIARY BANK: ORIENTAL BANK (BBVA)
BENEFICIARY CUSTOMER ACCOUNT: [Redacted]9874
BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH.

[handwritten] PAYMENT ID AB280200
PAYMENT DATE 2015-04-28 | $   5,000,000.00 | E6120 | 278 | 0680000 | 784 | 2015 | | | | |
| | | | $ 5,000,000.00 | **Total or Subtotal** | $ 5,000,000.00 | | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.
[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer

Date          729-1518          Telephone

I certify that the articles and/or services were received according to the specifications.

[signature]
Name and Signature Official Certifier

Date          Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Director, Agency or Authorized Rep.
4/15/15
Date          Telephone

For the use of the Treasury Department

Approved by:          [signature]
Name and Signature

/          Title

4/23/2015
Date          Telephone

[vertical text, right margin] (SEAL) TREASURY DEPARTMENT [illegible] BUREAU PAYMENT SECTION APRIL 16, 2015  3:35 PM

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**                                                   **HTA_STAY0000487**

ENGLISH TRANSLATION                                                   Page 021

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

April 28, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION OF
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$5,000,000.00** on **April 28, 2015**, corresponding to voucher No. 1500034 of agency 066 for the payment of the 1st portion of petroleum excise taxes APRIL/2015, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted]9874**
**REF.: 1st portion PETROLEUM EXCISE TAXES APRIL/2015**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                      **HTA_STAY0000488**

ENGLISH TRANSLATION                                      Page 022

Model SC 735
February 19, 2013

Page  1   of   2

PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

X  RECEIPT OF PAYMENT     ☐ RECEIPT OF PAYMENT ON OBLIGATION     ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

**DOCUMENT ID** | | | | | | **NUMBER OF INVENTORY DEPENDENCE**

| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
|----|------|-----------------|------------------|-----------------|----|-----------------| --------------|------|------------------------------|
| EV | 066  | 15000035        | HIGHWAYS AND TRANSP. AUTH. | 660433808 | A | | 15000035 | 4/15/2015 | $ 5,000,000.00 |

Comments:                                                    Address:

| | REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 5,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for its corporate purposes. For the month of April 2015 (Petroleum) | $  5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT [Redacted] 9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH. | | | | | | | | | | | |
| | | | | [handwritten] PAYMENT ID MY180196 PAYMENT DATE 2015-05-18 | | | | | | | | | | | |
| | | | $ 5,000,000.00 | **Total or Subtotal** | $ 5,000,000.00 | | | | | | | | | | |

(SEAL)
TREASURY DEPARTMENT
[illegible] BUREAU
PAYMENT SECTION
APRIL 16, 2015  3:25 PM

**For the use of the Treasury Department**

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purch ase was made in accordance with the existing regulations.
[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer

I certify that the articles and/or services were received according to the specifications.

[signature]
Name and Signature Official Certifier

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Director, Agency or Authorized Rep.

Approved by:        [signature]
Name and Signature

/
Title

| | | | |
|---|---|---|---|
| | 729-1518 | | 4/15/15 | | 4/23/2015 | |
| Date | Telephone | Date | Telephone | Date | Telephone | **Date** | **Telephone** |

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**                                                    **HTA_STAY0000489**

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

May 18, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$5,000,000.00** on **May 18, 2015**, corresponding to voucher No. 15000035 of agency 066 for the payment of the 2nd portion of petroleum excise taxes APRIL/2015, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number:** [Redacted]9874
**REF.: 2nd portion PETROLEUM EXCISE TAXES APRIL/2015**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                              **HTA_STAY0000490**

Model SC 735
February 19, 2013

PRIFAS

| Original – ACC |
| Copy - Agency |

Page  1    of   3

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

X  RECEIPT OF PAYMENT          ☐ RECEIPT OF PAYMENT ON OBLIGATION          ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000037 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | D | | 15000037 | 5/18/15 | $ 6,000,000.00 |
| Comments: | | | | | | Address: PO Box 42007, San Juan, PR 00940-2007 | | | |

| REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for its corporate purposes. For the month of May 2015 (Gasoline, Diesel, and Licences)  HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT# [Redacted] 9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH.   [handwritten] PAYMENT ID MY200233 PAYMENT DATE 2015-05-20 | $   6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | $ 6,000,000.00 | **Total or Subtotal** | $ 6,000,000.00 | | | | | | | | | |

[SEAL] [illegible] MAY 19, 2015 11:20 AM

(SEAL) TREASURY DEPARTMENT [illegible] PAYMENT BUREAU PAYMENT SECTION APRIL 15, 2015  3:15 PM

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purch ase was made in accordance with the existing regulations.
[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer

Date                721-8787x2707            Telephone

I certify that the articles and/or services were received according to the specifications.

_____
Name and Signature Official Certifier

Date                                Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Director, Agency or Authorized Rep.
5/18/15

Date                                Telephone

**For the use of the Treasury Department**

Approved by:            [signature]

Name and Signature

/

Title

May/19/2015

**Date**                        **Telephone**

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000491**

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

May 20, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$6,000,000.00** on **May 20, 2015**, corresponding to voucher No. 1500037 of agency 066 for **gasoline** excise tax, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number:** [Redacted]**9874**
**REF.: GASOLINE EXCISE TAXES MAY**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                    **HTA_STAY0000492**



## CERTIFICATE OF ACCURACY

I, **María R. Arias**, with U.S. Legal Support, Inc., declare that I have provided Translation Services executed on this 3rd of April 2020.

Furthermore, I declare that I am a certified translator for **English and Spanish** languages and that I am competent to translate between those two languages.

I hereby certify that I have translated the attached document into English to the best of my knowledge and ability and believe this translation to be a true, accurate, and complete rendition of the original Spanish file(s) provided to me.

*Name: "HTA_STAY0000467" (pdf file)*                    *No. of Pages: 26*

Sincerely,



*María R. Arias*                                          04/03/2020
----------------------------------------                 ----------------------------------
Maria R. Arias                                           Date
ATA-Certified Translator
English ≈ Spanish

U.S. Legal Support, Inc. – Translations Services Department – 855-538-3099
translations@uslegalsupport.com