# EXHIBIT AI

# (Ex. 30 to the Natbony Declaration, originally filed as ECF 13039-64 through ECF 13039-66, and ECF 789-64 through 789-66 in Case No. 17-BK-3567) - Part 2

**NATBONY REPLY DECLARATION**
**EXHIBIT 30– Part 2**

Modelo SC 735  
19 febrero 13  
**PRIFAS**  
Original – ACC  
Copia – Agencia

Pag. 1 de 1

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**  
AUTORIDAD DE CARRETERAS Y TRANSPORTACION  
Agencia

[✓] COMPROBANTE DE PAGO    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

### IDENT. DEL DOCUMENTO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 15066030 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15066030 | 3/24/15 | $ 6,737,973.23 |

Comentarios:

Dirección: Centro Gubernamental Minillas  
Apartado 42007, San Juan, PR 00940-2007

### OBLIGACION DE REFERENCIA / Línea / Línea de Distribución (Cifra de Cuenta) / Propiedad

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 066 | | $ 6,737,973.23 | Marbete (C 1276) febrero, 2015. Enmendar Art. 23.01 Ley 22-2000, según enmendada, conocida como "Ley de Vehículos y Transito de PR". Ingresos Nuevos. AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta [Redacted]9427-6 para repago de obligaciones vigentes de la Autoridad | $ 6,737,973.23 | E6120 | 278 | 0660000 | | 003 | 2014 | | | | |

Pymnt ID JL 22014  Pymnt Date 2015-07-22

| $ 6,737,973.23 | Total o Subtotal | $ 6,737,973.23 | Para uso del Departamento de Hacienda |
|---|---|---|---|

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. **Redacted**  
Luis K. Santiago Reyes, Sub-Tesorero  
Nombre y Firma Delegado Comprador  
721-8787x2707  
Fecha / Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.  
**Redacted**  
Nombre y Firma Oficial Certificador  
Fecha / Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo  
**Redacted**  
César M. Gandiaga Texidor, CPA  
Nombre y Firma Jefe, Agencia o su Repte. Aut.  
Fecha / Teléfono

Aprobado por: **Redacted**  
**Redacted**  
Nombre y Firma  
4/6/2015  
Título  
Fecha / Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

22 de julio de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **22 de julio de 2015** transfieran **$6,737,973.23** correspondiente al voucher 15066030 de la agencia 066 por marbetes FEBRERO, de la cuenta corriente del Secretario de Hacienda # [Redacted]000-6 a la cuenta bancaria # [Redacted]427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

CONFIDENTIAL
HTA_STAY0000459

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. 1 de 1

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

OK Valid

[x] COMPROBANTE DE PAGO   [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION   [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

### IDENT. DEL DOCUMENTO / CIFRA DE DEPENDENCIA DE INVENTARIO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 15066031 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15066031 | 4/15/15 | $ 1,666,000.00 |

Comentarios:                                   Dirección:

### OBLIGACION DE REFERENCIA / Línea / Línea de Distribución (Cifra de Cuenta) / Propiedad

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 066 | | $ 1,666,000.00 | Arbitrios de Cigarrillo<br>Nuevos ingresos para el mes de MARZO 2015, de conformidad con Memo de la Secretaria de Hacienda.<br><br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION<br>en el Banco Gubernamental de Fomento<br>a la cuenta [Redacted]427-6<br>para repago de obligaciones vigentes de la Autoridad | $ 1,666,000.00<br>$3,330,000.00 Payment | E6120 | 278 | 0660000<br> | | 779 | 2014 | | | | |

Draft

Pymnt ID JL210448   Pymnt Date 2015-07-21

$ 1,666,000.00   Total o Subtotal   $ 1,666,000.00

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. **Redacted**
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707
Fecha / Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha / Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo.
**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
4/15/15
Fecha / Teléfono

Para uso del Departamento de Hacienda
Aprobado por:
**Redacted**   Nombre y Firma
4/16/2015   Título
Fecha / Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL                                           HTA_STAY0000460

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. 1 de 1

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

[✓] COMPROBANTE DE PAGO  [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION  [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
| EV | 066 | 15066034 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15066034 | 5/18/15 | $ 1,666,000.00 |

Comentarios:  Dirección:

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 1,666,000.00 | Arbitrios de Cigarrillo<br>Nuevos ingresos para el mes de ABRIL 2015, de conformidad con Memo de la Secretaria de Hacienda.<br><br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION<br>en el Banco Gubernamental de Fomento<br>a la cuenta [Redacted]427-6<br>para repago de obligaciones vigentes de la Autoridad | $ 1,666,000.00<br><br>$3,332,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |

Pymnt ID JL 210448  Pymnt Date 2015-0721

$ 1,666,000.00  Total o Subtotal  $ 1,666,000.00

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
Redacted
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707
Fecha  Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha  Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
Redacted
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
5/18/15
Fecha  Teléfono

Para uso del Departamento de Hacienda
Aprobado por: Redacted
Redacted
Nombre y Firma
Título
Fecha  Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000461

CONFIDENTIAL



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

21 de julio de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **21 de julio de 2015** transfieran **$3,332,000.00** correspondiente al voucher 15066031 y al 15066034 de la agencia 066 por arbitrios del cigarrillos de marzo y abril 2015, de la cuenta corriente del Secretario de Hacienda # [Redacted]000-6 a la cuenta bancaria # [Redacted]427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

[Redacted]

Ana Garcia Noya
Secretaria Auxiliar
Área de Tesoro

HTA_STAY0000462