# EXHIBIT AI

# (Ex. 30 to the Natbony Declaration, originally filed as ECF 13039-64 through ECF 13039-66, and ECF 789-64 through 789-66 in Case No. 17-BK-3567) - Part 3

**NATBONY REPLY DECLARATION**
**EXHIBIT 30– Part 3**

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. 1 de 1

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**AUTORIDAD DE CARRETERAS Y TRANSPORTACION**
Agencia

[✓] COMPROBANTE DE PAGO    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

### IDENT. DEL DOCUMENTO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 15066032 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15066032 | 4/28/15 | $ 4,883,611.87 |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

### OBLIGACION DE REFERENCIA / Línea / Línea de Distribución / Propiedad

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 066 | | $ 4,883,611.87 | Marbete (C 1276) marzo 2015 Enmendar Art. 23.01 Ley 22-2000, según enmendada, conocida como "Ley de Vehículos y Transito de PR". Ingresos Nuevos. AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta [Redacted]427-6 para repago de obligaciones vigentes de la Autoridad | $ 4,883,611.87 | E6120 | 278 | 0660000 | | 003 | 2014 | | | | |

Pymnt Date 2015-05-06
Pymnt ID 03260256

Cheq: 03260256
Fecha: 05/06/2015

$ 4,883,611.87  Total o Subtotal   $ 4,883,611.87

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
Redacted
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707
Fecha    Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha    Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
Redacted
César M. Gandiagá Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
4/29/15
Fecha    Teléfono

Para uso del Departamento de Hacienda
Aprobado por: Redacted
Nombre y Firma
Título
4/29/15
Fecha    Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000463



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

7 de agosto de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **7 de agosto de 2015** transfieran **$4,883,611.87** correspondiente al voucher 15066032 de la agencia 066 por marbetes MARZO, de la cuenta corriente del Secretario de Hacienda # [Redacted]000-6 a la cuenta bancaria # [Redacted]427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

[Redacted]

Ana Garcia Noya
Secretaria Auxiliar
Área de Tesoro

CONFIDENTIAL
HTA_STAY0000464

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. 1 de 1

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

OK

[✓] COMPROBANTE DE PAGO   [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION   [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
| EV | 066 | 15066033 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15066033 | 4/28/15 | $ 481,171.80 |

Comentarios:
Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 481,171.80 | Multas de Peajes Electrónicos Para el mes de marzo 2015 AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# [Redacted]1415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# [Redacted]9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $ 481,171.80 | E6120 | 278 | 0660000 | | 081 | 2014 | | | | |

Pymnt ID 03260255   Pymnt Date 2015-05-06

Cheq: 03260255
05/06/2015

$ 481,171.80 Total o Subtotal   $ 481,171.80

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
Redacted
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707
Fecha   Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha   Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
Redacted
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
4/29/15
Fecha   Teléfono

Para uso del Departamento de Hacienda
Aprobado por: Redacted
Nombre y Firma
Título
4/29/15
Fecha   Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000465



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

4 de mayo de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **4 de mayo de 2015** transfieran **$481,171.80**, correspondiente al voucher 15066033 para el pago de multas de peajes electrónicos de marzo, de la cuenta corriente del Secretario de Hacienda [Redacted]000-6 a la siguiente cuenta bancaria:

**Banco: ORIENTAL BANK**
**ABA:** [Redacted]**1415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta:** [Redacted] **9874**
**REF.: multas peajes electrónicos MARZO/2015**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

[Redacted]

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

CONFIDENTIAL
HTA_STAY0000466

Model SC 735
February 19, 2013
PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

OK Valid

| | | RECEIPT OF PAYMENT | | RECEIPT OF PAYMENT ON OBLIGATION | | RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT | |
|---|---|---|---|---|---|---|---|
| X | | | | | | | |

DOCUMENT ID | NUMBER OF INVENTORY DEPENDENCE

| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 15066028 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | A | | 15066028 | 3/24/15 | $1,425,033.96 |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| | REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Number) | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 1,425,033.96 | Electronic Toll Fines. For the month of February 2015 | $ 1,425,033.96 | E6120 | 278 | 0660000 | | 081 | 2014 | | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# [Redacted]1415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT#[Redacted]9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH. [handwritten] PAYMENT ID MR260135 PAYMENT DATE 2015-03-26 | | | | | | | | | | | |
| | | | $ 1,425,033.96 | | $ 1,425,033.96 | | | | | | | | | | |

[SEAL] TREASURY DEPARTMENT [Illegible] BUREAU PAYMENT SECTION MARCH 24, 2015 3:06 PM

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.
[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature of Delegated Buyer

721-8787x2707
Date     Telephone

I certify that the articles and/or services were received according to the specifications.

_____
Name and Signature of Official Certifier

Date     Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
[signature]
César M. Gandiaga Texidor, CPA
Name and Signature of Director, Agency or Authorized Rep.
3/23/15
Date     Telephone

**For the use of the Treasury Department**

Approved by:     [signature]
Name and Signature

Title

3/24/2015
Date     Telephone

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

CONFIDENTIAL

HTA_STAY0000454

ENGLISH TRANSLATION

Page 001

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

March 26, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$1,425,033.96** on **March 26, 2015**, corresponding to voucher No. 15066028 for the payment of electronic toll fines in February, and to transfer said amount to the following bank account:

**Bank: ORIENTAL BANK**
**ABA:** [Redacted]**1415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number:** [Redacted]**9874**
**REF.: Electronic toll fines FEBRUARY/2015**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                                    HTA_STAY0000455

Page 1 of 1

Model SC 735
February 19, 2013

PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

*OK Valid*

[X] RECEIPT OF PAYMENT   [ ] RECEIPT OF PAYMENT ON OBLIGATION   [ ] RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15066029 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | A | | 15066029 | 3/24/15 | $1,666,000.00 |

Comments:   Address:

| REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | Property | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 1,666,000.00 | Cigarette Excise Taxes<br>New revenues for the month of February 2015, in compliance with the Memo from the Secretary of Treasury<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>at the Government Development Bank<br>to the account No. [Redacted]427-6<br>for the repayment of current obligations of the Authority<br><br>[handwritten] PAYMENT ID AB290165<br>PAYMENT DATE 2015-04-29 | $ 1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |

[SEAL]
TREASURY DEPARTMENT
[illegible] BUREAU
PAYMENT SECTION
MARCH 24, 2015  3:06 PM

| $ 1,666,000.00 | Total or Subtotal | $ 1,666,000.00 | |
|---|---|---|---|

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.<br>[signature]<br>Luis K. Santiago Reyes, Deputy Treasurer<br>Name and Signature of Delegated Buyer<br>721-8787x2707<br>Date   Telephone | I certify that the articles and/or services were received according to the specifications.<br><br><br><br><br>Name and Signature of Official Certifier<br><br>Date   Telephone | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize   [signature]<br>César M. Gandiaga Texidor, CPA<br>Name and Signature Director, Agency or Authorized Rep.<br>3/23/15<br>Date   Telephone | For the use of the Treasury Department<br>Approved by   [signature]<br>Name and Signature<br>/<br>Title<br>3/24/2015<br>Date   Telephone |

Preservation: Six years or until the intervention of a treasury inspector, whichever occurs first.

CONFIDENTIAL

HTA_STAY0000456

ENGLISH TRANSLATION

Page 003

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

April 29, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$1,666,000.00** on **April 29, 2015**, corresponding to voucher No. 15066029 of agency 066 for the payment of cigarette excise taxes in February/2015, and to transfer said amount to the bank account of the Highways and Transportation Authority No. [Redacted]427-6 for the repayment of the Authority's current obligations.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                                      **HTA_STAY0000457**

ENGLISH TRANSLATION                                                     Page 004

Page 1 of 1

Model SC 735
February 19, 2013
PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

[X] RECEIPT OF PAYMENT  [ ] RECEIPT OF PAYMENT ON OBLIGATION  [ ] RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

DOCUMENT ID

| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 15066030 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | A | | 15066030 | 3/24/15 | $6,737,973.23 |

Comments: Address: Minillas Government Center, PO Box 42007, San Juan, PR 00940-2007

NUMBER OF INVENTORY DEPENDENCE

| | REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | Property | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,737,973.23 | License (C 1276) February, 2015 Amend Section 23.01 Act 22-2000, as amended, known as the "PR Vehicle and Transit Act". New revenues HIGHWAYS AND TRANSPORTATION AUTHORITY at the Government Development Bank to the account No. [Redacted]427-6 for the repayment of current obligations of the Authority.<br><br>[handwritten] PAYMENT ID JL220114<br>PAYMENT DATE 2015-07-22 | $ 6,737,973.23 | E6120 | 278 | 0660000 | | 003 | 2014 | | | | |
| | | | $ 6,737,973.23 | **Total or Subtotal** | $ 6,737,973.23 | | | | | | | | | |

(SEAL) TREASURY DEPARTMENT [illegible] BUREAU PAYMENT SECTION MARCH 8, 2015 3:21 PM

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.
[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature of Delegated Buyer
721-8787x2707
Date                Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature of Official Certifier
Date                Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Director, Agency or Authorized Rep.
Date                Telephone

**For the use of the Treasury Department**
Approved by: [signature]
Name and Signature
Title
4/6/2015
Date                Telephone

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**                                                                                          **HTA_STAY0000458**

ENGLISH TRANSLATION                                                                                       Page 005

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

July 22, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$6,737,973.23** on **July 22, 2015**, corresponding to voucher No. 15066030 of agency 066 for FEBRUARY licenses, and to transfer said amount to the bank account of the Highways and Transportation Authority No. [Redacted]427-6 for the repayment of the Authority's current obligations.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area


**CONFIDENTIAL**                                                                 HTA_STAY0000459

ENGLISH TRANSLATION                                                              Page 006

Page 1 of 1

Model SC 735
February 19, 2013
PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

OK Valid

[X] RECEIPT OF PAYMENT  [ ] RECEIPT OF PAYMENT ON OBLIGATION  [ ] RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE |
|---|---|---|---|---|---|---|---|---|
| CT Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV 066 | 15066031 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | A | | 15066031 | 4/15/15 | $1,666,000.00 |

Comments:  Address:

| REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 1,666,000.00 | Cigarette Excise Taxes New revenues for the month of MARCH 2015, in compliance with the Memo from the Secretary of Treasury.<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY at the Government Development Bank to the account No. [Redacted]427-6 for the repayment of current obligations of the Authority<br><br>[handwritten] PAYMENT ID JL210448 PAYMENT DATE 2015-07-21 | $ 1,666,000.00 [handwritten] $ 3,332,000.00 Payment [handwritten] Draft | E6120 | 278 | 0660000 | 779 | | 2014 | | | | |
| | | | $ 1,666,000.00 | Total or Subtotal | $ 1,666,000.00 | | | | | | | | | |

[SEAL] TREASURY DEPARTMENT [Illegible] BUREAU PAYMENT SECTION APRIL 16, 2015 3:24 PM

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.
[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature of Delegated Buyer
721-8787x2707
Date                      Telephone

I certify that the articles and/or services were received according to the specifications.

_____    _____
Name and Signature of Official Certifier
Date                Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Director, Agency or Authorized Rep.
4/15/15
Date                     Telephone

**For the use of the Treasury Department**
Approved by:     [signature]
Name and Signature
/
Title
4/16/2015
Date                    Telephone

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

CONFIDENTIAL

HTA_STAY0000460

ENGLISH TRANSLATION

Page 007

Page 1 of 1

Model SC 735
February 19, 2013
PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

[X] RECEIPT OF PAYMENT   [ ] RECEIPT OF PAYMENT ON OBLIGATION   [ ] RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15066034 | HIGHWAYS AND TRANSP. AUTH | 660433808 | A | | 15066034 | 5/18/15 | $1,666,000.00 |

Comments:    Address:

| REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | Property | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 066 | | $ 1,666,000.00 | Cigarette Excise Taxes<br>New revenues for the month of APRIL 2015, in compliance with the Memo from the Secretary of Treasury.<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>at the Government Development Bank<br>to the account No. [Redacted]427-6<br>for the repayment of current obligations of the Authority<br><br>[handwritten] PAYMENT ID JL210448<br>PAYMENT DATE 2015-07-21 | $ 1,666,000.00<br>[handwritten]<br>$ 3,332.000.00 | E6120 | 278 | 0660000 | 779 | 2014 | | | | | |
| | | $ 1,666,000.00 | **Total or Subtotal** | $ 1,666,000.00 | | | | | | | | | | |

[SEAL] TREASURY DEPARTMENT [illegible] BUREAU PAYMENT SECTION MAY 18, 2015 3:14 PM

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.
[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature of Delegated Buyer

721-8787x2707
Date                    Telephone

I certify that the articles and/or services were received according to the specifications.


Name and Signature of Official Certifier

Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
[signature]
César M. Gandiaga Texidor, CPA
Name and Signature of Director, Agency or Authorized Rep.
5/18/15
Date                    Telephone

**For the use of the Treasury Department**
Approved by:   [signature]
Name and Signature
/
Title
May/19/2015
Date                    Telephone

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

CONFIDENTIAL    HTA_STAY0000461

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

July 21, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$3,332,000.00** on **July 21, 2015**, corresponding to vouchers No. 15066031 and No. 15066034 of agency 066 for cigarette excise taxes in March and April 2015, and to transfer said amount to the bank account of the Highways and Transportation Authority No. [Redacted]427-6 for the repayment of the Authority's current obligations.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                                                 **HTA_STAY0000462**

Page 1 of 1

Model SC 735
February 19, 2013
PRIFAS

Original – ACC
Copy - Agency

OK

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

| X | RECEIPT OF PAYMENT | ☐ RECEIPT OF PAYMENT ON OBLIGATION | ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT |

| DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE |
|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15066032 | HIGHWAYS AND TRANSP. AUTH | 660433808 | A | | 15066032 | 4/28/15 | $4,883,611.87 |

Comments: Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | Property | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 4,883,611.87 | License (C 1276) March 2015<br>Amend Section 23.01 Act 22-2000, as amended, known as the "PR Vehicle and Transit Act".<br>New revenues<br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>at the Government Development Bank<br>to the account No. [Redacted]427-6<br>for the repayment of current obligations of the Authority.<br><br>[handwritten] PAYMENT DATE 2015-05-06<br>PAYMENT ID 03260256 | $ 4,883,611.87 | E6120 | 278 | 0660000 | | 003 | 2014 | | | | |

[handwritten] Check: 03260256
Date: 05/06/2015

[SEAL] TREASURY DEPARTMENT [illegible] BUREAU PAYMENT SECTION APRIL 29, 2015 3:07 PM

| $ 4,883,611.87 | Total or Subtotal | $ 4,883,611.87 | For the use of the Treasury Department |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.
[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature of Delegated Buyer
721-8787x2707

I certify that the articles and/or services were received according to the specifications.

_____
Name and Signature Official Certifier

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
[signature]
César M. Gandiaga Texidor, CPA
Name and Signature of Director, Agency or Authorized Rep.
4/29/15

Approved by: [signature]
Name and Signature
/
Title
4/29/2015

Date | Telephone | Date | Telephone | Date | Telephone | Date | Telephone

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000463**

ENGLISH TRANSLATION

Page 010

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

August 7, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$4,883,611.87** on **August 7, 2015**, corresponding to voucher No. 15066032 of agency 066 for MARCH licenses, and to transfer said amount to the bank account of the Highways and Transportation Authority No. [Redacted]427-6 for the repayment of the Authority's current obligations.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                                                                          **HTA_STAY0000464**

ENGLISH TRANSLATION                                                                                        Page 011

Page 1 of 1

Model SC 735
February 19, 2013
PRIFAS

Original – ACC
Copy - Agency

OK

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

[X] RECEIPT OF PAYMENT  [ ] RECEIPT OF PAYMENT ON OBLIGATION  [ ] RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15066033 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | D | | 15066033 | 4/28/15 | $481,171.80 |

Comments:

Address: Minillas Government Center PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | Property | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. App | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 481,171.80 | Electronic Toll Fines. For the month of March 2015 | $ 481,171.80 | E6120 | 278 | 0660000 | 081 | 2014 | | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY<br>ABA# [Redacted]415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENEFICIARY CUSTOMER ACCOUNT# [Redacted]9874<br>BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH. | | | | | | | [handwritten] Check: 03260255<br>Date: 05/06/2015 | | | |
| | | [handwritten] PAYMENT ID 03260255 | | PAYMENT DATE 2015-05-06 | | | | | | | | | | |
| | | | $ 481,171.80 | **Total or Subtotal** | $ 481,171.80 | | | | | | | | | |

[SEAL] TREASURY DEPARTMENT [illegible] BUREAU PAYMENT SECTION APRIL 29, 2015 3:07 PM

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.
[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature of Delegated Buyer

721-8787x2707
Date          Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date          Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
[signature]
César M. Gandiaga Texidor, CPA
Name and Signature of Director, Agency or Authorized Rep.
4/29/15
Date          Telephone

**For the use of the Treasury Department**
Approved by:   [signature]
Name and Signature
/
Title

4/29/2015
Date          Telephone

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

CONFIDENTIAL

HTA_STAY0000465

ENGLISH TRANSLATION

Page 012

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

May 4, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$481,171.80** on **May 4, 2015**, corresponding to voucher No. 15066033 for the payment of electronic toll fines in March, and to transfer said amount to the following bank account:

Bank: ORIENTAL BANK
ABA: [Redacted]1415
SWIFT: OBPRPRSJ
Account Name: Puerto Rico Highway Authority (PRHTA)
Account Number: [Redacted]9874
REF.: **Electronic toll fines MARCH/2015**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                        HTA_STAY0000466



# CERTIFICATE OF ACCURACY

I, **María R. Arias**, with U.S. Legal Support, Inc., declare that I have provided Translation Services executed on this 3rd of April 2020.

Furthermore, I declare that I am a certified translator for ***English and Spanish*** languages and that I am competent to translate between those two languages.

I hereby certify that I have translated the attached document into English to the best of my knowledge and ability and believe this translation to be a true, accurate, and complete rendition of the original Spanish file(s) provided to me.

*Name: "HTA_STAY0000454" (pdf file)*          *No. of Pages: 13*

Sincerely,

*María R. Arias*                                              04/03/2020
------------------------------------                     ------------------------------------
Maria R. Arias                                                Date
ATA-Certified Translator
English ≈ Spanish



U.S. Legal Support, Inc. – Translations Services Department – 855-538-3099
translations@uslegalsupport.com