# EXHIBIT AJ

# (Ex. 31 to the Natbony Declaration, originally filed as ECF 13039-67, and ECF 789-67 in Case No. 17-BK-3567)

**<u>NATBONY REPLY DECLARATION</u>**
**<u>EXHIBIT 31</u>**

Modelo SC 735
19 febrero 13
**PRIFAS**
Original – ACC
Copia – Agencia

Pag. ___1___ de ___3___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 066 | 16000001 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 16000001 | 7/15/15 | $ | 6,000,000.00 |

Comentarios:

Dirección:  Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Linea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN. | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 6,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de julio 2015 (Gasolina, Disel y Marbetes)<br><br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENECIFIARY CUSTOMER ACCOUNT[Redacted]9874<br>BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS<br><br>*Yomonte Julio/15* | $ ~~6,000,000.00~~ *2,897,364.96* | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |

| | $ 6,000,000.00 | Total o Subtotal | $ 6,000,000.00 | | Para uso del Departamento de Hacienda | |
|---|---|---|---|---|---|---|

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
**Redacted**
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.


Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.

Aprobado por: **Redacted**

**Redacted**

Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha 7/16/15 | Teléfono | Fecha 6/16/15 | Teléfono |
|---|---|---|---|---|---|---|---|

**Conservación:** Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000493

CONFIDENTIAL



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

24 de agosto de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **24 de agosto de 2015** transfieran **$2,697,364.96**, correspondiente al voucher #16000001 de la agencia 066 del arbitrio de gasolina de la cuenta corriente del Secretario de Hacienda [Redacted]0006 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta: [Redacted]9874**
**REF.: ARBITRIOS GASOLINA (3ro) JULIO**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

/Ana García Noya
 Secretaria Auxiliar
 Área de Tesoro

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. ___2___ de ___3___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

CIFRA DE DEPENDENCIA DE INVENTARIO

| IDENT. DEL DOCUMENTO | | | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | | | | | 16000002 | 7/15/15 | $ 6,000,000.00 |
| EV | 066 | 16000002 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | | | |

Comentarios:

Dirección:   Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | Línea | | | Línea de Distribución (Cifra de Cuenta) | | | | | | | Propiedad | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 6,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de julio 2015 (Gasolina, Disel y Marbetes) AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT#: 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $ 6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |

| | | $ 6,000,000.00 | | Total o Subtotal | $ 6,000,000.00 | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.

**Redacted**

Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado ésta misma previamente por lo cual autorizo

**Redacted**

César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte/Aut.

7/14/15

Para uso del Departamento de Hacienda
Aprobado por:

**Redacted**

**Redacted**   Nombre y Firma

Título

Fecha   Teléfono   721-8787x2707

Fecha   Teléfono

7/14/15
Fecha   Teléfono

Fecha   Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000495

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

24 de julio de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **24 de julio de 2015** transfieran **$6,000,000.00**, correspondiente al voucher #16000002 de la agencia 066 del arbitrio de gasolina de la cuenta corriente del Secretario de Hacienda Redacted 0006 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta: Redacted 9874**
**REF.: ARBITRIOS GASOLINA (1ro) JULIO**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. ___3___ de ___3___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

CIFRA DE DEPENDENCIA DE INVENTARIO

| IDENT. DEL DOCUMENTO | | | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | | | | | 16000003 | 7/15/15 | $ 6,000,000.00 |
| EV | 066 | 16000003 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | | | |

Comentarios:

Dirección:   Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Linea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 6,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de julio 2015 (Gasolina, Disel y Marbetes)  AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT# Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $ 6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |

| | | | | |
|---|---|---|---|---|
| | $ 6,000,000.00 | Total o Subtotal | $ 6,000,000.00 | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.

**Redacted**

Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

**Redacted**

César M. Gandiaga, Tesdior, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.

7/14/15

Para uso del Departamento de Hacienda
Aprobado por: Redacted

**Redacted**

Nombre y Firma
Título

Fecha   Teléfono   Fecha   Teléfono   Fecha   Teléfono   Fecha   Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000497

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

28 de julio de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **28 de julio de 2015** transfieran **$6,000,000.00**, correspondiente al voucher #16000003 de la agencia 066 del arbitrio de gasolina de la cuenta corriente del Secretario de Hacienda [Redacted]0006 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta: [Redacted]9874**
**REF.: ARBITRIOS GASOLINA (2do) JULIO**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

HTA_STAY0000498

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

Pag.   1   de   3

[ ✓ ] COMPROBANTE DE PAGO   [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION   [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 066 | 16000004 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 1ra Agosto 2015 | 8/12/15 | $ | 6,000,000.00 |

Comentarios:

Dirección:   Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 6,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de agosto 2015 (Gasolina, Disel y Marbetes)  AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFIARY BANK: ORIENTAL BANK (BBVA) BENECIARY CUSTOMER ACCOUNT (Redacted)9874 BENEFIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $ 6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |

2015 AUG 14 AM 9: 21
NEGOCIADO DE CUENTAS

| | $ 6,000,000.00 | Total o Subtotal | $ 6,000,000.00 | Para uso del Departamento de Hacienda |
|---|---|---|---|---|

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
**Redacted**
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga Teixidor, CPA
Nombre y Firma Jefe, Agencia o su Reple. Aut.

Aprobado por:
**Redacted**     **Redacted**
Nombre y Firma

Título

| Fecha | | Teléfono | Fecha | | Teléfono | Fecha | | Teléfono | Fecha | | Teléfono |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 721-8787x2707 | | | | 8/13/15 | | | 8/16/15 | | |

Nombre y Firma Oficial Certificador

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000499

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

18 de agosto de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **18 de agosto de 2015** transfieran **$6,000,000.00**, correspondiente al voucher #16000004 de la agencia 066 del arbitrio de gasolina de la cuenta corriente del Secretario de Hacienda Redacted 006 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta: Redacted 9874**
**REF.: ARBITRIOS GASOLINA (1ro) AGOSTO**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana Garcia Noya
Secretaria Auxiliar
Área de Tesoro

HTA_STAY0000500

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. ___2___ de ___3___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 066 | 16000005 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 2da Agosto 2015 | 8/12/15 | $ | 6,000,000.00 |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 6,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de agosto 2015 (Gasolina, Disel y Marbetes) AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENECIFIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT## [Redacted] 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $ 6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | $ 6,000,000.00 | Total o Subtotal | $ 6,000,000.00 | | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.

**Redacted**
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador

721-8787x2707

Fecha / Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Fecha / Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

**Redacted**
César M. Gandiaga, Tesidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.

8/13/15

Fecha / Teléfono

Para uso del Departamento de Hacienda
Aprobado por:

**Redacted**
Nombre y Firma

Título

Fecha / Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

19 de agosto de 2015

Via Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **19 de agosto de 2015** transfieran **$6,000,000.00,**
correspondiente al voucher #16000005 de la agencia 066 del arbitrio de gasolina de la
cuenta corriente del Secretario de Hacienda Redacted 0006 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta: Redacted 9874**
**REF.: ARBITRIOS GASOLINA (2do) AGOSTO**

Agradecemos envie los correspondientes avisos al Área del Tesoro de este
Departamento.

Cordialmente,

Redacted

Diana Vazquez Morales
Subdirectora Interina
Área de Tesoro

HTA_STAY0000502

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

Pag. 1 de 3

☑ COMPROBANTE DE PAGO　　☐ COMPROBANTE DE PAGO CONTRA OBLIGACION　　☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 066 | 16000007 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 1ra Sept 2015 | 9/14/15 | $ | 6,000,000.00 |

Comentarios:
Dirección:　Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 6,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de septiembre de 2015 (Gasolina, Disel y Marbetes) | $ 6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | | JP MORGAN CHASE | | | | | | | | | | | |
| | | | | ABA # 021000021 | | | | | | | | | | | |
| | | | | SWIFT CODE: CHASUS33 | | | | | | | | | | | |
| | | | | BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R. | | | | | | | | | | | |
| | | | | BENECIFIARY CUSTOMER ACCOUNT # [____]7406 | | | | | | | | | | | |
| | | | | FURTHER CREDIT: AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN | | | | | | | | | | | |
| | | | | FUERTHER CREDIT ACCOUNT # [____]3466 | | | | | | | | | | | |
| | | | $ 6,000,000.00 | Total o Subtotal | $ 6,000,000.00 | | | | | | | | | | |

| Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.　**Redacted** | Certifico que los artículos y/o servicios fueron recibidos según las especificaciones. | Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo　**Redacted** | Para uso del Departamento de Hacienda |
|---|---|---|---|
| Luis R. Santiago Reyes/Sub-Tesorero | | César M. Gandiaga Taxidor, CPA | Aprobado por: |
| Nombre y Firma Delegado Comprador | Nombre y Firma Oficial Certificador | Nombre y Firma Jefe, Agencia o su Rep. /Aut. | Nombre y Firma |
| 721-8787x2707 | | 9/14/15 | Título |
| Fecha　　Teléfono | Fecha　　Teléfono | Fecha　　Teléfono | Fecha　　Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000503

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

18 de septiembre de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **18 de septiembre de 2015** transfieran **$6,000,000.00,** correspondiente al voucher #16000007 de la agencia 066 del **ARBITRIO GASOLINA,** de la cuenta corriente del Secretario de Hacienda # [Redacted]000-6 a la cuenta bancaria # [Redacted]346-6 de la Autoridad de Carreteras y Transportación.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana Garcia Noya
Secretaria Auxiliar
Área de Tesoro

Pag.   2   de   3

Original – ACC
Copia – Agencia

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO      ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION      ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 066 | 16000008 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 2da Sept 2015 | 9/14/15 | $ | 6,000,000.00 |

Comentarios:

Dirección:   Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $  6,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de septiembre de 2015 (Gasolina, Disel y Marbetes)<br><br>JP MORGAN CHASE<br>ABA # 021000021<br>SWIFT CODE: CHASUS33<br>BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R.<br>BENECIFIARY CUSTOMER ACCOUNT # [Redacted]7406<br>FURTHER CREDIT: AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN<br>FUERTHER CREDIT ACCOUNT # [Redacted]8466 | $  6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | $ 6,000,000.00 | Total o Subtotal | $  6,000,000.00 | | | | | | | | | | |

| Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.  ---- Redacted ---- Redacted ----<br>**Luis R. Santiago Reyes, Sub-Tesorero**<br>Nombre y Firma Delegado Comprador | Certifico que los artículos y/o servicios fueron recibidos según las especificaciones. | Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por la cual autorizo<br>**Redacted**<br>César M. Gandiaga Tejedor, CPA<br>Nombre y Firma Jefe, Agencia o su Repte. Aut. | Para uso del Departamento de Hacienda<br><br>Aprobado por:<br><br>Nombre y Firma<br><br>Título |
|---|---|---|---|
| Fecha | | 721-8787x2707<br>Teléfono | Fecha | Teléfono | Fecha   9/14/18 | Teléfono | Fecha | Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL



HTA_STAY0000505

CONFIDENTIAL



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

28 de septiembre de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **28 de septiembre de 2015** transfieran
**$6,000,000.00,** correspondiente al voucher #16000008 de la agencia
066 del ARBITRIO GASOLINA SEPTIEMBRE, de la cuenta corriente del
Secretario de Hacienda # [Redacted]000-6 a la cuenta bancaria # [Redacted]346-6 de
la Autoridad de Carreteras y Transportación.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este
Departamento.

Cordialmente,

**Redacted**

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

Modelo SC 735
19 febrero 13
**PRIFAS**
Original – ACC
Copia – Agencia

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | | | | | | Fecha | Importe Total del Documento |
| EV | 066 | 16000009 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 3ra Sept 2015 | 9/14/15 | $ 6,000,000.00 |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 6,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de septiembre de 2015 (Gasolina, Disel y Marbetes) JP MORGAN CHASE ABA # 021000021 SWIFT CODE: CHASUS33 BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R. BENECIFIARY CUSTOMER ACCOUNT # [...]7406 FURTHER CREDIT: AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN FUERTHER CREDIT ACCOUNT # [...]3466 | $ 6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | $ 6,000,000.00 | Total o Subtotal | $ 6,000,000.00 | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.

Redacted
Luis R. Santiago Reyes Sub-Tesorero
Nombre y Firma Delegado Comprador

Fecha    721-8787x2707 Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha    Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

Redacted
César M. Gandiaga Teixidor, CPA
Nombre y Firma Jefe, Agencia o su Repte./Aut.

9/14/15 Fecha    Teléfono

Para uso del Departamento de Hacienda
Aprobado por:

Nombre y Firma
Título
Fecha    Teléfono

**Conservación:** Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL
HTA_STAY0000507

ACC
- Agencia

ESTADO LIBRE ASOCIADO DE PUERTO RICO
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

Pag. ___1___ de ___1___

☑ COMPROBANTE DE PAGO     ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION     ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

**IDENT. DEL DOCUMENTO**

| CT | Agen | Número de Documento |
|---|---|---|
| EV | 066 | 16022004 |

Comentarios:

| Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | CIFRA DE DEPENDENCIA DE INVENTARIO |
|---|---|---|---|---|---|
| AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 1ra Sep 2015 | |

Dirección:  Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| Fecha | Importe Total del Documento |
|---|---|
| 9/24/15 | $ 562,617.52 |

**OBLIGACION DE REFERENCIA**

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 066 | | $  562,617.52 | Multas de Peajes Electrónicos Para el mes de septiembre 2015 | $  562,617.52 | E6120 | 278 | 0660000 | | 081 | 2014 | | | | |

JP MORGAN CHASE
ABA # 021000021
SWIFT CODE: CHASUS33
BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R.
BENECFIARY CUSTOMER ACCOUNT # [_____]7406
FURTHER CREDIT: AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN
FUERTHER CREDIT ACCOUNT # [_____]3466

|  | $  562,617.52 | Total o Subtotal | $   562,617.52 |
|---|---|---|---|

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. **Redacted**

Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador

| Fecha | 721-8787x2707 |
|---|---|
| | Teléfono |

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

| Fecha | | Teléfono |
|---|---|---|

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo **Redacted**

César M. Gandiaga Texidor, CPA
9/24/15   Nombre y Firma Jefe, Agencia o su Repte. Aut.

| Fecha | | Teléfono |
|---|---|---|

Para uso del Departamento de Hacienda

Aprobado por:

Nombre y Firma

Título

| Fecha | | Teléfono |
|---|---|---|

**Conservación:** Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

27 de octubre de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
  FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **27 de octubre de 2015** transfieran **$5,340,088.54,** correspondiente a la agencia 066 los voucher #16000009 del ARBITRIO GASOLINA 3ro SEPTIEMBRE, y al voucher #16022004 de MULTAS PEAJES ELECTRONICOS SEPTIEMBRE, de la cuenta corriente del Secretario de Hacienda número [Redacted]000-6 a la cuenta bancaria número [Redacted]346-6 de la Autoridad de Carreteras y Transportación.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

HTA_STAY0000509

Modelo SC 735
19 febrero 13
PRIFAS

| Original – ACC |
| Copia – Agencia |

Pag. ___1___ de ___3___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**AUTORIDAD DE CARRETERAS Y TRANSPORTACION**
Agencia

☑ COMPROBANTE DE PAGO    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

CIFRA DE DEPENDENCIA DE INVENTARIO

| IDENT. DEL DOCUMENTO | | | | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | | | | 1ra Oct. 2015 | 10/13/15 | $           6,000,000.00 |
| EV | 066 | 16000010 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | | | |

Comentarios:                                  Dirección:  Centro Gubernamental Minillas
                                              Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $  6,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de octubre de 2015 (Gasolina, Disel y Marbetes)<br><br>JP MORGAN CHASE<br>ABA # 021000021<br>SWIFT CODE: CHASUS33<br>BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R.<br>BENECIFIARY CUSTOMER ACCOUNT #[Redacted]7406<br>FURTHER CREDIT: AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN<br>FUERTHER CREDIT ACCOUNT [Redacted]3466 | $  6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | $  6,000,000.00 | Total o Subtotal | $  6,000,000.00 | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.

**Redacted**

José R. Pérez Dorejtas, Tesorero Interino
Nombre y Firma Delegado Comprador

13/Oct/2015
Fecha

721-8787x2707
Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha                          Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por la cual autorizo

**Redacted**

César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.

10/14/15
Fecha                          Teléfono

Para uso del Departamento de Hacienda

Aprobado por:

Nombre y Firma

Título

Fecha                          Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000510

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. ___2___ de ___3___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
| EV | 066 | 16000011 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 2da Oct. 2015 | 10/13/15 | $ 6,000,000.00 |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 6,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de octubre de 2015 (Gasolina, Disel y Marbetes)<br><br>JP MORGAN CHASE<br>ABA # 021000021<br>SWIFT CODE: CHASUS33<br>BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R.<br>BENEFICIARY CUSTOMER ACCOUNT #____7406<br>FURTHER CREDIT: AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN<br>FUERTHER CREDIT ACCOUNT #____3466 | $ 6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | $ 6,000,000.00 | Total o Subtotal | $ 6,000,000.00 | | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.

**Redacted**
José R. Pérez Torrellas, Tesorero Interino
Nombre y Firma Delegado Comprador
13/OCT/2015    721-8787x2707
Fecha    Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha    Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
10/14/15
Fecha    Teléfono

Para uso del Departamento de Hacienda
Aprobado por:

Nombre y Firma

Título

Fecha    Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000511

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

28 de octubre de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **28 de octubre de 2015** transfieran **$12,000,000.00,** correspondiente a la agencia 066 los voucher #16000010 y #16000011 del ARBITRIO GASOLINA OCTUBRE, de la cuenta corriente del Secretario de Hacienda número [Redacted]000-6 a la cuenta bancaria número [Redacted]346-6 de la Autoridad de Carreteras y Transportación.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Aná García Noya
Secretaria Auxiliar
Área de Tesoro

Model SC 735
February 19, 2013
PRIFAS

Original - ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**
<u>HIGHWAYS AND TRANSPORTATION AUTHORITY</u>
Agency

X  RECEIPT OF PAYMENT        ☐ RECEIPT OF PAYMENT ON OBLIGATION        ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | |
| EV | 066 | 16000001 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | D | | 16000001 | 7/15/15 | $6,000,000.00 | |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| | | REFERENCE OBLIGATION | Line | | | Distribution Line (Account Number) | | | | | | | Property | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and used by this Agency for its corporate purposes. For the month of July 2015 (Gasoline, Diesel and Licences)<br><br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENEFICIARY CUSTOMER ACCOUNT# [redacted]9874<br>BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH.<br><br><br>[handwritten] [unintelligible] July/15 | $ 6,000,000.00<br>[handwritten]<br>$  2,697,364.96 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | [ILLEGIBLE STAMP] |
| | | | $ 6,000,000.00 | Total or Subtotal | $ 6,000,000.00 | | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.
[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature of Delegated Buyer
                              721-8787x2707
Date                          Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature of Official Certifier

Date                          Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
[signature]
César M. Gandiaga Texidor, CPA
Name and Signature of Director, Agency or Authorized Rep.
7/14/15
Date                          Telephone

**For the use of the Treasury Department**

Approved by:           [signature]
                    Name and Signature

                       Title

5/15/15
**Date**                  **Telephone**

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**                              **HTA_STAY0000493**

ENGLISH TRANSLATION                                          Page 001

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

August 24, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted] 0006 in the amount of **$2,697,364.96** on **August 24, 2015**, corresponding to voucher No. 16000001 of agency 066 for gasoline excise tax, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted] 9874**
**REF.: GASOLINE EXCISE TAXES (3rd) JULY**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                    **HTA_STAY0000494**

ENGLISH TRANSLATION                                                  Page 002

Model SC 735
February 19, 2013
PRIFAS

| Original - ACC |
| Copy - Agency |

Page  2   of   3

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

X  RECEIPT OF PAYMENT          ☐ RECEIPT OF PAYMENT ON OBLIGATION          ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | |
| EV | 066 | 16000002 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | D | | Redacted | 7/15/15 | $6,000,000.00 | |

| Comments: | Address: Minillas Government Center |
| | PO Box 42007, San Juan, PR 00940-2007 |

| REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for its corporate purposes. For the month of July 2015 (Gasoline, Diesel and Licences)<br><br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>ABA# 22157 1415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENEFICIARY CUSTOMER ACCOUNT# Redacted 9874<br>BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH. | $   6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | [ILLEGIBLE STAMP] |
| | | | $ 6,000,000.00 | **Total or Subtotal** | $ 6,000,000.00 | | | | | | | | | |

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations. | I certify that the articles and/or services were received according to the specifications. | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize | For the use of the Treasury Department |
|---|---|---|---|
| [signature] | | | Approved by:          [signature] |
| Luis K. Santiago Reyes, Deputy Treasurer | | [signature] | Name and Signature |
| Name and Signature of Delegated Buyer | Name and Signature of Official Certifier | César M. Gandiaga Texidor, CPA<br>Name and Signature of Director, Agency or Authorized Rep. | Title |
| | | 7/14/15 | |
| Date          721-8787x2707<br>          Telephone | Date          Telephone | Date          Telephone | Date          Telephone |

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**                                                                        **HTA_STAY0000495**

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

July 24, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]0006 in the amount of **$6,000,000.00** on **July 24, 2015**, corresponding to voucher No. 1600002 of agency 066 for gasoline excise tax, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted]9874**
**REF.: GASOLINE EXCISE TAXES (1st) JULY**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                        **HTA_STAY0000496**

Model SC 735
February 19, 2013
PRIFAS
Original - ACC
Copy - Agency

Page  3   of   3

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

X  RECEIPT OF PAYMENT        ☐  RECEIPT OF PAYMENT ON OBLIGATION        ☐  RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE | | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 16000003 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | D | | 16000003 | 7/15/15 | $6,000,000.00 |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | | Line | | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and used by this Agency for its corporate purposes. For the month of July 2015 (Gasoline, Diesel and Licences) | $ 6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | [ILLEGIBLE STAMP] |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT#: xxxxx39874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH. | | | | | | | | | | | |

| | | | |
|---|---|---|---|
| | $ 6,000,000.00 | Total or Subtotal | $ 6,000,000.00 |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature of Delegated Buyer

I certify that the articles and/or services were received according to the specifications.

Name and Signature of Official Certifier

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature of Director, Agency or Authorized Rep.
7/14/15

For the use of the Treasury Department

Approved by:        [signature]
Name and Signature

Title

| Date | 721-8787x2707 Telephone | Date | Telephone | Date | Telephone | Date | Telephone |
|---|---|---|---|---|---|---|---|

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000497**

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

July 28, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]0006 in the amount of **$6,000,000.00** on **July 28, 2015**, corresponding to voucher No. 16000003 of agency 066 for gasoline excise tax, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number:** [Redacted] **9874**
**REF.: GASOLINE EXCISE TAXES (2nd) JULY**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                    **HTA_STAY0000498**

Model SC 735
February 19, 2013
PRIFAS

| Original - ACC |
| Copy - Agency |

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

X  RECEIPT OF PAYMENT      ☐ RECEIPT OF PAYMENT ON OBLIGATION      ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | | NUMBER OF INVENTORY DEPENDENCE |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 16000004 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | D | | 1° August 2015 | 8/12/15 | $6,000,000.00 |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| | REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | | Property | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit | |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and used by this Agency for its corporate purposes. For the month of August 2015 (Gasoline, Diesel and Licences)<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT# 049039874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH. | $  6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | | | |
| | | | $ 6,000,000.00 | Total or Subtotal | $ 6,000,000.00 | | | | | | | | | | | |

[stamp] ACCOUNTING BUREAU AUG 14, 2015 9:21 AM

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature of Delegated Buyer

721-8787x2707

Date                    Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Director, Agency or Authorized Rep.
8/13/15

Date                    Telephone

**For the use of the Treasury Department**

Approved by:      [signature]

Name and Signature

Title

5/15/15

**Date**                    **Telephone**

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000499**

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

August 18, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]0006 in the amount of **$6,000,000.00** on **August 18, 2015**, corresponding to voucher No. 16000004 of agency 066 for gasoline excise taxes, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number:** [Redacted]**9874**
**REF.: GASOLINE EXCISE TAXES (1st) AUGUST**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                    **HTA_STAY0000500**

Page 2 of 3

Model SC 735
February 19, 2013
PRIFAS

| Original - ACC |
| Copy - Agency |

**COMMONWEALTH OF PUERTO RICO**

<u>HIGHWAYS AND TRANSPORTATION AUTHORITY</u>

Agency

X  RECEIPT OF PAYMENT        ☐ RECEIPT OF PAYMENT ON OBLIGATION        ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

NUMBER OF INVENTORY DEPENDENCE

| DOCUMENT ID | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 16000005 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | D | | 2° August 2015 | 8/12/15 | $6,000.000.00 |

Comments:

Address: Minillas Government Center PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | | Line | | | Distribution Line (Account Number) | | | | | | | Property | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and used by this Agency for its corporate purposes. For the month of August 2015 (Gasoline, Diesel and Licences)<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT: [Redacted]9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH. | $  6,000,000.00 | E6120 | 278 | 0860000 | | 781 | 2014 | | | | [stamp] ACCOUNTING BUREAU AUG 14, 2015 9:21 AM |
| | | | $ 6,000,000.00 | **Total or Subtotal** | $ 6,000,000.00 | | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.
[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature of Delegated Buyer

721-8787x2707

Date          Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature of Official Certifier

Date          Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
[signature]
César M. Gandiaga Texidor, CPA
Name and Signature of Director, Agency or Authorized Rep.
8/13/15

Date          Telephone

For the use of the Treasury Department

Approved by:          [signature]

Name and Signature

Title

8/15/15

**Date**          **Telephone**

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**                                                        **HTA_STAY0000501**

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

August 19, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]0006 in the amount of **$6,000,000.00** on **August 19, 2015**, corresponding to voucher No. 16000005 of agency 066 for gasoline excise taxes, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted]9874**
**REF.: GASOLINE EXCISE TAXES (2nd) AUGUST**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Diana Vazquez Morales
Interim Deputy Director
Treasury Area

**CONFIDENTIAL**                                              **HTA_STAY0000502**

Model SC 735
February 19, 2013
PRIFAS

| Original - ACC |
|---|
| Copy - Agency |

Page 1 of 3

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

X  RECEIPT OF PAYMENT   ☐ RECEIPT OF PAYMENT ON OBLIGATION   ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | | | |
| EV | 066 | 16000007 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | D | | 1° Sept 2015 | 9/14/15 | $6,000,000.00 | | | |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and used by this Agency for its corporate purposes. For the month of September 2015 (Gasoline, Diesel and Licences)<br><br>JP MORGAN CHASE<br>ABA# 021000021<br>SWIFT CODE: CHASUS33<br>BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R.<br>BENEFICIARY CUSTOMER ACCOUNT #[illegible]7406<br>FURTHER CREDIT: HIGHWAYS AND TRANSPORTATION AUTHORITY<br>FURTHER CREDIT ACCOUNT #[illegible]3466 | $   6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | [ILLEGIBLE STAMP] |
| | | | $ 6,000,000.00 | **Total or Subtotal** | $ 6,000,000.00 | | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature of Delegated Buyer

Date        721-8787x2707        Telephone

I certify that the articles and/or services are received according to the specifications.

_____
Name and Signature of Official Certifier

Date        Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature of Director, Agency or Authorized Rep.
9/14/15

Date        Telephone

| For the use of the Treasury Department |
|---|
| Approved by: |
| Name and Signature |
| Title |

Date        Telephone

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**                                    **HTA_STAY0000503**

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

September 18, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$6,000,000.00** on **September 18, 2015**, corresponding to voucher No. 16000007 of agency 066 for GASOLINE EXCISE TAXES, and to transfer said amount to the bank account of the Highways and Transportation Authority No. [Redacted]346-6.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                                    **HTA_STAY0000504**

Model SC 735
February 19, 2013
PRIFAS

Original - ACC
Copy - Agency

Page 2 of 3

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

X  RECEIPT OF PAYMENT    ☐ RECEIPT OF PAYMENT ON OBLIGATION    ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE |
|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date |
| EV | 066 | 16000008 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | D | | 2ª Sept 2015 | 9/14/15 |

Total Amount of the Document $6,000,000,00

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| | | REFERENCE OBLIGATION | Line | | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for its corporate purposes. For the month of September 2015 (Gasoline, Diesel and Licences)

JP MORGAN CHASE
ABA# 021000021
SWIFT CODE: CHASUS33
BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R.
BENEFICIARY CUSTOMER ACCOUNT [Redacted]7406
FURTHER CREDIT: HIGHWAYS AND TRANSPORTATION AUTHORITY
FURTHER CREDIT ACCOUNT # [Redacted]3466 | $ 6,000,000.00 | E6120 | 278 | 0660000 | 781 | 2014 | | | | [ILLEGIBLE STAMP] |
| | | | $ 6,000,000.00 | **Total or Subtotal** | $ 6,000,000.00 | | | | | | | For the use of the Treasury Department | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.
[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature of Delegated Buyer

I certify that the articles and/or services were received according to the specifications.

_____
Name and Signature of Official Certifier

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
[signature]
César M. Gandiaga Texidor, CPA
Name and Signature of Director, Agency or Authorized Rep.
9/14/15

Approved by:

_____
Name and Signature

_____
Title

721-8787x2707

Date        Telephone       Date        Telephone       Date        Telephone       Date        Telephone

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**                    **HTA_STAY0000505**

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

September 28, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in
the amount of **$6,000,000.00** on **September 28, 2015**, corresponding to voucher No.
16000008 of agency 066 for SEPTEMBER GASOLINE EXCISE TAX, and to transfer said
amount to the bank account of the Highways and Transportation Authority No.
[Redacted]346-6.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                    **HTA_STAY0000506**

Model SC 735
February 19, 2013
PRIFAS

Original - ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

<u>HIGHWAYS AND TRANSPORTATION AUTHORITY</u>

Agency

x  RECEIPT OF PAYMENT          ☐ RECEIPT OF PAYMENT ON OBLIGATION          ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | | Total Amount of the Document |
| EV | 066 | 16000009 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | D | | 3° Sept 2015 | 9/14/15 | | $6,000,000.00 |

Comments:

Address: Minillas Government Center PO Box 42007, San Juan, PR 00940-2007

| | REFERENCE OBLIGATION | | | Line | | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and used by this Agency for its corporate purposes. For the month of September 2015 (Gasoline, Diesel and Licences) <br><br> JP MORGAN CHASE <br> ABA# 021000021 <br> SWIFT CODE: CHASUS33 <br> BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R. <br> BENEFICIARY CUSTOMER ACCOUNT #[illegible]7406 <br> FURTHER CREDIT: HIGHWAYS AND TRANSPORTATION AUTHORITY <br> FURTHER CREDIT ACCOUNT #[illegible]8466 | $ 6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | [ILLEGIBLE STAMP] |
| | | | $ 6,000,000.00 | **Total or Subtotal** | $ 6,000,000.00 | | | | | | | | | | |

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations. | I certify that the articles and/or services were received according to the specifications. | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize | For the use of the Treasury Department |
|---|---|---|---|
| [signature] <br> <u>Luis K. Santiago Reyes, Deputy Treasurer</u> <br> Name and Signature of Delegated Buyer | | [signature] <br> <u>César M. Gandiaga Texidor, CPA</u> <br> Name and Signature of Director, Agency or Authorized Rep. | Approved by: <br> **Name and Signature** <br><br> **Title** |
| | | 9/14/15 | |
| Date          721-8787x2707 <br> Telephone | Date          Telephone | Date          Telephone | **Date          Telephone** |

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**                                                                 **HTA_STAY0000507**

ENGLISH TRANSLATION                                                                 Page 015

Page   1    of 1

Model SC 735
February 19, 2013
PRIFAS

Original - ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

X  RECEIPT OF PAYMENT       ☐ RECEIPT OF PAYMENT ON OBLIGATION       ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | |
| EV | 066 | 18022004 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | D | | 1º Sept 2015 | 9/24/15 | $562,617.52 | |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | | Property | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 562,617.52 | Electronic Toll Fines<br>For the month of September 2015<br><br><br>JP MORGAN CHASE<br>ABA# 021000021<br>SWIFT CODE: CHASUS33<br>BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R.<br>BENEFICIARY CUSTOMER ACCOUNT #███37406<br>FURTHER CREDIT: HIGHWAYS AND TRANSPORTATION AUTHORITY<br>FURTHER CREDIT ACCOUNT # █████3466 | $   562,617.52 | E6120 | 278 | 0660000 | | 081 | 2014 | | | | [ILLEGIBLE STAMP] |
| | | | $ 562,617.52 | **Total or Subtotal** | $ 562,617.52 | | | | | | | For the use of the Treasury Department | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature of Delegated Buyer

I certify that the articles and/or services were received according to the specifications.

Name and Signature of Official Certifier

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature of Director, Agency or Authorized Rep.
9/24/15

Approved by:

Name and Signature

Title

| Date | 721-8787x2707 Telephone | Date | Telephone | Date | Telephone | Date | Telephone |
|---|---|---|---|---|---|---|---|

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

# CONFIDENTIAL

# HTA_STAY0000508

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

October 27, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$5,340,088.54** on **October 27, 2015**, corresponding to agency 066 for vouchers No. 16000009 for SEPTEMBER 3rd GASOLINE EXCISE TAX and voucher No. 16022004 for SEPTEMBER ELECTRONIC TOLL FINES, and to transfer said amount to the bank account of the Highways and Transportation Authority No. [Redacted]346-6.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                        **HTA_STAY0000509**

Model SC 735
February 19, 2013
PRIFAS

Original - ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

X  RECEIPT OF PAYMENT       ☐ RECEIPT OF PAYMENT ON OBLIGATION       ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | NUMBER OF INVENTORY DEPENDENCE | | |
|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date |
| EV | 066 | 16000010 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | D | | 1° Oct 2015 | 10/13/15 |

Total Amount of the Document $6,000,000.00

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | | Line | | | Distribution Line (Account Number) | | | | | | | | Property | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for its corporate purposes. For the month of October 2015 (Gasoline, Diesel and Licences)  JP MORGAN CHASE ABA# 021000021 SWIFT CODE: CHASUS33 BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R. BENEFICIARY CUSTOMER ACCOUNT #▓▓▓▓▓7406 FURTHER CREDIT: HIGHWAYS AND TRANSPORTATION AUTHORITY FURTHER CREDIT ACCOUNT #▓▓▓3466 | $    6,000,000.00 | E6120 | 278 | **0660000** | | 781 | 2014 | | | | [ILLEGIBLE STAMP] |
| | | | $ 6,000,000.00 | **Total or Subtotal** | $ 6,000,000.00 | | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer

13/OCT/2015            721-8787x2707
Date                          Telephone

I certify that the articles and/or services were received according to the specifications.

_____
Name and Signature Official Certifier

_____      _____
Date                          Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

César M. Gandiaga Texidor, CPA
Name and Signature Director, Agency or Authorized Rep.

10/14/15
Date            Telephone

**For the use of the Treasury Department**

Approved by:

_____
Name and Signature

**Title**

_____
Date            Telephone

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000510**

Model SC 735
February 19, 2013
PRIFAS

| Original - ACC |
|---|
| Copy - Agency |

Page 2 of 3

## COMMONWEALTH OF PUERTO RICO

### HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

X RECEIPT OF PAYMENT ☐ RECEIPT OF PAYMENT ON OBLIGATION ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE |
|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date |
| EV | 066 | 16000011 | HIGHWAYS AND TRANSP. AUT | 660433808 | D | | 2° Oct 2015 | 10/13/15 |

Total Amount of the Document $6,000,000.00

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

Budget Year

| | | REFERENCE OBLIGATION | Line | | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Federal Contribution | P/F | Code | Unit | |
| 01 | 066 | | $6,000,000.00 | To be withdrawn from the abovementioned account and used by this Agency for their corporate purposes. For the month of October 2015 (Gasoline, Diesel and Licences)<br><br>JP MORGAN CHASE<br>ABA# 021000021<br>SWIFT CODE: CHASUS33<br>BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R.<br>BENEFICIARY CUSTOMER ACCOUNT # [Redacted]7406<br>FURTHER CREDIT: HIGHWAYS AND TRANSPORTATION AUTHORITY<br>FURTHER CREDIT ACCOUNT # [Redacted]3466 | $ 6,000,000.00 | E6120 | 278 | 0660000 | 781 | 2014 | | | | | [ILLEGIBLE STAMP] |

$ 6,000,000.00

For the use of the Treasury Department

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer

OCT/13/2015                721-8787x2707
Date                          Telephone

I certify that the articles and/or services were received according to the specifications.

_____
Name and Signature Official Certifier

_____        _____
Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Director, Agency or Authorized Rep.

10/14/15
Date                          Telephone

Approved by:

_____
Name and Signature

_____
Title

_____
Date                    Telephone

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

## CONFIDENTIAL

## HTA STAY0000511

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

October 28, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
P.O. BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted] 000-6 in the amount of **$12,000,000.00** on **October 28, 2015**, corresponding to agency 066 for vouchers No. 16000010 and No. 16000011 for OCTOBER GASOLINE EXCISE TAX, and to transfer said amount to the bank account of the Highways and Transportation Authority No. [Redacted] 346-6.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                          **HTA_STAY0000512**



## CERTIFICATE OF ACCURACY

I, **María R. Arias**, with U.S. Legal Support, Inc., declare that I have provided Translation Services executed on this 3rd of April 2020.

Furthermore, I declare that I am a certified translator for **English and Spanish** languages and that I am competent to translate between those two languages.

I hereby certify that I have translated the attached document into English to the best of my knowledge and ability and believe this translation to be a true, accurate, and complete rendition of the original Spanish file(s) provided to me.

*Name: "HTA_STAY0000493" (pdf file)*                    *No. of Pages: 20*

Sincerely,

*María R. Arias*                                        04/03/2020
----------------------------------------        ----------------------------------
Maria R. Arias                                              Date
ATA-Certified Translator
English ≈ Spanish



U.S. Legal Support, Inc. – Translations Services Department – 855-538-3099
translations@uslegalsupport.com