# EXHIBIT AK

# (Ex. 32 to the Natbony Declaration, originally filed as ECF 13039-68, and ECF 789-68 in Case No. 17-BK-3567)

**<u>NATBONY REPLY DECLARATION</u>**
**<u>EXHIBIT 32</u>**

Modelo SC 733
19 febrero 13

PRIFAS

| Original – ACC |
| Copia – Agencia |

*Emitido y provisto*

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

**IDENT. DEL DOCUMENTO**

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|----|------|---------------------|---------------------|---------------------|----|--------------------|--------------------|------------------|------------------|
| | | | | | | | | Fecha | Importe Total del Documento |
| EV | 066 | 15066037 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15066037 | 6/16/15 | $            185,806.70 |

Comentarios:

Dirección:   Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $     185,806.70 | Multas de Peajes Electrónicos Para el mes de mayo 2015 | $     185,806.70 | E6120 | 278 | 0660000 | | 081 | 2014 | | | | |
| | | | | AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT # Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | | | | | | | | | | | |

Pymnt ID JUL23130   Pymnt Date 2015-07-23

| $     185,806.70 | | Total o Subtotal | $     185,806.70 | | |

| Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.   **Redacted** | Certifico que los artículos y/o servicios fueron recibidos según las especificaciones. | Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo   **Redacted** | Para uso del Departamento de Hacienda   Aprobado por:   **Redacted** |
|---|---|---|---|
| Luis K. Santiago Reyes, Sub-Tesorero Nombre y Firma Delegado Comprador | Nombre y Firma Oficial Certificador | César M. Gandiaga Texidor, CPA Nombre y Firma Jefe, Agencia o su Repte. Aut. | Nombre y Firma |
| | | | Título |
| Fecha | 721-8787x2707 Teléfono | Fecha          Teléfono | 6/16/1   Fecha          Teléfono | 6/16/15   Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

Por Redacted

CONFIDENTIAL

Modelo SC-735
19 febrero 13

PRIFAS
Original -- ACC
Copia -- Agencia

Pag. _____2___ de ___3___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

6/22/2015
15000047

- [✓] COMPROBANTE DE PAGO
- [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION
- [✓] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
| EV | 066 | 15000042 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15000047 | 6/10/15 | $ 3,890,180.06 |

Comentarios:

Dirección:   P.O. Box 42007, San Juan , P.R. 00940-2007

| | OBLIGACION DE REFERENCIA | | Línea | | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad | |
| 01 | 066 | | 3,890,180.06 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de mayo 2015 (Gasolina, Disel y Marbetes) AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $3,890,180 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | | |

Pymnt ID JL 230130   Pymnt Date 2015-07-23

| $ 3,890,180.06 | | Total o Subtotal | $ 3,890,180.06 | |

| Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. **Redacted** | Certifico que los artículos y/o servicios fueron recibidos según las especificaciones. | Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo **Redacted** | Para uso del Departamento de Hacienda Aprobado por **Redacted** |
|---|---|---|---|
| Luis K. Santiago Reyes, Sub-Tesorero | | César M. Gandiaga/Texidor, CPA | Nombre y Firma |
| Nombre y Firma Delegado Comprador | | Nombre y Firma Jefe, Agencia o su Repte. Aut. | Título |
| 721-8787x2707 | | 6/11/15 | |
| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000514

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

23 de julio de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **23 de julio de 2015** transfieran **$4,075,986.76**, correspondiente al voucher #15000047 de la agencia 066 del arbitrio de gasolina y #15066037 de la agencia 066, de la cuenta corriente del Secretario de Hacienda Redacted 0006 a la siguiente cuenta:

**Banco: ORIENTAL BANK
ABA: 221571415
SWIFT: OBPRPRSJ
Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)
Número de Cuenta: Redacted 9874
REF.: ARBITRIOS GASOLINA (4to) JUNIO**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

HTA_STAY0000515

Model SC-735
February 19, 2013

**PRIFAS**
Original - ACC
Copy - Agency

[illeg.]
Approved

COMMONWEALTH OF PUERTO RICO
HIGHWAYS AND TRANSPORTATION AUTHORITY
Agency

[x] RECEIPT OF PAYMENT      ☐ RECEIPT OF PAYMENT ON OBLIGATION      ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen. | Document Number | Supplier Name | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | |
| EV | 066 | 15066037 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | D | | 15066037 | 6/16/15 | $ | 185,806.70 |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Figure) | | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen. | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Year | Federal Contribution | P/F | Clave | Unit |
| 01 | 066 | | $ 185,806.70 | Electronic Toll Fines For the month of May 2015

HIGHWAYS AND TRANSPORTATION AUTHORITY
ABA# 221571415
SWIFT: OBPRPRSJ
BENEFICIARY BANK: ORIENTAL BANK (BBVA)
BENEFICIARY CUSTOMER ACCOUNT [Redacted] 9874
BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH.

[handwritten] PAYMENT ID JUL 23130   PAYMENT DATE 2015-07-23 | $ 185,806.70 | E6120 | 278 | 0660000 | | 081 | 2014 | | | | |

(left margin, vertical) TREASURY DEPARTMENT  [illegible] [illegible]  2015 JUN 16 AM 11:02

| | | $ 185,806.70 | Total or Subtotal | $ 185,806.70 | | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed, and that the purchase was made in accordance with the existing regulations.
[signature]
Luis K. Santiago Reyes, Assistant Treasurer
Name and Signature Delegated Buyer
721-8787x2707

Date

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date          Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize          [signature]
César M. Gandiaga Texidor, CPA
Name and Signature of Director, Agency or Authorized Rep.
6/16/2015

Date

By: Angela Soto
[signature]
6/12/15

Telephone

For the use of the Treasury Department

Approved by:
[signature]

Name and Signature
Approved

Title
6/12/15   Telephone
AST

Preservation: Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000513**

ENGLISH TRANSLATION

Page 001

Model SC-735
February, 19, 2013
**PRIFAS**

| Original - ACC |
| Copy - Agency |

6/22/2015
[illeg.]   15000047

Page 2 of 3

**COMMONWEALTH OF PUERTO RICO**
HIGHWAYS AND TRANSPORTATION AUTHORITY
Agency

[X] RECEIPT OF PAYMENT          ☐ RECEIPT OF PAYMENT ON OBLIGATION          [X] RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Supplier Name | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | | |
| EV | 066 | 15000042 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | D | | 15000047 | 6/10/15 | $ | | 3,890,180.06 |

Comments:                                                                 Address: PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Figure) | | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr | Year | Federal Contribution | P/F | Key | Unit |
| 01 | 066 | | 3,890,180.06 | To be withdrawn from the abovementioned account and used by this Agency for its corporate purposes. For May 2015 (Gasoline, Diesel and Licenses)<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br><br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENEFICIARY CUSTOMER ACCOUNT# Redacted 9874<br>BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH.<br><br>[handwritten] PAYMENT ID JUL 230130    PAYMENT DATE 2015-07-23 | $ 3,890,180 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | $ 3,890,018 .06 | Total or Subtotal | $ 3,890,180.06 | | | | | | | | | | |

For the use of the Treasury Department

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Assistant Treasurer
Name and Signature of Delegated Buyer   721-8787x2707

Date                                        Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature of Official Certifier

Date                                        Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Director, Agency or Authorized Rep.
6/11/2015

Date                                        Telephone

Approved by:
[signature]

Name and Signature

Title

Date                                        Telephone

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**

ENGLISH TRANSLATION

[Logo]

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

July 23, 2015

By Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio:

We authorize to debit the current account No. [Redacted] 0006 of the Secretary of Treasury in the amount of **$4,075,986.76** on **July 23, 2015**, corresponding to voucher No. 15000047 of agency 066 for gasoline excise tax and No. 15066037 of agency 066, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted] 9874**
**REF.: GASOLINE EXCISE TAXES (4th) JUNE**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                           **HTA_STAY0000515**

ENGLISH TRANSLATION                                           Page 003



**U.S. Legal Support**

## CERTIFICATE OF ACCURACY

I, **María R. Arias**, with U.S. Legal Support, Inc., declare that I have provided Translation Services executed on this 3rd of April 2020.

Furthermore, I declare that I am a certified translator for *English and Spanish* languages and that I am competent to translate between those two languages.

I hereby certify that I have translated the attached document into English to the best of my knowledge and ability and believe this translation to be a true, accurate, and complete rendition of the original Spanish file(s) provided to me.

*Name: "HTA_STAY0000513" (pdf file)*                    *No. of Pages: 03*

Sincerely,

*María R. Arias*                                          04/03/2020

---------------------------------------                  ---------------------------------------
Maria R. Arias                                           Date
ATA-Certified Translator
English ≈ Spanish



Verify at www.atanet.org/verify

U.S. Legal Support, Inc. – Translations Services Department – 855-538-3099
translations@uslegalsupport.com