# EXHIBIT AL

# (Ex. 33 to the Natbony Declaration, originally filed as ECF 13039-69 through ECF 13039-72, and ECF 789-69 through 789-72 in Case No. 17-BK-3567) - Part 1

**NATBONY REPLY DECLARATION**
**EXHIBIT 33**

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

ESTADO LIBRE ASOCIADO DE PUERTO RICO
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

Pag. 2 de 3

☑ COMPROBANTE DE PAGO   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION   ☑ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

**IDENT. DEL DOCUMENTO**

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|----|------|---------------------|---------------------|---------------------|----|--------------------|--------------------|-------|------------------------------|
| EV | 066 | 15000038 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15000038 | 5/18/15 | $ 6,000,000.00 |

Comentarios:                                Dirección: P.O. Box 42007, San Juan, P.R. 00940-2007

**OBLIGACION DE REFERENCIA**                                **Linea**                                **Linea de Distribución (Cifra de Cuenta)**                                **CIFRA DE DEPENDENCIA DE INVENTARIO**                                **Propiedad**

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig. | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
|----|------|------------------------------------------------------|---------|-------------|---------|--------|-------|--------------|-------|-------|-----------|--------------------|----|-------|--------|
| 01 | 066 | 15000038 | $6,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de mayo 2015 (Gasolina, Disel y Marbetes) AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT#Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |

Paymt ID 2M42/0204   Paymnt Date 2015-05-21

$ 6,000,000.00   Total o Subtotal   $ 6,000,000.00

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.

Redacted
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Fecha   Teléfono   Fecha   Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

Redacted
César M. Candiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
5/18/15
Fecha   Teléfono

Para uso del Departamento de Hacienda
Aprobado por: Redacted
Redacted
Nombre y Firma
5/19/15   Título
Fecha   Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

21 de mayo de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
  FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **21 de mayo de 2015** transfieran **$6,000,000.00**, correspondiente al voucher #15000038 de la agencia 066 del arbitrio de **gasolina**, de la cuenta corriente del Secretario de Hacienda [Redacted]000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA** [Redacted] **1415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta** [Redacted] **9874**
**REF.: ARBITRIOS GASOLINA MAYO**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

Redacted

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. _____ 1 de _____ 2

☑ COMPROBANTE DE PAGO  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**AUTORIDAD DE CARRETERAS Y TRANSPORTACION**
Agencia

MY190187

## IDENT. DEL DOCUMENTO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura |
|---|---|---|---|---|---|---|---|
| EV | 066 | 15000040 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15000040 |

Comentarios:                                                   Dirección:

## OBLIGACION DE REFERENCIA

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Línea Descripción | Línea de Distribución (Cifra de Cuenta) |||||| CIFRA DE DEPENDENCIA DE INVENTARIO |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Fecha | Importe Total del Documento | Propiedad |
| | | | | | | | | | | | | | | Clave | Unidad |
| 01 | 066 | | $5,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de MAYO 2015 (Petroleo) AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT #Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $5,000,000 | E6120 | 278 | 0660000 | | 784 | 2015 | 5/18/15 | $ 5,000,000.00 | | |

Pymt ID MY190187   Pymt Date 2015-05-19

Total o Subtotal: $ 5,000,000.00   $ 5,000,000.00

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo Redacted

Luis K. Santiago Reyes, Sub-Tesorero [Redacted]
Nombre y Firma Delegado Comprador

César M. Gandiaga Texidor, CPA [Redacted]
Nombre y Firma Jefe, Agencia o su Repte. Aut.

Para uso del Departamento de Hacienda
Aprobado por: Redacted
Redacted Nombre y Firma

5/18/15   729-1518
Fecha   Teléfono

Nombre y Firma Oficial Certificador
5/18/15   Fecha   Teléfono

5/18/15   Fecha   Título
Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL                                                                                HTA_STAY0000518



Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE HACIENDA**
Área del Tesoro

19 de mayo de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **19 de mayo de 2015** transfieran **$5,000,000.00**, correspondiente al voucher #15000040 de la agencia 066 del pago de arbitrios del petróleo 1ra porción MAYO/2015, de la cuenta corriente del Secretario de Hacienda Redacted 000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA:** Redacted **1415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta:** Redacted **9874**
**REF.: ARBITRIOS PETROLEO 1ra porción MAYO/2015**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

Redacted

Ana García Noya
Secretaria Auxiliar
Área de Tesoro