# EXHIBIT AL

# (Ex. 33 to the Natbony Declaration, originally filed as ECF 13039-69 through ECF 13039-72, and ECF 789-69 through 789-72 in Case No. 17-BK-3567) - Part 2

19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☐ COMPROBANTE DE PAGO    ☑ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

**IDENT. DEL DOCUMENTO**

| CT | Agen | Número del Documento | | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura |
|----|------|---------------------|---|--------------------|--------------------|----|--------------------|--------------------|
| EV | 066 | 15000041 | | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15000041 |

Comentarios:

Dirección:

**CIFRA DE DEPENDENCIA DE INVENTARIO**

| | Fecha | Importe Total del Documento | | Propiedad | |
|---|-------|----------------------------|---|-----------|---|
| | 5/18/15 | $ 5,000,000.00 | | Clave | Unidad |

2015 MAY 18 PM 2:15

**OBLIGACION DE REFERENCIA**

| LN | Agen | Número Orden de Compra o Número Obligación Contrato |
|----|------|---------------------------------------------------|
| 01 | 066 | |

**Línea**

| Importe | Descripción |
|---------|-------------|
| $5,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de MAYO 2015 (Petroleo)  AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT #[Redacted]9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS |

Pymt ID MY220067   Pymt Dat 2015-05-22

**Línea de Distribución (Cifra de Cuenta)**

| Importe | Cuenta | Fondo | Organización | Prog | Asig | Año Pres. | Aportación Federal | P/F |
|---------|--------|-------|--------------|------|------|-----------|--------------------|-----|
| $5,000,000 | E6120 | 278 | 0690000 | | 784 | 2015 | | |

$ 5,000,000.00 | Total o Subtotal | $ 5,000,000.00

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados, y que la compra efectuada se realiza conforme a la reglamentación vigente.

[Redacted]
Héctor E. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador

_____     729-1518
Fecha                Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

_____
Nombre y Firma Oficial Certificador

_____     _____
Fecha                Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo su pago.

[Redacted]
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.

1/8/15     _____
Fecha        Teléfono

Para uso del Departamento de Hacienda

Aprobado por: **Redacted**
Nombre y Firma

[Redacted]
_____
Fecha    Título

_____
Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0005820



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

22 de mayo de 2015

Vía Fax 721-3642

SRA MARÍA OCASIÓ
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **22 de mayo de 2015** transfieran **$5,000,000.00**, correspondiente al voucher #15000041 de la agencia 066 del pago de arbitrios del petróleo 2da porción MAYO/2015, de la cuenta corriente del Secretario de Hacienda Redacted 000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta:** Redacted **9874**
**REF.: ARBITRIOS PETROLEO 2da porción MAYO/2015**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana García Nova
Secretaria Auxiliar
Área de Tesoro

CONFIDENTIAL

Pag. _____ 1 _____ de _____ 3

HTA_STAY000582

**Modelo SC 735**
19 febrero 13
PREFAS
Original – ACC
Copia – Agencia

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**AUTORIDAD DE CARRETERAS Y TRANSPORTACION**
Agencia

☐ COMPROBANTE DE PAGO   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION   ☑ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

**IDENT. DEL DOCUMENTO**

| CT | Agen | Número de Documento |
|----|------|---------------------|
| EV | 096 | 15000042 |

Comentarios:

**CIFRA DE DEPENDENCIA DE INVENTARIO**

| Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|
| 660453808 | D | | 15000042 | 6/16/15 | $ 6,000,000.00 |

Nombre del Suplidor: AUT. CARRETERAS Y TRANSP.

**Línea de Distribución (Cifra de Cuenta)**

| LN | Agen | Importe | Descripción | Org | Prog. | Asig | Año Pres. |
|---|---|---|---|---|---|---|---|
| 01 | 096 | $ 6,000,000.00 | Para reflrar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de junio 2015 (Gasolina, Disel y Marbetes) AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 2215/7415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT: 123874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | 0690000 | 278 | 781 | 2014 |

Cuenta E6120  Fondo 278  Organización 0690000

Total o Subtotal $ 6,000,000.00

**OBLIGACION DE REFERENCIA**

Número Orden de Compra o Número Obligación Contrato: 15000042

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados, y que la compra efectuada se hizo conforme a la reglamentación vigente.

**Redacted**
Luis E. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador

Teléfono: 721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente pol lo cuál autorizo su pago.

**Redacted**
César M. Gandiaga Pastor, CPA
Nombre y Firma Jefe, Agencia o su Rep/al Aut.

Para uso del Departamento de Hacienda
Aprobado por: **Redacted**
**Redacted** 6/18/2015
Nombre y Firma / Fecha
Título

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

23 de junio de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
   FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **23 de junio de 2015** transfieran **$6,000,000.00,** correspondiente al voucher #15000042 de la agencia 066 del arbitrio de **gasolina,** de la cuenta corriente del Secretario de Hacienda [Redacted] 000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta:** [Redacted] 9874
**REF.: ARBITRIOS GASOLINA (1ro) JUNIO**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

Redacted

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

CONFIDENTIAL

HTA_STAY0000523

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. _____2___ de ___3___

ESTADO LIBRE ASOCIADO DE PUERTO RICO
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | |
|---|---|---|
| CT | Agen | Número de Documento |
| EV | 066 | 15020043 |

Comentarios:

| CD | Número de Contrato | Número del Suplidor | Número de Factura |
|---|---|---|---|
| D | | | 15020043 |

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

**CIFRA DE DEPENDENCIA DE INVENTARIO**

| Fecha | Importe Total del Documento |
|---|---|
| 6/16/15 | $   6,000,000.00 |

| | Propiedad | |
|---|---|---|
| Clave | | Unidad |

**Línea de Distribución (Cifra de Cuenta)**

| Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
|---|---|---|---|---|---|---|---|---|---|---|
| $   6,000,000.00 | E61720 | 278 | 0600000 | | 781 | 2014 | | | | |

Total o Subtotal   $   6,000,000.00

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

_Redacted_
Nombre y Firma Oficial Certificador

_____   _____
Fecha                        Teléfono

Para uso del Departamento de Hacienda

Aprobado por _Redacted_
_Redacted_
Nombre y Firma

6/18/20 ᵛ
Fecha              Título

_____   _____
                              Teléfono

HTA_STAY0005834

** OBLIGACION DE REFERENCIA**

| LN | Agen | Número Orden de Compra o Número Obligación Contrato |
|---|---|---|
| 01 | 066 | |

**Líneas**

| Importe | Descripción |
|---|---|
| $   6,000,000.00 | Para refinar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos.<br>Para el mes de junio 2015 (Gasolina, Disel y Marbetes)<br><br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION<br>ABM 221571415<br>SWIFT: OBPPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENEFICIARY CUSTOMER ACCOUNT #_____ 3874<br>BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS |

$ 6,000,000.00

Certifico que estoy autorizado por la Administración de Servicios Generales, para comprar los artículos y/o servicios indicados; y que la compra presentada se hizo conforme a la reglamentación aplicable.

_Redacted_
Nombre y Firma Delegado Comprador

_____   721-8787x2707
Fecha                        Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

*(handwritten)* Pymnt ID 70340167  Pymnt Date 2015-06-24

*(handwritten)* Pymnt ID 70340167

CONFIDENTIAL