# EXHIBIT AL

# (Ex. 33 to the Natbony Declaration, originally filed as ECF 13039-69 through ECF 13039-72, and ECF 789-69 through 789-72 in Case No. 17-BK-3567) - Part 3



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

24 de junio de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **24 de junio de 2015** transfieran **$6,000,000.00**, correspondiente al voucher #15000043 de la agencia 066 del arbitrio de gasolina, de la cuenta corriente del Secretario de Hacienda [Redacted]000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK
ABA: 221571415
SWIFT: OBPRPRSJ
Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)
Número de Cuenta: [Redacted]9874
REF.: ARBITRIOS GASOLINA (2do) JUNIO**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

Redacted

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

CONFIDENTIAL                                                                                    HTA_STAY0000525

19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**AUTORIDAD DE CARRETERAS Y TRANSPORTACION**
Agencia

☑ COMPROBANTE DE PAGO    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

### IDENT. DEL DOCUMENTO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor |
|---|---|---|---|---|
| EV | 066 | 15000045 | AUT. CARRETERAS Y TRANSP. | 660433808 |

Comentarios:

### OBLIGACION DE REFERENCIA

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe |
|---|---|---|---|
| 01 | 066 | | 5,000,000.00 |

### Línea

| CD | Número de Contrato | Número de Factura |
|---|---|---|
| A | | 15000045 |

Dirección:

| Descripción | Importe |
|---|---|
| Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de JUNIO 2015 (Petroleo)<br><br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENECIFIARY CUSTOMER ACCOUNT: Redacted 9874<br>BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | 5,000,000.00 |
| Total o Subtotal | $ 5,000,000.00 |

### Línea de Distribución (Cifra de Cuenta)

| Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. |
|---|---|---|---|---|---|
| E6120 | 278 | 0660000 | | 784 | 2015 |

$ 5,000,000.00

### CIFRA DE DEPENDENCIA DE INVENTARIO

| Fecha | Importe Total del Documento |
|---|---|
| 6/16/15 | $ 5,000,000.00 |

| Aportación Federal | P/F | Propiedad Clave | Unidad |
|---|---|---|---|

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
Redacted
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
Redacted
Fecha / 729-1518 Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha / Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
Redacted
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
6/16/15 Fecha / Teléfono

Para uso del Departamento de Hacienda
Aprobado por () Redacted
Redacted Nombre y Firma
Redacted Título
10/13/2015 Fecha / Teléfono

Pymnt ID FUMN250193   Pymnt Date 2015-06-25

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL                                                                                                    HTA_STAY0000526



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

25 de junio de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **25 de junio de 2015** transfieran **$5,000,000.00**, correspondiente al voucher #15000045 de la agencia 066 del pago de arbitrios del petróleo 1ra porción JUNIO/2015, de la cuenta corriente del Secretario de Hacienda Redacted 000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK
ABA: 221571415
SWIFT: OBPRPRSJ
Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)
Número de Cuenta:** Redacted 9874
**REF.: ARBITRIOS PETROLEO 1ra porción JUNIO/2015**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

Redacted

Aría García Noya
Secretaria Auxiliar
Área de Tesoro

19 febrero 13

PRIFAS
Original – ACC
Copia – Agencia

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**AUTORIDAD DE CARRETERAS Y TRANSPORTACION**
Agencia

☑ COMPROBANTE DE PAGO   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

### IDENT. DEL DOCUMENTO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura |
|---|---|---|---|---|---|---|---|
| EV | 066 | 15000046 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15000046 |

Comentarios:   Dirección:

### CIFRA DE DEPENDENCIA DE INVENTARIO

| Fecha | Importe Total del Documento |
|---|---|
| 6/16/15 | $ 5,000,000.00 |

### OBLIGACION DE REFERENCIA

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Línea Descripción | Línea de Distribución (Cifra de Cuenta) | | | | | | Propiedad | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Clave | Unidad | P/F | Aportación Federal |
| 01 | 066 | | 5,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de JUNIO 2015 (Petroleo)

AUTORIDAD DE CARRETERAS Y TRANSPORTACION
ABA# 221571415
SWIFT: OBPRPRSJ
BENEFICIARY BANK: ORIENTAL BANK (BBVA)
BENECIFIARY CUSTOMER ACCOUN Redacted 9874
BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |

Pymt ID JN260235  Pymnt Date 2015-06-26

Total o Subtotal  $ 5,000,000.00   $ 5,000,000.00

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.

Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador

729-1518
Fecha                  Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Fecha                  Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.

Fecha                  Teléfono

Para uso del Departamento de Hacienda
Aprobado por: Redacted
Redacted
Nombre y Firma
Título
10/16/2015
Fecha                  Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL                                                                 HTA_STAY0000528



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

26 de junio de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **26 de junio de 2015** transfieran **$5,000,000.00**, correspondiente al voucher #15000046 de la agencia 066 del pago de arbitrios del petróleo 2da porción JUNIO/2015, de la cuenta corriente del Secretario de Hacienda [Redacted]000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK
ABA: 221571415
SWIFT: OBPRPRSJ
Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)
Número de Cuenta: [Redacted]9874
REF.: ARBITRIOS PETROLEO 2da porción JUNIO/2015**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

[Redacted]

Ana Garcia Noya
Secretaria Auxiliar
Área de Tesoro