# EXHIBIT AL

## (Ex. 33 to the Natbony Declaration, originally filed as ECF 13039-69 through ECF 13039-72, and ECF 789-69 through 789-72 in Case No. 17-BK-3567) - Part 4

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. _____ 3 _____ de _____ 3 _____

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**AUTORIDAD DE CARRETERAS Y TRANSPORTACION**
Agencia

☐ COMPROBANTE DE PAGO   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

☑ COMPROBANTE DE PAGO

| IDENT. DEL DOCUMENTO | | | | | | |
|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato |
| EV | 066 | 15000044 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | |

Comentarios:

Dirección:  Centro Gubernamental Minillas
Apartado: 42007, San Juan, PR 00940-2007

| Número de Factura | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Fecha | Importe Total del Documento | |
| 15000044 | | | | | | 6/16/15 | $ | 6,000,000.00 |

Línea de Distribución (Cifra de Cuenta)

| LN | Agen | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad | Propiedad |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | CI 066 | $ 6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | | |

**OBLIGACION DE REFERENCIA**

| LN | Agen | Número de Orden de Compra o Número Obligación Contrato | Importe | Descripción |
|---|---|---|---|---|
| 01 | CI 066 | | $ 6,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de junio 2015 (Gasolina, Disel y Marbetes) |
| | | | | AUTORIDAD DE CARRETERAS Y TRANSPORTACION |
| | | | | ABM 221571415 |
| | | | | SWIFT: OIBPPRPRSJ |
| | | | | BENEFICIARY BANK: ORIENTAL BANK (BBVA) |
| | | | | BENEFICIARY CUSTOMER ACCOUNT: Redacted 9874 |
| | | | | BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS |

Líneas

Payment ID JL200302  Payment Date 2015-07-20

| | |
|---|---|
| $ 6,000,000.00  Total o Subtotal | $ 6,000,000.00 |

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

_____
Nombre y Firma Oficial Certificador

_____   _____
Fecha                              Teléfono

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicado, y que la compra indicada se hizo conforme a la reglamentación vigente.

Redacted
Luis C. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador

721-8787x2707
Fecha                    Teléfono

Para uso del Departamento de Hacienda

Aprobado por:  Redacted
              Redacted
              Nombre y Firma

_____
Título

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo su pago.

Redacted
César M. Santiago Toledo, CPA
Nombre y Firma Jefe, Agencia o su Reple. Aut.

6/16/14
Fecha                    Teléfono

7/15 2015
Fecha

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

HTA_STAY0000530

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

Redacted

20 de julio de 2015

Vía Fax 721-3642

SRA.MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **20 de julio de 2015** transfieran **$6,000,000.00,** correspondiente al voucher #15000044 de la agencia 066 del arbitrio de **gasolina,** de la cuenta corriente del Secretario de Hacienda [Redacted]000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta:** [Redacted]9874
**REF.: ARBITRIOS GASOLINA (3ro) JUNIO**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

CONFIDENTIAL

HTA_STAY0000531

Model SC 735
February 19, 2013

PRIFAS

Original – ACC
Copy - Agency

Page 2 of 3

**COMMONWEALTH OF PUERTO RICO**
**HIGHWAYS AND TRANSPORTATION AUTHORITY**
Agency

X RECEIPT OF PAYMENT    ☐ RECEIPT OF PAYMENT ON OBLIGATION    X RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

TREASURY DEPARTMENT
[illegible]
PAYMENT SECTION
2015 MAY 18 PM 3:15

**DOCUMENT ID**

| CT | Agen | Document Number | | Name of Supplier | | Supplier Number | | Contract Number | CD | Invoice Number | Date | | | | | NUMBER OF INVENTORY DEPENDENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 15000038 | | HIGHWAYS AND TRANSP. AUTH. | | 660433808 | | | D | 15000038 | 5/18/15 | | | | | Total Amount of the Document $6,000,000.00 |

Comments:

Address PO Box 42007, San Juan, PR 00940-2007

Distribution Line (Account Number)

**REFERENCE OBLIGATION**

**Line**

| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | Amount | CD | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and used by this Agency for its corporate purposes. For the month of May 2015 (Gasoline, Diesel and Licenses) | $ 6,000,000.00 | | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |

HIGHWAYS AND TRANSPORTATION AUTHORITY
ABA# 221571415
SWIFT: OBFRPRSJ
BENEFICIARY BANK: ORIENTAL BANK (BBVA)
BENEFICIARY CUSTOMER ACCOUNT #[illegible]9874
BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH.

[handwritten] Payment ID M4210204        PAYMENT DATE 2015-05-21

| | Total or Subtotal | $ 6,000,000.00 | | | Total or Subtotal | $ 6,000,000.00 |
|---|---|---|---|---|---|---|

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed, and that the purchase was made in accordance with the existing regulations.

[Signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature of Delegated Buyer

2015 MAY 19A 111:20
CONTROL AND COORDINATION
CENTRAL ACCOUNTABILITY [illegible]

| Date | Telephone 721-8787x2707 |
|---|---|

I certify that the articles and/or services were received according to the specifications.

[Signature]
Name and Signature of Official Certifier

| Date | Telephone |
|---|---|

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Director, Agency or Authorized Rep.
5/18/15

| Date | Telephone |
|---|---|

**For the use of the Treasury Department**

Approved by:        [signature]

_____
Name and Signature

_____
Title

May/19/2015
Date

_____
Telephone

Preservation: Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000516**

ENGLISH TRANSLATION

Page 001

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

May 21, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$6,000,000.00** on **May 21, 2015**, corresponding to voucher No. 15000038 of agency 066 for **gasoline** excise tax, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number [Redacted ]9874**
**REF.: MAY GASOLINE EXCISE TAXES**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**

**HTA_STAY0000517**

ENGLISH TRANSLATION

Page 1 of 2

Model SC 735
February 19, 2013
PRIFAS
Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**
**HIGHWAYS AND TRANSPORTATION AUTHORITY**   [handwritten] M4190187
Agency

☐ RECEIPT OF PAYMENT   ☐ RECEIPT OF PAYMENT ON OBLIGATION   ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

X  RECEIPT OF PAYMENT

TREASURY DEPARTMENT
[Ilegible]
PAYMENT SECTION
2015 MAY 18 PM 3:15

**DOCUMENT ID**

| CT | Agen | | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date |
|----|------|--|------------------|------------------|----|-----------------|----------------|------|
| EV 066 | | | HIGHWAYS AND TRANSP. AUTH. | 660433808 | A | | 15000040 | 5/18/15 |

Comments:

Address:

**REFERENCE OBLIGATION**

| LN | Agen | Purchase Order Number Contract Obligation | | | |
|----|------|-------------------------------------------|--|--|--|
| | 066 | 15000040 | | | |

**Line**

**Distribution Line (Account Number)**

| LN | Agen | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Property Unit |
|----|------|--------|-------------|--------|---------|------|--------------|-------|-------|-------------|----------------------|-----|---------------|
| 01 | 066 | $ 5,000,000.00 | To be withdrawn from the abovementioned account and used by this Agency for their corporate purposes. For the month of MAY 2015 (Petroleum)<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>ABA# 22157415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENEFICIARY CUSTOMER ACCO[ilegible]9874<br>BENEFICIARY CUSTOMER HIGHWAYS AND TRANSP. AUTH. | $ 5,000,000.00 | E812C | 278 | 0860000 | 784 | | 2015 | | | |

NUMBER OF INVENTORY
Total Amount of the Document
$ sthon non nn

[handwritten] Payment ID M4190187   PAYMENT DATE 2015-05-19

| | | | Total or Subtotal | $ 5,000,000.00 |
|--|--|--|-------------------|----------------|

$ 5,000,000.00

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[Signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature of Delegated Buyer

Date _____   729-1518
Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature of Official Certifier

Date _____   _____
Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature of Director, Agency or Authorized Rep.

5/18/15
Date _____   _____
Telephone

**For the use of the Treasury Department**

Approved by:

(SIGNATURE)   Name and Signature

_____
Title

May/18/2015
Date _____   _____
Telephone

HTA_STAY0000518

Page 003

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

**CONFIDENTIAL**

ENGLISH TRANSLATION

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

May 19, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No.: [Redacted] 000-6 in the amount of **$5,000,000.00 on May 19, 2015**, corresponding to voucher No.: [Redacted] 00040 of agency 066 for the payment of the 1st portion of petroleum excise tax MAY/2015, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted] 9874**
**REF.: 1st portion PETROLEUM EXCISE TAXES MAY/2015**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**

HTA_STAY0000519

Model SC 735
February 19, 2013

PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

☐ RECEIPT OF PAYMENT ON OBLIGATION

X RECEIPT OF PAYMENT

☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

Comments:

Address:

TREASURY DEPARTMENT
[Illegible]
PAYMENT SECTION
2015 MAY 18 PM 3:15

**DOCUMENT ID**

| CT | Agen | Document Number | | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | | Date | | Total Amount of the Document |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 15000041 | | HIGHWAYS AND TRANSP. AUTH. | 660433808 | A | | 15000041 | | 5/18/15 | | $ 5,000,000.00 |

**NUMBER OF INVENTORY**

**REFERENCE OBLIGATION**

| | | | | Line | | | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation | Amount | Description | | Amoun | CD | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | | Unit |
| 01 | 066 | | $ 5,000,000.00 | To be withdrawn from the abovementioned account and used by this Agency for their corporate purposes. For the month of MAY 2015 (Petroleum) | | $  5,000,000.00 | | E612C | 278 | 0860000 | | 784 | 2015 | | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABM 221571415 SWIFT QBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT 221571415874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH. | | | | | | | | | | | | |

PAYMENT ID M422067    PAYMENT DATE 2015-05-22

| $ 5,000,000.00 | | **Total or Subtotal** | $ 5,000,000.00 |
|---|---|---|---|

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed, and that the purchase was made in accordance with the existing regulations.

[signature]

Luis K. Santiago Reyes  Deputy Treasurer

Name and Signature of Delegated Buyer

_____   729-1518

Date                              Telephone

I certify that the articles and/or services were received according to the specifications.

_____

Name and Signature of Official Certifier

_____   _____

Date                              Telephone

**For the use of the Treasury Department**

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]

César M. Gandiaga Texidor, CPA

Name and Signature of Director, Agency or Authorized Rep.

5/18/15

_____

Date                              Telephone

Approved by:

_____

**(SIGNATURE)  Name and Signature**

_____

**Title**

May/18/2015

_____

Date                              Telephone

**Preservation:** Six years or until the intervention of a treasury inspector, whichever occurs first.

CONFIDENTIAL

ENGLISH TRANSLATION

HTA_STAY0000520

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

May 22, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$5,000,000.00 on May 22, 2015**, corresponding to voucher No. 75000041 of agency 066 for the payment of the 2nd portion of petroleum excise taxes MAY/2015, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted]9874**
**REF.: 2nd portion PETROLEUM EXCISE TAXES MAY/2015**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**

ENGLISH TRANSLATION

HTA_STAY0000521

Model SC 735
February 19, 2013

PRIFAS

Original – ACC
Copy - Agency

Page 1 of 3

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

☐ RECEIPT OF PAYMENT ON OBLIGATION
X  RECEIPT OF PAYMENT
☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

**DOCUMENT ID**

| CT Agen Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date |
|---|---|---|---|---|---|---|
| EV D86 | 15000042 | HIGHWAYS AND TRANSP. AUTH | 660433808 | D | | 15000042 | 6/16/15 |

Comments:

Address Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

**NUMBER OF INVENTORY DEPENDENCE**

Total Amount of the Document  $6,000,000.00

**Distribution Line (Account Number)**

| LN | Agen | | Line | | | | Amount | Account | Fund | Organization | Prog | Appr. | Budget Year | Federal Contribution | | | Property | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Description | | | | | | | | | | | P/F | | Code | Unit | |
| 01 | 066 | | To be withdrawn from the abovementioned account and used by this Agency for their corporate purposes. For the month of June 2015 (Gasoline, Diesel and Licences)<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK ORIENTAL BANK (BBVA)<br>BENEFICIARY CUSTOMER ACCOUNT (Redacted) 0874<br>BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT.<br><br>PAYMENT ID JN230160   PAYMENT DATE 2015-06-23 | | | | $  6,000,000.00 | E6120 | 278 | 0660000 | 781 | 2014 | | | | | | |

**REFERENCE OBLIGATION**

| Purchase Order Number or Contract Obligation Number | Amount | | | | | |
|---|---|---|---|---|---|---|
| | $ 6,000,000.00 | | | **Total or Subtotal** | $ 6,000,000.00 | |

**TREASURY DEPARTMENT**

PAYMENT SECTION
2015 JUN 18 AM 11:02 [seal]

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed, and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature of Delegated Buyer

721-8787x2707
Date ____ Telephone

I certify that the articles and/or services were received according to the specifications.

[signature]
Name and Signature of Official Certifier

6/16/15
Date ____ Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Director, Agency or Authorized Rep.

6/16/15
Date ____ Telephone

**For the use of the Treasury Department**

Approved by:

(SIGNATURE) ____  Name and Signature

____  Title

6/18/2015
Date ____ Telephone

Preservation: Six years or until the intervention of a treasury inspector, whichever occurs first.

CONFIDENTIAL

ENGLISH TRANSLATION

Page 007

HTA_STAY0000522

ERROR

[handwritten] April [illegible]/15 - 7.713 - (123) Asume

Page 008

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

June 23, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$6,000,000.00** on **June 23, 2015**, corresponding to voucher No.: 15000042 of agency 066 for **gasoline** excise tax, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted]9874**
**REF.: GASOLINE EXCISE TAXES (1st) JUNE**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**

**HTA_STAY0000523**

ENGLISH TRANSLATION

Model SC 735
February 19, 2013

PRIFAS

Original – ACC
Copy - Agency

Page 2 of 3

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

☐ RECEIPT OF PAYMENT ON OBLIGATION

X RECEIPT OF PAYMENT

☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

**DOCUMENT ID**

| CT Agen | Document Number | | Name of Supplier | Supplier Number | CD | Contract Number | | Invoice Number | Date | Total Amount of the Document |
|---|---|---|---|---|---|---|---|---|---|---|
| EV D86 | 15000043 | | HIGHWAYS AND TRANSP. AUTH. | 660433808 | D | | | 15000043 | 6/16/15 | $6,000,000.00 |

Comments:

**Address:** Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

**NUMBER OF INVENTORY DEPENDENCE**

**REFERENCE OBLIGATION**

| | | Line | | | | Distribution Line (Account Number) | | | | | | | | Property | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number or Contract Obligation Number | Amount | Description | | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000.00 | To be withdrawn from the abovementioned account and used by this Agency for their corporate purposes For the month of June 2015 (Gasoline, Diesel and Licences) HIGHWAYS AND TRANSPORTATION AUTHORITY AB#4 22157 1415 SWIFT: DBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT#: 950150874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH. | | $ 6,000,000.00 | E8120 | 278 | 0680000 | 781 | | 2014 | | | | |

PAYMENT ID IN240167  PAYMENT DATE 2015-06-24

| | Total or Subtotal | $ 6,000,000.00 |
|---|---|---|
| | | $ 6,000,000.00 |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature of Delegated Buyer

721-8787x2707

Date                    Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature of Official Certifier

Date                    Telephone

**For the use of the Treasury Department**

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

Approved by:

(SIGNATURE)                    Name and Signature

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Director, Agency or Authorized Rep.

6/16/2015

(SIGNATURE)                    Name and Signature                    Title

6/16/15

Date                    Telephone

Preservation: Six years or until the intervention of a treasury inspector, whichever occurs first.

CONFIDENTIAL

ENGLISH TRANSLATION

HTA_STAY0000524

Page 009

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

June 24, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DIVISION OF DEPOSIT ACCOUNTS
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$6,000,000.00** on **June 24, 2015**, corresponding to voucher No. 15000043 of agency 066 for **gasoline** excise tax, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted]9874**
**REF.: GASOLINE EXCISE TAXES (2nd) JUNE**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**

ENGLISH TRANSLATION

**HTA_STAY0000525**

Page 010

Model SC 735
February 19, 2013

PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

☐ RECEIPT OF PAYMENT   ☐ RECEIPT OF PAYMENT ON OBLIGATION   ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

X RECEIPT OF PAYMENT

| DOCUMENT ID | | | | | | | | | | NUMBER OF INVENTORY | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CT Agen Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | | | | | Date | Total Amount of the Document |
| EV 066   15000045 | HIGHWAYS AND TRANSP. AUTH. | 660433808 | A | | 15000045 | | | | | 6/16/15 | s.4#nn.nnn.nn |

Comments:

Address:

| | | | Line | | | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REFERENCE OBLIGATION | | | | | | | | | | | | | | | | |
| LN Agen | Purchase Order Number Contract Obligation | Amoun | Description | | Amount | Account | Fund | Organization | Prog | Appr | Budget Year | Federal Contribution | P/F | | Unit |
| 01   066 | | $ 5,000,000.00 | To be withdrawn from the abovementioned account and used by this Agency for their corporate purposes. For the month of JUNE 2015 (Petroleum) | $ | 5,000,000.00 | E612C | 278 | 0660000 | | 784 | 2015 | | | | |
| | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABM 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT: 000200012874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH. | | | | | | | | | | | |
| | | | PAYMENT ID JN250193   PAYMENT DATE 2015-06-25 | | | | | | | | | | | | |
| | | $ 5,000,000.00 | **Total or Subtotal** | $ 5,000,000.00 | | | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed, and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer

Name and Signature of Delegated Buyer

PAYMENT SECTION
2015 JUN 16 AM 11:02
[illegible]
TREASURY DEPARTMENT

_____     729-1518
Date                              Telephone

I certify that the articles and/or services were received according to the specifications.

_____
Name and Signature of Official Certifier

_____     _____
Date                              Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA

Name and Signature of Director, Agency or Authorized Rep.

6/16/15
_____     _____
Date                              Telephone

**For the use of the Treasury Department**

Approved by:

_____
(SIGNATURE)   Name and Signature

_____
_____     Title

6/16/2015
_____     _____
Date                              Telephone

Preservation: Six years or until the intervention of a treasury inspector, whichever occurs first.

CONFIDENTIAL

ENGLISH TRANSLATION

HTA_STAY0000526

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

June 25, 2015

Via Fax 721-3642

MRS. MARIA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted] 0000-6 in the amount of **$5,000,000.00** on **June 25, 2015**, corresponding to voucher No. 15000045 of agency 066 for the payment of the 1st portion of petroleum excise taxes JUNE/2015, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted] 9874**
**REF.: 1st portion PETROLEUM EXCISE TAXES JUNE/2015**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**

ENGLISH TRANSLATION

HTA_STAY0000527

Model SC 735
February, 19 13

PRIFAS

Original – ACC
Copy – Agency

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

☐ RECEIPT OF PAYMENT ☐ RECEIPT OF PAYMENT ON OBLIGATION   ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

X   RECEIPT OF PAYMENT

**DOCUMENT ID**

| CT| Agen Document Number | | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | NUMBER OF INVENTORY |
|---|---|---|---|---|---|---|---|---|---|
| EV 066 | 15000046 | | HIGHWAYS AND TRANSP. AUTH. | 660433808 | A | | 15000046 | 6/16/15 | Total Amount of the Document |
| | | | | | | | | | s.4lxnn.nnn.nn |

Comments:

Address:

| REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Number) | | | | | | | | Property |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| LN | Agen | Purchase Order Number Contract Obligation | Amoun | Description | Amount | | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 066 | | $ 5,000,000.00 | To be withdrawn from the abovementioned account and used by this Agency for their corporate purposes. For the month of JUNE 2015 (Petroleum) | $ | 5,000,000.00 | E912C | 278 | 0660000 | | 784 | 2015 | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABM 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT: 0874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH. | | | | | | | | | | | |

PAYMENT ID JN260235   PAYMENT DATE 2015-06-26

| | $ 5,000,000.00 | Total or Subtotal | $ 5,000,000.00 |
|---|---|---|---|

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed, and that the purchase was made in accordance with the existing regulations.

[signature]

Luis K. Santiago Reyes, Deputy Treasurer

Name and Signature of Delegated Buyer

729-1518

Date _____ Telephone _____

I certify that the articles and/or services were received according to the specifications.

_____

Name and Signature of Official Certifier

Date _____ Telephone _____

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize.

*César M. Gandiaga Texidor, CPA*

Name and Signature of Director, Agency or Authorized Rep.

**For the use of the Treasury Department**

Approved by:

(SIGNATURE)

Name and Signature

Title

6/18/2015

Date _____ Telephone _____

TREASURY DEPARTMENT
PAYMENT SECTION
2015 JUN 16 AM 11:03
[illegible]

Preservation: Six years or until the intervention of a treasury inspector, whichever occurs first.

HTA_STAY0000528

**CONFIDENTIAL**

ENGLISH TRANSLATION

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

June 26, 2015

Via Fax 721-3642

MRS. MARIA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$5,000,000.00** on **June 26, 2015**, corresponding to voucher No. 15000046 of agency 066 for the payment of the 2nd portion of petroleum excise taxes JUNE/2015, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number[Redacted]9874**
**REF.: 2nd portion PETROLEUM EXCISE TAXES JUNE/2015**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**

**HTA_STAY0000529**

ENGLISH TRANSLATION

Model SC 735
February 19, 2013

PRIFAS

Original – ACC
Copy - Agency

Page 3 of 3

**COMMONWEALTH OF PUERTO RICO**
**HIGHWAYS AND TRANSPORTATION AUTHORITY**
Agency

☐ RECEIPT OF PAYMENT ON OBLIGATION    ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

**X** RECEIPT OF PAYMENT

Comments:

| DOCUMENT ID | | | | | | |
|---|---|---|---|---|---|---|
| CT Agen Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date |
| EV D66 | 15000044 | HIGHWAYS AND TRANSP. AUTH. | 660435808 | D | | 15000044 | 6/16/15 |

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

**NUMBER OF INVENTORY DEPENDENCE**
Total Amount of the Document $6,000,000.00

| | | Line | | | Distribution Line (Account Number) | | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Description | Amount | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | To be withdrawn from the abovementioned account and used by this Agency for their corporate purposes. For the month of June 2015 (Gasoline, Diesel and Licences)  HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT ######9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH. | $ 6,000,000.00 | $ 6,000,000.00 | E6120 | 278 | 0600000 | | 781 | 2014 | | | | |

REFERENCE OBLIGATION
Purchase Order Number or
Contract Obligation Number

PAYMENT ID JL200302  PAYMENT DATE 2015-07-20

| Total or Subtotal | $ 6,000,000.00 | $ 6,000,000.00 |
|---|---|---|

TREASURY DEPARTMENT

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed, and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature of Delegated Buyer

Date

721-8787x2707
Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature of Official Certifier

Date                                    Telephone

I certify that the abovementioned transaction was made following the procedures established by law and existing regulations, and which I have not previously approved for which I authorize.

[signature]
César M. Gandíaga Texidor, CPA
Name and Signature of Director, Agency or Authorized Rep.
6/16/15
Date                                    Telephone

**For the use of the Treasury Department**

Approved by:

(SIGNATURE)            Name and Signature

Title

7/17/2015
Date                    Telephone

Preservation: Six years or until the intervention of a treasury inspector, whichever occurs first.

HTA_STAY0000530

**CONFIDENTIAL**

ENGLISH TRANSLATION

Page 015

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

July 20, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$6,000,000.00** on **July 20, 2015**, corresponding to voucher No. 15000044 of agency 066 for **gasoline** excise tax, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted]9874**
**REF.: GASOLINE EXCISE TAXES (3rd) JUNE**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**

ENGLISH TRANSLATION

HTA_STAY0000531



## CERTIFICATE OF ACCURACY

I, **Maria R. Arias,** with U.S. Legal Support, Inc., declare that I have provided Translation Services executed on this 3rd of April 2020.

Furthermore, I declare that I am a certified translator for *English and Spanish* languages and that I am competent to translate between those two languages.

I hereby certify that I have translated the attached document into English to the best of my knowledge and ability and believe this translation to be a true, accurate, and complete rendition of the original Spanish file(s) provided to me.

*Name: "HTA_STAY0000516" (pdf file)*          *No. of Pages: 16*

Sincerely,

*Maria R. Arias*          04/03/2020
_____          _____
                                  Date

Maria R. Arias
ATA-Certified Translator
English ≈ Spanish



U.S. Legal Support, Inc. – Translations Services Department – 855-538-3099
translations@uslegalsupport.com