# EXHIBIT AM

**(Ex. 34 to the Natbony Declaration, originally filed as ECF 13039-73 through ECF 13039-75, and ECF 789-73 through 789-75 in Case No. 17-BK-3567) - Part 1**

**<u>NATBONY REPLY DECLARATION</u>**
**<u>EXHIBIT 34 – Part 1</u>**

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO          ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION          ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|
| **DENT. DEL DOCUMENTO** | | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
| Agen | Número de Documento | | | | | 16011001 | 7/15/15 | $ 5,000,000.00 |
| 066 | 16011001 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | | | |
| ntarios: | | | | | Dirección: | | | |

| | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **OBLIGACION DE REFERENCIA** | | | | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | | | | | | | | | | |
| 066 | | 5,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de julio 2015 (Petroleo) | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | |
| | | | AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT# Redacted 9874 BENEFICIARY CUSTOMER: AUT CARRETERAS Y TRANS | | | | | | | | | |

| | | | |
|---|---|---|---|
| $ 5,000,000.00 | Total o Subtotal | $ 5,000,000.00 | |

Para uso del Departamento de Hacienda

Redacted

tifico que estoy autorizado por la Administración de icios Generales para comprar los artículos y/o servicios ados; y que la compra efectuada se hizo conforme a la amentación vigentes. **Redacted**
Redacted
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
729-1518
Teléfono          Fecha

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
7/24/15
Fecha

Aprobado por
Redacted

Redacted
Nombre y Firma
Título
Teléfono          Fecha          Teléfono

iservación: Seis años o una intervención del Contralor, lo que ocurra primero.

Redacted

CONFIDENTIAL

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

29 de julio de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **29 de julio de 2015** transfieran **$5,000,000.00**, correspondiente al voucher #16011001 de la agencia 066 del pago de arbitrios del petróleo 1ra porción JULIO/2015, de la cuenta corriente del Secretario de Hacienda [Redacted] 000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta:** [Redacted] **9874**
**REF.: ARBITRIOS PETROLEO 1ra porción JULIO/2015**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

HTA_STAY0000533

Pag. ___2___ de ___2___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

Hac. 735
febrero 13
PRIFAS
Original – ACC
Copia – Agencia

☑ COMPROBANTE DE PAGO   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 066 | 16011002 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 16011002 | 7/15/15 | $ | 5,000,000.00 |

Comentarios:                                                     Dirección:

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | 5,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de julio 2015 (Petroleo) <br><br> AUTORIDAD DE CARRETERAS Y TRANSPORTACION <br> ABA# 221571415 <br> SWIFT: OBPRPRSJ <br> BENEFICIARY BANK: ORIENTAL BANK (BBVA) <br> BENECIFIARY CUSTOMER ACCOUNT# Redacted 9874 <br> BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |

| | | | | Total o Subtotal | | | | | | | | | | |
| $ 5,000,000.00 | | | | | $ 5,000,000.00 | | | | | | | | | |

| Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra se hizo conforme a la reglamentación vigente. **Redacted** <br> Luis R. Santiago Reyes, Sub-Tesorero <br> Nombre y Firma Delegado Comprador | Certifico que los artículos y/o servicios fueron recibidos según las especificaciones. <br><br><br><br> Nombre y Firma Oficial Certificador | Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo <br> **Redacted** <br> César M. Gandiaga Texidor, CPA <br> Nombre y Firma Jefe, Agencia o su Repte. Aut. | Para uso del Departamento de Hacienda <br> Aprobado por: <br> **Redacted**   Nombre y Firma <br><br> Título |
|---|---|---|---|
| Fecha | Teléfono 729-1518 | Fecha | Teléfono | Fecha 7/14/15 | Teléfono | Fecha | Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000534



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

30 de julio de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **30 de julio de 2015** transfieran **$5,000,000.00,** correspondiente al voucher #16011002 de la agencia 066 del pago de arbitrios del petróleo 2da porción JULIO/2015, de la cuenta corriente del Secretario de Hacienda ⌐0000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta: ⌐9874**
**REF.: ARBITRIOS PETROLEO 2da porción JULIO/2015**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,



Redacted

Aria García Noya
Secretaria Auxiliar
Área de Tesoro

CONFIDENTIAL

Modelo SC 735
19 febrero 13

PRIFAS
Original – ACC
Copia – Agencia

Pag. ___1___ de ___2___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO |
|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
| EV | 066 | 16011003 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 1ra Agosto 2015 | 8/12/15 | $ 5,000,000.00 |

Comentarios:                    Dirección:

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | 5,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de agosto 2015 (Petroleo)<br><br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENECIFIARY CUSTOMER ACUNT# Redacted 9874<br>BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |
| | | | $ 5,000,000.00 | Total o Subtotal | $ 5,000,000.00 | | | | | | | | | |

2015 AUG 14 A 9:27   NEGOCIADO DE CUENTAS

| Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los articulos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.<br><br>**Redacted**<br>Luis K. Santiago Reyes, Sub-Tesorero<br>Nombre y Firma Delegado Comprador | Certifico que los articulos y/o servicios fueron recibidos según las especificaciones.<br><br><br><br>Nombre y Firma Oficial Certificador | Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo.<br><br>**Redacted**<br>César M. Gandiaga Texidor, CPA<br>Nombre y Firma Jefe, Agencia o su Depte. Aut. | Para uso del Departamento de Hacienda<br>Aprobado por:<br><br>**Redacted**<br>Nombre y Firma<br><br>Título |
|---|---|---|---|
| Fecha | Teléfono 729-1518 | Fecha | Teléfono | Fecha 8/13/15 | Teléfono | Fecha | Teléfono |

**Conservación:** Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000536

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

20 de agosto de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **20 de agosto de 2015** transfieran **$5,000,000.00,** correspondiente al voucher #16011003 de la agencia 066 del pago de arbitrios del petróleo 1ra porción AGOSTO/2015, de la cuenta corriente del Secretario de Hacienda [Redacted]000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta:** [Redacted] **9874**
**REF.: ARBITRIOS PETROLEO 1ra porción AGOSTO/2015**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Diana Vázquez Morales
Subdirectora Interina
Área de Tesoro

HTA_STAY0000537