# <u>EXHIBIT AM</u>

# (Ex. 34 to the Natbony Declaration, originally filed as ECF 13039-73 through ECF 13039-75, and ECF 789-73 through 789-75 in Case No. 17-BK-3567) - Part 2

## NATBONY REPLY DECLARATION
### EXHIBIT 34– Part 2

Modelo SC 735
19 febrero 13

PRIFAS
Original – ACC
Copia – Agencia

Pag. ___2___ de ___2___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
| EV | 066 | 16011004 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 2da Agosto 2015 | 8/12/15 | $                   5,000,000.00 |

Comentarios:                                                                   Dirección:

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | 5,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de agosto 2015 (Petroleo)  AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT: Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |
| | | | $ 5,000,000.00 | Total o Subtotal | $ 5,000,000.00 | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
**Redacted**
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
729-1518

Fecha                     Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Fecha                     Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo.
**Redacted**
César M. Gandía Texidor/CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
8/13/15

Fecha                     Teléfono

Para uso del Departamento de Hacienda
Aprobado por: **Redacted**
Nombre y Firma
Título

Fecha                     Teléfono

**Conservación:** Seis años o una intervención del Contralor, lo que ocurra primero.

2015 AUG 14 AM 9: 22   NEGOCIADO DE CUENTAS

CONFIDENTIAL

HTA_STAY0000538

CONFIDENTIAL



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

21 de agosto de 2015

Vía Fax 721-3642

SRA MARÍA OCASIÓ
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **21 de agosto de 2015** transfieran **$5,000,000.00,** correspondiente al voucher #16011004 de la agencia 066 del pago de arbitrios del petróleo 2da porción AGOSTO/2015, de la cuenta corriente del Secretario de Hacienda Redacted 000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta: Redacted 9874**
**REF.: ARBITRIOS PETROLEO 2da porción AGOSTO/2015**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Diana Vazquez Morales
Subdirectora Interina
Área de Tesoro

Modelo SC 735
19 febrero 13

**PRIFAS**
Original – ACC
Copia – Agencia

Pag. ___1___ de ___2___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

[✓] COMPROBANTE DE PAGO    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO |
|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
| EV | 066 | 16011005 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 1ra Sept 2015 | 9/14/15 | $ 5,000,000.00 |

Comentarios:                                                                 Dirección:

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | 5,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de septiembre de 2015 (Petróleo)  JP MORGAN CHASE ABA # 021000021 SWIFT CODE: CHASUS33 BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R. BENECIARY CUSTOMER ACCOUNT # [Redacted]7406 FURTHER CREDIT: AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN FUERTHER CREDIT ACCOUNT # [Redacted]3466 | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |

| | $ 5,000,000.00 | Total o Subtotal | $ 5,000,000.00 | |
|---|---|---|---|---|

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. **[Redacted]**
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado ni la misma previamente por lo cual autorizo **Redacted**
César M. Gandiaga Texidor/CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.

Para uso del Departamento de Hacienda
Aprobado por **Redacted**
**Redacted**
Nombre y Firma

Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|
| | 729-1518 | | | 9/14/15 | | 9/16/15 | |

**Conservación:** Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000540

Modelo SC 735
19 febrero 13
PRIFAS

| Original – ACC |
| Copia – Agencia |

Pag. _2_ de _2_

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO          ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION          ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|----|------|---------------------|---------------------|---------------------|-----|--------------------|--------------------|-------|----------------------------|
| EV | 066 | 16011006 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 2da Sept 2015 | 9/14/15 | $ 5,000,000.00 |

Comentarios:                                                                 Dirección:

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
|----|------|---|---------|-------------|---------|--------|-------|--------------|-------|------|-----------|--------------------|-----|-------|--------|
| 01 | 066 | | 5,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de septiembre de 2015 (Petróleo)<br><br>JP MORGAN CHASE<br>ABA # 021000021<br>SWIFT CODE: CHASUS33<br>BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R.<br>BENEFICIARY CUSTOMER ACCOUNT # Redacted 7406<br>FURTHER CREDIT: AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN<br>FUERTHER CREDIT ACCOUNT # Redacted 3466 | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |

| | $ 5,000,000.00 | Total o Subtotal | $ 5,000,000.00 | | | | | | | | | |

| Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. **Redacted**<br>Luis K. Santiago Reyes, Sub-Tesorero<br>Nombre y Firma Delegado Comprador | Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.<br><br><br>Nombre y Firma Oficial Certificador | Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo **Redacted**<br>César M. Gandía da Texidor, CPA<br>Nombre y Firma Jefe, Agencia o su Repte. Aut. | Para uso del Departamento de Hacienda<br>Aprobado por: **Redacted**<br>**Redacted**<br>Nombre y Firma |
| Fecha    729-1518    Teléfono | Fecha    Teléfono | 9/14/15    Fecha    Teléfono | Título<br>Fecha    Teléfono |

**Conservación:** Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000541

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

29 de septiembre de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
  FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **29 de septiembre de 2015** transfieran **$10,000,000.00,** correspondiente a los voucher #16011005 y al #16011006 de la agencia 066 del ARBITRIO PETROLEO SEPTIEMBRE, de la cuenta corriente del Secretario de Hacienda # [Redacted]000-6 a la cuenta bancaria #[Redacted]346-6 de la Autoridad de Carreteras y Transportación.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana Garcia Noya
Secretaria Auxiliar
Área de Tesoro

HTA_STAY0000542