# EXHIBIT AM

# (Ex. 34 to the Natbony Declaration, originally filed as ECF 13039-73 through ECF 13039-75, and ECF 789-73 through 789-75 in Case No. 17-BK-3567) - Part 3

**NATBONY REPLY DECLARATION**
**EXHIBIT 34– Part 3**

Modelo SC 735
19 febrero 13
**PRIFAS**
Original – ACC
Copia – Agencia

Pag. 1 de 2

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

**IDENT. DEL DOCUMENTO**

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 16011007 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 1ra Oct. 2015 | 10/13/15 | $ 5,000,000.00 |

Comentarios:                                                     Dirección:

**OBLIGACION DE REFERENCIA** | **Línea** | **Línea de Distribución (Cifra de Cuenta)** | **Propiedad**

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 066 | | 5,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de octubre de 2015 (Petróleo) JP MORGAN CHASE ABA # 021000021 SWIFT CODE: CHASUS33 BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R. BENECIFIARY CUSTOMER ACCOUNT # Redacted 7406 FURTHER CREDIT: AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN FUERTHER CREDIT ACCOUNT Redacted 3466 | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |
| | | | $ 5,000,000.00 | Total o Subtotal | $ 5,000,000.00 | | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
Redacted
José R. Pérez Torrellas, Tesorero Interino
Nombre y Firma Delegado Comprador
13/Oct/2015
Fecha
729-1518
Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.
Redacted
Nombre y Firma Oficial Certificador
Fecha    Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
Redacted
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
10/14/15
Fecha    Teléfono

Para uso del Departamento de Hacienda
Aprobado por:
Redacted   Nombre y Firma
                Título
Fecha    Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL                                                                                   HTA_STAY0000543

Modelo SC 735
19 febrero 13
**PRIFAS**
Original – ACC
Copia – Agencia

Pag. 2 de 2

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

- [✓] COMPROBANTE DE PAGO
- [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION
- [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

### IDENT. DEL DOCUMENTO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|----|------|---------------------|---------------------|---------------------|----|--------------------|--------------------|-------|------------------------------|
| EV | 066 | 16011008 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 2da Oct. 2015 | 10/13/15 | $ 5,000,000.00 |

Comentarios:    Dirección:

### OBLIGACION DE REFERENCIA / Línea / Línea de Distribución (Cifra de Cuenta) / Propiedad

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
|----|------|------------------------------------------------------|---------|-------------|---------|--------|-------|---------------|-------|------|-----------|--------------------|-----|-------|--------|
| 01 | 066 | | 5,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de octubre de 2015 (Petróleo) JP MORGAN CHASE ABA # 021000021 SWIFT CODE: CHASUS33 BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R. BENECIFIARY CUSTOMER ACCOUNT # Redacted 7406 FURTHER CREDIT: AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN FUERTHER CREDIT ACCOUNT # Redacted 3466 | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |

$ 5,000,000.00     Total o Subtotal     $ 5,000,000.00

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.     **Redacted**
José R. Pérez Torrellas, Tesorero Interino
Nombre y Firma Delegado Comprador
13/OCT/2015       729-1518
Fecha       Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha       Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
10/14/15
Fecha       Teléfono

Para uso del Departamento de Hacienda
Redacted
Aprobado por:
**Redacted**
Nombre y Firma
Título
Fecha       Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.



Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE HACIENDA**
Área del Tesoro

29 de octubre de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **29 de octubre de 2015** transfieran **$10,000,000.00,** correspondiente a los voucher #16011007 y al #16011008 de la agencia 066 del ARBITRIO PETROLEO OCTUBRE, de la cuenta corriente del Secretario de Hacienda # [Redacted]000-6 a la cuenta bancaria # [Redacted]346-6 de la Autoridad de Carreteras y Transportación.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

CONFIDENTIAL

HTA_STAY0000545

Model SC 735
19 February 13
PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

[x] RECEIPT OF PAYMENT     ☐ RECEIPT OF PAYMENT ON OBLIGATION     ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

**DOCUMENT ID**                                                                **NUMBER OF INVENTORY DEPENDENCE**

| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 16011001 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 16011001 | 7/15/15 | $ 5,000,000.00 |

Comments:                                                                                         Address:

| | | REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | Property | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | 5,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of July 2015 (Petroleum)<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENEFICIARY CUSTOMER ACCOUNT: Redacted 9874<br>BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP AUT. | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | [ILLEGIBLE STAMP] |
| | | | $ 5,000,000.00 | Total or Subtotal | $ 5,000,000.00 | | | | | | | | | | |

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.<br>[signature]<br>Luis K. Santiago Reyes, Deputy Treasurer<br>Name and Signature Delegated Buyer<br>729-1518 | I certify that the articles and/or services were received according to the specifications.<br><br><br>Name and Signature Official Certifier | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize<br>[signature]<br>César M. Gandiaga Texidor, CPA<br>Name and Signature Chief, Agency or Authorized Rep.<br>7/14/15 | For the use of the Treasury Department<br>Approved by:<br>[signature]<br>Name and Signature<br>Title |
|---|---|---|---|
| Date                 Telephone | Date                 Telephone | Date                 Telephone | Date                 Telephone |

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**                                                             **HTA_STAY0000532**

[Logo]

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

July 29, 2015

Via Fax 721-3642

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We authorize to debit the current account No. [Redacted]000-6 of the Secretary of Treasury in the amount of **$5,000,000.00** on **July 29, 2015**, corresponding to the voucher No. 16011001 of the agency 066 for the payment of the 1st portion of petroleum excise taxes JULY/2015, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number:** [Redacted] **9874**
**REF.: 1st portion PETROLEUM EXCISE TAXES JULY/2015**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana García Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                                                                                   HTA_STAY0000533

Page 2 of 2

Model SC 735
19 February 13
PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

[X] RECEIPT OF PAYMENT  ☐ RECEIPT OF PAYMENT ON OBLIGATION  ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

**DOCUMENT ID** | | | | | | | | **NUMBER OF INVENTORY DEPENDENCE**

| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 16011002 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 16011002 | 7/15/15 | $ 5,000,000.00 |

Comments: | Address:

| | | REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | 5,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of July 2015 (Petroleum)<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENEFICIARY CUSTOMER ACCOUNT#: [Redacted]9874<br>BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP AUT. | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | [ILLEGIBLE STAMP] |

| $ 5,000,000.00 | Total or Subtotal | $ 5,000,000.00 | | |
|---|---|---|---|---|
| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.<br>[signature]<br>Luis K. Santiago Reyes, Deputy Treasurer<br>Name and Signature Delegated Buyer<br>729-1518 | I certify that the articles and/or services were received according to the specifications.<br><br>Name and Signature Official Certifier | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize<br>[signature]<br>César M. Gandiaga Texidor, CPA<br>Name and Signature Chief, Agency or Authorized Rep.<br>7/14/15 | For the use of the Treasury Department<br>Approved by:<br>[signature]<br>Name and Signature<br>Title | |
| Date | Telephone | Date | Telephone | Date | Telephone | Date | Telephone |

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

CONFIDENTIAL

HTA_STAY0000534

ENGLISH TRANSLATION

Page 003

[Logo]

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

July 30, 2015

Via Fax 721-3642

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We authorize to debit the current account No. [Redacted] 000-6 of the Secretary of Treasury in the amount of **$5,000,000.00** on **July 30, 2015**, corresponding to the voucher No. 16011002 of the agency 066 for the payment of the 2nd portion of petroleum excise taxes JULY/2015, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number:** [Redacted] **9874**
**REF.: 2nd portion PETROLEUM EXCISE TAXES JULY/2015**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana García Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                    HTA_STAY0000535

Page 1 of 2

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

[X] RECEIPT OF PAYMENT    ☐ RECEIPT OF PAYMENT ON OBLIGATION    ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 16011003 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 1st August 2015 | 8/12/15 | $ 5,000,000.00 |

Comments:    Address:

| REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | 5,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of August 2015 (Petroleum)<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENEFICIARY CUSTOMER ACCOUNT#: [Redacted]9874<br>BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT. | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | ACCOUNTING BUREAU 2015 AUG 14 AM 9:21 |

| $ 5,000,000.00 | Total or Subtotal | $ 5,000,000.00 | | |
|---|---|---|---|---|
| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.<br>[signature]<br>Luis K. Santiago Reyes, Deputy Treasurer<br>Name and Signature Delegated Buyer | I certify that the articles and/or services were received according to the specifications.<br><br><br><br>Name and Signature Official Certifier | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize<br>[signature]<br>César M. Gandiaga Texidor, CPA<br>Name and Signature Chief, Agency or Authorized Rep. | For the use of the Treasury Department | |
| | | | Approved by:<br>[signature] | |
| | | | Name and Signature | |
| | | | Title | |
| 729-1518 | | 8/13/15 | 18/8/15 | |
| Date          Telephone | Date          Telephone | Date          Telephone | Date          Telephone | |

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**                                                                                     **HTA_STAY0000536**

ENGLISH TRANSLATION                                                                                   Page 005

[Logo]

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

August 20, 2015

Via Fax 721-3642

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We authorize to debit the current account No. [Redacted]000-6 of the Secretary of Treasury in the amount of **$5,000,000.00** on **August 20, 2015**, corresponding to the voucher No. 16011003 of the agency 066 for the payment of the 1st portion of petroleum excise taxes AUGUST/2015, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number:** [Redacted]**9874**
**REF.: 1st portion PETROLEUM EXCISE TAXES AUGUST/2015**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana García Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                                                 HTA_STAY0000537

Page 2 of 2

Model SC 735
19 February 13
PRIFAS
Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

[x] RECEIPT OF PAYMENT ☐ RECEIPT OF PAYMENT ON OBLIGATION ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

**DOCUMENT ID**

| CT Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
|---|---|---|---|---|---|---|---|---|
| EV 066 | 16011004 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 2nd August 2015 | 8/12/15 | $ 5,000,000.00 |

Comments: | Address:

**NUMBER OF INVENTORY DEPENDENCE**

| | REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | Property | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | 5,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of August 2015 (Petroleum)<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENEFICIARY CUSTOMER ACCOUNT#: Redacted 9874<br>BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP AUT. | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | ACCOUNTING BUREAU 2015 AUG 14 AM 9:22 |
| | | | 5,000,000.00 | Total or Subtotal | 5,000,000.00 | | | | | | | | | |

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.<br>[signature]<br>Luis K. Santiago Reyes, Deputy Treasurer<br>Name and Signature Delegated Buyer<br><br>_____ 729-1518<br>Date | Telephone | I certify that the articles and/or services were received according to the specifications.<br><br><br><br><br>Name and Signature Official Certifier<br><br>Date | Telephone | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize<br>[signature]<br>César M. Gandiaga Texidor, CPA<br>Name and Signature Director, Agency or Authorized Rep.<br>8/13/15<br>Date | Telephone | For the use of the Treasury Department<br>Approved by:<br>[signature]<br><br>Name and Signature<br><br>18/8/15 Title<br>Date | Telephone |

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**  **HTA_STAY0000538**

ENGLISH TRANSLATION  Page 007

[Logo]

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

August 21, 2015

Via Fax 721-3642

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We authorize to debit the current account No. [Redacted]000-6 of the Secretary of Treasury in the amount of **$5,000,000.00** on **August 21, 2015**, corresponding to the voucher No. 16011004 of the agency 066 for the payment of the 2nd portion of petroleum excise taxes AUGUST/2015, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK
ABA: 221571415
SWIFT: OBPRPRSJ
Account Name: Puerto Rico Highway Authority (PRHTA)
Account Number:** [Redacted]**9874
REF.: 2nd portion PETROLEUM EXCISE TAXES AUGUST/2015**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Diana Vazquez Morales
Interim Deputy Director
Treasury Area

**CONFIDENTIAL**                                                                                         **HTA_STAY0000539**

Page 1 of 2

Model SC 735
19 February 13
PRIFAS
Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

<u>HIGHWAYS AND TRANSPORTATION AUTHORITY</u>

Agency

[X] RECEIPT OF PAYMENT  ☐ RECEIPT OF PAYMENT ON OBLIGATION  ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|
| CT Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV 066 | 16011005 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 1st Sept 2015 | 9/14/15 | $ 5,000,000.00 |

Comments: Address:

| REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | Property | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 066 | | 5,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of September 2015 (Petroleum)<br><br>JP MORGAN CHASE<br>ABA# 021000021<br>SWIFT CODE: CHASUS33<br>BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R.<br>BENEFICIARY CUSTOMER ACCOUNT # [Redacted]7406<br>FURTHER CREDIT: HIGHWAYS AND TRANSPORTATION AUTHORITY<br>FURTHER CREDIT ACCOUNT # [Redacted]3466 | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | [ILLEGIBLE STAMP] |

$ 5,000,000.00  Total or Subtotal  $ 5,000,000.00

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.<br>[signature]<br><u>Luis K. Santiago Reyes, Deputy Treasurer</u><br>Name and Signature Delegated Buyer | I certify that the articles and/or services were received according to the specifications.<br><br><br>Name and Signature Official Certifier | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize<br>[signature]<br><u>César M. Gandiaga Texidor, CPA</u><br>Name and Signature Chief, Agency or Authorized Rep. | For the use of the Treasury Department<br>Approved by:<br>[signature]<br><br>Name and Signature<br><br>Title |
|---|---|---|---|
| | | 9/14/15 | |
| 729-1518 | | | |
| Date  Telephone | Date  Telephone | Date  Telephone | Date  Telephone |

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

CONFIDENTIAL                                                                                                         HTA_STAY0000540

ENGLISH TRANSLATION                                                                                                        Page 009

Model SC 735
19 February 13
PRIFAS

Original – ACC
Copy - Agency

Page 2 of 2

**COMMONWEALTH OF PUERTO RICO**

<u>HIGHWAYS AND TRANSPORTATION AUTHORITY</u>

Agency

[X] RECEIPT OF PAYMENT  ☐ RECEIPT OF PAYMENT ON OBLIGATION  ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 16011006 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 2nd Sept 2015 | 9/14/15 | $ 5,000,000.00 |

Comments:   Address:

| REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | Property | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | 5,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of September 2015 (Petroleum)<br><br>JP MORGAN CHASE<br>ABA# 021000021<br>SWIFT CODE: CHASUS33<br>BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R.<br>BENEFICIARY CUSTOMER ACCOUNT #[Redacted]7406<br>FURTHER CREDIT: HIGHWAYS AND TRANSPORTATION AUTHORITY<br>FURTHER CREDIT ACCOUNT #[Redacted]3466 | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | [ILLEGIBLE STAMP] |
| | | | $ 5,000,000.00 | Total or Subtotal | $ 5,000,000.00 | | | | | | | | | |

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.<br>[signature]<br><u>Luis K. Santiago Reyes, Deputy Treasurer</u><br>Name and Signature Delegated Buyer<br><br>729-1518<br>Date   Telephone | I certify that the articles and/or services were received according to the specifications.<br><br><br><br><br>Name and Signature Official Certifier<br><br>Date   Telephone | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize<br>[signature]<br><u>César M. Gandiaga Texidor, CPA</u><br>Name and Signature Chief, Agency or Authorized Rep.<br>9/14/15<br>Date   Telephone | **For the use of the Treasury Department**<br>Approved by:<br>[signature]<br>Name and Signature<br><br>Title<br><br>Ago/14/15<br>Date   Telephone |
|---|---|---|---|

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

CONFIDENTIAL                                                                                                                        HTA_STAY0000541

ENGLISH TRANSLATION                                                                                                              Page 010

[Logo]

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

September 29, 2015

Via Fax 721-3642

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We authorize to debit the current account No. [Redacted]000-6 of the Secretary of Treasury in the amount of **$10,000,000.00** on **September 29, 2015**, corresponding to the vouchers No. 16011005 and No. 16011006 of the agency 066 for SEPTEMBER PETROLEUM EXCISE TAX, and to transfer said amount to the bank account No. [Redacted]346-6 of the Highways and Transportation Authority.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana García Noya
Assistant Secretary
Treasury Area

**CONFIDENTIAL**                                                              HTA_STAY0000542

Page 1 of 2

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

[X] RECEIPT OF PAYMENT  ☐ RECEIPT OF PAYMENT ON OBLIGATION  ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 16011007 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 1st Oct 2015 | 10/13/15 | $ 5,000,000.00 |

Comments:  Address:

| REFERENCE OBLIGATION | | | Line | Distribution Line (Account Number) | | | | | | | Property | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | 5,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of October 2015 (Petroleum)<br><br>JP MORGAN CHASE<br>ABA# 021000021<br>SWIFT CODE: CHASUS33<br>BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R.<br>BENEFICIARY CUSTOMER ACCOUNT [Redacted]7406<br>FURTHER CREDIT: HIGHWAYS AND TRANSPORTATION AUTHORITY<br>FURTHER CREDIT ACCOUNT # [Redacted]3466 | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | [ILLEGIBLE STAMP] |

$ 5,000,000.00  Total or Subtotal  $ 5,000,000.00

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.<br>[signature]<br>Luis K. Santiago Reyes, Deputy Treasurer<br>Name and Signature Delegated Buyer | I certify that the articles and/or services were received according to the specifications.<br><br><br>[signature]<br>Name and Signature Official Certifier | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize<br>[signature]<br>César M. Gandiaga Texidor, CPA<br>Name and Signature Chief, Agency or Authorized Rep. | For the use of the Treasury Department<br>Approved by:<br>[signature]<br>Name and Signature<br>Title<br>[illegible] |
|---|---|---|---|
| Oct/13/2015 | 729-1518 | 10/14/15 | |
| Date | Telephone | Date | Telephone | Date | Telephone | Date | Telephone |

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**　　　　　　　　　　　　　　　　　　　　　　　**HTA_STAY0000543**

ENGLISH TRANSLATION　　　　　　　　　　　　　　　　　　　Page 012

Model SC 735
19 February 13
PRIFAS
Original – ACC
Copy - Agency

COMMONWEALTH OF PUERTO RICO
HIGHWAYS AND TRANSPORTATION AUTHORITY
Agency

[X] RECEIPT OF PAYMENT  ☐ RECEIPT OF PAYMENT ON OBLIGATION  ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 16011008 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 2nd Oct 2015 | 10/13/15 | $ 5,000,000.00 |

Comments:  Address:

| REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | Property | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | 5,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of October 2015 (Petroleum)<br><br>JP MORGAN CHASE<br>ABA# 021000021<br>SWIFT CODE: CHASUS33<br>BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R.<br>BENEFICIARY CUSTOMER ACCOUNT [Redacted]7406<br>FURTHER CREDIT: HIGHWAYS AND TRANSPORTATION AUTHORITY<br>FURTHER CREDIT ACCOUNT #[Redacted]3466 | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | [ILLEGIBLE STAMP] |
| | | | 5,000,000.00 | Total or Subtotal | 5,000,000.00 | | | | | | | | | |

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.<br>[signature]<br>Luis K. Santiago Reyes, Deputy Treasurer<br>Name and Signature Delegated Buyer | I certify that the articles and/or services were received according to the specifications.<br><br>Name and Signature Official Certifier | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize<br>[signature]<br>César M. Gandiaga Texidor, CPA<br>Name and Signature Chief, Agency or Authorized Rep. | For the use of the Treasury Department<br>Approved by:<br>[signature]<br>Name and Signature<br>[illegible]    Title |
|---|---|---|---|
| Oct/13/2015 | | 10/14/15 | |
| Date | 729-1518 Telephone | Date Telephone | Date Telephone |

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

CONFIDENTIAL

HTA_STAY0000544

ENGLISH TRANSLATION

Page 013

[Logo]

Commonwealth of Puerto Rico<br>
TREASURY DEPARTMENT<br>
Treasury Area

October 29, 2015

Via Fax 721-3642

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We authorize to debit the current account No. [Redacted]000-6 of the Secretary of Treasury in the amount of **$10,000,000.00** on **October 29, 2015,** corresponding to the vouchers No. 16011007 and No. 16011008 of the agency 066 for OCTOBER PETROLEUM EXCISE TAX, and to transfer said amount to the bank account No. [Redacted]346-6 of the Highways and Transportation Authority.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana García Noya
Assistant Secretary
Treasury Area



# CERTIFICATE OF ACCURACY

I, **María R. Arias**, with U.S. Legal Support, Inc., declare that I have provided Translation Services executed on this 3rd of April 2020.

Furthermore, I declare that I am a certified translator for *English and Spanish* languages and that I am competent to translate between those two languages.

I hereby certify that I have translated the attached document into English to the best of my knowledge and ability and believe this translation to be a true, accurate, and complete rendition of the original Spanish file(s) provided to me.

*Name: "HTA_STAY0000532"  (pdf file)*                    *No. of Pages: 14*

Sincerely,

*María R. Arias*                                                                04/03/2020
-----------------------------------------                    ------------------------------------
Maria R. Arias                                                                   Date
ATA-Certified Translator
English ≈ Spanish



U.S. Legal Support, Inc. – Translations Services Department – 855-538-3099
translations@uslegalsupport.com