# EXHIBIT AN

# (Ex. 35 to the Natbony Declaration, originally filed as ECF 13039-76, and ECF 789-76 in Case No. 17-BK-3567)

**<u>NATBONY REPLY DECLARATION</u>**
**<u>EXHIBIT 35</u>**

Modelo SC 735
19 febrero 13
PRIFAS

| Original – ACC |
| Copia – Agencia |

Pag. ___1___ de ___1___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

### IDENT. DEL DOCUMENTO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 16022001 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 1ra Junio 2015 | 7/24/15 | $ 594,737.13 |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| | OBLIGACION DE REFERENCIA | | Línea | | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 594,737.13 | Multas de Peajes Electrónicos Para el mes de junio 2015<br><br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENECIFIARY CUSTOMER ACCOUNT# Redacted 9874<br>BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $ 594,737.13 | E6120 | 278 | 0660000 | | 081 | 2014 | | | | |
| | | | $ 594,737.13 | Total o Subtotal | $ 594,737.13 | | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
**Redacted**
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Fecha      Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Fecha      Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
7/24/15
Fecha      Teléfono

Para uso del Departamento de Hacienda
Aprobado por:
Redacted

Nombre y Firma

Título

7/30/15
Fecha      Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000546

elo SC 735
, febrero 13

PRIFAS

| Original – ACC |
| Copia – Agencia |

Pag. _____1_____ de ____1____

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | CIFRA DE DEPENDENCIA DE INVENTARIO |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | | | | | | | Importe Total del Documento |
| EV | 066 | 16022002 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 1ra Julio 2015 | 7/31/15 | $              201,519.28 |

Comentarios:

Dirección:    Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $     201,519.28 | Multas de Peajes Electrónicos Para el mes de julio 2015<br><br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFIARY BANK: ORIENTAL BANK (BBVA)<br>BENECIFIARY CUSTOMER ACCOUNT: [Redacted] 9874<br>BENEFIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $     201,519.28 | E6120 | 278 | 0660000 | | 081 | 2014 | | | | |

|  | $     201,519.28 | Total o Subtotal | $     201,519.28 | | | | | | | | |

| Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. | Certifico que los artículos y/o servicios fueron recibidos según las especificaciones. | Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo | Para uso del Departamento de Hacienda |
|---|---|---|---|
| **Redacted**<br>Luis K. Santiago Reyes, Sub-Tesorero<br>Nombre y Firma Delegado Comprador | | **Redacted**<br>César M. Gandiaga Texidor, CPA<br>Nombre y Firma Jefe, Agencia o su Repte. Aut. | Aprobado por:<br><br>Nombre y Firma |
| | | | Título |
| Fecha | 721-8787x2707<br>Teléfono | Fecha | Teléfono | 7/31/15 Fecha | Teléfono | Fecha | Teléfono **Redacted** |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000547

Pag. _____ 1 _ de _ 1 _

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

| | | |
|---|---|---|
| ☑ COMPROBANTE DE PAGO | ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION | ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO |

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
| EV | 066 | 16022003 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 1ra Agosto 2015 | 8/12/15 | $ 184,160.76 |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 184,160.76 | Multas de Peajes Electrónicos Para el mes de agosto 2015

AUTORIDAD DE CARRETERAS Y TRANSPORTACION
ABA# 221571415
SWIFT: OBPRPRSJ
BENEFICIARY BANK: ORIENTAL BANK (BBVA)
BENECIFIARY CUSTOMER ACCOUNT#: [Redacted] 9874
BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $ 184,160.76 | E6120 | 278 | 0660000 | | 081 | 2014 | | | | |

2015 AUG 14 AM 9: 22  NEGOCIADO DE CUENTAS

| $ 184,160.76 | Total o Subtotal | $ 184,160.76 | | | Para uso del Departamento de Hacienda |
|---|---|---|---|---|---|

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
**Redacted**
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe Agencia o su Repte. Aut.
8/13/15

Aprobado por:
**Redacted**
Nombre y Firma

Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000548

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

24 de agosto de 2015

Vía Fax 721-3642

SRA MARÍA OCASIÓ
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **24 de agosto de 2015** transfieran **$980,417.17**, correspondiente al voucher 16022001 AL 16022003 para el pago de multas de peajes electrónicos de JUNIO Y JULIO, de la cuenta corriente del Secretario de Hacienda [Redacted] [Redacted]000-6 a la siguiente cuenta bancaria:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta: [Redacted] 9874**
**REF.: multas peajes electrónicos JUNIO Y JULIO/2015**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

CONFIDENTIAL

HTA_STAY0000549

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

Page 1 of 1

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

*[illeg.]*
*7/30/2015*

X RECEIPT OF PAYMENT   ☐ RECEIPT OF PAYMENT ON OBLIGATION   ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|
| CT Agen Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | |
| EV 066   16022001 | HIGHWAYS AND TRANSP. AUT. | 660433808 | D | | 1st June 2015 | 7/24/15 | $  529,737.13 | |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| | REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN Agen | Purchase Order Number / Contract Obligation | Amount | | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01  066 | | $ 594,737.13 | | Electronic Toll Fines For the month of June 2015 | $  529,737.13 | E6120 | 278 | 0660000 | | 081 | 2014 | | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT#1 Redacted 9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP AUTH. | | | | | | | | | | | |
| | | $ 529,737.13 | | **Total or Subtotal** | $ 529,737.13 | | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer
721-8787x2707

Date                    Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
7/24/15

Date                    Telephone

For the use of the Treasury Department

Approved by:

Name and Signature

Title

7/30/15

Date                    Telephone

**Preservation:** Six years or until the intervention of a comptroller, whichever occurs first.

CONFIDENTIAL

HTA_STAY0000546

ENGLISH TRANSLATION

Page 1   of   1

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

X   RECEIPT OF PAYMENT          ☐ RECEIPT OF PAYMENT ON OBLIGATION          ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | |
| EV | 066 | 16022002 | HIGHWAYS AND TRANSP. AUT. | 660433808 | D | | 1st July 2015 | 7/31/15 | $ | 201,519.28 |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 201,519.28 | Electronic Toll Fines For the month of July 2015 | $ 201,519.28 | E6120 | 278 | 066000 | | 081 | 2014 | | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT# [Redacted]9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH. | | | | | | | | | | | |

| | $ 201,519.28 | **Total or Subtotal** | $ 201,519.28 | |
|---|---|---|---|---|

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations. | I certify that the articles and/or services were received according to the specifications. | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize | For the use of the Treasury Department |
|---|---|---|---|
| Luis K. Santiago Reyes, Deputy Treasurer | | César M. Gandiaga Texidor, CPA | Approved by: |
| Name and Signature Delegated Buyer | Name and Signature Official Certifier | Name and Signature Chief, Agency or Authorized Rep. | ......,- Name and Signature |
| 721-8787x2707 | | 7/31/15 | Title |
| Date          Telephone | Date          Telephone | Date          Telephone | Date          Telephone |

**Preservation:** Six years or until the intervention of a comptroller, whichever occurs first.

[handwritten] Approved on 6/[illegible]

CONFIDENTIAL

HTA_STAY0000547

Page   1   of   1

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

**X** RECEIPT OF PAYMENT ☐ RECEIPT OF PAYMENT ON OBLIGATION ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 16022003 | HIGHWAYS AND TRANSP. AUT. | 660433808 | D | | 1st August 2015 | 8/12/15 | $ 1 184,160.76 |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 184,160.76 | Electronic Toll Fines<br>For the month of August 2015<br><br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENEFICIARY CUSTOMER ACCOUNT: [Redacted] 9874<br>BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUTH. | $ 184,160.76 | E6120 | 278 | 066000 | | 081 | 2014 | | | | |

ACCOUNTING BUREAU
2015 AUG 14 AM 9:22

| | $ 184,160.76 | Total or Subtotal | $ 184,160.76 | | For the use of the Treasury Department |
|---|---|---|---|---|---|

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer
721-8787x2707

I certify that the articles and/or services were received according to the specifications.



Name and Signature Official Certifier

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
8/13/15

Approved by:

------- | Name and Signature

Title

| Date | Telephone | Date | Telephone | Date | Telephone | Date | Telephone |
|---|---|---|---|---|---|---|---|

**Preservation:** Six years or until the intervention of a comptroller, whichever occurs first.

**CONFIDENTIAL**

HTA_STAY0000548

ENGLISH TRANSLATION

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
PUERTO RICO TREASURY DEPARTMENT
Treasury Area

August 24, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Mrs. Ocasio:

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$980,417.17** on **August 24, 2015**, corresponding to the vouchers from No. 16022001 to No. 16022003 for the payment of electronic toll fines in JUNE AND JULY, and to transfer said amount to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted]9874**
**REF.: electronic toll fines JUNE AND JULY/2015**

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

CONFIDENTIAL

HTA_STAY0000549



# CERTIFICATE OF ACCURACY

I, **María R. Arias**, with U.S. Legal Support, Inc., declare that I have provided Translation Services executed on this 3rd of April 2020.

Furthermore, I declare that I am a certified translator for ***English and Spanish*** languages and that I am competent to translate between those two languages.

I hereby certify that I have translated the attached document into English to the best of my knowledge and ability and believe this translation to be a true, accurate, and complete rendition of the original Spanish file(s) provided to me.

*Name: "HTA_STAY0000546"  (pdf file)*              *No. of Pages: 04*

Sincerely,

*María R. Arias*                                          04/03/2020
-----------------------------------------          -----------------------------------
Maria R. Arias                                              Date
ATA-Certified Translator
English ≈ Spanish



Verify at www.atanet.org/verify

U.S. Legal Support, Inc. – Translations Services Department – 855-538-3099
translations@uslegalsupport.com