# EXHIBIT AO

# (Ex. 36 to the Natbony Declaration, originally filed as ECF 13039-77 through ECF 13039-88, and ECF 789-77 through 789-88 in Case No. 17-BK-3567) - Part 3

**NATBONY REPLY DECLARATION**
**EXHIBIT 36– Part 3**

Modelo SC 735  
19 febrero 13  
PRIFAS  
Original – ACC  
Copia – Agencia

Pag. 2 de 3

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

[x] COMPROBANTE DE PAGO    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

### IDENT. DEL DOCUMENTO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|----|------|---------------------|----------------------|----------------------|-----|---------------------|--------------------|--------|------------------------------|
| EV | 066 | 15000029 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15000029 | 3/16/15 | $ 6,000,000.00 |

Comentarios:  
Dirección: P.O. Box 42007, San Juan, P.R. 00940-2007

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
|----|------|-----------------------------------------------------|---------|-------------|---------|--------|-------|--------------|-------|------|-----------|---------------------|-----|-------|--------|
| 01 | 066 | | $6,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de marzo 2015 (Gasolina, Disel y Marbetes) <br><br> AUTORIDAD DE CARRETERAS Y TRANSPORTACION <br> ABA# 221571415 <br> SWIFT: OBPRPRSJ <br> BENEFICIARY BANK: ORIENTAL BANK (BBVA) <br> BENECIFIARY CUSTOMER ACCOUNT# Redacted 9874 <br> BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |

Total o Subtotal: $ 6,000,000.00    $ 6,000,000.00

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.  
**Redacted**  
Luis K. Santiago Reyes, Sub-Tesorero  
Nombre y Firma Delegado Comprador  
721-8787x2707  
Fecha    Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.  
Nombre y Firma Oficial Certificador  
Fecha    Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo  
**Redacted**  
César M. Gandiaga Texidor, CPA  
Nombre y Firma Jefe, Agencia o su Repte. Aut.  
3/16/15  
Fecha    Teléfono

Para uso del Departamento de Hacienda  
Aprobado por:  
**Redacted**  
Nombre y Firma  
Título  
3/18/15  
Fecha    Teléfono

2015 MAR 17 PM 3: 09  
DEPARTAMENTO DE HACIENDA

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pend.

Pag. 3 de 3

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

[✓] COMPROBANTE DE PAGO    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

**IDENT. DEL DOCUMENTO**

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 15000030 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15000030 | 3/16/15 | $ 6,000,000.00 |

Comentarios:    Dirección: P.O. Box 42007, San Juan, P.R. 00940-2007

**CIFRA DE DEPENDENCIA DE INVENTARIO**

| OBLIGACION DE REFERENCIA | | Línea | | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $6,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de marzo 2015 (Gasolina, Disel y Marbetes) AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT#:[Redacted]9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $6,000,000 | E6120 | 278 | 0660000 | | 781 ~~781~~ | 2014 | | | | |

Total o Subtotal: $ 6,000,000.00    $ 6,000,000.00

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. [Redacted]

Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707
Fecha / Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha / Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

[Redacted]
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe Agencia o su Repte. Aut.
3/16/15
Fecha / Teléfono

Para uso del Departamento de Hacienda
Aprobado por: [Redacted]
Nombre y Firma
Título
4/09/2015
Fecha / Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.



Modelo SC 735
19 febrero 13
**PRIFAS**
Original – ACC
Copia – Agencia

Pag. 1 de 1

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

### IDENT. DEL DOCUMENTO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 15066031 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15066031 | 4/15/15 | $ 1,666,000.00 |

Comentarios:                                                                                   Dirección:

### OBLIGACION DE REFERENCIA / Línea / Línea de Distribución (Cifra de Cuenta) / Propiedad

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 066 | | $ 1,666,000.00 | Arbitrios de Cigarrillo<br>Nuevos ingresos para el mes de MARZO 2015, de conformidad con Memo de la Secretaria de Hacienda.<br><br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta [Redacted]427-6 para repago de obligaciones vigentes de la Autoridad | $ 1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |

Draft

| $ 1,666,000.00 | Total o Subtotal | $ 1,666,000.00 |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
Redacted
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707
Fecha                  Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha                  Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
4/15/15
Fecha                  Teléfono

Para uso del Departamento de Hacienda
Aprobado por:
**Redacted**       Nombre y Firma
4/16/2015          Título
Fecha                  Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000567