# EXHIBIT AO

# (Ex. 36 to the Natbony Declaration, originally filed as ECF 13039-77 through ECF 13039-88, and ECF 789-77 through 789-88 in Case No. 17-BK-3567) - Part 4

**<u>NATBONY REPLY DECLARATION</u>**
**<u>EXHIBIT 36– Part 4</u>**

Modelo SC 714
19 febrero 13

Original – Agencia
Copia – Corresp. Hac.
Copia - Area

**PRIFAS**

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**

Aut. de Carreteras y Transp.
Agencia

**HOJA DE CONTROL – PRIFAS**

| Para Uso de Recibo y Despacho de Documentos Fiscales (Hacienda) |
|---|
| Negociado de Cuentas |
| Negociado de Intervenciones |
| Area del Tesoro |
| Otro |

Número: _____ 15000025 _____   Fecha de Origen (Agencia): _____ 4/29/2015 _____   Número de SC: _____ 735 _____
(YYYY AAA 123456)                                        (MM DD AAAA)                                    (SC_____)

| Núm. | Número de Documento | Comentarios |
|---|---|---|
| 1 | 15066032 | MARBETES |
| 2 | 15066033 | MULTAS |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |

2015 APR 29 PM 3: 07

Luis A. Santiago Reyes, MBA, CPA
Nombre y Firma Autorizada Agencia Remitente

(787) 721-8787 x 2707          (787) 729-1522
Teléfono                              Fax

CONFIDENTIAL

HTA_STAY0000568

Modelo SC 735

19 febrero 13

**PRIFAS**

Original – ACC
Copia – Agencia

Pag. _____ 1 _____ de _____ 1 _____

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO |
| EV | 066 | 15066032 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15066032 | 4/28/15 | $ 4,883,611.87 |

Comentarios:

Dirección:    Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 4,883,611.87 | Marbete (C 1276) marzo 2015 Enmendar Art. 23.01 Ley 22-2000 , según enmendada, conocida como "Ley de Vehículos y Transito de PR". Ingresos Nuevos. AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta Redacted 427-6 para repago de obligaciones vigentes de la Autoridad | $ 4,883,611.87 | E6120 | 278 | 0660000 | | 003 | 2014 | | | | |

Chez: **Redacted** 0256

Fecha: 05/06/2015

| | $ 4,883,611.87 | Total o Subtotal | $ 4,883,611.87 | Para uso del Departamento de Hacienda |
|---|---|---|---|---|

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. **Redacted**

Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Fecha          Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Fecha          Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo **Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
4/29/15
Fecha          Teléfono

Aprobado por: **Redacted**
**Redacted**
Nombre y Firma
Título
4/29/15
Fecha          Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000569

Modelo SC 735
19 febrero 13
**PRIFAS**

Original – ACC
Copia – Agencia

Pag. _____ 1 _____ de _____ 1 _____

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO     ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION     ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | CIFRA DE DEPENDENCIA DE INVENTARIO Importe Total del Documento | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | | | | | | | | |
| EV | 066 | 15066033 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15066033 | 4/28/15 | $ | 481,171.80 |

Comentarios:

Dirección:   Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $    481,171.80 | Multas de Peajes Electrónicos Para el mes de marzo 2015 | $    481,171.80 | E6120 | 278 | 0660000 | | 081 | 2014 | | | | |
| | | | | AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | | | | | | | | | | | |
| | | | $    481,171.80 | Total o Subtotal | $    481,171.80 | | | | | | | | | | |

*Chcg. Redacted 0255*
*05/06/2015*

| Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. **Redacted** | Certifico que los artículos y/o servicios fueron recibidos según las especificaciones. | Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo **Redacted** | Para uso del Departamento de Hacienda Aprobado por: **Redacted** |
|---|---|---|---|
| Luis K. Santiago Reyes, Sub-Tesorero Nombre y Firma Delegado Comprador | Nombre y Firma Oficial Certificador | César M. Gandiaga Texidor, CPA Nombre y Firma Jefe, Agencia o su Repte. Aut. | Nombre y Firma Título |
| Fecha | 721-8787x2707 Teléfono | Fecha        Teléfono | 4/29/15 Fecha | Teléfono | 4/29/15 Fecha | Teléfono |

**Conservación:** Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000570

Modelo SC 714
19 febrero 13

Original – Agencia
Copia – Corresp. Hac.
Copia - Area
**PRIFAS**

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**

Aut. de Carreteras y Transp.
Agencia

**HOJA DE CONTROL – PRIFAS**

Número: 15000037
(YYYY AAA 123456)

Fecha de Origen (Agencia): 5/18/15
(MM DD AAAA)

Número de SC: 735
(SC____)

Para Uso de Recibo y Despacho de Documentos Fiscales (Hacienda)

Negociado de Cuentas
Negociado de Intervenciones
Area del Tesoro
Otro

2015 MAY 18 PM 3:14

| Núm. | Número de Documento | Comentarios |
|------|---------------------|-------------|
| 1 | 15066034 | CIGARRILLOS |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |

Luis K. Santiago Reyes, MBA, CPA
Nombre y Firma Autorizada Agencia Remitente

Redacted

(787) 721-8787 x 2707
Teléfono

(787) 729-1522
Fax

CONFIDENTIAL

HTA_STAY0000571

Modelo SC 735
19 febrero 13
**PRIFAS**

| Original – ACC |
|---|
| Copia – Agencia |

Pag. _____ 1 _____ de _____ 1 _____

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO     ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION     ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 066 | 15066034 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15066034 | 5/18/15 | $ | 1,666,000.00 |

Comentarios:     Dirección:

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $  1,666,000.00 | Arbitrios de Cigarrillo<br><br>Nuevos ingresos para el mes de ABRIL 2015, de conformidad con Memo de la Secretaria de Hacienda.<br><br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta [Redacted] 427-6 para repago de obligaciones vigentes de la Autoridad | $  1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |

|  | $ 1,666,000.00 | Total o Subtotal | $  1,666,000.00 |
|---|---|---|---|

| Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. **Redacted** | Certifico que los artículos y/o servicios fueron recibidos según las especificaciones. | Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo **Redacted** | Para uso del Departamento de Hacienda<br>Aprobado por **Redacted**<br>**Redacted** |
|---|---|---|---|
| Luis K. Santiago Reyes, Sub-Tesorero<br>Nombre y Firma Delegado Comprador | Nombre y Firma Oficial Certificador | César M. Gandiaga Texidor, CPA<br>Nombre y Firma Jefe, Agencia o su Repte. Aut. | Nombre y Firma |
| 721-8787x2707 | | | Título |
| ___ Fecha ___ | Teléfono | ___ Fecha ___ | Teléfono | ___ Fecha ___ | Teléfono | ___ Fecha ___ | Teléfono |

**Conservación:** Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000572