# EXHIBIT AO

# (Ex. 36 to the Natbony Declaration, originally filed as ECF 13039-77 through ECF 13039-88, and ECF 789-77 through 789-88 in Case No. 17-BK-3567) - Part 5

**NATBONY REPLY DECLARATION**
**EXHIBIT 36– Part 5**

Modelo SC 735

Original – ACC
Copia – Agencia

Pag. 1 de 2

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

[✓] COMPROBANTE DE PAGO    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
| EV | 066 | 15000034 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15000034 | 4/15/2015 | $ 5,000,000.00 |

Comentarios:                                    Dirección:

| OBLIGACION DE REFERENCIA | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $5,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de abril 2015 (Petroleo)  AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $5,000,000 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |

$ 5,000,000.00    Total o Subtotal    $ 5,000,000.00

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. Redacted
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
Redacted
Fecha    Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.
Nombre y Firma Oficial Certificador
Fecha    Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
Redacted
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
4/15/15
Fecha    Teléfono

Para uso del Departamento de Hacienda
Aprobado por: Redacted
Redacted
Nombre y Firma
Título
4/23/2015
Fecha    Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

Modelo SC 735
19 febrero
PR!F..3
Original – ACC
Copia – Agencia

Pag. 1 de 2

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | | | | | | | |
| EV | 066 | 15000035 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15000035 | 4/15/2015 | $ 5,000,000.00 |

Comentarios:   Dirección:

CIFRA DE DEPENDENCIA DE INVENTARIO

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $5,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de abril 2015 (Petroleo)<br><br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENECIFIARY CUSTOMER ACCOUNT#: Redacted 9874<br>BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $5,000,000 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |
| | | | $ 5,000,000.00 | Total o Subtotal | $ 5,000,000.00 | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. **Redacted**
Redacted
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
729-1518
Fecha   Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha   Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe Agencia o su Repte. Aut.
4/15/15
Fecha   Teléfono

Para uso del Departamento de Hacienda
Aprobado por: **Redacted**
**Redacted**
Nombre y Firma
Título
4/23/2015
Fecha   Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000574

Modelo SC 735
19 febrero 13
**PRIFAS**
Original – ACC
Copia – Agencia

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

Pag. 1 de 1

[✓] COMPROBANTE DE PAGO   [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION   [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
| EV | 066 | 15066036 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15066036 | 5/27/15 | $ 4,898,905.17 |

Comentarios:    Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 4,898,905.17 | Marbete (C 1276) abril 2015<br>Enmendar Art. 23.01 Ley 22-2000, según enmendada, conocida como "Ley de Vehículos y Transito de PR".<br>Ingresos Nuevos.<br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento<br>a la cuenta [Redacted]427-6<br>para repago de obligaciones vigentes de la Autoridad | $ 4,898,905.17 | E6120 | 278 | 0660000 | | 003 | 2014 | | | | |
| | | | $ 4,898,905.17 | Total o Subtotal | $ 4,898,905.17 | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. **Redacted**
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707
Fecha   Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.
**Redacted**
Nombre y Firma Oficial Certificador
5/27/15
Fecha   Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
Fecha   Teléfono

Para uso del Departamento de Hacienda
Aprobado por: **Redacted**
**Redacted**
Nombre y Firma
5/27/2015
Título
Fecha   Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL   HTA_STAY0000575

Modelo SC-735
19 febrero 13

Original – Agencia
Copia – Corresp. Hac.
Copia - Area
**PRIFAS**

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**

Aut. de Carreteras y Transp.
Agencia

Hoja de Recibo y Despacho de Documentos Fiscales (Hacienda)

Negociado de Cuentas ☐
Negociado de Intervenciones ☐
Area del Tesoro ☐
Otro _____ ☐

## HOJA DE CONTROL – PRIFAS

Número: __15000023__      Fecha de Origen (Agencia): __4/15/2015__   Número de SC: __735__
(YYYY AAA 123456)              (MM DD AAAA)                    (SC_____)

| Núm. | Número de Documento | Comentarios |
|---|---|---|
| 1 | 15000031 | GASOLINA |
| 2 | 15000032 | GASOLINA |
| 3 | 15000033 | GASOLINA |
| 4 | 15000034 | PETROLEO |
| 5 | 15000035 | PETROLEO |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | Redacted | |
| | Redacted | |

Luis K. Santiago Reyes, MBA, CPA          (787) 721-8787 x 2707      (787) 729-1522
Nombre y Firma Autorizada Agencia Remitente     Teléfono                Fax

CONFIDENTIAL
HTA_STAY0000576