# EXHIBIT AO

# (Ex. 36 to the Natbony Declaration, originally filed as ECF 13039-77 through ECF 13039-88, and ECF 789-77 through 789-88 in Case No. 17-BK-3567) - Part 7

**NATBONY REPLY DECLARATION**
**EXHIBIT 36– Part 7**

CONFIDENTIAL

Modelo SC 6033
1 - JUL 98
Original - PRIFAS
Copia - Negociado
**PRIFAS**

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
AREA DE LA CONTABILIDAD CENTRAL DE GOBIERNO

A LOS ARCHIVOS DEL SISTEMA

| | |
|---|---|
| Negociado: CONTABILIDAD CENTRAL | **Para uso exclusivo de PRIFAS** |
| División o Sección: Seccion de Pago ( ofic. 319) | Cambio efectuado por: |
| Archivo: | |
| Fecha de Solicitud: 19/Mayo/2015ms2 MM/DD/AA | FECHA    HORA |
| ☐ se añada  ☐ se elimine | |

Saludos :

Favor de Levantar el Control Para Retirar de la Cuenta Arriba Indicada a ser Usados por

Para la **Agencia** para sus Fines de Lucro Corp. ( AUT. CARR. Y TRANSP. )

Para el Mes de Mayo del 2015-sm2 ( Gasolina , Disel y Marbetes )

066-15000038   $ 6,000,000.⁰⁰    Y 066   15000037  $6,000,000.⁰⁰

JUSTIFICACION:

Reembolso de Primas

CORRESPONDIENTE A LA 1RA

Quincena del Mes de Mayo del 2015-SM2

Por la Cantidad Total de $ 6,000,000.00 los dos Comprobantes.

Redacted
Marcelino Lebron Lebron
NOMBRE DEL SOLICITANTE EN LETRA

Redacted
Angela Soto Toro
FIRMA DEL DIRECTOR DEL NEGOCIADO O SU REPRESENTANTE AUTORIZADO

FIRMA DEL DIRECTOR DE PRIFAS O SU REPRESENTANTE AUTORIZADO
Redacted
Jayson O. Padilla Morales
FIRMA DEL SECRETARIO AUXILIAR DEL AREA DE LA CONTABILIDAD CENTRAL DE GOBIERNO O SU REPRESENTANTE AUTORIZADO

Redacted
FIRMA DEL SOLICITANTE

19/Mayo/2015ms2      19/Mayo/2015ms2      19/Mayo/2015ms2
FECHA                FECHA                FECHA

CONSERVACION: Seis años o una intervención del Contralor, lo que ocurra primero

HTA_STAY0000581

Modelo SC 735
19 febrero 13
**PRIFAS**
Original – ACC
Copia – Agencia

Pag. 1 de 3

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

[✓] COMPROBANTE DE PAGO    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
| EV | 066 | 15000037 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15000037 | 5/18/15 | $ 6,000,000.00 |

Comentarios:    Dirección: P.O. Box 42007, San Juan, P.R. 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $6,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de mayo 2015 (Gasolina, Disel y Marbetes) AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |

$ 6,000,000.00   Total o Subtotal   $ 6,000,000.00

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. **Redacted**
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
**Redacted**
Fecha   Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha   Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
5/18/15
Fecha   Teléfono

Para uso del Departamento de Hacienda
Aprobado por **Redacted**
**Redacted**
Nombre y Firma
May 19/15
Título
Fecha   Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL    HTA_STAY0000582

Modelo SC 735
19 febrero 13
**PRIFAS**
Original – ACC
Copia – Agencia

Pag. 2 de 3

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

[✓] COMPROBANTE DE PAGO   [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION   [✓] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

### IDENT. DEL DOCUMENTO / CIFRA DE DEPENDENCIA DE INVENTARIO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 15000038 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15000038 | 5/18/15 | $ 6,000,000.00 |

Comentarios:    Dirección: P.O. Box 42007, San Juan, P.R. 00940-2007

### OBLIGACION DE REFERENCIA / Línea / Línea de Distribución (Cifra de Cuenta) / Propiedad

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 066 | | $6,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de mayo 2015 (Gasolina, Disel y Marbetes) AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |

$ 6,000,000.00   Total o Subtotal   $ 6,000,000.00

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. Redacted
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
Redacted
Fecha   Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.
Nombre y Firma Oficial Certificador
Fecha   Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo Redacted
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
5/18/15
Fecha   Teléfono

Para uso del Departamento de Hacienda
Aprobado por: Redacted
Redacted
Nombre y Firma
5/19/15
Título
Fecha   Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000583

Modelo SC 735
19 febrero 13
**PRIFAS**
Original – ACC
Copia – Agencia

Pag. 3 de 3

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

[✓] COMPROBANTE DE PAGO   [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION   [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

### IDENT. DEL DOCUMENTO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|----|------|---------------------|---------------------|---------------------|----|--------------------|--------------------|-------|------------------------------|
| EV | 066 | 15000039 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15000039 | 5/18/15 | $ 6,000,000.00 |

Comentarios:   Dirección: P.O. Box 42007, San Juan, P.R. 00940-2007

### CIFRA DE DEPENDENCIA DE INVENTARIO

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
|----|------|------|---------|-------------|---------|--------|-------|--------------|-------|------|-----------|--------------------|-----|-------|--------|
| 01 | 066 | | $6,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de mayo 2015 (Gasolina, Disel y Marbetes) AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |

$ 6,000,000.00 Total o Subtotal $ 6,000,000.00

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. Redacted
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
Redacted
Fecha                    Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha                    Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
Redacted
César M. Gandiagá Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
Fecha                    Teléfono

Para uso del Departamento de Hacienda
Aprobado por: Redacted
Redacted
Nombre y Firma
Título
Fecha                    Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.