# EXHIBIT AO

# (Ex. 36 to the Natbony Declaration, originally filed as ECF 13039-77 through ECF 13039-88, and ECF 789-77 through 789-88 in Case No. 17-BK-3567) - Part 8

**NATBONY REPLY DECLARATION**
**EXHIBIT 36– Part 8**

Modelo SC 735
19 febrero 13

**PRIFAS**
Original – ACC
Copia – Agencia

Pag. ___1___ de ___2___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

MY190187

| | ☑ COMPROBANTE DE PAGO | ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION | ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO |

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO |

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 15000040 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15000040 | 5/18/15 | $ 5,000,000.00 |

Comentarios:                                               Dirección:

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $5,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de MAYO 2015 (Petroleo)  AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT Redacted 0874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $5,000,000 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |
| | | $ 5,000,000.00 | | Total o Subtotal | $ 5,000,000.00 | | | | | | | | | | |

| Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicad **Redacted** ada se hizo conforme a la reglam | Certifico que los artículos y/o servicios fueron recibidos según las especificaciones. | Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aproba **Redacted** cual autorizo | Para uso del Departamento de Hacienda **Redacted** |
|---|---|---|---|
| Luis R. Santiago Reyes, Sub-Tesorero Nombre y Firma Delegado Comprador | Nombre y Firma Oficial Certificador | César M. Gandiaga Texidor, CPA Nombre y Firma Jefe, Agencia o su Repte. Aut. | Nombre y Firma |
| | | | Título |
| Fecha | 729-1518 Teléfono | Fecha | Teléfono | 5/18/15 Fecha | Teléfono | MY 18/15 Fecha | Teléfono |

**Conservación:** Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

Modelo SC 735
19 febrero 13

**PRIFAS**
Original – ACC
Copia – Agencia

Pag. ___2___ de ___2___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**AUTORIDAD DE CARRETERAS Y TRANSPORTACION**
Agencia

☑ COMPROBANTE DE PAGO     ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION     ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
| EV | 066 | 15000041 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15000041 | 5/18/15 | $                5,000,000.00 |

Comentarios:

Dirección:

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $5,000,000 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de MAYO 2015 (Petroleo)  AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $5,000,000 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |
| | | $ 5,000,000.00 | | **Total o Subtotal** | $ 5,000,000.00 | | | | | | | | | | |

| Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. Redacted | Certifico que los artículos y/o servicios fueron recibidos según las especificaciones. | Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo | Para uso del Departamento de Hacienda Aprobado por: Redacted Redacted |
|---|---|---|---|
| Luis R. Santiago Reyes, Sub-Tesorero Nombre y Firma Delegado Comprador | Nombre y Firma Oficial Certificador | **Redacted** César M. Gandiaga Texidor, CPA Nombre y Firma Jefe Agencia o su Repte. Aut. | Nombre y Firma Título |
| Fecha | 729-1518 Teléfono | Fecha | Teléfono | 5/18/15 Fecha | Teléfono | 05/18/15 Fecha | Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000586

CONFIDENTIAL

19 febrero 13

| Original – Agencia |
| Copia – Corresp. Hac. |
| Copia - Area |
| **PRIFAS** |

ESTADO LIBRE ASOCIADO DE PUERTO RICO

Aut. de Carreteras y Transp.
Agencia

Fiscales (Hacienda)

| Negociado de Cuentas | ☐ |
| Negociado de Intervenciones | ☐ |
| Area del Tesoro | ☐ |
| Otro _____ | ☐ |

## HOJA DE CONTROL – PRIFAS

Número: ____15000040____   Fecha de Origen (Agencia): __6/10/15__   Número de SC: __735__
(YYYY AAA 123456)                                     (MM DD AAAA)                          (SC_____)

| Núm. | Número de Documento | Comentarios |
|------|---------------------|-------------|
| 1 | 15066037 | MULTAS DE PEAJE ELECT. (MAYO 2015) |
| 2 | 15000042 | REMANENTE DE GASOLINA (MAYO 2015) |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | Redacted | |

**Redacted**

| Luis K. Santiago Reyes, MBA, CPA | (787) 721-8787 x 2707 | (787) 729-1522 |
| Nombre y Firma Autorizada Agencia Remitente | Teléfono | Fax |

HTA_STAY0000567

Modelo SC 735
19 febrero '3
PRIFA5

Original – ACC
Copia – Agencia

Pag. \_\_\_1\_\_\_ de \_\_\_1\_\_\_

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO          ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION          ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
| EV | 066 | 15066037 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15066037 | 6/16/15 | $ 185,806.70 |

Comentarios:

Dirección:  Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Linea | | Linea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 185,806.70 | Multas de Peajes Electrónicos Para el mes de mayo 2015 AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $ 185,806.70 | E6120 | 278 | 0660000 | | 081 | 2014 | | | | |
| | | | $ 185,806.70 | Total o Subtotal | $ 185,806.70 | | | | | | | | | | |

| Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. **Redacted** | Certifico que los artículos y/o servicios fueron recibidos según las especificaciones. | Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo **Redacted** | Para uso del Departamento de Hacienda |
|---|---|---|---|
| Luis K. Santiago Reyes, Sub-Tesorero | | César M. Gandiaga Teixidor, CPA | Aprobado por: **Redacted** |
| Nombre y Firma Delegado Comprador | Nombre y Firma Oficial Certificador | Nombre y Firma Jefe, Agencia o su Repte. Aut. | Nombre y Firma |
| 721-8787x2707 | | | Titulo |
| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000588