# EXHIBIT AO

# (Ex. 36 to the Natbony Declaration, originally filed as ECF 13039-77 through ECF 13039-88, and ECF 789-77 through 789-88 in Case No. 17-BK-3567) - Part 9

**NATBONY REPLY DECLARATION**
**EXHIBIT 36– Part 9**

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. 1 de 1

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

[✓] COMPROBANTE DE PAGO   [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION   [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | | | | | | | |
| EV | 066 | 15066037 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15066037 | 6/10/15 | $ 185,966.70 |

Comentarios:   Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

CIFRA DE DEPENDENCIA DE INVENTARIO

| OBLIGACION DE REFERENCIA | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 185,966.70 | Multas de Peajes Electrónicos Para el mes de mayo 2015<br><br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENECIFIARY CUSTOMER ACCOUNT# Redacted 9874<br>BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $ 185,966.70<br>185,806.70 | E6120 | 278 | 0660000 | | 081 | 2014 | | | |

$ 185,966.70   Total o Subtotal   $ 185,966.70

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.   **Redacted**
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707
Fecha   Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.
Nombre y Firma Oficial Certificador
Fecha   Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
6/11/15
Fecha   Teléfono

Para uso del Departamento de Hacienda
Aprobado por:

Nombre y Firma
Título
Fecha   Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000589

Modelo SC 735
19 febrero 13

**PRIFAS**
Original – ACC
Copia – Agencia

Pag. 2 de 3

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**AUTORIDAD DE CARRETERAS Y TRANSPORTACION**
Agencia

6/22/2015   15000047

[ ✓ ] COMPROBANTE DE PAGO     [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION     [ ✓ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

### IDENT. DEL DOCUMENTO / CIFRA DE DEPENDENCIA DE INVENTARIO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 15000042 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15000047 | 6/10/15 | $ 3,890,180.06 |

Comentarios:     Dirección: P.O. Box 42007, San Juan, P.R. 00940-2007

| | OBLIGACION DE REFERENCIA | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | 3,890,180.06 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de mayo 2015 (Gasolina, Disel y Marbetes)  AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# [Redacted] 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $3,890,180 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | $ 3,890,180.06 | Total o Subtotal   $ 3,890,180.06 | | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
[Redacted]
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707
Fecha     Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha     Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
[Redacted]
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
6/11/15
Fecha     Teléfono

Para uso del Departamento de Hacienda
Aprobado por [Redacted]
[Redacted]
[Redacted] Nombre y Firma
Título
Fecha     Teléfono

**Conservación:** Seis años o una intervención del Contralor, lo que ocurra primero.

Modelo SC 735
19 febrero 13
**PRIFAS**
Original – ACC
Copia – Agencia

Pag. 1 de 1

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

### IDENT. DEL DOCUMENTO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 15066038 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15066038 | 6/16/15 | $ 1,666,000.00 |

Comentarios:                                                                 Dirección:

### OBLIGACION DE REFERENCIA / Línea / Línea de Distribución (Cifra de Cuenta) / Propiedad

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 066 | | $ 1,666,000.00 | Arbitrios de Cigarrillo<br>Nuevos ingresos para el mes de MAYO 2015, de conformidad con Memo de la Secretaria de Hacienda.<br><br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION<br>en el Banco Gubernamental de Fomento<br>a la cuenta [Redacted]427-6<br>para repago de obligaciones vigentes de la Autoridad | $ 1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |
| | | | $ 1,666,000.00 | Total o Subtotal | $ 1,666,000.00 | | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.  **Redacted**
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707
Fecha                                    Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha                                    Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
6/16/15
Fecha                                    Teléfono

Para uso del Departamento de Hacienda
Aprobado por
**Redacted**    **Redacted**   Nombre y Firma
                                       Título
6/16/2015
Fecha                                    Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL                                                                                                   HTA_STAY0000591

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**

Modelo SC 714
19 febrero 13

Original – Agencia
Copia – Corresp. Hac.
Copia - Area
**PRIFAS**

Para Uso de Recibo y Despacho de Documentos Fiscales (Hacienda)

☐ Negociado de Cuentas
☐ Negociado de Intervenciones
☐ Area del Tesoro
☐ Otro

Aut. de Carreteras y Transp.
Agencia

## HOJA DE CONTROL – PRIFAS

Número: 15000041
(YYYY AAA 123456)

Fecha de Origen (Agencia): 6/22/15
(MM DD AAAA)

Número de SC: 735 (SC_____)

DEPARTAMENTO DE HACIENDA
NEG. DE INTERVENCIONES
SECCION DE PAGOS

2015 JUN 23 AM 10: 19

| Núm. | Número de Documento | Comentarios |
|---|---|---|
| 1 | 15066039 | MARBETES (MAYO 2015) |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |

Luis K. Santiago Reyes, MBA, CPA
Nombre y Firma Autorizada Agencia Remitente

(787) 721-8787 x 2707
Teléfono

(787) 729-1522
Fax

CONFIDENTIAL

HTA_STAY0000592