# EXHIBIT AO

# (Ex. 36 to the Natbony Declaration, originally filed as ECF 13039-77 through ECF 13039-88, and ECF 789-77 through 789-88 in Case No. 17-BK-3567) - Part 10

**NATBONY REPLY DECLARATION**
**EXHIBIT 36– Part 10**

Modelo SC 735
19 febrero 13
**PRIFAS**
Original – ACC
Copia – Agencia

Pag. 1 de 1

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
| EV | 066 | 15066039 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15066039 | 6/22/15 | $ 2,131,468.22 |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 2,131,468.22 | Marbete (C 1276) mayo 2015<br>Enmendar Art. 23.01 Ley 22-2000, según enmendada,<br>conocida como "Ley de Vehículos y Transito de PR".<br>Ingresos Nuevos.<br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION<br>en el Banco Gubernamental de Fomento<br>a la cuenta [Redacted] 427-6<br>para repago de obligaciones vigentes de la Autoridad | $ 2,131,468.22 | E6120 | 278 | 0660000 | | 003 | 2014 | | | | |

$ 2,131,468.22 Total o Subtotal    $ 2,131,468.22

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. **Redacted**
[Redacted] Luis R. Santiago Reyes, Sub-Tesorero
[Redacted] Nombre y Firma Delegado Comprador
721-8787x2707
Fecha       Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha       Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga Texidor, CPA [Redacted]
Nombre y Firma Jefe, Agencia o su Repte. Aut.
6/22/15
Fecha       Teléfono

Para uso del Departamento de Hacienda
Aprobado por:
**Redacted**   **Redacted**
**Redacted**   Nombre y Firma
            Título
7/02/2015
Fecha       Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000593

Modelo SC 735
19 febrero 13
**PRIFAS**
Original – ACC
Copia – Agencia

*Error*

Pag. 1 de 3

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

[✓] COMPROBANTE DE PAGO    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

**IDENT. DEL DOCUMENTO**

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 15000042 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15000042 | 6/16/15 | $ 6,000,000.00 |

Comentarios:    Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

**CIFRA DE DEPENDENCIA DE INVENTARIO**

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 6,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de junio 2015 (Gasolina, Disel y Marbetes) AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# [Redacted] 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $ 6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | $ 6,000,000.00 | Total o Subtotal | $ 6,000,000.00 | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. **Redacted**
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707
Fecha    Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha    Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
6/16/15
Fecha    Teléfono

Para uso del Departamento de Hacienda
Aprobado por: **Redacted**
**Redacted**
Redacted Nombre y Firma
Título
6/18/2015
Fecha    Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

Modelo SC 735
19 febrero 13
**PRIFAS**
Original – ACC
Copia – Agencia



Pag. 2 de 3

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

### IDENT. DEL DOCUMENTO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 15000043 | AUT. CARRETERAS Y TRANSP. | 660433808 | D |  | 15000043 | 6/16/15 | $ 6,000,000.00 |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

### OBLIGACION DE REFERENCIA / Línea / Línea de Distribución (Cifra de Cuenta) / Propiedad

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 066 |  | $ 6,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de junio 2015 (Gasolina, Disel y Marbetes)<br><br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENECIFIARY CUSTOMER ACCOUNT# [Redacted] 9874<br>BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $ 6,000,000.00 | E6120 | 278 | 0660000 |  | 781 | 2014 |  |  |  |  |

$ 6,000,000.00 Total o Subtotal   $ 6,000,000.00

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. [Redacted]
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707
Fecha | Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.
Nombre y Firma Oficial Certificador
Fecha | Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
Cesar M. Gandiaga Texidor, CPA
6/16/15 Nombre y Firma Jefe, Agencia o su Repte. Aut.
Fecha | Teléfono

Para uso del Departamento de Hacienda
Aprobado por: **Redacted**
**Redacted** Nombre y Firma
6/18/2015
Fecha   Título   Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

Modelo SC 735
19 febrero 13
**PRIFAS**
Original – ACC
Copia – Agencia

Pag. 3 de 3

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
| EV | 066 | 15000044 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 15000044 | 6/16/15 | $ 6,000,000.00 |

Comentarios:   Dirección: Centro Gubernamental Minillas, Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 6,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de junio 2015 (Gasolina, Disel y Marbetes) AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT# Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $ 6,000,000.00 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |

$ 6,000,000.00  Total o Subtotal  $ 6,000,000.00

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. Redacted
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707
Fecha | Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.
Nombre y Firma Oficial Certificador
Fecha | Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo.
Redacted
Cesar M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
6/16/15
Fecha | Teléfono

Para uso del Departamento de Hacienda
Aprobado por Redacted
Redacted
Nombre y Firma
7/15/2015
Fecha  Título  Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.