# EXHIBIT AO

# (Ex. 36 to the Natbony Declaration, originally filed as ECF 13039-77 through ECF 13039-88, and ECF 789-77 through 789-88 in Case No. 17-BK-3567) - Part 11

**NATBONY REPLY DECLARATION**
**EXHIBIT 36– Part 11**

Modelo SC 735
19 febrero 13
**PRIFAS**
Original – ACC
Copia – Agencia

Pag. 1 de 2

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

[x] COMPROBANTE DE PAGO   [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION   [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

**IDENT. DEL DOCUMENTO** / **CIFRA DE DEPENDENCIA DE INVENTARIO**

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 15000045 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15000045 | 6/16/15 | $ 5,000,000.00 |

Comentarios:   Dirección:

**OBLIGACION DE REFERENCIA** / **Línea** / **Línea de Distribución (Cifra de Cuenta)** / **Propiedad**

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 066 | | 5,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de JUNIO 2015 (Petroleo)  AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT#: Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |

$ 5,000,000.00   Total o Subtotal   $ 5,000,000.00

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. Redacted
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
729-1518
Fecha / Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.
Nombre y Firma Oficial Certificador
Fecha / Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
Redacted
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
6/16/15
Fecha / Teléfono

Para uso del Departamento de Hacienda
Aprobado por: Redacted
Redacted
Nombre y Firma
Título
6/18/2015
Fecha / Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL                                                                 HTA_STAY0000597

Modelo SC 735
19 febrero 13
**PRIFAS**
Original – ACC
Copia – Agencia



Pag. ___2___ de ___2___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

[✓] COMPROBANTE DE PAGO     [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION     [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

### IDENT. DEL DOCUMENTO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 15000046 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15000046 | 6/16/15 | $ 5,000,000.00 |

Comentarios:     Dirección:

### OBLIGACION DE REFERENCIA / Línea / Línea de Distribución (Cifra de Cuenta) / Propiedad

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 066 | | 5,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de JUNIO 2015 (Petroleo)<br><br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENECIFIARY CUSTOMER ACCOUNT# Redacted 9874<br>BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |

$ 5,000,000.00     Total o Subtotal     $ 5,000,000.00

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.

Redacted
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
729-1518
Teléfono
Fecha

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Teléfono
Fecha

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

Redacted
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe Agencia o su Repte. Aut.
Redacted
Fecha   Redacted   Teléfono

Para uso del Departamento de Hacienda
Aprobado por: **Redacted**
**Redacted**
**Redacted**   Nombre y Firma
Título
6/16/2015
Fecha   Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

Modelo SC 714
19 febrero 13
Original – Agencia
Copia – Corresp. Hac.
Copia - Area
**PRIFAS**

## ESTADO LIBRE ASOCIADO DE PUERTO RICO

Aut. de Carreteras y Transp.
Agencia

### HOJA DE CONTROL – PRIFAS

Para Uso de Recibo y Despacho de Documentos Fiscales (Hacienda)
☐ Negociado de Cuentas
☐ Negociado de Intervenciones
☐ Area del Tesoro
☐ Otro _____

Número: 15000022  Fecha de Origen (Agencia): 3/24/2015  Número de SC: 735 (SC____)
(YYYY AAA 123456)                       (MM DD AAAA)

DEPARTAMENTO DE HACIENDA
NEG. DE INTERVENCIONES
SECCION DE PAGOS

2015 MAR 24 PM 3:06

| Núm. | Número de Documento | Comentarios |
|---|---|---|
| 1 | 15066028 | MULTAS |
| 2 | 15066029 | CIGARRILLOS |
| 3 | 15066030 | MARBETES |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |

_julia 1_

Luis X. Santiago Reyes, MBA, CPA
Nombre y Firma Autorizada Agencia Remitente

(787) 721-8787 x 2707   (787) 729-1522
Teléfono                 Fax

CONFIDENTIAL
HTA_STAY0000599

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. 1 de 1

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

OK Valid

[X] COMPROBANTE DE PAGO     [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION     [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

### IDENT. DEL DOCUMENTO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 15066028 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15066028 | 3/24/15 | $ 1,425,033.96 |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

### OBLIGACION DE REFERENCIA / Línea / Línea de Distribución (Cifra de Cuenta) / Propiedad

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 066 | | $ 1,425,033.96 | Multas de Peajes Electrónicos Para el mes de febrero 2015 | $ 1,425,033.96 | E6120 | 278 | 0660000 | | 081 | 2014 | | | | |

AUTORIDAD DE CARRETERAS Y TRANSPORTACION
ABA# 221571415
SWIFT: OBPRPRSJ
BENEFICIARY BANK: ORIENTAL BANK (BBVA)
BENECIFIARY CUSTOMER ACCOUNT# [Redacted]9874
BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS

$ 1,425,033.96   Total o Subtotal   $ 1,425,033.96

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.

Luis K. Santiago Reyes, Sub-Tesorero [Redacted]
Nombre y Firma Delegado Comprador
721-8787x2707
Fecha   Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha   Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

[Redacted]
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
3/23/15
Fecha   Teléfono

Para uso del Departamento de Hacienda
Aprobado por:
[Redacted]
Nombre y Firma
3/24/2015
Título
Fecha   Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000600

Case:17-03283-LTS   Doc#:13173-70   Filed:05/18/20   Entered:05/18/20 23:36:49   Desc:
Exhibit AO - Part 11   Page 7 of 10

Modelo SC 735
19 febrero 13
**PRIFAS**
Original – ACC
Copia – Agencia

Pag. 1 de 2

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 066 | 15000045 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15000045 | 6/16/15 | $ | 5,000,000.00 |

Comentarios:                                        Dirección:

| OBLIGACION DE REFERENCIA | | Línea | | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | 5,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de JUNIO 2015 (Petroleo)<br><br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENECIFIARY CUSTOMER ACCOUNT#: Redacted 9874<br>BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |
| | | | $ 5,000,000.00 | Total o Subtotal | $ 5,000,000.00 | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. **Redacted**
Redacted
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
729-1518
Fecha                    Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha                    Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
6/16/15
Fecha                    Teléfono

Para uso del Departamento de Hacienda
Aprobado por: **Redacted**
**Redacted**
Nombre y Firma
Título
6/18/2015
Fecha                    Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

Modelo SC 735
19 febrero 13
**PRIFAS**
Original – ACC
Copia – Agencia



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

Pag. 2 de 2

[x] COMPROBANTE DE PAGO    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

### IDENT. DEL DOCUMENTO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 15000046 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15000046 | 6/16/15 | $ 5,000,000.00 |

Comentarios:                                                                 Dirección:

### OBLIGACION DE REFERENCIA / Línea / Línea de Distribución (Cifra de Cuenta) / Propiedad

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 066 | | 5,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de JUNIO 2015 (Petroleo)<br><br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENECIFIARY CUSTOMER ACCOUNT#: Redacted 9874<br>BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |
| | | | $ 5,000,000.00 | Total o Subtotal | $ 5,000,000.00 | | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
Redacted
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
Fecha / 729-1518 Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha / Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
Redacted
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
Redacted
Fecha / Teléfono

Para uso del Departamento de Hacienda
Aprobado por: Redacted
Redacted
Redacted
Nombre y Firma
Título
6/16/2015
Fecha / Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL                                                                          HTA_STAY0000598

Modelo SC 714
19 febrero 13
Original – Agencia
Copia – Corresp. Hac.
Copia - Area
**PRIFAS**

## ESTADO LIBRE ASOCIADO DE PUERTO RICO

Aut. de Carreteras y Transp.
Agencia

### HOJA DE CONTROL – PRIFAS

| Para Uso de Recibo y Despacho de Documentos Fiscales (Hacienda) |
|---|
| ☐ Negociado de Cuentas |
| ☐ Negociado de Intervenciones |
| ☐ Area del Tesoro |
| ☐ Otro |

Número: 15000022  Fecha de Origen (Agencia): 3/24/2015  Número de SC: 735 (SC____)
(YYYY AAA 123456)                    (MM DD AAAA)

| Núm. | Número de Documento | Comentarios |
|---|---|---|
| 1 | 15066028 | MULTAS |
| 2 | 15066029 | CIGARRILLOS |
| 3 | 15066030 | MARBETES |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |

Stamp: DEPARTAMENTO DE HACIENDA / NEG. DE INTERVENCIONES / SECCION DE PAGOS — 2015 MAR 24 PM 3:06

Handwritten: Julia 1

Luis A. Santiago Reyes, MBA, CPA  [Redacted]   (787) 721-8787 x 2707   (787) 729-1522
Nombre y Firma Autorizada Agencia Remitente    Teléfono                Fax

CONFIDENTIAL                                             HTA_STAY0000599

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. 1 de 1

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

OK Valid

[x] COMPROBANTE DE PAGO  [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION  [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | CIFRA DE DEPENDENCIA DE INVENTARIO |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | | | | | | | Importe Total del Documento |
| EV | 066 | 15066028 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15066028 | 3/24/15 | $ 1,425,033.96 |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | Propiedad | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 1,425,033.96 | Multas de Peajes Electrónicos Para el mes de febrero 2015 AUTORIDAD DE CARRETERAS Y TRANSPORTACION ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT#: Redacted 9874 BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS | $ 1,425,033.96 | E6120 | 278 | 0660000 | | 081 | 2014 | | | | |

$ 1,425,033.96  Total o Subtotal  $ 1,425,033.96

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
Redacted
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707
Fecha   Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha   Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
Redacted
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
3/23/15
Fecha   Teléfono

Para uso del Departamento de Hacienda
Aprobado por:
Redacted
Nombre y Firma
Título
3/24/2015
Fecha   Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.