# EXHIBIT AO

## (Ex. 36 to the Natbony Declaration, originally filed as ECF 13039-77 through ECF 13039-88, and ECF 789-77 through 789-88 in Case No. 17-BK-3567) - Part 12

## NATBONY REPLY DECLARATION
### EXHIBIT 36– Part 12

Modelo SC 735
19 febrero 13
PRIFAS

Original – ACC
Copia – Agencia

Pag. __1__ de __1__

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

*OK Valid*

☑ COMPROBANTE DE PAGO   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 066 | 15066029 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15066029 | 3/24/15 | $ | 1,666,000.00 |

Comentarios:

Dirección:

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $  1,666,000.00 | Arbitrios de Cigarrillo<br>Nuevos ingresos para el mes de febrero 2015, de conformidad con Memo de la Secretaría de Hacienda.<br><br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta [Redacted]427-6 para repago de obligaciones vigentes de la Autoridad | $  1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |
| | | | $  1,666,000.00 | Total o Subtotal | $  1,666,000.00 | | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.

Redacted
Luis K. Santiago Reyes,  Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo.

**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
3/23/15

Para uso del Departamento de Hacienda

Aprobado por
**Redacted**
Nombre y Firma

3/24/2015
Título

| Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|

**Conservación:** Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000601

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. ___1___ de ___1___

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☒ COMPROBANTE DE PAGO    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION    ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | | Número de Factura | Fecha | Importe Total del Documento |
| EV | 066 | 15066030 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | | 15066030 | 3/24/15 | $           6,737,973.23 |

Comentarios:

Dirección:   Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $   6,737,973.23 | Marbete (C 1276 ) febrero, 2015 Enmendar Art. 23.01 Ley 22-2000 , según enmendada, conocida como "Ley de Vehículos y Transito de PR". Ingresos Nuevos. AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta [____]427-6 para repago de obligaciones vigentes de la Autoridad | $   6,737,973.23 | E6120 | 278 | 0660000 | | 003 | 2014 | | | |
| | | | $   6,737,973.23 | Total o Subtotal | $   6,737,973.23 | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.    Redacted

Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**

Para uso del Departamento de Hacienda

Aprobado por   **Redacted**
              **Redacted**

Nombre y Firma

| Fecha | Teléfono 721-8787x2707 | Fecha | Teléfono | Fecha | Teléfono | Fecha | Teléfono |
|---|---|---|---|---|---|---|---|

Nombre y Firma Oficial Certificador

César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.

Título

4/4/2015

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

Model SC 714

| 19 February 13 |
|---|
| Original -Agency |
| Copy - Mail Treas. |
| Copy-Area |

**PRIFAS**

**COMMONWEALTH OF PUERTO RICO**

Highways and Transportation Aut..
Agency

| For the Use of Receipt and Dispatch of Fiscal Documents (Treasury) | |
|---|---|
| Accounts Bureau | ☐ |
| Interventions Bureau | ☐ |
| Treasury Area | ☐ |
| Other | ☐ |

*OK*

**CONTROL SHEET - PRIFAS**

Number: ___15000017___          Original Date (Agency): ___1/14/2015___          Number of SC: ___735___
(YYYY AAA 123456)                                        (MM DD YYYY)                                      (SC _____)

| Nº | Document Number | Comments |
|---|---|---|
| 1 | 15000021 | - |
| 2 | 15000022 | |
| 3 | 15000023 | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | 14 JAN 2015 |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |

| [signature] Luis K. Santiago Reyes, CPA | (787) 721-8787 x 2707 | (787) 729-1522 |
|---|---|---|
| Name and Authorized Signature Transmitting Agency | Telephone | Fax |

**CONFIDENTIAL**                                                                 **HTA_STAY0000556**

ENGLISH TRANSLATION                                                      Page 001

Model SC 735
19 February 13
PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT      ☐ RECEIPT OF PAYMENT ON OBLIGATION      ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | | |
| EV | 066 | 15000021 | HIGHWAYS AND TRANSP. AUT. | 660433808 | ✳ | | 15000021 | 1/13/15 | $ 6,000,000.00 | | |

Comments: 

Address: PO Box 42007, San Juan, PR 00940-2007

| | REFERENCE OBLIGATION | | | Line | | | | | Distribution Line (Account Number) | Budget Year | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of January 2015 | $ 6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | |

HIGHWAYS AND TRANSPORTATION AUTHORITY
ABA# 221571415
SWFT: OBPRPRSJ
BENEFICIARY BANK: ORIENTAL BANK (BBVA)
BENEFICIARY CUSTOMER ACCOUNT#: Redacted 9874
BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT.

14 JAN 2015

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations. | I certify that the articles and/or services were received according to the specifications. | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize | For the use of the Treasury Department |
|---|---|---|---|
| Luis K. Santiago Reyes, Deputy Treasurer Name and Signature Delegated Buyer | Name and Signature Official Certifier | César M. Gandiaga Texidor, CPA Name and Signature Chief, Agency or Authorized Rep. | Approved by: |
| 721-8787x2707 | Date                Telephone | 1/13/15 | Name and Signature |
| Date Telephone | | Date                Telephone | Title |
| | | | 01/16/15 |
| | | | Date                Telephone |

**Preservation:** Six years or until the intervention of a comptroller, whichever occurs first.

**CONFIDENTIAL**                                                                                                    **HTA_STAY0000557**

Model SC 735
19 February 13
PRIFAS
Original – ACC
Copy - Agency

✓

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT ☐ RECEIPT OF PAYMENT ON OBLIGATION ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | |
| EV | 066 | 15000022 | HIGHWAYS AND TRANSP. AUT | 660433808 | ✳ | | 15000022 | 1/13/15 | $ 6,000,000.00 | |
| Comments: | | | | | | Address: PO Box 42007, San Juan, PR 00940-2007 | | | | |

| REFERENCE OBLIGATION | | | Line | | | Distribution Line (Account Number) | | | | | | Property | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of January 2015 | $  6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENECIFIARY CUSTOMER ACCOUNT#[Redacted]9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT. | | | | | | | | | | | |

14 JAN
2015

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis  K.  Santiago  Reyes,  Deputy Treasurer  Name  and  Signature Delegated Buyer

721-8787x2707

Date

Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

César M. Gandiaga Texidor, CPA

Name and Signature Chief, Agency or Authorized Rep.

1/13/15

Date                    Telephone

For the use of the Treasury Department

Approved by:4

Name and Signature

Title

01/16/15

Date                    Telephone

**Preservation:** Six years or until the intervention of a comptroller, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000558**

Model SC 735
19 February 13
PRIFAS
Original – ACC
Copy - Agency

Page 3   of   3

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

[x] RECEIPT OF PAYMENT   [ ] RECEIPT OF PAYMENT ON OBLIGATION   [ ] RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | |
| EV | 066 | 15000023 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 15000023 | 1/13/15 | $ 6,000,000.00 | |

Comments:                     Address: PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | Line | | | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of January 2015 | $ 6,000,000 | E6120 | 278 | 0860000 | | 781 | 2014 | | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT# [Redacted]9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP AUT. | | | | | | | | | | | |
| | | $ 6,000,000.00 | | **Total or Subtotal** | $ 6,000,000.00 | | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer   Name and Signature Delegated Buyer

721-8787x2707

Date
Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

César M. Gandiaga Texidor, CPA

Name and Signature Chief, Agency or Authorized Rep.

1/13/15
Date                    Telephone

For the use of the Treasury Department

Approved by:

[signature]

Name and Signature

Title

01/16/15
Date                    Telephone

Preservation: Six years or until the intervention of a comptroller, whichever occurs first.

**CONFIDENTIAL**                                        **HTA_STAY0000559**

Model SC 714

19 February 13

| 19 February 13 |
|---|
| Original -Agency |
| Copy - Mail Treas. |
| Copy-Area |

PRIFAS

✓

**COMMONWEALTH OF PUERTO RICO**

Highways and Transportation Aut.
Agency

| For the Use of Receipt and Dispatch of Fiscal Documents (Treasury) | |
|---|---|
| Accounts Bureau | ☐ |
| Interventions Bureau | ☐ |
| Treasury Area | ☐ |
| Other _____ | ☐ |

**CONTROL SHEET - PRIFAS**

Number: <u>15000019</u>     Original Date (Agency): <u>2/11/2015</u>     Number of SC: <u>735</u>

(YYYY AAA 123456)                    (MM DD YYYY)                    (SC_____)

| No. | Document Number | Comments |
|---|---|---|
| 1 | 15000025 | |
| 2 | 15000026 | |
| 3 | 15000027 | |
| 4 | | |
| 5 | | 2705 |
| 6 | | 2708 |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | Treasury Department |
| 20 | | Interventions Bureau |
| 21 | | Payment Section |
| 22 | | |
| 23 | | 2015 Feb 11 PM 2:30 |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |

Luis K. Santiago Reyes, CPA                (787) 721-8787 x 2707        (787) 729-1522
Name and Authorized Signature Transmitting Agency        Telephone            Fax

**CONFIDENTIAL**

**HTA_STAY0000560**

[Escriba aquí]
[ENGLISH TRANSLATION

Page  3  of  3

Model SC 735
19 February 13
PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

<u>HIGHWAYS AND TRANSPORTATION AUTHORITY</u>

Agency

☑ RECEIPT OF PAYMENT        ☐ RECEIPT OF PAYMENT ON OBLIGATION        ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | |
| EV | 066 | 15000027 | HIGHWAYS AND TRANSP. AUT. | 660433808 | D | | 15000027 | 3/11/15 | $ 4,069,839.53 | |

Comments: | Address: PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |

| 01 | 066 | | $ 4,069,840 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of February 2015 | $  4,069,840 | E6120 | 278 | 0660000 | | 781 | 2014 | |

HIGHWAYS AND TRANSPORTATION AUTHORITY
ABA# 221571415
SWIFT: OBPRPRSJ
BENEFICIARY BANK: ORIENTAL BANK (BBVA)
BENEFICIARY CUSTOMER ACCOUNT# [Redacted] 9874
BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP AUT.

[stamp, vertical] TREASURY DEPARTMENT INTERVENTIONS-BUREAU PAYMENT SECTION 2015 MAR 11 PM 2:15

| | $ 4,069,839.53 | Total or Subtotal | $ 4,069,839.53 | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

<u>Luis K. Santiago Reyes, Deputy Treasurer</u>  Name and Signature
Delegated Buyer

721-8787x2707

Date
Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                        Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

<u>César M. Gandiaga Texidor, CPA</u>
Name and Signature Chief, Agency or Authorized Rep.
3/11/15

Date                        Telephone

For the use of the Treasury Department

Approved by:                [signature]

**Name and Signature**

**Title**

[illegible]/12/15

Date                        Telephone

**CONFIDENTIAL**

**HTA_STAY0000561**

[Escriba aquí]
ENGLISH TRANSLATION

model SC 714
19 February 13

| Original - Agency |
| Copy – Mail Treas. |
| Coov – Area |

**PRIFAS**

**COMMONWEALTH OF PUERTO RICO**

Highways and Transportation Aut.
Agency

For the Use of Receipt and Dispatch of
Fiscal Documents (Treasury)

| Accounts Bureau | ☐ |
| Interventions Bureau | ☐ |
| Treasury Area | ☐ |
| Other _____ | ☐ |

**CONTROL SHEET - PRIFAS**

Number:  __15000021__     Original Date (Agency): __3/17/2015__     Number of SC: __735__

(YYYY AAA 123456)                    (MM DD YYYY)                    (SC _____)

| No. | Document Number | Comments |
|-----|-----------------|----------|
| 1 | 15000028 | |
| 2 | 15000029 | |
| 3 | 15000030 | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | Treasury department |
| 15 | | Interventions Bureau |
| 16 | | Payment section |
| 17 | | |
| 18 | | 2015 Mar 17 PM 3:09 |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |

[signature]
Luis K. Santiago Reyes, MBA, CPA          (787) 721-8787 x 2707          (787) 729-1522
Name and Authorized Signature Transmitting Agency          Telephone          Fax

**CONFIDENTIAL**                    **HTA_STAY0000562**

Model SC 735
19 February 13
PRIFAS

Original – ACC
Copy - Agency

Page 1 of 3

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

☑ RECEIPT OF PAYMENT    ☐ RECEIPT OF PAYMENT ON OBLIGATION    ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | | | | NUMBER OF INVENTORY DEPENDENCE | | |
|---|---|---|---|---|---|---|---|
| | **DOCUMENT ID** | | | | | | |
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000028 | HIGHWAYS AND TRANSP. AUT. | 660433808 | D | | 15000028 | 3/16/15 | $ 6,000,000.00 |

Comments:                                                  Address: PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of March 2015 (Gasoline, Diesel, and Licences) | $ 6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT#: Redacted 9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT. | | | | | | | | | | | |

[stamp]
TREASURY DEPARTMENT
INTERVENTIONS BUREAU
PAYMENT SECTION
2015 MAR 17 PM 3:09

| | $ 6,000,000.00 | Total or Subtotal | $ 6,000,000.00 |
|---|---|---|---|

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer   Name   and   Signature
Delegated Buyer

721-8787x2707

Date
Telephone

I certify that the articles and/or services were received according to the specifications.

_____
Name and Signature Official Certifier

Date                 Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

César M. Gandiaga Texidor, CPA

Name and Signature Chief, Agency or Authorized Rep.
3/16/15

Date                 Telephone

**For the use of the Treasury Department**

Approved by:

[signature]

**Name and Signature**

[illegible]/18/15

**Title**

[illegible]/18/15

**Date**          **Telephone**

**CONFIDENTIAL**

**HTA_STAY0000563**

Page  2   of   3

Model SC 735
19 February 13
PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

☑ RECEIPT OF PAYMENT   ☐ RECEIPT OF PAYMENT ON OBLIGATION   ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|
| DOCUMENT ID | | | | | | | | |
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000029 | HIGHWAYS AND TRANSP. AUT. | 660433808 | D | | 15000029 | 3/16/15 | $ 6,000,000.00 |

Comments:  Address: PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of March 2015 (Gasoline, Diesel, and Licences)<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENEFICIARY CUSTOMER ACCOUNT# [Redacted]9874<br>BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT. | $  6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | $ 6,000,000.00 | Total or Subtotal | $ 6,000,000.00 | | | | | | | | | | |

[stamp]
TREASURY DEPARTMENT
INTERVENTIONS BUREAU
PAYMENT SECTION
2015 MAR 17 PM 3:09

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer  Name and Signature Delegated Buyer

721-8787x2707

Date
Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

César M. Gandiaga Texidor, CPA

Name and Signature Chief, Agency or Authorized Rep.
3/16/15
Date                    Telephone

For the use of the Treasury Department

Approved by:            [signature]

Name and Signature

[illegible]/18/15   Title

Date            Telephone

**CONFIDENTIAL**

**HTA_STAY0000564**

Page 3  of  3

Model SC 735
19 February 13
PRIFAS

Original – ACC
Copy - Agency

**Pend.**

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

☑ RECEIPT OF PAYMENT          ☐ RECEIPT OF PAYMENT ON OBLIGATION          ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | DOCUMENT ID | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000030 | HIGHWAYS AND TRANSP. AUT. | 680433808 | D | | 15000030 | 3/16/15 | $ 6,000,000.00 |

Comments:                                                          Address: PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000 | To be withdrawn from the abovementioned account And be used by this Agency for their corporate purposes. For the month of March 2015 (Gasoline, Diesel and Licences)

HIGHWAYS AND TRANSPORTATION AUTHORITY
ABA# 221571415
SWIFT: OBPRPRSJ
BENEFICIARY BANK: ORIENTAL BANK (BBVA)
BENEFICIARY CUSTOMER ACCOUNT#1 Redacted 9874
BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT. | $ 6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |

$ 6,000,000.00

[stamp]
TREASURY DEPARTMENT
INTERVENTIONS BUREAU
PAYMENT SECTION
2015 MAR 17 PM 3:10

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes. Deputy Treasurer   Name and Signature
Delegated Buyer

Date

Telephone                              721-8787x2707 | I certify that the articles and/or services were received according to the specifications.

_____
Name and Signature Official Certifier

Date                          Telephone | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
3/16/15
Date                          Telephone | For the use of the Treasury Department

Approved by:
[signature]
.....    Name and Signature
                Title
4/09/2015
Date                          Telephone |
|---|---|---|---|

**Preservation:** Six years or until the intervention of a comptroller, whichever occurs first.

# CONFIDENTIAL

# HTA_STAY0000565

Model SC 714

19 February 13

Copy – Mail Treas.
Copy-Area

**PRIFAS**

**COMMONWEALTH OF PUERTO RICO**

Highways and Transportation Aut.
Agency

For the Use of Receipt and Dispatch of
Fiscal Documents (Treasury)

| | |
|---|---|
| Accounts Bureau | ☐ |
| Interventions Bureau | ☐ |
| Treasury Area | ☐ |
| Other _____ | ☐ |

**CONTROL SHEET - PRIFAS**

Number: <u>15000024</u>     Original Date(Agency): <u>4/15/2015</u>     Number of SC: <u>735</u>

(YYYY AAA 123456)     (MM DD YYYY)     (SC_____)

| No. | Document Number | Comments |
|---|---|---|
| 1 | 15066031 | CIGARETTES |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |

Treasury Department
Interventions Bureau
Payment Section

2015 Apr 16 PM 3:24

DRAFT

<u>Luis K. Santiago Reyes, MBA, CPA</u>     <u>(787) 721-8787</u> x 2707     <u>(787) 729-1522</u>
Name and Authorized Signature Transmitting     Telephone     Fax

**CONFIDENTIAL**

**HTA_STAY0000566**

Page   1   of   1

Model SC 735
19 February 13
PRIFAS

| Original – ACC |
| Copy - Agency |

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

*OK Valid*

Agency

☑ RECEIPT OF PAYMENT      ☐ RECEIPT OF PAYMENT ON OBLIGATION      ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|
| DOCUMENT ID | | | | | | | | |
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15066031 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 15066031 | 4/15/15 | $ 1,666,000.00 |

Comments:                                                                          Address:

| | | REFERENCE OBLIGATION | Line | | | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 1,666,000.00 | Cigarette Excise Taxes<br>New revenues for the month of MARCH 2015, in accordance with the Memo from the Secretary of Treasury<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>at the Government Development Bank<br>to the account No. [Redacted] 427-6<br>for the repayment of current obligations of the Authority<br><br>*Draft* | $ 1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |
| | | | $ 1,666,000.00 | **Total or Subtotal** | $ 1,666,000.00 | | | | | | | | | | |

TREASURY DEPARTMENT
INTERVENTIONS BUREAU
PAYMENT SECTION
2015 APR 16 PM 3:24
[stamp]

| | | |
|---|---|---|
| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.<br><br>Luis K. Santiago Reyes, Deputy Treasurer  Name and Signature<br>Delegated Buyer<br><br>Date<br>Telephone                        721-8787x2707 | I certify that the articles and/or services were received according to the specifications.<br><br>_____<br>Name and Signature Official Certifier<br><br>Date                        Telephone | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize<br><br>César M. Gandiaga Texidor, CPA<br>Name and Signature Chief, Agency or Authorized Rep.<br>3/16/15<br>Date                        Telephone |

For the use of the Treasury Department

Approved by:

................. **Name and Signature**

**Title**

4/16/15
**Date**                        **Telephone**

**CONFIDENTIAL**                                        **HTA_STAY0000567**

Model SC 714

19 February 13

| Original -Agency |
| Copy – Mail Treas. |
| Copy -Area |

**COMMONWEALTH OF PUERTO RICO**

Highways and Transportation Aut..

Agency

| For the Use of Receipt and Dispatch of Fiscal Documents (Treasury) |  |
|---|---|
| Accounts Bureau | ☐ |
| Interventions Bureau | ☐ |
| Treasury Area | ☐ |
| Other _____ | ☐ |

**PRIFAS**

**CONTROL SHEET - PRIFAS**

Number: <u>15000025</u>          Original Date (Agency): <u>4/29/2015</u>          Number of SC: <u>735</u>

(YYYY AAA 123456)                                   (MM DO YYYY)                              (SC_____)

| No. | Document Number | Comments |
|---|---|---|
| 1 | 15066032 | LICENCES |
| 2 | 15066033 | FINES |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |

Treasury Department
Interventions Bureau
Payment Section

2015 Apr 29 PM 3:07

<u>Luis K. Santiago Reyes, MBA, CPA</u>

Name and Authorized Signature Transmitting

(787) 721-8787 x 2707

Telephone

<u>(787) 729-1522</u>

Fax

**CONFIDENTIAL**                                                              **HTA_STAY0000568**

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

**OK**

Page   1   of   1

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☒ RECEIPT OF PAYMENT    ☐ RECEIPT OF PAYMENT ON OBLIGATION    ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | | | | | | | | NUMBER OF INVENTORY DEPENDENCE |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15066032 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 15066032 | 4/28/15 | $ 4,883,611.87 |

DOCUMENT ID

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 4,883,611.87 | License (C 1276) March 2015 Amend Section 23.01 Act 22-2000, as amended, known as the "PR Vehicle and Transit Act". New revenues. HIGHWAYS AND TRANSPORTATION AUTHORITY at the Government Development Bank to the account No. [Redacted]427-6 for the repayment of current obligations of the Authority. | $ 4,883,611.87 | E6120 | 278 | 0660000 | | 003 | 2014 | | | | |

Check: 03260256
Date: 05/06/2015

[stamp] TREASURY DEPARTMENT INTERVENTIONS BUREAU PAYMENT SECTION 2015 MAR 29 PM 3:07

| | $ 4,883,611.87 | **Total or Subtotal** | $ 4,883,611.87 |
|---|---|---|---|

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer   Name and Signature
Delegated Buyer
721-8787x2707

Date
Telephone

I certify that the articles and/or services were received according to the specifications.

_____
Name and Signature Official Certifier

Date                 Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
4/29/15

Date                 Telephone

For the use of the Treasury Department

Approved by:

Name and Signature

Title

4/29/15
Date                 Telephone

**CONFIDENTIAL**

**HTA_STAY0000569**

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

OK

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT   ☐ RECEIPT OF PAYMENT ON OBLIGATION   ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | NUMBER OF INVENTORY DEPENDENCE | | |
|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15066033 | HIGHWAYS AND TRANSP. AUT. | 660433808 | D | | 15066033 | 4/28/15 | $ 481,171.80 |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 481,171.80 | Electronic Toll Fines<br>For the month of March 2015<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENEFICIARY CUSTOMER ACCOUNT#: [Redacted] 0874<br>BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP AUT.<br>. | $ 481,171.80 | E6120 | 278 | 0660000 | | 081 | 2014 | | | | |

Check: 03260255
05/06/2015

[stamp] TREASURY DEPARTMENT INTERVENTIONS BUREAU PAYMENT SECTION 2015 MAR 29 PM 3:07

| | | | |
|---|---|---|---|
| | $ 481,171.80 | Total or Subtotal | $ 481,171.80 |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer  Name and Signature
Delegated Buyer

721-8787x2707

Date
Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
4/29/15
Date                                    Telephone

**For the use of the Treasury Department**

Approved by:

--------
Name and Signature

Title

4/29/15
Date                                    Telephone

**CONFIDENTIAL**

**HTA_STAY0000570**

Model SC 714

19 febrero 13 -

**COMMONWEALTH OF PUERTO RICO**

Highways and Transportation Aut. .
Agency

| Original - Agency |
| Copy – Mail Treas. |
| Copy - Area |

**PRIFAS**

| For the Use of Receipt and Dispatch of Fiscal Documents (Treasury) | |
| --- | --- |
| Accounts Bureau | ☐ |
| Interventions Bureau | ☐ |
| Treasury Area | ☐ |
| Other _____ | ☐ |

**CONTROL SHEET - PRIFAS**

Number: __15000037__
(YYYY AAA 123456)

Original Date(Agency): __5/18/15__
(MM DD YYYY)

Number of SC: __735__
(SC_____)

| No. | Document Number | Comments |
| --- | --- | --- |
| 1 | 15066034 | CIGARETTES |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |

TREASURY DEPARTMENT
INTERVENTIONS BUREAU
PAYMENT SECTION

2015 May 18 PM 3:14

Luis K. Santiago Reyes, MBA, CPA
Name and Authorized Signature Transmitting Agency

(787)721-8787x 2707
Telephone

(787)729-1522
Fax

**CONFIDENTIAL**

**HTA_STAY0000571**

Model SC 735
19 February 13

Page  1  of  1

PRIFAS

| Original – ACC |
| Copy - Agency |

**COMMONWEALTH OF PUERTO RICO**

<u>HIGHWAYS AND TRANSPORTATION AUTHORITY</u>

Agency

☑ RECEIPT OF PAYMENT        ☐ RECEIPT OF PAYMENT ON OBLIGATION        ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | NUMBER OF INVENTORY DEPENDENCE | | |
|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15066034 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 15066034 | 5/18/15 | $ 1,666,000.00 |

Comments:

Address:

| REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 1,666,000.00 | Cigarette Excise Taxes<br>New revenues for the month of APRIL 2015, in accordance with the Memo from the Secretary of Treasury<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>at the Government Development Bank<br>to the account No. [redacted]427-6<br>for the repayment of current obligations of the Authority | $  1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |

[stamp]
TREASURY DEPARTMENT
INTERVENTIONS BUREAU
PAYMENT SECTION
2015 MAY 18 PM 3:14

| | | $ 1,666,000.00 | Total or Subtotal | $ 1,666,000.00 | |

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.<br><br>Luis K. Santiago Reyes, Deputy Treasurer  Name and Signature<br>Delegated Buyer<br>721-8787x2707<br>Date<br>Telephone | I certify that the articles and/or services were received according to the specifications.<br><br>Name and Signature Official Certifier<br><br>Date            Telephone | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize<br>César M. Gandiaga Texidor, CPA<br>Name and Signature Chief, Agency or Authorized Rep.<br>5/8/15<br>Date            Telephone | For the use of the Treasury Department<br><br>Approved by:<br><br>Name and Signature<br>Title<br><br>Date            Telephone |

**CONFIDENTIAL**

**HTA_STAY0000572**

ENGLISH TRANSLATION

Model SC 735
19 February 13

PRIFAS

| Original – ACC |
| Copy - Agency |

Page 1 of 2

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

☑ RECEIPT OF PAYMENT    ☐ RECEIPT OF PAYMENT ON OBLIGATION    ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

**DOCUMENT ID**

NUMBER OF INVENTORY DEPENDENCE

| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
|----|------|----------------|-----------------|-----------------|----|----------------|---------------|------|------------------------------|
| EV | 066 | 15000034 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 15000034 | 4/15/15 | $ 5,000,000.00 |

Comments:

Address:

REFERENCE OBLIGATION | Line | Distribution Line (Account Number) | Property

| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
|----|------|---------------------------------------------|--------|-------------|--------|---------|------|--------------|-------|-------|-------------|---------------------|-----|------|------|
| 01 | 066 | | $ 5,000,000 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of April 2015 (Petroleum)<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENEFICIARY CUSTOMER ACCOUNT# [Redacted]874<br>BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT. | $ 5,000,000 | E6120 | 278 | 0660000 | 784 | | 2015 | | | | |

[stamp]
TREASURY DEPARTMENT
INTERVENTIONS BUREAU
PAYMENT SECTION
2015 APR 16 PM 3:25

| | $ 5,000,000.00 | Total or Subtotal | $ 5,000,000.00 |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer   Name and Signature
Delegated Buyer

Date
Telephone                  721-8787x2707

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
4/15/15

Date                    Telephone

For the use of the Treasury Department

Approved by:

------    Name and Signature

Title

4/23/15

Date                    Telephone

**CONFIDENTIAL**

**HTA_STAY0000573**

ENGLISH TRANSLATION

Model SC 735
19 February 13

Page  1  of  2

PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT   ☐ RECEIPT OF PAYMENT ON OBLIGATION   ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

DOCUMENT ID

NUMBER OF INVENTORY DEPENDENCE

| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 15000035 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 15000035 | 4/15/15 | $ 5,000,000.00 |

Comments:

Address:

REFERENCE OBLIGATION | Line | Distribution Line (Account Number) | Property

| LN | Agen | Purchase Order Number Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 066 | | $ 5,000,000 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of April 2015 (Petroleum)<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT#[Redacted]9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT. | $ 5,000,000 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |

[stamp]
TREASURY DEPARTMENT
INTERVENTIONS BUREAU
PAYMENT SECTION
2015 APR 16 PM 3:25

| | $ 5,000,000.00 | Total or Subtotal | $ 5,000,000.00 |

For the use of the Treasury Department

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer  Name and Signature
Delegated Buyer

721-8787x2707

Date
Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

César M. Gandiaga Texidor, CPA

Name and Signature Chief, Agency or Authorized Rep.
4/15/15
Date                    Telephone

Approved by:

------        Name and Signature
                      /
                   Title
4/23/15
Date            Telephone

**CONFIDENTIAL**

**HTA_STAY0000574**

Model SC 735
19 February 13

Page 1 of 1

PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

<u>HIGHWAYS AND TRANSPORTATION AUTHORITY</u>

Agency

☑ RECEIPT OF PAYMENT   ☐ RECEIPT OF PAYMENT ON OBLIGATION   ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 15066036 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 15066036 | 5/27/15 | $ 4,898,905.17 |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Number) | | | | | | | Property | |
| LN | Agen | Purchase Order Number Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 066 | | $ 4,898,905.17 | License (C 1276) April 2015 Amend Section 23.01 Act 22-2000, as amended, known as the "PR Vehicle and Transit Act". New revenues. HIGHWAYS AND TRANSPORTATION AUTHORITY at the Government Development Bank to the account No. [illegible] 27-6 for the repayment of current obligations of the Authority. | $ 4,898,905.17 | E6120 | 278 | 0660000 | | 003 | 2014 | | | | |

Draft

[stamp]
TREASURY DEPARTMENT
INTERVENTIONS BUREAU
PAYMENT SECTION
2015 MAY 27 PM 1:48

| | $ 4,898,905.17 | Total or Subtotal | $ 4,898,905.17 |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer   Name and Signature
Delegated Buyer

Date
Telephone                721-8787x2707

I certify that the articles and/or services were received according to the specifications.

_____
Name and Signature Official Certifier

Date
Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
5/27/15
Date                    Telephone

For the use of the Treasury Department

Approved by:

Name and Signature

Title

5/27/15
Date                    Telephone

**CONFIDENTIAL**

**HTA_STAY0000575**

Model SC 714

19 February 13
Original -Agency
Copy – Mail Treas.
Copy-Area

**PRIFAS**

**COMMONWEALTH OF PUERTO RICO**

Highways and Transportation Aut..
Agency

| For the Use of Receipt and Dispatch of Fiscal Documents (Treasury) | |
|---|---|
| Accounts Bureau | ☐ |
| Interventions Bureau | ☐ |
| Treasury Area | ☐ |
| Other_____ | ☐ |

. **CONTROL SHEET - PRIFAS**

Number: <u>15000023</u>    Original Date(Agency): <u>4/15/2015</u>    Number of SC: <u>735</u>
(YYYY AAA 123456)              (MM DD YYYY)                    (SC_____)

| Nº. | Document number | Comments |
|---|---|---|
| 1 | 15000031 | GASOLINE |
| 2 | 15000032 | GASOLINE |
| 3 | 15000033 | GASOLINE |
| 4 | 15000034 | PETROLEUM |
| 5 | 15000035 | PETROLEUM |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |

TREASURY DEPARTMENT
INTERVENTIONS BUREAU
PAYMENT SECTION

2015 APR 16 PM 3:25

| Luis K. Santiago Reyes, MBA, CPA | (787)721-8787X 2707 | (787)729-1522 |
|---|---|---|
| Name and Authorized Signature Transmitting Agency | Telephone | FAX |

**CONFIDENTIAL**                                      **HTA_STAY0000576**

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT  ☐ RECEIPT OF PAYMENT ON OBLIGATION  ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |

| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
|---|---|---|---|---|---|---|---|---|---|
| EV | 086 | 15000031 | HIGHWAYS AND TRANSP. AUT. | 660433808 | D | | 15000031 | 4/15/15 | $ 6,000,000.00 |

Comments:  Address: PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |

| LN | Agen | Purchase Order Number Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 086 | | $ 6,000,000 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of April 2015 (Gasoline, Diesel, and Licences)  HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT# [Redacted]9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP AUT. | $  6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | $ 6,000,000.00 | | Total or Subtotal | $ 6,000,000.00 | | | | | | | | | | |

[stamp] TREASURY DEPARTMENT INTERVENTIONS BUREAU PAYMENT SECTION 2015 APR 16 PM 3:25

| For the use of the Treasury Department |
|---|
| Approved by: |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer  Name and Signature Delegated Buyer

721-8787x2707

Date
Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

César M. Gandiaga Texidor, CPA

Name and Signature Chief, Agency or Authorized Rep.
4/15/15
Date                                    Telephone

Name and Signature

/

Title

4/23/2015

Date                                    Telephone

**CONFIDENTIAL**

**HTA_STAY0000577**

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

<u>HIGHWAYS AND TRANSPORTATION AUTHORITY</u>

Agency

☑ RECEIPT OF PAYMENT   ☐ RECEIPT OF PAYMENT ON OBLIGATION   ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | | | | | NUMBER OF INVENTORY DEPENDENCE |
|---|---|---|---|---|---|---|
| **DOCUMENT ID** | | | | | | |

| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 15000032 | HIGHWAYS AND TRANSP. AUT. | 660433808 | D | | 15000032 | 4/15/15 | $ 6,000,000.00 |

Comments: | Address: PO Box 42007, San Juan, PR 00940-2007

| | REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of April 2015 (Gasoline, Diesel, and Licences)<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENEFICIARY CUSTOMER ACCOUNT# [Redacted]9874<br>BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP AUT. | $ 6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | $ 6,000,000.00 | Total or Subtotal | $ 6,000,000.00 | | | | | | | | | |

[stamp: TREASURY DEPARTMENT INTERVENTIONS BUREAU PAYMENT SECTION 2015 APR 16 PM 3:25]

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.<br><br>Luis K. Santiago Reyes, Deputy Treasurer Name and Signature Delegated Buyer<br>721-8787x2707<br>Date<br>Telephone | I certify that the articles and/or services were received according to the specifications.<br><br>Name and Signature Official Certifier<br>Date                Telephone | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize<br>César M. Gandiaga Texidor, CPA<br>Name and Signature Chief, Agency or Authorized Rep.<br>4/15/15<br>Date                Telephone | For the use of the Treasury Department<br><br>Approved by:<br><br>Name and Signature<br><br>Title<br>4/23/2015<br>Date                Telephone |
|---|---|---|---|

**CONFIDENTIAL**

**HTA_STAY0000578**

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

Page  3  of  3

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT      ☐ RECEIPT OF PAYMENT ON OBLIGATION      ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | |
| EV | 066 | 15000033 | HIGHWAYS AND TRANSP. AUT. | 660433808 | D | | 15000033 | 4/15/15 | $ 6,000,000.00 | |

Comments:    Address: PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | Line | | | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of April 2015 (Gasoline, Diesel, and Licences) <br><br> HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT#130040874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP AUT. | $  6,000,000 | E6120 | 278 | 0660000 | 781 | | 2014 | | | | |
| | | | $ 6,000,000.00 | Total or Subtotal | $ 6,000,000.00 | | | | | | | | | | |

Property column (vertical text): TREASURY DEPARTMENT INTERVENTIONS BUREAU PAYMENT SECTION 2015 APR 16 PM 3:25 [stamp]

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer Name and Signature Delegated Buyer

721-8787x2707

Date
Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
4/15/15

Date                    Telephone

For the use of the Treasury Department

Approved by:

......      Name and Signature

/      Title

May 12/2015

Date                    Telephone

**CONFIDENTIAL**

**HTA_STAY0000579**

Model SC 714

19 February 13

Original -Agency
Copy – Mail Treas.
Copy -Area

**PRIFAS**

**COMMONWEALTH OF PUERTO RICO**

Highways and Transportation Aut.
Agency

| For the Use of Receipt and Dispatch of Fiscal Documents (Treasury) | |
|---|---|
| Accounts Bureau | ☐ |
| Interventions Bureau | ☐ |
| Treasury Area | ☐ |
| Other | ☐ |

**CONTROL SHEET - PRIFAS**

Number: __15000038__       Original Date (Agency): __5/18/15__       Number of SC: __735__

(YYYY AAA 123456)                            (MM DD YYYY)                              (SC_____)

| No. | Document Number | Comments |
|---|---|---|
| 1 | 15000037 | |
| 2 | 15000038 | *2015 [illeg.]* |
| 3 | 15000039 | |
| 4 | 15000040 | |
| 5 | 15000041 | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | TREASURY DEPARTMENT INTERVENTIONS BUREAU PAYMENT SECTION |
| 26 | | |
| 27 | | |
| 28 | | 2015 MAY 18 PM 3:15 |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |

| Luis K. Santiago Reyes, MBA, CPA | (787) 721-8787 x 2707 | (787) 729-1522 |
|---|---|---|
| Name and Authorized Signature Transmitting Agency | Telephone | Fax |

**CONFIDENTIAL**                                                **HTA_STAY0000580**

Model SC 6033
1 -JUL 98

Original - PRIFAS
Copy- Bureau

**PRIFAS**

**GOVERNMENT OF PUERTO RICO**
TREASURY DEPARTMENT
GOVERNMENT CENTRAL ACCOUNTING AREA

TO THE SYSTEM FILES

**Bureau CENTRAL ACCOUNTING**

Division or Section  =

Payment Section (off. 319)

File:

. . . . . .

Request:  19/May/2015ms2

| For the exclusive use of PRIFAS |
| --- |
| Change made by: |
| _____ |
| DATE          TIME |

Date      MM/DD/YY

D to be added      D to be deleted

To whom it may concern:

Please lift control to withdraw from the abovementioned account to be used by

The **Agency** for their corporate profit purposes ( HIGHWAYS AND TRANSP. AUTH.)

For the month of May 2015-sm2 ( Gasoline, Diesel, and Licences )

066-15000038   $ 6,000,000.00   and 066        15000037      $ 6,000,000.00

CAUSE:

Premium Refund

CORRESPONDING TO THE 1ST

Half of the month of May 2015-SM2

For the total amount of $ 6,000,000.00 for the two vouchers.

**Redacted**

Marceling Cabron Labron

NAME OF APPLICANT IN
BLOCK LETTERS

**Redacted**

SIGNATURE OF APPLICANT

Angela Soto Toro

SIGNATURE OF BUREAU DIRECTOR OR
AUTHORIZED REPRESENTATIVE

SIGNATURE OF PRIFAS DIRECTOR OR
AUTHORIZED REPRESENTATIVE

Jayson O. Padilla Morales

SIGNATURE OF ASSISTANT SECRETARY OF THE
GOVERNMENT CENTRAL ACCOUNTING AREA OR
AUTHORIZED REPRESENTATIVE

19/May/2015ms2

DATE

19/May/2015ms2

DATE

19/May/2015ms2

DATE

PRESERVATION: Six years or until the intervention of a comptroller, whichever occurs first.

**CONFIDENTIAL**                                        **HTA_STAY0000581**

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

Page  1  of  3

✓

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT   ☐ RECEIPT OF PAYMENT ON OBLIGATION   ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000037 | HIGHWAYS AND TRANSP. AUT. | 660433808 | D | | 15000037 | 5/18/15 | $ 6,000,000.00 |

Comments: Address: PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Asig | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of May 2015 (Gasoline, Diesel, and Licenses)  HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT# [Redacted] 9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT. | $  6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | $ 6,000,000.00 | Total or Subtotal | $ 6,000,000.00 | | | | | | | | | | |

[stamp]
TREASURY DEPARTMENT
INTERVENTIONS BUREAU
PAYMENT SECTION
2015 MAY 18 PM 3:15

**For the use of the Treasury Department**

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer  Name and Signature
Delegated Buyer
Date
721-8787x2707
Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier
Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
5/18/15
Date                    Telephone

Approved by:

------    Name and Signature

/        Title

May 19/2015
Date        Telephone

**CONFIDENTIAL**

**HTA_STAY0000582**

Model SC 735
19 February 13

Page 2   of   3

PRIFAS

| Original – ACC |
| Copy - Agency |

✓

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT      ☐ RECEIPT OF PAYMENT ON OBLIGATION      ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000038 | HIGHWAYS AND TRANSP. AUT. | 660433808 | D | | 15000038 | 5/18/15 | $ 6,000,000.00 |

Comments:                                                                                          Address: PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of May 2015 (Gasoline, Diesel and Licenses) | $  6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT#1 ~~Redacted~~ 9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP AUT. | | | | | | | | | | | |
| | | | $ 6,000,000.00 | Total or Subtotal | $ 6,000,000.00 | | | | | | | | | | |

[stamp]
TREASURY DEPARTMENT
INTERVENTIONS BUREAU
PAYMENT SECTION
2015 MAY 18 PM 3:15

For the use of the Treasury Department

Approved by:

........    Name and Signature

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer   Name and Signature
Delegated Buyer

721-8787x2707

Date
Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                          Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
5/18/15

Date                          Telephone

Title

May 19/2015

Date                          Telephone

**CONFIDENTIAL**

**HTA_STAY0000583**

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

Page 3 of 3

✓

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT   ☐ RECEIPT OF PAYMENT ON OBLIGATION   ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000039 | HIGHWAYS AND TRANSP. AUT. | 660433808 | D | | 15000039 | 5/18/15 | $ 6,000,000.00 |

Comments:  Address: PO Box 42007, San Juan, PR 00940-2007

| | REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Asig | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of May 2015 (Gasoline, Diesel, and Licenses)<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>ABA# 221571415<br>SWIFT: OBRPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENEFICIARY CUSTOMER ACCOUNT: [Redacted]9874<br>BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT. | $ 6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |

[stamp]
TREASURY DEPARTMENT
INTERVENTIONS BUREAU
PAYMENT SECTION
2015 MAY 18 PM 3:15

| | | $ 6,000,000.00 | Total or Subtotal | $ 6,000,000.00 | | | | | | | | | |

* I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer  Name and Signature
Delegated Buyer

721-8787x2707

Date

Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
5/18/15

Date                Telephone

For the use of the Treasury Department

Approved by:

------   Name and Signature

Title

6/09/2015

Date                Telephone

**CONFIDENTIAL**

**HTA_STAY0000584**

Model SC 735
19 February 13

Page 1 of 2

PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

*OK*

M4190187

☑ RECEIPT OF PAYMENT  ☐ RECEIPT OF PAYMENT ON OBLIGATION  ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | | | NUMBER OF INVENTORY DEPENDENCE | | |
|---|---|---|---|---|---|---|
| DOCUMENT ID | | | | | | |
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |

| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 15000040 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 15000040 | 5/18/15 | $ 5,000,000.00 |

Comments:  Address:

| REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 5,000,000 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of MAY 2015 (Petroleum)

HIGHWAYS AND TRANSPORTATION AUTHORITY
ABA# 221571415
SWIFT: OBPRPRSJ
BENEFICIARY BANK: ORIENTAL BANK (BBVA)
BENEFICIARY CUSTOMER ACCOUNT#1 [Redacted] 9874
BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT. | $ 5,000,000 | E6120 | 278 | 0660000 | | 784 | 2015 | | | |

[vertical stamp:] [stamp] TREASURY DEPARTMENT INTERVENTIONS BUREAU PAYMENT SECTION 2015 MAY 18 PM 3:15

| | $ 5,000,000.00 | Total or Subtotal | $ 5,000,000.00 |
|---|---|---|---|

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer  Name and Signature
Delegated Buyer

721-8787x2707

Date
Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date  Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

César M. Gandiaga Texidor, CPA

Name and Signature Chief, Agency or Authorized Rep.
5/18/15

Date  Telephone

**For the use of the Treasury Department**

Approved by:

......,  Name and Signature

Title

May 18/15

Date  Telephone

**CONFIDENTIAL**

**HTA_STAY0000585**

ENGLISH TRANSLATION

Page 030

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

Page 2 of 2



**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT   ☐ RECEIPT OF PAYMENT ON OBLIGATION   ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

NUMBER OF INVENTORY DEPENDENCE

| DOCUMENT ID | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000041 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 15000041 | 5/18/15 | $ 5,000,000.00 |

Comments:                                                                    Address:

| REFERENCE OBLIGATION | | Line | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |

01 | 066 | | $ 5,000,000 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of MAY 2015 (Petroleum)

HIGHWAYS AND TRANSPORTATION AUTHORITY
ABA# 221571415
SWIFT: OBRPRPRSJ
BENEFICIARY BANK: ORIENTAL BANK (BBVA)
BENEFICIARY CUSTOMER ACCOUNT# [Redacted]9874
BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT.

Distribution: $ 5,000,000 | E6120 | 278 | 0660000 | | 784 | 2015

[stamp]
TREASURY DEPARTMENT
INTERVENTIONS BUREAU
PAYMENT SECTION
2015 MAY 18 PM 3:15

| | | $ 5,000,000.00 | Total or Subtotal | $ 5,000,000.00 |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer
721-8787x2707

Date                          Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                          Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
5/18/15
Date                          Telephone

For the use of the Treasury Department

Approved by:

......                  Name and Signature
                        /
                        Title
May 18/15
Date                    Telephone

**Preservation:** Six years or until the intervention of a comptroller, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000586**

- Model SC 714
19 February 13

| Original - Agency |
| Copy – Mail Treas. |
| Copy - Area |
**PRIFAS**

**COMMONWEALTH OF PUERTO RICO**

Highways and Transportation Aut.
Agency

| For the Use of Receipt and Dispatch of Fiscal Documents (Treasury) |
|---|
| Accounts Bureau ☐ |
| Interventions Bureau ☐ |
| Treasury Area ☐ |
| Other _____ ☐ |

**CONTROL SHEET - PRIFAS**

Number: __15000040__          Original Date(Agency): __6/10/15__          Number of SC: __735__
(YYYY AAA 123456)                                (MM DO YYYY)                              (SC_____)

| No. | Document Number | Comments |
|---|---|---|
| 1 | 15066037 | ELECTRONIC TOLL FINES (MAY 2015) |
| 2 | 15000042 | EXCESS GASOLINE (MAY 2015) |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |

| Luis K. Santiago Reyes, MBA, CPA | (787)721-8787 x 2707 | (787)729-1522 |
|---|---|---|
| Name and Authorized Signature Transmitting Agency | Telephone | Fax |

**CONFIDENTIAL**                                                      **HTA_STAY0000587**

Model SC 735
19 February 13

PRIFAS
Original – ACC
Copy - Agency

*STATUS APPROVED*

Page  1   of   1

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT        ☐ RECEIPT OF PAYMENT ON OBLIGATION        ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 15066037 | HIGHWAYS AND TRANSP. AUT. | 660433808 | D | | 15066037 | 6/16/15 | $ 185,806.70 |

DOCUMENT ID

NUMBER OF INVENTORY DEPENDENCE

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| | | REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Asig | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 185,806.70 | Electronic Toll Fines<br>For the month of May 2015<br><br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENEFICIARY CUSTOMER ACCOUNT# [Redacted] 9874<br>BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP AUT.<br>. | $  185,806.70 | E8120 | 278 | 0660000 | | 081 | 2014 | | | | |
| | | | $ 185,806.70 | **Total or Subtotal** | $ 185,806.70 | | | | | | | | | | |

[stamp]
TREASURY DEPARTMENT
INTERVENTIONS BUREAU
PAYMENT SECTION
2015 JUN 16 AM 11:02

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer   Name and Signature
Delegated Buyer

721-8787x2707

Date
Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
6/16/15

Date                    Telephone

For the use of the Treasury Department

Approved by:
[signature]

*Approved*
Name and Signature

Title
*6/12/15*

Date            *AST*            Telephone

*By: Angela Soto*
*[signature]*
*6/12/15*

**CONFIDENTIAL**

**HTA_STAY0000588**

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

Page  1   of   1

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

☑ RECEIPT OF PAYMENT    ☐ RECEIPT OF PAYMENT ON OBLIGATION    ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE | | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15066037 | HIGHWAYS AND TRANSP. AUT. | 680433808 | D | | 15066037 | 6/10/15 | $ 185,966.70 |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 185,966.70 | Electronic Toll Fines For the month of May 2015<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT [Redacted] 9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP AUT. | $  185,966.70<br>185,806.70 | E8120 | 278 | 0660000 | | 081 | 2014 | | | | |

| | $ 185,966.70 | Total or Subtotal | $ 185,966.70 |
|---|---|---|---|

| | | For the use of the Treasury Department |
|---|---|---|
| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.<br><br>Luis K. Santiago Reyes, Deputy Treasurer Name and Signature Delegated Buyer<br><br>Date<br>Telephone        721-8787x2707 | I certify that the articles and/or services were received according to the specifications.<br><br>Name and Signature Official Certifier<br><br>Date              Telephone | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize<br>César M. Gandiaga Texidor, CPA<br>Name and Signature Chief, Agency or Authorized Rep.<br>6/11/15<br>Date              Telephone |

For the use of the Treasury Department

Approved by:

......    Name and Signature
/
Title

Date              Telephone

**CONFIDENTIAL**

**HTA_STAY0000589**

ENGLISH TRANSLATION

Page 034

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

6/22/2015
[initials]   15000047

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT      ☐ RECEIPT OF PAYMENT ON OBLIGATION      ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | | | | | | | | NUMBER OF INVENTORY DEPENDENCE |
|---|---|---|---|---|---|---|---|---|---|---|
| | DOCUMENT ID | | | | | | | | | |
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | |
| EV | 066 | 15000047 | HIGHWAYS AND TRANSP. AUT. | 660433808 | D | | 15000047 | 6/10/15 | $ 3,890,180.06 | |

Comments:                                    Address: PO Box 42007, San Juan, PR 00940-2007

| | | REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Number) | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr. | Budget Year | P/F | Code | Unit |
| 01 | 066 | | 3,890,180.06 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of May 2015 (Gasoline, Diesel, and Licenses)   HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT[Redacted]9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP AUT. | $  3,890,180.06 | E6120 | 278 | 0660000 | | 781 | 2014 | | | |
| | | | $ 3,890,180.06 | Total or Subtotal | $ 3,890,180.06 | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer  Name and Signature Delegated Buyer

Date
Telephone                                721-8787x2707

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier
Date                            Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

César M. Gandiaga Texidor, CPA

Name and Signature Chief, Agency or Authorized Rep.
6/11/15
Date                            Telephone

For the use of the Treasury Department

Approved by:

......                Name and Signature
/                    Title
Date                            Telephone

**CONFIDENTIAL**

**HTA_STAY0000590**

ENGLISH TRANSLATION

Model SC 735
19 February 13

Page 1 of 1

PRIFAS

| Original – ACC |
| Copy - Agency |

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT   ☐ RECEIPT OF PAYMENT ON OBLIGATION   ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15066038 | HIGHWAYS AND TRANSP. AUT. | 680433808 | A | | 15066038 | 6/16/15 | $ 1,666,000.00 |

Comments:

Address:

| | | REFERENCE OBLIGATION | | Line | | | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 1,666,000.00 | Cigarette Excise Taxes<br>New revenues for the month of MAY 2015, in accordance with the Memo from the Secretary of Treasury<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>at the Government Development Bank<br>to the account No. [____]427-6<br>for the repayment of current obligations of the Authority | $ 1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |

[stamp] TREASURY DEPARTMENT INTERVENTIONS BUREAU PAYMENT SECTION 2015 JUN 16 AM 11:02

| | $ 1,666,000.00 | Total or Subtotal | $ 1,666,000.00 |

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.<br><br>Luis K. Santiago Reyes, Deputy Treasurer Name and Signature Delegated Buyer<br>721-8787x2707 | I certify that the articles and/or services were received according to the specifications.<br><br>Name and Signature Official Certifier<br>Date   Telephone | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize<br>César M. Gandiaga Texidor, CPA<br>Name and Signature Chief, Agency or Authorized Rep.<br>6/16/15<br>Date   Telephone | For the use of the Treasury Department<br><br>Approved by<br>Name and Signature<br>Title<br>6/16/2015<br>Date   Telephone |

**Preservation:** Six years or until the intervention of a comptroller, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000591**

ENGLISH TRANSLATION

Model SC 714
19 February 13

| Original - Agency |
| Copy – Mail Treas. |
| Copy - Area |
| **PRIFAS** |

**COMMONWEALTH OF PUERTO RICO**

Highways and Transportation Aut.
Agency

| For the Use of Receipt and Dispatch of |
| Fiscal Documents (Treasury) |

| Accounts Bureau | ☐ |
| Interventions Bureau | ☐ |
| Treasury Area | ☐ |
| Other _____ | ☐ |

**CONTROL SHEET - PRIFAS**

Number: <u>15000041</u>      Original Date (Agency): <u>6/22/15</u>      Number of SC: <u>735</u>

(YYYY AAA 123456)                    (MM DD YYYY)               (SC_____)

| No. | Document Number | Comments |
|-----|-----------------|----------|
| 1 | 15066039 | LICENSES (MAY 2015) |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |

(stamp)
TREASURY DEPARTMENT
INTERVENTIONS BUREAU
PAYMENT SECTION
2015 JUN 23 AM 11:19

Luis K. Santiago Reyes, MBA, CPA       (787) 721-8787 x 2707       (787) 729-1522
Name and Authorized Signature Transmitting Agency       Telephone       Fax

**CONFIDENTIAL**                                        **HTA_STAY0000592**

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

Page  1   of   1

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT    ☐ RECEIPT OF PAYMENT ON OBLIGATION    ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

NUMBER OF INVENTORY DEPENDENCE

DOCUMENT ID

| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 15086039 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 15086039 | 6/22/15 | $ 2,131,468.22 |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| | REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 2,131,468.22 | Licence (C 1276) May 2015 Amend Section 23.01 Act 22-2000, as amended, known as the "PR Vehicle and Transit Act". New revenues. HIGHWAYS AND TRANSPORTATION AUTHORITY at the Government Development Bank to the account No. [Redacted]427-6 for the repayment of current obligations of the Authority. | $  2,131,468.22 | E6120 | 278 | 0660000 | | 003 | 2014 | | | | |

$ 2,131,468.22    Total or Subtotal    $ 2,131,468.22

[stamp] TREASURY DEPARTMENT INTERVENTIONS BUREAU PAYMENTS SECTION 2015 JUN 23 AM 10:19

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer  Name and Signature
Delegated Buyer
721-8787x2707
Date
Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier
Date                Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
6/22/15
Date                Telephone

For the use of the Treasury Department

Approved by:

Name and Signature

Title

7/02/2015
Date                Telephone

**CONFIDENTIAL**

**HTA_STAY0000593**

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

*Error*

Page  1   of   3

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

[X] RECEIPT OF PAYMENT   [ ] RECEIPT OF PAYMENT ON OBLIGATION   [ ] RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000042 | HIGHWAYS AND TRANSP. AUT. | 660433808 | D | | 15000042 | 6/16/15 | $ 6,000,000.00 |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | [stamp] TREASURY DEPARTMENT INTERVENTIONS BUREAU PAYMENT SECTION 2015 JUN 16 AM 11:02 | $ 6,000,000 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of June 2015 (Gasoline, Diesel, and Licenses)<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENEFICIARY CUSTOMER ACCOUNT [Redacted]9874<br>BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP AUT. | $  6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |

| | $ 6,000,000.00 | Total or Subtotal | $ 6,000,000.00 | |
|---|---|---|---|---|

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer   Name and Signature Delegated Buyer

721-8787x2707

Date

Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

César M. Gandiaga Texidor, CPA

Name and Signature Chief, Agency or Authorized Rep.
6/16/15
Date                    Telephone

For the use of the Treasury Department

Approved by:

Name and Signature

/

Title

6/18/2015
Date                    Telephone

*Abril 27/15 – 7,713.00 (124) Assumes
660 48 9982 – Julio 16/15*

**CONFIDENTIAL**

**HTA_STAY0000594**

Model SC 735
19 February 13

PRIFAS

| Original – ACC |
| Copy - Agency |

*Error*

Page 2   of   3

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT   ☐ RECEIPT OF PAYMENT ON OBLIGATION   ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | | Name of Supplier | Supplier Number | CD | Contract Number | | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000043 | | HIGHWAYS AND TRANSP. AUT. | 660433808 | D | | | 15000043 | 6/16/15 | $ 6,000,000.00 |
| Comments: | | | | | | | Address: Minillas Government Center | | | | |
| | | | | | | | PO Box 42007, San Juan, PR 00940-2007 | | | | |

| | | REFERENCE OBLIGATION | Line | | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,000,000 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of June 2015 (Gasoline, Diesel, and Licences) | $ 6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT # Redacted 9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP AUT. | | | | | | | | | | | |

(stamp)
TREASURY DEPARTMENT
INTERVENTIONS BUREAU
PAYMENT SECTION
2015 JUN 16 AM 11:02

| | | | $ 6,000,000.00 | Total or Subtotal | $ 6,000,000.00 | | | | | | | | | | |

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations. | I certify that the articles and/or services were received according to the specifications. | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize | For the use of the Treasury Department |
|---|---|---|---|
| Luis K. Santiago Reyes, Deputy Treasurer Name and Signature Delegated Buyer | Name and Signature Official Certifier | César M. Gandiaga Texidor, CPA | Approved by: ······· |
| | | Name and Signature Chief, Agency or Authorized Rep. | / Name and Signature |
| | Date                    Telephone | 6/16/15 | Title |
| Date | | Date                    Telephone | 6/18/2015 |
| 721-8787x2707 | | | Date          Telephone |
| Telephone | | | |

**CONFIDENTIAL**

HTA_STAY0000595

ENGLISH TRANSLATION

Model SC 735
19 February 13

PRIFAS

| Original – ACC |
| Copy - Agency |

✓

Page  3   of   3

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT      ☐ RECEIPT OF PAYMENT ON OBLIGATION      ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | |
| EV | 066 | 15000044 | HIGHWAYS AND TRANSP. AUT. | 660433808 | D | | 15000044 | 6/18/15 | $ 6,000,000.00 | |
| Comments: | | | | | | Address: Minillas Government Center | | | | |
| | | | | | | PO Box 42007, San Juan, PR 00940-2007 | | | | |

| REFERENCE OBLIGATION | | | Line | | | Distribution Line (Account Number) | | | | | | | Property | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | [stamp] TREASURY DEPARTMENT INTERVENTIONS BUREAU PAYMENT SECTION 2015 JUN 16 AM 11:02 | $ 6,000,000 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of June 2015 (Gasoline, Diesel and Licences)<br><br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT#: Redacted 9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP AUT. | $  6,000,000 | E6120 | 278 | 0660000 | | 781 | 2014 | | | | |
| | | $ 6,000,000.00 | | **Total or Subtotal** | $ 6,000,000.00 | | | | | | | | | | |

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations. | I certify that the articles and/or services were received according to the specifications. | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize | For the use of the Treasury Department |
|---|---|---|---|
| Luis K. Santiago Reyes, Deputy Treasurer Name and Signature Delegated Buyer | Name and Signature Official Certifier | César M. Gandiaga Texidor, CPA Name and Signature Chief, Agency or Authorized Rep. 6/16/15 | Approved by: ....... Name and Signature / Title 7/15/2015 |
| Date  Telephone           721-8787x2707 | Date              Telephone | Date              Telephone | Date              Telephone |

**CONFIDENTIAL**

**HTA_STAY0000596**

ENGLISH TRANSLATION

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

✓

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT   ☐ RECEIPT OF PAYMENT ON OBLIGATION   ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000045 | | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 15000045 | 6/16/15 | $ 5,000,000.00 |

Comments:    Address:

| REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | 5,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of JUNE 2015 (Petroleum)  HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT: Redacted 9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT. | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |

[stamp] TREASURY DEPARTMENT INTERVENTIONS BUREAU PAYMENT SECTION 2015 JUN 16 AM 11:02

|  | $ 5,000,000.00 | Total or Subtotal | $ 5,000,000.00 | | |
|---|---|---|---|---|---|

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer Name and Signature
Delegated Buyer

721-8787x2707

Date
Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                          Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

César M. Gandiaga Texidor, CPA

Name and Signature Chief, Agency or Authorized Rep.
6/16/15
Date                          Telephone

For the use of the Treasury Department

Approved by:

Name and Signature

Title

6/18/2015

Date                          Telephone

**CONFIDENTIAL**

**HTA_STAY0000597**

ENGLISH TRANSLATION

Model SC 735
19 February 13

PRIFAS
Original – ACC
Copy - Agency

Page 2   of   2

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT   ☐ RECEIPT OF PAYMENT ON OBLIGATION   ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15000046 | HIGHWAYS AND TRANSP. AUT. | | 660433808 | A | | 15000046 | 6/18/15 | $ 5,000,000.00 |

Comments:      Address:

| | | REFERENCE OBLIGATION | Line | | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | 5,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of JUNE 2015 (Petroleum)<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENEFICIARY CUSTOMER ACCOUNT [Redacted] 9874<br>BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP AUT. | $ 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |

[stamp]
TREASURY DEPARTMENT
INTERVENTIONS BUREAU
PAYMENT SECTION
2015 JUN 16 AM 11:03

| $ 5,000,000.00 | Total or Subtotal | $ 5,000,000.00 |

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations. | I certify that the articles and/or services were received according to the specifications. | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize | For the use of the Treasury Department |
|---|---|---|---|
| Luis K. Santiago Reyes, Deputy Treasurer   Name and Signature   Delegated Buyer | Name and Signature Official Certifier | [signature]   César M. Gandiaga Texidor, CPA | Approved by: |
| | Date     Telephone | Name and Signature Chief, Agency or Authorized Rep. | Name and Signature |
|      721-8787x2707 | | | Title |
| Date | | | 6/18/2015 |
| Telephone | | Date     Telephone | Date     Telephone |

**CONFIDENTIAL**

**HTA_STAY0000598**

ENGLISH TRANSLATION

Model SC 714
19 February 13

Original –Agency
Copy – Mail Treas.
Copy - Area
**PRIFAS**

**COMMONWEALTH OF PUERTO RICO**

Highways and Transportation

Agency

For the Use of Receipt and Dispatch of
Fiscal Documents (Treasury)

Accounts Bureau ☐
Interventions Bureau ☐
Treasury Area ☐
Other _____ ☐

**CONTROL SHEET - PRIFAS**

Number:      15000022          Original Date(Agency):      3/24/2015      Number of SC:      735
         (YYYY AAA 123456)                        (MM DD YYYY)                   (SC_____)

| No. | Document Number | Comments |
|-----|-----------------|----------|
| 1 | 15066028 | FINES |
| 2 | 15066029 | CIGARETTES |
| 3 | 15066030 | LICENSES |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | *1 is missing* |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | TREASURY DEPARTMENT |
| 27 | | INTERVENTIONS BUREAU |
| 28 | | PAYMENT SECTION |
| 29 | | |
| 30 | | 2015 MAR 24 PM 3:06 |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |

Luis K. Santiago Reyes, MBA, CPA          (787) 721-8787 x 2707          (787) 729-1522
Name and Authorized Signature Transmitting Agency          Telephone          Fax

**CONFIDENTIAL**                                      **HTA_STAY0000599**

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

Page 1 of 1

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

*OK Valid*

☑ RECEIPT OF PAYMENT    ☐ RECEIPT OF PAYMENT ON OBLIGATION    ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15066028 | HIGHWAYS AND TRANSP. AUT | 660433808 | | | 15066028 | 3/24/15 | $ 1,425,033.96 |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 1,425,033.96 | Electronic Toll Fines For the month of February 2015 | $ 1,425,033.96 | E6120 | 278 | 0660000 | | 081 | 2014 | | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT: [Redacted]9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP AUT. . | | | | | | | | | | | |
| | | | $ 1,425,033.96 | **Total or Subtotal** | $ 1,425,033.96 | | | | | | | | | | |

[stamp] TREASURY DEPARTMENT INTERVENTIONS BUREAU PAYMENT SECTION 2015 JUN 24 PM 3:06

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer Name and Signature Delegated Buyer

721-8787x2707

Date
Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

César M. Gandiaga Texidor, CPA

Name and Signature Chief, Agency or Authorized Rep.

3/23/15

Date                    Telephone

For the use of the Treasury Department

Approved by:

Name and Signature

Title

3/24/2015

Date                    Telephone

**CONFIDENTIAL**

**HTA_STAY0000600**

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

*OK Valid*

Page 1 of 1

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT   ☐ RECEIPT OF PAYMENT ON OBLIGATION   ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE |
|---|---|---|---|---|---|---|---|
| CT Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV 066 | 15066029 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 15066029 | 3/24/15 | $ 1,666,000.00 |

Comments:                              Address:

| REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN Agen | Purchase Order Number Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 066 | | $ 1,666,000.00 | Cigarette Excise Taxes New revenues for the month of February 2015, in accordance with the Memo from the Secretary of Treasury<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY at the Government Development Bank to the account No. 427-6 for the repayment of current obligations of the Authority | $ 1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |

[stamp] TREASURY DEPARTMENT INTERVENTIONS BUREAU PAYMENT SECTION 2015 JUN 24 PM 3:06

|  | $ 1,666,000.00 | Total or Subtotal | $ 1,666,000.00 |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer Name and Signature Delegated Buyer

721-8787x2707

Date
Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

César M. Gandiaga Texidor, CPA

Name and Signature Chief, Agency or Authorized Rep.

3/23/15
Date                    Telephone

For the use of the Treasury Department

Approved by:

Name and Signature

Title

3/24/2015

Date                    Telephone

Preservation: Six years or until the intervention of a comptroller, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000601**

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

Page   1   of   1

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

☑ RECEIPT OF PAYMENT      ☐ RECEIPT OF PAYMENT ON OBLIGATION      ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15066030 | HIGHWAYS AND TRANSP AUT | 660433808 | A | | 15066030 | 3/24/15 | $ 6,737,973.23 |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,737,973.23 | Licence (C 1276) February 2015 Amend Section 23.01 Act 22-2000, as amended, known as the "PR Vehicle and Transit Act". New revenues. HIGHWAYS AND TRANSPORTATION AUTHORITY at the Government Development Bank to the account No. [redacted]427-6 for the repayment of current obligations of the Authority. | $ 6,737,973.23 | E6120 | 278 | 0660000 | | 003 | 2014 | | | |

| | $ 6,737,973.23 | Total or Subtotal | $ 6,737,973.23 |
|---|---|---|---|

TREASURY DEPARTMENT
INTERVENTIONS BUREAU
PAYMENT SECTION
2015 APR - 8 PM 3:21
(stamp)

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

Luis K. Santiago Reyes, Deputy Treasurer   Name and Signature
Delegated Buyer

721-8787x2707

Date
Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.

Date                    Telephone

For the use of the Treasury Department

Approved by:

------      Name and Signature
/          Title

4/6/2015
Date        Telephone

**CONFIDENTIAL**

**HTA_STAY0000602**

ENGLISH TRANSLATION



# CERTIFICATE OF ACCURACY

I, **María R. Arias**, with U.S. Legal Support, Inc., declare that I have provided Translation Services executed on this 3rd of April 2020.

Furthermore, I declare that I am a certified translator for *English and Spanish* languages and that I am competent to translate between those two languages.

I hereby certify that I have translated the attached document into English to the best of my knowledge and ability and believe this translation to be a true, accurate, and complete rendition of the original Spanish file(s) provided to me.

*Name: "HTA_STAY0000556" (pdf file)*                    *No. of Pages: 47*

Sincerely,

*María R. Arias*                                                    04/03/2020
----------------------------------------                    ----------------------------------
Maria R. Arias                                                    Date
ATA-Certified Translator
English ≈ Spanish



U.S. Legal Support, Inc. – Translations Services Department – 855-538-3099
translations@uslegalsupport.com