# EXHIBIT AP

# (Ex. 37 to the Natbony Declaration, originally filed as ECF 13039-89 through ECF 13039-90, and ECF 789-89 through 789-90 in Case No. 17-BK-3567) - Part 1

**NATBONY REPLY DECLARATION**
**EXHIBIT 37 – Part 1**



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

2 de diciembre de 2015

VIA FAX (787) 721-2871

TESORERIA
BANCO GUBERNAMENTAL DE
  FOMENTO PARA PUERTO RICO
P O Box 42001
SAN JUAN, PUERTO RICO  00940-2001

ATENCIÓN: SR. GABRIEL TORRES Y/O RAFAEL RODRIGUEZ

Estimados señores:

Autorizamos efectivo el **2 de diciembre de 2015** se debite la cuenta corriente del Secretario de Hacienda [Redacted]000-6 por la cantidad de **$5,000,000.00,** y a transferir dicha cantidad a la **"Time Deposit Open Account – SECRETARIO HACIENDA CLAWBACK",** del Secretario de Hacienda con tasa de interés del 1%.

Esta cantidad corresponde al voucher 16011009 de la agencia 066.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana Garcia Noya
Secretaria Auxiliar
Área de Tesoro



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

8 de diciembre de 2015

VIA FAX (787) 721-2871

TESORERIA
BANCO GUBERNAMENTAL DE
FOMENTO PARA PUERTO RICO
P O Box 42001
SAN JUAN, PUERTO RICO 00940-2001

ATENCIÓN: SR. GABRIEL TORRES Y/O RAFAEL RODRIGUEZ

Estimados señores:

Autorizamos efectivo el **8 de diciembre de 2015** se debite la cuenta corriente del Secretario de Hacienda [Redacted]000-6 por la cantidad de **$3,033,405.69,** y a transferir dicha cantidad a la **"Time Deposit Open Account – SECRETARIO HACIENDA CLAWBACK** [Redacted]**6048",** del Secretario de Hacienda con tasa de interés del 1%.

Esta cantidad corresponde al pago recibido de la Compañía de Turismo en virtud al artículo 24 de la Ley 272 del 2003.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

[Redacted]

Ana Garcia Noya
Secretaria Auxiliar
Área de Tesoro

CONFIDENTIAL                                                                                                    HTA_STAY0000604



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

29 de diciembre de 2015

VIA FAX (787) 721-2871

TESORERIA
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
P O Box 42001
SAN JUAN, PUERTO RICO 00940-2001

ATENCIÓN: SR. GABRIEL TORRES Y/O RAFAEL RODRIGUEZ

Estimados señores:

Autorizamos efectivo el **29 de diciembre de 2015** se debite la cuenta corriente del Secretario de Hacienda [Redacted]000-6 por la cantidad de **$152,010,788.00** y a transferir dicha cantidad a la **"Time Deposit Open Account – SECRETARIO HACIENDA CLAWBACK** [Redacted]**6048"**, del Secretario de Hacienda con tasa de interés del 1%.

Esta cantidad corresponde a los fondos retenidos de la Autoridad de Carreteras, Autoridad de Infraestructura y Autoridad Metropolitana de Autobuses según las instrucciones de la OE-46 de 2015.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

Redacted

Brenda Vázquez Rodríguez
Subdirectora
Área de Tesoro



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

31 de diciembre de 2015

VIA FAX (787) 721-2871

TESORERIA
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
P O Box 42001
SAN JUAN, PUERTO RICO 00940-2001

ATENCIÓN: SR. GABRIEL TORRES Y/O RAFAEL RODRIGUEZ

Estimados señores:

Autorizamos efectivo el **4 de enero de 2016** se debite la cantidad de **$163,917,250.30** de la **"Time Deposit Open Account – SECRETARIO HACIENDA CLAWBACK –** [Redacted]**6048",** y acreditar dicha cantidad en la cuenta corriente del Secretario de Hacienda [Redacted]0006.

Esta cantidad será utilizada para el pago de la deuda pública del Estado Libre Asociado de Puerto Rico el 4 de enero de 2016.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

[Redacted]

Brenda Vázquez Rodríguez
Subdirectora
Área de Tesoro

[Redacted]



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

30 de diciembre de 2015

VIA FAX (787) 721-2871

TESORERIA
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
P O Box 42001
SAN JUAN, PUERTO RICO  00940-2001

ATENCIÓN: SR. GABRIEL TORRES Y/O RAFAEL RODRIGUEZ

Estimados señores:

Autorizamos efectivo el **30 de diciembre de 2015** se debite la cuenta corriente del Secretario de Hacienda [Redacted]000-6 por la cantidad de **$3,873,056.61** y a transferir dicha cantidad a la **"Time Deposit Open Account – SECRETARIO HACIENDA CLAWBACK [Redacted]6048"**, del Secretario de Hacienda con tasa de interés del 1%.

Esta cantidad corresponde a los fondos retenidos de la Autoridad de Carreteras según las instrucciones de la OE-46 de 2015.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Brenda Vázquez Rodríguez
Subdirectora
Área de Tesoro

**Redacted**



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

11 de enero de 2016

VIA FAX (787) 721-2871

TESORERIA
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
P O Box 42001
SAN JUAN, PUERTO RICO 00940-2001

ATENCIÓN: SR. GABRIEL TORRES Y/O RAFAEL RODRIGUEZ

Estimados señores:

Autorizamos efectivo el **11 de enero de 2016** se debite la cuenta corriente del Secretario de Hacienda [Redacted] 000-6 por la cantidad de **$3,033,405.69**, y a transferir dicha cantidad a la **"Time Deposit Open Account – SECRETARIO HACIENDA CLAWBACK** [Redacted] **5048"**, del Secretario de Hacienda con tasa de interés del 1%.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,



Brenda Vázquez Rodríguez
Subdirectora
Área de Tesoro

Ef 12 nuevo

CONFIDENTIAL
HTA_STAY0000608



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

29 de enero de 2016

VIA FAX (787) 721-2871

TESORERIA
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
P O Box 42001
SAN JUAN, PUERTO RICO 00940-2001

ATENCIÓN: SR. GABRIEL TORRES Y/O RAFAEL RODRIGUEZ

Estimados señores:

Autorizamos efectivo el **29 de enero de 2016** se debite la cuenta corriente del Secretario de Hacienda [Redacted]000-6 por la cantidad de **$32,823,113.66,** y a transferir dicha cantidad a la **"Time Deposit Open Account – SECRETARIO HACIENDA CLAWBACK** [Redacted]**6048",** del Secretario de Hacienda con tasa de interés del 1%.

Esta cantidad corresponde a los fondos retenidos de la Autoridad de Carreteras y de la Autoridad Metropolitana de Autobuses conforme a instrucciones de OE-46-2015.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Brenda Vázquez Rodríguez
Subdirectora
Área de Tesoro

**Redacted**