# EXHIBIT AP

# (Ex. 37 to the Natbony Declaration, originally filed as ECF 13039-89 through ECF 13039-90, and ECF 789-89 through 789-90 in Case No. 17-BK-3567) - Part 2

**NATBONY REPLY DECLARATION**
**EXHIBIT 37– Part 2**



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

9 de febrero de 2016

VIA FAX (787) 721-2871

TESORERIA
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
P O Box 42001
SAN JUAN, PUERTO RICO 00940-2001

ATENCIÓN: SR. GABRIEL TORRES Y/O RAFAEL RODRIGUEZ

Estimados señores:

Autorizamos efectivo el **9 de febrero de 2016** se debite la cuenta corriente del Secretario de Hacienda [Redacted]000-6 por la cantidad de **$3,033,405.69,** y a transferir dicha cantidad a la **"Time Deposit Open Account – SECRETARIO HACIENDA CLAWBACK** [Redacted]**6048",** del Secretario de Hacienda con tasa de interés del 1%.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

[Redacted]

Brenda Vázquez Rodríguez
Subdirectora
Área de Tesoro



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

26 de febrero de 2016

VIA FAX (787) 721-2871

TESORERIA
BANCO GUBERNAMENTAL DE
  FOMENTO PARA PUERTO RICO
P O Box 42001
SAN JUAN, PUERTO RICO  00940-2001

ATENCIÓN: SR. GABRIEL TORRES Y/O RAFAEL RODRIGUEZ

Estimados señores:

Autorizamos efectivo el **29 de febrero de 2016** se debite la cuenta corriente del Secretario de Hacienda [Redacted]00-6 por la cantidad de **$25,060,204.63**, y a transferir dicha cantidad a la **"Time Deposit Open Account – SECRETARIO HACIENDA CLAWBACK** [Redacted]**5048"**, del Secretario de Hacienda con tasa de interés del 1%.

Esta cantidad corresponde a los fondos retenidos de la Autoridad de Carreteras y de la Autoridad Metropolitana de Autobuses conforme a instrucciones de OE-46-2015.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

Redacted

Lcda. Yaimé M. Rullán Cabrera, CPA
Secretaria Auxiliar
Área de Tesoro



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

9 de marzo de 2016

VIA FAX (787) 721-2871

TESORERIA
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
P O Box 42001
SAN JUAN, PUERTO RICO 00940-2001

ATENCIÓN: SR. GABRIEL TORRES Y/O RAFAEL RODRIGUEZ

Estimados señores:

Autorizamos efectivo el **9 de marzo de 2016** se debite la cuenta corriente del Secretario de Hacienda [Redacted]000-6 por la cantidad de **$3,033,405.69,** y a transferir dicha cantidad a la **"Time Deposit Open Account – SECRETARIO HACIENDA CLAWBACK** [Redacted]**6048",** del Secretario de Hacienda con tasa de interés del 1%.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

[Redacted]

Lcda. Yaimé M. Rullán Cabrera, CPA
Secretaria Auxiliar
Área de Tesoro



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

31 de marzo de 2016

VIA FAX (787) 721-2871

TESORERIA
BANCO GUBERNAMENTAL DE
  FOMENTO PARA PUERTO RICO
P O Box 42001
SAN JUAN, PUERTO RICO 00940-2001

ATENCIÓN: SR. GABRIEL TORRES Y/O RAFAEL RODRIGUEZ

Estimados señores:

Autorizamos efectivo el **31 de marzo de 2016** se debite la cuenta corriente del Secretario de Hacienda [Redacted]000-6 por la cantidad de **$76,215,379.72,** y a transferir dicha cantidad a la **"Time Deposit Open Account – SECRETARIO HACIENDA CLAWBACK** [Redacted]**6048",** del Secretario de Hacienda con tasa de interés del 1%.

Esta cantidad corresponde a los fondos retenidos de la Autoridad de Carreteras y de la Autoridad Metropolitana de Autobuses conforme a instrucciones de OE-46-2015.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

[Redacted]

Lcda. Yaimé M. Rullán Cabrera, CPA
Secretaria Auxiliar
Área de Tesoro

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

December 2, 2015

BY FAX (787) 721-2871

TREASURY
GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO
PO Box 42001
SAN JUAN, PUERTO RICO 00940-2001

TO: MR. GABRIEL TORRES AND/OR RAFAEL RODRIGUEZ

Dear Sirs:

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$5,000,000.00** on **December 2, 2015**, and to transfer said amount to the **"Time Deposit Open Account - SECRETARIO HACIENDA CLAWBACK"** of the Secretary of Treasury with a 1% interest rate.

This amount corresponds to voucher 16011009 of agency 066.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

CONFIDENTIAL                                                            HTA_STAY0000603

ENGLISH TRANSLATION                                                     Page 001

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

December 8, 2015

BY FAX (787) 721-2871

TREASURY
GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO
PO Box 42001
SAN JUAN, PUERTO RICO 00940-2001

TO: MR. GABRIEL TORRES AND/OR RAFAEL RODRIGUEZ

Dear Sirs:

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$3,033,405.69** on **December 8, 2015**, and to transfer said amount to the **"Time Deposit Open Account - SECRETARIO HACIENDA CLAWBACK** [Redacted] **6048"** of the Secretary of Treasury with a 1% interest rate.

This amount corresponds to the payment received from the Tourism Company pursuant to Section 24 of Act 272 of 2003.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

December 29, 2015

BY FAX (787) 721-2871

TREASURY
GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO
PO Box 42001
SAN JUAN, PUERTO RICO 00940-2001

TO: MR. GABRIEL TORRES AND/OR RAFAEL RODRIGUEZ

Dear Sirs:

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$152,010,788.00** on **December 29, 2015**, and to transfer said amount to the **"Time Deposit Open Account - SECRETARIO HACIENDA CLAWBACK** [Redacted]**6048"** of the Secretary of Treasury with a 1% interest rate.

This amount corresponds to the withheld funds of the Highways Authority, the Infrastructure Authority, and the Metropolitan Bus Authority as instructed by OE-46 of 2015.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Brenda Vazquez Rodriguez
Deputy Director
Treasury Area

CONFIDENTIAL

HTA_STAY0000605

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

December 31, 2015

BY FAX (787) 721-2871

TREASURY
GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO
PO Box 42001
SAN JUAN, PUERTO RICO 00940-2001

TO: MR. GABRIEL TORRES AND/OR RAFAEL RODRIGUEZ

Dear Sirs:

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]0006 in the amount of **$163,917,250.30** on **January 4, 2016**, and to transfer said amount to the **"Time Deposit Open Account - SECRETARIO HACIENDA CLAWBACK -** [Redacted]**6048"**.

This amount will be used for the payment of the public debt of the Commonwealth of Puerto Rico on January 4, 2016.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Brenda Vazquez Rodriguez
Deputy Director
Treasury Area

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

December 30, 2015

BY FAX (787) 721-2871

**TREASURY**
GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO
PO Box 42001
SAN JUAN, PUERTO RICO 00940-2001

TO: MR. GABRIEL TORRES AND/OR RAFAEL RODRIGUEZ

Dear Sirs:

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$3,873,056.61** on **December 30, 2015**, and to transfer said amount to the **"Time Deposit Open Account - SECRETARIO HACIENDA CLAWBACK** [Redacted] **6048"** of the Secretary of Treasury with a 1% interest rate.

This amount corresponds to the withheld funds of the Highways Authority as instructed by OE-46 of 2015.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Brenda Vazquez Rodriguez
Deputy Director
Treasury Area

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

January 11, 2016

BY FAX (787) 721-2871

TREASURY
GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO
PO Box 42001
SAN JUAN, PUERTO RICO 00940-2001

TO: MR. GABRIEL TORRES AND/OR RAFAEL RODRIGUEZ

Dear Sirs:

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$3,033,405.69** on **January 11, 2016**, and to transfer said amount to the **"Time Deposit Open Account - SECRETARIO HACIENDA CLAWBACK** [Redacted]**6048"** of the Secretary of Treasury with a 1% interest rate.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Brenda Vazquez Rodriguez
Deputy Director
Treasury Area

CONFIDENTIAL

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

January 29, 2016

BY FAX (787) 721-2871

TREASURY
GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO
PO Box 42001
SAN JUAN, PUERTO RICO 00940-2001

TO: MR. GABRIEL TORRES AND/OR RAFAEL RODRIGUEZ

Dear Sirs:

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$32,823,113.66** on **January 29, 2016**, and to transfer said amount to the **"Time Deposit Open Account - SECRETARIO HACIENDA CLAWBACK** [Redacted]**6048"** of the Secretary of Treasury with a 1% interest rate.

This amount corresponds to the withheld funds of the Highways Authority and the Metropolitan Bus Authority as instructed by OE-46-2015.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Brenda Vazquez Rodriguez
Deputy Director
Treasury Area

CONFIDENTIAL
ENGLISH TRANSLATION

HTA_STAY0000609
Page 007

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

February 9, 2016

BY FAX (787) 721-2871

TREASURY
GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO
PO Box 42001
SAN JUAN, PUERTO RICO 00940-2001

TO: MR. GABRIEL TORRES AND/OR RAFAEL RODRIGUEZ

Dear Sirs:

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$3,033,405.69** on **February 9, 2016**, and to transfer said amount to the **"Time Deposit Open Account - SECRETARIO HACIENDA CLAWBACK** [Redacted]**6048"** of the Secretary of Treasury with a 1% interest rate.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Brenda Vazquez Rodriguez
Deputy Director
Treasury Area

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

February 26, 2016

BY FAX (787) 721-2871

**TREASURY**
GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO
PO Box 42001
SAN JUAN, PUERTO RICO 00940-2001

TO: MR. GABRIEL TORRES AND/OR RAFAEL RODRIGUEZ

Dear Sirs:

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$25,060,204.63** on **February 29, 2016**, and to transfer said amount to the **"Time Deposit Open Account - SECRETARIO HACIENDA CLAWBACK** [Redacted]**6048"** of the Secretary of Treasury with a 1% interest rate.

This amount corresponds to the withheld funds of the Highways Authority and the Metropolitan Bus Authority as instructed by OE-46-2015.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ms. Yaimé M. Rullán Cabrera, CPA
Assistant Secretary
Treasury Area

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

March 9, 2016

BY FAX (787) 721-2871

**TREASURY**
GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO
PO Box 42001
SAN JUAN, PUERTO RICO 00940-2001

TO: MR. GABRIEL TORRES AND/OR RAFAEL RODRIGUEZ

Dear Sirs:

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$3,033,405.69** on **March 9, 2016**, and to transfer said amount to the **"Time Deposit Open Account - SECRETARIO HACIENDA CLAWBACK** [Redacted]**6048"**, of the Secretary of Treasury with a 1% interest rate.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ms. Yaimé M. Rullán Cabrera, CPA
Assistant Secretary
Treasury Area

CONFIDENTIAL                                                                HTA_STAY0000612

ENGLISH TRANSLATION                                                         Page 010

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

March 31, 2016

BY FAX (787) 721-2871

TREASURY
GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO
PO Box 42001
SAN JUAN, PUERTO RICO 00940-2001

TO: MR. GABRIEL TORRES AND/OR RAFAEL RODRIGUEZ

Dear Sirs:

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$76,215,379.72** on **March 31, 2016**, and to transfer said amount to the **"Time Deposit Open Account - SECRETARIO HACIENDA CLAWBACK** [Redacted]**6048"** of the Secretary of Treasury with a 1% interest rate.

This amount corresponds to the withheld funds of the Highways Authority and the Metropolitan Bus Authority as instructed by OE-46-2015.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ms. Yaimé M. Rullán Cabrera, CPA
Assistant Secretary
Treasury Area

CONFIDENTIAL

HTA_STAY0000613

ENGLISH TRANSLATION

Page 011

ENGLISHTRANSLATION



# CERTIFICATE OF ACCURACY

I, **María R. Arias**, with U.S. Legal Support, Inc., declare that I have provided Translation Services executed on this 3rd of April 2020.

Furthermore, I declare that I am a certified translator for *English and Spanish* languages and that I am competent to translate between those two languages.

I hereby certify that I have translated the attached document into English to the best of my knowledge and ability and believe this translation to be a true, accurate, and complete rendition of the original Spanish file(s) provided to me.

Name: "HTA_STAY0000603" (pdf file)          No. of Pages: 11

Sincerely,

*María R. Arias*          04/03/2020
--------------------------------------       --------------------------------
Maria R. Arias          Date
ATA-Certified Translator
English ≈ Spanish



U.S. Legal Support, Inc. – Translations Services Department – 855-538-3099
translations@uslegalsupport.com