# EXHIBIT AQ

# (Ex. 38 to the Natbony Declaration, originally filed as ECF 13039-91, and ECF 789-91 in Case No. 17-BK-3567)

**NATBONY REPLY DECLARATION**
**EXHIBIT 38**

# AREA DEL TESORO
## CONTADURIA GENERAL
### SECCION DE CONTABILIDAD

### PROCESAMIENTO DE PAGOS

**SV**

**NO EMITIR CHEQUE
TRANSFERENCIAS BANCARIAS**

| | |
|---|---|
| NUMERO DEL SUPLIDOR | 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 |
| NOMBRE DEL SUPLIDOR | AUTORIDAD DE CARRETERAS |
| DESCRIPCION | REMANENTE DE PETROLEO CORRESPONDIENTE ABRIL, MAYO Y JUNIO 2015 |
| CANTIDAD DEL PAGO | $19,000,000.00 |
| NUMERO DEL DOCUMENTO | SV 00204080 |

ENTRADO POR   Redacted   HECTOR N GOMEZ   FECHA   7-Mar-16

APROBADO POR   Redacted   FECHA   7/Marzo/16

NUMERO DE AVISO   277 — 30/Oct/15   233 — 11/Dic/15   FECHA

| | | | |
|---|---|---|---|
| AVISO EN PRIFAS | 30-Oct-15 | $ | 10,000,000.00 |
| AVISO EN PRIFAS | 11-Dec-15 | $ | 9,000,000.00 |

CUENTA :   E6120-278-0660000-785-2015

Cerrado
Redacted
7/Marzo/16

CONFIDENTIAL



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**DEPARTAMENTO DE HACIENDA**
ÁREA DEL TESORO

11 de diciembre de 2015

**Vía Fax 721-3642**

Sra. María Ocasio
Gerente de Finanzas
División de Cuentas de Depósito
Banco Gubernamental de Fomento para Puerto Rico
PO Box42001
San Juan, Puerto Rico 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **11 de diciembre de 2015** transfieran **$9,000,000.00**, correspondiente a porción del remanente del arbitrio del petróleo, de la cuenta corriente del Secretario de Hacienda # Redacted 0006 a la cuenta bancaria # Redacted 427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana Garcia Noya
Secretaria Auxiliar



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

30 de octubre de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
  FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **30 de octubre de 2015** transfieran **$10,000,000.00,** correspondiente a porción del remanente del arbitrio del petróleo, de la cuenta corriente del Secretario de Hacienda # Redacted 0006 a la cuenta bancaria # Redacted 427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana Garcia Noya
Secretaria Auxiliar
Área de Tesoro

### Area del Tesoro
### Div. Contaduría General
### Sección de Recaudaciones y Pagos

## TRANSFERENCIA ELECTRONICA

| | |
|---|---|
| Numero de Suplidor : | 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 |
| Nombre del Suplidor : | **AUT DE CARRETERAS Y TRANSPORTE** |
| Mes o Num del Caso : | **ARB. DE PETROLEO/REMANENTE DE MARZO 2015** |
| Cantidad del Pago : | 15,272,474.54    AJUSTES |
| Menos Descuentos : | Neto    **15,272,474.54** |
| Numero de Voucher : | 00198454 |
| Entrado : | **Lizette González Reyes**    Fecha    13-Apr-15 |
| Preintervención : | **Redacted**    Fecha    13-abr-15 |
| Aprobado : | Fecha    13/Abr/15 |
| Num de Aviso : | Fecha |
| Cerrado por : | Fecha |

| Cifra de cuenta | E6120-278-0660000-993-2014 | 8,196,477.90 |
|---|---|---|
| | E6120-278-0660000-994-2015 | 2,732,159.30 |
| | E6120-278-0660000-782-2014 | 4,343,837.34 |
| | | **$ 15,272,474.54** |

① $3,054,495.⁰⁰ → 8/28/2015
② $3,054,495.⁰⁰ → 8/31/2015
③ $3,054,495.⁰⁰ → 9/9/2015
④ $3,054,495.⁰⁰ → 9/14/2015
⑤ $3,054,495.⁰⁰

```
15,272,474.54 **
 3,054,495.00 -
 3,054,495.00 -
 3,054,495.00 -
 3,054,495.00 -
005
 3,054,494.54 *
```

CONFIDENTIAL



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

25 de agosto de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **25 de agosto de 2015** transfieran **$3,054,495.00,** correspondiente a porción del voucher #198454 del remanente del mes de MARZO del arbitrio del petróleo, de la cuenta corriente del Secretario de Hacienda # Redacted 000-6 a la cuenta bancaria # Redacted 427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana García Noya
Secretaria Auxiliar
Área de Tesoro



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

31 de agosto de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **31 de agosto de 2015** transfieran **$3,054,495.00**, correspondiente a segunda porción del voucher #198454 del remanente del mes de MARZO del arbitrio del petróleo, de la cuenta corriente del Secretario de Hacienda # Redacted 000-6 a la cuenta bancaria # Redacted 427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

Redacted

Ana Garcia Noya
Secretaria Auxiliar
Área de Tesoro



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

9 de septiembre de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
  FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **9 de septiembre de 2015** transfieran **$3,054,495.00,** correspondiente a porción del voucher #198454 del remanente del mes de MARZO del arbitrio del petróleo, de la cuenta corriente del Secretario de Hacienda # Redacted 000-6 a la cuenta bancaria # Redacted 427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

Redacted

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

CONFIDENTIAL



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

14 de septiembre de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
  FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **14 de septiembre de 2015** transfieran
**$3,054,495.00,** correspondiente a porción del voucher #198454 del
remanente del mes de MARZO del arbitrio del petróleo, de la cuenta
corriente del Secretario de Hacienda # Redacted 000-6 a la cuenta bancaria #
Redacted 427-6 de la Autoridad de Carreteras y Transportación para el repago
de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este
Departamento.

Cordialmente,

**Redacted**

Ana García Noya
Secretaria Auxiliar
Área de Tesoro



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

18 de septiembre de 2015

Vía Fax 721-3642

**ENMENDADA**

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
  FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Favor reversar el aviso 268 del 09/16/2015 para corregir cantidad.
Autorizamos que efectivo el **16 de septiembre de 2015** transfieran
**$3,054,494.54,** correspondiente a porción final del voucher #198454 del
remanente del mes de MARZO del arbitrio del petróleo, de la cuenta
corriente del Secretario de Hacienda # Redacted 000-6 a la cuenta bancaria #
Redacted 427-6 de la Autoridad de Carreteras y Transportación para el repago
de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este
Departamento.

Cordialmente,

**Redacted**

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

CONFIDENTIAL

*oct aref*

## Area del Tesoro
### Div. Contaduria General
### Sección de Recaudaciones y Pagos

# TRANSFERENCIA ELECTRONICA

| | | |
|---|---|---|
| Numero de Suplidor | : | 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 |
| Nombre del Suplidor | : | **AUT DE CARRETERAS Y TRANSPORTE** |
| Mes o Num del Caso | : | ARB. DE PETROLEO/REMANENTE FEBRERO 2015 |

| | | | | |
|---|---|---|---|---|
| Cantidad del Pago | : | 13,361,556.98 | AJUSTES | |
| Menos Descuentos | : | | Neto | 13,361,556.98 |
| Numero de Voucher | : | SV 00197865 | | |
| Entrado | : | *Lizette González Reyes* | Fecha | 17-Mar-15 |
| Preintervención | : | | Fecha | |
| Aprobado | : | Redacted | Fecha | 17/Mayo/15 |
| Num de Aviso | : | | Fecha | |
| Cerrado por | : | | Fecha | |

,064·00  *

000
0·00  *

| | | |
|---|---|---|
| Cifra de cuenta | E6120-278-0660000-993-2014 | |
| | E6120-278-0660000-994-2015 | 102,294. |
| | E6120-278-0660000-782-2014 | 13,259,262. |

13,361,556·98*+
5,000,000·00 –
5,000,000·00 –
600,000·00 –
004
2,761,556·98 *

| | | |
|---|---|---|
| Remanente Fin de Mes | E6120-278-0660000-782-2014 | $ 13,361,556 |

① ($5MM) – 13 Mayo 2015
③ ($5 MM) – 14 Mayo 2015
Bel ③ $3,361,556.98 –

③   (600, 000. 00) – 29 Ma

HTA_STAY0000623



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

21 de julio de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **21 de julio de 2015** transfieran **$2,761,556.98,** correspondiente a porción final del voucher #197865 del remanente del mes de FEBRERO del arbitrio del petróleo, de la cuenta corriente del Secretario de Hacienda # Redacted 000-6 a la cuenta bancaria # Redacted 427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana García Noya
Secretaria Auxiliar
Área de Tesoro



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

29 de mayo de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
  FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **29 de mayo de 2015** transfieran **$600,000.00,** correspondiente a porción del voucher #197865 del remanente del mes de FEBRERO del arbitrio del petróleo, de la cuenta corriente del Secretario de Hacienda # Redacted 000-6 a la cuenta bancaria # Redacted 427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana García Noya
Secretaria Auxiliar
Área de Tesoro



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

14 de mayo de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
  FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **14 de mayo de 2015** transfieran
**$5,000,000.00,** correspondiente a porción del voucher #197865 del
remanente del mes de FEBRERO del arbitrio del petróleo, de la cuenta
corriente del Secretario de Hacienda # Redacted 000-6 a la cuenta bancaria #
Redacted 427-6 de la Autoridad de Carreteras y Transportación para el repago
de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este
Departamento.

Cordialmente

**Redacted**

Ana García Noya
Secretaria Auxiliar
Área de Tesoro



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

13 de mayo de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **13 de mayo de 2015** transfieran
**$5,000,000.00,** correspondiente a porción del voucher #197865 del
remanente del mes de FEBRERO del arbitrio del petróleo, de la cuenta
corriente del Secretario de Hacienda # Redacted 000-6 a la cuenta bancaria #
Redacted 427-6 de la Autoridad de Carreteras y Transportación para el repago
de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este
Departamento.

Cordialmente,

**Redacted**

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

CONFIDENTIAL

HTA_STAY0000627

# TREASURY AREA
# GENERAL ACCOUNTING
# ACCOUNTING SECTION

# PAYMENT PROCESSING

**SV**

TREASURY DEPARTMENT
TREASURY AREA
[illegible]
[illegible]
2016 MAR - 7 PM 5:51

---

## DO NOT ISSUE CHECK
## BANK TRANSFERS

---

| | |
|---|---|
| SUPPLIER NUMBER | 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 |
| SUPPLIER NAME | HIGHWAYS AUTHORITY |
| DESCRIPTION | PETROLEUM EXCESS IN APRIL, MAY, AND JUNE 2015 |
| PAYMENT AMOUNT | $19,000,000.00 |
| DOCUMENT NUMBER | SV 00204080 |

| | | | |
|---|---|---|---|
| REGISTERED BY | [SIGNATURE] | DATE | MAR-7-16 |
| | HECTOR R. GOMEZ | | |
| APPROVED BY | [SIGNATURE] | DATE | MAR/7/16 |
| NOTICE NUMBER | 277  -  OCT/30/15 | DATE | |
| | 233  -  DEC/11/15 | | |
| NOTICE IN PRIFAS | OCT-30-15 | $  10,000,000.00 | |
| NOTICE IN PRIFAS | DEC-11-15 | $   9,000,000.00 | |
| ACCOUNT | E6120-278-0660000-785-2015 | | |

[HANDWRITTEN]
Closed
[illegible]
March/7/16

CONFIDENTIAL

HTA_STAY0000614

ENGLISH TRANSLATION

[Logo]
Treasury
Commonwealth of Puerto Rico

COMMONWEALTH OF PUERTO RICO
**TREASURY DEPARTMENT**
TREASURY AREA

December 11, 2015

**By Fax 721-3642**

Mrs. María Ocasio
Finance Manager
Deposit Accounts Division
Government Development Bank for Puerto Rico
PO Box 42001
San  Juan,  Puerto  Rico  00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]0006 in the amount of **$9,000,000.00** on **December 11, 2015**, corresponding to a portion of excess petroleum excise tax, and to transfer said amount to the bank account No. [Redacted]427-6 of the Highways and Transportation Authority for the repayment of the Authority's current obligations.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
DEPARTMENT TREASURY
Treasury Area

October 30, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT BANK
FOR PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted] 0006 in the amount of **$10,000,000.00** on **October 30, 2015**, corresponding to a portion of excess petroleum excise tax, and to transfer said amount to the bank account No. [Redacted] 427-6 of the Highways and Transportation Authority for the repayment of the Authority's current obligations.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

CONFIDENTIAL                                                                    HTA_STAY0000616

ENGLISH TRANSLATION                                                            Page 003

*Treasury Area*
*General Accounting Division*
*Collection and Payments Section*

# ELECTRONIC TRANSFER

| | |
|---|---|
| Supplier Number | 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 |
| Supplier Name | **HIGHWAYS AND TRANSPORTATION AUT.** |
| Month or Case Number | **PETROLEUM EXCISE TAX/EXCESS OF MARCH 2015** |

| | | | |
|---|---|---|---|
| Payment Amount | 15,272,474.54 | ADJUSTMENTS | |
| Minus Discounts | | Net | **15,272,474.54** |
| Voucher Number | [handwritten] 00198454 | | |
| Registered | Lizette González Reyes | Date | Apr-13-15 |
| Prior evaluation | [Signature] | Date | Apr-13-15 |
| Approved | [Signature] | Date | Apr-13 -15 |
| Notice Number | | Date | |
| Closed by | | Date | |

| | | |
|---|---|---|
| Account Number | **E6120-278-0660000-993-2014** | *8,196,477.90* |
| | **E6120-278-0660000-994-2015** | *2,732,159.30* |
| | **E6120-278-0660000-782-2014** | *4,343,837.34* |

**$ 15,272,474.54**

[handwritten]
① $3,054,495.⁰⁰ → 8/25/2015
② $3,054,495.⁰⁰ → 8/31/2015
③ $3,054,495.⁰⁰ → 9/9/2015
④ $3,054,495.⁰⁰ → 9/14/2015
⑤ $3,054,495.⁰⁰

[adding machine tape]
15,272,474.54 *
3,054,495.00
3,054,495.00
3,054,495.00
3,054,495.00
005
3,054,494.54 *

CONFIDENTIAL

HTA_STAY0000617

ENGLISH TRANSLATION

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

August 25, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted] 000-6 in the amount of **$3,054,495.00** on **August 25, 2015**, corresponding to a portion of voucher No. 198454 of excess petroleum excise tax in MARCH, and to transfer said amount to the bank account No. [Redacted] 427-6 of the Highways and Transportation Authority for the repayment of the Authority's current obligations.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

CONFIDENTIAL

HTA_STAY0000618

ENGLISH TRANSLATION

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

August 31, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. Redacted 000-6 in the amount of **$3,054,495.00** on **August 31, 2015**, corresponding to a portion of voucher No. 198454 of excess petroleum excise tax in MARCH, and to transfer said amount to the bank account No. Redacted 427-6 of the Highways and Transportation Authority for the repayment of the Authority's current obligations.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

CONFIDENTIAL                                                                                    HTA_STAY0000619

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

September 9, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted] 000-6 in the amount of **$3,054,495.00** on **September 9, 2015**, corresponding to a portion of voucher No. 198454 of excess petroleum excise tax in MARCH, and to transfer said amount to the bank account No. [Redacted] 427-6 of the Highways and Transportation Authority for the repayment of the Authority's current obligations.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

CONFIDENTIAL

HTA_STAY0000620

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

September 14, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. Redacted 000-6 in the amount of **$3,054,495.00** on **September 14, 2015**, corresponding to a portion of voucher No. 198454 of excess petroleum excise tax in MARCH, and to transfer said amount to the bank account No Redacted 427-6 of the Highways and Transportation Authority for the repayment of the Authority's current obligations.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]

Ana Garcia Noya
Assistant Secretary
Treasury Area

CONFIDENTIAL                                    HTA_STAY0000621

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

September 18, 2015

Via Fax 721-3642

**AMENDED**

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

Please reverse notice 268 of 09/16/2015 to correct the amount.
We authorize to debit the current account of the Secretary of Treasury No. [Redacted] 000-6 in
the amount of **$3,054,494.54** on **September 16, 2015**, corresponding to a portion of
voucher No. 198454 of excess petroleum excise tax in MARCH, and to transfer said
amount to the bank account No. [Redacted] 427-6 of the Highways and Transportation Authority
for the repayment of the Authority's current obligations.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature*
Ana Garcia Noya
Assistant Secretary
Treasury Area

CONFIDENTIAL                                                    HTA_STAY0000622

*act ref.*

### Treasury Area
### General Accounting Division
### Collection and Payments Section

# ELECTRONIC TRANSFER

Supplier Number                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

Supplier Name                  **HIGHWAYS AND TRANSPORTATION AUT.**

Month or Case Number           **PETROLEUM EXCISE TAX/EXCESS OF FEBRUARY 2015**

| | | | |
|---|---|---|---|
| Payment Amount | 13,361,556.98 | ADJUSTMENTS | |
| Minus Discounts | | Net | **13,361,556.98** |
| Voucher Number | **SV 00197865** | | |
| Registered | **Lizette González Reyes** | Date | Mar-17-15 |
| Prior evaluation | | Date | |
| Approved | [Signature] | Date | Mar-17-15 |
| Notice Number | | Date | |
| Closed by | | Date | |

Account Number        **E6120-278-0660000-993-2014**

                      **E6120-278-0660000-994-2015**        102,294[illegible]

                      **E6120-278-0660000-782-2014**        13,259,262[illegible]

End of month excess   **E6120-278-0660000-782-2014**        **$ 13,361,556[illegible]**

> *1 ($5MM) – 13 MAY 2015*
> *2. ($5MM) – 14 MAY 2015*
> ~~*[illeg.]*~~ *$3,361,556.98*
> *3. (600,000.00) - 24 MAY*

CONFIDENTIAL                                                HTA_STAY0000623

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

July 21, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$2,761,556.98** on **July 21, 2015**, corresponding to the final portion of voucher No. 197865 of excess petroleum excise tax in FEBRUARY, and to transfer said amount to the bank account No. [Redacted]427-6 of the Highways and Transportation Authority for the repayment of the Authority's current obligations.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

CONFIDENTIAL

HTA_STAY0000624

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

May 29, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted] 000-6 in the amount of **$600,000.00** on **May 29, 2015**, corresponding to a portion of voucher No. 197865 of excess petroleum excise tax in FEBRUARY, and to transfer said amount to the bank account No. [Redacted] 427-6 of the Highways and Transportation Authority for the repayment of the Authority's current obligations.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

CONFIDENTIAL

HTA_STAY0000625

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
TREASURY DEPARTMENT

Treasury Area

May 14, 2015

Via Fax 721-3642

MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Dear Mrs. Ocasio,

We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$5,000,000.00** on **May 14, 2015**, corresponding to a portion of voucher No. 197865 of excess petroleum excise tax in FEBRUARY, and to transfer said amount to the bank account No. [Redacted]427-6 of the Highways and Transportation Authority for the repayment of the Authority's current obligations.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[signature]
Ana Garcia Noya
Assistant Secretary
Treasury Area

CONFIDENTIAL                                                    HTA_STAY0000626

[Logo]
Treasury
Commonwealth of Puerto Rico

Commonwealth of Puerto Rico
TREASURY DEPARTMENT

Treasury Area


May 13, 2015


Via Fax 721-3642


MRS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001


Dear Mrs. Ocasio,


We authorize to debit the current account of the Secretary of Treasury No. [Redacted]000-6 in the amount of **$5,000,000.00** on **May 13, 2015**, corresponding to a portion of voucher No. 197865 of excess petroleum excise tax in FEBRUARY, and to transfer said amount to the bank account No. [Redacted]427-6 of the Highways and Transportation Authority for the repayment of the Authority's current obligations.

Please forward the corresponding notices to the Treasury Area of this Department.


Sincerely,


[signature]


Ana Garcia Noya
Assistant Secretary
Treasury Area


CONFIDENTIAL                                                                HTA_STAY0000627



## CERTIFICATE OF ACCURACY

I, **María R. Arias**, with U.S. Legal Support, Inc., declare that I have provided Translation Services executed on this 3rd of April 2020.

Furthermore, I declare that I am a certified translator for *English and Spanish* languages and that I am competent to translate between those two languages.

I hereby certify that I have translated the attached document into English to the best of my knowledge and ability and believe this translation to be a true, accurate, and complete rendition of the original Spanish file(s) provided to me.

*Name: "HTA_STAY0000614" (pdf file)*                    *No. of Pages: 14*

Sincerely,

*María R. Arias*                                            *04/03/2020*
----------------------------------------                ----------------------------------
Maria R. Arias                                                    Date
ATA-Certified Translator
English ≈ Spanish

