# EXHIBIT AR

# (Ex. 39 to the Natbony Declaration, originally filed as ECF 13040-1 through ECF 13040-7, and ECF 790-1 through 790-7 in Case No. 17-BK-3567) - Part 1

## **NATBONY REPLY DECLARATION**
## **EXHIBIT 39 – Part 1**

Modelo SC 735
19 febrero 13
**PRIFAS**
Original – ACC
Copia – Agencia

Pag. 1 de 1

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

OK

[✓] COMPROBANTE DE PAGO     [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION     [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

**IDENT. DEL DOCUMENTO**

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|----|------|---------------------|---------------------|---------------------|----|--------------------|-------------------|-------|-----------------------------|
| EV | 066  | 15066038            | AUT. CARRETERAS Y TRANSP. | 660433808      | A  |                    | 15066038          | 6/16/15 | $ 1,666,000.00 |

Comentarios:                                    Dirección:

**OBLIGACION DE REFERENCIA** | **Línea** | **Línea de Distribución (Cifra de Cuenta)** | **Propiedad**

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
|----|------|-----------------------------------------------------|---------|-------------|---------|--------|-------|--------------|-------|------|-----------|-------------------|-----|-------|--------|
| 01 | 066  |                                                     | $ 1,666,000.00 | Arbitrios de Cigarrillo. Nuevos ingresos para el mes de MAYO 2015, de conformidad con Memo de la Secretaría de Hacienda. AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta [Redacted]427-6 para repago de obligaciones vigentes de la Autoridad | $ 1,666,000.00 | E6120 | 278 | 0660000 |  | 779 | 2014 |  |  |  |  |

$1,666,000.

Pymnt ID EN040058   Pymnt Date 2016-01-04

| $ 1,666,000.00 | Total o Subtotal | $ 1,666,000.00 | Para uso del Departamento de Hacienda |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. [Redacted]

Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
[Redacted]
Fecha        721-8787x2707
             Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

[Redacted]
Nombre y Firma Oficial Certificador
[Redacted]
Fecha        Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
Redacted
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
6/16/15
Fecha        Teléfono

Aprobado por:
Redacted   Nombre y Firma
6/16/2016   Título
Fecha        Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

EN040058
1/04/2016

CONFIDENTIAL                                                                                                                                HTA_STAY0000628

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. 1 de 1

ESTADO LIBRE ASOCIADO DE PUERTO RICO
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | | Importe Total del Documento |
| EV | 066 | 15066039 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 15066039 | 6/22/15 | $ | 2,131,468.22 |

Comentarios:
Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 2,131,468.22 | Marbete (C 1276) mayo 2015 Enmendar Art. 23.01 Ley 22-2000, según enmendada, conocida como "Ley de Vehículos y Transito de PR". Ingresos Nuevos. AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta [Redacted] 427-6 para repago de obligaciones vigentes de la Autoridad | $ 2,131,468.22 | E6120 | 278 | 0660000 | | 003 | 2014 | | | | |

$2,131,468.22

Pymnt ID EN040058  Pymnt Date 2016-01-04

| $ 2,131,468.22 | Total o Subtotal | $ 2,131,468.22 | Para uso del Departamento de Hacienda |
|---|---|---|---|

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
**Redacted**
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707
Fecha  Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha  Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
6/22/15
Fecha  Teléfono

Aprobado por: **Redacted**
**Redacted**
Nombre y Firma
Título
7/02/20
Fecha  Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

EN 040058
1/04/2016

CONFIDENTIAL
HTA_STAY0000629

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. __1__ de __

NEGOCIADO DE CUENTAS

2015 AUG 14 AM 9:22

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

[✓] COMPROBANTE DE PAGO   [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION   [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

### IDENT. DEL DOCUMENTO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 16055002 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 1ra Julio 2015 | 8/12/15 | $ 5,073,970.57 |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

### OBLIGACION DE REFERENCIA / Línea / Línea de Distribución (Cifra de Cuenta) / Propiedad

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 066 | | $ 5,073,970.57 | Marbete (C 1276) julio 2015<br>Enmendar Art. 23.01 Ley 22-2000, según enmendada, conocida como "Ley de Vehículos y Tránsito de PR". Ingresos Nuevos.<br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta [Redacted]427-6 para repago de obligaciones vigentes de la Autoridad | $ 5,073,970.57 | E6120 | 278 | 0660000 | | 003 | 2014 | | | | |

Handwritten notes:
Pymnt. Id.
EN040058   1/04/16   4,690,960.47
EN140003   1/14/16   68,394.85
EN280255   1/25/2016   314,615.25

| | $ 5,073,970.57 | Total o Subtotal | $ 5,073,970.57 | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
Redacted
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707
Fecha / Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha / Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente, por lo cual autorizo
Redacted
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Rpte. Aut.
8/13/15
Fecha / Teléfono

Para uso del Departamento de Hacienda
Aprobado por:
Redacted
Nombre y Firma
Título
Fecha / Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000630