# EXHIBIT AR

# (Ex. 39 to the Natbony Declaration, originally filed as ECF 13040-1 through ECF 13040-7, and ECF 790-1 through 790-7 in Case No. 17-BK-3567) - Part 2

## NATBONY REPLY DECLARATION
## EXHIBIT 39– Part 2

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**AUTORIDAD DE CARRETERAS Y TRANSPORTACION**
Agencia

[✓] COMPROBANTE DE PAGO     [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION     [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 066 | 16044001 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 16044001 | 7/15/15 | $ | 1,666,000.00 |

Comentarios:                        Dirección:

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 1,666,000.00 | Arbitrios de Cigarrillo<br>Nuevos ingresos para el mes de junio 2015, de conformidad con Memo de la Secretaria de Hacienda.<br><br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION<br>en el Banco Gubernamental de Fomento<br>a la cuenta [Redacted]427-6<br>para repago de obligaciones vigentes de la Autoridad<br><br>Dft: EN140003   1/14/16   $1,666,000.— | $ 1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |

|   | $ 1,666,000.00 | Total o Subtotal | $ 1,666,000.00 | Para uso del Departamento de Hacienda |
|---|---|---|---|---|

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
**Redacted**
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707
Fecha    Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha    Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Rpte. Aut.
7/14/15
Fecha    Teléfono

Aprobado por:

Nombre y Firma
Título
Fecha    Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL                                                                                                                                            HTA_STAY0000631

Pag. 1 de 1

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

Original
Copia – Agencia

[✓] COMPROBANTE DE PAGO    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

### IDENT. DEL DOCUMENTO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 16088001 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 1ra Agosto 2015 | 8/12/15 | $ 3,855,311.62 |

Dirección: Centro Gubernamental Minillas, Apartado 42007, San Juan, PR 00940-2007

Comentarios:

### OBLIGACION DE REFERENCIA / Línea / Línea de Distribución (Cifra de Cuenta) / Propiedad

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 066 | | $ 3,855,311.62 | Multas de Transito Para el mes de agosto 2015 | $ 3,855,311.62 | E6120 | 278 | 0660000 | | 081 | 2016 | | | | |

AUTORIDAD DE CARRETERAS Y TRANSPORTACION
ABA# 221571415
SWIFT: OBPRPRSJ
BENEFICIARY BANK: ORIENTAL BANK (BBVA)
BENECIFIARY CUSTOMER ACCOUNT#: Redacted 9874
BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS

Off: EN140003
1/14/2016    $3,855,311.62

Total o Subtotal: $ 3,855,311.62    $ 3,855,311.62

2015 AUG 14 AM 9:22   NEGOCIADO DE CUENTAS

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
Luis R. Santiago Reyes, Sub-Tesorero
Redacted
Nombre y Firma Delegado Comprador
721-8787x2707
Fecha / Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.
Redacted
Nombre y Firma Oficial Certificador
Fecha / Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
8/13/15
Fecha / Teléfono

Para Uso del Departamento de Hacienda
Aprobado por: **Redacted**
Nombre y Firma
Título
Fecha / Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

ESTADO LIBRE ASOCIADO DE PUERTO RICO
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION  ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

**IDENT. DEL DOCUMENTO**

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 16044002 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 1ra Julio 2015 | 8/12/15 | $ 1,666,000.00 |

Comentarios:                                        Dirección:

**OBLIGACION DE REFERENCIA** / **Línea** / **Línea de Distribución (Cifra de Cuenta)**

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 066 | | $ 1,666,000.00 | Arbitrios de Cigarrillo Nuevos ingresos de julio 2015, en conformidad con Memo de la Secretaria de Hacienda. AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta [Redacted]427-6 para repago de obligaciones vigentes de la Autoridad | $ 1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |

Dft: EN140003  1/14/16  $1,666,000.—

Total o Subtotal  $ 1,666,000.00    $ 1,666,000.00

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.

Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
[Redacted]
721-8787x2707
Fecha / Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha / Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
[Redacted]
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Rept. Aut.
8/12/15
Fecha / Teléfono

Para uso del Departamento de Hacienda
Aprobado por:
[Redacted]
Nombre y Firma   Título
[Redacted]
Fecha   Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL                                        HTA_STAY0000633

Pag. 1 de 1

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | | | | 1ra Agosto 2015 | 9/14/15 | $ 1,666,000.00 |
| EV | 066 | 16044003 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | Dirección: | | |

Comentarios:

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | Propiedad | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 1,666,000.00 | Arbitrios de Cigarrillo Nuevos ingresos de agosto 2015, en conformidad con Memo de la Secretaria de Hacienda. AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta [Redacted]427-6 para repago de obligaciones vigentes de la Autoridad | $ 1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | |

EN210204 1/21/16 $1,640,421.42
EN280255 1/28/16 +25,578.58

| | Total o Subtotal | $ 1,666,000.00 | |
|---|---|---|---|
| $ 1,666,000.00 | | | Para uso del Departamento de Hacienda |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra preliminar se hizo conforme a la reglamentación vigente.
Redacted
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
Redacted
721-8787x2707
Teléfono
Fecha

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Teléfono Fecha

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
Redacted
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
9/14/15
Teléfono Fecha

Aprobado por:
Redacted
Nombre y Firma
Título
9/14/15
Teléfono Fecha

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000634