# EXHIBIT AR

# (Ex. 39 to the Natbony Declaration, originally filed as ECF 13040-1 through ECF 13040-7, and ECF 790-1 through 790-7 in Case No. 17-BK-3567) - Part 3

**NATBONY REPLY DECLARATION**
**EXHIBIT 39– Part 3**

Pag. 1 de 1

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

[ ✓ ] COMPROBANTE DE PAGO    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

CIFRA DE DEPENDENCIA DE INVENTARIO

| IDENT. DEL DOCUMENTO | | | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | | | | | 1ra Nov. 2015 | 12/03/15 | $ 3,569,260.77 |
| EV | 066 | 16088004 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | | | |

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

Comentarios:

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 3,569,260.77 | Multas de Transito Para el mes de noviembre 2015 | $ 3,569,260.77 | E6120 | 278 | 0660000 | | 081 | 2016 | | | |

AUTORIDAD DE CARRETERAS Y TRANSPORTACION
ABA# 221571415
SWIFT: OBPRPRSJ
BENEFICIARY BANK: ORIENTAL BANK (BBVA)
BENECIFIARY CUSTOMER ACCOUNT# Redacted 9874
BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS

Aft: EN280255
1/28/2016

Total o Subtotal: $ 3,569,260.77    $ 3,569,260.77

Para uso del Departamento de Hacienda

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.

Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707
Fecha    Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha    Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
Redacted
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
12/3/15
Fecha    Teléfono

Aprobado por: Redacted
Redacted
Redacted    Nombre y Firma
                Título
Fecha    Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

Modelo SC 735
19 febrero 13
**PRIFAS**
Original – ACC
Copia – Agencia

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

☑ COMPROBANTE DE PAGO   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | | | | | | Fecha | Importe Total del Documento |
| EV | 066 | 16055003 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 1ra Agosto 2015 | 8/12/15 | $ 5,073,970.57 |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 5,073,970.57 | Marbete (C 1276) agosto 2015 Enmendar Art. 23.01 Ley 22-2000, según enmendada, conocida como "Ley de Vehículos y Transito de PR". Ingresos Nuevos. AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta [Redacted]427-6 para repago de obligaciones vigentes de la Autoridad | $ 5,073,970.57 | E6120 | 278 | 0660000 | | 003 | 2014 | | | |

EN280255   1/28/2016

$ 5,073,970.57   Total o Subtotal   $ 5,073,970.57

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.

**Redacted**
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707
Fecha   Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha   Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente, por lo cual autorizo

**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
8/13/15
Fecha   Teléfono

Para uso del Departamento de Hacienda
Aprobado por:
**Redacted**
Nombre y Firma
**Redacted**   Título
Fecha   Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000636

Modelo SC 735
19 febrero 13
**PRIFAS**
Original – ACC
Copia – Agencia

Pag. 1 de 1

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

[✓] COMPROBANTE DE PAGO   [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION   [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | | Importe Total del Documento |
| EV | 066 | 16044004 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 1ra Sept. 2015 | 10/27/15 | $ | 1,666,000.00 |

Comentarios:    Dirección:

| OBLIGACION DE REFERENCIA | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 1,666,000.00 | Arbitrios de Cigarrillo<br>Nuevos ingresos de septiembre 2015, en conformidad con Memo de la Secretaria de Hacienda.<br><br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta Redacted 427-6 para repago de obligaciones vigentes de la Autoridad | $ 1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | |

Handwritten annotations:
FN 28 0255  1/28/16  $16,574.83
FE 11 0002  2/11/16  $1,648,856.62
FE 18 0137  2/18/16  $568.55

$ 1,666,000.00  Total o Subtotal  $ 1,666,000.00

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. Redacted
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707
Fecha        Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Redacted
Nombre y Firma Oficial Certificador
Fecha        Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
Redacted
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Rpte. Aut.
10/28/15
Fecha        Teléfono

Para uso del Departamento de Hacienda
Aprobado por: Redacted
Nombre y Firma
Redacted  10/28/15
Título
Fecha        Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. 1 de 1

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

[✓] COMPROBANTE DE PAGO  [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION  [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | | | | | | | CIFRA DE DEPENDENCIA DE INVENTARIO | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento | |
| EV | 066 | 16055005 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 1ra Oct. 2015 | 10/27/15 | $ 4,595,246.72 | |

Comentarios:  Dirección: Centro Gubernamental Minillas, Apartado 42007, San Juan, PR 00940-2007

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | | Propiedad | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 4,595,246.72 | Marbete (C 1276) octubre 2015<br>Enmendar Art. 23.01 Ley 22-2000, según enmendada, conocida como "Ley de Vehículos y Transito de PR". Ingresos Nuevos.<br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento<br>a la cuenta [Redacted] 127-6<br>para repago de obligaciones vigentes de la Autoridad | $ 4,595,246.72 | E6120 | 278 | 0660000 | | 003 | 2014 | | | | |
| | | FE11002  2/11/16  $4,559,996.41 | | | | | | | | | | | | | |
| | | MR030007  3/3/16  $35,250.31 | | | | | | | | | | | | | |
| | | | $ 4,595,246.72 | Total o Subtotal | $ 4,595,246.72 | | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados... se hizo conforme a la regla...
**Redacted**
Luis A. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707
Fecha  Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

**Redacted**
Nombre y Firma Oficial Certificador
Fecha  Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he apr... autorizo...
**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
10/28/15
Fecha  Teléfono

Para uso del Departamento de Hacienda
**Redacted**
Nombre y Firma
Título
Oct 28 15
Fecha  Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.