# EXHIBIT AR

# (Ex. 39 to the Natbony Declaration, originally filed as ECF 13040-1 through ECF 13040-7, and ECF 790-1 through 790-7 in Case No. 17-BK-3567) - Part 4

## NATBONY REPLY DECLARATION
## EXHIBIT 39– Part 4

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. 1 de 1

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

[ ✓ ] COMPROBANTE DE PAGO    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

### IDENT. DEL DOCUMENTO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|----|------|---------------------|---------------------|---------------------|----|--------------------|-------------------|-------|------------------------------|
| EV | 066  | 16055006            | AUT. CARRETERAS Y TRANSP. | 660433808      | A  |                    | 1ra Nov. 2015     | 12/01/15 | $ 4,439,435.04            |

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

Comentarios:

### OBLIGACION DE REFERENCIA / Línea / Línea de Distribución (Cifra de Cuenta)

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
|----|------|----|---------|-------------|---------|--------|-------|--------------|-------|------|-----------|---------------------|-----|-------|--------|
| 01 | 066  |    | $ 4,439,435.04 | Marbete (C 1276) noviembre 2015 Enmendar Art. 23.01 Ley 22-2000, según enmendada, conocida como "Ley de Vehículos y Transito de PR". Ingresos Nuevos. AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta [Redacted]27-6 para repago de obligaciones vigentes de la Autoridad | $ 4,439,435.04 | E6120 | 278 | 0660000 |  | 003 | 2014 |  |  |  |  |

JH: FE18 0137
2/18/2016
$4,439,435.04

Total o Subtotal: $ 4,439,435.04    $ 4,439,435.04

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. [Redacted]
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
[Redacted]
721-8787x2707
Fecha        Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha        Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
12/1/15
Fecha        Teléfono

Para uso del Departamento de Hacienda
Aprobado por: [Redacted]
Nombre y Firma
Dic-11-15
Título
Fecha        Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000639

Pag. 1 de 1

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

[✓] COMPROBANTE DE PAGO      [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION      [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

CIFRA DE DEPENDENCIA DE INVENTARIO

| IDENT. DEL DOCUMENTO | | | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | | | | | 1ra Sep. 2015 | 9/24/15 | $ 6,860,244.50 |
| EV | 066 | 16055004 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | | | |

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

Comentarios:

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 6,860,244.50 | Marbete (C 1276) septiembre 2015 Enmendar Art. 23.01 Ley 22-2000, según enmendada, conocida como "Ley de Vehículos y Transito de PR". Ingresos Nuevos. AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta: [Redacted] 27-6 para repago de obligaciones vigentes de la Autoridad | $ 6,860,244.50 | E6120 | 278 | 0660000 | | 003 | 2014 | | | | |

FE110002  2/11/16  $2,300,248.09
FE180137  2/18/16  $4,559,996.41

Total o Subtotal  $ 6,860,244.50   $ 6,860,244.50

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
Redacted
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707
Teléfono
Fecha

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Teléfono
Fecha

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
Redacted
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
9/24/15
Teléfono
Fecha

Para uso del Departamento de Hacienda
Aprobado por:

Nombre y Firma

Título

Teléfono
Fecha

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

Pag. 1 de 1

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

[✓] COMPROBANTE DE PAGO    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

CIFRA DE DEPENDENCIA DE INVENTARIO

**IDENT. DEL DOCUMENTO**

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 16044005 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 1ra Oct. 2015 | 11/03/15 | $ 1,666,000.00 |

Comentarios:    Dirección:

**OBLIGACION DE REFERENCIA** / **Línea** / **Línea de Distribución (Cifra de Cuenta)** / **Propiedad**

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 066 | | $ 1,666,000.00 | Arbitrios de Cigarrillo Nuevos ingresos de octubre 2015, en conformidad con Memo de la Secretaría de Hacienda.<br><br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION en el Banco Gubernamental de Fomento a la cuenta [Redacted]427-6 para repago de obligaciones vigentes de la Autoridad | $ 1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |

Handwritten: MR030007   3/03/16   $1,666,000.—

Total o Subtotal   $ 1,666,000.00   $ 1,666,000.00

Para uso del Departamento de Hacienda

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
**Redacted**
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707
Fecha   Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha   Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
11/3/15
Fecha   Teléfono

Aprobado por:
**Redacted**
Nombre y Firma
Título
Fecha   Teléfono

**Conservación:** Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL                                                                                           HTA_STAY0000641

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. 1 de 1

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**AUTORIDAD DE CARRETERAS Y TRANSPORTACION**
Agencia

☑ COMPROBANTE DE PAGO   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

CIFRA DE DEPENDENCIA DE INVENTARIO

| IDENT. DEL DOCUMENTO | | | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | | | | | 1ra Nov. 2015 | 12/01/15 | $ 1,666,000.00 |
| EV | 066 | 16044006 | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | | | |

Comentarios:                                                          Dirección:

| OBLIGACION DE REFERENCIA | | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | $ 1,666,000.00 | Arbitrios de Cigarrillo<br>Nuevos ingresos de noviembre 2015, en conformidad con Memo de la Secretaria de Hacienda.<br><br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION<br>en el Banco Gubernamental de Fomento<br>a la cuenta [Redacted]427-6<br>para repago de obligaciones vigentes de la Autoridad<br><br>Sft: MR03 0007<br>3/03/2016<br>$ 1,666,000.— | $ 1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |

Total o Subtotal $ 1,666,000.00   $ 1,666,000.00

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
Redacted
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707
Fecha                    Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha                    Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
Redacted
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
12/1/15
Fecha                    Teléfono

Para uso del Departamento de Hacienda
Aprobado por: Redacted
Nombre y Firma
Título
12-11-15
Fecha                    Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL                                                                                                          HTA_STAY0000642