# EXHIBIT AR

# (Ex. 39 to the Natbony Declaration, originally filed as ECF 13040-1 through ECF 13040-7, and ECF 790-1 through 790-7 in Case No. 17-BK-3567) - Part 5

## NATBONY REPLY DECLARATION
## EXHIBIT 39– Part 5

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. 1 de 1

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**AUTORIDAD DE CARRETERAS Y TRANSPORTACION**
Agencia

[ ✓ ] COMPROBANTE DE PAGO    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION    [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

### IDENT. DEL DOCUMENTO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|----|------|---------------------|---------------------|---------------------|----|--------------------|--------------------|-------|------------------------------|
| EV | 066  | 16088003            | AUT. CARRETERAS Y TRANSP. | 660433808 | D |  | 2da Oct. 2015 | 12/03/15 | $ 4,253,247.52 |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

### OBLIGACION DE REFERENCIA / Línea / Línea de Distribución (Cifra de Cuenta)

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
|----|------|------|---------|-------------|---------|--------|-------|--------------|-------|------|-----------|--------------------|-----|-------|--------|
| 01 | 066  |      | $ 4,253,247.52 | Multas de Transito Para el mes de octubre 2015 | $ 4,253,247.52 | E6120 | 278 | 0660000 |  | 081 | 2016 |  |  |  |  |

AUTORIDAD DE CARRETERAS Y TRANSPORTACION
ABA# 221571415
SWIFT: OBPRPRSJ
BENEFICIARY BANK: ORIENTAL BANK (BBVA)
BENECIFIARY CUSTOMER ACCOUNT#: [Redacted]9874
BENEFICIARY CUSTOMER: AUT DE CARRETERAS Y TRANS

*[Handwritten]* SH: NR100018
3/10/2016
$4,253,247.52

Total o Subtotal: $ 4,253,247.52    $ 4,253,247.52

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente. **Redacted**
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707
Fecha / Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.
Nombre y Firma Oficial Certificador
Fecha / Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga Téxidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
12/3/15
Fecha / Teléfono

**Para uso del Departamento de Hacienda**
Aprobado por: **Redacted**
Nombre y Firma
Dic-11-15
Título
Fecha / Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000643



Original – ACC
Copia – Agencia

ESTADO LIBRE ASOCIADO DE PUERTO RICO
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

544,058.21

☑ COMPROBANTE DE PAGO   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

| IDENT. DEL DOCUMENTO | | | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Número de Documento | AUT. CARRETERAS Y TRANSP. | 660433808 | A | | 2da Nov. 2015 | 10/13/15 | $ 5,000,000.00 |
| EV | 066 | 16011010 | | | | Dirección: | | | |

Comentarios:

| OBLIGACION DE REFERENCIA | | Línea | | Línea de Distribución (Cifra de Cuenta) | | | | | | | Propiedad | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 066 | | 5,000,000.00 | Para retirar de la cuenta arriba indicada a ser usados por esta Agencia para sus fines corporativos. Para el mes de noviembre de 2015 (Petróleo) JP MORGAN CHASE ABA # 021000021 SWIFT CODE: CHASUS33 BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R. BENECIFIARY CUSTOMER ACCOUNT # [Redacted]7406 FURTHER CREDIT: AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN FUERTHER CREDIT ACCOUNT # [Redacted]8466 $5,000,000.- Pymnt. Id. MR17C118  3/23/2016 | 5,000,000.00 | E6120 | 278 | 0660000 | | 784 | 2015 | | | | |

$ 5,000,000.00 Total o Subtotal         $ 5,000,000.00

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
**Redacted**
José R. Pérez Torrellas, Tesorero Interino
Nombre y Firma Delegado Comprador
729-1518
Teléfono    Fecha

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Teléfono    Fecha

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
**Redacted**
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
11/3/15
Fecha    Teléfono

Para uso del Departamento de Hacienda
Aprobado por:
**Redacted**
Nombre y Firma
Título
Nov 9-15
Fecha    Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL                                                                                                                              HTA_STAY0000644

Modelo SC 735
19 febrero 13
**PRIFAS**
Original – ACC
Copia – Agencia

Pag. 1 de 1

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

[✓] COMPROBANTE DE PAGO  [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION  [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

**IDENT. DEL DOCUMENTO**

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| EV | 066 | 16022005 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 1ra Oct. 2015 | 10/27/15 | $ 1,018,534.32 |

Comentarios:
Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

**CIFRA DE DEPENDENCIA DE INVENTARIO**

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 066 | | $ 1,018,534.32 | Multas de Peajes Electrónicos Para el mes de octubre 2015 | $ 1,018,534.32 | E6120 | 278 | 0660000 | | 081 | 2014 | | | | |

JP MORGAN CHASE
ABA # 021000021
SWIFT CODE: CHASUS33
BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R.
BENECIFIARY CUSTOMER ACCOUNT # Redacted 7406
FURTHER CREDIT: AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN
FUERTHER CREDIT ACCOUNT # Redacted 3466

$1,018,534.31

Pymnt Id MR17C118  3/23/2016

$ 1,018,534.32 Total o Subtotal    $ 1,018,534.32

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.
Redacted
Luis K. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707
Fecha    Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha    Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
Redacted
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
10/28/15
Fecha    Teléfono

Para uso del Departamento de Hacienda
Aprobado por: **Redacted**
**Redacted**
Nombre y Firma
Título
10/28/15
Fecha    Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

HTA_STAY0000645

Modelo SC 735
19 febrero 13
PRIFAS
Original – ACC
Copia – Agencia

Pag. 1 de 1

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
AUTORIDAD DE CARRETERAS Y TRANSPORTACION
Agencia

[ ✓ ] COMPROBANTE DE PAGO   [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION   [ ] COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

### IDENT. DEL DOCUMENTO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|----|------|---------------------|---------------------|---------------------|----|--------------------|-------------------|-------|------------------------------|
| EV | 066 | 16022006 | AUT. CARRETERAS Y TRANSP. | 660433808 | D | | 1ra Nov. 2015 | 12/01/15 | $ 502,063.49 |

Comentarios:

Dirección: Centro Gubernamental Minillas
Apartado 42007, San Juan, PR 00940-2007

### OBLIGACION DE REFERENCIA / Línea / Línea de Distribución (Cifra de Cuenta) / Propiedad

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
|----|------|-----|---------|-------------|---------|--------|-------|--------------|-------|------|-----------|--------------------|-----|-------|--------|
| 01 | 066 | | $ 502,063.49 | Multas de Peajes Electrónicos Para el mes de noviembre 2015 <br><br> JP MORGAN CHASE <br> ABA # 021000021 <br> SWIFT CODE: CHASUS33 <br> BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R. <br> BENECIFIARY CUSTOMER ACCOUNT # [Redacted]7406 <br> FURTHER CREDIT: AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN <br> FUERTHER CREDIT ACCOUNT #[Redacted]3466 <br><br> Draft: MR17C118 <br> 3/23/2016    +502,063.49 | $ 502,063.49 | E6120 | 278 | 0660000 | | 081 | 2014 | | | | |

| $ 502,063.49 Total o Subtotal | $ 502,063.49 | |
|---|---|---|

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación [Redacted]
Redacted
Luis R. Santiago Reyes, Sub-Tesorero
Nombre y Firma Delegado Comprador
721-8787x2707
Fecha / Teléfono

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

Nombre y Firma Oficial Certificador
Fecha / Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo
Redacted
César M. Gandiaga Texidor, CPA
Nombre y Firma Jefe, Agencia o su Repte. Aut.
12/1/15
Fecha / Teléfono

Para uso del Departamento de Hacienda
Aprobado por:
Redacted
Nombre y Firma
Título
12-11-15
Fecha / Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.