# EXHIBIT AR

# (Ex. 39 to the Natbony Declaration, originally filed as ECF 13040-1 through ECF 13040-7, and ECF 790-1 through 790-7 in Case No. 17-BK-3567) - Part 6

## NATBONY REPLY DECLARATION
## EXHIBIT 39– Part 6

CONFIDENTIAL



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

31 de diciembre de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
  FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **4 de enero de 2016** transfieran
**$9,000,000.00,** correspondiente a una porción del mes de agosto del
arbitrio del petróleo, de la cuenta corriente del Secretario de Hacienda #
[Redacted] 000-6 a la cuenta bancaria # [Redacted] 427-6 de la Autoridad de
Carreteras y Transportación para el repago de obligaciones vigentes de la
Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este
Departamento.

Cordialmente,

**Redacted**

Brenda Vázquez Rodríguez
Subdirectora
Área de Tesoro

[Redacted] 1 013
[Redacted] 6 038
[Redacted] 6039
[Redacted] 5 001

EN 04 0058
$ 11,571.31
$ 1,666,000.00
$ 2,131,468.22
$ 4,690,960.47

Trabajada por BGF 1/04/16

HTA_STAY000647

CONFIDENTIAL



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

13 de enero de 2016

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
  FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **14 de enero de 2016** transfieran **$9,000,000.00,** correspondiente a una porción del arbitrio del petróleo, de la cuenta corriente del Secretario de Hacienda # Redacted 000-6 a la cuenta bancaria # Redacted 427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Brenda Vázquez Rodríguez
Subdirectora
Área de Tesoro

EN 14 0003
Redacted 4001      $1,666,000.00
Redacted 8001      $3,835,311.62
Redacted 4002      $1,666,000.00
Redacted 014       $1,744,293.53
Redacted 5002      $68,394.85

CONFIDENTIAL



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

21 de enero de 2016

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **21 de enero de 2016** transfieran **$9,000,000.00,** correspondiente a una porción del arbitrio del petróleo, de la cuenta corriente del Secretario de Hacienda # Redacted 000-6 a la cuenta bancaria # Redacted 427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

Redacted   ✓ 003.   EN 210204
                    $1,600,421.41

Redacted   014.   $ 7,339,378.58

**Redacted**

Brenda Vázquez Rodríguez
Subdirectora
Área de Tesoro

HTA_STAY0000649

CONFIDENTIAL



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

27 de enero de 2016

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **28 de enero de 2016** transfieran **$9,000,000.00**, correspondiente a una porción del arbitrio del petróleo, de la cuenta corriente del Secretario de Hacienda # Redacted 000-6 a la cuenta bancaria # Redacted 427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Brenda Vazquez Rodriguez
Subdirectora
Área de Tesoro

Redacted 8 004     EN 28 0255
Redacted 003     # 3,369,260.77
Redacted 004     # 5,073,970.57
Redacted 003     16,574,83
Redacted 002     $ 23,378.38
         # 314,618.25

HTA_STAY0000850

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

8 de febrero de 2016

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **11 de febrero de 2016** transfieran
**$9,000,000.00,** correspondiente a una porción del arbitrio del petróleo,
de la cuenta corriente del Secretario de Hacienda # [Redacted] 000-6 a la cuenta
bancaria # [Redacted] 427-6 de la Autoridad de Carreteras y Transportación para
el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este
Departamento.

Cordialmente,

[Redacted]

Brenda Vázquez Rodríguez
Subdirectora
Área de Tesoro

[Redacted] 5005
[Redacted] 5004
[Redacted] 4004
[Redacted] 1015

F E I 10002
$ 4,359,996.41
$ 2,300,248.09
$ 1,648,856.02
$ 490,898.88

CONFIDENTIAL

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

11 de febrero de 2016

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **18 de febrero de 2016** transfieran **$9,000,000.00,** correspondiente a una porción del arbitrio del petróleo, de la cuenta corriente del Secretario de Hacienda # [Redacted]000-6 a la cuenta bancaria # [Redacted]427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

[Redacted] 5006 - $ 4,439,433.04
[Redacted] 500F - $ 4,559,996.43
[Redacted] 4004 - $ 388.35

Lcda. Yaimé M. Rullan Cabrera, CPA
Secretaria Auxiliar
Área de Tesoro

FE 180137

HTA_STAY0000652



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

22 de febrero de 2016

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
  FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **25 de febrero de 2016** transfieran **$9,000,000.00,** correspondiente a una porción del arbitrio del petróleo, de la cuenta corriente del Secretario de Hacienda #Redacted000-6 a la cuenta bancaria #Redacted427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

FE 250006
1 016 - $ 9,000,000.00

**Redacted**          Redacted

Brenda Vázquez Rodríguez
Subdirectora
Área de Tesoro

CONFIDENTIAL

Page   1   of   1

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

[x] RECEIPT OF PAYMENT     ☐ RECEIPT OF PAYMENT ON OBLIGATION     ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 15066038 | HIGHWAYS AND TRANSP. AUT | 660433808 | A | | 15066038 | 6/16/15 | $ 1,666,000.00 |

Comments:                                    Address:

| | REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund. | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 1,666,000.00 | Cigarette Excise Taxes<br>New revenues for the month of MAY 2015, in accordance with the Memo from the Secretary of Treasury<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>at the Government Development Bank<br>to the account No. [redacted]27-6<br>for the repayment of current obligations of the Authority<br><br>[handwritten] $1,666,000 | $  1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |
| | | **[handwritten]**<br>$ 1,666,000.00 | Pymnt ID EN040058 | Pymnt Date 2016-01-04 | | | | | | | | | | | |
| | | | | **Total or Subtotal** | $ 1,666,000.00 | | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer
721-8787x2707

Date                              Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                              Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
6/16/15

Date                              Telephone

For the use of the Treasury Department

Approved by:
[signature]

Name and Signature

6/16/15        Title

Date                              Telephone

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

[handwritten]
EN040058
1/04/2016

**CONFIDENTIAL**

**HTA_STAY0000628**

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

Page   1   of   1

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

[x] RECEIPT OF PAYMENT      [ ] RECEIPT OF PAYMENT ON OBLIGATION      [ ] RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | DOCUMENT ID | | | | | | NUMBER OF INVENTORY DEPENDENCE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | |
| EV | 066 | 15066039 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 15066039 | 6/22/15 | $ 2,133,468.22 | |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| | REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 2,133,468.22 | Licence (C 1276) May 2015 Amend Section 23.01 Act 22-2000, as amended, known as the "PR Vehicle and Transit Act". New revenues HIGHWAYS AND TRANSPORTATION AUTHORITY at the Government Development Bank to the account No. [redacted] 27-6 for the repayment of current obligations of the Authority.  [handwritten] $2,133,468.22 | $   2,133,468.22 | E6120 | 278 | 0660000 | | 003 | 2014 | | | | |
| | | [handwritten] | Pymnt ID | EN040058 | Pymnt Date | 2016-01-04 | | | | | | | |
| | | | $ 2,133,468.22 | Total or Subtotal | $ 2,133,468.22 | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer
                                      721-8787x2707
Date                                  Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier
Date                                  Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
6/22/15
Date                                  Telephone

For the use of the Treasury Department

Approved by:
[signature]
Name and Signature

| 7/02/15 | Title |
|---|---|
| Date | Telephone |

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

[handwritten]
EN040058
1/04/2016

**CONFIDENTIAL**

**HTA_STAY0000629**

Model SC 735
19 February 13
PRIFAS

Original – ACC
Copy - Agency

Page 1 of 1

**COMMONWEALTH OF PUERTO RICO**

<u>HIGHWAYS AND TRANSPORTATION AUTHORITY</u>

Agency

[x] RECEIPT OF PAYMENT   [ ] RECEIPT OF PAYMENT ON OBLIGATION   [ ] RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | CD | Contract Number | Invoice Number | Date | NUMBER OF INVENTORY DEPENDENCE |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen. | Document Number | Name of Supplier | Supplier Number | | | | | Total Amount of the Document |
| EV | 066 | 16055002 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 1st July 2015 | 8/12/15 | $ 5,073,970.57 |

Comments:

**Address: Minillas Government Center**
**PO Box 42007, San Juan, PR 00940-2007**

| | REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number Contract Obligation | Amount | Description | | Amount | Account | Fund | Organization | Prog | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |

| LN | Agen | Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Budget Year |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 066 | | $ 5,073,970.57 | Licence (C 1276) July 2015 Amend Section 23.01 Act 22-2000, as amended, known as the "PR Vehicle and Transit Act". New revenues HIGHWAYS AND TRANSPORTATION AUTHORITY at the Government Development Bank to the account No. Redacted 27-6 for the repayment of current obligations of the Authority. | $ 5,073,970.57 | E6120 | 278 | 0660000 | 003 | 2014 |
| | | [handwritten] Pymnt ID EN040058 EN140003 EN280255 | 1/04/16 1/14/16 1/28/2016 | 4,690,960.47 68,394.85 314,615.25 | | | | | | |

| | | $ 5,073,970.57 | **Total or Subtotal** | $ 5,073,970.57 |
|---|---|---|---|---|

For the use of the Treasury Department

Approved by:
[signature]

Name and Signature

[illegible]   Title

Date   Telephone

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer

Date                    721-8787x2707
                        Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.

8/13/15
Date                    Telephone

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000630**

Model SC 735
19 February 13
PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

[x] RECEIPT OF PAYMENT      [ ] RECEIPT OF PAYMENT ON OBLIGATION      [ ] RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | | | | | | | | NUMBER OF INVENTORY DEPENDENCE |
|---|---|---|---|---|---|---|---|---|---|
| DOCUMENT ID | | | | | | | | | |
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 16044001 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 16044001 | 7/15/15 | $ 1,666,000.00 |

Comments:                                                    Address:

| REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 1,666,000.00 | Cigarette Excise Taxes New revenues for the month of June 2015, in accordance with the Memo from the Secretary of Treasury<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY at the Government Development Bank to the account No. Contract 27-6 for the repayment of current obligations of the Authority | $ 1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |
| | | [handwritten] Dft: EN140003 | 1/14/16 | $1,666,000 | | | | | | | | | | | |
| | | $ 1,666,000.00 | | **Total or Subtotal** | $ 1,666,000.00 | | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer
                    721-8787x2707
Date                    Telephone

I certify that the articles and/or services were received according to the specifications.
_____
Name and Signature Official Certifier
Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
7/14/15
Date                    Telephone

For the use of the Treasury Department

Approved by:
......      Name and Signature
              Title
Date                    Telephone

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**                                    **HTA_STAY0000631**

ENGLISH TRANSLATION                                    Page 004

Model SC 735
19 February 13
PRIFAS

| Original – ACC |
| Copy - Agency |

Page   1   of   1

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

[x] RECEIPT OF PAYMENT    [ ] RECEIPT OF PAYMENT ON OBLIGATION    [ ] RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 16088001 | | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 1st August 2015 | 8/12/15 | $ 3,855,311.62 |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| | | REFERENCE OBLIGATION | | | Line | | | Distribution Line (Account Number) | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 3,855,311.62 | Traffic Tickets For the month of August 2015 HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT: [Redacted]9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT. [handwritten] Dft: EN140003 1/14/2016    $3,855,311.62 | $   3,855,311.62 | E6120 | 278 | 0660000 | | 081 | 2016 | | | | |
| | | | $ 3,855,311.62 | Total or Subtotal | $ 3,855,311.62 | | | | | | | | | | |

For the use of the Treasury Department

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]

Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer
721-8787x2707

Date                           Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]

César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
8/13/15

Date                           Telephone

Approved by:
[signature]

Name and Signature

[illegible]    Title

Date                    Telephone

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000632**

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

[x] RECEIPT OF PAYMENT      [ ] RECEIPT OF PAYMENT ON OBLIGATION      [ ] RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

|  | DOCUMENT ID | | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | | Name of Supplier | | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document | |
| EV | 066 | 16044002 | | HIGHWAYS AND TRANSP. AUT. | | 660433808 | A | | 1st July 2015 | 8/12/15 | $ 1,666,000.00 | |

Comments:    Address:

| REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 1,666,000.00 | Cigarette Excise Taxes<br>New revenues for the month of July 2015, in accordance with the Memo from the Secretary of Treasury<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>at the Government Development Bank<br>to the account No. [Redacted] 27-6<br>for the repayment of current obligations of the Authority | $ 1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |
| | | [handwritten]<br>Dft:<br>EN140003 | 1/14/16 | $1,666,000 | | | | | | | | | | | |
| | | | $ 1,666,000.00 | **Total or Subtotal** | $ 1,666,000.00 | | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer
                     721-8787x2707
Date                    Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier
Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
8/13/15
Date                    Telephone

**For the use of the Treasury Department**

Approved by:
[signature]

Name and Signature

[illegible]            Title

Date                    Telephone

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**                                                **HTA_STAY0000633**

ENGLISH TRANSLATION                                                Page 006

Model SC 735
19 February 13
PRIFAS

Original – ACC
Copy - Agency

Page  1   of   1

**COMMONWEALTH OF PUERTO RICO**

<u>HIGHWAYS AND TRANSPORTATION AUTHORITY</u>

Agency

[x] RECEIPT OF PAYMENT       ☐ RECEIPT OF PAYMENT ON OBLIGATION       ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| DOCUMENT ID | | | | | | | | | |
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 16044003 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 1ˢᵗ August 2015 | 9/14/15 | $ 1,666,000.00 |
| Comments: | | | | | | Address: | | | |

| | | REFERENCE OBLIGATION | | Line | | | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number Contract Obligation | | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | | $ 1,666,000.00 | Cigarette Excise Taxes New revenues for the month of August 2015, in accordance with the Memo from the Secretary of Treasury<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY at the Government Development Bank to the account No. [Redacted]27-6 for the repayment of current obligations of the Authority | $   1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |
| | | [handwritten] EN210204    1/21/16    $1,640,421.42<br>EN280255    1/28/16    $25,578.58 | | | | | | | | | | | | | | |
| | | | | $ 1,666,000.00 | Total or Subtotal | $ 1,666,000.00 | | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
<u>Luis K. Santiago Reyes, Deputy Treasurer</u>
Name and Signature Delegated Buyer
721-8787x2707
Date                    Telephone

I certify that the articles and/or services were received according to the specifications.

_____
Name and Signature Official Certifier

Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
<u>César M. Gandiaga Texidor, CPA</u>
Name and Signature Chief, Agency or Authorized Rep.
9/14/15
Date                    Telephone

**For the use of the Treasury Department**

Approved by:

........                **Name and Signature**

9/14/15                **Title**

Date                    **Telephone**

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**                                      **HTA_STAY0000634**

ENGLISH TRANSLATION                                  Page 007

Model SC 735
19 February 13
PRIFAS

Original – ACC
Copy - Agency

Page   1   of   1

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

[x] RECEIPT OF PAYMENT          ☐ RECEIPT OF PAYMENT ON OBLIGATION          ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 16088004 | | HIGHWAYS AND TRANSP. AUT | 660433808 | D | | 1st Nov 2015 | 12/03/15 | $ 3,569,260.77 |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| | REFERENCE OBLIGATION | | Line | | | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 3,569,260.77 | Traffic Tickets<br>For the month of November 2015<br><br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>ABA# 221571415<br>SWIFT: OBPRPRSJ<br>BENEFICIARY BANK: ORIENTAL BANK (BBVA)<br>BENEFICIARY CUSTOMER ACCOUNT#: [illegible] 3874<br>BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT.<br><br>[handwritten]<br>Dft: EN280255<br>1/28/2016 | $   3,569,260.77 | E6120 | 278 | 0660000 | | 081 | 2016 | | | | |
| | | | $ 3,569,260.77 | Total or Subtotal | $ 3,569,260.77 | | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer
                        721-8787x2707
Date                                        Telephone

I certify that the articles and/or services were received according to the specifications.

_____
Name and Signature Official Certifier

Date                                        Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
12/3/15
Date                                        Telephone

For the use of the Treasury Department

Approved by:
[signature]

Name and Signature

Dic-11-15          Title

Date                                        Telephone

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**                                                                                      **HTA_STAY0000635**

Model SC 735
19 February 13
PRIFAS

Original – ACC
Copy - Agency

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

[x] RECEIPT OF PAYMENT      ☐ RECEIPT OF PAYMENT ON OBLIGATION      ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 16055003 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 1st August 2015 | 8/12/15 | $ 5,073,970.57 |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 5,073,970.57 | Licence (C 1276) August 2015 Amend Section 23.01 Act 22-2000, as amended, known as the "PR Vehicle and Transit Act". New revenues HIGHWAYS AND TRANSPORTATION AUTHORITY at the Government Development Bank to the account No. [Redacted]427-6 for the repayment of current obligations of the Authority. | $  5,073,970.57 | E6120 | 278 | 0660000 | | 003 | 2014 | | | | |
| | | [handwritten] EN280255 | 1/28/2016 | | | | | | | | | | | | |
| | | | $ 5,073,970.57 | Total or Subtotal | $ 5,073,970.57 | | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer

Date                    721-8787x2707               Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                              Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.

8/13/15
Date                              Telephone

For the use of the Treasury Department

Approved by:
[signature]

Name and Signature

[illegible]    Title

Date                    Telephone

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000636**

Model SC 735
19 February 13

PRIFAS

Original – ACC
Copy - Agency

Page 1 of 1

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

[x] RECEIPT OF PAYMENT    ☐ RECEIPT OF PAYMENT ON OBLIGATION    ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 16044004 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 1st Sept 2015 | 10/27/15 | $ 1,666,000.00 |

Comments:

Address:

| | | REFERENCE OBLIGATION | Line | | | | Distribution Line (Account Number) | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 1,666,000.00 | Cigarette Excise Taxes New revenues for the month of September 2015, in accordance with the Memo from the Secretary of Treasury<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY at the Government Development Bank to the account No. Redacted 427-6 for the repayment of current obligations of the Authority | $ 1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |

[handwritten]
EN28 0255    1/28/16    $16,574.83
FE11 0002    2/11/16    $1,648,856.62
FE18 0137    2/18/16    $ 568.55

$ 1,666,000.00    Total or Subtotal    $ 1,666,000.00

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer
721-8787x2707
Date                Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
10/28/15
Date                Telephone

**For the use of the Treasury Department**

Approved by:
[signature]

Name and Signature

Oct/28/15    Title
Date                Telephone

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**                **HTA_STAY0000637**

ENGLISH TRANSLATION                Page 010

Model SC 735
19 February 13
PRIFAS

Original – ACC
Copy - Agency

Page  1  of  1

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

[x] RECEIPT OF PAYMENT     [ ] RECEIPT OF PAYMENT ON OBLIGATION     [ ] RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | CD | Contract Number | Invoice Number | Date | NUMBER OF INVENTORY DEPENDENCE |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | | Name of Supplier | Supplier Number | | | 1st Oct 2015 | 10/27/15 | Total Amount of the Document |
| EV | 066 | 16055005 | | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | | | $ 4,595,246.72 |

Comments:

**Address: Minillas Government Center**
**PO Box 42007, San Juan, PR 00940-2007**

| REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 4,595,246.72 | Licence (C 1276) October 2015 Amend Section 23.01 Act 22-2000, as amended, known as the "PR Vehicle and Transit Act". New revenues HIGHWAYS AND TRANSPORTATION AUTHORITY at the Government Development Bank to the account No. ~~012345~~ 427-6 for the repayment of current obligations of the Authority. | $   4,595,246.72 | E6120 | 278 | 0660000 | | 003 | 2014 | | | | |
| | | [handwritten] FE11002 MR030007 | 2/11/2016 3/3/2016 | $4,559,996.41 $35,250.31 | | | | | | | | | | | |
| | | | $ 4,595,246.72 | **Total or Subtotal** | $ 4,595,246.72 | | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer
721-8787x2707
Date                              Telephone

I certify that the articles and/or services were received according to the specifications.

_____
Name and Signature Official Certifier
Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
10/28/15
Date                    Telephone

**For the use of the Treasury Department**

Approved by:
[signature]
Name and Signature

Oct/28/2015          Title
Date                    Telephone

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000638**

Model SC 735
19 February 13
PRIFAS

Original – ACC
Copy - Agency

Page   1   of   1

**COMMONWEALTH OF PUERTO RICO**

<u>HIGHWAYS AND TRANSPORTATION AUTHORITY</u>

Agency

[x] RECEIPT OF PAYMENT       [ ] RECEIPT OF PAYMENT ON OBLIGATION       [ ] RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 16055006 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 1st Nov 2015 | 12/01/15 | $ 4,439,435.04 |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 4,439,435.04 | Licence (C 1276) November 2015 Amend Section 23.01 Act 22-2000, as amended, known as the "PR Vehicle and Transit Act". New revenues HIGHWAYS AND TRANSPORTATION AUTHORITY at the Government Development Bank to the account No.[Redacted]427-6 for the repayment of current obligations of the Authority.<br><br>[handwritten] Dft: FE180137 2/18/2016 $ 4,439,435.04 | $ 4,439,435.04 | E6120 | 278 | 0660000 | | 003 | 2014 | | | | |
| | | | $ 4,439,435.04 | **Total or Subtotal** | $ 4,439,435.04 | | | | | | | | | |

For the use of the Treasury Department

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer
721-8787x2707

Date                                    Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
12/1/15

Date                                    Telephone

Approved by:
[signature]

Name and Signature

Dic-11-15       Title

Date                    Telephone

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000639**