# EXHIBIT AR

# (Ex. 39 to the Natbony Declaration, originally filed as ECF 13040-1 through ECF 13040-7, and ECF 790-1 through 790-7 in Case No. 17-BK-3567) - Part 7

## NATBONY REPLY DECLARATION
### EXHIBIT 39– Part 7

Model SC 735
19 February 13
PRIFAS

| Original – ACC |
| Copy - Agency |

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

[x] RECEIPT OF PAYMENT    ☐ RECEIPT OF PAYMENT ON OBLIGATION    ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| **DOCUMENT ID** | | | | | | | | | |
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 16055004 | HIGHWAYS AND TRANSP. AUT | 660433808 | A | | 1st Sept 2015 | 9/24/15 | $ 6,860,244.50 |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| | | REFERENCE OBLIGATION | | Line | | Distribution Line (Account Number) | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 6,860,244.50 | Licence (C 1276) September 2015 Amend Section 23.01 Act 22-2000, as amended, known as the "PR Vehicle and Transit Act". New revenues HIGHWAYS AND TRANSPORTATION AUTHORITY at the Government Development Bank to the account No. [Redacted]427-6 for the repayment of current obligations of the Authority. | $ 6,860,244.50 | E6120 | 278 | 0660000 | | 003 | 2014 | | | | |
| | | [handwritten] FE110002 FE180137 | 2/11/2016 2/18/2016 | $ 2,300,248.09 $ 4,559,996.41 | | | | | | | | | | |
| | | | $ 6,860,244.50 | Total or Subtotal | $ 6,860,244.50 | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer
721-8787x2707
Date                Telephone

I certify that the articles and/or services were received according to the specifications.

_____
Name and Signature Official Certifier
Date                Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
9/24/15
Date                Telephone

| For the use of the Treasury Department |
|---|
| Approved by: |
| Name and Signature |
| Title |
| Date          Telephone |

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**                                                                 **HTA_STAY0000640**

Model SC 735
19 February 13
PRIFAS

| Original – ACC |
| Copy - Agency |

Page 1 of 1

**COMMONWEALTH OF PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION AUTHORITY**

Agency

[x] RECEIPT OF PAYMENT    ☐ RECEIPT OF PAYMENT ON OBLIGATION    ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 16044005 | HIGHWAYS AND TRANSP. AUT | 660433808 | A | | 1st Oct 2015 | 11/03/15 | $ 1,666,000.00 |

Comments:    Address:

| | | REFERENCE OBLIGATION | Line | | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 1,666,000.00 | Cigarette Excise Taxes<br>New revenues of October 2015, in accordance with the Memo from the Secretary of Treasury<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY<br>at the Government Development Bank<br>to the account No. [redacted]427-6<br>for the repayment of current obligations of the Authority | $ 1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |
| | | [handwritten]<br>MR030007 | 3/03/16 | $ 1,666,000 | | | | | | | | | | | |
| | | | $ 1,666,000.00 | **Total or Subtotal** | $ 1,666,000.00 | | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer
721-8787x2707
Date                    Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier
Date                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
11/3/15
Date                    Telephone

**For the use of the Treasury Department**

Approved by:
[signature]
Name and Signature

Nov-9-15    Title
Date                    Telephone

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**                    **HTA_STAY0000641**

ENGLISH TRANSLATION                    Page 014

Model SC 735
19 February 13
PRIFAS

Original – ACC
Copy - Agency

Page 1 of 1

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

[x] RECEIPT OF PAYMENT      [ ] RECEIPT OF PAYMENT ON OBLIGATION      [ ] RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | NUMBER OF INVENTORY DEPENDENCE | | |
|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 16044006 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 1st Nov 2015 | 12/01/15 | $ 1,666,000.00 |

Comments:

Address:

| | REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 1,666,000.00 | Cigarette Excise Taxes New revenues of November 2015, in accordance with the Memo from the Secretary of Treasury<br><br>HIGHWAYS AND TRANSPORTATION AUTHORITY at the Government Development Bank to the account No.[redacted]27-6 for the repayment of current obligations of the Authority<br><br>**[handwritten] Dft: MR030007 3/03/2016 $ 1,666,000** | $ 1,666,000.00 | E6120 | 278 | 0660000 | | 779 | 2014 | | | | |
| | | | $ 1,666,000.00 | **Total or Subtotal** | $ 1,666,000.00 | | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer

721-8787x2707
Date                                    Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                                    Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
12/1/15
Date                                    Telephone

For the use of the Treasury Department

Approved by:
[signature]

Name and Signature

Dic-11-15        Title

Date             Telephone

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000642**

Model SC 735
19 February 13
PRIFAS

Original – ACC
Copy - Agency

Page   1   of   1

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

[x] RECEIPT OF PAYMENT      ☐ RECEIPT OF PAYMENT ON OBLIGATION      ☐ RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | CD | Contract Number | Invoice Number | Date | NUMBER OF INVENTORY DEPENDENCE |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | | | | | Total Amount of the Document |
| EV | 066 | 16088003 | HIGHWAYS AND TRANSP. AUT | 660433808 | D | | 2nd Oct 2015 | 12/03/15 | $ 4,253,247.52 |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| | REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog | Appr | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 4,253,247.52 | Traffic Tickets For the month of October 2015 | $ 4,253,247.52 | E6120 | 278 | 0660000 | | 081 | 2016 | | | | |
| | | | | HIGHWAYS AND TRANSPORTATION AUTHORITY ABA# 221571415 SWIFT: OBPRPRSJ BENEFICIARY BANK: ORIENTAL BANK (BBVA) BENEFICIARY CUSTOMER ACCOUNT [Redacted]9874 BENEFICIARY CUSTOMER: HIGHWAYS AND TRANSP. AUT. | | | | | | | | | | | |
| | | | | [handwritten] Dft: MR100018 3/10/2016 $ 4,253,247.52 | | | | | | | | | | | |
| | | | $ 4,253,247.52 | **Total or Subtotal** | $ 4,253,247.52 | | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer
721-8787x2707
Date                                           Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier
Date                                           Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
12/3/15
Date                                           Telephone

For the use of the Treasury Department

Approved by:
[signature]

Name and Signature

| Dic-11-15 | Title |
|---|---|
| **Date** | **Telephone** |

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000643**

Model SC 735
19 February 13
PRIFAS

| Original – ACC |
|---|
| Copy - Agency |

**COMMONWEALTH OF PUERTO RICO**

<u>HIGHWAYS AND TRANSPORTATION AUTHORITY</u>

Agency

[x] RECEIPT OF PAYMENT        [ ] RECEIPT OF PAYMENT ON OBLIGATION        [ ] RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| DOCUMENT ID | | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 16011010 | HIGHWAYS AND TRANSP. AUT. | 660433808 | A | | 2nd Nov 2015 | 10/13/15 | $ 5,000,000.00 |

Comments:                                    Address:

| REFERENCE OBLIGATION | | Line | | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | 5,000,000.00 | To be withdrawn from the abovementioned account and be used by this Agency for their corporate purposes. For the month of November 2015 (Petroleum) | 5,000,000.00 | E6120 | 278 | 0660000 | | 785 | 2015 | | | | |
| | | | | JP MORGAN CHASE ABA# 021000021 SWIFT CODE: CHASUS33 BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R. BENEFICIARY CUSTOMER ACCOUNT # [Redacted]7406 FURTHER CREDIT: HIGHWAYS AND TRANSPORTATION AUTHORITY FURTHER CREDIT ACCOUNT # [Redacted]3466 | | | | | | | | | | | |
| | | | $ 5,000,000 | | | | | | | | | | | | |
| | | Pymnt ID MR17C118      3/23/2016 | | | | | | | | | | | | | |
| | | $ 5,000,000.00 | | **Total or Subtotal** | $ 5,000,000.00 | | | | | | | | | | |

| I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations. | I certify that the articles and/or services were received according to the specifications. | I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved for which I authorize | For the use of the Treasury Department |
|---|---|---|---|
| [signature] <u>Luis K. Santiago Reyes, Deputy Treasurer</u> Name and Signature Delegated Buyer | Name and Signature Official Certifier | [signature] <u>César M. Gandiaga Texidor, CPA</u> Name and Signature Director, Agency or Authorized Rep. | Approved by: [signature] |
| | | | Name and Signature |
| 729-1518 | Date                    Telephone | 11/3/15 | Nov-9-15          Title |
| Date                    Telephone | | Date                    Telephone | Date          Telephone |

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**                                                                                    **HTA_STAY0000644**

Model SC 735
19 February 13
PRIFAS

Original – ACC
Copy - Agency

Page  1  of  1

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

[x] RECEIPT OF PAYMENT     [ ] RECEIPT OF PAYMENT ON OBLIGATION     [ ] RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 16022005 | | HIGHWAYS AND TRANSP. AUT. | 660433808 | D | | 1st Oct 2015 | 10/27/15 | $ 1,018,534.31 | [illegible] |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| | | REFERENCE OBLIGATION | Line | | | | Distribution Line (Account Number) | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 1,018,534.32 | Electronic Toll Fines<br>For the month of October 2015<br><br><br>JP MORGAN CHASE<br>ABA# 021000021<br>SWFT CODE: CHASUS33<br>BENEFICIARY BANK: GOVERNMENT DEVELOPMENT BANK FOR P.R.<br>BENEFICIARY CUSTOMER ACCOUNT # [Redacted]7406<br>FURTHER CREDIT: HIGHWAYS AND TRANSPORTATION AUTHORITY<br>FURTHER CREDIT ACCOUNT # [----]83466<br><br>[handwritten]  $ 1,018,534.31<br><br>Pymnt ID MR17C118   3/23/2016 | $ 1,018,534.31 | E6120 | 278 | 0660000 | | 081 | 2014 | | | | |
| | | | $ 1,018,534.32 | Total or Subtotal  $ 1,018,534.31 | | | | | | | | | | | |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer
729-1518

Date                         Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                         Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved nor I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
10/28/15
Date                         Telephone

For the use of the Treasury Department

Approved by:
[signature]

**Name and Signature**

Oct 28/15              Title

Date                         Telephone

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000645**

Model SC 735
19 February 13
PRIFAS

| Original – ACC |
| Copy - Agency |

Page  1   of   1

**COMMONWEALTH OF PUERTO RICO**

HIGHWAYS AND TRANSPORTATION AUTHORITY

Agency

[x] RECEIPT OF PAYMENT      [ ] RECEIPT OF PAYMENT ON OBLIGATION      [ ] RECEIPT OF PAYMENT ON OBLIGATION OF SUPPLIER BY CONTRACT

| | DOCUMENT ID | | | | | | | NUMBER OF INVENTORY DEPENDENCE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | Agen | Document Number | | Name of Supplier | Supplier Number | CD | Contract Number | Invoice Number | Date | Total Amount of the Document |
| EV | 066 | 16022006 | | HIGHWAYS AND TRANSP. AUT. | 660433808 | D | | 1st Nov 2015 | 12/01/15 | $ 502,063.49 |

Comments:

Address: Minillas Government Center
PO Box 42007, San Juan, PR 00940-2007

| REFERENCE OBLIGATION | | | Line | | Distribution Line (Account Number) | | | | | | | | Property | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | Agen | Purchase Order Number / Contract Obligation | Amount | Description | Amount | Account | Fund | Organization | Prog. | Appr. | Budget Year | Federal Contribution | P/F | Code | Unit |
| 01 | 066 | | $ 502,063.49 | Electronic Toll Fines<br>For the month of November 2015<br><br><br>JP MORGAN CHASE<br>ABA# 021000021<br>SWFT CODE: CHASUS33<br>BENEFICIARY BANK: GOVERNMENT DEVELOPMENT<br>BANK FOR P.R.<br>BENEFICIARY CUSTOMER ACCOUNT #[Redacted]7406<br>FURTHER CREDIT: HIGHWAYS AND TRANSPORTATION<br>AUTHORITY<br>FURTHER CREDIT ACCOUNT #[Redacted]3466<br>**[handwritten]**<br>**Draft: MR17C118**<br>**3/23/2016**<br>$ 502,063.49 | $  502,063.49 | E6120 | 278 | 0660000 | | 081 | 2014 | | | | |

| | $ 502,063.49 | **Total or Subtotal** | $ 502,063.49 | | **For the use of the Treasury Department** |

I certify that I am authorized by the Administration of General Services to purchase the articles and/or services listed; and that the purchase was made in accordance with the existing regulations.

[signature]
Luis K. Santiago Reyes, Deputy Treasurer
Name and Signature Delegated Buyer
729-1518

Date                               Telephone

I certify that the articles and/or services were received according to the specifications.

Name and Signature Official Certifier

Date                               Telephone

I certify that the abovementioned transaction was made following the procedures established by Law and existing regulations, and which I have not previously approved that I authorize

[signature]
César M. Gandiaga Texidor, CPA
Name and Signature Chief, Agency or Authorized Rep.
12/1/15
Date                               Telephone

Approved by:
[signature]

**Name and Signature**

DIC-11-15          **Title**

**Date**                          **Telephone**

**Preservation:** Six years or an intervention of the treasury inspector, whichever occurs first.

**CONFIDENTIAL**

**HTA_STAY0000646**

[Logo]

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

December 31, 2015

Via Fax 721-2871

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We authorize to debit the current account No. [Redacted]000-6 of the Secretary of Treasury in the amount of **$9,000,000.00** on **January 4, 2016**, corresponding to a portion of the petroleum excise tax of August, and to transfer said amount to the bank account No. [Redacted]427-6 of the Highways and Transportation Authority for the repayment of the Authority's current obligations.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[Signature]
Brenda Vazquez Rodriguez
Deputy Director
Treasury Area

[handwritten]
EN040058
[Redacted]1013 - $511,571.31
[Redacted]5038 - $1,666,000.00
[Redacted]5039 - $2,131,486.22
[Redacted]5002 - $4,690,960.42

Worked by BGF 1/4/16

**CONFIDENTIAL**                              **HTA_STAY0000647**

ENGLISH TRANSLATION                                    Page 020

[Logo]

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

January 13, 2016

Via Fax 721-2871

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We authorize to debit the current account No. [Redacted]000-6 of the Secretary of Treasury in the amount of **$9,000,000.00** on **January 14, 2016**, corresponding to a portion of the petroleum excise tax, and to transfer said amount to the bank account No. [Redacted]427-6 of the Highways and Transportation Authority for the repayment of the Authority's current obligations.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[Signature]
Brenda Vazquez Rodriguez
Deputy Director
Treasury Area

[handwritten]
EN140003
[Redacted]4001 - $1,666,000.00
[Redacted]3001 - $3,855,311.62
[Redacted]4002 - $1,666,000.00
[Redacted]014 - $1,744,293.53
[Redacted]5002 - $68,394.85

**CONFIDENTIAL**                                    **HTA_STAY0000648**

[Logo]

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

January 21, 2016

Via Fax 721-2871

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We authorize to debit the current account No. [Redacted]000-6 of the Secretary of Treasury in the amount of **$9,000,000.00** on **January 21, 2016**, corresponding to a portion of the petroleum excise tax, and to transfer said amount to the bank account No. [Redacted]427-6 of the Highways and Transportation Authority for the repayment of the Authority's current obligations.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[Signature]
Brenda Vazquez Rodriguez
Deputy Director
Treasury Area

[handwritten]
EN210204
[Redacted]4003 - $1,640,421.41
[Redacted]1014 - $7,359,578.58

**CONFIDENTIAL**                                    **HTA_STAY0000649**

[Logo]

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

January 27, 2016

Via Fax 721-2871

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We authorize to debit the current account No. [Redacted]000-6 of the Secretary of Treasury in the amount of **$9,000,000.00** on **January 28, 2016**, corresponding to a portion of the petroleum excise tax, and to transfer said amount to the bank account No. [Redacted]427-6 of the Highways and Transportation Authority for the repayment of the Authority's current obligations.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[Signature]
Brenda Vazquez Rodriguez
Deputy Director
Treasury Area

[handwritten]
EN280255
[Redacted]3004 - $3,569,260.77
[Redacted]5006 - $5,073,970.57
[Redacted]4004 - 16,574.83
[Redacted]4003 - $25,578.58
[Redacted]5002 - $314,615.25

**CONFIDENTIAL**                                    **HTA_STAY0000650**

ENGLISH TRANSLATION                                    Page 023

[Logo]

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

February 8, 2016

Via Fax 721-2871

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We authorize to debit the current account No. [Redacted]000-6 of the Secretary of Treasury in the amount of **$9,000,000.00** on **February 11, 2016**, corresponding to a portion of the petroleum excise tax, and to transfer said amount to the bank account No. [Redacted]427-6 of the Highways and Transportation Authority for the repayment of the Authority's current obligations.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[Signature]
Brenda Vazquez Rodriguez
Deputy Director
Treasury Area

[handwritten]
FE110002
[Redacted]5005 - $4,559,996.41
[Redacted]5004 - $2,300,248.09
[Redacted]4004 - $1,648,856.02
[Redacted]1015 - $490,898.88

**CONFIDENTIAL**                                                  **HTA_STAY0000651**

[Logo]

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

February 11, 2016

Via Fax 721-2871

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We authorize to debit the current account No. [Redacted] 000-6 of the Secretary of Treasury in the amount of **$9,000,000.00** on **February 18, 2016**, corresponding to a portion of the petroleum excise tax, and to transfer said amount to the bank account No. [Redacted] 427-6 of the Highways and Transportation Authority for the repayment of the Authority's current obligations.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[Signature]
Yaimé M. Rullan Cabrera, Atty, CPA
Assistant Secretary
Treasury Area

[handwritten]
[Redacted] 5006 - $4,439,435.04
[Redacted] 5004 - $4,559,996.45
[Redacted] 4004 - $588.55

FE180137

**CONFIDENTIAL**                                                    **HTA_STAY0000652**

ENGLISH TRANSLATION                                                      Page 025

[Logo]

Commonwealth of Puerto Rico
TREASURY DEPARTMENT
Treasury Area

February 22, 2016

Via Fax 721-2871

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNTS DIVISION
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
PO BOX 42001
SAN JUAN, PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We authorize to debit the current account No. [Redacted]000-6 of the Secretary of Treasury in the amount of **$9,000,000.00** on **February 25, 2016**, corresponding to a portion of the petroleum excise tax, and to transfer said amount to the bank account No. [Redacted]427-6 of the Highways and Transportation Authority for the repayment of the Authority's current obligations.

Please forward the corresponding notices to the Treasury Area of this Department.

Sincerely,

[Signature]
Brenda Vazquez Rodriguez
Deputy Director
Treasury Area

[handwritten]
FE250006
[Redacted]11016 - $9,000,000.00

**CONFIDENTIAL**                                    **HTA_STAY0000653**

ENGLISH TRANSLATION                                         Page 026



# CERTIFICATE OF ACCURACY

I, **María R. Arias**, with U.S. Legal Support, Inc., declare that I have provided Translation Services executed on this 3rd of April 2020.

Furthermore, I declare that I am a certified translator for **English and Spanish** languages and that I am competent to translate between those two languages.

I hereby certify that I have translated the attached document into English to the best of my knowledge and ability and believe this translation to be a true, accurate, and complete rendition of the original Spanish file(s) provided to me.

*Name: "HTA_STAY0000628" (pdf file)*                    *No. of Pages: 26*

Sincerely,

*María R. Arias*                                                 *04/03/2020*
----------------------------------------                    ----------------------------------
Maria R. Arias                                                       Date
ATA-Certified Translator
English ≈ Spanish



Verify at www.atanet.org/verify

U.S. Legal Support, Inc. – Translations Services Department – 855-538-3099
translations@uslegalsupport.com