# EXHIBIT AS

# (Ex. 40 to the Natbony Declaration, originally filed as ECF 13040-8 through ECF 13040-12, and ECF 790-8 through 790-12 in Case No. 17-BK-3567) - Part 1

**<u>NATBONY REPLY DECLARATION</u>**
**<u>EXHIBIT 40 – Part 1</u>**



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

21 de enero de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **21 de enero de 2015** transfieran **$5,000,000.00**, correspondiente al pago de arbitrios de petróleo del REMANENTE de DICIEMBRE/2014 (voucher 196410), de la cuenta corriente del Secretario de Hacienda [Redacted]000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta:** [Redacted]**9874**
**REF.: ARBITRIOS PETROLEO REMANENTE DICIEMBRE/2014**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana Garcia Noya
Secretaria Auxiliar
Área de Tesoro

CONFIDENTIAL

*Area del Tesoro*
*Div. Contaduria General*
*Sección de Recaudaciones y Pagos*

# TRANSFERENCIA ELECTRONICA

| | | |
|---|---|---|
| Numero de Suplidor | : | 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 |
| Nombre del Suplidor | : | **AUT DE CARRETERAS Y TRANSPORTE** |
| Mes o Num del Caso | : | ARB. DE PETROLEO/SEGUNDA PORCION DICIEMBRE 2014 |

| | | | | |
|---|---|---|---|---|
| Cantidad del Pago | : | 5,000,000.00 | AJUSTES | |
| Menos Descuentos | : | | Neto | 5,000,000.00 |
| Numero de Voucher | : | 00196410 | | |
| Entrado | : | Lizette González Reyes | Fecha | 9-Jan-15 |
| Preintervención | : | **Redacted** | Fecha | 1-9-15 |
| Aprobado | : | **Redacted** | Fecha | 9 enero 15 |
| Num de Aviso | : | | Fecha | |
| Cerrado por | : | | Fecha | |

| | | |
|---|---|---|
| Cifra de cuenta | E6120-278-0660000-993-2014 | 5000,000.00 |
| | E6120-278-0660000-994-2015 | |
| | E6120-278-0660000-782-2014 | |
| | | $   5000,000.00 |
| Remanente Fin de Mes | E6120-278-0660000-782-2014 | |

DEPTO. DE HACIENDA
AREA DEL TESORO
DIV. DE DEUDA PUBLICA
E INVERSIONES
2015 JAN 12 AM 9: 12

CONFIDENTIAL



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

20 de enero de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **20 de enero de 2015** transfieran **$2,888,135.65,** correspondiente a porción final del voucher #195685 del remanente del mes de OCTUBRE del arbitrio del petróleo, de la cuenta corriente del Secretario de Hacienda # [Redacted]000-6 a la cuenta bancaria # [Redacted]427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

Redacted

Ana Garcia Noya
Secretaria Auxiliar
Área de Tesoro

=T / BGF

## Area del Tesoro
## Div. Contaduria General
## Sección de Recaudaciones y Pagos

# TRANSFERENCIA ELECTRONICA

| | | |
|---|---|---|
| Numero de Suplidor : | 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 | |
| Nombre del Suplidor : | AUT DE CARRETERAS Y TRANSPORTE | |
| Mes o Num del Caso : | ARB. DE PETROLEO/REMANENTE OCTUBRE 2014  AF-2014-2015 | |
| Cantidad del Pago : | 9,788,135.65 | AJUSTES |
| Menos Descuentos : | | Neto | 9,788,135.65 |
| Numero de Voucher : | SV 00195685 | |
| Entrado : | Lizette González Reyes | Fecha | 25-Nov-14 |
| Preintervención : | **Redacted** | Fecha | 25/11/14 |
| Aprobado : | | Fecha | 26/NOV/14 |
| Num de Aviso : | | Fecha |
| Cerrado por : | | Fecha |

Cifra de cuenta
E6120-278-0660000-993-2014
E6120-278-0660000-994-2015
E6120-278-0660000-782-2014

$          -

Remanente Fin de Mes  E6120-278-0660000-782-2014     $  9,788,135.65

① . 19 dic 2014 — $6.9 MM
② 20 enero 2015 — $2,888,135.65

HTA_STAY0007988

The image 1 is the Hacienda logo/seal at top left.



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

28 de enero de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **28 de enero de 2015** transfieran **$5,000,000.00**, correspondiente al pago de arbitrios de petróleo del ADELANTO de ENERO/2015 (voucher 196760), de la cuenta corriente del Secretario de Hacienda Redacted 000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta: Redacted 9874**
**REF.: ARBITRIOS PETROLEO ADELANTO ENERO/2015**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

# Redacted

Diana Vázquez Morales
Subdirectora Interina
Área de Tesoro

### Area del Tesoro
### Div. Contaduria General
### Sección de Recaudaciones y Pagos

## TRANSFERENCIA ELECTRONICA

| | | | |
|---|---|---|---|
| Numero de Suplidor : | 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 | | |
| Nombre del Suplidor : | **AUT DE CARRETERAS Y TRANSPORTE** | | |
| Mes o Num del Caso : | ARB. DE PETROLEO/1ERA PORCION ENERO 2015 | | |
| Cantidad del Pago : | 5,000,000.00 | AJUSTES | |
| Menos Descuentos : | | Neto | **5,000,000.00** |
| Numero de Voucher : | *SV 00196760* | | |
| Entrado : | **Lizette González Reyes** | Fecha | 28-Jan-15 |
| Preintervención : | **Redacted** | Fecha | 1/28/15 |
| Aprobado : | | Fecha | |
| Num de Aviso : | | Fecha | |
| Cerrado por : | | Fecha | |

| | | |
|---|---|---|
| Cifra de cuenta | *E6120-278-0660000-993-2014* | 5,000,000.00 |
| | *E6120-278-0660000-994-2015* | |
| | *E6120-278-0660000-782-2014* | |
| | | $  5,000,000.00 |
| Remanente Fin de Mes | *E6120-278-0660000-782-2014* | |

2015 JAN 28 AM 9:55

HTA_STAY0007990



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro


30 de enero de 2015


Vía Fax 721-3642


SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
  FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001


Estimada señora Ocasio:


Autorizamos que efectivo el **30 de enero de 2015** transfieran **$8,500,000.00**, correspondiente a porción del voucher #196135 del remanente del mes de NOVIEMBRE del arbitrio del petróleo, de la cuenta corriente del Secretario de Hacienda # Redacted 000-6 a la cuenta bancaria # Redacted 427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.


Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana Garcia Noya
Secretaria Auxiliar
Área de Tesoro

CONFIDENTIAL

HTA_STAY0007991

## AREA DEL TESORO
## CONTADURIA GENERAL
### SECCION DE CONTABILIDAD

### PROCESAMIENTO DE PAGOS

| SV | NO EMITIR CHEQUE |
| --- | --- |

### TRANSFERENCIAS BANCARIAS

| | |
| --- | --- |
| NUMERO DEL SUPLIDOR | 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 |
| NOMBRE DEL SUPLIDOR | AUTORIDAD DE CARRETERAS ARB. PETROLEO REMANENTE NOV 2014 |
| CANTIDAD DEL PAGO | $13,982,409.17 |
| NUMERO DEL DOCUMENTO | SV 00196135 |
| ENTRADO POR | MLR | FECHA | 15-Dec-14 |
| APROBADO POR | Redacted | FECHA | 12/15/2014 |

Arbitrios
petróleo          E6120  278  0660000 782 2014          $13,982,409.17

2014 DEC 15 PM 5: 27

① $8.5 Mıl     30/enew/2015

CONFIDENTIAL