# EXHIBIT AS

# (Ex. 40 to the Natbony Declaration, originally filed as ECF 13040-8 through ECF 13040-12, and ECF 790-8 through 790-12 in Case No. 17-BK-3567) - Part 2

**NATBONY REPLY DECLARATION**
**EXHIBIT 40– Part 2**



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

23 de febrero de 2015

Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **23 de febrero de 2015** transfieran **$5,482,409.17**, correspondiente a porción final del voucher #196135 del remanente del mes de NOVIEMBRE del arbitrio del petróleo, de la cuenta corriente del Secretario de Hacienda # Redacted 000-6 a la cuenta bancaria # Redacted 427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

Redacted

Ana Garcia Noya
Secretaria Auxiliar
Área de Tesoro

**AREA DEL TESORO**
**CONTADURIA GENERAL**
**SECCION DE CONTABILIDAD**

PROCESAMIENTO DE PAGOS

| SV | NO EMITIR CHEQUE |
|---|---|

**TRANSFERENCIAS BANCARIAS**

| NUMERO DEL SUPLIDOR | 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 | | |
|---|---|---|---|
| NOMBRE DEL SUPLIDOR | AUTORIDAD DE CARRETERAS ARB. PETROLEO REMANENTE NOV 2014 | | |
| CANTIDAD DEL PAGO | $13,982,409.17 | | |
| NUMERO DEL DOCUMENTO | SV 00196135 | | |
| ENTRADO POR | MLR | FECHA | 15-Dec-14 |
| APROBADO POR | Redacted | FECHA | 12/15/2014 |

Arbitrios petróleo    E6120  278  0660000 782 2014        $13,982,409.17

(1) $8.5 MM   30/enero/2015

(2) $5,482,409.17

CONFIDENTIAL



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

18 de febrero de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **18 de febrero de 2015** transfieran **$5,000,000.00**, correspondiente al pago de arbitrios de petróleo del REMANENTE de ENERO/2015 (voucher 197128), de la cuenta corriente del Secretario de Hacienda [Redacted]000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta: [Redacted] 9874**
**REF.: ARBITRIOS PETROLEO REMANENTE ENERO/2015**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana Garcia Noya
Secretaria Auxiliar
Área de Tesoro

CONFIDENTIAL

HTA_STAY0007995

**Area del Tesoro**
**Div. Contaduria General**
**Sección de Recaudaciones y Pagos**

# TRANSFERENCIA ELECTRONICA

| | | |
|---|---|---|
| Numero de Suplidor : | 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 | |
| Nombre del Suplidor : | AUT DE CARRETERAS Y TRANSPORTE | |
| Mes o Num del Caso : | ARB. DE PETROLEO/2DA PORCION ENERO 2015 | |
| Cantidad del Pago : | 5,000,000.00 | AJUSTES |
| Menos Descuentos : | | Neto 5,000,000.00 |
| Numero de Voucher : | 00197128 | |
| Entrado : | Lizette González Reyes | Fecha 12-Feb-15 |
| Preintervención : | | Fecha |
| Aprobado : | Redacted | Fecha 12/Feb/15 |
| Num de Aviso : | | Fecha |
| Cerrado por : | | Fecha |

| Cifra de cuenta | E6120-278-0660000-993-2014 | 2,647,599.58 |
|---|---|---|
| | E6120-278-0660000-994-2015 | 2,352,400.42 |
| | E6120-278-0660000-782-2014 | |
| | | $ 5,000,000.00 |
| Remanente Fin de Mes | E6120-278-0660000-782-2014 | |



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

24 de febrero de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **24 de febrero de 2015** transfieran **$5,000,000.00**, correspondiente al pago de arbitrios de petróleo del ADELANTO de FEBRERO/2015 (voucher 197370), de la cuenta corriente del Secretario de Hacienda [Redacted]000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta: [Redacted] 9874**
**REF.: ARBITRIOS PETROLEO ADELANTO FEBRERO/2015**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana Garcia Noya
Secretaria Auxiliar
Área de Tesoro

*AREA DEL TESORO*
*CONTADURIA GENERAL*
*SECCION DE RECAUDACIONES Y PAGOS*

## TRANSFERENCIA ELECTRONICA

| | | |
|---|---|---|
| *NUMERO DEL SUPLIDOR* | : | 690-660108 |
| *NOMBRE DEL SUPLIDOR* | : | *AUT DE CARRETERAS Y TRANSPORTE* |
| *MES O NUM DEL CASO* | : | *ARB. DE PETROLEO 1RA QUINCENA FEB 2015* |
| *CANTIDAD DEL PAGO* | : | $5,000,000.00 |
| *NUMERO DE DOCUMENTO* | : | SV-00197370 Redacted |
| *ENTRADO POR* | : | *JUAN M. DE JESUS AYUSO*  FECHA 24/Feb/15 |
| *PREINTERVENIDO* | : | FECHA |
| *APROBADO POR* | : | Redacted  FECHA 24/Feb/15 |
| *NUM DE AVISO* | : | FECHA |
| *CERRADO POR* | : | FECHA |
| **CIFRA DE CUENTA** | : | E6120-278-0660000-993-2014   $5,000,000.00 |

CONFIDENTIAL

HTA_STAY0007998



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

18 de marzo de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **18 de marzo de 2015** transfieran **$5,000,000.00,** correspondiente al pago de arbitrios de petróleo del REMANENTE de FEBRERO/2015 (voucher 197855), de la cuenta corriente del Secretario de Hacienda [Redacted]000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)**
**Número de Cuenta: [Redacted] 9874**
**REF.: ARBITRIOS PETROLEO REMANENTE FEBRERO/2015**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana Garcia Noya
Secretaria Auxiliar
Área de Tesoro

**Area del Tesoro**
**Div. Contaduria General**
**Sección de Recaudaciones y Pagos**

# TRANSFERENCIA ELECTRONICA

| | | | |
|---|---|---|---|
| Numero de Suplidor | : | 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 | |
| Nombre del Suplidor | : | **AUT DE CARRETERAS Y TRANSPORTE** | |
| Mes o Num del Caso | : | **ARB. DE PETROLEO/2DA PORCION FEBRERO 2015** | |
| Cantidad del Pago | : | 5,000,000.00 | AJUSTES |
| Menos Descuentos | : | | Neto  5,000,000.00 |
| Numero de Voucher | : | SV 00197855 | |
| Entrado | : | Lizette González Reyes | Fecha  16-Mar-15 |
| Preintervención | : | | Fecha |
| Aprobado | : | Redacted | Fecha  16/marzo/15 |
| Num de Aviso | : | | Fecha |
| Cerrado por | : | | Fecha |

| | | |
|---|---|---|
| Cifra de cuenta | E6120-278-0660000-993-2014 | 2,576,721.07 |
| | E6120-278-0660000-994-2015 | 2,423,278.93 |
| | E6120-278-0660000-782-2014 | |
| | | $ 5,000,000.00 |
| Remanente Fin de Mes | E6120-278-0660000-782-2014 | |