# EXHIBIT AS

# (Ex. 40 to the Natbony Declaration, originally filed as ECF 13040-8 through ECF 13040-12, and ECF 790-8 through 790-12 in Case No. 17-BK-3567) - Part 3

**NATBONY REPLY DECLARATION**
**EXHIBIT 40– Part 3**



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

24 de marzo de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **24 de marzo de 2015** transfieran **$12,543,829.37,** correspondiente a porción final del voucher #196758 del remanente del mes de DICIEMBRE del arbitrio del petróleo, de la cuenta corriente del Secretario de Hacienda # Redacted 000-6 a la cuenta bancaria # Redacted 427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana Garcia Noya
Secretaria Auxiliar
Área de Tesoro

CONFIDENTIAL

## Area del Tesoro
## Div. Contaduria General
## Sección de Recaudaciones y Pagos

# TRANSFERENCIA ELECTRONICA

| | | |
|---|---|---|
| Numero de Suplidor | : | 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 |
| Nombre del Suplidor | : | **AUT DE CARRETERAS Y TRANSPORTE** |
| Mes o Num del Caso | : | **ARB. DE PETROLEO/REMANENTE DICIEMBRE 2014** |

| | | | | |
|---|---|---|---|---|
| Cantidad del Pago | : | 12,543,829.37 | AJUSTES | |
| Menos Descuentos | : | | Neto | 12,543,829.37 |
| Numero de Voucher | : | SV 00196758 | | |
| Entrado | : | **Lizette González Reyes** | Fecha | 27-Jan-15 |
| Preintervención | : | | Fecha | |
| Aprobado | : | **Redacted** | Fecha | 27/1/15 |
| Num de Aviso | : | | Fecha | |
| Cerrado por | : | | Fecha | |

| Cifra de cuenta | | |
|---|---|---|
| | E6120-278-0660000-993-2014 | 2,311,512.13 |
| | E6120-278-0660000-994-2015 | 2,437,170.71 |
| | E6120-278-0660000-782-2014 | 7,795,146.53 |
| | | $ 12,543,829.37 |

| Remanente Fin de Mes | E6120-278-0660000-782-2014 |
|---|---|

2015 JAN 27 PM 4:



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

26 de marzo de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **26 de marzo de 2015** transfieran **$5,000,000.00,** correspondiente al pago de arbitrios de petróleo de la 1ra porción marzo/2015 (voucher 198018), de la cuenta corriente del Secretario de Hacienda ¡Redacted¡000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK
ABA: 221571415
SWIFT: OBPRPRSJ
Nombre de la Cuenta: Puerto Rico Highway Authority (PRHTA)
Número de Cuenta: ¡Redacted¡9874
REF.: ARBITRIOS PETROLEO 1ra porción marzo/2015**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana Garcia Noya
Secretaria Auxiliar
Área de Tesoro

CONFIDENTIAL

## Area del Tesoro
## Div. Contaduria General
## Sección de Recaudaciones y Pagos

# TRANSFERENCIA ELECTRONICA

| | | |
|---|---|---|
| Numero de Suplidor : | 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 | |
| Nombre del Suplidor : | **AUT DE CARRETERAS Y TRANSPORTE** | |
| Mes o Num del Caso : | **ARB. DE PETROLEO/1ERA PORCION DE MARZO 2015 2015** | |
| Cantidad del Pago : | 5,000,000.00 | AJUSTES |
| Menos Descuentos : | | Neto       5,000,000.00 |
| Numero de Voucher : | 00198018 | |
| Entrado : | **Lizette González Reyes** | Fecha       25-Mar-15 |
| Preintervención : | | Fecha |
| Aprobado : | **Redacted** | Fecha      25/3/15 |
| Num de Aviso : | | Fecha |
| Cerrado por : | | Fecha |

| | | |
|---|---|---|
| Cifra de cuenta | E6120-278-0660000-993-2014 | |
| | E6120-278-0660000-994-2015 | |
| | E6120-278-0660000-782-2014 | 5,000,000.00 |

| | | |
|---|---|---|
| **Remanente Fin de Mes** | E6120-278-0660000-782-2014 | $   5,000,000.00 |

CONFIDENTIAL

HTA_STAY0008004



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

9 de abril de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
  FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **9 de abril de 2015** transfieran
**$5,000,000.00,** correspondiente al pago de arbitrios de petróleo del
REMANENTE de MARZO/2015 (voucher 198019), de la cuenta corriente del
Secretario de Hacienda [Redacted]000-6 a la siguiente cuenta:

**Banco: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Nombre de la Cuenta: Puerto Rico Highway Authority**
**(PRHTA)**
**Número de Cuenta: [Redacted] 9874**
**REF.: ARBITRIOS PETROLEO REMANENTE MARZO/2015**

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este
Departamento.

Cordialmente,

**Redacted**

Diana Vázquez Morales
Subdirectora Interina
Área de Tesoro

**Area del Tesoro**
**Div. Contaduria General**
**Sección de Recaudaciones y Pagos**

# TRANSFERENCIA ELECTRONICA

| | | |
|---|---|---|
| Numero de Suplidor : | 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 | |
| Nombre del Suplidor : | **AUT DE CARRETERAS Y TRANSPORTE** | |
| Mes o Num del Caso : | ARB. DE PETROLEO/2DA PORCION DE MARZO 2015 2015 | |
| Cantidad del Pago : | 5,000,000.00 | AJUSTES |
| Menos Descuentos : | | Neto  5,000,000.00 |
| Numero de Voucher : | 00198019 | |
| Entrado : | **Lizette González Reyes** | Fecha  25-Mar-15 |
| Preintervención : | | Fecha |
| Aprobado : | **Redacted** | Fecha  25/3/15 |
| Num de Aviso : | | Fecha |
| Cerrado por : | | Fecha |

| | | |
|---|---|---|
| Cifra de cuenta | E6120-278-0660000-993-2014 | |
| | E6120-278-0660000-994-2015 | |
| | E6120-278-0660000-782-2014 | 5,000,000.00 |

| | | |
|---|---|---|
| Remanente Fin de Mes | E6120-278-0660000-782-2014 | $ 5,000,000.00 |

2015 MAR 25 PM 1:49

DEPTO. DE HACIENDA
AREA DEL TESORO
OFICINA DEL DIRECTOR

CONFIDENTIAL



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

15 de abril de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **15 de abril de 2015** transfieran **$13,580,098.96,** correspondiente a porción final del voucher #197358 del remanente del mes de ENERO del arbitrio del petróleo, de la cuenta corriente del Secretario de Hacienda # Redacted 000-6 a la cuenta bancaria # Redacted 427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana Garcia Noya
Secretaria Auxiliar
Área de Tesoro

CONFIDENTIAL

## Area del Tesoro
## Div. Contaduria General
## Sección de Recaudaciones y Pagos

# TRANSFERENCIA ELECTRONICA

| | | | |
|---|---|---|---|
| Numero de Suplidor | : | 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 | |
| Nombre del Suplidor | : | **AUT DE CARRETERAS Y TRANSPORTE** | |
| Mes o Num del Caso | : | **ARB. DE PETROLEO/REMANENTE ENERO 2015** | |
| Cantidad del Pago | : | 13,580,098.96 | AJUSTES |
| Menos Descuentos | : | | Neto 13,580,098.96 |
| Numero de Voucher | : | *SV 00197358* | |
| Entrado | : | **Lizette González Reyes** | Fecha 23-Feb-15 |
| Preintervención | : | | Fecha |
| Aprobado | : | **Redacted** | Fecha 23/Feb/15 |
| Num de Aviso | : | | Fecha |
| Cerrado por | : | | Fecha |

| | | |
|---|---|---|
| Cifra de cuenta | *E6120-278-0660000-993-2014* | |
| | *E6120-278-0660000-994-2015* | 196,799.44 |
| | *E6120-278-0660000-782-2014* | 13,383,299.52 |
| | | **$ 13,580,098.96** |
| Remanente Fin de Mes | *E6120-278-0660000-782-2014* | **$ 13,580,098.96** |

2015 FEB 23 PM 1:04

OFICINA DEL DIRECTOR
AREA DEL TESORO
DEPTO. DE HACIENDA

CONFIDENTIAL



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

29 de mayo de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
  FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **29 de mayo de 2015** transfieran **$600,000.00,** correspondiente a porción del voucher #197865 del remanente del mes de FEBRERO del arbitrio del petróleo, de la cuenta corriente del Secretario de Hacienda # Redacted 000-6 a la cuenta bancaria # Redacted 427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana Garcia Noya
Secretaria Auxiliar
Área de Tesoro