# EXHIBIT AS

# (Ex. 40 to the Natbony Declaration, originally filed as ECF 13040-8 through ECF 13040-12, and ECF 790-8 through 790-12 in Case No. 17-BK-3567) - Part 4

**<u>NATBONY REPLY DECLARATION</u>**
**<u>EXHIBIT 40– Part 4</u>**

act bef

## Area del Tesoro
### Div. Contaduria General
### Sección de Recaudaciones y Pagos

# TRANSFERENCIA ELECTRONICA

| | | |
|---|---|---|
| Numero de Suplidor : | 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 | |
| Nombre del Suplidor : | AUT DE CARRETERAS Y TRANSPORTE | |
| Mes o Num del Caso : | ARB. DE PETROLEO/REMANENTE FEBRERO 2015 | |
| Cantidad del Pago : | 13,361,556.98 | AJUSTES |
| Menos Descuentos : | | Neto 13,361,556.98 |
| Numero de Voucher : | SV 00197865 | |
| Entrado : | Lizette González Reyes | Fecha 17-Mar-15 |
| Preintervención : | | Fecha |
| Aprobado : | Redacted | Fecha 17/Marzo/15 |
| Num de Aviso : | | Fecha |
| Cerrado por : | | Fecha |

,064·00 *

000
0·00 *

| Cifra de cuenta | E6120-278-0660000-993-2014 | |
| | E6120-278-0660000-994-2015 | 102,294. |
| | E6120-278-0660000-782-2014 | 13,259,262. |

13,361,556·98*+
5,000,000·00 -
5,000,000·00 -
600,000·00 -
004
2,761,556·98 *

| Remanente Fin de Mes | E6120-278-0660000-782-2014 | $ 13,361,556 |

① ($5MM) – 13 Mayo 2015
② ($5MM) – 14 Mayo 2015
Bal ③ $3,361,556.98 –

③ (600,000.00) – 29 May

CONFIDENTIAL                                                                                                         HTA_STAY0008010



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

13 de mayo de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **13 de mayo de 2015** transfieran **$5,000,000.00**, correspondiente a porción del voucher #197865 del remanente del mes de FEBRERO del arbitrio del petróleo, de la cuenta corriente del Secretario de Hacienda # Redacted 000-6 a la cuenta bancaria # Redacted 427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

Redacted

Ana Garcia Noya
Secretaria Auxiliar
Área de Tesoro

## Area del Tesoro
## Div. Contaduria General
### Sección de Recaudaciones y Pagos

# TRANSFERENCIA ELECTRONICA

| | | |
|---|---|---|
| Numero de Suplidor : | 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 | |
| Nombre del Suplidor : | AUT DE CARRETERAS Y TRANSPORTE | |
| Mes o Num del Caso : | ARB. DE PETROLEO/REMANENTE FEBRERO 2015 | |
| Cantidad del Pago : | 13,361,556.98 | AJUSTES |
| Menos Descuentos : | | Neto 13,361,556.98 |
| Numero de Voucher : | SV 00197865 | |
| Entrado : | Lizette González Reyes | Fecha 17-Mar-15 |
| Preintervención : | | Fecha |
| Aprobado : | Redacted | Fecha 17/Marzo/15 |
| Num de Aviso : | | Fecha |
| Cerrado por : | | Fecha |

Cifra de cuenta
E6120-278-0660000-993-2014
E6120-278-0660000-994-2015      102,294.76
E6120-278-0660000-782-2014   13,259,262.22

Remanente Fin de Mes   E6120-278-0660000-782-2014   $ 13,361,556.98

© $5MM - 13 mayo 2015

CONFIDENTIAL                                                                                          HTA_STAY0008012



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

14 de mayo de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **14 de mayo de 2015** transfieran **$5,000,000.00**, correspondiente a porción del voucher #197865 del remanente del mes de FEBRERO del arbitrio del petróleo, de la cuenta corriente del Secretario de Hacienda # [Redacted]000-6 a la cuenta bancaria # [Redacted]427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana Garcia Noya
Secretaria Auxiliar
Área de Tesoro

CONFIDENTIAL                                                                 HTA_STAY0008013

### Area del Tesoro
### Div. Contaduria General
### Sección de Recaudaciones y Pagos

# TRANSFERENCIA ELECTRONICA

| | | |
|---|---|---|
| Numero de Suplidor : | 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 | |
| Nombre del Suplidor : | AUT DE CARRETERAS Y TRANSPORTE | |
| Mes o Num del Caso : | ARB. DE PETROLEO/REMANENTE FEBRERO 2015 | |
| Cantidad del Pago : | 13,361,556.98 | AJUSTES |
| Menos Descuentos : | | Neto 13,361,556.98 |
| Numero de Voucher : | SV 00197865 | |
| Entrado : | Lizette González Reyes | Fecha 17-Mar-15 |
| Preintervención : | | Fecha |
| Aprobado : | Redacted | Fecha 17/Marzo/15 |
| Num de Aviso : | | Fecha |
| Cerrado por : | | Fecha |

| Cifra de cuenta | E6120-278-0660000-993-2014 | |
| | E6120-278-0660000-994-2015 | 102,294.76 |
| | E6120-278-0660000-782-2014 | 13,259,262.22 |
| Remanente Fin de Mes | E6120-278-0660000-782-2014 | $ 13,361,556.98 |

① $5MM - 13 Mayo 2015
② $5 MM - 14 Mayo 2015



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

21 de julio de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **21 de julio de 2015** transfieran **$2,761,556.98**, correspondiente a porción final del voucher #197865 del remanente del mes de FEBRERO del arbitrio del petróleo, de la cuenta corriente del Secretario de Hacienda # Redacted 000-6 a la cuenta bancaria # Redacted 427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

Redacted

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

# AREA DEL TESORO
## CONTADURIA GENERAL
### SECCION DE CONTABILIDAD

## PROCESAMIENTO DE PAGOS



**NO EMITIR CHEQUE**
**TRANSFERENCIAS BANCARIAS**

| | |
|---|---|
| NUMERO DEL SUPLIDOR | 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 |
| NOMBRE DEL SUPLIDOR | AUTORIDAD DE CARRETERAS |
| DESCRIPCION | REMANENTE DE PETROLEO CORRESPONDIENTE ABRIL, MAYO Y JUNIO 2015 |
| CANTIDAD DEL PAGO | $19,000,000.00 |
| NUMERO DEL DOCUMENTO | SV 00204080 |
| ENTRADO POR | Redacted / HECTOR R. GOMEZ  FECHA 7-Mar-16 |
| APROBADO POR | Redacted  FECHA 7/Marzo/16 |
| NUMERO DE AVISO | 277 - 30/Oct/15 <br> 233 - 11/Dic/15   FECHA |
| AVISO EN PRIFAS | 30-Oct-15   $10,000,000.00 |
| AVISO EN PRIFAS | 11-Dec-15   $9,000,000.00 |
| CUENTA : | E6120-278-0660000-785-2015 |

Redacted
7/Marzo/16

CONFIDENTIAL                                   HTA_STAY0008016



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

30 de octubre de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **30 de octubre de 2015** transfieran **$10,000,000.00,** correspondiente a porción del remanente del arbitrio del petróleo, de la cuenta corriente del Secretario de Hacienda # [Redacted]0006 a la cuenta bancaria # [Redacted]427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana Garcia Noya
Secretaria Auxiliar
Área de Tesoro

*Pgmt.*
*Id*
0010400 0C300277  $10,000,000