# EXHIBIT AS

## (Ex. 40 to the Natbony Declaration, originally filed as ECF 13040-8 through ECF 13040-12, and ECF 790-8 through 790-12 in Case No. 17-BK-3567) - Part 5

## NATBONY REPLY DECLARATION
## EXHIBIT 40– Part 5



ESTADO  LIBRE ASOCIADO DE PUERTO RICO
**DEPARTAMENTO DE HACIENDA**
ÁREA DEL TESORO

11 de diciembre de 2015

**Vía Fax 721-3642**

Sra. María Ocasio
Gerente de Finanzas
División de Cuentas de Depósito
Banco Gubernamental de  Fomento para Puerto Rico
PO Box42001
San Juan, Puerto Rico 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **11 de diciembre de 2015** transfieran **$9,000,000.00**, correspondiente a porción del remanente del arbitrio del petróleo, de  la cuenta corriente del Secretario de Hacienda # Redacted 0006 a la cuenta bancaria # Redacted 427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana García Noya
Secretaria Auxiliar

00 204080   B I 110233   $ 9,000,000,

CONFIDENTIAL

**Area del Tesoro**
**Div. Contaduria General**
**Sección de Recaudaciones y Pagos**

# TRANSFERENCIA ELECTRONICA

| | | |
|---|---|---|
| Numero de Suplidor : | 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 | |
| Nombre del Suplidor : | **AUT DE CARRETERAS Y TRANSPORTE** | |
| Mes o Num del Caso : | **ARB. DE PETROLEO/REMANENTE DE MARZO 2015** | |
| Cantidad del Pago : | 15,272,474.54 | AJUSTES |
| Menos Descuentos : | | Neto  **15,272,474.54** |
| Numero de Voucher : | 00198454 | |
| Entrado : | **Lizette González Reyes**  Fecha | 13-Apr-15 |
| Preintervención : | **Redacted**  Fecha | 13-abr-15 |
| Aprobado : | Fecha | 13/Abr/15 |
| Num de Aviso : | Fecha | |
| Cerrado por : | Fecha | |

| Cifra de cuenta | | |
|---|---|---|
| E6120-278-0660000-993-2014 | 8,196,477.90 |
| E6120-278-0660000-994-2015 | 2,732,159.30 |
| E6120-278-0660000-782-2014 | 4,343,837.34 |
| | $ 15,272,474.54 |

① $3,054,495.⁰⁰ → 8/25/2015
② $3,054,495.⁰⁰ → 8/31/2015
③ $3,054,495.⁰⁰ → 9/9/2015
④ $3,054,495.⁰⁰ → 9/14/2015
⑤ $3,054,495.⁰⁰ → 9/16/2015

```
15,272,474.54**
 3,054,495.00 -
 3,054,495.00 -
 3,054,495.00 -
 3,054,495.00 -
005
 3,054,494.54 *
```

CONFIDENTIAL



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

25 de agosto de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
  FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **25 de agosto de 2015** transfieran **$3,054,495.00,** correspondiente a porción del voucher #198454 del remanente del mes de MARZO del arbitrio del petróleo, de la cuenta corriente del Secretario de Hacienda # Redacted 000-6 a la cuenta bancaria # Redacted 427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

# Redacted

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

CONFIDENTIAL



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

31 de agosto de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
 FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **31 de agosto de 2015** transfieran **$3,054,495.00**, correspondiente a segunda porción del voucher #198454 del remanente del mes de MARZO del arbitrio del petróleo, de la cuenta corriente del Secretario de Hacienda # Redacted 000-6 a la cuenta bancaria # Redacted 427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

Redacted

Ana Garcia Noya
Secretaria Auxiliar
Área de Tesoro



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

9 de septiembre de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
   FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **9 de septiembre de 2015** transfieran **$3,054,495.00,** correspondiente a porción del voucher #198454 del remanente del mes de MARZO del arbitrio del petróleo, de la cuenta corriente del Secretario de Hacienda # [Redacted]000-6 a la cuenta bancaria # [Redacted]427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

[Redacted]

Ana Garcia Noya
Secretaria Auxiliar
Área de Tesoro

CONFIDENTIAL

HTA_STAY0008022



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

14 de septiembre de 2015

Vía Fax 721-3642

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
   FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Autorizamos que efectivo el **14 de septiembre de 2015** transfieran **$3,054,495.00,** correspondiente a porción del voucher #198454 del remanente del mes de MARZO del arbitrio del petróleo, de la cuenta corriente del Secretario de Hacienda # [Redacted]000-6 a la cuenta bancaria # [Redacted] 427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

HTA_STAY0008023



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área del Tesoro

18 de septiembre de 2015

Vía Fax 721-3642

**ENMENDADA**

SRA MARÍA OCASIO
GERENTE FINANZAS
DIVISIÓN DE CUENTAS DE DEPÓSITO
BANCO GUBERNAMENTAL DE
  FOMENTO PARA PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Estimada señora Ocasio:

Favor reversar el aviso 268 del 09/16/2015 para corregir cantidad. Autorizamos que efectivo el **16 de septiembre de 2015** transfieran **$3,054,494.54,** correspondiente a porción final del voucher #198454 del remanente del mes de MARZO del arbitrio del petróleo, de la cuenta corriente del Secretario de Hacienda # [Redacted]000-6 a la cuenta bancaria # [Redacted]427-6 de la Autoridad de Carreteras y Transportación para el repago de obligaciones vigentes de la Autoridad.

Agradecemos envíe los correspondientes avisos al Área del Tesoro de este Departamento.

Cordialmente,

**Redacted**

Ana García Noya
Secretaria Auxiliar
Área de Tesoro

CONFIDENTIAL

[logo:] FREE ASSOCIATED STATE OF PUERTO RICO - TREASURY

Free Associated State of Puerto Rico
DEPARTMENT OF TREASURY
Treasury Area

January 21, 2015

Via Fax 721-3642

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNT DIVISION
GOVERNMENT DEVELOPMENT BANK
FOR PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001
s
Dear Ms. Ocasio:

We hereby authorize the transfer of **$5,000,000.00**, effective from **January 21, 2015**, as payment of the REMAINING portion of petroleum excise taxes for DECEMBER 2014 (voucher #196410) from the current account of the Treasury Secretary #[Redacted]000-6 to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted] 9874**
**REF.: PETROLEUM EXCISE TAX / REMAINDER DECEMBER 2014**

We would be grateful if you could send the respective notifications to the Treasury Area of this Department.

Sincerely,

[signature]
Ana García Noya
Assistant Secretary
Treasury Area

CONFIDENTIAL

### Treasury Area
### Accounting Office
### Collections and Payments Section

# WIRE TRANSFER

| | |
|---|---|
| Supplier Number : | 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 |
| Supplier Name : | **PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY** |
| Case Number or Month : | **PETROLEUM EXCISE TAX / SECOND PORTION DECEMBER 2014** |

| | | | |
|---|---|---|---|
| Payment Amount : | 5,000,000.00 | ADJUSTMENTS | |
| Minus Discounts : | | Net | 5,000,000.00 |
| Voucher Number : | 00196410 | | |
| Entered by : | **Lizette González Reyes** | Date | 01/09/2015 |
| Pre-intervention : | [signature] | Date | 1-9-15 |
| Approved by : | [signature] | Date | 01/09/2015 |
| Notification No. : | | Date | |
| Closed by : | | Date | |

| Account code : | **E6120-278-0660000-993-2014** | 5,000,000.00 |
|---|---|---|
| | **E6120-278-0660000-994-2015** | |
| | **E6120-278-0660000-782-2014** | |
| | | 5,000,000.00 |

| Remainder End of Month : | **E6120-278-0660000-782-2014** | |
|---|---|---|

[stamp:] DEPARTMENT OF TREASURY - TREASURY AREA – PUBLIC DEBT AND
INVESTMENTS DIV. – 01/09/2015 9:12 a.m.

CONFIDENTIAL                                                    HTA STAY0007986

[logo:] FREE ASSOCIATED STATE OF PUERTO RICO - TREASURY

Free Associated State of Puerto Rico
DEPARTMENT OF TREASURY
Treasury Area

January 20, 2015

Via Fax 721-3642

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNT DIVISION
GOVERNMENT DEVELOPMENT BANK
   FOR PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We hereby authorize the transfer of **$2,888,135.65**, effective from **January 20, 2015**, as payment of the remaining portion of petroleum excise tax for OCTOBER (final portion of voucher #195685) from the current account of the Treasury Secretary # Redacted 000-6 to bank account # Redacted 427-6 of the Puerto Rico Highways and Transportation Authority for repayment or the Authority's existing obligations.

We would be grateful if you could send the respective notifications to the Treasury Area of this Department.

Sincerely,

[signature]
Ana García Noya
Assistant Secretary
Treasury Area

HTA    GDB

## Treasury Area
## Accounting Office
## Collections and Payments Section

# WIRE TRANSFER

| | |
|---|---|
| Supplier Number : | 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 |

| | |
|---|---|
| Supplier Name : | **PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY** |

| | |
|---|---|
| Case Number or Month : | **PETROLEUM EXCISE TAX / REMAINDER OCTOBER 2014 AF-2014-2015** |

| Payment Amount : | 9,788,135.65 | ADJUSTMEN TS | |
|---|---|---|---|
| Minus Discounts : | | Net | 9,788,135.65 |

| Voucher Number : | **SV 00195685** | | |
|---|---|---|---|
| Entered by : | **Lizette González Reyes** | Date | 11/25/2014 |
| Pre-intervention : | [signature] | Date | 11-25-14 |
| Approved by : | [signature] | Date | 11/26/2014 |
| Notification No. : | | Date | |
| Closed by : | | Date | |

| Account code : | **E6120-278-0660000-993-2014** | |
|---|---|---|
| | **E6120-278-0660000-994-2015** | |
| | **E6120-278-0660000-782-2014** | |
| | | $ |

| Remainder End of Month : | **E6120-278-0660000-782-2014** | $ 9,788,135.65 |
|---|---|---|

*1. Dec 19 2014 - $6.9MM*

*2. January 20 2015 - $2,888,135.65*

[stamp:] DEPARTMENT OF TREASURY - TREASURY AREA – PUBLIC DEBT AND INVESTMENTS DIV. –11/26/2014 11:28 a.m.

CONFIDENTIAL

HTA STAY0007988

[logo:] FREE ASSOCIATED STATE OF PUERTO RICO - TREASURY

Free Associated State of Puerto Rico
DEPARTMENT OF TREASURY
Treasury Area

January 28, 2015

Via Fax 721-3642

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNT DIVISION
GOVERNMENT DEVELOPMENT BANK
    FOR PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We hereby authorize the transfer of **$5,000,000.00**, effective from **January 28, 2015** , as payment of the FIRST PORTION of petroleum excise taxes for JANUARY 2015 (voucher #196760) from the current account of the Treasury Secretary #[Redacted]000-6 to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted] 9874**
**REF.: PETROLEUM EXCISE TAX / FIRST PORTION JANUARY 2015**

We would be grateful if you could send the respective notifications to the Treasury Area of this Department.

Sincerely,

[signature]
Diana Vázquez
Morales Acting Deputy Director
Treasury Area

CONFIDENTIAL                                                   HTA STAY0007989

**Treasury Area**
**Accounting Office**
**Collections and Payments Section**

# WIRE TRANSFER

| | | |
|---|---|---|
| Supplier Number : | 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 | |

| | | |
|---|---|---|
| Supplier Name : | **PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY** | |

| | | |
|---|---|---|
| Case Number or Month : | **PETROLEUM [EXCISE TAX] / FIRST PORTION JANUARY 2015** | |

| | | | |
|---|---|---|---|
| Payment Amount : | 5,000,000.00 | ADJUSTMENTS | |
| Minus Discounts : | | Net | 5,000,000.00 |
| Voucher Number : | **SV 00196760** | | |
| Entered by : | **Lizette González Reyes** | Date | 01/28/2015 |
| Pre-intervention : | [signature] | Date | 1-28-15 |
| Approved by : | | Date | |
| Notification No. : | | Date | |
| Closed by : | | Date | |

| | | |
|---|---|---|
| Account code : | **E6120-278-0660000-993-2014** | 5,000,000.00 |
| | **E6120-278-0660000-994-2015** | |
| | **E6120-278-0660000-782-2014** | |
| | | $5,000,000.00 |

| | |
|---|---|
| Remainder End of Month : | **E6120-278-0660000-782-2014** |

[stamp:] DEPARTMENT OF TREASURY - TREASURY AREA – PUBLIC DEBT AND INVESTMENTS DIV. – 01/28/2015 9:35 a.m.

CONFIDENTIAL                                                    HTA STAY0007990

[logo:] FREE ASSOCIATED STATE OF PUERTO RICO - TREASURY

Free Associated State of Puerto Rico
DEPARTMENT OF TREASURY
Treasury Area

January 30, 2015

Via Fax 721-3642

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNT DIVISION
GOVERNMENT DEVELOPMENT BANK
 FOR PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We hereby authorize the transfer of **$8,500,000.00**, effective from **January 30, 2015**, as payment of the remaining portion of petroleum excise tax for NOVEMBER (portion of voucher #196135) from the current account of the Treasury Secretary # Redacted 000-6 to bank account # Redacted 427-6 of the Puerto Rico Highways and Transportation Authority for repayment of the Authority's existing obligations.

We would be grateful if you could send the respective notifications to the Treasury Area of this Department.

Sincerely

[signature]
Ana García Noya
Assistant Secretary
Treasury Area

CONFIDENTIAL

| | |
|---|---|
| **TREASURYAREA**<br>**ACCOUNTING OFFICE**<br>**ACCOUNTINGSECTION** | |
| | PAYMENTS PROCESSING |
| SV | DO NOT ISSUE CHECK |
| | BANK TRANSFERS |

| | |
|---|---|
| SUPPLIER NUMBER | 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 |
| SUPPLIER NAME | **PUERTO RICO HIGHWAYS**<br>**TRANSPORTATION AUTHORITY**<br>**PETROLEUM EXCISE TAX**<br>**REMAINDER NOVEMBER**<br>**2014** |
| PAYMENT AMOUNT | **$13,982,409.17** |
| DOCUMENT NUMBER | SV 00196135 |

| | | | |
|---|---|---|---|
| ENTERED BY | MLR | **DATE** | **12/15/2014** |
| APPROVED BY | [signature] | **DATE** | *12/15/2014* |

| | | |
|---|---|---|
| **Petroleum**<br>**Excise Tax** | **E61202780660000 782 2014** | **$13,982,409.17** |

*1) $8.5 mm 01/30/2015*

[stamp:] DEPARTMENT OF TREASURY - TREASURY AREA – PUBLIC DEBT AND INVESTMENTS DIV. – 12/15/2014 5:27 p.m.

CONFIDENTIAL HTA STAY0007992

[logo:] FREE ASSOCIATED STATE OF PUERTO RICO - TREASURY

Free Associated State of Puerto Rico
DEPARTMENT OF TREASURY
Treasury Area

February 23, 2015

Fax 721-3642

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNT DIVISION
GOVERNMENT DEVELOPMENT BANK
 FOR PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We hereby authorize the transfer of **$5,482,409.17**, effective from **February 23, 2015**, as payment of the remaining portion of petroleum excise tax for NOVEMBER (final portion of voucher #196135) from the current account of the Treasury Secretary #⌈Redacted⌋000-6 to bank account #⌈Redacted⌋427-6 of the Puerto Rico Highways and Transportation Authority for repayment of the Authority's existing obligations.

We would be grateful if you could send the respective notifications to the Treasury Area of this Department.

Sincerely,

[signature]
Ana García Noya
Assistant Secretary
Treasury Area

CONFIDENTIAL

**TREASURYAREA**
**ACCOUNTING OFFICE**
**ACCOUNTINGSECTION**

PAYMENTS PROCESSING

| SV | DO NOT ISSUE CHECK |
|----|--------------------|

BANK TRANSFERS

| SUPPLIER NUMBER | 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 | | |
|-----------------|-------------|---|---|
| | **PUERTO RICO HIGHWAYS** | | |
| | **TRANSPORTATION AUTHORITY** | | |
| | **PETROLEUM EXCISE TAX** | | |
| | **REMAINDER NOVEMBER** | | |
| SUPPLIER NAME | **2014** | | |
| | | | |
| PAYMENT AMOUNT | **$13,982,409.17** | | |
| DOCUMENT NUMBER | SV 00196135 | | |
| | | | |
| ENTERED BY | MLR | **DATE** | **12/15/2014** |
| APPROVED BY | [signature] | **DATE** | *12/15/2014* |
| | | | |
| **Petroleum Excise Tax** | **E61202780660000 782 2014** | **$13,982,409.17** | |

*1) $8.5 mm 01/30/2015*
*2) $5,482,409.17*

[stamp:] DEPARTMENT OF TREASURY - TREASURY AREA – PUBLIC DEBT AND INVESTMENTS DIV. – 12/15/2014 5:27 p.m.

CONFIDENTIAL                                                    HTA STAY0007994

[logo:] FREE ASSOCIATED STATE OF PUERTO RICO - TREASURY

Free Associated State of Puerto Rico
DEPARTMENT OF TREASURY
Treasury Area

February 18, 2015

Via Fax 721-3642

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNT DIVISION
GOVERNMENT DEVELOPMENT BANK
 FOR PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We hereby authorize the transfer of **$5,000,000.00**, effective from **February 18, 2015**, as payment of the REMAINING portion of petroleum excise taxes for JANUARY 2015 (voucher #197128) from the current account of the Treasury Secretary #Redacted 000-6 to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: Redacted 9874**
**REF.: PETROLEUM EXCISE TAXES / REMAINDER JANUARY 2015**

We would be grateful if you could send the respective notifications to the Treasury Area of this Department.

Sincerely

[signature]
Ana García Noya
Assistant Secretary
Treasury Area

CONFIDENTIAL                                                                HTA STAY0007995

**Treasury Area**
**Accounting Office**
**Collections and Payments Section**

# *WIRE TRANSFER*

| | | |
|---|---|---|
| Supplier Number | : | 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 |

| | | |
|---|---|---|
| Supplier Name | : | **PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY** |

| | | |
|---|---|---|
| Case Number or Month | : | **PETROLEUM EXCISE TAXES / SECOND PORTION JANUARY 2015** |

| | | | |
|---|---|---|---|
| Payment Amount | : | 5,000,000.00 | ADJUSTMENTS | |

| | | | |
|---|---|---|---|
| Minus Discounts | : | | Net | 5,000,000.00 |

| | | |
|---|---|---|
| Voucher Number | : | 00197128 |

| | | | | |
|---|---|---|---|---|
| Entered by | : | **Lizette González Reyes** | Date | 02/12/2015 |

| | | | |
|---|---|---|---|
| Pre-intervention | : | | Date | |

| | | | | |
|---|---|---|---|---|
| Approved by | : | [signature] | Date | 02/12/2015 |

| | | | |
|---|---|---|---|
| Notification No. | : | | Date | |

| | | | |
|---|---|---|---|
| Closed by | : | | Date | |

| | | | |
|---|---|---|---|
| Account code | : | **E6120-278-0660000-993-2014** | 2,647.599.58 |
| | | **E6120-278-0660000-994-2015** | 2,352,400.42 |
| | | **E6120-278-0660000-782-2014** | |
| | | | $5,000,000.00 |

| | | |
|---|---|---|
| Remainder End of Month | : | **E6120-278-0660000-782-2014** |

[stamp:] DEPARTMENT OF TREASURY - TREASURY AREA – PUBLIC DEBT AND INVESTMENTS DIV. – 02/12/2015 9:13 p.m.

CONFIDENTIAL

HTA STAY0007996

[logo:] FREE ASSOCIATED STATE OF PUERTO RICO - TREASURY

Free Associated State of Puerto Rico
DEPARTMENT OF TREASURY
Treasury Area

February 24, 2015

Via Fax 721-3642

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNT DIVISION
GOVERNMENT DEVELOPMENT BANK
    FOR PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We hereby authorize the transfer of **$5,000,000.00**, effective from **February 24, 2015**, as payment of the FIRST PORTION of petroleum excise taxes for FEBRUARY 2015 (voucher #197370) from the current account of the Treasury Secretary # Redacted 000-6 to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: Redacted 9874**
**REF.: PETROLEUM EXCISE TAXES / FIRST PORTION FEBRUARY 2015**

We would be grateful if you could send the respective notifications to the Treasury Area of this Department.

Sincerely,


[signature]
Ana García Noya
Assistant Secretary
Treasury Area


CONFIDENTIAL                                                        HTA STAY0007997

*TREASURY AREA*
*ACCOUNTING OFFICE*
*COLLECTIONS AND PAYMENTS SECTION*

# WIRE TRANSFER

| | | |
|---|---|---|
| *SUPPLIER NUMBER* | : | 690-660108 |
| *SUPPLIER NAME* | : | PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY |
| *CASE NUMBER OR MONTH* | : | PETROLEUM EXCISE TAX / FIRST PORTION FEBRUARY 2015 |
| *PAYMENT AMOUNT* | : | $5,000,000.00 |
| *DOCUMENT NUMBER* | : | SV-00197370 |
| | : | [signature] |
| *ENTERED BY* | : | JUAN M. DE JESUSU AYUSO   **DATE**   02/24/2015 |
| *PRE-INTERVENTION BY* | : | **DATE** |
| *APPROVED BY* | : | [signature]   **DATE**   02/24/2015 |
| | : | **DATE** |
| *NOTIFICATION NUMBER* | : | **DATE** |
| *CLOSED BY* | : | **DATE** |
| ACCOUNT CODE | : | E6120-278-0660000-993-2014   $5,000,000.00 |

[stamp:] DEPARTMENT OF TREASURY - TREASURY AREA – PUBLIC DEBT AND INVESTMENTS DIV. – 09/24/2015 [illegible] a.m.

CONFIDENTIAL

[logo:] FREE ASSOCIATED STATE OF PUERTO RICO - TREASURY

Free Associated State of Puerto Rico
DEPARTMENT OF TREASURY
Treasury Area

March 18, 2015

Via Fax 721-3642

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNT DIVISION
GOVERNMENT DEVELOPMENT BANK
    FOR PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We hereby authorize the transfer of **$5,000,000.00**, effective from **March 18, 2015**, as payment of the REMAINING portion of petroleum excise taxes for FEBRUARY 2015 (voucher #197855) from the current account of the Treasury Secretary # Redacted 000-6 to the following account:

**Bank: ORIENTAL BANK
ABA: 221571415
SWIFT: OBPRPRSJ
Account Name: Puerto Rico Highway Authority (PRHTA)
Account Number: Redacted 9874
REF.: PETROLEUM EXCISE TAXES / REMAINDER FEBRUARY 2015**

We would be grateful if you could send the respective notifications to the Treasury Area of this Department.

Sincerely,

[signature]
Ana García Noya
Assistant Secretary
Treasury Area

CONFIDENTIAL                                                                                    HTA STAY0007999

## Treasury Area
## Accounting Office
## Collections and Payments Section

# WIRE TRANSFER

| Supplier Number | : | 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 | | |
|---|---|---|---|---|
| Supplier Name | : | **PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY** | | |
| Case Number or Month | : | **PETROLEUM EXCISE TAXES / SECOND PORTION FEBRUARY 2015** | | |
| Payment Amount | : | 5,000,000.00 | ADJUSTMENTS | |
| Minus Discounts | : | | Net | 5,000,000.00 |
| Voucher Number | : | SV 00197855 | | |
| Entered by | : | **Lizette González Reyes** | Date | 03/16/2015 |
| Pre-intervention | : | | Date | |
| Approved by | : | [signature] | Date | 03/16/2015 |
| Notification No. | : | | Date | |
| Closed by | : | | Date | |

| Account code | : | **E6120-278-0660000-993-2014** | 2,576,721.07 |
|---|---|---|---|
| | | **E6120-278-0660000-994-2015** | 2,423,278.93 |
| | | **E6120-278-0660000-782-2014** | |
| | | | $5,000,000.00 |

| Remainder End of Month | : | **E6120-278-0660000-782-2014** | |
|---|---|---|---|

[stamp:] DEPARTMENT OF TREASURY - TREASURY AREA – PUBLIC DEBT AND INVESTMENTS DIV. – 09/26/2015 [illegible] p.m.

CONFIDENTIAL

[logo:] FREE ASSOCIATED STATE OF PUERTO RICO - TREASURY

Free Associated State of Puerto Rico
DEPARTMENT OF TREASURY
Treasury Area

March 24, 2015

Via Fax 721-3642

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNT DIVISION
GOVERNMENT DEVELOPMENT BANK
   FOR PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We hereby authorize the transfer of **$12,543,829.37**, effective from **March 24, 2015**, as payment of the REMAINING portion of petroleum excise tax for DECEMBER (final portion of voucher #196758) from the current account of the Treasury Secretary #⟮Redacted⟯000-6 to bank account #⟮Redacted⟯427-6 of the Puerto Rico Highways and Transportation Authority for repayment of the Authority's existing obligations.

We would be grateful if you could send the respective notifications to the Treasury Area of this Department.

Sincerely,

[signature]
Ana García Noya
Assistant Secretary
Treasury Area

CONFIDENTIAL                                                    HTA STAY0008001

**Treasury Area**
**Accounting Office**
**Collections and Payments Section**

# WIRE TRANSFER

| | | |
|---|---|---|
| Supplier Number : | 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 | |

| | |
|---|---|
| Supplier Name : | **PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY** |

| Case Number or Month : | **PETROLEUM EXCISE TAX / REMAINDER DECEMBER 2014** |
|---|---|

| Payment Amount : | 12.543,829.37 | ADJUSTMENTS | |
|---|---|---|---|
| Minus Discounts : | | Net | 12.543,829.37 |

| Voucher Number : | SV 00196758 | | |
|---|---|---|---|
| Entered by : | **Lizette González Reyes** | Date | 01/27/2015 |
| Pre-intervention : | | Date | |
| Approved by : | [signature] | Date | 1/27/15 |
| Notification No. : | | Date | |
| Closed by : | | Date | |

| Account code : | **E6120-278-0660000-993-2014** | 2,311,512.13 |
|---|---|---|
| | **E6120-278-0660000-994-2015** | 2,437,170.71 |
| | **E6120-278-0660000-782-2014** | 7,795,146.53 |
| | | $12,543,829.37 |

| Remainder End of Month : | **E6120-278-0660000-782-2014** | |
|---|---|---|

[stamp:] DEPARTMENT OF TREASURY - TREASURY AREA – PUBLIC DEBT AND INVESTMENTS DIV. – 01/27/2015 4:00 p.m.

CONFIDENTIAL

HTA STAY0008002

[logo:] FREE ASSOCIATED STATE OF PUERTO RICO - TREASURY

Free Associated State of Puerto Rico
DEPARTMENT OF TREASURY
Treasury Area

March 26, 2015

Via Fax 721-3642

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNT DIVISION
GOVERNMENT DEVELOPMENT BANK
    FOR PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We hereby authorize the transfer of **$5,000,000.00, effective from March 26, 2015**, as payment of the first portion of petroleum excise taxes for March 2015 (voucher #198018) from the current account of the Treasury Secretary #[Redacted]000-6 to the following account:

**Bank: ORIENTAL BANK**
**ABA: 221571415**
**SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority (PRHTA)**
**Account Number: [Redacted]9874**
**REF.: PETROLEUM EXCISE TAXES / First Portion March 2015**

We would be grateful if you could send the respective notifications to the Treasury Area of this Department.

Sincerely,

[signature]
Ana García Noya
Assistant Secretary
Treasury Area

CONFIDENTIAL                                                                HTA STAY0008003

---

# *Treasury Area*
## *Accounting Office*
## *Collections and Payments Section*

# *WIRE TRANSFER*

| | |
|---|---|
| Supplier Number : | 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 |

| | |
|---|---|
| Supplier Name : | **PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY** |

| | |
|---|---|
| Case Number or Month : | **PETROLEUM EXCISE TAXES / FIRST PORTION MARCH 2015 2015 [sic]** |

| | | |
|---|---|---|
| Payment Amount : | *5,000,000.00* | ADJUSTMENTS |
| Minus Discounts : | | Net 5,000,000.00 |
| Voucher Number : | *00198018* | |
| Entered by : | **Lizette González Reyes** | Date 03/25/2015 |
| Pre-intervention : | | Date |
| Approved by : | [signature] | Date *3/25/15* |
| Notification No. : | | Date |
| Closed by : | | Date |

| | | |
|---|---|---|
| Account code : | **E6120-278-0660000-993-2014**<br>**E6120-278-0660000-994-2015**<br>**E6120-278-0660000-782-2014** | *5,000,000.00* |
| Remainder End of Month : | **E6120-278-0660000-782-2014** | *5,000,000.00* |

[stamp:] DEPARTMENT OF TREASURY - TREASURY AREA – PUBLIC DEBT AND INVESTMENTS DIV. – 03/25/2015 1:49 p.m.

HTA STAY0008004

[logo:] FREE ASSOCIATED STATE OF PUERTO RICO - TREASURY

Free Associated State of Puerto Rico
DEPARTMENT OF TREASURY
Treasury Area

April 9, 2015

Via Fax 721-3642

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNT DIVISION
GOVERNMENT DEVELOPMENT BANK
    FOR PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We hereby authorize the transfer of **$5,000,000.00**, effective from **April 9, 2015**, as payment of the REMAINING portion of petroleum excise taxes for MARCH 2015 (voucher #198019) from the current account of the Treasury Secretary # Redacted 000-6 to the following account:

**Bank: ORIENTAL BANK A**
**BA: 221571415; SWIFT: OBPRPRSJ**
**Account Name: Puerto Rico Highway Authority**
**(PRHTA)**
**Account Number: Redacted 9874**
**REF.: PETROLEUM EXCISE TAXES / REMAINDER MARCH 2015**

We would be grateful if you could send the respective notifications to the Treasury Area of this Department.

Sincerely,

[signature]
Diana Vázquez Morales
Acting Deputy Director
Treasury Area

CONFIDENTIAL                                                                    HTA STAY0008005

### Treasury Area
### Accounting Office
### Collections and Payments Section

# WIRE TRANSFER

| | | |
|---|---|---|
| Supplier Number : | 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 | |
| Supplier Name : | **PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY** | |
| Case Number or Month : | **PETROLEUM EXCISE TAXES / FIRST PORTION MARCH 2015 2015 [sic]** | |

| | | | |
|---|---|---|---|
| Payment Amount : | 5,000,000.00 | ADJUSTMENTS | |
| Minus Discounts : | | Net | 5,000,000.00 |
| Voucher Number : | 00198019 | | |
| Entered by : | **Lizette González Reyes** | Date | 03/25/2015 |
| Pre-intervention : | | Date | |
| Approved by : | [signature] | Date | 3/25/15 |
| Notification No. : | | Date | |
| Closed by : | | Date | |

| | | |
|---|---|---|
| Account code : | **E6120-278-0660000-993-2014** | |
| | **E6120-278-0660000-994-2015** | |
| | **E6120-278-0660000-782-2014** | 5,000,000.00 |
| Remainder End of Month : | **E6120-278-0660000-782-2014** | 5,000,000.00 |

[stamp:] DEPARTMENT OF TREASURY - TREASURY AREA – PUBLIC DEBT AND INVESTMENTS DIV. – 03/25/2015 1:49 p.m.

CONFIDENTIAL

[logo:] FREE ASSOCIATED STATE OF PUERTO RICO - TREASURY

Free Associated State of Puerto Rico
DEPARTMENT OF TREASURY
Treasury Area

April 15, 2015

Via Fax 721-3642

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNT DIVISION
GOVERNMENT DEVELOPMENT BANK
   FOR PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We hereby authorize the transfer of **$13,580,098.96, effective from April15, 2015**, as payment of the remaining portion of petroleum excise tax for JANUARY (final portion of voucher #197358) from the current account of the Treasury Secretary #Redacted 000-6 to bank account #Redacted 427-6 of the Puerto Rico Highways and Transportation Authority for repayment of the Authority's existing obligations.

We would be grateful if you could send the respective notifications to the Treasury Area of this Department.

Sincerely,

[signature]
Ana García Noya
Assistant Secretary
Treasury Area

CONFIDENTIAL                                                                 HTA STAY0008007

**Treasury Area**
**Accounting Office**
**Collections and Payments Section**

# WIRE TRANSFER

| | | |
|---|---|---|
| Supplier Number : | 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 | |

| | |
|---|---|
| Supplier Name : | **PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY** |

| | |
|---|---|
| Case Number or Month : | **PETROLEUM EXCISE TAX / REMAINDER JANUARY 2015** |

| | | | |
|---|---|---|---|
| Payment Amount : | 13,580,098.96 | ADJUSTMENTS | |
| Minus Discounts : | | Net | 13,580,098.96 |
| Voucher Number : | **SV 00197358** | | |
| Entered by : | **Lizette González Reyes** | Date | 02/23/2015 |
| Pre-intervention : | | Date | |
| Approved by : | [signature] | Date | 02/23/2015 |
| Notification No. : | | Date | |
| Closed by : | | Date | |

| | | |
|---|---|---|
| Account code : | **E6120-278-0660000-993-2014** | |
| | **E6120-278-0660000-994-2015** | 196,799.44 |
| | **E6120-278-0660000-782-2014** | 13,383,299.52 |
| | | $13,580,098.96 |

| | | |
|---|---|---|
| Remainder End of Month : | **E6120-278-0660000-782-2014** | $13,580,098.96 |

[stamp:] DEPARTMENT OF TREASURY - TREASURY AREA – PUBLIC DEBT AND INVESTMENTS DIV. – 02/25/2015 1:04 p.m.

HTA STAY0008008

[logo:] FREE ASSOCIATED STATE OF PUERTO RICO - TREASURY

Free Associated State of Puerto Rico
DEPARTMENT OF TREASURY
Treasury Area

May 29, 2015

Via Fax 721-3642

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNT DIVISION
GOVERNMENT DEVELOPMENT BANK
 FOR PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We hereby authorize the transfer of **$600,000.00**, effective from **May 29, 2015**, as payment of the remaining portion of petroleum excise tax for FEBRUARY (final portion of voucher #197865) from the current account of the Treasury Secretary #[Redacted]000-6 to bank account #[Redacted]427-6 of the Puerto Rico Highways and Transportation Authority for repayment of the Authority's existing obligations.

We would be grateful if you could send the respective notifications to the Treasury Area of this Department.

Sincerely,

[signature]
Ana García Noya
Assistant Secretary
Treasury Area

CONFIDENTIAL                                                          HTA STAY0008009

HTA GDB

---

### Treasury Area
### Accounting Office
### Collections and Payments Section

# WIRE TRANSFER

| | | |
|---|---|---|
| Supplier Number | : | 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 |

| | | |
|---|---|---|
| Supplier Name | : | **PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY** |

| | | |
|---|---|---|
| Case Number or Month | : | **PETROLEUM EXCISE TAX / REMAINDER FEBRUARY 2015** |

| | | | |
|---|---|---|---|
| Payment Amount | : | 13,361.556,98 | ADJUSTMENTS |

| | | | |
|---|---|---|---|
| Minus Discounts | : | | Net | 13,361.556,98 |

| | | |
|---|---|---|
| Voucher Number | : | **SV 00197865** |

| | | | | |
|---|---|---|---|---|
| Entered by | : | **Lizette González Reyes** | Date | 03/17/2015 |

| | | | |
|---|---|---|---|
| Pre-intervention | : | | Date |

| | | | | |
|---|---|---|---|---|
| Approved by | : | [signature] | Date | 03/17/2015 |

| | | | |
|---|---|---|---|
| Notification No. | : | | Date |

| | | | |
|---|---|---|---|
| Closed by | : | | Date |

,064·00 ×

| | | | |
|---|---|---|---|
| Account code | : | **E6120-278-0660000-993-2014** | |
| | | **E6120-278-0660000-994-2015** | 102.294 |
| | | **E6120-278-0660000-782-2014** | 13,259,262 |

0 0 0

0·00 ×

13,361,556·98××
5,000,000·00 –
5,000,000·00 –
600,000·00 –
004
2,761,556·98 ×

| | | | |
|---|---|---|---|
| Remainder End of Month | : | **E6120-278-0660000-782-2014** | 13,361,556 |

*1) ($5MM) – May 13 2015*
*2) ($5MM) – May 14 2015*
*$3,361,556.98 –*
*3) (600,000.00) – May 29*

CONFIDENTIAL

HTA STAY0008010

[logo:] FREE ASSOCIATED STATE OF PUERTO RICO - TREASURY

Free Associated State of Puerto Rico
DEPARTMENT OF TREASURY
Treasury Area

May 13, 2015

Via Fax 721-3642

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNT DIVISION
GOVERNMENT DEVELOPMENT BANK
 FOR PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We hereby authorize the transfer of **$5,000,000.00**, effective from **May 13, 2015**, as payment of the remaining portion of petroleum excise tax for FEBRUARY (final portion of voucher #197865) from the current account of the Treasury Secretary # Redacted 000-6 to bank account # Redacted 427-6 of the Puerto Rico Highways and Transportation Authority for repayment of the Authority's existing obligations.

We would be grateful if you could send the respective notifications to the Treasury Area of this Department.

Sincerely,

[signature]
Ana García Noya
Assistant Secretary
Treasury Area

CONFIDENTIAL

# Treasury Area
## Accounting Office
### Collections and Payments Section

# WIRE TRANSFER

| | | |
|---|---|---|
| Supplier Number | : | 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 |

| | | |
|---|---|---|
| Supplier Name | : | PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY |

| | | |
|---|---|---|
| Case Number or Month | : | PETROLEUM EXCISE TAX / REMAINDER FEBRUARY 2015 |

| | | | |
|---|---|---|---|
| Payment Amount | : | 13,361.556,98 | ADJUSTMENTS |

| | | | | |
|---|---|---|---|---|
| Minus Discounts | : | | Net | 13,361.556,98 |

| | | |
|---|---|---|
| Voucher Number | : | SV 00197865 |

| | | | | |
|---|---|---|---|---|
| Entered by | : | Lizette González Reyes | Date | 03/17/2015 |

| | | | |
|---|---|---|---|
| Pre-intervention | : | | Date |

| | | | | |
|---|---|---|---|---|
| Approved by | : | [signature] | Date | 03/17/2015 |

| | | | |
|---|---|---|---|
| Notification No. | : | | Date |

| | | | |
|---|---|---|---|
| Closed by | : | | Date |

| | | | |
|---|---|---|---|
| Account code | : | E6120-278-0660000-993-2014 | |
| | | E6120-278-0660000-994-2015 | 102.294.76 |
| | | E6120-278-0660000-782-2014 | 13,259,262.22 |

| | | | |
|---|---|---|---|
| Remainder End of Month | : | E6120-278-0660000-782-2014 | 13,361.556,98 |

*1) $5MM – 05/13/2015*

[stamp:] DEPARTMENT OF TREASURY - TREASURY AREA – PUBLIC DEBT AND
INVESTMENTS DIV. – 03/17/2015 9:12 a.m.

CONFIDENTIAL

[logo:] FREE ASSOCIATED STATE OF PUERTO RICO - TREASURY

Free Associated State of Puerto Rico
DEPARTMENT OF TREASURY
Treasury Area

May 14, 2015

Via Fax 721-3642

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNT DIVISION
GOVERNMENT DEVELOPMENT BANK
    FOR PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We hereby authorize the transfer of **$5,000,000.00**, effective from **May 14, 2015**, as payment of the remaining portion of petroleum excise tax for FEBRUARY (final portion of voucher #197865) from the current account of the Treasury Secretary #‎Redacted‎ 000-6 to bank account #‎Redacted‎ 427-6 of the Puerto Rico Highways and Transportation Authority for repayment of the Authority's existing obligations.

We would be grateful if you could send the respective notifications to the Treasury Area of this Department.

Sincerely,

[signature]
Ana García Noya
Assistant Secretary
Treasury Area

---

### *Treasury Area*
### *Accounting Office*
### *Collections and Payments Section*

# *WIRE TRANSFER*

| | | |
|---|---|---|
| Supplier Number : | 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 | |
| Supplier Name : | **PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY** | |
| Case Number or Month : | **PETROLEUM EXCISE TAX / REMAINDER FEBRUARY 2015** | |

| | | | |
|---|---|---|---|
| Payment Amount : | 13,361.556,98 | ADJUSTMENTS | |
| Minus Discounts : | | Net | 13,361.556,98 |
| Voucher Number : | **SV 00197865** | | |
| Entered by : | **Lizette González Reyes** | Date | 03/17/2015 |
| Pre-intervention : | | Date | |
| Approved by : | [signature] | Date | *03/17/2015* |
| Notification No. : | | Date | |
| Closed by : | | Date | |

| | | |
|---|---|---|
| Account code : | **E6120-278-0660000-993-2014** | |
| | **E6120-278-0660000-994-2015** | *102.294.76* |
| | **E6120-278-0660000-782-2014** | *13,259,262.22* |

| | | |
|---|---|---|
| Remainder End of Month : | **E6120-278-0660000-782-2014** | *13,361.556,98* |

*1) $5MM - 05/13/2015*

*2) $5MM - 05/14/2015*

[stamp:] DEPARTMENT OF TREASURY - TREASURY AREA – PUBLIC DEBT AND INVESTMENTS DIV. – 03/17/2015 9:12 a.m.

---

CONFIDENTIAL

[logo:] FREE ASSOCIATED STATE OF PUERTO RICO - TREASURY

Free Associated State of Puerto Rico
DEPARTMENT OF TREASURY
Treasury Area

July 21, 2015

Via Fax 721-3642

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNT DIVISION
GOVERNMENT DEVELOPMENT BANK
 FOR PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We hereby authorize the transfer of **$2,761,556.98**, effective from **July 21, 2015**, as payment of the remaining portion of petroleum excise tax for FEBRUARY (final portion of voucher #197865) from the current account of the Treasury Secretary # Redacted 000-6 to bank account # Redacted 427-6 of the Puerto Rico Highways and Transportation Authority for repayment of the Authority's existing obligations.

We would be grateful if you could send the respective notifications to the Treasury Area of this Department.

Sincerely,

[signature]
Ana García Noya
Assistant Secretary
Treasury Area

CONFIDENTIAL

HTA STAY0008015

# TREASURY AREA
# ACCOUNTING OFFICE
# ACCOUNTING SECTION

## PAYMENTS PROCESSING

**SV**

## DO NOT ISSUE CHECK
## BANK TRANSFERS

| | |
|---|---|
| *SUPPLIER NUMBER* | 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 |
| *SUPPLIER NAME* | PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY |
| *DESCRIPTION* | REMAINDER OF PETROLEUM EXCISE TAX CORRESPONDING TO APRIL, MAY AND JUNE 2015 |
| *PAYMENT AMOUNT* | *$19,000,000.00* |
| *DOCUMENT NUMBER* | SV-00204080 |
| | [signature] |
| *ENTERED BY* | *HECTOR R GOMEZ*          *DATE*    03/07/2016 |
| *APPROVED BY* | [signature]          *DATE*    *03/07/2016* |
| *NOTIFICATION NUMBER* | *277 - 10/30/2015*<br>*233 - 12/11/2015*          *DATE* |
| *NOTIFICATION IN PRIFAS (Puerto Rico Integrated Financial Accounting System)* | 10/30/2015  $     10,000,000.00   *DATE* |
| *NOTIFICATION IN PRIFAS (Puerto Rico Integrated Financial Accounting System)* | 12/11/2015  $      9,000,000.00 |
| ACCOUNT | E6120-278-0660000-785-2015 |
| | *Closed*<br>[signature]<br>*03/07/2016* |

[logo:] FREE ASSOCIATED STATE OF PUERTO RICO - TREASURY

Free Associated State of Puerto Rico
DEPARTMENT OF TREASURY
Treasury Area

October 30, 2015

Via Fax 721-3642

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNT DIVISION
GOVERNMENT DEVELOPMENT BANK
 FOR PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We hereby authorize the transfer of **$10,000,000.00, effective from October 30**, 2015, as payment of the remaining portion of petroleum excise tax from the current account of the Treasury Secretary # Redacted 000-6 to bank account # Redacted 427-6 of the Puerto Rico Highways and Transportation Authority for repayment of the Authority's existing obligations.

We would be grateful if you could send the respective notifications to the Treasury Area of this Department.

Sincerely,

[signature]
Ana García Noya
Assistant Secretary
Treasury Area

*Payment
Id
00204080 OC300277 $10,000,000.*

CONFIDENTIAL                                                                 HTA STAY0008017

[logo:] FREE ASSOCIATED STATE OF PUERTO RICO - TREASURY

FREE ASSOCIATED STATE OF PUERTO RICO
**DEPARTMENT OF TREASURY**
TREASURY AREA

December 11, 2015

**Via Fax 721-3642**

Ms. María Ocasio
Finance Manager
Deposit Accounts Division
Government Development Bank for Puerto Rico
PO Box42001
San Juan, Puerto Rico 00940-2001

Dear Ms. Ocasio:

We hereby authorize the transfer of **$9,000,000.00**, effective from **December 11, 2015**, as payment of the remaining portion of petroleum excise tax from the current account of the Treasury Secretary #[Redacted]000-6 to bank account #[Redacted]427-6 of the Puerto Rico Highways and Transportation Authority for repayment of the Authority's existing obligations.

We would be grateful if you could send the respective notifications to the Treasury Area of this Department.

Sincerely,

[signature]
Ana García Noya
Assistant Secretary

*00204080 DI110233 $9,000,000.*

HTA   GDB

## Treasury Area
## Accounting Office
## Collections and Payments Section

# WIRE TRANSFER

| | | |
|---|---|---|
| Supplier Number | : | 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 |

| | | |
|---|---|---|
| Supplier Name | : | PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY |

| | | |
|---|---|---|
| Case Number or Month | : | PETROLEUM EXCISE TAX / REMAINDER MARCH 2015 |

| | | | |
|---|---|---|---|
| Payment Amount | : | 15,272,474,54 | ADJUSTMENTS |

| | | | |
|---|---|---|---|
| Minus Discounts | : | | Net | 15,272,474,54 |

| | | |
|---|---|---|
| Voucher Number | : | 00198454 |

| | | | | |
|---|---|---|---|---|
| Entered by | : | Lizette González Reyes | Date | 04/13/2015 |

| | | | | |
|---|---|---|---|---|
| Pre-intervention | : | [signature] | Date | 04/13/2015 |

| | | | | |
|---|---|---|---|---|
| Approved by | : | [signature] | Date | 04/13/2015 |

| | | | |
|---|---|---|---|
| Notification No. | : | | Date |

| | | | |
|---|---|---|---|
| Closed by | : | | Date |

| | | | |
|---|---|---|---|
| Account code | : | E6120-278-0660000-993-2014 | 8,196,477,90 |
| | | E6120-278-0660000-994-2015 | 2,732,159.30 |
| | | E6120-278-0660000-782-2014 | 4,343,837.34 |
| | | | $15,272,474.54 |

1) $3,054,495.00 -> 08/25/2015
2) $3,054,495.00 -> 08/31/2015
3) $3,054,495.00 -> 09/09/2015
4) $3,054,495.00 -> 09/14/2015
5) $3,054,495.00 -> 09/16/2015

```
15,272,474=54××
 3,054,495=00  -
 3,054,495=00  -
 3,054,495=00  -
 3,054,495=00  -
005
 3,054,494=54  ×
```

HTA STAY0008019

[logo:] FREE ASSOCIATED STATE OF PUERTO RICO - TREASURY

Free Associated State of Puerto Rico
DEPARTMENT OF TREASURY
Treasury Area

August 8020, 2015

Via Fax 721-3642

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNT DIVISION
GOVERNMENT DEVELOPMENT BANK
FOR PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We hereby authorize the transfer of **$3,054,495.00**, effective from **August 25, 2015**, as payment of the remaining portion of petroleum excise tax for MARCH (portion of voucher #198454) from the current account of the Treasury Secretary #[Redacted]000-6 to bank account #[Redacted]427-6 of the Puerto Rico Highways and Transportation Authority for repayment of the Authority's existing obligations.

We would be grateful if you could send the respective notifications to the Treasury Area of this Department.

Sincerely,

[signature]
Ana García Noya
Assistant Secretary
Treasury Area

[logo:] FREE ASSOCIATED STATE OF PUERTO RICO - TREASURY

Free Associated State of Puerto Rico
DEPARTMENT OF TREASURY
Treasury Area

August 8021, 2015

Via Fax 721-3642

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNT DIVISION
GOVERNMENT DEVELOPMENT BANK
    FOR PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We hereby authorize the transfer of **$3,054,495.00**, effective from **August 31, 2015**, as payment of the remaining portion of petroleum excise tax for MARCH (second portion of voucher #198454) from the current account of the Treasury Secretary #[Redacted]000-6 to bank account #[Redacted]427-6 of the Puerto Rico Highways and Transportation Authority for repayment of the Authority's existing obligations.

We would be grateful if you could send the respective notifications to the Treasury Area of this Department.

Sincerely,

[signature]
Ana García Noya
Assistant Secretary
Treasury Area

CONFIDENTIAL

[logo:] FREE ASSOCIATED STATE OF PUERTO RICO - TREASURY

Free Associated State of Puerto Rico
DEPARTMENT OF TREASURY
Treasury Area

September 9, 2015

Via Fax 721-3642

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNT DIVISION
GOVERNMENT DEVELOPMENT BANK
 FOR PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We hereby authorize the transfer of **$3,054,495.00**, effective from **September 9, 2015**, as payment of the remaining portion of petroleum excise tax for MARCH (portion of voucher #198454) from the current account of the Treasury Secretary # Redacted 000-6 to bank account # Redacted 427-6 of the Puerto Rico Highways and Transportation Authority for repayment of the Authority's existing obligations.

We would be grateful if you could send the respective notifications to the Treasury Area of this Department.

Sincerely,

[signature]
Ana García Noya
Assistant Secretary
Treasury Area

CONFIDENTIAL                                                                                    HTA STAY0008022

[logo:] FREE ASSOCIATED STATE OF PUERTO RICO - TREASURY

Free Associated State of Puerto Rico
DEPARTMENT OF TREASURY
Treasury Area

September 14, 2015

Via Fax 721-3642

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNT DIVISION
GOVERNMENT DEVELOPMENT BANK
 FOR PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Dear Ms. Ocasio:

We hereby authorize the transfer of **$3,054,495.00**, effective from **September 14, 2015**, as payment of the remaining portion of petroleum excise tax for MARCH (portion of voucher #198454) from the current account of the Treasury Secretary # [Redacted] 000-6 to bank account # [Redacted] 427-6 of the Puerto Rico Highways and Transportation Authority for repayment of the Authority's existing obligations.

We would be grateful if you could send the respective notifications to the Treasury Area of this Department.

Sincerely,

[signature]
Ana García Noya
Assistant Secretary
Treasury Area

CONFIDENTIAL

[logo:] FREE ASSOCIATED STATE OF PUERTO RICO - TREASURY

Free Associated State of Puerto Rico
DEPARTMENT OF TREASURY
Treasury Area

September 18, 2015

Via Fax 721-3642

## AMENDED

MS. MARÍA OCASIO
FINANCE MANAGER
DEPOSIT ACCOUNT DIVISION
GOVERNMENT DEVELOPMENT BANK
    FOR PUERTO RICO
PO BOX 42001
SAN JUAN PUERTO RICO 00940-2001

Dear Ms. Ocasio:

Please reverse notification 268 of 09/16/2015 to correct quantity. We hereby authorize the transfer of **$3,054,494.54**, effective from **September 16, 2015**, as payment of the remaining portion of petroleum excise tax for MARCH (final portion of voucher #198454) from the current account of the Treasury Secretary #[Redacted]000-6 to bank account #[Redacted]427-6 of the Puerto Rico Highways and Transportation Authority for repayment of the Authority's existing obligations.

We would be grateful if you could send the respective notifications to the Treasury Area of this Department.

Sincerely,

[signature]
Ana García Noya
Assistant Secretary
Treasury Area

CONFIDENTIAL                                                    HTA STAY0008024



**TRANSPERFECT**

STATE OF NEW YORK
CITY OF NEW YORK
COUNTY OF NEW YORK

## CERTIFICATION

I, Heather Sullivan, as an employee of TransPerfect Translations, Inc., do hereby certify, to the best of my knowledge and belief, that the provided Spanish into English translation(s) of the source document(s) listed below are true and accurate:

- HTA_STAY0007985

TransPerfect Translations, Inc., a translation organization with over 90 offices on six continents, is a leader in professional translations. TransPerfect Translations, Inc. has over twenty years experience translating into the above language pair, its work being accepted by business organizations, governmental authorities and courts throughout the United States and internationally.

TransPerfect Translations, Inc. affirms that the provided translation was produced in according to our ISO 9001:2015 and ISO 17100:2015 certified quality management system, and also that the agents responsible for said translation(s) are qualified to translate and review documents for the above language pair, and are not a relation to any of the parties named in the source document(s).

_____
Heather Sullivan, Production Manager

Sworn to before me this
Tuesday, March 17, 2020

_____
Signature, Notary Public

WENDY POON
NOTARY
NO. 01PO6356754
QUALIFIED IN
QUEENS COUNTY
COMM. EXP.
04-03-2021
STATE OF NEW YORK
PUBLIC

_____
Stamp, Notary Public

**LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS**
1250 BROADWAY, 6TH FLOOR, NEW YORK, NY 10001  |  T 212.400.8840  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE