# EXHIBIT AV

# (Ex. 46 to the Natbony Declaration, originally filed as ECF 13040-19, and ECF 790-19 in Case No. 17-BK-3567)

**NATBONY REPLY DECLARATION**
**EXHIBIT 46**



### DEPARTAMENTO DE HACIENDA
Company ID: 660433481
User: WAND3481
02-MAY-2016, 13:13:17 AT



Redacted

## Transfer Activity Report

| | | |
|---|---|---|
| 02-MAY-2016 10:37:10 AT | **Type:** TRA<br>**Sequence Number:** 110<br>**Processing Method:** Real-Time<br>**Status:** PENDING<br>Entered by WAND3481 on 02-MAY-2016 at 10:37:10 AT | **Entry Mode:** ASEM<br>**Amount:** 1,811,928.58<br><br>**Value Date:** 02-MAY-2016 |
| | **From Account Information**<br>**Bank ID:** BPPR<br>**Account ID:** Redacted 9458<br>**Account Type:** DDA<br>**Account Name:** DPTO HACIENDA - OPERACIONAL<br>**Description:** V 00204778 ASIG LEG MAYO<br>**Currency:** USD | **To Account Information**<br>**Bank ID:** BPPR<br>**Account ID:** Redacted 4005<br>**Account Type:** DDA<br>**Account Name:** ASEM<br>**Description:** V 00204778 ASIG LEG MAYO<br>**Currency:** USD |
| 02-MAY-2016 10:35:11 AT | **Type:** TRA<br>**Sequence Number:** 109<br>**Processing Method:** Real-Time<br>**Status:** PENDING<br>Entered by WAND3481 on 02-MAY-2016 at 10:35:11 AT | **Entry Mode:** UPR<br>**Amount:** 9,250,000.00<br><br>**Value Date:** 02-MAY-2016 |
| | **From Account Information**<br>**Bank ID:** BPPR<br>**Account ID:** Redacted 9458<br>**Account Type:** DDA<br>**Account Name:** DPTO HACIENDA - OPERACIONAL<br>**Description:** v 204799 1ra porcion mayo<br>**Currency:** USD | **To Account Information**<br>**Bank ID:** BPPR<br>**Account ID:** Redacted 0695<br>**Account Type:** DDA<br>**Account Name:** UPR<br>**Description:** v 204799 1ra porcion mayo<br>**Currency:** USD |
| 02-MAY-2016 11:55:12 AT | **Type:** TRA<br>**Sequence Number:** 112<br>**Processing Method:** Real-Time<br>**Status:** PENDING<br>Entered by WAND3481 on 02-MAY-2016 at 11:55:12 AT | **Entry Mode:** ORE_SEGURO_SOC_CHOFERIL<br>**Amount:** 64,276.00<br><br>**Value Date:** 02-MAY-2016 |
| | **From Account Information**<br>**Bank ID:** BPPR<br>**Account ID:** Redacted 9458<br>**Account Type:** DDA<br>**Account Name:** DPTO HACIENDA - OPERACIONAL<br>**Description:** AG067 FV 16800010<br>**Currency:** USD | **To Account Information**<br>**Bank ID:** BPPR<br>**Account ID:** Redacted 1142<br>**Account Type:** DDA<br>**Account Name:** SEGURO SOCIAL CHOFERIL<br>**Description:** AG067 FV 16800010<br>**Currency:** USD |
| 02-MAY-2016 13:11:16 AT | **Type:** TRA<br>**Sequence Number:** 113<br>**Processing Method:** Real-Time<br>**Status:** PENDING | **Entry Mode:** SINOT_DTRH<br>**Amount:** 133,496.91<br><br>**Value Date:** 02-MAY-2016 |

Entered by WAND3481 on 02-MAY-2016 at 13:11:16 AT

| From Account Information | To Account Information |
|---|---|
| Bank ID: BPPR | Bank ID: BPPR |
| Account ID: Redacted 9458 | Account ID: Redacted 1002 |
| Account Type: DDA | Account Type: DDA |
| Account Name: DPTO HACIENDA - OPERACIONAL | Account Name: SINOT |
| Description: AG067 FV 16800009 | Description: AG067 FV 16800009 |
| Currency: USD | Currency: USD |

02-MAY-2016 13:13:07 AT

Type: TRA
Sequence Number: 114
Processing Method: Real-Time
Status: **PENDING**

Entry Mode: SINOT_DTRH
Amount: 662,500.00
Value Date: 02-MAY-2016

Entered by WAND3481 on 02-MAY-2016 at 13:13:07 AT

ok ✓

| From Account Information | To Account Information |
|---|---|
| Bank ID: BPPR | Bank ID: BPPR |
| Account ID: Redacted 9458 | Account ID: Redacted 1002 |
| Account Type: DDA | Account Type: DDA |
| Account Name: DPTO HACIENDA - OPERACIONAL | Account Name: SINOT |
| | TRANS 2016-B |
| Description: TRANS 2016-B PAGO INTERESES ABRIL | Description: PAGO INTERESES ABRIL |
| Currency: USD | Currency: USD |

02-MAY-2016 10:34:29 AT

Type: TRA
Sequence Number: 108
Processing Method: Real-Time
Status: **PENDING**

Entry Mode: ATI
Amount: 2,121,452.92
Value Date: 02-MAY-2016

Entered by WAND3481 on 02-MAY-2016 at 10:34:29 AT

OK ✓

| From Account Information | To Account Information |
|---|---|
| Bank ID: BPPR | Bank ID: BPPR |
| Account ID: Redacted 9458 | Account ID: Redacted 0863 |
| Account Type: DDA | Account Type: DDA |
| Account Name: DPTO HACIENDA - OPERACIONAL | Account Name: ATI |
| Description: v 00204779 asig leg mayo | Description: v 00204779 asig leg mayo |
| Currency: USD | Currency: USD |

02-MAY-2016 10:42:39 AT

Type: TRA
Sequence Number: 111
Processing Method: Real-Time
Status: **PENDING**

Entry Mode: CLAWBACK
Amount: 33,637,972.68
Value Date: 02-MAY-2016

Entered by WAND3481 on 02-MAY-2016 at 10:42:39 AT

OK ✓

| From Account Information | To Account Information |
|---|---|
| Bank ID: BPPR | Bank ID: BPPR |
| Account ID: Redacted 9458 | Account ID: Redacted 9857 |
| Account Type: DDA | Account Type: DDA |
| Account Name: DPTO HACIENDA - OPERACIONAL | Account Name: DDO PRIORIDAD CONST CLAWBACK |
| Description: ABRIL AMA CIG; ACT PETR Y GAS Y CIG | Description: ABRIL AMA CIG; ACT PETR Y GAS Y CIG |
| Currency: USD | Currency: USD |

**Select Account**  BPPR | [Redacted]9857 | DDO PRIORIDAD CONST CLAWBACK | USD

**Available Balance**  $85,568,711.02

**Book Balance**  $85,568,711.02

**Select Statement Date**  05/31/2016

**Online Statement Detail**

Download Data

**Statement Date: May 31, 2016**

| 1Posted Date | Effective Date | Serial Number | Transaction Description | Amount | Balance |
|---|---|---|---|---|---|
| 05/02/2016 | 05/02/2016 | | TELEPAGO TRANSFERENCIA DE FONDOS | $33,637,972.68 | |
| 05/31/2016 | 05/31/2016 | | INTERESES ACREDITADOS | $4,135.45 | |

CONFIDENTIAL

HTA_STAY0001030