# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:** | **CASE NO. 17 BK 3283- LTS** |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO** As represtentive of | **PROMESA TITLE III** |
| **THE COMMONWEALTH OF PUERTO RICO, et al.** **Debtors** | |

## CREDITOR'S MOTION TO WITHDRAW PROOF OF CLAIM NO. 172779

**TO THE HONORABLE COURT:**

    **COMES NOW** creditor **Alberto Rosario Medina** and very respectfully states and prays as follows:

    Alberto Rosario Medina hereby withdraws Proof of Claim No. 172779 filed on December 12th, 2019 due to a technical error when filed.

    **WHEREFORE**, creditor requests from this Honorable Court to take notice of the above stated fact and order the withdrawal of POC #172779 from the Claim Registry.

    **RESPECTFULLY SUBMITTED.**

    In Caguas, Puerto Rico, this 18th day of May 2020.

**NOTICE:** Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I CERTIFY that on this same date the foregoing document has been electronically filed WITH THE Clerk of the Court using the CM/ECF system which sends notification of such filing to all system's participants and the U.S. Trustee's Office. A true copy of this motion Will be mailed to the following: Clerk's Office, United States District Court Room 150 Federal Building San Juan, Puerto Rico 00918-1767; Counsel for the Oversight Board Proskauer Rose LLP Eleven Times Square New York, New York 10036-8299 Attn: Martin J. Bienenstock and Brian S. Rosen and to Counsel for the Creditors' Committee Paul Hastings LLP 200 Park Avenue New York, New York 10166 Attn: Luc A. Despins, James Bliss, James Worthington and G. Alexander Bongartz.

*/s/ CARLOS A. RUIZ RODRÍGUEZ*
USDC- PR 210009
Attorney for Creditor
**Carlos Alberto Ruiz Law Office, CSP**
PO Box 1298 Caguas PR 00726-1298
Phones: 787-286-9775 / fax 787-747-2174
carlosalbertoruizquiebras@gmail.com