UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:                                              PROMESA
                                                           Title III

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of                          No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO            (Jointly Administered)
et al.,

                        Debtors.[1]

---------------------------------------------------------------x

ORDER GRANTING MOTION OF THE COMMONWEALTH OF PUERTO RICO FOR LEAVE TO RELY ON SPANISH LANGUAGE CASE LAW AND FOR EXTENSION OF TIME TO FILE CERTIFIED TRANSLATION

               The Court has received and reviewed the *Motion of the Commonwealth of Puerto Rico for Leave to Rely on Spanish Language Case Law and for Extension of Time to File Certified Translation* (Docket Entry No. 13163 in Case No. 17-3283, the "Motion"). The Motion is granted to the extent provided herein. The Commonwealth[2] is permitted to rely on the Spanish-language version of the Spanish-Language Case Law, and shall file a certified English-language translation of the Spanish-Language Case Law on or before **May 21, 2020**.

---

[1]      The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]      Capitalized terms used but not defined herein shall have the meaning given to them in the Motion.

This Order resolves Docket Entry No. 13163 in Case No. 17-3283.

SO ORDERED.

Dated: May 19, 2020

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge