UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et. als.<br><br>Debtors | Promesa<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## MOTION NOTIFYING DEATH OF CREDITOR; & REQUESTING EXTENSION OF TIME

To the Honorable Court:

Now comes the undersigned attorney and respectfully allege and pray:

1.  The Executive Order and the current pandemic momentarily put a halt to the subscriber operations, which included the personnel.

2.  That Mr. Carlos Cortés Irizarry also known as Carlos José Cortés Irizarry ("Mr. Cortés") filed a claim in the case of reference against debtor.

3.  Mr. Cortés claim was subjected to the *One Hundred Ninetheen Omnibus Objection (Non-Substantive) Of The Commonwealth of Puerto Rico And The Puerto Rico Highways And Transportation Authority To Subsequently Amended Claims.* See claim 92 included in the Exhibit A of said motion. (D.E. 12864)

4.  That Mr. Cortés passed away on January 23, 2020, in Fajardo, Puerto Rico.

5.  The death of Mr. Cortés was notified to our undersigned office assistant last week by the widow, Mrs. Aida L. Martínez. Afterwards, a copy of the Death Certificate was received by email on May 15, 2020. See attached.

6.      It is prayed to the court to take notice of Mr. Cortés death and grant additional time of not less than 90 days to any existing heirs to proceed with the corresponding substitution of creditor and to amend the claim filed accordingly; and to comply with any other court dateline, including filing any reply to the *One Hundred Ninetheen Omnibus Objection (Non-Substantive) Of The Commonwealth of Puerto Rico And The Puerto Rico Highways And Transportation Authority To Subsequently Amended Claims*, if any.

**WHEREFORE**, it is respectfully requested that this Honorable Court to take notice of the above and grant the time of not less than 90 days to any existing heirs to proceed with the substitution of creditor and to comply with any other court dateline, including filing any reply to the *One Hundred Ninetheen Omnibus Objection (Non-Substantive) Of The Commonwealth of Puerto Rico And The Puerto Rico Highways And Transportation Authority To Subsequently Amended Claims*, if any.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this May 19, 2020.

I HEREBY CERTIFY that on this same date I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notice of such filing to the following: none.

I hereby certify that I have mailed by the U.S. Postal Service this document to the following non-CM/ECF participants: NONE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically on this day with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the parties which have made an electronic

appearance in this case.

    In Fajardo to San Juan, Puerto Rico, this May 19, 2020.

/s/Luis R. Lugo Emanuelli
Luis R. Lugo Emanuelli
USDC-PR 204312

Lugo-Emanuelli Law Offices
Attorney for Claimant:
Carlos Cortés Irizarry, Aida L. Martínez

P.O. Box 34
Fajardo, PR 00738
Tel. 787-860-3949
Email: lawlugo1@gmail.com