# GOBIERNO DE PUERTO RICO
## GOVERNMENT OF PUERTO RICO

### DEPARTAMENTO DE SALUD - REGISTRO DEMOGRAFICO
(DEPARTMENT OF HEALTH - DEMOGRAPHIC REGISTRY)

### CERTIFICACION DE DEFUNCION
(CERTIFICATION OF DEATH)

NUMERO

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
152-2020-00048-001533-108945-02240688

NOMBRE DEL FALLECIDO (DECEASED NAME)
CARLOS JOSE CORTES IRIZARRY

SEXO (SEX)
M

ESTADO CIVIL (MARITAL STATUS)
CASADO (MARRIED)

NOMBRE CONYUGE (SPOUSE'S NAME)
AIDA L MARTINEZ

FECHA DEFUNCION (DEATH DATE)
23 ENE 2020

FECHA REGISTRO (REGISTRATION DATE)
28 ENE 2020

LUGAR DEFUNCION (DEATH PLACE)
FAJARDO, PUERTO RICO

FUE EMBALSAMADO? (EMBALMED?)
NO FUE EMBALSAMADO (NOT EMBALMED)

FECHA NACIMIENTO (BIRTH DATE)
06 MAY 1964

EDAD (AGE)
55 AÑOS

LUGAR NACIMIENTO (BIRTHPLACE)
PONCE, PUERTO RICO

NOMBRE DEL PADRE (FATHER'S NAME)
TEOFILO CORTES

NOMBRE DE LA MADRE (MOTHER'S NAME)
JUDITH IRIZARRY

FECHA EXPEDICION (DATE ISSUED)
3 FEB 2020

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE DEFUNCION OFICIALMENTE INSCRITO EN EL REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL 22 DE ABRIL DE 1931.

THIS IS AN ABSTRACT OF THE RECORDS FILED IN THE DEMOGRAPHIC REGISTRY OF PUERTO RICO ISSUED UNDER THE AUTHORITY OF LAW 24, APRIL 22, 1931.

SECRETARIO DE SALUD
(SECRETARY OF HEALTH)

DIRECTOR REGISTRO DEMOGRAFICO
(STATE REGISTRAR)

ADVERTENCIA/WARNING: No es valido sin la presencia de la Marca de Agua
Not valid without seen Watermark
Cualquier alteracion o borradura cancela esta Certificacion
Void if altered or Erased


Sello
DISTRITO NUM. 0108
FAJARDO
5120
02/03/2020
$10.00
Sello de Rentas Internas
00024-2020-0203-48776004

NO ES VALIDO SI SE ALTERA
VOID IF ALTERED