IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO<br>As Representative Of<br><br>THE COMMONWEALTH OF PUERTO RICO et al. | CASE NO. 17 BK 3283- LTS<br><br>PROMESA TITLE III |

### NOTICE AND CERTIFICATE OF SERVICE

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

COMES NOW the creditor Alberto Rosario Medina through the undersigned counsel to states and very respectfully prays as follows:

Creditor Alberto Rosario Medina certifies that on May 19th, 2020 a true and exact copy of the *Creditor's Motion to Withdraw Proof of Claim No. 172779* entered under docket entry no. 13177 was sent to the following parties of interest: **Clerk's Office** United States District Court Room 150 Federal Building San Juan, Puerto Rico 00918-1767, **Counsel for the Oversight Board** Proskauer Rose LLP Eleven Times Square New York, New York 10036-8299 Attn: Martin J. Bienenstock and Brian S. Rosen and **Counsel for the Creditors' Committee** Paul Hastings LLP 200 Park Avenue New York, New York 10166 Attn: Luc A. Despins, James Bliss, James Worthington and G. Alexander Bongartz .

**RESPECTFULLY SUBMITTED**

In Caguas, Puerto Rico, this 19th day of May 2020.

/s/ CARLOS A. RUIZ RODRIGUEZ, ESQ.
**USDC-PR 210009**
Attorney for Creditor
Carlos Alberto Ruiz Law Office, CSP
P.O. Box 1298
Caguas, PR 00726-1298
Tel: (787) 286-9775 / Fax: (787) 747-2174
carlosalbertoruizquiebras@gmail.com