UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17 BK 4780-LTS |

ORDER SCHEDULING BRIEFING IN CONNECTION WITH THE STATUS REPORT OF THE
GOVERNMENT PARTIES REGARDING THE COVID-19 PANDEMIC AND THE 9019 MOTION

The Court has received and reviewed the *Status Report of the Government Parties Regarding the COVID-19 Pandemic and the 9019 Motion* (Docket Entry No. 1992 in Case No.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Emplodyees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

17-4780, the "Status Report"), filed by the Government Parties,[2] as well as the *Official Committee of Unsecured Creditors' (a) Response to Status Report of Government Parties Regarding COVID-19 Pandemic and PREPA 9019 RSA Motion [Docket No. 1992 in Case No. 17-4780] and (b) Statement of Position Regarding Status Report of Financial Oversight and Management Board for Puerto Rico Regarding COVID-19 Pandemic and Proposed Disclosure Statement Schedule [Docket No. 13018 in Case No. 17-3283]* (Docket Entry No. 13167 in Case No. 17-3283 and Docket Entry No. 1996 in Case No. 17-4780, the "Response") filed by the Official Committee of Unsecured Creditors (the "Committee").

The Government Parties request, inter alia, that all briefing and hearing deadlines related to the 9019 Motion continue to be adjourned, and that the Government Parties be required to file a further status report on or before July 31, 2020. In its Response, the Committee submits that, absent confirmation that the Government Parties intend to seek approval of the RSA in its current form, no further adjournments of the hearing on the 9019 Motion should be granted, and that instead the Court should terminate the 9019 Motion without prejudice to renewal at the appropriate time.

Any reply papers in further support of the Government Parties' request for the continued adjournment of all deadlines in connection with the 9019 Motion must be filed by **May 21, 2020, at 2:00 p.m. (Atlantic Standard Time)**. The Court will thereafter take the Government Parties' application on submission.

SO ORDERED.

Dated: May 20, 2020

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Status Report.