IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO HIGHWAYS AND TRANSPORTATION
AUTHORITY

No. 17 BK 3567-LTS

-------------------------------------------------------------------x

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## **ORDER**

This matter is before the Court on the *DRA Parties' Application to File a Response to the FOMB's Sur-Reply [Dkt. No. 13157]* (Dkt. No. 13178 in Case No. 17-BK-3283; Dkt. No. 811 in Case No. 17-BK-3567) (the "Application"). Therein, the DRA Parties'[2] seek leave to file a response of no more than seven (7) pages to the FOMB's Sur-Reply (Dkt. No. 13157 in Case No. 17-BK-3283; Dkt. No. 807 in Case No. 17-BK-3567) in connection with the HTA Lift Stay Motion. The Court has also received and reviewed the Oversight Board's response to the Application (Dkt. No. 13185 in 17-BK-3283; Dkt. No. 814 in 17-BK-3567) (the "Response").

Taking note of the lack of objection and finding good cause for the requested relief, the Application is GRANTED. The DRA Parties may file a response to the FOMB's Sur-Reply of no more than seven (7) pages, exclusive of the cover page, tables of contents and authorities, signature page, exhibits, and the certificate of service.

This Order resolves Dkt. No. 13178 in 17-BK-3283 and Dkt. No. 811 in 17-BK-3567.

SO ORDERED.

/ s / Judith Gail Dein
HONORABLE JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE

DATED: May 20, 2020

---

[2] Capitalized terms not defined herein shall have the meanings given to them in the Application.

2