IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

## ORDER

This matter is before the Court on the *Motion of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and National Public Finance Guarantee Corporation for Leave to File Responses to the Government Parties' HTA, PRIFA, and CCDA Lift-Stay Sur-Replies* (Dkt. No. 13179 in 17-BK-3283; Dkt. No. 812 in 17-BK-3567) (the "Motion"). The Court has also received and reviewed the Oversight Board's response to the Motion (Dkt. No. 13185 in 17-BK-3283; Dkt. No. 814 in 17-BK-

3567) (the "Response"). In the Motion, Movants[1] seek leave to file responses of no more than fifteen (15) pages to the Government Parties' Sur-Replies in connection with the CCDA, PRIFA, and HTA Lift Stay Motions. In the Response, the Government Parties represent that they do not oppose the relief requested in the Motion. The Government Parties propose, however, that the Court (1) limit the scope of the briefing in the Movants' responses to issues set forth in the Government Parties' Sur-Replies, and (2) prohibit the introduction of expert theories or evidence outside those issues.

The Court hereby ALLOWS the Motion in accordance with this Order. The Movants may file responses of no more than fifteen (15) pages exclusive of the cover page, tables of contents and authorities, signature page, exhibits, and the certificate of service to the Government Parties' Sur-Replies. The responses must be limited to the issues set forth in the Government Parties' Sur-Replies, and the responses may not introduce expert theories or evidence outside those issues.

This Order resolves Dkt. No. 13179 in 17-BK-3283 and Dkt. No. 812 in 17-BK-3567.

SO ORDERED.

/ s / Judith Gail Dein
HONORABLE JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE

DATED: May 20, 2020

---

[1] Capitalized terms not defined herein shall have the meanings given to them in the Motion.

- 2 -