Carmen Cordoba Jiménez
NC 9 Box 90260
San Sebastian, P.R. 00685



Secretaria (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan, Puerto Rico. 00918-1767