14 de mayo de 2020

PRIME CLERK LLC
Gran Central Station
PO Box 4850
New York, NY 1163-4850



Att: Office Clerk

En estos dias recibi una correspondiencia de su parte donde se me notifica para para la fecha del 09 de junio de 2017 se me desembolso una cantidad de dinero la cual esta siendo objetada ya que no tengo una cuenta de banco al presente en la cual se me pueda depositar ningun dinero. Desde el año 2010 me encuentro desempleado por lo cual no rindo planillas de ingreso alguno debido a un despido injustificado. En adicion a eso fui una sucursal del Banco Popular para verificar si habia alguna cuenta a nombre de este servidor y los mismos me notificaron que no habia cuenta alguna activa de este servidor; por lo cual ¿Me gustaria saber a donde fue depositado dicho desembolso? ¿Quien lo recibio? Si fue enviado por cheque ¿a que direccion este desembolso fue enviado? ¿Quien lo recibio y lo cambio?

Adelante encontrara la informacion enviada por ustedes a este servidor con la data correspondiente y de la cual hago objecion dado que como dije anteriormente no he recibido al dia de hoy ningun desembolso.

| Nombre | No. de reclamacion | Fecha de presentacion | Deudor | Monto de la reclamacion alegada |
|---|---|---|---|---|
| Serrano Alvarez, Adan | 7529 | 4/16/2018 | Commonwealth of Puerto Rico | $731.00 |
| **Numero de registro de actos procesales** | 12867 | **Titulo de la objecion** | One Hundred Ninety-Four Omnibus Objection (Non-Sustantive) of the Commonwealth of Puerto Rico Commonwealth of Puerto Rico to Satisfied Claims | |
| **Base para:** | La evidencia del Reclamo reclama una obligacion con base en un reembolso /devolucion de impuestos. Los registros del Departamento del Tesoro indican que dicho reembolos/devolucion se ha completado totalmente mediante un deposito directo de fecha de 9 de junio de 2017. | | | |

Cualquier informacion adicional puede comunicarse con este servidor al 939-274-2554 ó a la direccion postal PO Box 711, Florida, P.R 00650.

Atentamente,

ADAN L. SERRANO ALVAREZ
PO BOX 711
FLORIDA, PUERTO RICO 00650