Adan L. Serrano
P.O Box 711
Florida PR 00650

SAN JUAN PR 005
15 MAY 2020 PM 2

RECEIVED & FILED
2020 MAY 19 AM 8: 21
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

FOREVER USA
Barn Swallow

Secretaria Clerk's Office
Tribunal de Distrito de los E.U
Sala 150 Edificio Federal
San Juan PR 00918-1767

0091881767 0000