

13 de mayo de 2020

Número Reclamación 2838

Número Registro de actos procesales 12867

Nombre: Yessenia Velázquez Pérez

Dirección: P.O. Box 432 Camuy, P. R. 00627-0432

Teléfono: 787-308-4807

yesseniavelazquez@yahoo.com

¡Saludos cordiales!

Según la carta y documentación recibida en el mes de abril 2020, indica que el deudor "Puerto Rico Highways and Transportation Authority", realizó supuestamente el pago de la deuda a la persona en referencia, el día 27 de junio de 2017, por la cantidad de $1,708.08. Sin embargo, al solicitar el estado de cuenta del Banco Popular de Puerto Rico, al número de cuenta que termina en 4496, para dicha fecha se evidencia un depósito similar, pero para la fecha 28 de junio de 2017, por la cantidad de $1,708.00, como un reintegro del Departamento de Hacienda y no como un crédito de Puerto Rico Highways and Transportation Authority. Los depósitos, las fechas y el nombre del deudor, no coinciden con la evidencia en el estado de cuenta de la Sra. Velázquez.

*Se adjunta evidencia del depósito

Cordialmente;

Lic. Yessenia Velázquez Pérez