Yessenia V. 65... Peter

P.O. Box 432

Camuy P.R. 00627-0432

SAN JUAN PR 009

16 MAY 2020 PM 1 1

RECEIVED & FILED
2020 MAY 19 AM 8: 27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan, P.R. 00918-1767

00918813G9 C050