(i) **Datos de contacto:**

Nombre: JULIA F. ALVIRA CALDERON

Dirección: Urb. HC67 Box 23625, Fajardo, PR  00738

Número de teléfono: (787) 559-6837

Dirección correo electrónico: angelinape52@icloud.com

RECEIVED & FILED
2020 FEB 20 PM 3:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

RECEIVED & FILED
2020 MAY 19 PM 4:02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

(ii) **Epígrafe:**

Nombre del Tribunal: Tribunal de Distrito de Estados Unidos Para el Distrito de Puerto Rico

Nombre de deudores: Junta Supervisión y Administración Financiera Para Puerto Rico, como representante de Estado Libre Asociado de Puerto Rico

Número de procedimiento: 17-BK3283-LTS

Título de la objeción global: NOTIFICACION DE LA CENTESIMA TRIGESIMA QUINTA OBJECION GLOBAL DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

Números de evidencia de reclamos relacionado de Prime Clerk: 119506 (Ajuste Salarial)

(iii) Motivo para oponerse: Me desempeñé como Maestra de Inglés Intermedio en el Departamento de Educación de PR, durante los años 1974 al 2005. Durante esos años se aprobaron las Leyes Núm. 89 (Romerazo) y la Ley Sila Calderón 2002 y no me otorgaron los beneficios que me correspondían por motivo de esas leyes.

(iv) Documentación justificada: Adjunto Comprobantes evidenciando años de servicio en el Departamento de Educación y Certificación de Pensión del Sistema de Retiro para Maestros.

*Julia F. Alvira Calderón*