**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-024
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN

ALVIRA CALDERON, JULIA F
HC 67 BOX 23625

FAJARDO PR 00738-9748

Certifico que ALVIRA CALDERON, JULIA F recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $1,723.32 equivalente a $20,679.84 anual. Luego de las deducciones recibe la cantidad de $1,627.62 mensual, equivalente a $19,531.44 anual.

Esta certificación se expide hoy 12 de febrero de 2020.



Número de Certificación: SRM03P2000869

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879

📞 787.777.1414    📠 787.759.2883    www.srm.pr.gov





## DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: LEY PROMESA

13 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | JULIA F. ALVIRA CALDERON |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. SEC (INGLES) |
| Distrito Escolar | : | FAJARDO_ |
| Sueldo Mensual | : | $2,480.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 10 de enero de 2006 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 31 años, 5 meses y 1 semana. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 03/04/1974. |

*Cándida R. Chico/mea*

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.