Mrs. Julia V. Alvira Cordero
HC 67 Box 23625
Fajardo, P.R. 00738

**CERTIFIED MAIL**

7019 2280 0001 6845 0902

Secretary (Clerk's Office)
Tribunal de Distrito de Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

US POSTAGE PAID
FCM LETTER
FAJARDO, PR
00738
MAY 15, 20
AMOUNT
$6.55
R2305K135201-07

FOREVER USA
Barn Swallow

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN
2020 MAY 19 PM 4:02