(i) **Datos de contacto:**

Nombre: JULIA F. ALVIRA CALDERON

Dirección: Urb. La Roca, Calle G #1, Las Croabas, Fajardo, PR 00738

Número de teléfono: (787) 559-6837

Dirección correo electrónico: angelinape52@icloud.com

(ii) **Epígrafe:**

Nombre del Tribunal: Tribunal de Distrito de Estados Unidos Para el Distrito de Puerto Rico

Nombre de deudores: Junta Supervisión y Administración Financiera Para Puerto Rico, como representante de Estado Libre Asociado de Puerto Rico

Número de procedimiento: 17-BK3283-LTS

Título de la objeción global: NOTIFICACION DE LA CENTESIMA TRIGESIMA QUINTA OBJECION GLOBAL DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

Números de evidencia de reclamos relacionado de Prime Clerk: 134790 (Retiro)

(iii) **Motivo para oponerse:** Me desempeñé como Maestra de Inglés Intermedio en el Departamento de Eduación de PR, durante los años 1974 al 2005. Durante esos años se aprobaron las Leyes Núm. 89 (Romerazo) y la Ley Sila Calderón 2002 y no me otorgaron los beneficios que me correspondían por motivo de esas leyes.

(iv) **Documentación justificada:** Adjunto Comprobantes evidenciando años de servicio en el Departamento de Educación y Certificación de Pensión del Sistema de Retiro para Maestros.

*Julia F. Alvira Calderón*