Mrs. Julia V. Avila Cintrón
HC 67 Box 23625
Fajardo, P.R. 00738

CERTIFIED MAIL

7019 2280 0001 6845 0902

U.S. POSTAGE PAID
FCM LETTER
FAJARDO, PR
00738
MAY 15, 20
AMOUNT
$6.55
R2305K135201-07

FOREVER USA
Barn Swallow

Secretary (Clerk's Office)
Tribunal de Distrito de Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767