# Datos de contacto

RECEIVED & FILED
2020 MAY 19 PM 4:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Juana Mercedes Hernández Martinez.

Calle Belen Zequeira, #786 Urb. Country Club, San Juan, PR, #00924.

**Telefono:** 787-217-2338

**Email:** juanamhernandez9@gmail.com

**Abogado:** Jaime Pico Muñoz

**Epigrafe**

Tribunal de Distrito de los Estados Unidos sala 150 Edificio Federal San Juan Puerto Rico

00918 – 1767

**Deudores** = Estado Libre Asociado de Puerto Rico

**Evidencia de Reclamación** = #17-03283

**Número de reclamación** = #17811

**Número de registro** = #12864

## Motivos para oponerse a la objeción global

Desde el año 2006, yo no recibo ningún aumento de sueldo, todo ha subido de precio, pero mi sueldo sigue siendo el mismo desde hace 14 años, nosotros somos una agencia de seguridad y en donde estamos, llevan personas que cometen delitos, por lo tanto nuestra vida está expuesta a que nos puede suceder cualquier cosa.

**Documentación justificativa**

X _Juana M. [firma]_                                     15/5/2020
  Firma

2. Rogamos radique formularios de réplica separados por cada evidencia de reclamaciones a la que los Deudores se hayan opuesto. No radique un único formulario de réplica que aborde más de una evidencia de reclamaciones.

3. Rogamos conteste a todas las preguntas y a cada una de las subpreguntas aplicables.

4. Incluya tantos detalles como pueda en sus réplicas.

    a. **Sus respuestas deben proporcionar más información que la contenida en la evidencia de reclamaciones inicial**. Por ejemplo, si antes escribió "Ley 96" como fundamento de su reclamación, rogamos proporcione información más detallada relativa a leyes concretas que pretende invocar, el año de adopción de dicha ley, así como de qué forma y por qué considera que esa ley concreta permite fundamentar su reclamación.

    b. Si está disponible y se aplica a su reclamación, rogamos proporcione, asimismo, lo siguiente:
        - Copia de un escrito; por ejemplo, un Escrito de demanda o una Contestación;
        - Cualquier sentencia o acuerdo de conciliación que no hayan sido pagados;
        - Notificación por escrito de la intención de radicar una reclamación acompañada de un comprobante de envío; y
        - Toda la documentación que a su criterio justifica su reclamación.

5. Si no dispone de una copia de su reclamación, podrá descargarla visitando el sitio web de Prime Clerk: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

6. Debe firmar su réplica en el lugar que se indica abajo. Si no lo hace, el secretario no aceptará la réplica a efectos de su radicación.

7. Rogamos radique el formulario cumplimentado y cualquiera de los documentos justificativos siguiendo las instrucciones de la Notificación que acompaña a la Objeción Global a su reclamación.

**Cuestionario**

1. Rogamos proporcione el nombre, la dirección, el número de teléfono y la dirección de correo electrónico 1) de la demandante que responda; 2) del abogado o representante designado de la demandante al que los abogados del ELA, la ACT o el SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción Global en nombre de la demandante.

    ☐ **Nombre:** Juana Mercedes Hernández Martínez
    ☐ **Dirección:** C/Belen Zequeira #786 urb. country club
    ☐ **Número de teléfono:** (787) 217-2338

2

☐ Dirección de correo electrónico: Juanamhernandez9@gmail.com

2. Número de su evidencia de reclamaciones: 17811

3. Los Deudores se han opuesto a su Evidencia de reclamaciones porque esta no proporciona información suficiente para que los Deudores comprendan el fundamento de su reclamación. Marque la casilla con la que guarde relación su Evidencia de reclamaciones y explique el motivo por el que se opone a la objeción indicando así el fundamento de su reclamación. Adjunte páginas adicionales si fuera necesario.

☑ Acción judicial pendiente de resolución o finalizada con o contra el Gobierno de Puerto Rico

☑ Empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico

El Estado Libre Asociado no quiere pagarme el Trienio, al que tengo derecho, según ellos por falta de información, ni tampoco el Departamento de Justicia

Adjunte copias de cualquier otra documentación u otras pruebas en apoyo de su reclamación.

4. ¿Cuál es el monto de su reclamación (cuánto alega que se le adeuda)?:
$8,015.00 Dolares

5. **Empleo**. ¿Su reclamación guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico?
   ☐ No. *Siga con la Pregunta 6*.
   ☑ Sí. **Responda a las Preguntas 5(a) a (d)**.

5(a). Indique la agencia o el departamento específicos donde trabaja o ha trabajado:
Departamento de Justicia de P.R.

5(b). Indique las fechas de su empleo en relación con su reclamación:
2 de septiembre de 1992, Todavia Laboro en el

5(c). Últimos cuatro dígitos de su número del Seguro Social: 6494

5(d). ¿Cuál es la naturaleza de sus reclamaciones relativas al empleo (marque todas las casillas aplicables)?:
   ☐ Pensión
   ☐ Salarios no pagados
   ☐ Días de licencia por enfermedad
   ☐ Quejas con sindicato

3

☐ Vacaciones

☑ Otros (proporcione tanta información detallada como pueda. Adjunte páginas adicionales si fuera necesario).

Aumento de Sueldo a Travez del Trienio, como Manda la Ley.

**6. Acción judicial.** ¿Su reclamación guarda relación con una acción judicial pendiente de resolución o finalizada?

☐ No.

☑ Sí. **Responda a las Preguntas 6(a) a (f).**

6(a). Indique el departamento o la agencia que sean parte en la acción.

Departamento de Justicia del E.L.A. P.R.

6(b). Indique el nombre y la dirección del tribunal o de la agencia ante los cuales la acción esté pendiente de resolución.

Tribunal de Distrito de E.U. Sala 150 Edif. Federal

6(c). Caso núm.: 17 BK 3283-LTS

6(d). Título, epígrafe o nombre del caso: Promesa Título III

6(e). Estado del caso (pendiente de resolución, apelado o finalizado): Caso Pendiente

6(f). ¿Tiene una sentencia que no haya sido pagada? (Sí) / No (marque su respuesta con un círculo)

En caso afirmativo, ¿cuál es la fecha y el monto de la sentencia? 3/6/20 $8,015.00

**FIRME ABAJO SU RÉPLICA**

Juana M. [signature]
Firma

Juana M. Hernández
Nombre en letra de molde

16/5/2020
Fecha

4