

# PRIORITY
## ★ MAIL ★

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT*

*Domestic only.

**TRACKED**
★ ★ ★
**INSURED***

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

EP14H © U.S. Postal Service; July 2013; All rights reserved.

# PRIORITY
## ★ MAIL ★

 DATE OF DELIVERY SPECIFIED*

 USPS TRACKING™ INCLUDED*

 INSURANCE INCLUDED*

 PICKUP AVAILABLE

* Domestic only


UNITED STATES POSTAL SERVICE®

EP14H July 2013
OD: 10 x 5


PS00001000064

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale.