RÉPLICA DE OBJECIÓN GLOBAL

I. Datos de contacto

   Nombre: Dilfia Rodríguez Colón

   Dirección: Residencial – Bo Guayabal / Sector Placita Carr. 149 Ramal 552 Km. 0.7 Juana Díaz, Puerto Rico 00795

   Postal – HC – 01 Box 4388 Juana Díaz, P. R. 00795

   Número de teléfono: 1 – 939– 232 – 9791

   E – mail: rdilfia@gmail.com

   Números de reclamaciones: **99614, 100212, 106289, 108010, 161730**

II. Epígrafe

   A. Secretaría (Clerk°s Office)
      Tribunal de Distrito de los Estados Unidos
      Room 150 Federal Building
      San Juan (Puerto Rico) 00918-1767

   B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

   C. Número de Procedimiento: 17 BK 3283-LTS

   D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico

      Número de las evidencias por reclamo

      Ley #124 – Aumento de Sueldo – Julio, 1973
      Ley #89 – Retribución de Uniforme – Julio, 1979
      Ley #89 – Romerazo – Efectiva en 1 de julio de 1995

III. El Tribunal no debe declarar a lugar la objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes

   Ley #124 – Aumento de Sueldo – Julio, 1973
   Ley #89 – Retribución de Uniforme – Julio, 1979
   Ley #89 – Romerazo – Efectiva en 1 de julio de 1995

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con el Departamento de Educación de Puerto Rico desde **Agosto de 1970 hasta Mayo de 2000** (30 años de labor) en las funciones de Maestro de la sala de clases, en el Distrito Escolar de Juana Díaz, Puerto Rico.

Se está reclamando por las leyes aplicables que cubren estos años de servicio.

Se incluyen documentos que evidencian este reclamo:

1) Solicitud de Liquidación de Ahorros y Dividendos de la Junta de Retiro para Maestros
2) Evidencia de Solicitud de Retiro a la Junta de Retiro para Maestros
3) Carta de la Junta de Retiro en contestación a solicitud
4) Informe de Cambio de Personal Docente del Departamento de Educación de Puerto Rico (23 de mayo del 2000)
5) Pendiente para envío tardío la Verificación de Empleo y años de Servicio del Departamento de Educación del Estado Libre Asociado de Puerto Rico.
   Nota: En estos momentos debido a pandemia de Coronavirus las oficinas para solicitar el documento permanecen cerradas.

Debido a las recientes situaciones de emergencia ocurridas en Puerto Rico (Huracán María, Terremotos y Pandemia del Coronavirus) se están enviando las réplicas en esta fecha. De necesitar información o documentación adicional, favor de comunicarse con el suscribiente.

Firma: _Dilfia Rodríguez Colón_
Dilfia Rodríguez Colón

XXX – XX – 0437

Fecha: _14 de mayo de 2020_

2

Reclamante: Dilfia Rodríguez Colón

Número de Procedimiento: 17 BK 3283 - LTS

Números de Reclamaciones: **99614, 100212, 106289, 108010, 161730**

Reclamación del dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el mes **Agosto de 1970** hasta el **Mayo de 2000,** como maestra de Nivel Elemental, en el Departamento de Educación del Estado Libre Asociado de Puerto Rico.

| Núm. de Ley | Nombre de Ley | Fecha de Efectividad | Núm. Reclamación | Estimado de Cantidad Adeudada |
|---|---|---|---|---|
| Ley 124 | Aumento de Sueldo | Julio de 1973 | | $32,400.00 |
| Ley 89 | Retribución de Uniforme | Julio de 1979 | | 25,200.00 |
| Ley 89 | Romerazo | Julio de 1995 | | 6,000.00 |
| | | | Total .............. | 63,300.00 |

Así como otras leyes aprobadas que me apliquen y no se me otorgó la compensación adecuada.

Muy agradecida por la atención prestada.

Atentamente,

*Dilfia Rodríguez Colón*

Dilfia Rodríguez Colón

XXX – XX - 0437

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

**Instructions**

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**Questionnaire**

1. What is the basis of your claim?

    ☐ A pending or closed legal action with or against the Puerto Rican government

    ☒ Current or former employment with the Government of Puerto Rico

    ☐ Other (Provide as much detail as possible below. Attach additional pages is needed.)

    _____

2. What is the amount of your claim (how much money do you claim to the owed):

    $63,300

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

    ☐ No. *Please continue to Question 4.*

    ☒ Yes. Answer Questions 3 (a) – (d).

3 (a). Identify the specific agency or department whore you were or are employed:
_Departamento de Educación de Puerto Rico_

3 (b) Identify the dates of your employment related to your claim:
_agosto 1970 - mayo 2000_

3 (C) Last four digits of your social security number: _0437_

3 (d) What is the nature of your employment claims (select all applicable)

- [ ] Pension
- [x] Unpaid Wages
- [ ] Sick Days
- [ ] Union Grievance
- [ ] Vacation
- [ ] Other (Provide as much detail as possible. Attach additional pages if necessary

_Ley 124 de 1973, Ley 89 de 1979 y Ley 89 de 1995_

4. **Legal Action**. Does your claim relate to a pending or closed legal action?

- [x] No.
- [ ] Yes. Answer Questions 4 (a) – (f).

4 (a). Identify the department or agency that is a party to the action.
_N/A_

4 (b). Identify the name and address of the court or agency where the action is pending:
_N/A_

4 (c). Case number: _N/A_

4 (d). Title, Caption, or name of Case: _N/A_

4 (e). Status of the case (pending, or appeal, or concluded): _N/A_

4 (f). Do you have an unpaid judgment? Yes / No (Circle one)

If yes, what is the date and amount of the judgment? _N/A_

Claimant's signature _Dilfia Rodríguez Colón_
Nombre: _Dilfia Rodríguez Colón_
Fecha: _14 de mayo de 2020_

2