| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Rodriguez Colon, Dilfia | 99614 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Rodriguez Colon, Dilfia | 99614 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

\*\*\*CUST PR 1845 SRF 38154 PackID: 152 MMLID: 1909790 SVC: 116th Omni
Rodriguez Colon, Dilfia
HC-1 Box 4388 Bo Guayabal
Juana Diaz, PR 00795

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Rodriguez Colon, Dilfia | 100212 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Rodriguez Colon, Dilfia | 100212 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

***CUST PR 1845 SRF 38154 PackID: 153 MMLID: 1909644 SVC: 116th Omni
Rodriguez Colon, Dilfia
HC-01 Box 4388 Bo Guayabal
Juana Diaz, PR 00795

000153

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Rodriguez Colon, Dilfia | 106289 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Rodriguez Colon, Dilfia | 106289 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

000154

***CUST PR 1845 SRF 38154 PackID: 154 MMLID: 1925797 SVC: 116th Omni
Rodriguez Colon, Dilfia
HC-1 Box 4388 Bo Guayabal
Juana Diaz, PR 00795

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| RODRIGUEZ COLON, DILFIA | 108010 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| RODRIGUEZ COLON, DILFIA | 108010 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

***CUST PR 1845 SRF 40241 PackID: 385 MMLID: 467955-P SVC: 166th Omni
RODRIGUEZ COLON, DILFIA
HC 01 BOX 4388
BO GUAYABAL
JUANA DIAZ, PR 00795-9704

000385

| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Rodriguez Colon, Dilfia | 161730 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Rodriguez Colon, Dilfia | 161730 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

***CUST PR 1845 SRF 38939 PackID: 290 MMLID: 1824980 SVC: 145th Omni
Rodriguez Colon, Dilfia
HC-1 Box 4388 B Guayabal Bo Guayabal
Juana Diaz, PR 00795

000290



**aeela**
ASOCIACION DE EMPLEADOS DEL ELA

Ave. Ponce de León 463, Pda. 35 Hato Rey · P O Box 364508 San Juan, Puerto Rico 00936-4508

**SOLICITUD DE LIQUIDACIÓN DE AHORROS Y DIVIDENDOS**
(VEA INSTRUCCIONES AL DORSO)

ORIGINAL - ASOCIACION
COPIA - ASOCIADO

### PARTE I A SER LLENADA POR EL SOCIO

1. Nombre y Apellidos: Dilfia Rodríguez Colón
   Núm. Empleado:
   Núm. Seg. Social:

2. Dirección Residencial: Bo. Guayabal - Sector Placita, Juana Díaz
   Teléfono: 837-8944

3. Dirección Postal: HC-1 Box 4388 Juana Díaz, P.R.
   Zip Code: 00795

4. Indique las ultimas dos (2) agencias donde trabajó

| Agencia | Puesto - Ofic. Neg. o División | Comenzó Trabajar | Terminó | Zona o Pueblo |
|---|---|---|---|---|
| a) Depto. de Educación | Maestra | Agto. 1970 | 28 mayo 2000 | Juana Díaz |
| b) | | | | |

5. Fecha de Efectividad de la Renuncia: 28 de julio de 2000

6. Tiene AEELA Mastercard  Sí ☐  No ☒ -Indique su número

Indique Fecha(s) de Licencia(s) sin Sueldo

7. Nombre y dirección del pariente más cercano que no viva con usted: Wanda I. Torres - Bo Guayabal - Placita, Juana Díaz

SOLICITO la liquidación de mis ahorros y dividendos acumulados en esa Asociación hasta la fecha de mi separación del servicio público.
CERTIFICO que la información aquí ofrecida es correcta:

Dilfia Rodríguez Colón  —  20 de julio de 2000
Firma del Solicitante — Fecha — Firma del Testigo

### PARTE II PARA SER LLENADA POR EL RECLAMANTE DE UN SOCIO FALLECIDO QUE HAYA TENIDO MAS DE UN MATRIMONIO

Nombre del Cónyuge anterior _____
Dirección _____
Fecha de Matrimonio y Divorcio _____
Nombre y firma de la persona que ofrece la información _____

### PARTE III A SER LLENADA POR LA AGENCIA

Nombre del Asociado: **DILFIA RODRIGUEZ COLON**
Agencia: **DEPARTAMENTO DE EDUCACION**
Seguro Social: _____

Fecha(s) de Licencia sin Sueldo Desde:
1. _____ Hasta _____
2. _____ Hasta _____
3. _____ Hasta _____

Fecha de Efectividad de la Renuncia: **28 de julio de 2000**
Razón de Cese: **JUBILACION**

SI VA A COMENZAR A TRABAJAR EN OTRA AGENCIA FAVOR INDICAR:
a) ¿Cuál? _____   b) Fecha _____
c) Clase de Nombramiento _____

LOS SIGUIENTES DESCUENTOS DE SU SUELDO MENSUAL FUERON REALIZADOS PARA LA ASOCIACION DURANTE LOS ULTIMOS CUATRO (4) MESES DE TRABAJO.

| MES | AHORROS | SEGURO | PRESTAMO |
|---|---|---|---|
| Abril/2000 | 57.00 | | — |
| Mayo/2000 | 57.00 | | — |
| Junio/2000 | 57.00 | | — |
| Julio/2000 | 57.00 | | — |

*RECIBIDO NOV 17 2000 DIVISION DE NOMINAS SECCION DE CORRESPONDENCIA*

CANTIDAD ACREDITADA *A SU DEUDA DE SUMA GLOBAL DE VACACIONES $
*NETO ENVIADO A LA ASOCIACION PARA ACREDITAR A PRESTAMO.
(Firma en forma legible)

Preparado por _____
Teléfono Funcionario Autorizado: 759-2000

Certifico que he verificado toda la información ofrecida anteriormente y que es completamente correcta:
**HILDA CORTES FIGUEROA, DIRECTORA**
**DIVISION PERSONAL DOCENTE**
Jefe de Personal o su Representante Autorizado
(Use letra de molde)

Nómina Núm. _____

JRM-3



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**JUNTA DE RETIRO PARA MAESTROS**
PO Box 191879, San Juan, PR 00919-1879
Tel. (787) 754-8611

Para uso de la Junta

SOLICITUD DE RETIRO
Años de Servicio y Edad – Edad – Diferido

Nota: Conteste todas las preguntas. Escriba a máquina o con tinta en letra de imprenta. Si no hay espacio suficiente use otro papel y adhiéralo a esta solicitud. LEA INSTRUCCIONES AL DORSO.

Por la presente solicito el Retiro, de acuerdo con las disposiciones de la Ley Núm. 218 del 6 de mayo de 1951, según subsiguientemente enmendada.

1. Nombre: Dilfia  Apellido Paterno: Rodríguez  Apellido Materno: Colón
2. Sexo: M ☐  F ☒
3. Núm. de Seguro Social:
4. Dirección Postal: HC-1 Box 4388, Juana Díaz, P.R. 00795
   Dirección Residencial: Bº Guayabal-Sector Placita, Juana Díaz, P.R. 00795
   Teléfono: 837-8944
5. Fecha de Nacimiento: Mes _____ Día _____ Año 49
6. Sitio de Nacimiento – Ciudad: Juana Díaz
7. Puesto que ocupa: Maestra
8. Distrito donde trabaja: Juana Díaz
9. Fecha de efectividad de la pensión: 31 de julio de 2000
10. Préstamo con el Sistema: SI ☒  No ☐
    Clase: Hipotecario ☐  Personal ☒  Viaje Cultural ☐
11. Razón para el Retiro: ☒ Años de Servicio y Edad  ☐ Diferido
    ☐ Edad (60 años con 10 años y menos de 25 años de Servicio)
12. Estado Civil: ☐ Soltero  ☐ Divorciado  ☒ Casado  ☐ Viudo  ☐ Separado
13. Nombre del Cónyuge y su dirección:
    Alberto Franceschi Cintrón
    HC-1 Box 4388
    Bº Guayabal-Sector Placita
    Juana Díaz, P.R. 00795
14. Nombre de hijos menores de 18 años de edad y fecha de nacimiento | Mes Día Año

Fecha: 18 de febrero de 2000

Firma del Solicitante: Dilfia Rodríguez Colón

**CERTIFICACION DEL JEFE INMEDIATO**
15. Certifico que Dilfia Rodríguez Colón se halla actualmente en Servicio Activo

Servicio Activo

Uso de licencia (especifique)                    renuncia



ESTADO LIBRE ASOCIADO DE PUERTO RICO
Junta de Retiro para Maestros
P O Box 191879
San Juan, P. R. 00919-1879
Teléfono (787) 754-8611

9 de febrero del 2001

PROF: DILFIA RODRIGUEZ COLON
HC 01 BOX 4388
JUANA DIAZ P R 00795

CASO: 1619

SS:

Estimada profesora Rodríguez:

Nos referimos a su solicitud de **Retiro Temprano Ley 44** la cual ha sido aprobada. Su retiro será efectivo el **29 de julio de 2000** y recibirá una renta mensual de **$1,357.78**.

Le informamos que usted puede autorizar a la Junta de Retiro para Maestros a descontar de su pensión, determinada cantidad para pagar compromisos contraídos, tales como, el seguro médico de su preferencia u otras deducciones permitidas por Ley.

Se incluye información de interés para los maestros pensionados.

**CERTIFICO CORRECTO**                          Cordialmente,


Gloria E. Navas Pérez                           Irma Giménez López
Directora                                       Secretaria Ejecutiva
Area Servicios de Retiro


Anexo
lp



GOBIERNO DE PUERTO RICO
Junta de Retiro para Maestros
PO Box 191879 San Juan, PR 00919-1879
Teléfono (787) 751-8011

31 de marzo de 2000

Departamento de Educación
Sección: Nombramientos y Cambios
Atención: Sra. Matilde Pedraza

Re: Prof. Dilfia Rodríguez Colón    SS:

La profesora de referencia ha radicado una Solicitud de Retiro por la Ley 44 del 27 de enero del año 2000.

Al 31 de julio de 2000 fecha en que piensa renunciar para acogerse a la jubilación tiene, 29 años, 5 meses, 2 semanas y 2½ días.

Edad: 51

Pagos pendientes por: N/A

_____ Reconocimiento de Tiempo

_____ Diferencia Transferencia de Fondos

_____ Otros

Cordialmente,

José A. Figueroa Colón
Sub-Secretario Ejecutivo
agb/igd

cc: Prof. DILFIA RODRIGUEZ COLON
HC-1 BOX. 4388
JUANA DIAZ P.R. 00795

FORM. 409 Rev. 99

**DEPARTAMENTO DE EDUCACIÓN**
Secretaría Auxiliar de Recursos Humanos

**Informe de Cambio - Personal Docente**

Pagarle _____ días por vacaciones regulares

Descontarle _____ días por ausencias

| | ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|---|
| 1. Nombre del Empleado | Dilfia Rodríguez Colón | |
| 2. Número de Seguro Social | | |
| 3. Lugar y Fecha de Nacimiento | Juana Díaz | |
| 4. Sexo | F | |
| 5. Estado Civil | C | |
| 6. Preparación Académica | BAE | |
| 7. Experiencia | 29 años - 5 meses - 2 semanas - 2 1/2 días | |
| 8. *Status* Empleado (Contrato) | Perm. | |
| 9. Sueldo Bruto | $1,900.00 | |
| 10. Número del Puesto | R25556 | |
| 11. Categoría del Puesto | Elem. | |
| 12. Nivel del Puesto (Directivo) | | |
| 13. Fondo | E | |
| 14. Cifra de Cuenta | 99-111-081-09-037-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-01-000037-0000 | |
| 15. Fecha de Efectividad | 28 de julio de 2000 | |
| 16. Acción y Duración | | |
| 17. Causa del Cese | Ley 44 | |
| 18. Último día de Trabajo | | |
| 19. Último día de Pago | | |
| 20. Programa Escolar, nivel y grado | Nivel Elemental | |
| 21. Turno en Registro | | |
| 22. Distrito Escolar | Juana Díaz | |
| 23. Escuela | S.U. Salvador Busquets | |
| 24. Dirección Postal y Residencial | Dilfia Rodríguez Colón HC-1 Box 4388 Juana Díaz, Puerto Rico 00795 | 25. Teléfono Residencial |

26. Observaciones:

27. En caso de cambio de *status* a probatorio o permanente, traslado, reasignación permanente, reubicación o descenso.

28. Deseo: _____ Acogerme      _____ No Acogerme
Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatorio o permanente.

_____   _____
Firma del empleado              Fecha

_____   _____
Firma del empleado              Fecha

29. Recomendado
*Héctor M. Bonilla Cintrón*   23 de mayo de 2000

30. Recomendado
_____