Sra. Dilfia Rodríguez Colón
HC-1 Box 4388
Juana Díaz, P.R. 00795



RECEIVED & FILED
2020 MAY 19 PM 4:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

To: Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767