**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Dani Zylberberg hereby respectfully withdraws his appearance as counsel for the Ad Hoc Group of General Obligation Bondholders, a party-in-interest in the above-captioned Title III cases. The appearances by other attorneys at Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP are unaffected by this request.

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III Case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as bankruptcy case numbers due to software limitations).

| | |
|---|---|
| Dated: May 21, 2020 | Respectfully submitted, |
| /s/ Ramón Rivera Morales | /s/ Donald Burke |
| J. Ramón Rivera Morales | Lawrence S. Robbins (admitted *pro hac vice*) |
| USDC-PR Bar No. 200701 | Gary A. Orseck (admitted *pro hac vice*) |
| Andrés F. Picó Ramírez | Donald Burke (admitted *pro hac vice*) |
| USDC-PR Bar No. 302114 | ROBBINS, RUSSELL, ENGLERT, ORSECK, |
| JIMÉNEZ, GRAFFAM & LAUSELL | UNTEREINER & SAUBER LLP |
| P.O. Box 366104 | 2000 K Street, N.W., 4th Floor |
| San Juan, PR 00936 | Washington, DC 20006 |
| Telephone: (787) 767-1030 | Telephone: (202) 775-4500 |
| Facsimile: (787) 751-4068 | Facsimile: (202) 775-4510 |
| Email: rrivera@jgl.com | Email: dburke@robbinsrussell.com |

*Counsel to the Ad Hoc Group of General Obligation Bondholders*