UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>  as representative of<br><br>The Puerto Rico Electric Power Authority, *et al.*<br><br>     Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780(LTS) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 20, 2020 the following motion was served on the Standard Parties and Affected Parties via the CM/ECF System and by email to all persons in the Master Service List of 17-BK-4780, and in addition by U.S Mail Overnight Delivery to the Office of the United States Trustee for Region 21, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922

**CASE 17-4780: Dkt. 1999,** U.S. Bank's Reservation of Rights Regarding PREPA's Motion for Release of Insurance Proceeds for Earthquake Losses

**CASE 17-3283: Dkt. 13,191**, U.S. Bank's Reservation of Rights Regarding PREPA's Motion for Release of Insurance Proceeds for Earthquake Losses

  Respectfully Submitted,

This 20th day of May, 2020, in San Juan, Puerto Rico.

  **RIVERA, TULLA AND FERRER, LLC**
  */s/ Iris J. Cabrera-Gomez*
  Iris J. Cabrera-Gomez
  USDC-DPR No. 221101
  Email: icabrera@riveratulla.com
  Rivera Tulla & Ferrer Building
  50 Quisqueya Street
  San Juan, PR 00917-1212
  Tel: (787)753-0438/Fax: (787)767-5784

  ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION, IN ITS CAPACITY AS TRUSTEE