UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

In re:

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | No. 17 BK 4780-LTS |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | (Jointly Administered) |
| Debtor. | |

------------------------------------------------------------x

| | |
|---|---|
| CORTLAND CAPITAL MARKET SERVICES LLC et al., | Adv. Proc. No. 19-396-LTS |
| Plaintiffs, | |
| -v- | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO | |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

et al.,

                        Defendants.

-------------------------------------------------------------x
SISTEMA DE RETIRO DE LOS EMPLEADOS
DE LAAUTORIDAD DE ENERGIA
ELECTRICA,                                      Adv. Proc. No. 19-405-LTS

                        Plaintiff,

       -v-

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD OF PUERTO
RICO et al.,

                        Defendants.

-------------------------------------------------------------x

ORDER (I) FURTHER ADJOURNING DEADLINES APPLICABLE TO THE JOINT MOTION OF PUERTO RICO ELECTRIC POWER AUTHORITY AND AAFAF PURSUANT TO BANKRUPTCY CODE SECTIONS 362, 502, 922, AND 928, AND BANKRUPTCY RULES 3012(A)(1) AND 9019 FOR ORDER APPROVING SETTLEMENTS EMBODIED IN THE RESTRUCTURING SUPPORT AGREEMENT [ECF NO. 1235], AND (II) ADJOURNING THE JUNE 3, 2020, HEARING ON THE GOVERNMENT PARTIES' AND THE BONDHOLDERS' MOTIONS TO DISMISS AMENDED COMPLAINTS IN ADVERSARY PROCEEDINGS

        The Court has received and reviewed the *Status Report of the Government Parties Regarding the COVID-19 Pandemic and the 9019 Motion* (Docket Entry No. 1992 in Case No. 17-4780, the "Status Report"), wherein the Government Parties[2] request, inter alia, that all briefing and hearing deadlines related to the 9019 Motion continue to be adjourned. The Court has also received and reviewed the *Official Committee of Unsecured Creditors' (a) Response to Status Report of Government Parties Regarding COVID-19 Pandemic and PREPA 9019 RSA Motion [Docket No. 1992 in Case No. 17-4780] and (b) Statement of Position Regarding Status Report of Financial Oversight and Management Board for Puerto Rico Regarding COVID-19 Pandemic and Proposed Disclosure Statement Schedule [Docket No. 13018 in Case No. 17-3283]* (Docket Entry No. 13167 in Case No. 17-3283 and Docket Entry No. 1996 in Case No. 17-4780) filed by the Official Committee of Unsecured Creditors; the *Reply in Connection with Status Report of the Government Parties Regarding the COVID-19 Pandemic and the 9019 Motion* (Docket Entry No. 13205 in Case No. 17-3283 and Docket Entry No. 2002 in Case No. 17-4780) filed by the Government Parties; and the *Joint Response of Fuel Line Lenders and Union Entities to Government Parties' Adjournment Motion* (Docket Entry No. 12560 in Case No. 17-3283, Docket Entry No. 1949 in Case No. 17-4780, Docket Entry No. 90 in Adversary Proceeding No. 19-396, and Docket Entry No. 61 in Adversary Proceeding No. 19-405) filed by the Fuel Line Lenders and the Union Entities.

        The Government Parties' request is granted as set forth herein. All deadlines relating to the 9019 Motion and the hearing to consider the 9019 Motion remain adjourned.

---

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Status Report.

Additionally, the June 3, 2020, hearing regarding the pending motions to dismiss in the Adversary Proceedings is adjourned without date. The Government Parties shall file a further status report providing an update on PREPA's financial condition and proposing next steps with respect to the 9019 Motion and the Adversary Proceedings on or before July 31, 2020.

       SO ORDERED.

Dated: May 22, 2020

                                                 /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                               United States District Judge