UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In Re:
The Financial Oversight and Management
Board for Puerto Rico,

 as representative of

The Commonwealth of Puerto Rico, et al.,

 Debtors.

PROMESA
Title III

No. 17-BK-3283-LTS
MMLID: 16823
EPOC ID: 170328300702285
CLAIM#: 39947
Docket#: 12865

## REPLY TO CLAIM OBJECTION

To the Honorable United States District Court, Judge Laura Taylor Swain, comes now David Alonso Triack, creditor to the Commonwealth of Puerto Rico, Treasury Department (Departamento de Hacienda); and respectfully moves this court to grant the relief herein requested, pursuant to the allegations hereinafter established:

1) On April 17, 2020, Debtors filed a Claim Objection regarding the claim of reference. Debtors allege they have already fully paid/satisfied a tax refund to creditor, via Direct Deposit dated 8/29/14.

2) Creditor has not received the aforementioned tax refund in the amount of $5,554.00. Attached you will find creditor's bank statement for said period. It shows that no direct deposit for the amount claimed was received. Thus, Creditor at this time does not recognize Debtors allegation that the claim of reference has been paid.

**WHEREFORE,** I respectfully request this Court to take notice of the above and deny Debtor's Claim Objection.

**RESPETFULLY SUBMITTED**

In San Juan, Puerto Rico, this 19th day of May, 2020.

*David Alonso* [signature]
Ponce de Leon 1917
San Juan, PR 00915
Cel. (787)644-8117
Email: dalonso@cyclesportcenter.net