# BANCO POPULAR

64C

**Estado Bancario**

Desde: 01 de agosto de 2014
Hasta: 29 de agosto de 2014

CYCLE SPORT CENTER INC
1917 AVE PONCE DE LEON
SAN JUAN PR 00915-3947

424

**FLEXICUENTA DE NEGOCIOS**

Página 1

Número de Cuenta
_Redacted_

CYCLE SPORT CENTER INC

## Resumen de su FlexiCuenta

### FlexiCheques

| | |
|---|---|
| Balance Inicial | $12,052.50 |
| 40 Depósitos + | 53,854.22 |
| 00 Transferencias Internas a FlexiCheques + | 0.00 |
| 100 Retiros - | 63,342.88 |
| 00 Transferencias Internas de FlexiCheques - | 0.00 |
| Cargos por Servicios | 72.62 |
| **Balance Final** | **$2,491.22** |

### FlexInversión

| | |
|---|---|
| Balance Inicial | $28.64 |
| 01 Depósitos + | 1,073.89 |
| 00 Transferencias Internas a FlexInversión + | 0.00 |
| Interés Devengado + | 0.04 |
| 00 Retiros - | 0.00 |
| 00 Transferencias Internas de FlexInversión - | 0.00 |
| **Balance Final** | **$1,102.57** |
| Balance Final de FlexiCheques + FlexInversión | $3,593.79 |

### FlexiLínea

| | |
|---|---|
| Balance Inicial | $0.00 |
| 00 Pagos - | 0.00 |
| 00 Adelantos + | 0.00 |
| Línea en uso a 8-29 | $0.00 |
| Pago mínimo adeudado | $0.00 |
| Fecha de vencimiento del pago | 08/29/14 |
| Línea no utilizada | $0.00 |
| Garantizada con FlexInversión | $0.00 |

Recibe GRATIS en tu correo electrónico tu Estado de Cuenta comercial!!! Llame al 787-756-3939 ó 1-855-756-3939.

Ahora TeleBanco Comercial es el nuevo Centro de Banca de Negocios y nuestro nuevo número es el 787-756-3939 ó 1-855-756-3939.

CENTRO DE BANCA DE NEGOCIOS le ofrece la forma más rápida y eficiente de obtener información de sus cuentas comerciales y servicios relacionados sin tener que llamar o visitar la sucursal.

Usted puede obtener información de:
- Balances en sus cuentas
- Productos y servicios comerciales
- Préstamos comerciales
- Soluciones de crédito
- Todo tipo de reclamaciones
- Apoyo técnico en los servicios

## Detalle de la actividad de su FlexiCuenta

### FlexiCheques

Balance Inicial $12,052.50



**BANCO POPULAR**

Desde:
01 de agosto de 2014
Hasta:
29 de agosto de 2014

**FLEXICUENTA DE NEGOCIOS**

Página 3

Número de Cuenta
Redacted

CYCLE SPORT CENTER INC

40 Total de depósitos $53,854.22

## Retiros

### Cheques Pagados

| Número de Cheque | Fecha | Referencia | Cantidad | Número de Cheque | Fecha | Referencia | Cantidad |
|---|---|---|---|---|---|---|---|
| 00049098 | 08-13 | 501009946 | 2,177.28 | 00049411 | 08-15 | 500157549 | 3,380.20 |
| 00049375 | 08-13 | 501029495 | 721.98 | 00049412 | 08-15 | 500121175 | 437.50 |
| 00049377 | 08-04 | 501024942 | 3,354.83 | 00049413 | 08-28 | 500051514 | 5,829.35 |
| 00049380 | 08-01 | 500112077 | 246.43 | 00049414 | 08-15 | 500174321 | 113.60 |
| 00049381 | 08-04 | 500288805 | 448.88 | 00049415 | 08-15 | 500125646 | 246.43 |
| 00049382 | 08-04 | 500288859 | 357.17 | 00049416 | 08-15 | 500174316 | 448.88 |
| 00049383 | 08-01 | 500112075 | 357.18 | 00049417 | 08-15 | 500174318 | 357.16 |
| 00049384 | 08-04 | 500288836 | 209.44 | 00049418 | 08-15 | 500174313 | 350.30 |
| 00049386 | 08-07 | 500162771 | 29.96 | 00049419 | 08-18 | 500043293 | 118.56 |
| 00049387 | 08-12 | 500143987 | 42.00 | 00049420 | 08-15 | 500174324 | 209.43 |
| 00049388 | 08-08 | 500200739 | 557.77 | 00049421 | 08-21 | 500084795 | 1,804.00 |
| 00049389 | 08-11 | 501042472 | 3,179.30 | 00049422 | 08-25 | 501033000 | 2,346.70 |
| 00049390 | 08-08 | 500079397 | 26.40 | 00049423 | 08-19 | 500060132 | 85.60 |
| 00049391 | 08-13 | 501023717 | 823.76 | 00049424 | 08-22 | 500081888 | 76.90 |
| 00049392 | 08-13 | 501020405 | 847.78 | 00049427 | 08-27 | 500105604 | 318.61 |
| 00049393 | 08-13 | 500121622 | 76.90 | 00049428 | 08-28 | 501001014 | 633.40 |
| 00049394 | 08-11 | 500331711 | 500.00 | 00049429 | 08-29 | 501031053 | 2,014.71 |
| 00049396 | 08-08 | 500091909 | 246.42 | 00049430 | 08-26 | 500156616 | 101.47 |
| 00049397 | 08-11 | 500245094 | 448.88 | 00049431 | 08-22 | 500073643 | 258.95 |
| 00049398 | 08-08 | 500177772 | 357.18 | 00049432 | 08-26 | 500151976 | 448.88 |
| 00049399 | 08-08 | 500092610 | 357.17 | 00049433 | 08-22 | 500145049 | 357.18 |
| 00049400 | 08-08 | 500177778 | 209.44 | 00049434 | 08-22 | 500145043 | 248.48 |
| 00049401 | 08-12 | 500061007 | 127.00 | 00049435 | 08-22 | 500145051 | 209.44 |
| 00049402 | 08-19 | 501031417 | 402.18 | 00049436 | 08-26 | 500098414 | 182.54 |
| 00049403 | 08-21 | 501029188 | 553.72 | 00049438 | 08-26 | 500084473 | 293.95 |
| 00049404 | 08-19 | 501054046 | 1,917.02 | 00049439 | 08-29 | 501002393 | 250.00 |
| 00049405 | 08-12 | 501009307 | 2,000.00 | 00049441 | 08-27 | 500130508 | 29.96 |
| 00049406 | 08-12 | 501024829 | 589.00 | 00049443 | 08-29 | 501000057 | 1,612.38 |
| 00049407 | 08-21 | 501031822 | 261.23 | 00049446 | 08-29 | 500140813 | 437.50 |
| 00049408 | 08-12 | 500073206 | 1,855.27 | 00049449 | 08-29 | 500198956 | 247.26 |
| 00049409 | 08-28 | 501023405 | 1,497.58 | 00049452 | 08-29 | 500071053 | 279.68 |
| 00049410 | 08-18 | 500035771 | 644.43 | 00049453 | 08-29 | 500166811 | 209.89 |
| | | | | **64 Cheques Pagados** | | | **$49,362.47** |

### Otros Débitos

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 08-01 | | Pago 07-30 1536<br>Jetblue 27926013810 Salt Lake | 212.00 |
| 08-04 | | Pago 08-01 902<br>Subway Auxilio Mutuo San Juan | 19.80 |
| 08-04 | | Pago 08-01 1781<br>Puente Teodoro Mosco San Juan | 3.30 |
| 08-04 | | Pago 08-01 902<br>Apl* Itunes.Com/Bill 866-712-77 | 13.89 |
| 08-04 | | Pago 08-01 902<br>Mic Systems Software I 714-545444 | 100.00 |
| 08-04 | | Pago 08-02 902<br>183 Pueblo Isla Verd Isla Verde | 23.14 |



Desde:
01 de agosto de 2014
Hasta:
29 de agosto de 2014

## FLEXICUENTA DE NEGOCIOS

Página 5

Número de Cuenta
Redacted

CYCLE SPORT CENTER INC

### Retiros (continuación)

#### Otros Débitos (continuación)

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 08-29 | | Pago 08-28 902 Viajes Coqui San Juan | 636.70 |
| 08-29 | | Pago 08-28 902 Viajes Coqui San Juan | 636.70 |
| 08-29 | | Pago 08-28 902 Shell Isla Verde Carolina | 56.41 |
| | | 36 Total de otros retiros | $13,980.41 |
| | | 100 Total de retiros | $63,342.88 |

### Cargos por Servicios

| Descripción | Cargos por Unidad | Cantidad |
|---|---|---|
| Mantenimiento FlexiCheques | | 0.00 |
| *Cargo por Servicio | | 0.00 |
| *Cargo Cuenta sin Transacciones | | 0.00 |
| *Cheque Pagado/Devuelto contra Fondos Insuficientes o No Disponibles | | 0.00 |
| *Transacción Electrónica Pagada/Devuelta contra Fondos Insuficientes o No Disponibles | | 0.00 |
| *Suspensión/Renovación de Pago de Cheque | | 0.00 |
| *Retiro ATH | | 0.00 |
| 40 Hojas de Depósito | | |
| 52 Cheques Depositados | | |
| 64 Cheques Pagados | | |
| 02 Transacciones Electrónicas | | |
| * 89 Transacciones en Exceso de 70 | 0.50 | 44.50 |
| Mantenimiento de Flexinversión | | 5.00 |
| *Cargos Vencidos Sujetos a IVU | | 0.00 |
| Cargo IVU Estatal | | 2.67 |
| Cargo IVU Municipal | | 0.45 |
| Servicios Comerciales | | 20.00 |
| Cargo IVU Estatal Servicios Comerciales | | 0.00 |
| Cargo IVU Municipal Servicios Comerciales | | 0.00 |
| Total de Cargos para este Período | | $72.62 |
| **Balance Final** | | **$2,491.22** |

* Aplica IVU Estatal e IVU Municipal


**BANCO POPULAR.**

Desde:
01 de agosto de 2014
Hasta:
29 de agosto de 2014

## FLEXICUENTA DE NEGOCIOS

Página 7

Número de Cuenta
Redacted

CYCLE SPORT CENTER INC

### Historial de Balance Diario

| Fecha | Cantidad | Fecha | Cantidad | Fecha | Cantidad |
|-------|----------|-------|----------|-------|----------|
| 07-31 | 28.64 | 08-18 | 1,102.53 | 08-29 | 1,102.57 |

**Mensajes de Interés**

DE TENER ALGUNA PREGUNTA O IDENTIFICAR ALGÚN ERROR EN ESTE ESTADO DE CUENTA DEBE COMUNICARSE AL CENTRO DE BANCA DE NEGOCIOS AL 787-756-3939 O 1-855-756-3939 DENTRO DEL TÉRMINO ESTABLECIDO EN EL CONTRATO DE CUENTAS DE DEPÓSITO COMERCIALES.

# BANCO POPULAR®

CYCLE SPORT CENTER INC  PAGINA 8

Certificamos que estas son copias fieles de sus cheques u otros efectos pagados en este estado.



| Check # | Date | Amount |
|---|---|---|
| 0501009946 | 08/13/14 | 2,177.28 |
| 0501029495 | 08/13/14 | 721.98 |
| 0501024942 | 08/04/14 | 3,354.83 |
| 0500112077 | 08/01/14 | 246.43 |
| 0500288805 | 08/04/14 | 448.88 |





**BANCO POPULAR®**

CYCLE SPORT CENTER INC               PAGINA 14

Certificamos que estas son copias fieles de sus cheques u otros efectos pagados en este estado.



| Check | Date | Amount |
|---|---|---|
| 0501023405 | 08/28/14 | 1,497.58 |
| 0500035771 | 08/18/14 | 644.43 |
| 0500157549 | 08/15/14 | 3,380.20 |
| 0500121175 | 08/15/14 | 437.50 |
| 0500051514 | 08/28/14 | 5,829.35 |

# BANCO POPULAR®

CYCLE SPORT CENTER INC                                PAGINA 16

Certificamos que estas son copias fieles de sus cheques u otros efectos pagados en este estado.





# CYCLE SPORT CENTER INC                                                                 PAGINA 18

Certificamos que estas son copias fieles de sus cheques u otros efectos pagados en este estado.




0500071053     08/29/14        279.68



CYCLE SPORT CENTER INC                                    PAGINA 19

Certificamos que estas son copias fieles de sus cheques u otros efectos pagados en este estado.



0500151976      08/26/14        448.88



CYCLE SPORT CENTER INC                                          PAGINA 20

Certificamos que estas son copias fieles de sus cheques u otros efectos pagados en este estado.



0500198956    08/29/14        247.26

10:26 AM
11/01/14

# Cycle Sport Center, Inc.
## Reconciliation Summary
### 1020-00 · Checking Account ( Redacted ), Period Ending 08/29/2014

|  | Aug 29, 14 |
|---|---:|
| **Beginning Balance** | 12,181.25 |
| **Cleared Transactions** | |
| Checks and Payments - 104 items | -69,381.75 |
| Deposits and Credits - 48 items | 59,764.34 |
| **Total Cleared Transactions** | -9,617.41 |
| **Cleared Balance** | 2,563.84 |
| **Uncleared Transactions** | |
| Checks and Payments - 18 items | -15,253.35 |
| Deposits and Credits - 1 item | 10,000.00 |
| **Total Uncleared Transactions** | -5,253.35 |
| **Register Balance as of 08/29/2014** | -2,689.51 |
| **New Transactions** | |
| Checks and Payments - 114 items | -85,901.73 |
| Deposits and Credits - 73 items | 132,493.52 |
| **Total New Transactions** | 46,591.79 |
| **Ending Balance** | 43,902.28 |

10:26 AM
11/01/14

# Cycle Sport Center, Inc.
# Reconciliation Detail
### 1020-00 · Checking Account ( Redacted ), Period Ending 08/29/2014

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 12,181.25 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 104 Items** | | | | | | |
| Paycheck | 09/30/2013 | 48708 | DAISY TRIACK | X | -2,207.99 | -2,207.99 |
| Paycheck | 10/31/2013 | 48787 | DAISY TRIACK | X | -2,200.28 | -4,408.27 |
| Check | 06/03/2014 | 49401 | MAGIC TRANSPORT | X | -127.00 | -4,535.27 |
| General Journal | 06/27/2014 | 44 | EURO MOTORCY... | X | -1,433.35 | -5,968.62 |
| Check | 07/29/2014 | 49375 | MIDDLETOWN CY... | X | -721.98 | -6,690.60 |
| Bill Pmt -Check | 07/30/2014 | 49377 | BELLA INTERNATI... | X | -3,354.83 | -10,045.43 |
| General Journal | 08/01/2014 | 49 | TRIPLE S - PROPI... | X | -3,501.10 | -13,546.53 |
| Paycheck | 08/01/2014 | 49381 | JUAN M DIAZ APO... | X | -448.88 | -13,995.41 |
| Paycheck | 08/01/2014 | 49383 | RAMON A. DE JES... | X | -357.18 | -14,352.59 |
| Paycheck | 08/01/2014 | 49382 | PASCUAL GARCIA | X | -357.17 | -14,709.76 |
| Paycheck | 08/01/2014 | 49380 | IVAN COLON ROD... | X | -246.43 | -14,956.19 |
| Check | 08/01/2014 | | JET BLUE | X | -212.00 | -15,168.19 |
| Paycheck | 08/01/2014 | 49384 | WANDA MARTINE... | X | -209.44 | -15,377.63 |
| Bill Pmt -Check | 08/02/2014 | 49388 | SUZUKI DEL CARI... | X | -557.77 | -15,935.40 |
| Bill Pmt -Check | 08/02/2014 | 49387 | HENRY ALARM | X | -42.00 | -15,977.40 |
| Check | 08/02/2014 | 49386 | OLIVER EXTERMI... | X | -29.96 | -16,007.36 |
| Check | 08/04/2014 | | POPULAR LEASING | X | -1,018.33 | -17,025.69 |
| Check | 08/04/2014 | | MIC SYSTEM & SO... | X | -100.00 | -17,125.69 |
| Check | 08/04/2014 | | PUMA | X | -27.37 | -17,153.06 |
| Check | 08/04/2014 | | PUEBLO ISLA VER... | X | -23.14 | -17,176.20 |
| Check | 08/04/2014 | | SUBWAY | X | -19.80 | -17,196.00 |
| Check | 08/04/2014 | | AUTHORIZE.NET | X | -15.00 | -17,211.00 |
| Check | 08/04/2014 | | ITUNES | X | -13.89 | -17,224.89 |
| Check | 08/04/2014 | | TEODORO MOSC... | X | -3.30 | -17,228.19 |
| Bill Pmt -Check | 08/05/2014 | 49389 | TUCKER ROCKY D... | X | -3,179.30 | -20,407.49 |
| Check | 08/05/2014 | 49390 | SECRETARIO DE ... | X | -26.40 | -20,433.89 |
| Check | 08/06/2014 | | HLSM | X | -50.00 | -20,483.89 |
| Check | 08/06/2014 | | 1AND1.COM | X | -20.97 | -20,504.86 |
| Check | 08/06/2014 | | WEBNET | X | -15.99 | -20,520.85 |
| Bill Pmt -Check | 08/07/2014 | 49392 | ANGLESHELF OF ... | X | -847.78 | -21,368.63 |
| Bill Pmt -Check | 08/07/2014 | 49391 | HELMET HOUSE | X | -823.76 | -22,192.39 |
| Check | 08/07/2014 | 49393 | MAGIC TRANSPORT | X | -76.90 | -22,269.29 |
| Check | 08/08/2014 | 49394 | RUBEN SANTOS C... | X | -500.00 | -22,769.29 |
| Paycheck | 08/08/2014 | 49397 | JUAN M DIAZ APO... | X | -448.88 | -23,218.17 |
| Paycheck | 08/08/2014 | 49398 | PASCUAL GARCIA | X | -357.18 | -23,575.35 |
| Paycheck | 08/08/2014 | 49399 | RAMON A. DE JES... | X | -357.17 | -23,932.52 |
| Paycheck | 08/08/2014 | 49396 | IVAN COLON ROD... | X | -246.42 | -24,178.94 |
| Paycheck | 08/08/2014 | 49400 | WANDA MARTINE... | X | -209.44 | -24,388.38 |
| Check | 08/08/2014 | | TEODORO MOSC... | X | -3.30 | -24,391.68 |
| Bill Pmt -Check | 08/09/2014 | 49404 | FIT BEARINGS | X | -1,917.02 | -26,308.70 |
| Bill Pmt -Check | 08/09/2014 | 49403 | EMGO INTERNATI... | X | -553.72 | -26,862.42 |
| Bill Pmt -Check | 08/09/2014 | 49402 | WORLDNET TELE... | X | -402.18 | -27,264.60 |
| Check | 08/11/2014 | 49405 | YAIRA ROJAS TO... | X | -2,000.00 | -29,264.60 |
| Check | 08/11/2014 | 49408 | CRIM | X | -1,855.27 | -31,119.87 |
| Check | 08/11/2014 | 49409 | MIDDLETOWN CY... | X | -1,497.58 | -32,617.45 |
| Check | 08/11/2014 | | ITALIAN AWNING ... | X | -700.00 | -33,317.45 |
| Check | 08/11/2014 | | AAA MINI ALMACE... | X | -650.71 | -33,968.16 |
| Check | 08/11/2014 | 49406 | FIRST BANK PUE... | X | -589.00 | -34,557.16 |
| Bill Pmt -Check | 08/11/2014 | 49407 | TUCKER ROCKY D... | X | -261.23 | -34,818.39 |
| Check | 08/12/2014 | | PIAGGIO GROUP ... | X | -2,359.88 | -37,178.27 |
| Check | 08/12/2014 | 49410 | MAGIC TRANSPORT | X | -644.43 | -37,822.70 |
| Check | 08/12/2014 | | ITUNES | X | -10.68 | -37,833.38 |
| Check | 08/13/2014 | 49413 | CRIM | X | -5,829.35 | -43,662.73 |
| Check | 08/14/2014 | 49411 | FORMAL INSURAN... | X | -3,380.20 | -47,042.93 |
| Check | 08/14/2014 | 49412 | VILPA ADVERTISI... | X | -437.50 | -47,480.43 |
| Check | 08/14/2014 | | LEXUS DE SAN JU... | X | -428.00 | -47,908.43 |
| Check | 08/14/2014 | | PASTA TO GO | X | -19.58 | -47,928.01 |
| Check | 08/15/2014 | | IRS | X | -1,936.87 | -49,864.88 |
| Paycheck | 08/15/2014 | 49416 | JUAN M DIAZ APO... | X | -448.88 | -50,313.76 |
| Paycheck | 08/15/2014 | 49417 | PASCUAL GARCIA | X | -357.16 | -50,670.92 |
| Paycheck | 08/15/2014 | 49418 | RAMON A. DE JES... | X | -350.30 | -51,021.22 |
| Paycheck | 08/15/2014 | 49415 | IVAN COLON ROD... | X | -246.43 | -51,267.65 |
| Paycheck | 08/15/2014 | 49420 | WANDA MARTINE... | X | -209.43 | -51,477.08 |
| Paycheck | 08/15/2014 | 49414 | ALTAGRACIA GUI... | X | -113.60 | -51,590.68 |
| Bill Pmt -Check | 08/16/2014 | 49422 | TUCKER ROCKY D... | X | -2,346.70 | -53,937.38 |

Page 1

10:26 AM
11/01/14

# Cycle Sport Center, Inc.
# Reconciliation Detail
1020-00 · Checking Account ( Redacted ), Period Ending 08/29/2014

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Bill Pmt -Check | 08/16/2014 | 49421 | MOTOR SPORT IN... | X | -1,804.00 | -55,741.38 |
| Bill Pmt -Check | 08/16/2014 | 49419 | AUTORIDAD DE A... | X | -118.56 | -55,859.94 |
| Check | 08/18/2014 | 49423 | SCANNER OVERS... | X | -85.60 | -55,945.54 |
| Check | 08/18/2014 | | FOODNET | X | -31.65 | -55,977.19 |
| Check | 08/18/2014 | | ITUNES | X | -1.06 | -55,978.25 |
| Bill Pmt -Check | 08/19/2014 | 49427 | SUZUKI DEL CARI... | X | -318.61 | -56,296.86 |
| Check | 08/19/2014 | 49424 | MAGIC TRANSPORT | X | -76.90 | -56,373.76 |
| Bill Pmt -Check | 08/20/2014 | 49429 | TUCKER ROCKY D... | X | -2,014.71 | -58,388.47 |
| Check | 08/20/2014 | | ITALIAN AWNING ... | X | -878.25 | -59,266.72 |
| Check | 08/20/2014 | | PIAGGIO GROUP ... | X | -828.37 | -60,095.09 |
| Bill Pmt -Check | 08/20/2014 | 49428 | BELLA INTERNATI... | X | -633.40 | -60,728.49 |
| Check | 08/20/2014 | | PAYPAL | X | -69.95 | -60,798.44 |
| Check | 08/21/2014 | | POPULAR AUTO | X | -694.41 | -61,492.85 |
| Check | 08/21/2014 | | AT&T | X | -328.07 | -61,820.92 |
| Paycheck | 08/22/2014 | 49432 | JUAN M DIAZ APO... | X | -448.88 | -62,269.80 |
| Paycheck | 08/22/2014 | 49433 | PASCUAL GARCIA | X | -357.18 | -62,626.98 |
| Paycheck | 08/22/2014 | 49431 | IVAN COLON ROD... | X | -258.95 | -62,885.93 |
| Paycheck | 08/22/2014 | 49434 | RAMON A. DE JES... | X | -248.48 | -63,134.41 |
| Paycheck | 08/22/2014 | 49435 | WANDA MARTINE... | X | -209.44 | -63,343.85 |
| Paycheck | 08/22/2014 | 49430 | ALTAGRACIA GUI... | X | -101.47 | -63,445.32 |
| Check | 08/25/2014 | | ARI | X | -345.00 | -63,790.32 |
| Check | 08/25/2014 | | LA PLAYITA | X | -68.15 | -63,858.47 |
| Check | 08/26/2014 | 49446 | VILPA ADVERTISI... | X | -437.50 | -64,295.97 |
| Check | 08/26/2014 | 49438 | AUTORIDAD DE E... | X | -293.95 | -64,589.92 |
| Bill Pmt -Check | 08/26/2014 | 49439 | TNT PRINTING | X | -250.00 | -64,839.92 |
| Check | 08/26/2014 | | FAMOUS DAVE | X | -84.15 | -64,924.07 |
| Check | 08/26/2014 | 49441 | OLIVER EXTERMI... | X | -29.96 | -64,954.03 |
| Check | 08/27/2014 | | PIAGGIO GROUP ... | X | -340.13 | -65,294.16 |
| General Journal | 08/27/2014 | 50 | VILPA ADVERTISI... | X | -244.90 | -65,539.06 |
| Check | 08/27/2014 | | MAGIC TRANSPORT | X | -76.90 | -65,615.96 |
| Check | 08/28/2014 | | MUNICIPIO DE SA... | X | -1,172.60 | -66,788.56 |
| Check | 08/28/2014 | | TD BANK BILL PA... | X | -180.00 | -66,968.56 |
| Check | 08/29/2014 | | VIAJES COQUI | X | -636.70 | -67,605.26 |
| Check | 08/29/2014 | | VIAJES COQUI | X | -636.70 | -68,241.96 |
| General Journal | 08/29/2014 | 53 | | X | -346.55 | -68,588.51 |
| Paycheck | 08/29/2014 | 49452 | RAMON A. DE JES... | X | -279.68 | -68,868.19 |
| Paycheck | 08/29/2014 | 49449 | IVAN COLON ROD... | X | -247.26 | -69,115.45 |
| Paycheck | 08/29/2014 | 49453 | WANDA MARTINE... | X | -209.89 | -69,325.34 |
| Check | 08/29/2014 | | SHELL DE ISLA VE... | X | -56.41 | -69,381.75 |
| Total Checks and Payments | | | | | -69,381.75 | -69,381.75 |
| Deposits and Credits - 48 items | | | | | | |
| Check | 08/01/2014 | 49385 | TRIPLE S - PROPI... | X | 0.00 | 0.00 |
| Deposit | 08/01/2014 | | | X | 440.60 | 440.60 |
| Deposit | 08/02/2014 | | | X | 1,599.64 | 2,040.24 |
| Deposit | 08/04/2014 | | | X | 1,200.00 | 3,240.24 |
| Deposit | 08/04/2014 | | | X | 1,954.49 | 5,194.73 |
| Deposit | 08/05/2014 | | | X | 290.39 | 5,485.12 |
| Deposit | 08/05/2014 | | | X | 700.00 | 6,185.12 |
| Deposit | 08/07/2014 | | | X | 374.82 | 6,559.94 |
| Deposit | 08/07/2014 | | | X | 3,062.79 | 9,622.73 |
| Deposit | 08/07/2014 | | | X | 5,000.00 | 14,622.73 |
| Deposit | 08/08/2014 | | | X | 65.75 | 14,688.48 |
| Deposit | 08/08/2014 | | | X | 3,275.76 | 17,964.24 |
| Deposit | 08/09/2014 | | | X | 420.79 | 18,385.03 |
| Deposit | 08/11/2014 | | | X | 834.69 | 19,219.72 |
| Deposit | 08/11/2014 | | | X | 2,110.38 | 21,330.10 |
| Deposit | 08/12/2014 | | | X | 800.00 | 22,130.10 |
| Deposit | 08/13/2014 | | | X | 553.68 | 22,683.78 |
| Deposit | 08/13/2014 | | | X | 784.32 | 23,468.10 |
| Deposit | 08/14/2014 | | | X | 3,500.00 | 26,968.10 |
| General Journal | 08/14/2014 | 49R | TRIPLE S - PROPI... | X | 3,501.10 | 30,469.20 |
| Deposit | 08/14/2014 | | | X | 3,676.78 | 34,145.98 |
| Deposit | 08/15/2014 | | | X | 268.13 | 34,414.11 |
| Deposit | 08/15/2014 | | | X | 312.56 | 34,726.67 |
| Deposit | 08/15/2014 | | | X | 1,479.27 | 36,205.94 |
| Deposit | 08/15/2014 | | | X | 3,500.00 | 39,705.94 |
| Deposit | 08/15/2014 | | | X | 4,457.94 | 44,163.88 |

10:26 AM
11/01/14

# Cycle Sport Center, Inc.
## Reconciliation Detail
### 1020-00 · Checking Account ( Redacted ), Period Ending 08/29/2014

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---:|---:|
| Deposit | 08/16/2014 | | | X | 537.21 | 44,701.09 |
| Deposit | 08/16/2014 | | | X | 595.36 | 45,296.45 |
| Deposit | 08/16/2014 | | | X | 1,073.89 | 46,370.34 |
| Deposit | 08/19/2014 | | | X | 700.47 | 47,070.81 |
| Deposit | 08/19/2014 | | | X | 1,385.79 | 48,456.60 |
| Deposit | 08/19/2014 | | | X | 1,500.00 | 49,956.60 |
| Deposit | 08/20/2014 | | | X | 286.76 | 50,243.36 |
| Deposit | 08/22/2014 | | | X | 1,123.65 | 51,367.01 |
| Deposit | 08/25/2014 | | | X | 469.00 | 51,836.01 |
| Deposit | 08/25/2014 | | | X | 1,391.28 | 53,227.29 |
| Deposit | 08/25/2014 | | | X | 1,682.15 | 54,909.44 |
| Deposit | 08/26/2014 | | | X | 0.20 | 54,909.64 |
| Deposit | 08/26/2014 | | | X | 305.71 | 55,215.35 |
| Deposit | 08/26/2014 | | | X | 374.45 | 55,589.80 |
| Deposit | 08/26/2014 | | | X | 1,080.00 | 56,669.80 |
| Check | 08/27/2014 | 49445 | VILPA ADVERTISI... | X | 0.00 | 56,669.80 |
| Deposit | 08/27/2014 | | | X | 520.00 | 57,189.80 |
| Deposit | 08/27/2014 | | | X | 570.03 | 57,759.83 |
| Deposit | 08/27/2014 | | | X | 581.63 | 58,341.46 |
| General Journal | 08/28/2014 | 50R | VILPA ADVERTISI... | X | 244.90 | 58,586.36 |
| Deposit | 08/28/2014 | | | X | 377.98 | 58,964.34 |
| Deposit | 08/28/2014 | | | X | 800.00 | 59,764.34 |
| Total Deposits and Credits | | | | | 59,764.34 | 59,764.34 |
| Total Cleared Transactions | | | | | -9,617.41 | -9,617.41 |
| Cleared Balance | | | | | -9,617.41 | 2,563.84 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 18 items** | | | | | | |
| Check | 09/12/2013 | 48669 | CRIM | | -2,258.14 | -2,258.14 |
| Check | 09/12/2013 | 48670 | CRIM | | -1,977.68 | -4,235.82 |
| Check | 09/12/2013 | 48668 | CRIM | | -155.98 | -4,391.80 |
| Paycheck | 03/31/2014 | 49098 | DAISY TRIACK | | -2,177.28 | -6,569.08 |
| Paycheck | 04/30/2014 | 49099 | DAISY TRIACK | | -2,196.29 | -8,765.37 |
| Check | 06/17/2014 | | POLICIA DE PR - ... | | -9.21 | -8,774.58 |
| Check | 06/18/2014 | 49292 | ASOCIACION CON... | | -100.00 | -8,874.58 |
| Check | 07/15/2014 | 49365 | SECRETARIO DE ... | | -41.60 | -8,916.18 |
| Check | 07/30/2014 | 49379 | AUTORIDAD DE E... | | -311.20 | -9,227.38 |
| General Journal | 08/05/2014 | 46 | MAGIC TRANSPORT | | -91.90 | -9,319.28 |
| Bill Pmt -Check | 08/19/2014 | 49425 | MOTOR SPORT IN... | | -2,412.00 | -11,731.28 |
| Bill Pmt -Check | 08/19/2014 | 49426 | MOTOR SPORT IN... | | -1,271.99 | -13,003.27 |
| Check | 08/26/2014 | 49442 | COSME AIR COND... | | -85.00 | -13,088.27 |
| Check | 08/29/2014 | 49447 | MIDDLETOWN CY... | | -1,167.37 | -14,255.64 |
| Paycheck | 08/29/2014 | 49450 | JUAN M DIAZ APO... | | -448.88 | -14,704.52 |
| Paycheck | 08/29/2014 | 49451 | PASCUAL GARCIA | | -357.17 | -15,061.69 |
| Paycheck | 08/29/2014 | 49448 | ALTAGRACIA GUI... | | -107.13 | -15,168.82 |
| Check | 08/29/2014 | 49454 | SCANNER OVERS... | | -84.53 | -15,253.35 |
| Total Checks and Payments | | | | | -15,253.35 | -15,253.35 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 11/29/2013 | | | | 10,000.00 | 10,000.00 |
| Total Deposits and Credits | | | | | 10,000.00 | 10,000.00 |
| Total Uncleared Transactions | | | | | -5,253.35 | -5,253.35 |
| Register Balance as of 08/29/2014 | | | | | -14,870.76 | -2,689.51 |

10:26 AM
11/01/14

# Cycle Sport Center, Inc.
# Reconciliation Detail
### 1020-00 · Checking Account ( Redacted ), Period Ending 08/29/2014

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **New Transactions** | | | | | | |
| **Checks and Payments - 114 items** | | | | | | |
| Bill Pmt -Check | 09/05/2014 | 49462 | TUCKER ROCKY D... | | -1,872.49 | -1,872.49 |
| Check | 09/05/2014 | 49461 | AUTORIDAD DE E... | | -1,744.15 | -3,616.64 |
| Check | 09/05/2014 | 49463 | TRIPLE S - PROPI... | | -483.08 | -4,099.72 |
| Paycheck | 09/05/2014 | 49457 | JUAN M DIAZ APO... | | -448.88 | -4,548.60 |
| Check | 09/05/2014 | 49464 | TRIPLE S - PROPI... | | -411.41 | -4,960.01 |
| Paycheck | 09/05/2014 | 49458 | PASCUAL GARCIA | | -357.18 | -5,317.19 |
| Paycheck | 09/05/2014 | 49459 | RAMON A. DE JES... | | -279.69 | -5,596.88 |
| Paycheck | 09/05/2014 | 49456 | IVAN COLON ROD... | | -247.26 | -5,844.14 |
| Paycheck | 09/05/2014 | 49460 | WANDA MARTINE... | | -210.13 | -6,054.27 |
| Paycheck | 09/05/2014 | 49455 | ALTAGRACIA GUI... | | -100.13 | -6,154.40 |
| Check | 09/05/2014 | 49465 | SCANNER OVERS... | | -84.53 | -6,238.93 |
| Check | 09/09/2014 | 49467 | MIDDLETOWN CY... | | -966.55 | -7,205.48 |
| Check | 09/09/2014 | 49466 | FIRST BANK PUE... | | -589.00 | -7,794.48 |
| Bill Pmt -Check | 09/11/2014 | 49468 | MOTOR SPORT IN... | | -5,608.00 | -13,402.48 |
| Bill Pmt -Check | 09/12/2014 | 49475 | J-C HARLEY SERV... | | -753.96 | -14,156.44 |
| Paycheck | 09/12/2014 | 49471 | JUAN M DIAZ APO... | | -448.89 | -14,605.33 |
| Paycheck | 09/12/2014 | 49472 | PASCUAL GARCIA | | -357.17 | -14,962.50 |
| Paycheck | 09/12/2014 | 49473 | RAMON A. DE JES... | | -279.68 | -15,242.18 |
| Paycheck | 09/12/2014 | 49470 | IVAN COLON ROD... | | -247.25 | -15,489.43 |
| Paycheck | 09/12/2014 | 49474 | WANDA MARTINE... | | -210.14 | -15,699.57 |
| Paycheck | 09/12/2014 | 49469 | ALTAGRACIA GUI... | | -113.82 | -15,813.39 |
| Check | 09/15/2014 | 49476 | YAIRA ROJAS TO... | | -2,000.00 | -17,813.39 |
| Check | 09/15/2014 | 49477 | CRIM | | -1,855.27 | -19,668.66 |
| Bill Pmt -Check | 09/17/2014 | 49480 | WORLDNET TELE... | | -399.40 | -20,068.06 |
| Bill Pmt -Check | 09/17/2014 | 49479 | FELIX D. MORALE... | | -120.00 | -20,188.06 |
| Bill Pmt -Check | 09/17/2014 | 49478 | AUTORIDAD DE A... | | -118.56 | -20,306.62 |
| Bill Pmt -Check | 09/19/2014 | 49488 | BELLA INTERNATI... | | -1,956.49 | -22,263.11 |
| Check | 09/19/2014 | 49487 | DEPARTMENTOFT... | | -1,500.00 | -23,763.11 |
| Bill Pmt -Check | 09/19/2014 | 49489 | TUCKER ROCKY D... | | -1,298.78 | -25,061.89 |
| Bill Pmt -Check | 09/19/2014 | 49490 | MOTOR SPORT IN... | | -479.50 | -25,541.39 |
| Paycheck | 09/19/2014 | 49483 | JUAN M DIAZ APO... | | -448.88 | -25,990.27 |
| Paycheck | 09/19/2014 | 49484 | PASCUAL GARCIA | | -357.17 | -26,347.44 |
| Paycheck | 09/19/2014 | 49485 | RAMON A. DE JES... | | -293.78 | -26,641.22 |
| Paycheck | 09/19/2014 | 49482 | IVAN COLON ROD... | | -259.64 | -26,900.86 |
| Paycheck | 09/19/2014 | 49486 | WANDA MARTINE... | | -210.13 | -27,110.99 |
| Paycheck | 09/19/2014 | 49481 | ALTAGRACIA GUI... | | -113.81 | -27,224.80 |
| Check | 09/24/2014 | 49497 | MAGIC TRANSPORT | | -76.90 | -27,301.70 |
| Check | 09/25/2014 | 49498 | MIDDLETOWN CY... | | -808.56 | -28,110.26 |
| Paycheck | 09/26/2014 | 49493 | JUAN M DIAZ APO... | | -448.88 | -28,559.14 |
| Paycheck | 09/26/2014 | 49494 | PASCUAL GARCIA | | -357.17 | -28,916.31 |
| Paycheck | 09/26/2014 | 49495 | RAMON A. DE JES... | | -293.77 | -29,210.08 |
| Paycheck | 09/26/2014 | 49492 | IVAN COLON ROD... | | -259.63 | -29,469.71 |
| Paycheck | 09/26/2014 | 49496 | WANDA MARTINE... | | -210.13 | -29,679.84 |
| Paycheck | 09/26/2014 | 49491 | ALTAGRACIA GUI... | | -113.83 | -29,793.67 |
| Check | 09/27/2014 | | MAARA CORPORA... | | -8.70 | -29,802.37 |
| Bill Pmt -Check | 09/29/2014 | 49509 | COSME AIR COND... | | -4,186.83 | -33,989.20 |
| Bill Pmt -Check | 09/30/2014 | 49500 | BELLA INTERNATI... | | -3,178.27 | -37,167.47 |
| Bill Pmt -Check | 09/30/2014 | 49501 | TUCKER ROCKY D... | | -816.18 | -37,983.65 |
| Bill Pmt -Check | 09/30/2014 | 49502 | EMGO INTERNATI... | | -733.87 | -38,717.52 |
| Check | 09/30/2014 | 49499 | RUBEN SANTOS C... | | -500.00 | -39,217.52 |
| Check | 10/02/2014 | 49512 | AUTORIDAD DE E... | | -1,023.66 | -40,241.18 |
| Check | 10/02/2014 | 49511 | TRIPLE S - PROPI... | | -483.08 | -40,724.26 |
| Paycheck | 10/02/2014 | 49505 | JUAN M DIAZ APO... | | -448.88 | -41,173.14 |
| Check | 10/02/2014 | 49510 | TRIPLE S - PROPI... | | -411.41 | -41,584.55 |
| Paycheck | 10/02/2014 | 49506 | PASCUAL GARCIA | | -357.18 | -41,941.73 |
| Check | 10/02/2014 | 49513 | AUTORIDAD DE E... | | -312.27 | -42,254.00 |
| Paycheck | 10/02/2014 | 49507 | RAMON A. DE JES... | | -293.78 | -42,547.78 |
| Paycheck | 10/02/2014 | 49504 | IVAN COLON ROD... | | -259.64 | -42,807.42 |
| Paycheck | 10/02/2014 | 49508 | WANDA MARTINE... | | -210.13 | -43,017.55 |
| Paycheck | 10/02/2014 | 49503 | ALTAGRACIA GUI... | | -113.82 | -43,131.37 |
| Check | 10/03/2014 | 49514 | MAGIC TRANSPORT | | -791.99 | -43,923.36 |
| Bill Pmt -Check | 10/06/2014 | 49515 | VENTO DISTRIBU... | | -372.59 | -44,295.95 |
| Check | 10/07/2014 | | YAIRA ROJAS TO... | | -2,000.00 | -46,295.95 |
| Bill Pmt -Check | 10/07/2014 | 49516 | TUCKER ROCKY D... | | -861.88 | -47,157.83 |
| Bill Pmt -Check | 10/07/2014 | 49517 | EMGO INTERNATI... | | -154.17 | -47,312.00 |
| Bill Pmt -Check | 10/09/2014 | 49519 | COSME AIR COND... | | -1,519.65 | -48,831.65 |