**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3566-LTS<br><br>Re: Adv. Pro. Nos. 19-00356, 19-00357, 19-00358, 19-039, 19-00361, 19-00366 and 19-00367 |

---

[1] The Debtors in these jointly-administered PROMESA title III cases (these "**Title III Cases**"), along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric and Power Authority  (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747).

**NOTICE OF WITHDRAWAL OF MOTION OF THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES OF THE COMMONWEALTH OF PUERTO RICO, THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO AS REPRESENTATIVE OF THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO TO COMPEL DEPOSITION TESTIMONY BY ERS BONDHOLDERS AND THE SUPPLEMENT OF THE ERS BONDHOLDERS' PRIVILEGE LOGS**

PLEASE TAKE NOTICE THAT in light of the agreement reached between the parties, the *Motion of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board of Puerto Rico as Representative of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, the Official Committee of Unsecured Creditors, and the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico to Compel Deposition Testimony by ERS Bondholders and the Supplement of the ERS Bondholders' Privilege Logs* (Case No. 17-bk-3283, Dkt. 13060; Case No. 17-bk-3566, Dkt. 895) is hereby withdrawn without prejudice.

Dated: May 22, 2020

Respectfully submitted,

| | |
|---|---|
| **JENNER & BLOCK LLP** | **BENNAZAR, GARCÍA & MILIÁN, C.S.P.** |
| By: */s/ Robert Gordon* | By: */s/ A.J. Bennazar-Zequeira* |
| Robert Gordon (admitted *pro hac vice*) | A.J. Bennazar-Zequeira |
| 919 Third Ave | Héctor M. Mayol Kauffmann |
| New York, NY 10022-3908 | Edificio Union Plaza |
| rgordon@jenner.com | 1701 Avenida Ponce de León #416 |
| 212-891-1600 (telephone) | Hato Rey, San Juan, PR 00918 |
| 212-891-1699 (facsimile) | ajb@bennazar.org |
| | hector.mayol@bennazar.org |
| Catherine Steege (admitted *pro hac vice*) | 787-754-9191 (telephone) |
| Melissa Root (admitted *pro hac vice*) | 787-764-3101 (facsimile) |
| Landon Raiford (admitted *pro hac vice*) | |
| 353 N. Clark Street | *Counsel for The Official Committee of Retired* |
| Chicago, IL 60654 | *Employees of Puerto Rico* |

2

    csteege@jenner.com
    mroot@jenner.com
    lraiford@jenner.com
    312-222-9350 (telephone)
    312-239-5199 (facsimile)

                                          Respectfully submitted,

                                          */s/ Margaret A. Dale*

                                          Martin J. Bienenstock (*pro hac vice)*
                                          Brian S. Rosen (*Pro hac vice)*
                                          Jeffrey W. Levitan (*pro hac vice)*
                                          Margaret A. Dale (*pro hac vice*)
                                          PROSKAUER ROSE LLP
                                          Eleven Times Square
                                          New York, NY 10036
                                          Tel: (212) 969-3000
                                          Fax: (212) 969-2900
                                          Email: mbienenstock@proskauer.com
                                          Email: brosen@proskauer.com
                                          Email: jlevitan@proskauer.com
                                          Email: mdale@proskauer.com


                                          */s/ Sunni P. Beville*

                                          BROWN RUDNICK LLP
                                          Edward S. Weisfelner, Esq. (*pro hac vice)*
                                          Seven Times Square
                                          New York, NY 10036
                                          Tel: (212) 209-4800
                                          Email: eweisfelner@brownrucknick.com

                                          Sunni P. Beville, Esq. (*pro hac vice*)
                                          One Financial Center
                                          Boston, MA 02111
                                          Tel: (617) 856-8200
                                          Email: sbeville@brownrudnick.com

                                          *Counsel to the Special Claims Committee*

*/s/ Alberto Estrella*

ESTRELLA, LLC
Alberto Estrella (USDC-PR 209804)
Kenneth C. Suria (USDC-PR 213302)
P.O. Box 9023596
San Juan, Puerto Rico 00902-3596
Tel: (787) 977-5050
Fax: (787) 977-5090

*Local Counsel to the Special Claims Committee*

*/s/ Luc A. Despins*

PAUL HASTINGS LLP
Luc A. Despins (*pro hac vice*)
James R. Bliss, Esq. (*pro hac vice*)
James B. Worthington, Esq. (*pro hac vice*)
G. Alexander Bongartz (*pro hac vice*)
200 Park Aenue
New York, NY 10166
Tel: (212) 318-6000
Email: lucdespins@paulhastings.com
Email: jamesbliss@paulhastings.com
Email: jamesworthington@paulhastings.com
Email: alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

4

/s/ Juan J. Casillas Ayala

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq. (USDC-PR 218312)
Israel Fernández Rodrigues, Esq. (USDC-PR 22504)
Juan C. Nieves González, Esq. (USDC-PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC-PR 306008)
P.O. Box 195075
San Juan, Puerto Rico 00919-5075
Tel: (797) 523-3434
Fax: (797) 523-3433
Email: jcasillas@cstlawpr.com
Email: ifernandez@cstlawpr.com
Email: jnieves@cstlawpr.com
Email: cfernandez@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*

/s/ John Arrastia

GENOVESE JOBLOVE & BATTISTA, P.A.
John Arrastia, Esq. (*pro hac vice*)
John H. Genovese, Esq. (*pro hac vice*)
Jesus M. Suarez, Esq. (*pro hac vice*)
Mariaelena Gavo-Guitian, Esq. (*pro hac vice*)
100 SE 2nd Street, Suite 4400
Miami, FL 33131
Tel: (305) 349-2300
Email: jarrastia@gjb-law.com
Email: jgenovese@gjb-law.com
Email: jsuarez@gjb-law.com
Email: mguitian@gjb-law.com

*Special Litigation Counsel to the Official Committee of Unsecured Creditors*

5