# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**MOTION OF AMBAC ASSURANCE CORPORATION, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., AND FINANCIAL GUARANTY INSURANCE COMPANY TO FILE DOCUMENTS RELATED TO PRIFA LIFT STAY SUR-REPLY RESPONSE UNDER SEAL**

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Ambac[2], Assured, and FGIC (collectively, the "Movants") by and through their undersigned attorneys, respectfully submit this motion to seal certain papers related to the PRIFA lift stay motion (the "Motion to Seal"). Attached hereto as **Exhibit A** is a proposed order granting the Motion to Seal. In further support of the Motion to Seal, the Movants respectfully state as follows:

1. On April 17, 2020, the Movants, the Government Parties, and certain additional parties filed a *Stipulation and [Proposed] Protective Order* (ECF No. 12876) (the "Protective Order")[3], which contained procedures for handling confidential documents produced in discovery on the Lift Stay Motions. On April 21, 2020, the Court entered the Protective Order. (ECF No. 12912.)[4]

2. The Protective Order prohibits parties from filing on the public docket any discovery material that another party has marked confidential. (ECF No. 12912 ¶ 21.)

3. On April 30, 2020, the Court entered an *Order Clarifying Stipulation and Protective Order* (ECF No. 13013) ("Clarification Order") stating that parties should not file documents under seal without prior authorization.

4. On May 20, 2020, the Court entered an Order authorizing the Movants to file responses to the Government Parties' Lift Stay Sur-Replies (ECF No. 13190). Movants' response to the Oversight Board's PRIFA Lift Stay Sur-Reply (ECF No. 13159) is due today.

---

[2] Unless otherwise specified, defined terms have the meanings given to them in the *Stipulation and Protective Order* (ECF No. 12912) (the "Protective Order") and Movants' Lift Stay briefing.

[3] "ECF No." refers to documents filed in Case No. 17-BK-3283-LTS, unless otherwise noted. *See also* ECF No. 768 in Case No. 17-BK-3567-LTS.

[4] The *Stipulation and Protective Order* was also entered by the Court as ECF No. 771 in Case No. 17-BK-3567-LTS.

5. On May 25, 2020, Movants contacted the attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") to request that they remove confidentiality designations on certain documents that Movants intend to submit to the Court as exhibits in connection with today's filing. Counsel for AAFAF has not yet responded to Movants' request, and absent a response, AAFAF's existing confidentiality designations preclude the public filing of the documents.

6. Movants submit this Motion to Seal in compliance with the requirement under the Protective Order to file any materials containing information designated as Confidential thereunder under seal.

7. Movants take no position on whether the documents designated by AAFAF is in fact confidential or whether it should remain under seal. Consistent with the Court's prior practice, the draft proposed order attached hereto includes a provision directing the Government Parties to articulate their basis for any sealing requests. Movants are prepared to file all papers on the public docket if the Court so directs.

Dated: May 26, 2020
San Juan, Puerto Rico

**FERRAIUOLI LLC**

By: */s/ Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)
Sonia Colón (USDC-PR No. 213809)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com
scolon@ferraiuoli.com

**MILBANK LLP**

By: */s/ Atara Miller*
Dennis F. Dunne (admitted *pro hac vice*)
Atara Miller (admitted *pro hac vice*)
Grant R. Mainland (admitted *pro hac vice*)
John J. Hughes, III (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Email: ddunne@milbank.com
amiller@milbank.com
gmainland@milbank.com
jhughes2@milbank.com

***Attorneys for Ambac Assurance Corporation***

3

<div style="display: flex;">

<div>

**REXACH & PICÓ, CSP**

By: /s/ *María E. Picó*
    María E. Picó
    (USDC-PR No. 123214)
    802 Ave. Fernández Juncos
    San Juan, PR 00907-4315
    Telephone: (787) 723-8520
    Facsimile: (787) 724-7844
    Email: mpico@rexachpico.com

**BUTLER SNOW LLP**

By: /s/ *Martin A. Sosland*
    Martin A. Sosland (admitted *pro hac vice*)
    5430 LBJ Freeway, Suite 1200
    Dallas, TX 75240
    Telephone: (469) 680-5502
    Facsimile: (469) 680-5501
    Email: martin.sosland@butlersnow.com
    Jason W. Callen (admitted *pro hac vice*)
    150 3rd Ave., S., Suite 1600
    Nashville, TN 37201
    Telephone: (615) 651-6774
    Facsimile: (615) 651-6701
    Email: jason.callen@butlersnow.com

**Attorneys for Financial Guaranty Insurance Company**

</div>

<div>

**CASELLAS ALCOVER & BURGOS P.S.C.**

By: /s/ *Heriberto Burgos Pérez*
    Heriberto Burgos Pérez
    (USDC-PR No. 204809)
    Ricardo F. Casellas-Sánchez
    (USDC-PR No. 203114)
    Diana Pérez-Seda
    (USDC-PR No. 232014)
    P.O. Box 364924
    San Juan, PR 00936-4924
    Telephone: (787) 756-1400
    Facsimile: (787) 756-1401
    Email: hburgos@cabprlaw.com
           rcasellas@cabprlaw.com
           dperez@cabprlaw.com

**CADWALADER, WICKERSHAM & TAFT LLP**

By: /s/ *Mark C. Ellenberg*
    Howard R. Hawkins, Jr. (admitted *pro hac vice*)
    Mark C. Ellenberg (admitted *pro hac vice*)
    William J. Natbony (admitted *pro hac vice*)
    Ellen M. Halstead (admitted *pro hac vice*)
    Thomas J. Curtin (admitted *pro hac vice*)
    Casey J. Servais (admitted *pro hac vice*)
    200 Liberty Street
    New York, NY 10281
    Telephone: (212) 504-6000
    Facsimile: (212) 504-6666
    Email: howard.hawkins@cwt.com
           mark.ellenberg@cwt.com
           bill.natbony@cwt.com
           ellen.halstead@cwt.com
           thomas.curtin@cwt.com
           casey.servais@cwt.com

**Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.**

</div>

</div>

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date a true and exact copy of this notice was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record.

<div style="text-align:right">

*/s/ Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com

</div>

# **Exhibit A**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor.[5] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

**[PROPOSED] ORDER GRANTING MOTION OF AMBAC ASSURANCE CORPORATION, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., AND FINANCIAL GUARANTY INSURANCE COMPANY TO FILE DOCUMENTS RELATED TO PRIFA LIFT STAY <u>SUR-REPLY RESPONSE UNDER SEAL</u>**

Upon consideration of the *Motion of Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Financial Guaranty Insurance Company to File Documents Related to PRIFA Lift Stay Sur-Reply Response Under Seal* (the "<u>Motion to Seal</u>"),[6] and the Court having reviewed the Motion to Seal and the relief requested; the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 48 U.S.C. § 2166(a); the Court

---

[5] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[6] Capitalized terms not defined in this Order shall have the meanings ascribed to them in the Motion to Seal.

determining that venue of this proceeding and the Motion to Seal in this District is proper under 28 U.S.C. § 1391(b) and 48 U.S.C. § 2167(a); notice of the Motion to Seal being adequate and proper under the circumstances; upon the record of the hearing on the Motion to Seal; and after due deliberation and sufficient cause appearing; therefore, it is HEREBY ORDERED THAT:

1. The Court will permit the filings to be filed under seal for a limited duration.

2. The Government Parties shall file with the Court a short brief justifying the continued sealing of the Confidential Filings by _____.

3. The Court will thereafter take any requests for continued sealing on submission.

4. This Order is without prejudice to the rights of any party in interest to seek to unseal the documents or any part thereof.

SO ORDERED.

Dated: _____

                                                               JUDITH GAIL DEIN
                                                               UNITED STATES MAGISTRATE JUDGE