THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## ORDER GRANTING MOTION TO SEAL FOR LIMITED DURATION AND FOR SUPPLEMENTAL BRIEFING

This matter is before the Court on the *Motion of Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Financial Guaranty Insurance Company, to File Documents Related to PRIFA Lift Stay Sur-Reply Response Under Seal* (Dkt. No. 13216 in 17-BK-3283) (the "Motion to Seal"). Therein, Movants[2] seek to file under seal certain exhibits (the "Exhibits") attached to their Response to the Oversight Board's PRIFA Lift Stay Sur-Reply that contain information produced by AAFAF and designated "Confidential" pursuant to the Protective Order governing discovery in the Lift Stay Motion proceeding. (Dkt. No. 12912 in 17-BK-3283).

Movants represent that they "take no position on whether the information designated by AAFAF is in fact confidential or whether it should remain under seal." (Motion to Seal ¶ 7).

---

[2] Capitalized terms not defined herein shall have the meanings given to them in the Motion to Seal.

Movants' Motion to Seal does not include sufficient information to justify continued sealing of the Exhibits. Thus, the Court will only permit the Exhibits to be filed under seal for a limited duration, during which time AAFAF may submit briefing to the Court explaining why continued sealing is appropriate. Accordingly:

1. Movants are entitled to file the full, unredacted versions of the Exhibits under seal.

2. The Clerk of Court shall allow access to the unredacted Exhibits to those parties who have signed the Protective Order (Dkt. No. 12912 in 17-BK-3283).

3. AAFAF shall file with the Court a short brief justifying the continued sealing of the Exhibits by **June 2, 2020**.

4. The Court will thereafter take any requests for continued sealing on submission.

5. This Order is without prejudice to the rights of any party in interest to seek to unseal the documents or any part thereof.

SO ORDERED.

Dated: May 26, 2020

/s/ Judith G. Dein
HONORABLE JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE

- 3 -