**NATBONY RESPONSE TO SUR REPLY DECLARATION**

**<u>Exhibit iii</u>**

SERVICIO A LA DEUDA
POR SECTOR Y ORIGEN DE RECURSOS
AÑO FISCAL    2006

(Redondeado al Millar)
GOBIERNO CENTRAL

| Agencia | R.C. | Asignaciones Especiales | F.Mejoras Públicas | F. Especiales Estatales | Fondos Federales | Ingresos Propios | Otros Ingresos | Total |
|---|---|---|---|---|---|---|---|---|
| **SECTOR : Administración General – Rama Ejecutiva** | | | | | | | | |
| Asignaciones bajo la Custodia de la Oficina de Gerencia y Presupuesto | 0 | 5,000 | 0 | 0 | 0 | 0 | 0 | 5,000 |
| Departamento de Hacienda | 0 | 48,011 | 36,235 | 0 | 0 | 0 | 0 | 84,246 |
| Oficina del Coordinador General para el Financiamiento Socioeconómico y la Autogestión | 0 | 0 | 50,000 | 0 | 0 | 0 | 0 | 50,000 |
| Sub-total Sector | 0 | 53,011 | 86,235 | 0 | 0 | 0 | 0 | 139,246 |
| **SECTOR : Administración de la Justicia** | | | | | | | | |
| Departamento de Justicia | 0 | 0 | 10,000 | 0 | 0 | 0 | 0 | 10,000 |
| Sub-total Sector | 0 | 0 | 10,000 | 0 | 0 | 0 | 0 | 10,000 |
| **SECTOR : Agropecuario** | | | | | | | | |
| Departamento de Agricultura | 0 | 7,828 | 17,884 | 0 | 0 | 0 | 0 | 25,712 |
| Sub-total Sector | 0 | 7,828 | 17,884 | 0 | 0 | 0 | 0 | 25,712 |
| **SECTOR : Asesoramiento y Asistencia Fiscal y Técnica a Municipios** | | | | | | | | |
| Aportaciones a los Municipios | 0 | 0 | 13,000 | 0 | 0 | 0 | 0 | 13,000 |
| Sub-total Sector | 0 | 0 | 13,000 | 0 | 0 | 0 | 0 | 13,000 |
| **SECTOR : Conservación de la Salud** | | | | | | | | |
| Departamento de Salud | 0 | 1,500 | 0 | 0 | 0 | 0 | 0 | 1,500 |
| Sub-total Sector | 0 | 1,500 | 0 | 0 | 0 | 0 | 0 | 1,500 |
| **SECTOR : Custodia y Rehabilitación de la Población Penal** | | | | | | | | |
| Administración de Instituciones Juveniles | 0 | 0 | 3,000 | 0 | 0 | 0 | 0 | 3,000 |
| Departamento de Corrección y Rehabilitación | 0 | 0 | 16,595 | 0 | 0 | 0 | 0 | 16,595 |
| Sub-total Sector | 0 | 0 | 19,595 | 0 | 0 | 0 | 0 | 19,595 |
| **SECTOR : Deuda Pública y Gerencial** | | | | | | | | |
| Deuda Pública | 0 | 435,000 | 0 | 113,825 | 0 | 0 | 0 | 548,825 |
| Sub-total Sector | 0 | 435,000 | 0 | 113,825 | 0 | 0 | 0 | 548,825 |
| **SECTOR : Educación y Cultura** | | | | | | | | |
| Departamento de Educación | 0 | 5,553 | 6,500 | 0 | 0 | 0 | 0 | 12,053 |
| Oficina Estatal de Conservación Histórica | 0 | 0 | 1,500 | 0 | 0 | 0 | 0 | 1,500 |
| Sub-total Sector | 0 | 5,553 | 8,000 | 0 | 0 | 0 | 0 | 13,553 |
| **SECTOR : Legislación y Contraloría** | | | | | | | | |
| Asamblea Legislativa | 0 | 0 | 10,844 | 0 | 0 | 0 | 0 | 10,844 |

SERVICIO DE LA DEUDA
POR SECTOR Y ORIGEN DE RECURSOS
AÑO FISCAL    2006

(Redondeado al Millar)
GOBIERNO CENTRAL

| Agencia | R.C. | Asignaciones Especiales | F.Mejoras Públicas | F. Especiales Estatales | Fondos Federales | Ingresos Propios | Otros Ingresos | Total |
|---|---|---|---|---|---|---|---|---|
| **SECTOR :   Legislación y Contraloría** | | | | | | | | |
| Sub-total Sector | 0 | 0 | 10,844 | 0 | 0 | 0 | 0 | 10,844 |
| **SECTOR :   Mejoramiento de la Vivienda y su Ambiente** | | | | | | | | |
| Administración de Vivienda Pública | 0 | 0 | 0 | 0 | 19,000 | 0 | 0 | 19,000 |
| Sub-total Sector | 0 | 0 | 0 | 0 | 19,000 | 0 | 0 | 19,000 |
| **SECTOR :   Recreación** | | | | | | | | |
| Departamento de Recreación y Deportes | 0 | 0 | 10,000 | 0 | 0 | 0 | 0 | 10,000 |
| Sub-total Sector | 0 | 0 | 10,000 | 0 | 0 | 0 | 0 | 10,000 |
| **SECTOR :   Recursos Humanos y Trabajo** | | | | | | | | |
| Oficina del Procurador del Veterano | 0 | 500 | 0 | 0 | 0 | 0 | 0 | 500 |
| Sub-total Sector | 0 | 500 | 0 | 0 | 0 | 0 | 0 | 500 |
| **SECTOR :   Recursos Naturales** | | | | | | | | |
| Departamento de Recursos Naturales y Ambientales | 0 | 0 | 36,500 | 0 | 0 | 0 | 0 | 36,500 |
| Sub-total Sector | 0 | 0 | 36,500 | 0 | 0 | 0 | 0 | 36,500 |
| **SECTOR :   Transporte** | | | | | | | | |
| Departamento de Transportación y Obras Públicas | 0 | 0 | 18,000 | 0 | 0 | 0 | 0 | 18,000 |
| Sub-total Sector | 0 | 0 | 18,000 | 0 | 0 | 0 | 0 | 18,000 |
| TOTAL GOBIERNO CENTRAL | 0 | 503,392 | 230,058 | 113,825 | 19,000 | 0 | 0 | 866,275 |

SERVICIO A LA DEUDA
POR SECTOR Y ORIGEN DE RECURSOS
AÑO FISCAL     2006

(Redondeado al Millar)
CORPORACIONES PUBLICAS

| Agencia | R.C. | Asignaciones Especiales | F.Mejoras Públicas | F. Especiales Estatales | Fondos Federales | Ingresos Propios | Otros Ingresos | Total |
|---|---|---|---|---|---|---|---|---|
| **SECTOR : Administración General – Rama Ejecutiva** | | | | | | | | |
| Autoridad del Puerto de las Américas | 0 | 3,500 | 5,000 | 0 | 0 | 0 | 0 | 8,500 |
| Sub-total Sector | 0 | 3,500 | 5,000 | 0 | 0 | 0 | 0 | 8,500 |
| **SECTOR : Agropecuario** | | | | | | | | |
| Corporación para el Desarrollo Rural | 0 | 0 | 4,000 | 0 | 0 | 0 | 0 | 4,000 |
| Sub-total Sector | 0 | 0 | 4,000 | 0 | 0 | 0 | 0 | 4,000 |
| **SECTOR : Conservación de la Salud** | | | | | | | | |
| Autoridad de Acueductos y Alcantarillados | 0 | 0 | 0 | 0 | 0 | 78,860 | 0 | 78,860 |
| Sub-total Sector | 0 | 0 | 0 | 0 | 0 | 78,860 | 0 | 78,860 |
| **SECTOR : Educación y Cultura** | | | | | | | | |
| Instituto de Cultura Puertorriqueña | 0 | 0 | 5,000 | 0 | 0 | 0 | 0 | 5,000 |
| Universidad de Puerto Rico | 0 | 7,570 | 500 | 0 | 0 | 38,064 | 0 | 46,134 |
| Sub-total Sector | 0 | 7,570 | 5,500 | 0 | 0 | 38,064 | 0 | 51,134 |
| **SECTOR : Energía** | | | | | | | | |
| Autoridad de Energía Eléctrica | 0 | 6,327 | 2,500 | 0 | 0 | 524,809 | 10,710 | 544,346 |
| Sub-total Sector | 0 | 6,327 | 2,500 | 0 | 0 | 524,809 | 10,710 | 544,346 |
| **SECTOR : Financiamiento Público y Privado** | | | | | | | | |
| Autoridad para el Financiamiento de la Infraestructura de Puerto Rico | 70,000 | 0 | 0 | 0 | 0 | 0 | 66,791 | 136,791 |
| Banco Gubernamental de Fomento para Puerto Rico | 0 | 0 | 0 | 0 | 0 | 371,393 | 0 | 371,393 |
| Sub-total Sector | 70,000 | 0 | 0 | 0 | 0 | 371,393 | 66,791 | 508,184 |
| **SECTOR : Industrial** | | | | | | | | |
| Compañía de Fomento Industrial | 0 | 30,000 | 0 | 0 | 0 | 25,667 | 0 | 55,667 |
| Sub-total Sector | 0 | 30,000 | 0 | 0 | 0 | 25,667 | 0 | 55,667 |
| **SECTOR : Mejoramiento de la Vivienda y su Ambiente** | | | | | | | | |
| Autoridad para el Financiamiento de la Vivienda | 0 | 40,269 | 65,000 | 0 | 0 | 144,792 | 0 | 250,061 |
| Compañía para el Desarrollo Integral de la Península de Cantera | 0 | 0 | 3,500 | 0 | 0 | 0 | 0 | 3,500 |
| Sub-total Sector | 0 | 40,269 | 68,500 | 0 | 0 | 144,792 | 0 | 253,561 |
| **SECTOR : Recreación** | | | | | | | | |
| Compañía de Parques Nacionales de Puerto Rico | 0 | 0 | 4,000 | 0 | 0 | 0 | 0 | 4,000 |
| | 0 | 0 | 4,000 | 0 | 0 | 0 | 0 | 4,000 |

SERVICIO DE LA DEUDA
POR SECTOR Y ORIGEN DE RECURSOS
AÑO FISCAL    2006

(Redondeado al Millar)
CORPORACIONES PUBLICAS

| Agencia | R.C. | Asignaciones Especiales | F.Mejoras Públicas | F. Especiales Estatales | Fondos Federales | Ingresos Propios | Otros Ingresos | Total |
|---|---|---|---|---|---|---|---|---|
| **SECTOR :   Recreación** | | | | | | | | |
| Sub-total Sector | | | | | | | | |
| **SECTOR :   Servicios Auxiliares al Gobierno** | | | | | | | | |
| Autoridad de Edificios Públicos | 0 | 0 | 0 | 0 | 0 | 210,559 | 0 | 210,559 |
| Sub-total Sector | 0 | 0 | 0 | 0 | 0 | 210,559 | 0 | 210,559 |
| **SECTOR :   Transporte** | | | | | | | | |
| Autoridad de Carreteras y Transportación | 0 | 0 | 0 | 0 | 0 | 433,430 | 0 | 433,430 |
| Autoridad de las Navieras | 12,711 | 0 | 0 | 0 | 0 | 0 | 0 | 12,711 |
| Autoridad de los Puertos | 0 | 0 | 0 | 0 | 0 | 29,440 | 0 | 29,440 |
| Sub-total Sector | 12,711 | 0 | 0 | 0 | 0 | 462,870 | 0 | 475,581 |
| **SECTOR :   Turismo** | | | | | | | | |
| Compañia de Turismo de Puerto Rico | 0 | 21,498 | 0 | 0 | 0 | 0 | 0 | 21,498 |
| Sub-total Sector | 0 | 21,498 | 0 | 0 | 0 | 0 | 0 | 21,498 |
| TOTAL CORPORACIONES | 82,711 | 109,164 | 89,500 | 0 | 0 | 1,857,014 | 77,501 | 2,215,890 |
| TOTAL SERVICIO DE LA DEUDA | 82,711 | 612,556 | 319,558 | 113,825 | 19,000 | 1,857,014 | 77,501 | 3,082,165 |

# DEBT SERVICE
## BY SECTOR AND SOURCE OF RESOURCES
### FISCAL YEAR 2006

(Rounded to Thousands)
CENTRAL GOVERNMENT

| Agency | J.R. | Special Appropriations | Public Improv. Fund | Special State Funds | Federal Funds | Own Income | Other Income | Total |
|---|---|---|---|---|---|---|---|---|
| **SECTOR : General Administration - Executive Branch** | | | | | | | | |
| Appropriations under Custody of the Office of Management and Budget | 0 | 5,000 | 0 | 0 | 0 | 0 | 0 | 5,000 |
| Department of Treasury | 0 | 48,011 | 36,235 | 0 | 0 | 0 | 0 | 84,246 |
| Office of the General Coordinator for Socioeconomic Financing and Self-management | 0 | 0 | 50,000 | 0 | 0 | 0 | 0 | 50,000 |
| Subtotal Sector | 0 | 53,011 | 86,235 | 0 | 0 | 0 | 0 | 139,246 |
| **SECTOR : Administration of Justice** | | | | | | | | |
| Department of Justice | 0 | 0 | 10,000 | 0 | 0 | 0 | 0 | 10,000 |
| Subtotal Sector | 0 | 0 | 10,000 | 0 | 0 | 0 | 0 | 10,000 |
| **SECTOR : Agribusiness** | | | | | | | | |
| Agriculture Department | 0 | 7,828 | 17,884 | 0 | 0 | 0 | 0 | 25,712 |
| Subtotal Sector | 0 | 7,828 | 17,884 | 0 | 0 | 0 | 0 | 25,712 |
| **SECTOR : Advice and Tax and Technical Assistance to Municipalities** | | | | | | | | |
| Contributions to Municipalities | 0 | 0 | 13,000 | 0 | 0 | 0 | 0 | 13,000 |
| Subtotal Sector | 0 | 0 | 13,000 | 0 | 0 | 0 | 0 | 13,000 |
| **SECTOR : Health Preservation** | | | | | | | | |
| Department of Health | 0 | 1,500 | 0 | 0 | 0 | 0 | 0 | 1,500 |
| Subtotal Sector | 0 | 1,500 | 0 | 0 | 0 | 0 | 0 | 1,500 |
| **SECTOR : Custody and Rehabilitation of the Penal Population** | | | | | | | | |
| Administration of Juvenile Institutions | 0 | 0 | 3,000 | 0 | 0 | 0 | 0 | 3,000 |
| Department of Correction and Rehabilitation | 0 | 0 | 16,595 | 0 | 0 | 0 | 0 | 16,595 |
| Subtotal Sector | 0 | 0 | 19,595 | 0 | 0 | 0 | 0 | 19,595 |
| **SECTOR : Public and Management Debt** | | | | | | | | |
| Public Debt | 0 | 435,000 | 0 | 113,825 | 0 | 0 | 0 | 548,825 |
| Subtotal Sector | 0 | 435,000 | 0 | 113,825 | 0 | 0 | 0 | 548,825 |
| **SECTOR : Education and Culture** | | | | | | | | |
| Department of Education | 0 | 5,553 | 6,500 | 0 | 0 | 0 | 0 | 12,053 |
| State Historic Preservation Office | 0 | 0 | 1,500 | 0 | 0 | 0 | 0 | 1,500 |
| Subtotal Sector | 0 | 5,553 | 8,000 | 0 | 0 | 0 | 0 | 13,553 |
| **SECTOR : Legislation and Comptroller's Office** | | | | | | | | |
| Legislative Assembly | 0 | 0 | 10,844 | 0 | 0 | 0 | 0 | 10,844 |

# DEBT SERVICE
## BY SECTOR AND SOURCE OF RESOURCES
## FISCAL YEAR 2006

(Rounded to Thousands)
CENTRAL GOVERNMENT

| Agency | J.R. | Special Appropriations | Public Improv. Fund | Special State Funds | Federal Funds | Own Income | Other Income | Total |
|---|---|---|---|---|---|---|---|---|
| **SECTOR :** Legislation and Comptroller's Office | | | | | | | | |
| Subtotal Sector | 0 | 0 | 10,844 | 0 | 0 | 0 | 0 | 10,844 |
| **SECTOR :** Housing and Environmental Improvement | | | | | | | | |
| Public Housing Administration | 0 | 0 | 0 | 0 | 19,000 | 0 | 0 | 19,000 |
| Subtotal Sector | 0 | 0 | 0 | 0 | 19,000 | 0 | 0 | 19,000 |
| **SECTOR :** Recreation | | | | | | | | |
| Department of Recreation and Sports | 0 | 0 | 10,000 | 0 | 0 | 0 | 0 | 10,000 |
| Subtotal Sector | 0 | 0 | 10,000 | 0 | 0 | 0 | 0 | 10,000 |
| **SECTOR :** Human Resources and Labor | | | | | | | | |
| Veterans Ombudsman's Office | 0 | 500 | 0 | 0 | 0 | 0 | 0 | 500 |
| Subtotal Sector | 0 | 500 | 0 | 0 | 0 | 0 | 0 | 500 |
| **SECTOR :** Natural Resources | | | | | | | | |
| Department of Natural and Environmental Resources | 0 | 0 | 36,500 | 0 | 0 | 0 | 0 | 36,500 |
| Subtotal Sector | 0 | 0 | 36,500 | 0 | 0 | 0 | 0 | 36,500 |
| **SECTOR :** Transport | | | | | | | | |
| Department of Transportation and Public Works | 0 | 0 | 18,000 | 0 | 0 | 0 | 0 | 18,000 |
| Subtotal Sector | 0 | 0 | 18,000 | 0 | 0 | 0 | 0 | 18,000 |
| CENTRAL GOVERNMENT TOTAL | 0 | 503,392 | 230,058 | 113,825 | 19,000 | 0 | 0 | 866,275 |

# DEBT SERVICE
## BY SECTOR AND SOURCE OF RESOURCES
## FISCAL YEAR 2006

(Rounded to Thousands)
PUBLIC CORPORATIONS

| Agency | J.R. | Special Appropriations | Public Improv. Fund | Special State Funds | Federal Funds | Own Income | Other Income | Total |
|---|---|---|---|---|---|---|---|---|
| **SECTOR : General Administration - Executive Branch** | | | | | | | | |
| Port of the Americas Authority | 0 | 3,500 | 5,000 | 0 | 0 | 0 | 0 | 8,500 |
| Subtotal Sector | 0 | 3,500 | 5,000 | 0 | 0 | 0 | 0 | 8,500 |
| **SECTOR : Agribusiness** | | | | | | | | |
| Rural Development Corporation | 0 | 0 | 4,000 | 0 | 0 | 0 | 0 | 4,000 |
| Subtotal Sector | 0 | 0 | 4,000 | 0 | 0 | 0 | 0 | 4,000 |
| **SECTOR : Health Preservation** | | | | | | | | |
| Aqueducts and Sewers Authority | 0 | 0 | 0 | 0 | 0 | 78,860 | 0 | 78,860 |
| Subtotal Sector | 0 | 0 | 0 | 0 | 0 | 78,860 | 0 | 78,860 |
| **SECTOR : Education and Culture** | | | | | | | | |
| Institute of Puerto Rican Culture | 0 | 0 | 5,000 | 0 | 0 | 0 | 0 | 5,000 |
| University of Puerto Rico | 0 | 7,570 | 500 | 0 | 0 | 38,064 | 0 | 46,134 |
| Subtotal Sector | 0 | 7,570 | 5,500 | 0 | 0 | 38,064 | 0 | 51,134 |
| **SECTOR : Energy** | | | | | | | | |
| Electric Power Authority | 0 | 6,327 | 2,500 | 0 | 0 | 524,809 | 10,710 | 544,346 |
| Subtotal Sector | 0 | 6,327 | 2,500 | 0 | 0 | 524,809 | 10,710 | 544,346 |
| **SECTOR : Public and Private Financing** | | | | | | | | |
| Puerto Rico Infrastructure Financing Authority | 70,000 | 0 | 0 | 0 | 0 | 0 | 66,791 | 136,791 |
| Government Development Bank for Puerto Rico | 0 | 0 | 0 | 0 | 0 | 371,393 | 0 | 371,393 |
| Subtotal Sector | 70,000 | 0 | 0 | 0 | 0 | 371,393 | 66,791 | 508,184 |
| **SECTOR : Industrial** | | | | | | | | |
| Industrial Development Company | 0 | 30,000 | 0 | 0 | 0 | 25,667 | 0 | 55,667 |
| Subtotal Sector | 0 | 30,000 | 0 | 0 | 0 | 25,667 | 0 | 55,667 |
| **SECTOR : Housing and Environmental Improvement** | | | | | | | | |
| Housing Finance Authority | 0 | 40,269 | 65,000 | 0 | 0 | 144,792 | 0 | 250,061 |
| Company for the Integral Development of Cantera's Peninsula | 0 | 0 | 3,500 | 0 | 0 | 0 | 0 | 3,500 |
| Subtotal Sector | 0 | 40,269 | 68,500 | 0 | 0 | 144,792 | 0 | 253,561 |
| **SECTOR : Recreation** | | | | | | | | |
| Puerto Rico National Park Company | 0 | 0 | 4,000 | 0 | 0 | 0 | 0 | 4,000 |
| | 0 | 0 | 4,000 | 0 | 0 | 0 | 0 | 4,000 |

# DEBT SERVICE
## BY SECTOR AND SOURCE OF RESOURCES
## FISCAL YEAR 2006

(Rounded to Thousands)
PUBLIC CORPORATIONS

| Agency | J.R. | Special Appropriations | Public Improv. Fund | Special State Funds | Federal Funds | Own Income | Other Income | Total |
|---|---|---|---|---|---|---|---|---|
| **SECTOR :   Recreation** | | | | | | | | |
| Subtotal Sector | | | | | | | | |
| **SECTOR :   Government Ancillary Services** | | | | | | | | |
| Public Buildings Authority | 0 | 0 | 0 | 0 | 0 | 210,559 | 0 | 210,559 |
| Subtotal Sector | 0 | 0 | 0 | 0 | 0 | 210,559 | 0 | 210,559 |
| **SECTOR :   Transport** | | | | | | | | |
| Highways and Transportation Authority | 0 | 0 | 0 | 0 | 0 | 433,430 | 0 | 433,430 |
| Puerto Rico Maritime Transport Authority | 12,711 | 0 | 0 | 0 | 0 | 0 | 0 | 12,711 |
| Port Authority | 0 | 0 | 0 | 0 | 0 | 29,440 | 0 | 29,440 |
| Subtotal Sector | 12,711 | 0 | 0 | 0 | 0 | 462,870 | 0 | 475,581 |
| **SECTOR :   Tourism** | | | | | | | | |
| Puerto Rico Tourism Company | 0 | 21,498 | 0 | 0 | 0 | 0 | 0 | 21,498 |
| Subtotal Sector | 0 | 21,498 | 0 | 0 | 0 | 0 | 0 | 21,498 |
| CORPORATIONS TOTAL | 82,711 | 109,164 | 89,500 | 0 | 0 | 1,857,014 | 77,501 | 2,215,890 |
| DEBT SERVICE TOTAL | 82,711 | 612,556 | 319,558 | 113,825 | 19,000 | 1,857,014 | 77,501 | 3,082,165 |



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document **"DEBT SERVICE BY SECTOR AND SOURCE OF RESOURCES FISCAL YEAR 2006"** is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

_____

Jacqueline Yorke
(Currently situated in the County of New York)

Sworn to before me remotely this
May 26, 2020

_____

Signature, Notary Public
(Currently situated in the County of New York)

WENDY POON
NOTARY
NO. 01PO6356754
QUALIFIED IN
QUEENS COUNTY
COMM. EXP.
04-03-2021
PUBLIC
STATE OF NEW YORK

_____

Stamp, Notary Public