# **EXHIBIT 49**

**BANCO POPULAR**

**Estado Bancario**

Desde:
01 de diciembre de 2017

Hasta:
29 de diciembre de 2017

249

ESTADO LIBRE ASOCIADO DE PUERTO RICO
HACIENDA OPERACIONAL
PO BOX 9024140
SAN JUAN PR  00902-4140

AUTHORITIES

Página 1

Número de Cuenta
9458

ESTADO LIBRE ASOCIADO DE PUERTO RICO

## Resumen de su Cuenta

### Cheques

| | | |
|---|---|---|
| Balance Inicial | | $431,765,788.15 |
| 915 Depósitos | + | 1,477,919,812.04 |
| 4,649 Retiros | - | 1,426,446,371.58 |
| 33 Créditos y Débitos Miscelaneos | + | 6,277.96 |
| Cargos por Servicios | - | 119.50 |
| Balance Final | | $483,245,387.07 |

## Detalle de la actividad de su Cuenta

### Cheques

Balance inicial   $431,765,788.15

### Depósitos

Hojas de Depósito

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 12-11 | 8829 | Total Lista de Depósitos    3 | 326,449.86 |
| | | 03 Total de hojas de depósito | $326,449.86 |

Otros Créditos

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 12-01 | | Fondos Tranf de    Xxxxx9504 | 31,152.33 |
| 12-01 | 35000757888 | Depósito    A1428p1a1428p1 Pay Mgt System   Hhs Paymnt | 25,569,921.78 |
| 12-01 | 35000757902 | Depósito    A1428p1a1428p1 Pay Mgt System   Hhs Paymnt | 18,273,280.32 |
| 12-01 | 34000554074 | Depósito    Hiv Oct 2017 Mc21 Corp    10disbursm | 3,375,563.59 |
| 12-01 | 35000719746 | Depósito    Xxxxxx0200 Doep Treas 310    Misc Pay | 2,322,764.33 |
| 12-01 | 35000719750 | Depósito    Xxxxxx0200 Doep Treas 310    Misc Pay | 1,659,210.52 |
| 12-01 | 35000757885 | Depósito    6h50 B 6h50b Pay Mgt System   Hhs Paymnt | 609,490.42 |
| 12-01 | 35000719744 | Depósito    Xxxxxx0200 Doep Treas 310    Misc Pay | 511,687.16 |
| 12-01 | 35000757910 | Depósito    6h50 B 6h50b Pay Mgt System   Hhs Paymnt | 45,717.17 |
| 12-01 | 35000719778 | Depósito    Xxxxxx0103 HUD  Treas 310    Misc Pay | 35,434.00 |
| 12-01 | 34000552406 | Depósito    Pr-ofic Mortgage License Nmls | 30,350.00 |
| 12-01 | 35000757896 | Depósito    3029 P 8a26p Pay Mgt System   Hhs Paymnt | 18,420.12 |

Recibe GRATIS en tu correo electrónico tu Estado de Cuenta comercial!!! Llame al 787-756-3939 ó 1-855-756-3939.

Ahora TeleBanco Comercial es el nuevo Centro de Banca de Negocios y nuestro nuevo número es el 787- 756- 3939 ó 1-855-756-3939.

CENTRO DE BANCA DE NEGOCIOS le ofrece la forma más rápida y eficiente de obtener información de sus cuentas comerciales y servicios relacionados sin tener que visitar la sucursal.

Usted puede obtener información de:

- Balance en sus cuentas
- Productos y sercicios comerciales
- Préstamos Comerciales
- Soluciones de crédito
- Todo tipo de reclamaciones
- Apoyo técnico en los servicios

STIP09S.010-12/30/2017-00000249

**BANCO POPULAR**

Desde:
01 de diciembre de 2017

Hasta:
29 de diciembre de 2017

AUTHORITIES

Página 27

Número de Cuenta
9458

ESTADO LIBRE ASOCIADO DE PUERTO RICO

## Depósitos (continuación)

### Otros Créditos (continuación)

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 12-22 | 56006956782 | Depósito Xxxxxx5964 Nipr Ceci-ach | 9,554.00 |
| 12-22 | 56006918684 | Depósito Pr-ofic Mortgage License Nmls | 4,250.00 |
| 12-22 | 56006948094 | Depósito Xxxxxx0277 Asap Grant Pay | 4,096.05 |
| 12-22 | 55006831255 | Depósito Xxxxxx3898 Vitalchek Networ Payment | 531.00 |
| 12-22 | 56006925283 | Depósito Xxxxxx0900 IRS Treas 310 Misc Pay | 50.00 |
| 12-22 | 56006925267 | Depósito Xxxxxx0900 IRS Treas 310 Misc Pay | 40.00 |
| 12-22 | 56006925273 | Depósito Xxxxxx0900 IRS Treas 310 Misc Pay | 40.00 |
| 12-22 | 54006325074 | Depósito Xxxxxx6342 Mcs Life Hcclaimpmt | 24.00 |
| 12-22 | 56006925251 | Depósito Xxxxxx0900 IRS Treas 310 Misc Pay | 20.00 |
| 12-22 | 56006925269 | Depósito Xxxxxx0900 IRS Treas 310 Misc Pay | 20.00 |
| 12-22 | 56006925277 | Depósito Xxxxxx0900 IRS Treas 310 Misc Pay | 20.00 |
| 12-22 | 56006925279 | Depósito Xxxxxx0900 IRS Treas 310 Misc Pay | 20.00 |
| 12-22 | 56006925249 | Depósito Xxxxxx0900 IRS Treas 310 Misc Pay | 10.00 |
| 12-22 | 56006925253 | Depósito Xxxxxx0900 IRS Treas 310 Misc Pay | 10.00 |
| 12-22 | 56006925255 | Depósito Xxxxxx0900 IRS Treas 310 Misc Pay | 10.00 |
| 12-22 | 56006925257 | Depósito Xxxxxx0900 IRS Treas 310 Misc Pay | 10.00 |
| 12-22 | 56006925259 | Depósito Xxxxxx0900 IRS Treas 310 Misc Pay | 10.00 |
| 12-22 | 56006925261 | Depósito Xxxxxx0900 IRS Treas 310 Misc Pay | 10.00 |
| 12-22 | 56006925263 | Depósito Xxxxxx0900 IRS Treas 310 Misc Pay | 10.00 |
| 12-22 | 56006925265 | Depósito Xxxxxx0900 IRS Treas 310 Misc Pay | 10.00 |
| 12-22 | 56006925271 | Depósito Xxxxxx0900 IRS Treas 310 Misc Pay | 10.00 |
| 12-22 | 56006925275 | Depósito Xxxxxx0900 IRS Treas 310 Misc Pay | 10.00 |
| 12-22 | 56006925281 | Depósito Xxxxxx0900 IRS Treas 310 Misc Pay | 10.00 |
| 12-22 | 11712001252 | 171222001252000 -incoming Wire | 14,385,645.93 |
| 12-22 | 11712001371 | 171222001371000 -incoming Wire | 13,321,223.57 |
| 12-22 | 11712000724 | 171222000724000 -incoming Wire | 13,176,013.65 |
| 12-22 | 73563307511 | TelePago Xxxxxx4406 Crédito | 11,135,139.87 |
| 12-22 | 11712001375 | 171222001375000 -incoming Wire | 4,999,965.00 |

CONFIDENTIAL

CW_STAY0007600

STIPO9S.010-12/30/2017-00000249