DPR MODIFIED PROMESA B1040 (FORM 1040) (05/17)

| PROMESA COVER SHEET (Instructions on Reverse) | CASE NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS** (DEBTOR, if Title III Petition; ISSUER, if Title VI Application) | **DEFENDANTS** |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>❏ Debtor<br>❏ Creditor<br>❏ Trustee<br>❏ U.S. Trustee/Bankruptcy Admin<br>❏ Other | **PARTY** (Check One Box Only)<br>❏ Debtor<br>❏ Creditor<br>❏ Trustee<br>❏ U.S. Trustee/Bankruptcy Admin<br>❏ Other |
| **CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED) ||

### NATURE OF SUIT

❏ PROMESA Title III Petition   ❏ PROMESA Title VI Application for Approval of Modifications
❏ Other Federal Question   ❏ Adversary Proceeding   ❏ Demand $ _____

*If Adversary Proceeding is checked, number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc., below:*

**FRBP 7001(1) – Recovery of Money/Property**
❏ 11-Recovery of money/property - §542 turnover of property
❏ 12-Recovery of money/property - §547 preference
❏ 13-Recovery of money/property - §548 fraudulent transfer
❏ 14-Recovery of money/property – other

**FRBP 7001(2) - Validity, Priority or Extent of Lien**
❏ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(5) – Revocation of Confirmation**
❏ 51-Revocation of confirmation

**FRBP 7001(7) – Injunctive Relief**
❏ 71-Injunctive relief -  imposition of stay
❏ 72-Injunctive relief - other

**FRBP 7001(8) Subordination of Claim or Interest**
❏ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
❏ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
❏ 01-Determination of removed claim or cause

**Other**
❏ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

### TITLE III CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES

| NAME OF DEBTOR | CASE NO. | |
|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING | DIVISION OFFICE | NAME OF JUDGE |

**DPR MODIFIED PROMESA B1040 (FORM 1040) (05/17)**

| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
|---|---|---|
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH CASE IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE | PRINT NAME OF ATTORNEY (OR PLAINTIFF) | |

THIS FORM IS TO BE USED EXCLUSIVELY FOR FILINGS RELATING TO THE PUERTO RICO OVERSIGHT MANAGEMENT AND ECONOMIC STABILITY ACT (PROMESA). FOR ADMINISTRATION PURPOSES **ONLY**, THE PUBLIC DOCKETS FOR PROMESA PROCEEDINGS UNDER TITLE III AND ADVERSARY PROCEEDINGS WILL BE MAINTAINED ON THE CASE MANAGEMENT/ELECTRONIC CASE FILING (CM/ECF) SYSTEM OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO. THESE CASES ARE UNDER THE JURISDICTION OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO.

**ADDENDUM**

The names, addresses, and telephone numbers of counsel are as follows:

| PARTY | ATTORNEY(S): |
|---|---|
| Ambac Assurance Corporation, Plaintiff | **COOLEY LLP**<br><br>Elizabeth B. Prelogar (*pro hac vice* forthcoming)<br>1299 Pennsylvania Avenue NW, Suite 700<br>Washington, DC 20004<br>Telephone: (202) 842-7800<br>Facsimile: (787) 766-7001<br>Email: eprelogar@cooley.com<br><br>Reed Smith (*pro hac vice* forthcoming)<br>55 Hudson Yards<br>New York, New York 10001-2157<br>Telephone: (212) 479-6000<br>Facsimile: (212) 479-6275<br>Email: reed.smith@cooley.com<br><br>**FERRAIUOLI LLC**<br><br>Roberto Cámara-Fuertes (USDC-PR No. 219002)<br>Sonia Colón (USDC-PR No. 213809)<br>221 Ponce de León Avenue, 5th Floor<br>San Juan, PR 00917<br>Telephone: (787) 766-7000<br>Facsimile: (787) 766-7001<br>Email: rcamara@ferraiuoli.com<br>       scolon@ferraiuoli.com<br><br>**MILBANK LLP**<br><br>Dennis F. Dunne (admitted *pro hac vice*)<br>Atara Miller (admitted *pro hac vice*)<br>Grant R. Mainland (admitted *pro hac vice*)<br>John J. Hughes, III (admitted *pro hac vice*)<br>Jonathan Ohring (admitted *pro hac vice*)<br>55 Hudson Yards<br>New York, NY 10001<br>Telephone: (212) 530-5000<br>Facsimile: (212) 530-5219<br>Email: ddunne@milbank.com<br>       amiller@milbank.com<br>       gmainland@milbank.com<br>       jhughes2@milbank.com<br>       johring@milbank.com |

| | |
|---|---|
| The Financial Oversight and Management Board for Puerto Rico, José B. Carrión III, Andrew G. Biggs, Carlos M. García, Arthur J. González, José R. González, Ana J. Matosantos, and David A. Skeel, Jr., Defendants | **PROSKAUER ROSE LLP**<br><br>Martin J. Bienenstock<br>Brian S. Rosen<br>Paul V. Possinger<br>Ehud Barak<br>Maja Zerjal<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br>Email: mbienenstock@proskauer.com<br>    brosen@proskauer.com<br>    ppossinger@proskauer.com<br>    ebarak@proskauer.com<br>    mzerjal@proskauer.com<br><br>**O'NEILL & BORGES LLC**<br><br>Hermann D. Bauer<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel: (787) 764-8181<br>Fax: (787) 753-8944<br>Email: hermann.bauer@oneillborges.com<br><br>*Attorneys for the Financial Oversight and Management Board* |