# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

### INFORMATIVE MOTION WITHDRAWING MOTION OF AMBAC ASSURANCE CORPORATION, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., AND FINANCIAL GUARANTY INSURANCE COMPANY TO FILE DOCUMENTS RELATED TO PRIFA LIFT STAY SUR-REPLY RESPONSE UNDER SEAL (ECF NO. 13216)

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Ambac[2], Assured, and FGIC, (collectively, "Movants") by and through their undersigned attorneys, respectfully submit this informative motion (the "Motion"). Movants respectfully state as follows:

1. On May 26, 2020, Movants submitted a motion to seal certain papers related to the PRIFA lift stay motion (the "Motion to Seal") (ECF No. 13216) in compliance with the requirement under the Protective Order to file any materials containing information designated as Confidential thereunder under seal. At the time the Motion to Seal was filed, Movants had requested that AAFAF agree to remove certain confidentiality designations, but had not yet received a response from AAFAF's counsel.

2. The Court granted the Motion to Seal in its *Order Granting Motion to Seal for Limited Duration and for Supplemental Briefing*. (ECF No. 13221.)

3. This afternoon, before the PRIFA lift stay papers were filed, counsel for AAFAF consented to remove the confidentiality designations (subject to redactions of full account numbers and employee signatures). In light of AAFAF's consent, Movants filed exhibits with the agreed-upon redactions on the public docket. In light of AAFAF's consent, Movants did not make any sealed filing, and there is no need for AAFAF to make a submission on sealing requests.

4. Movants note that AAFAF's request to seal aspects of the lift stay reply exhibits remains pending before the Court. (ECF No. 13173.) When the Court resolves AAFAF's pending request with respect to the reply papers, Movants are prepared to re-file redacted versions of those papers on the public docket, consistent with the Court's order on AAFAF sealing requests.

---

[2] Unless otherwise specified, defined terms have the meanings given to them in the *Stipulation and Protective Order* (ECF No. 12912) (the "Protective Order") and Lift Stay Motions.

1

| | |
|---|---|
| Dated: May 26, 2020<br>San Juan, Puerto Rico | **FERRAIUOLI LLC**<br>By: */s/ Roberto Cámara-Fuertes*<br>Roberto Cámara-Fuertes (USDC-PR No. 219002)<br>Sonia Colón (USDC-PR No. 213809)<br>221 Ponce de León Avenue, 5th Floor<br>San Juan, PR 00917<br>Telephone: (787) 766-7000<br>Facsimile: (787) 766-7001<br>Email: rcamara@ferraiuoli.com<br>  scolon@ferraiuoli.com<br><br>**MILBANK LLP**<br>By: */s/ Atara Miller*<br>Dennis F. Dunne (admitted *pro hac vice*)<br>Atara Miller (admitted *pro hac vice*)<br>Grant R. Mainland (admitted *pro hac vice*)<br>John J. Hughes, III (admitted *pro hac vice*)<br>55 Hudson Yards<br>New York, NY 10001<br>Telephone: (212) 530-5000<br>Facsimile: (212) 530-5219<br>Email: ddunne@milbank.com<br>  amiller@milbank.com<br>  gmainland@milbank.com<br>  jhughes2@milbank.com<br><br>***Attorneys for Ambac Assurance Corporation*** |

| | |
|---|---|
| **REXACH & PICÓ, CSP**<br><br>By: /s/ *María E. Picó*<br>María E. Picó<br>(USDC-PR No. 123214)<br>802 Ave. Fernández Juncos<br>San Juan, PR 00907-4315<br>Telephone: (787) 723-8520<br>Facsimile: (787) 724-7844<br>Email: mpico@rexachpico.com<br><br>**BUTLER SNOW LLP**<br><br>By: /s/ *Martin A. Sosland*<br>Martin A. Sosland (admitted *pro hac vice*)<br>5430 LBJ Freeway, Suite 1200<br>Dallas, TX 75240<br>Telephone: (469) 680-5502<br>Facsimile: (469) 680-5501<br>Email: martin.sosland@butlersnow.com<br>Jason W. Callen (admitted *pro hac vice*)<br>150 3rd Ave., S., Suite 1600<br>Nashville, TN 37201<br>Telephone: (615) 651-6774<br>Facsimile: (615) 651-6701<br>Email: jason.callen@butlersnow.com<br><br>***Attorneys for Financial Guaranty Insurance Company*** | **CASELLAS ALCOVER & BURGOS P.S.C.**<br><br>By: /s/ *Heriberto Burgos Pérez*<br>Heriberto Burgos Pérez<br>(USDC-PR No. 204809)<br>Ricardo F. Casellas-Sánchez<br>(USDC-PR No. 203114)<br>Diana Pérez-Seda<br>(USDC-PR No. 232014)<br>P.O. Box 364924<br>San Juan, PR 00936-4924<br>Telephone: (787) 756-1400<br>Facsimile: (787) 756-1401<br>Email: hburgos@cabprlaw.com<br>      rcasellas@cabprlaw.com<br>      dperez@cabprlaw.com<br><br>**CADWALADER, WICKERSHAM & TAFT LLP**<br><br>By: /s/ *Mark C. Ellenberg*<br>Howard R. Hawkins, Jr. (admitted *pro hac vice*)<br>Mark C. Ellenberg (admitted *pro hac vice*)<br>William J. Natbony (admitted *pro hac vice*)<br>Ellen M. Halstead (admitted *pro hac vice*)<br>Thomas J. Curtin (admitted *pro hac vice*)<br>Casey J. Servais (admitted *pro hac vice*)<br>200 Liberty Street<br>New York, NY 10281<br>Telephone: (212) 504-6000<br>Facsimile: (212) 504-6666<br>Email: howard.hawkins@cwt.com<br>      mark.ellenberg@cwt.com<br>      bill.natbony@cwt.com<br>      ellen.halstead@cwt.com<br>      thomas.curtin@cwt.com<br>      casey.servais@cwt.com<br><br>***Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*** |

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date a true and exact copy of this notice was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record.

/s/ *Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com