From: Mirna E. Collazo Torres
HC 7 Box 5065
Juana Díaz, P.R.
00795



RECEIVED & FILED
2020 MAY 22 AM 8:41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

To: Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
(United States District Court)
Room 150 Federal Building
San Juan (Puerto Rico)
00918-1767