19 de mayo de 2020

Case: 17-03283-LTS Doc# 12881

Promesa Title III
No. 17 BK 3283 - LTS

RECEIVED & FILED
2020 MAY 22 AM 8:42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

In Re:
The Finantial Oversigh and Management Board of Puerto Rico as representative of the Commonwealth of Puerto Rico

Number # 12867
Objeción:
1. No he recibido el dinero de la Reclamación.
2. La fecha de reclamo fue en 25 de mayo de 2018.
3. Solicito verifiqueu información
4. Me envíen el monto reclamado a la cual tengo derecho ($2,412.00)

Gracias,
María M. Velez Velez
XXX-XX-6575 — Seguro Social
Mayo 7, XXXX — Fecha Nacimiento
743-04-XXXX — Núm. Cuenta
(787) 408-9377
mmvelez_00@hotmail.com