María M. Vélez Velázquez
P.O. Box 800561
Coto Laurel P.R. 00780

SAN JUAN
PR 009
19 MAY '20
PM 1 L

COTO LAUREL POST
FOREVER USA
MAY 19 2020
Barn Swallow
COTO LAUREL, PR 00780-9998

Clerk's office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767

RECEIVED & FILED
2020 MAY 22 AM 8:42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

C091881399