May 16, 2020

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

    Re: Claim # 14798
        Docket # 12865

Reason; My records show no receipt of tax return check at all.

And as proof I respectfully request proof of evidence bearing acknowledgement of receipt with the due process of my signature. Please submit such evidence.

As a U.S. Senior Citizen I am herewith calling attention to my Civil Rights — rights — and the undue and not merited enforcement of unfair duress. As I would like to avoid creating a legal issue of abuse of power toward a Senior citizen.

Thank you!

[signature]
7513 Via Grande
Boynton Beach, Fl. 33437
561-733-5664

RECEIVED & FILED
2020 MAY 22 PM 3: 05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR