THIS NOTICE RELATES TO A PROOF OF CLAIM YOU FILED AGAINST THE GOVERNMENT OF PUERTO RICO IN ITS PROCEEDINGS UNDER THE PUERTO RICO OVERSIGHT, MANAGEMENT, AND ECONOMIC STABILITY ACT.

IF YOU ARE RECEIVING THIS NOTICE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.

DOCUMENTS RELATING TO THIS CLAIM OBJECTION WERE MAILED TO YOU ON APRIL 17, 2020. PURSUANT TO DETAILS SET FORTH IN EXHIBIT "C" TO THE OBJECTION, THE DEADLINE TO RESPOND IS MAY 19, 2020. PLEASE CHECK YOUR MAIL BOX. IF YOU FAIL TO PROPERLY RESPOND TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE GOVERNMENT WITHOUT FURTHER NOTICE OR HEARING.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| ORTIZ, NARMO LUIS | 14798 | 5/14/18 | Commonwealth of Puerto Rico | $1,443.00 |
| **Docket Number** | 12865 | **Objection Title** | One Hundred Ninety-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Satisfied Claims | |
| **Reason:** | Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19279335 dated 07/24/2017. | | | |

LA PRESENTE NOTIFICACIÓN ESTÁ RELACIONADA CON UNA EVIDENCIA DE RECLAMO QUE USTED PRESENTÓ CONTRA EL GOBIERNO DE PUERTO RICO EN EL PROCESO QUE SE SUSTANCIA EN VIRTUD DE LA LEY DE SUPERVISIÓN, ADMINISTRACIÓN Y ESTABILIDAD FINANCIERA DE PUERTO RICO.

SI USTED RECIBE ESTA NOTIFICACIÓN ES PORQUE UNO O MÁS DE LOS DEUDORES PRETENDEN DESESTIMAR SU RECLAMO POR LA RAZÓN EXPUESTA A CONTINUACIÓN.

LOS DOCUMENTOS RELACIONADOS CON ESTA OBJECIÓN DE RECLAMO LE FUERON ENVIADOS A USTED POR CORREO EL DÍA 17 DE ABRIL DE 2020. DE ACUERDO CON LOS DATOS ESTABLECIDOS EN EL ANEXO "C" A LA OBJECIÓN, LA FECHA LÍMITE PARA RESPONDER ES EL 19 DE MAYO DE 2020. SÍRVASE POR FAVOR VERIFICAR SU CASILLA DE CORREO. SI NO RESPONDE APROPIADAMENTE A LA OBJECIÓN, EL TRIBUNAL PODRÍA OTORGAR LA REPARACIÓN SOLICITADA POR EL GOBIERNO SIN PREVIO AVISO NI AUDIENCIA.

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| ORTIZ, NARMO LUIS | 14798 | 5/14/18 | Commonwealth of Puerto Rico | $1,443.00 |
| **Número de registro de actos procesales** | 12865 | **Título de la objeción** | One Hundred Ninety-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Satisfied Claims | |
| **Base para:** | La Evidencia del Reclamo reclama una obligación con base en un reembolso/devolució de impuestos. Los registros del Departamento del Tesoro indican que dicho reembolso/devolución se ha completado totalmente, con cheque número 19279335 de fecha 24 de julio de 2017. | | | |

***CUST PR 1845 SRF 41414 PackID: 844 MMLID: 1470358 SVC: 193rd
Omni
ORTIZ, NARMO LUIS
7513 VIA GRANDE
BOYNTON BEACH, FL 33437

**COPIES OF THE OMNIBUS OBJECTION AND ALL OTHER FILINGS IN THE TITLE III CASES ARE AVAILABLE FREE ONLINE AT https://cases.primeclerk.com/puertorico OR UPON REQUEST BY CALLING THE NUMBER SET FORTH BELOW.**

If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

**COPIAS DE LA OBJECIÓN GLOBAL, Y TODOS LOS ESCRITOS RADICADOS EN EL MARCO DE LAS CAUSAS CONFORME AL TÍTULO III, ESTÁN DISPONIBLES, DE MANERA GRATUITA, EN https://cases.primeclerk.com/puertorico O PREVIA SOLICITUD LLAMANDO AL NÚMERO QUE SE INDICA DEBAJO.**

Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).