**CERTIFIED MAIL**

**PRESS FIRMLY TO SEAL**

U.S. POSTAGE PAID
PM 1-Day
MAYAGUEZ, PR
00680
MAY 20, 20
AMOUNT
**$14.15**
R2305K142228-05




**FROM:**

# PRIORITY MAIL

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only

To schedule free Package Pickup, scan the QR code.



**USPS.COM/PICKUP**



PS00001000014

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

**PRIORITY MAIL** 

**UNITED STATES POSTAL SERVICE**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Lillian J. Zapata Casiano
Manuel Contrin 266 Balboa
Mayaguez P.R. 00680

TO: Secretaria
Tribunal de Distrito de los U.S.A
#150 Chardon Ave
Federal Building
San Juan P.R.

Label 228, July 2013    FOR DOMESTIC AND INTERNATIONAL USE