United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 178K 3283-LTS

mmc **One Hundred Thirty-seven** ~~158TH~~ OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: **136554**

Name and Address:  MARIA M. COSS MARTINEZ
URB. VILLAS DE CASTRO
CC-1A - CALLE – 23
CAGUAS, P.R. 00726

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico:al Gobierno de Puerto Rico y al Departamento de Educación de Puerto Rico.

Ley 89 del año 1984 - <u>ROMERAZO</u>

Años Reclamados  **1984 - 2005**

Cantidad Reclamada  **25,200.00**

Ley 9 - Costo Vida Retiro de Maestros
Años Reclamados - 2005-2020
Cantidad Reclamada  $5,126.40



Página 2

Adjunto evidencia en réplica a la información solicitada:

1. INFORME DE NOMBRAMIENTOS Y CAMBIOS.

2. CERTIFICACION DEL DEPARTAMENTO DE EDUCACION DE PUERTO RICO DE AÑOS DE SERVICIO.

3. CERTIFICACION SISTEMA DE RETIRO DEL GOBIERNO DE PUERTO RICO.

Solicito la adjudicación de mi petición, según corresponda a mis derechos por la Leyes anteriormente Especificadas.

Nombre: MARIA M. COSS MARTINEZ

Firma: _[signature]_  Fecha: 19-mayo-2020

5 de marzo de 2020.

Tribunal de Distrito de los Estados Unidos
Para el Distrito de Puerto Rico [el Tribunal]

*Como es de su conocimiento en Puerto Rico desde el 28 de diciembre de 2019 hemos estado siendo afectados por una serie de terremotos.*

*El Presidente de Estados Unidos Donald Trump ha declarado a Puerto Rico zona de desastre. Por tal motivo tuve inconvenientes para recopilar y hacerles llegar toda la evidencia necesaria de reclamación, debido a que las Oficinas y Dependencias del Gobierno de Puerto Rico permanecieron cerradas por un extenso periodo de tiempo; reanudando sus labores y gestiones al público recientemente.*

*Mi reclamación Núm. 136554 -Deudor: El Estado Libre Asociado de Puerto Rico -Numero de caso 178K 03283-LTS y Núm. De reclamación 136554/167928 Deudor Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico-Numero de caso 17 BK 03566-LTS. Ambos fueron presentados el día 27 de junio de 2018.*

*Solicito una extensión de la gestión y justificación que les estoy presentando por escrito y tomen en consideración dicha causa y procedan a validar mis evidencias enviadas.*

*Sin más nada queda de ustedes:*

[signature: María M. Coss Martínez]

María M. Coss Martínez
Urb. Villas de Castro
CC-1A - CALLE 23
Caguas, P.R. 00726

RECEIVED & FILED
2020 MAY 22 PM 3 06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR