FORM 108 Rev. 2000



**DEPARTAMENTO DE EDUCACIÓN**
Secretaría Auxiliar de Recursos Humanos

## Informe de Cambio - Personal Docente

Pagarle _____ días por vacaciones regulares

Descontarle _____ días por ausencias

| | ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|---|
| 1. Nombre del Empleado | MARIA M. COSS MARTINEZ | SISTEMA DE RETIRO PARA MAESTRO Y ASOCIACION DE EMPLEADOS |
| 2. Número de Seguro Social | | |
| 3. Lugar y Fecha de Nacimiento | LAS PIEDRAS | |
| 4. Sexo | F | |
| 5. Estado Civil | SOLTERO | |
| 6. Preparación Académica | BA  15 | |
| 7. Experiencia | 32-6-1-1 | |
| 8. Status Empleado (Contrato) | PERMANENTE  01 | |
| 9. Sueldo Bruto | $2,505 | |
| 10. Número del Puesto | R40048 | |
| 11. Categoría del Puesto | EDUCACION FISICA ELEMENTAL | |
| 12. Nivel del Puesto (Directivo) | | |
| 13. Fondo | ESTATAL | |
| 14. Cifra de Cuenta | T1110-11100-081000-1008-00100-2005 | |
| 15. Fecha de Efectividad | 28 DE JULIO DE 2005 | |
| 16. Acción y Duración | RENUNCIA | |
| 17. Causa del Cese | JUBILACION | |
| 18. Último día de Trabajo | 31 de mayo de 2005 | |
| 19. Último día de Pago | 28 de noviembre de 2005  8:01 am | |
| 20. Programa Escolar, nivel y grado | | |
| 21. Turno en Registro | | |
| 22. Distrito Escolar | SAN JUAN I  064 | |
| 23. Escuela | MARIA MARTINEZ DE PEREZ | |

| 24. Dirección Postal y Residencial | 25. Teléfono Residencial | 26. En caso de otorgación de status probatorio o permanente. Deseo: ___ Afiliarme  ___ No afiliarme a la organización sindical que representa a la unidad apropiada a la cual pertenece el puesto (Ley Número 45 de 25 de febrero de 1998). |
|---|---|---|
| | | Firma del empleado _____ Fecha _____ |

**27. Observaciones:**
SE ACOGE A LOS BENEFICIOS DE LA LEY 91 del 28/marzo/04. VAC.REG. COBRADAS EN JUNIO Y JULIO.
LIC. ENF. 64-0-01 del 1/agosto/05 al 28/nov/05 8:01 am
AUM.S/CONVENIO EFEC. 1/julio/05  $2,405- $2,505

RECIBIDO  AUG 12 2005

| 28. En caso de cambio de status a probatorio o permanente, traslado, reasignación permanente, reubicación o descenso. | 29. Deseo: ___ Acogerme ___ No Acogerme. Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatorio o permanente. |
|---|---|
| Firma del empleado _____ Fecha _____ | Firma del empleado _____ Fecha _____ |
| 30. Recomendado _____ 22-VII-05  Director de Escuela  Fecha | 31. Recomendado _____ Director de Escuela  Fecha |
| 32. Aprobado: Por el Secretario de Educación o su Representante | 409, Crm, Cert. Deuda, Rad. Manka Asume, A-61 y 196 y Comp. Pago |

Si el nombramiento es con stá... ansitorio provisional el mismo constituye un CERTI____ DO PROVISIONAL DE MAESTRO.

| Formulario 480.7C Form Rev 07.19 | GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO Departamento de Hacienda - Department of the Treasury DECLARACION INFORMATIVA - PLANES DE RETIRO Y ANUALIDADES INFORMATIVE RETURN - RETIREMENT PLANS AND ANNUTIES | | F0205998080 |
|---|---|---|---|
| AÑO CONTRIBUTIVO TAXABLE YEAR: 2019 | ☐ Enmendado - Amended ( DD / MM / AA/YY ) | | Número Confirmación de Radicación Electrónica Electronic Filing Confirmation Number |

| INFORMACION DEL PAGADOR - PAYER'S INFORMATION | INFORMACION DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION | INFORMACION DEL PLAN - PLAN'S INFORMATION |
|---|---|---|
| Núm. de Identificación Patronal - Employer Identification Number **66-0433481** | Seleccione un encasillado - Select on box: <br> ☒ Residente Resident ☐ No Residente Ciudadano de EU Nonresident US Citizen ☐ No Residente Extranjero Nonresident Alien | Núm. de Identificación Patronal - Employer Identification Number **66-0433481** |
| Nombre - Name **Sistema de Retiro para Maestros** | Núm. de Seguro Social - Social Security No. <br> Nombre - Name **MARIA COSS MARTINEZ** | Nombre del Plan - Name of Plan **Sistema de Retiro para Maestros** |
| Dirección - Address **PO Box 191879 San Juan PR** | Dirección - Address **URB VILLAS DE CASTRO CC 1 A CALLE 23** | Nombre de quién auspicia el Plan - Plan Sponsor's Name **Sistema de Retiro para Maestros** |
| Código Postal - Zip Code **00919-1879** | **CAGUAS, PR** Código Postal - Zip Code **00726** | Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension Día/ Day: **29** Mes/ Month: **7** Año/ Year: **2005** |

Marque el encasillado correspondiente: - Check the corresponding box:

Forma de Distribución: Form of Distribution:
☐ Total Lump Sum ☐ Parcial Partial ☒ Pagos Periódicos Periodic Payments

Tipo de Plan o Anualidad: - Plan or Annuity Type:
☒ Gubernamental Governmental ☐ Privado Calificado Qualified Private ☐ No Calificado Non Qualified ☐ Anualidad Fija Fixed Annuity ☐ Anualidad Variable Variable Annuity

| Descripción - Description | Cantidad - Amount | Distribuciones - Distributions | |
|---|---|---|---|
| 1. Aportación Vía Transferencia <br> Rollover Contribution | 0.00 | 16. Cantidad Distribuida <br> Amount Distributed | 20,694.96 |
| 2. Distribución Vía Transferencia <br> Rollover Distribution | 0.00 | 17. Cantidad Tributable <br> Taxable Amount | 20,394.96 |
| 3. Costo de la Pensión o Anualidad <br> Cost of Pension or Annuity | 48,232.90 | 18. Cantidad sobre la cual se Pagó por Adelantado bajo las Secciones 1023.21, 1081.01(b)(9) o 1012D(b)(5) - Amount over which a Prepayment was made under Sections 1023.21, 1081.01(b)(9) or 1012D(b)(5) | 0.00 |
| 4. Fondo de Retiro Gubernamental <br> Governmental Retirement Fund | 0.00 | | |
| 5. Contribución Retenida sobre Pagos Periódicos de Planes Calificados o Gubernamentales - Tax Withheld from Periodic Payments of Qualified or Governmental Plans | 0.00 | 19. Aportaciones Voluntarias <br> After-Tax Contributions | 0.00 |
| 6. Contribución Retenida sobre una Distribución Total (20%) <br> Tax Withheld from Lump Sum Distribution (20%) | 0.00 | 20. Ingresos Exentos <br> Exempt Income | 300.00 |
| 7. Contribución Retenida sobre una Distribución Total (10%) <br> Tax Withheld from Lump Sum Distribution (10%) | 0.00 | 21. Distribuciones por Razón de un Desastre Declarado por el Gobernador de Puerto Rico <br> Distributions for Reason of a Disaster Declared by the Governor of Puerto Rico | |
| 8. Contribución Retenida sobre Distribuciones de Planes No Calificados - Tax Withheld from Distributions of Non Qualified Plans | 0.00 | A. Exentas <br> Exempt | 0.00 |
| 9. Contribución Retenida sobre Otras Distribuciones de Planes Clasificados (10%) - Tax Withheld from Others Distributions of Qualified Plans (10%) | 0.00 | B. Tributables <br> Taxable | 0.00 |
| 10. Contribución Retenida sobre Anualidades <br> Tax Withheld from Annuities | 0.00 | C. Cantidad sobre la cual se Pagó por Adelantado <br> Amount over which a Prepayment was Made | 0.00 |
| 11. Contribución Retenida sobre Transferencia de un Plan Calificado a una Cuenta de Retiro Individual No Deducible - Tax Withheld from Rollover of a Qualified Plan to a Non Deductible Individual Retirement Account | 0.00 | D. Aportaciones Voluntarias <br> After-Tax Contributions | 0.00 |
| | | E. Total (Sume líneas 21A a la 21D) <br> Total (Add lines 21A through 21D) | 0.00 |
| 12. Contribución Retenida sobre Distribuciones del Programa de Cuentas de Ahorro para el Retiro (10%) - Tax Withheld from Distributions from the Retirement Savings Account Program( 10%) | 0.00 | 22. Contribución Retenida sobre Distribuciones por Razón de un Desastre Declarado por el Gobernador de Puerto Rico - Income Tax Withheld on Distributions for Reason of a Disaster Declared by the Governor of Puerto Rico | 0.00 |
| 13. Contribución Retenida sobre Transferencia del Programa de Cuentas de Ahorro para el Retiro a Cuenta de Retiro Individual No Deducible (10%) - Tax Withheld from Rollover of the Retirement Savings Account Program to a Non Deducitible Individual Retirement Account (10%) | 0.00 | | |
| | | 23. Código de Distribición <br> Distribution Code | A ☐ |
| 14. Contribución Retenida sobre Distribuciones a No Residentes - Tax Withheld from Nonresident's Distributions | 0.00 | Razones para el Cambio <br> Reassons for the Change | |
| 15. Contribución Retenida sobre Otras Distribuciones <br> Tax Withheld from Others Distributions | 0.00 | | |

| Número de Cuenta Account Number | Número de Control Control Number **190020064** | Número de Control de la Declaración Informativa Original Control Number of Original Information Return | |
|---|---|---|---|

FECHA DE RADICACION: 28 DE FEBRERO O 30 DE AGOSTO, SEGUN APLIQUE. VEA INSTRUCCIONES - FILLING DATE: FEBRUARY 28 OR AUGUST 30, AS APPLICABLE. SEE INSTRUCCIONS.
ENVIE ELECTRONICAMENTE AL DEPARTAMENTO DE HACIENDA. ENTREGUE DOS COPIAS A QUIEN RECIBE EL PAGO. CONSERVE COPIA PARA SUS RECORDS
SEND TO DEPARTMENT OF THE TREASURY ELECTRONICALLY. DELIVER TWO COPIES TO PAYEE. KEEP COPY FOR YOUR RECORDS

Reproducido por:
Sistema de Retiro para Maestros

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: LEY PROMESA

10 de marzo de 2020

# CERTIFICACION

| | |
|---|---|
| Certifico que : | MARIA M. COSS MARTINEZ |
| Seguro Social : | |
| Categoría : | MA. EDUCACION FISICA (K-12) |
| Distrito Escolar : | SAN JUAN (III,IV,V) |
| Sueldo Mensual : | $2,505.00 |
| Status : | PERMANENTE |
| Observaciones : | |
| Trabaja : | N/A |
| Cesó : | N/A |
| Renunció : | Efectivo el 28 de julio de 2005 |
| Otros : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (32) años, (6) meses, (1) semana y (1) día. |

Candida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.