From: Maria M. Coss Martinez
Urb. Villas de Castro
c/ 23 CC1A Caguas,
Puerto Rico 00725



7019 2970 0001 5599 7522

U.S. POSTAGE PAID
FCM LG ENV
CAGUAS, PR
MAY 19, 20
AMOUNT
$7.60
R2304H109474-7



RECEIVED & FILED
2020 MAY 22 PM 3:06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
For The District of Puerto Rico
Room 150 Federal Building
San Juan, Puerto Rico 00958-1767