REPLICA OBJECION GLOBAL

RECEIVED & FILED
2020 MAY 26 PM 5:05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

I     Datos de contacto

Nombre: Edna L. Pacheco Román

Direccion: 2818 Calle Cadiz
Ponce, P.R. 00728-3102

teléfono: (787) 685-1276

Email

II     Epigrafe

    A: Secretaria (Clerk's Office)
    B: Tribunal de Distrito de los Estados Unidos
    C: Estado Libre Asociado y Otros Deudores
    D: Numero de Procedimiento: 17-BK-03283-LTS
      números de Referencia: 77888
    E: OCTOGESIMA NOVENA OBJECION GLOBAL REFERENTE A LA SOLICITUD DE DINERO NO PAGADO POR EL ESTADO LIBRE ASOCIADO DE PUERTO RICO

    Numero de las evidencias por reclamo
        Ley # 89 Romerazo - Efectiva 12 de julio de 1979
          (aumento salarial $100.00 mensuales)
       Ley Escala salarial – Pasos, 6 de julio
          (aumento anual $25.00)
       Ley # 96, efectiva 1 julio 2002
          (aumento mensual de $100.00)
       Ley # 164, efectiva 22 julio 2003
          (aumento mensual $100.00)

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

    - [x] Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
    - [ ] Empleo actual o anterior en el gobierno de Puerto Rico
    - [ ] Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

    _75,800.00_

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
_Departamento de Educación_

3(b). Identifique las fechas de su empleo con relación a su reclamación:
_18 agosto 1986 al 2016 del 23 de diciembre_

3(c). Últimos cuatro dígitos de su número de seguro social: _9810_

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
_Departamento de Educación_

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
_Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico_

4(c). Número de caso: _17 BK 03283-LTS  77888  Promesa Título III_

4(d). Título, epígrafe, o nombre del caso:
_Promesa Título III  Num. 17BK03283-LTS  77888_

2

*Número de Evidencia de Reclamación:*
*Reclamante:*

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

_Pendiente de resolución_

4(f). ¿Tiene usted una sentencia impaga? Sí / No  (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

Sí - Ley 89 (12 de julio - 1979 - 36,000.00

Ley Escala Salarial ⟶ 7,500.00

Ley 96 ⟶ 16,800.00

Ley 164 ⟶ 15,600.00

75,800.00

3