Edna L. Pacheco Roman
2818 Calle Cadiz
Ponce, P.R. 00728-3102

RECEIVED & FILED
2020 MAY 26 PM 5:05
CLERK'S OFFICE

SECRETARIA (CLERK'S OFFICE)
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
ROOM 150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO 00918-1767