ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMISION APELATIVA DEL SISTEMA DE ADMINISTRACION DE
RECURSOS HUMANOS DEL SERVICIO PÚBLICO
PO BOX 9023990
SAN JUAN, PUERTO RICO, 00902-3990

| | |
|---|---|
| MIRLA M. RODRIGUEZ MARIN<br><br>APELANTE<br><br>VS.<br><br>POLICIA DE PUERTO RICO<br><br>APELADA | APELACION SOBRE:<br><br>REINSTALACION |

## APELACION

A LA HONORABLE COMISION:

Comparece la parte Apelante, que suscribe y ante esta Honorable Comisión,
**EXPONE, ALEGA Y SOLICITA:**

I. JURISDICCION:

Conforme a lo dispuesto en el Art I de Ley 184 de 3 de agosto de 2004, conocida como Ley para la Administración de los Recursos Humanos en el Servicio Público del Estado Libre Asociado de Puerto Rico, según enmendada, esta Honorable Comisión tiene jurisdicción para atender la Apelación de marras. Veamos;

### ARTÍCULO I - Jurisdicción

La Comisión Apelativa del Sistema de Administración de Recursos Humanos tendrá jurisdicción sobre las apelaciones surgidas como consecuencia de acciones o decisiones de los Administradores Individuales y los municipios en los casos, y por las circunstancias que se especifican a continuación:

1.1 Cuando un empleado dentro del Sistema de Administración de los Recursos Humanos, no cubierto por la Ley de Relaciones del Trabajo del Servicio Público, Ley Núm. 45 de 25 de febrero de 1998, según enmendada, alegue que una acción o decisión que le afecta viola cualquier derecho que se le conceda en virtud de las disposiciones de Ley Núm. 184, supra, de la Ley de Municipios Autónomos, los reglamentos que se aprueben para instrumentar dichas leyes, o de los reglamentos adoptados por los Administradores Individuales para dar cumplimiento a la Ley Núm. 184.

II. ALEGACIONES:

1. Que el 24 de agosto de 2010, a eso de las 6:00 pm, recibí personalmente de parte del Sr. Leandro Peña, Superintendente Auxiliar de Servicios Gerenciales y la Sra. Deborah Vega, Gerente del Negociado de Recursos Humanos, carta del Superintendente de la Policía de PR, notificándome que se me reinstalaba del puesto

de Confianza de Directora de la Oficina de Asuntos Legales al puesto de carrera Abogada II. La reinstalación no se hizo conforme a derecho. **(Véase Anejo I)**

2. Que al revisar la carta de reinstalación me percaté inmediatamente, que la misma adolecía de una serie de irregularidades, errores y que no estaba conforme a derecho, se lo manifesté tanto al Sr. Leandro Peña y la Sra. Deborah Vega, para que tuvieran conocimiento y la corrigieran, pero se limitaron a decir sin fundamento legal alguno, que la carta estaba correcta.

3. En resumen, la carta de reinstalación con fecha del 24 de agosto de 2010, adolece de serios errores, entre ellos: el puesto al que se me reinstala esta incorrecto, el cual debería ser Abogado III, con el salario correspondiente y no como erradamente se hizo a Abogado II. Por otro lado, tampoco se me otorgo el porciento dispuesto en la Sección 8.2 (12) de la ley 184, supra, que dispone *"que empleado de confianza al momento de ser reinstalado tendrá derecho a un incremento de sueldo hasta un diez por ciento del sueldo que devengaba en el puesto de confianza y para otorgarlo será necesario que se evidencie la ejecutoria excelente del empleado".* A pesar de que mi ejecutoria fue excelente y realice funciones excepcionales y adicionales a las que me correspondían y de que nunca medio ninguna evaluación o informe negativo sobre mi ejecutoria, no se me otorgó el mismo.

4. Que he realizado varias gestiones administrativas dirigidas para que se me corrija dicho error y no he recibido respuesta concreta, solamente que se esta evaluando.

5. Que la suscribiente lleva más de once (11) años de Abogada en el servicio público, representando a Agencias de Seguridad, tales como Administración de Corrección, y por el pasado año y nueve meses a la Policía de Puerto Rico.

6. Que la suscribiente dirigió la División Legales de la Administración de Corrección del 1999 al 2000 y la Oficina de Asuntos Legales de la Policía de PR desde enero de 2009 hasta el 24 de agosto de 2010.

7. Que al momento de ser reclutada al puesto de confianza de Directora de la Oficina de Asuntos Legales, me encontraba supervisando y dirigiendo la Oficina de Asuntos Legales de Ponce, de la Administración de Corrección.

8. Que durante los años que he representado y asesorado a las Agencias ante los distintos foros judiciales, han sido muchos los casos de gran complejidad y de confinados de gran notoriedad y/o peligrosidad, tales; como Tomas Hernández Santas ("Tomas Trampa"), Solano Moreta, Orlando Serrano ("Landy"), Bonifacio López, Caso Maravilla y Morales Feliciano.

9. Que entre los casos que durante años litigue, estaban casos administrativos, recursos extraordinarios, asuntos criminales, tales como Mandato Constitucional bajo el Nuevo Código Penal, Regla 180 y 185, de Procedimiento Criminal, Habeas Corpus (recursos extraordinarios) violación de derechos civiles, daños y perjuicios, funciones de mayor complejidad y responsabilidad de lo que realiza un Abogado III, en la Policía de Puerto Rico.

10. Que conforme a mi experiencia y tomando en consideración que he Dirigido dos Oficinas de Asuntos Legales de las Agencias de Seguridad mas complejas de Puerto Rico, y a base de mi historial laboral y profesional en el ámbito legal, no cabe la menor duda de que me corresponde en derecho el puesto de Abogada III y el salario correspondiente y que se me reconozca el *derecho a* un incremento de sueldo, conforme en derecho.

11. Por lo que solicitamos a esta Comisión que tome conocimiento que en la Policía, las compañeras Directoras de la Oficina de Asuntos Legales o Asesoras de Superintendentes anteriores, que luego de ocupar un puesto de confianza, han sido reinstalados a sus puestos de carrera, se les ha reconocido en el puesto de abogada III, entre ellas Lcda. Linette Rivera, Lcda. Iris Romero, Lcda. Lou Ann Delgado, Lcda. Gloria Ortiz y la Lcda. Estrella Vega.

12. No renunciamos el derecho de enmendar cualquier alegación en esta apelación de entenderlo necesario.

**POR TODO LO CUAL**, muy respetuosamente solicitamos a esta Honorable Comisión que tome conocimiento de lo antes expuesto, declare ha lugar nuestra apelación por ser conforme en derecho, con cualquier pronunciamiento que en derecho proceda.

En Ponce, para San Juan, Puerto Rico, a 22 de septiembre de 2010.

**CERTIFICO**: Enviar copia fiel y exacta del presente escrito **mediante correo ordinario:** al Sr. José E. Figueroa Sancha, a PO BOX 70166, San Juan, Puerto Rico 00936-8166.

RESPETUOSAMENTE SOMETIDA,

LCDA. MIRLA M. RODRIGUEZ MARIN
**COLEGIADA NUM.: 13,974**

APARTADO 800726 COTO LAUREL PUERTO RICO
00780-0726
FAX (787) 844-4586
EMAIL: mirla.rodriguez@gmail.com