Case:17-03283-LTS   Doc#:13243-2   Filed:05/22/20   Entered:05/27/20 10:43:06   Desc:
Envelope   Page 1 of 1

Mirla M Rodriguez Marin
PO Box 800726
Coto Laurel, PR 00780-0726



Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan, PR 00918-1767

RECEIVED & FILED
2020 MAY 22 PM 3: 06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR