**PRESS FIRMLY TO SEAL**

**PRIORITY MAIL FLAT RATE POSTAGE REQUIRED**

UNITED STATES POSTAL SERVICE — Retail

P — US POSTAGE PAID
$7.75
Origin: 33177
05/20/20
1158680091-04

PRIORITY MAIL 3-DAY®

0 Lb 2.00 Oz
1004

EXPECTED DELIVERY DAY: 05/26/20

SHIP TO:
SAN JUAN PR 00918

USPS TRACKING® NUMBER

9505 5134 4553 0141 6088 50

- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.
* Domestic only

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



EP14F Oct 2018
OD: 12 1/2 x 9 1/2

FROM: Lorenne E. Montalvo
13760 SW 149th Circle Lane
Apt-2
Miami, FL 33186

RECEIVED & FILED
2020 MAY 26 PM 4:57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

TO:
Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, PR 00918-1767