18 Mayo 2020

Tribunal de Distrito de E.U.
para el Distrito de P.R.
Junta de Supervisión y Administración
Financiera para P.R.
Como representante de E.L.A. P.R.
Pronesa Título III
Num. 17 BK 3283 LTS

Yo, Nancy I. Ortiz Matos # reclamación 111270 ? 84582 } Reclamo mis derechos con relación a la Ley Pronesa que incluyen las siguientes leyes 96, 164 3%, 34, 89. La presente radicación guarda relación con el E.L.A, la Act y el S.R.E.

Atte
Nancy Ortiz Matos.