Nancy Ortiz Nieves
P.O. Box 252
Comerio, P.R. 00782

RECEIVED & FILED
2020 MAY 26 PM 5:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

U.S. POSTAGE PAID
FCM LG ENV
COMERIO, PR
00782
MAY 18, 20
AMOUNT
$1.20
R2303S100638-05

Clerk's Office
United States District Court
Room 150 Federal Bldg
San Juan, P.R. 00918-1767