MIGUEL A ORTIZ BORRERO
HC 5 BOX 51850
SAN SEBASTIAN, PR 00685

RECEIVED & FILED

2020 MAY 26 PM 5:03

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

22 MAY 2020 PM 2 L

SAN JUAN PR 009

SECRETARIA DE JUNTA DE SUPERVICION
ROOM 150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO 00918-1767