REPLICA DE OBJECION GLOBAL

I. Datos de contacto

   Nombre:    Carlos Valedón Ortiz

   Dirección:  Residencial – Urb. Esperanza D-14
              Juana Díaz, Puerto Rico  00795

              Postal – Urb. Esperanza  D-14  Juana Díaz, P. R.  00795

   Número de teléfono: 1 – 787– 385 – 9802

   E – mail: valedoncarlos1951@gmail.com

   Números de reclamaciones: **86451**

II. Epígrafe

   A. Secretaría (Clerk°s  Office)
      Tribunal de Distrito de los Estados Unidos
      Room 150  Federal Building
      San Juan (Puerto Rico) 00918-1767

   B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

   C. Número  de Procedimiento:  17 BK 3283-LTS

   D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico

      Número de las evidencias por reclamo

      Ley #89 – Retribución de Uniforme – Julio, 1979
      Ley #89 – Romerazo – Efectiva en 1 de julio de 1995
      Ley #96 -  Aumento de Sueldo – Julio, 2002
      Ley #164 – Aumento de Sueldo – Julio, 2003

III. El Tribunal no debe declarar a lugar la objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes

      Ley #89 – Retribución de Uniforme – Julio, 1979
      Ley #89 – Romerazo – Efectiva en 1 de julio de 1995
      Ley #96 -  Aumento de Sueldo – Julio, 2002
      Ley #164 – Aumento de Sueldo – Julio, 2003

RECEIVED & FILED
2020 MAY 26  PM 5: 03
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con el Departamento de Educación de Puerto Rico desde **Agosto de 1973 hasta Junio de 2006** (33 años de labor) en las funciones de Maestro de la sala de clases, Director de Escuela Secundaria en el Distrito Escolar de Juana Díaz y Arecibo, Puerto Rico.

Se está reclamando por las leyes aplicables que cubren estos años de servicio.

Se incluyen documentos que evidencian este reclamo:

1) Talonario de Pensión con Deducciones de la Junta de Retiro de Maestros
2) Pendiente para envío tardío la Verificación de Empleo y años de Servicio del Departamento de Educación del Estado Libre Asociado de Puerto Rico.
   Nota: En estos momentos debido a pandemia de Coronavirus las oficinas para solicitar el documento permanecen cerradas.

Debido a las recientes situaciones de emergencia ocurridas en Puerto Rico (Huracán María, Terremotos y Pandemia del Coronavirus) se están enviando las réplicas en esta fecha. De necesitar información o documentación adicional, favor de comunicarse con el suscribiente.

Firma: _____

Carlos Valedón Ortiz

XXX – XX – 1370

Fecha: _19-MAYO-2020_

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con el Departamento de Educación de Puerto Rico desde **Agosto de 1973 hasta Junio de 2006** (33 años de labor) en las funciones de Maestro de la sala de clases, Director de Escuela Secundaria en el Distrito Escolar de Juana Díaz y Arecibo, Puerto Rico.

Se está reclamando por las leyes aplicables que cubren estos años de servicio.

Se incluyen documentos que evidencian este reclamo:

1) Certificación de Pensión con Deducciones de la Junta de Retiro de Maestros
2) Pendiente para envío tardío la Verificación de Empleo y años de Servicio del Departamento de Educación del Estado Libre Asociado de Puerto Rico.
   Nota: En estos momentos debido a pandemia de Coronavirus las oficinas para solicitar el documento permanecen cerradas.

Debido a las recientes situaciones de emergencia ocurridas en Puerto Rico (Huracán María, Terremotos y Pandemia del Coronavirus) se están enviando las réplicas en esta fecha. De necesitar información o documentación adicional, favor de comunicarse con el suscribiente.

Firma: _____
Carlos Valedón Ortiz

XXX – XX – 1370

Fecha: 19 MAYO/20

# INFORMATION REQUESTED TO PROCESS YOUR CLAIM

## Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

## Questionnaire

1. What is the basis of your claim?
   - ☐ A pending or closed legal action with or against the Puerto Rican government
   - ☒ Current or former employment with the Government of Puerto Rico
   - ☐ Other (Provide as much detail as possible below. Attach additional pages is needed.)
   
   _Ley 89 (1979), Ley 89 (1995), Ley 96 (2002) y Ley 164 (2003)_

2. What is the amount of your claim (how much money do you claim to the owed):
   _$54,000_

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?
   - ☐ No. *Please continue to Question 4.*
   - ☒ Yes. Answer Questions 3 (a) – (d).

3 (a). Identify the specific agency or department whore you were or are employed: _Departamento de Educacion de P.R._

3 (b) Identify the dates of your employment related to your claim: _Agosto 1973 — Junio 2006_

3 (C) Last four digits of your social security number: _1370_

3 (d) What is the nature of your employment claims (select all applicable)

☐ Pension

☒ Unpaid Wages

☐ Sick Days

☐ Union Grievance

☐ Vacation

☐ Other (Provide as much detail as possible. Attach additional pages if necessary

4. **Legal Action**. Does your claim relate to a pending or closed legal action?

☒ No.

☐ Yes. Answer Questions 4 (a) – (f).

4 (a). Identify the department or agency that is a party to the action. _N/A_

4 (b). Identify the name and address of the court or agency where the action is pending: _N/A_

4 (c). Case number: _N/A_

4 (d). Title, Caption, or name of Case: _N/A_

4 (e). Status of the case (pending, or appeal, or concluded): _N/A_

4 (f). Do you have an unpaid judgment? Yes / No (Circle one)
If yes, what is the date and amount of the judgment? _N/A_

Claimant's signature _[signature]_
Nombre: _Carlos Valedin Ortiz_
Fecha: _19 Mayo 2020_