**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| VALEDON ORTIZ, CARLOS | 86451 | 6/21/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| VALEDON ORTIZ, CARLOS | 86451 | 6/21/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-023
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN CON DEDUCCIONES

Certifico que VALEDON ORTIZ,CARLOS J con número de Seguro Social XXX-XX-1370 es pensionado(a) del Sistema de Retiro para Maestros. Recibe una pensión mensual de $2,040.00, equivalente a $24,480.00 anual. Luego de las deducciones recibe una pensión neta de $1,752.28, equivalente a $21,027.36 anual. A Continuación se detallan los descuentos mensuales.

| NOMBRE DE LA ENTIDAD | CANTIDAD | | | |
|---|---|---|---|---|
| | Marzo de 2020 2da. Quincena | Abril de 2020 1er. Quincena | Abril de 2020 2da. Quincena | Mayo de 2020 1er. Quincena |
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 52.27 | 52.27 | 0.00 |
| AE-Asoc Emp ELA-Prest Regular | 113.26 | 113.26 | 113.26 | 113.26 |
| GPR Plan de Ahorros | 30.60 | 30.60 | 30.60 | 30.60 |
| Total de descuentos | ($197.34) | ($196.13) | ($196.13) | ($143.86) |

Esta certificación se expide hoy 20 de mayo de 2020.



Número de Certificación: SRM04P2001510

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



☎ 787.777.1414   📠 787.759.2883   www.srm.pr.gov

Reclamante: Carlos Valedón Ortiz

Número de Procedimiento: 17 BK 3283 - LTS

Números de Reclamaciones: **86451**

Reclamación del dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el mes **Agosto de 1973** hasta **Junio de 2006,** como maestro de Nivel Secundario y Director de Escuela Secundaria, en el Departamento de Educación del Estado Libre Asociado de Puerto Rico.

| Núm. de Ley | Nombre de Ley | Fecha de Efectividad | Núm. Reclamación | Estimado de Cantidad Adeudada |
|---|---|---|---|---|
| Ley 89 | Retribución de Uniforme | Julio de 1979 | | $32,400.00 |
| Ley 89 | Romerazo | Julio de 1995 | | 13,200.00 |
| Ley #96 | Aumento de Sueldo | Julio, 2002 | | 4,800.00 |
| Ley #164 | Aumento de Sueldo | Julio, 2003 | | 3,600.00 |
| | | | Total ............... | $54,000.00 |

Así como otras leyes aprobadas que me apliquen y no se me otorgó la compensación adecuada .

Muy agradecida por la atención prestada.

Atentamente,

Carlos Valedón Ortiz

XXX – XX - 1370