Carlos Valedai C.t
Urb. Esperanza D-14
Juana Diaz, P.R 00795

RECEIVED & FILED
2020 MAY 26  PM 5:03
CLERK'S OFFICE
U.S DISTRICT COURT

1000    00918

U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
MAY 20, 20
AMOUNT
**$1.20**
R2304W119590-8

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico  00918-1767