José Luis González Martínez
P.O. Box 801001
Coto Laurel, P.R. 00780-1001

Secretaría (Clerk's Office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767

RECEIVED & FILED
2020 MAY 22  AM 8 41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.