**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, et al.<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br><br><br><br>Case No. 17 BK 3283-LTS<br>(Jointly Administered) |

**MOTION TO INFORM APPEARANCE OF BACARDI INTERNATIONAL LIMITED AND BACARDI CORPORATION AT OMNIBUS HEARING SCHEDULED FOR JUNE 3-4, 2020**

**TO THE HONORABLE COURT:**

**COME NOW**, Bacardi International Limited ("BIL") and Bacardi Corporation (together with BIL "Bacardi"), by and through the undersigned counsel, hereby submit this motion to inform in compliance with this Honorable Court's *Order Regarding Procedures for Attendance, Participation and Observation of June 3-4, 2020 Omnibus Hearing* [Dkt. No. 13220] (the "Hearing Procedures Order"), and respectfully state as follows:

1. Dianne Coffino, of Covington & Burling LLP, will appear on behalf of Bacardi at the Hearing (as defined in the Hearing Procedures Order) on June 3-4, 2020 via telephonic appearance through the CourtSolutions link.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) and (vi) Puerto Rico Building Authority ("PBA") Bankruptcy Case No.: 19-BK-5523 (LTS) (Last Four Digits of Federal Tax ID: 3801).

2. Ms. Coffino will present argument on June 4, 2020 hearing related to the PRIFA Lift-Stay Motion, as defined in the Procedures Order and any other related response or pleading thereafter submitted.[2]

3. Ms. Coffino, on behalf of Bacardi, also reserve the right to respond, as necessary, to any statements made at the Hearing or otherwise by any party in connection with the above-captioned Title III cases.

4. Carmen D. Conde Torres, Esq. and Luisa S. Valle Castro, Esq. will attend the hearing via telephonic appearance.

**WHEREFORE**, for the foregoing reasons, Bacardi respectfully requests that this Honorable Court take notice of the above stated.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 29th day of May 2020.

**WE HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the parties appearing in said system including the US Trustee and to all those parties registered to receive notice within the electronic notification service.

| | |
|---|---|
| */s/Carmen D. Conde Torres* <br> Carmen D. Conde Torres, Esq. <br> USDC 207312 | /s/ *Dianne Coffino* <br> Dianne Coffino, Esq. <br> (admitted *pro hac vice*) |
| */s/Luisa S. Valle Castro* <br> Luisa S. Valle Castro, Esq. <br> USDC No. 215611 | **COVINGTON & BURLING LLP** <br><br> 620 Eighth Avenue <br> New York, NY 10018 |
| **C. CONDE & ASSOC.** <br> 254 San José Street, 5th Floor <br> Old San Juan, Puerto Rico 00901 <br> Telephone: 787-729-2900; | Telephone: (212) 841-1023 <br> Email: dcoffino@cov.com <br><br> *Counsel for Bacardi* |

---

[2] Bacardi is working with other parties related to the PRIFA Lift-Stay Motion in order to submit the Joint Motion required by the Procedures Order. Nevertheless, it wishes to advise this Honorable Court of its participation at the hearing in advance.

Facsimile: 787-729-2203
E-mail:condecarmen@condelaw.com

*Counsel for Bacardi*