**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN RE:**<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** as representative of **THE COMMONWEALTH OF PUERTO RICO,** et al.<br><br>Debtors.[1] | **PROMESA**<br>**Title III**<br><br><br><br><br><br>**Case No. 17 BK 3283-LTS**<br>(Jointly Administered) |

**MOTION TO INFORM APPEARANCE OF CANTOR-KATZ COLLATERAL MONITOR, LLC AT OMNIBUS HEARING SCHEDULED FOR JUNE 3, 2020**

**TO THE HONORABLE COURT:**

    **COMES NOW**, Cantor-Katz Collateral Monitor, LLC (the "Collateral Monitor"), by and through its undersigned counsel, hereby submits this motion to inform in compliance with this Honorable Court's *Order Regarding Procedures for June 3-4, 2020 Omnibus Hearing* (the "Procedures Order") [Dkt. No. 13220], and respectfully states as follows:

    1.    Douglas S. Mintz and/or Peter J. Amend, of Orrick, Herrington & Sutcliffe LLP, may appear on behalf of the Collateral Monitor at the Hearing[2] on June 3, 2020 via telephonic appearance through the CourtSolutions link.[3]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) and (vi) Puerto Rico Building Authority ("PBA") Bankruptcy Case No.: 19-BK-5523 (LTS) (Last Four Digits of Federal Tax ID: 3801).

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Hearing Procedures Order.

[3] For the avoidance of doubt, this informative motion is being filed solely with respect to matters to be heard at the Hearing on June 3, 2020. Counsel for the Collateral Monitor does intend to be heard with respect to the HTA

   2. At this time, counsel for the Collateral Monitor does not intend to present argument before the Court at the Hearing on June 3, 2020. However, because the Agenda for the Hearing has not yet been filed, the Collateral Monitor hereby reserves the right to present argument at the Hearing on June 3, 2020 concerning any of the matters set forth in the Agenda that may impact the Collateral Monitor's rights.

   3. In the event there is a matter included in the Agenda that requires argument from the Collateral Monitor, the Collateral Monitor will file an amended motion that is consistent with the Hearing Procedures Order.

   4. Carmen D. Conde Torres, Esq. and Luisa S. Valle Castro, Esq. will attend the hearing via telephonic appearance.

[*Remainder of page intentionally left blank*]

---

Lift Stay Motion, which is scheduled for June 4, 2020. In compliance with the Hearing Procedures Order, the Collateral Monitor shall be party to a separate informative motion addressing this matter.

4151-7032-3237.1

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 29th day of May 2020.

**WE HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the parties appearing in said system including the US Trustee and to all those parties registered to receive notice within the electronic notification service.

| | |
|---|---|
| */s/Carmen D. Conde Torres* | /s/ *Douglas S. Mintz* |
| Carmen D. Conde Torres, Esq. | Douglas S. Mintz, Esq. |
| USDC 207312 | (admitted pro hac vice) |
| | |
| */s/Luisa S. Valle Castro* | */s/ Peter J. Amend* |
| Luisa S. Valle Castro, Esq. | Peter J. Amend, Esq. |
| USDC No. 215611 | (admitted pro hace vice) |
| | |
| **C. CONDE & ASSOC.** | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| 254 San José Street, 5th Floor | Columbia Center |
| Old San Juan, Puerto Rico 00901 | 1152 15th Street, N.W. |
| Telephone: 787-729-2900; | Washington, D.C. 20005-1706 |
| Facsimile: 787-729-2203 | Telephone: (202) 339-8400 |
| E-mail:condecarmen@condelaw.com | Facsimile: (202) 339-8500 |
| *Counsel for Cantor-Katz Collateral Monitor, LLC* | |
| | Co*unsel for Cantor-Katz Collateral Monitor LLC,* |

3

4151-7032-3237.1