# EXHIBIT A

**In re The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico and as representative of the Puerto Rico Highways and Transportation Authority**
**Case Nos. 17BK3283 and 17BK3567**

**Errata Sheet for the 30(b)(6) Deposition of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, the Puerto Rico Tourism Company, and the Puerto Rico Infrastructure Financing Authority**
**Taken on April 21, 2020 and April 23, 2020**

## CHANGES/CORRECTIONS

| Page: Line | From | To | Reason for Change |
|---|---|---|---|
| 3:15-17 | BY: MOSHE A. FINK, ESQ. mfink@omm.com PETER FRIEDMAN, ESQ. pfriedman@omm.com | BY: PETER FRIEDMAN, ESQ. pfriedman@omm.com | Transcription error |
| 3:17-20 | BY: ELIZABETH L. McKEEN, ESQ. emckeen@omm.com ASHLEY PAVEL, ESQ. apavel@omm.com JOSEPH L. ROTH, ESQ. jroth@omm.com | BY: ELIZABETH L. McKEEN, ESQ. emckeen@omm.com ASHLEY PAVEL, ESQ. apavel@omm.com | Transcription error |
| 19:23-24 | Jehra Pelle (phonetic) | Jeira Belén | Transcription error |
| 20:2 | Jehra | Jeira | Transcription error |
| 20:9 | Angel Bulik | Angel Felix | Transcription error |
| 20:10 | Rebecca | Rebeca | Transcription error |
| 22:2 | context | contact | Transcription error |
| 23:16 | met the account designations | map the account designations | Transcription error |
| 23:25 | belies other | elides other | Transcription error |
| 24:1 | (indiscernible) | the document speaks for itself | Transcription error |
| 30:17 | Boston/DC | Washington, DC | Transcription error |
| 41:10 | a FAS | AAFAF | Transcription error |
| 43:20 | cooperation | preparation | Transcription error |
| 52:6 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 52:23 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 54:18 | including management | in liquidity management | Transcription error |
| 54:18 | tax | cash | Transcription error |
| 56:24 | you would have to say | you would not say | Transcription error |
| 57:7 | General Funds | General Fund | Transcription error |
| 61:3 | Collecteria | Colecturía | Transcription error |
| 61:10 | Collecteria | Colecturía | Transcription error |

| 61:14 | Collecteria | Colecturía | Transcription error |
|---|---|---|---|
| 63:1 | AAFAF | then | Transcription error |
| 64:7 | increments | instances | Transcription error |
| 66:1-3 | MR. NATBONY: Well, I disagree. Are you directing him not to answer?<br><br>MS. McKEEN: You can answer. | MR. NATBONY: Well, I disagree. Are you directing him not to answer? You can answer. | Transcription error |
| 72:18 | Collecteria | Colecturía | Transcription error |
| 73:9 | would | wouldn't | Transcription error |
| 74:1 | A | to me | Transcription error |
| 75:4 | they're in | there is | Transcription error |
| 78:25 | in | and | Transcription error |
| 80:4 | dep | seven | Transcription error |
| 80:14 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 86:6 | under | and the | Transcription error |
| 86:11 | post 660000 | 0660000 | Transcription error |
| 87:1 | Collecteria | Colecturía | Transcription error |
| 87:12 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 87:19 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 89:24 | Collecteria | Colecturía | Transcription error |
| 92:11 | Collecteria | Colecturía | Transcription error |
| 92:17 | extract | extracts | Transcription error |
| 92:17 | Collecteria | Colecturía | Transcription error |
| 92:25 | Collecteria | Colecturía | Transcription error |
| 93:4 | Collecteria | Colecturía | Transcription error |
| 95:16 | Collecteria | Colecturía | Transcription error |
| 95:18 | collect | select | Transcription error |
| 97:20 | Collecteria | Colecturía | Transcription error |
| 100:16 | payouts | accounts | Transcription error |
| 106:9 | fee | fees | Transcription error |
| 108:6 | 1029 | tab 29 | Transcription error |
| 114:18 | Please look at | mischaracterizes | Transcription error |
| 117:6 | HTA-STA0000467 | HTA-STAY0000467 | Transcription error |
| 120:15 | DV | DE | Transcription error |
| 128:6 | informed -- | informed the presentation | Transcription error |
| 149:17 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 151:9 | HTA-STA | HTA-STAY | Transcription error |
| 151:21 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 153:12 | Collecteria | Colecturía | Transcription error |
| 156:17 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 157:9 | Collecteria | Colecturía | Transcription error |
| 165:3 | Collecteria | Colecturía | Transcription error |
| 165:22 | of | or | Transcription error |

| 166:12 | Peregos | Pagos | Transcription error |
|---|---|---|---|
| 166:21 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 176:23 | and | in | Transcription error |
| 178:9 | tabs | accounts | Transcription error |
| 178:24 | Collecteria | Colecturía | Transcription error |
| 181:12 | 9478 | 9458 | Transcription error |
| 182:3 | Collecteria | Colecturía | Transcription error |
| 183:10 | (indiscernible) | to tell | Transcription error |
| 186:7 | (indiscernible) Fund | flow of funds | Transcription error |
| 188:8 | clawback of the Treasury | clawback account of the Treasury | Transcription error |
| 188:21 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 190:15 | (indiscernible) | November 2015 | Transcription error |
| 191:7 | BPPR 5191 | BPPR 9458 | Transcription error |
| 193:7 | Transfers | Transfer | Transcription error |
| 193:14 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 196:12 | which | it | Transcription error |
| 197:5 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 198:11 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 198:23 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 201:24 | unfamiliar | familiar | Transcription error |
| 206:15 | hinted | ended | Transcription error |
| 207:3 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 207:16 | Form | Objection | Transcription error |
| 214:5 | UNIDENTIFIED SPEAKER | Ms. McKeen | Transcription error |
| 214:23-24 | That you phrased it, that is correct. | Ok. Yeah, you phrased a negative, that is correct. | Transcription error |
| 215:22 | know anything | think | Transcription error |
| 216:23 | A. Correct | Mr. Mervis: Objection | Transcription error |
| 217:25 | I didn't (indiscernible) | I expect the flow of funds | Transcription error |
| 236:11 | PRIFAS | PRIFA | Transcription error |
| 238:22 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 241:7 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 245:1 | (indiscernible.) | I thought it would be prudent to review | Transcription error |
| 245:11 | (indiscernible) | privileged information | Transcription error |
| 249:5 | portions of cash in the TSA? | portions of cash in the TSA?<br><br>Ms. McKeen: Objection. | Transcription error |
| 251:8 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 251:20 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 257:23 | typically | specifically | Transcription error |
| 263:16 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 263:17-18 | a specific context | specific content | Transcription error |

| 264:13 | ERA | CIRA | Transcription error |
| --- | --- | --- | --- |
| 265:21 | UNIDENTIFIED SPEAKER | Ms. McKeen | Transcription error |
| 265:22 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 266:23 | acceptable | accessible | Transcription error |
| 270:3 | valid | balance | Transcription error |
| 275:16 | UNIDENTIFIED SPEAKER | Mr. Natbony | Transcription error |
| 280:4 | first | it refers | Transcription error |
| 280:6 | the list | to entities | Transcription error |
| 280:13 | UNIDENTIFIED SPEAKER | Ms. McKeen | Transcription error |
| 280:20 | for first | to refer to | Transcription error |
| 280:24 | Minimally | Generally | Transcription error |
| 281:22 | UNIDENTIFIED SPEAKER | Ms. McKeen | Transcription error |
| 283:23 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 286:22-23 | by Fund number on Type 2 with their corresponding outflows | by Fund number, Fund type to their corresponding outflows | Transcription error |
| 288:24 | UNIDENTIFIED SPEAKER | Ms. McKeen | Transcription error |
| 292:10-11 | she's a manager over a lot of PRIFA | she's in a managerial role at PRIFA | Transcription error |
| 295:10 | oversight for briefs | Oversight Board's brief | Transcription error |
| 304:12-13 | (indiscernible) operate chk give you | I believe you asked for | Transcription error |
| 304:19-20 | it's your -- it makes sense | here is an instance | Transcription error |
| 304:22 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 306:8 | PRIFA | PRIFAS | Transcription error |
| 312:11 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 315:18 | I guess | That's what I said | Transcription error |
| 317:7 | UNIDENTIFIED SPEAKER | Ms. McKeen | Transcription error |
| 321:2 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 322:16 | PRIFA | PRIFAS | Transcription error |
| 322:23 | PRIFA | PRIFAS | Transcription error |
| 323:10 | Not BCB, no note | Not being a CPA, I don't know | Transcription error |
| 325:8 | conjecture | what this section tries to capture | Transcription error |
| 327:6 | PRIFA | PRIFAS | Transcription error |
| 327:17 | PRIFA | PRIFAS | Transcription error |
| 334:10 | Yes | No | Transcription error |
| 336:22 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 347:14 | PRIFA | PRIFAS | Transcription error |
| 347:22 | PRIFA | PRIFAS | Transcription error |
| 348:7 | PRIFA | PRIFAS | Transcription error |
| 348:9 | PRIFA | PRIFAS | Transcription error |
| 348:13 | wasn't | was | Transcription error |
| 348:21 | PRIFA | PRIFAS | Transcription error |

| | | | |
|---|---|---|---|
| 348:25 | DCMs that exist | VPNs that exist | Transcription error |
| 349:5 | PRIFA | PRIFAS | Transcription error |
| 351:1 | line? | lines?<br><br>Ms. McKeen: Objection. | Transcription error |
| 351:24 | A. The transfers from 0006 to 0704 do | Mr. Mervis: Objection.<br><br>A. The transfers from 0006 to 0704 do | Transcription error |
| 353:11 | are a | denote | Transcription error |
| 353:17 | 1891? | 1891?<br><br>Ms. McKeen: Objection. | Transcription error |
| 354:23 | the Flow of Funds from the 0704 account? | the Flow of Funds from the 0704 account?<br><br>Ms. McKeen: Same objection. | Transcription error |
| 354:24 | I'm assuming | My understanding | Transcription error |
| 354:25 | comingled into | comingled at the point of deposit into | Transcription error |
| 361:23 | ASI | AFI | Transcription error |
| 366:17 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 373:1 | PRIFA | PRIFAS | Transcription error |
| 373:21 | excise | excess | Transcription error |
| 373:23 | PRIFA | PRIFAS | Transcription error |
| 375:4 | UNIDENTIFIED SPEAKER | Ms. McKeen | Transcription error |
| 375:7 | (Indiscernible) | I don't think about monies being | Transcription error |
| 375:17 | UNIDENTIFIED SPEAKER | Ms. McKeen | Transcription error |
| 375:23 | accreditation | presentation | Transcription error |
| 376:2 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 376:9 | So you don't know whether they're | So you don't know whether —<br><br>Mr. Mervis: Objection.<br><br>Q. – they're | Transcription error |
| 378:6 | off | up | Transcription error |
| 378:19 | Sorry, what does the lockbox say? | Sorry, what is the lockbox bank? | Transcription error |
| 379:8 | UNIDENTIFIED SPEAKER | Ms. McKeen | Transcription error |
| 387:2 | PRIFA | PRIFAS | Transcription error |
| 387:8 | UNIDENTIFIED SPEAKER | Ms. McKeen | Transcription error |
| 387:9 | nothing | not being a CPA | Transcription error |
| 390:10 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |

| 390:14 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| --- | --- | --- | --- |
| 395:25 | part | positive | Transcription error |
| 396:11 | accountant, | an account in | Transcription error |
| 397:21 | meaning to receive bank flows of revenues | meaning to receive inflows of revenues | Transcription error |
| 401:11 | federal funds? | federal funds? Ms. McKeen: Objection. | Transcription error |
| 401:20 | or (indiscernible) | hotel occupancy taxes | Transcription error |
| 402:19 | through | to | Transcription error |
| 403:20-21 | moneys as being for the rum taxes or the 117 million for the rum taxes? | moneys as being PRIFA rum taxes or the 117 million of PRIFA rum taxes? | Transcription error |
| 404:16 | was actually | eventually | Transcription error |
| 405:1 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 406:2 | bondholder | bondholders | Transcription error |
| 408:3 | seeing a single account | reviewing every single account and its balance | Transcription error |
| 411:17 | UNIDENTIFIED SPEAKER | Ms. McKeen | Transcription error |
| 413:4 | TSA. The fund | TSA whose fund | Transcription error |
| 414:18 | the rum excise taxes, correct? | the rum excise taxes, correct? Ms. McKeen: Objection. | Transcription error |
| 416:17 | UNIDENTIFIED SPEAKER | Ms. McKeen | Transcription error |
| 422:1 | UNIDENTIFIED SPEAKER | Ms. McKeen | Transcription error |
| 422:5 | UNIDENTIFIED SPEAKER | Ms. McKeen | Transcription error |
| 422:24 | understanding of what revenues are assumed to | understanding of what revenues are supposed to | Transcription error |
| 424:20 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 425:14 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 426:8 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 426:18 | context | concept | Transcription error |
| 428:1 | UNIDENTIFIED SPEAKER | Ms. McKeen | Transcription error |
| 428:11 | can't | can | Transcription error |
| 436:15 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 437:9 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 437:23 | surplus account. | surplus account. Ms. McKeen: Objection Q. | Transcription error |
| 438:5 | UNIDENTIFIED SPEAKER | Ms. McKeen | Transcription error |
| 438:11 | they haven't | as they happened | Transcription error |
| 439:23 | such an assignment | the Pledge and Assignment | Transcription error |

|  | agreement? | agreement? |  |
|---|---|---|---|
| 446:5-6 | I've chk first cited docs in | I personally have not seen | Transcription error |
| 450:19 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 454:6 | designate | execute | Transcription error |
| 454:22 | (indiscernible) | on the hotelier | Transcription error |
| 459:1 | outposts | outflows | Transcription error |
| 462:14 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 462:23 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 466:19 | (indiscernible) | I was able to get comfortable | Transcription error |
| 467:7 | I admit | I may have | Transcription error |
| 468:16 | the method | presented | Transcription error |
| 472:22 | UNIDENTIFIED SPEAKER | Ms. McKeen | Transcription error |
| 473:17 | UNIDENTIFIED SPEAKER | Ms. McKeen | Transcription error |
| 475:9 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 475:10 | UNIDENTIFIED SPEAKER | Ms. McKeen | Transcription error |
| 480:18 | UNIDENTIFIED SPEAKER | Ms. McKeen | Transcription error |
| 488:2 | Did -- | It is. | Transcription error |
| 489:5 | UNIDENTIFIED SPEAKER | Ms. McKeen | Transcription error |
| 490:8 | UNIDENTIFIED SPEAKER | Ms. McKeen | Transcription error |
| 490:10 | (indiscernible) | that was used to make that determination | Transcription error |
| 491:20-21 | part of the | opposite | Transcription error |
| 492:8 | UNIDENTIFIED SPEAKER | Ms. McKeen | Transcription error |
| 492:24 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 495:10 | Okay. And how is that accounting | Okay. And how is that account being | Transcription error |
| 499:18 | agreed | reviewed | Transcription error |
| 502:4 | UNIDENTIFIED SPEAKER | Ms. McKeen | Transcription error |
| 514:10 | tilt flow | outflow | Transcription error |
| 517:3 | title fix | Title VI | Transcription error |
| 527:4 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 537:8 | UNIDENTIFIED SPEAKER | Mr. Mervis | Transcription error |
| 543:11 | UNIDENTIFIED SPEAKER | Ms. McKeen | Transcription error |
| 544:16 | I have not certainly seen a | I have not personally seen a | Transcription error |
| 547:11 | UNIDENTIFIED SPEAKER | Ms. McKeen | Transcription error |
| 547:20 | 45 minutes | 45 seconds | Transcription error |

_Timothy H. Alberg_  
**Witness Signature**

5/28/2020  
**Date**