# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| **In re** | PROMESA <br> Title III |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | No. 17 BK 3283-LTS |
|  | (Jointly Administered) |
| As a representative of |  |
| **THE COMMONWEALTH OF PUERTO RICO** *et al.*, | Re: Dkt. No. 13220 |
|  | **Telephonic Hearing date:** June 3, 2020 at 9:30 a.m. (Atlantic Standard Time) |
| **Debtors.**[1] |  |

## INFORMATIVE MOTION OF THE FEE EXAMINER PURSUANT TO ORDER REGARDING PROCEDURES FOR JUNE 3, 2020 OMNIBUS HEARING

The Fee Examiner appointed in these proceedings files this Informative Motion of the Fee Examiner pursuant to *Order Regarding Procedures for June 3-4, 2020 Omnibus Hearing* [Dkt. No. 13220]. In support, the Fee Examiner respectfully states that:

1. On May 27, 2020, the Fee Examiner filed the *Fee Examiner's Supplemental Report on Uncontested Professional Fee Applications Recommended for Court Approval at or Before the Omnibus Hearing Scheduled for June 3, 2020 at 9:30 A.M. (AST)* [Dkt. No. 13254]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

(the "**Second Supplemental Seventh Interim Report**") recommending interim fee applications for the Court's approval on an uncontested basis.

2. The Second Supplemental Seventh Interim Report outlines the Fee Examiner's recommendations for the Court's approval, with adjustments, of a group of interim applications for the Seventh Interim Fee Period (June 1, 2019 to September 30, 2019) as well as interim applications from a prior fee period.

3. The Second Supplemental Seventh Interim Report attached a proposed order approving the uncontested fee applications (the "**Proposed Order**"). Counsel also submitted the Proposed Order to chambers in MS Word format pursuant to the Eleventh Amended Notice, Case Management and Administrative Procedures [Dkt. No. 11885-1].

4. Pursuant to the Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Dkt. No. 3269], if no objections are timely filed, fee applications may be approved by Court order without a hearing, *id*. at 2(j), and the Court has done so in the past.

5. On May 12, 2020, the Fee Examiner filed the *Fifth Interim and Consolidated Semiannual Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From October 1, 2019 Through March 31, 2020* [Dkt. No. 13099] (the "**Fifth Consolidated Fee Application**"). The Fee Examiner filed and served appropriate notice of the Fifth Consolidated Fee Application, scheduling the matter for hearing at the June 3, 2020 omnibus [Dkt. Nos. 13100, 13123]. The Fee Examiner filed a proposed order granting the application as Exhibit I to the Fifth Consolidated Fee Application (the **"Proposed Fifth Compensation Order"**) and provided chambers with a copy of same in MS Word format.

6. The Fee Examiner and counsel have requested *listen only* lines for the telephonic omnibus hearing because no oral presentation will be necessary if the Court enters the Proposed Order and no party objects to the Fifth Consolidated Fee Application prior to the hearing.

Dated this 29th day of May, 2020.

WE HEREBY CERTIFY that on this date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

            EDGE Legal Strategies, PSC

            *s/ Eyck O. Lugo*
            Eyck O. Lugo
            252 Ponce de León Avenue
            Citibank Tower, 12th Floor
            San Juan, PR 00918
            Telephone: (787) 522-2000
            Facsimile: (787) 522-2010
            *Puerto Rico Counsel for Fee Examiner*

            GODFREY & KAHN, S.C.
            One East Main Street, Suite 500
            Madison, WI 53703
            Telephone: (608) 257-3911
            Facsimile: (608) 257-0609

            Katherine Stadler (*Pro Hac Vice*)

            *Counsel for the Fee Examiner*

22385894.2