## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** ) | **PROMESA**<br>**Title III** |
| ) | |
| **THE FINANCIAL OVERSIGHT AND**<br>**MANAGEMENT BOARD FOR PUERTO RICO,** ) | **No. 17 BK 3283-LTS** |
| ) | **(Jointly Administered)** |
| ) | |
| As a representative of ) | |
| ) | |
| **THE COMMONWEALTH OF PUERTO RICO**<br>*et al.*, ) | |
| ) | |
| **Debtors.**[1] ) | |

## FIRST INTERIM AND CONSOLIDATED APPLICATION OF EDGE LEGAL STRATEGIES, P.S.C., LOCAL COUNSEL TO THE FEE EXAMINER, BRADY WILLIAMSON, ESQ., FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 2018 TO JANUARY 2020

## SUMMARY

| | |
|---|---|
| Name of applicant: | EDGE Legal Strategies, P.S.C. |
| Authorized to provide professional services to: | Brady Williamson, Esq., Fee Examiner |
| Date of Fee Examiner's Appointment: | October 6, 2017 |
| Date of Order approving employment of EDGE Legal Strategies, P.S.C. | December 13, 2017 |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

EDGE Legal Strategies, P.S.C.
*First Interim and Consolidated Application*
P. 2

| Period for which compensation and reimbursement is sought: | February 2018 To January 2020 (the "Compensation Period"): |
|---|---|
| Amount of compensation sought as actual, reasonable, and necessary: | $24,177.50 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $559.40 |
| Blended rate in this application for all attorneys: | $181.74 |
| Blended rate in this application for all timekeepers: | $181.74 |
| Prior Interim or Monthly Fee Payments to date: | None. |
| Prior total allowed compensation paid to date: | None. |
| Prior expenses approved by Interim Order to date: | None. |
| Prior total allowed expenses paid to date: | None. |
| Number of professionals included in this application: | 2 |
| If applicable, number of professionals in this application not included in staffing plan approved by client: | Not applicable |
| If applicable, difference between fees budgeted and compensation sought for this period: | Not applicable |
| Are any rates higher than those approved or disclosed at retention? | No |

This is a(n): __ monthly <u>X</u> interim __final application

## ATTACHMENTS TO FEE APPLICATION

## EXHIBIT A – LIST OF PROFESSIONALS

Attached to this Application as **Exhibit A,** in compliance with the U.S. Trustees Guidelines

is a chart identifying each of the Edge Legal Strategies, P.S.C. professionals employed on the case,

EDGE Legal Strategies, P.S.C.
*First Interim and Consolidated Application*
P. 3

their practice areas and years of experience, their hourly billing rate, total billed hours, total compensations sought, and number of rate increases imposed during the Compensation Period (none).

## EXHIBIT B: COMPENSATION BY PROJECT CATEGORY

Attached to his Application as **Exhibit B**, in compliance with the U.S. Trustees Guidelines, is a summary of compensation requested by project category.

## EXHIBIT C: EXPENSE SUMMARY

Attached to this Application as **Exhibit C**, in compliance with the U.S. Trustees Guidelines, is a summary, by category, of requested expense reimbursements.

## EXHIBIT D: LIST OF PROFESSIONALS BY MATTER

Attached to this Application as **Exhibit D**, in compliance with the U.S. Trustee Guidelines, is a chart identifying each of Edge Legal Strategies, P.S.C. professional who provided services during the Compensation Period, organized by project category.

## EXHIBIT E: DETAILED TIME RECORDS-EDGE LEGAL STRATEGIES, P.S.C.

Attached to this Application, as **Exhibit E,** in compliance with the U.S. Trustee Guidelines, are detailed records of the services provided by EDGE Legal Strategies, P.S.C., during the Compensation Period, organized by project category.

## EXHIBIT F: DETAILED EXPENSE RECORDS- EDGE LEGAL STRATEGIES, P.S.C.

Attached to this Application, as **Exhibit F,** are the expense records detailing the expenses for which EDGE Legal Strategies, P.S.C. requests reimbursement.

## EXHIBIT G: "CUSTOMARY AND COMPARABLE" DISCLOSURES

The "Customary and Comparable Compensation Disclosures with Fee Applications," as required by the U.S. Trustee Guidelines, are attached to this Application as **Exhibit G.**

EDGE Legal Strategies, P.S.C.
*First Interim and Consolidated Application*
P. 4

## EXHIBIT H: BUDGET & STAFFING PLAN

The budget and staffing plans, as required by the U.S. Trustee Guidelines, are attached to this Application as **Exhibit H**.

## EXHIBIT I: PROPOSED ORDER

A Proposed Order Allowing First Interim and Consolidated Application of EDGE Legal Strategies, P.S.C. is attached to this Application as **Exhibit I**.

## FEE APPLICATION

EDGE Legal Strategies, P.S.C. ("**ELS**"), local counsel to Brady Williamson, Esq., Fee Examiner, in accordance to the *Order Authorizing The Employment of EDGE Legal Strategies, P.S.C. As Local Counsel To The Fee Examiner* (Docket No. 1992), submits this *First Interim And Consolidated Application Of Edge Legal Strategies, P.S.C., Local Counsel To The Fee Examiner, Brady Williamson, Esq., For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses For The Period From February 2018 To January 2020* (the "**Fee Application**") under the Puerto Rico Oversight, Management and Economic Stability Act (PROMESA) §§ 316 and 317, 11 U.S.C.§§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedures, Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Puerto Rico, and the U.S. Trustee Guidelines.  Pursuant to the *Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy code Section 105(A) Appointing Fee Examiner and Related Relief* (Docket No. 1416) and the *First Amended Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(A) Appointing Fee Examiner and Related Relief* (Docket No. 3324) (together, the "**Fee Examiner Order**"), the Fee Application requests interim allowance of compensation for the past 23 months and 30 days

EDGE Legal Strategies, P.S.C.
*First Interim and Consolidated Application*
P. 5

of professional services and reimbursement of actual and necessary expenses incurred from

February 1, 2018 through January 31, 2020 (the "**Compensation Period**").

The Applicant requests Court approval of a total of $24,177.00 in fees and $559.40 in

expenses. This total would, if expressed in terms of an hourly rate, reflect a blended hourly rate of

$181.74 for attorneys. The *Order Authorizing The Employment of EDGE Legal Strategies, P.S.C.*

*As Local Counsel To The Fee Examiner* (Docket No. 1992) (the "**ELS Retention Order**"),

incorporating the engagement letter attached as Appendix C to the Affidavit of Eyck O. Lugo

(Docket No. 1549) sets forth the discounted hourly rate schedule to be applied by ELS for its

representation of the Fee Examiner. Those disclosed rates are consistent with the rates disclosed

on **Exhibit A** to this Application. As noted in the engagement letter of ELS, these discounted 2018

hourly rates will remain in effect for the duration of ELS representation, absent a court-approved

rate adjustment after notice and a hearing.

## **BACKGROUND**

1.      On May 3, 2017, the Commonwealth of Puerto Rico (the "Commonwealth"), by

and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight

Board"), as the Commonwealth's representative pursuant to section 304 (a) of PROMESA, filed a

petition with the Court under Title III of PROMESA. Thereafter, the Oversight Board commenced

a Title III case for each of the Puerto Rico Sales Tax Financing Corporation ("COFINA"), the

Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"),

the Puerto Rico Highways and Transportation Authority ("HTA") and the Puerto Rico Electric

Power Authority ("PREPA").

2.      By orders dated June 29, 2017 (Docket No. 537) and October 6, 2017 (Docket No.

1417), the Court approved the joint administration of the Title III Cases.

EDGE Legal Strategies, P.S.C.
*First Interim and Consolidated Application*
P. 6

3.      The Court appointed the Fee Examiner on October 6, 2017 (Docket No. 1416) to execute the duties set forth in the Fee Examiner Order, including, among other things, monitoring the fees and expenses incurred by professionals in theses Title III cases. The Fee Examiner Order approved the appointment of Brady C. Williamson as the Fee Examiner and Godfrey & Kahn as counsel to the Fee Examiner.

4.      On December 13, 2017, the Court entered the *EDGE Legal Strategies, P.S.C. ("ELS") Retention Order* as Local Counsel for the Fee Examiner.

5.      ELS is a Puerto Rico based law firm. The professional background and qualifications of each ELS are set forth in detail in **Exhibit A**.  The attorneys from ELS that have provided legal services on the underlying matter have been by Eyck O. Lugo and Vilmarys Quiñones.

## DESCRIPTION OF THE SERVICES PROVIDED

6.      ELS assisted the Fee Examiner and its counsel with the review and filing of the reports and recommendations filed for all of the interim compensation periods to date, including the current the Interim Fee Period.

7.      Additionally, ELS provided the Fee Examiner and its counsel with assistance in the following: (1) drafting of motions, notices and proposed orders; (2) review and filing of stipulations, disclosure agreements, objections to fee applications; reports, and other pleadings; (3) communication with professionals in connection to the Fee Examiner's position on various matters; (4) local meetings and site inspections; (5) collaboration on events intended to educate local professionals in billing procedures, and (6) provided general litigation and case administrative support. A detailed description of the specific services provided and the time expended performing such services are attached as **Exhibit E**.

EDGE Legal Strategies, P.S.C.
*First Interim and Consolidated Application*
P. 7

8.       As part of the services rendered, ELS attended the following omnibus and fee
hearings: In the year 2018, ELS appeared at the March 7, June 6, September 13 and November 7
hearings. In the year 2019, ELS appeared at the March 13, April 24, June 12, July 24, September
11 and December 11 hearings.

9.       The services for which compensation is requested appear divided in two (2) project
categories: Matter 000044-0001: Promesa Title III Proceeding/Case No. 17-BK-3283 (LTS) and
Matter 000044-0002: Fee Statement Preparation.  Additionally, the work performed is identified
with different activity codes. Attached hereto as **Exhibit B** is a summary of the professional
services provided by ELS during the Compensation Period.

10.       For Matter 000044-0001, a total of 108.20 hours were required to carry out the
work for a total of $20,852.50. Services provided in this category include general case management
activities as well as drafting, reviewing and filing of pleadings that bear directly on the
reasonableness of fees as well as the position that the Fee Examiner has taken as to application for
compensations and other matters. Preparation for, and appearance at hearings, meetings and site
inspections are also included under this category.  Communications with the Fee Examiner and
other counsel is also part of this category.

11.       For Matter 000044-0002, a total of 24.50 hours were required to carry out the work
for a total of $3,325.00. Time spent in this category include the preparation of the First Interim
and Consolidated Application of EDGE Legal Strategies, P.S.C., Local Counsel to the Fee
Examiner for Allowance of Compensation for Services Rendered and Reimbursement of Expenses
for the Period from February 2018 through January 2020 and supporting exhibits.

EDGE Legal Strategies, P.S.C.
*First Interim and Consolidated Application*
P. 8

12.     The foregoing professional services were necessary and appropriate to the administration of the Title III Cases and were incurred upon the in the best of the interest of all the parties.

## **REQUEST FOR APPROVAL OF COMPENSATION**

13.     Pursuant to PROMESA§§ 316 and 317, incorporating 11 U.S.C. 330 and 331, ELS moves this Court to enter Order of Approval providing for payment of all outstanding fees and expenses for services rendered during the Compensation Period since the work detailed herein provided direct benefit to the estate by helping provide transparency and accountability in the professional fee process.

14.     All of the Fee Examiner's standards and guidelines applied to other Professionals have also been applied to ELS.

15.     The fees charged by ELS in the underlying case are billed in accordance with its existing billing rates and procedures and are consistent with the fee arrangements approved in the ELS Employment Order and have not changed since the commencement of this engagement. The rates for services provided are comparable to the rates ELS charges for professional services rendered in comparable non-bankruptcy matters and are based on customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy cases in the Puerto Rico legal market.

16.     ELS rates are set at a level designed to fairly compensate ELS for the work of its attorneys to cover fixed and routine overhead expense. ELS operates in the Puerto Rico legal market in which rates are driven by multiple factors relating to the individual lawyer, their area of specialization, the firm's expertise, performance and reputation, the nature of the work involved, and other factors. Accordingly, ELS set its rates for attorneys with the firm by reference to market

EDGE Legal Strategies, P.S.C.
*First Interim and Consolidated Application*
P. 9

information and market adjustments by firms considered to be industry peers. Based on this and

the reviews of contemporaneous time records and fee applications filed in other cases, ELS

endeavors to set the hourly rates for its attorneys at levels comparable to those of its principal

competitor firms.

17.    The detailed ELS' time records accompanying **Exhibit E** are in the form of monthly

statements used by ELS to bill its clients for services rendered, and include the date the services

were rendered, a detailed, contemporaneous narrative description of the services provided, the

amount of time spent for each service, and the designation of the professional who performed the

service.

18.    There is no agreement between the ELS and any other entity for the sharing of

compensation to be received.

19.    ELS respectfully sustains that the services provided were actual and necessary to

the administration of the fee examination process in the case and are reasonable in light of the

nature, extent, and value of such services provided to the Fee Examiner. The requested

compensation and reimbursement meet the statutory requirements for allowance.

20.    Accordingly, approval of the requested compensation is warranted.

### REQUEST FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPESE INCURRED DURING THE COMPENSATION PERIOD

21.    As set forth in **Exhibit F** hereto, ELS incurred a total expense of $559.40 in

expenses from February 2018 through January 2020.

22.    **Exhibit F** contains the expense categories for which ELS seeks reimbursement

and the detailed expense record.

23.    ELS certifies that no profit is being made on any expense incurred.

EDGE Legal Strategies, P.S.C.
*First Interim and Consolidated Application*
P. 10

24.    The expenses for which ELS seeks reimbursement include only those charges that are routinely charged to ELS' clients. To wit, ELS charges all of its clients $.010 for each black and white copy and $.25 for each color copy.  PACER search charges are also included in this category.

25.    Theretofore, the expenses being claimed are actual, reasonable and necessary in light of the scope of the Applicant's retention to aid the Fee Examiner.

## RESERVATION OF RIGHTS AND NOTICE

26.    It is possible that some professional time expended or expenses incurred during the Compensation Period are not reflected in the Fee Application, ELS reserves the right to include such amounts in future fee applications. In addition, ELS has provided notice of this Application in accordance with the Amended Interim Compensation Order and Fed. R. Bankr. P. 2002(a)(6)

## NO PRIOR REQUEST

No prior application for the relief requested herein has been made to this or any other Court.

**WHEREFORE**, ELS respectfully request that the Court enter and order (a) awarding ELS interim compensation for professional services provided during the Compensation Period in the amount of $24,177.50 and reimbursement of actual, reasonable, and necessary expenses incurred in the Compensation Period in the amount of $559.40; (b) authorizing and directing Debtors to remit payment to ELS for such fees and expenses, within fourteen calendar days from the date of any order arising from this application; and (c) granting such other relief as is appropriate under the circumstances.

EDGE Legal Strategies, P.S.C.
252 Ponce de León Ave, Suite 1200
San Juan, PR 00918
Tel. 787-522-2000; Fax 787-522-2010

EDGE Legal Strategies, P.S.C.
*First Interim and Consolidated Application*
P. 11

s/ Eyck O. Lugo Rivera
**Eyck O. Lugo Rivera**
USDC-PR No.: 216708
elugo@edgelegalpr.com

EDGE Legal Strategies, P.S.C.
*First Interim and Consolidated Application*
P. 12

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** ) | **PROMESA** |
| ) | **Title III** |
| ) | |
| **THE FINANCIAL OVERSIGHT AND** ) | **No. 17 BK 3283-LTS** |
| **MANAGEMENT BOARD FOR PUERTO RICO,** ) | |
| ) | **(Jointly Administered)** |
| ) | |
| As a representative of ) | |
| ) | |
| **THE COMMONWEALTH OF PUERTO RICO** ) | |
| ***et al.,*** ) | |
| ) | |
| **Debtors.**[2] ) | |
| ) | |

## CERTIFICATION OF EYCK O. LUGO, ESQ. PURSUANT TO PUERTO RICO LOCAL BANKRUPTCY RULE 2016-1(a)(4)

I, Eyck O. Lugo, under penalty of perjury, certifies as follows:

1.      I am Senior Counsel in the law firm EDGE Legal Strategies, P.S.C. (ELS). I make

this certification in accordance with Rule 2016-1(a)(4) of the Local Rules of Bankruptcy Practice

and Procedure of the United States Bankruptcy Court for the District of Puerto Rico (the "Local

Rules" ) regarding the contents of applications for compensation and expenses.

---

[2] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the:  (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474);  (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801 (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

EDGE Legal Strategies, P.S.C.
*First Interim and Consolidated Application*
P. 13

2.      I am familiar with the work performed by ELS for Brady Williamson, Esq., fee examiner.

3.      I have read the *First Interim Application of EDGE Legal Strategies, P.S.C., as local counsel to Brady Williamson, Esq. Fee Examiner, for services rendered and reimbursement of expenses for the period of February 2018 to January 2020* (the "Application") and the facts set forth therein are true and correct to the best of my knowledge, information, and belief.

4.      To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought in the Application are permissible under PROMESA, the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Interim Compensation order, the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013* (the "Guidelines"), and the Local Rules of Bankruptcy Practice and Procedure of the Unites States Bankruptcy Court for the District of Puerto Rico.

Dated: May 31, 2020

/s/ Eyck O. Lugo

EDGE Legal Strategies, P.S.C.
*First Interim and Consolidated Application*
P. 14

## Exhibit A – List of Summary of Hours by Professional

| Name of ELS Professional | Title or Position | Practice Group, Year of Obtaining License to Practice | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Eyck O. Lugo (EOL) | Counsel | Litigation/Bankruptcy, 1999 P.R., 2001 N.Y. | $200.00 | 101.20 | $20,240.00 |
| Vilmarys Quiñones (VQC) | Associate | Litigation/Bankruptcy, 2013 | $125.00 | 31.50 | $3,937.50 |

**Total Fees Requested in this Application: $ 24,177.50**

EDGE Legal Strategies, P.S.C.
*First Interim and Consolidated Application*
P. 15

### Exhibit B – Summary of Hours and Compensation by Matter

| Matter | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 000044-0001: | PROMESA Title III Proceeding/Case No. 17-BK-3283 (LTS) | 108.20 | $20,852.50 |
| 000044-0002: | Fee Statement Preparation | 24.50 | $3,325.00 |

EDGE Legal Strategies, P.S.C.
*First Interim and Consolidated Application*
P. 16

## Exhibit C – Expense Summary

### February 2018 through January 2020

| Expense Category | Amount |
|---|---|
| PACER | $294.20 |
| Copies black and white | $116.55 |
| Color copies | $148.65 |
| **Total** | **$559.40** |

EDGE Legal Strategies, P.S.C.
*First Interim and Consolidated Application*
P. 17

## Exhibit D: List Of Professionals By Matter

| Matter | Matter Description | Total Billed Hours by Eyck O. Lugo (EOL) | Total Billed Hours by Vilmarys Quiñones (VQC ) | Total Fees requested by Eyck O. Lugo (EOL) | Total Fees Requested by Vilmarys Quiñones (VQC) |
|---|---|---|---|---|---|
| 000044-0001: | PROMESA Title III Proceeding/Case No. 17-BK-3283 (LTS) | 97.70 | 10.50 | $19,540.00 | $1,312.50 |
| 000044-0002: | Fee Statement Preparation | 3.50 | 21.00 | $700.00 | $2,625.00 |

EDGE Legal Strategies, P.S.C.
*First Interim and Consolidated Application*
P. 18

## Exhibit E – Detailed Time Record

## Matter 0001- PROMESA TITLE III PROCEEDING / CASE NO. 17-BK-3283 (LTS)

| Date | Professional | Matter summary | Hours | Rate | Amount |
|------|-------------|----------------|-------|------|--------|
| 2/1/2018 | EOL | Communicated Several Times With Co-Counsel For Fee Examiner. Re: Filing Of Stipulated Disclosure Statements And Protective Orders. | 0.50 | 200.00 | 100.00 |
| 2/2/2018 | VQC | Reviewed And Filed Several Stipulations, Namely: Docket Nos. 2384 (Zolfo Cooper), 2385 (Cancio Nadal), 2386 (Judge Houser),2387 (Phoenix Management), 2388 (Ankura), 2389 (Willkie Farr), 2390 (Filsinger Energy), And 2391 (Navarro-Cabrer). Requested Again A Stipulation That Was Incorrectly Sent. Sent Email To Primeclerk Notifying Of Filing. | 1.50 | 125.00 | 187.50 |
| 2/2/2018 | EOL | Together With Atty. V. Quiñonez, Performed Final Review Of And Filed Stipulated Disclosure Statements AndProtective Orders. | 1.00 | 200.00 | 200.00 |
| 2/5/2018 | VQC | Sent Email To The Chambers Of Judge Laura Taylor Swain With Courtesy Copies Of Docket Numbers 2384, 2385, 2386, 2387, 2388, 2389, 2390 And 2391 As Well As The Word Version. | .50 | 125.00 | 62.50 |
| 2/26/2018 | EOL | Communicated Several Times With Co-Counsel For Fee Examiner. Re: Filing Of Fee Examiner's Initial Report And Scheduling Of Q&A For Local professionals | 1.00 | 200.00 | 200.00 |
| 03/01/18 | EOL | Reviewed, commented upon and filed Informative Motion and Initial Report with court. Several communications with co-counsel regarding same. Communicated several times with local counsel for Oversight Board regarding appearance of professionals in upcoming Omnibus Hearing in connection with fees. Prepared and sent notice to Prime Clerk related to Fee Examiner's 3/1/18 filings. | 3.00 | 200.00 | 600.00 |
| 03/02/18 | EOL | Communicated with local counsel for Oversight Board. Re: Comments to Fee Examiner`s Initial Report. Communicated with co-counsel for Fee Examiner regarding same. Reviewed invitation to local professionals for Fee Examiner Q&A, together with draft of Interim Compensation Order. | 1.80 | 200.00 | 360.00 |
| 03/05/18 | EOL | Communicated several times with co-counsel and counsel for Oversight Board. Re: Preparation for Fee Examiner's Q&A with Puerto Rico professionals. Reviewed notice and agenda of matters to be addressed in 3/7 Omnibus Hearing. Communicated with co-counsel regarding the same. Prepared and sent courtesy copy communication to presiding judge's chambers. Re: Fee Examiner's Informative Motion Regarding 3/7 Omnibus Hearing and Fee Examiner's Initial Report. | 2.50 | 200.00 | 500.00 |

EDGE Legal Strategies, P.S.C.
*First Interim and Consolidated Application*
P. 19

| 03/06/18 | EOL | Completed preparing for 3/7 Omnibus Hearing and Fee Examiner's Q&A session with Puerto Rico professionals. Communicated several times with co-counsel regarding same. Reviewed final revised draft of proposed Interim Compensation Order and served courtesy copy of same with presiding judge's chambers. | 3.50 | 200.00 | 700.00 |
|---|---|---|---|---|---|
| 03/07/18 | EOL | Together with client and team from G&K, appeared at Omnibus Hearing before District Court. Completed preparing for and participated in Fee Examiner Q&A session. Reviewed Interim Compensation Order entered by Court. | 7.00 | 200.00 | 1,400.00 |
| 03/12/18 | EOL | Reviewed communication from co-counsel for Fee Examiner. Re: Filing of amended stipulated protective order. Reviewed proposed draft of the same. | 0.30 | 200.00 | 60.00 |
| 03/19/18 | EOL | Communicated with counsel for G&K. Re: Fling of amended stipulated disclosure agreements and amended protective orders. | 0.20 | 200.00 | 40.00 |
| 03/22/18 | EOL | Communicated with client. Re: Upcoming Oversight Board public meeting and attendance thereto. Requested appearance credentials for Oversight Board public meeting. | 0.50 | 200.00 | 100.00 |
| 03/23/18 | EOL | Reviewed and filed Notice of Presentment of Second Revised Stipulated Disclosure Agreement and Protective Order. Prepared corresponding courtesy copy notice to Chambers, as well as sent related communication to Prime Clerk. Communicated with client regarding cancellation of 3/26 Oversight Board meeting. | 1.80 | 200.00 | 360.00 |
| 04/02/18 | EOL | Reviewed Stipulated Disclosure and Protective Order entered by court. | 0.10 | 200.00 | 20.00 |
| 04/04/18 | EOL | Reviewed and filed Revised Stipulated Disclosure Agreement and Protective Orders for DLA Piper and OMM. Communicated with co-counsel from G&K regarding the same. | 0.70 | 200.00 | 140.00 |
| 04/09/18 | EOL | Reviewed communication from court regarding re-filing of DLA Piper`s Stipulated Disclosure Statement. Communicated with G&K regarding the same. Reviewed Whitefish Energy`s objection to Ankura`s and Filsinger`s Interim Fee Applications. Communicated with co-counsel for G&K regarding the same. | 1.30 | 200.00 | 260.00 |
| 04/11/18 | EOL | Re-filed Stipulated Disclosure Agreement and Protective Order with DLA Piper, LLC. Communicated with Court's Quality Control Analyst regarding the same. | 0.30 | 200.00 | 60.00 |
| 04/16/18 | EOL | Reviewed, revised and commented upon draft of Supplemental Fee Examiner Report. Finalized and filed supplemental report with court. Prepared and sent corresponding communication to presiding judge's chambers and Prime Clerk. Re: Service of courtesy copy of same, with proposed order. | 1.30 | 200.00 | 260.00 |
| 04/25/18 | EOL | Communicated local counsel for AAFAF. Re: Execution of stipulated protective order by local counsel for AAFAF. | 0.20 | 200.00 | 40.00 |
| 04/26/18 | EOL | Communicated with G&K. Re: Execution of stipulated protective order by local counsel for AAFAF. | 0.20 | 200.00 | 40.00 |

EDGE Legal Strategies, P.S.C.
*First Interim and Consolidated Application*
P. 20

| 04/27/18 | EOL | Follow-up communication with counsel for AAFAF. Re: Execution of stipulated protective order by local counsel for AAFAF. | 0.20 | 200.00 | 40.00 |
|---|---|---|---|---|---|
| 05/07/18 | EOL | Reviewed, revised and commented upon motion to amend fee examiner order, proposed order and notice of motion to amend. | 0.60 | 200.00 | 120.00 |
| 05/08/18 | EOL | Finalized and filed motion to amend fee examiner order, together with proposed order and notice of filing of motion. Served courtesy copy upon Chambers and master service list. Communicated with Prime Clerk regarding same. | 0.50 | 200.00 | 100.00 |
| 05/22/18 | EOL | Finalized and filed Fee Examiner's Certification of Counsel Regarding Proposed First Amended Fee Examiner Order (Docket No. 3123) together with the corresponding proposed order. Served courtesy copy of the same upon Chambers. Communicated with service agent regarding service of the same upon Master Service List. | 1.00 | 200.00 | 200.00 |
| 05/30/18 | VQC | Filed Motion Submitting Fee Examiner's Second Report on Professional Fees and Expenses. | 0.50 | 125.00 | 62.50 |
| 05/30/18 | EOL | Reviewed and analyzed Fee Examiner's Second Report on Professional Fees and Expenses. After filing, prepared corresponding notices to Prime Clerk and Chambers. | 1.00 | 200.00 | 200.00 |
| 05/31/18 | EOL | Finalized and filed informative motion regarding appearance at upcoming 6/6 fee hearing. Prepared and sent corresponding notices to Prime Clerk and Chambers. | 0.50 | 200.00 | 100.00 |
| 06/06/18 | EOL | Together with client and U.S. co-counsel, attended Omnibus Hearing at U.S. District Court. | 6.00 | 200.00 | 1,200.00 |
| 06/09/18 | EOL | Prepared and filed Notice of Presentment of Proposed Omnibus Order, together with proposed order. Served courtesy copy upon Chamber's and Master Service List. Communicated several times with U.S. co-counsel regarding the same. | 1.50 | 200.00 | 300.00 |
| 07/03/18 | EOL | Reviewed and commented upon draft of Fee Examiner's Application for Compensation. Filed same. Served courtesy copies upon presiding judge's Chambers and Master Service List. | 1.00 | 200.00 | 200.00 |
| 07/18/18 | EOL | Reviewed and commented upon draft of Fee Examiner's Supplemental Report, Status Report and Informative Motion as to Uncontested Fee Applications. Filed same. Served courtesy copies upon presiding judge's Chambers and Master Service List. | 1.30 | 200.00 | 260.00 |
| 09/05/18 | VQC | Filed motion to Inform Fee Examiner's Second Supplemental Report, Status Report, and Informative Motion on Uncontested Fee Applications for the First (May 3-September 30, 2017) and Second (October 1, 2017-January 31, 2018) Interim Compensation Periods -- All Recommended for Court Approval At or Before the Omnibus Hearing Scheduled for September 13, 2018 at 9:30 a.m. (AST) on behalf of Brady C. Williamson, fee examiner. Sent email to Prime Clerk. Re: Notice to Chambers and Master Service List. | 0.40 | 125.00 | 50.00 |

EDGE Legal Strategies, P.S.C.
*First Interim and Consolidated Application*
P. 21

| 09/05/18 | EOL | Reviewed and commented upon draft of Fee Examiner's Second Supplemental Report to be filed with the Court. Communicated with co-counsel for G&K regarding the same. | 0.50 | 200.00 | 100.00 |
|---|---|---|---|---|---|
| 09/06/18 | EOL | Prepared and sent electronic communication to presiding judge's Chambers. Re: Courtesy copy of Second Supplemental Omnibus Order (Docket No. 3865). Communicated several times with Chambers and co-counsel for G&K regarding the same. | 0.40 | 200.00 | 80.00 |
| 09/08/18 | EOL | Prepared and sent written communications to presiding Judge's chambers and Prime Clerk. Re: Courtesy Copy to Chambers and service of Second Supplemental Report to master service list. | 0.80 | 200.00 | 160.00 |
| 09/13/18 | EOL | Together with co-counsel form G&K, attended Omnibus Hearing at U.S. District Court for the District of Puerto Rico. | 3.50 | 200.00 | 700.00 |
| 09/23/18 | EOL | Reviewed Fee Examiner's Second Supplemental Report prior to filing. Communicated several times with co-counsel for G&K regarding the same. | 0.50 | 200.00 | 100.00 |
| 10/31/18 | EOL | Reviewed and filed Fee Examiner's Report on Third Interim Compensation Period. Communicated with co-counsel from G&K regarding the same. Communicated with Prime Clerk. Re: Service upon Chambers and Master Service list. | 0.80 | 200.00 | 160.00 |
| 11/06/18 | EOL | Prepared for 11/ 7 hearing. Communicated several times with K. Boucher regarding same. | 1.00 | 200.00 | 200.00 |
| 11/07/18 | EOL | Attended Fee Hearing at U.S. District Court for District of Puerto Rico. | 3.00 | 200.00 | 600.00 |
| 11/07/18 | EOL | Together with Fee Examiner, attended meeting and various cite inspections with Filsinger Energy Partners representatives. | 3.00 | 200.00 | 600.00 |
| 11/08/18 | EOL | Prepared transmittal communication to presiding judge's Chambers. Re: Submission of proposed order corresponding to Fee Examiner's Third Interim Report on Professional Fees and Expenses. | 0.30 | 200.00 | 60.00 |
| 11/09/18 | EOL | Reviewed, revised and commented upon draft of Interim Fee Application of Fee Examiner of Godfrey & Kahn. Interim Fee Application filed, together with related notice of hearing and proposed order. | 0.50 | 200.00 | 100.00 |
| 11/12/18 | EOL | Prepared written communication of service to Chambers and Master Service List Interim Fee Application of Fee Examiner of Godfrey & Kahn, together with proposed order. | 0.30 | 200.00 | 60.00 |
| 11/27/18 | VQC | Filed through the electronic filing system the Stipulated Disclosure Agreement and Protective Order. | 0.50 | 125.00 | 62.50 |
| 11/27/18 | EOL | Reviewed, revised and filed Motion Requesting Imposition of Additional Presumptive Standards, together with corresponding proposed order. Reviewed, revised and filed Notice of Hearing on Motion Requesting Imposition of Additional Presumptive Standards. Communicated with Prime Clerk for notice of motion to Chambers and Master Service List. | 1.00 | 200.00 | 200.00 |
| 12/19/18 | EOL | Attended Omnibus Hearing at U.S. District Court. | 3.00 | 200.00 | 600.00 |

EDGE Legal Strategies, P.S.C.
*First Interim and Consolidated Application*
P. 22

| 01/30/19 | EOL | Completed preparing for and attended live feed of omnibus hearing at U.S. District Court for the District of Puerto Rico. | 2.80 | 200.00 | 560.00 |
|---|---|---|---|---|---|
| 01/30/19 | EOL | Reviewed and sent to Chambers and Master Service List proposed order in connection with approved fee applications. | 0.50 | 200.00 | 100.00 |
| 03/06/19 | EOL | Reviewed, revised and filed Fee Examiner's Fourth Interim Report. Served courtesy copy of same, together with proposed order, upon presiding Judge's Chambers. | 1.30 | 200.00 | 260.00 |
| 03/07/19 | EOL | Reviewed and filed Informative Motion regarding appearance in upcoming Omnibus Hearing. Communicated with Prime Clerk. Re: Noticing of recent filings to Master Service List. | 0.30 | 200.00 | 60.00 |
| 03/11/19 | EOL | Communicated with co-counsel from G&K, K. Stadler, regarding submission of amended proposed compensation order and presumptive standards order. | 0.40 | 200.00 | 80.00 |
| 03/12/19 | EOL | Reviewed, revised and filed Informative Motion. Re: Submission of revised proposed orders for interim compensation and presumptive standards. Served courtesy copy on Chambers, together with proposed orders. | 0.60 | 200.00 | 120.00 |
| 03/13/19 | EOL | Completed preparing for and attended Omnibus Hearing at U.S. District Court (via live feed). | 2.00 | 200.00 | 400.00 |
| 04/17/19 | VQC | Exchange written communication with Kathleen Boucher, paralegal from Godfrey and Khan, regarding filing of Fee Examiner's Limited Response and Reservation of Rights with Respect to Urgent Joint Motion and Stipulation Regarding Joint Prosecution of Debtor Causes of Action. | 0.20 | 125.00 | 25.00 |
| 04/17/19 | VQC | Filed the Fee Examiner's Limited Response and Reservation of Rights with Respect to Urgent Joint Motion and Stipulation Regarding Joint Prosecution of Debtor Causes of Action. | 0.30 | 125.00 | 37.50 |
| 04/24/19 | EOL | Together with client and Atty. K. Stadler, attended fee hearing at US District Court for the District of Puerto Rico. | 3.00 | 200.00 | 600.00 |
| 04/24/19 | EOL | Prepared and sent written communication to presiding judge's chambers. Re: Submission of proposed order for approved interim fee applications. | 0.20 | 200.00 | 40.00 |
| 05/22/19 | EOL | Finalized and filed Informative Motion with Court. Re: No objection to Joint AAFAF and Oversight Board deferment of consideration to PREPA RSA. | 0.50 | 200.00 | 100.00 |
| 06/04/19 | VQC | Exchanged written communication with Atty. Hermann Bauer, from O'Neill & Borges, requesting he confirms if the conference room where the fee examiner's listening session will take place is able to accommodate a telephone conference call so that professionals may dial-in. | 0.30 | 125.00 | 37.50 |
| 06/04/19 | VQC | Revised the proposed Order imposing presumptive standards. | 0.50 | 125.00 | 62.50 |
| 06/04/19 | VQC | Drafted email to Kathleen Boucher requesting she corrects the proposed Order contained in the Informative Motion on Submission of Proposed Presumptive Standards order for June 12, 2019 hearing and proceeds to send it to me in PDF. | 0.20 | 125.00 | 25.00 |
| 06/04/19 | VQC | Reviewed the corrected version of the Informative Motion on Submission of Proposed Presumptive Standards order for June 12, 2019 hearing and the proposed order. | 0.30 | 125.00 | 37.50 |

EDGE Legal Strategies, P.S.C.
*First Interim and Consolidated Application*
P. 23

| 06/04/19 | VQC | Filed through the Court's CM/ECF the Informative Motion on Submission of Proposed Presumptive Standards order for June 12, 2019 hearing and the proposed order, Docket No. 7214. | 0.20 | 125.00 | 25.00 |
|---|---|---|---|---|---|
| 06/04/19 | VQC | Drafted email to the Chambers of the Honorable Judge Laura Taylor Swain with a courtesy copy of the Informative Motion on Submission of Proposed Presumptive Standards order for June 12, 2019 hearing and the proposed order in Word format, Docket No. 7214. | 0.20 | 125.00 | 25.00 |
| 06/04/19 | VQC | Sent email to Prime Clerk requesting they served the Informative Motion on Submission of Proposed Presumptive Standards order for June 12, 2019 hearing and the proposed order, Dkt. 7214, to the Master Service List. | 0.30 | 125.00 | 37.50 |
| 06/05/19 | VQC | Exchanged written communication with Kathleen Boucher regarding the fee examiner's listening session. | 0.50 | 125.00 | 62.50 |
| 06/05/19 | VQC | Review Fee Examiner's Fifth Interim report on Professional Fees and Expenses. | 0.20 | 125.00 | 25.00 |
| 06/05/19 | VQC | Exchanged written communication with Kathleen Boucher as to filing of the Fee Examiner's Fifth Interim report on Professional Fees and Expenses. | 0.20 | 125.00 | 25.00 |
| 06/05/19 | VQC | Filed, through the Court's online system, the Fee Examiner's Fifth Interim report on Professional Fees and Expenses. | 0.20 | 125.00 | 25.00 |
| 06/05/19 | VQC | Drafted email to the Chambers of the Honorable Judge Laura Taylor Swain with a courtesy copy of the Fee Examiner's Fifth Interim report on Professional Fees and Expenses. | 0.20 | 125.00 | 25.00 |
| 06/07/19 | VQC | Drafted email to Prime Clerk requesting they send the Fee Examiner's Fifth Interim report on Professional Fees and Expenses to the service master list. | 0.40 | 125.00 | 50.00 |
| 06/07/19 | VQC | Review Informative Motion of the Fee Examiner Pursuant to Order Regarding Procedures for Attendance, Participation, and Observation of June 12-13, 2019 Omnibus Hearing. | 0.20 | 125.00 | 25.00 |
| 06/07/19 | VQC | Exchanged written communication with Kathleen Boucher as to filing of Informative Motion of the Fee Examiner Pursuant to Order Regarding Procedures for Attendance, Participation, and Observation of June 12-13, 2019 Omnibus Hearing. | 0.20 | 125.00 | 25.00 |
| 06/07/19 | VQC | Sent email with courtesy copy to the Chambers of the Honorable Judge Laura Taylor Swain of the Informative Motion of the Fee Examiner Pursuant to Order Regarding Procedures for Attendance, Participation, and Observation of June 12-13, 2019 Omnibus Hearing. | 0.20 | 125.00 | 25.00 |
| 06/07/19 | VQC | Filed, through the Court's electronic filing system, the Informative Motion of the Fee Examiner Pursuant to Order Regarding Procedures for Attendance, Participation, and Observation of June 12-13, 2019 Omnibus Hearing, docket no. 7318. | 0.20 | 125.00 | 25.00 |
| 06/07/19 | EOL | Sent email to Prime Clerk so that they proceed to send to the service master list the Informative Motion of the Fee Examiner Pursuant to Order Regarding Procedures for Attendance, Participation, and Observation of June 12-13, 2019 Omnibus Hearing. | 0.20 | 200.00 | 40.00 |

EDGE Legal Strategies, P.S.C.
*First Interim and Consolidated Application*
P. 24

| 06/10/19 | EOL | Reviewed draft of proposed order for uncontested fee applications. | 1.00 | 200.00 | 200.00 |
|----------|-----|-------------------------------------------------------------------|------|--------|--------|
| 06/11/19 | EOL | Participated meeting with Fee Examiner and Puerto Rico professionals. Re: Q&A on billing procedures. | 1.00 | 200.00 | 200.00 |
| 06/12/19 | EOL | Work session with client. Re: Preparation for 6/12 Omnibus Hearing and other related issues. | 3.00 | 200.00 | 600.00 |
| 06/12/19 | EOL | Attended June Omnibus Hearing at U.S. District Court for the District of Puerto Rico. | 0.30 | 200.00 | 60.00 |
| 07/17/19 | EOL | Prepared and sent written communication to presiding judge's chambers. Re: Submission of proposed order on approval of interim fee applications. | 0.50 | 200.00 | 100.00 |
| 07/23/19 | EOL | Performed final review of and filed Fee Examiner's Supplemental Report. | 0.50 | 200.00 | 100.00 |
| 07/23/19 | EOL | Prepared for 7/24 omnibus hearing. | 0.20 | 200.00 | 40.00 |
| 07/24/19 | EOL | Reviewed interim compensation order entered by court. Communicated with co-counsel K. Stadler regarding the same. | 2.00 | 200.00 | 400.00 |
| 07/25/19 | EOL | Attended 7/24 Omnibus Hearing at US District Court for the District of Puerto Rico. | 0.50 | 200.00 | 100.00 |
| 09/10/19 | EOL | Reviewed, revised and filed Certificate of No Objection with court. Re: Fee Examiner's Third Interim Compensation Application. Service corresponding courtesy copy upon Chambers. | 2.00 | 200.00 | 400.00 |
| 09/11/19 | EOL | Prepared for and attended meeting with client and McKisney representatives. Re: Request for information. | 3.00 | 200.00 | 600.00 |
| 09/20/19 | EOL | Together with client and co-counsel for G&K, appeared at September Omnibus hearing at U.S. District Court for the District of Puerto Rico. | 1.00 | 200.00 | 200.00 |
| 10/15/19 | EOL | Reviewed and filed with court Fee Examiner's Supplemental Report and Certificate of No Objection as to Certain Fifth Interim Fee Applications. Served upon Chambers corresponding courtesy copies and proposed order. | 1.00 | 200.00 | 200.00 |
| 10/16/19 | EOL | Reviewed, revised and filed Limited Objection to Duff & Phelps' First Fee Application. Communicated several times with co-counsel K. Stadler regarding same. | 1.00 | 200.00 | 200.00 |
| 10/23/19 | EOL | Prepared and filed motion submitting Declaration of Katherine Stadler in support of Objection to Duff & Phelps' First Fee Application. | 1.00 | 200.00 | 200.00 |
| 10/29/19 | EOL | Performed final review and filed Fee Examiner's Report on Uncontested Matters for October 30th Omnibus Hearing. Served courtesy copy, with proposed orders, upon chambers. | 0.20 | 200.00 | 40.00 |
| 10/30/19 | EOL | Reviewed interim compensation order entered by Court. | 1.30 | 200.00 | 260.00 |
| 11/25/19 | VQC | Reviewed and commented upon draft of Limited Objection and Reservation of Rights by the Fee Examiner with Respect to the PREPA/AAFA Rule 9019 Motion for PREPA RSA Approval. Motion filed and courtesy copies serverd upon Chambers. | 0.30 | 125.00 | 37.50 |

EDGE Legal Strategies, P.S.C.
*First Interim and Consolidated Application*
P. 25

| | | | | | |
|---|---|---|---|---|---|
| 11/25/19 | VQC | Revise the fee examiner's informative motion on Duff & Phelps Motion for summary judgment. | 0.30 | 125.00 | 37.50 |
| 11/25/19 | VQC | Exchange written communication with Kathleen Boucher regarding the filing of the fee examiner's informative motion on Duff & Phelps Motion for summary judgment. | 0.30 | 125.00 | 37.50 |
| 11/25/19 | VQC | File the Fee examiner's informative motion regarding inconsistent filing and deficient notice of Duff & Phelps, LLC's motion for partial summary judgment. | 0.20 | 125.00 | 25.00 |
| 11/25/19 | VQC | Draft email to the chambers of the Honorable Laura Taylor Swain with a copy of the Fee examiner's informative motion regarding inconsistent filing and deficient notice of Duff & Phelps, LLC's motion for partial summary judgment. | 0.20 | 125.00 | 25.00 |
| 11/25/2019 | VQC | Draft email to PrimeClerk with a copy of the Fee examiner's informative motion regarding inconsistent filing and deficient notice of Duff & Phelps, LLC's motion for partial summary judgment. | 3.00 | 200.00 | 600.00 |
| 12/03/19 | EOL | Reviewed, revised and commented upon draft of Fee Examiner's response to Duff & Phelps's motion to partial summary judgment and response statement of material facts. Finalized and filed motion and supporting documents. | 0.50 | 125.00 | 62.50 |
| 12/11/2019 | EOL | Together with co-counsel for G&K, K. Stadler, appeared at December Omnibus hearing at US District Court for the District of Puerto Rico. | 4.00 | 200.00 | 800.00 |

**Total**             103.70                              **$ 20,102.50**

## MATTER 0002- FEE STATEMENT PREPARATION

| Date | Professional | Matter summary | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/02/18 | EOL | Prepared drafts of all Fee Statements for Second Interim Compensation Period. Communicated with Fee Examiner regarding the same. | 3.50 | 200.00 | 700.00 |
| 12/21/18 | VQC | Commenced working of firm's fee application. | 1.3 | 125.00 | 156.25 |
| 12/24/18 | VQC | Further drafting consolidated Fee Application. | 6.00 | 125.00 | 750.00 |
| 12/26/18 | VQC | Further drafting of consolidated Fee Application. | 1.00 | 125.00 | 125.00 |
| 12/27/18 | VQC | Further drafting of consolidated Fee Application. | 1.2 | 125.00 | 156.25 |
| 12/31/18 | VQC | Further drafting of consolidated Fee Application. | 3.50 | 125.00 | 437.50 |
| 01/03/19 | VQC | Further drafting of consolidated Fee Application. | 1.30 | 125.00 | 162.50 |
| 01/04/19 | VQC | Further drafting of consolidated Fee Application. | 1.20 | 125.00 | 150.00 |

EDGE Legal Strategies, P.S.C.
*First Interim and Consolidated Application*
P. 26

| 01/08/19 | VQC | Further drafting of consolidated Fee Application. | 5.50 | 125.00 | 687.50 |

|  | **Total** | **24.50** |  | **$ 3,325.00** |

EDGE Legal Strategies, P.S.C.
*First Interim and Consolidated Application*
P. 27

## Exhibit F: Detailed Expense Record

## PROMESA TITLE III PROCEEDING / CASE NO. 17-BK-3283 (LTS)

| Date | Expense Category | Amount |
|------|------------------|--------|
| 03/31/18 | 10 color copies during March 2018. | $ 2.50 |
| 03/31/18 | 409 black and white copies during March 2018. | $ 40.95 |
| 03/31/18 | Pacer online research as of March 31, 2018. | $ 143.60 |
| 04/30/18 | 19 black and white copies during April 2018. | $ 1.90 |
| 04/30/18 | 4 color copies during April 2018. | $ 1.00 |
| 06/30/18 | Pacer online research during April 1, 2018 thru June 30, 2018. | $ 91.10 |
| 06/30/18 | 153 black and white copies during June 2018. | $ 15.30 |
| 07/31/18 | 210 black and white copies during July 2018. | $ 2.10 |
| 08/08/18 | 2 black and white copies from August 1 - 8, 2018. | $ 0.20 |
| 08/20/18 | 30 black and white copies from August 9 - 20, 2018. | $ 3.00 |
| 08/31/18 | Copying - Color 0.25¢ - 6 color copies from August 21, 2018. | $ 1.50 |
| 08/31/18 | 24 black and white copies from August 21 - 31, 2018. | $ 2.40 |
| 09/30/18 | 175 black and white copies during the month of September 2018. | $ 17.50 |
| 10/01/18 | Pacer online research during July 1, 2018 thru September 30, 2018 (Q3 2018). | $ 92.60 |
| 11/30/18 | Copying - Color 0.25¢ - 70 color copies during the month of November 2018. | $ 17.50 |
| 11/30/18 | 130 black and white copies during the month of November 2018. | $ 13.50 |
| 12/31/18 | 11 black and white copies during the month of December 2018. | $ 1.10 |
| 12/31/18 | Pacer online research during October 1, 2018 thru December 31, 2018 (Q4 2018). | $ 9.70 |
| 01/31/19 | 27 black & white copies during the month of January. | $ 2.70 |
| 03/31/19 | 9 black and white copies during the month of March. | $ 0.90 |
| 03/31/19 | Pacer online research during January 2019 thru March 2019. | $ 26.10 |
| 04/30/19 | 69 black and white copies during the month of April. | $ 6.90 |
| 05/31/19 | 108 black and white copies during the month of May. | $ 10.80 |

EDGE Legal Strategies, P.S.C.
*First Interim and Consolidated Application*
P. 28

| 06/30/19 | Pacer online research during April 1, 2019 thru June 30, 2019. | $ 33.00 |
|---|---|---|
| 06/30/19 | 11 black and white copies during the month of June 2019. | $ 1.10 |
| 07/31/19 | 78 black and white copies during the month of July 2019. | $ 7.80 |
| 09/30/19 | Pacer online research during the months of July 1, 2019 thru September 30, 2019. | $ 0.40 |
| 11/30/19 | 24 black and white copies during the month of November 2019. | $ 2.40 |
| 12/31/19 | 47 black and white copies during December 2019. | $ 4.70 |
| 12/31/19 | Copying - Color 0.25¢ - 21 color copies during December 2019. | $ 5.25 |

**Total**            **$ 559.40**

EDGE Legal Strategies, P.S.C.
*First Interim and Consolidated Application*
P. 29

### Exhibit G: Customary and Comparable Disclosures

EDGE Legal Strategies, PSC
Customary and Comparable Hourly Rate Disclosure
February 2018 through January 2020.

| Category of Timekeeper | Billed for Years of Retention (2018-2019), Excluding Bankruptcy | Billed in this Fee Application |
|---|---|---|
| Shareholder | $250.00-$300.00 | $0.00 |
| Counsel | $250.00 | $200.00 |
| Associate | $150.00 | $125.00 |
| Paralegal | $75.00 | $0.00 |

EDGE Legal Strategies, P.S.C.
*First Interim and Consolidated Application*
P. 30

**Exhibit H: Budget and Staffing Plan**

EDGE Legal Strategies, PSC
Budget and Staffing Plan
February 2018 through January 2020.

| Matter | Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|--------|------------------|----------------|---------------|--------------|-------------|
| 0001 | PROMESA Title III | 126.5 | $22,990.11 | 103.70 | $20,102.50 |
| 0002 | Fee Preparation | 69 | $12,540.06 | 24.50 | $3,325.00 |

EDGE Legal Strategies, P.S.C.
*First Interim and Consolidated Application*
P. 31

**Exhibit I: Proposed Order**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **In re** | **PROMESA**<br>**Title III** |
| **THE FINANCIAL OVERSIGHT AND**<br>**MANAGEMENT BOARD FOR PUERTO RICO,** | **No. 17 BK 3283-LTS**<br><br>**(Jointly Administered)** |
| As a representative of | |
| **THE COMMONWEALTH OF PUERTO RICO**<br>***et al.,*** | |
| **Debtors.**[3] | |

**ORDER ALLOWING FIRST INTERIM AND CONSOLIDATED APPLICATION OF
EDGE LEGAL STRATEGIES, P.S.C., LOCAL COUNSEL FOR THE FEE EXAMINER**

This matter coming before the Court on the *First Interim and Consolidated Application of EDGE Legal Strategies, P.S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From February 2018 to January 2020* [Dkt. No. _____] (the "**Application**"), pursuant to section 316 of the *Puerto Rico Oversight, Management and Economic Stability Act* ("PROMESA"), 48 U.S.C. §§ 2101-2241, and Rule

---

[3] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801 (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

EDGE Legal Strategies, P.S.C.
*First Interim and Consolidated Application*
P. 32

_____

2016 of the Federal Rules of Bankruptcy Procedure, for the interim allowance of certain fees and

expenses, incurred by the applicants for the specific period of time set forth in the Application

(the "**Compensation Period**"), filed in accordance with the *Second Amended Order Setting*

*Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt.

No. 3269] (the "**Interim Compensation Order**"), the *Eleventh Amended Notice, Case*

*Management and Administrative Procedures* [Dkt. No. 11885-1] (the "**Case Management**

**Procedures**"), the *First Amended Order Pursuant to PROMESA Sections 316 and 317 and*

*Bankruptcy Code Section 105(A) Appointing a Fee Examiner and Related Relief* [Dkt. No. 3324]

(the "**Fee Examiner Order**"), and the *Order Authorizing the Employment of EDGE Legal*

*Strategies, P.S.C. as Local Counsel to the Fee Examiner* [Dkt. No. 1992], and the Court having

reviewed the Application; and the Court finding that:

    (a)      the Court has jurisdiction over this matter pursuant to PROMESA section 306(a); and

    (b)      notice of the Application and the hearing thereon was adequate under the circumstances; and,

    (c)      all parties with notice of the Application have been afforded the opportunity to be heard on the Application, and no objections having been filed; now therefore

    IT IS HEREBY ORDERED THAT:

    1.      The Application is GRANTED on an interim basis.

    2.      The applicants are allowed (a) $24,177.50 in interim compensation for services

rendered during the Compensation Period and (b) $559.40 in interim reimbursement for actual

and necessary expenses incurred during the Compensation Period.

EDGE Legal Strategies, P.S.C.
*First Interim and Consolidated Application*
P. 33

       3.      To the extent not already paid pursuant to the Interim Compensation Order, the

Debtors are hereby authorized and directed to pay the applicants—within 15 days of the entry

of this order—100 percent of the fees for services rendered and 100 percent of the expenses

incurred during the Compensation Period.

       Dated: June _____, 2020.

 

_____
THE HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT COURT JUDGE