UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## JOINT INFORMATIVE MOTION REGARDING STATUS CONFERENCE AT JUNE 3, 2020 HEARING ON COBRA ACQUISITION LLC'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS

To the Honorable United States District Judge Laura Taylor Swain:

Cobra Acquisition LLC ("Cobra") and the Puerto Rico Electric Power Authority ("PREPA"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), respectfully submit this joint informative motion pursuant to the Court's *Order Regarding Procedures for June 3–4, 2020, Omnibus Hearing* [Case No. 17-3283, ECF No. 12721] (the "Procedures Order") and respectfully state as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. The foregoing parties (the "Parties") will appear telephonically at the June 3, 2020 status conference on *Cobra Acquisition LLC's Motion for Allowance and Payment of Administrative Expense Claims* [Case No. 17-3283, ECF No. 8789] (the "Motion") as well as any and all objections, responses, statements, joinders, and replies to the Motion.

2. The following individuals may appear and speak on behalf of the Parties:

    a. Cobra: Abid Qureshi of Akin Gump Strauss Hauer & Feld LLP

    b. Oversight Board: Hadassa R. Waxman of Proskauer Rose LLP and Joseph P. Davis of Greenberg Traurig LLP

3. The Parties understand the Court has allocated 10 minutes for a status conference on the Motion. The Parties have agreed to allocate such time as follows, listed in the order in which the Parties shall present:

    a. Cobra: 5 minutes

    b. Oversight Board: 5 minutes

WHEREFORE, the Parties respectfully request that the Court take notice of the above.

Dated: May 31, 2020.
San Juan, Puerto Rico

Respectfully submitted,

/s/ Martin J. Bienenstock

Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Maja Zerjal
(Admission *pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

/s/ Hermann D. Bauer

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

and

/s/ Thomas P. McLish

Thomas P. McLish (*pro hac vice*)
Scott M. Heimberg (*pro hac vice*)
Allison S. Thornton (*pro hac vice*)
tmclish@akingump.com
sheimberg@akingump.com
athornton@akingump.com

3

**AKIN GUMP STRAUSS HAUER & FELD LLP**
2001 K Street, N.W.
Washington, DC 20006
Tel: (202) 887-4000
Fax: (202) 887-4288

and

Ira S. Dizengoff (*pro hac vice*)
Philip C. Dublin (*pro hac vice*)
Abid Qureshi (*pro hac vice*)
idezengoff@akingump.com
pdublin@akingump.com
aqureshi@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
Tel: (212) 872-1000
Fax: (212) 872-1002

*Attorneys for Cobra Acquisition LLC*