# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>**Re ECF Nos.: 12569, 12570, 12578, 12964, 13251** |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |
| THE COMMONWEALTH OF PUERTO RICO and PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>Movants,<br><br>-v-<br><br>AMBAC ASSURANCE CORPORATION,<br><br>Respondent. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**JOINT INFORMATIVE MOTION REGARDING JUNE 3, 2020 HEARING ON MOTION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD PURSUANT TO BANKRUPTCY CODE SECTIONS 105(A) AND 362 FOR ORDER DIRECTING AMBAC TO WITHDRAW COMPLAINT**

To the Honorable United States District Judge Laura Taylor Swain:

The Commonwealth of Puerto Rico (the "Commonwealth") and the Puerto Rico Highways and Transportation Authority ("HTA," and collectively with the Commonwealth, the "Debtors"), as Title III debtors, by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), Autopistas Metropolitanas de Puerto Rico ("Metropistas"), and Ambac Assurance Corporation ("Ambac," and together with the Debtors, the Oversight Board, and Metropistas, the "Parties") respectfully submit this joint informative motion pursuant to the Court's *Order Regarding Procedures for June 3–4, 2020, Omnibus Hearing* [Case No. 17-3283, ECF No. 12721] (the "Procedures Order") and respectfully state as follows:

1. The Parties will appear telephonically at the June 3, 2020 hearing on the *Motion of the Financial Oversight and Management Board Pursuant to Bankruptcy Code Sections 105(a) and 362 for Order Directing Ambac to Withdraw Complaint* [Case No. 17-3283, ECF No. 12569, Case No. 17-3567, ECF No. 756] (the "Motion") as well as any and all objections, responses, statements, joinders, and replies to the Motion.

2. The following individuals may appear and speak on behalf of the Parties:

    a. Oversight Board: Michael A. Firestein and Ehud Barak of Proskauer Rose LLP

    b. Metropistas: Keith Martorana of Gibson, Dunn & Crutcher LLP

    c. Ambac: Andrew K. Glenn of Kasowitz Benson Torres LLP

2

3. The Parties understand the Court has allocated 45 minutes for a hearing on the Motion. The Parties have agreed to allocate such time as follows, listed in the order in which the Parties shall present:

    a. <u>Supporting Parties' Opening Argument</u>: 14 minutes

        i. Oversight Board: 14 minutes

    b. <u>Objecting Parties' Argument</u>: 22.5 minutes

        i. Ambac: 22.5 minutes

    c. <u>Supporting Parties' Rebuttal Argument</u>: 8.5 minutes

        i. Metropistas: 3.5 minutes

        ii. Oversight Board: 5 minutes

WHEREFORE, the Parties respectfully request that the Court take notice of the above.

Dated: May 31, 2020.
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Maja Zerjal
(Admission *pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Alejandro J. Cepeda-Diaz*
Alejandro J. Cepeda-Diaz
USDC No. 222110
Nayuan Zouairabani
USDC No. 226411
**MCCONNELL VALDÉZ LLC**
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
PO Box 364225
San Juan, Puerto Rico 00936-4225
Tel: (787) 250-5632
Fax: (787) 759-9225

4

and

James L. Hallowell (*pro hac vice*)
Matt J. Williams (*pro hac vice*)
Keith R. Martorana (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Tel: (212) 351-4000

*Attorneys for Autopistas Metropolitanas de Puerto Rico*


/s/ Roberto A. Cámara-Fuertes_____
Roberto A. Cámara-Fuertes
USDC No. 219002
**FERRAIUOLI LLC**
221 Ponce de León Avenue, 5th Floor
San Juan, Puerto Rico 00917
Tel: (787) 766-7000
Fax: (787) 766-7001

and

Andrew k. Glenn (*pro hac vice*)
Olga Lucia Fuentes-Skinner (*pro hac vice*)
Marissa E. Miller (*pro hac vice*)
Shai Schmidt (*pro hac vice*)
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506) 1800

*Attorneys for Ambac Assurance Corporation*