UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS |
| PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Movants,<br><br>-v-<br><br>WINDMAR RENEWABLE ENERGY, UNIÓN DE TRABAJADORES DE LA INDUSTRIA ELÉCTRICA Y RIEGO, INC., COMITÉ DIÁLOGO AMBIENTAL, INC., EL PUENTE DE WILLIAMSBURG, INC. ENLACE LATINO DE ACCIÓN CLIMÁTICA, COMITÉ YABUCOEÑO | **Re ECF Nos. 1951, 1973, 1974, 1997, 2010, 2012** |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| |
|---|
| PRO-CALIDAD DE VIDA, INC., ALIANZA COMUNITARIA AMBIENTALISTA DEL SURESTE, INC., SIERRA CLUB PUERTO RICO, INC., MAYAGÜEZANOS POR LA SALUD Y EL AMBIENTE, INC., COALICIÓN DE ORGANIZACIONES ANTI INCINERACIÓN, INC., AMIGOS DEL RÍO GUAYNABO, INC., CAMPAMENTO CONTRA LAS CENIZAS EN PEÑUELAS, INC., and CAMBIO PR, INC<br><br>Respondents. |

**JOINT INFORMATIVE MOTION REGARDING JUNE 3, 2020
HEARING ON PREPA'S MOTION FOR ENTRY OF AN ORDER
AUTHORIZING PREPA TO ASSUME CERTAIN CONTRACTS WITH
ECOELÉCTRICA, L.P. AND GAS NATURAL APROVISIONAMIENTOS SDG, S.A.**

To the Honorable United States District Judge Laura Taylor Swain:

The Puerto Rico Electric Power Authority ("PREPA"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), EcoEléctrica, L.P. ("ECO"), Unión de Trabajadores de la Industria Eléctrica y Riego, Inc ("UTIER"), Windmar Renewable Energy ("Windmar"), and the Environmental Advocacy Group[2] (together with PREPA, the Oversight Board, ECO, UITER, and Windmar, the "Parties") respectfully submit this joint informative motion pursuant to the Court's *Order Regarding Procedures for June 3–4, 2020, Omnibus Hearing* [Case No. 17-3283, ECF No. 12721] (the "Procedures Order") and respectfully state as follows:

1. The Parties will appear telephonically at the June 3, 2020 hearing on *PREPA's Urgent Motion for Entry of an Order Authorizing PREPA to Assume Certain Contracts with*

---

[2] The Environmental Advocacy Group consists of Comité Diálogo Ambiental, Inc., El Puente de Williamsburg, Inc. Enlace Latino de Acción Climática, Comité Yabucoeño Pro-Calidad de Vida, Inc., Alianza Comunitaria Ambientalista del Sureste, Inc., Sierra Club and its Puerto Rico chapter, Mayagüezanos por la Salud y el Ambiente, Inc., Coalición de Organizaciones Anti-Incineración, Inc., Amigos del Río Guaynabo, Inc., Campamento Contra las Cenizas en Peñuelas, Inc., and CAMBIO P.R.

2

*EcoEléctrica, L.P and Gas Natural Aprovisionamientos SDG, S.A.* [Case No. 17-3283, ECF No. 12579, Case No. 17-4780, ECF No. 1951] (the "Motion") as well as any and all objections, responses, statements, joinders, and replies to the Motion.

2. The following individuals may appear and speak on behalf of the Parties:

    a. Oversight Board: Paul Possinger of Proskauer Rose LLP

    b. PREPA: Michael Malone of King & Spalding LLP

    c. ECO: Fredric Sosnick of Shearman & Sterling LLP

    d. UTIER: Jessica E. Méndez Colberg of Bufete Emmanuelli, C.S.P.

    e. Windmar: Fernando Agrait

    f. Environmental Advocacy Group: William Santiago Sastre

3. The Parties understand the Court has allocated 50 minutes for a hearing on the Motion. The Parties have agreed to allocate such time as follows, listed in the order in which the Parties shall present:

    a. Supporting Parties' Opening Argument: 20 minutes

        i. Oversight Board and PREPA: 18 minutes

        ii. ECO: 2 minutes

    b. Objecting Parties' Argument: 25 minutes

        i. UTIER: 15 minutes

        ii. Windmar: 5 minutes

        iii. Environmental Advocacy Group: 5 minutes

    c. Supporting Parties' Rebuttal Argument: 5 minutes

        i. Oversight Board: 5 minutes

WHEREFORE, the Parties respectfully request that the Court take notice of the above.

Dated: May 31, 2020.
San Juan, Puerto Rico

Respectfully submitted,

/s/ Martin J. Bienenstock
Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Maja Zerjal
(Admission *pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

/s/ Hermann D. Bauer
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

/s/ Michael Kelly Malone
Michael Kelly Malone (*pro hac vice*)
**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, NY 10036
Tel: (347) 327-2416
mkmalone@kslaw.com

and

/s/ Fredric Sosnick
Fredric Sosnick (*pro hac vice*)
**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, NY 10022
Tel: (212) 848-4000
Fax: (646) 848-8571

*Attorney for EcoEléctrica, L.P.*

4

*/s/ Katiuska Bolaños*
Katiuska Bolaños
USDC No. 231812
**DÍAZ & VÁZQUEZ LAW FIRM, PSC**
290 Jesús T. Piñero Ave.
Oriental Tower, Suite 1105
San Juan, PR 00918
Tel. (787) 395-7133
Fax: (787) 497-9664

*Attorneys for the Puerto Rico Electric Power Authority*

| | |
|---|---|
| */s/ Rolando Emmanuelli Jiminéz* <br> Rolando Emmanuelli Jiminéz <br> USDC No. 214105 <br> Jessica E. Méndez-Colberg <br> USDC No. 302108 <br> **BUFETE EMMANUELLI C.S.P.** <br> 472 Tito Castro Ave. <br> Marvesa Building, Suite 106 <br> Ponce, PR 00716 <br> Tel: (787) 848-0666 <br> Fax: (787) 841-1435 <br><br> *Attorney for Unión de Trabajadores de la Industria Eléctricia y Riego, Inc* | */s/ Fernando E. Agrait* <br> Fernando E. Agrait <br> T.S. Num. 3772 <br> 701 Avenida Ponce de Leon <br> Office 414 <br> San Juan, PR 00907 <br> Tel: (787) 723-3390 <br> Fax: (787) 724-0353 <br><br> *Attorney for Windmar Renewable Energy* |

*/s/ William Santiago-Sastre*
William Santiago-Sastre
USDC No. 201106
P.O. Box 1801
Sabana Seca, PR 00952
Tel: (786) 622-3939

*Attorney for Environmental Advocacy Group*

5