# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK-3283-LTS<br><br>(Jointly Administered) |

## INFORMATIVE MOTION OF THE BANK OF NEW YORK MELLON, AS TRUSTEE REGARDING JUNE 3-4, 2020 OMNIBUS HEARING

The Bank of New York Mellon (the "Trustee")[2] hereby submits this informative motion pursuant to the Court's Order Regarding Procedures for June 3-4, 2020 Omnibus Hearing (Case No. 17-BK-3283, ECF. No. 13220), and respectfully states as follows:

1. Jared S. Roach of Reed Smith LLP will appear telephonically on behalf of the Trustee at the June 3-4, 2020 omnibus hearing.

2. The Trustee is a movant under the *Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and*

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

[2] The Bank of New York Mellon is the is the successor trustee under the Trust Agreement (as amended and supplemented from time to time, the "Trust Agreement"), dated as of March 24, 2006, between the Puerto Rico Convention Center District Authority (the "Authority"), as issuer, and JPMorgan Chase Bank, N.A., as trustee, pursuant to which the Authority issued its Hotel Occupancy Tax Revenue Bonds, Series A (the "Bonds").

*The Bank of New York Mellon's Motion Concerning Application of the Automatic Stay to Revenues Securing the CCDA Bonds* [ECF No. 10104] (the "CCDA Stay Relief Motion").

3. Counsel to the Trustee reserves the right to be heard on any matter relating to the CCDA Stay Relief Motion and to respond to any statements made by any party during the preliminary argument on the CCDA Stay Relief Motion on June 4, 2020.

WHEREFORE, the Trustee respectfully requests that the Court take notice of the foregoing.

Dated: May 31, 2020
San Juan, Puerto Rico

**REED SMITH LLP**

By: */s/ Jared S. Roach*
    Eric A. Schaffer (admitted *pro hac vice*)
    Luke A. Sizemore (admitted *pro hac vice*)
    Jared S. Roach (admitted *pro hac vice*)
    225 Fifth Avenue, Suite 1200
    Pittsburgh, PA 15222
    Telephone: (412) 288-3131
    Facsimile: (412) 288-3063
    Email: eschaffer@reedsmith.com
          lsizemore@reedsmith.com
          jroach@reedsmith.com

**SEPULVADO, MALDONADO & COURET**

By: */s/ Albéniz Couret Fuentes*
    Albéniz Couret Fuentes
    (USDC-PR No. 222207)
    304 Ponce de León Ave. Suite 990
    San Juan, PR 00918
    Telephone: (787) 765-5656
    Facsimile: (787) 294-0073
    Email: acouret@smclawpr.com

*Attorneys for The Bank of New York Mellon*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

>/s/ Albéniz Couret Fuentes
> Albéniz Couret Fuentes
> (USDC-PR No. 222207)
> 304 Ponce de León Ave. Suite 990
> San Juan, PR 00918
> Telephone: (787) 765-5656
> Facsimile: (787) 294-0073
> Email: acouret@smclawpr.com