UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER REGARDING FINAL HEARING IN CONNECTION WITH SANTANA-BÁEZ LIFT STAY MOTION

        On April 22, 2020, the Court held a preliminary hearing on the *Motion Requesting to Unparalyze for Become in Knowledge in the File that the Commonwealth of Puerto Rico Was Not Summon in this Case* (Docket Entry No. 12516 in Case No. 17-3283, the "Lift Stay Motion"), filed by Mr. Eliezer Santana-Báez (the "Movant"). The Court thereafter concluded that that "[t]he ongoing emergency measures in Puerto Rico related to the COVID-19 pandemic and the subsequent inaccessibility of public documents, together with the likelihood that the Commonwealth will prevail in opposing the Lift Stay Motion, are compelling circumstances that warrant an extension of the automatic stay period referenced in section 362(e) of the Bankruptcy Code." (Docket Entry No. 12948 in Case No. 17-3283.)

        In light of the foregoing compelling circumstances, the Court extended the automatic stay of the civil action captioned Eliezer Santana Báez and Roberto Quiñones López v.

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

<u>Estado Libre Asociado de Puerto Rico et al.</u>, Civil Case No. DDP 2016-0591, through June 10, 2020, set a briefing schedule on the Lift Stay Motion, and indicated that a final hearing, if necessary, would be held on June 3, 2020.

The Court has reviewed the submissions made in connection with the Lift Stay Motion and has determined that no final hearing is necessary. The Lift Stay Motion will be resolved on submission.

The Clerk of Court is directed to mail a copy of this order to Movant.

SO ORDERED.

Dated: June 1, 2020

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge