**EXHIBIT A**

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Sixth and Seventh Fee Period Applications Recommended for Approval:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Sixth Interim Fee Period (February 1 - May 31, 2019)* | | | | | | | |
| | *Counsel to Debtors - Commonwealth* | | | | | | | |
| 1-a | **Proskauer Rose LLP [Dkt. No. 8734]** | 2/1 - 5/31/2019 | $  7,846,461.30 | $  210,743.20 | $  255,078.07 | $  11,079.49 | $  7,635,718.10 | $  243,998.58 |
| | *Counsel to Debtors - ERS* | | | | | | | |
| 1-b | **Proskauer Rose LLP [Dkt. No. 8737 and 17-3566 Dkt. No. 667]** | 2/1 - 5/31/2019 | $  2,254,297.80 | $  60,546.77 | $  49,940.91 | $  2,169.22 | $  2,193,751.03 | $  47,771.69 |
| | *Counsel to Debtors - HTA* | | | | | | | |
| 1-c | **Proskauer Rose LLP [Dkt. No. 8739 and 17-3567 Dkt. No. 640]** | 2/1 - 5/31/2019 | $  342,267.00 | $  9,192.74 | $  4,108.10 | $  178.44 | $  333,074.26 | $  3,929.66 |
| | *Counsel to Debtors - PREPA* | | | | | | | |
| 1-d | **Proskauer Rose LLP [Dkt. No. 8743 and 17-4780 Dkt. No. 1642]** | 2/1 - 5/31/2019 | $  5,257,162.20 | $  141,198.83 | $  163,334.07 | $  7,094.53 | $  5,115,963.37 | $  156,239.54 |
| | *Seventh Interim Fee Period (June 1 - September 30, 2019)* | | | | | | | |
| | *Puerto Rico Counsel to Special Claims Committee* | | | | | | | |
| 2 | **Estrella, LLC [Dkt. No. 10502]** | 6/1 - 8/31/2019 | $  218,625.50 | $  7,495.43 | $  2,417.77 | $  - | $  211,130.07 | $  2,417.77 |
| | *Special Litigation Counsel to Official Committee of Unsecured Creditors* | | | | | | | |
| 3 | **Genovese Joblove & Battista, P.A. [Dkt. No. 9213]** | 6/1 - 9/30/2019 | $  1,383,158.40 | $  43,723.56 | $  43,602.27 | $  - | $  1,339,434.84 | $  43,602.27 |
| | *Macroeconomic Consultant to the FOMB* | | | | | | | |
| 4 | **Wolfe, Andrew [Dkt. No. 12293]** | 6/1 - 9/30/2019 | $  100,000.00 | $  - | $  2,925.00 | $  - | $  100,000.00 | $  2,925.00 |

as of 5/27/2020