UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**JOINT INFORMATIVE MOTION REGARDING ARGUMENT AT
JUNE 4, 2020 HEARING ON THE LIFT STAY MOTIONS**

To the Honorable United States District Judge Laura Taylor Swain:

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico pursuant to § 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF" and together with the Oversight Board, the "Government Parties"), the Official Committee of Unsecured Creditors of all Title III Debtors (other than COFINA and PBA) (the "Committee"), Bacardi International Limited and Bacardi Corporation (together, "Bacardi"), Ambac Assurance Corporation ("Ambac"), Assured Guaranty Corp. and Assured Guaranty Municipal Corporation (together, "Assured"), Financial Guaranty

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Insurance Company ("FGIC"), the Bank of New York Mellon ("BNYM"), National Public Finance Guarantee Corporation ("National"), U.S. Bank Trust National Association (and together with Ambac, Assured, FGIC, National, and BNYM, "Movants"), and AmeriNational Community Services, LLC as servicer for the GDB Debt Recovery Authority and Cantor-Katz Collateral Monitor LLC as collateral monitor for Wilmington Trust, N.A. in connection with the new bonds issued by the DRA pursuant to the *Government Development Bank for Puerto Rico Debt Restructuring Act*, Act No. 109-2017, as amended by Act No. 147-2018 and the approved Qualifying Modification for the Government Development Bank for Puerto Rico under Title VI of the *Puerto Rico Oversight, Management and Economic Stability Act* (together, the ("DRA Parties"), respectfully submit this joint informative motion pursuant to the Court's *Order Regarding Procedures for June 3-4, 2020 Omnibus Hearing* [Case No. 17-3283, ECF No. 13220] and respectfully state as follows:

1. The following individuals may appear and speak to address the *Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Relief from the Automatic Stay, or, in the Alternative, Adequate Protection* [Case No. 17-3283, ECF No. 10102, Case No. 17-3567, ECF No. 673] (the "HTA Lift Stay Motion"); *Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and the Bank of New York Mellon's Motion Concerning Application of the Automatic Stay to the Revenues Securing the CCDA Bonds* [Case No. 17-3283, ECF No. 10104] (the "CCDA Lift Stay Motion"); and *Amended Motion of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and U.S. Bank Trust National Association, Concerning Application of the Automatic Stay*

2

*to the Revenues Securing the PRIFA Rum Tax Bonds* [Case No. 17-3283, ECF No. 10602] (the "PRIFA Lift Stay Motion") (collectively, the "Lift Stay Motions"), as well as any and all objections, responses, statements, joinders, and replies to the Lift-Stay Motions:

    a. Assured, National, Ambac, and FGIC: Atara Miller of Milbank LLP and Mark Ellenberg of Cadwalader, Wickersham & Tuft LLP

    b. Oversight Board: Martin J. Bienenstock of Proskauer Rose LLP

    c. AAFAF: Elizabeth L. McKeen of O'Melveny & Myers LLP

    d. UCC: Luc A. Despins and Zachary S. Zwillinger of Paul Hastings LLP

    e. Bacardi: Dianne F. Coffino of Covington & Burling LLP

    f. DRA Parties: Douglas S. Mintz of Orrick, Herrington & Sutcliffe LLP and Nayuan Zouairabani Trinidad of McConnell Valdés LLC

2. The proposed argument time allocations are listed below:

    a. Movants:

        i. In support of HTA Lift Stay Motion: 40 minutes (including rebuttal)

        ii. In support of PRIFA Lift Stay Motion: 30 minutes (including rebuttal)

        iii. In support of CCDA Lift Stay Motion: 20 minutes (including rebuttal)

    b. DRA Parties: 10 minutes with respect to the HTA Lift Stay Motion

    c. Oversight Board: 60 minutes in opposition to all Lift Stay Motions

    d. AAFAF: 15 minutes in opposition to all Lift Stay Motions

    e. UCC: 10 minutes in opposition to all Lift Stay Motions

    f. Bacardi: 5 minutes in opposition to the PRIFA Lift Stay Motion

3. Movants and the Government Parties disagree over the structure of argument. Movants believe that while the HTA Lift Stay Motion, PRIFA Lift Stay Motion, and CCDA Lift

Stay Motion raise a few common issues such as standing and preemption, each motion raises distinct legal and factual issues. In addition, the record and exhibits for each motion have been separately designated and filed as the Court has instructed. Therefore, Movants respectfully suggest that arguments on the motions be segregated with Movants presenting supporting arguments on the HTA Lift Stay Motion first, followed by any oppositions (including any time allocated to the DRA Parties), followed by Movants' rebuttal. Arguments on the PRIFA Lift Stay Motion and CCDA Lift Stay Motion should follow. To the extent standing and preemption arguments apply to all three motions, they can be initially addressed during the HTA Lift Stay Arguments and incorporated by reference in the other two arguments. Movants submit this order will create the proper separate records for each motion.

4. The Government Parties request that their argument time be consolidated and reserved until Movants have been heard on all three of the Lift Stay Motions. That is the most efficient argument structure for these motions, particularly given the hearing is being held telephonically. Movants' approach multiplies the number of times speakers will need to switch and the logistics necessary for each switch. It will not make the record of the hearing any more clear. Movants are free to divide up their time as they see fit, but the Government Parties should not be required to follow their desired structure. The Government Parties believe consolidating their time across all three Motions after Movants have been heard on all three motions is the most efficient use of the Court's time, allowing seamless discussion of the interrelated issues that crisscross the Motions.

5. As indicated above, the DRA Parties request 10 minutes of argument time. In response to inquiries from the DRA Parties' counsel, the Government Parties and Movants each advised such counsel that they would take no position on the request as long as any allocation of

time would not reduce their allocated argument time. If the DRA Parties' requested argument time is to be deducted from the 180 minutes the Court has set for hearing on the Lift Stay Motion, the Government Parties believe the DRA Parties' argument time should be deducted from Movants' 90 minutes of argument time, as the DRA Parties filed limited joinders to the HTA Lift Stay Motion. Movants oppose this. The fact that the DRA Parties unilaterally chose to appear as a party in interest on the HTA Lift Stay Motion should not reduce Movants' allocated argument time on these important issues. Moreover, the Court's Procedures Order of May 26, 2020 specifically notes that the "Court will make provision for **additional** comment by counsel for other parties in interest at the Hearing, where necessary." ECF No. 13220 at ¶ 3 (emphasis added). The DRA Parties do not take a position regarding whether their requested 10 minutes of argument time should be deducted from any party's requested time allotment or should be allotted as additional time at the Court's discretion.

6. The parties do not expect to refer to any sealed documents in connection with the preliminary hearing.

WHEREFORE, the parties respectfully requests that the Court take notice of the above.

Dated: June 1, 2020.
     San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Maja Zerjal
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

<div style="display: flex;">

<div>

/s/ *Peter Friedman*
John J. Rapisardi
(Admitted *Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

Peter Friedman
(Admitted *Pro Hac Vice*)
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 383-5414

Elizabeth L. McKeen
Ashley M. Pavel
(Admitted *Pro Hac Vice*)
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
Tel: (949) 823-6900
Fax: (949) 823-6994

***Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority***

</div>

<div>

/s/ *Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC No. 222301
Email: lmarini@mpmlawpr.com
Carolina Velaz-Rivero
USDC No. 300913
Email: cvelaz@mpmlawpr.com
**MARINI PIETRANTONI MUÑIZ LLC**
250 Ponce de León Ave.
Suite 900
San Juan, Puerto Rico 00918
Tel: (787) 705-2171
Fax: (787) 936-7494

***Co-Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority***

</div>

</div>

7

By:   /s/ *Luc A. Despins*

PAUL HASTINGS LLP
Luc A. Despins, Esq. *(Pro Hac Vice)*
James R. Bliss, Esq. *(Pro Hac Vice)*
James B. Worthington, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

By:   /s/ *Juan J. Casillas Ayala*

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, Puerto Rico 00919-5075
Telephone: (787) 523-3434
Fax: (787) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
crernandez@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*

COVINGTON & BURLING LLP

By: */s/ Dianne Coffino*
    Dianne Coffino
    R. Alexander Clark

The New York Times Bldg.
620 Eighth Avenue
New York, NY 10018
Telephone No.: 212-841-1023
Facsimile: 212-841-1010
E-mail: dcoffino@cov.com
      aclark@cov.com

C. CONDE & ASSOCIATES

By: /s/ Carmen D. Conde Torres
    Carmen D. Conde Torres, Esq.
    USDC 207312
    /s/Luisa S. Valle Castro
    Luisa S. Valle Castro, Esq.
    USDC No. 215611

254 San José Street, 5th Floor
Old San Juan, Puerto Rico 00901
Telephone: 787-729-2900;
Facsimile: 787-729-2203
E-mail:condecarmen@condelaw.com

    Co-Counsel for Bacardi

**FERRAIUOLI LLC**

By: */s/ Roberto Cámara-Fuertes*
    Roberto Cámara-Fuertes (USDC-PR No. 219002)
    Sonia Colón (USDC-PR No. 213809)
    221 Ponce de León Avenue, 5th Floor
    San Juan, PR 00917
    Telephone: (787) 766-7000
    Facsimile: (787) 766-7001
    Email: rcamara@ferraiuoli.com
          scolon@ferraiuoli.com

**MILBANK LLP**

By: */s/ Atara Miller*
    Dennis F. Dunne (admitted *pro hac vice*)
    Atara Miller (admitted *pro hac vice*)
    Grant R. Mainland (admitted *pro hac vice*)
    John J. Hughes, III (admitted *pro hac vice*)
    55 Hudson Yards
    New York, NY 10001
    Telephone: (212) 530-5000
    Facsimile: (212) 530-5219
    Email: ddunne@milbank.com
          amiller@milbank.com
          gmainland@milbank.com
          jhughes2@milbank.com

*Attorneys for Ambac Assurance Corporation*

**REXACH & PICÓ, CSP**

By: */s/ María E. Picó*
    María E. Picó
    (USDC-PR No. 123214)
    802 Ave. Fernández Juncos
    San Juan, PR 00907-4315
    Telephone: (787) 723-8520
    Facsimile: (787) 724-7844
    Email: mpico@rexachpico.com

**BUTLER SNOW LLP**

By: */s/ Martin A. Sosland*
    Martin A. Sosland (admitted *pro hac vice*)
    5430 LBJ Freeway, Suite 1200
    Dallas, TX 75240
    Telephone: (469) 680-5502
    Facsimile: (469) 680-5501
    Email: martin.sosland@butlersnow.com
    Jason W. Callen (admitted *pro hac vice*)
    150 3rd Ave., S., Suite 1600
    Nashville, TN 37201
    Telephone: (615) 651-6774
    Facsimile: (615) 651-6701
    Email: jason.callen@butlersnow.com

*Attorneys for Financial Guaranty Insurance Company*

| | |
|---|---|
| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TAFT LLP** |
| By: /s/ *Heriberto Burgos Pérez* | By: /s/ *Howard R. Hawkins, Jr.* |

    Heriberto Burgos Pérez (USDC-PR No. 204809)
    Ricardo F. Casellas-Sánchez (USDC-PR No. 203114)
    Diana Pérez-Seda (USDC-PR No. 232014)
    P.O. Box 364924
    San Juan, PR 00936-4924
    Telephone: (787) 756-1400
    Facsimile: (787) 756-1401
    Email: hburgos@cabprlaw.com
          rcasellas@cabprlaw.com
          dperez@cabprlaw.com

*Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

    Howard R. Hawkins, Jr. (admitted *pro hac vice*)
    Mark C. Ellenberg (admitted *pro hac vice*)
    William J. Natbony (admitted *pro hac vice*)
    Ellen M. Halstead (admitted *pro hac vice*)
    Thomas J. Curtin (admitted *pro hac vice*)
    Casey J. Servais (admitted *pro hac vice*)
    200 Liberty Street
    New York, NY 10281
    Telephone: (212) 504-6000
    Facsimile: (212) 504-6666
    Email: howard.hawkins@cwt.com
          mark.ellenberg@cwt.com
          bill.natbony@cwt.com
          ellen.halstead@cwt.com
          thomas.curtin@cwt.com
          casey.servais@cwt.com

*Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

| | |
|---|---|
| **ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC** | **WEIL, GOTSHAL & MANGES LLP** |
| By: /s/ *Eric Perez-Ochoa* | By: /s/ *Robert Berezin* |

    Eric Pérez-Ochoa
    USDC-PR No. 206,314
    Luis A. Oliver-Fraticelli
    USDC-PR No. 209,204
    208 Ponce de Leon Ave., Suite 1600
    San Juan, PR 00936
    Telephone: (787) 756-9000
    Fax: (787) 756-9010
    Email: epo@amgprlaw.com
          loliver@amgprlaw.com

*Attorneys for National Public Finance Guarantee Corp.*

    Jonathan Polkes (admitted *pro hac vice*)
    Gregory Silbert (admitted *pro hac vice*)
    Robert Berezin (admitted *pro hac vice*)
    Kelly DiBlasi (admitted *pro hac vice*)
    Gabriel A. Morgan
    767 Fifth Avenue
    New York, NY 10153
    Telephone: (212) 310-8000
    Fax: (212) 310-8007
    Email: jonathan.polkes@weil.com
          gregory.silbert@weil.com
          robert.berezin@weil.com
          kelly.diblasi@weil.com
          gabriel.morgan@weil.com

*Attorneys for National Public Finance Guarantee Corp.*

| | |
|---|---|
| **REED SMITH LLP** | **SEPULVADO, MALDONADO & COURET** |
| By: */s/ Eric A. Schaffer* <br> Eric A. Schaffer (admitted *pro hac vice*) <br> Luke A. Sizemore (admitted *pro hac vice*) <br> Jared S. Roach (admitted *pro hac vice*) <br> 225 Fifth Avenue, Suite 1200 <br> Pittsburgh, PA 15222 <br> Telephone: (412) 288-3131 <br> Facsimile: (412) 288-3063 <br> Email: eschaffer@reedsmith.com <br> lsizemore@reedsmith.com <br> jroach@reedsmith.com | By: */s/ Albéniz Couret Fuentes* <br> Albéniz Couret Fuentes <br> (USDC-PR No. 222207) <br> 304 Ponce de León Ave. Suite 990 <br> San Juan, PR 00918 <br> Telephone: (787) 765-5656 <br> Facsimile: (787) 294-0073 <br> Email: acouret@smclawpr.com |
| ***Attorneys for The Bank of New York Mellon*** | ***Attorneys for The Bank of New York Mellon*** |

| | |
|---|---|
| **MCCONNELL VALDÉS LLC** | **C. CONDE & ASSOC. LAW OFFICES** |
| 270 Muñoz Rivera Avenue, Suite 7<br>Hato Rey, Puerto Rico 00918<br>PO Box 364225<br>San Juan, Puerto Rico 00936-4225<br>Telephone: 787-250-5632<br>Facsimile: 787-759-9225 | By: /s/ Carmen D. Conde Torres<br><br>Carmen D. Conde Torres<br>(USDC No. 207312)<br>254 San José Street, Suite 5<br>San Juan, PR 00901-1523<br>Tel. 787-729-2900<br>Fax. 787-729-2203<br>E-Mail: condecarmen@condelaw.com |
| By: /s/Arturo J. García-Solá<br>Arturo J. García-Solá<br>USDC No. 201903<br>Email: ajg@mcvpr.com | -and- |
| By: /s/Alejandro J. Cepeda-Diaz<br>Alejandro J. Cepeda-Diaz<br>USDC No. 222110<br>Email: ajc@mcvpr.com | **ORRICK, HERRINGTON & SUTCLIFFE LLP**<br><br>By: /s/ Douglas S. Mintz<br>Douglas S. Mintz (admitted pro hac vice)<br>Columbia Center |
| By: /s/Nayuan Zouairabani<br>Nayuan Zouairabani<br>USDC No. 226411<br>Email: nzt@mcvpr.com | 1152 15th Street, N.W.<br>Washington, D.C. 20005-1706<br>Telephone: (202) 339-8400<br>Facsimile: (202) 339-8500 |
| ***Attorneys for AmeriNational Community Services, LLC as servicer for the GDB Debt Recovery Authority*** | E-mail: dmintz@orrick.com<br>   and<br>Laura Metzger (admitted pro hac vice)<br>Peter Amend (admitted pro hac vice)<br>David Litterine-Kaufman (pro hac vice admission pending)<br>Monica Perrigino (admitted pro hac vice)<br>51 West 52nd Street<br>New York, N.Y. 10019<br>Telephone: (212) 506-5000<br>E-mail:   lmetzger@orrick.com<br>      pamend@orrick.com<br>      dlitterinekaufmann@orrick.com<br>      mperrigino@orrick.com<br><br>***Attorneys for Cantor-Katz Collateral Monitor LLC, as Collateral Monitor for GDB Debt Recovery Authority*** |

| | |
|---|---|
| **HOGAN LOVELLS US LLP** | **RIVERA, TULLA, AND FERRER LLC** |
| By: /s/Ronald Silverman | By: /s/ Iris J. Cabrera-Gómez |
| Ronald Silverman (*pro hac vice*) | Eric A. Tulla |
| Robin Keller (*pro hac vice*) | USDC-DPR No. 118313 |
| 390 Madison Avenue | Email: etulla@ riveratulla.com |
| New York, New York 10017 | Iris J. Cabrera-Gómez |
| Tel: (212) 918-3000 | USDC-DPR No. 221101 |
| Fax: (212) 918-3100 | Email: icabrera@ riveratulla.com |
| Email: Ronald.silverman@hoganlovells.com | Rivera Tulla & Ferrer Building |
| Robin.keller@hoganlovells.com | 50 Quisqueya Street |
| | San Juan, PR 00917-1212 |
| ***Attorneys for U.S. Bank Trust*** | Telephone: (787) 753-0438 |
| ***National Association, as Trustee*** | Facsimile: (787) 767-5784 |
| | |
| | ***Counsel for U.S. Bank Trust*** |
| | ***National Association, as Trustee*** |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 1, 2020, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

/s/ *Hermann D. Bauer*