# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>     Debtors.[1] | PROMESA<br><br>Title III<br><br>Case No. 17 BK 3283-LTS<br><br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGNT AND<br><br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br><br>Title III<br><br>Case No. 17 BK 4780-LTS |

## SECOND INFORMATIVE MOTION OF THE PUERTO RICO ELECTRIC POWER AUTHORITY REGARDING JUNE 3-4, 2020 OMNIBUS HEARING

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States District Judge Laura Taylor Swain:

Pursuant to the Court's *Order Regarding Procedures for June 3-4, 2020 Omnibus Hearing* [Case No. 17-3283, ECF No. 13220], the Puerto Rico Electric Power Authority (PREPA) respectfully states as follows:

Joseph P. Davis III will appear at the Omnibus Hearing to be held on June 3-4, 2020 via telephonic appearance through the CourtSolutions link on behalf of PREPA and participate in oral arguments in connection with *Joint Informative Motion Regarding Status Conference at June 3, 2020 Hearing on Cobra Acquisition LLC's Motion for Allowance of Payment of Administrative Expense Claims* [Case No. 17-3283, ECF No. 13282 and Case No. 17-4780, ECF No. 2011].

Katiuska Bolaños will appear via telephonic appearance through the CourtSolutions link as local counsel for PREPA but does not seek to be heard.

Dated: June 1, 2020
      San Juan, PR

<table>
<tr>
<td>

**GREENBERG TRAURIG, LLP**

/s/ *Joseph P. Davis III*
Joseph P. Davis III*
davisjo@GTLAW.com
One International Place, Suite 2000
Boston, MA 02110
Telephone: (617) 310-6000
Facsimile: (617) 279- 8403

* admitted *pro hac vice*

*Co-Attorney for the Puerto Rico Electric Power Authority*

</td>
<td>

/s/ *Katiuska Bolaños*
Katiuska Bolaños
USDC-PR No. 231812
kbolanos@diazvaz.law

**DÍAZ & VÁZQUEZ LAW FIRM, PSC**
290 Jesús T. Piñero Ave.
Oriental Tower, Suite 1105
San Juan, PR  00918
Tel. (787) 395-7133
Fax. (787) 497-9664

*Co-Attorney for Puerto Rico Electric Power Authority*

</td>
</tr>
</table>