-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.1

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR THE HEARING ON JUNE 3-4 AT 9:30 A.M. AST

| | |
|---|---|
| **Time and Date of Hearing:** | **Wednesday, June 3, 2020**, from 9:30 a.m. to 12:00 p.m., from 1:00 p.m. to 5:00 p.m., and **Thursday, June 4, 2020**, from 9:30 a.m. to 12:00 p.m., and from 1:00 p.m. to 5:00 p.m. (Atlantic Standard Time)<br><br>Honorable Laura Taylor Swain, United States District Court Judge<br>Honorable Judith G. Dein, United States Magistrate Judge |
| **Location of Hearing:** | **The Hearing will be conducted telephonically via CourtSolutions.**<br><br>Attorney Participation:  Pursuant to the *Order Regarding Procedures for June 3-4, 2020 Omnibus Hearing* [Case No. 17-3283, ECF No. 13220], attached to this Agenda as **Exhibit A** (the "Procedures Order"), attorneys who have entered an appearance in the Title III cases and wish to participate as speakers or listen in on the proceedings must register with CourtSolutions at www.court-solutions.com.  The FOMB and AAFAF may each register up to five speaking lines per day, and |

1 The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

all other parties shall be limited to two speaking lines per day.  There will be no limitation on listen-only lines.

Members of the Public and Press:  Members of the public and press may listen in on the proceedings on a listen-only line by dialing (888) 363-4749 and entering the access code (7214978) and security code (6420) when prompted.

**Copies of Documents:**  Copies of all documents filed in these Title III cases are available free of charge (a) by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

## I.   STATUS REPORTS:

1.  **Report from the Oversight Board.**

Description:  Pursuant to the Procedures Order, the Financial Oversight and Management Board for Puerto Rico (the "FOMB" or "Oversight Board") will file a written Status Report prior to the hearing.  The FOMB will report on (i) the general status and activities of the Oversight Board, including measures taken in response to the COVID-19 pandemic and the status of preparation of fiscal plans, (ii) the general status of relations among the Oversight Board and the Commonwealth and federal governments, and (iii) the status of PRIDCO's RSA and anticipated Title VI filing.

Speakers: Should the Court have questions or comments regarding the FOMB's Status Report, the names of counsel who intend to speak on the Status Report are Martin J. Bienenstock and Brian S. Rosen.

2.  **Report from AAFAF.**

Description: Pursuant to the Procedures Order, the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") will report on its status and activities, including an overview of the Commonwealth's ongoing response to the COVID-19 pandemic.

Speakers: Should the Court have questions or comments regarding AAFAF's Status Report, the name of counsel who intends to speak on the Status Report is John J. Rapisardi.

## II.   CONTESTED MATTERS:

1.  **Status Conference on Cobra Acquisition LLC's Motion for Allowance and Payment of Administrative Expense Claims.** Cobra Acquisition LLC's Motion for Allowance and Payment of Administrative Expense Claims **[Case No. 17-3283, ECF No. 8789]**

Description:  Status conference regarding Cobra Acquisition LLC's motion for allowance and payment of administrative expense claims addressing (i) the status of the pending

criminal matter; (ii) the status of FEMA's review of Cobra's contracts with PREPA; (iii) a summary of potential factual disputes that the parties anticipate will need to be tried; (iv) proposing a consensual pretrial schedule for discovery and briefing; and (v) notifying the Court of any additional issues pertaining to the Administrative Expense Motion that have arisen.

Objection Deadline:  N/A

Responses:
    A.  N/A

Reply, Joinder & Statement Deadlines: N/A

Replies, Joinders & Statements:
    A.  N/A

Related Documents:
    A.  Cobra Acquisition LLC's Motion for Allowance and Payment of Administrative Expense Claims **[Case No. 17-3283, ECF No. 8789]**

    B.  Order Granting Joint Urgent Motion of the Oversight Board, PREPA, and AAFAF to Extend all Applicable Deadlines to Cobra Acquisition LLC's Motion for Allowance and Payment of Administrative Expense Claims **[Case No. 17-3283, ECF No. 8886]**

    C.  Joint Informative Motion Pursuant to Order of October 17, 2019 Regarding Cobra Acquisition LLC's Motion for Allowance and Payment of Administrative Expenses Claims **[Case No. 17-3283, ECF No. 10307, Case No. 17-4780, ECF No. 1894]**

    D.  Order Scheduling Further Status Conference in Connection with Cobra Acquisitions LLC's Motion for Allowance and Payment of Administrative Expense Claims **[Case No. 17-3283, ECF No. 10607]**

    E.  Memorandum Order Denying Cobra Acquisitions LLC's Urgent Motion to Modify the Stay Order and Allow the Undisputed Tax Claims **[Case No. 17-3283, ECF No. 13208, Case No. 17-4780, ECF No. 2004]**

    F.  Joint Status Report Pursuant to February 3, 2020 Order Scheduling Further Status Conference in Connection with Cobra Acquisition LLC's Motion for Allowance and Payment of Administrative Expense Claims **[Case No. 17-3283, ECF No. 13253, Case No. 17-4780, ECF No. 2011]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument.

    A. **Cobra:** Abid Qureshi, 5 minutes
    B. **FOMB:** Hadassa R. Waxman and Joseph P. Davis, 5 minutes

2. **FOMB's Motion to Direct Ambac to Withdraw Complaint.** Motion of the Financial Oversight and Management Board Pursuant to Bankruptcy Code Sections 105(a) and 362 for Order Directing Ambac to Withdraw Complaint **[Case No. 17-3283, ECF No. 12569, Case No. 17-3567, ECF No. 756]**

Description: The Financial Oversight and Management Board's motion for an order directing Ambac Assurance Corporation to withdraw its complaint styled *Ambac Assurance Corporation v. Autopistas Metropolitanas de Puerto Rico, LLC*, Civil No. 3:20-cv-01094, filed on February 19, 2020 in the United States District Court for the District of Puerto Rico.

Objection Deadline:  April 28, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. Ambac Assurance Corporation's Opposition to Motion of Financial Oversight and Management Board Pursuant to Bankruptcy Code Sections 105(a) and 362 for Order Directing Ambac to Withdraw Complaint **[Case No. 17-3283, ECF No. 12964]**

Reply, Joinder & Statement Deadlines: May 27, 2020 at 4:00 p.m. (Atlantic Standard Time)

Replies, Joinders & Statements:
    A. Joinder of Autopistas Metropolitanas de Puerto Rico, LLC to Motion of Financial Oversight and Management Board Pursuant to Bankruptcy Code Sections 105(a) and 362 for Order Directing Ambac to Withdraw Complaint **[Case No. 17-3283, ECF No. 12578, Case No. 17-3567, ECF No. 759]**

    B. Reply in Support of Motion of Financial Oversight and Management Board Pursuant to Bankruptcy Code Sections 105(a) and 362 for Order Directing Ambac to Withdraw Complaint **[Case No. 17-3283, ECF No. 13251, Case No. 17-3567, ECF No. 822]**

Related Documents:
    A. Memorandum of Law in Support of Motion of Financial Oversight and Management Board Pursuant to Bankruptcy Code Sections 105(a) and 362 for Order Directing Ambac to Withdraw Complaint **[Case No. 17-3283, ECF No. 12570, Case No. 17-3567, ECF No. 757]**

    B. Notice of Motion of Financial Oversight and Management Board Pursuant to Bankruptcy Code Sections 105(a) and 362 for Order Directing Ambac to Withdraw Complaint **[Case No. 17-3283, ECF No. 12571, Case No. 17-3567, ECF No. 758]**

    C. Scheduling Order **[Case No. 17-3283, ECF No. 12748, Case No. 17-3567, ECF No. 763]**

    D. Declaration of Michael A. Firestein Regarding Reply in Support of Motion of Financial Oversight and Management Board Pursuant to Bankruptcy Code Sections

105(a) and 362 for Order Directing Ambac to Withdraw Complaint **[Case No. 17-3283, ECF No. 13252, Case No. 17-3567, ECF No. 823]**

E.  Informative Motion for Financial Oversight and Management Board Relating to Reply in Support of Motion of Financial Oversight and Management Board Pursuant to Bankruptcy Code Sections 105(a) and 362 for Order Directing Ambac to Withdraw Complaint **[Case No. 17-3283, ECF No. 13264, Case No. 17-3567, ECF No. 824]**

F.  Motion of Financial Oversight and Management Board for Leave to Rely on Spanish Language Authority **[Case No. 17-3283, ECF No. 13273, Case No. 17-3567, ECF No. 825]**

Status:  This matter is going forward.

Estimated Time Required:  45 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument.
  A.  Movants:
      1.  **FOMB:** Michael A. Firestein and Ehud Barak, 14 minutes
  B.  Objecting Parties:
      1.  **Ambac:** Andrew K. Glenn, 22.5 minutes
  C.  Movants:
      1.  **Autopistas Metropolitanas:** Keith Martorana, 3.5 minutes
      2.  **FOMB:** Michael A. Firestein and Ehud Barak, 5 minutes

3.  **PREPA's Motion to Assume Certain Contracts.** PREPA's Urgent Motion for Entry of an Order Authorizing PREPA to Assume Certain Contracts with EcoEléctrica, L.P and Gas Natural Aprovisionamientos SDG, S.A. **[Case No. 17-3283, ECF No. 12579, Case No. 17-4780, ECF No. 1951]**

Description:  Puerto Rico Electric Power Authority's motion (a) authorizing PREPA to assume (i) the Amended and Restated Power Purchase and Operating Agreement, dated as of March 27, 2020 (the "ECO PPOA"), between PREPA and EcoEléctrica, L.P. ("ECO"), relating to the existing 543 MW combined cycle cogeneration facility in Peñuelas (the "ECO Generation Facility"), which amends and restates the Power Purchase and Operating Agreement, dated March 10, 1995 (as amended prior to March 27, 2020, the "Pre-Restatement PPOA") between the same parties, and (ii) the Amended and Restated Natural Gas Sale and Purchase Agreement, dated as of March 23, 2020 (the "Naturgy GSPA," and together with the ECO PPOA, the "Contracts"), between PREPA and Gas Natural Aprovisionamientos SDG, S.A. ("Naturgy"), relating to the supply of natural gas to Units 5 and 6 of PREPA's 820 MW Costa Sur generating facility (the "Costa Sur Generation Facility"), located adjacent to the ECO facility, which amends and restates the Natural Gas Sale and Purchase Agreement dated March 28, 2012 (as amended prior to March 23, 2020, the "Pre-Restatement GSPA" and together with the Pre-Restatement PPOA, the "Pre-

Restatement Contracts"), between the same parties, and (b) providing any additional relief required to effectuate the foregoing.

Objection Deadline:  April 27, 2020 at 5:00 p.m. (Atlantic Standard Time).

Responses:

    A.  Response to PREPA's Urgent Motion for Entry of an Order Authorizing PREPA to Assume Certain Contracts with EcoEléctrica, L.P. and Gas Natural Aprovisionamientos SDG, S.A. **[Case No. 17-3283, ECF No. 12958, Case No. 17-4780, ECF No. 1973]**

    B.  Motion in Opposition to PREPA's Urgent Motion for Entry of an Order Authorizing PREPA to Assume Certain Contracts with EcoEléctrica, L.P. and Gas Natural Aprovisionamientos SDG, S.A. **[Case No. 17-4780, ECF No. 1974]**

Reply, Joinder & Statement Deadlines: May 18, 2020 at 5:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:

    A.  PREPA's Omnibus Reply to Objections to PREPA's Urgent Motion for Entry of an Order Authorizing PREPA to Assume Certain Contracts with EcoEléctrica, L.P. and Gas Natural Aprovisionamientos SDG, S.A. **[Case No. 17-3283, ECF No. 13172, Case No. 17-4780, ECF No. 1997]**

    B.  Windmar's Sur-Reply to PREPA's Omnibus Reply to Objections to PREPA's Urgent Motion for Entry of an Order Authorizing PREPA to Assume Certain Contracts with EcoEléctrica, L.P. and Gas Natural Aprovisionamientos SDG, S.A. **[No. 17-4780, ECF No. 2010]**

    C.  Sur-Reply to PREPA's Omnibus Reply to Objections to PREPA's Urgent Motion for Entry of an Order Authorizing PREPA to Assume Certain Contracts with EcoEléctrica, L.P. and Gas Natural Aprovisionamientos SDG, S.A. **[Case No. 17-4780, ECF No. 2012]**

    D.  Motion for Leave to File Sur-Reply to PREPA's Omnibus Reply to Objections to PREPA's Urgent Motion for Entry of an Order Authorizing PREPA to Assume Certain Contracts with EcoEléctrica, L.P. and Gas Natural Aprovisionamientos SDG, S.A. **[Case No. 17-4780, ECF No. 2013]**

Related Documents:

    A.  Declaration of Fernando M. Padilla in Support of PREPA's Urgent Motion for Entry of an Order Authorizing PREPA to Assume Certain Contracts with EcoEléctrica, L.P. and Gas Natural Aprovisionamientos SDG, S.A. **[Case No. 17-3283, ECF No. 12580, Case No. 17-4780, ECF No. 1952]**

    B.  Order Scheduling Briefing in Connection with PREPA's Urgent Motion for Entry of an Order Authorizing PREPA to Assume Certain Contracts with EcoEléctrica, L.P. and Gas Natural Aprovisionamientos SDG, S.A. **[Case No. 17-3283, ECF No. 12588, Case No. 17-4780, ECF No. 1956]**

C. Order Granting Urgent Motion to Extend Certain Briefing Deadlines and the Hearing in Connection with PREPA's Urgent Motion for Entry of an Order Authorizing PREPA to Assume Certain Contracts with EcoEléctrica, L.P. and Gas Natural Aprovisionamientos SDG, S.A. **[Case No. 17-3283, ECF No. 12695, Case No. 17-4780, ECF No. 1960]**

D. Order Regarding Sur-Replies in Connection with PREPA's Urgent Motion for Entry of an Order Authorizing PREPA to Assume Certain Contracts with EcoEléctrica, L.P. and Gas Natural Aprovisionamientos SDG, S.A. **[Case No. 17-3283, ECF No. 13207, Case No. 17-4780, ECF No. 2003]**

E. Urgent Motion to Strike Windmar's Unauthorized Sur-Reply to PREPA's Omnibus Reply to Objections to PREPA's Urgent Motion for Entry of an Order Authorizing PREPA to Assume Certain Contracts with EcoEléctrica, L.P. and Gas Natural Aprovisionamientos SDG, S.A. **[Case No. 17-3283, ECF No. 13266, Case No. 17-4780, ECF No. 2018]**

F. PREPA's Opposition to UTIER's Motion for Leave to File Sur-Reply to PREPA's Omnibus Reply to Objections to PREPA's Urgent Motion for Entry of an Order Authorizing PREPA to Assume Certain Contracts with EcoEléctrica, L.P. and Gas Natural Aprovisionamientos SDG, S.A. **[Case No. 17-3283, ECF No. 13267, Case No. 17-4780, ECF No. 2019]**

G. Order Denying Motion for Leave to File Sur-Reply (Docket Entry No. 2013 in Case No. 17-4780) and Granting Motion to Strike Unauthorized Sur-Reply (Docket Entry No. 13266 in Case No. 17-3283 and Docket Entry No. 2018 in Case No. 17-4780) **[Case No. 17-3283, ECF No. 13276, Case No. 17-4780, ECF No. 2020]**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  50 minutes

<u>Order and Number of Speakers</u>: The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument.

A. <u>Movants</u>:
   1. **FOMB and PREPA:** Paul Possinger and Michael Malone, 18 minutes
   2. **ECO:** Fredric Sosnik, 2 minutes
B. <u>Objecting Parties</u>:
   1. **UTIER:** Jessica E. Méndez Colberg, 15 minutes
   2. **Windmar Renewable Energy:** Fernando Agrait, 5 minutes
   3. **Environmental Advocacy Group:** William Santiago Sastre, 5 minutes
C. <u>Movants</u>:
   1. **FOMB:** Paul Possinger, 5 minutes

## III.  PRELIMINARY HEARING ON LIFT STAY MOTIONS

**Preliminary Hearing on Lift Stay Motions.**  Pursuant to the Procedures Order, the matters detailed below in sections III.1, III.2, and III.3 of this Agenda (collectively, the "Lift Stay Motions") shall be heard together on June 4, 2020 at 9:30 a.m. (Atlantic Standard Time).

Estimated Time Required:  180 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on the Lift Stay Motions and time allocations for each party are listed below, in the order in which the parties shall present argument.

- A. Movants:
  1. **Assured, National, Ambac, and FGIC:** In support of HTA Lift Stay Motion, Atara Miller and Mark Ellenberger, 40 minutes (including rebuttal)
  2. **Assured, National, Ambac, and FGIC:** In support of PRIFA Lift Stay Motion, Atara Miller and Mark Ellenberger, 30 minutes (including rebuttal)
  3. **Assured, National, Ambac, and FGIC:** In support of CCDA Lift Stay Motion, Atara Miller and Mark Ellenberger, 20 minutes (including rebuttal)
- B. DRA Parties:
  1. **DRA Parties:** With respect to HTA Lift Stay Motion, Douglas S. Mintz and Nayuan Zouairabani Trinidad, 10 minutes[2]
- C. Objecting Parties:
  1. **FOMB:** In opposition to all Lift Stay Motions, Martin J. Bienenstock, 60 minutes
  2. **AAFAF:** In opposition to all Lift Stay Motions, Elizabeth L. McKeen, 15 minutes
  3. **UCC:** In opposition to all Lift Stay Motions, Luc A. Despins and Zachary S. Zwillinger, 10 minutes
  4. **Bacardi:** In opposition to the PRIFA Lift Stay Motion, Dianne F. Coffino, 5 minutes

1. **Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company's Motion for Relief from the Automatic Stay or Adequate Protection.** Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Relief from the Automatic Stay, or, in the Alternative, Adequate Protection. **[Case No. 17-3283, ECF No. 10102, Case No. 17-3567, ECF No. 673]**

    Description:  Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial

---

[2] For the reasons set forth in the *Joint Informative Motion Regarding Argument at June 4, 2020 Hearing on the Lift Stay Motions* [Case No. 17-3283, ECF No. 13297], The DRA Parties' time allocation is not reflected in the total time allocation for the Lift Stay Motions of 180 minutes.

Guaranty Insurance Company for relief from the automatic stay or, in the alternative, adequate protection.

Objection Deadline:  February 3, 2020 at 5:00 p.m. (Atlantic Standard Time).

Responses:

A. Opposition of Financial Oversight and Management Board for Puerto Rico to Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guarantee Insurance Company for Relief from Automatic Stay or, in the Alternative, Adequate Protection [ECF No. 673] **[Case No. 17-3283, ECF No. 10618, Case No. 17-3567, ECF No. 680]**

B. DRA Parties' Opening Response to (I) Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guarantee Insurance Company for Relief from Automatic Stay or, in the Alternative, Adequate Protection [Dkt. No. 10102], and (II) Opposition of Financial Oversight and Management Board for Puerto Rico to Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guarantee Insurance Company for Relief from Automatic Stay or, in the Alternative, Adequate Protection [Dkt. No. 10613] **[Case No. 17-3283, ECF No. 12396, Case No. 17-3567, ECF No. 741]**

C. Response and Reservation of Rights of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company Regarding DRA Parties' Response to (I) Monolines' Motion for Relief from the Automatic Stay and (II) Opposition of Financial Oversight and Management Board **[Case No. 17-3283, ECF No. 12491, Case No. 17-3567, ECF No. 748]**

D. The Financial Oversight and Management Board's Response to DRA Parties' Opening Response to (I) Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guarantee Insurance Company for Relief from Automatic Stay or, in the Alternative, Adequate Protection [Dkt. No. 10102], and (II) Opposition of Financial Oversight and Management Board for Puerto Rico to Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guarantee Insurance Company for Relief from Automatic Stay or, in the Alternative, Adequate Protection [Dkt. No. 10613] **[Case No. 17-3283, ECF No. 12496, Case No. 17-3567, ECF No. 749]**

E. Response of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company to Sur-Reply of Financial Oversight and Management Board for Puerto Rico in Opposition to Motion of Assured Guaranty

Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Relief from the Automatic Stay, or, in the Alternative, Adequate Protection **[Case No. 17-3283, ECF No. 13223, Case No. 17-3567, ECF No. 819]**

    F.   DRA Parties' Response to the FOMB's Sur-Reply **[Case No. 17-3283, ECF No. 13226, Case No. 17-3567, ECF No. 821]**

Reply, Joinder & Statement Deadlines: Reply deadline: February 18, 2020 at 5:00 p.m. (Atlantic Standard Time); Sur-Reply deadline: May 18, 2020 at 5:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:

    A.   Partial Joinder of Official Committee of Unsecured Creditors in Support of Opposition of Financial Oversight and Management Board for Puerto Rico to Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guarantee Insurance Company for Relief from Automatic Stay or, in the Alternative, Adequate Protection [ECF No. 673] **[Case No. 17-3283, ECF No. 10634, Case No. 17-3567, ECF No. 681]**

    B.   AAFAF's Limited Joinder to the Opposition of Financial Oversight and Management Board for Puerto Rico to Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guarantee Insurance Company for Relief from Automatic Stay or, in the Alternative, Adequate Protection [ECF No. 673] **[Case No. 17-3283, ECF No. 10639, Case No. 17-3567, ECF No. 682]**

    C.   Limited Joinder of Official Committee of Unsecured Creditors in Support of Financial Oversight and Management Board's Response to DRA Parties' Opening Response to (I) Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guarantee Insurance Company for Relief from Automatic Stay or, in the Alternative, Adequate Protection [Dkt. No. 10102], and (II) Opposition of Financial Oversight and Management Board for Puerto Rico to Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guarantee Insurance Company for Relief from Automatic Stay or, in the Alternative, Adequate Protection [Dkt. No. 10613] **[Case No. 17-3283, ECF No. 12500, Case No. 17-3567, ECF No. 750]**

    D.   Reply in Support of Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Relief from the Automatic Stay, or, in the Alternative, Adequate Protection **[Case No. 17-3283, ECF No. 12996, Case No. 17-3567, ECF No. 778]**

E. DRA Parties' Reply to (I) the Financial Oversight and Management Board's Response to DRA Parties' Opening Response, and (II) Limited Joinder of Official Committee of Unsecured Creditors in Support of Financial Oversight and Management Board's Response to DRA Parties' Opening Brief **[Case No. 17-3283, ECF No. 12999, Case No. 17-3567, ECF No. 779]**

F. Sur-Reply of Financial Oversight and Management Board for Puerto Rico in Opposition to Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Relief from the Automatic Stay, or, in the Alternative, Adequate Protection **[Case No. 17-3283, ECF No. 13157, Case No. 17-3567, ECF No. 807]**

G. Limited Joinder of Official Committee of Unsecured Creditors in Support of Sur-Reply of Financial Oversight and Management Board for Puerto Rico in Opposition to Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Relief from the Automatic Stay, or, in the Alternative, Adequate Protection **[Case No. 17-3283, ECF No. 13169, Case No. 17-3567, ECF No. 808]**

Related Documents:

A. Declaration of William J. Natbony in Support of Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Relief from the Automatic Stay, or, in the Alternative, Adequate Protection **[Case No. 17-3283, ECF No. 10107, Case No. 17-3567, ECF No. 674]**

B. Declaration of William J. Natbony in Support of Reply in Support of Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Relief from the Automatic Stay, or, in the Alternative, Adequate Protection **[Case No. 17-3567, ECF No. 780]**

C. Declaration of William W. Holder in Support of the Reply of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company, in Support of their Motion for Relief from the Automatic Stay, or, in the Alternative, Adequate Protection **[Case No. 17-3283, ECF No. 13005, Case No. 17-3567, ECF No. 781]**

D. Supplemental Declaration of William J. Natbony in Support of Reply in Support of Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Relief from the Automatic Stay, or, in the Alternative, Adequate Protection **[Case No. 17-3283, ECF No. 13186, Case No. 17-3567, ECF No. 813]**

E. Declaration of William J. Natbony in Support of Response of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company to Sur-Reply of Financial Oversight and Management Board for Puerto Rico in Opposition to Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Relief from the Automatic Stay, or, in the Alternative, Adequate Protection **[Case No. 17-3283, ECF No. 13224, Case No. 17-3567, ECF No. 820]**

F. Informative Motion of the Government Parties Regarding Supplementing the Record in Connection with Lift Stay Motions **[Case No. 17-3283, ECF No. 13274, Case No. 17-3567, ECF No. 826]**

Status:  This matter is going forward.

2. **Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and the Bank of New York Mellon's Motion Concerning Application of the Automatic Stay to the Revenues Securing the CCDA Bonds.** Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and the Bank of New York Mellon's Motion Concerning Application of the Automatic Stay to the Revenues Securing the CCDA Bonds. **[Case No. 17-3283, ECF No. 10104]**

Description:   Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and the Bank of New York Mellon's motion concerning application of the automatic stay to the revenues securing the CCDA Bonds.

Objection Deadline:  February 3, 2020 at 5:00 p.m. (Atlantic Standard Time).

Responses:
A. Opposition of the Commonwealth of Puerto Rico to Motion of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and the Bank of New York Mellon Concerning Application of Automatic Stay [ECF No. 10104] **[Case No. 17-3283, ECF No. 10615]**

Reply, Joinder & Statement Deadlines: Reply deadline: February 18, 2020 at 5:00 p.m. (Atlantic Standard Time); Sur-Reply deadline: May 18, 2020 at 5:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
A. Partial Joinder of Official Committee of Unsecured Creditors in Support of Opposition of Commonwealth of Puerto Rico to Motion of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and the Bank of New York Mellon Concerning

12

Application of Automatic Stay [ECF No. 10104] **[Case No. 17-3283, ECF No. 10636]**

B. AAFAF's Limited Joinder to the Opposition of Financial Oversight and Management Board for Puerto Rico to Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guarantee Insurance Company for Relief from the Automatic Stay or, in the Alternative, Adequate Protection [ECF No. 10104] **[Case No. 17-3283, ECF No. 10640]**

C. Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and the Bank of New York Mellon's Reply in Further Support of their Motion Concerning Application of the Automatic Stay to the Revenues Securing the CCDA Bonds **[Case No. 17-3283, ECF No. 12997]**

D. Sur-Reply of the Commonwealth of Puerto Rico in Opposition to Motion of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and the Bank of New York Mellon Concerning Application of Automatic Stay [ECF No. 10104] **[Case No. 17-3283, ECF No. 13160]**

E. Limited Joinder of Official Committee of Unsecured Creditors in Support of Sur-Reply of the Commonwealth of Puerto Rico in Opposition to Motion of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and the Bank of New York Mellon Concerning Application of Automatic Stay [ECF No. 10104] **[Case No. 17-3283, ECF No. 13168]**

F. Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and the Bank of New York Mellon's Response to the Oversight Board's Sur-Reply in Further Support of their Motion Concerning Application of the Automatic Stay to the Revenues Securing the CCDA Bonds **[Case No. 17-3283, ECF No. 13225]**

Related Documents:

A. Declaration of John J. Hughes, III in Support of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and the Bank of New York Mellon's Reply in Support of their Motion Concerning Application of the Automatic Stay to the Revenues Securing the CCDA Bonds **[Case No. 17-3283, ECF No. 13007]**

B. Declaration of Colin R. Kass Regarding the Sur-Reply of Commonwealth of Puerto Rico Regarding CCDA Bondholder Motion to Lift Automatic Stay [ECF No. 10104] **[Case No. 17-3283, ECF No. 13162]**

C. Supplemental Declaration of John J. Hughes, III in Support of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and the Bank of New York Mellon's Response to the Oversight Board's Sur-Reply in Support of their Motion Concerning Application of the Automatic Stay to the Revenues Securing the CCDA Bonds **[Case No. 17-3283, ECF No. 13227]**

D. Informative Motion of the Government Parties Regarding Supplementing the Record in Connection with Lift Stay Motions **[Case No. 17-3283, ECF No. 13274, Case No. 17-3567, ECF No. 826]**

Status: This matter is going forward.

3. **Amended Motion of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and U.S. Bank Trust National Association, Concerning Application of the Automatic Stay to the Revenues Securing the PRIFA Rum Tax Bonds.** Amended Motion of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and U.S. Bank Trust National Association, Concerning Application of the Automatic Stay to the Revenues Securing the PRIFA Rum Tax Bonds. **[Case No. 17-3283, ECF No. 10602]**

Description: Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and U.S. Bank Trust National Association's amended motion concerning application of the automatic stay to the revenues securing the PRIFA Rum Tax Bonds.

Objection Deadline: February 3, 2020 at 5:00 p.m. (Atlantic Standard Time).

Responses:
A. Supplemental Opposition of Commonwealth of Puerto Rico to Amended PRIFA Bondholder Motion to Lift Automatic Stay [ECF No. 10602] **[Case No. 17-3283]**

B. Amended Bacardi International Limited's and Bacardi Corporation's Opposition to Amended Motion of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and U.S. Bank Trust National Association, Concerning Application of the Automatic Stay to the Revenues Securing the PRIFA Rum Tax Bonds **[Case No. 17-3283, ECF No. 10616]**

Reply, Joinder & Statement Deadlines: Reply deadline: February 18, 2020 at 5:00 p.m. (Atlantic Standard Time); Sur-Reply deadline: May 18, 2020 at 5:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
A. Joinder by Serralles to the FOMB and Bacardi's Oppositions to Movants' Amended Motion for Relief from Stay **[Case No. 17-3283, ECF No. 10612]**

B. Partial Joinder of Official Committee of Unsecured Creditors in Support of Supplemental Opposition of Commonwealth of Puerto Rico to Amended PRIFA Bondholder Motion to Lift Automatic Stay [ECF No. 10602] **[Case No. 17-3283, ECF No. 10635]**

C. AAFAF's Limited Joinder to the Oppositions of Financial Oversight and Management Board for Puerto Rico and Bacardi International Limited and Bacardi Corporation to Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guarantee Insurance Company for Relief from the Automatic Stay or, in the Alternative, Adequate Protection [ECF No. 10109] **[Case No. 17-3283, ECF No. 10641]**

D. Reply of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and U.S. Bank Trust National Association, in Support of their Amended Motion Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds **[Case No. 17-3283, ECF No. 12995]**

E. Sur-Reply of Commonwealth of Puerto Rico in Opposition to Amended PRIFA Bondholder Motion to Lift Automatic Stay [ECF No. 10602] **[Case No. 17-3283, ECF No. 13159]**

F. Limited Joinder of Official Committee of Unsecured Creditors in Support of Sur-Reply of Commonwealth of Puerto Rico in Opposition to Amended PRIFA Bondholder Motion to Lift Automatic Stay [ECF No. 10602] **[Case No. 17-3283, ECF No. 13171]**

G. Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and U.S. Bank Trust National Association's Response to the Oversight Board's Sur-Reply in Support of their Amended Motion Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds **[Case No. 17-3283, ECF No. 13228]**

Related Documents:

A. Declaration of Atara Miller in Support of the Reply of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and U.S. Bank Trust National Association, in Support of their Amended Motion Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds **[Case No. 17-3283, ECF No. 12998]**

B. Declaration of William W. Holder in Support of the Reply of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and U.S. Bank Trust National Association, in

Support of their Amended Motion Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds **[Case No. 17-3283, ECF No. 13017]**

C. Declaration of Michael T. Mervis Regarding the Sur-Reply of Commonwealth of Puerto Rico in Opposition to Amended PRIFA Bondholder Motion to Lift Automatic Stay [ECF No. 10602] **[Case No. 17-3283, ECF No. 13161]**

D. Supplemental Declaration of Atara Miller in Support of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and U.S. Bank Trust National Association's Response to the Oversight Board's Sur-Reply in Support of their Amended Motion Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds **[Case No. 17-3283, ECF No. 13229]**

E. Informative Motion of the Government Parties Regarding Supplementing the Record in Connection with Lift Stay Motions **[Case No. 17-3283, ECF No. 13274, Case No. 17-3567, ECF No. 826]**

Status:  This matter is going forward.

## IV.  **ADJOURNED MATTERS:**

1. **AAFAF's Objection to Claim of the United States Department of the Treasury/Internal Revenue Service.** Puerto Rico Fiscal Agency and Financial Advisory Authority's Objection to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claims Nos. 168648 and 16885) **[Case No. 17-3283, ECF No. 7419, Case No. 17-3284, ECF No. 643]**

Description:  Puerto Rico Fiscal Agency and Financial Advisory Authority's objection to proofs of claim of the United States Department of the Treasury/Internal Revenue Service (Claims No. 168648 and 16885) filed against the Puerto Rico Sales Tax Financing Corporation.

Objection Deadline:  August 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. None.

Reply, Joinder & Statement Deadlines: September 4, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
   A. None

Related Documents:
   A. Stipulation and Agreed Order (A) Withdrawing Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claims No. 168648 and 168885); (B) Deeming Previously Filed Objection to Apply to Amended IRS Proof

16

of Claim (Claim No. 169423); (C) Extending Deadline to Respond to the Objection; and (D) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 7927, Case No. 17-3284, ECF No. 662]**

    B.  Informative Motion Regarding Extension of COFINA's Deadline to Reply to United States' Response to Claim Objection **[Case No. 17-3283, ECF No. 9330, Case No. 17-3284, ECF No. 688]**

    C.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF 7419] **[Case No. 17-3283, ECF No. 10021, Case No. 17-3284, ECF No. 695]**

    D.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF 7419] **[Case No. 17-3283, ECF No. 12550, Case No. 17-3284, ECF No. 702]**

    E.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF 7419] **[Case No. 17-3283, ECF No. 13122, Case No. 17-3284, ECF No. 709]**

Status:  This matter has been adjourned to the July 29, 2020 omnibus hearing.

Estimated Time Required:  N/A

2.  **Debtor's 9019 Motion for Order Allowing PRIFA BANs Guarantee Claim.** Motion of the Commonwealth of Puerto Rico Pursuant to Bankruptcy Rule 9019 for an Order Approving Stipulation and Agreed Order (A) Allowing PRIFA BANs Guarantee Claim, (B) Authorizing Escrow of PRIFA Funds and (C) Directing the Dismissal of Litigation with Prejudice **[Case No. 17-3283, ECF No. 12519]**

Description:  The Commonwealth of Puerto Rico's motion for entry of an order approving the terms of the compromise and settlement among the Commonwealth, AAFAF on behalf of the Puerto Rico Infrastructure Financing Authority ("PRIFA"), and holders (the "PRIFA BANs Bondholders") of the series of bond anticipation notes designated as Puerto Rico Infrastructure Financing Authority, Dedicated Tax Fund Revenue Bond Anticipation Notes, Series 2015 (collectively, the "PRIFA BANs"), issued by PRIFA, resolving certain disputes and litigations in connection with the PRIFA BANs.

Objection Deadline:  April 7, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  Objection of Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp. and Ambac Assurance Corporation to Motion of the Commonwealth of Puerto Rico Pursuant to Bankruptcy Rule 9019 for an Order Approving Stipulation and Agreed Order (A) Allowing PRIFA BANs Guarantee Claim, (B) Authorizing Escrow of PRIFA Funds and (C) Directing the Dismissal of Litigation with Prejudice **[Case No. 17-3283, ECF No. 12699]**

B. Reservation of Rights of Official Committee of Unsecured Creditors with Respect to Motion of Commonwealth of Puerto Rico Pursuant to Bankruptcy Rule 9019 for Order Approving Stipulation and Agreed Order (A) Allowing PRIFA BANS Guarantee Claim, (B) Authorizing Escrow of PRIFA Funds and (C) Directing Dismissal of Litigation with Prejudiced **[Case No. 17-3283, ECF No. 12705]**

Reply, Joinder & Statement Deadlines: April 14, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and April 15, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
A. None.

Related Documents:
A. None.

Status: Upon agreement of the parties and notice to the Court, this matter has been adjourned to the July 29, 2020 omnibus hearing.

Estimated Time Required: N/A

3. **Gladys García-Rubiera et. al.'s Motion Requesting Relief from Stay under 362(d)(1) of the Bankruptcy Code.** Status Conference Regarding Gladys García-Rubiera *et. al.*'s Motion for Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 2434]**

Description: Status conference regarding Gladys García-Rubiera *et.al.*'s motion for relief from the automatic stay in connection with the September 25, 2019 opinion issued by the United States Court of Appeals for the First Circuit **[Case No. 17-3283, ECF No. 8770]**

Objection Deadline: N/A

Responses:
A. N/A

Reply, Joinder & Statement Deadlines: The parties to the Lift Stay Motion shall file an additional status report or stipulation by July 15, 2020 at 5:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
A. N/A

Related Documents:
A. Memorandum Order Granting in Part and Denying in Part Motion Requesting Relief from Stay Under Section 362(d)(1) of the Bankruptcy Code (Docket Entry No. 2434) **[Case No. 17-3283, ECF No. 2858]**

B. Opinion issued by the United States Court of Appeals for the First Circuit, dated September 25, 2019 **[Case No. 17-3283, ECF No. 8770]**

18

C.  Judgement issued by the United States Court of Appeals for the First Circuit, dated September 25, 2019 **[Case No. 17-3283, ECF No. 8771]**

D.  Order Scheduling Further Proceedings Regarding Motion Requesting Relief from Automatic Stay **[Case No. 17-3283, ECF No. 8890]**

E.  Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 9130]**

F.  Order in Connection with Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 9130) **[Case No. 17-3283, ECF No. 9142]**

G.  Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 9384]**

H.  Order in Connection with Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 9384) **[Case No. 17-3283, ECF No. 9389]**

I.  Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 10265]**

J.  Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 11756]**

K.  Order in Connection with Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 11756) **[Case No. 17-3283, ECF No. 11771]**

L.  Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 12795]**

M.  Order in Connection with Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 12795) **[Case No. 17-3283, ECF No. 12841]**

N.  Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 13121]**

O.  Order in Connection with Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 13121) **[Case No. 17-3283, ECF No. 13147]**

Status:  This matter has been adjourned to the July 29, 2020 omnibus hearing.

Estimated Time Required:  N/A

4. **AMPR's Motion for Relief from Stay.** Asociación de Maestros de Puerto Rico and Asociación de Maestros de Puerto Rico-Local Sindical's Motion for Relief from Automatic Stay **[Case No. 17-3283, ECF No. 3914]**

Description: Asociación de Maestros de Puerto Rico, and its union, Asociación de Maestros de Puerto Rico-Local Sindical, both of which are affiliates of the American Federation of Teachers, seek relief from the automatic stay to pursue an action against the Department of Education of the Commonwealth, the Secretary of the Department of Education of the Commonwealth, Julia Keleher, in her official capacity, and the Commonwealth of Puerto Rico. The action seeks a declaratory judgment concerning causes of action for breach and/or impairment of contractual and vested property rights.

Objection Deadline: October 27, 2018 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. Objection of the Commonwealth to Motion for Relief from Automatic Stay filed by Asociación de Maestros de Puerto Rico, and its Union, Asociación de Maestros de Puerto Rico-Local Sindical **[Case No. 17-3283, ECF No. 4038]**

Reply, Joinder & Statement Deadlines: October 19, 2018 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
   A. Movants' Reply to Objection of the Commonwealth to Motion for Relief from Automatic Stay Filed by AMPR and AMPR-LS **[Case No. 17-3283, ECF No. 4071]**

Related Documents:
   A. Order Scheduling Briefing of Motion for Relief from Automatic Stay **[Case No. 17-3283, ECF No. 3916]**

   B. Urgent Joint Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 3960]**

   C. Order Extending Deadlines under Order Scheduling Briefing of Motion for Relief from Automatic Stay **[Case No. 17-3283, ECF No. 3966]**

   D. Unopposed Motion of Commonwealth of Puerto Rico for Leave to File Sur-Reply to Movants' Reply to Objection of the Commonwealth to Motion for Relief from Automatic Stay Filed by AMPR and AMPR-LS **[Case No. 17-3283, ECF No. 4107]**

   E. Order Granting Unopposed Motion of Commonwealth of Puerto Rico for Leave to File Sur-Reply **[Case No. 17-3283, ECF No. 4449]**

   F. Joint Informative Motion Regarding Hearing on Motion for Relief from Stay filed by Asociación de Maestros de Puerto Rico **[Case No. 17-3283, ECF No. 4941]**

   G. Joint Status Report Regarding Motion for Relief from Stay Filed by Asociación de Maestros de Puerto Rico **[Case No. 17-3283, ECF No. 8075]**

H. Joint Stipulation of Oversight Board and Asociación de Maestros de Puerto Rico Regarding Adjournment of Motion for Relief from Automatic Stay [ECF No. 3914] Filed by Asociación de Maestros de Puerto Rico **[Case No. 17-3283, ECF No. 9027]**

I. Joint Status Report Regarding Motion for Relief from Stay Filed by Asociación de Maestros de Puerto Rico **[Case No. 17-3283, ECF No. 11955]**

J. Order Granting Joint Status Report Regarding Motion for Relief from Stay Filed by Asociación de Maestros de Puerto Rico **[Case No. 17-3283, ECF No. 11965]**

K. Notice of Adjournment of Motion Scheduled for Hearing at the April 22, 2020 Omnibus Hearing to the July 29, 2020 Omnibus Hearing [ECF No. 3914] **[ECF No. 12898]**

Status:  This matter has been adjourned to the July 29, 2020 omnibus hearing.

Estimated Time Required:  N/A

5. **Atlantic Medical Center, Inc. et al's Motion to Enforce Court's Prior Order and for Relief from the Automatic Stay.** Motion of Atlantic Medical Center, Inc., Camuy Health Services, Inc., Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services, Inc., Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc., Costa Salud, Inc., Centro de Salud de Lares, Inc., Centro de Servicios Primarios de Salud de Patillas, Inc., and Hospital General Castañer, Inc. Seeking (I) Enforcement of the Court's Prior Order and (II) Relief from the Automatic Stay. **[Case No. 17-3283, ECF No. 12918]**

Description:  Atlantic Medical Center, Inc., Camuy Health Services, Inc., Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services, Inc., Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc., Costa Salud, Inc., Centro de Salud de Lares, Inc., Centro de Servicios Primarios de Salud de Patillas, Inc., and Hospital General Castañer, Inc.'s motion seeking (a) relief from the automatic stay to prosecute certain actions pending in federal district court; (b) enforcement of ongoing Medicaid payment obligations; and (c) enforcement of the *Eleventh Omnibus Order Granting Relief from the Automatic Stay* (ECF No. 8499), pursuant to which a stipulation between the parties in which the Commonwealth agreed to make certain payments was approved.

Objection Deadline:  May 29, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
A. None.

Reply, Joinder & Statement Deadlines: May 30, 2020 at 5:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
A. Official Committee of Unsecured Creditors' Statement in Partial Support of Motion of Atlantic Medical Center, Inc. and Other Health Service Providers for (I)

Enforcement of Court's Prior Order and (II) Relief from Automatic Stay **[Case No. 17-3283, ECF No. 13260]**

Related Documents:

A. Joint Stipulation and Order Regarding Atlantic Medical Center, Inc., et al.'s Motion for Relief from the Automatic Stay (ECF No. 12918) **[Case No. 17-3283, ECF No. 13279]**

Status:  This matter has been adjourned to the July 29, 2020 omnibus hearing.

Estimated Time Required:  N/A

6. **Debtors' Omnibus Objections to Claims.** Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the June 3, 2020 Omnibus Hearing to the July 29, 2020 Omnibus Hearing **[Case No. 17-3283, ECF No. 13232]**

The following omnibus objections to claims have been adjourned to the July 29, 2020 omnibus hearing, solely with respect to claims that have not already been disallowed by entry of a final written order of the Court.

Seventy-Eighth [ECF No. 8964]; Seventy-Ninth [ECF No. 8965]; Eightieth [ECF No. 8967]; Eighty-First [ECF No. 8968]; Eighty-Second [ECF No. 8969]; Eighty-Third [ECF No. 8970]; Eighty-Fourth [ECF No. 8971]; Eighty-Fifth [ECF No. 8973]; Eighty-Sixth [ECF No. 8975]; Eighty-Seventh [ECF No. 8976]; Eighty-Eighth [ECF No. 8977]; Eighty-Ninth [ECF No. 8978]; Ninetieth [ECF No. 8979]; Ninety-First [ECF No. 8980]; Ninety-Second [ECF No. 8981]; Ninety-Third [ECF No. 8982]; Ninety-Fourth [ECF No. 8983]; Ninety-Fifth [ECF No. 8984]; Ninety-Sixth [ECF No. 9546]; Ninety-Seventh [ECF No. 9547]; Ninety-Eighth [ECF No. 9548]; Ninety-Ninth [ECF No. 9549]; One Hundredth [ECF No. 9550]; One Hundred First [ECF No. 9551]; One Hundred Second [ECF No. 9552]; One Hundred Third [ECF No. 9553]; One Hundred Fourth [ECF No. 9554]; One Hundred Fifth [ECF No. 9555]; One Hundred Sixth [ECF No. 9556]; One Hundred Seventh [ECF No. 9557]; One Hundred Eighth [ECF No. 9558]; One Hundred Ninth [ECF No. 9559]; One Hundred Tenth [ECF No. 9560]; One Hundred Eleventh [ECF No. 9561]; One Hundred Twelfth [ECF No. 9562]; One Hundred Thirteenth [ECF No. 9563]; One Hundred Fourteenth [ECF No. 9564]; One Hundred Fifteenth [ECF No. 9565]; One Hundred Sixteenth [ECF No. 9566]; One Hundred Seventeenth [ECF No. 9567]; One Hundred Eighteenth [ECF No. 9568]; One Hundred Nineteenth [ECF No. 9569]; One Hundred Twentieth [ECF No. 9570]; One Hundred Twenty-First [ECF No. 9572]; One Hundred Twenty-Second [ECF No. 9574]; One Hundred Twenty-Third [ECF No. 9576]; One Hundred Twenty-Fourth [ECF No. 9892]; One Hundred Twenty-Fifth [ECF No. 9894]; One Hundred Twenty-Sixth [ECF No. 9895]; One Hundred Twenty-Seventh [ECF No. 9897]; One Hundred Twenty-[ECF No. 9900]; One Hundred Twenty-Ninth [ECF No. 9901]; One Hundred Thirtieth [ECF No. 9903]; One Hundred Thirty-First [ECF No. 9905]; One Hundred Thirty-Second [ECF No. 9906]; One Hundred Thirty-Third [ECF No. 9907]; One Hundred Thirty-Fourth [ECF No. 9908]; One Hundred Thirty-Fifth [ECF No. 9911]; One Hundred Thirty-Sixth [ECF No. 9912]; One Hundred Thirty-Seventh [ECF No. 9915]; One Hundred Thirty-Eighth [ECF No. 9917]; One

Hundred Thirty-Ninth [ECF No. 9921]; One Hundred Fortieth [ECF No. 9933];  One Hundred Forty-First [ECF No. 9934]; One Hundred Forty-Second [ECF No. 9935]; One Hundred Forty-Third [ECF No. 9936]; One Hundred Forty-Fourth [ECF No. 9937]; One Hundred Forty-Fifth [ECF No. 9938]; One Hundred Forty-Sixth [ECF No. 9939]; One Hundred Forty-Seventh [ECF No. 9940]; One Hundred Forty-Eighth [ECF No. 9941]; One Hundred Forty-Ninth [ECF No. 9942]; One Hundred Fiftieth [ECF No. 9943]; One Hundred Fifty-Fifth [ECF No. 9944]; One Hundred Fifty-Sixth [ECF No. 9945]; One Hundred Fifty-Seventh [ECF No. 9946]; One Hundred Fifty-Eighth [ECF No. 11820]; One Hundred Fifty-Ninth [ECF No. 11821]; One Hundred Sixtieth [ECF No. 11822]; One Hundred Sixty-First [ECF No. 11823]; One Hundred Sixty-Second [ECF No. 11824]; One Hundred Sixty-Third [ECF No. 11825]; One Hundred Sixty-Fourth [ECF No. 11826]; One Hundred Sixty-Fifth [ECF No. 11827]; One Hundred Sixty-Sixth [ECF No. 11828]; One Hundred Sixty-Seventh [ECF No. 11833]; One Hundred Sixty-Eighth [ECF No. 11834]; One Hundred Sixty-Ninth [ECF No. 11836]; One Hundred Seventieth [ECF No. 11837]; One Hundred Seventy-First [ECF No. 12125]; One Hundred Seventy-Second [ECF No. 12126]; One Hundred Seventy-Third [ECF No. 12138]; One Hundred Seventy-Fourth [ECF No. 12140]; One Hundred Seventy-Fifth [ECF No. 12141]; One Hundred Seventy-Sixth [ECF No. 12143]; One Hundred Seventy-Seventh [ECF No. 12144]; One Hundred Seventy-Eighth  [ECF No. 12146]; One Hundred Seventy-Ninth [ECF No. 12147]; One Hundred Eightieth [ECF No. 12149]; One Hundred Eighty-First [ECF NO. 12159]; One Hundred Eighty-Second [ECF No. 12160]; One Hundred Eighty-Third [ECF No. 12163]; One Hundred Eighty-Fourth [ECF No. 12850];  One Hundred Eighty-Fifth [ECF No. 12851];  One Hundred Eighty-Sixth [ECF No. 12852];  One Hundred Eighty-Seventh [ECF No. 12853]; One Hundred Eighty-Eighth [ECF No. 12854];   One Hundred Eighty-Ninth [ECF No. 12858]; One Hundred Ninetieth [ECF No. 12859];  One Hundred Ninety-First  [ECF No. 12860];  One Hundred Ninety-Second [ECF No. 12864]; One Hundred Ninety-Third [ECF No. 12865]; One Hundred Ninety-Fourth [ECF No. 12867];  One Hundred Ninety-Fifth [ECF No. 12868]; One Hundred Ninety-Sixth  [ECF No. 12869]; One Hundred Ninety-Seventh  [ECF No. 12870].

[*Remainder of page intentionally left blank*]

Dated: June 1, 2020.
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*

Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Maja Zerjal
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Hermann D. Bauer*

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

**Exhibit A**

**Procedures Order**