UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------x

In re:                                                                  PROMESA
                                                                        Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of                                            No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO                                         (Jointly Administered)
et al.,

        Debtors.[1]
---------------------------------------------------------x
In re:                                                                  PROMESA
                                                                        Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of                                            No. 17 BK 3567-LTS

PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY,

        Debtor.
---------------------------------------------------------x

ORDER REGARDING ARGUMENT IN CONNECTION WITH JUNE 4,
2020, PRELIMINARY HEARING ON REVENUE BOND LIFT STAY MOTIONS

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case
number and the last four (4) digits of each Debtor's federal tax identification number, as
applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-
3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax
Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four
Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation
Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of
Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the
Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last
Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority
("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax
ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case
No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case
numbers are listed as Bankruptcy Case numbers due to software limitations).

The Court has received and reviewed the *Joint Informative Motion Regarding Argument at June 4, 2020 Hearing on the Lift Stay Motions* (Docket Entry No. 13297 in Case No. 17-3283, the "Joint Informative Motion"), filed by the parties to the Lift Stay Motions[2] (the "Parties"), which notifies the Court of, inter alia, a dispute between the Movants and the Government Parties regarding the proper sequence of arguments in connection with the June 4, 2020, preliminary hearing on the Lift Stay Motions (the "Preliminary Hearing"). The Court has also received and reviewed the *Informative Motion of the Lawful Constitutional Debt Coalition Regarding Its Request to Be Heard at the June 3-4, 2020 Omnibus Hearing* (Docket Entry No. 13299 in Case No. 17-3283), filed by the Lawful Constitutional Debt Coalition (the "LCDC").

The Court hereby approves the time allocations set forth in paragraph two of the Joint Informative Motion, which include ten additional minutes for argument by the DRA Parties. The Court will initially hear argument from the Movants with respect to each of the Lift Stay Motions, followed by argument from the DRA Parties with respect to the HTA Lift Stay Motion. Thereafter, the Court will hear argument from the Oversight Board in opposition to all Lift Stay Motions, followed by such arguments from AAFAF, the UCC, and Bacardi. The Movants will then present further argument in support of the Lift Stay Motions to the extent that any rebuttal time has been reserved. As the arguments are presented, each speaker must make clear as to each point whether the argument relates only to a specific Lift Stay Motion or to more than one Lift Stay Motion.

Further, counsel for the LCDC is hereby directed to meet and confer with counsel for the Parties with respect to his request to be allocated time to participate in the Preliminary Hearing. In the event that an agreement among the Parties and the LCDC regarding this request cannot be reached, the LCDC is directed to file an additional informative motion providing a justification for the request to be heard in connection with the Lift Stay Motions.

SO ORDERED.

Dated: June 1, 2020

 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[2]      Capitalized terms used but not otherwise defined herein have the meanings given to them in the Joint Informative Motion.