**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

|  |  |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.,*<br><br><br>            Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-03283 (LTS)<br><br><br>(Jointly Administered) |

**INFORMATIVE MOTION REGARDING U.S. BANK'S**
**APPEARANCE AT JUNE 3-4, 2020 OMNIBUS HEARING**

U.S. Bank Trust National Association ("U.S. Bank") hereby submits this informative motion in response to the Court's *Order Regarding Procedures For June 3-4 2020 Omnibus Hearing* [ECF No. 11729] and respectfully states as follows:

1.      Ronald Silverman from the New York, New York office of Hogan Lovells US LLP will appear telephonically on behalf of U.S. Bank, at the June 3-4, 2020 omnibus hearing.

2.      U.S. Bank is a movant under the *Amended Motion of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and U.S. Bank Trust National Association, Concerning Application of*

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801)

*the Automatic Stay to the Revenues Securing the PRIFA Rum Tax Bonds* [Case No. 17-3283, ECF

No. 10602] (the "PRIFA Lift Stay Motion").

      3.      U.S. Bank reserves the right to be heard on any matter relating to the PRIFA Lift

Stay Motion and to respond to any statements made by any party during the preliminary arguments

on the PRIFA Lift Stay Motion.

      **RESPECTFULLY SUBMITTED,** in San Juan, Puerto Rico, this 1st day of June, 2020.

      **WE HEREBY CERTIFY** that on this same date a true and exact copy of this motion was

filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of

record. Also, a copy of this document will be served via electronic mail or U.S. mail to all case

participants.

*[Remainder of page left intentionally blank]*

Dated: June 1 2020

By: /s/ Eric A. Tulla

**RIVERA, TULLA AND FERRER, LLC**
Eric A. Tulla
USDC-DPR No. 118313
Iris J. Cabrera-Gómez
USDC-DPR No. 221101
Rivera Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212
Tel: (787) 753-0438
Fax: (787)767-5784 (787) 766-0409
etulla@ riveratulla.com
icabrera@riveratulla.com

and

**HOGAN LOVELLS US LLP**
Robin E. Keller, Esq.
Ronald J. Silverman, Esq.
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
robin.keller@hoganlovells.com
ronald.silverman@hoganlovells.com

*Counsel to U.S. Bank Trust National
Association*