# **EXHIBIT A**

# Exhibit A

## Movants'[1] Supplemental PRIFA Exhibit List for the
## June 4, 2020 Revenue Bond Lift Stay Preliminary Hearing

The following chart includes Movants' currently anticipated PRIFA Hearing Exhibits beyond those appended to the Movants' PRIFA Lift-Stay Opening Brief and the Miller Reply Declaration and which were not previously filed on the record. Movants reserve all rights, including the right to designate any additional documents filed with the court in support of the PRIFA Lift Stay Motion as exhibits prior to the Preliminary Hearing.

| PRIFA Ex. No. | Date | Bates Range | Description |
| --- | --- | --- | --- |
| 52[2] | June 1999 | n/a | GASB, Statement No. 34, Basic Financial Statements–and Management's Discussion and Analysis–for State and Local Governments |
| 53 | February 2009 | n/a | GASB, Statement No. 54, Fund Balance Reporting and Governmental Fund Type Definitions |
| 54 | 2005 | n/a | GFOA, Governmental Accounting, Auditing, and Financial Reporting |
| 55 | 2012 | n/a | GFOA, Governmental Accounting, Auditing, and Financial Reporting |
| 56 | March 1979 | n/a | NCGA, Statement No. 1, Governmental Accounting and Financial Reporting Principles |

---

[1] Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Financial Guaranty Insurance Company, and U.S. Bank Trust National Association (collectively, "**Movants**"). All capitalized terms not defined herein shall have the meanings ascribed to them in the PRIFA Lift Stay Motion (ECF No. 10602), Reply (ECF No. 12995), and Response to Sur-Reply (ECF No. 13228). Unless otherwise indicated, "ECF No." refers to the docket in Case No. 17-BK-3283-LTS.

[2] PRIFA Exhibits 1-24 comprise Exhibits 1-24 appended to the PRIFA Lift-Stay Opening Brief (ECF No. 10602). PRIFA Exhibits 25-46 comprise Exhibits 25-46 appended to the Miller Declaration of April 30, 2020, filed under seal (ECF No. 12998). PRIFA Exhibits 47-50 comprise Exhibits 47-50 appended to the Miller Supplemental Declaration of May 26, 2020 (ECF No. 13229). PRIFA Exhibit 51 is the Declaration of William W. Holder, with exhibits, including Exhibit A to the Declaration—the Holder Report—and Exhibits 1 and 2 to the Holder Report (ECF Nos. 13003 and 13003-1).

| PRIFA Ex. No. | Date | Bates Range | Description |
|---|---|---|---|
| 57 | April 19, 2020 | n/a | Letter from Elizabeth McKeen and Michael Mervis, dated April 19, 2020 |
| 58 | | n/a | AICPA, "Financial Reporting Executive Committee - FinRec," https://www.aicpa.org/interestareas/frc/accountingfinancialreporting/finrec.html |
| 59 | | n/a | GASB, "About Us," https://www.gasb.org/jsp/GASB/Page/GASBLandingPage&cid=1175804799024 |
| 60 | | CW_STAY0000156–76 | TSA FY 2019 Cash Flow for the month of June and fourth quarter of FY19 |
| 61 | | CW_STAY0000203–28 | TSA FY 2018 Cash Flow for the month of March and Third Quarter FY2018 |
| 62 | | CW_STAY0000297–309 | TSA FY 2018 Cash Flow for the First Quarter FY2018 |
| 63 | | CW_STAY0000409–21 | TSA FY 2018 Cash Flow as of July 14, 2017 |
| 64 | | CW_STAY0000422–36 | TSA FY 2018 Cash Flow as of August 4, 2017 |
| 65 | | CW_STAY0000467–81 | TSA FY 2018 Cash Flow as of August 25, 2017 |
| 66 | | CW_STAY0000535–47 | TSA FY 2018 Cash Flow as of October 20, 2017 |
| 67 | | CW_STAY0000590–824 | TSA FY 2018 Cash Flow for the month of April FY2018 |
| 68 | | CW_STAY0000846–58 | TSA FY 2020 Cash Flow for the month of August FY20 |
| 69 | | CW_STAY0000859–78 | TSA FY 2020 Cash Flow for the month of October FY20 |
| 70 | | CW_STAY0000879–92 | TSA FY 2020 Cash Flow for the month of September FY20 and Q1 FY20 |

| PRIFA Ex. No. | Date | Bates Range | Description |
|---|---|---|---|
| 71 | | CW_STAY0000934–53 | TSA FY 2020 Cash Flow for the month of November FY20 |
| 72 | | ERS_LS0000954–69 | TSA FY 2018 Cash Flow as of Jan. 26, 2018 |
| 73 | | ERS_LS0001018–33 | TSA FY 2018 Cash Flow as of Feb. 23, 2018 |
| 74 | | ERS_LS0001469–82 | TSA FY 2018 Cash Flow as of Nov. 24, 2017 |
| 75 | | ERS_LS0001540–54 | TSA FY 2018 Cash Flow as of Dec. 29, 2017 |
| 76 | | n/a | 10/20/17 TSA Cash Flow Report |
| 77 | | n/a | TSA FY 2018 Cash Flow, as of November 10, 2017 (Cited in Holder Report) |
| 78 | | n/a | TSA FY 2018 Cash Flow, as of December 29, 2017 (Cited in Holder Report) |
| 79 | | n/a | 2012 GAAFR, Chapter 44 |
| 80 | | n/a | 2012 GAAFR, Chapter 1 |
| 81 | | n/a | 2012 GAAFR, Chapter 42 |