# **EXHIBIT 57**

April 19, 2020

**VIA E-MAIL**

| | |
|---|---|
| Gaspard Rappoport | John Hughes, III |
| Kelly DiBlasi | Atara Miller |
| Gabriel Morgan | Grant Mainland |
| Gregory Silbert | MILBANK LLP |
| Reed Collins | 55 Hudson Yards |
| WEIL, GOTSHAL & MANGES LLP | New York, New York 10001 |
| 767 Fifth Avenue | |
| New York, New York 10153 | |
| | |
| Howard Hawkins | Jason Callen |
| Mark Ellenberg | Martin Sosland |
| William Natbony | BUTLER SNOW LLP |
| Casey Servais | 5430 Lyndon B. Johnson Freeway, Suite 1200 |
| CADWALADER, WICKERSHAM & TAFT LLP | Dallas, Texas 75240 |
| 200 Liberty Street | 1530 3rd Avenue South, Suite 1600 |
| New York, New York 10281 | Nashville, Tennessee 37201 |

Re: *In re Fin. Oversight & Mgmt. Bd., No. 17-BK-3283-LTS – Discovery on Lift Stay Motions – Response to Movants' Request During Meet and Confer Conference Call on April 16, 2020*

Counsel:

We write in response to your request during our April 16, 2020 meet and confer telephone conference that we identify what documents AAFAF produced in compliance with paragraph 2(a)(iii) of the March 5, 2020 Order, which memorializes AAFAF's agreement to produce "documents showing any sub-accounts or other designations used to track Rum Taxes in the Commonwealth Treasury Single Account." *See* Dkt. No. 17080. Notwithstanding that the agreement is specific to Rum Taxes, you also requested we identify similar information produced with respect to certain Excise Taxes historically allocated to HTA.

There are no "sub-accounts" in the Treasury Single Account. As noted in the Disclosure Statement filed February 28, 2020, as part of the Commonwealth's cash management system, cash is pooled into multiple accounts that are collectively referred to as the Treasury Single Account ("TSA"). ECF 11947 at 97. Among other documents, AAFAF has produced account opening materials and account statements for the account within TSA that received Rum Taxes and the Excise Taxes—the TSA Operational Account. AAFAF has also produced account opening materials and account statements for the "Colecturía" account—sweep account to the TSA. Those documents are available at the below bates ranges:

| Account | Account Opening Documents | Date Produced |
|---|---|---|
| **TSA Operational** | | |
| Banco Popular -9458 | CW_STAY0010563 - CW_STAY0010566 | March 16 |
| GDB -0006 | CW_STAY0033985 - CW_STAY0034019 | March 18 |
| **TSA Colecturia** | | |
| Banco Popular -5191 | CW_STAY0010559 - CW_STAY0010562 | March 16 |
| **Account** | **Account Statements** | **Date Produced** |
| **TSA Operational** | | |
| Banco Popular -9458 | CW_STAY0015439-CW_STAY0015439, CW_STAY0015785-CW_STAY0015864, CW_STAY0016203-CW_STAY0016314, CW_STAY0016315-CW_STAY0016426, CW_STAY0016773-CW_STAY0016908, CW_STAY0017211-CW_STAY0017312, CW_STAY0017671-CW_STAY0017788, CW_STAY0018119-CW_STAY0018236, CW_STAY0018563-CW_STAY0018672, CW_STAY0018967-CW_STAY0019068, CW_STAY0019387-CW_STAY0019498, CW_STAY0019793-CW_STAY0019894, CW_STAY0020189-CW_STAY0020294, CW_STAY0020633-CW_STAY0020764, CW_STAY0021059-CW_STAY0021114, CW_STAY0021115-CW_STAY0021226, CW_STAY0021557-CW_STAY0021692, CW_STAY0022015-CW_STAY0022134, CW_STAY0022135-CW_STAY0022202, CW_STAY0022465-CW_STAY0022560 CW_STAY0022874-CW_STAY0022987, CW_STAY0023138-CW_STAY0023223, CW_STAY0023330-CW_STAY0023413, CW_STAY0023580-CW_STAY0023685, CW_STAY0023892-CW_STAY0023993, CW_STAY0024220-CW_STAY0024323, CW_STAY0024534-CW_STAY0024635, CW_STAY0024866-CW_STAY0024973, CW_STAY0025216-CW_STAY0025317, CW_STAY0025551-CW_STAY0025664, CW_STAY0025886-CW_STAY0026005, CW_STAY0026191-CW_STAY0026300, CW_STAY0026506-CW_STAY0026625, CW_STAY0026807-CW_STAY0026916, CW_STAY0027122-CW_STAY0027239, CW_STAY0027417-CW_STAY0027518, CW_STAY0027701-CW_STAY0027812, CW_STAY0027991-CW_STAY0028096, | March 16 |

|  |  |  |
|---|---|---|
|  | CW_STAY0028279-CW_STAY0028388, CW_STAY0028595-CW_STAY0028734, CW_STAY0028960-CW_STAY0029075, CW_STAY0029297-CW_STAY0029438, CW_STAY0029656-CW_STAY0029779, CW_STAY0030009-CW_STAY0030126, CW_STAY0030345-CW_STAY0030452, CW_STAY0030659-CW_STAY0030778, CW_STAY0031005-CW_STAY0031128, CW_STAY0031315-CW_STAY0031412, CW_STAY0031607-CW_STAY0031724, CW_STAY0031887 CW_STAY0031980, CW_STAY0032171 CW_STAY0032268 |  |
| GDB -0006 | CW_STAY0005994-CW_STAY0006900, CW_STAY0032269 - CW_STAY0033984 | March 4, and March 16 |
| **TSA Colecturia** | | |
| Banco Popular -5191 | CW_STAY0001356 - CW_STAY0002392 CW_STAY0010571-CW_STAY0010854 CW_STAY0010855-CW_STAY0011178 CW_STAY0011179-CW_STAY0011534 CW_STAY0011535-CW_STAY0011866 CW_STAY0011869-CW_STAY0012204 CW_STAY0012205-CW_STAY0012588 CW_STAY0012589-CW_STAY0012944 CW_STAY0012945-CW_STAY0013252 CW_STAY0013253-CW_STAY0013584 CW_STAY0013585-CW_STAY0013932 CW_STAY0013933-CW_STAY0014196 CW_STAY0014199-CW_STAY0014518 CW_STAY0014519-CW_STAY0014774 CW_STAY0014778-CW_STAY0015093 CW_STAY0015095-CW_STAY0015438 CW_STAY0015441-CW_STAY0015784 CW_STAY0015867-CW_STAY0016202 HTA_STAY0028995-HTA_STAY0029330 CW_STAY0016429-CW_STAY0016772 CW_STAY0016911-CW_STAY0017210 CW_STAY0017315-CW_STAY0017670 CW_STAY0017791-CW_STAY0018118 CW_STAY0018239-CW_STAY0018562 CW_STAY0018675-CW_STAY0018966 CW_STAY0019071-CW_STAY0019386 CW_STAY0019501-CW_STAY0019792 CW_STAY0019897-CW_STAY0020188 CW_STAY0020297-CW_STAY0020632 CW_STAY0020767-CW_STAY0021058 | March 4, March 16 |

3

|  | CW_STAY0021229-CW_STAY0021556 |  |
|---|---|---|
|  | CW_STAY0021695-CW_STAY0022014 |  |
|  | CW_STAY0022205-CW_STAY0022464 |  |
|  | CW_STAY0022566-CW_STAY0022873 |  |
|  | CW_STAY0022990-CW_STAY0023137 |  |
|  | CW_STAY0023226-CW_STAY0023329 |  |
|  | CW_STAY0023416-CW_STAY0023579 |  |
|  | CW_STAY0023688-CW_STAY0023891 |  |
|  | CW_STAY0023996-CW_STAY0024219 |  |
|  | CW_STAY0024326-CW_STAY0024533 |  |
|  | CW_STAY0024638-CW_STAY0024865 |  |
|  | CW_STAY0024976-CW_STAY0025215 |  |
|  | CW_STAY0025319-CW_STAY0025550 |  |
|  | CW_STAY0025666-CW_STAY0025885 |  |
|  | CW_STAY0026007-CW_STAY0026190 |  |
|  | CW_STAY0026302-CW_STAY0026505 |  |
|  | CW_STAY0026627-CW_STAY0026806 |  |
|  | CW_STAY0026918-CW_STAY0027121 |  |
|  | CW_STAY0027241-CW_STAY0027416 |  |
|  | CW_STAY0027521-CW_STAY0027700 |  |
|  | CW_STAY0027815-CW_STAY0027990 |  |
|  | CW_STAY0028099-CW_STAY0028278 |  |
|  | CW_STAY0028391-CW_STAY0028594 |  |
|  | CW_STAY0028736-CW_STAY0028959 |  |
|  | CW_STAY0029077-CW_STAY0029296 |  |
|  | CW_STAY0029440-CW_STAY0029655 |  |
|  | CW_STAY0029781-CW_STAY0030008 |  |
|  | CW_STAY0030129-CW_STAY0030344 |  |
|  | CW_STAY0030455-CW_STAY0030658 |  |
|  | CW_STAY0030781-CW_STAY0031004 |  |
|  | CW_STAY0031131-CW_STAY0031314 |  |
|  | CW_STAY0031415-CW_STAY0031606 |  |
|  | CW_STAY0031727-CW_STAY0031886 |  |
|  | CW_STAY0031983-CW_STAY0032170 |  |

There are not any designations used to "track Rum Taxes [or Excise Taxes] in the Commonwealth Treasury Single Account." *See* Dkt. No. 17080 ¶2(a)(iii). AAFAF produced information sufficient to identify accounting designations associated with the receipt of those revenues. Specifically, AAFAF produced numerous vouchers, transfer orders, summary revenue reporting, and other transmittal documents that show accounting designations associated with the receipt or Rum Tax and Excise Tax revenues, including, but not limited to:

- HTA_STAY0000207 - HTA_STAY0000222 (produced February 21)
- HTA_STAY0000223 - HTA_STAY0000233 (produced February 21)
- HTA_STAY0000234 - HTA_STAY0000247 (produced February 21)

4

- HTA_STAY0000454 - HTA_STAY0000653 (produced February 27)
- PRIFA_STAY0001063 - PRIFA_STAY0001093 (produced February 27)
- PRIFA_STAY0001572 - PRIFA_STAY0001580 (produced March 4)
- PRIFA_STAY0001593 - PRIFA_STAY0001612 (produced March 4)
- PRIFA_STAY0001623 - PRIFA_STAY0001639 (produced March 4)
- HTA_STAY0008372 - HTA_STAY0008372 (produced March 9)

On March 11, AAFAF also produced Treasury's Regulation 49, which provides a detailed explanation of all of the designations used by Treasury in its accounting system to identify legislative appropriations. (CW_STAY0009748 - CW_STAY0009768). In addition, on March 13, AAFAF produced a workbook identifying the possible codes for various fields in the Puerto Rico Financial Accounting System ("PRIFAS"). (CW_STAY0010548).

Sincerely,

/s/ *Elizabeth L. McKeen*　　　　　　　　/s/ *Michael Mervis*

Elizabeth L. McKeen　　　　　　　　　　Michael Mervis

5