# **EXHIBIT 58**

Financial Reporting Executive Committee                                    Page 1 of 3

Case:17-03283-LTS    Doc#:13309-8    Filed:06/01/20    Entered:06/01/20 21:48:40    Desc:
Ex. 58 - AICPA    Financial Reporting Executive Committee - FinRec    Page 2 of 4

AICPA.org

# Financial Reporting Executive Committee - FinREC

The Financial Reporting Executive Committee (FinREC), formerly known as the Accounting Standards Executive Committee (AcSEC), is a senior committee of the Institute for financial reporting. It is authorized to make public statements on behalf of the Institute on financial reporting matters without the clearance of either the Council or the board of directors of the Institute and to clear statements of other committees that include references to financial reporting positions.

The mission of FinREC is to determine the Institute's technical policies regarding financial reporting standards and to be the Institute's spokesbody on those matters, with the ultimate purpose of serving the public interest by improving financial reporting.

> View FinREC's positions on financial reporting matters in the FinREC Advocacy (/advocacy/financialreporting.html) section of aicpa.org.

> Find out more about FinREC and its members: Access Facts about FinREC (PDF) (/content/dam/aicpa/interestareas/frc/accountingfinancialreporting/downloadabledocuments/about-finrec.pdf).

## Meeting Information



Meetings are open to the public except for sessions dealing with administrative or confidential matters, which are not open to the public. FinREC currently does not post meeting agendas or highlights.

Access FinREC positions (/advocacy/financialreporting/finrecpositions.html) to understand positions taken on accounting and financial reporting issues important to you.

## Upcoming Meetings



### 2019 Meetings

September 10-11, 2019

November 5-6, 2019

### 2020 Meetings

January 7-8, 2020

March 3-4, 2020

May 5-6, 2020

July 14-15, 2020

September 22-23, 2020

November 17-18, 2020

### Advocacy



FinREC monitors and influences the form and content of pronouncements of bodies having authority over accounting and financial reporting standards, including FASB, FASAB, GASB, and the IASB, among others.

### Members of FinREC



Angela Newell (Chair), BDO

Kelly Ardrey Jr., Western Alliance Bank

Michelle Avery, Veris Consulting, Inc.

Lee Campbell, MetLife

Cathy Clarke, CliftonLarsonAllen

Mark Crowley, Deloitte & Touche

Sean Lager, Frazier and Deeter

Mark Northan, KPMG

Bill Schneider, AT&T

Rachel Simons, Ernst & Young

Jeff Sisk, Cummins Inc.

Dusty Stallings, PricewaterhouseCoopers

Lynne Triplett, Grant Thornton

Mike Winterscheidt, Scientific Games Corporation

Aleks Zabreyko, Connor Group

Association of International Certified Professional Accountants. All rights reserved.

Terms & Conditions (/privacyandterms/website-terms-conditions.html)    Privacy (/privacyandterms/privacy.html)    Site Map (/content/aicpa/sitemap.xml)

