# **EXHIBIT 59**

**We have updated our Privacy Policy.** By continuing to use this website, you are agreeing to the new **Privacy Policy** and any updated website Terms.
**NOTICE regarding use of cookies:** We have updated our Privacy Policy to reflect our use of cookies to collect and process data, or to enhance the user experience. By continuing to use this website, you agree to the placement of these cookies and to similar technologies as described in our **Privacy Policy.**

Accept

CONTACT US | HELP | SEARCH
ADVANCED SEARCH

HOME | STANDARDS & GUIDANCE | PROJECTS | MEETINGS | REFERENCE LIBRARY | NEWS & MEDIA | ABOUT US | STAY CONNECTED | STORE

## ABOUT US



### About the GASB

Established in 1984, the GASB is the independent, private-sector organization based in Norwalk, Connecticut, that establishes accounting and financial reporting standards for U.S. state and local governments that follow Generally Accepted Accounting Principles (GAAP). >> More

**ABOUT THE GASB**
A high-level introduction to the work we do.

**BOARD MEMBERS**
Information about individual Board members including bios and final term years.

**GASAC**
Information about the current membership of the GASAC.

**BUDGET & FINANCIALS**

The most current budget and financial information available on the GASB, FASB, our sister organization, and FAF, our parent organization.

>> More

**GASB STAFF**

The Board has a professional staff drawn from government, public accounting, and the user community.

>> More

**ANNUAL REPORT**

The current annual report, formatted for either your desktop or tablet, and an archive of reports from prior years.

>> More

**KEEP UP TO DATE WITH GASB**

The GASB lets you know when due process and final documents are issued and keeps you informed about its standards-setting and educational activities. Sign up to receive updates about GASB publications and activities.

>> More

**RULES OF PROCEDURE**

Procedures followed by the GASB in establishing and improving standards of financial accounting and reporting of state and local governmental entities.

>> More

**GASB@30**

The GASB marked its 30th anniversary in 2014 with a reception and dinner in New York City. This web page features videos, a slideshow, and other highlights from the evening.

>> More

**CAREERS**

This page provides information about employment at the GASB including current job postings.

>> More

**MORE**

ABOUT THE GASB
BOARD MEMBERS
GASAC
PRACTICE FELLOW PROGRAM
CONTACT US

**DIRECTIONS, TRANSPORTATION, AREA HOTELS**

CAREERS   PRESS RELEASES   TERMS OF USE   ABOUT THIS SITE   CONTACT US   PRIVACY POLICY   COPYRIGHT AND PERMISSION

QUICKLINKS:   PROPOSALS   USERS   RECENT MINUTES/ TENTATIVE DECISIONS   FIDUCIARY ACTIVITIES   GET NEWS FROM THE GASB   GOVERNMENTAL ACCOUNTING STANDARDS ADVISORY COUNCIL   CONTACT US   TECHNICAL INQUIRIES

STANDARDS & GUIDANCE >

PROJECTS >

MEETINGS >

REFERENCE LIBRARY >

NEWS & MEDIA >

ABOUT US >

STORE