# EXHIBIT 26

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                    April 23, 2020

225

                IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF PUERTO RICO


       -------------------------- X
       In re:                     :
                                  : PROMESA
       THE FINANCIAL OVERSIGHT    : TITLE III
       AND MANAGEMENT BOARD       :
       FOR PUERTO RICO,           : Case No.
                                  : 17 BK 3283-LTS
          as representative of    :
                                  : (Jointly
       THE COMMONWEALTH OF        :  Administered)
       PUERTO RICO,               :
                                  :
                Debtor.           :
       -------------------------- X
       In re:                     :
                                  : PROMESA
       THE FINANCIAL OVERSIGHT    : TITLE III
       AND MANAGEMENT BOARD       :
       FOR PUERTO RICO,           : Case No.
                                  : 17 BK 3567-LTS
          as representative of    :
                                  :
       THE COMMONWEALTH OF        : CONFIDENTIAL
       PUERTO RICO, et al.,       : PURSUANT TO
                                  : PROTECTIVE ORDER
                Debtor.           :
       -------------------------- X VOL. II OF II


            Videotaped deposition of TIMOTHY H.
       AHLBERG, conducted virtually, pursuant to
       continuance, reported stenographically by
       Cynthia J. Conforti, CSR, RPR, CRR, commencing
       at the hour of 9:46 a.m. CST, on the 23rd day
       of April, 2020.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

2 (Pages 226 to 229)

**226**

APPEARANCES:
FOR THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO, as representative of the
COMMONWEALTH OF PUERTO RICO:
    PROSKAUER ROSE LLP
    Eleven Times Square
    (Eighth Avenue & 41st Street)
    New York, New York 10036-8299
    212.969.3000
    BY:  DAVID A. MUNKITTRICK, ESQ.
    dmunkittrick@proskauer.com
    MICHAEL T. MERVIS, ESQ.
    mmervis@proskauer.com

    BY:  ELLIOT STEVENS, ESQ.
    estevens@proskauer.com
    One International Place
    Boston, Massachusetts 02110-2600
    617.526.9600

FOR AMBAC ASSURANCE CORPORATION:
    MILBANK LLP
    55 Hudson Yards
    New York, New York 10001-2163
    212.530.5000
    BY:  CAELAINN CARNEY, ESQ.
    ccarney@milbank.com
    WILL DENKER, ESQ.
    wdenker@milbank.com
    JOHN HUGHES, ESQ.
    jughes2@milbank.com
    KEVIN MAGGIO, ESQ.
    kmaggio@milbank.com
    GRANT MAINLAND, ESQ.
    gmainland@milbank.com
    DAVID MARCOU, ESQ.
    dmarcou@milbank.com
    ATARA MILLER, ESQ.
    amiller@milbank.com
    ALEXANDRA PASLAWSKY, ESQ.
    apaslawsky@milbank.com
    KEVIN WESTERMAN, ESQ.
    kwesterman@milbank.com

**227**

APPEARANCES: (Continued)

FOR NATIONAL PUBLIC FINANCE GUARANTEE CORP.:
    WEIL GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153-0119
    212.310.8000
    BY:  ROBERT S. BEREZIN, ESQ.
    robert.berezin@weil.com
    CHRISTINE CALABRESE, ESQ.
    christine@calabrese@weil.com
    GASPARD RAPPOPORT, ESQ.
    gaspard.rappoport@weil.com

FOR THE PUERTO RICO FISCAL AGENCY AND FINANCIAL
ADVISORY AUTHORITY:
    O'MELVENY & MYERS LLP
    610 Newport Center Drive
    17th Floor
    Newport Beach, California 92660
    949.823.6900
    BY:  ELIZABETH L. McKEEN, ESQ.
    emckeen@omm.com
    ASHLEY PAVEL, ESQ.
    apavel@omm.com
    610 Newport Center Drive
    17th Floor
    Newport Beach, California 92660
    949.823.6900
    - also -
    MARINI PIETRANTONI MUÑIZ LLC
    250 Avenue Ponce de Leon
    Suite 900
    San Juan, Puerto Rico 00918
    787.705.2171
    BY:  IVÁN GARAU GONZÁLEZ, ESQ.
    lgarau@mpmlawpr.com

**228**

APPEARANCES:  (Continued)

ON BEHALF OF ASSURED GUARANTY CORP. and ASSURED
GUARANTY MUNICIPAL CORP.:
    CADWALADER, WICKERSHAM & TAFT LLP
    200 Liberty Street
    New York, New York 10281
    212.504.6000
    BY:  THOMAS J. CURTIN, ESQ.
    thomas.curtin@cwt.com
    BILL NATBONY, ESQ.
    bill.natbony@cwt.com
    CASEY JOHN SERVAIS, ESQ.
    casey.servais@cwt.com
    JACLYN A. HALL, ESQ.
    jaclyn.hall@cwt.com

FOR FINANCIAL GUARANTY INSURANCE COMPANY:
    BUTLER SNOW LLP
    The Pinnacle at Symphony Place
    Suite 1600
    150 3rd Avenue South
    Nashville, Tennessee 37201
    615.651.6700
    BY:  JASON W. CALLEN, ESQ.
    jason.callen@butlersnow.com
    BY:  ADAM M. LANGLEY, ESQ.
    adam.langley@butlersnow.com
    6075 Poplar Avenue
    Suite 500
    Memphis, Tennessee 38119
    901.680.7200

**229**

APPEARANCES:  (Continued)

FOR CANTOR-KATZ COLLATERAL MONITOR LLC, as
Collateral Monitor for GDB DEBT RECOVERY
AUTHORITY:
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    51 W 52nd Street
    New York, New York 10019
    212.506.5000
    BY:  DAVID LITTERINE-KAUFMAN, ESQ.
    dlitterinekaufman@orrick.com

FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS:
    PAUL HASTINGS LLP
    MetLife Building
    200 Park Avenue
    New York, New York 10166
    212.318.6000
    BY:  ZACHARY S. ZWILLINGER, ESQ.
    zacharyzwillinger@paulhastings.com

FOR AMERINATIONAL COMMUNITY SERVICES, LLC, as
servicer for the GDB DEBT RECOVERY AUTHORITY:
    MCCONNELL VALDÉS LLC
    270 Muñoz Rivera Avenue
    Hato Rey, Puerto Rico 00918
    787.759.9292
    BY:  NAYUAN ZOUAIRABANI TRINIDAD, ESQ.
    nzt@mcvpr.com
ALSO PRESENT:
    Hira Baig, Weil Gotshal & Manges LLP
    Lou Testani, Milbank LLP
    Alexander Whitelaw, Weil Gotshal & Manges LLP
    Anthony Micheletto, Videographer

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                      April 23, 2020

3 (Pages 230 to 233)

---

**230**

INDEX

TESTIMONY OF TIMOTHY H. AHLBERG          PAGE

Examination by Ms. Miller:          236
Examination by Ms. McKeene:          548

DEPOSITION EXHIBITS
NUMBER          DESCRIPTION          PAGE
MONOLINES

Exhibit 19A    June 30, 2016          247
               Basic Financial
               Statements and
               Required Supplementary
               Information
               CW_STAY0010168 -
               0010367

Exhibit 19B    6/30/16 Notes to the    247
               Basic Financial
               Statements 0010368 -
               0010543

Exhibit 20     FAFAA Treasury Single   274
               Account ("TSA") FY 2020
               Cash Flow As of April 10, 2020
               No Bates numbers

Exhibit 21     Laws of Puerto Rico     298
               Annotated Currentness
               Title 3, Executive
               Chapter 67, Puerto Rico
               Infrastructure Financing
               Authority Act
               No Bates numbers

Exhibit 22     Trust agreement related 217
               to the Puerto Rico
               Infrastructure Financing
               Authority to Citibank, N.A
               No Bates numbers

---

**231**

DEPOSITION EXHIBITS (Continued)
NUMBER          DESCRIPTION          PAGE
MONOLINES

Exhibit 23     Exhibit A - Flow of     335
               Rum Taxes
               No Bates numbers

Exhibit 24     PRIFA Rum Excise Taxes  340
               Flow of Funds
               No Bates numbers

Exhibit 25     Application and         357
               Agreement for Opening
               Bank Account
               PRIFA_STAY0003747 -
               0004742

Exhibit 26     Statement of Account    368
               for Account 1891
               PRIFA_STAY0004151 -
               0004152

Exhibit 27     Commonwealth Department 371
               of the Treasury
               Remittance Receipt
               PRIFA_STAY0001065 -
               0001070 plus English
               translation not Bates
               numbered

Exhibit 28     Lockbox Agreement       377
               PRIFA_STAY0000472 -
               0000542

Exhibit 29     Lockbox Receipt Notice  389
               PRIFA_STAY0001319 -
               0001326

Exhibit 30     Assignment and          418
               Coordination Agreement
               No Bates numbers

---

**232**

DEPOSITION EXHIBITS (Continued)
NUMBER          DESCRIPTION          PAGE
MONOLINES

Exhibit 31     Pledge Assignment       439
               Agreement by and among
               The Puerto Rico
               Convention Center
               District Authority, the
               Government Development
               Bank and JPMorgan Chase
               No Bates numbers

Exhibit 32     Puerto Rico Tourism     445
               Company Room Taxes Flow
               of Funds
               No Bates numbers

Exhibit 33     Government Development   464
               Bank For Puerto Rico
               Hotel Occupancy Tax
               Pledge Account
               CCDA_STA0006780 -
               0006787
               English Translation
               no Bates numbers

Exhibit 34     Instruction letters     491
               CCDA_STAY 0004927 -
               0004328
               English translation
               No Bates numbers

Exhibit 35     Discovery on Lift       499
               Stay Motions - Movants'
               Letters dated March
               23, 2020
               No Bates numbers

---

**233**

DEPOSITION EXHIBITS (Continued)
NUMBER          DESCRIPTION          PAGE
MONOLINES

Exhibit 36     Document in Spanish     521
               CCDA_STAY0006916 -
               0006917
               Document in Spanish
               CCDA_STAY0006916 -
               0006917
               English translation
               No Bates numbers
-              Document in Spanish
               CCDA_STAY0006916 -
               0006917

Exhibit 37     FirstBank               520
               Statement of Account
               CCDA_0000785

Exhibit 38     (Not referenced)
               10/14/18 letter,
               Ana Garcia Noya,
               Deputy Treasury
               Secretary to Arnaldo
               Maestry, Government
               Development Bank
               For Puerto Rico
               PRIFA_STAY0001079 -
               0001093

PREVIOUSLY MARKED EXHIBITS REFERRED TO (NOT
TENDERED FOR INCLUSION INTO TRANSCRIPT)

Exhibit 11                            548

Exhibit 14                            549

---

Henderson Legal Services, Inc.

202-220-4158                    www.hendersonlegalservices.com

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

4 (Pages 234 to 237)

---

**234**

PRODUCTION REQUESTS

Page 432, Line 19:

"MS. MILLER:  Okay.  Well, I'm going to call for the production of any such documents that the Commonwealth intends to rely on as evidence that the account that you're going to tell me is the transfer account is in fact the transfer account."

Page 486, Line 17:

MS. MILLER:  "So I'm going to call on the record for the production of any such documents that you've seen that you're relying on for your testimony that the 5144 account is the surplus account or that the Commonwealth otherwise intends to rely on."

---

**236**

(Witness previously sworn.)

TIMOTHY H. AHLBERG, having been duly sworn, was examined and testified further as follows:

EXAMINATION

BY MS. MILLER:

Q.    Good morning, Mr. Ahlberg.  I am Atara Miller, and I'm from Milbank, and I'm counsel for Ambac Assurance Corporation in this matter.  I'll be asking questions today relating to PRIFAS and CCDA Flow of Funds, and I'm asking questions on behalf of all of the defendants here.  I guess I'll open with that here, I should say.

So as the videographer indicated, Mr. Ahlberg, do you understand that you're still under oath today?

A.    Yes.

Q.    And you understand that the testimony that you're giving has the same weight and effect as if you were giving it in a court of law, correct?

A.    Yes.

Q.    And the instructions that Mr. Natbony gave you yesterday will continue,

---

**235**

THE VIDEOGRAPHER:  We are now on the record.  Welcome to the continuing deposition of Timothy Ahlberg.  My name is Anthony Micheletto.  I am the videographer and conference call host for Henderson Legal Services.

Today's date is April 23, 2020.  The time is 9:46 a.m., Central time.

It is my understanding that there are approximately 44 attorneys attending telephonically.  To keep instructions at a minimum, I will be muting all telephones except the witness, taking attorney, and opposing counsel whom will dial *6 so they can be heard.

In addition, if you are not speaking, please make sure you turn off your camera on LiveLitigation.  You should receive the video stream through your computer and audio through your phone.  Periodically, during the break, I will communicate to everyone how long we have been on the record.  Our court reporter today is Cynthia Conforti.

Mr. Ahlberg, you are still under oath.

Counsel, you may proceed.

---

**237**

but I'm just going to remind you of two critical ones, particularly as we are taking this by video.

The first one is to be sure not to talk over each other.  The court reporter, especially on video, is going to have a hard time recording what you're saying.  So I'm going to wait for you to finish answering the question before I ask the next question.  I'm going to ask you to wait for me to finish asking the question before you start answering.  Is that okay?

A.    Okay.

MS. McKEEN:  I'm having a little -- I'm having a little trouble hearing you.  Can you maybe position your phone closer or turn up the volume on your -- your phone?

I can hear Atara just fine.

THE WITNESS:  Is that any better?

MS. McKEEN:  It is.  Thank you.

BY MS. MILLER:

Q.    At any time today, if you'd like to take a break, I am happy to take one, but I am going to ask you to answer any question that's pending before we take a break.  But

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

5 (Pages 238 to 241)

---

**238**

1  otherwise, if you want a break, I'll take one
2  at the next convenient point.  Is that okay?
3      **A.    Okay.**
4      Q.    You testified multiple times on
5  Tuesday that in your mind, Funds don't have
6  balances.  Do you recall that?
7          MS. McKEEN:  Object to the form.
8          THE WITNESS:  I do recall saying
9  that I don't think about Fund numbers in that
10  way.
11  BY MS. MILLER:
12      Q.    Okay.  When you say "Fund
13  numbers," what do you mean?"
14      **A.    Numbers that correspond with**
15  **different Funds within the PRIFAS system.**
16      Q.    Okay.  So let me ask you so the
17  record's clear.
18          Mr. Ahlberg, in your opinion, do
19  Funds have balances?
20          MS. McKEEN:  Objection to the form
21  of the question.
22          UNIDENTIFIED SPEAKER:  Objection.
23          THE WITNESS:  I don't typically
24  think about Funds as having balances.
25

---

**239**

1  BY MS. MILLER:
2      Q.    Is it your testimony that Funds
3  within the Commonwealth accounting system do
4  not have balances?
5          MS. McKEEN:  Objection.
6          THE WITNESS:  I don't think about
7  Funds having balances within the TSA account.
8  BY MS. MILLER:
9      Q.    Okay.  So it's a yes-or-no
10  question.  I'm not asking you about how you
11  think about it.  I'm asking you whether it is
12  your testimony that Funds within the
13  Commonwealth accounting system do not have
14  balances.
15          MS. McKEEN:  Objection.
16          THE WITNESS:  It is my testimony
17  that I don't think about Funds having balances
18  within bank accounts.
19  BY MS. MILLER:
20      Q.    Does that mean that they don't
21  have balances?
22          MS. McKEEN:  Objection.
23          THE WITNESS:  It means that that's
24  not the way that I think about them.
25

---

**240**

1  BY MS. MILLER:
2      Q.    Okay.  So to the best of your
3  knowledge, do other people within Treasury in
4  Puerto Rico think about Funds as having
5  balances?
6          MS. McKEEN:  Objection.
7          THE WITNESS:  Again, I can't
8  speculate what every person may or may not
9  believe about that concept.
10  BY MS. MILLER:
11      Q.    I didn't ask you to speculate.  I
12  asked you whether to the best of your personal
13  knowledge, other people within Treasury in
14  Puerto Rico think about Funds as having
15  balances.
16          MS. McKEEN:  Objection.
17          THE WITNESS:  It's not typically
18  how me or others think about Funds.
19  BY MS. MILLER:
20      Q.    Okay.  And when you say "others,"
21  who are you referring to?
22      **A.    Just generally others within the**
23  **Department of Treasury.**
24      Q.    And when you say "typically," do
25  you sometimes think about Funds as having

---

**241**

1  balances?
2      **A.    I don't think about Funds having**
3  **balances.**
4      Q.    Okay.  So it's your testimony that
5  Funds do not have balances, right?
6          MS. McKEEN:  Objection.
7          UNIDENTIFIED SPEAKER:  Objection.
8          THE WITNESS:  I don't think about
9  Funds having balances within bank accounts.
10  BY MS. MILLER:
11      Q.    Okay.  But you're not willing to
12  say that they don't have balances, are you?
13          MS. McKEEN:  Objection.
14          THE WITNESS:  That's not how I
15  think about Funds having balances within bank
16  accounts.
17  BY MS. MILLER:
18      Q.    I got it.  That's not how you
19  think about it.
20          But my question to you is that you
21  are not willing to say unequivocally that Funds
22  do not have balances, right?  You cannot say
23  that.
24
25

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                   April 23, 2020

6 (Pages 242 to 245)

---

242

1    MS. McKEEN:  Objection to the form        09:52:18
2  of the question.                            09:52:19
3  BY MS. MILLER:                              09:52:19
4    Q.    Okay.  Let me ask another           09:52:22
5  question.                                   09:52:23
6    Mr. Ahlberg, can you testify              09:52:24
7  unequivocally that Funds within the TSA do not  09:52:26
8  have balances?                              09:52:29
9    A.    I don't think about Funds having    09:52:39
10 balances within bank accounts.              09:52:41
11   Q.    I'm going to ask you for a          09:52:45
12 yes-or-no answer to my question.  It's a simple  09:52:47
13 yes-or-no question.  I'm going to ask it again.  09:52:49
14 I want a yes or a no.  If you need to just  09:52:51
15 explain after, I'd be happy to ask you for an  09:52:55
16 explanation, but I'd like a yes or no, okay?  09:52:57
17 Do you understand that?                     09:52:59
18   MS. McKEEN:  Objection.  What             09:53:01
19 you're demanding doesn't dictate what his   09:53:04
20 response needs to be.  He may not think of it  09:53:08
21 as a yes-or-no question no matter how many  09:53:10
22 times you ask it that way.                  09:53:13
23 BY MS. MILLER:                              09:53:15
24   Q.    Mr. Ahlberg, can you testify        09:53:15
25 unequivocally that Funds within the TSA do not  09:53:17

---

244

1  audited financial statements did you review in  09:54:58
2  connection with your testimony today?       09:55:00
3    A.    Having reviewed hundreds of         09:55:05
4  documents in preparation for this deposition, I  09:55:07
5  can't recall the exact sections of audited  09:55:09
6  financial statements I may have reviewed.   09:55:12
7    Q.    What sections generally did you     09:55:15
8  review?                                     09:55:18
9    A.    I can't recall any specific         09:55:24
10 sections other than general review of the   09:55:26
11 document.                                   09:55:29
12   Q.    How did you look at the audited     09:55:30
13 financials?                                 09:55:34
14   A.    It would not be out of the          09:55:39
15 ordinary course of my daily job function to  09:55:40
16 occasionally look at audited financials.    09:55:44
17   Q.    I know.  You told me that you       09:55:47
18 looked at them in connection with your      09:55:49
19 preparation for your deposition today, so I'm  09:55:50
20 asking do you -- why, in preparing for your  09:55:53
21 deposition today, did you look at the audited  09:55:55
22 financials for the Commonwealth?            09:55:57
23   A.    In order to prepare for the         09:56:13
24 deposition --                               09:56:15
25   Q.    Okay.                               09:56:15

---

243

1  have balances?                              09:53:19
2    MS. McKEEN:  Objection.                   09:53:20
3    THE WITNESS:  I do not think about        09:53:23
4  Funds as having balances within the TSA.    09:53:27
5  BY MS. MILLER:                              09:53:27
6    Q.    Can you tell me why you can't give  09:53:32
7  me a yes-or-no answer to that question?     09:53:34
8    A.    I cannot give you a yes-or-no       09:53:50
9  answer to that question because that's not how  09:53:52
10 I think about Funds.                        09:53:56
11   Q.    Mr. Ahlberg, have you ever looked   09:54:07
12 at the audited financial statements for the  09:54:08
13 Commonwealth?                               09:54:10
14   A.    I have seen financial statements    09:54:19
15 of the Commonwealth.                        09:54:20
16   Q.    Have you ever seen the audited      09:54:24
17 financial statements for the Commonwealth?  09:54:37
18   A.    I have seen audited financial       09:54:37
19 statements of the Commonwealth.             09:54:39
20   Q.    Did you review audited financial    09:54:40
21 statements of the Commonwealth in preparation  09:54:42
22 for your testimony today?                   09:54:44
23   A.    I did review certain portions of    09:54:50
24 audited financial statements.               09:54:53
25   Q.    Okay.  So what portions of the      09:54:56

---

245

1    A.    -- (indiscernible.)                 09:56:17
2    Q.    Okay.  And so in preparing for the  09:56:22
3  deposition, what did you think was going to be  09:56:23
4  relevant in the audited financial statement?  09:56:25
5    MS. McKEEN:  I'll object to the           09:56:31
6  extent that, Mr. Ahlberg, you can -- you can  09:56:31
7  answer the question unless it would require you  09:56:36
8  to divulge communications that you had with  09:56:38
9  counsel.  You can answer the question as long  09:56:42
10 as you're not revealing attorney-client     09:56:47
11 (indiscernible).                            09:56:47
12   THE REPORTER:  I'm sorry, "as long        09:56:47
13 as you're not"?                             09:56:47
14   THE WITNESS:  That said, would you        09:56:56
15 mind repeating the question?                09:56:57
16 BY MS. MILLER:                              09:56:59
17   Q.    Sure.  My question was:             09:56:59
18   And so in preparing for the               09:57:05
19 deposition, what did you think was going to be  09:57:06
20 relevant in the audited financial statement?  09:57:09
21   MS. McKEEN:  Objection to the form        09:57:14
22 of the question.                            09:57:14
23   THE WITNESS:  I don't think I can         09:57:17
24 answer without revealing privileged         09:57:30
25 conversations.                              09:57:32

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

7 (Pages 246 to 249)

---

### 246

BY MS. MILLER:

Q.    Okay.  So your testimony is that you only looked at the audited financial statement because your lawyers told you to; is that right?

MS. McKEEN:  Objection.

THE WITNESS:  That's not what I said.

BY MS. MILLER:

Q.    Okay.  Well, that's the only basis to not answer the question.

So if you have other -- another answer, I'm happy to take it now and ask the question again.

MS. McKEEN:  Objection.

Atara, he's given you an answer.  It's argumentative.

MS. MILLER:  He really hasn't.  Actually, I don't think he's answered a single question that I've asked him yet today, so I'm doing to continue making my record,, and I'm going to go to Judge Dein if I can't start getting answers.  So if you think this is how we're going and you think that's an answer, we will have to fight it out with the judge.  No,

---

### 247

he has not given me an answer to my question.

MS. McKEEN:  Atara, I --

BY MS. MILLER:

Q.    My -- my question is, Mr. Ahlberg --

MS. McKEEN:  Atara, I was talking.  If you could not cut me off, that would be great.  I disagree with your characterization of the record, and the witness's testimony thus far today.

BY MS. MILLER:

Q.    Mr. Ahlberg, did you have any independent reason other than your lawyers telling you to look at the financial statements to review the audited financial statements in preparation for your deposition today?

A.    No.  But as I mentioned, I occasionally review financial statements in the ordinary course of my business.

Q.    You reviewed them in connection with your -- the preparation for your deposition today, right?

A.    Yes.

(Monolines Exhibit 19A and Exhibit 19B are introduced for

---

### 248

the record.)

BY MS. MILLER:

Q.    Okay.  I want to -- can we mark the Commonwealth of Puerto Rico basic financial statements that are required supplementary information dated June 30, 2016, with independent auditor's report thereon, which was Bates-stamped COMMONWEALTH_STA 0010186.

And it's a large document, so we're going to mark it as Monolines Exhibit 19A and Exhibit 19B so that we can avoid some of the system delay issues we had yesterday.

So it's just the document split.  19A is up right now, or was up, and we'll have 19B if you want to flip through more of it.

MS. MILLER:  Kevin, can you put 19A back up on the screen, please?

BY MS. MILLER:

Q.    Mr. Ahlberg, while we are waiting for the exhibit to get back up on the screen, Funds refer to specific portions of cash in the TSA; isn't that right?

MS. McKEEN:  Objection.

---

### 249

THE WITNESS:  Can you repeat the question?

BY MS. MILLER:

Q.    Do Funds refer to specific portions of cash in the TSA?

A.    Depends on how you use the word "Funds."

Q.    Okay.  Has the word "Fund," as used in the Commonwealth accounting, does it refer to specific portions of moneys in the TSA?

MS. McKEEN:  Objection.

THE WITNESS:  Funds do not identify cash balances within the TSA.

BY MS. MILLER:

Q.    Okay.  That wasn't my question.  My question is:

Are Funds associated with specific amounts of money in the TSA?

MS. McKEEN:  Objection.

That wasn't your question.  If you want to rephrase it, you can.

BY MS. MILLER:

Q.    Can you answer that question?

A.    Could you repeat it?

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

8 (Pages 250 to 253)

---

**250**

```
 1        Q.    Are Funds associated with          10:02:22
 2   particular amounts of money in the TSA?       10:02:25
 3        A.    Funds are not associated with cash  10:02:30
 4   balances within the TSA.                      10:02:37
 5        Q.    What are Funds associated with in   10:02:41
 6   the TSA?                                      10:02:50
 7        A.    Funds are used to record revenue.  10:02:59
 8        Q.    Revenues in the TSA, right?        10:03:07
 9        A.    Revenues that results in cash      10:03:12
10   receipts deposited into the TSA.              10:03:15
11        Q.    How is that different from what I  10:03:19
12   said?                                         10:03:21
13        MS. McKEEN:  Object to the form.         10:03:25
14        THE WITNESS:  An inherent                10:03:29
15   difference between earned revenue and cash    10:03:31
16   receipts.                                     10:03:33
17   BY MS. MILLER:                                10:03:33
18        Q.    All right.  So can there be cash   10:03:40
19   that's not also revenue?                      10:03:42
20        A.    The...                             10:03:58
21        Are you asking in the Commonwealth       10:04:10
22   if there exists noncash revenue streams?      10:04:12
23        Q.    No.  My question was the opposite. 10:04:17
24   My question is:                               10:04:19
25        Is all cash also revenue?               10:04:19
```

---

**251**

```
 1        A.    Not being a CPA, I'm not -- I      10:04:27
 2   don't know.                                   10:04:31
 3        Q.    Okay.  So you're prepared to be    10:04:31
 4   really specific about the difference between  10:04:33
 5   cash and revenue, because you're not a CPA, so 10:04:34
 6   you can't tell me whether there's cash that's  10:04:42
 7   not also revenue, right?                      10:04:44
 8        UNIDENTIFIED SPEAKER:  Objection.        10:04:50
 9        THE WITNESS:  I answered your            10:05:01
10   previous question.                            10:05:04
11        Is there another question?              10:05:04
12   BY MS. MILLER:                                10:05:05
13        Q.    Yeah, that was my question.        10:05:06
14        My question was that you're             10:05:06
15   prepared to be very specific about the        10:05:09
16   difference between cash and revenue, but       10:05:09
17   because you're not a CPA, you can't tell me    10:05:10
18   whether there's cash that's not also revenue;  10:05:18
19   is that right?                                10:05:18
20        UNIDENTIFIED SPEAKER:  Objection.        10:05:18
21        THE WITNESS:  I said what I said        10:05:28
22   in the previous answer.                       10:05:29
23   BY MS. MILLER:                                10:05:29
24        Q.    So that's a yes?                   10:05:33
25        MS. McKEEN:  Objection.                  10:05:35
```

---

**252**

```
 1        THE WITNESS:  I said what I said.        10:05:39
 2   BY MS. MILLER:                                10:05:44
 3        Q.    So Funds and Fund numbers do       10:05:45
 4   represent specific revenues into the TSA,     10:05:48
 5   right?                                        10:05:53
 6        A.    Fund numbers can be used to track  10:05:54
 7   earned revenues.                              10:05:56
 8        Q.    Okay.  And can earned revenues     10:05:59
 9   also result in cash in the TSA?               10:06:03
10        A.    Earned revenues -- earned revenues 10:06:13
11   that turn into cash receipts may -- may be     10:06:20
12   deposited into the TSA.                       10:06:26
13        Q.    And may be allocated to the same   10:06:28
14   Fund numbers, correct?                        10:06:30
15        MS. McKEEN:  Objection.                  10:06:31
16        THE WITNESS:  I don't think about        10:06:38
17   allocations of Fund numbers.  That doesn't make 10:06:38
18   sense to me.                                  10:06:41
19   BY MS. MILLER:                                10:06:41
20        Q.    Okay.  It may be tagged with the   10:06:41
21   same Fund numbers, right?                     10:06:43
22        MS. McKEEN:  Objection.                  10:06:46
23        THE WITNESS:  Would you specify         10:06:48
24   when?                                         10:06:49
25                                                 10:06:49
```

---

**253**

```
 1   BY MS. MILLER:                                10:06:49
 2        Q.    No.                                10:06:52
 3        Okay.  So the exhibit now, which         10:06:52
 4   is Monolines Exhibit 19A.  As I mentioned, 19B, 10:06:55
 5   Mr. Ahlberg, if you need to look at the second 10:06:57
 6   half in order to refer to any of my questions,  10:07:03
 7   it's available to you.  I believe it's         10:07:08
 8   submitted -- a submitted exhibit, although it's 10:07:10
 9   not currently part of what's being exhibited,   10:07:12
10   so you should have access to that as well.     10:07:14
11        Do you recognize this document?          10:07:26
12        A.    I recognize the cover page of this 10:07:28
13   document.                                     10:07:30
14        Q.    Okay.  And did you speak to anyone 10:07:33
15   at Treasury about this document in connection  10:07:35
16   with your deposition today?                    10:07:38
17        A.    No.                                10:07:44
18        Q.    Okay.  I'd like to turn to the     10:07:45
19   next page of the exhibit, please.  And do you  10:07:50
20   see this document identifies that it was        10:08:17
21   prepared by the Puerto Rico Department of the   10:08:19
22   Treasury?  Do you see that?                    10:08:23
23        A.    I see that on the document.        10:08:26
24        Q.    You have no reason to dispute      10:08:29
25   that, do you?                                 10:08:32
```

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

9 (Pages 254 to 257)

---

**254**

1      A.    The document says what it says.            10:08:39
2      Q.    Is that a no, you have no reason           10:08:46
3  to dispute that?                                     10:08:46
4           MS. McKEEN:  Objection.                     10:08:47
5           THE WITNESS:  The document says it          10:08:48
6  was prepared by Puerto Rico Department of            10:08:50
7  Treasury.                                            10:08:50
8  BY MS. MILLER:                                       10:08:52
9      Q.    And you have no basis to think             10:08:52
10  that that's not true, right?                        10:08:54
11      A.    The document says what it says.           10:09:03
12      Q.    Okay.  But I'm asking you whether         10:09:03
13  you had any conversations with anybody at           10:09:05
14  Treasury about this document and they said,         10:09:07
15  "Oh, my God, have you seen the 2016 audited         10:09:10
16  financials?  Crazy that that went out.  We had      10:09:14
17  nothing to do with it.  I can't believe our         10:09:14
18  name's on it."                                      10:09:15
19           That's my question.                        10:09:16
20           So when I ask you do you have any          10:09:17
21  basis to believe that that's not accurate,          10:09:17
22  that's what I'm asking.  Do you understand?         10:09:21
23           MS. McKEEN:  Objection to the form         10:09:24
24  of the question.                                    10:09:25
25

---

**256**

1  question.                                            10:10:26
2           Do you have any reason to believe          10:10:27
3  that this document was not prepared by the           10:10:28
4  Puerto Rico Department of Treasury?                  10:10:31
5      A.    They're basic financial statements        10:10:37
6  and required supplementary information.  The         10:10:42
7  document shows it was prepared by the                10:10:44
8  Puerto Rico Department of Treasury.                  10:10:46
9      Q.    And you have no reason to believe         10:10:47
10  that that's not true, right?                        10:10:49
11      A.    That's what the document says.            10:10:53
12      Q.    So you're going to refuse to             10:10:55
13  answer that question?                                10:10:58
14           MS. McKEEN:  Objection.                    10:11:00
15  BY MS. MILLER:                                       10:11:09
16      Q.    That was a question, Mr. Ahlberg.        10:11:09
17  I'm asking you if you're refusing to testify        10:11:11
18  about whether you have any reason to believe        10:11:14
19  that this document was not prepared by the          10:11:15
20  Department of Treasury.                              10:11:17
21      A.    The document says it was prepared        10:11:21
22  by the Department of Treasury.                       10:11:26
23      Q.    Have you had any conversations          10:11:27
24  with anybody that would indicate that this          10:11:29
25  document was not in fact prepared by the            10:11:30

---

**255**

1  BY MS. MILLER:                                       10:09:30
2      Q.    So I'm going to ask my question           10:09:30
3  again.                                               10:09:33
4           Do you have any basis to believe          10:09:33
5  that this document was not prepared by the           10:09:34
6  Puerto Rico Department of Treasury?                  10:09:37
7      A.    The document says it was prepared         10:09:39
8  by the Puerto Rico Department of Treasury.           10:09:41
9      Q.    And you have no independent basis        10:09:42
10  to believe that that is not true, right?            10:09:45
11      A.    The document says what it says.          10:09:51
12      Q.    Okay.  You won't say that you            10:09:53
13  don't have an independent basis to say that         10:09:54
14  this was not prepared by the -- by the              10:09:57
15  Puerto Rico Department of Treasury?                 10:10:00
16           MS. McKEEN:  Objection to the form        10:10:05
17  of the question.                                    10:10:06
18  BY MS. MILLER:                                       10:10:08
19      Q.    Mr. Ahlberg, I don't need you to         10:10:09
20  testify to what the document says.  The             10:10:11
21  document speaks for itself.                          10:10:13
22           I'm asking you for your testimony,        10:10:15
23  whether you have any reason to believe that         10:10:17
24  this document was not prepared by the               10:10:22
25  Puerto Rico Department of Treasury.  That's my      10:10:24

---

**257**

1  Department of Treasury?                              10:11:32
2      A.    No.                                        10:11:40
3      Q.    Have you seen any document that           10:11:40
4  would indicate that this document was not in         10:11:42
5  fact prepared by the Puerto Rico Department of       10:11:45
6  Treasury?                                            10:11:52
7      A.    No.                                        10:11:52
8      Q.    So you have no independent reason        10:11:52
9  to believe that this document was not prepared      10:11:54
10  by the Department of Treasury, correct?             10:11:55
11      A.    Document says it was prepared by         10:12:00
12  Puerto Rico Department of Treasury.                 10:12:02
13      Q.    I don't think you need a graduate       10:12:09
14  degree to understand my questions, so I'd           10:12:11
15  appreciate going forward, if you could just         10:12:14
16  answer them.  Thank you.                             10:12:16
17           MS. McKEEN:  Objection.                    10:12:20
18  BY MS. MILLER:                                       10:12:21
19      Q.    I'd like you to look at the next         10:12:21
20  page of the exhibit.  This is the table of          10:12:22
21  contents.  Have you seen the table of contents     10:12:25
22  to the audited financial statements?               10:12:29
23      A.    I don't recall typically viewing        10:12:35
24  the table of contents of these financial           10:12:38
25  statements previously.                              10:12:41

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

10 (Pages 258 to 261)

---

**258**

1  Q.  Okay.  Looking at the financial
2  statements for the Commonwealth, do you see a
3  section called Basic Financial Statements?
4  It's the third line down listed in the
5  contents.
6  A.  I see where it says Basic
7  Financial Statements.
8  Q.  And three lines under that, it
9  says Fund Financial Statements.
10  Do you see that?
11  A.  I see that.
12  Q.  What's your understanding of what
13  Fund Financial Statements are?
14  A.  Not being a CPA, I don't know the
15  exact definition of Fund Financial Statements.
16  Q.  I'm just asking for your
17  understanding.
18  You mentioned that these
19  are -- this is a document you looked at in
20  connection with your preparation and also a
21  document that you looked at periodically in the
22  ordinary course of business.
23  So what is your understanding --
24  understanding that you're not a CPA, what is
25  your understanding of what Fund Financial

---

**259**

1  Statements are?
2  A.  My understanding of Fund Financial
3  Statements is that there will be financial
4  statements for Funds.
5  Q.  And when you say "for Funds," what
6  Funds are we talking about?
7  A.  Not being a CPA, I don't know the
8  exact Funds.
9  Q.  Okay.  Well, why does that require
10  being a CPA to answer?
11  A.  Not being a CPA, I think that
12  there are specific definitions for those terms
13  that I do not want to mischaracterize, not
14  being a CPA.
15  Q.  Okay.  So I understand that you're
16  not a CPA, and that's pretty clear on the
17  record so far.  So when I ask you questions,
18  it's all going to be based on your
19  understanding, which is recognizing that you
20  are not a CPA, okay?
21  So what's your understanding of
22  what Funds are included?
23  MS. McKEEN:  Objection to the form
24  of the question.
25  THE WITNESS:  Having reviewed

---

**260**

1  hundreds of documents in preparation for this
2  deposition, I don't have the Funds memorized.
3  BY MS. MILLER:
4  Q.  Do you know -- can you think of
5  any Fund?
6  A.  It depends on how you're using the
7  term "Funds."
8  Q.  Well, I'm asking how you
9  understand this term was used in these
10  financial statements.  Can you think of any
11  Fund?
12  A.  I can't think of any off the top
13  of my head, but I'm happy to flip to the Fund
14  section of this document with you.
15  Q.  Okay.  So going down a few lines
16  from Fund Financial Statements in the table of
17  contents, do you see about one, two,
18  three -- well, the next line talks about
19  Government Fund, and it goes through a number
20  of Funds that have Fund Financial Statements
21  contained within these audited financials.
22  Do you see that in the table of
23  contents?
24  A.  I see that.
25  Q.  Okay.  And so the -- I want you to

---

**261**

1  just look at the third entry.  It says:
2  Statement of revenue, expenditures
3  and changes in Fund balance.
4  Do you see that?
5  A.  Yes, I see it.
6  Q.  Do you have an understanding of
7  what "changes in Fund balance" means?
8  A.  Without reviewing page 40 of this
9  document, I can't say for certain.
10  Q.  Okay.  Do you have some basic
11  accounting knowledge?
12  A.  I do have some basic accounting
13  knowledge.
14  Q.  How many accounting classes have
15  you taken?
16  A.  I can't recall the exact amount of
17  accounting classes I've taken.
18  Q.  More than one?
19  A.  Yes.
20  Q.  More than two?
21  A.  Yes.
22  Q.  More than three?
23  A.  Yes.
24  Q.  More than four?
25  A.  Yes.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

11 (Pages 262 to 265)

---

**262**

1  Q.    More than five?

2  A.    I think so, but I'm not positive.

3  As I mentioned, I can't recall the exact

4  amount.

5  Q.    Okay.  And so you've taken at

6  least five accounting courses; is that right?

7  A.    Yes.

8  Q.    And were all of those at post high

9  school level?

10  A.    Yes.

11  Q.    And were some of those part of the

12  MBA coursework that you did?

13  A.    No.

14  Q.    So you took at least five

15  accounting courses in college; is that right?

16  A.    Yes.

17  Q.    And does your job require you to

18  apply any basic accounting principles or have

19  familiarity with accounting principles?

20  A.    It is not a requirement to occupy

21  the position that I have.

22  Q.    I'm not asking if that's the job

23  description.

24       I'm asking about whether what you

25  do from day-to-day requires you to have general

---

**263**

1  familiarity with accounting.  How's that?

2  A.    And I have general familiarity

3  with accounting concepts.  I'm not certain that

4  my job requires that.

5  Q.    Did any of the courses that you

6  took on accounting touch on government

7  accounting?

8  A.    I did not take a specific

9  government accounting class.

10  Q.    Okay.  But you know that wasn't my

11  question.  So I'm going to ask you to answer my

12  question, which was:

13       Did any of the courses that you

14  took on accounting touch on government

15  accounting?

16       UNIDENTIFIED SPEAKER:  Objection.

17       THE WITNESS:  I can't recall a

18  specific context of every accounting class I

19  took.

20  BY MS. MILLER:

21  Q.    I didn't ask for a recitation of

22  the context of every course.

23       I'm asking you if you recall

24  whether any of the accounting courses that you

25  took covered government accounting as well.

---

**264**

1       MS. McKEEN:  Objection.

2       THE WITNESS:  I can't recall.

3  BY MS. MILLER:

4  Q.    Okay.  Have you taken any courses

5  while employed at Conway MacKenzie?

6  A.    Could you clarify what you mean by

7  "courses"?

8  Q.    Any classes, any continuing

9  education presentations, any formal college or

10  graduate degree classes; as broad a definition

11  of "courses" as you could apply.

12  A.    I took a course in preparation for

13  passing Part 1 of the ERA certification, but no

14  college courses while I have been employed by

15  Conway MacKenzie.

16  Q.    Okay.  Did you participate in any

17  presentations related to government accounting?

18  A.    Not to my recollection.

19  Q.    Have you read any books that

20  touched on government accounting specifically

21  for the purpose of understanding it?

22  A.    No.

23  Q.    Okay.  So looking back at

24  Exhibit 19A, which is still up on the screen,

25  did you speak to anybody within the Treasury

---

**265**

1  Department about what "changes in Fund

2  balances" mean?

3       MS. McKEEN:  Objection.

4       THE WITNESS:  No.

5  BY MS. MILLER:

6  Q.    Are you surprised to see statement

7  of revenue expenditures and changes in Fund

8  balances as an entry in the table of contents

9  of the Commonwealth financial statement?

10  A.    I'm not surprised one way or the

11  other.

12  Q.    Okay.  Even though you don't think

13  of Funds as having balances, you're not

14  surprised to see that in the Commonwealth

15  audited financials?

16  A.    I'm not surprised one way or the

17  other.

18  Q.    Okay.  Having seen this, do you

19  stand by your testimony that Funds don't have

20  balances?

21       UNIDENTIFIED SPEAKER:  Objection.

22       UNIDENTIFIED SPEAKER:  Object to

23  the form.

24       THE WITNESS:  I believe my

25  testimony is that I don't think about Funds

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                        April 23, 2020

12 (Pages 266 to 269)

266

1    having balances within the TSA.                    10:23:11
2    BY MS. MILLER:                                     10:23:11
3        Q.    Okay.  Mr. Ahlberg, does this tell       10:23:13
4    you that others within the Puerto Rico             10:23:17
5    Department of Treasury do think of Funds as        10:23:22
6    having balances?                                   10:23:25
7           MS. McKEEN:  Objection.                     10:23:25
8           THE WITNESS:  Would you repeat the          10:23:44
9    question?                                          10:23:44
10          MS. MILLER:  Could the court                10:23:49
11   reporter read it back, please?                     10:23:49
12          (Record read as requested.)                 10:24:27
13          THE WITNESS:  It's unclear to me            10:24:27
14   what others may or may not think about Fund        10:24:28
15   balances based on this line of the table of        10:24:30
16   contents here.                                     10:24:32
17   BY MS. MILLER:                                     10:24:32
18       Q.    Okay.  Mr. Ahlberg, financial           10:24:33
19   statements are prepared to serve the public; is    10:24:37
20   that right?  Audited financial statements are      10:24:39
21   prepared for the public; is that right?            10:24:43
22       A.    **Audited financial statements are**    10:24:50
23   **typically published and acceptable to the**      10:24:52
24   **public.**                                        10:24:58
25       Q.    And these financial statements           10:24:59

267

1    that we're looking at, do you know who they        10:25:00
2    were audited by?                                   10:25:03
3        A.    **Off the top of my head, I do not**     10:25:05
4    **recall who audited these financial statements.** 10:25:07
5        Q.    Okay.  Well, could we move               10:25:10
6    two pages forward to the Bates ending 173?         10:25:12
7    Does this refresh your recollection about who      10:25:22
8    audited these financial statements?                10:25:25
9           MS. McKEEN:  Object to the form.            10:25:27
10          THE WITNESS:  I see that this is            10:25:31
11   an independent auditor's report with the KPMG      10:25:38
12   header on it.                                       10:25:44
13   BY MS. MILLER:                                     10:25:44
14       Q.    Mr. Ahlberg, did KPMG audit the          10:25:47
15   Commonwealth's 2016 financial statements?          10:25:52
16       A.    **Yes.**                                 10:25:54
17       Q.    In response to a question that I         10:26:30
18   asked previously, you said that your testimony     10:26:32
19   is that you don't think about Funds as having      10:26:36
20   balances within the TSA.  Do you recall that?      10:26:39
21       A.    **Yes.**                                 10:26:45
22       Q.    Do you think of Funds as having          10:26:46
23   balances other than within the TSA?                10:26:49
24          THE WITNESS:  Could the court               10:27:14
25   reporter read back that question, please?          10:27:15

268

1           (Record read as requested.)                10:27:41
2           THE WITNESS:  Okay.  Well, as I             10:27:41
3    mentioned, I don't think about Funds as having     10:27:43
4    balances within the TSA.                           10:27:47
5    BY MS. MILLER:                                     10:27:47
6        Q.    All right.  So my question is do         10:27:55
7    you think of Funds as having balances other        10:27:55
8    than balances within the TSA?                      10:27:57
9           MS. McKEEN:  Objection to the               10:27:59
10   form.                                              10:28:03
11          THE WITNESS:  Right.  And as I              10:28:03
12   said, I don't think about Funds having balances    10:28:05
13   within the TSA.                                     10:28:08
14   BY MS. MILLER:                                     10:28:08
15       Q.    Do you think of Funds as having          10:28:14
16   any other balances -- all right.  Okay.  Strike    10:28:17
17   that.  Let me rephrase.                            10:28:20
18          Do you think of Funds as having             10:28:22
19   balance other than a balance in the TSA?           10:28:27
20          MS. McKEEN:  Object to the form.            10:28:29
21   BY MS. MILLER:                                     10:28:32
22       Q.    Okay.  Let me rephrase it one more       10:28:32
23   time.                                              10:28:34
24          Do you think about Funds as having          10:28:34
25   a balance that is not a balance in the TSA?        10:28:36

269

1        A.    **No.**                                  10:28:45
2        Q.    Do you have an understanding at          10:28:54
3    all of what the Fund balances reflected in the     10:28:56
4    audited financial statements are?                  10:29:00
5        A.    **I do not know exactly what the**       10:29:14
6    **Fund balances shown in these financial**         10:29:16
7    **statements are.**                                10:29:19
8        Q.    All right.  And the very concept         10:29:19
9    of Fund balances is just disconsonant entirely     10:29:22
10   with your understanding of Funds; is that          10:29:27
11   right?                                             10:29:30
12          MS. McKEEN:  Object to the form.            10:29:30
13          THE WITNESS:  I don't think I               10:29:43
14   understood the question.                           10:29:43
15   BY MS. MILLER:                                     10:29:43
16       Q.    My question is:                          10:29:45
17          The very concept of Fund balances          10:29:47
18   is fundamentally inconsistent with your            10:29:50
19   understanding of Funds; is that right?             10:29:52
20       A.    **That is right, in the**               10:30:00
21   **context that -- in my work that I do for the**   10:30:11
22   **Department of Treasury on a regular basis.**     10:30:13
23       Q.    What about outside of the context        10:30:13
24   of the work that you do for the Department of      10:30:15
25   Treasury on a regular basis?                       10:30:19

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                      April 23, 2020

13 (Pages 270 to 273)

---

270

1   A.   No.                                          10:30:24
2   Q.   Okay.  Do you have any                        10:30:26
3   understanding of the term "valid" as it relates    10:30:29
4   to a Fund?                                         10:30:35
5   A.   I don't know the exact definition             10:30:45
6   there.                                             10:30:46
7   Q.   I'm asking you if you have an                 10:30:52
8   understanding of the term "balance" as it          10:30:54
9   relates to a Fund.  I don't understand your        10:30:58
10  answer, so let me ask my question again.           10:31:00
11     Did you, Mr. Ahlberg, have a                    10:31:05
12  personal understanding of the term "balances,"     10:31:05
13  as it relates to a Fund?                           10:31:09
14  A.   I just -- I don't think about                 10:31:19
15  Funds having balances.                             10:31:21
16  Q.   So you're -- so in your mind                  10:31:24
17  there's no place where the term "Fund" and the     10:31:27
18  term "balance" come together; is that right?       10:31:31
19     MS. McKEEN:  Objection.                         10:31:35
20     THE WITNESS:  Is there an                       10:31:58
21  outstanding question?                              10:32:00
22     MS. MILLER:                                     10:32:00
23     Q.   Yes, the outstanding question is:          10:32:02
24     In your mind there's no place                   10:32:05
25  where the term "Fund" and the term "balance"       10:32:06

---

271

1   come together, right?                             10:32:12
2      MS. McKEEN:  Same objection.                   10:32:12
3      THE WITNESS:  Not in the context               10:32:20
4   of the Flow of Funds which we have put together    10:32:23
5   and presented to you guys.                         10:32:27
6      BY MS. MILLER:                                  10:32:30
7      Q.   What about in any other context?          10:32:31
8      A.   I don't know.                              10:32:37
9      Q.   You don't know what you think?            10:32:44
10     MS. McKEEN:  Objection.                         10:32:46
11     Atara, did you want to rephrase                 10:32:54
12  the question?                                       10:32:56
13  BY MS. MILLER:                                      10:32:56
14     Q.   Mr. Ahlberg, is there any place in        10:32:58
15  your mind where the term "Fund" and the term       10:33:00
16  "balance" come together?                            10:33:03
17     MS. McKEEN:  Objection.                         10:33:04
18     THE WITNESS:  I don't know.                     10:33:26
19  BY MS. MILLER:                                      10:33:45
20     Q.   Mr. Ahlberg, you're here                   10:33:46
21  testifying on behalf of the Commonwealth; isn't    10:33:47
22  that right?                                         10:33:51
23     A.   Yes.                                       10:33:51
24     Q.   And this is the official testimony        10:33:55
25  of the Commonwealth that Funds don't have          10:33:57

---

272

1   balances?                                         10:34:02
2      MS. McKEEN:  I'm going to object.              10:34:04
3   Mr. Ahlberg is here to testify on behalf of the    10:34:06
4   Commonwealth with respect to specifically          10:34:09
5   articulated topics, and I believe Mr. -- that,     10:34:10
6   along with all the questions you've asked today    10:34:15
7   are well outside the scope of those topics.  So    10:34:18
8   Mr. Ahlberg can answer your questions if he        10:34:22
9   knows the answer, but I don't believe the          10:34:24
10  question you just articulated is within the        10:34:26
11  scope of the topics that you identified or as      10:34:28
12  to which Mr. Ahlberg has been designated.          10:34:30
13  BY MS. MILLER:                                      10:34:30
14     Q.   You can answer if you know.               10:34:33
15     MS. MILLER:  Liz, I honestly                    10:34:37
16  cannot even think of a line of questioning that    10:34:40
17  is more directly relevant to the 30(b)(6)          10:34:40
18  deposition.  So I don't even understand the        10:34:43
19  basis for your commentary, but that's not an       10:34:47
20  issue for right now.                                10:34:47
21  BY MS. MILLER:                                      10:34:49
22     Q.   My question to Mr. Ahlberg is:            10:34:49
23     Mr. Ahlberg, do you believe that               10:34:51
24  it is the Commonwealth's official position that    10:34:53
25  Funds do not have balances?                        10:34:55

---

273

1      MS. McKEEN:  Same objection.  I               10:34:58
2   appreciate your disagreement, but I'm going to     10:34:59
3   continue to make whatever objections I think       10:35:01
4   are appropriate.                                    10:35:03
5   BY MS. MILLER:                                      10:35:03
6      Q.   You can answer.                           10:35:11
7      A.   I don't know.                             10:35:21
8      Q.   Did you speak to anybody within          10:35:32
9   Treasury in preparation for your deposition        10:35:36
10  today about Fund balances?                         10:35:38
11     A.   No.                                       10:35:45
12     MS. MILLER:  I'd like to pull up               10:35:59
13  the next exhibit, please.                          10:36:00
14  BY MS. MILLER:                                      10:36:00
15     Q.   Mr. Ahlberg, you testified               10:36:02
16  yesterday that for the last year plus, you've      10:36:03
17  been involved in preparing -- in assisting with    10:36:06
18  preparing the weekly cash flow reports.  Do you    10:36:09
19  recall that?                                        10:36:11
20     A.   Yes.                                      10:36:16
21     Q.   So if we could pull up an example        10:36:18
22  of the weekly cash flow report and mark it as      10:36:22
23  Exhibit 20, please.                                10:36:25
24
25

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

14 (Pages 274 to 277)

---

**274**

1           (Monolines Exhibit 20 is
2       introduced for the record.)
3   BY MS. MILLER:
4       Q.    Do you know, Mr. Ahlberg, before
5   we look at this, whether it is the official
6   position of the Highway Transportation
7   Authority that there are no Fund balances?
8           MS. McKEEN:  Same objection as
9   before.
10          THE WITNESS:  I don't know.
11  BY MS. MILLER:
12      Q.    Okay.  Great.  So you have in
13  front of you a document that's been marked as
14  Monolines Exhibit 20.  Do you see that?
15      A.    I see the document.
16      Q.    Is this a document that you
17  recognize?
18      A.    Yes.
19      Q.    Is this a document that you
20  assisted in preparing?
21      A.    Me personally, no.
22      Q.    Okay.  Well, can you give me an
23  example, because I'd like to put in front of
24  you a document that you did personally prepare.
25          So can you give me an example of a

**275**

1   weekly cash flow report that you assisted in
2   preparing that you testified about on Tuesday
3   that I can pull up as an exhibit for you?
4       A.    I did provide the review of this
5   document.  I did not -- I did not prepare the
6   document.
7       Q.    Okay.  So people who report to you
8   prepared this document?
9       A.    Correct.
10      Q.    And did you have responsibility
11  for reviewing the contents?
12      A.    Yes, I had certain review
13  responsibilities with respect to this report.
14      Q.    Okay.  What are your --
15          (Simultaneous speaking.)
16          UNIDENTIFIED SPEAKER:
17  (Indiscernible) is not appearing on my screen.
18  BY MS. MILLER:
19      Q.    Okay.  Does any -- Mr. Ahlberg,
20  can you see the document?
21      A.    Yes.
22      Q.    Okay.
23          MS. MILLER:  And Ms. McKeen, can
24  you see it?
25          MS. McKEEN:  I can.  Thank you.

**276**

1           MS. MILLER:  Okay.  So I'll put on
2   the record, and maybe you can pull it up online
3   for those who can't see it.  It's publicly
4   available on the AAFAF website.  It is the
5   Treasury Single Account Fiscal Year 2020 Cash
6   Flow as of April 10, 2020.
7           It's for ease for people pulling
8   it up, it's the most recent cash flow that was
9   published, so it should be the first link.
10  BY MS. MILLER:
11      Q.    Mr. Ahlberg, I think the question
12  that was pending was what are your review
13  responsibilities in connection with this
14  document?
15      A.    My review responsibilities with
16  respect to this document generally involve
17  making sure that the numbers in this document
18  agree to the numbers of the Department of
19  Treasury.
20      Q.    Okay.  And are there any numbers
21  in this document, specifically, when you say
22  "the numbers in this document," or generally
23  all of them?
24      A.    Generally all of them.
25      Q.    Okay.  And what documents do you

**277**

1   look at to confirm that they align with numbers
2   in the Department of Treasury?
3       A.    There's several -- several
4   documents that go into this report.  Treasury
5   has maintained an internal cash flow, internal
6   daily cash flow.  That would be my main source
7   of review with this report, ensuring that this
8   report tied to the internal daily cash flow
9   utilized by the Treasury team.
10      Q.    Does the internal daily cash flow
11  include Fund designation?
12      A.    No.
13      Q.    Okay.  Let me take a step back.
14          Can you generally describe what
15  this document is for me?
16      A.    Generally this document will show
17  cash inflows and outflow from the TSA.
18      Q.    Okay.  And so this is explicitly
19  focused on moneys within the TSA; is that
20  right?
21      A.    Correct.  Moneys that flow in or
22  out of the TSA.
23      Q.    Okay.  And if you look at page 8
24  of the document, if we could turn that so we
25  don't have to turn our heads.  There we go.  Is

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

15 (Pages 278 to 281)

278

1  this a page from within the report that you
2  recognize?
3      A.   Yes.
4      Q.   And what is this page?
5      A.   The TSA cash flow actual results
6  for the week ended April 10, 2020.
7      Q.   Okay.  And do you see that
8  within -- under State Collections, it was
9  General Fund Collections.  Do you see that?
10     A.   Yes.
11     Q.   And then it also lists non-General
12  Fund passthrough collections.  Do you see that?
13     A.   Yes, I see that.
14     Q.   How are non-General Fund
15  pass-through collections identified in the TSA?
16     A.   Could we please flip to page 10?
17  I just want to be sure that I have the right
18  line item.
19     Q.   I think you could actually control
20  the document if you want to.
21     A.   I cannot right now.  I think
22  somebody needs to give me that control.
23     Q.   We're on page 10.  We're going to
24  rotate it and then give you that control so
25  that you can look at whatever.

279

1      A.   Okay.  Just the (indiscernible).
2  That's right.
3      Could you repeat your question?
4      Q.   My question is:
5      How are non-General Fund
6  pass-through collections identified within the
7  TSA?
8      A.   Non-General Fund pass-through
9  collections are understood by concept at the
10  sweep account level and the detail by concept.
11  And by "concept," I mean by the lines that you
12  see under non-GF pass-throughs on this page.
13  That information by concept detail is obtained
14  from data from the sweep accounts.
15     Q.   Why is it broken out in a
16  reporting of cash within the TSA?
17     A.   This separates cash inflows.  It
18  does not opine on cash within the TSA.
19     Q.   Do you have an understanding of
20  what the term "pass-through" means?
21     A.   Pass-through means pass-through.
22     Q.   Is there any other way you could
23  describe it?
24     A.   Another way to describe the
25  general phrase "pass-through"?

280

1      Q.   As it's used on page 11 of this
2  document.
3      A.   As it's used on this page of the
4  document, first to non-General Fund collections
5  that either historically or currently pass
6  through the list.
7      Q.   And so you used the word
8  "pass-through" in your definition when I asked
9  you if there was another way to describe it.
10     And is that because "pass-through"
11  is sort of a self-explanatory, clear phrase in
12  your mind?
13     UNIDENTIFIED SPEAKER:  Objection.
14     THE WITNESS:  No.
15  BY MS. MILLER:
16     Q.   Okay.  So is there another way
17  that you can explain pass-through other than by
18  using the word "pass-through"?
19     A.   If you're just asking for the
20  general way for first pass-through without
21  saying "pass-through," that's a different
22  question than -- is -- is that your question?
23     Q.   That's my question, yes.
24     A.   Minimally, pass-through means what
25  it means.

281

1      Q.   Okay.  And then going back to
2  page 8, the next line is Other Special Revenue
3  Fund Collection.  Do you see that?
4      A.   Yes.
5      Q.   What are Other Special Revenue
6  Funds?
7      A.   Other Special Revenue Funds
8  Collections on this document refers to what is
9  referred to in Treasury as agency collections.
10     Q.   Okay.  And then going down, the
11  next section is Federal Fund Receipts.  Do you
12  see that?
13     A.   Yes, I see that.
14     Q.   And do you have an understanding
15  of what Federal Fund receipts are?
16     A.   Yes.
17     Q.   And what are they?
18     A.   In general, it is cash received
19  from federal government entities.
20     Q.   And are -- are federal funds so
21  designated within the TSA?
22     UNIDENTIFIED SPEAKER:  Objection.
23     THE WITNESS:  I'm -- I'm not sure
24  I understood the question.  Would you repeat
25  it?

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

16 (Pages 282 to 285)

---

**282**

BY MS. MILLER:
Q.    Let me ask this:
Can the Commonwealth send funds,
federal funds that it receives from Medicaid on
anything other than Medicaid?
MS. McKEEN:  Objection, outside
the scope.
You can answer if you know.
THE WITNESS:  Yeah.  I'm not an
attorney.  I don't -- I don't know all the uses
for Medicaid receipts.
BY MS. MILLER:                                    10:52:07
Q.    Okay.  So do you think it requires    10:52:07
an attorney to know all the uses?                 10:52:07
MS. McKEEN:  Objection, Atara.        10:52:07
You could use a better example.                   10:52:07
BY MS. MILLER:                                    10:52:07
Q.    How do you -- how are federal         10:52:07
funds identified to be listed in these separate   10:52:10
buckets within this TSA cash flow report?         10:52:12
MS. MILLER:  Oh, I think we have      10:52:23
to pause for a minute.  Oh, no --                 10:52:24
THE REPORTER:  No, this is the        10:52:33
court reporter.
MS. MILLER:  Are you -- is the        10:52:33

---

**283**

court reporter okay for us to proceed?  I
believe the answer is yes.
THE REPORTER:  Yes, it's okay --      10:52:33
it's okay to proceed.  I'm back in.  Thank you.   10:52:33
MS. MILLER:  Thank you.               10:52:33
MR. NATBONY:  Just to let you         10:52:56
know, this is Bill Natbony.  There is a large     10:52:58
delay that at least I'm experiencing, something   10:52:58
like five or six minutes in both the chat room    10:53:02
and in the -- hearing the testimony.              10:53:05
MS. MILLER:  I wonder if now might    10:53:14
be -- yeah, I also have a few seconds.  I'm       10:53:16
wondering if now might be a good time to take a   10:53:18
quick break and maybe let everybody log out and   10:53:18
get back in.  Let's see if that helps.            10:53:25
THE REPORTER:  This is the court      10:53:50
reporter -- this is the court reporter.  I know
Henderson said that Live Litigation is
monitoring, so I'll give them a quick call, if
we want to take a break, and make -- have Live
Litigation get involved immediately and see if
they can straighten this out.
UNIDENTIFIED SPEAKER:  Yeah, I did    10:53:50
log in and log out.  It did not help.             10:53:51
MS. MILLER:  Did not help.  Okay.     10:53:53

---

**284**

MS. McKEEN:  We're fine to go off     10:53:55
the record as far as a break.  It's as good a     10:53:57
time as any.                                      10:53:59
MS. MILLER:  Okay.  So let's go       10:54:00
off the record.  Let's take a 5-minute break,     10:54:01
back at 11 Central.                               10:54:03
MS. McKEEN:  Atara --                 10:54:06
THE VIDEOGRAPHER:  We are off the     10:54:06
record at 10:54 a.m.                              10:54:10
(Recess taken.)                                   10:57:17
THE VIDEOGRAPHER:  We are back on     11:13:11
the record at 11:13a.m.                           11:13:13
BY MS. MILLER:                                    11:13:16
Q.    So we were looking at Exhibit 20      11:13:18
before the break, and I was asking you about      11:13:21
the federal funds receipt.  Do you recall that?   11:13:24
A.    Yes.                                   11:13:29
And my question is:                         11:13:29
How are federal funds designated            11:13:30
within the TSA?                                   11:13:34
A.    It requires a manual exercise        11:13:34
performed by Treasury team daily to review the    11:13:46
TSA operational account bank statements and       11:13:51
identify transfers from known federal             11:13:53
government entities and identifying those         11:13:59

---

**285**

transfers as such in their internal daily cash    11:14:09
flow workbook that I referenced before.           11:14:11
Q.    Okay.  And is a particular Federal     11:14:13
Fund identified within that internal daily        11:14:16
workbook?                                          11:14:18
A.    No.                                    11:14:21
Q.    Okay.  So how are the Funds           11:14:21
tracked once inside the TSA?                       11:14:23
A.    The receipt of this cash is          11:14:36
tracked, as I mentioned.                          11:14:40
Q.    Is the outflow of those federal       11:14:42
funds also tracked?                               11:14:46
A.    Outflows of federal funds are        11:14:52
tracked.                                           11:14:56
Q.    How are they tracked?                 11:14:57
A.    Depends on the nature of the          11:15:01
outflow.                                           11:15:02
Q.    Can you give me an example?           11:15:09
A.    For example, in outflow, for         11:15:11
example, in line 18 on this report, where it      11:15:18
says "Federal Fund," under Payroll and Related    11:15:22
Costs, that would require synthesis of the        11:15:25
biweekly payroll registers that we review in      11:15:34
which there would be a Fund designation, a        11:15:38
Fund-type designation.                            11:15:43

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

17 (Pages 286 to 289)

---

**286**

1    Q.    Are there other outflows that have          11:15:53
2  Fund-type designations?                              11:15:55
3        MS. McKEEN:  Objection.                        11:16:02
4        THE WITNESS:  Yes.                             11:16:06
5  BY MS. MILLER:                                       11:16:06
6    Q.    What other outflows have Fund-type          11:16:08
7  designations?                                        11:16:12
8    **A.    Cash outflows to suppliers, which**        11:16:19
9  **in this report would be captured in line 22**      11:16:27
10 **under Vendor Disbursements, Federal fund.**        11:16:30
11   Q.    And are the outflows designated             11:16:46
12 with the same Fund identifier as the inflows?        11:16:50
13   **A.    I don't know.  We have never done**         11:17:18
14 **that exercise.**                                    11:17:19
15   Q.    When you say "we," who do you               11:17:21
16 mean?"                                               11:17:28
17   **A.    Treasury.**                                 11:17:28
18   Q.    What exercise are you referring to          11:17:29
19 that you've never -- that Treasury has never          11:17:30
20 done?                                                11:17:34
21   **A.    I believe that was any kind of**            11:17:53
22 **matching federal fund inflows by Fund number on**  11:17:55
23 **Type 2 with their corresponding outflows, which**  11:18:06
24 **may appear throughout this document in various**   11:18:10
25 **line items.**                                       11:18:13

---

**287**

1    Q.    My question is whether the                  11:18:14
2  outflows are designated on the Commonwealth's        11:18:15
3  internal accounting documents with the same          11:18:18
4  Fund number as the corresponding inflow.             11:18:20
5    **A.    And, again, matching specific**             11:18:36
6  **Fund, Fund ID numbers would not be an exercise**   11:18:42
7  **that would be required to put together this**       11:18:45
8  **report here.**                                      11:18:47
9    Q.    I didn't ask about mapping, so I'm          11:18:48
10 going to ask my question for a third time, and       11:18:51
11 I'm going to ask you to listen to it carefully,       11:18:53
12 okay?  The question is quite narrow:                 11:18:56
13       Are the outflows designated on the            11:19:00
14 Commonwealth's internal accounting documents         11:19:04
15 with the same Fund number as the corresponding       11:19:06
16 inflows for the federal fund example that you         11:19:09
17 provided?                                            11:19:15
18       MS. McKEEN:  Asked and answered,              11:19:16
19 objection.                                           11:19:17
20       THE WITNESS:  We were speaking                11:19:26
21 generally about line items.                          11:19:27
22 BY MS. MILLER:                                       11:19:36
23   Q.    Was that an answer to my question?         11:19:36
24   **A.    Yes.**                                      11:19:41
25   Q.    I don't understand it.                      11:19:44

---

**288**

1        So can you explain how that's               11:19:45
2  responsive to the question that I asked about        11:19:46
3  whether federal fund inflows and corresponding        11:19:48
4  outflows are designated on Commonwealth              11:19:52
5  accounting documents with the same Fund number?     11:19:54
6        MS. McKEEN:  Objection.                       11:20:01
7        THE WITNESS:  Outflows on the TSA            11:20:32
8  that are identified as federal fund outflows         11:20:35
9  would be tagged with a Fund number that would        11:20:40
10 be the same universe of Fund numbers that would      11:20:45
11 be used within the accounting system to record       11:20:50
12 federal fund revenue.                                11:20:54
13 BY MS. MILLER:                                       11:20:54
14   Q.    What do you mean by "the same              11:20:57
15 universe"?                                           11:21:00
16   **A.    Same list of Fund numbers.**               11:21:03
17   Q.    Do you know whether that's true            11:21:08
18 for Fund 278 revenues?                               11:21:10
19   **A.    Do I know whether what is true for**       11:21:10
20 **Fund 278 revenues?**                                11:21:23
21   Q.    Whether outflows of                        11:21:25
22 Fund 278 revenues are similarly tagged with          11:21:28
23 Fund 278.                                            11:21:32
24       UNIDENTIFIED SPEAKER:  Objection.            11:21:33
25       THE WITNESS:  I believe we looked           11:21:50

---

**289**

1  at vouchers together on Tuesday of transfers        11:21:50
2  from the TSA to HTA in which Fund Number 278         11:21:56
3  was included on those vouchers.                      11:22:02
4  BY MS. MILLER:                                       11:22:02
5    Q.    So Fund 278 is designated on both          11:22:10
6  inflows and outflows from the TSA with respect       11:22:10
7  to revenues therein, correct?                        11:22:15
8        MS. McKEEN:  Objection.                       11:22:20
9        THE WITNESS:  No, the outflows             11:22:29
10 would show Fund 278 as being the source of           11:22:32
11 those -- source revenues for a transfer or           11:22:37
12 outflow.                                             11:22:40
13 BY MS. MILLER:                                       11:22:40
14   Q.    So outflows of Fund 278 revenues           11:22:48
15 would identify Fund 278 as the source of the         11:22:50
16 revenue for that outflow; is that correct?           11:22:54
17   **A.    I don't know if that's correct the**       11:23:03
18 **way you phrased the question, but outflows to**    11:23:05
19 **HTA that were -- that the funding source was**      11:23:08
20 **revenue earned under 278, that transfer would**    11:23:12
21 **show that the revenue source for that transfer**   11:23:15
22 **was Fund 278 revenue.**                             11:23:17
23   Q.    Okay.  I think we can put this             11:23:25
24 exhibit to the side.                                 11:23:30
25       I'm going to turn now,                       11:23:47

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

18 (Pages 290 to 293)

---

**290**

1    Mr. Ahlberg, to asking you some questions about
2    PRIFA, okay?
3        A.    Okay.
4        Q.    Just before I do that, one last
5    question.
6              What about outflows of revenues
7    from Fund 278 to a source other than HTA, would
8    they also be tagged with Fund 278 as
9    the -- sorry -- would they also identify
10   Fund 278 as the source of the revenue?
11       A.    **Could you repeat the question all**
12   **together, not broken up?**
13       Q.    Sure.  If there were outflows to
14   an entity other than HTA that the funding
15   source was revenue earned under 278, would that
16   transfer also show the revenue source for the
17   transfer of Fund 278?
18       A.    **I'm not certain how to answer that**
19   **hypothetical question, but I've seen no**
20   **outflows to other entities other than HTA that**
21   **identified the revenue source of Fund 278.**
22       Q.    Okay.  So you're not certain
23   whether they exist or not?
24       A.    **Whether what exists or not?**
25       Q.    Whether there are, in fact,

---

**291**

1    transfers to entities other than HTA that
2    identify a revenue source for Fund 278.
3        A.    **I've seen no evidence of any**
4    **transfers to entities that would have used Fund**
5    **source 278 as the revenue source for that**
6    **transfer.**
7        Q.    When I say "PRIFA," you understand
8    that I'm referring to the Puerto Rico
9    Infrastructure Financing Authority, correct?
10       A.    Yeah.
11       Q.    And you're here testifying as a
12   representative of PRIFA, correct?
13       A.    Yes.
14       Q.    Okay.  And I think you -- let me
15   ask:
16             In connection with the work that
17   you do, other than this deposition for the
18   Commonwealth, do you have any responsibilities
19   that relate to PRIFA?
20       A.    No.
21       Q.    You mentioned yesterday that you
22   spoke to someone named Sylvia in connection
23   with preparing for your deposition today
24   related to PRIFA; is that correct?
25       A.    Yes.

---

**292**

1        Q.    And were you referring to Sylvia
2    Lopez Jorge?
3        A.    I think that's her full name.
4        Q.    Do you know what her position is?
5    Let me ask.  Is she employed at PRIFA?
6        A.    Yes.
7        Q.    Do you know what her position is
8    at PRIFA?
9        A.    **I don't know what her exact title**
10   **is, but I know that she's a manager over a lot**
11   **of PRIFA.**
12       Q.    Okay.  Do you know whether she's
13   an accountant?
14       A.    **I know that generally she's a**
15   **manager in the finance and accounting**
16   **department.  I don't know her exact title or**
17   **the way that she exactly considers her**
18   **professional occupation.**
19       Q.    Okay.  She's in the finance and
20   accounting department; is that right?
21       A.    Yes.
22       Q.    Okay.  Do you know if she's a CPA?
23       A.    **I'm not -- I don't know if she's a**
24   **CPA or not.**
25       Q.    Okay.  And have you spoken to her

---

**293**

1    other than in preparation -- have you ever
2    spoken to her other than in preparation for
3    your deposition?
4        A.    No.
5        Q.    And what did you talk to her
6    about?
7        A.    **I would -- we talked about**
8    **anything that would help put together the Flow**
9    **of Funds presentation that was provided to you**
10   **guys in order to understand Flow of Funds**
11   **during the relevant time period.**
12       Q.    And did you call her with specific
13   questions?
14       A.    **When we spoke, sometimes I would**
15   **have questions to ask her.**
16       Q.    How many times did you speak to
17   her?
18       A.    **I can't recall the exact amount of**
19   **times that I spoke with her.  I would estimate**
20   **about two to three times per week for two to**
21   **three weeks.**
22       Q.    Okay.  Did she provide you with
23   documents that helped you in preparing the Flow
24   of Funds?
25       A.    Yes.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

19 (Pages 294 to 297)

---

### 294

1  Q.     And did you prepare the initial
2  Flow of Funds or did somebody else do it?
3  A.     It was a collaborative effort.
4  Q.     And who were you collaborating
5  with?
6  A.     Me, Sylvia, I mentioned, and then
7  Treasury Department, Jeira Belén plus Hector
8  Gomez.
9  Q.     Anybody else?
10  A.     Not that I can recall
11  specifically.
12  Q.     Were there any lawyers involved in
13  that?
14  A.     Yes.
15  Q.     And which lawyers?
16  A.     Attorneys representing O'Melveny &
17  Myers, Marini, AAFAF or Proskauer.
18  Q.     Okay.  I missed what you said
19  before Proskauer.
20  A.     Marini I think is the name of the
21  law firm.
22  Q.     So you mentioned O'Melveny, Marini
23  and Proskauer; is that right?
24  A.     Yes.
25  Q.     Okay.  Have you reviewed any of

11:29:54
11:30:00
11:30:04
11:30:07
11:30:10
11:30:11
11:30:18
11:30:26
11:30:26
11:30:29
11:30:32
11:30:32
11:30:34
11:30:34
11:30:36
11:30:44
11:30:48
11:30:57
11:30:59
11:31:00
11:31:04
11:31:04
11:31:09
11:31:13
11:31:13

---

### 295

1  the legal briefs that were submitted to the
2  Court in connection with this litigation?
3  A.     I have seen some of that
4  information.
5  Q.     Okay.  And what do you recall
6  seeing?
7  A.     I don't recall specific --
8  specific documents.
9  Q.     Do you remember seeing any
10  oversight for briefs in opposition to the
11  motion?
12  A.     I think so, but without the
13  document in front of me, it's hard to recall.
14  Q.     Okay.  Do you know if you read it?
15  A.     Without the document in front of
16  me, it's hard to recall.
17  Q.     Did you read any legal briefs that
18  were submitted to the Court in connection with
19  this litigation?
20  A.     I've seen hundreds of documents.
21  I just can't recall the specific documents that
22  I reviewed.
23  Q.     Could that be if you've read any
24  legal briefs -- you don't remember one way or
25  another if you've read any legal briefs that

11:31:22
11:31:24
11:31:33
11:31:35
11:31:37
11:31:39
11:31:44
11:31:44
11:31:49
11:31:52
11:31:55
11:32:03
11:32:05
11:32:07
11:32:14
11:32:17
11:32:18
11:32:21
11:32:23
11:32:28
11:32:31
11:32:34
11:32:38
11:32:39
11:32:43

---

### 296

1  identified what the key issues in this
2  litigation are?
3  MS. McKEEN:  Asked and answered.
4  MS. MILLER:  Well, I got the stock
5  answer that "I reviewed hundreds of documents."
6  That's not an answer.  The answer is yes or no
7  to "Did you review it?"
8  MS. McKEEN:  Let's be clear.  He
9  told you he didn't remember.  If you want to
10  ask him ten different ways, I don't know why
11  you're expecting a different answer.  If you
12  want to keep going, you can, but it's a waste
13  of time.  He told you he did not remember.
14  It's not a stock answer if he does not remember
15  something, Atara.
16  MS. MILLER:  I have a feeling
17  somebody suggested to him that anytime someone
18  asks about a document he testifies that he's
19  reviewed hundreds of documents and can't
20  possibly remember the single document I'm
21  asking about.
22  BY MS. MILLER:
23  Q.     Mr. Ahlberg, did you review legal
24  briefs submitted in this litigation?
25  MS. McKEEN:  Stop.  I'm going --

11:32:43
11:32:48
11:32:48
11:32:49
11:32:50
11:32:52
11:32:55
11:32:56
11:32:58
11:33:00
11:33:02
11:33:05
11:33:07
11:33:11
11:33:13
11:33:13
11:33:17
11:33:18
11:33:20
11:33:22
11:33:24
11:33:24
11:33:25
11:33:29
11:33:30

---

### 297

1  MS. MILLER:  You're not
2  interrupting me.  There's a question pending.
3  The witness is going to answer the question.
4  If you have an objection, you can state
5  "objection" without speaking.
6  MS. McKEEN:  Atara, respectfully,
7  I'm going to say what I am going to say, and
8  you can't stop me.  I don't --
9  MS. MILLER:  No.  There are rules
10  that govern it.  You can't just put speaking
11  objections on the record.  This is my
12  deposition, not yours.  You can defend, you can
13  say "objection."  I'm not letting you put a
14  speech on the record right now.
15  MS. McKEEN:  I'm responding to
16  your suggestion that the witness was coached to
17  say that I don't appreciate it, and I would
18  appreciate it if you would conduct yourself in
19  a more courteous and professional manner, both
20  to me and to the witness, who's given you a lot
21  of his time.
22  So if you would like to ask him
23  yet a fourth time if he recalls reading briefs,
24  you can.  I object to that.  Go ahead.

11:33:32
11:33:33
11:33:36
11:33:38
11:33:40
11:33:41
11:33:45
11:33:47
11:33:48
11:33:50
11:33:52
11:33:54
11:33:56
11:33:59
11:34:01
11:34:02
11:34:04
11:34:06
11:34:08
11:34:12
11:34:14
11:34:14
11:34:15
11:34:18

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

20 (Pages 298 to 301)

## 298

```
1   BY MS. MILLER:                              11:34:18
2       Q.    Mr. Ahlberg, do you recall reading  11:34:21
3   any of the legal briefs in connection with this 11:34:22
4   matter?                                     11:34:26
5       A.    I have read various legal briefs.  11:34:27
6   I can't recall specifically which ones without 11:34:32
7   having the documents in front of me.        11:34:34
8       Q.    Okay.  Thank you.                  11:34:37
9       MS. MILLER:  I'd like to mark as         11:34:47
10  an exhibit tab 1102.                        11:34:49
11      (Monolines Exhibit 21 is                 11:34:49
12      introduced for the record.)             11:35:01
13  BY MS. MILLER:                              11:35:01
14      Q.    Mr. Ahlberg, did you review the    11:35:02
15  PRIFA Enabling Act in connection with your  11:35:05
16  testimony today?                            11:35:08
17      A.    I did not review the PRIFA         11:35:12
18  Enabling Act.                               11:35:17
19      Q.    All right.  Do you have a general  11:35:17
20  understanding of the requirements under the 11:35:20
21  PRIFA Enabling Act to deposit certain moneys 11:35:25
22  into particular accounts?                   11:35:25
23      MS. McKEEN:  Objection.                  11:35:28
24      THE WITNESS:  I am aware that the        11:35:34
25  PRIFA Enabling Act has certain information  11:35:36
```

## 299

```
1   about moneys in accounts, as you mentioned.  11:35:40
2   BY MS. MILLER:                              11:35:40
3       Q.    Okay.  I'd like to turn to        11:35:44
4   Section 1914, if we could.                  11:35:49
5       Let me ask you while we are             11:36:17
6   getting to it, because it's about 25 pages in, 11:36:18
7   so it might take a while.  We're going page by 11:36:22
8   page here.                                  11:36:25
9       Do you have an understanding of         11:36:26
10  what a special deposit is as used by the    11:36:28
11  Commonwealth?                               11:36:33
12      A.    As used by the Commonwealth in    11:36:45
13  what context?                               11:36:48
14      Q.    Well, now you have Section 1914 up 11:36:50
15  in front of you, and it's titled Special    11:36:53
16  Deposit, and my question is if you have an  11:36:56
17  understanding within the Commonwealth,      11:37:00
18  accounting or otherwise, what a special deposit 11:37:02
19  means.                                      11:37:04
20      A.    I'm not familiar with the term    11:37:08
21  "special deposit."                          11:37:10
22      Q.    Okay.  Have you ever heard it?    11:37:12
23      A.    I may have heard the term before. 11:37:18
24      Q.    Okay.  Okay.  So this provision   11:37:21
25  requires that -- I'm reading about the second 11:37:32
```

## 300

```
1   line.                                       11:37:38
2       ...the first proceeds of the            11:37:41
3   federal excise taxes remitted to the Department 11:37:41
4   of Treasury on Puerto Rico in each fiscal   11:37:49
5   year...                                     11:37:50
6       Do you see that?                        11:37:50
7       A.    Yes, I see that.                  11:37:51
8       Q.    Okay.  And then if you go down to 11:37:52
9   about halfway through the paragraph, as it goes 11:37:55
10  through various years which are well behind us, 11:38:01
11  so I'm going to skip them.                  11:38:03
12      So in the case of fiscal year 2006      11:38:05
13  to '7 to 2008 and '9, and at subsequent years 11:38:07
14  until fiscal year 2056 to '57, the          11:38:12
15  participation shall be for an amount of up to 11:38:16
16  $117 million, which when received by the    11:38:18
17  Department of Treasury of Puerto Rico, shall be 11:38:22
18  covered into a Special Fund to be maintained by 11:38:25
19  or on behalf of the authority designated as the 11:38:28
20  Puerto Rico Infrastructure Fund.            11:38:31
21      Do you see that?                        11:38:31
22      A.    Yes, I see that.                  11:38:36
23      Q.    Okay.  Do you have an             11:38:38
24  understanding of what Special Fund, capital S, 11:38:40
25  capital F, means in the Commonwealth?       11:38:43
```

## 301

```
1       MS. McKEEN:  Objection.                  11:38:51
2       THE WITNESS:  I'm not certain what      11:38:52
3   Special Fund means in the context of this page 11:38:56
4   here.  It looks like a definition that we can 11:38:58
5   refer to within the document.               11:39:00
6   BY MS. MILLER:                              11:39:07
7       Q.    Not elsewhere defined in the      11:39:07
8   document, but let me ask you, have you ever 11:39:09
9   heard of that term, Special Fund, being used 11:39:11
10  anywhere in Commonwealth accounting?        11:39:16
11      A.    I have heard people use the term  11:39:25
12  "Special Fund," but depending on the context, 11:39:28
13  people could have been referring to different 11:39:31
14  things.                                     11:39:33
15      Q.    Okay.  And what have you -- what  11:39:36
16  are some of the things that you think it could 11:39:40
17  have been referring to?                     11:39:42
18      A.    That's -- I'm not sure I have a   11:39:49
19  clear understanding from the document.      11:39:54
20      Q.    Okay.  Do you know whether        11:39:56
21  special -- I'm sorry.                       11:39:58
22      Going back to special deposit, do       11:39:59
23  you know whether special deposit is defined in 11:40:03
24  the Commonwealth financial statement of the 11:40:04
25  Special Fund?                               11:40:06
```

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

21 (Pages 302 to 305)

---

302

1      A.    I do not know off the top of my                 11:40:11
2  head if that's how the financial statements              11:40:15
3  define that term.                                        11:40:16
4      Q.    Okay.  What does "Fund" mean                    11:40:17
5  within the Commonwealth financial statement?             11:40:27
6          MS. McKEEN:  Objection.                          11:40:30
7          THE WITNESS:  Not being a CPA, I                  11:40:36
8  am not certain.  Depends on where in the                 11:40:37
9  financial statements...                                  11:40:39
10  BY MS. MILLER:                                           11:40:39
11      Q.    Okay.  Can you give me one example             11:40:48
12  of what it might mean?                                   11:40:52
13          MS. McKEEN:  Objection.                          11:41:00
14          THE WITNESS:  One example of what                11:41:11
15  might mean?                                              11:41:13
16  BY MS. MILLER:                                           11:41:14
17      Q.    Of what "Fund" means in the                    11:41:14
18  financial statement.  You said it depends on            11:41:17
19  where -- where it is in the financial                   11:41:19
20  statements.                                              11:41:19
21          I'm asking you for one option                    11:41:22
22  based on anything you can think of, and I think         11:41:24
23  you should go back to the financial statements,         11:41:27
24  if you want to pull them up and go through              11:41:29
25  them.

---

303

1          MS. McKEEN:  Objection.                          11:41:29
2          THE WITNESS:  I believe page 40 of               11:41:41
3  the financial statements has the word "Fund" on          11:41:44
4  it.                                                      11:41:47
5  BY MS. MILLER:                                           11:41:47
6      Q.    Okay.  And my question is:                      11:41:48
7          What does it mean when it's used                 11:41:49
8  in the financial statements?                             11:41:51
9          MS. McKEEN:  Can you please click                11:41:52
10  the exhibit button so we can all see what               11:41:59
11  you're looking at?                                       11:42:01
12          THE WITNESS:  I'm looking at                     11:42:02
13  what's been put in front of me.                         11:42:03
14          MS. McKEEN:  Atara, if you'd like               11:42:14
15  the witness to look at page 40 of the financial         11:42:17
16  statements, you can put it in front of him.             11:42:17
17  BY MS. MILLER:                                           11:42:18
18      Q.    Are you saying that you just think            11:42:22
19  page 40 off the top of your head?  You happen          11:42:24
20  to remember that page 40 of the financial               11:42:26
21  statements refers to Fund?                               11:42:32
22      A.    If I recall that from the top of              11:42:37
23  my head, having used the table of contents of           11:42:40
24  that document together, and seeing page 40 next        11:42:43
25  to the line that we discussed together.               11:42:46

---

304

1      Q.    Got it.  Okay.                                 11:42:47
2          So we'll pull up Monolines                       11:42:49
3  Exhibit 19A and look at page 40.                         11:42:53
4          Okay.  So you now have page 40 of               11:43:39
5  this Monolines Exhibit 19A in front of you.              11:43:41
6          Looking at this document, can you               11:43:44
7  tell me what "Fund" means as used within the            11:43:50
8  Commonwealth accounting?                                 11:43:52
9          MS. McKEEN:  Objection.                          11:43:57
10          THE WITNESS:  Not being a CPA, I'm              11:44:00
11  uncertain exactly how "Funds" is used within            11:44:01
12  the Commonwealth accounting (indiscernible)             11:44:03
13  operate chk give you an example of use of the          11:44:07
14  term "Fund," which was the goal of pointing me         11:44:09
15  to this page.                                            11:44:12
16  BY MS. MILLER:                                           11:44:27
17      Q.    Okay.  And you don't know what it             11:44:27
18  means when on this page it uses the term                11:44:28
19  "Fund."  You were just saying it's your -- it          11:44:31
20  makes sense where the Commonwealth uses the            11:44:33
21  word "Fund" in its accounting statements?               11:44:35
22          UNIDENTIFIED SPEAKER:  Objection.               11:44:40
23  Yes, since that was in direct response to the          11:44:45
24  question that you asked.                                11:44:48
25

---

305

1  BY MS. MILLER:                                           11:44:48
2      Q.    And because you are not a CPA, you             11:44:48
3  can't tell me what the word "Fund" as used on           11:45:05
4  this page or anywhere else in the audited               11:45:05
5  financials means; is that right?                         11:45:10
6          MS. McKEEN:  Objection.                          11:45:11
7          THE WITNESS:  I don't know one way               11:45:13
8  or the other how the authors of this document           11:45:14
9  are using the term "Fund."                               11:45:17
10  BY MS. MILLER:                                           11:45:20
11      Q.    Well, this isn't meant to be a                11:45:22
12  super secret document, right?  It's meant for          11:45:25
13  public consumption, isn't it?                           11:45:28
14          MS. McKEEN:  Objection.                          11:45:30
15          THE WITNESS:  The audited                        11:45:33
16  financial statements are made public.                   11:45:34
17  BY MS. MILLER:                                           11:45:37
18      Q.    Do you have an understanding of               11:45:38
19  how the public would expect -- as a member of         11:45:38
20  the public, how the public would expect the            11:45:40
21  word "Fund" to be used in the context of               11:45:42
22  Puerto Rico government financial statements?           11:45:49
23          UNIDENTIFIED SPEAKER:  Objection.               11:45:52
24          THE WITNESS:  I can't speculate on              11:45:52
25  how the public would interpret the use of the          11:45:54

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

22 (Pages 306 to 309)

---

**306**

1　word "Fund."　11:45:57

2　BY MS. MILLER:　11:45:57

3　　Q.　What about how you would interpret　11:45:57

4　the use of the word "Fund"?　11:45:59

5　　　　MS. McKEEN:  Objection.　11:46:03

6　　　　THE WITNESS:  The way that I think　11:46:11

7　about the use of the word "Fund" are Fund　11:46:13

8　numbers within the PRIFA system.　11:46:16

9　BY MS. MILLER:　11:46:16

10　　Q.　Looking -- while we have this　11:46:20

11　document up, I know I asked you about it.  Once　11:46:23

12　we have it, if we can turn to page 161, 162 of　11:46:25

13　the PDF.  It's not the page that I wanted.  So　11:46:29

14　I'll have to come back to it.  Okay.  I'll come　11:46:58

15　back to it with a question if I need to.　11:47:01

16　　　　MS. McKEEN:  Atara, I think you　11:47:11

17　have page 151 up.　11:47:12

18　　　　THE REPORTER:  Ms. McKeen, this is

19　the court reporter -- I'm sorry.  This is the

20　court reporter.  Can you just move your phone a

21　little bit closer to you?

22　　　　MS. McKEEN:  Is that better?

23　　　　THE REPORTER:  Yes.  Thank you.　11:47:51

24　BY MS. MILLER:　11:47:51

25　　Q.　Okay.  I want to turn back to tab　11:47:52

---

**307**

1　1102.  Okay.　11:47:59

2　　　　Okay.  So, sorry, the page that　11:48:11

3　I'm looking for is actually the second half, so　11:48:15

4　we're going to just have to load 19B.  So give　11:48:21

5　me one second.　11:48:23

6　　　　MS. MILLER:  Kevin, could you go　11:49:38

7　to 357, please, back a couple pages?  Thank　11:49:40

8　you.  Okay.  Here we go.　11:49:44

9　BY MS. MILLER:　11:49:44

10　　Q.　And do you see -- so we are still　11:49:48

11　in the audited financials for the year ended　11:49:50

12　June 30, 2016.　11:49:54

13　　　　Do you see that?　11:49:55

14　　A.　Yes, I see it.　11:49:55

15　　Q.　And there's a section designated　11:50:01

16　Special Deposits.　11:50:03

17　　　　Do you see that?　11:50:05

18　　A.　I see that.　11:50:09

19　　Q.　And you can just read how the　11:50:10

20　Commonwealth defines Special Deposits in its　11:50:12

21　financial reports?　11:50:18

22　　A.　Sure.  Special Deposits:  This　11:50:20

23　Fund acts as a fiduciary -- sorry.　11:50:24

24　　　　This Fund acts in a fiduciary　11:50:28

25　capacity in order to account for moneys　11:50:31

---

**308**

1　received for the specified purposes for which　11:50:32

2　the law does not specify its recording in any　11:50:35

3　other Fund.  It mainly includes -- it mainly　11:50:39

4　includes deposits under the custody of the　11:50:42

5　Courts of Justice for alimony payments,　11:50:44

6　escrows, revenue collections and agency　11:50:46

7　accounts for which the Commonwealth act in an　11:50:50

8　agent's capacity.　11:50:54

9　　Q.　Okay.  Have you spoken to anybody　11:50:57

10　at Treasury about Special Deposits?　11:51:05

11　　A.　No.　11:51:11

12　　Q.　Have you had any conversations　11:51:14

13　with anyone at PRIFA about the Special Deposits　11:51:17

14　established under the Enabling Act?　11:51:27

15　　A.　We did not have particular　11:51:31

16　conversations about Special Deposits.　11:51:34

17　　　　MS. MILLER:  Okay.  Can we turn　11:51:37

18　back to tab 1102, Kevin, please?　11:51:42

19　BY MS. MILLER:　11:51:42

20　　Q.　So we have back in front of us　11:51:45

21　Exhibit -- Monolines Exhibit 21, and we are　11:52:07

22　looking, again, at Section 1914.  And I just　11:52:10

23　want to draw your attention to the bottom of　11:52:18

24　the middle portion of that paragraph where it　11:52:20

25　says the -- shall be covered into -- that the　11:52:25

---

**309**

1　moneys shall be covered into a Special Fund to　11:52:27

2　be maintained by or on behalf of the authority　11:52:30

3　designated as the Puerto Rico Infrastructure　11:52:33

4　Fund.　11:52:37

5　　　　Do you see that?　11:52:37

6　　A.　Yes, I see that.　11:52:40

7　　Q.　And is the Puerto Rico　11:52:42

8　Infrastructure Fund something that you have　11:52:47

9　ever come across in the accounting material of　11:52:49

10　the Commonwealth?　11:52:58

11　　A.　The concept of the Puerto Rico　11:53:03

12　Infrastructure Fund is something I discussed　11:53:06

13　with PRIFA.  Is that the question?　11:53:18

14　　Q.　That was the question.　11:53:20

15　　　　And what did you speak to PRIFA　11:53:22

16　about?　11:53:24

17　　A.　We specifically inquired as to the　11:53:34

18　existence of an Infrastructure Fund account.　11:53:35

19　　Q.　And what did PRIFA tell you?　11:53:49

20　　A.　That there's no specific bank　11:53:51

21　account that is designated or known as the　11:53:57

22　Infrastructure Fund.　11:54:00

23　　Q.　Okay.  Did you ask whether --　11:54:03

24　other than a specific bank account whether　11:54:05

25　there is a Fund, as that term is used in the　11:54:07

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

23 (Pages 310 to 313)

---

**310**

```
 1    Commonwealth accounting, designated the      11:54:09
 2    Puerto Rico Infrastructure Fund?             11:54:11
 3       A.   Yes.                                 11:54:17
 4       Q.   And what was the answer?             11:54:19
 5       A.   That, again, there's no -- there's   11:54:24
 6    no Fund that is the Puerto Rico Infrastructure 11:54:35
 7    Fund.                                        11:54:35
 8            THE REPORTER:  I'm sorry.  Can you   11:54:35
 9    repeat the back half of the answer, please?  11:54:36
10            THE WITNESS:  There is no account    11:54:38
11    number or Fund identified as the Puerto Rico 11:54:40
12    Infrastructure Fund.                         11:54:44
13    BY MS. MILLER:                               11:54:44
14       Q.   When you say "account number," you   11:54:51
15    mean bank account number?                    11:54:54
16       A.   Correct.                             11:54:55
17       Q.   Did you speak to anybody at the      11:54:59
18    Puerto Rico Department of Treasury regarding 11:55:01
19    whether or not there was a Puerto Rico       11:55:03
20    Infrastructure Fund?                         11:55:04
21       A.   Yes.                                 11:55:09
22       Q.   And who did you speak to?            11:55:09
23       A.   I can recall discussions with        11:55:15
24    Jeira Belén and Hector Gomez.                11:55:21
25       Q.   And what did they tell you about     11:55:23
```

**311**

```
 1    that?                                        11:55:29
 2       A.   That they did not understand the     11:55:29
 3    Puerto Rico Infrastructure Fund as being a   11:55:35
 4    specific or -- a specific bank account or Fund. 11:55:36
 5       Q.   Well, do you have an understanding   11:55:41
 6    under the statute, based on what we just read 11:55:43
 7    in Monolines Exhibit 21, about what the      11:55:47
 8    Puerto Rico Infrastructure Fund -- what moneys 11:55:50
 9    were supposed to be deposited into the       11:55:52
10    Puerto Rico Infrastructure Fund?             11:55:55
11            MS. McKEEN:  I'll object to the      11:56:00
12    extent it calls for any legal testimony, but if 11:56:02
13    the witness has a lay understanding, he can  11:56:04
14    answer.                                      11:56:09
15            THE WITNESS:  Could you repeat the   11:56:16
16    question?                                    11:56:17
17    BY MS. MILLER:                               11:56:17
18       Q.   Do you have an understanding of      11:56:17
19    what moneys under Section 1914 of Exhibit 21 11:56:19
20    were supposed to flow into the Puerto Rico   11:56:24
21    Infrastructure Fund?                         11:56:29
22            MS. McKEEN:  Same objections.        11:56:29
23            THE WITNESS:  I understand that      11:56:36
24    this document specifies up to $117 million.  11:56:36
25                                                 
```

**312**

```
 1    BY MS. MILLER:                               11:56:36
 2       Q.   Of what?                             11:56:47
 3       A.   Of rum taxes.                        11:57:00
 4       Q.   And you testified, I think, that     11:57:03
 5    over a matter -- course of a few weeks, you put 11:57:06
 6    together a Flow of Funds for PRIFA among other 11:57:09
 7    instrumentalities, right?                    11:57:13
 8       A.   Yes.                                 11:57:14
 9       Q.   And were these the Funds that you    11:57:15
10    were tracking in the Flow of Funds?          11:57:18
11            UNIDENTIFIED SPEAKER:  Note my       11:57:29
12    objection, please.                           11:57:30
13            THE WITNESS:  The Flow of Funds,     11:57:39
14    those are the Flow of Funds for $117 million in 11:57:39
15    each fiscal year.                            11:57:48
16    BY MS. MILLER:                               11:57:48
17       Q.   Not just any $117 million, right?    11:57:50
18       A.   Not just any $117 million;           11:58:04
19    correct.                                     11:58:11
20       Q.   Mr. Ahlberg, what moneys are the     11:58:11
21    PRIFA Flow of Funds that you prepared tracking? 11:58:13
22       A.   We generally track the first         11:58:22
23    $117 million of rum tax proceeds.            11:58:24
24       Q.   Okay.  And those are the moneys      11:58:33
25    that Section 1914 indicated were to be       11:58:34
```

**313**

```
 1    deposited in a Special Fund called the       11:58:39
 2    Puerto Rico Infrastructure Fund, right?      11:58:43
 3            MS. McKEEN:  Objection.              11:58:45
 4            THE WITNESS:  That is what this      11:58:45
 5    Section 1914 says.                           11:58:47
 6    BY MS. MILLER:                               11:58:47
 7       Q.   Okay.  And that's why you included   11:58:49
 8    them in the Flow of Funds because that's the 11:58:50
 9    money that's in dispute in this litigation,  11:58:53
10    right?                                       11:58:55
11       A.   I don't know if that's the           11:59:04
12    specific reason why we entered the Flow of   11:59:05
13    Funds as 117 million.                        11:59:12
14       Q.   And not just any 117 million of      11:59:13
15    rum taxes, the first 117 million of rum taxes, 11:59:16
16    right, that you were tracking?               11:59:20
17       A.   The first $117 million of rum        11:59:22
18    taxes in a given fiscal year, yes.           11:59:25
19       Q.   Mr. Ahlberg, did you review any of   11:59:34
20    the Commonwealth financial documents to see if 11:59:36
21    there was any discussion of a Puerto Rico    11:59:41
22    Infrastructure Fund?                         11:59:43
23       A.   I did not specifically review any    11:59:49
24    one particular document in search for the    12:00:00
25    phrase "Puerto Rico Infrastructure Fund."    12:00:03
```

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                April 23, 2020

### 314

1  Q.    Did you look at whether the                    12:00:10
2  Puerto Rico Infrastructure Fund was identified       12:00:12
3  as a Fund in the Commonwealth's audited              12:00:17
4  financial statements?                                12:00:20
5      A.    I can't recall off the top of my           12:00:32
6  head if that's something that's included in the      12:00:37
7  financial statements or not.                         12:00:37
8      Q.    I'm asking you if you looked.              12:00:37
9      A.    I did not look through the                 12:00:45
10 financial statements for that specific phrase.       12:00:47
11     Q.    Okay.  Did you look through the            12:00:52
12 financial statements generally for the concept       12:00:55
13 of a Fund established to hold the first              12:00:57
14 $117 million of rum excise taxes?                     12:01:01
15     A.    No.                                         12:01:10
16     Q.    All right.  Other than speaking to         12:01:10
17 Sylvia and two people at Treasury, did you do        12:01:17
18 anything else to determine whether or not the        12:01:21
19 Commonwealth in fact has a Fund called the           12:01:25
20 Puerto Rico Infrastructure Fund or another Fund      12:01:27
21 designated for the deposit of the first              12:01:30
22 $117 million of rum excise tax?                       12:01:32
23     A.    Outside of the conversations with          12:01:44
24 the individuals that I mentioned and -- no.          12:01:46
25     Q.    Okay.  So you did not look at any          12:01:52

### 315

1  documents to independently verify that, did         12:01:55
2  you?                                                 12:01:58
3      MS. McKEEN:  Objection.                          12:01:58
4      THE WITNESS:  No, but I did look                 12:02:04
5  at enough documents to satisfy myself that the       12:02:05
6  Flow of Funds presentation put together was          12:02:11
7  accurate.                                            12:02:16
8  BY MS. MILLER:                                       12:02:16
9      Q.    Okay.  And counsel represented to          12:02:17
10 us that at least since 2014, there has been no       12:02:19
11 Fund identified as the Puerto Rico                   12:02:22
12 Infrastructure Funds.  Do you understand that?       12:02:23
13     Sorry.  Do you agree with that                   12:02:25
14 representation?                                       12:02:27
15     A.    Yes.                                        12:02:27
16     Q.    Okay.  And you believe that to be          12:02:29
17 true, don't you?                                     12:02:31
18     A.    I guess.                                    12:02:32
19     Q.    So that's a yes?                            12:02:39
20     A.    Yes.                                        12:02:41
21     Q.    Okay.                                       12:02:44
22
23
24
25

### 316

1      MS. MILLER:  Kevin, I hate to do                 12:02:46
2  this to you, but I'd like to go back to the          12:02:48
3  audited financial statements, please, and I'd        12:02:49
4  like to go to page 347.  So it will be at 19B.       12:02:51
5  BY MS. MILLER:                                       12:02:51
6      Q.    Okay.  So here we are.  Look at            12:03:03
7  number 2.                                            12:03:22
8      Do you see that it's called                      12:03:25
9  Puerto Rico Infrastructure Financing                 12:03:26
10 Authority's Special Revenue Fund?  Do you see        12:03:28
11 that?                                                12:03:33
12     A.    I see that, yes.                            12:03:33
13     Q.    Okay.  And can you just read the           12:03:36
14 first sentence to me?                                12:03:37
15     A.    The Special Revenue Fund of the            12:03:43
16 Puerto Rico Infrastructure Financing Authority,      12:03:47
17 a blended component unit, is used to account         12:03:50
18 principally for the moneys received by the           12:03:55
19 Commonwealth up to $117 million of certain           12:03:57
20 federal excise taxes levied on rum and other         12:04:01
21 articles produced in Puerto Rico and sold in         12:04:05
22 the United States which are collected by the         12:04:07
23 U.S. Treasury and returned to the Commonwealth.      12:04:09
24     Q.    Did you have any discussions with          12:04:18
25 anybody at Treasury about what this Special          12:04:20

### 317

1  Revenue Fund is?                                     12:04:25
2      A.    No.                                         12:04:32
3      Q.    Would you have liked to have known         12:04:36
4  about that representation in the financial           12:04:36
5  statements when you were having discussions          12:04:42
6  about the Puerto Rico Infrastructure Fund?           12:04:44
7      UNIDENTIFIED SPEAKER:  Objection.                12:04:48
8      THE WITNESS:  I can't say whether                12:04:53
9  it would have impacted our conversations one         12:04:54
10 way or the other.                                    12:04:57
11 BY MS. MILLER:                                       12:04:57
12     Q.    Okay.  But would you have liked to         12:04:58
13 have at least known about it so you could ask?       12:05:00
14     MS. McKEEN:  Objection.                          12:05:04
15     THE WITNESS:  I can't say one way                12:05:09
16 or the other.                                        12:05:11
17     MS. MILLER:  I'd like to mark as                 12:05:49
18 an exhibit tab 1107, Monolines Exhibit 22.           12:05:50
19     (Monolines Exhibit 22 is                          12:05:50
20     introduced for the record.)                      12:06:40
21 BY MS. MILLER:                                       12:06:40
22     Q.    Okay.  Mr. Ahlberg, you have in            12:06:40
23 front of you a document that was marked              12:06:41
24 Exhibit 22.  If we go to the second page of the      12:06:43
25 exhibit, you'll see that it is the trust            12:06:46

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

25 (Pages 318 to 321)

---

**318**

```
1    agreement related to the Puerto Rico              12:06:54
2    Infrastructure Financing Authority to Citibank,   12:06:55
3    N.A?                                              12:06:55
4            Do you see that?                          12:07:01
5    A.    I see that.                                 12:07:01
6    Q.    Is this a document that you've             12:07:03
7    seen before?                                      12:07:05
8    A.    I don't recall specifically                12:07:18
9    reviewing this particular document.               12:07:19
10   Q.    Are you generally familiar with            12:07:28
11   the various accounts that were supposed to be     12:07:29
12   set up under both the Enabling Act and the        12:07:31
13   trust agreement for -- sorry -- through which     12:07:34
14   the first $117 million of rum taxes were          12:07:41
15   supposed to flow?                                 12:07:44
16           MS. McKEEN:  Objection.                   12:07:47
17           THE WITNESS:  I'm not an attorney.        12:07:48
18   I'm not specific of what those -- our trust       12:07:50
19   agreement requires in terms of bank accounts or   12:07:52
20   not.                                              12:07:56
21   BY MS. MILLER:                                    12:07:56
22   Q.    I'm not asking what was required.          12:07:56
23   I am just asking do you structurally understand   12:07:58
24   the Funds or account that the first               12:08:01
25   $117 million of Puerto Rico -- sorry -- of rum    12:08:04
```

**319**

```
1    excise taxes were supposed to flow through?       12:08:10
2    A.    I understand how the Funds did             12:08:17
3    flow.  I'm happy to answer any questions about    12:08:22
4    factual information that actually did happen      12:08:24
5    with respect to the Flow of Funds.                12:08:27
6    Q.    Okay.  Are you familiar with a             12:08:28
7    Fund called the Sinking Fund?                     12:08:31
8    A.    Can you be more specific?                  12:08:43
9    Q.    Yeah, we can turn to page 34 of            12:08:45
10   the document, which is Article IV, Section 401    12:08:54
11   of the trust agreement.                           12:09:00
12           Actually, let me ask you one other       12:09:05
13   thing before we get there.  We spoke yesterday    12:09:07
14   or Tuesday and then this morning about how the    12:09:10
15   TSA or the operational account of the             12:09:12
16   Commonwealth has within it revenues from          12:09:15
17   multiple Funds, correct?                          12:09:19
18   A.    It has within it cash receipts            12:09:25
19   from revenue recorded.                            12:09:31
20   Q.    From multiple Funds, right?                12:09:32
21   A.    What?                                       12:09:37
22   Q.    Obviously had cash receipts from           12:09:42
23   revenue recorded.  My point was did it have       12:09:45
24   cash receipts from revenue recorded in multiple   12:09:48
25   different Funds?                                  12:09:53
```

**320**

```
1            MS. McKEEN:  Objection.                   12:09:55
2            THE WITNESS:  Cash is comingled in       12:09:56
3    the TSA account, if that's your question.         12:09:59
4    BY MS. MILLER:                                    12:09:59
5    Q.    No.  My question is that you can           12:10:02
6    have General Fund money in an account and you     12:10:05
7    can have Fund 278 money in the account and you    12:10:08
8    can have federal fund money in the account, but   12:10:12
9    there is cash within a single account but the     12:10:14
10   cash is coming from various different Funds,       12:10:17
11   correct?                                          12:10:24
12           MS. McKEEN:  Objection.                   12:10:24
13           THE WITNESS:  The source of the          12:10:26
14   cash that ends up in the TSA are                  12:10:28
15   different -- different revenue types, different   12:10:32
16   Fund types.                                       12:10:33
17   BY MS. MILLER:                                    12:10:33
18   Q.    They're allocated on the                   12:10:36
19   Commonwealth's internal accounting document to    12:10:37
20   different Funds, right?                            12:10:39
21   A.    The revenues are tagged with Fund         12:10:43
22   number identifiers when revenue is recorded.      12:10:46
23   Q.    Okay.  And a single Fund can also          12:10:53
24   have multiple bank accounts associated with it,   12:11:01
25   right?                                            12:11:05
```

**321**

```
1            MS. McKEEN:  Objection.                   12:11:08
2            UNIDENTIFIED SPEAKER:  Objection.         12:11:11
3            THE WITNESS:  I'm not certain what       12:11:15
4    you mean.                                         12:11:16
5            MS. MILLER:  I don't understand          12:11:17
6    the objection.                                    12:11:18
7    BY MS. MILLER:                                    12:11:19
8    Q.    The General Fund -- does the               12:11:19
9    General Fund have multiple bank accounts?         12:11:22
10   A.    I don't think about Funds having          12:11:26
11   bank accounts.                                    12:11:28
12   Q.    Why not?                                    12:11:30
13   A.    Because Fund numbers are used to          12:11:31
14   record earned revenue and -- and don't -- don't   12:11:46
15   have anything to do with a cash balance, a        12:11:52
16   discrete cash balance in the TSA.                 12:11:54
17   Q.    Okay.  Well, can the General Fund          12:11:56
18   have separate accounting accounts, not bank       12:11:58
19   accounts, but just accounts that are used for     12:12:00
20   accounting purposes, internal Commonwealth        12:12:04
21   account numbers?                                  12:12:06
22           MS. McKEEN:  Object to the form.          12:12:08
23           THE WITNESS:  What do you mean by        12:12:16
24   "account numbers"?                                12:12:17
25                                                     
```

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

26 (Pages 322 to 325)

---

**322**

BY MS. MILLER:
Q.    Does the Commonwealth have any internal account numbers that it uses when moneys are received?
        MS. McKEEN:  Objection.
        THE WITNESS:  The way you're using "account" is pretty broad.
BY MS. MILLER:
Q.    I'm asking within the Commonwealth's internal accounting, does it use account numbers to identify different moneys within a particular Fund?
        MS. McKEEN:  Objection.
        THE WITNESS:  Revenue account number -- revenue account number, which would then be PRIFA systems referred to as a CFRA code.  It is possible that one Fund number could have a string of data.  That string of data would have a -- it could have one Fund number, you could have more than one different account number, but that's referring to the CFRA account code, the revenue account code within the PRIFA system.
BY MS. MILLER:
Q.    Okay.  And does the General Fund

---

**323**

have a balance?
A.    I don't think of a General Fund as having a balance in terms of cash.
Q.    Hmm.  What about in terms -- what about not in terms of cash?
A.    I don't think about the General Fund having balance.
Q.    Does the General Fund have a balance for accounting purposes?
A.    Not BCB, no note if they have balance for accounting purposes or not, but I don't think about Funds in terms of cash balances.
Q.    You've taken five postsecondary accounting classes.  So I understand you're not a Certified Public Accountant, but I think you can still answer my question.  And your answer was no, is that right, the General Fund does not have a balance -- it is your testimony that the General Fund does not have a balance for accounting purposes?
        MS. McKEEN:  Objection.
        THE WITNESS:  That's not what I said.
BY MS. MILLER:

---

**324**

Q.    What did you say?
A.    That I don't think about the General Fund as having a balance.
Q.    So how does that differ from what I said you said?
        MS. McKEEN:  Objection.
BY MS. MILLER:
Q.    I'm just looking for an answer?
A.    If the court reporter wants to repeat back what is said, sure.
Q.    Okay.  I don't want the court reporter to repeat back what I said.  I'd like you to look at Section 401 on Monolines Exhibit 22.  So I understand that you said that bank accounts within Funds made no sense.  I'd like you to look at the section Funds and Accounts.
        Do you see that?
        MS. McKEEN:  Object.
BY MS. MILLER:
Q.    Do you see that, Article IV titled Funds and Accounts?
A.    I see Article IV where it says Funds and Accounts.
Q.    Okay.  And do you have an

---

**325**

understanding of what the difference is between a Fund and an account?
A.    It depends on the context --
Q.    Okay.  What about in this context?
A.    Without reviewing this entire section, I'm not sure I could summarize --
        (Simultaneous speaking.)
A.    -- conjecture.
Q.    Okay.  So let's look at Section 401.  Section 401 is titled Banking Funds and Accounts.
        Do you see that?
A.    Yes.
Q.    And it says:
        A Special Fund is hereby created and designated Puerto Rico Infrastructure Financing Authority Special Tax Revenue Bond Sinking Fund, hereinafter -- herein sometimes called the Sinking Fund, to be held by the trustee.
        Do you see that?
A.    Yes.
Q.    And then it says:
        There are hereby created three separate accounts in the Sinking Fund

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

27 (Pages 326 to 329)

### 326

1  designated Bond Service Account, Redemption
2  Account, and Reserve Account.
3       Do you see that?
4       **A.    Yes.**
5       Q.    So now let me ask again.  Do you
6  understand that a Fund can have multiple bank
7  accounts associated with it?
8       MS. McKEEN:  Objections.
9       THE WITNESS:  I understand that in
10  the context of this document, that the Sinking
11  Fund that it mentions does appear to have
12  multiple accounts.
13  BY MS. MILLER:
14       Q.    And you had never heard of that
15  concept before, a Fund having multiple bank
16  accounts associated with it; is that right?
17       MS. McKEEN:  Objection,
18  mischaracterizes testimony.
19       THE WITNESS:  That's not what I
20  said.
21  BY MS. MILLER:
22       Q.    Okay.  Have you ever encountered
23  this concept of a Fund having multiple bank
24  accounts associated with it previously?
25       **A.    No, because the nature of my work**

### 327

1  **with -- with Funds is a little different than**
2  **what they're calling a Fund in this document.**
3       Q.    Okay.  In what way?
4       **A.    Because when I think of Funds, I**
5  **think of the Fund number identifiers within the**
6  **PRIFA system.**
7       Q.    Okay.  That's the only time you've
8  ever encountered the concept of a Fund with
9  respect to Puerto Rico and -- with respect to
10  Puerto Rico and the instrumentalities which are
11  designated as the 30(b)(6) to testify today?
12       MS. McKEEN:  Objection.
13       THE WITNESS:  I don't know.  What
14  was the question there?
15  BY MS. MILLER:
16       Q.    The question was that the Fund
17  designation within the PRIFA system is the only
18  time that you've encountered the concept of a
19  Fund with respect to Puerto Rico and the
20  instrumentalities with which you were
21  designated to teach as the 30(b)(6) to testify
22  today?
23       MS. McKEEN:  Objection.
24       THE WITNESS:  The concept of Funds
25  is very broad, so that's not the only context

### 328

1  in which I would have encountered the word or
2  concept of Fund.
3  BY MS. MILLER:
4       Q.    So what other contexts have you
5  encountered it in?
6       **A.    It's hard to say because people**
7  **use the term "Fund" very loosely.**
8       Q.    Okay.  In preparing the Flow of
9  Funds, did you ask for any documents that
10  mapped particular bank account numbers to
11  accounts or Funds identified in the relevant
12  bond documents for the trust agreement in the
13  Enabling Act that we just looked at?
14       MS. McKEEN:  Objection to the form
15  of the question.
16       THE WITNESS:  Would you repeat the
17  question?
18  BY MS. MILLER:
19       Q.    Yes.  In preparing the Flow of
20  Funds, did you ask whether there were any
21  documents that mapped particular bank account
22  numbers to accounts or Funds identified in the
23  relevant bond document within the trust
24  agreement and the Enabling Act that we just
25  looked at?

### 329

1       MS. McKEEN:  Objection.
2       THE WITNESS:  No.
3  BY MS. MILLER:
4       Q.    Why not?
5       **A.    I felt comfortable with the work**
6  **that I did to satisfy myself that the Flow of**
7  **Funds presentations that we submitted were**
8  **correct and accurate.**
9  BY MS. MILLER:
10       Q.    Do you know whether there are any
11  internal Commonwealth documents that map
12  specific bank accounts to the Funds and
13  accounts identified in the bond documents?
14       **A.    Is that a question?**
15       Q.    Yeah.
16       **A.    It didn't sound like it.  Would**
17  **you repeat it in a way that sounds like a**
18  **question?**
19       Q.    Okay.  Do you know whether there
20  are any internal Commonwealth documents that
21  map specific bank accounts to the Funds and
22  accounts identified in the bond documents?
23       **A.    I've seen no evidence of that.**
24       Q.    Okay.  Where did you look for
25  that, or let me ask before that.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

28 (Pages 330 to 333)

---

**330**

1    You didn't ask anybody for it.  So
2  did you independently look for such a document?
3    A.    No.
4    Q.    What's the basis for your
5  testimony that you don't believe there is any?
6    MS. McKEEN:  Objection, misstates
7  testimony.
8    THE WITNESS:  After discussions
9  with Treasury and PRIFA, I saw no evidence of
10  that.
11  BY MS. MILLER:
12    Q.    What were the nature of those
13  discussions?
14    A.    The nature of those discussions
15  were preparation for this deposition.
16    Q.    Okay.  So you're assuming that if
17  they had a document mapping particular Funds or
18  accounts, they would have mentioned it in the
19  course of the conversations even though you
20  didn't ask for it?
21    MS. McKEEN:  Objection.
22    THE WITNESS:  That would have
23  been -- I believe I would have been aware
24  of -- of any evidence to the contrary.
25

---

**331**

1  BY MS. MILLER:
2    Q.    How would you have been aware of
3  it?
4    A.    Again, through discussions with
5  the team mentioned.
6    Q.    Okay.  And your counsel
7  represented that the term "Puerto Rico
8  Infrastructure Fund" is not understood to refer
9  to a specific bank account or accounts or
10  accounting designations.  Are you aware of that
11  representation?
12    A.    Yes.
13    Q.    And do you believe it to be true?
14    A.    Yes.
15    Q.    How was that term understood?
16    A.    What term?
17    Q.    The Puerto Rico Infrastructure
18  Fund.
19    A.    It's understood to generally refer
20  to the first 117 million of rum Funds, rum
21  revenues.
22    Q.    Held in the TSA?
23    A.    Would you mind phrasing that as a
24  complete question?
25    Q.    Is it understood to generally

---

**332**

1  refer to the first $117 million of rum revenues
2  in the TSA?
3    A.    No, I think it generally refers to
4  the first 117 million of rum revenues earned.
5    Q.    Regardless of where they were?
6    A.    I'm speaking generally about the
7  concepts of the Infrastructure Fund as
8  understood by relevant individuals.
9    Q.    Okay.  And so the common
10  understanding of that term is that the first
11  $117 million of rum excise taxes are in the
12  Puerto Rico Infrastructure Fund?
13    MS. McKEEN:  Objection.
14    THE WITNESS:  No.
15  BY MS. MILLER:
16    Q.    Well, tell me again how you
17  understand it, how that term is generally
18  understood within the Commonwealth?
19    A.    Generally understood as the first
20  117 million of rum revenues in each fiscal
21  year.
22    Q.    Okay.
23    THE WITNESS:  How does anybody
24  feel about a break here, maybe breaking for
25  lunch?

---

**333**

1    MS. McKEEN:  I think it's fine for
2  us to take a break if Atara is close to a
3  stopping place.
4    MS. MILLER:  Okay.  I'm okay
5  taking a break.  Can we keep it short, like can
6  we come back at 2 o'clock, 1 o'clock Central,
7  does that work?  33 minutes, 32 minutes?
8    MS. McKEEN:  Tim, is that okay
9  with you?
10    THE WITNESS:  Okay.
11    MS. MILLER:  Okay.
12    MS. McKEEN:  Fine for us, Atara.
13    MS. MILLER:  All right.  Great,
14  thank you.
15    THE VIDEOGRAPHER:  We are off the
16  record at 12:28 p.m.
17    (Recess taken.)
18  A F T E R N O O N   S E S S I O N
19    THE VIDEOGRAPHER:  We are back on
20  the record at 1:04 p.m.
21  BY MS. MILLER:
22    Q.    Good afternoon, Mr. Ahlberg,
23  welcome back.
24    Do you understand moneys as being
25  deposited into the Infrastructure Fund?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

29 (Pages 334 to 337)

---

**334**

1    THE VIDEOGRAPHER: Counsel, excuse
2  me, I'm sorry. Before he answers, can we just
3  pause real slightly? I need to resize the
4  screen here and then we can reask the question.
5  I am so sorry.
6    MS. MILLER: That's okay. Okay.
7  BY MS. MILLER:
8    Q.  Do you understand moneys as being
9  deposited into the Infrastructure Fund?
10   A.  Yes.
11   Q.  Do you understand the
12  Infrastructure Fund as being a Fund held by
13  PRIFA?
14   MS. McKEEN: Objection.
15   THE WITNESS: I don't think the
16  Infrastructure Funds as being something held by
17  anyone at all.
18   THE REPORTER: I'm sorry,
19  Mr. Witness, can you repeat your answer and
20  move your phone a little bit closer? Thanks.
21   THE WITNESS: Is this better?
22   THE REPORTER: It is. Thank you.
23   THE WITNESS: Okay. I don't
24  remember the specific answer that I just gave.
25   MS. MILLER: I think for the court

---

**335**

1  reporter the answer was:
2    I don't think about the
3  Infrastructure Fund as being held by anybody.
4  Is that correct, Mr. Ahlberg?
5    THE WITNESS: That is correct.
6  Thank you.
7    MS. MILLER: I'm going to mark a
8  document as Exhibit -- Monolines Exhibit 23,
9  tab 1510, please.
10   (Monolines Exhibit 23 is
11    introduced for the record.)
12  BY MS. MILLER:
13   Q.  And while it's loading, I will
14  describe the document that you'll see on your
15  screen in a minute as Exhibit A to the
16  Supplemental Opposition of the Commonwealth of
17  Puerto Rico to Amended PRIFA Bondholder Motion
18  to Lift the Automatic Stay. And it's titled
19  Flow of Rum Taxes. Do you see that?
20   A.  I see that.
21   Q.  Okay. And if we could just look
22  at the next page. Is this a document that you
23  recognize?
24   A.  Please allow me to rotate it.
25   MS. McKEEN: Could we have the

---

**336**

1  documented rotated?
2    MS. MILLER: Sorry. Say that
3  again, Liz.
4    MS. McKEEN: I was just asking to
5  have the document rotated, and it has been. So
6  I appreciate that.
7    THE WITNESS: Okay. Now that we
8  have the document right side up, would you
9  please repeat the question?
10  BY MS. MILLER:
11   Q.  Sure. My question was just
12  whether this is a document that you've seen
13  before.
14   A.  Yes.
15   Q.  Is this a document that you saw in
16  connection with preparation for your testimony
17  today?
18   A.  Yes.
19   Q.  Is this a document that you had
20  seen before your testimony?
21   A.  No.
22   UNIDENTIFIED SPEAKER: Objection.
23  BY MS. MILLER:
24   Q.  So you weren't involved in
25  preparing the Flow of Funds, were you?

---

**337**

1    A.  I was not involved in preparing
2  this document.
3    Q.  Okay. And so I just want to
4  direct your attention to the bottom half of the
5  page on the right-hand side. It identifies the
6  PRIFA Infrastructure Fund. Do you see that?
7    A.  Where specifically?
8    Q.  There's a red box between two
9  green boxes on the right-hand side. Do you see
10  that?
11   A.  Yes, I see that, thank you.
12   Q.  Okay. And in the red box, the
13  Flow of Funds is indicating money flowing from
14  the TSA to the Puerto Rico Infrastructure Fund.
15   Do you see that? Do you see that,
16  Mr. Ahlberg?
17   A.  I see the green box there, where
18  it says:
19    The lockbox trustee (Citibank)
20  remits up to the first $117 million of rum tax
21  remittances to the TSA where it is comingled
22  with other funds.
23   Q.  Yes. So on top of that, there
24  seems to be blue writing that's identifying the
25  account, and that says TSA (held by

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

30 (Pages 338 to 341)

**338**

1  Commonwealth).  01:10:12
2      Do you see that?  01:10:12
3  **A.    I see that.**  01:10:18
4  Q.    Okay.  And then the flow is  01:10:19
5  indicating that moneys are moving from the TSA  01:10:20
6  down into the PRIFA Infrastructure Fund which  01:10:27
7  is identified on this Flow of Funds as held by  01:10:27
8  PRIFA.  Do you see that?  01:10:33
9  **A.    I see the arrows that you are**  01:10:41
10 **referring to.**  01:10:43
11 Q.    Okay.  And in that red box  01:10:47
12 describing the PRIFA Infrastructure Fund, the  01:10:49
13 Flow of Funds indicates that historically, the  01:10:53
14 Commonwealth appropriated 117 million and  01:10:57
15 deposited such moneys into the PRIFA  01:10:59
16 Infrastructure Fund for its "corporate  01:11:01
17 purposes" and subject to Section 8, Article IV  01:11:03
18 of the Puerto Rico Constitution.  01:11:06
19     Do you see that?  01:11:08
20 **A.    I see where it says that on this**  01:11:08
21 **document.**  01:11:11
22 Q.    Okay.  And based on all of the  01:11:11
23 work that you've done in connection with  01:11:14
24 putting together Flow of Funds documents, is  01:11:16
25 that consistent with your understanding of the  01:11:20

**340**

1  into a PRIFA bank account called the  01:12:56
2  Infrastructure Fund?  01:12:58
3  **A.    No.**  01:13:03
4      MS. MILLER:  Okay.  So now I'd  01:13:13
5  like to mark as Monolines Exhibit 24 a letter  01:13:15
6  from counsel dated March 21, 2020, which  01:13:28
7  attaches a Flow of Funds that I believe you did  01:13:33
8  prepare for PRIFA.  01:13:40
9      (Monolines Exhibit 24 is  01:13:40
10     introduced for the record.)  01:14:22
11     MS. MILLER:  Would you go back to  01:14:22
12 the first page of the exhibit and rotate the  01:14:22
13 exhibit, please?  01:14:26
14 BY MS. MILLER:  01:14:26
15 Q.    Okay.  Do you recognize this  01:14:28
16 document?  01:14:30
17 **A.    Yes.**  01:14:30
18 Q.    And did you prepare this document?  01:14:30
19 **A.    Will you allow me to briefly look**  01:14:38
20 **through the other pages?**  01:14:45
21 Q.    Yes.  Do you have the controls  01:14:47
22 that you need?  01:14:49
23 **A.    Yes, thank you.**  01:14:51
24     **The answer to your question is**  01:14:53
25 **yes.**  01:14:54

**339**

1  PRIFA Flow of Funds?  01:11:23
2      MS. McKEEN:  Object to form.  01:11:31
3      THE WITNESS:  I don't know.  It's  01:11:32
4  not an exercise that we did to map this  01:11:34
5  document to the Flow of Funds that I prepared.  01:11:37
6  BY MS. MILLER:  01:11:37
7  Q.    I'm not asking you to map, though.  01:11:42
8  I'm just asking you whether it is consistent  01:11:45
9  with your -- everything that you know and all  01:11:47
10 of the analysis that you did -- have done that  01:11:51
11 the moneys flowed from the TSA into a bank  01:11:56
12 account held by PRIFA called the Puerto Rico  01:12:01
13 Infrastructure Fund.  01:12:04
14 **A.    Would you please repeat the**  01:12:17
15 **question?**  01:12:18
16 Q.    Is it consistent, based on all of  01:12:22
17 the work and analysis that you did putting  01:12:24
18 together the PRIFA Flow of Funds in this  01:12:27
19 matter, is it your understanding --  01:12:29
20 **A.    I don't know.  I did not analyze**  01:12:39
21 **this document for consistency with the Flow of**  01:12:42
22 **Funds documents that I prepared.**  01:12:45
23 Q.    Okay.  Is it your understanding,  01:12:46
24 based on all of the work that you've done, that  01:12:49
25 money flowed historically from the TSA account  01:12:52

**341**

1  Q.    Okay.  And what documents did you  01:14:55
2  review in preparing these Flow of Funds?  01:15:00
3  **A.    Generally, we reviewed bank**  01:15:07
4  **statements and transfer letters or voucher**  01:15:10
5  **information.**  01:15:13
6  Q.    Okay.  And I want to look at the  01:15:19
7  first slide on this, which is the rum taxes  01:15:23
8  June '14 to June 2015.  And I know yesterday --  01:15:28
9  or Tuesday, you had a discussion with  01:15:31
10 Mr. Natbony about the various colors used in  01:15:34
11 the chart and what they mean, and I just want  01:15:37
12 to confirm with you that they have the same  01:15:39
13 meaning in the PRIFA Flow of Funds as they did  01:15:42
14 in the HTA Flow of Funds that you were asked  01:15:45
15 about on Tuesday.  01:15:47
16 **A.    Yes.**  01:15:48
17 Q.    Okay.  And so to review, the gray  01:15:58
18 box indicates a Commonwealth account; is that  01:16:03
19 right?  01:16:06
20 **A.    Yes.**  01:16:06
21 Q.    And what does the blue box  01:16:07
22 indicate?  01:16:09
23 **A.    In this -- in these cases, the**  01:16:10
24 **blue boxes would indicate that PRIFA's name**  01:16:14
25 **would be on the bank statements of those**  01:16:19

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                           April 23, 2020

31 (Pages 342 to 345)

### 342

1  accounts.

2  Q.  Okay.  And when you say PRIFA's

3  name would be on it, do you mean as account

4  holder?

5  A.  Yes.

6  Q.  Okay.  And what does the yellow

7  box indicate?

8  A.  Yellow box indicates an account

9  that is not a Commonwealth or PRIFA account.

10  Q.  Okay.  And I know it all starts

11  with a curved edge with an orange box or peach

12  box.  I don't know what color that's supposed

13  to be.  What does that indicate?

14  A.  That indicates the rum taxes.

15  Q.  And it's just the taxes

16  themselves?

17  A.  Yeah, yes.

18  Q.  And when generated before they

19  flow into a Commonwealth -- any Commonwealth or

20  Commonwealth instrumentality account; is that

21  right?

22  A.  Correct, as in when funds are

23  collected in bonded warehouses.

24  Q.  All right.  I missed the end,

25  "collected in bonded warehouses"?

### 343

1  A.  I think that's the -- the term

2  that's used by U.S. Treasury.  Maybe I don't

3  recall that term specifically.

4  Q.  Okay.  Can you just -- it's not a

5  term I'm familiar with.  Can you just tell me

6  what that means?

7  A.  Just in general, meaning that U.S.

8  Treasury or U.S. Treasury collects these taxes

9  at different -- at different points of

10  collection.

11  Q.  All right.  And then they all flow

12  into, at this time, January '14 to June '15,

13  into the 006 account; is that right?

14  A.  Correct.

15  Q.  Okay.  And then certain

16  accounts -- of these accounts have yellow stars

17  on them.  And is that, as you testified on

18  Tuesday, to denote accounts that have comingled

19  funds?

20  A.  Correct.

21  Q.  And what do you mean by "comingled

22  funds"?

23  A.  On this specific slide, the

24  comingling designation would represent that

25  revenues besides rum taxes are received into an

### 344

1  account.

2  Q.  And what money specifically is

3  this Flow of Funds tracking?

4  A.  This Flow of Funds is tracking the

5  first 117 million of rum revenues in this time

6  period, within this time period.

7  Q.  Okay.  I'm going to ask a basic

8  question.  I hope you can help me with it.

9  How were you able to determine

10  when the moneys flowed from the 006 account to

11  the GDB 1891 account if those were part of this

12  $117 million of rum taxes?

13  A.  By reviewing either transfer

14  letter or voucher information that would have

15  indicated a source of funds for that transfer.

16  Q.  Can you explain to me a little bit

17  more what you mean?

18  A.  In review of transfer letters or

19  vouchers that correspond with a transfer from

20  GDB account 0006 to GDB account 1891, there

21  would be an indication that the source of

22  revenue for that cash transfer was in fact

23  rum -- rum proceeds.

24  Q.  So meaning if there was a letter

25  from Treasury saying send 35 million -- or

### 345

1  $23 million from the 006 account to the 1891

2  account as the first transfer of rum excise

3  taxes, that was evidence to you that if you saw

4  that $23 million transfer into 1891, that that

5  was in fact from the rum excise taxes.  Is that

6  your testimony?

7  A.  Right.  That hypothetical

8  $23 million transfer would have accompanying

9  transfer letter or voucher detail that would

10  indicate the source of funds for that transfer

11  being rum revenues.

12  Q.  Okay.  And are the transfer

13  letters and vouchers maintained as part of the

14  Commonwealth accounting documents?

15  MS. McKEEN:  Object.

16  THE WITNESS:  The Commonwealth

17  maintains and -- maintains historical records

18  of vouchers or transfers, if that's what you

19  meant.

20  BY MS. MILLER:

21  Q.  Okay.  And can you tell me

22  specifically what in a voucher would identify

23  the source of funds?

24  A.  I don't recall specifically

25  without looking at an individual voucher.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

32 (Pages 346 to 349)

---

346

```
1        Q.    Okay.  And so you don't recall        01:22:37
2   specifically any particular notation account      01:22:39
3   number or other designation on a transfer         01:22:45
4   voucher that would indicate that revenues are     01:22:47
5   from the first $117 million of rum excise         01:22:50
6   taxes; is that right?                             01:22:55
7        MS. McKEEN:  Objection.                      01:22:57
8   BY MS. MILLER:                                    01:22:59
9        Q.    Let me just ask it straight up:        01:22:59
10        Do you recall any specific                  01:23:01
11   notation or account number on the transfer       01:23:03
12   voucher that would indicate that the revenues    01:23:06
13   are from the first $117 million of rum excise    01:23:09
14   taxes?                                           01:23:12
15        MS. McKEEN:  Objection.                     01:23:15
16        THE WITNESS:  There is a -- excuse          01:23:16
17   me.  There is a revenue code, revenue SFRA       01:23:19
18   account code that is used when recording the     01:23:25
19   revenues from rum proceeds.                      01:23:29
20   BY MS. MILLER:                                   01:23:31
21        Q.    And what is that revenue code?        01:23:31
22        A.    I can't recall specifically off       01:23:38
23   the top of my head.  I think it's R2220, but I   01:23:40
24   would be able to know it if we looked at a       01:23:44
25   voucher together to verify.                      01:23:48
```

---

347

```
1        Q.    Okay.  Well, that's -- does R4220     01:23:49
2   sound familiar?                                   01:23:54
3        A.    It sounds familiar, but without       01:23:59
4   looking at the voucher to confirm, I am not       01:24:00
5   100 percent positive.                             01:24:03
6        Q.    Okay.  Would the voucher tell you      01:24:04
7   specifically that it's rum taxes, or would it     01:24:05
8   just have that account code on it?                01:24:08
9        A.    It will have the -- a voucher          01:24:09
10   would have that account code, and the voucher    01:24:11
11   may or may not reference rum on the voucher      01:24:24
12   apart from just a revenue code.                  01:24:29
13        Q.    And would you be able to go into      01:24:33
14   the PRIFA system and pull all vouchers within    01:24:35
15   R4220 revenue there?                             01:24:40
16        A.    I'm not positive.  We would have      01:24:57
17   to follow up on that and get back to you.        01:25:01
18        Q.    So you don't know if the revenue      01:25:04
19   code is a query that you can run within the      01:25:06
20   system?                                          01:25:08
21        A.    I know for a fact that you can run    01:25:09
22   a query within the PRIFA system and the          01:25:13
23   parameters of which Revenue Code 4220 could be   01:25:16
24   one of those parameters.  But when I think       01:25:21
25   about programming that query and running that    01:25:24
```

---

348

```
1   query, I don't think of that query as spitting   01:25:27
2   out the voucher, factual voucher that            01:25:31
3   corresponds with each of those transactions.     01:25:37
4   Vouchers are recorded within the system, and     01:25:41
5   you can go in and pull vouchers.                 01:25:44
6        Q.    Well, would it -- what would the      01:25:50
7   output be of that query in the PRIFA system?     01:25:53
8        A.    You could run a report within the     01:26:03
9   PRIFA system that would show all revenue earned  01:26:05
10   during a discrete time period of your choosing  01:26:11
11   under any revenue account code, but specific    01:26:14
12   to this case for Revenue Code 4220, I believe it 01:26:17
13   wasn't.                                          01:26:25
14        Q.    And how long would it take to run    01:26:25
15   such a query and get the report?                01:26:27
16        A.    I am not certain exactly how long    01:26:36
17   it takes to process a query like that, but I    01:26:37
18   would imagine that would be something that      01:26:41
19   could be accomplished in a day.                  01:26:44
20        Q.    Do you know whether queries can be   01:26:48
21   run in the PRIFA system remotely or whether you 01:26:50
22   need to specifically be within the Treasury     01:26:57
23   offices to run them?                             01:26:59
24        A.    I'm not positive.  I think there     01:27:02
25   are DCMs that exist for people to run queries   01:27:08
```

---

349

```
1   if they're not physically there, but I would     01:27:10
2   have to double-check on that and let you know     01:27:13
3   for certain.                                      01:27:16
4        Q.    Have you personally ever accessed     01:27:17
5   the PRIFA system and run a query on anything      01:27:19
6   remotely?                                         01:27:21
7        A.    No.                                    01:27:25
8        Q.    Okay.  Do you know whether the        01:27:25
9   R4220 revenue code continues to attach to rum    01:27:30
10   taxes that are collected today?                  01:27:39
11        A.    I believe that that revenue          01:27:49
12   account code is still used to record rum         01:27:51
13   revenues that are earned.                        01:27:53
14        Q.    Okay.  And this chart, which is      01:28:18
15   part of Monolines Exhibit 24, indicates four    01:28:23
16   dotted arrow lines going from the 006 account   01:28:27
17   to a GDB 0704 account.  Do you see that?        01:28:30
18        A.    Yes.                                  01:28:37
19        Q.    Do you know what the GDB 0704        01:28:37
20   account is?                                      01:28:42
21        A.    An operational account at PRIFA.     01:28:48
22        Q.    And the dotted arrow is footnoted    01:28:55
23   to mean that it's a discrete one-time transfer.  01:29:02
24   Do you see that?                                 01:29:05
25        A.    I do see that.                        01:29:05
```

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

33 (Pages 350 to 353)

---

**350**

1  Q.    Is that a designation that you put    01:29:06
2  on that?    01:29:09
3  A.    Yes.    01:29:14
4  Q.    Sorry.  Is that a designation that    01:29:15
5  you attributed to those transfers?    01:29:17
6  A.    Yes.    01:29:19
7  Q.    What do you mean by a discrete    01:29:19
8  one-time transfer?    01:29:30
9  A.    I mean a one-time transfer.  In    01:29:41
10  this case, there were four one-time transfers    01:29:45
11  for the exact same amount.    01:29:48
12  Q.    How does that differ from the    01:29:49
13  transfers between, for example, the 006 account    01:29:51
14  and the 1891 account?    01:29:55
15  A.    I believe there are just more    01:30:08
16  than -- more -- more transfers and then in    01:30:11
17  differing amounts.    01:30:13
18  Q.    Do you know how many transfers of    01:30:22
19  rum taxes there were annually from the 006    01:30:25
20  account to the 1891 account?    01:30:28
21  A.    I don't know off the top of my    01:30:40
22  head how many transfers there were from 0006 to    01:30:43
23  1891.    01:30:45
24  Q.    And if there had only been four,    01:30:49
25  you would have designated them by dotted arrow    01:30:50

**351**

1  line?    01:30:52
2          I'm trying to understand.  Is the    01:30:59
3  number of transfers the only thing that is    01:31:01
4  different between the dotted arrow transfers    01:31:03
5  and the solid arrow transfer?    01:31:05
6  A.    Okay.  Would you mind repeating    01:31:23
7  the question, please?    01:31:25
8  Q.    If there had been only four    01:31:27
9  transfers of rum taxes from the 006 account to    01:31:30
10  the 1891 account, would you have designated    01:31:35
11  them on this Flow of Funds with dotted arrows?    01:31:37
12  A.    No.  The dotted arrows and the use    01:32:00
13  of those four -- the four $1 million transfers    01:32:12
14  from GDB 0006 to 0704 was done with the reader    01:32:18
15  of this presentation in mind just to make    01:32:22
16  things as understandable as possible.    01:32:27
17  Q.    Okay.  Given that it's confusing    01:32:32
18  me, I'm asking for a little bit of    01:32:34
19  clarification.    01:32:36
20          So the -- I'm trying to    01:32:38
21  understand.  Does the dotted line distinguish    01:32:44
22  between the nature of the transfer from box to    01:32:50
23  box?    01:32:55
24  A.    The transfers from 0006 to 0704 do    01:32:58
25  represent discrete transfers for operational    01:33:06

**352**

1  purposes of PRIFA, which is different than the    01:33:08
2  transfers to GDB 1891, which end up flowing to    01:33:13
3  a US Bank.    01:33:18
4  Q.    And what's the difference?    01:33:21
5  A.    Those four million dollar -- those    01:33:25
6  four $1 million transfers were transferred to    01:33:30
7  PRIFA for operational purposes.    01:33:36
8  Q.    Okay.  And is the flow from 006 to    01:33:42
9  1891 not indicated by a broken arrow because    01:33:46
10  those transfers were subject to legislation or    01:33:54
11  some other obligation to transfer those moneys?    01:34:00
12          MS. McKEEN:  Objection.    01:34:00
13          THE WITNESS:  I did not consider    01:34:09
14  legislation or allegations when determining    01:34:11
15  whether to use a dotted line or a bold,    01:34:14
16  nondotted line.    01:34:20
17  BY MS. MILLER:    01:34:21
18  Q.    Did you consider whether there was    01:34:21
19  a standing direction to transfer the money?    01:34:23
20  A.    That would not have been something    01:34:34
21  I considered when determining whether to use a    01:34:36
22  dotted line or not.    01:34:38
23  Q.    Okay.  So what did you consider in    01:34:39
24  determining whether to use a dotted line or    01:34:42
25  not?    01:34:44

**353**

1  A.    As mentioned, those dotted lines    01:34:46
2  represent $1 million transfers to PRIFA's    01:34:49
3  operational account for operation purposes,    01:34:53
4  which is different than the transfers to    01:34:56
5  Account 1891, which are not used for    01:34:58
6  operational purposes during this time period    01:35:00
7  into a US Bank.    01:35:05
8  Q.    Do the dotted lines mean used for    01:35:05
9  operational purposes and in light of the fact    01:35:08
10  they're footnoted?    01:35:13
11  A.    The dotted lines are a discrete    01:35:15
12  one-time transfer, and then just for added    01:35:19
13  clarification, I've explained to you that those    01:35:22
14  represent operational transfers.    01:35:27
15  Q.    How does a discrete one-time    01:35:28
16  transfer differ from the transfers from 006 to    01:35:30
17  1891?    01:35:34
18  A.    Discrete one-time transfers were    01:35:45
19  transferred for operational purposes to PRIFA's    01:35:48
20  operational account.    01:35:51
21  Q.    Okay.  I'm going to just move on    01:35:58
22  because I'm not getting an answer, but I still    01:36:00
23  don't understand it.  So we may follow up with    01:36:02
24  a letter to get a more comprehensive answer and    01:36:06
25  explanation for what "discrete one-time    01:36:09

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

34 (Pages 354 to 357)

---

**354**

1    transfer" means.
2         Do you know whether those moneys
3    that were transferred into the 0704 account
4    were transferred out of that account?
5         A.    I do not know because once those
6    transfers are within the PRIFA operational
7    account, they are comingled and
8    indistinguishable from other sources of
9    revenue.
10        Q.    Okay.  So if you had been able to
11   distinguish and identify the $4 million from
12   the 0704 account based on transfer vouchers,
13   transfer orders or other documents, you would
14   have indicated the next step in the Flow of
15   Funds for those moneys; is that right?
16        MS. McKEEN:  Objection.
17   BY MS. MILLER:
18        Q.    Let me just ask it.
19        If you had been able to
20   distinguish and identify those $4 million on
21   the outflow side as coming from the rum tax
22   revenues, would you have shown the next step in
23   the Flow of Funds from the 0704 account?
24        A.    I'm assuming that those funds are
25   comingled into Account 0704 and that you'd be

---

**355**

1    unable to distinguish transfers whose source of
2    revenue is these transfers in or were not -- or
3    other transfers into Account 0704.
4         Q.    Okay.  But the rum tax revenues
5    are comingled into the 006 account, right?  And
6    you just explained, I think quite well, how you
7    were able to identify and distinguish them from
8    all the other money in the 006 account as being
9    transferred into the 1891 account, right?
10        A.    Would you mind repeating that?
11        Q.    Yeah.  The rum taxes flowed into
12   the 006 account, which itself is a comingled
13   account, correct?
14        A.    Correct.
15        Q.    But you were able to distinguish
16   the rum tax revenues that flowed from the
17   comingled account into the GDB 1891 account,
18   right?
19        A.    We were able to determine that the
20   source of funds of that transfer from 0006 to
21   1891 was rum tax revenues.
22        Q.    Okay.  So the fact that the moneys
23   were in a comingled account didn't preclude you
24   from identifying, as they flowed out, what the
25   source of those revenues were, correct?

---

**356**

1         A.    Correct.
2         Q.    Okay.  So my question is on GDB
3    0704, if you similarly had evidence like what
4    you had with respect to the transfer from 006
5    to 1891 that indicated that the next step in
6    the Flow of Funds related directly to the rum
7    tax revenues, would it have been so indicated
8    on this chart?
9         A.    Would you repeat the question
10   again?
11        Q.    Okay.  I'm just going to ask
12   another question, then move on.
13        Did you do anything -- sorry,
14   scratch that.
15        Did you look at the outflows from
16   the 0704 account to indicate whether you could
17   identify rum tax revenues as a source of the
18   revenue for any of those outflows?
19        A.    No.  It was my understanding that
20   they are comingled in Account 0704 and
21   indistinguishable from one another.
22        MS. MILLER:  Okay.  I want to
23   look -- I'm going to mark as Exhibit 25
24   tab 1202, please.
25

---

**357**

1         (Monolines Exhibit 25 is
2         introduced for the record.)
3    BY MS. MILLER:
4         Q.    Okay.  Mr. Ahlberg, you have in
5    front of you a document that was marked
6    Monolines Exhibit 25.  Do you see that?
7         A.    I see the document, yes.
8         Q.    Is this a document that you've
9    seen before?
10        A.    Do you have a certified
11   translation of this document?
12        Q.    I do.  Do you need an English
13   translation to tell me whether you've seen it
14   before?  You probably haven't seen the English
15   translation before.
16        MS. MILLER:  I think -- Kevin, I
17   think the English translation is 1202A, if you
18   want to load that, and maybe we can merge them
19   into a combined exhibit.
20        Does anyone have an objection if
21   we mark this as 1202A and then we merge it into
22   a combined exhibit at the end of the deposition
23   so we don't have two exhibits?
24        MS. McKEEN:  I don't have an
25   objection to that.  I think for Exhibit 25, it

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                        April 23, 2020

35 (Pages 358 to 361)

358

1  would certainly be helpful for the record if
2  that exhibit, plus the original certified
3  translation is one exhibit.  I think that's how
4  we did prior deposition exhibits.
5          MS. MILLER:  Okay.  Perfect.
6  BY MS. MILLER:
7      Q.    Okay.  So, Mr. Ahlberg, you now
8  have in front of you Exhibit 25, what's now
9  being marked as 25A, but I'm just going to
10 refer to it as Exhibit 25 because we are going
11 to merge them after the deposition, and this is
12 the certified English translation of the
13 account opening document.
14     A.    Okay.  Thanks.
15         MS. MILLER:  Okay.  All right.  My
16 team is telling me that my binder has some
17 stuff earlier, that they're already merged in
18 the system, so it's all Exhibit 25, and the
19 back pages are the certified English
20 translation.  So you can go back and forth as
21 necessary.
22 BY MS. MILLER:
23     Q.    So, Mr. Ahlberg, now that you have
24 the English in front of you, can you tell me
25 whether this is a document that you've seen

359

1  before?
2      A.    I have not reviewed this specific
3  document before.
4      Q.    Okay.  Have you seen other
5  documents like this before?
6      A.    I have seen other agreements for
7  opening of bank accounts.
8      Q.    Okay.  Hold on a second.  Hold on
9  a second.  I lost it.  I'll see if it comes
10 back up again.
11         Okay.  So I want you just to look
12 at the document.  Do you see at the top it
13 indicates -- excuse me -- it indicates the
14 agency?
15     A.    I see that under Agency it says:
16 Banco Gubernamental de Fomento para PR.
17     Q.    Okay.  And do you see the name of
18 this bank account, that the purpose of the
19 account is AFI bond debt service?  Do you see
20 that?
21     A.    I see that.
22     Q.    And you understand AFI to be the
23 Spanish acronym for PRIFA?
24     A.    Yes.
25     Q.    Okay.  And this account -- and

360

1  then if you turn to the third page of
2  Exhibit 25.  Okay.  So it has the information
3  and it identifies an account number.  Do you
4  see that?
5      A.    Yes.
6      Q.    And you see the account is the
7  1891 account; is that right?
8      A.    Yes.
9      Q.    And if we could just go back one
10 page, it indicates there's a depositor agency
11 listed.  Do you see that?
12     A.    Yes, I see that.
13     Q.    And what deposit -- what is the
14 depositor agency?
15     A.    It says on this document that the
16 depositor agency is the Banco Gubernamental de
17 Fomento para PR.
18     Q.    Okay.  And if you go to the next
19 page in the exhibit, it identifies the customer
20 name.  Do you see that?
21     A.    Under Customer Name I see Banco
22 Gubernamental de Fomento para PR.
23     Q.    Okay.  And then if we could just
24 look at the next -- or sorry -- two pages out,
25 the 4741, this is an e-mail chain dated -- I

361

1  guess it runs from November 18, 2009, through
2  November 20th, 2009.  Do you see that?
3      A.    Yes.
4      Q.    And are you familiar with any of
5  the people who are involved in this e-mail
6  chain?
7      A.    I'm not familiar with any of the
8  individuals whose names are on this e-mail
9  chain.
10     Q.    Okay.  But you see they're all
11 identified as being at the GDB?
12     A.    That's what it says here.
13     Q.    Okay.  And if you look at the top
14 e-mail in the chain as the most recent -- or
15 sorry -- the second e-mail down on the page,
16 the one with the time stamp November 19, 2009,
17 at 9:10 a.m., do you see that?
18     A.    Yes.
19     Q.    And there's a question that says:
20 Hi, Arnaldo, can you please
21 provide me with the title of Mr. Rivera and
22 Mr. Garcia?  I would also like to know if the
23 account is in the name of ASI or of the bank.
24         Do you see that?
25     A.    Yes, I see that.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

36 (Pages 362 to 365)

362

```
1    Q.    And do you see the response?              01:49:12
2    A.    Yes, I see the response.                  01:49:20
3    Q.    Okay.  And can you just read the          01:49:21
4  second line of the response?                      01:49:24
5    A.    Is it okay if I read the whole            01:49:28
6  response?                                         01:49:37
7    Q.    Yeah, you can read the whole              01:49:39
8  thing.  I just meant aloud.                       01:49:39
9    A.    Gabriel Rivera is the director of         01:49:43
10 public financing and Jesus Garcia is the          01:49:46
11 Assistant Director of Public Financing.  In the   01:49:53
12 name of the bank, But referencing the AFI Debt    01:49:53
13 Service.                                          01:49:56
14   Q.    Okay.  And just looking back at           01:49:57
15 the Flow of Funds which is Exhibit 24, from       01:49:59
16 January 2014 to January 2015 -- sorry -- to       01:50:04
17 June 2015, do you see the 1891 account on this    01:50:09
18 exhibit?                                          01:50:28
19   A.    Yes, I see the account 1891.              01:50:28
20   Q.    Okay.  And you testified                  01:50:30
21 previously that blue meant that it was in         01:50:31
22 PRIFA's name; is that right?                      01:50:34
23   A.    Yeah, I referenced that PRIFA's           01:50:40
24 name would be on the bank statement.              01:50:44
25   Q.    Okay.  And what's the basis for           01:50:46
```

363

```
1  your position that the 1891 account was held in   01:50:52
2  PRIFA's name?                                      01:50:55
3    A.    I didn't say it was held in               01:50:59
4  PRIFA's name.  I just mentioned that PRIFA's --   01:51:01
5  PRIFA's name would be on the bank statements.     01:51:04
6    Q.    Okay.  So I think you said that,          01:51:08
7  and then I specifically asked you -- and we can   01:51:11
8  go back if you need to, but I specifically        01:51:14
9  asked if by that you meant that PRIFA was the     01:51:16
10 account holder.  Do you recall that?              01:51:20
11   A.    I do recall you asking me that            01:51:30
12 question.                                         01:51:31
13   Q.    Okay.  And you said yes.  Do you          01:51:33
14 recall giving me that answer?                     01:51:35
15   A.    Yes, I do remember giving that            01:51:36
16 answer.  I meant to answer in the context of      01:51:43
17 meaning that PRIFA's name would be on their       01:51:49
18 bank statement.                                   01:51:51
19   Q.    Well, I said:                             01:51:55
20         What does the blue box indicate?          01:51:55
21         And you said:                             01:52:00
22         In the case of the blue box, it           01:52:02
23 would indicate that PRIFA's name would be on      01:52:03
24 the bank account statement of those accounts.     01:52:05
25         And I said:                               01:52:07
```

364

```
1    Q.    Okay.  And when you said PRIFA's          01:52:08
2  name would be on it, do you mean as an account    01:52:10
3  holder?                                           01:52:12
4          And you said:                             01:52:13
5          Yes.                                      01:52:13
6          Do you recall me asking those            01:52:14
7  questions and you giving those answers?           01:52:16
8    A.    Yes.                                      01:52:19
9    Q.    I'm asking you what the basis is          01:52:23
10 for your testimony that PRIFA is an account       01:52:26
11 holder of the 1891 account.                       01:52:31
12   A.    I remember answering your                 01:52:38
13 question, original question in that way, and      01:52:40
14 what I meant is that I knew that PRIFA's name     01:52:42
15 was on the bank statements.  I'm just -- I'm      01:52:44
16 not an attorney.  I'm not certain if account     01:52:49
17 holder or not holder is a legal term that has     01:52:52
18 an implication I'm not aware of.                  01:52:55
19   Q.    I'm not talking about a legal             01:52:57
20 term.  I'm just asking you whether it is a        01:52:59
21 PRIFA account or not a PRIFA account.             01:53:02
22   A.    And my answer would be that              01:53:09
23 PRIFA's name is on the bank statement.            01:53:12
24   Q.    So you don't know if it's a PRIFA         01:53:15
25 account or not?                                   01:53:17
```

365

```
1          MS. McKEEN:  Objection.                   01:53:18
2          THE WITNESS:  I know PRIFA's name         01:53:23
3  is on the bank statement.                         01:53:24
4          MS. MILLER:  Can I ask someone            01:53:36
5  from my team to pull up a bank statement for      01:53:39
6  the 1891 account so Mr. Ahlberg can show us       01:53:42
7  where PRIFA's name is on the account statement,   01:53:46
8  please?                                           01:53:52
9  BY MS. MILLER:                                     01:53:52
10   Q.    This might take a minute,                 01:53:55
11 Mr. Ahlberg.  I apologize.                        01:53:56
12   A.    No problem.                               01:54:00
13   Q.    While you're waiting or while             01:54:27
14 we're waiting, based on Exhibit 25 that we just   01:54:30
15 looked at, would you agree with me that the GDB   01:54:32
16 is the account holder of the 1891 account?        01:54:35
17   A.    You asked me to confirm if GDB is         01:54:58
18 the account holder of this account?               01:55:01
19   Q.    I'm asking you whether, based on          01:55:04
20 Monolines Exhibit 25, which we could put that     01:55:08
21 one back up, you would agree with me that the     01:55:13
22 GDB is actually the account holder of the 1891    01:55:16
23 account?                                          01:55:19
24   A.    I don't know if there's a specific        01:55:30
25 way you're using "account holder."  I'm just --   01:55:32
```

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II
April 23, 2020

37 (Pages 366 to 369)

---

**366**

1  not being an attorney, I'm uncertain of the
2  implications of that phrase "account holder."
3      Q.    Do you own a bank account,
4  Mr. Ahlberg?
5      A.    I do have bank accounts.
6      Q.    Okay.  Do you understand what it
7  means when someone asks you if you're the
8  account holder of a certain account?
9      A.    Generally, I would understand if
10 someone asked me that question.
11     Q.    Okay.  Do you have any joint bank
12 accounts?
13     A.    No.
14     Q.    How do you understand that
15 generally when someone -- if someone were to
16 ask you that?
17          UNIDENTIFIED SPEAKER:  Object to
18 form.
19          THE WITNESS:  If someone were to
20 ask me what?  Would you mind repeating the
21 question?
22 BY MS. MILLER:
23     Q.    If someone were to ask you if you
24 were the account holder of a particular bank
25 account.

---

**367**

1      A.    In the context of my own personal
2  finances, I would think that would mean that
3  it's an account that -- that I have the ability
4  to withdraw funds from or deposit funds into.
5          THE REPORTER:  I'm sorry.  Excuse
6  me one moment.  I'm sorry.
7          I just wanted to ask, Ms. McKeen,
8  would you mind moving the phone closer to you?
9  You're very faint with your objections.  Sorry.
10 Go ahead.
11         MS. McKEEN:  (Indiscernible) I
12 haven't objected in several questions.  So I'm
13 not sure if you heard any.  That wasn't me.  I
14 didn't hear an opposing objection.  Can you
15 hear me now?
16         THE REPORTER:  I can.  Thank you.
17         MS. McKEEN:  Thank you.
18 BY MS. MILLER:
19     Q.    Is that the same understanding
20 that you used in determining whether or not to
21 designate a box blue or not?
22     A.    Did not apply the same -- same
23 exact criteria that I just referenced in my own
24 personal finances to the Flow of Funds
25 presentation.

---

**368**

1      Q.    Okay.  So what criteria did you
2  apply to the GDB 1891 account that resulted in
3  you designating it as a blue box?
4      A.    In color coding as a general
5  association and to help the reader interpret
6  this presentation, but understanding that
7  PRIFA's name was on the bank statement, I
8  thought it was appropriate to make that box
9  blue.
10         (Monolines Exhibit 26 is
11 introduced for the record.)
12 BY MS. MILLER:
13     Q.    Okay.  So now we are looking at a
14 bank statement that's been marked Monolines
15 Exhibit 26, and when you say that PRIFA's name
16 was on the bank statement, do you mean that
17 PRIFA's name is indicated in the account name?
18     A.    PRIFA in this exact bank statement
19 example that we're looking at, that is correct,
20 that PRIFA's listed in the account name under
21 the Spanish acronym AFI.
22     Q.    You don't see PRIFA's name
23 anywhere else, do you?
24         Well, sorry.  You don't see
25 PRIFA's name as an account holder, right?

---

**369**

1      A.    I don't see the phrase "account
2  holder" listed anywhere on this page.
3      Q.    Okay.  And you do see that the
4  account statements are being directed to
5  Mr. Gabriel Rivera, the director of public
6  finance at the GDB, right?
7      A.    I do see that.
8      Q.    Okay.  And did you do anything
9  other than noting that PRIFA's name was
10 mentioned somewhere on that account statement
11 to identify whether or not the account was
12 actually a PRIFA account?
13     A.    Can you repeat the question,
14 please?
15     Q.    Yeah.  Did you do anything other
16 than noting that PRIFA's name was mentioned
17 somewhere on the account statement to identify
18 whether or not the account was actually a PRIFA
19 account?
20     A.    No, no.
21     Q.    Okay.  I want to go back to
22 Exhibit 24, please.
23         Am I understanding this chart
24 correctly that between the January 2014 and
25 June 2015 period, the only account that had the

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

38 (Pages 370 to 373)

---

370

```
1   full 117 million of rum excise taxes was the      02:01:28
2   GDB 006 account?                                  02:01:32
3        A.    I missed the last part of your         02:01:40
4   question, sorry.  Could you repeat it?            02:01:42
5        Q.    Okay.  Am I correct that according     02:01:44
6   to this chart, from the January '14 to            02:01:46
7   June 2015 period, the only bank account that      02:01:50
8   held the full $117 million rum excise taxes was   02:01:54
9   the GDB 006 account?                              02:01:58
10         Sorry, let me -- let me restate            02:02:04
11  that because I misspoke in the question.  Let     02:02:06
12  me ask it again.                                  02:02:08
13         Am I correct that according to             02:02:09
14  this chart, from January '14 to June 2015, the    02:02:11
15  only bank account that held the first             02:02:17
16  $117 million in full was the GDB 006 account?     02:02:20
17       A.    I can't say that there was any one     02:02:27
18  given time where the 117 million was              02:02:41
19  identifiable as a separate cash balance within    02:02:48
20  the operating account 0006.                       02:02:51
21       Q.    Okay.  That's a fair point.  Let       02:02:55
22  me restate it.                                    02:03:01
23         Is it true that in the                     02:03:02
24  January 2014 to June 2015 period, the only        02:03:04
25  account that the full first $117 million of rum   02:03:08
```

---

371

```
1   excise taxes flowed through was the GDB 006       02:03:11
2   account?                                          02:03:16
3        A.    Yes.                                   02:03:24
4        Q.    Thank you for that clarification.      02:03:25
5         Okay.  So I'd like to now mark as           02:03:36
6   Exhibit 26 tab 1301.                              02:03:43
7         MS. MILLER:  Actually, Kevin,               02:04:08
8   before we go there, can I just -- can we mark     02:04:09
9   quickly tab 1203?                                 02:04:13
10         (Monolines Exhibit 27 is                   02:04:13
11         introduced for the record.)                02:04:13
12  BY MS. MILLER:                                    02:04:13
13       Q.    Okay.  So we have marked as            02:04:54
14  Monolines Exhibit 27 -- we'll come back to        02:04:56
15  26 -- a document.  Is this a document that you    02:05:04
16  recognize?                                        02:05:04
17       A.    Yes.                                   02:05:28
18       Q.    Okay.  And what is this document?      02:05:29
19       A.    I would like to clarify that I         02:05:30
20  recognize this type of document.  I can't         02:05:32
21  recall specifically reviewing this exact          02:05:35
22  document.                                         02:05:37
23       Q.    Fair enough.                           02:05:38
24         And what is this type of document?         02:05:38
25       A.    This document is a Comprobante de      02:05:52
```

---

372

```
1   Remesa for rum taxes during this time, which is   02:05:57
2   stamped August 2014.  This is probably fiscal     02:06:03
3   year 2014.                                        02:06:09
4        Q.    Okay.                                  02:06:11
5        A.    Or fiscal year 2015.                   02:06:13
6        Q.    And are these among the documents      02:06:15
7   or the type of documents that you reviewed in     02:06:17
8   preparing the Flow of Funds that we discussed     02:06:20
9   earlier?                                          02:06:22
10       A.    Yes, this type of document would       02:06:25
11  be included in that review.                       02:06:27
12       Q.    Okay.  And you see here there's a      02:06:32
13  designation Fondo, and it says 111.  Do you see   02:06:37
14  that?                                             02:06:39
15       A.    Yes.                                   02:06:39
16       Q.    And do you know what Fund 111 is?      02:06:40
17       A.    Fund 111 is one of the fund            02:06:46
18  numbers used to identify General Fund.            02:06:49
19       Q.    Okay.  And then to the left of         02:06:51
20  that it says Cuenta R4220.  Do you see that?      02:06:53
21       A.    Yes.                                   02:06:58
22       Q.    And is that the revenue account        02:06:59
23  within the General Fund that's used for rum       02:07:01
24  excise taxes that we discussed earlier?           02:07:07
25       A.    That's the revenue account used        02:07:10
```

---

373

```
1   within the PRIFA system to record the revenues    02:07:13
2   of rum taxes.                                      02:07:17
3        Q.    Okay.  Do you know whether that's      02:07:20
4   used to record all of the revenues of rum taxes   02:07:20
5   or just the first 117 million of rum taxes?       02:07:22
6         Let me break it out.                        02:07:28
7         Is that revenue account number              02:07:30
8   used to record all of the revenues of rum         02:07:31
9   taxes?                                            02:07:36
10       A.    I'm not positive.  I would have to     02:07:49
11  double-check on that and get back to you.         02:07:54
12       Q.    Okay.  How would you go about          02:07:56
13  double-checking?                                  02:07:59
14       A.    I would just have to look at the       02:08:13
15  voucher maybe similar to this one that -- whose   02:08:20
16  amount, which, you know, ended up meaning         02:08:28
17  specifically your total exceeded 117 million      02:08:31
18  and they were still using account code 4220,      02:08:34
19  that would indicate to me that they were using    02:08:37
20  Account 4220 for rum proceed revenues, the        02:08:40
21  first 117, as well as the excise.                 02:08:44
22       Q.    And if you ran the report that we      02:08:50
23  discussed earlier from the PRIFA system on        02:08:52
24  Revenue Account 4220, you would be able to tell   02:08:56
25  that based on the report, correct?                02:08:58
```

---

Henderson Legal Services, Inc.

202-220-4158                                    www.hendersonlegalservices.com

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

39 (Pages 374 to 377)

---

374

1    **A.    Correct.**                              02:09:04
2    Q.    You didn't run that report, right?        02:09:06
3    **A.    No, I have not run that report.**        02:09:10
4    Q.    Okay.  And how long do you think           02:09:12
5    it would take to run that report for a single   02:09:16
6    fiscal year?                                     
7    **A.    I don't know specifically how long**     02:09:24
8    **the system would take to process that, but I** 02:09:25
9    **imagine it would be accomplishable within**    02:09:28
10   **one day.**                                     02:09:31
11   Q.    And when you say "accomplishable           02:09:33
12   within one day," you just mean processing time?  02:09:36
13   **A.    Right.  I can't speculate on time**       02:09:40
14   **to quality control review data that the system** 02:09:45
15   **would potentially output.**                    02:09:48
16   Q.    How long would it take to come up          02:09:49
17   with a query?                                    02:09:51
18   **A.    Query -- query -- I mean, I guess**       02:10:00
19   **I could tell you what the query is now.  You** 02:10:07
20   **would need time to determine what the**        02:10:09
21   **parameters of the query would be.**            02:10:21
22   Q.    Do you know whether moneys other           02:10:24
23   than the first 117 million of rum -- sorry,      02:10:27
24   strike that.  Let me start over.                 02:10:32
25         Do you know whether rum excise            02:10:34

---

375

1    taxes beyond the first 117 million of rum        02:10:36
2    excise taxes are deposited into the General      02:10:40
3    Fund?                                            02:10:40
4         UNIDENTIFIED SPEAKER:  Objection.          02:10:40
5         THE REPORTER:  I'm sorry, did              02:10:40
6    somebody -- I'm sorry?                           02:10:40
7         THE WITNESS:  (Indiscernible)              02:10:53
8    deposited into the General Fund.                 02:10:53
9    BY MS. MILLER:                                   02:10:54
10   Q.    Okay.  Do you know whether the            02:10:54
11   R4220 account is used in connection with other  02:10:57
12   Funds as well?                                   02:11:01
13        Sorry, just -- just to be clear,           02:11:21
14   when I said Funds, I meant capital F Fund, the   02:11:23
15   Fund of the Special Fund other than the          02:11:26
16   general.                                         02:11:34
17        UNIDENTIFIED SPEAKER:  Objection.          02:11:36
18        THE WITNESS:  I know the first             02:11:38
19   117 million would use the General Fund           02:11:39
20   identifier there.  We -- we did not look at      02:11:42
21   the, you know, the revenues outside the first    02:12:00
22   117 for purposes of the Flow of Funds            02:12:03
23   accreditation.                                   02:12:07
24   BY MS. MILLER:                                   02:12:07
25   Q.    So you don't know whether they            02:12:11

---

376

1    flow into a Fund other than the General Fund?    02:12:13
2         UNIDENTIFIED SPEAKER:  Objection.          02:12:20
3         THE WITNESS:  I disagree with the          02:12:20
4    characterization of funds flowing into any       02:12:23
5    Fund.                                            02:12:25
6    BY MS. MILLER:                                   02:12:25
7    Q.    Okay.  So you disagree with the           02:12:26
8    funds being allocated.  All right.               02:12:28
9         So you don't know whether they're         02:12:36
10   allocated to a Fund other than the General       02:12:38
11   Fund?                                            02:12:44
12   **A.    The first 117 million are recorded**      02:12:44
13   **with the General Fund number.**                02:12:47
14   Q.    Do you know whether moneys beyond          02:12:52
15   the first 117 million are recorded with a Fund   02:12:54
16   number that is not the General Fund?             02:12:58
17   **A.    I don't know for certain since we**       02:13:03
18   **didn't look at the funds outside the 117 for** 02:13:05
19   **purposes of the Flow of Funds presentation.**  02:13:08
20   **That would certainly be something we could**   02:13:10
21   **follow up on and get back to you.**            02:13:13
22   Q.    Okay.  Do you think they might be?         02:13:15
23        MS. McKEEN:  Objection.                     02:13:21
24        THE WITNESS:  I can't speculate            02:13:23
25   one way or the other.                            02:13:24

---

377

1         (Monolines Exhibit 28 is                   02:13:24
2         introduced for the record.)                02:13:24
3         MS. MILLER:  Okay.  I want to go           02:13:47
4    to Exhibit 26 now, please, Kevin.                02:13:50
5    BY MS. MILLER:                                   02:13:50
6    Q.    Mr. Ahlberg, did you review the           02:13:51
7    lockbox agreement in connection with your        02:14:23
8    preparation for your deposition today?           02:14:27
9    **A.    I did not review the lockbox**            02:14:28
10   **agreement in preparation for this deposition,** 02:14:30
11   **but I am familiar with the lockbox agreement** 02:14:33
12   **based on my ordinary business and work with the** 02:14:35
13   **Commonwealth.**                                02:14:39
14   Q.    Okay.  And in what context have           02:14:39
15   you encountered the lockbox agreement in the     02:14:45
16   course of your ordinary work?                    02:14:49
17   **A.    Beyond the first 117 million that**       02:14:58
18   **we have been discussing together, there's a rum** 02:15:00
19   **tax waterfall that proceeds after that, and I** 02:15:03
20   **have reviewed actual cash flows with -- actual** 02:15:15
21   **cash flows in the rum tax waterfall after the** 02:15:19
22   **first 117 million in my normal course of**     02:15:22
23   **business with the Commonwealth.**              02:15:26
24   Q.    And in the course of that, have           02:15:41
25   you looked at the actual document?               02:15:43

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

40 (Pages 378 to 381)

---

### 378

1  A.   Somewhere along the lines in the
2  past two and a half years, I have seen the
3  actual lockbox agreement.
4  Q.   Okay.  Do you understand that
5  under the lockbox agreement -- which,
6  apologies, is being pulled off, I created
7  confusion, apparently.  We already used
8  Exhibit 26.  So this will be Exhibit 27 -- that
9  there are multiple transfers that -- let me
10  ask.
11      Here's the lockbox agreement.  Is
12  this the agreement that we were just talking
13  about?
14  A.   Yes.
15  Q.   Okay.  So the record is clear,
16  because we have now said it wrong three times,
17  Monolines Exhibit 28 is the lockbox agreement
18  dated May 5, 2015.  Who's the lockbox trustee?
19  Sorry, what does the lockbox say?
20  A.   Citibank.
21  Q.   And do you understand that under
22  this agreement Citibank has to make a number of
23  transfers to various entities, right?
24  A.   Not being an attorney, I'm not
25  certain what the lockbox agreement mandates or

---

### 379

1  does not mandate.
2  Q.   Okay.  Well, I thought you told me
3  that in the ordinary course of your business,
4  you have seen the lockbox agreement and
5  considered it in connection with the Flow of
6  Funds that it mandates.  No?  Did I get that
7  wrong?
8      UNIDENTIFIED SPEAKER:  Objection.
9      THE WITNESS:  I'm generally
10  familiar with the lockbox agreement, and in the
11  context in which I would have been familiar
12  with it was in monitoring cash flow activity
13  with respect to rum tax.
14  BY MS. MILLER:
15  Q.   Okay.  And so you understand that
16  the lockbox agreement outlines period cash
17  flows or the flow of various revenues, right?
18      MS. McKEEN:  Objection.
19      THE WITNESS:  I understand it's --
20  the Flow of Funds is different before and after
21  the lockbox agreement is operational.
22  BY MS. MILLER:
23  Q.   Okay.  I have not asked anything
24  about that.
25      I'm just asking you whether you

---

### 380

1  understand that the lockbox agreement sets
2  forth a Flow of Funds for the rum tax revenue.
3  A.   Not being an attorney, I'm not
4  positive that this lockbox agreement says that.
5  Q.   Why did you look at it in
6  connection with the Flow of Funds of the rum
7  taxes in the ordinary course of your business?
8  A.   In my ordinary course of business,
9  and understanding the historical Flow of Funds
10  for rum taxes, for us it meant understanding
11  that transfers were -- after the lockbox
12  agreements were coming directly from the
13  Citibank account as opposed to being
14  transferred directly from the U.S. Government.
15  Q.   Okay.  And is that
16  something -- when you said in the ordinary
17  course of your business, did you mean in
18  connection with preparing these Flow of Funds
19  documents?
20  A.   No.
21  Q.   Okay.  So in connection with your
22  ordinary course of business, you have to
23  understand that historical Flow of Funds
24  differed from the Flow of Funds under the
25  lockbox agreement?  Did I understand that

---

### 381

1  right?
2      MS. McKEEN:  Objection.
3      THE WITNESS:  From a normal course
4  of business, I understood the lockbox agreement
5  changed the Flow of Funds.
6  BY MS. MILLER:
7  Q.   Okay.  Do you understand how it
8  changed the Flow of Funds?
9  A.   Yes.  The funds are -- rum taxes
10  are -- first went to Citibank prior to transfer
11  to the TSA, as opposed to coming directly from
12  the U.S. Government.
13  Q.   Okay.  And then, after the first
14  117 -- well, look at page 4 of the lockbox
15  agreement.
16      And is this specifically a page
17  that you've seen before?  And I'm going to
18  direct you to Section 5, which is the
19  Disposition of Cover Over Payments in the
20  account.  Do you see that?
21  A.   I see that fifth section there.
22  Q.   Okay.  And did you look at this
23  fifth section in the ordinary course of
24  business before preparing the PRIFA Flow of
25  Funds for this deposition?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

41 (Pages 382 to 385)

## 382

1     A.    I don't recall specifically
2  reviewing this exact section of the document.
3     Q.    Okay.  Do you have an
4  understanding of how the moneys beyond the
5  first 117 million flow?
6     A.    I have a general understanding.
7     Q.    Okay.  What's your general
8  understanding?
9     A.    My general understanding is that
10 after the first 117 million, that there
11 are -- there's a waterfall for the remaining --
12 remaining distribution of funds.
13    Q.    Okay.  And do you know who gets
14 the second payment in the waterfall?
15    A.    I can't recall off the top of my
16 head who gets the second payment in the
17 waterfall.
18    Q.    Well, good news.  You don't have
19 to recall off the top of your head.  If you
20 look at Section 5(b), it says "Second."
21       So you can just read it and then
22 tell me if that refreshes your recollection of
23 who gets the second flow in the waterfall.
24    A.    Counsel, could you point me to the
25 section of the document you're referring to?

## 383

1     Q.    Section 5(b), as in boy.
2  Actually -- sorry.  Yeah, that's right.
3  Section 5(b).
4       MS. McKEEN:  Atara, when you get
5  to a convenient stopping place, if we could
6  have a short break, I would appreciate it.
7       MS. MILLER:  Sure.  Actually,
8  almost done with this.  I want to go a few
9  minutes longer, and hopefully I can wrap this
10 up.
11       MS. McKEEN:  That's great.  Thank
12 you.  Just a quick one.
13       MS. MILLER:  Okay.
14 BY MS. MILLER:
15    Q.    Mr. Ahlberg, does Section 5(b)
16 refresh your recollection as to who gets the
17 second distribution of rum taxes after the
18 first 117 million?
19    A.    That refreshes my recollection of
20 what this lockbox agreement says.  I can't say
21 for certain that -- off the top of my head that
22 this is how the cash flow on activity follows.
23    Q.    Okay.  Who's supposed to get the
24 next 5 million --
25

## 384

1       MS. McKEEN:  Objection.
2  BY MS. MILLER:
3     Q.    -- under the lockbox agreement?
4       MS. McKEEN:  Objection.
5       THE WITNESS:  I believe that it
6  says:
7          Second, to the Secretary of
8  Treasury for deposit to the credit of the S&T
9  Trust, which I understand is the Science and
10 Technology Trust.
11 BY MS. MILLER:
12    Q.    Okay.  And what about third?
13    A.    The document says:
14          Third, to the Secretary of
15 Treasury, the remaining amount of Non-Rum COR
16 included in such Cover Over Payment.
17    Q.    Okay.  And then what about 4?
18    A.    The document says:
19          Fourth, to the Secretary of
20 Treasury, the remaining amount of other rum
21 Cover Over or COR included in such Cover Over
22 Payment.
23    Q.    Okay.  Do you know whether the
24 Commonwealth accounts for each of these buckets
25 of rum tax revenues differently when it

## 385

1  receives them from Citi?
2     A.    I'm not certain if there's
3  different accounting treatment for the rum
4  revenues in excess of the first 117 million.
5     Q.    Do you know if the 5 million to
6  the credit of the S&T Trust if -- sorry -- is
7  credited to the General Fund?
8     A.    I'm not positive off the top of my
9  head if that is the case.
10    Q.    What would you do to find out
11 whether the transfers in (a), (b), (c) and (d)
12 of Section 5 of Exhibit 28 are accounted for
13 differently on the internal accounting records
14 of the Commonwealth?
15    A.    Apologies, I'm just thinking here.
16 Would you mind repeating the question?
17    Q.    Yeah.  My question is:
18       What would you do to determine
19 whether the transfers in Section 5(a), (b), (c)
20 and (d) of Exhibit 28 are accounted for
21 differently on the internal accounting records
22 of the Commonwealth?
23    A.    I would -- first, I would discuss
24 with -- with Treasury and review the transfers
25 into -- review the, you know, transfers letters

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                April 23, 2020

42 (Pages 386 to 389)

---

**386**

1  or vouchers that show transfer into the TSA.
2      Q.    Do you know whether when Citi
3  makes transfers under this lockbox agreement it
4  specifically identifies whether the
5  transfer -- sorry -- which bucket the
6  transfer -- let me start over.
7          Do you know whether Citi, when it
8  makes transfers under the lockbox agreement,
9  specifically identifies which bucket the moneys
10 fall under?
11     A.    Would you repeat that question,
12 please?
13     Q.    Yeah.  Do you know whether Citi,
14 when it makes transfers under the lockbox
15 agreement, specifically identifies which bucket
16 the moneys fall under?
17     A.    I'm not positive.  I would have to
18 double-check on that.
19     Q.    Okay.  Do you know what it means
20 for a deposit to be to the credit of the S&T
21 Trust?
22     A.    I'm not sure what is intended by
23 that exact phrasing there.
24     Q.    Do you know whether there is a
25 Fund that corresponds to the S&T Trust?

---

**387**

1      A.    I do not know whether there is a
2  separate Fund number within the PRIFA system
3  that identifies S&T Trust money.
4      Q.    Would you expect the Commonwealth
5  to account differently for moneys deposited to
6  the credit of the S&T Trust from moneys
7  deposited to the credit of PRIFA?
8          UNIDENTIFIED SPEAKER:  Objection.
9          THE WITNESS:  I mean, nothing --
10 I'm not sure how S&T would account for those
11 differently from one another.
12 BY MS. MILLER:
13     Q.    Okay.  Do you know why the
14 Commonwealth asks Citi to separately break out
15 amounts that were going to the Treasury for
16 deposit of the credit into different entities?
17         MS. McKEEN:  Objection.
18         THE WITNESS:  I do not know why
19 Citibank does that.
20 BY MS. MILLER:
21     Q.    My question was why does the
22 Commonwealth ask them to do it.
23         MS. McKEEN:  Objection.
24         THE WITNESS:  I don't know why the
25 Commonwealth would have asked them to do that.

---

**388**

1  BY MS. MILLER:
2      Q.    Okay.  Just, for example, (a) and
3  (b), it would have been more simple to just
4  make a single transfer to the Secretary of the
5  Treasury for 122 million, wouldn't it?
6          MS. McKEEN:  Objection.
7          THE WITNESS:  I can't say what
8  would have been easier or not.
9  BY MS. MILLER:
10     Q.    Is there any reason you can think
11 of why in a Flow of Funds the first 117 million
12 being transferred to the Secretary -- to the
13 Secretary of the Treasury for the credit of
14 PRIFA was broken out from the next $5 million
15 that were being transferred to the Secretary of
16 the Treasury for deposit to the credit of the
17 S&T Trust?
18         MS. McKEEN:  Objection.
19         THE WITNESS:  Would you please
20 repeat the question?
21 BY MS. MILLER:
22     Q.    Is there any reason you can think
23 of for why in the Flow of Funds the first
24 117 million being transferred to the Secretary
25 of Treasury for the credit of PRIFA was broken

---

**389**

1  out from the next 5 million that were being
2  transferred to the Secretary of Treasury for
3  deposit to the credit of the S&T Trust?
4          MS. McKEEN:  Objection.
5          THE WITNESS:  I can't speculate as
6  to why.
7  BY MS. MILLER:
8      Q.    Okay.  All right.  Let's -- I'm
9  going to do one more quick exhibit, Liz, and
10 then I'll take a break.  It shouldn't take more
11 than a minute.
12         MS. MILLER:  Can we mark tab 1302
13 as Exhibit 29?
14         (Monolines Exhibit 29 is
15         introduced for the record.)
16 BY MS. MILLER:
17     Q.    Okay.  Mr. Ahlberg, is this a
18 document that you've seen before or a form of
19 document that you've seen before?
20     A.    Yes.
21     Q.    Okay.  And what is it?
22     A.    It is a lockbox receipt notice.
23     Q.    And can we just look at the second
24 page of this document?
25         Okay.  Mr. Ahlberg, does this

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

43 (Pages 390 to 393)

---

**390**

1  refresh your recollection about whether Citi in
2  fact breaks out into each category the amount
3  of the disbursement?
4      A.   Yes.
5      Q.   Okay.  And so Citi would transfer
6  in the first 117 million of rum excise taxes,
7  specifically identifies the recipient as the
8  Secretary of Treasury for deposit to the credit
9  of PRIFA, correct?
10         UNIDENTIFIED SPEAKER:  Note my
11  objection.
12         MS. MILLER:  What's your
13  objection?
14         UNIDENTIFIED SPEAKER:  You've used
15  the word "identifies" in the present tense, and
16  I think it's unclear as to whether you're
17  asking about this specific example or a course
18  of conduct across all Citi transfers.  That's
19  my objection.
20         MS. MILLER:  Okay.  I appreciate
21  that clarification.
22  BY MS. MILLER:
23      Q.   Mr. Ahlberg, does this refresh
24  your recollection that on August 25, 2017, Citi
25  identifies the recipient of the first

---

**391**

1  117 million as Secretary of Treasury for
2  deposit to the credit of PRIFA?
3      A.   Yes, it does refresh my
4  recollection that Citibank produces a document
5  with this information.
6      Q.   And does it still produce that
7  document today?
8      A.   I believe so.
9      Q.   And it specifically identifies the
10  recipient for the first 117 million as
11  Secretary of Treasury for deposit to the credit
12  of PRIFA, correct?
13      A.   On this document, that is correct.
14      Q.   Do you believe that's changed in
15  any subsequent documents?
16         MS. McKEEN:  Objection.
17         THE WITNESS:  Do not think so.
18  BY MS. MILLER:
19      Q.   And that's distinct from the
20  Secretary of Treasury for deposit to the credit
21  of the S&T Trust, correct?
22      A.   Different in that it is shown
23  separately on the Citibank-produced document,
24  yes.
25         MS. MILLER:  Okay.  This is a good

---

**392**

1  time for a break.
2      Liz, how long do you want to take?
3         MS. McKEEN:  10.
4         MS. MILLER:  Okay.  Great.
5         MS. McKEEN:  Thank you.
6         MS. MILLER:  Thank you.
7         THE VIDEOGRAPHER:  We are off the
8  record at 2:39 p.m.
9             (Recess taken.)
10        THE VIDEOGRAPHER:  We are back on
11  the record at 2:54 p.m.
12  BY MS. MILLER:
13     Q.   Okay.  I want to go back to
14  Exhibit 24, and I want to look at the next
15  page, which is the Flow of Funds from July 2015
16  to March 2016.  Do you see that?
17     A.   No.
18     Q.   Me neither.  There we go.
19        Now do you see it?
20     A.   Yes.
21     Q.   Okay.  And just looking at this
22  chart, based on what you've already said, you
23  were able to identify -- well, let me ask the
24  first question.
25        The first $117 million of rum

---

**393**

1  excise taxes flowed, according to this chart,
2  from this U.S. Treasury to the Citibank
3  account.  And is that the lockbox account?
4      A.   Yes.
5      Q.   Okay.  And is it your
6  understanding that that is an account of the
7  Secretary of the Treasury?
8      A.   The Citibank account?
9      Q.   The Citibank account, yeah.
10     A.   I'm not -- I'm not certain there.
11     Q.   Okay.  Well, it's denoted in dark
12  gray.  What does dark gray mean?
13     A.   In this case, it indicates that
14  it's not a Commonwealth account.
15     Q.   So your testimony, as the
16  corporate representative of the Commonwealth,
17  is that the Citibank 9028 account is not a
18  Commonwealth account?
19     A.   I'm not certain whether that's
20  called a Commonwealth account or not a
21  Commonwealth account.  The dark gray is meant
22  to distinguish it from the TSA operational
23  accounts as well as the other Commonwealth
24  account 6048.
25     Q.   Okay.  Why were you distinguishing

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

44 (Pages 394 to 397)

**394**

1  this account?
2      A.   I mean, it's a separate bank
3  account.  The dark gray is done to -- to help
4  the reader know that that account is separate
5  from the TSA 0006 or Account 6048.
6      Q.   What is Account 6048?
7      A.   It's a separate account at
8  Treasury.
9      Q.   And what's it used for?
10     A.   It's -- I believe it's an account
11 that's actually no longer used.
12     Q.   During the period July 2015 to
13 March 2016, what was that account used for?
14     A.   In this case, it received a
15 transfer of -- from 0006 and -- more than one
16 transfer, potentially many transfers.
17     Q.   Okay.  And the 6048 account is
18 designated as a comingled account.  Do you see
19 that?
20     A.   Yes.
21     Q.   What other moneys are deposited
22 into the 6048 account or what other
23 deposit -- what other moneys were deposited
24 into the 6048 account during the period
25 July 2015 to March 2016?

**395**

1      A.   I can't recall off the top of my
2  head what other moneys were included in that
3  transfer or those transfers.
4      Q.   Do you know whether HTA taxes were
5  loaded to the 6048 account?
6      A.   I can't recall off the top of my
7  head without looking at the HTA Flow of Funds
8  presentation document.
9      Q.   Okay.  Do you know whether CCDA
10 moneys were flowed into the 6048 account during
11 this period?
12     A.   I can't recall which moneys
13 besides rum taxes off the top of my head were
14 transferred to this account.
15     Q.   Do you have an understanding of
16 why the money was flowed from the 006 account
17 into the 6048 account and then back into the
18 006 account?
19     A.   It's a function of internal cash
20 management at the time of the Department of
21 Treasury.
22     Q.   Okay.  Do you know whether
23 60 -- the 6048 account was designated a
24 clawback revenue account?
25     A.   I'm not part of the -- the name or

**396**

1  colloquial name of that account.
2      Q.   Does that ring a bell, that the
3  6048 account was used during this period to
4  hold clawback moneys from HTA, CCDA, and PRIFA?
5      A.   It certainly received transfers of
6  funds that either previously or ultimately were
7  used for those purposes.
8      Q.   What purposes do you mean when you
9  say "those purposes"?
10     A.   In this -- in this specific case,
11 being an accountant, the Flow of Funds during
12 the time in which -- that service payments were
13 being made.
14     THE REPORTER:  I'm sorry.  During
15 the time in which?
16 BY MS. MILLER:
17     Q.   I didn't get any of that, so...
18     A.   I heard a couple people there.
19     Q.   I think the court reporter asked
20 you to finish your answer.  She didn't catch
21 the end of it.
22     A.   Okay, sorry.  Would you mind
23 repeating the question?
24     Q.   I've lost track of it.
25     MS. MILLER:  Madam Court Reporter,

**397**

1  would you mind reading back the last question?
2      (Record read as requested.)
3      "What do you mean when you say
4  'those purposes'?"
5      MS. MILLER:  We need to go back
6  one more question.
7      (Record read as requested.)
8      Question:  "Does that ring a
9  bell, that the 6048 account
10 was used during this period to
11 hold clawback moneys from HTA,
12 CCDA, and PRIFA?
13 Answer:  It certainly received
14 transfers of funds that either
15 previously or ultimately were
16 used for those purposes.
17 Question:  What purposes do
18 you mean when you say "those
19 purposes"?
20     THE WITNESS:  Those purposes,
21 meaning to receive bank flows of revenues, you
22 know, that could be rum tax revenues or the
23 other revenues that you referenced.
24 BY MS. MILLER:
25     Q.   Did the 6048 account receive any

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

45 (Pages 398 to 401)

---

**398**

1   moneys other than clawback money during this
2   period?
3       A.    I'm not certain what you're
4   referring to as clawback money.
5       Q.    Okay.  Have you ever heard the
6   term "clawback money"?
7       A.    I have heard the term "clawback
8   money."
9       Q.    And what do you understand it to
10  mean?
11      A.    Meaning funds that either were or
12  are retained at the Commonwealth -- by the
13  Commonwealth.
14      Q.    And when you say money, do you
15  specifically mean moneys that are allocated to
16  either PRIFA, HTA or CCDA that are currently
17  being retained by the Commonwealth, correct?
18      MS. McKEEN:  Objection.
19      THE WITNESS:  Well, I disagree
20  with the characterization that they're
21  allocated to those entities.
22  BY MS. MILLER:
23      Q.    Well, you don't mean all moneys
24  that are held by the Commonwealth, do you?  So
25  define what you mean, please.

**399**

1       A.    Moneys that either previously or
2   continue to flow for debt service.
3       Q.    Well, not all debt service money
4   went to the 6048 account, did it?  So I don't
5   think that's what you mean by defining clawback
6   money.  Can you tell me what you actually mean
7   when you use the term "clawback money"?
8       MS. McKEEN:  Objection.
9   BY MS. MILLER:
10      Q.    Mr. Ahlberg, what do you
11  understand the term "clawback money" to mean?
12      A.    I understand the term to refer to
13  revenues that either were or are retained by
14  the Commonwealth.
15      Q.    Any money or a specific set of
16  money?
17      A.    When I think about -- yeah,
18  there's specific -- yes, specific moneys.
19      Q.    And what specific money?
20      A.    I mean, again, I can't recall off
21  the top of my head all other, other than the
22  context of rum in the context of looking at
23  this document in the account 6048.
24      Q.    I'm not even asking about Account
25  6048 right now.  I'm just asking about your

**400**

1   understanding of what "clawback revenues"
2   means.
3       A.    My understanding of "clawback
4   revenues" is revenues that either were or are
5   retained by the Commonwealth.
6       Q.    Can you give me an example of
7   a -- okay.  So let me give you an example.
8           We looked previously at the
9   financial statements and the cash flows, and
10  one category of moneys was federal funds for
11  Medicaid.  Do you recall that?
12      A.    I do recall.
13      Q.    Okay.  And the Commonwealth
14  received those moneys, correct, in its TSA
15  account?
16      A.    Correct.
17      Q.    During the time that the
18  Commonwealth holds those revenues, are they
19  considered clawback moneys under your
20  definition?
21      A.    I would not consider those
22  clawback moneys.
23      Q.    Okay.  So can you suggest or
24  provide me with -- can you provide me with a
25  definition of clawback moneys that would

**401**

1   appropriately distinguish what you mean by
2   clawback moneys from, for example, the federal
3   funds?
4       MS. McKEEN:  Objection.
5       THE WITNESS:  Could you repeat the
6   question?
7   BY MS. MILLER:
8       Q.    Can you give me a definition of
9   clawback moneys that would appropriately
10  distinguish what you mean by clawback moneys
11  for, for example, those federal funds?
12      A.    Okay.  So the way I understand
13  the -- generally understand the definition of
14  "clawback revenues" as you've used it is that
15  this refers to moneys that either were or are
16  retained by the Commonwealth.  Specifically as
17  it relates to this deposition, I'm referring to
18  rum taxes or HTA allocable revenues, et cetera.
19      Q.    And when you say "et cetera," do
20  you mean CCDA or (indiscernible)?
21      A.    Those would be generally included
22  in the general term of clawback revenues as I
23  understand it.
24      Q.    Okay.  And was the 6048 account an
25  account that was specifically used during the

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

46 (Pages 402 to 405)

---

**402**

1    July '15 to March 2016 period to hold clawback
2    moneys from those particular entities?
3        A.    I believe so, yes.
4        Q.    Do you know whether there are any
5    other moneys that were deposited into the 6048?
6        A.    I don't believe that there were,
7    but I can't recall off the top of my head.
8        Q.    Okay.  Do you know approximately
9    how much money was deposited into Account 6048
10   during this period?
11       A.    Off the top of my head, I do not,
12   but that's certainly something that we could
13   review and get back to you on.
14       Q.    And how would you determine that?
15       A.    I would review the internal daily
16   cash flow that I mentioned earlier that
17   Treasury maintains, and in there I would look
18   at transfers from the TSA operational account
19   through this account.
20       Q.    Okay.  And how were you able to
21   identify the money from the 006 account into
22   the 6048 account -- sorry.
23            How were you able to identify HTA
24   revenues, for example, flowing from the 006
25   account to the 6048 account?

---

**403**

1        A.    If the question is in the context
2    of HTA, would you mind putting the HTA
3    presentation for this time period up on the
4    screen?
5        Q.    I'm not going to do that.  I'm
6    just going to ask you about the HTA later.
7            I thought you just told me that
8    6048 was used during this time for HTA, PRIFA
9    and CCDA.  Didn't you just tell me that?
10       A.    I believe so, but to answer a
11   specific question about HTA, I thought it would
12   be helpful to have that slide in front of me.
13       Q.    Okay.  Well, how do you know that
14   the moneys were rum taxes when they flowed from
15   the 006 account to the 6048 account?
16       A.    By reviewing the transfer details
17   that corresponded with that transfer.
18       Q.    And what specifically in the
19   transfer details allowed you to identify the
20   moneys as being for the rum taxes or the
21   117 million for the rum taxes?
22       A.    Without looking at the exact
23   transfer details, I can't -- I can't recall the
24   exact data point on those transfer details that
25   would have indicated who was the transferor of

---

**404**

1    rum funds.
2        Q.    Okay.  But you know that there was
3    something specific in the internal accounting
4    documents of the Commonwealth that identified
5    the revenues as from among the first
6    117 million of rum excise taxes, correct?
7        A.    That's correct.
8        Q.    And is the same true with respect
9    to the transfer from the 006 account to the GO
10   Debt Service?
11       A.    That's correct.
12       Q.    Do you know whether all of the
13   money in the 6048 account was transferred into
14   the 006 account during this period?
15       A.    I believe the entirety of the
16   balances was actually transferred over.  I
17   can't recall if it occurs within the parameters
18   of the time period suggested on the slide or
19   not.
20       Q.    So is the time parameter indicated
21   on the slide talking about the starting point
22   of the flow, meaning if the flow of dollars
23   started between July '15 to March 2016, this is
24   how it flowed, that some of these flows may
25   have occurred outside of that period?

---

**405**

1            UNIDENTIFIED SPEAKER:  Objection.
2            THE WITNESS:  None of the flows
3    presented on this page would have occurred
4    outside the period.
5    BY MS. MILLER:
6        Q.    I thought you just told me that
7    some of the money from 6048 may have
8    transferred to 006 outside of this time period.
9        A.    You asked if the entire balance of
10   6048 was transferred to 0006.  Given the nature
11   that it's comingled, I just -- I can't say for
12   certain, looking at this particular diagram,
13   that every single dollar in Account 6048 was
14   transferred to Account 0006 in this time period
15   without reviewing --
16       Q.    Okay.
17       A.    -- internal cash flows, as I
18   mentioned.
19       Q.    Okay.  And the moneys flowed from
20   the 006 account to GO Debt Service.  Do you see
21   that?
22       A.    I see that.
23       Q.    Was that an actual GO Debt Service
24   payment out to bondholder?
25       A.    I'm sorry, what was the question?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

47 (Pages 406 to 409)

---

406

```
1         Q.     Does that reflect an actual              03:15:06
2    payment of GO Debt Service to bondholder?            03:15:08
3         A.     Those transfers were made toward         03:15:26
4    the GO Debt Service.  I'm uncertain to -- to         03:15:29
5    the exact accounts, all of the accounts there.       03:15:34
6         Q.     Was it made to third parties?            03:15:40
7         A.     I'm not positive.                        03:15:49
8         Q.     So you don't know if it was              03:15:54
9    transferred into a Commonwealth GO Debt Service      03:15:57
10   account but never transferred subsequently to        03:16:02
11   third parties?                                        03:16:04
12        A.     I can't recall off the top of my          03:16:09
13   head, but I think we provided documents of that       03:16:10
14   transfer.                                             03:16:14
15        Q.     And what kind of documents do you         03:16:18
16   believe you provided reflecting that transfer         03:16:20
17   or those transfers?                                   03:16:24
18        A.     I believe we provided transfer --         03:16:26
19   transfer details showing the transfer out of          03:16:30
20   GDB Account 0006 for GO Debt Service.                 03:16:32
21        Q.     And you can't recall whether it           03:16:35
22   was to another internal Commonwealth account or       03:16:37
23   to a third party?                                     03:16:40
24        A.     I can't recall.                           03:16:47
25        Q.     Okay.  Do you know approximately          03:16:48
```

---

407

```
1    how much money was transferred from the 006         03:16:50
2    account to GO Debt Service during this time         03:16:54
3    period?                                              03:16:57
4         A.     I can't recall exactly how much          03:17:01
5    that transfer was or those transfers were given      03:17:02
6    the transfer that's comingled with other             03:17:07
7    retained revenues.                                   03:17:10
8         Q.     Okay.  Do you know whether there         03:17:14
9    were any other moneys remaining in the 006          03:17:18
10   account when that transfer was made?                 03:17:21
11        A.     Being the operational account of         03:17:33
12   the Commonwealth and TSA, there would                03:17:39
13   definitely be a balance in that account even         03:17:41
14   after it transferred.                                03:17:45
15        Q.     Okay.  And the 006 account, does         03:17:48
16   that refer to a single bank account within the       03:17:50
17   TSA?                                                  03:17:53
18        A.     Yes.                                      03:17:56
19        Q.     Okay.  And are there other bank          03:17:59
20   accounts within the TSA?                             03:18:01
21        A.     Yes.                                      03:18:02
22        Q.     Do you know whether the other bank       03:18:04
23   accounts in the TSA had any money at the time        03:18:05
24   that the transfers of these retained revenues        03:18:09
25   were made, as reflected in this July '15 to          03:18:12
```

---

408

```
1    March '16 period, were made from the 006            03:18:17
2    account, the GO Debt Service account?               03:18:20
3         A.     Without seeing a single account         03:18:26
4    during this time period, I believe that the         03:18:31
5    other TSA account would have had balances           03:18:33
6    during this time period.                            03:18:35
7         Q.     Okay.  I'm going to ask you the         03:18:36
8    same question I asked you previously with          03:18:46
9    respect to the prior Flow of Funds.                 03:18:47
10        Just looking at this document for             03:18:49
11   the period July '15 to March 2016, it's            03:18:54
12   correct, is it not, that the only account          03:18:59
13   through which the full 117 million of the first    03:19:01
14   rum excise tax revenue flow are the Citibank       03:19:07
15   9028 account and the GDB 006 account, correct?     03:19:11
16        MS. McKEEN:  Object to form.                  03:19:16
17        THE WITNESS:  The first                       03:19:24
18   117 million would be received into the Citibank    03:19:27
19   lockbox as well as transferred into GDB Account    03:19:30
20   0006.                                              03:19:35
21   BY MS. MILLER:                                      03:19:35
22        Q.     Okay.  And then no other account       03:19:38
23   reflected on this chart -- sorry.                   03:19:40
24        The full first 117 million of rum            03:19:46
25   excise taxes do not flow through any other         03:19:49
```

---

409

```
1    account reflected on this Flow of Funds,            03:19:51
2    correct?                                             03:20:00
3         A.     There's no other transfer of           03:20:00
4    117 million or -- on this -- on this Flow of        03:20:04
5    Funds.                                              03:20:12
6         Q.     Okay.  So that's a yes, right?         03:20:12
7         MS. McKEEN:  Objection.                       03:20:15
8         THE WITNESS:  The first                       03:20:18
9    117 million flows to the Citibank account, and     03:20:22
10   then that 117 million will flow to the GDB         03:20:26
11   account 0006.                                       03:20:29
12        It is true then that a total of              03:20:34
13   117 million would not flow from GDB Account        03:20:37
14   0006 to 6048 with respect to rum taxes.            03:20:39
15   BY MS. MILLER:                                      03:20:39
16        Q.     Okay.  I just want to look quickly     03:20:45
17   at the last page in the Flow of Funds, and this    03:20:52
18   reflects the Flow of Funds from April of 2016      03:20:59
19   to the present.  Do you see that?                   03:21:03
20        A.     Yes.                                    03:21:07
21        Q.     Okay.  And here there's a change       03:21:07
22   in the Flow of Funds where the moneys go from      03:21:15
23   the U.S. Treasury to the Commonwealth,             03:21:21
24   correct?  And then they go into the Banco          03:21:26
25   Popular 9458 account.  Do you see that?            03:21:31
```

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                              April 23, 2020

48 (Pages 410 to 413)

---

410

1    **A.    Yes, I see that.**                                    03:21:37
2    Q.    Okay.  During the April 2016 to                         03:21:38
3    the present time period, that has replaced the               03:21:40
4    GDB 006 account as the main operational account              03:21:42
5    of the Commonwealth, correct?                                03:21:46
6    **A.    Correct.**                                           03:21:52
7    Q.    Okay.  And then we see -- a                             03:21:52
8    million dollars transferring to the PRIFA                     03:21:55
9    BPPR 2882 account.  Do you see that?                          03:21:59
10   **A.    Yes.**                                               03:22:05
11   And has that account replaced the                            03:22:05
12   GDB 0704 account as the primary PRIFA operating              03:22:08
13   account?                                                     03:22:14
14   **A.    Would you mind giving me control**                   03:22:16
15   **of the document, please?**                                03:22:18
16   Q.    Sure.                                                  03:22:20
17   **A.    Thank you.**                                        03:22:39
18   **That's correct.**                                         03:22:49
19   Q.    Okay.  And the Flow of Funds                           03:22:51
20   stopped here with the Banco Popular 9045                     03:22:54
21   account and the Banco Popular 2882 account; is               03:23:02
22   that right?                                                  03:23:02
23   **A.    Correct.**                                          03:23:12
24   Q.    Are there any outflows of rum                          03:23:12
25   excise taxes out of the BPPR 9458 account?                   03:23:14

---

411

1    **A.    Besides the $1 million discrete**                    03:23:31
2    **transfer, as documented on this presentation,**            03:23:34
3    **there would have been no transfers out of the**            03:23:49
4    **TSA operational account for which revenue**                03:23:49
5    **source was rum tax revenues.**                             03:23:54
6    Q.    Is that because the rum tax                             03:24:00
7    revenues don't fit in the operational account?               03:24:02
8    **A.    It's not possible to know that.**                    03:24:24
9    Q.    And why not?                                           03:24:24
10   **A.    Because the TSA is a collection of**                 03:24:25
11   **bank accounts that transfer between one**                  03:24:35
12   **another.**                                                 03:24:37
13   Q.    Okay.  So you think the rum excise                     03:24:41
14   taxes are sitting somewhere in the TSA but not               03:24:44
15   necessarily in the 9458 account.  Is that what               03:24:44
16   you're saying?                                               03:24:48
17   UNIDENTIFIED SPEAKER:  Objection.                            03:24:52
18   THE WITNESS:  Once the cash is                               03:24:55
19   in -- once the proceeds from rum revenue is                  03:24:57
20   deposited to the TSA, those dollars -- that                  03:25:02
21   cash is indistinguishable from other dollars                 03:25:05
22   and cash within the TSA account.                             03:25:07
23   BY MS. MILLER:                                               03:25:07
24   Q.    Okay.  I know that.  But on the                        03:25:10
25   previous chart, we saw the rum tax revenues                  03:25:11

---

412

1    being deposited in the 006 account, which is                 03:25:15
2    the equivalent account to the current BPPR 9458              03:25:18
3    account, right?  And we were able to identify                03:25:22
4    outflows as a revenue source of rum excise                   03:25:28
5    taxes.  Do you recall doing that exercise on                 03:25:30
6    the prior two terms?                                         03:25:33
7    **A.    Yes.**                                               03:25:35
8    Q.    Okay.  So my question is:                               03:25:36
9    Why could you not do that exercise                           03:25:39
10   for the April '16 to present period?                         03:25:42
11   **A.    Maybe I'm not understanding the**                    03:25:52
12   **exercise that you're referring to.  Could you**            03:25:58
13   **please repeat that?**                                     03:26:00
14   Q.    I'm going to ask a different                            03:26:01
15   question.                                                    03:26:02
16   Is it your understanding that the                            03:26:03
17   rum excise taxes collected between April 2016                03:26:04
18   and the present still remain in the TSA?                     03:26:08
19   MS. McKEEN:  Objection.                                      03:26:17
20   THE WITNESS:  It's true that                                 03:26:19
21   revenue earned from rum taxes from April 2016                03:26:19
22   to present were transferred into the TSA                     03:26:24
23   account.                                                     03:26:28
24   BY MS. MILLER:                                               03:26:29
25   Q.    Have you seen any evidence of an                        03:26:29

---

413

1    outflow from the TSA of rum tax revenue?                     03:26:31
2    **A.    Besides the $1 million discrete**                    03:26:42
3    **transfer noted on the slide, I've seen no**                03:26:46
4    **transfers out of the TSA.  The fund source,**              03:26:51
5    **revenue source was rum tax revenues.**                     03:26:54
6    Q.    Okay.  And in the prior period                         03:26:55
7    that we looked at, so the entire period from                 03:26:57
8    January 2014 to March 2016, you were able to                 03:27:01
9    identify outflows of rum tax revenues from the               03:27:07
10   General Fund, correct?                                       03:27:11
11   Sorry.  Let me restate that.                                 03:27:13
12   For the period January 2014                                  03:27:17
13   through March 2016, when rum taxes flowed out               03:27:20
14   of the Commonwealth's main operational account,             03:27:25
15   you were able to identify that, correct?                     03:27:27
16   **A.    No.  We were able to identify**                      03:27:32
17   **transfers from the operational account whose**             03:27:34
18   **fund source was rum tax revenue.**                         03:27:39
19   Q.    Okay.  So for the period                               03:27:46
20   January 2014 through March 2016, you were able              03:27:49
21   to identify transfers from the operational                  03:27:52
22   account whose fund source was rum tax revenue;              03:27:54
23   is that correct?                                             03:27:54
24   **A.    That is correct.**                                   03:28:04
25   Q.    Okay.  And you were not able to                        03:28:04

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                      April 23, 2020

414

1  identify any outflow with the fund source of                    03:28:09
2  rum tax revenues during the period April 2016                   03:28:12
3  to the present; is that correct?                                03:28:16
4      A.    It's not that we were unable to.                      03:28:29
5  It's that we did not identify anything as such.                 03:28:33
6      Q.    Okay.  So to the best of your                         03:28:37
7  knowledge, there were no outflows from the TSA                  03:28:45
8  with a revenue source of rum excise taxes,                      03:28:51
9  correct?                                                        03:28:51
10         UNIDENTIFIED SPEAKER:  Objection.                       03:28:58
11  BY MS. MILLER:                                                 03:28:58
12     Q.    Sorry.  During this period, from                      03:28:58
13  April -- let me just restate it so we have a                   03:29:00
14  clean question.                                                03:29:02
15         To the best of your knowledge,                          03:29:03
16  there were no outflows from April 2016 to the                  03:29:05
17  present from the TSA with a revenue source of                  03:29:09
18  the rum excise taxes, correct?                                 03:29:14
19     A.    With the exception of the                             03:29:22
20  $1 million listed on this presentation                         03:29:23
21  document, that is correct.                                     03:29:26
22     Q.    Thank you.                                            03:29:31
23         I'm going to switch to talking                          03:29:31
24  about CCDA.                                                    03:29:46
25         Now, I mentioned it earlier,                            03:29:48

415

1  Mr. Ahlberg.  Do you have an understanding that                 03:29:50
2  when I say "CCDA" -- do you have an                             03:29:53
3  understanding of what I mean when I say "CCDA"?                 03:29:57
4      A.    Would you please clarify for me?                      03:30:03
5      Q.    Sure.  I think it's the Convention                    03:30:06
6  Center Development Authority.                                   03:30:11
7      A.    Oh, okay.                                             03:30:15
8      Q.    And when I say "Tourism Company,"                     03:30:15
9  do you know what I mean?                                        03:30:19
10     A.    Yes.                                                  03:30:21
11     Q.    Okay.  Do you have any -- have you                    03:30:21
12  had any involvement in -- sorry.  Let me                       03:30:24
13  restate it.                                                    03:30:31
14         So when I say "CCDA," I mean the                        03:30:32
15  Convention Center District Authority.  Do you                  03:30:35
16  understand that?                                               03:30:37
17     A.    Yes.                                                  03:30:38
18     Q.    When I say -- sorry, not when I                       03:30:38
19  say.                                                           03:30:43
20         Have you had any involvement with                       03:30:43
21  CCDA in your -- the ordinary course of your                    03:30:45
22  work for AAFAF?                                                03:30:49
23     A.    No.                                                   03:30:53
24     Q.    What about the Tourism Company?                       03:30:54
25     A.    Yes.                                                  03:30:59

416

1      Q.    Okay.  And what work did                             03:30:59
2  you -- have you done with respect to the                        03:31:03
3  Tourism Company?                                                03:31:05
4      A.    Generally cash flow reporting and                     03:31:11
5  cash flow workout scenes.                                       03:31:15
6      Q.    How long have you been doing work                     03:31:15
7  related to the Tourism Company?                                 03:31:31
8      A.    It's hard to say specifically.                        03:31:40
9         My work with the Commonwealth                            03:31:41
10  overlaps with various instrumentalities since I                03:31:43
11  began work at the Commonwealth.                                03:31:46
12     Q.    Did you similarly put together the                    03:32:04
13  Flow of Funds for CCDA?                                        03:32:10
14     A.    For tourism?  Yes.                                    03:32:17
15     Q.    Okay.  And who at CCDA did you                        03:32:20
16  work with?                                                     03:32:23
17         UNIDENTIFIED SPEAKER:  Objection.                       03:32:27
18  BY MS. MILLER:                                                 03:32:27
19     Q.    All right.  Who, if anybody, did                      03:32:30
20  you speak to at CCDA?                                          03:32:33
21     A.    We worked with individuals                            03:32:35
22  employed by the Tourism Company.                               03:32:37
23     Q.    And why did you speak with people                     03:32:44
24  employed by the Tourism Company rather than                    03:32:44
25  CCDA?                                                          03:32:47

417

1      A.    Because putting together the Flow                     03:32:50
2  of Funds, the Tourism Company individuals and                   03:32:53
3  management team were the ones with the                          03:32:57
4  requisite knowledge to help develop an accurate                 03:32:59
5  Flow of Funds.                                                  03:33:03
6      Q.    Did you speak to anybody at                           03:33:04
7  Treasury about putting together a CCDA Flow of                  03:33:05
8  Funds?                                                          03:33:12
9      A.    I spoke with Treasury about                           03:33:12
10  putting together a Flow of Funds for the                       03:33:17
11  Tourism Company.                                               03:33:19
12     Q.    And who did you speak to at                           03:33:19
13  Treasury?                                                      03:33:23
14     A.    Off the top of my head, I can                         03:33:26
15  recall Jeira Belén and Hector Gomez.                           03:33:28
16     Q.    And what did they tell you -- or                      03:33:34
17  what did you talk to them about specifically                   03:33:35
18  with respect to the Tourism Flow of Funds?                     03:33:38
19     A.    I think it depends on the                             03:33:46
20  conversation, that generally our conversations                 03:33:47
21  were focused on aligning with the accuracy as                  03:33:49
22  presented in the Flow of Funds presentation.                   03:33:53
23     Q.    What do you mean by "aligning with                    03:34:01
24  the accuracy as presented in the Flow of Funds                 03:34:03
25  presentation"?  I don't understand that.                       03:34:06

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

50 (Pages 418 to 421)

---

**418**

1    A.    I just mean collective review and
2  collaboration that the Flow of Funds
3  presentation is correct.
4    Q.    Did Treasury have any specific
5  information about the revenue stream or the
6  flow of the revenue?
7    A.    I can't recall specifically if I
8  obtained revenue information from Treasury.
9        MS. MILLER:  Okay.  Okay.  So I'd
10  like to mark as the next exhibit tab 2001,
11  please.
12        (Monolines Exhibit 30 is
13         introduced for the record.)
14  BY MS. MILLER:
15    Q.    Mr. Ahlberg, in connection with
16  preparing the Flow of Funds, did you review the
17  assignment and coordination agreement between
18  the Tourism Company and the GDB?
19    A.    I personally did not review that
20  specific document.
21    Q.    Are you aware if such a document
22  exists?
23    A.    I have heard others refer to that
24  document.
25    Q.    Okay.  And in what context have

---

**419**

1  you heard others refer to the document?
2    A.    I can't recall specifically.  I
3  just know in general, I'm familiar with -- with
4  the term or the name of the document.
5    Q.    So you've heard of it, you
6  just don't remember specifically where.
7    A.    Correct.
8    Q.    Okay.  So you have in front of you
9  a document that's been marked as Monolines
10  Exhibit 30.  It is the Assignment and
11  Coordination Agreement between -- by and
12  between the Tourism Company and the GDB.  Do
13  you see that?
14    A.    I see that.
15    Q.    Okay.  And I'd like you to look
16  specifically at Section 1, which is right there
17  on the first page, and it says:
18        The Tourism Company hereby creates
19  a Special Fund called the Assignment and
20  Coordination Agreement ("Holding Fund"),
21  ("Holding Fund").  All hotel occupancy tax
22  revenues will be deposited, as collected, into
23  the Holding Fund.
24        Have you ever heard of the Holding
25  Fund?

---

**420**

1    A.    I'm not aware of a specific
2  Holding Fund.
3    Q.    Have you ever heard that term used
4  in connection with CCDA or the Tourism Company?
5    A.    I may have heard the term, but I
6  am not generally familiar with it.
7    Q.    Do you know whether there's an
8  accounting designation in the Commonwealth or
9  Tourism Company account that correspond to a
10  Holding Fund?
11    A.    I'm not positive about an
12  accounting designation of a specific Holding
13  Fund.
14    Q.    Okay.  Are you thinking of a
15  different accounting designation that relates
16  to hotel occupancy taxes?
17    A.    I'm not certain, just not being
18  familiar with the Holding Fund terminology.
19    Q.    And my question was:
20        Are you aware of any accounting
21  designations that relate to the hotel occupancy
22  taxes?
23    A.    I'm not certain of accounting
24  designations.
25    Q.    And here it says that the moneys

---

**421**

1  will be deposited as collected into the Holding
2  Fund.  Do you see that?
3    A.    I do see that.
4    Q.    And what does that mean to you?
5    A.    It means that all hotel occupancy
6  tax revenues will be deposited as collected
7  into the Holding Fund.
8    Q.    And what does it mean to be
9  deposited into a Fund?
10    A.    Generally it -- I mean, it depends
11  on how they're using the word "Fund" here, but,
12  generally, it would mean cash deposits into
13  whatever this concept of -- of Fund definitions
14  are used.
15    Q.    Does that make sense to you?
16    A.    Does what make sense to me?
17    Q.    The idea of a cash deposit into a
18  Fund.
19    A.    It makes sense that there would be
20  cash deposits into a bank account.
21    Q.    What about into the Fund?
22    A.    I don't know.  It depends on
23  what's meant by "Fund."
24    Q.    Okay.  Well, what do you think is
25  meant by "Fund" here?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

51 (Pages 422 to 425)

---

**422**

```
 1          UNIDENTIFIED SPEAKER:  Objection.       03:39:44
 2   BY MS. MILLER:                                 03:39:46
 3      Q.   Do you have an understanding of        03:39:46
 4   how the Commonwealth uses the word "Fund"?     03:39:48
 5          UNIDENTIFIED SPEAKER:  Objection.       03:39:52
 6          THE WITNESS:  The Commonwealth          03:39:53
 7   uses the word "Fund" in various ways, and often 03:39:54
 8   very loosely, and the way that I think about   03:39:57
 9   Fund is about Funds numbered specifically      03:40:00
10   within the PRIFA system.                       03:40:02
11   BY MS. MILLER:                                 03:40:02
12      Q.   Okay.  Section 2 says that:            03:40:08
13          The holding Fund shall contain two      03:40:10
14   accounts identified as the Transfer Account and 03:40:13
15   the Surplus Account.  Do you see that?         03:40:16
16      A.   I see that.                            03:40:18
17      Q.   Have you ever heard of the            03:40:19
18   transfer account before?                       03:40:21
19      A.   Yes.                                   03:40:26
20      Q.   And have you ever heard of the         03:40:26
21   surplus account before?                        03:40:28
22      A.   Yes.                                   03:40:30
23      Q.   Okay.  Do you have an                  03:40:31
24   understanding of what revenues are assumed to  03:40:32
25   be deposited into the transfer account?        03:40:36
```

**423**

```
 1      A.   Yes.                                   03:40:40
 2      Q.   Okay.  And what moneys are those?      03:40:40
 3      A.   In general, all hotel occupancy       03:40:46
 4   taxes would eventually be transferred to the   03:40:52
 5   transfer account.                              03:40:52
 6      Q.   Okay.  Your testimony -- sorry, I      03:41:11
 7   forgot to ask.                                 03:41:15
 8          Are you also testifying as the         03:41:16
 9   corporate representative for the Tourism       03:41:20
10   Company today?                                 03:41:22
11      A.   Yes.                                   03:41:22
12      Q.   And you've also been designated as     03:41:22
13   the corporate representative for CCDA; is that  03:41:25
14   correct?                                       03:41:28
15      A.   No.                                    03:41:28
16      Q.   Okay.  You're not the corporate        03:41:30
17   representative for CCDA?                        03:41:32
18      A.   No.                                    03:41:35
19          MS. MILLER:  Okay.  We don't get a     03:41:37
20   corporate representative for CCDA, Liz?         03:41:38
21          MS. McKEEN:  You haven't noticed       03:41:43
22   one.                                           03:41:45
23          MS. MILLER:  Okay.                      03:41:47
24   BY MS. MILLER:                                 03:41:47
25      Q.   Okay.  So is the Tourism's             03:41:50
```

**424**

```
 1   testimony that all hotel occupancy taxes have  03:41:51
 2   to flow through the transfer account, is that  03:41:56
 3   what I just heard you say?                      03:41:59
 4      A.   It is not my testimony that all        03:42:06
 5   hotel occupancy taxes have to flow through the  03:42:07
 6   transfer account.  It is my testimony that in   03:42:11
 7   practice, in fact, depending on the time period 03:42:18
 8   in question, that all -- all hotel occupancy    03:42:20
 9   taxes would pass through the transfer account.  03:42:22
10   BY MS. MILLER:                                 03:42:24
11      Q.   Okay.  So when I asked you if you      03:42:29
12   have an understanding of what revenues are      03:42:31
13   required to be deposited into the transfer      03:42:33
14   account, you weren't answering that question,   03:42:35
15   you were answering a different question when    03:42:36
16   you said all hotel occupancy taxes would        03:42:39
17   eventually be transferred to the transfer       03:42:42
18   account?  So it's just a statement not          03:42:45
19   responsive to my question?                      03:42:47
20          UNIDENTIFIED SPEAKER:  Objection.       03:42:49
21          THE WITNESS:  I think I lost the        03:42:57
22   factual question that you're actually asking.   03:42:59
23   Would you mind --                              03:43:01
24   BY MS. MILLER:                                 03:43:01
25      Q.   Okay.  Let me just ask -- let me       03:43:02
```

**425**

```
 1   just ask you my same question again.           03:43:04
 2          Do you have an understanding of         03:43:06
 3   what revenues are required to be deposited into 03:43:08
 4   the transfer account?                           03:43:10
 5      A.   I'm not an attorney.  I don't know     03:43:17
 6   what revenues are required to be transferred    03:43:19
 7   into that account, but I can tell you,          03:43:23
 8   depending on the time period, what revenues did 03:43:24
 9   or did not pass through that account.           03:43:26
10      Q.   Okay.  So are lawyers the only         03:43:28
11   people who have to take into account and        03:43:30
12   consider what moneys have to flow into what     03:43:33
13   account?                                       03:43:38
14          UNIDENTIFIED SPEAKER:  Objection.       03:43:40
15          THE WITNESS:  I don't know.  But        03:43:52
16   there -- attorneys would certainly provide the  03:43:55
17   context for whether there was a requirement or  03:43:59
18   not a requirement to do so based on the law.    03:44:00
19   BY MS. MILLER:                                 03:44:00
20      Q.   Okay.  Well, what about                03:44:06
21   accountants, do they look at documents like     03:44:07
22   this to determine Flow of Funds and any         03:44:09
23   conditions or restrictions related to various   03:44:13
24   moneys?                                         03:44:15
25      A.   I can't speculate on what general      03:44:20
```

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

52 (Pages 426 to 429)

---

**426**

1  accountants might view or not view.                          03:44:23
2      Q.   Okay. Well, in any of your                          03:44:26
3  five-plus accounting courses that you took in                03:44:30
4  college, did any of them consider the need in                03:44:32
5  reviewing accounting materials to consider                   03:44:34
6  legal, contractual or other restrictions or                  03:44:38
7  requirements associated with various funds?                  03:44:42
8          UNIDENTIFIED SPEAKER: Objection.                      03:44:46
9          THE WITNESS: I can't recall if                        03:44:51
10  there's a specific section like that in one of               03:44:52
11  the classes I took in college.                               03:44:54
12      BY MS. MILLER:                                           03:44:54
13      Q.   I'm not asking for a specific                       03:44:58
14  section. I'm just asking if that concept ever                03:45:01
15  came up.                                                     03:45:04
16          MS. McKEEN: Objection.                               03:45:04
17          THE WITNESS: I can't recall if                       03:45:12
18  that context specifically came up in class or                03:45:13
19  not.                                                         03:45:13
20      BY MS. MILLER:                                           03:45:15
21      Q.   Would operational people within                     03:45:15
22  Treasury have to know what moneys are required               03:45:17
23  to flow into what account?                                   03:45:18
24          MS. McKEEN: Objection.                               03:45:27
25          THE WITNESS: People at Treasury                      03:45:31

---

**427**

1  would be knowledgeable about different bank                  03:45:32
2  accounts and transfer between bank accounts.                 03:45:36
3      BY MS. MILLER:                                           03:45:36
4      Q.   And the basis for those transfers,                  03:45:42
5  correct?                                                     03:45:50
6      A.   **Potentially. I can't say whether**                03:45:50
7  **one person at Treasury does or does not know**             03:45:52
8  **the basis for executing their operational job**            03:45:56
9  **functions.**                                               03:46:00
10      Q.   Okay. But they need to know what                    03:46:01
11  the requirements are in order to execute and                 03:46:03
12  direct money to appropriate people, right?                   03:46:06
13          There are operational people in                      03:46:09
14  whatever the relevant entity is, whether it's                03:46:11
15  the Commonwealth or whether it's Tourism                     03:46:14
16  Company, correct?                                            03:46:15
17      A.   **Certainly there are people who**                  03:46:21
18  **review that information to know how to execute**           03:46:23
19  **transfers.**                                               03:46:27
20      Q.   Okay. And among those people are                    03:46:28
21  the people who you've referred to multiple                   03:46:29
22  times both today and on Tuesday as "we,"                     03:46:32
23  referring to the Treasury, correct?                          03:46:36
24      A.   **Correct.**                                        03:46:41
25

---

**428**

1          UNIDENTIFIED SPEAKER: Objection.                      03:46:43
2      BY MS. MILLER:                                           03:46:43
3      Q.   Okay. So I'm asking you not as a                    03:46:44
4  lawyer but from an operational perspective, do               03:46:46
5  you have an understanding of what moneys under               03:46:49
6  the assignment and coordination agreement are                03:46:51
7  supposed to flow through the transfer account?              03:46:53
8          MS. McKEEN: Objection.                                03:46:58
9          THE WITNESS: I'm not certain what                     03:47:06
10  this document would require or not require, but              03:47:08
11  I can't tell you or answer questions about in                03:47:12
12  practice and actuality what happened and where               03:47:15
13  funds would flow.                                            03:47:17
14      BY MS. MILLER:                                           03:47:17
15      Q.   Well, so let me ask you about that                  03:47:18
16  in practice and then reality.                                03:47:19
17          Have you seen any documents that                     03:47:23
18  specifically identify any bank account that                  03:47:24
19  you've included on your Flow of Funds as the                 03:47:28
20  transfer account?                                            03:47:30
21      A.   **Yes.**                                            03:47:33
22      Q.   Okay. What document?                                03:47:34
23      A.   **I believe I misunderstood your**                  03:47:44
24  **question and answered -- answered a question**             03:47:47
25  **that you did not ask.**                                    03:47:51

---

**429**

1      Q.   Okay. So let me ask my question                     03:47:52
2  again.                                                       03:47:55
3          Have you seen any document in all                     03:47:55
4  of the work that you've done in putting                       03:48:01
5  together the Tourism Company Flow of Funds that               03:48:03
6  specifically identifies any bank account                      03:48:07
7  reflected on your Flow of Funds as the transfer              03:48:11
8  account?                                                     03:48:16
9      A.   **I can't recall personally**                        03:48:19
10  **reviewing a document that identified a specific**          03:48:21
11  **account as the transfer account, but through**            03:48:23
12  **the collaborative process and work with**                 03:48:28
13  **Treasury and the team that was pulling**                  03:48:31
14  **documents for discovery, I'm confident that I**           03:48:36
15  **can identify the transfer account on the Flow**           03:48:41
16  **of Funds presentation.**                                  03:48:44
17      Q.   Okay. I'd like to know if you or                    03:48:46
18  anybody you've worked with has either seen or                03:48:50
19  told you that there exists a document that                    03:48:53
20  identifies a particular bank account as the                  03:48:57
21  transfer account.                                            03:49:03
22      A.   **I can't recall a specific document**              03:49:06
23  **that somebody referenced, but I do know which**           03:49:11
24  **account is referred to as the transfer account.**         03:49:13
25      Q.   Okay. I don't want to know your                     03:49:16

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

53 (Pages 430 to 433)

---

**430**

1  guesswork about what you've decided is the
2  transfer account.  I want to know if there's
3  any evidence that whatever account you're going
4  to tell me is the transfer account is actually
5  the transfer account.
6          MS. McKEEN:  Objection,
7  argumentative.
8          THE WITNESS:  I can't tell you a
9  specific document that I've personally reviewed
10 but that through our team's process and work,
11 I'm confident that I can identify the transfer
12 account in the Flow of Funds.
13 BY MS. MILLER:
14     Q.    Okay.  So I've looked through the
15 documents that you've produced, and I can tell
16 you that there is not a single document that
17 identifies any account on your Flow of Funds as
18 the transfer account.
19          Do you have any reason to believe
20 that that is not in fact the case?
21          MS. McKEEN:  Objection.
22 BY MS. MILLER:
23     Q.    So, actually, now I am asking you
24 about what I know.
25          So I'm going to make the

---

**431**

1  representation that I've reviewed it, and there
2  are no documents that were produced that
3  identify any account as the transfer account.
4          So my question to you is:
5          Do you believe that there is a
6  document to the contrary that specifically
7  identifies a bank account as the transfer
8  account?
9          MS. McKEEN:  Objection.
10 BY MS. MILLER:
11     Q.    Not that you can think of off the
12 top of your head, not that you've personally
13 seen that exists in the universe.
14          As the corporate representative of
15 the Tourism Company and the Commonwealth, is
16 there a document that exists that identifies a
17 specific bank account as the transfer account?
18          MS. McKEEN:  Objection.
19          THE WITNESS:  I have not seen an
20 individual document that identifies the account
21 as the transfer account, but did enough work in
22 collaboration with the team to satisfy myself
23 that I can accurately identify a transfer
24 account, bank account on the Flow of Funds
25 presentation.

---

**432**

1          MS. MILLER:  Okay.  I'm going to
2  move to strike as nonresponsive.
3  BY MS. MILLER:
4      Q.    Has anyone on your team told you
5  that they have seen a document that identifies
6  a bank account as the transfer account?
7      A.    I don't recall a specific
8  conversation where somebody specifically
9  referenced a bank account as the reason that
10 they knew that that was the transfer account.
11     Q.    When you say "a bank account," do
12 you mean a document?
13     A.    I meant bank statement.  Thank
14 you.
15     Q.    Do you expect that if there was
16 such a document, it would have been produced?
17     A.    I can't speculate one way or the
18 other.
19          MS. MILLER:  Okay.  Well, I'm
20 going to call for the production of any such
21 documents that the Commonwealth intends to rely
22 on as evidence that the account that you're
23 going to tell me is the transfer account is in
24 fact the transfer account.
25

---

**433**

1  BY MS. MILLER:
2      Q.    Okay.  Looking at Section 4, which
3  is on the next page of Monolines Exhibit 30,
4  this document provides what it seems like you
5  already know, which is that:
6          All hotel occupancy tax funds
7  received by the Tourism Company shall be
8  deposited into the transfer account until (i)
9  1/10 of the required payment has been met and
10 (ii) any deficiencies in prior payment periods
11 have been met, but in aggregate such amounts
12 shall not exceed the total amount of Required
13 Payment needed in any Fiscal Year.
14          Thereafter, and only when the
15 Transfer Account contains all moneys necessary
16 to pay the Bonds in accordance with the GDB
17 Certificate, the Tourism Company shall deposit
18 any excess funds into the surplus account.
19          Do you see that?
20     A.    Yes.
21     Q.    All right.  So you have an
22 understanding that under this agreement,
23 moneys -- the only moneys that are supposed to
24 flow into the transfer account are those that
25 are pledged to the bondholder, correct?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                      April 23, 2020

54 (Pages 434 to 437)

---

434

1    MS. McKEEN:  Objection.                        03:53:33
2        THE WITNESS:  I think you                   03:53:52
3    paraphrased this paragraph, and I'm not         03:53:54
4    positive whether I agree or disagree with that  03:53:56
5    paraphrasing.                                   03:53:59
6    BY MS. MILLER:                                  03:53:59
7        Q.    Okay.  Well, I'll let you             03:54:00
8    paraphrase it.                                  03:54:03
9        What's your understanding, based            03:54:04
10   on the paragraph we just looked at, of what     03:54:05
11   moneys are supposed to flow into the transfer   03:54:07
12   account?                                        03:54:09
13       MS. McKEEN:  Objection.                     03:54:10
14       THE WITNESS:  I'm happy to reread           03:54:15
15   the paragraph and sentences that you just read. 03:54:17
16   BY MS. MILLER:                                  03:54:17
17       Q.    Yeah.  Take as long as you need.      03:54:25
18       A.    Okay.  Thank you.                     03:54:36
19       Would you now repeat your                    03:54:40
20   question, please?                               03:54:41
21       MS. MILLER:  Could the court                03:55:11
22   reporter read it back, please?                  03:55:15
23       (Record read as requested.)                 03:55:18
24       THE WITNESS:  The document says             03:55:18
25   that:                                           03:55:20

---

435

1        All Hotel Occupancy Tax Funds              03:55:20
2    shall be deposited into the transfer account   03:55:20
3    until 1/10 of the required payments are met.   03:55:24
4    BY MS. MILLER:                                 03:55:28
5        Q.    And any deficiencies, correct?       03:55:28
6        A.    Correct, that's what the document    03:55:30
7    says.                                          03:55:32
8        Q.    Okay.  And do you have an            03:55:36
9    understanding of what required payments are?   03:55:37
10       A.    I have an understanding generally    03:55:37
11   of the term "required payments."               03:55:46
12       Q.    Okay.  What's your understanding?    03:55:47
13       A.    I understand the term "required      03:55:50
14   payments" to mean payments that are required.  03:55:52
15       Q.    Okay.  So let's go back one page     03:55:57
16   to Section 3, which defines the term "required 03:55:59
17   payment" as:                                   03:56:03
18       The amount necessary for the               03:56:13
19   Authority to make, during the upcoming fiscal  03:56:16
20   year and the first day of the second succeeding 03:56:18
21   fiscal -- succeeding fiscal year, (a), payments 03:56:21
22   equal to the amount necessary for the full and 03:56:21
23   timely payment or amortization of the principal 03:56:24
24   and interest on the bonds due on July 1 and    03:56:27
25   January 1.                                     03:56:31

---

436

1        And then it keeps going.                   03:56:31
2        So you can take a look at that and         03:56:33
3    then tell me if you have an understanding of   03:56:35
4    what required payments are.                    03:56:36
5        A.    Yeah, I have an understanding of     03:56:47
6    what required payments are as they're defined  03:56:49
7    within this document.                          03:56:50
8        Q.    Okay.  And so you have an            03:56:51
9    understanding that only the -- on a monthly    03:56:55
10   basis only 1/10 of the required payments are   03:56:58
11   supposed to be put into the transfer account   03:57:01
12   plus any deficiency, and thereafter any excess 03:57:06
13   moneys are supposed to flow to the surplus     03:57:10
14   account, correct?                              03:57:12
15       UNIDENTIFIED SPEAKER:  Objection.          03:57:17
16       THE WITNESS:  That's what this             03:57:19
17   agreement says.                                03:57:19
18   BY MS. MILLER:                                 03:57:19
19       Q.    Did you ever have any discussions    03:57:25
20   with anybody either at the Tourism Company or  03:57:26
21   Treasury about how the moneys are supposed to  03:57:28
22   flow under this agreement?                     03:57:31
23       A.    I mean, we certainly talked to the   03:57:45
24   Tourism Company about Flow of Funds.           03:57:47
25       Q.    My question was specifically to      03:57:59

---

437

1    how the moneys were supposed to flow under this 03:58:01
2    agreement, specifically as between the transfer 03:58:04
3    account and the surplus account.               03:58:07
4        A.    My focus was on documenting the      03:58:16
5    actual Flow of Funds and how it actually       03:58:19
6    happened.                                      03:58:22
7        Q.    And is this how the moneys           03:58:24
8    actually flowed?                               03:58:29
9        UNIDENTIFIED SPEAKER:  Objection.          03:58:35
10       THE WITNESS:  I have not done the          03:58:37
11   exercise to cross-reference every adjusted flow 03:58:42
12   from this document to the actual fund.         03:58:46
13   BY MS. MILLER:                                 03:58:48
14       Q.    Mr. Ahlberg, that's not what I'm     03:58:48
15   asking.                                        03:58:50
16       You've spent many weeks putting            03:58:50
17   together Flow of Funds documents, and I'm      03:58:52
18   asking you whether for the CCDA Flow of Funds  03:58:55
19   at any point in time the money flowed such that 03:58:59
20   the required payment -- 1/10 of the required   03:59:04
21   payment went into the transfer account on a    03:59:08
22   monthly basis, any deficiency, and the         03:59:11
23   remainder went into the surplus account.       03:59:13
24       You told me that you're confident          03:59:24
25   you can tell me which is the transfer account  03:59:27

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

55 (Pages 438 to 441)

---

438

and which is the surplus account. So now I'm
asking you did the money ever flow consistent
with the flow that we just looked at in
Monolines Exhibit 30?
        UNIDENTIFIED SPEAKER: Same
objection.
        THE WITNESS: I can't say whether
or not the Flow of Funds is consistent with how
the suggested Flow of Funds should be. I can
say that the Flow of Funds' presentation
document, the Flow of Funds they haven't.
BY MS. MILLER:
    Q.    Okay. And how did, based on your
recollection, and we'll look at them shortly,
what was the first step of the flow after being
received by the Commonwealth?
        MS. McKEEN: Objection, vague as
to time.
BY MS. MILLER:
    Q.    At any time.
        MS. McKEEN: Specify a time you'd
like. Objection.
        THE WITNESS: I think you
characterized flows to the Commonwealth when I
think of hotel occupancy taxes flowing to the

---

439

Tourism Company.
BY MS. MILLER:
    Q.    Right. And that's a good point.
        The hotel occupancy taxes never
actually flowed to the Commonwealth other than
during that clawback period where the
Commonwealth takes them back, right?
    A.    Without having the Flow of Funds
presentation in front of me, I believe that's
correct.
        MS. MILLER: Okay. I'd like to
mark tab, document 102, as the next exhibit,
please.
        And Exhibit 31, Monolines
Exhibit 31 is going to be the Pledge Assignment
Agreement by and among the Puerto Rico
Convention Center District Authority, the
Government Development Bank and JPMorgan Chase.
        (Monolines Exhibit 31 is
        introduced for the record.)
BY MS. MILLER:
    Q.    Is this the document or have you
seen such an assignment agreement before?
    A.    Are you pulling the document up
right now?

---

440

    Q.    Yeah, we are pulling it up, but
I'm just asking you generally, while it's
happening, whether you've ever seen the pledge
agreement related to this before.
    A.    I don't recall specifically
looking at this agreement previously.
    Q.    Okay. Are you familiar with any
accounts that are referred to in the Tourism
Company flow as the pledge account?
    A.    Yes.
    Q.    Okay. What's your understanding
of what the pledge account is?
    A.    In the Flow of Funds, the pledge
account is the account that receives an
approximately $3 million transfer every month.
During the certain period it is -- it is
ultimately passed on.
    Q.    Okay. Okay. And I just want to
look at -- okay.
        And I just want to look at
Section 3(b) of the account -- of the pledge
agreement, so Section 3, which you went one
page too far, if you could go back. Thank you.
        Section 3 provides that:
        The GDB hereby agrees that, so

---

441

long as there are any Bonds Outstanding under
the Trust Agreement, to deposit or cause to be
deposited into the Pledge Account, all Hotel
Occupancy Taxes received from the Tourism
Company as received but in no event...than
12:00 noon, New York time, on the next Business
Day immediately following the Business Day on
which such Hotel Occupancy Tax Funds are
received by GDB," right?
        And then (b) says:
        Amounts deposited in the Pledge
Account are to be held by GDB to provide for
the following receipts (in order of priority).
        Do you see that?
        MS. McKEEN: Objection. This
doesn't say "receipt." It says "deposit."
        MS. MILLER: Oh, sorry. Thank
you, but let me correct that.
BY MS. MILLER:
    Q.    3(b) says:
        Amounts deposited in the Pledge
Account are to be held by GDB to provide for
the following deposits (in order of priority).
        Do you see that?
    A.    Yes, I see that.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

56 (Pages 442 to 445)

---

442

1    Q.    Okay.  And subsection 1 says:                    04:04:47
2         GDB will make payments to the                     04:04:51
3    Commonwealth of Puerto Rico as set forth in            04:04:53
4    Section 2(b) above when required in accordance         04:04:54
5    with Section 8 of Article VI of the                    04:04:57
6    Constitution of the Commonwealth of                    04:05:00
7    Puerto Rico.                                           04:05:03
8         Do you see that?                                  04:05:05
9    A.    Yes, I see that.                                 04:05:05
10   Q.    Okay.  And is it your                            04:05:08
11   understanding that that is supposed to be a --         04:05:10
12   sorry.                                                 04:05:20
13        Do you have an understanding of                   04:05:20
14   what account that it's supposed to be                  04:05:21
15   transferred from?                                      04:05:25
16        MS. McKEEN:  Objection.                           04:05:31
17        THE WITNESS:  It's not clear to me                04:05:44
18   from the document section that we read.                04:05:46
19        BY MS. MILLER:                                    04:05:50
20   Q.    Okay.  Okay.  And then number 2 is               04:05:50
21   that the:                                              04:05:50
22        GDB shall on each calendar month                  04:05:59
23   no later than 12:00 noon, on the third Business        04:06:01
24   Day immediately following the Business Day on          04:06:06
25   which the Hotel Occupancy Tax Funds are                04:06:06

---

443

1    received by it, transfer or caused to be               04:06:09
2    transferred to the Trustee all Hotel Occupancy         04:06:12
3    Tax Funds then deposited to the pledge account.        04:06:16
4         Do you see that?                                  04:06:18
5    A.    I see that.                                      04:06:18
6    Q.    Okay.  So you said it wasn't clear               04:06:22
7    to you when I asked you where the transfer to          04:06:24
8    the Commonwealth with respect to what was              04:06:30
9    colloquially referred to as "the clawback" were        04:06:33
10   made from, but if you look at Section 3(b), it         04:06:36
11   specifically says:                                     04:06:39
12        Amounts deposited in the Pledge                   04:06:40
13   Account are to be held by the GDB pro-                 04:06:42
14   -- sorry -- are to be held by GDB to provide           04:06:46
15   for the following deposits (in order of                04:06:49
16   priority).                                             04:06:51
17        So does that tell you that the                    04:06:52
18   transfer of the money from the GDB to the              04:06:53
19   Commonwealth on account of any, quote,                 04:06:56
20   "clawback" is supposed to come from the pledge         04:07:00
21   account?                                               04:07:02
22        MS. McKEEN:  Objection.                           04:07:05
23        THE WITNESS:  I do understand that                04:07:13
24   that's what this document says.                        04:07:16
25

---

444

1    BY MS. MILLER:                                         04:07:16
2    Q.    Okay.  All I want.  Okay.  Okay.                 04:07:18
3         And then do you understand that                   04:07:38
4    under Section 3(b)(2) moneys get transferred to        04:07:39
5    the trustee, correct?                                  04:07:44
6         MS. McKEEN:  Objection.  Are you                  04:07:49
7    asking --                                              04:07:49
8         (Simultaneous speaking.)                          04:07:52
9    BY MS. MILLER:                                         04:07:52
10   Q.    Are to be transferred to the                     04:07:53
11   trustee?                                               04:07:55
12        MS. McKEEN:  Objection.                           04:07:55
13        THE WITNESS:  Would you please                    04:08:00
14   repeat the question?                                   04:08:01
15   BY MS. MILLER:                                         04:08:01
16   Q.    Yeah.  Do you have an                            04:08:04
17   understanding that under Section 3(b)(2) the           04:08:04
18   GDB is then supposed to transfer the moneys            04:08:11
19   from the pledge account to the trust account,          04:08:15
20   right?                                                 04:08:19
21        MS. McKEEN:  Objection.                           04:08:19
22        THE WITNESS:  That is what                        04:08:23
23   Section 3(b)(2) says.                                  04:08:25
24   BY MS. MILLER:                                         04:08:25
25   Q.    Okay.  And do you know who the                   04:08:30

---

445

1    trustee is on the Fund?                                04:08:34
2    A.    I can't recall off the top of my                 04:08:41
3    head.                                                  04:08:44
4         MS. MILLER:  I'd like to look at                  04:08:55
5    the CCDA Flow of Funds.                                04:08:59
6         So, Karen, if you could pull up                   04:09:00
7    tab 2135 as Exhibit 32.                                04:09:03
8         (Monolines Exhibit 32 is                          04:09:03
9         introduced for the record.)                       04:09:03
10   BY MS. MILLER:                                         04:09:03
11   Q.    Mr. Ahlberg, have you ever seen                  04:09:22
12   any internal documents that specifically map          04:09:24
13   the various funds and accounts that we have            04:09:26
14   seen in the bond documents, the actual bank           04:09:28
15   account?                                               04:09:37
16   A.    I've not seen -- I personally have              04:09:37
17   not seen a file like that.                             04:09:43
18   Q.    Do you believe any such file                     04:09:45
19   exists?                                                04:09:48
20   A.    I can't recall off the top of my                 04:09:52
21   head if that exercise was done.                        04:09:56
22   Q.    Did you ask anybody in the course                04:09:58
23   of preparing for the Flow of Funds or for this        04:10:01
24   deposition whether or not such a document              04:10:04
25   existed?                                               04:10:12

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

57 (Pages 446 to 449)

---

**446**

1    A.    I may have.  I just can't recall
2  right now.
3    Q.    But you know you've never seen
4  one?
5    A.    I know that I've chk first cited
6  docs in that document.
7    Q.    Do you know whether, based on
8  discussions with people on your team, anyone's
9  ever seen them?
10    A.    I can't recall.  It's certainly
11  something I could follow up on and get back to
12  you on.
13    Q.    How many people did you have on
14  your team working on this?
15    A.    Working on what specifically?
16    Q.    Working on putting together the
17  Flow of Funds chart.
18    A.    This Tourism Flow of Funds chart?
19    Q.    No.  All of the Tour- -- all of
20  the Flow of Funds charts, so the Tourism, the
21  rum taxes and the HTA.
22    A.    Okay.  I guess you asked who was
23  on the team that was doing that.  I prepared
24  these Flow of Funds documents --
25    Q.    I think I asked you how many --

---

**447**

1  how many people did you have on your team.
2    A.    Oh, how many people?
3          I can't recall specifically the
4  number of people on the team.  I'm happy to
5  list as many individuals that I can think of
6  off the top of my head.
7    Q.    Was there anybody senior to you
8  involved in this project?
9    A.    It depends on how you define
10  "senior."
11          For example, I would consider the
12  subsecretary of Treasury of the Commonwealth of
13  Puerto Rico to be senior to me but not
14  necessarily -- you know, she doesn't work at
15  Conway MacKenzie in a position directly above
16  me.
17    Q.    So I would consider her to be in a
18  separate line entirely given that you're not
19  employed at the same place.  So I mean within
20  Conway MacKenzie, is there anybody senior to
21  you involved in this?
22    A.    Okay.  Thank you for clarifying.
23          No.
24    Q.    Okay.  I think we covered
25  yesterday that you've been at Conway MacKenzie

---

**448**

1  for how long?
2    A.    Since August 2017.
3    Q.    All right.  And your work has been
4  principally focused on Puerto Rico and mostly
5  limited to cash flows; is that right?
6    A.    That's correct, generally limited
7  to cash flow reporting, cash flow monitoring,
8  liquidity management.
9    Q.    Okay.  And I think you testified
10  yesterday that there are approximately five
11  people senior to you at Conway MacKenzie
12  involved generally in the Puerto Rico
13  engagement; is that right?
14    A.    Yes, I think I gave a range
15  between four and six.
16    Q.    Okay.  And none of them were
17  involved in this project; is that right?
18    A.    That's correct.
19    Q.    Did you speak to any of them about
20  the work you were doing?
21    A.    I wouldn't have spoken to anyone
22  on my team about the work we were doing.
23    Q.    Are any of the more senior people
24  at Conway MacKenzie involved in the Puerto Rico
25  engagement CPAs?

---

**449**

1    A.    Excuse me for a moment.  I do
2  recall that one member of Conway MacKenzie was
3  involved, and his name was Brett Howard.
4    Q.    What was his involvement?
5    A.    He specifically manages the cash
6  flow reporting for Tourism Company, and so I
7  consulted with him about the Flow of Funds
8  presentation in collaboration with Gustavo from
9  Tourism.  In all cases, counsel would have been
10  present.
11    Q.    And what is Mr. Howard's position
12  at Conway MacKenzie?
13    A.    Currently he is a senior associate
14  at Conway MacKenzie.
15    Q.    And is that senior to you?
16    A.    That is not.
17    Q.    Okay.  Well, I think I was asking
18  about people senior to you.
19    A.    Okay.  I apologize.
20    Q.    That's okay.  So let me ask again.
21          Of the people who are more senior
22  than you at Conway MacKenzie who were involved
23  in the Puerto Rico engagement, are any of them
24  CPAs?
25    A.    I think there are -- there's at

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

58 (Pages 450 to 453)

---

450

1  least -- there's at least one CPA on the Conway        04:15:13
2  MacKenzie team. There could be more.                    04:15:16
3    Q.    All right. And who's the                         04:15:18
4  one person who you can think of who's a CPA on          04:15:21
5  the Conway MacKenzie team?                               04:15:23
6    A.    I believe that Rafael Di Napoli is               04:15:29
7  a CPA.                                                   04:15:36
8    Q.    Okay. And what is Mr. Di Napoli's                04:15:40
9  position at Conway MacKenzie?                            04:15:44
10   A.    Currently he is a managing                       04:15:47
11  director.                                               04:15:53
12   Q.    Okay. And did you speak to                       04:15:53
13  Mr. Di Napoli about Funds as used in the                04:15:55
14  Commonwealth?                                           04:16:01
15   A.    Would you repeat the question?                   04:16:04
16   Q.    Yes. Did you speak to Mr. Di                     04:16:06
17  Napoli about how Funds are used within the              04:16:10
18  Commonwealth in this account?                           04:16:13
19        UNIDENTIFIED SPEAKER: Objection.                  04:16:16
20        THE WITNESS: I did not                            04:16:21
21  specifically discuss Funds with Mr. Di Napoli           04:16:21
22  in preparation for this deposition.                     04:16:24
23  BY MS. MILLER:                                          04:16:28
24   Q.    Did you speak to him about other                 04:16:28
25  things in preparation for this deposition?              04:16:32

---

451

1    A.    Not specifically, but I can't say              04:16:36
2  unequivocally that we may never have ever                04:16:38
3  discussed Fund types together.                           04:16:44
4    Q.    Did you speak to Mr. Di Napoli                   04:16:45
5  about the significance of Funds or other                 04:16:48
6  accounting designations in tracing money                 04:16:50
7  through various Commonwealth accounts?                    04:16:52
8    A.    No.                                              04:17:00
9    Q.    Did you speak to anyone else                     04:17:00
10  senior to you at Conway MacKenzie about that?           04:17:01
11   A.    In preparation for this                          04:17:06
12  deposition? No.                                         04:17:07
13   Q.    Okay. Okay. So we have marked as                 04:17:10
14  Exhibit 32 a document that is in front of you,          04:17:15
15  which is the Puerto Rico Tourism Company Room           04:17:21
16  Taxes Flow of Funds. Do you see that?                   04:17:25
17   A.    Yes.                                             04:17:28
18   Q.    Okay. Do you recognize this                      04:17:31
19  document?                                               04:17:35
20   A.    Yes.                                             04:17:35
21   Q.    Okay. And you prepared this,                     04:17:36
22  right?                                                  04:17:38
23   A.    I did.                                           04:17:40
24   Q.    Can you describe generally the                   04:17:41
25  Flow of Funds -- sorry, the flow of hotel               04:18:00

---

452

1  occupancy taxes from the time that they're              04:18:04
2  collected by hoteliers?                                  04:18:08
3        MS. McKEEN: Objection, vague.                     04:18:19
4        THE WITNESS: I don't know how to                  04:18:26
5  answer that question. Would you mind being              04:18:30
6  more specific, please?                                   04:18:33
7  BY MS. MILLER:                                          04:18:33
8    Q.    Okay. Well, room tax revenues are               04:18:36
9  collected at a point of contact with the                04:18:39
10  customer, right? And then they're transferred          04:18:44
11  to the Commonwealth; isn't that correct?               04:18:48
12   A.    Correct.                                         04:18:50
13   Q.    Okay. So I want you to tell me                   04:18:52
14  how a room tax revenue is collected and then           04:18:56
15  transferred to the Commonwealth.                        04:19:03
16        MS. McKEEN: Objection, vague.                    04:19:09
17  BY MS. MILLER:                                          04:19:09
18   Q.    You can take it off -- you're                   04:19:11
19  welcome to leave the Flow of Funds on, but I'm         04:19:12
20  asking for the step that's not reflected in the        04:19:15
21  Flow of Funds, right?                                   04:19:17
22        The room tax revenues are actually               04:19:18
23  collected by not a Commonwealth agent, right?          04:19:23
24  Is that consistent with your understanding,            04:19:26
25  Mr. Ahlberg?                                            04:19:28

---

453

1        Well, let me just ask:                            04:19:29
2        Mr. Ahlberg, who collects room tax              04:19:31
3  revenue -- who collects room taxes?                     04:19:34
4    A.    Hoteliers.                                       04:19:36
5    Q.    Okay. So you would agree with me                04:19:36
6  that hoteliers collect room tax revenues,               04:19:40
7  correct?                                                 04:19:46
8    A.    Correct.                                         04:19:46
9    Q.    And then the hoteliers then                     04:19:47
10  transfer them to the Commonwealth, correct --          04:19:50
11  oh, sorry, sorry.                                       04:19:53
12   A.    The Tourism Company.                            04:19:54
13   Q.    Yes. Thank you. Sorry. Let me                   04:19:55
14  restate my question.                                    04:19:58
15        Room tax revenues are collected by              04:19:58
16  hoteliers, right?                                       04:20:02
17   A.    Correct.                                         04:20:04
18   Q.    And the hoteliers then transfer                 04:20:06
19  them to the Tourism Company, correct?                   04:20:11
20   A.    Correct.                                         04:20:12
21   Q.    And how do they transfer them to                04:20:13
22  the Tourism Company?                                    04:20:16
23   A.    I think it depends on which                     04:20:20
24  hotelier and their, you know, agreed-upon              04:20:29
25  schedule to transfer hotel revenue taxes.              04:20:34

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

59 (Pages 454 to 457)

---

**454**

1    Q.    Okay.  Do you have an    04:20:42
2  understanding of the various ways in which    04:20:45
3  hoteliers can transfer the money to the Tourism    04:20:49
4  Company?    04:20:56
5    A.    I'm not positive of the ways that    04:20:56
6  the hoteliers designate their transfers to the    04:20:57
7  Tourism Company.    04:21:04
8    Q.    Okay.  Do you know whether they    04:21:05
9  can wire the money?    04:21:07
10    A.    I believe they can send    04:21:08
11  electronic -- electronic payments.    04:21:14
12    Q.    Do you know whether they can make    04:21:14
13  deposits at Scotiabank ATM machines in    04:21:16
14  Puerto Rico?    04:21:25
15    A.    I'm not positive whether they can    04:21:26
16  make ATM deposits or not.    04:21:28
17    Q.    Do you know whether they can    04:21:30
18  transfer the money by check?    04:21:31
19    A.    I believe that they can transfer    04:21:37
20  the money by check --    04:21:39
21    Q.    Okay.  And regardless --    04:21:40
22    A.    -- depending (indiscernible).    04:21:40
23    Q.    All right.    04:21:40
24        And regardless of the means used    04:21:47
25  by the hotelier to transfer the room tax    04:21:48

---

**455**

1  revenues that it collected, all of those    04:21:52
2  revenues are transferred to the Tourism Company    04:21:55
3  into the Scotiabank 5142 account, correct?    04:22:00
4    A.    Correct.    04:22:04
5    Q.    Okay.  And that was true for the    04:22:04
6  entire period that you looked at from    04:22:07
7  January 2015 through the present, correct?    04:22:10
8    A.    That's correct.    04:22:25
9    Q.    Okay.  So from January 2015 to the    04:22:25
10  present, all hotel room tax revenues collected    04:22:28
11  by hoteliers are transferred to the Tourism    04:22:32
12  Company through the Scotiabank 5142 account,    04:22:35
13  correct?    04:22:43
14    A.    Correct.    04:22:43
15    Q.    Okay.  And then looking at Flow of    04:22:44
16  Funds for January 2015 to November 2015 -- it's    04:22:49
17  up on the board or up on your screen -- the    04:22:53
18  Flow of Funds indicates that those revenues are    04:23:02
19  then transferred to the GDB 9758 account.  Do    04:23:05
20  you see that?    04:23:12
21    A.    Yes.    04:23:12
22    Q.    Okay.  Are there any moneys    04:23:13
23  deposited in the Scotiabank 5142 account that    04:23:14
24  are not transferred into the GDB 9758 account    04:23:19
25  during this period, January 2015 through    04:23:22

---

**456**

1  November 2015?    04:23:24
2    A.    No.    04:23:26
3    Q.    Okay.  So the GDB 9758 account has    04:23:28
4  exactly the same revenues that were transferred    04:23:33
5  into the Scotiabank 5142 account, correct?    04:23:46
6    A.    I believe the amount, the total    04:23:46
7  amount transferred into 5142 would be equal to    04:23:48
8  the total amount transferred into 9758 during    04:23:52
9  this time period.    04:23:55
10    Q.    Is that the long way of saying    04:23:59
11  yes, that the GDB 9758 account has exactly the    04:24:01
12  same revenues that were transferred into the    04:24:06
13  Scotiabank 5142 account by the hoteliers?    04:24:09
14    A.    It's -- I mean, the transfers for    04:24:16
15  the -- the transfers will total the exact    04:24:19
16  amount.  It will be -- the total transfers into    04:24:24
17  5142 will equal the total transfers into 9758.    04:24:28
18    Q.    So all the same moneys that are    04:24:32
19  going into 5142 are going into 9758, correct?    04:24:34
20    A.    During the time period, that's    04:24:40
21  correct.    04:24:42
22    Q.    Okay.  And then what moneys are    04:24:42
23  going from 9758 to 5144?    04:24:45
24    A.    Amounts that would be in excess of    04:24:51
25  the approximately $3 million per month that was    04:24:55

---

**457**

1  sent to the 9947 pledge account.    04:24:56
2    Q.    Okay.  And is the 9947 account the    04:25:07
3  pledge account as you understand it?    04:25:16
4    A.    Yes.    04:25:17
5    Q.    Okay.  Or as you've referred to    04:25:18
6  it.    04:25:26
7        And the 5144 account is designated    04:25:26
8  as a comingled account, do you see that?    04:25:46
9    A.    Yes, I see that.    04:25:49
10    Q.    What other moneys are deposited    04:25:50
11  into the 5144 account?    04:25:52
12    A.    An example I can think of off the    04:25:55
13  top of my head would be slot machine proceeds.    04:25:58
14    Q.    Okay.  Are any other moneys    04:26:11
15  deposited into the 9947 account?    04:26:13
16    MS. McKEEN:  Are you meaning the    04:26:25
17  moneys into the -- I just want to be clear.    04:26:30
18    MS. MILLER:  Yeah.  Now I'm asking    04:26:31
19  about the 9947 account.    04:26:32
20    THE WITNESS:  Would you please    04:26:39
21  repeat the question?    04:26:40
22  BY MS. MILLER:    04:26:40
23    Q.    Yeah.  Are any -- are any moneys    04:26:44
24  other than the moneys transferred from the 9758    04:26:44
25  account deposited into the 9947 account?    04:26:47

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

60 (Pages 458 to 461)

---

458

1       A.   Not during this time period that
2   we're looking at.
3       Q.   Okay. And then moneys from -- I'm
4   going back to the 5144 account. Moneys from
5   the 5144 account, hotel occupancy tax revenues
6   in excess of the 3 million per month deposited
7   into the 5144 account are then indicated as
8   flowing to the 5138 account. Do you see that?
9       A.   Yes.
10      Q.   And are all moneys during this
11  time period deposited in the 5144 account also
12  transferred to the 5138 account?
13      A.   No.
14      Q.   Okay. So how do you know that it
15  is the hotel occupancy taxes that are moving
16  from the 5144 account to the 5138 account?
17      A.   You don't, because at the point of
18  transfer to 5144, those funds are comingled
19  with other funds.
20      Q.   Did you say "I don't" -- well,
21  then why is 5138 included in this Flow of
22  Funds?
23      A.   Because funds are
24  indistinguishable once they are transferred
25  into Account 5144, it is shown for exemplary

---

459

1   purposes that there still are outposts from
2   5144 used to fund operating disbursements and
3   transfers to that Account 5138, which is a zero
4   balance operating disbursement account.
5       Q.   Are you sure?
6       A.   Am I sure of what?
7       Q.   Are you -- so you just decided to
8   give me some example of some bank account that
9   moneys from 5144 flow to that may or may not be
10  the hotel occupancy taxes that we're talking
11  about?
12      A.   Sorry.
13      MS. McKEEN: Objection, misstates
14  testimony, argumentative.
15      Atara, do you need to take a
16  break?
17      MS. MILLER: No, I don't need to
18  take a break. I definitely don't need a break.
19  I just need an answer to my question.
20      (Simultaneous speaking.)
21      MS. McKEEN: I'd like you to take
22  a break. I would like a break. Thank you.
23      MS. MILLER: All right. I'm
24  not -- I'm not ready to take a break right now,
25  so I'm going to get an answer to the next

---

460

1   couple of questions, and then we can take a
2   break.
3       BY MS. MILLER:
4       Q.   Mr. Ahlberg, is it your testimony
5   that you don't know if hotels' occupancy taxes
6   in fact flowed from 5144 to 5138 and that the
7   5138 account is included in the Flow of Funds
8   just as an example of an account that moneys
9   may have or may not have flowed into from the
10  5144 account?
11      MS. McKEEN: Objection, misstates
12  testimony.
13      MS. MILLER: My question is, is it
14  his testimony. So your witness can tell me
15  that it wasn't his testimony.
16      MS. McKEEN: Objection.
17      THE WITNESS: That was not my
18  testimony.
19      BY MS. MILLER:
20      Q.   Okay. So, Mr. Ahlberg, do you
21  know that hotel occupancy taxes flowed from the
22  5144 account to the 5138 account?
23      A.   Due to the comingled nature of
24  funds within 5144, it's impossible to
25  say -- it's impossible to say one or the other,

---

461

1   which is why both are indicated with a
2   comingled star.
3       Q.   But you could have known that
4   money from one comingled account to another
5   comingled account would have come from hotel
6   occupancy taxes based on sources identifying
7   the revenue source, couldn't you?
8       A.   Could you repeat that question,
9   please?
10      Q.   Yeah, well, let me just ask it
11  this way:
12      Previously, when we saw comingled
13  account moneys being deposited in comingled
14  accounts flowing out, you indicated that you
15  were able to identify that the moneys were part
16  of the bucket of funds that you were tracing in
17  the Flow of Funds based on notations in outflow
18  documents, whether it was vouchers or
19  transmittal letters or the like.
20      Do you recall that?
21      A.   Yes.
22      Q.   Okay. Is that different here?
23      A.   I don't think revenue source
24  is -- I don't think revenue source is
25  considered for disbursements from 5144 to 5138.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

61 (Pages 462 to 465)

---

462

```
 1        Q.    Okay.  I'm going to move on,              04:32:30
 2   because, frankly, those aren't our moneys and        04:32:33
 3   we know that.  So I'm just going to move on,         04:32:37
 4   but I'm not sure how that's consistent with how      04:32:40
 5   you explain to put the charts together, so I         04:32:43
 6   might come back to it just so I can understand       04:32:47
 7   better what you did in the other Flow of Funds.      04:32:50
 8        Can I ask you whether for all of                04:32:55
 9   the Flow of Funds charts that you prepared for       04:33:00
10   HTA, PRIFA and CCDA if you were able to find         04:33:03
11   evidence that the revenues being traced were         04:33:07
12   transferred out of a particular account, if you      04:33:12
13   noted that transfer on the Flow of Funds chart?      04:33:15
14        UNIDENTIFIED SPEAKER:  Objection.               04:33:23
15        THE WITNESS:  Could you repeat                  04:33:25
16   that question?                                       04:33:26
17   BY MS. MILLER:                                       04:33:26
18        Q.    Yeah.  In putting together these          04:33:29
19   Flow of Funds charts, if you were able to            04:33:31
20   identify an outflow that corresponded to the         04:33:34
21   Fund that you were tracing, did you include          04:33:38
22   that outflow on the Flow of Funds chart?             04:33:41
23        UNIDENTIFIED SPEAKER:  Objection.               04:33:48
24        THE WITNESS:  Each Flow of Funds                04:33:55
25   chart is unique.  It's hard for me to answer in      04:33:56
```

---

463

```
 1   terms of all the Flow of Funds charts together.      04:34:01
 2        MS. MILLER:  Okay.  Maybe let's                 04:34:16
 3   take a break.  I need to think about why they        04:34:16
 4   would be unique.  Maybe I'll have an epiphany         04:34:20
 5   over the break.  Okay.                               04:34:25
 6        Do we want to take 5 minutes?                   04:34:31
 7        MS. McKEEN:  I think 10 minutes, a              04:34:32
 8   5-minute break we can't actually take a break.       04:34:32
 9   Thanks.                                              04:34:39
10        MS. MILLER:  Okay.                              04:34:39
11        THE VIDEOGRAPHER:  We are off the               04:34:41
12   record at 4:35 p.m.                                  04:34:41
13        (Recess taken.)                                 04:34:44
14        THE VIDEOGRAPHER:  We are back on               04:56:04
15   the record at 4:56 p.m.                              04:56:12
16   BY MS. MILLER:                                       04:56:12
17        Q.    Afternoon, Mr. Ahlberg.                   04:56:18
18        Mr. Ahlberg, have you ever seen                 04:56:20
19   any document specifically identifying a              04:56:21
20   particular bank account as the pledge account?       04:56:30
21        A.    I can't recall personally looking         04:56:35
22   at a document that's labeled a pledge account.       04:56:37
23        Q.    Do you know whether there are any         04:56:43
24   documents that specifically identify a               04:56:45
25   particular bank account as the hotel occupancy       04:56:48
```

---

464

```
 1   tax pledge account?                                  04:56:55
 2        A.    I believe that there is                   04:56:58
 3   justification for why there's an account that        04:57:02
 4   is called the pledge account, but I just can't       04:57:05
 5   recall off the top of my head the specific           04:57:08
 6   document that we used to make that                   04:57:10
 7   determination.                                       04:57:12
 8        Q.    But you believe there is a                04:57:15
 9   document?                                            04:57:17
10        MS. McKEEN:  Objection --                       04:57:18
11        THE WITNESS:  Yeah, I believe that              04:57:19
12   there's information out there.                       04:57:21
13   BY MS. MILLER:                                       04:57:23
14        Q.    What do you mean when you say             04:57:23
15   "information out there"?                             04:57:26
16        A.    Well, you characterized it as             04:57:27
17   potentially one document, and I'm just not           04:57:31
18   certain that there's one document or there may       04:57:34
19   be a collection of documents that say that.          04:57:36
20        MS. MILLER:  Okay.  I'd like to                 04:57:39
21   mark as the next exhibit tab 2128, please.           04:57:42
22        (Monolines Exhibit 33 is                        04:57:42
23        introduced for the record.)                     04:57:42
24   BY MS. MILLER:                                       04:57:42
25        Q.    We have marked as Monolines               04:57:58
```

---

465

```
 1   Exhibit 33 the document Bates-stamped                04:57:59
 2   CCDA_STA0006780.                                     04:58:10
 3        Do you see that?                                04:58:14
 4        A.    I don't see that.  Could you              04:58:16
 5   repeat that?                                         04:58:24
 6        Q.    Yeah, we marked as Monolines              04:58:28
 7   Exhibit 33 a document that's been Bates-stamped      04:58:30
 8   CCDA STA006780.                                      04:58:32
 9        A.    Yes, I see that, thank you.               04:58:39
10        Q.    Okay.  And if those documents are         04:58:42
11   in Spanish, there is an English translation at       04:58:44
12   the back.  And if you look at -- well, are you       04:58:50
13   going to want to look at the certified               04:58:54
14   translation or the Spanish version?                  04:59:05
15        A.    I would prefer the certified              04:59:07
16   translation.                                         04:59:09
17        Q.    Okay.  So looking at the certified        04:59:10
18   translation, do you see that -- well, do you         04:59:25
19   see what account these documents relate to?          04:59:37
20        A.    Yes, I see Account ████ 9947.             04:59:39
21        Q.    Okay.  So this is the GDB 9947            04:59:49
22   account.  Do you agree with that?                    04:59:52
23        A.    Yes.                                      04:59:56
24        Q.    And the account name is the Hotel         04:59:57
25   Occupancy Tax Pledge Account.  Do you see that?      05:00:00
```

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

62 (Pages 466 to 469)

---

**466**

1    A.    I see that here.

2    Q.    Okay.  So let me ask my question

3  again.

4        Have you seen any documents that

5  identify a particular bank account as the

6  pledge account?

7    A.    Could we please flip back to the

8  PowerPoint presentation?  I just want to

9  cross-reference this account number with the

10 account in the Flow of Funds that I know to be

11 the pledge account.

12    Q.    Sure.  Well, sorry, before we do

13 that, how do you know that the account in the

14 Flow of Funds is a pledge account?  You said,

15 "the account that I know to be the pledge

16 account."  How do you know an account to be the

17 pledge account?

18    A.    We were working in preparation for

19 this deper- --- deposition (indiscernible) that

20 there is an account in the Flow of Funds that

21 is identifiable in the pledge account.

22    Q.    Okay.  And what work did you do?

23    A.    It would have involved -- again,

24 as I mentioned, I personally did not review a

25 document that had that pledge account language

---

**467**

1  on that there, but it would have been in

2  conversation with the team in preparation for

3  this deposition.

4    Q.    Would you have asked them if they

5  saw a document that identified the account as

6  the pledge account?

7    A.    I admit I can't recall right now

8  asking about documents.

9    Q.    We spoke earlier today about the

10 PRIFA Flow of Funds.  Do you recall that?

11    A.    I do recall speaking to you about

12 the PRIFA Flow of Funds.

13    Q.    And do you recall being pretty

14 adamant in connection with the testimony about

15 the bank account in the PRIFA Flow of Funds and

16 the various funds and accounts in the bond

17 documents, that you did not undertake an

18 exercise to map the accounts and Fund in PRIFA

19 to the actual bank accounts in the Flow of

20 Funds.  Do you recall that?

21    MS. McKEEN:  Objection.

22    THE WITNESS:  I recall saying that

23 I did not personally do an exercise mapping

24 Flow of Funds to bond documents.

25

---

**468**

1  BY MS. MILLER:

2    Q.    Did anyone on your team do that

3  exercise?

4    A.    I'm not positive.  It's something

5  that we can get back to you on.

6    Q.    Did you ask anybody to do it?

7    A.    I don't recall.

8    Q.    Did anybody tell you whether they

9  had done it?

10    A.    I can't recall just an exercise,

11 but -- I don't know.

12    Q.    Did you think it was an exercise

13 that was important to do in connection with

14 preparing the Flow of Funds?

15    A.    I think the Flow of Funds is

16 accurate as the method.

17    Q.    Okay.  Did you think it was

18 important with respect to PRIFA to match the

19 Flow of Funds for the particular Funds and

20 accounts identified in the various bond

21 documents that we looked at earlier today?

22    A.    As I mentioned, I did not do that

23 in putting together the Flow of Funds, and I

24 believe the Flow of Funds is still an accurate

25 representation of the Flow of Funds during the

---

**469**

1  relevant time period.

2    Q.    Did you think it was important to

3  map the particular funds and accounts in the

4  PRIFA Flow of Fund to bank accounts identified

5  in your Flow of Funds chart in preparation for

6  your deposition today?

7    A.    Could you please repeat that

8  question?

9    Q.    Did you think it was important to

10 map the bank accounts identified in the PRIFA

11 Flow of Funds chart that you prepared to the

12 accounts and Funds identified in the PRIFA bond

13 document?

14    A.    I can't assign a degree of

15 importance or not there other than that I would

16 be able to put together an accurate Flow of

17 Funds without relying on an exercise like that.

18    Q.    Okay.  So you did not do it for

19 PRIFA; is that right?

20    A.    I personally did not undertake an

21 exercise.

22    Q.    And you don't know if anybody on

23 your team did?

24    A.    I can't recall off the top of my

25 head.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                   April 23, 2020

63 (Pages 470 to 473)

---

**470**

```
 1        Q.    And it wasn't significant for you          05:05:26
 2   to find that out and to remember that in              05:05:28
 3   advance of your testimony today, right?               05:05:30
 4        A.    I think the Flow of Funds are              05:05:37
 5   accurate as they are.                                 05:05:39
 6        Q.    I'm not challenging the Flow of            05:05:41
 7   Funds.  I believe that the Flow of Funds is           05:05:43
 8   accurate.  My question is that it wasn't              05:05:45
 9   significant for you to find out from any other        05:05:51
10   team member in advance of your testimony today        05:05:54
11   whether they had put together a mapping of the        05:06:00
12   Funds and accounts in various PRIFA bond              05:06:00
13   documents to actual bank accounts, correct?          05:06:08
14        MS. McKEEN:  Objection.                          05:06:08
15        THE WITNESS:  I don't think not                  05:06:11
16   recalling whether this exercise was done or not       05:06:14
17   assigns a level of importance or not to the           05:06:17
18   exercise.                                             05:06:18
19   BY MS. MILLER:                                        05:06:18
20        Q.    Well, if you thought it was an             05:06:20
21   important part of your testimony today,               05:06:22
22   wouldn't you have asked and remembered the            05:06:24
23   answer?                                               05:06:25
24        MS. McKEEN:  Objection,                          05:06:26
25   argumentative.                                        05:06:26
```

**471**

```
 1        THE WITNESS:  In preparation for              05:06:31
 2   testimony, I focused on developing an accurate    05:06:32
 3   Flow of Funds.                                     05:06:38
 4   BY MS. MILLER:                                      05:06:39
 5        Q.    Okay.  So you personally never did      05:06:39
 6   a mapping exercise for PRIFA, and you don't       05:06:41
 7   know if anybody on your team did, correct?         05:06:44
 8        MS. McKEEN:  Objection, asked and            05:06:46
 9   answered.                                          05:06:51
10        THE WITNESS:  I can't -- I did not           05:06:51
11   personally perform the exercise, and I can't      05:06:52
12   recall if someone on the team did or not.         05:06:52
13   BY MS. MILLER:                                      05:06:52
14        Q.    Okay.                                    05:06:59
15        THE REPORTER:  I'm sorry.  Can you           05:06:59
16   repeat your answer, Mr. Ahlberg?                   05:07:01
17        THE WITNESS:  I did not                        05:07:03
18   personally, and I cannot recall if anyone on      05:07:04
19   the team did or did not.                           05:07:06
20        THE REPORTER:  Thank you.                     05:07:08
21   BY MS. MILLER:                                      05:07:08
22        Q.    Why did you do that exercise for       05:07:10
23   CCDA?                                              05:07:17
24        MS. McKEEN:  Objection.                       05:07:18
25        THE WITNESS:  Which exercise?               05:07:22
```

**472**

```
 1   BY MS. MILLER:                                      05:07:22
 2        Q.    Of mapping the particular bank          05:07:25
 3   accounts identified in the Flow of Funds to the   05:07:28
 4   various funds and accounts identified in the      05:07:31
 5   relevant bond document.                            05:07:34
 6        A.    I did not personally do that           05:07:42
 7   mapping exercise either.                           05:07:45
 8        Q.    Okay.  So how do you know that a        05:07:48
 9   particular account in the Flow of Funds is the,   05:07:51
10   quote, "pledge account"?                           05:07:54
11        A.    From our discussions with -- with      05:08:00
12   Tourism and our work together, we identified      05:08:04
13   the account as a pledge account.                   05:08:08
14        Q.    Okay.  Going back to PRIFA, did        05:08:14
15   you identify any of the particular accounts in    05:08:16
16   the PRIFA Flow of Funds to the designated         05:08:20
17   account names in the bond document?                05:08:24
18        A.    I can't recall off the top of my       05:08:34
19   head the names of the bond documents used.        05:08:38
20        Q.    Okay.  But it was important enough      05:08:41
21   for you to remember it with respect to CCDA?      05:08:43
22        UNIDENTIFIED SPEAKER:  Objection.            05:08:51
23
24
25
```

**473**

```
 1        THE WITNESS:  Again, I'm not                  05:09:02
 2   certain about defining importance or level or     05:09:03
 3   not to that exercise.                              05:09:06
 4   BY MS. MILLER:                                      05:09:06
 5        Q.    Can I ask you a question with          05:09:09
 6   respect to CCDA?                                    05:09:10
 7        Do you have a particular account            05:09:12
 8   number that you would attach to each of the       05:09:16
 9   accounts identified in the various CCDA bond      05:09:19
10   documents?                                         05:09:24
11        A.    Can you repeat that question?          05:09:30
12        Q.    Yeah.  Sitting here today, do you      05:09:34
13   have a particular account number that's           05:09:37
14   reflected in your Flow of Funds chart that you    05:09:40
15   would attribute to the specific account names     05:09:42
16   included in the various CCDA bond documents?      05:09:48
17        UNIDENTIFIED SPEAKER:  Objection.            05:09:57
18        THE WITNESS:  Yeah, I'm not                  05:09:59
19   positive off the top of my head.                   05:10:00
20   BY MS. MILLER:                                      05:10:00
21        Q.    Okay.  So I'm going to go through      05:10:02
22   them, and you'll tell me, just a yes or no, if    05:10:04
23   there is an account number identified in the      05:10:07
24   Flow of Funds that you would attach to that       05:10:15
25   account.                                          05:10:15
```

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

64 (Pages 474 to 477)

### 474

1    And I don't need the notes -- the
2  names or numbers yet.  I'm going to give you
3  some names.  You're going to tell me what the
4  number -- you're going to tell me if there's a
5  specific bank account that relates to that
6  account designation in the document, okay,
7  so --
8    A.    Can somebody pull up the Flow of
9  Funds in question?
10    Q.    Yeah, sure.  Let's -- let's put --
11  yeah, let's put up Exhibit 32, please.
12    Okay.  So we are going to look at
13  this January 2015 to November 2015 flow.
14    Okay.  So looking at this, is
15  there a particular bank account that you
16  believe is the transfer account?
17    A.    Yes.
18    Q.    And is there a particular bank
19  account that you believe is the surplus
20  account?
21    A.    Yes.
22    Q.    And is there a particular bank
23  account that you believe is the pledge account?
24    A.    Yes.
25    Q.    And is there a particular bank

### 475

1  account that you believe is the trust account?
2    A.    Yes.
3    Q.    Okay.  So you can map in your
4  mind, sitting here with no documents in front
5  of you and no preparation, every single
6  relevant account identified in the CCDA -- CCDA
7  document to a specific bank account in this
8  chart, is that your testimony?
9    UNIDENTIFIED SPEAKER:  Objection.
10    UNIDENTIFIED SPEAKER:  Objection.
11    THE WITNESS:  I can identify on
12  this page accounts that I consider the pledge
13  account, transfer account, surplus account.
14  BY MS. MILLER:
15    Q.    Okay.  Can we just pull up the
16  PRIFA Flow of Funds for a minute because I just
17  want to ask you, sitting here off the top of
18  your head, if you did the same exercise with
19  respect to the PRIFA Flow of Funds.
20    While we are waiting for that,
21  Mr. Ahlberg, how many conversations that -- do
22  you -- have you had in preparation of these
23  Flow of Funds or in preparation for your
24  deposition today about which account is the
25  transfer account, the surplus account, and the

### 476

1  pledge account?
2    A.    Your question is how many times
3  did I have a conversation about which accounts
4  were considered by those names?
5    Q.    Yeah, about which accounts were
6  connected to which particular bank account,
7  exactly.
8    A.    Yeah.  I can't recall an exact
9  amount or number of conversations that we had
10  where we would have specifically talked about
11  this.
12    Q.    Do you recall any conversations
13  where you specifically spoke about it?
14    A.    Just to clarify, are we referring
15  to Tourism right now?
16    Q.    Yeah, I'm talking about Tourism
17  right now.
18    A.    Thank you for clarifying.
19    With that clarification, would you
20  please repeat the question?
21    Q.    How many conversations can you
22  recall having about which accounts
23  identified -- which bank accounts identified in
24  the Flow of Funds that you prepared related to
25  which account in the various bond documents?

### 477

1    A.    I can't recall an exact amount of
2  conversation.
3    Q.    Was it more than one?
4    A.    The identification of different
5  accounts came up on more than one occasion.
6    Q.    I mean, identification -- and
7  you only -- when you say the identification of
8  particular -- and I just want to make sure we
9  mean the same thing.
10    I mean the connecting or mapping
11  of a particular bank account to a particular
12  account name in a bond document.  Is that what
13  you're saying?
14    A.    That is not what I was saying.
15    Q.    Okay.  So that's my
16  question -- that's my question, so let me ask
17  my question again so we can just be clear.
18    How many conversations do you
19  recall about the linking of particular bank
20  account numbers to account names used or
21  designations used in the bond documents?
22    A.    I don't recall any specific
23  conversations where we discussed those things.
24    Q.    So how do you know, for example,
25  that the 9947 account is the pledge account?

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

65 (Pages 478 to 481)

---

**478**

1    A.    Some discussions with -- with    05:15:52
2 Tourism Company and an understanding of    05:15:54
3 operationally how things work.    05:15:59
4    Q.    Okay.  I thought you just told me    05:16:01
5 that you didn't have any conversations about    05:16:02
6 that.    05:16:05
7    MS. McKEEN:  Objection.    05:16:07
8 BY MS. MILLER:    05:16:07
9    Q.    What conversations are you    05:16:10
10 recalling?    05:16:12
11    A.    It's hard to know since there were    05:16:32
12 several conversations with the different    05:16:36
13 management teams in preparation for this    05:16:40
14 deposition.    05:16:42
15    Q.    Who did you have conversations    05:16:53
16 with about the mapping of particular bank    05:16:54
17 accounts to account designations in the bond    05:16:57
18 documents?    05:17:08
19    MS. McKEEN:  Objection.    05:17:08
20    THE WITNESS:  I don't recall    05:17:09
21 specific conversations about mapping accounts    05:17:09
22 to the bond documents.    05:17:11
23 BY MS. MILLER:    05:17:17
24    Q.    Did you have any conversations    05:17:17
25 with counsel about mapping of bond documents --    05:17:18

---

**479**

1 just a yes or no -- mapping of accounts to bond    05:17:21
2 documents?    05:17:25
3    A.    I mean, I can't recall if we    05:17:28
4 specifically discussed this issue or not.    05:17:30
5    Q.    I'm trying to understand -- I    05:17:44
6 showed you a document that identified the    05:17:46
7 pledge account 9947 as the pledge account, and    05:17:50
8 you indicated to me that you weren't sure if    05:17:53
9 you had ever seen any document that identified    05:17:56
10 9947 specifically as the pledge account; is    05:18:01
11 that right?    05:18:07
12    A.    That's correct.    05:18:07
13    Q.    And yet you're confident that 9947    05:18:07
14 is the pledge account, right?    05:18:12
15    A.    Without having that diagram in    05:18:15
16 front of me, I can't recall the exact account    05:18:21
17 number.  I can remember it in the positioning    05:18:23
18 of the document.    05:18:25
19    Q.    Okay.  Where -- where is it    05:18:27
20 positioned in the document?    05:18:28
21    A.    If we could show the document, I    05:18:34
22 could identify the account.    05:18:37
23    Q.    Okay.  I'm not going to do that    05:18:39
24 right now because I have the PRIFA document up,    05:18:41
25 which is Exhibit 34 -- sorry -- 24.  It was    05:18:48

---

**480**

1 marked as Exhibit 24.    05:18:52
2    And could we go to the first Flow    05:18:56
3 of Funds chart in this document?    05:19:00
4    So we are going to look at the    05:19:02
5 January 2014 to June 2015 Flow of Funds.  Do    05:19:04
6 you see that?    05:19:08
7    A.    Yes.    05:19:08
8    Q.    Okay.  And in the PRIFA Flow of    05:19:08
9 Funds, the moneys are supposed to be deposited    05:19:12
10 to the credit of the Puerto Rico Infrastructure    05:19:17
11 Fund.  Can you identify a particular bank    05:19:21
12 account on this chart that relates to that?    05:19:23
13    A.    There is no bank account on this    05:19:30
14 chart that is identifiable as the Puerto Rico    05:19:33
15 Infrastructure Fund.    05:19:37
16    Q.    Okay.  And then the moneys that    05:19:37
17 flow from there into the Sinking Fund?    05:19:39
18    UNIDENTIFIED SPEAKER:  Objection.    05:19:49
19 BY MS. MILLER:    05:19:49
20    Q.    Are there any accounts on this --    05:19:52
21 on this Flow of Funds that you can identify as    05:19:55
22 the Sinking Fund?    05:19:59
23    A.    I am not positive of any of these    05:20:06
24 accounts being identified as the Sinking Fund.    05:20:08
25    Q.    Okay.  And do you know whether    05:20:10

---

**481**

1 that US Bank Account -0002 is the reserve    05:20:12
2 account?    05:20:16
3    A.    I'm not certain if that's the    05:20:24
4 colloquial name of this account.    05:20:28
5    Q.    I mean, there are reserve accounts    05:20:33
6 that are discussed in the relevant bond    05:20:36
7 documents.  Do you know if that US Bank 002    05:20:38
8 account is similar to the account discussed in    05:20:42
9 the bond document?    05:20:45
10    A.    Off the top of my head, I'm not    05:20:49
11 certain if that's the reserve account discussed    05:20:53
12 in the bond document.    05:20:54
13    Q.    Okay.  So, looking -- and you    05:20:55
14 don't know if it's the redemption account    05:20:57
15 either, do you?    05:21:00
16    A.    I'm not positive.    05:21:01
17    Q.    Okay.  So sitting here, off the    05:21:02
18 top of your head, looking at this PRIFA Flow of    05:21:05
19 Funds, is there any bank account that you can    05:21:08
20 attach a label from the bond document to?    05:21:10
21    A.    No.    05:21:25
22    MS. MILLER:  Okay.  So now we can    05:21:26
23 put up the CCDA Flow of Funds, which is    05:21:28
24 Exhibit 32.  We can put that back up.    05:21:31
25    05:21:31

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

66 (Pages 482 to 485)

---

482

1    BY MS. MILLER:                                      05:21:31
2         Q.    Okay.  But off the top of your          05:21:43
3    head, you were able to attach labels               05:21:45
4    corresponding or correlating particular bank       05:21:48
5    accounts in the CCDA Flow of Funds to each of      05:21:51
6    the three key accounts in the CCDA document; is    05:21:55
7    that right?                                         05:21:59
8         A.    In the Tourism document, yes.           05:21:59
9         Q.    Okay.  Okay.  So the pledge             05:22:01
10   account, which account is it your position is      05:22:08
11   the pledge account?                                05:22:10
12        A.    The 9947.                               05:22:13
13        Q.    Okay.  And you testified that you       05:22:15
14   weren't sure if you've ever seen any document      05:22:18
15   that specifically identified that, but I showed    05:22:21
16   you a document that identified that, the pledge    05:22:23
17   account, the name.                                 05:22:29
18        A.    You did show me a document that         05:22:29
19   named that account as the -- a pledge account      05:22:31
20   in the name.                                       05:22:34
21        Q.    Okay.  And who at the Tourism           05:22:34
22   Company did you speak to about matching --         05:22:37
23   sorry -- mapping these various bank accounts to    05:22:40
24   the account designations used in the bond          05:22:43
25   documents?                                         05:22:47

---

483

1         MS. McKEEN:  Objection.                       05:22:50
2         THE WITNESS:  Discussed with               05:22:54
3    Gustavo and Brett which accounts operated as      05:22:58
4    the transfer, pledge, surplus account.            05:23:01
5    BY MS. MILLER:                                     05:23:02
6         Q.    Okay.  And did Brett have              05:23:09
7    independent knowledge of which account            05:23:14
8    corresponded to each of those accounts --         05:23:16
9    sorry -- which bank accounts corresponded to      05:23:20
10   each of those bond document accounts?             05:23:23
11        A.    I can't say one way or the other       05:23:32
12   if Brett had personal knowledge of the bond       05:23:36
13   documents or not.                                 05:23:38
14        Q.    Okay.  And did you ask whether         05:23:39
15   they knew which of these bank accounts            05:23:42
16   correlated to particular accounts in the bond     05:23:45
17   documents?                                         05:23:48
18        MS. McKEEN:  Objection.                       05:23:48
19        THE WITNESS:  My question to them           05:23:54
20   was not in the context of "match these accounts   05:23:57
21   to the bond documents;" would have been in the    05:23:59
22   context of in the actual Flow of Funds, which     05:24:01
23   account functions as X account, which account     05:24:05
24   functions as Y account.                           05:24:09
25                                                      

---

484

1    BY MS. MILLER:                                      05:24:09
2         Q.    Okay.  So understanding that you        05:24:15
3    focused on the Flow of Funds exclusively and       05:24:17
4    the flow of cash, why is it that you committed     05:24:20
5    to memory which of these accounts corresponds      05:24:22
6    to particular named accounts in the bond          05:24:25
7    document?                                          05:24:27
8         A.    I can't give you an exact reason        05:24:32
9    about why I committed those to memory, other      05:24:35
10   than I know that's how the Tourism Company        05:24:38
11   understands the account.                          05:24:41
12        Q.    Okay.  And do you know what            05:24:43
13   Gustavo's basis was for identifying particular    05:24:46
14   accounts, bank accounts as those accounts in      05:24:49
15   the bond document?                                05:24:52
16        A.    Not certain of the exact process       05:24:56
17   that he used to determine.                        05:24:59
18        Q.    Did you ask him if he looked at        05:24:59
19   any account opening statements or documents?      05:25:03
20        A.    I don't recall specifically asking      05:25:10
21   him that question or not.                          05:25:11
22        Q.    Did you ask him if he looked at        05:25:13
23   any other document that might identify a          05:25:15
24   particular account with a name used in the bond   05:25:19
25   document?                                          05:25:22

---

485

1         A.    I can't recall specifically asking      05:25:27
2    him a question like that or not.                   05:25:29
3         Q.    Did you do anything to                 05:25:31
4    independently verify or confirm what Gustavo      05:25:32
5    told you about which account was which?           05:25:39
6         A.    No, other -- no, but the actual        05:25:47
7    Flow of Funds makes sense to me, given the        05:26:01
8    assignments to those accounts that he provided.   05:26:11
9         Q.    Well, we spoke earlier -- well,        05:26:17
10   what do you mean it made sense to you based on    05:26:21
11   the assignments that he provided?  Do you mean    05:26:25
12   it made sense in terms of corresponding to        05:26:28
13   moneys that were supposed to be transferred       05:26:30
14   into the various accounts, and had the moneys     05:26:34
15   actually flowed in relation to that?              05:26:36
16        MS. McKEEN:  Objection.                       05:26:49
17        THE WITNESS:  What I mean               05:26:51
18   generally, for example, is that I understand      05:26:53
19   the Account 5144 being the surplus account, the   05:26:58
20   surplus of the monthly average 3 million         05:27:00
21   transfer from 9258, transfer to 9947, and thus    05:27:04
22   the identification from the surplus account       05:27:11
23   fits with my understanding of the Flow of Funds   05:27:13
24   as presented here.                                05:27:15
25                                                      

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

67 (Pages 486 to 489)

---

**486**

BY MS. MILLER:

Q.    Okay.  Have you ever seen any document identifying the Scotiabank 5144 account as the surplus account?

A.    I can't recall a specific document that refers to it as the surplus account.

Q.    You think that you've seen it, though?

A.    I think I have seen some documents.

Q.    You think you have.  Okay.  I'm going to -- okay.

So I've looked through the production, and I have not seen any documents that identify the 5144 account as a surplus account.

MS. MILLER:  So I'm going to call on the record for the production of any such documents that you've seen that you're relying on for your testimony that the 5144 account is the surplus account or that the Commonwealth otherwise intends to rely on.

BY MS. MILLER:

Q.    Okay.  So you believe that you've seen a document identifying the 5144 account as

---

**487**

the surplus account; is that right?

A.    I feel confident to say that I believe the 5144 account is the surplus account.

Q.    That wasn't my question.

You believe that you've seen a document that identifies the 5144 account as the surplus account; is that correct?

A.    Yeah, and I'm not certain one way or the other as to whether I've seen a specific document that calls it that or not.

Q.    Okay.  Have you seen any documents that call any of these accounts the surplus account?

A.    I believe so.  I just -- I can't recall a specific document.

Q.    Okay.  And you believe that the document that you saw, called the Scotiabank 5144 account the surplus account; is that right?

A.    I -- yeah, I can't recall if it's a specific document, as I mentioned, or in conversations with Gustavo.

Q.    Okay.  Is the 5144 account a comingled operational account of the Tourism

---

**488**

Company?

A.    Did --

Q.    The moneys other than these excess moneys from the hotel occupancy taxes flow into the 5144 account?

A.    Could you repeat that, please?

Q.    The moneys other than the excess moneys from the hotel occupancy taxes, excuse me, flow into the 5144 account?

A.    Correct.

Q.    And you understand that the surplus account is one of the two accounts that's in the Special Fund called the Holding Fund under the assignment and coordination agreement that we looked at and previously marked as Exhibit 30, correct?

A.    I understand that that's what the document we looked at together said.

Q.    Okay.  And do you have an understanding of whether operating moneys would flow into a Special Fund as that term is used in government accounting?

A.    I'm not certain how to answer your question.  Could you be more specific?

Q.    Yes.  Do you know whether general

---

**489**

operating -- sorry.

Do you know whether general revenues used for operating expenses would flow into a Special Fund?

UNIDENTIFIED SPEAKER:  Objection.

THE WITNESS:  I don't think about dollars flowing into Funds, but I'm also not sure of the way that that would be classified.

BY MS. MILLER:

Q.    Okay.  And I don't think you actually said it yet, so let me ask you to identify which bank account do you believe on this chart corresponds to the transfer account?

A.    GDB account 9758.

Q.    Okay.  And what is the basis for that testimony?

A.    Conversations with Tourism.

Q.    And did you do anything to verify what Tourism told you about that?

A.    I did not personally pull documents to verify that, but the team, the entire document production had hundreds -- thousands -- thousands of documents that I personally could not review every single document.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

68 (Pages 490 to 493)

---

**490**

1     Q.   And you're confident that if
2 somebody told you that the 9758 account is the
3 transfer account that there is a document among
4 the thousands -- I would say many tens of
5 thousands of documents -- that were produced
6 that identifies the 9758 account as the
7 transfer account, correct?
8     UNIDENTIFIED SPEAKER:  Objection.
9     THE WITNESS:  I can't recall if
10 there's specific documents (indiscernible).
11     THE REPORTER:  I'm sorry.  Can you
12 repeat that once more?
13     THE WITNESS:  I cannot recall if
14 there is a specific document that was used to
15 make that determination.
16 BY MS. MILLER:
17     Q.   And do you know if you've ever
18 seen any document referring to the 9758 account
19 as an account other than the transfer account?
20     **A.   I'm not certain.**
21     Q.   Okay.  Mr. Ahlberg, in putting
22 together your Flow of Funds, did you use
23 instruction letters to identify which moneys
24 deposited into the 9758 account flowed into the
25 9947 account?

---

**491**

1     **A.   We looked at these transfer**
2 **letters.  I'm not sure if that's the same thing**
3 **as instruction letters that you're referring**
4 **to.**
5     Q.   Okay.  So I'm going to pull one
6 up, and you can tell me.  Can I get tab 2132,
7 please, marked up as the next exhibit.
8     (Monolines Exhibit 34 is
9     introduced for the record.)
10 BY MS. MILLER:
11     Q.   Did you come to understand what
12 the relevant account names were under the
13 various bond documents?
14     **A.   I'm sorry.  You broke up there in**
15 **the middle of your question.**
16     Q.   How did you come to understand
17 what the relevant account names were under the
18 various bond documents and related agreements?
19     **A.   It -- it's hard to answer that**
20 **question because that assumes the -- part of**
21 **the approach that I took to build the Flow of**
22 **Funds, which we start with the actual Flow of**
23 **Funds.**
24     Q.   Yeah.  I'm saying how did you
25 figure out what -- well, when I asked -- I

---

**492**

1 showed you a number of bond documents earlier,
2 and you told me you hadn't looked at many of
3 them.  And my question is:
4     If you didn't even look at them,
5 how did you know what accounts were to even
6 know what labels to be putting on various bank
7 accounts?  That's my question.
8     UNIDENTIFIED SPEAKER:  Objection.
9 BY MS. MILLER:
10     Q.   So I'm assuming, consistent with
11 your testimony, that the process that you
12 underwent was entirely independent of the
13 various Fund or account designations under
14 statutes and bond documents and that there was
15 no reason or need for you to map them or
16 connect them.  That's consistent with your
17 testimony in HTA and PRIFA.
18     But suddenly, in CCDA, you have
19 very strong opinions about which account
20 corresponds to -- which bank account
21 corresponds to which account designation in the
22 bond documents, and that's what I'm trying to
23 understand here.
24     UNIDENTIFIED SPEAKER:  Objection.
25

---

**493**

1 BY MS. MILLER:
2     Q.   So my question was:
3     How did you come to know what the
4 account names were under the bond document that
5 you could attach to the various bank accounts?
6     **A.   I'm not certain what the entire**
7 **process was to assign names to the accounts as**
8 **I understand them, plus my understanding came**
9 **about by a discussion with Tourism.**
10     Q.   Okay.  So we have marked as
11 Monolines Exhibit 34 a document.  Do you see
12 it?
13     **A.   I see a document.**
14     Q.   And is this the document -- a form
15 of document that you recognize?
16     **A.   Yes.**
17     Q.   Okay.  And there are actually, if
18 you scroll through in this exhibit, a number of
19 sample transfer documents that we were given,
20 instruction letters that we provided, and if
21 you can flip through and look at all of them if
22 you would like.  There is also, I see -- maybe
23 we don't have an English translation.
24     Do we have an English translation
25 of these?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

69 (Pages 494 to 497)

---

**494**

1       MS. McKEEN:  Atara, are they
2   consecutively paginated, or is this just --
3       MS. MILLER:  Mine are
4   consecutively paginated, yes.
5       MS. McKEEN:  Thank you.
6       MS. MILLER:  No, I think this was
7   a collection of -- this was a collection of
8   instruction documents that were produced, and
9   there is an English translation.  And this
10  is -- my understanding, Liz, is that this is
11  how the document was produced all together as a
12  single packet.
13      MS. McKEEN:  Thank you.  That was
14  just my question.
15      MS. MILLER:  Yeah.
16  BY MS. MILLER:
17      Q.    Okay.  So, Mr. Ahlberg, looking at
18  this, do you see that this is authorizing a
19  transfer from one account to another
20  account -- oh, we are pulling up the English
21  translation.  Here we go.
22          Okay.  And do you see that this
23  letter is authorizing the debiting of a
24  particular account of 3-million-plus dollars?
25  Do you see that?

---

**495**

1       A.    Yes, I see that.
2       Q.    Okay.  And what account is that
3   debiting?
4       A.    The account number listed is
5   ▮▮▮▮9758.
6       Q.    Okay.  And is that the same
7   account that is identified on your Flow of
8   Funds chart, Exhibit 32, as GDB 9758?
9       A.    Yes.
10      Q.    Okay.  And how is that accounting
11  identified in this transfer letter?
12      A.    This transfer letter assigns a
13  name in quotes to that account of Room Tax -
14  Concentration Surplus.
15      Q.    And do you have an understanding
16  of what it means when an account name is put in
17  quotes in a transfer letter like this?
18      A.    I'm not entirely positive.
19      Q.    Okay.  And who is this letter
20  from, can you tell?
21          And I don't know if it would be
22  easier to look at or if you would prefer to
23  look at the original Spanish letterhead, but
24  this is a letter from the Tourism Company to
25  the GDB, is it not?

---

**496**

1       A.    Could we go to the Spanish
2   translation just so I know for sure?
3       Q.    Sure.
4       A.    Yes, thanks.
5       Q.    Okay.  And so -- and it's from a
6   Mr. Samuel Sierra Rivera.  Do you see that?
7       A.    Yes.
8       Q.    And he's -- he identifies himself
9   as the chief financial officer.  Do you see
10  that?
11      A.    I see that.
12      Q.    Okay.  And so according to this
13  instruction letter, the chief financial officer
14  of the Tourism Company is identifying the
15  99 -- the 9758 account as, quote, the room tax
16  concentration surplus.  Do you see that?
17      A.    I see that.
18      Q.    Okay.  Do you have any
19  reason -- do you know who Mr. Sierra Rivera is?
20      A.    I do not.
21      Q.    Okay.  Do you know whether Gustavo
22  is junior or senior to the chief financial
23  officer of the Tourism Company?
24      A.    I know Gustavo is not the CFO of
25  the company in his finance position.  That

---

**497**

1   would make him subordinate to the CFO at the
2   Tourism Company.
3       Q.    All right.  Do you have any reason
4   to dispute the at least then-CFO of the Tourism
5   company's characterization of the 9758 account
6   as the room tax concentration surplus?
7       A.    He calls the account what he calls
8   the account in this letter.
9       Q.    Okay.  And you haven't seen any
10  documents that would indicate that the 9758
11  account is not the surplus account, have you?
12      A.    I can't recall specifically seeing
13  any documents like that.
14      Q.    Well, I can tell you that we
15  haven't.  So I, again, call for the production
16  of any documents that would suggest that an
17  account other than the 9758 account is the
18  surplus account.
19          And you have not seen any
20  documents, have you, that identified the 9758
21  account as the transfer account, have you?
22      A.    I can't recall seeing a specific
23  document that said that, but from my work with
24  Tourism, I understand that account to be the
25  transfer account.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

70 (Pages 498 to 501)

---

**498**

Q.      You haven't seen any documents that say that.
A.      I can't recall if there were documents, off the top of my head.
Q.      Okay.  And you've now seen at least one collection of documents, and you can flip through and see that the tourism company in each of these letters identifies the 9758 account as the room tax concentration surplus.
You haven't seen any -- you've at least not seen one collection of documents that identified something other than the transfer account, right?
A.      Again, I can't recall seeing it or not seeing a document like that.
Q.      I'm asking you about the document that's in front of you right now.  You are currently looking at least one document, one document that is a collection of multiple documents that identify the 9758 account as something other than the transfer account; isn't that right?
A.      These documents do call that account number by name.  That is not the transfer account.

*Timestamps: 05:45:14, 05:45:16, 05:45:19, 05:45:23, 05:45:24, 05:45:26, 05:45:28, 05:45:34, 05:45:37, 05:45:39, 05:45:43, 05:45:44, 05:45:49, 05:45:51, 05:45:53, 05:45:57, 05:45:59, 05:46:01, 05:46:03, 05:46:09, 05:46:11, 05:46:16, 05:46:21, 05:46:24*

---

**499**

Q.      Okay.  And the name is Room Tax Concentration Surplus, isn't it?
A.      That's what it says.
Q.      Okay.  And I'd like to now mark as Exhibit 35 tab 2507.
(Monolines Exhibit 35 is introduced for the record.)
BY MS. MILLER:
Q.      Mr. Ahlberg, have you seen any account-opening documents for the GDB 9758 account?
A.      I don't think I personally reviewed an account opening statement for that account.
Q.      Okay.  Do you know whether anybody on your team did?
A.      I believe someone on the team would have agreed that document.
Q.      Okay.  So I've marked as Exhibit 35 a letter dated March 31, 2002, from your counsel to me and many others, and I want you to look at page 2 of that account on this chart.  And do you see the GDB 9758 account listed?
A.      Please give me a moment here.

*Timestamps: 05:46:24, 05:46:26, 05:46:28, 05:46:30, 05:46:40, 05:46:40, 05:47:12, 05:47:12, 05:47:12, 05:47:16, 05:47:18, 05:47:22, 05:47:23, 05:47:26, 05:47:28, 05:47:31, 05:47:32, 05:47:38, 05:47:41, 05:47:49, 05:47:54, 05:47:59, 05:48:02, 05:48:06, 05:48:11*

---

**500**

A.      Sure.
A.      Yes, I see that Account 9758 listed on this document.
Q.      Okay.  And what is the representation from your counsel about the account-opening documents for 9758?
A.      I was unable to locate an account-opening document in GDB's file.
Q.      Okay.  And so do you now retract your prior statement that you believe someone on your team reviewed account-opening statements for GDB 9758?
A.      I do.  I apologize.
Q.      Okay.  So to the best of your knowledge and my knowledge, there simply are no available account-opening documents for GDB 9758, correct?
A.      Correct.
Q.      Okay.  And what are -- is the Scotiabank 5142 account?  Do you know if you've looked at any account-opening documents for the Scotiabank 5142 account?
A.      I didn't personally review the account-opening statement for Scotiabank Account 5142.

*Timestamps: 05:48:17, 05:48:29, 05:48:33, 05:48:34, 05:48:36, 05:48:38, 05:48:45, 05:48:49, 05:48:51, 05:48:54, 05:48:56, 05:48:59, 05:49:02, 05:49:04, 05:49:09, 05:49:11, 05:49:15, 05:49:20, 05:49:21, 05:49:24, 05:49:29, 05:49:31, 05:49:40, 05:49:43, 05:49:45*

---

**501**

Q.      Do you know whether anyone on your team received an account-opening statement -- sorry -- account-opening document for Scotiabank 5142?
A.      Off the top of my head, I'm not certain.
Q.      Okay.  Well, I'll tell you, and I can mark it if you'd like, but your counsel represented that it provided to us all of the documents that it was able to get from Oriental Bank and that that did not include account-opening documents for 5142.
Do you have any reason to believe that such account-opening documents are available?
A.      No.
Q.      Okay.  So it's actually listed in this chart as well right under what we were looking at.  Okay.  I want to go back to Exhibit 32, which is the Flow of Funds.
Okay.  In 5144, you indicated to me that slot machine proceeds were also deposited in that account, correct?
A.      I believe so, yes.
Q.      Do you know why slot machine

*Timestamps: 05:49:47, 05:49:50, 05:49:53, 05:49:56, 05:49:59, 05:50:01, 05:50:05, 05:50:07, 05:50:11, 05:50:16, 05:50:18, 05:50:21, 05:50:23, 05:50:24, 05:50:26, 05:50:37, 05:50:38, 05:50:41, 05:50:43, 05:51:02, 05:51:30, 05:51:34, 05:51:43, 05:51:44*

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

---

### 502

proceeds would be deposited into the surplus
account, which is an account in the Holding
Fund under the CCDA bond documents?
          UNIDENTIFIED SPEAKER: Objection.
          THE WITNESS: I don't know the
exact reasons why slot machine revenues would
be deposited into this account.
BY MS. MILLER:
     Q.    All right. Do you know
whether -- sorry. I may have asked this again,
but I just want to make sure that I've covered
it.
          Are any other moneys other than
hotel occupancy taxes deposited in the 9758
account?
     A.    No.
     Q.    Okay. And looking at this chart,
I don't think I asked you this for CCDA yet,
but, again, we see various colors attached to
the boxes, right?
     A.    Yes.
     Q.    Okay. So looking at the accounts
that are reflected in this January '15 to
November '15 Flow of Funds chart, just looking
by color designation, none of these is a

### 503

Commonwealth account; is that correct?
     A.    That's correct.
     Q.    Okay. So during this time period,
none of the hotel occupancy taxes that were
collected by hoteliers transferred to the
tourism company ever touched a Commonwealth
account, correct?
     A.    During this time period, that is
correct.
     Q.    Okay. I'm going to turn to the
next slide in the Flow of Funds, which is
December '15 to March 2016.
          And during this period, the moneys
continue to be collected by hoteliers, correct?
     A.    Correct.
     Q.    And where did they transfer the
moneys to?
     A.    The Scotiabank Account 5142.
     Q.    Okay. And then where did the
money flow after that?
     A.    From there transfers were made at
that time.
     Q.    Okay. And the 9758 account, just
so that I have my story straight, the 9758
account is the account that you would call the

### 504

transfer account, right?
          MS. McKEEN: Objection.
          Argumentative.
BY MS. MILLER:
     Q.    Sorry. The GDB 9758 account is
the account that you would call the transfer
account, correct?
     A.    Correct.
     Q.    Okay. And that's the same account
that we saw the document from the CFO of the
GDB -- of the Tourism Company, rather,
identifying the concentration surplus, correct?
     A.    Correct.
     Q.    Okay. And the moneys still flow
into that GDB 9758 account, right?
     A.    During this time period, money
still flows from 5042 to 9758.
     Q.    Okay. And then during this time
period, all the moneys still flow into the
Scotiabank 5144 account, correct?
     A.    Correct.
     Q.    Okay. And then what moneys during
this time period are flowing from the 5144
account into the 5138 account?
     A.    Hotel occupancy taxes, among

### 505

others.
     Q.    Okay. And do all of the hotel
occupancy taxes flow from 5144 to 5138?
     A.    Would you repeat the question?
     Q.    Yeah. During this period, do all
of the hotel occupancy taxes deposited in 5148
flow into -- sorry. Let me start again.
          During this period, do all of the
hotel occupancy taxes deposited in 5144 flow
into 5138?
     A.    Yes.
     Q.    Okay. And do all of the hotel
occupancy taxes during this period deposited in
5138 flow into the 006 account?
     A.    No.
     Q.    Okay. What hotel occupancy taxes
do not flow into the 006 account from the 5138
account?
     A.    Hotel occupancy taxes funding CCDA
operations would flow to that box called
Non-Debt Service Outflow.
     Q.    And are those what are referred to
as the surplus amounts?
     A.    I'm not certain if they're
referred to as surplus amounts or not.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

72 (Pages 506 to 509)

---

**506**

```
 1      Q.    Okay.  Are all of the -- I'm just       05:58:32
 2   trying to remember the exact term.               05:58:37
 3         Are all of the amounts that are            05:58:40
 4   required to be transferred into the transfer     05:58:46
 5   account flowed into the 006 account?             05:58:49
 6         Okay.  So let me restate that.             05:59:04
 7   You don't remember -- do you recall that when    05:59:04
 8   we looked at Exhibit 30, which is the            05:59:08
 9   Assignment and Coordination Agreement, there     05:59:10
10   was a definition of required payments?           05:59:12
11      A.    I remember there was a definition       05:59:19
12   of required payments in that document.           05:59:19
13      Q.    Okay.  And do you remember that         05:59:22
14   that loosely was defined as the monthly 1/10 of  05:59:24
15   the amounts that had to be flowed into the       05:59:29
16   transfer account and any deficiency amount?      05:59:32
17      A.    I believe that's what that             05:59:41
18   document we looked at together said.             05:59:43
19      Q.    Okay.  So if I refer to the            05:59:45
20   required payments, will you understand what I     05:59:48
21   mean?                                            05:59:59
22      A.    Yes.                                    05:59:59
23      Q.    Okay.  And just to make it simple,      06:00:00
24   because I want to make sure that we are talking  06:00:03
25   about things the same way, if we could just go   06:00:05
```

**507**

```
 1   back one page in Exhibit 32.                     06:00:08
 2         When I'm talking about the                 06:00:13
 3   required payments, I'm talking about the         06:00:15
 4   amounts that flowed from 9758 to 9947.  Is that  06:00:17
 5   consistent with your understanding?              06:00:24
 6      A.    Yes.                                     06:00:25
 7      Q.    Okay.  So we'll call that the           06:00:27
 8   required payments going forward.                  06:00:30
 9         MS. McKEEN:  Objection.                     06:00:34
10         MS. MILLER:  What's the objection?          06:00:36
11         MS. McKEEN:  You mean the                   06:00:39
12   agreement says what it says, and so to the       06:00:40
13   extent, you know, you're trying to get the       06:00:43
14   witness to give some form of legal conclusion,    06:00:45
15   that's the final objection.                       06:00:48
16         MS. MILLER:  I'm trying to get the          06:00:52
17   witness to have a common understanding with a    06:00:54
18   noncontroversial term that refers to the moneys   06:00:56
19   that were pledged to the bondholders without     06:00:59
20   having him give the legal opinion that these     06:01:02
21   moneys are pledged to the policyholders, so I'm   06:01:05
22   going to go with required payments.  I think      06:01:08
23   the witness is comfortable with that and          06:01:10
24   understands what bucket of money I'm talking     06:01:12
25   about.                                            06:01:14
```

**508**

```
 1   BY MS. MILLER:                                    06:01:17
 2      Q.    Mr. Ahlberg, do you know the             06:01:17
 3   bucket of moneys that I'm referring to?  So not   06:01:18
 4   all hotel occupancy taxes, only that narrower,   06:01:20
 5   what I think you've referred to as the 3-plus    06:01:26
 6   million a month that's to be transferred?        06:01:28
 7      A.    I understand that that's how            06:01:36
 8   you're using the term "required payment."         06:01:38
 9      Q.    Okay.  If you want to attach a           06:01:41
10   different term to it, I'm fine using whatever     06:01:42
11   term you're most comfortable with.               06:01:45
12      A.    We can say the monthly payment.         06:01:49
13      Q.    Monthly payment?  Okay.                  06:01:51
14         Okay.  Are all of the monthly              06:01:57
15   payments, as you use that term -- defined it,    06:02:00
16   are all of the monthly payments flowed from the  06:02:07
17   5138 account to the GDB 006 account during the   06:02:10
18   December '15 to March '16 time period?           06:02:16
19      A.    Now that I have this time period        06:02:23
20   presentation in front of me, can you reask the  06:02:25
21   question, please?                                06:02:28
22      Q.    Now I forgot what you want to call     06:02:30
23   these.  Monthly payments?  Okay.                  06:02:33
24         Are all of the monthly payments           06:02:35
25   transferred from the 5138 account to the 006     06:02:41
```

**509**

```
 1   account?                                          06:02:48
 2      A.    Yes.                                     06:02:48
 3      Q.    Okay.  And how do you know that?         06:02:49
 4      A.    Having reviewed these payments,         06:02:51
 5   transfer details of those transfers.             06:03:02
 6      Q.    Okay.  And based on that, you were       06:03:05
 7   able to confirm that all of the monthly          06:03:09
 8   payments were transferred from the 5138 account  06:03:11
 9   to the 006 account, correct?                      06:03:15
10      A.    Correct.                                 06:03:22
11      Q.    And are all of the hotel occupancy       06:03:22
12   tax monthly payments deposited in the 006        06:03:25
13   account transferred to the 6048 account during   06:03:28
14   this time period?                                06:03:31
15      A.    Yes.                                     06:03:34
16      Q.    Okay.  And that 6048 account,           06:03:35
17   that's the account we were talking about         06:03:38
18   earlier, correct?                                06:03:39
19      A.    That is an account that we talked       06:03:40
20   about earlier.                                    06:03:45
21      Q.    Okay.  And specifically, what           06:03:46
22   account was this?                                06:03:48
23      A.    An account separate from the TSA,       06:03:50
24   account 1.                                       06:03:57
25      Q.    Okay.  What moneys were held in         06:04:00
```

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                               April 23, 2020

73 (Pages 510 to 513)

---

**510**

1    this account during this time period?
2        A.    It held -- retained room tax
3    revenues and dollars -- well, not retained.
4        Q.    Okay.  And then were all of the
5    hotel occupancy tax monthly payments that were
6    deposited into 6048 deposited into or back into
7    the 006 account?
8        A.    Yes.
9        Q.    Do you know whether when the
10   moneys flowed back into the 006 account they
11   were tagged with a different Fund or accounting
12   designation than when they were previously
13   transferred into the 006 account?
14       A.    I'm not positive to say it's
15   different funds or designations or not.
16       Q.    Okay.  What would I do to find
17   that out?
18       A.    I would review a voucher prepared
19   for transfer.
20       Q.    Okay.  And then were all of the
21   hotel occupancy tax monthly payments that were
22   retransferred into the 006 account during this
23   period transferred out for GO Debt Service?
24       A.    Yes.
25       Q.    Okay.  And, again, do you know

---

**511**

1    whether that was actually -- sorry -- whether
2    that money was actually transferred to third
3    parties on account of GO Debt Service?
4        A.    I'm not certain.
5        Q.    Okay.  Do you have an
6    understanding of how much of the -- do you know
7    how much of the hotel occupancy tax monthly
8    payments were transferred into the GDB 006
9    account during this time period?
10       A.    Off the top of my head, I don't
11   have that number.
12       Q.    Okay.  And we spoke a little bit
13   about the time frames that were covered during
14   this -- for the time frames that were
15   identified at the top of each of these Flow of
16   Funds.
17           Is it your understanding that this
18   is referring to room tax revenues that were
19   generated and transferred into the Scotiabank
20   5142 account between December 2015 and
21   March 2016?
22       A.    Yes.
23       Q.    Okay.  Footnote 1 to this Flow of
24   Funds indicates that transfers from the 006
25   account to Fund GO Debt Service payment in

---

**512**

1    January '16 included comingled room tax
2    receipts with proceeds from other retained
3    revenues.  Do you see that?
4        A.    Yes, I see that.
5        Q.    Do you know whether moneys
6    transferred in January, February or March of
7    2016 were actually used to pay GO Debt Service?
8        A.    Could you repeat the question?
9        Q.    Do you know whether moneys
10   transferred in January, February or March of
11   2016 were actually used to pay GO Debt Service?
12       A.    Transfers from which account to
13   which account?
14       Q.    Hotel occupancy tax monthly
15   payments transferred into the GDB 006 account
16   in January, February and March 2016, do you
17   know if they were actually used to pay GO Debt
18   Service?
19       A.    We set the revenue from -- room
20   tax proceeds during this time period was
21   used -- sorry.
22           The revenue earned in this time
23   period was the source of funding for transfers
24   for GO Debt Service.  So the footnote indicates

---

**513**

1    that it was only for the GO Debt Service
2    payment in January of 2016.  Do you believe
3    that there were additional GO debt service
4    payments that were funded from these moneys?
5        A.    Would you repeat the question,
6    please?
7        Q.    The footnote indicates that these
8    moneys were used for the January --
9    January 2016 GO Debt Service.
10           Do you believe that there were
11   additional GO Debt Service payments other than
12   January 2016 that were funded from the hotel
13   occupancy tax monthly payment reflected in this
14   Flow of Funds?
15       A.    I was thinking here.  Would you
16   mind repeating the question again?
17           MS. MILLER:  Would the court
18   reporter mind reading it back, please?
19           (Record read as requested.)
20           THE WITNESS:  No.
21   BY MS. MILLER:
22       Q.    So do you believe that the hotel
23   occupancy tax monthly payments for January,
24   February and March of 2016 that are reflected
25   as flowing into the GDB 006 account and then to

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

74 (Pages 514 to 517)

---

**514**

the 6048 account and then to the 006 account remain in the TSA today?

A.    I don't think of any one transfer of any kind of funds ever remaining in the TSA account.  That's not really how I think about it.

Q.    Have you seen any document -- sorry.

Have you seen any outflow document after January 2016 indicating a tilt flow of the hotel occupancy tax monthly payment from the TSA?

A.    I've seen no other outflow from the TSA that indicated hotel occupancy taxes as a source of revenue of a transfer out of the TSA.

Q.    Okay.  And during this --

MS. MILLER:  I don't have much more.  I am just going to quickly go through the rest of the Flow of Funds.

MS. McKEEN:  Okay.  Thank you.

MS. MILLER:  They do get very complicated, though.  I'm hoping to not have to ask about every account.  We have a simple one coming up next.

---

**515**

BY MS. MILLER:

Q.    And just so that I understand, or just can you confirm that all of the same hotel occupancy tax revenues transferred from hoteliers flow into the 5142 account and the 9758 account?

A.    To what time period?

Q.    In the December '15 to March 2016 period.  The Scotiabank 5142 account and the GDB 9758 account each have exactly the same moneys; is that correct?  Or let me say that differently.

For the December '15 to March 2016 period, the exact same revenues flow through the Scotiabank 5142 account and the GDB 9758 account, correct?

A.    Would have been the exact same amount that was received into 5142 that was transferred to 9758.

Q.    Okay.  Is that different in any way from what I said?  I just want to know how to ask the question precisely going forward.

So if you're drawing a distinction that I'm not attuned to, I just would like to hear what it is.

---

**516**

A.    Yeah, and I just answered that way for my own benefit to make sure I answered correctly.

Q.    Okay.  All right.  I might try to ask you the same way.

Okay.  So turning now to April 2016, so this one appears pretty simple.

Can you just describe the flow from the collection of room tax revenues by the hoteliers?

A.    Yes.  During April of 2016, room tax revenues would have been collected by hoteliers, remitted to Tourism Company, a/k/a deposited into Scotiabank Account 5142, and then transferred to GDB Account 9758.

Q.    Okay.  And does the fact that the Flow of Funds stop here mean that hotel occupancy tax revenues collected in April 2016 remained in the GDB 9758 account?

A.    It means that during this time period, there were no transfers out of the 9758 account.

Q.    Was there a transfer out of the 9758 account subsequent to this time period?

A.    No.

---

**517**

Q.    Okay.  So what moneys were deposited were then remaining in the GDB 9758 account presumably through the GDB's title fix; is that right?

A.    I am not positive.  I know that account was dealt with in the GDB restructuring.

Q.    Okay.  Were you involved in the GDB restructuring in any way?

A.    No.

Q.    And, again, during this period, none of the accounts through which the hotel occupancy taxes flowed were Commonwealth accounts; is that correct?

THE REPORTER:  I'm sorry.  Were what?

MS. MILLER:  Commonwealth accounts.

THE REPORTER:  Thank you.

THE WITNESS:  Correct.

BY MS. MILLER:

Q.    Okay.  And again, as with the prior period, exactly the same revenues flowed through the 5142 account and the GDB 9758 account, correct?

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

75 (Pages 518 to 521)

---

**518**

1       A.   It would have been the same amount

2  that -- same revenue that was transferred by

3  hoteliers to 5142.  Transfers for the same

4  amount would be in total throughout April to

5  9758.

6       Q.   Okay.  So now let's go on to the

7  next one.  It's about to get a lot more

8  complicated.

9       Okay.  So here the hoteliers are

10  collecting taxes, and they're still

11  transferring them into the Scotiabank 5142

12  account; is that right?

13       A.   Right.

14       Q.   And then the money is being

15  transferred from the 5142 account into the 5144

16  account?

17       A.   Correct.

18       Q.   And is it your understanding that

19  during this period all of the hotel occupancy

20  taxes were transferred from the 5142 into the

21  5144 account?

22       A.   Yes.

23       Q.   Okay.  And have you seen

24  account-opening documents for the 5144 account?

25       A.   No, I have not personally seen

---

**519**

1  them.

2       Q.   Okay.  Do you know whether anybody

3  on your team has?

4       A.   I don't recall if anyone on the

5  team has or not.  I believe you could look at

6  the document we reviewed together earlier to

7  know for certain.

8       Q.   Okay.  Would you expect account

9  documents related to the 5144 account to

10  identify it as the surplus account?

11       A.   I'm not certain of what documents

12  would or would not be used to identify the

13  surplus account.

14       Q.   Well, I'm just asking if you -- we

15  saw the pledge account document.  It called the

16  account the pledge account.

17       Would you expect the account

18  documents related to this account to call it

19  the surplus account?

20       A.   I'm not certain what every

21  documented related to this account named the

22  account.

23       Q.   I'm asking you if you would expect

24  the account-opening documents to designate a

25  surplus account.

---

**520**

1       A.   I can't say one way or the other

2  whether an opening statement would say that or

3  not.

4       Q.   Would you expect any account, any

5  documents related to this account to identify

6  it as the surplus account?

7       MS. McKEEN:  Objection.

8       THE WITNESS:  I'm not positive of

9  documents that would or would not have been

10  used to make that determination.

11  BY MS. MILLER:

12       Q.   Okay.  Have you ever heard this

13  account referred to as the sweep concentration

14  account?

15       A.   You broke up there right at the

16  end.

17       Have you ever seen this account

18  referred to as the sweep concentration account?

19       A.   I can't recall if I've seen the

20  account referred to in that way or not.

21       Q.   What is a sweep concentration

22  account, as you understand it?

23       A.   I'm not certain of exactly what

24  that name -- the name of an account like that

25  would indicate.

---

**521**

1       Q.   Are you aware of any other

2  accounts called sweep concentration accounts

3  within the Commonwealth or instrumentality?

4       A.   No.

5       Q.   No.  Have you ever heard that term

6  with respect to the Tourism Company?

7       A.   I just can't recall.  People use

8  the term "sweep" and "concentration" very

9  loosely when referring to different accounts.

10       MS. MILLER:  Okay.  I would like

11  to mark as the next exhibit tab 2134, please.

12       (Monolines Exhibit 36 is

13       introduced for the record.)

14       THE WITNESS:  Excuse me.  Could we

15  make a 2-minute break?  I just drank a bunch of

16  coffee with coffee grounds with it.

17       MS. MILLER:  Sure.  I'll let you

18  take it even though there's a question pending.

19  Let's go off the record.

20       THE VIDEOGRAPHER:  We are off the

21  record at 6:24 p.m.

22       (Recess taken.)

23       THE VIDEOGRAPHER:  We are back on

24  the record at 6:25 p.m.

25

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

76 (Pages 522 to 525)

---

**522**

BY MS. MILLER:                                              06:24:45
Q.    Okay.  So you have in front of you                   06:25:00
a document that was marked Monolines                       06:25:02
Exhibit 36.                                                06:25:04
      Do you see that?                                      06:25:06
A.    I see the document.                                   06:25:06
Q.    Yeah.  Is this a document that                       06:25:12
you've seen before?                                        06:25:13
A.    Is there a certified English                         06:25:20
translation?                                               06:25:22
Q.    I'm not sure.  The answer is                         06:25:23
maybe.  I don't think that what I'm going to               06:25:38
have to do requires knowledge of Spanish.                  06:25:50
Other -- okay.  There is a certified English               06:25:52
translation.  Do we want to wait for it?                   06:25:54
A.    If you could.                                         06:26:10
Q.    Sounds like your Spanish is a lot                    06:26:11
better than mine.  If you need the English                 06:26:15
translation, just let me know, and I'll stop              06:26:17
and wait for that to be found.                              06:26:20
A.    Fair enough.                                          06:26:23
Q.    So do you recognize Exhibit 36 as                    06:26:23
a corporate resolution of the Tourism Company              06:26:27
of Puerto Rico?                                             06:26:30
A.    I see that's (indiscernible) --                       06:26:36

---

**523**

      THE REPORTER:  I'm sorry.  You                        06:26:45
broke up.  The witness, your answer totally                06:26:48
broke up for me.  Sorry.                                    06:26:49
      THE WITNESS:  Sure.  I said:                          06:26:50
      Yes, I see that's what the                            06:26:51
document says.                                              06:26:52
      THE REPORTER:  Thank you.                             06:26:53
BY MS. MILLER:                                              06:26:53
Q.    Okay.  And you see that it lists a                   06:26:55
number of Tourism Company bank accounts in a               06:26:57
chart starting about halfway through?                       06:27:02
A.    Yes, I see that.                                      06:27:05
Q.    Could we magnify the exhibit a                       06:27:09
little bit?  I think it's very hard to see the             06:27:12
numbers.  They're running together a little                06:27:15
bit.                                                        06:27:15
A.    Does that help?                                       06:27:25
Q.    If you have magnified it on your                     06:27:26
end.  I have a hard copy that is slightly                  06:27:26
larger on my end.  So if you can see it...                 06:27:32
A.    I can see it.                                         06:27:32
Q.    Okay.  Great.  So do you see that                    06:27:33
the first account that's identified is the                 06:27:36
Scotiabank of Puerto Rico account                          06:27:39
██████ 5144?                                                06:27:50

---

**524**

A.    Yes, I see that on the document.                     06:27:55
Q.    Okay.  And is that the account                       06:27:57
that is referred to in your Flow of Funds                  06:27:58
document as the Scotiabank 5144 account?                   06:28:00
A.    Yes.                                                  06:28:07
Q.    Okay.  And do you see the next                       06:28:07
column over says:                                           06:28:10
      Number de la cuenta?                                  06:28:16
A.    Yes.                                                  06:28:16
Q.    And do you understand that to mean                   06:28:17
name of the account?                                        06:28:19
A.    Yes.                                                  06:28:22
Q.    Okay.  And the name of the account                   06:28:22
that's attributed to the 5144 account, can you            06:28:28
just read what it's called in this document?               06:28:31
A.    This document lists the name of                       06:28:35
that account as "sweep concentration."                     06:28:37
Q.    Okay.  It doesn't list a surplus,                    06:28:42
does it?                                                    06:28:45
A.    The document says "sweep                              06:28:48
concentration."                                            06:28:49
Q.    Okay.  And looking at the May '16                    06:28:51
to July '16 Flow of Funds, in fact, none of the           06:29:00
accounts identified in this Flow of Funds is a            06:29:04
Commonwealth account, is it?                                06:29:08

---

**525**

A.    Could we have the Flow of Funds                       06:29:19
presentation during the --                                 06:29:22
Q.    Oh, sorry, yes.  Yes.  I'm sorry.                    06:29:23
We are not in hard copy.  I forgot.  Yes.  Can            06:29:26
we -- that was not a memory test.                          06:29:31
      MS. MILLER:  Can we pull up                          06:29:33
Exhibit 32 again, please.                                  06:29:34
      Thank you.  It wasn't a trick, I                     06:29:35
promise.                                                    06:29:44
A.    No problem.                                           06:29:49
BY MS. MILLER:                                              06:29:50
Q.    I'm old school.  My desk is filled                   06:29:50
with the exhibits.  I kind of assumed yours was           06:29:53
too.                                                        06:29:56
      MS. MILLER:  Was there anyone                        06:30:13
else -- did you want me to pull up the                     06:30:13
certified English translation?  I'm happy to              06:30:15
attach it to the exhibit that we marked just so           06:30:18
we have it on a going forward basis, but unless           06:30:23
anybody wants to see it right now, I was going            06:30:27
to go back to the Flow of Funds document.                  06:30:29
      MS. McKEEN:  I think we are okay.                    06:30:38
      MS. MILLER:  Okay.  Great, thank                     06:30:40
you.                                                        06:30:40

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

77 (Pages 526 to 529)

---

**526**

BY MS. MILLER:

Q.   Okay.  So let me just ask my question again.

Looking at the Flow of Funds from May '16 to July 2016, none of the accounts identified in this Flow of Funds is a Commonwealth account, correct?

A.   Correct.

Q.   And looking forward to the August '16 to February of 2017 account -- sorry -- Flow of Funds, here the room tax revenues collected by the hoteliers are still being transferred into the Scotiabank 5142 account; is that right?

A.   Correct.

Q.   And during this period, the money is now flowing next into the BPPR 2306 account; is that right?

A.   Correct.

Q.   Okay.  What's your understanding of what the BPPR 2306 account is?

A.   **This account in this time period, this account is used to transfer monthly payments to BPPR 6545.**

Q.   Okay.  So just looking back to the

---

**527**

January '15 to November 2015 period, that BPPR 2306 account is now taking the place of the GDB 9758 account; is that right?

UNIDENTIFIED SPEAKER:  Objection.

THE WITNESS:  It's not one -- one account -- accounts don't replace accounts in that way.  I don't think about it like that.

BY MS. MILLER:

Q.   Okay.  Well, when the GDB ceases to exist and you have to open an account in a new bank, wouldn't you think about it in that way?

MS. McKEEN:  Objection.

BY MS. MILLER:

Q.   Okay.  So let me just -- and I don't know, is there a way to split the screen on the exhibit so that you can look at both the January 2015 to November 2015 and August 2016 to February 2016 Flow of Funds side by side?

A.   **I don't know.**

Q.   The message from people who know say there is not.  That's the definitive answer.  So okay.  All right.

So the first one will be easy because we still start with room taxes being

---

**528**

collected by hoteliers, right?

And in those periods, the moneys are transferred by the hoteliers into the Scotiabank 5142 account, correct?

A.   **Correct.**

Q.   Okay.  And my question is going to be -- and I'm happy to go back and forth as much as you want, but my question is going to be are exactly the same moneys -- so I don't mean like actual dollars but the same revenue streams, hotel occupancy taxes, that flow into the GDB 9758 account in the January 2015 to November 2015 period -- sorry.  Let me just ask it more simply.

Are the hotel occupancy tax revenues that flow into the GDB 9758 account from January '15 to November '15 the same hotel occupancy tax revenues that flow into the BPPR 2306 account in the August '16 to February '17 period?

A.   **They're inherently not the same revenues because they're revenues from different time periods, but from August 2016 to February 2017, there are approximately $3 million monthly amounts being transferred**

---

**529**

**from Account 2360 to BPPR 6545.**

Q.   Okay.  Are all of the hotel occupancy taxes collected between August '16 and February '17 transferred from 5142 to BPPR 2306?

A.   **Yes.**

Q.   And that's the same as the Flow of Funds from 5142 to GDB 9758 in the January '15 to November '15 period, correct?

A.   **Thank you for allowing me to flip back.  Would you mind repeating the question now that I've had a chance to look at this?**

Q.   Yeah.  That flow of all of the hotel occupancy taxes from 5142 to BPPR 2306 is the same Flow of Funds, although in two different accounts that we saw in January '15 to November '15.

So all of the hotel occupancy taxes go from 5142 into the next account, and at that time period it was GDB 9758, correct?

A.   **Correct.**

Q.   Okay.  And then you indicated that it's about 3-plus million during the August 16th to February 17th period that goes from the BPPR 2306 down to the BPPR 6545,

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

78 (Pages 530 to 533)

### 530

1 correct?
2    A.   Correct.
3    Q.   Okay.  And that is the same
4 proportional amount -- or not proportional
5 amount but the same dollar amount flowed each
6 month that flowed during the January '15 to
7 November '15 time period from the GDB 9758
8 account to the GDB 9947 account, correct?
9    A.   The payments were approximately
10 the same amount.
11    Q.   Okay.  And did the same
12 approximate amount flow from the 9758 account
13 to the Scotiabank 5144 account in both time
14 period, so in January '15 to November '15 and
15 in August '16 to February '17?
16    A.   Okay.  Could you repeat that
17 question, please?
18    Q.   Yeah.  Did the same amount of
19 hotel occupancy taxes or the same, yeah,
20 relative surplus amount of hotel occupancy
21 taxes flow from the 2306 account to the 5144
22 account and from the 9758 account to the 5144
23 account in the August '16 to February '17 and
24 January '15 to November '15 periods
25 respectively?

### 531

1    A.   Yes.
2    Q.   And, again, looking at the August
3 '15 to February '17 Flow of Funds, none of
4 these accounts is a Commonwealth account,
5 correct?
6    A.   Correct.
7    Q.   Okay.  And is it your
8 understanding that the moneys transferred into
9 the BPPR 6545 account during this time period
10 remain in that account?
11    A.   During this time period, there
12 were no transfers out of the account.
13    Q.   Okay.  In a couple of flows, we
14 are going to get to transfer out of that
15 account into a First Bank 3961 account, so I'm
16 happy to flip forward to the February 2018 to
17 the present Flow of Funds.
18       When the transfers were made
19 during this period, were all of the moneys that
20 were previously deposited into the BPPR 6545
21 account deposited into the First Bank account?
22    A.   Yes.
23    Q.   Okay.  So we skipped over one.  I
24 just want to go back to the March '17 to
25 January '18 Flow of Funds, and here there are

### 532

1 more errors further complicating things.
2       So let me start by asking:
3 Hoteliers still collect the taxes, correct?
4    A.   Yes.
5    Q.   In the March '17 to January '18
6 period.  After collecting the taxes, they
7 continued to transfer those moneys to the
8 Scotiabank 5142 account, correct?
9    A.   Correct.
10    Q.   Okay.  What moneys flowed from the
11 5142 account to the 6545 account during this
12 period?
13    A.   During this time period, the
14 approximately $3 million per month is
15 transferred from 5142 to 6545.
16    Q.   Okay.  And what moneys are
17 transferred from 5142 to 2306?
18    A.   It depends.  I think at this time
19 account 5142 had some maximum dollar threshold
20 limits, and so then amounts received from
21 hoteliers that exceed those limits, Scotiabank
22 5142 transferred those funds to 2306, assuming
23 they're in excess of the $3 million monthly
24 payments made to 6545.
25    Q.   Got it.  And then -- okay.  And

### 533

1 then what moneys are transferred to the 5144
2 account from the -- sorry.
3       What moneys are transferred from
4 the 5142 account to the 5144 account?
5    A.   To the -- surplus of hotelier
6 room tax revenue is remitted to 5142.  So
7 hoteliers remit room taxes to 5142, and then
8 monthly payment going to 6545.  And in this
9 flow it's the same kinds of revenue that would
10 go from 5142 to 2306 or directly to 5144, just
11 depending on the cash management system and the
12 way this -- the account maximum balance
13 threshold worked.
14    Q.   And do you have an understanding
15 of why approximately $3 million a month was
16 transferred from 5142 to 6545?
17       MS. McKEEN:  Objection.
18       THE WITNESS:  I don't know why the
19 exact amount was -- is that amount, it would
20 transfer.
21 BY MS. MILLER:
22    Q.   But do you know why the money was
23 being separated in this way and certain amounts
24 transferred to 6545 and other amounts to 5144?
25       MS. McKEEN:  I'll articulate the

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

79 (Pages 534 to 537)

---

**534**

```
1    same objections as I did yesterday and made          06:43:49
2    clear that the witness wasn't supposed to be         06:43:51
3    giving testimony about why the Commonwealth          06:43:53
4    took certain actions.  So, like I did                06:43:56
5    yesterday, I'm going to instruct the witness         06:43:58
6    not to answer the question.                          06:43:59
7    BY MS. MILLER:                                        06:43:59
8         Q.    Okay.  So let me ask you, then:           06:44:01
9               Is that a question that you could         06:44:03
10   answer but for the objection of your counsel?        06:44:05
11        A.    I'm not positive.                         06:44:14
12        Q.    Okay.  Okay.  So looking at the           06:44:21
13   next sheet in the Flow of Funds, the next Flow       06:44:24
14   of Funds part, this is February 2018 to the          06:44:31
15   present.                                             06:44:39
16               And the first part corresponds to        06:44:44
17   the Flow of Funds that we saw previously from        06:44:49
18   March '17 to January '18.  I'm happy to go back      06:44:49
19   to that if it doesn't look visually the same to      06:44:57
20   you.  I'm going to limit my questions to the         06:45:02
21   bottom account.                                      06:45:04
22        A.    Okay.                                     06:45:08
23        Q.    Mr. Ahlberg, do you want to go            06:45:09
24   back, or are you sufficiently familiar with          06:45:13
25   these to understand that the top two lines are       06:45:16
```

**535**

```
1    the top two rows of transfer focusing?               06:45:18
2         A.    I understand they're the same.            06:45:24
3         Q.    Okay.  So just looking at the             06:45:26
4    bottom, the three accounts designated in the         06:45:29
5    bottom row here, so moneys go from -- let's          06:45:34
6    start at the beginning again.                        06:45:38
7               The hoteliers collect the room            06:45:39
8    taxes, they then transfer them to Scotiabank         06:45:41
9    5142 account, and that's something that's            06:45:46
10   consistent throughout the time period covered        06:45:50
11   by all of these Flow of Funds, correct?              06:45:52
12        A.    Correct.                                  06:45:55
13        Q.    And then the 3-plus million is            06:45:55
14   then transferred from the 5142 account to the        06:45:56
15   BPPR 6545 account, correct?                          06:45:59
16        A.    Correct.                                  06:46:03
17        Q.    Okay.  And then moneys flow to the        06:46:04
18   First Bank 3961 account, correct?                    06:46:08
19        A.    During this time period, that's           06:46:13
20   correct.                                             06:46:15
21        Q.    Okay.  And what moneys flowed into        06:46:15
22   the First Bank 3961 account?                         06:46:18
23        A.    The approximately 3 million                06:46:28
24   monthly payments would be transferred into the      06:46:29
25   First Bank 3691 account.                             06:46:31
```

**536**

```
1         Q.    As well as any moneys that have           06:46:34
2    previously been transferred into the BPPR 6545       06:46:36
3    account, correct?                                    06:46:40
4         A.    Yes.                                      06:46:41
5         Q.    Okay.  And then moneys are                06:46:43
6    transferred into the First Bank 2984 account.        06:46:46
7    Do you see that?                                     06:46:51
8         A.    Yes.                                      06:46:53
9         Q.    What is the 2984 account?                 06:46:54
10        A.    This is an account into which the        06:47:00
11   interest earned on deposits was transferred.         06:47:06
12        Q.    Okay.  So does that mean that the         06:47:13
13   principal amounts remained in the 3961 account       06:47:17
14   and only interest amounts earned flowed into         06:47:23
15   the 2984 account?                                    06:47:26
16        A.    Yes.                                      06:47:29
17        Q.    Okay.  So what is the First Bank          06:47:29
18   3961 account?                                        06:47:36
19        A.    An account at this time that's            06:47:39
20   being used to accumulate the approximately           06:47:41
21   $3 million monthly payment.                          06:47:44
22        Q.    Okay.  And do you know if this            06:47:46
23   account has a name?                                  06:47:48
24        A.    I don't know off the top of my            06:47:52
25   head if this account has a name or not.              06:47:55
```

**537**

```
1         Q.    Do you know if this is a debt             06:47:57
2    service reserve account?                             06:47:58
3         A.    Again, I'm just not certain of the        06:48:06
4    name of this account or not.                         06:48:11
5         Q.    Okay.  So you know the name of a          06:48:13
6    whole lot of BPPR accounts, but you don't know       06:48:16
7    the name of this account?                            06:48:19
8               UNIDENTIFIED SPEAKER:  Objection.         06:48:21
9               MS. McKEEN:  Objection,                   06:48:21
10   argumentative.                                       06:48:21
11   BY MS. MILLER:                                       06:48:21
12        Q.    It's just a yes or no.                    06:48:23
13              MS. McKEEN:  It would be nice if          06:48:25
14   you can ask questions.  It's been a very long        06:48:28
15   day for us.                                          06:48:32
16              MS. MILLER:  Can we pull up tab           06:48:32
17   2124, please.                                        06:48:34
18   BY MS. MILLER:                                       06:48:36
19        Q.    Have you ever seen any account            06:48:36
20   statements for this FirstBank 3961 account?          06:48:37
21        A.    I believe so, but I can't recall          06:48:45
22   looking at these specific ones off the top of        06:48:46
23   my head.                                             06:48:50
24        Q.    Okay.  So while we are pulling up         06:48:50
25   that exhibit, the last transfer that we haven't      06:48:57
```

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

80 (Pages 538 to 541)

---

**538**

1  spoken about on this Flow of Funds is a
2  $15 million, quote, discrete one-time transfer
3  to the BPPR 9458 account.  Do you see that?
4      **A.**  I don't see that on my screen, but
5  I do know the transfer you're referring to.
6      Q.  Sorry.  Okay.  I think it might be
7  sufficiently long -- my headset's dying.  Okay.
8  What is that $15 million transfer?
9      **A.**  It's a transfer from the FirstBank
10  account to a Commonwealth account.
11      Q.  And what was that transfer for?
12      **A.**  The -- I believe the transfers for
13  the Renew Your School program, I think it's
14  called.
15      Q.  Okay.  And do you know whether
16  that transfer of $15 million came from the
17  hotel occupancy tax monthly payment?
18      **A.**  Yes.
19      Q.  And did it?
20      **A.**  Yes.
21      Q.  Do you know when that payment was
22  made?
23      **A.**  When the $15 million transfer was
24  made?
25      Q.  Yeah.

---

**539**

1      **A.**  I can't recall if I had this
2  specific date.  We may have (indiscernible).
3      THE REPORTER:  I'm sorry.  I'm
4  sorry, Mr. Witness.  You just broke up in your
5  answer.  Can you repeat that, please?
6      THE WITNESS:  I don't remember
7  specifically what I said other than clarifying
8  that I'm not positive off the top of my head
9  the exact date of that $15 million transfer.
10  BY MS. MILLER:
11      Q.  Are there any moneys, Mr. Ahlberg,
12  in this FirstBank 3961 account that are not
13  from this 3-plus million monthly transfers of
14  hotel occupancy taxes?
15      **A.**  No.
16      Q.  Okay.  And what is the BPPR 9458
17  account?
18      **A.**  Can you clarify what you mean by
19  "What is that account?"
20      Q.  Yeah, you said it's a Commonwealth
21  account.  And it indicates that it has
22  comingled funds.
23      Were there funds held in this
24  account held for a particular purpose?
25      **A.**  Can we pull up that last Flow of

---

**540**

1  **Funds presentation page?**
2      Q.  Oh.  Yes, before we do that, let's
3  just do -- I'll come back to that question.
4  While we have Monolines Exhibit 37 up.
5      (Monolines Exhibit 37 is
6  introduced for the record.)
7  BY MS. MILLER:
8      Q.  I've marked as Monolines
9  Exhibit 37 a statement of account from the
10  FirstBank account.
11      Do you see that?
12      **A.**  Yes.
13      Q.  And this is the -- looking for the
14  account number.  Okay, so the account number is
15  3961.  This is from the FirstBank 3961 account.
16      Do you see that?  It's on the
17  left-hand side.  It starts with 0 star on the
18  upper -- sorry -- upper right-hand side starts
19  with 0 star, 03.
20      **A.**  Yes, I see that.  Thank you.
21      Q.  Okay.  So you see this is the 3961
22  bank account, correct?
23      **A.**  Yes.
24      Q.  And you see on the left-hand side
25  the statement of account is directed to the

---

**541**

1  Tourism Company?
2      **A.**  Yes.
3      Q.  And then it says Debt Service
4  Reserve.  Do you see that?
5      **A.**  I see that.
6      Q.  And do you understand that to be
7  the name of this account?
8      **A.**  That's what this statement says.
9      Q.  Okay.  So let's pull up Exhibit 32
10  again.  And let's just look at the last page.
11      Okay.  So while we are waiting for
12  the last page of Exhibit 32 to be pulled up,
13  I'm just going to check what my question was.
14      Okay.  So with Exhibit 32 back in
15  front of you, can you tell me what kind of
16  Commonwealth account this is or what kind of
17  account the BPPR 9458 account is?
18      **A.**  I believe that's the TSA
19  operational account at this time.
20      Q.  And how do you know that the
21  moneys were transferred in for the Renew Your
22  School program?
23      **A.**  I have reviewed documents
24  recording the $15 million transfer that
25  referenced the Renew Your School program.

---

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

81 (Pages 542 to 545)

---

542

1   Q.   And do you know whether they were
2   identified when transferred into the 9458
3   account with any particular accounting or other
4   designation, Fund or account designation that
5   would specifically allocate them to the Renew
6   Your School program?
7   A.   I'm not certain of the exact
8   accounting treatment that was used to record
9   that transfer.
10   Q.   Okay.  But you believe that there
11   is some indication in the transfer document
12   that specified that these moneys are for the
13   Renew Your School program?
14   A.   I believe so, yes.
15   Q.   Okay.  And do you know whether
16   those moneys were ever transferred from the TSA
17   operational account to a third party or
18   another -- sorry, let me just ask simply:
19   Do you know whether those moneys
20   were ever transferred out of the TSA
21   operational account?
22   A.   I'm not certain if there was or
23   was not an outflow from the TSA account for the
24   Renew Your School program.
25   Q.   Okay.  You did not see any

543

1   outflows indicating that these transfer hotel
2   occupancy taxes were moving out of the TSA, did
3   you?
4   A.   No, but as soon as the $15 million
5   is transferred to the TSA, it's comingled and
6   indistinguishable from other dollars.
7   Q.   Right.  But as we saw previously,
8   there was an outflow identifying the revenue
9   source of the hotel occupancy tax.  You would
10   be able to see that, correct?
11   UNIDENTIFIED SPEAKER:  Objection.
12   THE WITNESS:  I can't speculate
13   one way or the other.
14   BY MS. MILLER:
15   Q.   Well, we looked at a number of
16   documents where you identified the ability to
17   know that it was particular revenues from
18   comingled accounts because there were
19   accounting or other documents that so
20   designated them on the outflow side.
21   Do you recall that?
22   MS. McKEEN:  Objection.
23   THE WITNESS:  Yes.
24   BY MS. MILLER:
25   Q.   Okay.  And if you had seen some

544

1   more outflow documents with respect to these
2   hotel occupancy taxes that were transferred
3   into the BPPR 9458 account during the February
4   '18 to the present time period, you would have
5   indicated that on this chart in the next step
6   of the Flow of Funds, wouldn't you?
7   A.   Would you mind repeating the
8   question?
9   Q.   Yeah, let me rephrase it.
10   Does the fact that there is no
11   subsequent transfer identified on the February
12   '18 to present Flow of Funds mean that you did
13   not see any outflow documents from the 9458
14   account that specifically identified the hotel
15   occupancy taxes as the revenue source?
16   A.   I have not certainly seen a
17   document that would indicate a transfer out of
18   the TSA indicating the revenue source was the
19   $15 million of hotel taxes.
20   MS. McKEEN:  Atara, we have been
21   going for about two hours.  It's been about an
22   hour since you said you were going to try to
23   wrap it up.  So what's the plan here?
24   MS. MILLER:  So I have over -- I
25   have 13 hours.  Okay.  So I have one more

545

1   question and then I was going to call a break
2   and caucus and hopefully just end.
3   MS. McKEEN:  Okay.  So let's have
4   one more question, then.
5   BY MS. MILLER:
6   Q.   Okay.  So looking back at the
7   January '15 to November '15 Flow of Funds, back
8   a few pages in Exhibit 32, are there any
9   outflows from the 9758 account that are not
10   reflected on this chart?
11   A.   It is possible that there's a
12   one-off transaction that's not captured that's
13   intended as a summary document to show the
14   general Flow of Funds during this time period.
15   MS. MILLER:  So, Liz, I lied.  I've
16   said I had one question.  I had two.  I've been
17   saving this one for a long time.
18   MS. McKEEN:  I knew it wouldn't be
19   one.
20   BY MS. MILLER:
21   Q.   Mr. Ahlberg, you indicated that
22   you were confident that the GDB 9758 account
23   was the transfer account based on how -- the
24   moneys that flowed into it.
25   Can you explain to me what about

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                    April 23, 2020

82 (Pages 546 to 549)

---

**546**

```
1   the GDB 9758 account makes you confident that        07:03:47
2   it is the transfer account?                           07:03:52
3       A.    After discussions with the Tourism          07:04:02
4   Company, I'm confident that that's the transfer        07:04:04
5   account.                                               07:04:08
6       Q.    So there is nothing specific about           07:04:12
7   the nature of the moneys that flowed into it,          07:04:14
8   how the account was used or any documents that         07:04:19
9   makes you confident that it's the transfer            07:04:23
10  account. It's based exclusively on                     07:04:26
11  conversations that you had with Gustavo?               07:04:28
12      MS. McKEEN: Object to the form.                    07:04:33
13      THE WITNESS: Would you repeat                       07:04:49
14  that question?                                         07:04:50
15      MS. MILLER: Could the court                        07:04:53
16  reporter read it back, please.                        07:04:54
17          (Record read as requested.)
18          "So there is nothing specific
19          about the nature of the moneys
20          that flowed into it, how the
21          account was used or any
22          documents that makes you
23          confident that it's the
24          transfer account. It's based
25          exclusively on conversations
```

**547**

```
1           that you had with Gustavo?"                    07:05:24
2       THE WITNESS: Me, personally, it's                  07:05:24
3   based on my conversations with Gustavo, but I          07:05:29
4   can't say that Gustavo didn't consider various         07:05:29
5   factors when determining that.                         07:05:35
6   BY MS. MILLER:                                          07:05:35
7       Q.    Okay. And you, as the corporate              07:05:41
8   representative testifying today, have no idea          07:05:44
9   what Gustavo may have considered or been               07:05:46
10  relying on?                                            07:05:49
11      UNIDENTIFIED SPEAKER: Objection.                   07:05:50
12      THE WITNESS: I just cannot recall                  07:05:51
13  at this moment any documents he may or may not         07:05:54
14  have relied upon to make that determination.           07:05:56
15      MS. McKEEN: Okay. All right.                       07:05:58
16  Can we take a 5-minute break? And I think              07:06:00
17  we'll conclude when we come back.                      07:06:06
18      MS. McKEEN: Atara, just to warn                    07:06:11
19  you, I will have redirect, but I think it will         07:06:15
20  probably last 45 minutes.                              07:06:18
21      MS. MILLER: Okay. Thank you.                       07:06:22
22  We'll come back.                                       07:06:22
23      THE VIDEOGRAPHER: We are off the                   07:06:24
24  record at 7:06 p.m.                                    07:06:24
25          (Recess taken.)                                07:06:27
```

**548**

```
1       THE VIDEOGRAPHER: We are back on                   07:14:54
2   the record at 7:16 p.m.                                07:15:40
3       MS. MILLER: Mr. Ahlberg, we have                   07:15:44
4   no further questions for you.                          07:15:45
5       I want to thank you for your time                  07:15:46
6   today and on Tuesday and the hard work you put         07:15:49
7   into preparing the Flow of Funds documents.            07:15:51
8       THE WITNESS: Thank you, Madam.                     07:15:55
9           EXAMINATION                                    07:15:57
10  BY MS. McKEEN:                                          07:15:57
11      Q.    Thank you, Mr. Ahlberg. I just               07:16:00
12  have a couple of questions for you, and I will         07:16:02
13  now also thank you for your time.                      07:16:05
14      MS. McKEEN: Atara, if your                         07:16:08
15  colleague could please pull up Exhibit 11 to           07:16:11
16  Mr. Ahlberg's deposition, please.                     07:16:14
17  BY MS. McKEEN:                                          07:16:14
18      Q.    Mr. Ahlberg, this is previously              07:16:14
19  marked as Exhibit 11 to your deposition, and I         07:16:40
20  believe you testified that is a voucher that           07:16:42
21  HTA submitted. Do you recall that testimony?          07:16:46
22      A.    Yes.                                          07:16:48
23      Q.    Did vouchers like this have to be            07:16:51
24  approved by the Puerto Rico Treasury                   07:16:53
25  Department?                                            07:16:59
```

**549**

```
1       A.    Yes.                                          07:16:59
2       Q.    Does this document reflect that              07:17:01
3   approval anywhere?                                     07:17:07
4       A.    Yes.                                          07:17:07
5       Q.    And in your experience, would                07:17:10
6   payment in connection with a voucher like this         07:17:13
7   have been made without Treasury's approval?           07:17:16
8       A.    No.                                           07:17:22
9       Q.    Okay. Could I have Exhibit 14,               07:17:23
10  please.                                               07:17:26
11      Mr. Ahlberg, this was previously                   07:17:27
12  marked as Exhibit 14 to your deposition. Was          07:17:54
13  this report prepared by HTA or by the                 07:18:03
14  Puerto Rico Treasury Department?                      07:18:06
15      A.    Document was prepared by HTA.                07:18:08
16      Q.    And if you look in the bottom               07:18:10
17  right-hand corner of the document, there's            07:18:14
18  reference to somebody named Hector Melendez.          07:18:18
19      Do you see that?                                   07:18:23
20      A.    Yes.                                          07:18:23
21      Q.    Was Hector Melendez an employee of          07:18:24
22  HTA?                                                   07:18:28
23      A.    Yes.                                          07:18:28
24      Q.    And when it refers to Treasury              07:18:30
25  office underneath his name, is Treasury office         07:18:36
```

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II

April 23, 2020

83 (Pages 550 to 553)

---

**550**

1   a part of HTA? · · · · · · · · · · · · · · · · · · · · · 07:18:39
2   · · · ·A.· ·Yes, that refers to the Treasury · · · · · 07:18:44
3   office within HTA. · · · · · · · · · · · · · · · · · · · 07:18:46
4   · · · ·Q.· ·And is that Treasury office part · · · · · 07:18:53
5   of Hacienda? · · · · · · · · · · · · · · · · · · · · · · 07:18:59
6   · · · ·A.· ·No. · · · · · · · · · · · · · · · · · · · · 07:18:59
7   · · · ·MS. McKEEN:· Thank you.· I don't · · · · · · · · 07:19:00
8   have any more questions for you.· I appreciate · · · · 07:19:01
9   your time both today and Tuesday, Mr. Ahlberg. · · · · 07:19:02
10  Pass the witness. · · · · · · · · · · · · · · · · · · · 07:19:08
11  · · · ·MS. MILLER:· So I object to those · · · · · · · · 07:19:08
12  questions as leading, I guess too late. · · · · · · · · 07:19:09
13  But I have, Liz, based on your · · · · · · · · · · · · · 07:19:15
14  questions, a couple of additional documents and · · · 07:19:19
15  some additional questions that I'd like to ask · · · · 07:19:21
16  the witness, but it's going to take me a minute · · · · 07:19:24
17  to find them. · · · · · · · · · · · · · · · · · · · · · 07:19:26
18  · · · ·So if we can go off the record · · · · · · · · · 07:19:26
19  just for a minute, I shouldn't have more than · · · · · 07:19:30
20  5 minutes of questioning when we come back. · · · · · · 07:19:32
21  · · · ·MS. McKEEN:· Sounds good.· How · · · · · · · · · 07:19:36
22  long do you want to stay off?· Break for 5 and · · · · 07:19:39
23  then come back for 5? · · · · · · · · · · · · · · · · · 07:19:43
24  · · · ·MS. MILLER:· Let's break for 5, · · · · · · · · · 07:19:44
25  yeah. · · · · · · · · · · · · · · · · · · · · · · · · · 07:19:46

**551**

1   · · · ·THE VIDEOGRAPHER:· We are off the · · · · · · · 07:19:47
2   record at 7:20 p.m. · · · · · · · · · · · · · · · · · · 07:19:47
3   · · · ·(Recess taken.) · · · · · · · · · · · · · · · · · 07:19:55
4   · · · ·THE VIDEOGRAPHER:· We are back on · · · · · · · · 07:28:22
5   the record at 7:30 p.m. · · · · · · · · · · · · · · · · 07:29:41
6   BY MS. MILLER: · · · · · · · · · · · · · · · · · · · · · 07:29:41
7   · · · ·Q.· ·Mr. Ahlberg, what is your · · · · · · · · · 07:29:45
8   involvement in the voucher approval process? · · · · · 07:29:47
9   · · · ·A.· ·I am not personally involved in · · · · · · 07:29:54
10  voucher approval processes. · · · · · · · · · · · · · · 07:29:56
11  · · · ·Q.· ·Who did you speak to about the · · · · · · 07:29:59
12  voucher approval process between your · · · · · · · · · 07:30:02
13  deposition yesterday -- on Tuesday and today? · · · · · 07:30:04
14  · · · ·A.· ·I apologize.· Could you repeat the · · · · 07:30:14
15  question? · · · · · · · · · · · · · · · · · · · · · · · 07:30:16
16  · · · ·Q.· ·Who did you speak to about the · · · · · · 07:30:17
17  voucher approval process between your · · · · · · · · · 07:30:19
18  deposition on Tuesday and today? · · · · · · · · · · · 07:30:21
19  · · · ·A.· ·I haven't spoken with anybody else · · · · 07:30:29
20  other than counsel between Tuesday and today. · · · · · 07:30:35
21  · · · ·Q.· ·And did you -- I forgot to ask you · · · · 07:30:35
22  at the beginning. · · · · · · · · · · · · · · · · · · · 07:30:37
23  · · · ·Did you meet with counsel between · · · · · · · 07:30:38
24  your deposition yesterday -- sorry, your · · · · · · · 07:30:39
25  deposition on Tuesday and today? · · · · · · · · · · · 07:30:42

**552**

1   · · · ·A.· ·We had a phone call yesterday. · · · · · · 07:30:47
2   · · · ·Q.· ·And how long was that phone call? · · · · · 07:30:52
3   · · · ·A.· ·I think it was less than 30 · · · · · · · · 07:30:54
4   minutes. · · · · · · · · · · · · · · · · · · · · · · · 07:30:54
5   · · · ·MS. MILLER:· I'm going to put on · · · · · · · · 07:31:04
6   the record that that conversation was while you · · · 07:31:06
7   were under oath and during open testimony.· I'm · · · 07:31:10
8   going to refrain from asking about it as a · · · · · · 07:31:12
9   courtesy to opposing counsel. · · · · · · · · · · · · · 07:31:15
10  BY MS. MILLER: · · · · · · · · · · · · · · · · · · · · · 07:31:15
11  · · · ·Q.· ·Did you speak to anybody at · · · · · · · · 07:31:23
12  Treasury about the voucher approval process? · · · · · 07:31:23
13  · · · ·A.· ·In between Tuesday and today? · · · · · · · 07:31:29
14  · · · ·Q.· ·No, in general. · · · · · · · · · · · · · · 07:31:34
15  · · · ·A.· ·I didn't have to ask anyone about · · · · · 07:31:38
16  the voucher approval process.· Just due to the · · · · 07:31:40
17  nature of my work with the Commonwealth, I'm · · · · · 07:31:44
18  familiar with the voucher approval process. · · · · · · 07:31:47
19  · · · ·Q.· ·Okay.· So you're not involved in · · · · · 07:31:49
20  it in any way? · · · · · · · · · · · · · · · · · · · · · 07:31:52
21  · · · ·A.· ·I'm not involved in the voucher · · · · · · 07:31:53
22  approval process. · · · · · · · · · · · · · · · · · · · 07:31:55
23  · · · ·Q.· ·Okay.· And so you don't know · · · · · · · 07:31:57
24  whether there are any vouchers that relate to · · · · · 07:31:58
25  certain entities that may or may not be · · · · · · · · 07:32:02

**553**

1   Treasury approval based? · · · · · · · · · · · · · · · 07:32:09
2   · · · ·MS. McKEEN:· Objection. · · · · · · · · · · · · 07:32:11
3   · · · ·THE WITNESS:· I can't speculate on · · · · · · · 07:32:14
4   the hypothetical vouchers. · · · · · · · · · · · · · · 07:32:18
5   · · · ·MS. MILLER:· Okay.· Okay.· I have · · · · · · · 07:32:22
6   no further questions. · · · · · · · · · · · · · · · · · 07:32:26
7   · · · ·MS. McKEEN:· I have no further · · · · · · · · · 07:32:28
8   questions for you either, Mr. Ahlberg. · · · · · · · · 07:32:29
9   · · · ·Thank you very much for your time · · · · · · · 07:32:31
10  over these two days. · · · · · · · · · · · · · · · · · 07:32:33
11  · · · ·THE WITNESS:· Thank you, everyone. · · · · · · · 07:32:37
12  · · · ·MR. ZOUAIRABANI:· This is Nayuan. · · · · · · · 07:32:39
13  I would like to make a reservation of rights · · · · · 
14  for the DRA parties on the record before we · · · · · · 
15  call it a night. · · · · · · · · · · · · · · · · · · · 
16  · · · ·THE REPORTER:· I'm sorry.· Who is · · · · · · · 
17  this? · · · · · · · · · · · · · · · · · · · · · · · · · 
18  · · · ·MR. ZOUAIRABANI:· This is Nayuan · · · · · · · · 
19  Zouairabani on behalf of AmeriNational · · · · · · · · 07:32:52
20  Community Services, LLC.· I can spell my last · · · · · 07:32:52
21  name and my first name if you want. · · · · · · · · · · 07:32:54
22  · · · ·THE REPORTER:· No, that's okay.· I · · · · · · · 07:32:54
23  got it.· Thank you. · · · · · · · · · · · · · · · · · · 07:32:59
24  · · · ·MR. ZOUAIRABANI:· Okay.· The DRA · · · · · · · · 07:32:59
25  parties have not made any questions or not made · · · · 07:33:03

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                        April 23, 2020

84 (Pages 554 to 557)

---

554

1    any active participation during Tuesday and          07:33:06
2    today's deposition in compliance with               07:33:09
3    Judge Dein's March 3, 2020 order.                   07:33:12
4            Such action or inaction does not            07:33:15
5    constitute, and should not be interpreted as a      07:33:18
6    waiver of any sort of the DRA parties to seek       07:33:23
7    and obtain discovery as part of their DRA           07:33:23
8    lift-stay motion, which rights are preserved in     07:33:24
9    the March 3, 2020 order.                            07:33:29
10           That is the intent of the                   07:33:34
11   reservation of rights that I want to make.          07:33:36
12           MS. McKEEN:  Thank you, Counsel.            07:33:36
13   We reserve all rights with respect to               07:33:38
14   everything you just said on the record.             07:33:40
15           I don't have anything further.              07:33:45
16   Thank you, Mr. Ahlberg.                             07:33:46
17           THE WITNESS:  Thank you.                    07:33:49
18           THE VIDEOGRAPHER:  We are going             07:33:51
19   off the record at 7:34 p.m.  This concludes the     07:33:51
20   video deposition of Timothy Ahlberg.                07:33:54
21           (Ending time noted 7:34 p.m.)
22
23
24
25

---

555

1    STATE OF ILLINOIS   )
2                        ) SS:
3    COUNTY OF C O O K   )
4
5        I, Cynthia J. Conforti, a notary public
6    within and for the County of Cook and State of
7    Illinois, do hereby certify that heretofore,
8    to-wit, on the 23rd day of April, 2020,
9    virtually appeared TIMOTHY H. AHLBERG, in a
10   cause now pending and undetermined in the
11   United States District Court for the District
12   of Puerto Rico, IN RE: THE FINANCIAL OVERSIGHT
13   AND MANAGEMENT BOARD FOR PUERTO RICO, AS
14   REPRESENTATIVE OF THE COMMONWEALTH OF PUERTO
15   RICO, et al., DEBTORS.
16       I further certify that the said witness
17   was first duly sworn to testify the truth, the
18   whole truth and nothing but the truth in the
19   cause aforesaid; that the testimony then given
20   by said witness was reported stenographically
21   by me in the presence of the said witness, and
22   afterwards reduced to typewriting by
23   Computer-Aided Transcription, and the foregoing
24   is a true and correct transcript of the
25   testimony so given by said witness as

---

556

1    aforesaid.
2        I further certify that the signature to
3    the foregoing deposition was not waived by
4    counsel for the respective parties.
5        I further certify that I am not counsel
6    for nor in any way related to the parties to
7    this suit, nor am I in any way interested in
8    the outcome thereof.
9        IN TESTIMONY WHEREOF:  I have hereunto
10   set my hand and affixed my notarial seal this
11   24th day of April, 2020.
12
13
14
15
16           Cynthia J. Conforti, CSR, CRR
17           CSR License No. 084-003064
18
19
20
21
22
23
24
25

---

557

1           ACKNOWLEDGMENT OF DEPONENT
2
3        I, _____, do hereby
4    acknowledge that I have read and examined the
5    foregoing testimony, and the same is a true, correct
6    and complete transcription of the testimony given by
7    me, and any corrections appear on the attached Errata
8    Sheet signed by me.
9
10   _____    _____
11   (DATE)          (SIGNATURE)
12
13       NOTARIZATION  (If Required)
14
15   State of _____
16   County of _____
17
18   Subscribed and sworn to (or affirmed) before me on
19   this _____ day of _____, 20_____, by
20   _____, proved to me on the
21   basis of satisfactory evidence to be the person who
22   appeared before me.
23
24   Signature: _____
25           (Seal)

---

Henderson Legal Services, Inc.