# **EXHIBIT 29**

# COMMONWEALTH OF PUERTO RICO

Basic Financial Statements
and Required Supplementary Information

June 30, 2015

(With Independent Auditors' Report Thereon)

CONFIDENTIAL

**COMMONWEALTH OF PUERTO RICO**

**Table of Contents**

| | Page(s) |
|---|---|
| Independent Auditors' Report | 1–13 |
| Management's Discussion and Analysis (Unaudited) | 14–38 |
| Basic Financial Statements: | |
| Government-Wide Financial Statements: | |
| Statement of Net Position | 39–40 |
| Statement of Activities | 41–42 |
| Fund Financial Statements: | |
| Governmental Funds: | |
| Balance Sheet | 43 |
| Reconciliation of the Balance Sheet of Governmental Funds to the Statement of Net Position | 44 |
| Statement of Revenue, Expenditures, and Changes in Fund Balances | 45 |
| Reconciliation of the Statement of Revenue, Expenditures, and Changes in Fund Balances – Governmental Funds to the Statement of Activities | 46 |
| Proprietary Funds: | |
| Statement of Net Position | 47 |
| Statement of Revenues, Expenses, and Changes in Fund Net Position | 48 |
| Statement of Cash Flows | 49–50 |
| Fiduciary Funds: | |
| Statement of Fiduciary Net Position | 51 |
| Statement of Changes in Fiduciary Net Position – Pension (and Other Employee Benefit) Trust Funds | 52 |
| Discretely Presented Component Units: | |
| Combining Statement of Net Position | 53–54 |

CW_STAY0009786

**COMMONWEALTH OF PUERTO RICO**

**Table of Contents**

|  | Page(s) |
|---|---|
| Combining Statement of Activities | 55 |
| Notes to Basic Financial Statements | 56–340 |
| Required Supplementary Information: | |
| Schedule of Changes in the Commonwealth's Net Pension Liability for Single-Employer Pension Plans | 342 |
| Schedule of the Commonwealth's Proportionate Share of the Net Pension Liability of the Cost-Sharing Multiple-Employer Pension Plan | 342 |
| Schedule of Employers' Contributions - All Pension Plans | 343 |
| Schedule of Actuarial Methods and Assumptions - All Pension Plans | 344 |
| Schedule of Funding Progress for the Postemployment Healthcare Plans | 345 |
| Schedule of Employers' Contributions for the Postemployment Healthcare Plans | 346 |
| Schedule of Revenue and Expenditures – Budget and Actual – Budgetary Basis – General Fund | 347 |
| Notes to Required Supplementary Information | 348–351 |
| Combining and Individual Fund financial Statements and Schedules | |
| General Fund: | |
| General Fund | 353 |
| Schedule of Expenditures by Agency – Budget and Actual – Budgetary Basis – General Fund | 354–356 |
| Nonmajor Governmental Funds: | |
| Nonmajor Governmental Funds | 357–359 |
| Combining Balance Sheet | 360 |
| Combining Statement of Revenue, Expenditures, and Changes in Fund Balances | 361 |
| Nonmajor Proprietary Funds: | |
| Nonmajor Proprietary Funds | 362 |

**COMMONWEALTH OF PUERTO RICO**

**Table of Contents**

|  | Page(s) |
|---|---|
| Combining Statement of Net Position | 363 |
| Combining Statement of Revenue, Expenditures, and Changes in Fund Net Position | 364 |
| Combining Statement of Cash Flows | 365 |
| Fiduciary Funds: | |
| Fiduciary Funds | 366–367 |
| Combining Statement of Fiduciary Net Position – Pension Trust Funds | 368 |
| Combining Statement of Changes in Fiduciary Net Position – (and Other Employee Benefit) Trust Funds | 369 |
| Combining Statement of Changes in Assets and Liabilities – Agency Funds | 370 |
| Nonmajor Discretely Presented Component Units: | |
| Nonmajor Discretely Presented Component Units | 371 |
| Combining Statement of Net Position | 372–378 |
| Combining Statement of Activities | 379 |

CW_STAY0009788

**COMMONWEALTH OF PUERTO RICO**
Nonmajor Governmental Funds
Year ended June 30, 2015

**Special Revenue Funds**

Special revenue funds are used to account for and report the proceeds of specific revenue sources that are restricted or committed to expenditure for specified purposes other than debt service or capital projects. Other resources (investment earnings and transfers from other funds, for example) also may be reported in the fund if those resources are restricted, committed, or assigned to the specified purpose of the fund.

*Public Buildings Authority Special Revenue Fund*

The operating fund of the Public Buildings Authority, a blended component unit, used to account for the operation, maintenance, equipment replacement, and other extraordinary operation and maintenance costs of the buildings and facilities that, when constructed, are leased to the Commonwealth's Primary Government agencies.

**Puerto Rico Infrastructure Financing Authority's Special Revenue Fund**

The special revenue fund of the Puerto Rico Infrastructure Financing Authority, a blended component unit, is used to account principally for the moneys received by the Commonwealth, up to $117 million, of certain federal excise taxes levied on rum and other articles produced in Puerto Rico and sold in the United States, which are collected by the U.S. Treasury and returned to the Commonwealth. Under Act No. 44 of June 21, 1988, as amended, the Commonwealth conditionally allocates to this fund the first $117 million of these federal excise taxes reimbursed, which are subsequently transferred to the Puerto Rico Infrastructure Financing Authority's Debt Service Fund to provide for the debt service of its special tax revenue bonds. This special revenue fund also receives ARRA funds for the weatherization program aimed at converting certain government buildings into eco-friendly locations.

*Port of the Americas Authority's Special Revenue Fund*

The special revenue fund of Port of the Americas Authority, a blended component unit, is used to account for its remaining legal and certain other administrative requirements resulting after the transfer of all rights and duties to PPA. The main purpose of the PAA was the planning, development and construction of a large-scale container terminal in the city of Ponce, Puerto Rico.

*Special Communities Perpetual Trust's Special Revenue Fund*

The special revenue fund of the Special Communities Perpetual Trust, a blended component unit, is used to account for the moneys received from the Governmental Development Bank, through a line of credit financing and cash contributions, upon inception of the Special Communities Perpetual Trust. The financial resources received by this fund are used to carry out development projects that address the infrastructure and housing needs of certain under privileged communities.

*The Children's Trust Special Revenue Fund*

The special revenue fund of the Children's Trust, a blended component unit, is used to account for the money received by the Commonwealth from a global settlement agreement dated November 23, 1998 between certain tobacco companies and certain states, territories, and other jurisdictions of the United State of America, including the Commonwealth. The financial resources received by this fund are used to carry out projects aimed at promoting the well-being of children and youth of Puerto Rico.

(Continued)

CONFIDENTIAL

CW_STAY0010145

**COMMONWEALTH OF PUERTO RICO**

Nonmajor Governmental Funds

Year ended June 30, 2015

***University of Puerto Rico Comprehensive Cancer Canter's Special Revenue Fund***

The special revenue fund of the UPRCCC, a blended component unit, is used to account for the moneys received from the Commonwealth and certain other grants from both the private sector and the Federal government, to execute public policy related to the prevention, orientation, investigation and treatment of cancer in Puerto Rico. The medical and hospital operations of the UPRCCC, for which fees will be charged to patients, has not commenced at June 30, 2015.

**Debt Service Funds**

The debt service funds are used to account for and report financial resources that are restricted, committed, or assigned to expenditure for principal and interest, and related costs other than bonds payable from operations of proprietary fund types, pension trust funds, and discretely presented component units. Long-term debt and interest due on July 1 of the following year are accounted for as a fund liability if resources are available as of June 30 for its payment.

***Public Buildings Authority Debt Service Fund***

A blended component unit engaged in the construction and/or acquisition of building facilities for lease mainly to the Commonwealth's Primary Government agencies. Its debt service fund is used to account for the financial resources that are restricted, committed, or assigned to expenditure for the payment of revenue bonds and other liabilities incurred to finance the construction of the buildings and facilities.

***Puerto Rico Infrastructure Financing Authority's Debt Service Fund***

The debt service fund of the Puerto Rico Infrastructure Financing Authority accounts for the financial resources that are restricted to expenditure for the payment of interest and principal on its special tax revenue bonds. These resources are received from operating transfers from the Puerto Rico Infrastructure Financing Authority Special Revenue Fund.

***Port of the Americas Authority's Debt Service Fund***

The debt service fund of of Port of the Americas Authority is used to account for the financial resources that are restricted for the payment of the long-term debt that remained at PAA after the transfer of its operations to PPA. This fund is mainly subsidized by appropriations and operating transfers from the General Fund.

***Puerto Rico Maritime Shipping Authority Debt Service Fund***

This is the remainder of a former shipping company owned by the Commonwealth. Its debt service fund is used to account for the financial resources that are restricted for the payment of the long-term liability that resulted from the sale of its marine operations. This fund is mainly subsidized by appropriations and operating transfers from the General Fund.

(Continued)

CONFIDENTIAL

CW_STAY0010146

**COMMONWEALTH OF PUERTO RICO**

Fiduciary Funds

Year ended June 30, 2015

single-employer defined-benefit other postemployment healthcare benefit plan provided by the Commonwealth to retired judges of the Judiciary Branch of the Commonwealth.

**Agency Fund**

Agency fund is used to account for assets held by the Commonwealth as an agent for individuals, private organizations, and other governments. This fund is custodial in nature (assets equal liabilities) and does not involve measurement of the results of operations.

**Special Deposits**

This fund acts in a fiduciary capacity in order to account for moneys received with specified purposes for which the law does not specify its recording in any other fund. It mainly includes deposits under the custody of the courts of justice for alimony payments, escrows, revenue collections, and agency accounts for which the Commonwealth act in an agent's capacity.

367

CW_STAY0010155