# EXHIBIT 38

PRIFA_STAY0001065

Modelo SC 745
31-Jan-01

| Original – ACC |
| 1ª Copia – Funcionario |
| 2ª Copia – Agencia |
| **PRIFAS** |

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE HACIENDA**
Agencia

**COMPROBANTE DE REMESA**

Núm. Recibo _____ al _____

| Dia | TOTAL COBRADO (DIARIO) | | TOTAL DEPOSITADO (DIARIO) | |
|---|---|---|---|---|
| | FECHA | IMPORTE | FECHA | IMPORTE |
| LUN | | | | |
| MAR | | | | |
| MIER | | | | |
| JUE | | | | |
| VIER | | | | |
| SAB | | | | |
| DOM | | | | |
| | TOTAL | 0.00 | TOTAL | 0.00 |

AUG 1 4 2014

**Identificación del Documento**

| CT | Agen | Número de Documento | Fecha de Contabilidad | Código de Banco | Cuenta de Banco | Fecha de Acreditación | Tipo de Depósito | Fecha de Notificación | Fecha de Requisición de Fondos | Número de Aviso de Crédito | Importe Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CR | 025 | 142915025089 | | GDB | 01 | 08/08/2014 | R | 08/08/2014 | 08/08/2014 | 08082014000106 | 26,074,976.99 |

| LN | Cuenta | Fondo | Organización | Prog. | Asig. | Año Pres. | Aportación Federal | SE | Importe | Descripción | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | R4220 | 111 | 0250000 | | | 2015 | | 62 | 26,074,976.99 | FONDO GENERAL | | |

ARBITRIOS RON JULIO 2014

RECIBIDO
DEPTO. DE HACIENDA
AREA DEL TESORO
AUG 1 4 2014
DIVISION CONTABILIDAD
DE INGRESOS

APROBACION NIVEL

URGENTE

| | | IMPORTE TOTAL | 26,074,976.99 | |

| Para uso de las Agencias que no tienen Recaudador Oficial | Para uso del Recaudador Oficial u Oficial Pagador Especial o Secretario del Tribunal | Para uso del Departamento de Hacienda |
|---|---|---|
| Certifico que los valores que se acompañan son los que realmente se recibieron en esta Agencia, que los mismos deben acreditarse a las asignaciones y fondos indicados y que toda la demás información es correcta. | Certifico que los importes arriba detallados son los que realmente recaudé y deposité en la semana del _____ al _____ de _____ de # ___; que los mismos deben acreditarse a las asignaciones y fondos indicados y que toda la información es correcta. | Aprobado por: _____ Nombre y Firma _____ Título |

| Fecha   Nombre y Firma Jefe Agencia o Su Rep.Aut.   Teléfono | Fecha   Nombre y Firma Recaudador ... Tribunal   Teléfono | Fecha   Teléfono |

En caso de Liquidación de Anticipo de Viajes, deberá enviar una copia al Negociado de Intervenciones.
Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

JULIO 2014

CONFIDENTIAL

PRIFA_STAY0001065

**Copia del Sistema PRIFAS del comprobante de remesa 142915025184 para ingresos de agosto 2014.**

Cash Receipt Processing - Use - Direct Journal Entry

File Edit View Go Favorites Use Inquire Report Help

Accounting Entries | Deposit Control

**Unit:** PUERT **Deposit ID:** 142915025184 **Payment:** 09102014000090 **Seq:** 1

**Amount:** 15,506,630.93 USD ☑ Complete
**Base:** USD

| Line | GL Unit | Account | Fund | DeptID | Program | Class | Bdgt Pd | Proj/Grt | Econ Sec: |
|---|---|---|---|---|---|---|---|---|---|
| 1 | PUERT | R4220 | 111 | 0250000 | | | 2015SM1 | | 62 |

Speed Type: **Line Type:** User **Edit Status:** Complete
**Stat:** **Budget Check:** Valid Budget Check
**Line Amount:** -15,506,630.93 USD
**Ref:** **Line Descr:** ARB DE RON AGOSTO-2014

| | | | |
|---|---|---|---|
| 2 **Lines** | 15,506,630.93 USD **DR** | 15,506,630.93 USD **CR** | 0.00 **Net** |

File Edit View Go Favorites Use Inquire Report Help

Accounting Entries | Deposit Control

**Unit:** PUERT **Deposit ID:** 142915025184

**Acctg Date:** 09/16/2014 **Control Currency:** USD
**Bank Code:** GDB GDB **Format Currency:** USD
**Bank Account:** 01 [redacted]0006 **Rate Type:**
**Deposit Type:** R Remesa-New **Exch Rt:** 1.00000000

**Totals**

| | | |
|---|---|---|
| Control: | 15,506,630.93 | 1 |
| Entered: | 15,506,630.93 | 1 |
| **Difference:** | 0.00 | 0 |
| Posted: | 0.00 | 0 |
| Journalled: | 15,506,630.93 | 1 |

**Control Data**

| | |
|---|---|
| Notification: | 09/10/2014 |
| Requisition: | 09/10/2014 |
| **Credit Date:** | 09/10/2014 |
| Posted: | |
| Operator: | VON1276 |



**Copia del Sistema PRIFAS del comprobante de remesa 142915025261 para ingresos de septiembre 2014.**

Cash Receipt Processing - Use - Direct Journal Entry

File Edit View Go Favorites Use Inquire Report Help

Accounting Entries | Deposit Control

Unit: PUERT Deposit ID: 142915025261 Payment: 10082014000085 Seq: 1

Amount: 18,461,897.15 USD ☑ Complete

| Line | GL Unit | Account | Fund | DeptID | Program | Class | Bdgt Pd | Proj/Grt | Econ Sec: |
|---|---|---|---|---|---|---|---|---|---|
| 1 | PUERT | R4220 | 111 | 0250000 | | | 2015SM1 | | 62 |

Speed Type | Line Type: User | Edit Status: Complete

Stat: | Budget Check: Valid Budget Check

Line Amount: -18,461,897.15 USD

Ref: | Line Descr: ARBITRIOS DE RON SEPT-2014

| | | | |
|---|---|---|---|
| 2 Lines | 18,461,897.15 USD DR | 18,461,897.15 USD CR | 0.00 Net |

File Edit View Go Favorites Use Inquire Report Help

Accounting Entries | Deposit Control

Unit: PUERT Deposit ID: 142915025261

Acctg Date: 10/09/2014 Control Currency: USD

Bank Code: GDB GDB Format Currency: USD

Bank Account: 01 [redacted]006 Rate Type:

Deposit Type: R Remesa-New Exch Rt: 1.00000000

**Totals**

| | | |
|---|---|---|
| Control: | 18,461,897.15 | 1 |
| Entered: | 18,461,897.15 | 1 |
| **Difference:** | 0.00 | 0 |
| Posted: | 0.00 | 0 |
| Journalled: | 18,461,897.15 | 1 |

**Control Data**

| | |
|---|---|
| Notification: | 10/08/2014 |
| Requisition: | 10/08/2014 |
| **Credit Date:** | 10/08/2014 |
| Posted: | |
| Operator: | VON1276 |



PRIFA_STAY0001068
PRIFA_STAY0001065

Modelo SC 745
31-Jan-01

Original – ACC
1ra Copia – Funcionario
2da Copia – Agencia
**PRIFAS**

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE HACIENDA**
Agencia

**COMPROBANTE DE REMESA**

Núm. Recibo _____ al _____

NOV 2 5 2014



| Día | TOTAL COBRADO (DIARIO) | | TOTAL DEPOSITADO (DIARIO) | |
|---|---|---|---|---|
| | FECHA | IMPORTE | FECHA | IMPORTE |
| LUN | | | | |
| MAR | | | | |
| MIER | | | | |
| JUE | | | | |
| VIER | | | | |
| SAB | | | | |
| DOM | | | | |
| | TOTAL | 0.00 | TOTAL | 0.00 |

Identificación del Documento

| CT | Agen | Número de Documento | Fecha de Contabilidad | Código de Banco | Cuenta de Banco | Fecha de Acreditación | Tipo de Depósito | Fecha de Notificación | Fecha de Requisición de Fondos | Número de Aviso de Crédito | Importe Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CR | 025 | 142915025356 | | GDB | 01 | 11/07/2014 | R | 11/07/2014 | 11/07/2014 | 11072014000107 | 20,321,285.79 |

| LN | Cuenta | Fondo | Organización | Prog. | Asig. | Año Pres. | Aportación Federal | SE | Importe | Descripción |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | R4220 | 111 | 0250000 | | | 2015 | | 62 | 20,321,285.79 | FONDO GENERAL |
| | | | | | | | | | | |
| | | | | | | | | | | ARBITRIOS RON OCTUBRE 2014 |

APROBACION NIVEL I

RECIBIDO
DEPTO DE HACIENDA
AREA DEL TESORO
DIVISION CONTABILIDAD
DE INGRESOS

| | | IMPORTE TOTAL | 20,321,285.79 |

| Para uso de las Agencias que no tienen Recaudador Oficial | Para uso del Recaudador Oficial u Oficial Pagador Especial o Secretario del Tribunal | Para uso del Departamento de Hacienda |
|---|---|---|
| Certifico que los valores que se acompañan son los que realmente se recibieron en esta Agencia, que los mismos deben acreditarse a las asignaciones y fondos indicados y que toda la demás información es correcta. | Certifico que los importes arriba detallados son los que realmente recaudé y deposité en la semana del ____ al ____ de _____ de # ____; que los mismos deben acredita~~~~~ os indicados y que toda la información es correcta | Aprobado por: _____ Nombre y Firma _____ Título |
| Fecha    Nombre y Firma Jefe Agencia o Su Rep.Aut.    Teléfono | Fecha    Nombre y Firma ~~~~ del Tribunal    Teléfono | Fecha    Teléfono |

En caso de Liquidación de Anticipo de Viajes, deberá enviar una copia al Negociado de Intervenciones.
Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

**Copia del Sistema PRIFAS del comprobante de remesa 142915025428 para ingresos de octubre 2014.**

Cash Receipt Processing - Use - Direct Journal Entry

File Edit View Go Favorites Use Inquire Report Help

Accounting Entries | Deposit Control

**Unit:** PUERT **Deposit ID:** 142915025428 **Payment:** 12102014000257 **Seq:** 1

**Amount:** 27,266,182.57 USD ☑ Complete

| Line | GL Unit | Account | Fund | DeptID | Program | Class | Bdgt Pd | Proj/Grt | Econ Sec: |
|---|---|---|---|---|---|---|---|---|---|
| 1 | PUERT | R4220 | 111 | 0250000 | | | 2015SM2 | | 62 |

Speed Type: **Line Type:** User **Edit Status:** Complete

**Stat:** **Budget Check:** Valid Budget Check

**Line Amount:** -27,266,182.57 USD

**Ref:** **Line Descr:** ARBITRIOS DE RON NOV-2014

| 2 **Lines** | 27,266,182.57 USD **DR** | 27,266,182.57 USD **CR** | 0.00 **Net** |
|---|---|---|---|

File Edit View Go Favorites Use Inquire Report Help

Accounting Entries | Deposit Control

**Unit:** PUERT **Deposit ID:** 142915025428

**Acctg Date:** 01/07/2015 **Control Currency:** USD

**Bank Code:** GDB GDB **Format Currency:** USD

**Bank Account:** 01 [redacted]0006 **Rate Type:**

**Deposit Type:** R Remesa-New **Exch Rt:** 1.00000000

**Totals**

| | | |
|---|---|---|
| Control: | 27,266,182.57 | 1 |
| Entered: | 27,266,182.57 | 1 |
| **Difference:** | 0.00 | 0 |
| Posted: | 0.00 | 0 |
| Journalled: | 27,266,182.57 | 1 |

**Control Data**

| | |
|---|---|
| Notification: | 12/10/2014 |
| Requisition: | 12/10/2014 |
| **Credit Date:** | 12/10/2014 |
| Posted: | |
| Operator: | VON1276 |



**Copia del Sistema PRIFAS del comprobante de remesa 142915025428 para ingresos de diciembre 2014.**

Cash Receipt Processing - Use - Direct Journal Entry

File Edit View Go Favorites Use Inquire Report Help

Accounting Entries | Deposit Control

**Unit:** PUERT **Deposit ID:** 142915025447 **Payment:** 01082015000274 **Seq:** 1

**Amount:** 21,757,582.50 USD ☑ Complete

| Line | GL Unit | Account | Fund | DeptID | Program | Class | Bdgt Pd | Proj/Grt | Econ Sec: |
|---|---|---|---|---|---|---|---|---|---|
| 1 | PUERT | R4220 | 111 | 0250000 | | | 2015SM2 | | 62 |

Speed Type: **Line Type:** User **Edit Status:** Complete

**Stat:** **Budget Check:** Valid Budget Check

**Line Amount:** -13,532,022.91 USD

**Ref:** **Line Descr:** ARBITRIOS DE RON DIC-14

| 4 **Lines** | 21,757,582.50 USD **DR** | 21,757,582.50 USD **CR** | 0.00 **Net** |
|---|---|---|---|

File Edit View Go Favorites Use Inquire Report Help

Accounting Entries | Deposit Control

**Unit:** PUERT **Deposit ID:** 142915025447

Acctg Date: 01/21/2015
Control Currency: USD
Bank Code: GDB GDB
Format Currency: USD
Bank Account: 01 [redacted]0006
Rate Type:
Deposit Type: R Remesa-New
Exch Rt: 1.00000000

**Totals**

| | | |
|---|---|---|
| Control: | 21,757,582.50 | 1 |
| Entered: | 21,757,582.50 | 1 |
| **Difference:** | 0.00 | 0 |
| Posted: | 0.00 | 0 |
| Journalled: | 21,757,582.50 | 1 |

**Control Data**

| | |
|---|---|
| Notification: | 01/08/2015 |
| Requisition: | 01/08/2015 |
| **Credit Date:** | 01/08/2015 |
| Posted: | |
| Operator: | VON1276 |



CERTIFIED TRANSLATION

Model SC 745
31-Jan-01

COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF THE TREASURY

Receipt No. _____ as of _____

Original – ACC
1st Copy – Official
2nd Copy – Agency
PRIFAS

REMITTANCE RECEIPT

[hw at bottom of page:] *August 2014*

[ink stamp:] *AUG 14 2014*

| Day | TOTAL CHARGED (DAILY) | | TOTAL DEPOSITED (DAILY) | |
|---|---|---|---|---|
| | DATE | AMOUNT | DATE | AMOUNT |
| MON | | | | |
| TUE | | | | |
| WED | | | | |
| THU | | | | |
| FRI | | | | |
| SAT | | | | |
| SUN | | | | |
| TOTAL | | 0.00 | TOTAL | 0.00 |

Document Identification

| CT | Agen | Document Number | Accounting Date | Bank Code | Bank Account | Accreditation Date | Type of Deposit | Notification Date | Fund Request Date | Credit Notice Number | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CR | 025 | 142915025089 | | GDB | 01 | 08/08/2014 | R | 08/08/2014 | 08/08/2014 | 08082014000106 | 26,074,76.99 |

| LN | Account | Fund | Organization | Prog. | Assig. | Pres. Yr. | Federal Contribution | SE | Amount | Description | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | R4220 | 111 | 0250000 | | | 2015 | | 52 | 26,074,976.99 | GENERAL FUND | |
| | | | | | | | | | | RUM TARIFFS JULY 2014 | |

*[stamps: LEVEL I APPROVAL; RECEIVED DEPT. OF THE TREASURY AUG 14 2014 DIVISION OF REVENUE ACCOUNTING; URGENT]*

| TOTAL AMOUNT | | 26,074,976.99 | |
|---|---|---|---|

| For use of the Agencies that do not have an Official Tax Collector | For use of the Official Tax Collector or Official Special Paymaster or Clerk of the Court | For use of the Department of the Treasury |
|---|---|---|
| I hereby certify that the accompanying assets are those that were truly received by this Agency, that they must be credited to the appropriations or funds indicated and that all other information is correct. | I hereby certify that the amounts itemized above are those that I truly collected and deposited the week from _____ to _____ of # _____; That they must be credited to the appropriations or funds indicated and that all other information is correct. _____ [signature] VILMA OCASIO NIEVES _____ _____ | Approved by: _____ Name and Signature _____ Title |
| _____ Date   Name and Signature of Agency Head or their Auth. Rep.   Telephone | Date   Name and Signature of Official Collector or OSP or Clerk of the Court   Telephone | _____ _____ Date   Telephone |

In the case of Advance Travel Liquidation, you must send a copy to the Bureau of Interventions.
Retention: Six years or an intervention by the Comptroller, whichever occurs first.
CONFIDENTIAL

PRIFA_STAY0001065

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

**Copy of the PRIFAS System of remittance receipt 142915025184 for revenue from August 2014.**



CONFIDENTIAL

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

**Copy of the PRIFAS System of remittance receipt 142915025184 for revenue from September 2014.**



CONFIDENTIAL                                                                    PRIFA_STAY0001067

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate
translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Model SC 745
31-Jan-01

COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF THE TREASURY

Receipt No. _____ as of _____

Original – ACC
1st Copy – Official
2nd Copy – Agency
PRIFAS

REMITTANCE RECEIPT

URGENT

[ink stamp:] *NOV 25 2014*

| Day | TOTAL CHARGED (DAILY) | | TOTAL DEPOSITED (DAILY) | |
|---|---|---|---|---|
| | DATE | AMOUNT | DATE | AMOUNT |
| MON | | | | |
| TUE | | | | |
| WED | | | | |
| THU | | | | |
| FRI | | | | |
| SAT | | | | |
| SUN | | | | |
| TOTAL | | 0.00 | TOTAL | 0.00 |

Document Identification

| CT | Agen | Document Number | Accounting Date | Bank Code | Bank Account | Accreditation Date | Type of Deposit | Notification Date | Fund Request Date | Credit Notice Number | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CR | 025 | 142915025356 | | GDB | 01 | 11/07/2014 | R | 11/07/2014 | 11/07/2014 | 11072014000107 | 20,321,285.79 |

| LN | Account | Fund | Organization | Prog. | Assig. | Pres. Yr. | Federal Contribution | SE | Amount | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | R4220 | 111 | 0250000 | | | 2015 | | 62 | 20,321,285.79 | GENERAL FUND |
| | | | | | | | | | | RUM TARIFFS OCTOBER 2014 |

LEVEL I APPROVAL

RECEIVED
DEPT. OF THE TREASURY
NOV 25 2014
DIVISION OF REVENUE ACCOUNTING

| TOTAL AMOUNT | 20,321,285.79 |
|---|---|

| For use of the Agencies that do not have an Official Tax Collector | For use of the Official Tax Collector or Official Special Paymaster or Clerk of the Court | For use of the Department of the Treasury |
|---|---|---|
| I hereby certify that the accompanying assets are those that were truly received by this Agency, that they must be credited to the appropriations or funds indicated and that all other information is correct. | I hereby certify that the amounts itemized above are those that I truly collected and deposited the week from _____ to _____ of # _____; That they must be credited to the appropriations or funds indicated and that all other information is correct. | Approved by: _____ Name and Signature |
| | [signature] VILMA OCASIO NIEVES | _____ Title |
| _____ _____ _____ Date Name and Signature of Agency Head or their Auth. Rep. Telephone | _____ _____ _____ Date Name and Signature of Official Collector or OSP or Clerk of the Court Telephone | _____ _____ Date Telephone |

In the case of Advance Travel Liquidation, you must send a copy to the Bureau of Interventions.
Retention: Six years or an intervention by the Comptroller, whichever occurs first.

CONFIDENTIAL

PRIFA_STAY0001068

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

**Copy of the PRIFAS System of remittance receipt 142915025184 for revenue from October 2014.**



CONFIDENTIAL

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

**Copy of the PRIFAS System of remittance receipt 142915025184 for revenue from December 2014.**



CONFIDENTIAL

PRIFA_STAY0001070

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.