**Exhibit A**

6/1/2020

## Movants'[1] Supplemental HTA Exhibit List for the
## June 4, 2020 Revenue Bond Lift Stay Preliminary Hearing

The following chart includes Movants' currently anticipated HTA Hearing Exhibits beyond those appended to Movants' HTA List Stay briefs which were not previously filed on the public record. Movants reserve all rights, including the right to designate any additional documents filed with the court in support of the HTA Lift Stay Motion as exhibits prior to the Preliminary Hearing.

| HTA Ex. No. | Date | Bates Range | Description | Confidentiality Designation | ECF No. (under seal) |
|---|---|---|---|---|---|
| 02[2] | 6/30/2015 | CW_STAY0009784-10167 | 2015 CW Financial Statement | Unsealed | 13039-2; 13039-3; 13039-4; 13039-5; 13039-6; 13039-7 |
| 03 | 6/30/2016 | CW_STAY0010168-10543 | 2016 CW Financial Statement | Unsealed | 13039-8; 13039-9; 13039-10; 13039-11; 13039-12 |
| 07 | June 20, 1970 | N/A | Act No. 24 of June 20, 1970 and Official Translation | N/A | |
| 18 | 8/31/1977 | HTA_STAY0008154-8218 | PRHTA 1977 Highway Revenue Bond Series L Official Statement | Unsealed | 13039-28; 13039-29 |

---

[1] Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company (collectively, "**Movants**"). All capitalized terms not defined herein shall have the meanings ascribed to them in the HTA Lift Stay Motion (ECF No. 10102) and Reply (ECF No. 12994). Unless otherwise indicated, "ECF No." refers to the docket in Case No. 17-BK-3283-LTS.

[2] HTA Exhibits 1-67 comprise Exhibits 1-67 attached to the Natbony Reply Declaration of April 30, 2020 (filed under seal as ECF No. 13039 and 13040), as supplemented and amended by ECF No. 13078 and ECF No. 13186. HTA Exhibits 68-103 comprise Exhibits B-KK attached to the Natbony Declaration of January 16, 2020 (ECF No. 10107). HTA Exhibit 126 comprises the Declaration of William W. Holder and all exhibits and appendices thereto (ECF No. 13005). HTA Exhibits 127-130 comprise Exhibits i-iv attached to the Natbony Response to Sur-Reply Declaration of May 18, 2020 (ECF No. 13224).

| HTA Ex. No. | Date | Bates Range | Description | Confidentiality Designation | ECF No. (under seal) |
|---|---|---|---|---|---|
| 19 | 4/29/2003 | HTA_STAY0002741-2845 | PRHTA Resolution 2003-23, Authorizing 2003 Revenue Refunding Bonds Series AA | Unsealed | 13039-30; 13039-31 |
| 64 | 5/7/2003 | HTA_STAY0004323-4475 | Resolution 2003-30 | Unsealed | 13040-39; 13040-40; 13040-41 |
| 104 | 10/30/2017 | CW_STAY0000535-47 | TSA FY 2018 Cash Flow as of October 20, 2017 | N/A | |
| 105 | 11/28/2017 | CW_STAY0000575-88 | TSA FY 2018 Cash Flow as of November 17, 2017 | N/A | |
| 106 | 12/19/2017 | n/a | TSA FY 2018 Cash Flow as of December 8, 2017 | N/A | |
| 107 | 4/10/2018 | CW_STAY0000203-28 | TSA FY 2018 Cash Flow for the month of March and Third Quarter FY2018 | N/A | |
| 108 | 8/4/2017 | CW_STAY0000422-36 | TSA FY 2018 Cash Flow as of August 4, 2017 | N/A | |
| 109 | 8/25/2017 | CW_STAY0000467-81 | TSA FY 2018 Cash Flow as of August 25, 2017 | N/A | |
| 110 | 5/18/2018 | CW_STAY0000590-824 | TSA FY 2018 Cash Flow for the month of April FY2018 | N/A | |
| 111 | 9/30/2019 | CW_STAY0000846-92 | TSA FY 2020 Cash Flow for the month of August FY20 | N/A | |
| 112 | 12/30/2019 | CW_STAY0000934-53 | TSA FY 2020 Cash Flow for the month of November FY20 | N/A | |
| 113 | 3/6/2018 | ERS_LS0001018–33 | TSA FY 2018 Cash Flow as of Feb. 23, 2018 | N/A | |
| 114 | 12/5/2017 | ERS_LS0001469–82 | TSA FY 2018 Cash Flow as of Nov. 24, 2017 | N/A | |

| HTA Ex. No. | Date | Bates Range | Description | Confidentiality Designation | ECF No. (under seal) |
|---|---|---|---|---|---|
| 115 | 1/9/2018 | ERS_LS0001540–54 | TSA FY 2018 Cash Flow as of Dec. 29, 2017 | N/A | |
| 116 | 2/6/2018 | ERS_LS0000954–69 | TSA FY 2018 Cash Flow as of Jan. 26, 2018 | N/A | |
| 117 | 7/10/2019 | CW_STAY0000156-76 | TSA FY 2019 Cash Flow for the month of June and fourth quarter of FY19 | N/A | |
| 118 | 4/19/2020 | n/a | Letter from Elizabeth McKeen and Michael Mervis dated April 19, 2020 | N/A | |
| 119 | 3/31/2020 | n/a | Letter from Elizabeth McKeen dated March 31, 2020 | Redacted | |
| 120 | May 1987 | n/a | GASB, Concepts Statement No. 1, Objectives of Financial Reporting | N/A | |
| 121 | February 2009 | n/a | GASB, Excerpts from Statement No. 54, Fund Balance Reporting and Governmental Fund Type Definitions | N/A | |
| 122 | 2005 | n/a | GFOA, Excerpt from Governmental Accounting, Auditing, and Financial Reporting | N/A | |
| 123 | 2012 | n/a | GFOA, Excerpts from Ch. 1, 4, 42, 44 of Governmental Accounting, Auditing, and Financial Reporting | N/A | |

| HTA Ex. No. | Date | Bates Range | Description | Confidentiality Designation | ECF No. (under seal) |
|---|---|---|---|---|---|
| 124 | March 1979 | n/a | NCGA, Excerpt from Statement No. 1, Governmental Accounting and Financial Reporting Principles | N/A | |
| 125 | June 1999 | n/a | GASB, Excerpt from Statement No. 34, Basic Financial Statements - and Management's Discussion and Analysis - for State and Local Governments | N/A | |
| 126 | 4/30/2020 | n/a | Declaration of William W. Holder, with exhibits (including Exhibit A to the Declaration—the Holder Report—and Exhibits 1 and 2 and all appendices to the Holder Report) | Unsealed | 13005 |