**Movants' HTA Exhibit 7**

# Impuestos sobre Artículos de Uso y Consumo, Ley de; Enmiendas

Ley Núm. 24 de 20 de junio de 1970

**(P. de la C. 891)**

Para enmendar el renglón 21-37 del apartado (b) del Artículo 10, adicionar un inciso (4) al apartado (b) del Artículo 37, y enmendar el Artículo 83 de la Ley número 2, aprobada el 20 de enero de 1956, conocida como "Ley de Impuestos sobre Artículos de Uso y Consumo de Puerto Rico", según enmendada.

*DECRÉTASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:*

Artículo 1.—Por la presente se enmienda el renglón 21-37 del apartado (b) del Artículo 10 de la Ley número 2 aprobada el 20 de enero de 1956,{[1]}[1] según enmendada, para que se lea como sigue:

"Artículo 10.—IMPUESTOS SOBRE ARTÍCULOS

(b) Tabla de Impuestos.—Los artículos sujetos al pago de impuestos son los que a continuación se expresan:

| Artículo | Objeto Gravado | Determinación de Impuesto |
|---|---|---|
| 21 37 | Gas oil o Diesel oil | 8¢por cada galón o fracción de galón” |

Artículo 2.—Se adiciona un inciso (4) al apartado (b) del Artículo 37 de la Ley núm. 2, aprobada en 20 de enero de 1956,{[2]}[2] según enmendada, para que se lea como sigue:

Artículo 37.—Gas Oil o Diesel Oil.—

(b) Exención del Impuesto.—El impuesto sobre gas oil o diesel oil no será aplicable a:

(4) El gas oil o diesel oil utilizado por agricultores, ganaderos y avicultores exclusivamente en operaciones agrícolas. Para poder gozar de esta exención será requisito que el Departamento de Agricultura expida una certificación anual contentiva de la siguiente información: (1) que el combustible será usado por un agricultor, ganadero o avicultor bona fide para el desarrollo de sus operaciones agrícolas y (2) cantidad del combustible requerido por dicho agricultor, ganadero o avicultor para la operación de su negocio.

El Departamento de Hacienda y de Agricultura promulgarán reglamentos para poner en vigor esta exención.

El Secretario de Hacienda queda facultado para devolver cualquier impuesto que se haya pagado sobre gas oil o diesel oil suministrado para ser usado para los fines especificados anteriormente, siempre que el impuesto no haya sido traspasado total o parcialmente en el precio de venta del producto. El reintegro de impuestos autorizado por este párrafo se hará a la persona o entidad que demuestre, a satisfacción del Secretario, que ha sufrido el peso económico del impuesto, aunque sea una persona o entidad distinta a la que pago el mismo al fisco.



Artículo 3.—Se enmienda el Artículo 83 de la Ley núm. 2 aprobada el 20 de enero de 1956,{[3]}[3] según enmendada, para que se lea como sigue:

"Artículo 83.—DISPOSICIÓN DE LOS FONDOS

El producto de los impuestos recaudados a virtud de esta ley ingresará en el Fondo General del Tesoro de Puerto Rico, excepto el monto del impuesto sobre gasolina y gas oil o diesel oil prescrito en el renglón 15 y en el renglón 21, respectivamente, del apartado (b) del Artículo 10 de esta ley, cuyo monto se dispondrá de la siguiente manera: (i) Hasta el 30 de junio de 1970 seis onzavas partes del impuesto sobre la gasolina no será ingresado en el Tesoro de Puerto Rico, sino en un Depósito Especial a nombre y para beneficio de la Autoridad de Carreteras de Puerto Rico para ser usado por la Autoridad para sus fines corporativos; (ii) Efectivo el 1ro. de julio de 1970 ocho onzavas partes del impuesto sobre la gasolina será ingresado en dicho Fondo Especial; (iii) Efectivo el 1ro. de julio de 1971 el total del producto del impuesto sobre la gasolina equivalente a once centavos por galón ingresará en dicho Fondo Especial para ser usado para los mismos propósitos; (iv) Efectivo el 1ro. de julio de 1970 cuatro centavos del producto del impuesto sobre gas oil o diesel oil será ingresado en dicho Fondo Especial para ser usado también por dicha Autoridad para fines corporativos.

El Secretario transferirá de tiempo en tiempo y según lo acuerde con la Autoridad de Carreteras las cantidades ingresadas en dicho Depósito Especial deduciendo de las mismas las cantidades reembolsadas bajo las disposiciones del apartado (c) del Artículo 30 de esta ley.{[4]}[4] Dicha Autoridad queda por la presente autorizada para comprometer o pignorar el producto de la recaudación así recibida al pago del principal y los intereses de bonos u otras obligaciones de la Autoridad o para cualquier otro propósito lícito de la Autoridad, tal compromiso o pignoración quedando sujeto a la disposición de la sección 8 del Articulo VI de la Constitución de Puerto Rico;{[5]}[5] disponiéndose, sin embargo, que el producto de dicha recaudación se usará solamente para el pago de intereses y amortización de la deuda pública, según se provee en dicha sección 8, hasta tanto los otros recursos disponibles referidos en dicha sección sean insuficientes para tales fines, de lo contrario, el producto de dicha recaudación en la cantidad que sea necesaria, se usará solamente para el pago del principal y los intereses de bonos, y otras obligaciones de la Autoridad y para cumplir con cualesquiera estipulaciones convenidas por la Autoridad con los tenedores de dichos bonos u otras obligaciones.

El Estado Libre Asociado de Puerto Rico por la presente acuerda y se compromete con cualquier persona, firma o corporación, o con cualquier agencia de los Estados Unidos de América o de cualquier Estado o del Estado Libre Asociado de Puerto Rico, que suscriban o adquieran bonos de la Autoridad de Carreteras de Puerto Rico para el pago de los cuales el producto del impuesto sobre gasolina se pignore, según autorizado por esta sección, a no reducir el impuesto sobre gasolina, o sobre el gas diesel oil prescrito por los renglones 15 y 21, respectivamente, del apartado (b) del Artículo 10 de esta ley a una cantidad inferior a once (11) centavos por galón de gasolina o de cuatro (4) centavos por galón de gas oil o diesel oil, respectivamente, o eliminar o reducir a una cantidad inferior a once (11) centavos el galón de gasolina o de cuatro (4) centavos el galón de gas oil o diesel oil, el monto del producto de tal impuesto a ser ingresado en un depósito especial a nombre y para beneficio de la Autoridad de Carreteras de Puerto Rico, según se dispone en esta sección, hasta tanto dichos bonos emitidos en cualquier momento, incluyendo sus intereses, hayan sido totalmente pagados.



En caso de que el monto del producto del impuesto sobre gasolina y del gas oil o diesel oil hasta el presente asignado o que en el futuro se le asigne a dicha Autoridad, de acuerdo con esta ley, resulte ser en cualquier momento insuficiente para pagar el principal y los intereses de los bonos u otras obligaciones sobre dinero tomado a préstamo emitidas por dicha Autoridad para pagar el costo de facilidades de tránsito y para el pago de las cuales el producto de dicho impuesto sobre gasolina y del gas oil o diesel oil haya sido pignorado, y los fondos de la reserva de la Autoridad para el pago de los requerimientos de la deuda se apliquen para cubrir la deficiencia en las cantidades que sean necesarias para hacer tales pagos, las cantidades usadas de tal fondo de reserva para cubrir dicha deficiencia serán reembolsadas a la Autoridad del primer producto recibido en el próximo año fiscal o años fiscales subsiguientes por el Estado Libre Asociado de Puerto Rico provenientes de (i) cualesquiera otros impuestos que estén entonces en vigor sobre cualquier otro combustible o medio de propulsión que se usen, entre otros propósitos, para impulsar vehículos de carreteras y (ii) cualquier parte remanente del impuesto sobre gasolina y gas oil y diesel oil que este entonces en vigor.

El producto de dichos otros impuestos y la parte remanente del impuesto sobre gasolina y gas oil y diesel oil que han de ser usados bajo las disposiciones de esta sección para reembolsar los fondos de la reserva para los requerimientos de la deuda, no se ingresarán en el Fondo General del Tesoro cuando se cobren, sino que serán ingresados en el Depósito Especial arriba mencionado para beneficio de la Autoridad de Carreteras de Puerto Rico, y, sujeto a las disposiciones de la Sección 8 del Artículo VI de la Constitución del Estado Libre Asociado de Puerto Rico, serán usados para reembolsar dicho fondo de reserva para el pago de los requerimientos de la deuda.

Los impuestos sobre espectáculos públicos cobrados en el estadio municipal de la capital y en los parques atléticos de Ponce, Mayagüez, Caguas, Arecibo y San Juan durante un período de ocho años, contado a partir de la fecha en que se inaugure el estadio municipal de la capital, ingresarán en una cuenta especial y se transferirán al municipio de San Juan por el Secretario de Hacienda en la forma y tiempo que esta determine. Al finalizar este período de ocho años únicamente los impuestos sobre espectáculos públicos cobrados en el estadio municipal de la Capital ingresarán en dicha cuenta especial y se transferirán al municipio de San Juan en la cantidad y durante el tiempo que el Secretario de Hacienda estime necesario, considerando los ingresos y gastos resultantes de la operación y construcción del parque y de sus facilidades. En caso de que cualquiera de los municipios de Ponce, Mayagüez, Caguas y/o Arecibo incurra en deuda con el propósito de sufragar mejoras o ampliaciones en su respectivo parque atlético, los impuestos sobre espectáculos públicos recaudados en dicho parque atlético a virtud de este Subtítulo dejarán de ingresarse en la cuenta especial de la cual se transferirán al municipio de San Juan según lo dispuesto anteriormente y se ingresarán en una cuenta especial y se transferirán al municipio que correspondiere hasta el pago total de la deuda en que se incurra. Esta disposición comenzará a regir a partir de la fecha en que inicien las obras de mejora o ampliación. El Administrador de Parques y Recreo Públicos supervisará y aprobará las obras y notificará al Secretario de Hacienda la fecha de su iniciación. A los fines de este párrafo, se entenderán iniciadas las obras de mejoras o ampliación una vez la Asamblea Municipal del municipio en cuestión autorice un empréstito para el financiamiento de dichas obras. Tales fondos serán revertidos al Fondo General del Tesoro de Puerto Rico, si las mejoras o ampliaciones no se inician físicamente dentro de un período de dos (2) años desde la fecha de autorización del empréstito.



El producto del impuesto sobre la ocupación de habitaciones de hoteles, hoteles de apartamentos y casas de hospedaje ingresará en el "Fondo Especial para la Amortización y Redención de Obligaciones Generales Evidenciadas por Bonos y Pagarés" creado por la Ley 269 de 11 de mayo de 1949,{[6]}[6] hasta aquella cantidad que anualmente el Secretario de Hacienda determine es suficiente y adecuada para atender el pago de principal e intereses de los bonos u otras obligaciones emitidos por el Estado Libre Asociado de Puerto Rico para beneficio de la Compañía de Fomento Recreativo de Puerto Rico. Al determinar esta cantidad, el Secretario de Hacienda incluirá una cantidad razonable en concepto de reserva. Una vez ingresada la cantidad antes mencionada de ahí en adelante el producto de este impuesto ingresará durante el año de que se trate, al "Fondo para el Fomento Recreativo de Puerto Rico" que por la presente se crea. Por lo menos una vez al año los dineros en dicho fondo serán transferidos a la Compañía de Fomento Recreativo para ser usados por ésta en el desarrollo de sus propósitos.

Artículo 3.—Esta ley tendrá vigencia inmediata.

Aprobada en 20 de junio de 1970.

---

Nota al Calce

[1]{[1]} 13 L.P.R.A. sec. 4010 (b).

[2]{[2]} 13 L.P.R.A. sec. 4037 (b) (4).

[3]{[3]} 13 L.P.R.A. sec. 4083.

[4]{[4]} 13L.P.R.A. sec. 4030(c).

[5]{[5]} L.P.R.A., tomo 1.

[6]{[6]}13 L.P.R.A. secs. 402 a 404.



HEINONLINE

DATE DOWNLOADED: Sat Apr 4 18:14:13 2020
SOURCE: Content Downloaded from HeinOnline

Citations:

Bluebook 20th ed.
1970 379 .

ALWD 6th ed.
1970 379 .

Chicago 7th ed.
"," Puerto Rico - 6th Legislature of the Commonwealth, 2nd Regular Session; 1st & 2nd Special Sessions - Acts & Resolutions : 379-504

OSCOLA 4th ed.
'' 1970 379

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and Conditions of the license agreement available at https://heinonline.org/HOL/License
-- The search text of this PDF is generated from uncorrected OCR text.

e:17-03283-LTS Doc#:13314-5 Filed:06/01/20 Entered:06/01/20 22:56:50 D
Exhibit 7 Page 7 of 12

Section 7.—

This act shall take effect in the following manner: the provision of section 2, with regard to the salaries of the President of the Senate and the Speaker of the House of Representatives, shall become effective January 2, 1965.

Section 8.—

The annual salaries provided for the Governor of Puerto Rico and for the Controller shall not be effective during the term for which the persons who on the date of approval of this act are discharging as such said offices to which they were elected or appointed. The remaining provisions shall take effect July 1, 1970.

*Approved June 20, 1970.*

---

## Excise Tax—Gas Oil or Diesel Oil

(H.B. 891)
(Conference)

[No. 24]

[*Approved June 20, 1970*]

AN ACT

To amend item 21-37 of subsection (b) of section 10, to add paragraph (4) to subsection (b) of section 37, and to amend section 83 of Act No. 2, approved January 20, 1956, known as the "Excise Act of Puerto Rico", as amended.

*Be it enacted by the Legislature of Puerto Rico:*

Section 1.—Item 21-37 of subsection (b) of section 10 of Act No. 2, approved January 20, 1956, as amended,[58] is hereby amended to read as follows:

"Section 10.—TAXES ON ARTICLES

(b) *Tax Table.*—The table of taxes on articles and merchandise is as follows:

| *Section* | *Article Taxed* | *Determination of Tax* |
|---|---|---|
| 21 37 | Gas oil or Diesel oil | 8 cents per gallon or fraction thereof" |

[58] 13 L.P.R.A. § 4010(b).

e:17-03283-LTS Doc#:13314-5 Filed:06/01/20 Entered:06/01/20 22:56:50 D
Exhibit 7 Page 8 of 12

Section 2.—Paragraph (4) is hereby added to subsection (b) of section 37 of Act No. 2, approved January 20, 1956,[59] as amended, so that it reads as follows:

Section 37.—Gas Oil or Diesel Oil.—

(b) *Tax Exemption.*—The tax on gas oil or diesel oil shall not apply to:

(4) Gas oil or diesel oil used by farmers, cattlemen and poultrymen exclusively in agricultural operations. In order to enjoy this exemption it shall be a requisite that the Department of Agriculture issues an annual certificate containing the following information: (1) that the fuel shall be used by a bona fide farmer, cattleman or poultryman for the development of his agricultural operations and (2) the quantity of fuel required by said farmer, cattleman or poultryman for the operation of his business.

The Department of the Treasury and of Agriculture shall promulgate rules and regulations to enforce this exemption.

The Secretary of the Treasury is hereby empowered to refund any tax paid on gas oil or diesel oil supplied to be used for the above specified purposes, provided the tax has not been totally or partially passed on in the selling price of the product. The tax refund authorized by this subsection shall be made to the person or entity that shows, to the satisfaction of the Secretary, that he or it has borne the financial burden of the tax, even though such person or entity be other than the one that paid the tax into the treasury.

Section 3.—Section 83 of Act No. 2, approved January 20, 1956,[60] as amended, is hereby amended to read as follows:

"Section 83.—DISPOSAL OF FUNDS

The proceeds of the taxes collected under this act shall be covered into the General Fund of the Treasury of Puerto Rico, except the amount of the tax on gasoline and gas oil or diesel oil prescribed in item 15 and in item 21, respectively, of subsection (b) of section 10 of this act, which amount shall be disposed of in the following manner: (i) Up to June 30, 1970, six-elevenths of the

---

59 13 L.P.R.A. § 4037(b)(4).

60 13 L.P.R.A. § 4083.

tax on gasoline shall not be covered into the Treasury of Puerto Rico, but deposited in a Special Fund in the name and for the benefit of the Puerto Rico Highways Authority to be used by the Authority for its corporate purposes; (ii) Effective July 1, 1970, eight-elevenths of the tax on gasoline shall be covered into said Special Fund; (iii) Effective July 1, 1971, the total of the proceeds of the tax on gasoline equivalent to eleven cents per gallon shall be covered into said Special Fund to be used for the same purposes; (iv) Effective July 1, 1970, four cents of the proceeds of the tax on gas oil or diesel oil shall be covered into said Special Fund to be used also by said Authority for corporate purposes.

The Secretary shall transfer from time to time and as agreed upon with the Highways Authority, the amounts covered into said Special Fund after deducting therefrom the amounts reimbursed under the provisions of subsection (c) of section 30 of this act.[61] Said Authority is hereby authorized to pledge the proceeds of the tax collections thus received to the payment of the principal of and the interest on bonds or other obligations of the Authority or for any other lawful purpose of the Authority, such pledge to be subject to the provisions of section 8 of Article VI of the Constitution of Puerto Rico;[62] Provided, however, That the proceeds of said tax collections shall be used only for the payment of interest and amortization of the public debt, as provided in said section 8, to the extent that the other available revenues referred to in said section are insufficient for such purpose; otherwise the proceeds of said tax collections, in the necessary amount, shall be used only for the payment of the principal of and the interest on the bonds and other obligations of the Authority and to comply with any other covenants made by the Authority with the holders of said bonds or other obligations.

The Commonwealth of Puerto Rico does hereby pledge to and agree with, any person, firm or corporation, or any agency of the United States of America, or of any State, or of the Commonwealth of Puerto Rico; subscribing to or acquiring bonds of the Puerto Rico Highways Authority, for which such proceeds of the tax on gasoline are pledged, as authorized by this section, that it will not reduce the tax on gasoline or on gas [oil or] diesel oil prescribed by items 15 and 21, respectively, of subsection (b) of section 10 of this act, below eleven (11) cents a gallon of gasoline or of four (4) cents

[61] 13 L.P.R.A. § 4030(c).
[62] L.P.R.A., Vol. 1.

e:17-03283-LTS Doc#:13314-5 Filed:06/01/20 Entered:06/01/20 22:56:50 D
Exhibit 7 Page 10 of 12

a gallon of gas oil or diesel oil, respectively or to eliminate or reduce below eleven (11) cents a gallon of gasoline or of four (4) cents a gallon of gas oil or diesel oil, the amount of the proceeds of such tax to be covered into a special fund in the name and for the benefit of the Puerto Rico Highways Authority, as provided in this section, until all such bonds at any time issued, together with the interest thereon, are fully paid.

In the event the amount of the proceeds of the tax on gasoline and gas oil or diesel oil heretofore or hereafter allocated to said Authority in accordance with this act, should at any time be insufficient to pay the principal of and interest on bonds or other obligations for borrowed money issued by said Authority to pay the cost of traffic facilities and for the payment of which said gasoline and gas oil or diesel oil tax proceeds have been pledged, and debt service reserve funds of the Authority are applied to making up the deficiency in the amounts needed for such payments, the amounts of such debt service reserve funds so applied to making up such deficiency shall be reimbursed to the Authority from the first proceeds received in the next fiscal year or subsequent years of the Commonwealth of Puerto Rico derived from (i) any other taxes which may then be in effect on any other fuels or propellants which are used, among other purposes, to propel highway vehicles and (ii) any remaining portion of the tax on gasoline and gas oil and diesel oil then in effect.

The proceeds of such other taxes and such remaining portion of the tax on gasoline and gas oil and diesel oil which are to be applied hereunder to the reimbursement of such debt service reserve funds shall, when collected, not be covered into the General Fund of the Treasury, but shall be deposited in the Special Fund above mentioned for the benefit of the Puerto Rico Highways Authority, and, subject to the provisions of section 8 of Article VI of the Constitution of the Commonwealth of Puerto Rico, applied to the reimbursements of such debt service reserve funds.

The taxes on public shows collected in the Municipal Stadium of the Capital and the athletic parks of Ponce, Mayagüez, Caguas, Arecibo and San Juan during a period of eight years, reckoning from the date of inauguration of the Municipal Stadium of the Capital, shall be covered into a special account and shall be transferred to the municipality of San Juan by the Secretary of the Treasury in the manner and at the time he may determine. At the end of this eight-year period, only the taxes on public shows

collected in the Municipal Stadium of the Capital shall be covered into said special account and shall be transferred to the municipality of San Juan in the amount and during the time the Secretary of the Treasury may deem it necessary, taking into consideration the revenues and expenses resulting from the operation and construction of the park and its facilities. In case that any of the municipalities of Ponce, Mayagüez, Caguas and/or Arecibo incur in debts with the purpose of defraying improvements or extensions in their respective athletic parks, the taxes on public shows collected in said athletic park by virtue of this subtitle shall not be covered into the special account from which they shall be transferred to the municipality of San Juan, as above provided, and shall be covered into a special account and transferred to the municipality to which they may correspond until the total payment of the debt. This provision shall take effect on and after the date on which said improvement or extension works shall begin. The Public Recreation and Parks Administrator shall supervise and approve the works and shall notify to the Secretary of the Treasury of the date on which such works are started. For the purpose of this paragraph, there shall be construed as having been begun, the improvement or extension works, once the Municipal Assembly involved authorizes a loan for financing the said works. Such funds shall be covered into the General Fund of the Treasury of Puerto Rico, if the improvements or extensions do not begin physically within a period of two (2) years from the date of the authorization of the loan.

The proceeds of the tax on the occupancy rental of hotel rooms, apartment hotels and guesthouses shall be covered into the 'Special Fund for the Amortization and Redemption of General Obligations Evidenced by Bonds and Promissory Notes', created by Act No. 269 of May 11, 1949,[63] up to that amount which the Secretary of the Treasury may annually determine as sufficient and adequate to cover the payment of principal of and interest on the bonds and other obligations issued by the Commonwealth of Puerto Rico for the benefit of the Puerto Rico Recreational Development Company. In determining this amount, the Secretary of the Treasury shall include a reasonable amount as reserve. Once the aforesaid amount has been thus covered, then the proceeds of this tax shall thereafter be covered during the year involved into the 'Puerto Rico

[63] 13 L.P.R.A. §§ 402–404.

e:17-03283-LTS Doc#:13314-5 Filed:06/01/20 Entered:06/01/20 22:56:50 D
Exhibit 7 Page 12 of 12

Recreational Development Fund' hereby created. At least once a year the moneys in said Fund shall be transferred to the Recreational Development Company to be used by it for the carrying out of its purposes."

Section 3.—This act shall take effect immediately.

*Approved June 20, 1970.*

---

## Housing—The Urban Renewal and Housing Corporation of Puerto Rico; Transfers

(Substitute for
H.B. 892)

[No. 25]

[*Approved June 20, 1970*]

AN ACT

To add subsection (f) to section 2 of Act No. 88 of June 22, 1957, as amended, which creates "The Urban Renewal and Housing Administration and an Urban Renewal and Housing Corporation for Puerto Rico".

STATEMENT OF MOTIVES

It is of interest to the People of Puerto Rico to construct the largest number of decent, safe and hygienic dwellings for the greatest number of our low-income citizens who at present are compelled to live in an unhealthy and crowded environment which makes their daily living more difficult. The Government of Puerto Rico is tackling said shortage of dwellings through the use of its own economic resources, as well as of funds provided by the National Housing Act. However, the Government of Puerto Rico deems it its duty to exhaust every possibility to obtain all the funds available to construct more dwellings for our low-income families. At present, the National Housing Act provides funds to be used as a subsidy to owners of dwellings who offer them for lease to low- or moderate-income families. Some of said legislation offers benefits, among others, to nonprofit associations of a private nature. In order to take advantage of all funds available for the construction of dwellings, it is deemed to be beneficial to authorize the