**Movants' HTA Exhibit 115**



**Puerto Rico Department of Treasury**

*Treasury Single Account ("TSA") FY 2018 Cash Flow*

*As of December 29, 2017*

ERS_LS0001540

*Disclaimer*

- *The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), the Government of Puerto Rico (the "Government"), and each of their respective officers, directors, employees, agents, attorneys, advisors, members, partners or affiliates (collectively, with AAFAF and the Government the "Parties") make no representation or warranty, express or implied, to any third party with respect to the information contained herein and all Parties expressly disclaim any such representations or warranties.*

- *The Parties do not owe or accept any duty or responsibility to any reader or recipient of this presentation, whether in contract or tort, and shall not be liable for or in respect of any loss, damage (including without limitation consequential damages or lost profits) or expense of whatsoever nature of such third party that may be caused by, or alleged to be caused by, the use of this presentation or that is otherwise consequent upon the gaining of access to this document by such third party.*

- *This document does not constitute an audit conducted in accordance with generally accepted auditing standards, an examination of internal controls or other attestation or review services in accordance with standards established by the American Institute of Certified Public Accountants or any other organization. Nor does this document constitute an audit of compliance with any other federal law, rule, or regulation. Accordingly, the Parties do not express an opinion or any other form of assurance on the financial statements or any financial or other information or the internal controls of the Government and the information contained herein.*

- *Any statements and assumptions contained in this document, whether forward-looking or historical, are not guarantees of future performance and involve certain risks, uncertainties, estimates and other assumptions made in this document. The economic and financial condition of the Government and its instrumentalities is affected by various financial, social, economic, environmental and political factors. These factors can be very complex, may vary from one fiscal year to the next and are frequently the result of actions taken or not taken, not only by the Government and its agencies and instrumentalities, but also by entities such as the government of the United States. Because of the uncertainty and unpredictability of these factors, their impact cannot be included in the assumptions contained in this document. Future events and actual results may differ materially from any estimates, projections, or statements contained herein. Nothing in this document should be considered as an express or implied commitment to do or take, or to refrain from taking, any action by AAFAF, the Government, or any government instrumentality in the Government or an admission of any fact or future event. Nothing in this document shall be considered a solicitation, recommendation or advice to any person to participate, pursue or support a particular course of action or transaction, to purchase or sell any security, or to make any investment decision.*

- *By receiving this document, the recipient shall be deemed to have acknowledged and agreed to the terms of these limitations.*

- *This document may contain capitalized terms that are not defined herein, or may contain terms that are discussed in other documents or that are commonly understood. You should make no assumptions about the meaning of capitalized terms that are not defined, and you should consult with advisors of AAFAF should clarification be required.*

- *The report dated December 18, 2017, "Summary of Bank account Balances for Puerto Rico Governmental Instrumentalities As of November 30 2017," (the "Bank Account Balance Report") disclosed the balance of Other Puerto Rico Treasury Custody Accounts of $491 million as of November 30, 2017. As set forth in the Bank Account Balance Report, those funds consist mainly of pension-related funds, including employee contributions, and lottery-related funds. As further set forth in the Bank Account Balance Report, a process will be undertaken to evaluate the accounts, including evaluating the cash inflows and outflows and reviewing legal restrictions relative to funds deposited into the bank accounts.*

ERS_LS0001541

*Glossary*

| Term | Definition |
|---|---|
| AACA | Automobile Accident Compensation Administration, or Administración de Compensaciones por Accidentes de Automoviles, is a component unit of the Commonwealth of Puerto Rico. |
| Act 154 | Act 154 means Act No. 154-2010, which, inter alia, imposes a temporary excise tax on the acquisition by multinationals of certain property manufactured or produced in whole or in part in Puerto Rico and on the acquisition of certain manufacturing services carried out in Puerto Rico. The Act 154 temporary excise tax expires on December 31, 2027. |
| AFI/RBC | Infrastructure Financing Authority. |
| Agency Collections | Collections made by central government agencies at collection posts for services rendered by the agencies as well as fees, licenses, permits, fines and others. |
| Approved FY 2018 Budget | Consolidated Budget for Fiscal Year 2018 approved by the Puerto Rico Legislative Assembly on July 13, 2017. |
| ASC | Compulsory Liability Insurance, private insurance company. |
| ASSMCA | Administración de Servicios de Salud Mental y Contra la Adicción, or Mental Health and Addiction Services Administration, is an agency of the Commonwealth of Puerto Rico. |
| Bank Checks Paid | A report provided by the bank that is utilized to determine vendor payments. |
| BPPR | Banco Popular of Puerto Rico. |
| Budget Reserves | Non-cash reserves for budgeting purposes. Consist of a Liquidity Reserve ($190M), OMB Reserve ($446M), Budgetary Reserve ($85M), Other Income Reserve ($84M), and Emergency Fund ($30M). |
| Checks in Vault | Refers to checks issued but physically kept in vault. |
| Clawback Funds | Pursuant to Executive Order No. 46, certain available resources of the Commonwealth assigned to PRHTA, PRIFA, PRCCDA and PRMBA to pay debt service on their obligations were, and continue to be, retained by the Commonwealth pursuant to Article VI, Section 8 of the Constitution of the Commonwealth. |
| Collections | Collections made by the Department of the Treasury (Treasury) at collection posts and/or the Treasury revenue collection systems, such as income taxes, excise taxes, fines and others. |
| DTPR | Department of the Treasury of Puerto Rico. |
| EQB | Environmental Quality Board, or Junta Calidad Ambiental, is an agency of the Commonwealth of Puerto Rico. |
| ERS | Employees Retirement System means the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, a statutory trust created by Act No. 447 of May 15, 1951, as amended, to provide pension and other benefits to retired employees of the Commonwealth, its public corporations and municipalities. ERS is a fiduciary fund of the Commonwealth of Puerto Rico for purposes of the Commonwealth's financial statements. |
| General Fund | General Fund (Operating Fund) means the Commonwealth principal operating fund; disbursements from such fund are generally approved through the Commonwealth's annual budgeting process. |
| DTPR Collection System | This is the software system that DTPR uses for collections. |
| HTA | Puerto Rico Highways and Transportation Authority, a public corporation and a component unit of the Commonwealth of Puerto Rico. |
| JRS | Judiciary Retirement System means the Retirement System for the Judiciary of the Commonwealth of Puerto Rico, a statutory trust created to provide pension and other benefits to retired judges of the Judiciary Branch of the Commonwealth. JRS is a fiduciary fund of the Commonwealth of Puerto Rico for purposes of the Commonwealth's financial statements. |
| Net Payroll | Net payroll is equal to gross payroll less tax withholdings and other deductions. |
| Nutrition Assistance Program | NAP, or the Nutrition Assistance Program, also known as PAN, or Programa de Asistencia Nutricional is a federal assistance nutritional program provided by the United States Department of Agriculture (USDA) solely to Puerto Rico. |
| PR Solid Waste | Puerto Rico Solid Waste Authority. |
| PRHA | Puerto Rico Housing Authority. |
| PRIFAS | Puerto Rico Integrated Financial Accounting System. |
| Reconciliation Adjustment | Reserve account in DTPR cash flow, related to E&Y's Expense Reconciliation Adjustment as per the Fiscal Plan certified on March 13, 2017. |
| Retained Revenues | Revenues conditionally assigned to certain public corporations and the collections of those revenues are through accounts referred to as "pass through" accounts. The largest of these pass-through accounts consist of (i) AACA auto insurance, (ii) AFI/RBC petroleum tax, (iii) ASC personal injury insurance, (iv) HTA toll revenues. |
| RHUM System | This is the software system that DTPR uses for payroll. |
| SIFC | State Insurance Fund Corporation. |
| Special Revenue Funds | Commonwealth governmental funds separate from the General Fund that are created by law, are not subject to annual appropriation and have specific uses established by their respective enabling legislation. Special Revenue Funds are funded from, among other things, revenues from federal programs, tax revenues assigned by law to public corporations and other third parties, fees and charges for services by agencies, dividends from public corporations and financing proceeds. |
| SSA | Social Security Administration. |
| TRS | Teachers Retirement System means the Puerto Rico System of Annuities and Pensions for Teachers, a statutory trust created to provide pension and other benefits to retired teachers of the Puerto Rico Department of Education and to the employees of the Teachers Retirement System. TRS is a fiduciary fund of the Commonwealth of Puerto Rico for purposes of the Commonwealth's financial statements. |
| TSA | TSA means Treasury Single Account, the Commonwealth's main operational bank account (concentration account) in which a majority of receipts from Governmental funds are deposited and from which most expenses are disbursed. TSA receipts include tax collections, charges for services, intergovernmental collections, the proceeds of short and long-term debt issuances and amounts held in custody by the Secretary of the Treasury for the benefit of the Commonwealth's fiduciary funds. Only a portion of the revenues received by the TSA is included in the annual General Fund budget presented to the Puerto Rico Legislative Assembly for approval. Other revenues are separately assigned by law to certain agencies or public corporations but still flow through the TSA. |
| Unrecorded Invoices | Invoices that have been physically captured but are currently being manually entered into an Excel ledger DTPR. These invoices have not been captured in the accounting system. |

ERS_LS0001542

*Introduction*

- Enclosed is the weekly Treasury Single Account ("TSA") cash flow report, supporting schedules and budget to actual variance analysis.

- TSA is the Commonwealth's main operational bank account (concentration account) in which a majority of receipts from Governmental funds are deposited and from which most expenses are disbursed.

- Beginning April 2016, TSA receipts are deposited in a commercial bank account rather than the Government Development Bank for Puerto Rico ("GDB").

- Receipts in the TSA include tax collections (including revenues assigned to certain public corporations and pledged for the payment of their debt service), charges for services, intergovernmental collections (such as reimbursements from Federal assistance grants), the proceeds of short and long-term debt issuances held in custody by the Secretary of Treasury for the benefit of the Government fiduciary funds, and other receipts. Only a portion of the revenues received by the TSA is included in the annual General Fund budget presented to the Puerto Rico Legislative Assembly for approval. Other revenues are separately assigned by law to certain agencies or public corporations but still flow through the TSA.

- Disbursements from the TSA include payroll and related costs, vendor and operational disbursements (including those reimbursed by Federal assistance grants and funded from Special Revenue Funds), welfare expenditures, capital outlays, debt service payments, required budgetary formulas and appropriation payments, pass-through payments of pledged revenues to certain public corporations, tax refunds, payments of current pension benefits and other disbursements.

- Federal funds related to disaster relief for hurricanes Irma and Maria are deposited in a separate bank account overseen by the Government Authorized Representative ("GAR"), and transferred to the TSA only after admissable disbursements (per approved Project Worksheets) have been made. These inflows to the TSA will be captured on the Federal Funds Receipts (Schedule C); outflows will be captured on the Vendor Payments (Schedule E).

- Data for TSA inflows/outflows is reported from various systems within the Department of Treasury of Puerto Rico ("DTPR"):
    Cash Flow Actual Results - Source for the actual results is the TSA Cash Flow.
    Schedule A - Collections - Source for collections information is the DTPR collections system.
    Schedule B - Agency Collections - Source for the agency collections is DTPR.
    Schedule C - Federal Fund Receipts - Source for the federal funds receipts is DTPR.
    Schedule D - Net Payroll - Source for net payroll information is the DTPR Rhum Payroll system.
    Schedule E - Vendor Payments - The source for vendor payments is the Bank checks paid report and a report from the DTPR PRIFAS system.
    Schedule F - Other Legislative Appropriations - Source for the other legislative appropriations is DTPR.
    Schedule G - Central Government - Partial Inventory of Known Short Term Obligations - Sources are DTPR.

- Data limitations and commentary:
    The government has focused on the seven schedules above for which access to reliable, timely, and detailed data is available to support these items. The government continues to work with DTPR and other parties to access additional reliable data that would help us provide detail in the future for other line items in the Cash Flow.

4

*FY 2018 TSA Forecast Key Assumptions*

- The FY 2018 Treasury Single Account cash flow forecast Liquidity Plan was prepared at the beginning of the fiscal year based on the approved FY 2018 Budget, was projected monthly through June 2018, and is used as the benchmark against which weekly results are measured. As a result of material economic and operational changes stemming from Hurricanes Irma and Maria, DTPR is in the process of developing a reforecast of TSA cash flows to year-end. Until then, the original TSA forecast will continue to serve as the measure for weekly cash flow variances.

- Forecast collections and disbursements through the General Fund and Federal Fund are consistent with the approved FY 2018 Budget, with the exception of payroll outlays which were forecast based on run-rate cash disbursement trends, and budget reserves which are non-cash and do not impact the TSA direct cash flows.

- TSA General Fund inflows are "gross" (i.e. include accrued Tax Refunds in 2018) and therefore higher than presented in the approved FY 2018 Budget, which considers General Fund revenues net of current year tax refunds. Repayment of deferred tax refunds (from CY 2016 and prior) total $292mm; reserve for current year tax refunds (excluding garnishments) total $456mm.

- Payroll outlays are based on FY 2017 run-rate disbursements, less savings measures, representing a $298mm adjustment to the approved FY 2018 Budget for the full fiscal year. Payroll is presented inclusive of segregated employee contributions ($349M for the year). Payroll is disbursed through the TSA on a bi-weekly basis, approximately on the 15th and 30th of each month.

- Pensions reflect the implementation of the pay-as-you-go model in FY 2018. Retirement system inflows represent deposits from municipalities and corporations net of administrative expenses. Figures also include ERS / TRS / JRS asset sales ($390M), occurring in July 2017.

- Assumes collections and outlays of Federal Funds are equal in FY 2018 (zero net cash impact), excluding potential timing impact.

- Clawback funds set aside prior to June 2016 (approx. $146mm held at BPPR accounts and $144mm held at GDB) are considered restricted cash and therefore excluded from the projected cash balance.

- Assumes $592mm of Reconciliation Adjustment as per the approved FY 2018 Budget and March 13 certified Fiscal Plan, which is projected separately from supplier payments and distributed evenly over 12 months. No further provision has been made for potential contingent liabilities against the government.

- The forecast assumes that beginning November 2017, COFINA SUT collections flow to the General Fund and are available to the TSA for operational purposes, totaling approx. $316mm in incremental collections in the forecast. To date these funds have flowed, and may continue to flow, to the COFINA bank account (BNY Mellon), which will create a weekly variance from November through January.

5

**Puerto Rico Department of Treasury | AAFAF**

*Executive Summary - TSA Cash Flow Actual Results for the Week Ended December 29, 2017*

| Key Figures as of 12/29/2017 | | | | |
|---|---|---|---|---|
| $1.69bn | ($108M) | ($62M) | ($104M) | ($155M) |
| Bank Cash Position | Weekly Cash Flow | Weekly Variance | YTD Net Cash Flow | YTD Net Cash Flow Variance |

**Notable variances for the week ended December 29, 2017:**

| | | |
|---|---|---|
| -$55M | Inflow - Sales & Use Tax | Mainly due to the forecast's assumption that beginning November 2017, COFINA SUT collections flow to the General Fund and are available to the TSA, which to date, has not occurred (Permanent). |
| -$41M | Inflow - Electronic Lottery | Original forecast assumed collection of Q2 Lottery monies on 12/29; now projected to be received in January 2018 (Temporary). |
| -$11M | Outflow - Police Payroll | Mainly due to the disbursement of overtime pay to the Puerto Rico Police Department (Permanent). |
| +$47M | Outflow - ASES Appropriation | Weekly variance is timing related, as the total weekly outflows to ASES correspond with federal funds received by the Department of Health (Temporary). |

**Notable YTD variances as of December 29, 2017:**

| | | |
|---|---|---|
| -$490M | Inflow - Federal Fund Receipts | YTD variances in federal fund receipts are partially offset by variances in vendor disbursements, federal appropriations to ASES, and disbursements for Nutritional Assistance (Temporary). |
| -$282M | Inflow - Sales & Use Tax | Mainly due to the forecast's assumption that beginning November 2017, COFINA SUT collections flow to the General Fund and are available to the TSA, which to date, has not occurred (Permanent). This is expected to result in -$316M of permanent variance by the end of FY2018. |
| -$214M | Inflow - General Collections | Principally due to the negative impacts caused by Hurricane María (Temporary & Permanent). |
| +$62M | Outflow - Tax Refunds | Mainly due to $27M in Senior Citizen tax refunds, originally forecast to be refunded in November and December, now projected to be refunded in February and March 2018 (Temporary). |
| +$296M | Outflow - Reconciliation Adj. | Utilization of the Reconciliation Adjustment deferred to later this fiscal year (Temporary). |
| +$444M | Outflow - Vendor Disbursements | Prior to Hurricane María (as of 9/15), there was a positive YTD variance in vendor disbursements of +$92M due to a slower-than-forecast cadence for invoice processing. Additionally, invoice entry has been hindered due to technical issues stemming from Hurricane María. YTD variance expected to reverse throughout the course of the year as technical issues are resolved (Temporary). |

**Key Cash Flow Risks to forecast through June 30, 2018:**

| | |
|---|---|
| Sales & Use Tax | Due to aforementioned forecast assumption that beginning November 2017, COFINA SUT collections flow to the General Fund and are available to the TSA, which to date, has not occurred, and may not occur, total incremental loss may be -$316M. Though this amount of SUT will be collected, it will be not available to the TSA for operational purposes. Lower SUT collections due to the impact of the Hurricanes on collections may approximate -$365M by fiscal year-end, for a total variance of -$682M compared to the Liquidity Plan forecast. |

**Key Cash Flow Opportunities to forecast through June 30, 2018:**

| | |
|---|---|
| Petroleum & Gas Taxes | Strong Petroleum & Gas tax collections could continue throughout Q3 and Q4, providing additional positive variance in collections. Since Hurricane María, +$80M variance in this revenue stream has provided support for other revenues that were negatively affected due to the Hurricanes. |

6

**Puerto Rico Department of Treasury | AAFAF**
*TSA Cash Flow Actual Results for the Week Ended December 29, 2017*

As of December 29, 2017

| | (figures in $000s) | Schedule | Prior Variance YTD 12/22 | Actual 12/29 | Forecast 12/29 | Variance 12/29 | Actual YTD 12/29 | Forecast YTD 12/29 | Variance YTD 12/29 |
|---|---|---|---|---|---|---|---|---|---|
| | **General & Special Revenue Fund Inflows** | | | | | | | | |
| 1 | Collections (a) | A | ($206,333) | $82,923 | $90,315 | ($7,392) | $3,386,097 | $3,599,822 | ($213,725) |
| 2 | Agency Collections | B | (73,950) | 9,382 | 10,341 | (959) | 202,764 | 277,672 | (74,909) |
| 3 | Sales and Use Tax | | (227,166) | 25,684 | 80,442 | (54,758) | 482,143 | 764,067 | (281,924) |
| 4 | Excise Tax through Banco Popular | | (3,836) | — | — | — | 247,531 | 251,367 | (3,836) |
| 5 | Rum Tax | | 65,929 | — | 21,500 | (21,500) | 151,929 | 107,500 | 44,429 |
| 6 | Electronic Lottery | | (9,782) | — | 40,669 | (40,669) | 30,887 | 81,337 | (50,451) |
| 7 | Subtotal - General & Special Revenue Fund Inflows | | ($455,139) | $117,990 | $243,267 | ($125,277) | $4,501,349 | $5,081,765 | ($580,416) |
| | **Retirement System Inflows** | | | | | | | | |
| 8 | Contributions From Pension Systems (b) | | (177,114) | — | 16,101 | (16,101) | — | 193,216 | (193,216) |
| 9 | Pension System Asset Sales | | — | — | — | — | 390,480 | 390,480 | — |
| 10 | Subtotal - Retirement System Inflows | | ($177,114) | — | $16,101 | ($16,101) | 390,480 | 583,696 | ($193,216) |
| | **Other Inflows** | | | | | | | | |
| 11 | Federal Fund Receipts (c) | C | (428,564) | 50,177 | 111,558 | (61,381) | 2,369,321 | 2,859,266 | (489,944) |
| 12 | Other Inflows (d) | | 21,927 | 30,414 | 927 | 29,487 | 194,609 | 143,195 | 51,414 |
| 13 | Interest earned on Money Market Account | | 2,543 | 47 | — | 47 | 2,590 | — | 2,590 |
| 14 | GDB Transactions | | (28,766) | — | — | — | — | 28,766 | (28,766) |
| 15 | Tax Revenue Anticipation Notes | | — | — | — | — | — | — | — |
| 16 | Subtotal - Other Inflows | | ($432,859) | $80,638 | $112,485 | ($31,847) | $2,566,521 | $3,031,227 | ($464,706) |
| 17 | **Total Inflows** | | ($1,065,112) | $198,628 | $371,854 | ($173,225) | $7,458,350 | $8,696,688 | ($1,238,338) |
| | **Payroll Outflows** | | | | | | | | |
| 18 | Net Payroll (e) | D | 5,458 | (67,518) | (66,816) | (702) | (870,246) | (875,002) | 4,757 |
| 19 | Other Payroll Related Costs - (SSA, SIFC, Health Insurance) (f) | | 11,111 | (18,200) | (8,334) | (9,866) | (660,032) | (661,278) | 1,245 |
| 20 | Gross Payroll - PR Police Department (g) | | (8,606) | (11,275) | — | (11,275) | (351,588) | (331,707) | (19,881) |
| 21 | Subtotal - Payroll and Related Costs | | $7,964 | ($96,993) | ($75,150) | ($21,843) | ($1,881,866) | ($1,867,987) | ($13,879) |
| | **Pension Outflows** | | | | | | | | |
| 22 | Pension Benefits | | 36,997 | (85,708) | (90,456) | 4,748 | (1,060,046) | (1,101,791) | 41,745 |
| 23 | Pension Paygo Outlays on Behalf of Public Corporations | | 36,057 | — | (7,211) | 7,211 | — | (43,268) | 43,268 |
| 24 | Subtotal - Pension Related Costs | | $73,054 | ($85,708) | ($97,668) | $11,959 | ($1,060,046) | ($1,145,059) | $85,013 |
| | **Appropriations - All Funds** | | | | | | | | |
| 25 | Health Insurance Administration - ASES | | 30,989 | (17,106) | (64,494) | 47,388 | (1,182,546) | (1,260,922) | 78,376 |
| 26 | University of Puerto Rico - UPR | | (0) | — | — | — | (334,161) | (334,161) | (0) |
| 27 | Muni. Revenue Collection Center - CRIM | | (1,288) | — | — | — | (120,642) | (119,354) | (1,288) |
| 28 | Highway Transportation Authority - HTA | | 348 | — | (11,817) | 11,817 | (77,738) | (89,903) | 12,165 |
| 29 | Public Buildings Authority - PBA | | (3,520) | — | — | — | (38,425) | (34,906) | (3,520) |
| 30 | Other Government Entities | | 56,582 | (8,882) | (17,565) | 8,683 | (228,082) | (293,347) | 65,265 |
| 31 | Subtotal - Appropriations - All Funds | | $83,110 | ($25,988) | ($93,876) | $67,888 | ($1,981,594) | ($2,132,592) | $150,998 |
| | **Other Disbursements - All Funds** | | | | | | | | |
| 32 | Vendor Disbursements (h) | E | 448,657 | (59,526) | (54,655) | (4,871) | (1,195,878) | (1,639,664) | 443,786 |
| 33 | Other Legislative Appropriations (i) | F | 3,663 | (22) | — | (22) | (182,870) | (186,511) | 3,641 |
| 34 | Tax Refunds | | 56,906 | (6,351) | (11,880) | 5,528 | (253,339) | (315,773) | 62,434 |
| 35 | Nutrition Assistance Program | | 27,793 | (31,630) | (35,012) | 3,382 | (972,155) | (1,003,330) | 31,175 |
| 36 | Other Disbursements | | 23,673 | — | — | — | (35,093) | (58,766) | 23,673 |
| 37 | Reconciliation Adjustment | | 246,667 | — | (49,333) | 49,333 | — | (296,000) | 296,000 |
| 38 | Subtotal - Other Disbursements - All Funds | | $807,358 | ($97,530) | ($150,880) | $53,350 | ($2,639,335) | ($3,500,043) | $860,709 |
| 39 | **Total Outflows** | | $971,486 | ($306,219) | ($417,574) | $111,355 | ($7,562,841) | ($8,645,682) | $1,082,841 |
| 40 | **Net Cash Flows** | | ($93,626) | ($107,591) | ($45,720) | ($61,871) | ($104,490) | $51,006 | ($155,496) |
| 41 | Bank Cash Position, Beginning (j) | | — | 1,802,098 | 1,895,723 | (93,626) | 1,798,997 | 1,798,997 | — |
| 42 | **Bank Cash Position, Ending (j)** | | ($93,626) | $1,694,507 | $1,850,003 | ($155,496) | $1,694,507 | $1,850,003 | ($155,496) |

**Footnotes:**
(a) Includes reserve for tax returns ($456 million) and Special Revenue Fund portion of posted collections.
(b) Paygo charges to municipalities and public corporations collected at the TSA.
(c) As of the date of this report, no federal funded account balances have been transferred to the TSA that relate to disaster relief.
(d) Inflows related to the State Insurance Fund, the Department of Labor and Human Resources, the Commissioner of Financial Institutions, and others.
(e) Payroll is paid bi-weekly on the 15th and 30th (or last day of the month, whichever comes sooner).
(f) Related to employee withholdings, social security, insurance, and other deductions.
(g) Police payroll is reflected individually because it is paid through a separate bank account. Also, the police payroll line item shown in the TSA cash flow is gross (i.e. inclusive of Other Payroll Related items).
(h) Includes payments to third-party vendors as well as intergovernmental payments to agencies with separate Treasuries.
(i) This refers to General Fund appropriations to non-TSA entities such as Legislative Assembly, Correctional Health, Comprehensive Cancer Center, and others.
(j) Excludes Banco Popular of Puerto Rico Account with balance of approximately $146mm; Amounts deposited in GDB subject to GDB restructuring.
(k) Unless otherwise stated, variances are either not material in nature or are expected to reverse in the short term.

**Comments (k)**

1. Variance mainly due to Individual Income Tax collections with -$15M of unfavorable variance for the week ended 12/29 that is partially temporary in nature. Unfavorable variance was partially offset by Corporate Income Tax Collections for the week, with +$6M variance, reducing YTD Corporate Income Tax Collection shortfall to -$6M.

3. The forecast assumes that beginning November 2017, COFINA SUT collections flow to the General Fund and are available to the TSA, totaling approx. $316M in incremental collections in the forecast. To date these funds have flowed, and may continue to flow, to the COFINA bank account (BNY Mellon), representing a negative variance from November through January. Unfavorable variance due to the depositing of these funds into the COFINA bank account the week of 12/29 is $46M. YTD unfavorable variance due to funds deposited into the COFINA bank account is $249M.

5. Rum tax collections are deposited into a lock box account and then remitted to the TSA via a waterfall, where the first $117M in rum tax collections (that relates to FY18 exports) is received by the TSA and the Science & Technology Trust receives the next $5M. Once these amounts are received, all new rum export tariff collections deposited into the lock box account are distributed to rum manufacturers until they have received 46% of the total YTD rum tax. At that point, the TSA will receive 54% of rum tax, and the rum manufacturers 46%, for the remainder of the year. The forecast assumes that the TSA reaches $117M in rum tax collections by March 2018; However, this threshold is expected to be capped in December 2017. The YTD favorable variance in rum tax collections will reverse in Q3 where forecast rum tax collections in the TSA will be distributed to rum manufacturers, as per the Rum Tax Waterfall.

6. Q2 Lottery collection originally forecast for 12/29 has not yet been received; now projected to be received in March 2018.

8. Timing variance that is expected to reverse later this fiscal year.

11. Weekly and YTD variances in federal fund receipts are partially offset by variances in vendor disbursements (line 32), federal appropriations to ASES (line 25), and disbursements for Nutritional Assistance (line 35). Remaining variance is due to timing.

12. Weekly variance mainly due to $18M related to petroleum import tax received on 12/27, originally forecast to be received the previous week on 12/22. Additional weekly variance of +$11M due to inflows related to the Financial Industry Regulatory Authority received on 12/29, which is timing related. $25M of YTD variance is due to better-than-projected Petroleum import tax collections throughout Q1 and Q2 FY2018, which are assumed to be permanent in nature. Remaining YTD variance is timing related and expected to reverse in subsequent weeks.

19. Weekly variance due to contributions on 12/26 & 12/27 to the Common Wealth's various retirement systems for the month of November, reversing the previous week's YTD variance. Remaining YTD variance is timing related.

20. Weekly variance due to disbursements made for Police Department overtime pay, which is permanent in nature. Remaining YTD variance is temporary and expected to reverse in subsequent periods.

24. YTD Pension PayGo outlays variance is offset by a reduction in contributions from pension systems (line 8), as there is no corresponding pension inflow as included within the original forecast. Remaining YTD variance is timing related.

25. Weekly variance is timing related. YTD variance is driven by lower-than-projected healthcare premiums & claims costs at ASES, and therefore lower federal matching funds flowing through the TSA. A portion of the YTD variance is permanent, but it is offset by associated federal fund receipts variance.

28. Weekly variance due to scheduled appropriation not occuring on 12/29 as originally forecast; now projected to be executed in January 2018.

30. Weekly and YTD variances in these appropriations are timing related and expected to reverse in subsequent weeks.

32. For the second week in a row, actual vendor disbursements exceeded forecast vendor disbursements, slightly reversing YTD variances built up due to payment processing issues experienced in the months following Hurricane Maria. The referenced issues were mainly driven by manual invoice entry that slowed down payment processing and contributed to the build up of YTD variance. Payment processing is showing signs of improvement across major agencies, and YTD variance is expected to continue to reverse throughout Q3 and Q4 of FY2018.

34. Weekly and YTD variances are due to timing. $27M of the YTD variance is due to Senior Citizen tax refunds, originally forecast to be refunded in November and December, now projected to be refunded in February and March 2018. Timing of refunds corresponds with adjusted filing dates due to the impact of Hurricane Maria.

35. YTD variance is timing related, as it is offset by a temporary reduction in YTD federal fund receipts.

36. YTD variance is offset by GDB Transactions (relates to legacy debt service deposit agreement) variance in inflows (line 14), with remaining variance due to timing.

37. Utilization of the Reconciliation Adjustment deferred to later this fiscal year.

ERS_LS0001546

**Puerto Rico Department of Treasury | AAFAF**  
*Schedule A: Collections Detail*

As of December 29, 2017

| | (figures in $000s) | Actual 12/29 | YTD FY18 |
|---|---|---:|---:|
| | **General Fund** | | |
| 1 | Individuals | $16,999 | $886,084 |
| 2 | Corporations | 17,700 | 669,356 |
| 3 | Non Residents Withholdings | 6,111 | 266,995 |
| 4 | Act 154 | — | 609,754 |
| 5 | Alcoholic Beverages | 12,241 | 129,911 |
| 6 | Cigarettes | 1,536 | 80,416 |
| 7 | Motor Vehicles | 4,604 | 163,057 |
| 8 | Other General Fund | 2,373 | 114,529 |
| 9 | **Total General Fund** | **$61,564** | **$2,920,102** |
| | **Retained Revenues** (a) | | |
| 10 | AACA Pass Through | 1,457 | 35,596 |
| 11 | AFI/RBC Pass Through | — | 5,634 |
| 12 | ASC Pass Through | 2,403 | 38,139 |
| 13 | HTA Pass Through | 2,835 | 312,016 |
| 14 | Total Other Retained Revenues | 1,112 | 33,389 |
| 15 | **Total Retained Revenues** | **$7,807** | **$424,774** |
| 16 | **Total Collections from DTPR Collections System** | **$69,371** | **$3,344,876** |
| 17 | Timing-related unreconciled TSA Collections (b) | $13,552 | $41,220 |
| 18 | **Total Collections** | **$82,923** | **$3,386,097** |

*Source: DTPR, collection system*

**Footnotes:**
*(a) Retained Revenues are revenues conditionally assigned to certain public corporations and the collections of those revenues are through accounts referred to as "pass through" accounts, the majority of which include (i) ACAA auto insurance, (ii) AFI/RBC petroleum tax, (iii) ASC personal injury insurance, and (iv) HTA toll revenues.*
*(b) Due to timing. Receipts in collections post account occur approximately two business days prior to being deposited into the TSA.*

8

**Puerto Rico Department of Treasury | AAFAF**

*Schedule B: Agency Collections Detail*

As of December 29, 2017

| | (figures in $000s) | Actual 12/29 | YTD FY18 |
|---|---|---:|---:|
| | **Agency** | | |
| 1 | Department of Health | $1,951 | $52,666 |
| 2 | Office of the Financial Institution Commisioner | 995 | 44,993 |
| 3 | Funds under the Custody of the Department of Treasury | 393 | 19,701 |
| 4 | Department of Labor and Human Resources | 107 | 16,449 |
| 5 | Department of Treasury | — | 9,347 |
| 6 | Department of Justice | 185 | 7,067 |
| 7 | Office of the Commisioner of Insurance | 693 | 5,861 |
| 8 | Department of Education | 3,026 | 4,204 |
| 9 | Department of Natural and Environmental Resources | 6 | 3,944 |
| 10 | Mental Health and Drug Addiction Services Administration | 329 | 3,598 |
| 11 | Department of Recreation and Sport | 16 | 3,536 |
| 12 | Deposits non-identified | 0 | 3,235 |
| 13 | Department of Correction and Rehabilitation | 81 | 3,034 |
| 14 | General Services Administration | 122 | 2,678 |
| 15 | Department of State | 310 | 2,654 |
| 16 | Department of Housing | 291 | 2,545 |
| 17 | Medical Emergencies Service | 212 | 2,487 |
| 18 | Puerto Rico Police Department | — | 2,055 |
| 19 | Administration for the Horse Racing Sport and Industry | 109 | 1,628 |
| 20 | Others (a) | 556 | 11,085 |
| 21 | **Total** | **$9,382** | **$202,764** |

Source: DTPR

Footnotes:
(a) Inflows related to Department of Transportation and Public Works, Firefighters Corps, Environmental Quality Board, Department of Agriculture, and others.

9

ERS_LS0001548

**Puerto Rico Department of Treasury | AAFAF**

*Schedule C: Federal Funds Receipts Detail*

As of December 29, 2017

| | (figures in $000s) | Actual 12/29 | YTD FY18 |
|---|---|---:|---:|
| | **Agency** | | |
| 1 | Adm. Socioeconomic. Dev. Family | $25,645 | $992,446 |
| 2 | Health | 3,910 | 947,574 |
| 3 | Department of Education | 3,372 | 297,006 |
| 4 | Vocational Rehabilitation Adm. | – | 16,748 |
| 5 | Mental Health and Drug Addiction Services Adm. | 295 | 13,394 |
| 6 | Puerto Rico National Guard | – | 10,245 |
| 7 | Families and Children Adm. | 20 | 9,608 |
| 8 | Department of Justice | – | 9,039 |
| 9 | Department of Labor and Human Resources | 179 | 7,933 |
| 10 | Environmental Quality Board | – | 3,972 |
| 11 | Department of Family | 88 | 4,662 |
| 12 | Department of Natural and Environmental Resources | – | 2,505 |
| 13 | Others (a) | 16,670 | 54,190 |
| 14 | **Total** | **$50,177** | **$2,369,321** |

*Source: DTPR*

Footnotes:
(a) Inflows related to the Women's Affairs Commission, the Municipal Affairs Commission, Office of Elderly Affaris, and others.

ERS_LS0001549

**Puerto Rico Department of Treasury | AAFAF**  As of December 29, 2017
*Schedule D: Net (a) Payroll Detail*

|    | (figures in $000s) | Actual 12/29 | YTD FY18 |
|----|---|---:|---:|
|    | **General Fund** | | |
| 1  | Education | $26,317 | $337,599 |
| 2  | Correction and Rehab | 6,449 | 73,791 |
| 3  | Health | 2,417 | 27,599 |
| 4  | All Other Agencies (b) | 15,947 | 213,216 |
| 5  | **Total General Fund** | **$51,130** | **$652,205** |
|    | **Special Revenue Funds** | | |
| 6  | Education | $2 | 79 |
| 7  | Correction and Rehab | — | — |
| 8  | Health | 524 | 7,547 |
| 9  | All Other Agencies (b) | 2,493 | 34,284 |
| 10 | **Total Special Revenue Funds** | **$3,019** | **$41,910** |
|    | **Federal Funds** | | |
| 11 | Education | $7,542 | $102,680 |
| 12 | Correction and Rehab | 10 | 135 |
| 13 | Health | 1,500 | 22,422 |
| 14 | All Other Agencies (b) | 2,823 | 36,140 |
| 15 | **Total Federal Funds** | **$11,876** | **$161,377** |
| 16 | **Total Net Payroll from Payroll System** | **$66,025** | **$855,492** |
| 17 | Timing-related unreconciled Net Payroll (c) | $1,493 | $14,754 |
| 18 | **Total Net Payroll** | **$67,518** | **$870,246** |

*Source: DTPR, RHUM system*

Footnotes:
(a) Net payroll data provided by DTPR allows for a reliable break down analysis. Note that net payroll is equal to gross payroll less tax witholdings and other deductions.
(b) Includes Firefighter Corps, National Guard, Public Housing Administration, Natural Resources Administration, and others.
(c) Due to timing. EQB net payroll is not included in RHUM payroll system and has not been provided by DTPR.

11

**Puerto Rico Department of Treasury | AAFAF**    As of December 29, 2017
*Schedule E: Vendor Disbursements Detail*

|   | (figures in $000s) | Actual 12/29 | YTD FY18 |
|---|---|---:|---:|
|   | **General Fund** | | |
| 1 | Education | $1,656 | $167,969 |
| 2 | General Court of Justice | 4,325 | 50,230 |
| 3 | Health | — | 42,624 |
| 4 | All Other Agencies (a) | 9,759 | 282,823 |
| 5 | **Total General Fund** | $15,740 | $543,647 |
|   | **Special Revenue Funds** | | |
| 6 | Education | 13 | 32,740 |
| 7 | General Court of Justice | — | 3,401 |
| 8 | Health | 0 | 74,397 |
| 9 | All Other Agencies (a) | 5,596 | 132,524 |
| 10 | **Total Special Revenue Funds** | $5,609 | $243,063 |
|   | **Federal Funds** | | |
| 11 | Education | 3,473 | 119,984 |
| 12 | General Court of Justice | — | 73 |
| 13 | Health | 2,218 | 87,532 |
| 14 | All Other Agencies (a) | 5,280 | 126,295 |
| 15 | **Total Federal Funds** | $10,971 | $333,885 |
| 16 | Total Vendor Disbursements from System | $32,319 | $1,120,594 |
| 17 | Timing-related unreconciled Vendor Disbursements (b) | $27,208 | $75,284 |
| 18 | **Total Vendor Disbursements** | $59,526 | $1,195,878 |

Source: DTPR's Bank checks paid report and PRIFAS system

Footnotes:
(a) Includes ASSMCA, Firefighters Corps, Emergency Medical Corps, Natural Resources Administration, and others.

(b) Unreconciled vendor disbursements is timing variance pending reconciliation between bank systems and DTPR systems.

**Puerto Rico Department of Treasury | AAFAF**     As of December 29, 2017

*Schedule F: Other Legislative Appropriations Detail*

| | (figures in $000s) | Actual 12/29 | YTD FY18 |
|---|---|---:|---:|
| | **Agency** | | |
| 1 | Correctional Health | – | $26,240 |
| 2 | House of Representatives | – | 23,505 |
| 3 | Puerto Rico Senate | – | 20,466 |
| 4 | Office of the Comptroller | – | 18,680 |
| 5 | Comprehensive Cancer Center | – | 11,500 |
| 6 | Legislative Donations Committee | – | 10,000 |
| 7 | Superintendent of the Capitol | – | 7,574 |
| 8 | Institute of Forensic Sciences | – | 7,441 |
| 9 | Authority of Public-Private Alliances (projects) | – | 7,132 |
| 10 | Martín Peña Canal Enlace Project Corporation | – | 5,476 |
| 11 | Legislative Services | – | 5,237 |
| 12 | Housing Financing Authority | – | 4,738 |
| 13 | All Others | 22 | 34,883 |
| 14 | **Total Other Legislative Appropriations** | **$22** | **$182,870** |

Source: DTPR

Footnotes:
(a) Includes the Solid Waste Authority, Public Broadcasting Corporation, Musical Arts Corporation, and several other agencies.

13

**Puerto Rico Department of Treasury | AAFAF**                                                                                                 As of December 29, 2017

*Central Government - Partial Inventory of Known Short Term Obligations (a)*

*(figures in $000s)*

| Obligation Type | Recorded Invoices (b) |
|---|---|
| 3rd Party Vendor Invoices | $ 31,454 |
| Intergovernmental Invoices | 73,384 |
| **Total** | **$ 104,837** |

Source: DTPR

Footnotes:
(a) The numbers presented represent a bottom-up build of invoices at the government agency level, which should not be considered to be indicative of total Accounts Payable for the central government. This is due to issues surrounding invoice entry that has hindered the timely cadence of recording invoices, which was made worse by the impact of the Hurricanes.
(b) The data presented above refers to invoices/vouchers approved for payment by the agencies but checks not released as of 12/29.

| Obligation Type | Additional Invoices (c) |
|---|---|
| 3rd Party Vendor Invoices | $ 281,067 |
| Intergovernmental Invoices | 193,666 |
| **Total** | **$ 474,732** |

Source: DTPR

Footnotes:
(c) The data presented above represents additional invoices identified outside of DTPR main system for the following agencies as of 12/29. Please see below:
 -Police Department
 -Department of Education
 -Department of Justice
 -Department of Correction and Rehabilitation
 -Department of Transportation and Public Works
 -Mental Health and Drug Addiction Services Administration
 -Socio Economic Development Administration
 -Administration for Children and Families
 -Child Support Administration
 -Environmental Quality Board
 -Department of Health
 -Department of Housing
 -Department of Labor
 -Department of Sports and Recreation
 -Department of Natural Resources
 -Administration for the Care and Development of Children
 -Puerto Rico Fire Department

| Obligation Type | Pre-recorded Invoices (d) |
|---|---|
| 3rd Party Vendor Invoices | $ 22,191 |
| Intergovernmental Invoices | 4,709 |
| **Total** | **$ 26,900** |

Source: DTPR

Footnotes:
(d) Pre-recorded AP is related to other agencies out of scope of BDO that independently enters invoice data into a Live AP module prior to invoices being approved for payment. The top 5 agencies in pre-recorded AP outside the BDO scope comprised 85% of the outstanding AP in this category. These agencies are, in decending order; State Elections Commission, Vocational Rehabilitation, Industrial Commission, National Guard, and State.

14

ERS_LS0001553

**Puerto Rico Department of Treasury | AAFAF**  
*Central Government – Partial Inventory of Known Short Term Obligations by agency (a)*

As of December 29, 2017

*(figures in $000s)*

**Consolidated Inventory Invoices**

| Description | Checks in Vault (b) | As of June 30, 2017 Recorded AP (c) | Additional AP (d) | Total | As of September 8, 2017 Recorded AP (c) | Additional AP (d) | Total | As of December 29, 2017 Recorded AP (c) | Additional AP (d) | Pre-recorded AP (e) | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Department of Education | $ 3,535 | $ 66,640 | $ 165,459 | $ 235,633 | $ 28,009 | $ 161,824 | $ 189,833 | $ 26,188 | $ 121,354 | $ - | $ 147,542 |
| Department of Health | - | 15,432 | 132,856 | 148,288 | 8,996 | 130,760 | 139,756 | 11,544 | 120,829 | - | 132,374 |
| Mental Health and Drug Addiction Services Administration | - | 2 | 1,940 | 1,942 | 353 | 6,086 | 6,439 | 48 | 9,337 | - | 9,385 |
| Enviornmental Quality Board | - | 716 | 6,229 | 6,945 | 793 | 7,194 | 7,987 | 176 | 6,025 | - | 6,201 |
| Department of Correction and Rehabilitation | - | 7,582 | 40,215 | 47,796 | 271 | 36,746 | 37,018 | 18,012 | 62,569 | - | 80,581 |
| Department of Labor | - | 903 | 19,619 | 20,521 | - | 23,556 | 23,556 | 1,144 | 27,713 | - | 28,857 |
| Administration For Children and Families | - | 143 | 15,123 | 15,266 | 2,818 | 22,254 | 25,073 | 87 | 27,195 | - | 27,282 |
| Other Agencies | 1,170 | 77,368 | 43,059 | 121,597 | 23,808 | 63,883 | 87,691 | 47,638 | 99,710 | 26,900 | 174,248 |
| **Total** | **$ 4,705** | **$ 168,786** | **$ 424,500** | **$ 597,990** | **$ 65,048** | **$ 452,304** | **$ 517,352** | **$ 104,837** | **$ 474,732** | **$ 26,900** | **$ 606,470** |

**3rd Party Vendor Payables**

| Description | Checks in Vault (b) | As of June 30, 2017 Recorded AP (c) | Additional AP (d) | Total | As of September 8, 2017 Recorded AP (c) | Additional AP (d) | Total | As of December 29, 2017 Recorded AP (c) | Additional AP (d) | Pre-recorded AP (e) | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Department of Education | $ - | $ 39,845 | $ 132,341 | $ 172,187 | $ 14,166 | $ 91,806 | $ 105,972 | $ 7,429 | $ 60,429 | $ - | $ 67,859 |
| Department of Health | - | 14,395 | 92,876 | 107,271 | 8,320 | 93,580 | 101,900 | 5,266 | 65,448 | - | 70,714 |
| Mental Health and Drug Addiction Services Administration | - | 2 | 1,581 | 1,584 | 353 | 5,605 | 5,958 | 48 | 8,864 | - | 8,912 |
| Enviornmental Quality Board | - | 395 | 4,452 | 4,846 | 353 | 5,114 | 5,467 | 17 | 4,091 | - | 4,109 |
| Department of Correction and Rehabilitation | - | 3,603 | 13,196 | 16,799 | 256 | 7,448 | 7,704 | 2,422 | 33,187 | - | 35,609 |
| Department of Labor | - | 211 | 10,875 | 11,086 | - | 11,023 | 11,023 | 18 | 13,131 | - | 13,149 |
| Administration For Children and Families | - | 143 | 13,844 | 13,988 | 41 | 20,025 | 20,065 | 64 | 22,088 | - | 22,152 |
| Other Agencies | - | 29,046 | 22,116 | 51,161 | 16,005 | 41,724 | 57,728 | 16,190 | 73,828 | 22,191 | 112,209 |
| **Total** | **$ -** | **$ 87,639** | **$ 291,282** | **$ 378,921** | **$ 39,494** | **$ 276,324** | **$ 315,818** | **$ 31,454** | **$ 281,067** | **$ 22,191** | **$ 334,712** |

**Intergovernmental Payables (f)**

| Description | Checks in Vault (b) | As of June 30, 2017 Recorded AP (c) | Additional AP (d) | Total | As of September 8, 2017 Recorded AP (c) | Additional AP (d) | Total | As of December 29, 2017 Recorded AP (c) | Additional AP (d) | Pre-recorded AP (e) | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Department of Education | $ 3,535 | $ 26,795 | $ 33,117 | $ 63,447 | $ 13,842 | $ 70,019 | $ 83,861 | $ 18,759 | $ 60,925 | $ - | $ 79,683 |
| Department of Health | - | 1,037 | 39,980 | 41,017 | 676 | 37,181 | 37,856 | 6,278 | 55,381 | - | 61,660 |
| Mental Health and Drug Addiction Services Administration | - | - | 359 | 359 | - | 481 | 481 | - | 473 | - | 473 |
| Enviornmental Quality Board | - | 321 | 1,777 | 2,098 | 440 | 2,080 | 2,520 | 159 | 1,934 | - | 2,093 |
| Department of Correction and Rehabilitation | - | 3,979 | 27,018 | 30,997 | 15 | 29,298 | 29,313 | 15,591 | 29,382 | - | 44,972 |
| Department of Labor | - | 692 | 8,744 | 9,435 | - | 12,533 | 12,533 | 1,126 | 14,582 | - | 15,708 |
| Administration For Children and Families | - | - | 1,279 | 1,279 | 2,778 | 2,230 | 5,007 | 23 | 5,107 | - | 5,130 |
| Other Agencies | 1,170 | 48,323 | 20,944 | 70,436 | 7,803 | 22,159 | 29,962 | 31,448 | 25,882 | 4,709 | 62,039 |
| **Total** | **$ 4,705** | **$ 81,146** | **$ 133,218** | **$ 219,069** | **$ 25,554** | **$ 175,979** | **$ 201,534** | **$ 73,384** | **$ 193,666** | **$ 4,709** | **$ 271,758** |

**Footnotes:**

(a) The numbers presented represent a bottom-up build of invoices at the government agency level, which should not be considered to be indicative of total Accounts Payable for the central government. This is due to issues surrounding invoice entry that has hindered the timely cadence of recording invoices, which was made worse by the impact of the Hurricanes.

(b) Refers to checks issued but kept in vault. Due to control processes implemented this fiscal year, it is uncommon for there to be a material checks in vault balance, as now the Department of Treasury has greater control over the approval and authorization of checks before they are issued.

(c) Refers to invoices/vouchers approved for payment by the agencies but checks not released.

(d) Represents additional invoices identified outside of DTPR main system for the following agencies. Please see below:

- Police Department
- Department of Education
- Department of Justice
- Department of Correction and Rehabilitation
- Department of Transportation and Public Works
- Mental Health and Drug Addiction Services Administration
- Socio Economic Development Administration
- Administration for Children and Families
- Child Support Administration
- Environmental Quality Board
- Department of Health
- Department of Housing
- Department of Labor
- Department of Sports and Recreation
- Department of Natural Resources
- Administration for the Care and Development of Children
- Puerto Rico Fire Department

(e) Pre-recorded AP is related to other agencies out of scope of BDO that independently enters invoice data into a Live AP module prior to invoices being approved for payment. The top 5 agencies in pre-recorded AP outside the BDO scope comprised 85% of the outstanding AP in this category. These agencies are, in decending order; State Elections Commission, Vocational Rehabilitation, Industrial Commission, National Guard, and State.

(f) Increase in Recorded AP due to other government entities can be primarily attributed to concerted effort amongst agencies to record and accrue for amounts due to PREPA / PRASA, which are scheduled to be paid during the week ended 1/12.

15