**Movants' HTA Exhibit 118**

April 19, 2020

**VIA E-MAIL**

| | |
|---|---|
| Gaspard Rappoport | John Hughes, III |
| Kelly DiBlasi | Atara Miller |
| Gabriel Morgan | Grant Mainland |
| Gregory Silbert | MILBANK LLP |
| Reed Collins | 55 Hudson Yards |
| WEIL, GOTSHAL & MANGES LLP | New York, New York 10001 |
| 767 Fifth Avenue | |
| New York, New York 10153 | |
| | |
| Howard Hawkins | Jason Callen |
| Mark Ellenberg | Martin Sosland |
| William Natbony | BUTLER SNOW LLP |
| Casey Servais | 5430 Lyndon B. Johnson Freeway, Suite 1200 |
| CADWALADER, WICKERSHAM & TAFT LLP | Dallas, Texas 75240 |
| 200 Liberty Street | 1530 3rd Avenue South, Suite 1600 |
| New York, New York 10281 | Nashville, Tennessee 37201 |

**Re:** *In re Fin. Oversight & Mgmt. Bd., No. 17-BK-3283-LTS – Discovery on Lift Stay Motions – Response to Movants' Request During Meet and Confer Conference Call on April 16, 2020*

Counsel:

We write in response to your request during our April 16, 2020 meet and confer telephone conference that we identify what documents AAFAF produced in compliance with paragraph 2(a)(iii) of the March 5, 2020 Order, which memorializes AAFAF's agreement to produce "documents showing any sub-accounts or other designations used to track Rum Taxes in the Commonwealth Treasury Single Account." *See* Dkt. No. 17080. Notwithstanding that the agreement is specific to Rum Taxes, you also requested we identify similar information produced with respect to certain Excise Taxes historically allocated to HTA.

There are no "sub-accounts" in the Treasury Single Account. As noted in the Disclosure Statement filed February 28, 2020, as part of the Commonwealth's cash management system, cash is pooled into multiple accounts that are collectively referred to as the Treasury Single Account ("TSA"). ECF 11947 at 97. Among other documents, AAFAF has produced account opening materials and account statements for the account within TSA that received Rum Taxes and the Excise Taxes—the TSA Operational Account. AAFAF has also produced account opening materials and account statements for the "Colecturía" account—sweep account to the TSA. Those documents are available at the below bates ranges:

| Account | Account Opening Documents | Date Produced |
|---|---|---|
| **TSA Operational** | | |
| Banco Popular -9458 | CW_STAY0010563 - CW_STAY0010566 | March 16 |
| GDB -0006 | CW_STAY0033985 - CW_STAY0034019 | March 18 |
| **TSA Colecturia** | | |
| Banco Popular -5191 | CW_STAY0010559 - CW_STAY0010562 | March 16 |

| Account | Account Statements | Date Produced |
|---|---|---|
| **TSA Operational** | | |
| Banco Popular -9458 | CW_STAY0015439-CW_STAY0015439, CW_STAY0015785-CW_STAY0015864, CW_STAY0016203-CW_STAY0016314, CW_STAY0016315-CW_STAY0016426, CW_STAY0016773-CW_STAY0016908, CW_STAY0017211-CW_STAY0017312, CW_STAY0017671-CW_STAY0017788, CW_STAY0018119-CW_STAY0018236, CW_STAY0018563-CW_STAY0018672, CW_STAY0018967-CW_STAY0019068, CW_STAY0019387-CW_STAY0019498, CW_STAY0019793-CW_STAY0019894, CW_STAY0020189-CW_STAY0020294, CW_STAY0020633-CW_STAY0020764, CW_STAY0021059-CW_STAY0021114, CW_STAY0021115-CW_STAY0021226, CW_STAY0021557-CW_STAY0021692, CW_STAY0022015-CW_STAY0022134, CW_STAY0022135-CW_STAY0022202, CW_STAY0022465-CW_STAY0022560 CW_STAY0022874-CW_STAY0022987, CW_STAY0023138-CW_STAY0023223, CW_STAY0023330-CW_STAY0023413, CW_STAY0023580-CW_STAY0023685, CW_STAY0023892-CW_STAY0023993, CW_STAY0024220-CW_STAY0024323, CW_STAY0024534-CW_STAY0024635, CW_STAY0024866-CW_STAY0024973, CW_STAY0025216-CW_STAY0025317, CW_STAY0025551-CW_STAY0025664, CW_STAY0025886-CW_STAY0026005, CW_STAY0026191-CW_STAY0026300, CW_STAY0026506-CW_STAY0026625, CW_STAY0026807-CW_STAY0026916, CW_STAY0027122-CW_STAY0027239, CW_STAY0027417-CW_STAY0027518, CW_STAY0027701-CW_STAY0027812, CW_STAY0027991-CW_STAY0028096, | March 16 |

2

|  | CW_STAY0028279-CW_STAY0028388,<br>CW_STAY0028595-CW_STAY0028734,<br>CW_STAY0028960-CW_STAY0029075,<br>CW_STAY0029297-CW_STAY0029438,<br>CW_STAY0029656-CW_STAY0029779,<br>CW_STAY0030009-CW_STAY0030126,<br>CW_STAY0030345-CW_STAY0030452,<br>CW_STAY0030659-CW_STAY0030778,<br>CW_STAY0031005-CW_STAY0031128,<br>CW_STAY0031315-CW_STAY0031412,<br>CW_STAY0031607-CW_STAY0031724,<br>CW_STAY0031887 CW_STAY0031980,<br>CW_STAY0032171 CW_STAY0032268 |  |
|---|---|---|
| GDB -0006 | CW_STAY0005994-CW_STAY0006900,<br>CW_STAY0032269 - CW_STAY0033984 | March 4, and March 16 |
| **TSA Colecturia** | | |
| Banco Popular -5191 | CW_STAY0001356 - CW_STAY0002392<br>CW_STAY0010571-CW_STAY0010854<br>CW_STAY0010855-CW_STAY0011178<br>CW_STAY0011179-CW_STAY0011534<br>CW_STAY0011535-CW_STAY0011866<br>CW_STAY0011869-CW_STAY0012204<br>CW_STAY0012205-CW_STAY0012588<br>CW_STAY0012589-CW_STAY0012944<br>CW_STAY0012945-CW_STAY0013252<br>CW_STAY0013253-CW_STAY0013584<br>CW_STAY0013585-CW_STAY0013932<br>CW_STAY0013933-CW_STAY0014196<br>CW_STAY0014199-CW_STAY0014518<br>CW_STAY0014519-CW_STAY0014774<br>CW_STAY0014778-CW_STAY0015093<br>CW_STAY0015095-CW_STAY0015438<br>CW_STAY0015441-CW_STAY0015784<br>CW_STAY0015867-CW_STAY0016202<br>HTA_STAY0028995-HTA_STAY0029330<br>CW_STAY0016429-CW_STAY0016772<br>CW_STAY0016911-CW_STAY0017210<br>CW_STAY0017315-CW_STAY0017670<br>CW_STAY0017791-CW_STAY0018118<br>CW_STAY0018239-CW_STAY0018562<br>CW_STAY0018675-CW_STAY0018966<br>CW_STAY0019071-CW_STAY0019386<br>CW_STAY0019501-CW_STAY0019792<br>CW_STAY0019897-CW_STAY0020188<br>CW_STAY0020297-CW_STAY0020632<br>CW_STAY0020767-CW_STAY0021058 | March 4, March 16 |

3

| | | |
|---|---|---|
| | CW_STAY0021229-CW_STAY0021556 <br> CW_STAY0021695-CW_STAY0022014 <br> CW_STAY0022205-CW_STAY0022464 <br> CW_STAY0022566-CW_STAY0022873 <br> CW_STAY0022990-CW_STAY0023137 <br> CW_STAY0023226-CW_STAY0023329 <br> CW_STAY0023416-CW_STAY0023579 <br> CW_STAY0023688-CW_STAY0023891 <br> CW_STAY0023996-CW_STAY0024219 <br> CW_STAY0024326-CW_STAY0024533 <br> CW_STAY0024638-CW_STAY0024865 <br> CW_STAY0024976-CW_STAY0025215 <br> CW_STAY0025319-CW_STAY0025550 <br> CW_STAY0025666-CW_STAY0025885 <br> CW_STAY0026007-CW_STAY0026190 <br> CW_STAY0026302-CW_STAY0026505 <br> CW_STAY0026627-CW_STAY0026806 <br> CW_STAY0026918-CW_STAY0027121 <br> CW_STAY0027241-CW_STAY0027416 <br> CW_STAY0027521-CW_STAY0027700 <br> CW_STAY0027815-CW_STAY0027990 <br> CW_STAY0028099-CW_STAY0028278 <br> CW_STAY0028391-CW_STAY0028594 <br> CW_STAY0028736-CW_STAY0028959 <br> CW_STAY0029077-CW_STAY0029296 <br> CW_STAY0029440-CW_STAY0029655 <br> CW_STAY0029781-CW_STAY0030008 <br> CW_STAY0030129-CW_STAY0030344 <br> CW_STAY0030455-CW_STAY0030658 <br> CW_STAY0030781-CW_STAY0031004 <br> CW_STAY0031131-CW_STAY0031314 <br> CW_STAY0031415-CW_STAY0031606 <br> CW_STAY0031727-CW_STAY0031886 <br> CW_STAY0031983-CW_STAY0032170 | |

There are not any designations used to "track Rum Taxes [or Excise Taxes] in the Commonwealth Treasury Single Account." *See* Dkt. No. 17080 ¶2(a)(iii).  AAFAF produced information sufficient to identify accounting designations associated with the receipt of those revenues.  Specifically, AAFAF produced numerous vouchers, transfer orders, summary revenue reporting, and other transmittal documents that show accounting designations associated with the receipt or Rum Tax and Excise Tax revenues, including, but not limited to:

- HTA_STAY0000207 - HTA_STAY0000222 (produced February 21)
- HTA_STAY0000223 - HTA_STAY0000233 (produced February 21)
- HTA_STAY0000234 - HTA_STAY0000247 (produced February 21)

4

- HTA_STAY0000454 - HTA_STAY0000653 (produced February 27)
- PRIFA_STAY0001063 - PRIFA_STAY0001093 (produced February 27)
- PRIFA_STAY0001572 - PRIFA_STAY0001580 (produced March 4)
- PRIFA_STAY0001593 - PRIFA_STAY0001612 (produced March 4)
- PRIFA_STAY0001623 - PRIFA_STAY0001639 (produced March 4)
- HTA_STAY0008372 - HTA_STAY0008372 (produced March 9)

On March 11, AAFAF also produced Treasury's Regulation 49, which provides a detailed explanation of all of the designations used by Treasury in its accounting system to identify legislative appropriations. (CW_STAY0009748 - CW_STAY0009768). In addition, on March 13, AAFAF produced a workbook identifying the possible codes for various fields in the Puerto Rico Financial Accounting System ("PRIFAS"). (CW_STAY0010548).

Sincerely,

/s/ *Elizabeth L. McKeen*                                /s/ *Michael Mervis*

Elizabeth L. McKeen                                Michael Mervis

5