# EXHIBIT 32



ESTADO LIBRE ASOCIADO DE
PUERTO RICO

Banco Gubernamental de Fomento
para Puerto Rico

3 de agosto de 2015

CPA Samuel Sierra
Director de Finanzas
Compañía de Turismo
Paseo la Princesa 32
San Juan, Puerto Rico 00902

Estimado CPA Sierra:

De conformidad con la Certificación del Banco Gubernamental de Fomento para Puerto Rico (BGF) del 11 de mayo de 2015, la cantidad necesaria para cubrir el servicio de los bonos Serie A por $462.8 millones del Centro de Convenciones correspondiente al año fiscal 2015-2016 asciende a $30,334,056.89. De esta cantidad, el pago correspondiente al mes de agosto de 2015 asciende a $3,033,405.69.

Solicitamos remita el pago por $3,033,405.69 dentro de los próximos diez (10) días laborables de manera que podamos transferir esos dineros al Fideicomisario según las leyes y los acuerdos que rigen la transacción. Ese dinero será depositado en la cuenta denominada "Hotel Occupancy Tax Pledge Account" que tiene el Banco para registrar las transacciones de recibo y transferencia de dichos fondos.

Por favor envíe el pago mediante cheque o autorización de débito a su cuenta en el BGF, con atención a los señores Hector Betancourt Nieves (Hector.BetancourtNieves@bgfpr.com), Arnaldo Maestre Pujals (arhaldo.maestre@bgfpr.com) y señoras María Inocencio (Maria.Inocencio@bgfpr.com) y Dafne Santiago Vega (dafne.santiago@bgfpr.com), piso 2 del Banco. De tener alguna interrogante, puede comunicarse con el que suscribe a los teléfonos, 722-2525, extensiones 15296, 15250, 15253, 15294 y 15295, respectivamente.

Atentamente,

**Redacted**

Jesús M. García
Vicepresidente y Director
Financiamiento de Obligaciones de Rentas

c  *Arnaldo Maestre*
   *Hector Betancourt*
   *Maria Inocencio*

*Anejos*

PO Box 42001
San Juan, PR 00940-2001
Teléfono (787) 722-2525



BANCO
GUBERNAMENTAL
DE FOMENTO PARA
PUERTO RICO

CCDA_STAY0004215



COMMONWEALTH OF
PUERTO RICO

Government Development Bank
for Puerto Rico

May 11, 2015

Mrs. Ingrid Rivera Rocafort
Executive Director
Tourism Company
La Princesa Bldg. #2
Paseo La Princesa
Old San Juan, P.R. 00902

Dear Mrs. Rivera Rocafort:

Enclosed is the Government Development Bank for Puerto Rico (GDB) Certificate as required under the Trust Agreement dated March 24, 2006, and under Section 31A of the Occupancy Tax Act ("Tax Act"). The certificate states the amounts required to fulfill the Puerto Rico Convention Center District Authority debt service payments for the Hotel Occupancy Tax Revenue Bonds Series A, for the upcoming fiscal year and the first day of the second succeeding fiscal year.

As stated in the enclosed Certificate, and as required under the Tax Act, the Tourism Company shall transfer to GDB, on a monthly basis, an amount equal to one tenth (1/10) of the total amount necessary for payment to be deposited in a Hotel Occupancy Tax Pledge Account (account #[Redacted]994-7), which amounts to $3,033,405.69 for each of the first ten months of fiscal year 2015-2016.

The GDB Certificate is enclosed as required. These numbers were verified and confirmed by Bank of New York Mellon, Trustee.

Cordially,

**Redacted**

Jesús M. García Rivera
Vice President and Director
Revenue Obligations Financing Department

c Mrs. Melba Acosta, Esq., CPA
  Mr. Samuel Sierra Rivera, CPA
  Mr. Jorge Clivillés, CPA
  Mr. Arnaldo Maestre
  Mrs. Miriam Pascual
  Mrs. Brenda González

Enclosure

PO Box 42001
San Juan, PR 00940-2001
Telephone (787) 722-2525



GOVERNMENT
DEVELOPMENT
BANK FOR
PUERTO RICO

Government Development Bank for Puerto Rico
PRCCDA Hotel Occupancy Tax Revenue Bonds Series A
Amount necessary to make the required debt service payments
For fiscal year 2016 and the final day of the succeeding fiscal year
Prepared on May 11, 2015

1. Principal and Interest of the Bonds:
   a. Payment of Principal and/or Interest:
      i. July 1, 2015                          $20,564,406.25
      ii. January 1, 2016                       9,504,656.25
      iii. July 1, 2016                        20,829,656.25     $50,898,718.75
   b. Less amount on deposit in:
      i. Bond Payment Fund                     $20,564,661.86
      ii. Capitalized Interest Account                          20,564,661.86     $30,334,056.89
2. Authority's Obligations:
   a. Credit Facilities                                          $0.00
   b. Interest Rate Exchange Agreements                          0.00                 0.00
3. Replenish Debt Service Fund                                                        0.00
4. Expenses related to:
   a. The Issuance of the Bonds                                 $0.00
   b. Credit Facilities                                         0.00
   c. Interest Rate Exchange Agreements                         0.00                 0.00

   Total Amount Necessary                                                       $30,334,056.89

Amount to be received during each of the first 10 months of fiscal year          $3,033,405.69

Prepared by: _____ **Redacted**
             Miriam Pascual

Revised by: _____ **Redacted**
            Arnaldo Maestre

Authorized by: _____ **Redacted**
               Jesús García

Date May 11, 2015

CONFIDENTIAL

CCDA_STAY0004217



COMMONWEALTH OF
PUERTO RICO

Government Development Bank
for Puerto Rico

May 11, 2015

Eng. Víctor A. Suárez Meléndez
Executive Director
Convention Center District Authority
Apartado 19269
San Juan, PR 06987

Dear Eng. Suárez Meléndez:

Enclosed is the Government Development Bank for Puerto Rico (GDB) Certificate as required under the Trust Agreement dated March 24, 2006, and under Section 31 A of the Occupancy Tax Act ("Tax Act"). The certificate states the amounts required to fulfill the Puerto Rico Convention Center District Authority debt service payments for the Hotel Occupancy Tax Revenue Bonds Series A, for the upcoming fiscal year and the first day of the second succeeding fiscal year.

As stated in the enclosed Certificate, and as required under the Tax Act, the Tourism Company shall transfer to GDB, on a monthly basis, an amount equal to one tenth (1/10) of the total amount necessary for payment to be deposited in a Hotel Occupancy Tax Pledge Account (account #[Redacted]094-7), which amounts to $3,033,405.69 for each of the first ten months of fiscal year 2015-2016.

The GDB Certificate is enclosed as required. These numbers were verified and confirmed by Bank of New York Mellon, Trustee.

Cordially,

**Redacted**

Jesús M. García Rivera
Vice President and Director
Revenue Obligations Financing Department

c  Mrs. Melba Acosta, Esq., CPA
   Mr. Santiago Rivera
   Mr. Jorge Clivillés, CPA
   Mr. Arnaldo Maestre
   Mrs. Miriam Pascual
   Mrs. Brenda González

Enclosure

PO Box 42001
San Juan, PR 00940-2001
Telephone (787) 722-2525



GOVERNMENT
DEVELOPMENT
BANK FOR
PUERTO RICO

CONFIDENTIAL                                                                CCDA_STAY0004218

Government Development Bank for Puerto Rico
PRCCDA Hotel Occupancy Tax Revenue Bonds Series A
Amount necessary to make the required debt service payments
For fiscal year 2016 and the first day of the succeeding fiscal year
Prepared on May 11, 2015

1. Principal and Interest of the Bonds:
   a. Payment of Principal and/or Interest:
      i. July 1, 2015                        $20,564,406.25
      ii. January 1, 2016                      9,504,656.25
      iii. July 1, 2016                       20,829,656.25    $50,898,718.75
   b. Less amount on deposit in:
      i. Bond Payment Fund                   $20,564,661.86
      ii. Capitalized Interest Account                        20,564,661.86    $30,334,056.89
2. Authority's Obligations:
   a. Credit Facilities                                           $0.00
   b. Interest Rate Exchange Agreements                            0.00           0.00
3. Replenish Debt Service Fund                                                    0.00
4. Expenses related to :
   a. The Issuance of the Bonds                                   $0.00
   b. Credit Facilities                                            0.00
   c. Interest Rate Exchange Agreements                            0.00           0.00

   Total Amount Necessary                                                    $30,334,056.89

Amount to be received during each of the first 10 months of fiscal year        $3,033,405.69

Prepared by: _____ **Redacted**

                 Miriam Pascual
Revised by: _____ **Redacted**

                 Amelia Maestre
Authorized by: _____ **Redacted**

                 Jesús García

Date May 11, 2015

CONFIDENTIAL                                                        CCDA_STAY0004219

CONFIDENTIAL

CCDA_STAY0004220



COMMONWEALTH OF
PUERTO RICO

Government Development Bank
for Puerto Rico

May 11, 2015

Diana P. Torres, AT
The Bank of New York
101 Barclay Street – 7W
New York, NY 10286

Dear Ms. Torres:

Enclosed is the Government Development Bank for Puerto Rico (GDB) Certificate as required under the Trust Agreement dated March 24, 2006, and under Section 31A of the Occupancy Tax Act ("Tax Act"). The certificate states the amounts required to fulfill the Puerto Rico Convention Center District Authority debt service payments for the Hotel Occupancy Tax Revenue Bonds Series A, for the upcoming fiscal year and the first day of the second succeeding fiscal year.

As stated in the enclosed Certificate, and as required under the Tax Act, the Tourism Company shall transfer to GDB, on a monthly basis, an amount equal to one tenth (1/10) of the total amount necessary for payment to be deposited in a Hotel Occupancy Tax Pledge Account (account [Redacted]994-7), which amounts to $3,033,405.69 for each of the first ten months of fiscal year 2015-2016.

The GDB Certificate is enclosed as required. These numbers were verified and confirmed by Bank of New York Mellon, Trustee.

Cordially,

**Redacted**

Jesús M. García Rivera
Vice President and Director
Revenue Obligations Financing Department

c   Mrs. Melba Acosta, Esq., CPA
   Mr. Christopher Byrnes
   Mr. Jorge Clivillés, CPA
   Mr. Arnaldo Maestre
   Mrs. Miriam Pascual
   Mrs. Brenda González

Enclosure

PO Box 42001
San Juan, PR 00940-2001
Telephone (787) 722-2525



GOVERNMENT
DEVELOPMENT
BANK FOR
PUERTO RICO

Government Development Bank for Puerto Rico
PRCCDA Hotel Occupancy Tax Revenue Bonds Series A
Amount necessary to make the required debt service payments
For fiscal year 2016 and the first day of the succeeding fiscal year
Prepared on May 11, 2015

1. Principal and Interest of the Bonds:
   a. Payment of Principal and/or Interest:
   
   | | | | |
   |---|---|---|---|
   | i. July 1, 2015 | $20,564,406.25 | | |
   | ii. January 1, 2016 | 9,504,656.25 | | |
   | iii. July 1, 2016 | 20,829,656.25 | $50,898,718.75 | |
   | b. Less amount on deposit in: | | | |
   | i. Bond Payment Fund | $20,564,661.86 | | |
   | ii. Capitalized Interest Account | | 20,564,661.86 | $30,334,056.89 |

2. Authority's Obligations:
   
   | | | | |
   |---|---|---|---|
   | a. Credit Facilities | | $0.00 | |
   | b. Interest Rate Exchange Agreements | | 0.00 | 0.00 |

3. Replenish Debt Service Fund

|  | 0.00 |
|---|---|

4. Expenses related to :
   
   | | | | |
   |---|---|---|---|
   | a. The Issuance of the Bonds | | $0.00 | |
   | b. Credit Facilities | | 0.00 | |
   | c. Interest Rate Exchange Agreements | | 0.00 | 0.00 |

| Total Amount Necessary | $30,334,056.89 |
|---|---|

| Amount to be received during each of the first 10 months of fiscal year | $3,033,406.89 |
|---|---|

Prepared by: **Redacted**
Miriam Pascual

Revised by: **Redacted**
Arnaldo Pinestre

Authorized by: **Redacted**
Jesús García

Date May 11, 2015

CCDA_STAY0004222

## Government Development Bank for Puerto Rico Certificate

I, Jesús M. García Rivera, Vice President and Revenue Obligations Financing Director of the Government Development Bank for Rico ("GDB"), a public corporation of the Commonwealth of Puerto Rico created by Act No. 17 of September 23, 1948, HEREBY CERTIFIES to the Puerto Rico Convention Center District Authority (the "Authority"), the Puerto Rico Tourism Company (the "Tourism Company") and The Bank of New York, successor in interest to JPMorgan Chase Bank, as trustee (the "Trustee") under the Trust Agreement, dated March 24, 2006 (the "Trust Agreement") between the Authority and the Trustee (all capitalized terms used but not defined herein shall have the respective meanings set forth in the Trust Agreement) the following.

This Certificate is issued in connection with the payments required for fiscal year 2015-2016 and the first day of the succeeding fiscal year.

1. The following are the total sums necessary for the Authority to make the following payments during the upcoming fiscal year and the first day of the second succeeding fiscal year:

(a) Payments equal to the amount set forth below (after taking into account any amounts then on deposit in the Bond Payment Fund and the Capitalized Interest Account of the Proceeds Fund available therefor) for the full and timely payment, or the amortization, of the principal and interest on the Bonds due on July 1st and January 1st of the immediately succeeding fiscal year and July 1st of the second succeeding fiscal year (including any amounts due in connection with prior payments for which there were insufficient funds):

| | |
|---|---|
| Amount necessary for Principal and Interest | $50,898,718.75 |
| Offsets due to amounts held in the Earnings Account of the Proceeds Fund (-) | |
| Offsets due to amounts held in the Bond Payment Fund (-) | 20,564,661.86 |
| Offsets due to Capitalized Interest in the Proceeds Fund (-) | |
| Shortfalls due to Hotel Occupancy Tax Funds used pursuant to the provisions of Section 8 Article VI of the Constitution (+) | |
| Other shortfalls from prior years (+) | |
| Total Amount due (the "Total Amount") | $30,334,056.89 |

Redacted

DM3\339973.5

CONFIDENTIAL

CCDA_STAY0004223

The Total Amount will be paid in monthly installments as set forth below:[*]

| July | $3,033,405.69 |
|------|---------------|
| August | $3,033,405.69 |
| September | $3,033,405.69 |
| October | $3,033,405.69 |
| November | $3,033,405.69 |
| December | $3,033,405.69 |
| January | $3,033,405.69 |
| February | $3,033,405.69 |
| March | $3,033,405.69 |
| April | $3,033,405.69 |
| May | N/A |
| June | N/A |

(b) Full and timely payment of the obligations of the Authority under any Credit Facilities or any Interest Rate Exchange Agreements, which in the future may be entered into by the Authority with the prior written authorization of the Tourism Company;[*]

| July | N/A |
|------|-----|
| August | N/A |
| September | N/A |
| October | N/A |

---

[*] All amounts set forth in paragraph 1 will be adjusted upward to take into account any shortfalls occurring during the Fiscal Year. This may include payments in May and June of such Fiscal Year together with future Fiscal Years

Redacted

OM3\339975.5

2

CCDA_STAY0004224

| November | N/A |
|----------|-----|
| December | N/A |
| January  | N/A |
| February | N/A |
| March    | N/A |
| April    | N/A |
| May      | N/A |
| June     | N/A |

(c) The deposits required to replenish the Debt Service Reserve Fund established under the Trust Agreement;[*] and

| July      | N/A |
|-----------|-----|
| August    | N/A |
| September | N/A |
| October   | N/A |
| November  | N/A |
| December  | N/A |
| January   | N/A |
| February  | N/A |
| March     | N/A |
| April     | N/A |
| May       | N/A |
| June      | N/A |

Redacted

OM3\6399975.5

3

CONFIDENTIAL

CCDA_STAY0004225

(d) Any other expenses incurred in connection with (i) the issuance of the Bonds, or (ii) with any Credit Facilities or Interest Rate Exchange Agreements.[*]

| July | N/A |
| August | N/A |
| September | N/A |
| October | N/A |
| November | N/A |
| December | N/A |
| January | N/A |
| February | N/A |
| March | N/A |
| April | N/A |
| May | N/A |
| June | N/A |

2. The total amount due for all amounts set forth in paragraph 1 is $30,334,056.89.

3. Amounts set forth in paragraph 1 are in accordance with the provisions set forth in the Trust Agreement and the Assignment and Coordination Agreement, dated as of March 24, 2006, by and between the Tourism Company and GDB.

4. GDB will deposit all required Hotel Occupancy Tax Funds as set forth in this Certificate in accordance with the Pledge Agreement.

5. The Trustee will deposit into the Bond Payment Fund promptly upon receipt but in no event later than the third Business Day after receipt thereof, beginning on the first month of the next succeeding Fiscal Year, an amount sufficient, together (in the case of interest only) with any capitalized interest and accrued interest as set forth in the Proceeds Fund, to pay the amount of interest and principal

---

[*] All amounts set forth in paragraph 1 will be adjusted upward to take into account any shortfalls occurring during the Fiscal Year. This may include payments in May and June of such Fiscal Year together with future Fiscal Years.

Redacted

DM3\339975.3

4

CCDA_STAY0004226

payable for the year in the amounts set forth below (such annual deposit being first satisfied with respect to interest on the Bonds and then with respect to principal on the Bonds):

|  | Principal | Interest |
|---|---|---|
| July | N/A | |
| August | N/A | |
| September | N/A | |
| October | N/A | |
| November | N/A | |
| December | N/A | |
| January | N/A | |
| February | N/A | |
| March | N/A | |
| April | N/A | |
| May | N/A | |
| June | N/A | |

**IN WITNESS WHEREOF**, the undersigned has hereunto set his official signature and the corporate seal of Government Development Bank for Puerto Rico this May 11, 2015.

GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO

By:_____ **Redacted**

DM3\3310975.5

5

CCDA_STAY0004227



**BGF**

**FUNDS TRANSFER ORDER**   CONTROL NO.   T 103498

| Originated by (Agency Name) | | | | Date |
|---|---|---|---|---|
| Autoridad del Distrito del Centro de Convenciones de Puerto Rico | | | | 04-Aug-15 |

| Transfer to: | Accounts to be Debited | Accounts to be Credited | ABA Number: | Amount |
|---|---|---|---|---|
| Compañía de Turismo<br>Room Tax-Concetration Surplus | [Redacted]975-8<br>(IBA- Turismo) | | | $ 3,033,405.69 |
| | | [Redacted]994-7<br>(IBA-ADCC) | | $ 3,033,405.69 |
| PRCCDA Series A<br>Hotel Occupancy Tax<br>Pledge Account | | | | |

*(stamp: 15 AUG -4 AM 8:31  BCO. GUB. DE FOMENTO P.R.A. PUERTO RICO SAN JUAN P.R. DIV. ESTADOS DE CUENTAS)*

Special Instructions:

Pago del mes de agosto del 2015 por $3,033,405.69 del servicio de la deuda de la emisión de bono por $468,800,000 de la
Autoridad del Distrito del Centro de Conveciones de Puerto Rico, Serie A.

Redacted

# Redacted

| Prepared by: Redacted | Approved by: |
|---|---|
| Maria Inocencio Rodriguez | Hector Betancourt Nieves |

Government Development Bank for Puerto Rico is hereby authorized to make the funds transfer between the above
mentioned accounts. Approved by:

| _____ | _____ |
|---|---|
| Authorized Signature | Authorized Signature |

FOR GOVERNMENT DEVELOPMENT BANK USE ONLY

| Order Received by: | Approved by: | Entered To DDA by: |
|---|---|---|
| Date: | Date: | Date: |

NN25-0068-0590                    GDB COPY

CONFIDENTIAL

CCDA_STAY0004228

CONFIDENTIAL

CUSTOMER ACCOUNT SUMMARIES - ACCOUNT STATEMENT          as of : 08 03 2015
ID : 200088    001 NAME : BANCO GUBERNAMENTAL DE FOMENTO (BGF)
    Consolidated balance :    104,943,400.32 U

```
      account number ............. :        Redacted        9947
      account balance ............ :            0.00
date     transaction amount      balance    value description
```
----------------------------------------------------------------------
```
070615     3,033,405.69-            0.00 070615 TRF BANK NY/PR CONVENTION
070615     3,033,405.69     3,033,405.69 070615 TRF 103483 FROM Redacted 9758
040715     3,033,841.10-            0.00 040715 TRF ADCC 468.8MM SERIE A
040715     3,033,841.10     3,033,841.10 040615 TRF 103419 FROM Redacted 9758
030615     3,033,841.10-            0.00 030615 TRF BONY/PR CONVENTION CT
030515     3,033,841.10     3,033,841.10 030515 TRF 103407 FROM Redacted 9758
02? ?5     3,033,841.10-            0.00 020415 TRF BONY/PR CONVENTION CT
0? 5       3,033,841.10     3,033,841.10 020315 TRF 103389 FROM Redacted 9758
011415     3,033,841.10-            0.00 011415 TRF BONY/PR CONV CTR
011215     3,033,841.10     3,033,841.10 011215 TRF 103376 FROM Redacted 9758
120514     3,033,841.10-            0.00 120514 TRF BONY/PR CONVENTION CT
                            3,033,841.10        Carry Forward Balance
```
----------------------------------------------------------------------

CCDA_STAY0004229



ESTADO LIBRE ASOCIADO DE
P U E R T O   R I C O

DDEC ·Compañía de Turismo de Puerto Rico

3 de agosto de 2015

Jesús M. García, Vicepresidente y Director
Dept. de Financ. de Obligaciones de Rentas
Banco Gubernamental de Fomento para PR
P.O. Box 42001
San Juan, PR  00940-2001

Vía E-mail: jesus.m.garcia@bgfpr.com

**SERVICIO DE DEUDA**
**AUTORIDAD DEL DISTRITO DE CENTRO DE CONVENCIONES**

Estimado señor García:

Autorizamos debitar de la cuenta "Room Tax-Concentration Surplus" número Redacted 975-8, la cantidad de **$3,033,405.69** a los fines de remitir el **pago correspondiente al mes de agosto de 2015**. Esto con el propósito de cubrir el servicio de deuda de la emisión de bonos de la Autoridad del Distrito del Centro de Convenciones, relacionado al año fiscal 2015-2016.

**Agradeceré nos confirmen, vía·email (sonia.rivera@tourism.pr.gov), una vez completada la transacción.** De tener alguna pregunta adicional, favor de comunicarse con el que suscribe a la extensión 3043.

Atentamente,

**Redacted**

Samuel Sierra Rivera, CPA
Principal Oficial Financiero

c   ingrid.rivera@tourism.pr.gov
    arnaldo.maestre@bgfpr.com
    miriam.t.pascual@bgfpr.com
    maria.inocencio@bgfpr.com
    brenda.gonzalez@bgfpr.com
    dafne.santiago@bgfpr.com

/ss

PO Box 9023960, San Juan, P.R. 00902-3960

Tel: 787.721.2400



COMPAÑÍA DE
TURISMO
PUERTO RICO

# CERTIFIED TRANSLATION

CERTIFIED TRANSLATION

Commonwealth of Puerto Rico
Government Development Bank for Puerto Rico GDB

August 3, 2015

CPA Samuel Sierra
Finance Director
Tourism Company
Paseo la Princesa 32
San Juan, Puerto Rico 00902

Dear CPA Sierra

Pursuant to the Government Development Bank for Puerto Rico (GDB) Certification of May 11, 2015, the amount necessary to cover the bonds Series A service for $468.8 million from the Convention Center corresponding to the fiscal year 2015-2016 ascends to $30,334.056.89. From this amount, the payment corresponding to the month of August 2015 ascends to $3,033,405.69.

We request you remit the payment of $3,033,405.69 within the next ten (10) work days so we can transfer that money to the Trust Beneficiary, pursuant to the laws and agreements that regulate the transaction. That money will be deposited in the account named "Hotel Occupancy Tax Pledge Account" which the Bank has to register the receipt and transfer transactions of such funds.

Please, send the payment by check or debit authorization to your account in the GDB to the attention of Mr. Hector Betancourt Nieves (Hector.BetancourtNieves@bgfpr.com); Arnaldo Maestre Pujals (arnaldo.maestre@bgfpr.com) and Mrs. Maria Inocencio (Maria.Inocencio@bgfpr.com) and Dafne Santiago Vega (dafne.santiago@bgfpr.com), at the 2nd floor of the Bank. Should you have any questions, you can contact the undersigned at the telephone number 787-722-2525, extensions 15296, 15250, 15253, 15294 and 15295, respectively.

Sincerely,
[signed]
Jesus M. Garcia
Vice-President and Director
Financing of Rent Obligations

c.      Arnaldo Maestre
        Hector Betancourt
        Maria Inocencio
        Enclosures

PO Box 42001
San Juan, PR 00940-2001
Telephone (787) 722-2525                    GDB GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO

CONFIDENTIAL                                        CCDA_STAY0004215

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

**[tr. note:  the pages identified : 4216, 4217, 4218, 4219, 4220, 4221, 4222, 4223, 4224, 4225, 4226, 4227, 4228, 4229 are already in English in the original document-the translation of 4230 is after this tr. note]**

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Commonwealth of Puerto Rico

DDEC-Tourism Company of Puerto Rico

August 3, 2015

Jesus M. Garcia, Vice-president and Director
Department of Financing of Rents Obligations
Government Development Bank for PR
P.O. Box 42001
San Juan, PR 00940-2001

Via E-mail: jesus.m.garcia@bgfpr.com

**DEBT SERVICE**
**CONVENTION CENTER DISTRICT AUTHORITY**

Dear M. Garcia:

We authorize the debit of the amount of **$3,033,405.69** from the account "Room Tax-Concentration Surplus" number Redacted 975-8, in order to remit the **payment corresponding to the month of August 2015**. This with the purpose of covering the service of debt of the issuance of bonds of the Convention Center District Authority, related to fiscal year 2015-2016.

**I will appreciate you confirm, via e-mail (sonia.rivera@tourism.pr.gov) once the transaction is completed.** Should you have any additional questions, please contact the undersigned at extension 3043.

Cordially,
[signed]
Samuel Sierra Rivera, CPA
Chief Financial Officer

C    ingrid.rivera@tourism.pr.gov
     arnaldo.maestre@bgfpr.com
     miriam.t.pascual@bgfpr.com
     maria.inocencio@bgfpr.com
     brenda.gonzalez@bgfpr.com
     dafne.santiago@bgfpr.com

PO Box 9023960, San Juan, P.R. 00902-3960
Tel: 787-721-2400                                          PUERTO RICO TOURISM COMPANY

CONFIDENTIAL                                               CCDA_STAY0004230


I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.