# **EXHIBIT 34**



**GDB**

GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO
SAN JUAN, PUERTO RICO
ORDER TO TRANSFER

RECEIVED
DEPTO. PREINTERVENCION
15 APR -7 AM 10: 29

Control Number: MCCP 4730

| Origination Unit: | ☐ Pre-Audit | ☒ Financing Area | ☐ DDA | ☐ Operations | ☐ Treasury | |
|---|---|---|---|---|---|---|
| ☐ Subsidiaries | | | ☐ Affiliates | | ☒ Other-Unit | Capital Markets |

Verify by: Miriam T. Pascual Escribano / Redacted  Date: 04/06/2015
Approved by: Arnaldo Maestre Dumas/Jesús García

Date of Transfer: 04/07/2015
Amount: $3,033,841.10

Transfer to: Redacted  Redacted
**The Bank of New York Mellon**

ABA or Chips Number: 021000018

For the Account of:
**P.R. Convention Center**
( Ref: Diana F Torres 212-815-6955 / Christopher Byrnes 212-815-5541 )

Account Number:
Credit GLA 211065
Further credit [Redacted]6334- PR Convention Center
PRCCDA Bond Payment Fund

For Further Credit to:

Account Number:

Authorized by:   Date:

Authorized by:   Date:

Message or Special Instructions:
PR Convention Center Authory $468.8MM, Series A (2006) Bonds (Commonwealth Appropiation Bonds), corresponding to fiscal 2014-15.

For Investment Operations Division Purposes Only

| Precode | Security ID | Entered by | Approved by |
|---|---|---|---|
| | | Date | Date |

For Accounting Department Clearing Division Purposes Only

☐ GL / ☒ IBA Account Number to Be Debited    IBA [Redacted]994-7

CONFIDENTIAL                                                                                          CCDA_STAY0004278

**Pascual, Miriam (GDB)**

| | |
|---|---|
| From: | Maestre Pujals, Arnaldo (GDB) |
| Sent: | Monday, January 12, 2015 2:33 PM |
| To: | Pascual, Miriam (GDB) |
| Subject: | FW: PRCCDA debt service |
| Categories: | Red Category |

MCCP 4730

**Arnaldo Maestre**
Ejecutivo de Cuentas Senior
Financiamiento Público – Obligaciones de Rentas
Banco Gubernamental de Fomento para Puerto Rico
Teléfono: (787) 722-2525 Ext. 15294
Email: Arnaldo.Maestre@bgfpr.com
Web: www.bgfpr.com

 

CONFIDENTIALITY NOTE: This electronic transmission contains information belonging to the Government Development Bank for Puerto Rico, its subsidiaries and/or affiliates, which is confidential and/or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail or telephone that this message has been inadvertently transmitted to you and delete this e-mail from your system. If you have received this transmission in error, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of the information is strictly prohibited. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful.

**From:** Torres, Diana F [mailto:diana.f.torres@bnymellon.com]
**Sent:** Wednesday, July 02, 2014 4:16 PM
**To:** Maestre Pujals, Arnaldo (GDB)
**Subject:** RE: PRCCDA debt service

Hi Arnaldo,

Yes, the wire instructions are correct.

Saludos,
Diana

**Diana F. Torres,** Client Service Manager · BNY Mellon
101 Barclay - 7 West, New York, NY 10286 · Tel 212.815.6955 · Fax 212.815.5595 · diana.f.torres@bnymellon.com

**From:** Maestre Pujals, Arnaldo (GDB) [mailto:Arnaldo.Maestre@bgfpr.com]
**Sent:** Wednesday, July 02, 2014 4:09 PM
**To:** Torres, Diana F
**Subject:** PRCCDA debt service

Hola Diana:

1

Please confirm that the wire instructions for the PRCCDA debt service funds are:

The Bank of New York Mellon
ABA [Redacted] 0018
Credit [Redacted] 1065
Further credit [Redacted] 6334 - PR Convention Center
PRCCDA Bond Payment Fund
Ref: Diana F Torres 212-815-6955 / Christopher Byrnes 212-815-5541

Thank you.

**Arnaldo Maestre**
Ejecutivo de Cuentas Senior
Financiamiento Público – Obligaciones de Rentas
Banco Gubernamental de Fomento para Puerto Rico
Teléfono: (787) 722-2525 Ext. 15294
Email: Arnaldo.Maestre@bgfpr.com
Web: www.bgfpr.com

 

CONFIDENTIALITY NOTE: This electronic transmission contains information belonging to the Government Development Bank for Puerto Rico, its subsidiaries and/or affiliates, which is confidential and/or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail or telephone that this message has been inadvertently transmitted to you and delete this e-mail from your system. If you have received this transmission in error, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of the information is strictly prohibited. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful.

This email communication and any attachment thereto, contains information that belongs to Government Development Bank for Puerto Rico, its subsidiaries and/or affiliates and which may be confidential, privileged and/or proprietary. It is solely for the use of its intended recipient. Access, retention, dissemination, distribution, copying and/or any other use of this email or any attachments thereto, or any information contained herein, by another person other than its intended recipient, is strictly prohibited. If you are not the intended recipient of this communication please immediately notify the sender of the error and delete it (including all of its attachments) from your computer. Unauthorized interception of this e-mail is a violation of federal criminal law. Although we attempt to sweep all e-mail communications and attachments for viruses, we do not guarantee that either are virus free and disclaim any liability for any damage sustained as a result of viruses.

This is for informational purposes only; from sources the Firm believes reliable; may not be accurate or complete; is subject to change; is not a recommendation or offer to buy/sell a financial instrument or adopt any investment strategy; is not legal, tax, credit or accounting advice. Do not use e-mail to submit any instructions acceptances are at your risk. The Firm or its affiliates lends to, borrows from and provides other products/services to issuers and others, receives compensation therefor, and periodically has a direct or indirect financial interest in the financial instruments/transactions indicated. Additional risks may exist that are not referenced. Past performance is not indicative of future returns. Other than CDs, financial instruments: are not FDIC insured; are not deposits or other obligations of and are not

2

guaranteed by the Firm or any bank or non-bank affiliate; and involve investment risk including possible loss of principal. The Firm is a wholly owned, indirect non-bank subsidiary of The Bank of New York Mellon Corporation, and a member of FINRA and SIPC, and is solely responsible for its obligations and commitments.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

CONFIDENTIAL

CCDA_STAY0004281

CONFIDENTIAL

CCDA_STAY0004282



ESTADO LIBRE ASOCIADO DE
PUERTO RICO

DDEC·Compañía de Turismo de Puerto Rico

6 de abril de 2015

MCCP 4730

Jesús M. García, Vicepresidente y Director
Dept. de Financ. de Obligaciones de Rentas
Banco Gubernamental de Fomento para PR
P.O. Box 42001
San Juan, PR 00940-2001

Vía E-mail: jesus.m.garcia@bgfpr.com

**SERVICIO DE DEUDA**
**AUTORIDAD DEL DISTRITO DE CENTRO DE CONVENCIONES**

Estimado señor Maestre:

Autorizamos debitar de la cuenta "Room Tax-Concentration Surplus" número [Redacted]975-8, la cantidad de **$3,033,841.10** a los fines de remitir el **pago correspondiente al mes de abril de 2015**. Esto con el propósito de cubrir el servicio de deuda de la emisión de bonos de la Autoridad del Distrito del Centro de Convenciones, relacionado al año fiscal 2014-2015.

Agradeceré nos confirmen, vía-email (sonia.rivera@tourism.pr.gov), una vez completada la transacción. De tener alguna pregunta adicional, favor de comunicarse con el que suscribe a la extensión 3043.

Atentamente,

[Redacted]

Samuel Sierra Rivera, CPA
Principal Oficial Financiero

c   ingrid.rivera@tourism.pr.gov
    arnaldo.maestre@bgfpr.com
    miriam.t.pascual@bgfpr.com
    dafne.santiago@bgfpr.com

/sr

PO Box 9023960, San Juan, P.R. 00902-3960
Tel: 787.721.2400



COMPAÑIA DE
TURISMO
PUERTO RICO

CONFIDENTIAL

CCDA_STAY0004284

Case:17-03283-LTS Doc#:13315-15 Filed:06/01/20 Entered:06/01/20 23:07:36 Desc:
Ex. 34: Transmittal Authorization for GDB -9758 (Apr. 2015) Page 9 of 20



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**

Banco Gubernamental de Fomento para Puerto Rico

30 de marzo de 2015

CPA Samuel Sierra
Director de Finanzas
Compañía de Turismo
Paseo la Princesa 32
San Juan, Puerto Rico 00902

*Recibido en Finanzas CTPR 3/31/15 1:28 pm* [Redacted]

Estimado CPA Sierra:

De conformidad con la Certificación del Banco Gubernamental de Fomento para Puerto Rico (BGF) del 16 de mayo de 2013, la cantidad necesaria para cubrir el servicio de los bonos Serie A por $468.8 millones del Centro de Convenciones correspondiente al año fiscal 2014-2015 asciende a $30,338,410.95. De esta cantidad, el pago correspondiente al mes de abril de 2015 asciende a $3,033,841.10.

Solicitamos remita el pago por $3,033,841.10 dentro de los próximos diez (10) días laborables de manera que podamos transferir esos dineros al Fideicomisario según las leyes y los acuerdos que rigen la transacción. Ese dinero será depositado en la cuenta denominada "Hotel Occupancy Tax Pledge Account" que tiene el Banco para registrar las transacciones de recibo y transferencia de dichos fondos.

Por favor envíe el pago mediante cheque o autorización de débito a su cuenta en el BGF, con atención a Sr. Arnaldo Maestre Pujals (e-mail: arnaldo.maestre@bgfpr.com), Sra. Miriam Pascual (e-mail: miriam.t.pascual@bgfpr.com), Sr. Héctor Betancourt (e-mail: hector.betancourt@bgfpr.com), Sra. Dafne Santiago Vega (e-mail: dafne.santiago@bgfpr.com) y Sra. Brenda González (e-mail: brenda.gonzalez@bgfpr.com), piso 2 del Banco. De tener alguna interrogante, puede comunicarse con el que suscribe a los teléfonos, 722-2525, extensiones 15294, 15252, 15296, 15295 ó 15253 respectivamente.

Atentamente,

[Redacted]

Arnaldo Maestre
Ejecutivo de Cuentas Senior
Financiamiento Público de Obligaciones de Rentas

c: Jesús M. García
   Miriam T. Pascual

Anejos

PO Box 42001
San Juan, PR 00940-2001
Teléfono (787) 722-2525



BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO

CONFIDENTIAL
CCDA_STAY0004285

**Pascual, Miriam (GDB)**

| | |
|---|---|
| From: | Sonia Rivera Ayala <sonia.rivera@tourism.pr.gov> |
| Sent: | Monday, April 06, 2015 3:09 PM |
| To: | Garcia, Jesus (GDB); Maestre Pujals, Arnaldo (GDB); Pascual, Miriam (GDB) |
| Cc: | Ingrid I. Rivera; Samuel Sierra Rivera; Manuel Barreiro; Ileana Ortiz Reyes; Amilcar Torres Delgado; Elizabeth Torres Lopez; Johanna Miranda |
| Subject: | FW: Pago Serv. Deuda Centro Conv. - ABRIL 2015 |
| Attachments: | 20150406154856400.pdf |

Buenas Tardes. Se incluye carta autorizando transferencia para cubrir el pago de la deuda de emisión de bonos, de la Autoridad del Distrito del Centro de Convenciones de PR.
El pago corresponde al mes de ABRIL de 2015.

Gracias,

Sonia Ivette Rivera
Ayudante Especial - Finanzas
Co. de Turismo de Puerto Rico
Edif. Ochoa, 3er piso, Viejo San Juan
787-721-2400 ext. 3407
e-mail: sonia.rivera@tourism.pr.gov

-----Original Message-----
From: scanning@tourism.pr.gov [mailto:scanning@tourism.pr.gov]
Sent: Monday, April 06, 2015 3:49 PM
To: Sonia Rivera Ayala
Subject: Pago Serv. Deuda Centro Conv. - ABRIL 2015

This E-mail was sent from "RNPF225DA" (Aficio MP 5000).

Scan Date: 04.06.2015 15:48:56 (-0400)
Queries to: scanning@tourism.pr.gov

1

CONFIDENTIAL
CCDA_STAY0004286

# CERTIFIED TRANSLATION

CERTIFIED TRANSLATION

[tr. note: This page is in English and therefore does not require translation.]

CONFIDENTIAL

CCDA_STAY0004278


I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[tr. note: This page is in English and therefore does not require translation, with the exception of the following excerpt:]

[signature of e-mail in upper portion of page:]

**Arnaldo Maestre**
Senior Account Executive
Public Financing – Rent Obligations
Government Development Bank for Puerto Rico
Telephone: (787) 722-2525 Ext. 15294
Email: Arnaldo.Maestre@bgfpr.com
Web: www.bgfpr.com

CONFIDENTIAL  CCDA_STAY0004279

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[tr. note: This page is in English and therefore does not require translation, with the exception of the following excerpt:]

[signature of e-mail in upper portion of page:]

**Arnaldo Maestre**
Senior Account Executive
Public Financing – Rent Obligations
Government Development Bank for Puerto Rico
Telephone: (787) 722-2525 Ext. 15294
Email: Arnaldo.Maestre@bgfpr.com
Web: www.bgfpr.com

CONFIDENTIAL

CCDA_STAY0004280

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[tr note: This page is in English and therefore does not require translation.]

CONFIDENTIAL

CCDA_STAY0004281


I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[tr. note: Blank page]

CONFIDENTIAL

CCDA_STAY0004282


I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[seal] **COMMONWEALTH OF PUERTO RICO**
DDEC-Puerto Rico Tourism Company

[hw:] *MCCP 4730*

April 6, 2015

Jesús M. García, Vice President and Director
Dept. of Finance and Rent Obligations
Government Development Bank for PR
P.O. Box 42001
San Juan, PR 00940-2001

Via E-mail: jesus.m.garcia@bgfpr.com

**DEBT SERVICING
CONVENTION CENTER DISTRICT AUTHORITY**

Dear Mr. Maestre:

We authorize debiting from the "Room Tax-Concentration Surplus" account number [Redacted]975-8, the amount of **$3,033,841.10** in order to remit the **payment corresponding to the month of April 2015.** This in order to cover the servicing of debt from the issuance of bonds of the Convention Center District Authority, related to fiscal year 2014-2015.

I would appreciate it if you could confirm, by e-mail (sonia.rivera@tourism.pr.gov), once the transaction has been completed. Should you have any additional questions, please contact the undersigned at extension 3043.

Sincerely,

[signature]
Samuel Sierra Rivera, CPA
Chief Financial Officer

c    ingrid.rivera@tourism.pr.gov
     arnaldo.maestre@bgfpr.com
     miriam.t.pascual@bgfpr.com
     dafne.santiago@bgfpr.com

/sfr

PO Box 9023960, San Juan, P.R. 00902-3960
Tel: 787.721.2400           [logotype:] *PUERTO RICO TOURISM COMPANY*

CONFIDENTIAL           CCDA_STAY0004283

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[tr. note: Blank page]

CONFIDENTIAL

CCDA_STAY0004284



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[seal] COMMONWEALTH OF
**PUERTO RICO**
Government Development Bank
for Puerto Rico

[hw:] *Received in Finance;*
*CTPR; 3/31/15 1:28 pm*
[initials]

March 30, 2015

CPA Samuel Sierra
Finance Director
Tourism Company
Paseo la Princesa 32
San Juan, Puerto Rico

Dear CPA Sierra:

In accordance with the Certification of the Government Development Bank for Puerto Rico (GDB) from May 16, 2013, the necessary amount to cover the servicing of the Series A Convention Center bonds for $468.8 million corresponding to fiscal year 2014-2015 amounts to $30,338,410.95. Of that amount, the payment corresponding to the month of April 2015 amounts to $3,033,841.10.

We request that you remit the payment for $3,033,841.10 within the next ten (10) business days so that we can transfer that money to the Trust pursuant to the laws and agreements that govern the transaction. That money will be deposited in the account named "Hotel Occupancy Tax Pledge Account" that the Bank has for recording the receipt transactions and transfer of said funds.

Please send the payment by check or authorization to debit your account with the GDB, addressed to Mr. Arnaldo Maestre Pujals (e-mail: arnaldo.maestre@bgfpr.com), Ms. Miram Pascual (e-mail: miriam.t.pascual@bgfpr.com), Mr. Héctor Betancourt (e-mail: hector.betancourt@bgfpr.com), Ms. Dafne Santiago Vega (e-mail: dafne.santiago@bgfpr.com), and Ms. Brenda González (e-mail: brenda.gonalez@bgfpr.com), on the 2nd floor of the Bank. Should you have any questions, you can contact the undersigned at the telephone numbers, 722-2525, extensions 15294, 15252, 15296, 15295, or 15253, respectively.

Sincerely,

[signature]

Arnaldo Maestre
Senior Account Executive
Public Financing of Rent Obligations

c: *Arnaldo Maestre*
*Miriam T. Pascual*

*Enclosure*

PO Box 42001
San Juan, PR 00940-2001
Telephone: (787) 722-2525

[logotype:] *GDB; GOVERNMENT DEVELOPMENT BANK*
*FOR PUERTO RICO*

CONFIDENTIAL

CCDA_STAY0004285

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

## Pascual, Miriam (GDB)

| | |
|---|---|
| **From:** | Sonia Rivera Ayala <sonia.rivera@tourism.pr.gov> |
| **Sent:** | Monday, April 06, 2015 3:09 PM |
| **To:** | Garcia, Jesus (GDB); Maestre Pujals, Arnaldo (GDB); Pascual, Miriam (GDB) |
| **Cc:** | Ingrid I. Rivera; Samuel Sierra Rivera; Manuel Barreiro; Ileana Ortiz Reyes; Amilcar Torres Delgado; Elizabeth Torres Lopez; Johanna Miranda |
| **Subject:** | FW: Conv. Center Debt Serv. Payment – APRIL 2015 |
| **Attachments:** | 20150406154856400.pdf |

Good afternoon. Included is the letter authorizing the transfer to cover the payment of the bond issuance debt, from the PR Convention Center District Authority.
The payment corresponds to the month of APRIL 2015.

Thanks,

Sonia Ivette Rivera
Special Assistant – Finances
Puerto Rico Tourism Co.
Ochoa Bldg., 3rd Floor, Old San Juan
787-721-2400 ext. 3407
e-mail: sonia.rivera@tourism.pr.gov


-----Original Message-----
From: scanning@tourism.pr.gov [mailto:scanning@tourism.pr.gov]
Sent: Monday, April 06, 2015 3:49 PM
To: Sonia Rivera Ayala
Subject: Conv. Center Debt Serv. Payment – APRIL 2015

This E-mail was sent from "RNPF22DA" (Aficio MP 5000)

Scan Date: 04.06.2015 15:48:56 (-0400)
Queries to: scanning@tourism.pr.gov

1

CONFIDENTIAL                                              CCDA_STAY0004286

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.