# <u>EXHIBIT 37</u>



ESTADO LIBRE ASOCIADO DE
P U E R T O   R I C O
DDEC-Compañía de Turismo de Puerto Rico

MCCP 4720

3 de febrero de 2015

Jesús M. García, Vicepresidente y Director
Dept. de Financ. de Obligaciones de Rentas
Banco Gubernamental de Fomento para PR
P.O. Box 42001
San Juan, PR 00940-2001

Vía E-mail: jesus.m.garcia@bgfpr.com

**SERVICIO DE DEUDA**
**AUTORIDAD DEL DISTRITO DE CENTRO DE CONVENCIONES**

Estimado señor Maestre:

Autorizamos debitar de la cuenta "Room Tax-Concentration Surplus" nú Redacted 975-8, la cantidad de **$3,033,841.10** a los fines de remitir el **pago correspondiente al mes de febrero de 2015.** Esto con el propósito de cubrir el servicio de deuda de la emisión de bonos de la Autoridad del Distrito del Centro de Convenciones, relacionado al año fiscal 2014-2015.

**Agradeceré nos confirmen, vía-email (sonia.rivera@tourism.pr.gov), una vez completada la transacción.** De tener alguna pregunta adicional, favor de comunicarse con el que suscribe a la extensión 3043.

Atentamente,

# Redacted

Samuel Sierra Rivera, CPA
Principal Oficial Financiero

c    ingrid.rivera@tourism.pr.gov
     arnaldo.maestre@bgfpr.com
     miriam.t.pascual@bgfpr.com
     dafne.santiago@bgfpr.com

/sa

PO Box 9023960, San Juan, P.R. 00902-3960

Tel: 787.721.2400



CONFIDENTIAL

CCDA_STAY0004297

## Pascual, Miriam (GDB)

| | |
|---|---|
| **From:** | Sonia Rivera Ayala <sonia.rivera@tourism.pr.gov> |
| **Sent:** | Tuesday, February 03, 2015 12:00 PM |
| **To:** | Garcia, Jesus (GDB); Maestre Pujals, Arnaldo (GDB); Pascual, Miriam (GDB); dafne.santiago@bgfpr.com |
| **Cc:** | Ingrid I. Rivera; Samuel Sierra Rivera; Manuel Barreiro; Ileana Ortiz Reyes; Amilcar Torres Delgado; Elizabeth Torres Lopez; Johanna Miranda |
| **Subject:** | FW: Autoriz. Pago Bonos Centro Conv. due febrero 2015 |
| **Attachments:** | 20150203083735139.pdf |

Buenos Días. Se incluye carta autorizando transferencia para cubrir el pago de la deuda de emisión de bonos, de la Autoridad del Distrito de Centro de Convenciones de PR. El pago corresponde al mes de febrero de 2015.

Agradeceré, nos envien confirmación, una vez realizada la misma.

Gracias,

Sonia Ivette Rivera
Ayudante Especial - Finanzas
Co. de Turismo de Puerto Rico
Edif. Ochoa, 3er piso, Viejo San Juan
787-721-2400 ext. 3407
e-mail: sonia.rivera@tourism.pr.gov

-----Original Message-----
From: scanning@tourism.pr.gov [mailto:scanning@tourism.pr.gov]
Sent: Tuesday, February 03, 2015 9:38 AM
To: Sonia Rivera Ayala
Subject: Autoriz. Pago Bonos Centro Conv. due febrero 2015

This E-mail was sent from "RNPF225DA" (Aficio MP 5000).

Scan Date: 02.03.2015 08:37:34 (-0500)
Queries to: scanning@tourism.pr.gov

1



## BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO
DEPARTAMENTO DE MERCADOS DE CAPITAL-OBLIGACIONES DE RENTA

*ENVIADO POR CORREO ELECTRONICO*

3 de febrero de 2015

Tesorería

**DESEMBOLSO DE LA AUTORIDAD DEL DISTRITO DE CENTRO DE CONVENCIONES (ADCC)-( PR   Convention Center Authority $468.8MM , Series  A (2006)  Bonds )**

Se estará realizando un desembolso de la **ADCC** por **$3,033,841.10** que se le transfiera de la [Redacted]994-7 para el pago de la deuda de la emisión de ADCC (PR   Convention Center Authority $468.8MM , Series  A (2006)  Bonds ) a realizarse el **4 de febrero de 2015.** Este desembolso  deberá ser transferido  al:

**The Bank of New York Mellon**
**ABA 021000018**
**Credit** [Redacted] **1065**
**Further credit TAS 766334- PR Convention Center**
**PRCCDA Bond Payment Fund**
**Ref: Diana F Torres 212-815-6955 / Christopher Byrnes 212-815-5541**

Miriam T. Pascual Escribano

**"Favor notificarnos con tiempo suficiente cualquier situación que afecte el proceso para efectuar esta transferencia.  De no recibir notificación alguna, se considerará que esta transferencia se realizó según solicitada."**



**BGF**

## FUNDS TRANSFER ORDER

CONTROL NO. | **T 103389**

| Originated by (Agency Name) | | | | Date |
|---|---|---|---|---|
| **Autoridad del Distrito del Centro de Convenciones de Puerto Rico** | | | | **03-Feb-15** |

| Transfer to: | Accounts to be Debited | Accounts to be Credited | ABA Number: | Amount |
|---|---|---|---|---|
| **Compañia de Turismo** **Room Tax-Concetration Surplus** | Redacted 9975-8 **(IBA-Turismo)** | | | **$ 3,033,841.10** |
| **PRCCDA Series A** **Hotel Occupancy Tax** **Pledge Account** | | Redacted 994-7 **(IBA-ADCC)** | | **$ 3,033,841.10** |

BCO. GUB. DE FOMENTO
PARA PUERTO RICO
SAN JUAN P.R.
DIV. ESTADOS DE CUENTAS
15 FEB -3 PH 2: 25

Special Instructions:

**Pago del mes de febrero del 2015 por $3,033,841.10 del service de la deuda de la emisión de bono por $468,800,000 de la Autoridad del Distrito del Centro de Convenciones de Puerto Rico, Series A.**

| Prepared by: Redacted **Miriam T. Pascual Escribáno** | Approved by: Redacted **Arnaldo Maestre Pujals** |
|---|---|

Government Development Bank for Puerto Rico is hereby authorized to make the funds transfer between the above mentioned accounts. Approved by:

| Authorized Signature | Authorized Signature |
|---|---|

### FOR GOVERNMENT DEVELOPMENT BANK USE ONLY

| Order Received by: | Approved by: | Entered To DDA by: |
|---|---|---|
| Date: | Date: | Date: |

NN25-0068-0590                    GDB COPY

CONFIDENTIAL                    CCDA_STAY0004300



ESTADO LIBRE ASÓCIADO DE
**PUERTO RICO**

DDEC-Compañía de Turismo de Puerto Rico

$T\,103389$

3 de febrero de 2015

Jesús M. García, Vicepresidente y Director
Dept. de Financ. de Obligaciones de Rentas
Banco Gubernamental de Fomento para PR
P.O. Box 42001
San Juan, PR 00940-2001

Vía E-mail: jesus.m.garcia@bgfpr.com

**SERVICIO DE DEUDA**
**AUTORIDAD DEL DISTRITO DE CENTRO DE CONVENCIONES**

Estimado señor Maestre:

Autorizamos debitar de la cuenta "Room Tax-Concentration Surplus" número [Redacted]975-8, la cantidad de **$3,033,841.10** a los fines de remitir el **pago correspondiente al mes de febrero de 2015**. Esto con el propósito de cubrir el servicio de deuda de la emisión de bonos de la Autoridad del Distrito del Centro de Convenciones, relacionado al año fiscal 2014-2015.

**Agradeceré nos confirmen, vía-email (sonia.rivera@tourism.pr.gov), una vez completada la transacción.** De tener alguna pregunta adicional, favor de comunicarse con el que suscribe a la extensión 3043.

Atentamente,



Samuel Sierra Rivera, CPA
Principal Oficial Financiero

c   ingrid.rivera@tourism.pr.gov
    arnaldo.maestre@bgfpr.com
    miriam.t.pascual@bgfpr.com
    dafne.santiago@bgfpr.com

/sk

PO Box 9023960, San Juan, P.R. 00902-3960

Tel: 787.721.2400



CONFIDENTIAL

## Pascual, Miriam (GDB)

| | |
|---|---|
| **From:** | Sonia Rivera Ayala <sonia.rivera@tourism.pr.gov> |
| **Sent:** | Tuesday, February 03, 2015 12:00 PM |
| **To:** | Garcia, Jesus (GDB); Maestre Pujals, Arnaldo (GDB); Pascual, Miriam (GDB); dafne.santiago@bgfpr.com |
| **Cc:** | Ingrid I. Rivera; Samuel Sierra Rivera; Manuel Barreiro; Ileana Ortiz Reyes; Amilcar Torres Delgado; Elizabeth Torres Lopez; Johanna Miranda |
| **Subject:** | FW: Autoriz. Pago Bonos Centro Conv. due febrero 2015 |
| **Attachments:** | 20150203083735139.pdf |

Buenos Días.  Se incluye carta autorizando transferencia para cubrir el pago de la deuda de emisión de bonos, de la Autoridad del Distrito de Centro de Convenciones de PR. El pago corresponde al mes de febrero de 2015.

Agradeceré, nos envíen confirmación, una vez realizada la misma.

Gracias,

Sonia Ivette Rivera
Ayudante Especial - Finanzas
Co. de Turismo de Puerto Rico
Edif. Ochoa, 3er piso, Viejo San Juan
787-721-2400  ext. 3407
e-mail: sonia.rivera@tourism.pr.gov

-----Original Message-----
From: scanning@tourism.pr.gov [mailto:scanning@tourism.pr.gov]
Sent: Tuesday, February 03, 2015 9:38 AM
To: Sonia Rivera Ayala
Subject: Autoriz. Pago Bonos Centro Conv. due febrero 2015

This E-mail was sent from "RNPF225DA" (Aficio MP 5000).

Scan Date: 02.03.2015 08:37:34 (-0500)
Queries to: scanning@tourism.pr.gov

1

 CCDA_STAY0004302



ESTADO LIBRE ASOCIADO DE
# PUERTO RICO
Banco Gubernamental de Fomento
para Puerto Rico

28 de enero de 2015

CPA Samuel Sierra
Director de Finanzas
Compañía de Turismo
Paseo la Princesa 32
San Juan, Puerto Rico  00902

Estimado CPA Sierra:

De conformidad con la Certificación del Banco Gubernamental de Fomento para Puerto
Rico (BGF) del 16 de mayo de 2013, la cantidad necesaria para cubrir el servicio de los
bonos Serie A por $468.8 millones del Centro de Convenciones correspondiente al año
fiscal 2014-2015 asciende a $30,338,410.95.  De esta cantidad, el pago correspondiente al
mes de febrero de 2015 asciende a $3,033,841.10.

Solicitamos remita el pago por  $3,033,841.10  dentro de los próximos diez (10) días
laborables de manera que podamos transferir esos dineros al Fideicomisario según las
leyes y los acuerdos que rigen la transacción.  Ese dinero será depositado en la cuenta
denominada "Hotel Occupancy Tax Pledge Account" que tiene el Banco para registrar
las transacciones de recibo y transferencia de dichos fondos.

Por favor envíe el pago mediante cheque o autorización de débito a su cuenta en el BGF,
con atención a los señores Arnaldo Maestre Pujals (e-mail: arnaldo.maestre@bgfpr.com)
y señoras Miriam Pascual (e-mail: miriam.t.pascual@bgfpr.com) y Dafne Santiago Vega
(e-mail: dafne.santiago@bgfpr.com), piso 2 del Banco.  De tener alguna interrogante,
puede comunicarse con el que suscribe a los teléfonos, 722-2525, extensiones 5948, 5961 y
5924, respectivamente.

Atentamente,

Redacted

Jesús M. García
Vicepresidente y Director
   Departamento de Financiamiento
   de Obligaciones de Rentas

*Anejos*



BANCO
GUBERNAMENTAL
DE FOMENTO PARA
PUERTO RICO

CONFIDENTIAL

CCDA_STAY0004303



COMMONWEALTH OF
**PUERTO RICO**
Government Development Bank
for Puerto Rico

May 21, 2014

Ms. Diana F, Torres, AT
The Bank of New York
101 Barclay Street - 7W
New York, NY 10286

Dear Ms. Torres:

Enclosed is the Government Development Bank for Puerto Rico (GDB) Certificate as required under the Trust Agreement dated March 24, 2006, and under Section 31A of the Occupancy Tax Act ("Tax Act"). The certificate states the amounts required to fulfill the Puerto Rico Convention Center District Authority debt service payments for the Hotel Occupancy Tax Revenue Bonds Series A, for the upcoming fiscal year and the first day of the second succeeding fiscal year.

As stated in the enclosed Certificate, and as required under the Tax Act, the Tourism Company shall transfer to GDB, on a monthly basis, an amount equal to one tenth (1/10) of the total amount necessary for payment to be deposited in a Hotel Occupancy Tax Pledge Account (account [Redacted] 994-7), which amounts to $9,039,841.10 for each of the first ten months of fiscal year 2014-2015.

The GDB Certificate is enclosed as required. These numbers were verified and confirmed by Bank of New York Mellon, Trustee.

Cordially,

**Redacted**

Jesus M. Garcia Rivera
Vice President and Director
Revenue Obligations Department

c    Mr. Christopher Byrnes
     Mr. José Pagán
     Mr. Jorge Clivillés
     Mr. Arnaldo Maestre
     Mrs. Miriam Pascual
     Mrs. Brenda González

Enclosure

PO Box 42001
San Juan, PR 00940-2001
Telephone (787) 722-2525

GDB   GOVERNMENT
      DEVELOPMENT
      BANK FOR
      PUERTO RICO

CONFIDENTIAL                                                                                    CCDA_STAY0004304

## Government Development Bank for Puerto Rico
### PROCDA Hotel Occupancy Tax Revenue Bonds Series A
Amount necessary to make the required debt service payments
For fiscal year 2015 and the first day of the succeeding fiscal year
Prepared on May 1, 2014

| | | | |
|---|---|---|---|
| 1. Principal and Interest of the Bonds: | | | |
| a. Payment of Principal and/or Interest: | | | |
| i. July 1, 2014 | $20,306,281.25 | | |
| ii. January 1, 2015 | 9,774,406.25 | | |
| iii. July 1, 2015 | 20,564,406.25 | $50,645,093.75 | |
| b. Less amount on deposit in: | | | |
| i. Bond Payment Fund | $20,306,682.80 | | |
| ii. Capitalized Interest Account | 0.00 | 20,306,682.80 | $30,338,410.95 |
| 2. Authority's Obligations: | | | |
| a. Credit Facilities | | $0.00 | |
| b. Interest Rate Exchange Agreements | | 0.00 | 0.00 |
| 3. Replenish Debt Service Fund | | | 0.00 |
| 4. Expenses related to : | | | |
| a. The Issuance of the Bonds | | $0.00 | |
| b. Credit Facilities | | 0.00 | |
| c. Interest Rate Exchange Agreements | | 0.00 | 0.00 |
| Total Amount Necessary | | | $30,338,410.95 |

Amount to be received during each of the first 10 months of fiscal year    | $3,033,841.10 |

Prepared by: **Redacted**
Brenda González

Revised by: **Redacted**
Arnaldo Maestre

Authorized by: **Redacted**
Jesús García

Date: May 21, 2014

CONFIDENTIAL

)                                        )

## Government Development Bank for Puerto Rico Certificate

I, Jesús M. Garcia Rivera, Vice President and Revenue Obligations Financing Director of the Government Development Bank for Rico ("GDB"), a public corporation of the Commonwealth of Puerto Rico created by Act No. 17 of September 23, 1948, HEREBY CERTIFIES to the Puerto Rico Convention Center District Authority (the "Authority"), the Puerto Rico Tourism Company (the "Tourism Company") and The Bank of New York, successor in interest to JPMorgan Chase Bank, as trustee (the "Trustee") under the Trust Agreement, dated March 24, 2006 (the "Trust Agreement") between the Authority and the Trustee (all capitalized terms used but not defined herein shall have the respective meanings set forth in the Trust Agreement) the following.

This Certificate is issued in connection with the payments required for fiscal year 2014 - 2015 and the first day of the succeeding fiscal year.

1. The following are the total sums necessary for the Authority to make the following payments, during the upcoming fiscal year and the first day of the second succeeding fiscal year:

    (a)    Payments equal to the amount set forth below (after taking into account any amounts then on deposit in the Bond Payment Fund and the Capitalized Interest Account of the Proceeds Fund available therefor) for the full and timely payment, or the amortization, of the principal and interest on the Bonds due on July 1st and January 1st of the immediately succeeding fiscal year and July 1st of the second succeeding fiscal year (including any amounts due in connection with prior payments for which there were insufficient funds):

| | |
|---|---|
| Amount necessary for Principal and Interest | $50,645,093.75 |
| Offsets due to amounts held in the Earnings Account of the Proceeds Fund (-) | |
| Offsets due to amounts held in the Bond Payment Fund (-) | 20,306,682.80 |
| Offsets due to Capitalized Interest in the Proceeds Fund (-) | |
| Shortfalls due to Hotel Occupancy Tax Funds used pursuant to the provisions of Section 8 Article VI of the Constitution (+) | |
| Other shortfalls from prior years (+) | |
| Total Amount due (the "Total Amount") | $30,338,410.95 |

Redacted

HS/JX129976.5

The Total Amount will be paid in monthly installments as set forth below:[*]

| | |
|---|---|
| July | $3,033,841.10 |
| August | $3,033,841.10 |
| September | $3,033,841.10 |
| October | $3,033,841.10 |
| November | $3,033,841.10 |
| December | $3,033,841.10 |
| January | $3,033,841.10 |
| February | $3,033,841.10 |
| March | $3,033,841.10 |
| April | $3,033,841.10 |
| May | N/A |
| June | N/A |

(b)  Full and timely payment of the obligations of the Authority under any Credit Facilities or any Interest Rate Exchange Agreements, which in the future may be entered into by the Authority with the prior written authorization of the Tourism Company;[*]

| | |
|---|---|
| July | N/A |
| August | N/A |
| September | N/A |
| October | N/A |

[*] All amounts set forth in paragraph 1 will be adjusted upward to take into account any shortfalls occurring during the Fiscal Year. This may include payments in May and June of such Fiscal Year together with future Fiscal Years

Redacted

DM9/5599975.6

2

CCDA_STAY0004307

| | |
|---|---|
| November | N/A |
| December | N/A |
| January | N/A |
| February | N/A |
| March | N/A |
| April | N/A |
| May | N/A |
| June | N/A |

(e)  The deposits required to replenish the Debt Service Reserve Fund established under the Trust Agreement;  and

| | |
|---|---|
| July | N/A |
| August | N/A |
| September | N/A |
| October | N/A |
| November | N/A |
| December | N/A |
| January | N/A |
| February | N/A |
| March | N/A |
| April | N/A |
| May | N/A |
| June | N/A |

Redacted

3

(d)  Any other expenses incurred in connection with (I) the issuance of the Bonds, or (II) with any Credit Facilities or Interest Rate Exchange Agreements.[*]

| | |
|---|---|
| July | N/A |
| August | N/A |
| September | N/A |
| October | N/A |
| November | N/A |
| December | N/A |
| January | N/A |
| February | N/A |
| March | N/A |
| April | N/A |
| May | N/A |
| June | N/A |

2.  The total amount due for all amounts set forth in paragraph 1 is $30,338,410.95.

3.  Amounts set forth in paragraph 1 are in accordance with the provisions set forth in the Trust Agreement and the Assignment and Coordination Agreement, dated as of March 24, 2006, by and between the Tourism Company and GDB.

4.  GDB will deposit all Hotel Occupancy Tax Funds as set forth in this Certificate in accordance with the Pledge Agreement.

5.  The Trustee will deposit into the Bond Payment Fund promptly upon receipt but in no event later than the third Business Day after receipt thereof, beginning on the first month of the next succeeding Fiscal Year, an amount sufficient, together (in the case of interest only) with any capitalized interest and accrued interest as set forth in the Proceeds Fund, to pay the amount of interest and principal

[*] All amounts set forth in paragraph 1 will be adjusted upward to take into account any shortfalls occurring during the Fiscal Year. This may include payments in May and June of such Fiscal Year together with future Fiscal Years

Redacted

DRMS1V9335

4

payable for the year in the amounts set forth below (such annual deposit being first satisfied with respect to interest on the Bonds and then with respect to principal on the Bonds):

|  | Principal | Interest |
|---|---|---|
| July | N/A | |
| August | N/A | |
| September | N/A | |
| October | N/A | |
| November | N/A | |
| December | N/A | |
| January | N/A | |
| February | N/A | |
| March | N/A | |
| April | N/A | |
| May | N/A | |
| June | N/A | |

IN WITNESS WHEREOF, the undersigned has hereunto set his official signature and the corporate seal of Government Development Bank for Puerto Rico this May 21, 2014.

GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO

Redacted

By:

Jesús M. Garcia Rivera

DMS#329973.3

5

CONFIDENTIAL

CCDA_STAY0004310

## Pascual, Miriam (GDB)

| | |
|---|---|
| **From:** | Pascual, Miriam (GDB) |
| **Sent:** | Thursday, January 29, 2015 3:26 PM |
| **To:** | 'Sonia Rivera Ayala' |
| **Cc:** | Maestre Pujals, Arnaldo (GDB); Garcia, Jesus (GDB); Betancourt Nieves, Hector (GDB); 'Manuel Barreiro'; 'Delilah Diaz'; 'Ingrid I. Rivera'; 'Samuel Sierra Rivera'; Elizabeth Torres Lopez; Johanna Miranda; Santiago, Dafne (GDB); Gonzalez, Brenda (GDB) |
| **Subject:** | Solicitud de pago del servicio de los bonos de ADCC |
| **Attachments:** | DOC012915.pdf |

| **Tracking:** | Recipient | Delivery | Read |
|---|---|---|---|
| | 'Sonia Rivera Ayala' | | |
| | Maestre Pujals, Arnaldo (GDB) | Delivered: 1/29/2015 3:26 PM | |
| | Garcia, Jesus (GDB) | Delivered: 1/29/2015 3:26 PM | |
| | Betancourt Nieves, Hector (GDB) | Delivered: 1/29/2015 3:26 PM | Read: 1/29/2015 3:59 PM |
| | 'Manuel Barreiro' | | |
| | 'Delilah Diaz' | | |
| | 'Ingrid I. Rivera' | | |
| | 'Samuel Sierra Rivera' | | |
| | Elizabeth Torres Lopez | | |
| | Johanna Miranda | | |
| | Santiago, Dafne (GDB) | Delivered: 1/29/2015 3:26 PM | Read: 1/29/2015 3:26 PM |
| | Gonzalez, Brenda (GDB) | Delivered: 1/29/2015 3:26 PM | |

Buenos días:

Incluimos carta de solicitud de pago por $3,033,841.10 para cubrir el servicio de los bonos de la Serie A de la Autoridad del Distrito del Centro de Convenciones. Muchas gracias.

**Miriam Pascual**
Analista de Obligaciones de Renta
Financiamiento Público – Obligaciones de Rentas
Banco Gubernamental de Fomento para Puerto Rico
Teléfono: (787) 722-2525 Ext. 15252
Email: Miriam.T.Pascual@bgfpr.com
Web: www.bgfpr.com

 

ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Banco Gubernamental de Fomento
para Puerto Rico

BGF

CONFIDENTIALITY NOTE: This electronic transmission contains information belonging to the Government Development Bank for Puerto Rico, its subsidiaries and/or affiliates, which is confidential and/or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail or telephone that this message has been inadvertently transmitted to you and delete this e-mail from your system. If you have received this transmission in error, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of the information is strictly prohibited. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful.

1

CCDA_STAY0004311

**GDB**

GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO
SAN JUAN, PUERTO RICO
ORDER TO TRANSFER

RECEIVED
10. PREINTERVENCION

15 JAN 12 PM 4:14

Control Number: MCCP 4714

| Origination Unit | **Redacted** | Area | ☐ DDA | ☐ Operations | ☐ Treasury | |
|---|---|---|---|---|---|---|
| ☐ Subsidiaries | | ☐ Affiliates | | | ☒ Other-Unit | Capital Markets |

| Verify by: Miriam T. Pascual Escribano | Date: 01/12/2015 | Date of Transfer: 01/14/2015 | Amount: $3,033,841.10 |
|---|---|---|---|
| **Redacted** | | | |
| Approved by: Arnaldo Maldar. Rojas/Jesús García | | | |

| Transfer to: | ABA or Chips Number: |
|---|---|
| **The Bank of New York Mellon** | 021000018 |

| For the Account of: | Account Number: |
|---|---|
| **P.R. Convention Center** (Ref: Diana F Torres 212-815-6955 / Christopher Byrnes 212-815-5541) | Redacted 1065 |
| | Further credit Redacted 6334- PR Convention Center PRCCDA Bond Payment Fund |

| For Further Credit to: | Account Number: |
|---|---|

| Authorized by: | Date: | Authorized by: | Date: |
|---|---|---|---|

Message or Special Instructions:
PR Convention Center Authority $468.8MM , Series A (2006) Bonds (Commonwealth Appropiation Bonds), corresponding to fiscal 2014-15.

| For Investment Operations Division Purposes Only | | | |
|---|---|---|---|
| Precode | Security ID | Entered by | Approved by |
| | | Date | Date |

For Accounting Department Clearing Division Purposes Only
☐ GL / ☒ IBA Account Number to Be Debited          IBA Redacted 994-7

CONFIDENTIAL                                   CCDA_STAY0004312



# BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO
DEPARTAMENTO DE MERCADOS DE CAPITAL-OBLIGACIONES DE RENTA

*ENVIADO POR CORREO ELECTRONICO*

12 de enero de 2015

Tesorería

## DESEMBOLSO DE LA AUTORIDAD DEL DISTRITO DE CENTRO DE CONVENCIONES (ADCC)-( PR Convention Center Authority $468.8MM , Series A (2006) Bonds )

Se estará realizando un desembolso de la **ADCC** por **$3,033,841.10** que se le transfiera **de la IBA** Redacted **994-7** para el pago de la deuda de la emisión de ADCC (PR Convention Center Authority $468.8MM , Series A (2006) Bonds ) a realizarse el **14 de enero de 2015.** Este desembolso deberá ser transferido al:

**The Bank of New York Mellon**
**ABA 021000018**
**Credit GLA** Redacted **1065**
**Further credit TAS** Redacted **5334- PR Convention Center**
**PRCCDA Bond Payment Fund**
**Ref: Diana F Torres 212-815-6955 / Christopher Byrnes 212-815-5541**

Miriam T. Pascual Escribano

**"Favor notificarnos con tiempo suficiente cualquier situación que afecte el proceso para efectuar esta transferencia. De no recibir notificación alguna, se considerará que esta transferencia se realizó según solicitada."**

**Pascual, Miriam (GDB)**

| | |
|---|---|
| **From:** | Maestre Pujals, Arnaldo (GDB) |
| **Sent:** | Monday, January 12, 2015 2:33 PM |
| **To:** | Pascual, Miriam (GDB) |
| **Subject:** | FW: PRCCDA debt service |

MCCP 4714

**Arnaldo Maestre**
Ejecutivo de Cuentas Senior
Financiamiento Público – Obligaciones de Rentas
Banco Gubernamental de Fomento para Puerto Rico
Teléfono: (787) 722-2525 Ext. 15294
Email: Arnaldo.Maestre@bgfpr.com
Web: www.bgfpr.com

 

ESTADO LIBRE ASOCIADO DE
**PUERTO RICO**
Banco Gubernamental de Fomento
para Puerto Rico

**BGF**

CONFIDENTIALITY NOTE: This electronic transmission contains information belonging to the Government Development Bank for Puerto Rico, its subsidiaries and/or affiliates, which is confidential and/or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail or telephone that this message has been inadvertently transmitted to you and delete this e-mail from your system. If you have received this transmission in error, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of the information is strictly prohibited. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful.

**From:** Torres, Diana F [mailto:diana.f.torres@bnymellon.com]
**Sent:** Wednesday, July 02, 2014 4:16 PM
**To:** Maestre Pujals, Arnaldo (GDB)
**Subject:** RE: PRCCDA debt service

Hi Arnaldo,

Yes, the wire instructions are correct.

Saludos,
Diana

**Diana F. Torres,** Client Service Manager · BNY Mellon
101 Barclay - 7 West, New York, NY 10286 · Tel 212.815.6955 · Fax 212.815.5595 · diana.f.torres@bnymellon.com

**From:** Maestre Pujals, Arnaldo (GDB) [mailto:Arnaldo.Maestre@bgfpr.com]
**Sent:** Wednesday, July 02, 2014 4:09 PM
**To:** Torres, Diana F
**Subject:** PRCCDA debt service

Hola Diana:
Please confirm that the wire instructions for the PRCCDA debt service funds are:

1

CCDA_STAY0004314

The Bank of New York Mellon
ABA 021000018
Credit [Redacted] 1065
Further credit [Redacted] 5334 - PR Convention Center
PRCCDA Bond Payment Fund
Ref: Diana F Torres 212-815-6955 / Christopher Byrnes 212-815-5541
Thank you.

**Arnaldo Maestre**
Ejecutivo de Cuentas Senior
Financiamiento Público – Obligaciones de Rentas
Banco Gubernamental de Fomento para Puerto Rico
Teléfono: (787) 722-2525 Ext. 15294
Email: Arnaldo.Maestre@bgfpr.com
Web: www.bgfpr.com

 

ESTADO LIBRE ASOCIADO DE
**PUERTO RICO**
Banco Gubernamental de Fomento
para Puerto Rico

**BGF**

CONFIDENTIALITY NOTE: This electronic transmission contains information belonging to the Government Development Bank for Puerto Rico, its subsidiaries and/or affiliates, which is confidential and/or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail or telephone that this message has been inadvertently transmitted to you and delete this e-mail from your system. If you have received this transmission in error, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of the information is strictly prohibited. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful.

This email communication and any attachment thereto, contains information that belongs to Government Development Bank for Puerto Rico, its subsidiaries and/or affiliates and which may be confidential, privileged and/or proprietary. It is solely for the use of its intended recipient. Access, retention, dissemination, distribution, copying and/or any other use of this email or any attachments thereto, or any information contained herein, by another person other than its intended recipient, is strictly prohibited. If you are not the intended recipient of this communication please immediately notify the sender of the error and delete it (including all of its attachments) from your computer. Unauthorized interception of this e-mail is a violation of federal criminal law. Although we attempt to sweep all e-mail communications and attachments for viruses, we do not guarantee that either are virus free and disclaim any liability for any damage sustained as a result of viruses.

This is for informational purposes only; from sources the Firm believes reliable; may not be accurate or complete; is subject to change; is not a recommendation or offer to buy/sell a financial instrument or adopt any investment strategy; is not legal, tax, credit or accounting advice. Do not use e-mail to submit any instructions acceptances are at your risk. The Firm or its affiliates lends to, borrows from and provides other products/services to issuers and others, receives compensation therefor, and periodically has a direct or indirect financial interest in the financial instruments/transactions indicated. Additional risks may exist that are not referenced. Past performance is not indicative of future returns. Other than CDs, financial instruments: are not FDIC insured; are not deposits or other obligations of and are not guaranteed by the Firm or any bank or non-bank affiliate; and involve investment risk including possible

loss of principal. The Firm is a wholly owned, indirect non-bank subsidiary of The Bank of New York Mellon Corporation, and a member of FINRA and SIPC, and is solely responsible for its obligations and commitments.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

3

CONFIDENTIAL                                                                                      CCDA_STAY0004316



ESTADO LIBRE ASOCIADO DE
## PUERTO RICO
Banco Gubernamental de Fomento
para Puerto Rico

30 de diciembre de 2014

CPA Samuel Sierra
Director de Finanzas
Compañía de Turismo
Paseo la Princesa 32
San Juan, PR 00902

Estimado CPA Sierra:

De conformidad con la Certificación del Banco Gubernamental de Fomento para Puerto Rico
(BGF) del 21 de mayo de 2014, la cantidad necesaria para cubrir el servicio de los bonos Serie A
por $468.8 millones del Centro de Convenciones correspondiente al año fiscal 2014-2015
asciende a $30,338,410.95. De esta cantidad, el pago correspondiente al mes de enero de 2015
asciende a $3,033,841.10.

Solicitamos remita el pago por $3,033,841.10 dentro de los próximos diez (10) días laborables,
de manera que podamos transferir esos dineros al Fideicomisario según las leyes y los acuerdos
que rigen la transacción. Ese dinero será depositado en la cuenta denominada
"Hotel Occupancy Tax Pledge Account" que tiene el BGF para registrar las transacciones
de recibo y transferencia de dichos fondos.

Por favor envíe el pago mediante cheque o autorización de débito a su cuenta en el BGF,
a mi atención o a las señoras Brenda González (e-mail: brenda.gonzalez@bgfpr.com) y Dafne
Santiago Vega (e-mail: dafne.santiago@bgfpr.com). De tener alguna duda, puede comunicarse
con nosotros al 787-722-2525, extensiones 15253 ó 15295, respectivamente.

Atentamente,

**Redacted**

Arnaldo Maestre Pujals
Ejecutivo de Cuentas Senior
Financiamiento de Obligaciones de Rentas
Arnaldo.Maestre@bgfpr.com

c Sra. Natalia Guzman
  Sr. Jesús M. García
  Sra. Brenda González

PO Box 42001
San Juan, PR 00940-2001
Teléfono (787) 722-2525

**BGF**  BANCO
GUBERNAMENTAL
DE FOMENTO PARA
PUERTO RICO

)                                                        )

## Government Development Bank for Puerto Rico Certificate

I, Jesús M. García Rivera, Vice President and Revenue Obligations Financing Director of the Government Development Bank for Rico ("GDB"), a public corporation of the Commonwealth of Puerto Rico created by Act No. 17 of September 23, 1948, HEREBY CERTIFIES to the Puerto Rico Convention Center District Authority (the "Authority"), the Puerto Rico Tourism Company (the "Tourism Company") and The Bank of New York, successor in interest to JPMorgan Chase Bank, as trustee (the "Trustee") under the Trust Agreement, dated March 24, 2006 (the "Trust Agreement") between the Authority and the Trustee (all capitalized terms used but not defined herein shall have the respective meanings set forth in the Trust Agreement) the following.

This Certificate is issued in connection with the payments required for fiscal year 2014 - 2015 and the first day of the succeeding fiscal year.

1. The following are the total sums necessary for the Authority to make the following payments, during the upcoming fiscal year and the first day of the second succeeding fiscal year:

(a)     Payments equal to the amount set forth below (after taking into account any amounts then on deposit in the Bond Payment Fund and the Capitalized Interest Account of the Proceeds Fund available therefor) for the full and timely payment, or the amortization, of the principal and interest on the Bonds due on July 1st and January 1st of the immediately succeeding fiscal year and July 1st of the second succeeding fiscal year (including any amounts due in connection with prior payments for which there were insufficient funds):

| | |
|---|---|
| Amount necessary for Principal and Interest | $50,645,093.75 |
| Offsets due to amounts held in the Earnings Account of the Proceeds Fund (-) | |
| Offsets due to amounts held in the Bond Payment Fund (-) | 20,306,682.80 |
| Offsets due to Capitalized Interest in the Proceeds Fund (-) | |
| Shortfalls due to Hotel Occupancy Tax Funds used pursuant to the provisions of Section 8 Article VI of the Constitution (+) | |
| Other shortfalls from prior years (+) | |
| Total Amount due (the "Total Amount") | $30,338,410.95 |

Redacted

DM_PR339976.5

CONFIDENTIAL                                    CCDA_STAY0004318

The Total Amount will be paid in monthly installments as set forth below:[*]

| | |
|---|---|
| July | $3,033,841.10 |
| August | $3,033,841.10 |
| September | $3,033,841.10 |
| October | $3,033,841.10 |
| November | $3,033,841.10 |
| December | $3,033,841.10 |
| January | $3,033,841.10 |
| February | $3,033,841.10 |
| March | $3,033,841.10 |
| April | $3,033,841.10 |
| May | N/A |
| June | N/A |

(b) Full and timely payment of the obligations of the Authority under any Credit Facilities or any Interest Rate Exchange Agreements, which in the future may be entered into by the Authority with the prior written authorization of the Tourism Company;[*]

| | |
|---|---|
| July | N/A |
| August | N/A |
| September | N/A |
| October | N/A |

---

[*] All amounts set forth in paragraph 1 will be adjusted upward to take into account any shortfalls occurring during the Fiscal Year. This may include payments in May and June of such Fiscal Year together with future Fiscal Years

Redacted

DM)1939975.6

2

)                    :              )

| November | N/A |
|----------|-----|
| December | N/A |
| January  | N/A |
| February | N/A |
| March    | N/A |
| April    | N/A |
| May      | N/A |
| June     | N/A |

(c)  The deposits required to replenish the Debt Service Reserve Fund established under the Trust Agreement;' and

| July      | N/A |
|-----------|-----|
| August    | N/A |
| September | N/A |
| October   | N/A |
| November  | N/A |
| December  | N/A |
| January   | N/A |
| February  | N/A |
| March     | N/A |
| April     | N/A |
| May       | N/A |
| June      | N/A |

Redacted

DM3\3359975.5

3

) )

(d) Any other expenses incurred in connection with (i) the issuance of the Bonds, or (ii) with any Credit Facilities or Interest Rate Exchange Agreements.[*]

| | |
|---|---|
| July | N/A |
| August | N/A |
| September | N/A |
| October | N/A |
| November | N/A |
| December | N/A |
| January | N/A |
| February | N/A |
| March | N/A |
| April | N/A |
| May | N/A |
| June | N/A |

2. The total amount due for all amounts set forth in paragraph 1 is $30,338,410.95.

3. Amounts set forth in paragraph 1 are in accordance with the provisions set forth in the Trust Agreement and the Assignment and Coordination Agreement, dated as of March 24, 2006, by and between the Tourism Company and GDB.

4. GDB will deposit all Hotel Occupancy Tax Funds as set forth in this Certificate in accordance with the Pledge Agreement.

5. The Trustee will deposit into the Bond Payment Fund promptly upon receipt but in no event later than the third Business Day after receipt thereof, beginning on the first month of the next succeeding Fiscal Year, an amount sufficient, together (in the case of interest only) with any capitalized interest and accrued interest as set forth in the Proceeds Fund, to pay the amount of interest and principal

---

[*] All amounts set forth in paragraph 1 will be adjusted upward to take into account any shortfalls occurring during the Fiscal Year. This may include payments in May and June of such Fiscal Year together with future Fiscal Years

Redacted

DM3S339915.5

4

payable for the year in the amounts set forth below (such annual deposit being first satisfied with respect to interest on the Bonds and then with respect to principal on the Bonds):

|  | Principal | Interest |
|---|---|---|
| July | N/A | |
| August | N/A | |
| September | N/A | |
| October | N/A | |
| November | N/A | |
| December | N/A | |
| January | N/A | |
| February | N/A | |
| March | N/A | |
| April | N/A | |
| May | N/A | |
| June | N/A | |

IN WITNESS WHEREOF, the undersigned has hereunto set his official signature and the corporate seal of Government Development Bank for Puerto Rico this May 21, 2014.

GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO

Redacted

By: _____
Jesús M. García Rivera

DMS\9339975.5

CONFIDENTIAL

CCDA_STAY0004322



COMMONWEALTH OF
PUERTO RICO
Government Development Bank
for Puerto Rico

May 21, 2014

Ms. Diana F. Torres, AT
The Bank of New York
101 Barclay Street - 7W
New York, NY 10286

Dear Ms. Torres:

Enclosed is the Government Development Bank for Puerto Rico (GDB) Certificate as required under the Trust Agreement dated March 24, 2006, and under Section 31A of the Occupancy Tax Act ("Tax Act"). The certificate states the amounts required to fulfill the Puerto Rico Convention Center District Authority debt service payments for the Hotel Occupancy Tax Revenue Bonds Series A, for the upcoming fiscal year and the first day of the second succeeding fiscal year.

As stated in the enclosed Certificate, and as required under the Tax Act, the Tourism Company shall transfer to GDB, on a monthly basis, an amount equal to one tenth (1/10) of the total amount necessary for payment to be deposited in a Hotel Occupancy Tax Pledge Account (account # Redacted 994-7), which amounts to $3,033,841.10 for each of the first ten months of fiscal year 2014-2015.

The GDB Certificate is enclosed as required. These numbers were verified and confirmed by Bank of New York Mellon, Trustee.

Cordially,

Redacted

Jesús M. García Rivera
Vice President and Director
Revenue Obligations Department

c       Mr. Christopher Byrnes
        Mr. José Pagán
        Mr. Jorge Cilvillés
        Mr. Arnaldo Maestre
        Mrs. Miriam Pascual
        Mrs. Brenda González

Enclosure

PO Box 42001
San Juan, PR 00940-2001
Telephone (787) 722-2525

GDB   GOVERNMENT
      DEVELOPMENT
      BANK FOR
      PUERTO RICO

Government Development Bank for Puerto Rico
PRCCDA Hotel Occupancy Tax Revenue Bonds Series A
Amount necessary to make the required debt service payments
For fiscal year 2015 and the first day of the succeeding fiscal year
Prepared on May 1, 2014

1. Principal and Interest of the Bonds:
   a. Payment of Principal and/or Interest:

| | | | |
|---|---|---|---|
| i. July 1, 2014 | $20,306,281.25 | | |
| ii. January 1, 2015 | 9,774,406.25 | | |
| iii. July 1, 2015 | 20,564,406.25 | $50,645,093.75 | |
| b. Less amount on deposit in: | | | |
| i. Bond Payment Fund | $20,306,682.80 | | |
| ii. Capitalized Interest Account | 0.00 | 20,306,682.80 | $30,338,410.95 |
| 2. Authority's Obligations: | | | |
| a. Credit Facilities | | $0.00 | |
| b. Interest Rate Exchange Agreements | | 0.00 | 0.00 |
| 3. Replenish Debt Service Fund | | | 0.00 |
| 4. Expenses related to: | | | |
| a. The Issuance of the Bonds | | $0.00 | |
| b. Credit Facilities | | 0.00 | |
| c. Interest Rate Exchange Agreements | | 0.00 | 0.00 |
| Total Amount Necessary | | | $30,338,410.95 |

| | |
|---|---|
| Amount to be received during each of the first 10 months of fiscal year | $3,093,841.10 |



Prepared by: _____ Redacted
Brenda González

Revised by: _____ Redacted
Arnaldo Messina

Authorized by: _____ Redacted
Jesús García

Date: May 21, 2014

CONFIDENTIAL



COMMONWEALTH OF
# PUERTO RICO
Government Development Bank
for Puerto Rico

May 21, 2014

Mrs. Ingrid Rivera Rocafort
Executive Director
Tourism Company
La Princesa Bldg. #2
Paseo La Princesa
Old San Juan, P.R. 00902

Dear Mrs. Rivera Rocafort:

Enclosed is the Government Development Bank for Puerto Rico (GDB) Certificate as required under the Trust Agreement dated March 24, 2006, and under Section 31A of the Occupancy Tax Act ("Tax Act"). The certificate states the amounts required to fulfill the Puerto Rico Convention Center District Authority debt service payments for the Hotel Occupancy Tax Revenue Bonds Series A, for the upcoming fiscal year and the first day of the second succeeding fiscal year.

As stated in the enclosed Certificate, and as required under the Tax Act, the Tourism Company shall transfer to GDB, on a monthly basis, an amount equal to one tenth (1/10) of the total amount necessary for payment to be deposited in a Hotel Occupancy Tax Pledge Account (account #. Redacted 994-7), which amounts to $3,038,841.10 for each of the first ten months of fiscal year 2014-2015.

The GDB Certificate is enclosed as required. These numbers were verified and confirmed by Bank of New York Mellon, Trustee.

Cordially,

Redacted

Jesús M. García Rivera
Vice President and Director
Revenue Obligations Department

c  Mr. José Pagán
   Mr. Jorge Clivillés
   Samuel Sierra Rivera, CPA
   Mr. Arnaldo Maestre
   Mrs. Miriam Pascual
   Mrs. Brenda González

Enclosure

PO Box 42001
San Juan, PR 00940-2001
Telephone (787) 722-2526

GDB   GOVERNMENT
      DEVELOPMENT
      BANK FOR
      PUERTO RICO

CONFIDENTIAL                                                                              CCDA_STAY0004325



COMMONWEALTH OF
PUERTO RICO
Government Development Bank
for Puerto Rico

May 21, 2014

Eng. Víctor A. Suárez Meléndez
Executive Director
Convention Center District Authority
Apartado 19269
San Juan, PR 00907

Dear Eng. Suárez Meléndez:

Enclosed is the Government Development Bank for Puerto Rico (GDB) Certificate as required under the Trust Agreement dated March 24, 2006, and under Section 31A of the Occupancy Tax Act ("Tax Act"). The certificate states the amounts required to fulfill the Puerto Rico Convention Center District Authority debt service payments for the Hotel Occupancy Tax Revenue Bonds Series A, for the upcoming fiscal year and the first day of the second succeeding fiscal year.

As stated in the enclosed Certificate, and as required under the Tax Act, the Tourism Company shall transfer to GDB, on a monthly basis, an amount equal to one tenth (1/10) of the total amount necessary for payment to be deposited in a Hotel Occupancy Tax Pledge Account (account Redacted 994-7), which amounts to $3,033,841.10 for each of the first ten months of fiscal year 2014-2015.

The GDB Certificate is enclosed as required. These numbers were verified and confirmed by Bank of New York Mellon, Trustee.

Cordially,

Redacted

Jesús M. García Rivera
Vice President and Director
Revenue Obligations Department

c  Mr. José Pagán
   Mr. Santiago Rivera
   Mr. Jorge Clivillés
   Mr. Arnaldo Maestre
   Mrs. Miriam Pascual
   Mrs. Brenda González

Enclosure

PO Box 42001
San Juan, PR 00940-2001
Telephone (787) 722-2626

GOVERNMENT
DEVELOPMENT
BANK FOR
GDB   PUERTO RICO

CCDA_STAY0004326



ESTADO LIBRE ASOCIADO DE
**PUERTO RICO**

DDEC·Compañía de Turismo de Puerto Rico

12 de enero de 2015

Arnaldo Maestre Pujals
Banco Gubernamental de Fomento
Para Puerto Rico
P.O. Box 42001
San Juan, PR 00940-2001

Vía E-mail: arnaldo.maestre@bgfpr.com

**SERVICIO DE DEUDA**
**AUTORIDAD DEL DISTRITO DE CENTRO DE CONVENCIONES**

Estimado señor Maestre:

Autorizamos debitar de la cuenta "Room Tax-Concentration Surplus" número [Redacted]975-8, la cantidad de **$3,033,841.10** a los fines de remitir el **pago correspondiente al mes de enero de 2015**. Esto con el propósito de cubrir el servicio de deuda de la emisión de bonos de la Autoridad del Distrito del Centro de Convenciones, relacionado al año fiscal 2014-2015.

Agradeceré nos confirmen, vía-email (sonia.rivera@tourism.pr.gov), una vez completada la transacción. De tener alguna pregunta adicional, favor de comunicarse con el que suscribe a la extensión 3043.

Atentamente,

**Redacted**

Samuel Sierra Rivera, CPA
Principal Oficial Financiero

c   ingrid.rivera@tourism.pr.gov
    hector.betancourtnieves@bgfpr.com
    miriam.t.pascual@bgfpr.com
    brenda.gonzalez@bgfpr.com
    dafne.santiago@bgfpr.com

/slr

PO Box 9023960, San Juan, P.R. 00902-3960

Tel: 787.721.2400



CCDA_STAY0004327

**Pascual, Miriam (GDB)**

| | |
|---|---|
| **From:** | Sonia Rivera Ayala <sonia.rivera@tourism.pr.gov> |
| **Sent:** | Monday, January 12, 2015 2:13 PM |
| **To:** | Maestre Pujals, Arnaldo (GDB) |
| **Cc:** | Ingrid I. Rivera; Betancourt Nieves, Hector (GDB); Pascual, Miriam (GDB); Brenda Ruiz; dafne.santiago@bgfpr.com; Samuel Sierra Rivera; Manuel Barreiro; Ileana Ortiz Reyes; Elizabeth Torres Lopez; Johanna Miranda |
| **Subject:** | FW: Pago bonos Centro Conv. due enero 2015 |
| **Attachments:** | 20150112140309534.pdf |

Buenas Tardes. Se incluye carta autorizando transferencia para cubrir el pago de la deuda de emisión de bonos, de la Autoridad del Distrito del Centro de Convenciones de PR. El pago corresponde al mes de enero de 2015.

Agradeceré, nos envíen confirmación, una vez realizada la misma.

Gracias,

Sonia Ivette Rivera
Ayudante Especial - Finanzas
Co. de Turismo de Puerto Rico
Edif. Ochoa, 3er piso, Viejo San Juan
787-721-2400 ext. 3407
e-mail: sonia.rivera@tourism.pr.gov

-----Original Message-----
From: scanning@tourism.pr.gov [mailto:scanning@tourism.pr.gov]
Sent: Monday, January 12, 2015 3:03 PM
To: Sonia Rivera Ayala
Subject: Pago bonos Centro Conv. due enero 2015

This E-mail was sent from "RNPF225DA" (Aficio MP 5000).

Scan Date: 01.12.2015 14:03:09 (-0500)
Queries to: scanning@tourism.pr.gov

1

CONFIDENTIAL

CCDA_STAY0004328



**BGF**

## FUNDS TRANSFER ORDER

CONTROL NO. | **T 103376**

| Originated by (Agency Name) | | | | Date |
|---|---|---|---|---|
| Autoridad del Distrito del Centro de Convenciones de Puerto Rico | | | | **12-Jan-15** |

| Transfer to | Accounts to be Debited | Accounts to be Credited | ABA Number | Amount |
|---|---|---|---|---|
| Compañía de Turismo<br>Room Tax-Conceetration Surplus | Redacted<br>(IBA-Turismo) | | | $  3,033,841.10 |
| PRCCDA Series A<br>Hotel Occupancy Tax<br>Pledge Account | | Redacted 994-7<br>(IBA-ADCC) | | $  3,033,841.10 |

*(stamp, vertical text):* 2015 JAN 12 PM 4: 16   SAN JUAN PUERTO RICO CUENTAS DE DEPOSITO

**Special Instructions:**

Pago del mes de enero del 2015 por $3,033,841.10 del service de la deuda de la emisión de bono por $468,800,000 de la Autoridad del Distrito del Centro de Convenciones de Puerto Rico, Series A.

**Redacted**

| Prepared by: **Redacted**<br>Miriam T. Pascual Escribano | Approved by:<br>Arnaldo Maestre Pujals |
|---|---|

Government Development Bank for Puerto Rico is hereby authorized to make the funds transfer between the above mentioned accounts.  Approved by:

| Authorized Signature | Authorized Signature |
|---|---|

### FOR GOVERNMENT DEVELOPMENT BANK USE ONLY

| Order Received by: | Approved by: | Entered To DDA by: |
|---|---|---|
| Date: | Date: | Date: |

NN25-0068-0590                          GDB COPY

CONFIDENTIAL                                                     CCDA_STAY0004329



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
DDEC-Compañía de Turismo de Puerto Rico

T103376

12 de enero de 2015

Arnaldo Maestre Pujals
Banco Gubernamental de Fomento
Para Puerto Rico
P.O. Box 42001
San Juan, PR  00940-2001

Vía E-mail:  arnaldo.maestre@bgfpr.com

**SERVICIO DE DEUDA**
**AUTORIDAD DEL DISTRITO DE CENTRO DE CONVENCIONES**

Estimado señor Maestre:

Autorizamos debitar de la cuenta "Room Tax-Concentration Surplus" número Redacted 975-8, la cantidad de **$3,033,841.10** a los fines de remitir el **pago correspondiente al mes de enero de 2015**.  Esto con el propósito de cubrir el servicio de deuda de la emisión de bonos de la Autoridad del Distrito del Centro de Convenciones, relacionado al año fiscal 2014-2015.

**Agradeceré nos confirmen, vía-email (sonia.rivera@tourism.pr.gov), una vez completada la transacción.**  De tener alguna pregunta adicional, favor de comunicarse con el que suscribe a la extensión 3043.

Atentamente,

Redacted

Samuel Sierra Rivera, CPA
Principal Oficial Financiero

c   ingrid.rivera@tourism.pr.gov
    hector.betancourtnieves@bgfpr.com
    miriam.t.pascual@bgfpr.com
    brenda.gonzalez@bgfpr.com
    dafne.santiago@bgfpr.com

/sk

PO Box 9023960, San Juan, P.R. 00902-3960

Tel: 787.721.2400



## Pascual, Miriam (GDB)

| | |
|---|---|
| **From:** | Sonia Rivera Ayala <sonia.rivera@tourism.pr.gov> |
| **Sent:** | Monday, January 12, 2015 2:13 PM |
| **To:** | Maestre Pujals, Arnaldo (GDB) |
| **Cc:** | Ingrid I. Rivera; Betancourt Nieves, Hector (GDB); Pascual, Miriam (GDB); Brenda Ruiz; dafne.santiago@bgfpr.com; Samuel Sierra Rivera; Manuel Barreiro; Ileana Ortiz Reyes; Elizabeth Torres Lopez; Johanna Miranda |
| **Subject:** | FW: Pago bonos Centro Conv. due enero 2015 |
| **Attachments:** | 20150112140309534.pdf |

Buenas Tardes. Se incluye carta autorizando transferencia para cubrir el pago de la deuda de emisión de bonos, de la Autoridad del Distrito del Centro de Convenciones de PR. El pago corresponde al mes de enero de 2015.

Agradeceré, nos envíen confirmación, una vez realizada la misma.

Gracias,

Sonia Ivette Rivera
Ayudante Especial - Finanzas
Co. de Turismo de Puerto Rico
Edif. Ochoa, 3er piso, Viejo San Juan
787-721-2400 ext. 3407
e-mail: sonia.rivera@tourism.pr.gov


-----Original Message-----
From: scanning@tourism.pr.gov [mailto:scanning@tourism.pr.gov]
Sent: Monday, January 12, 2015 3:03 PM
To: Sonia Rivera Ayala
Subject: Pago bonos Centro Conv. due enero 2015

This E-mail was sent from "RNPF225DA" (Aficio MP 5000).

Scan Date: 01.12.2015 14:03:09 (-0500)
Queries to: scanning@tourism.pr.gov

1

CONFIDENTIAL

CCDA_STAY0004331

# CERTIFIED TRANSLATION

CERTIFIED TRANSLATION

[Logo]
COMMONWEALTH OF PUERTO RICO
DDEC – Puerto Rico Tourism Company

*MCCP 4720*

February 3, 2015

Jesús M. García, Vice President and Director
Income Obligation Financing Department
Government Development Bank for Puerto Rico
PO Box 42001
San Juan, PR 00940 – 2001

Via Email: jesus.m.garcia@bgfpr.com

**DEBT SERVICE**
**CONVENTION CENTER DISTRICT AUTHORITY**

Dear Mr. Maestre:

We authorize debiting of the "Room Tax – Concentration Surplus" account number ⸢Redacted⸣ 975 – 8, for the amount of **$3,033,841.10** for purposes of issuing the **payment for the month of February 2015**. This is to cover debt service of the bond issuance by the Convention Center District Authority, related to fiscal year 2014 – 2015.

**Please confirm with us, via email (sonia.rivera@tourism.pr.gov), after the transaction is completed**. If you have any additional questions, please contact me at extension 3043.

Sincerely,

## Redacted

Samuel Sierra Rivera, CPA
Chief Financial Officer

Cc:     ingrid.rivera@tourism.pr.gov
        arnaldo.maestre@bgfpr.com
        miriam.t.pascual@bgfpr.com
        dafne.santiago@bgfpr.com

PO Box 9023960, San Juan, PR, 00902 – 3960
Tel. 787.721.2400

PUERTO RICO TOURISM COMPANY [logo]

CONFIDENTIAL

CCDA_STAY0004297

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Pascual, Miriam (GDB)

| | |
|---|---|
| From: | Sonia Rivera Ayala <sonia.rivera@tourism.pr.gov> |
| Sent: | Tuesday, February 03, 2015 12:00 PM |
| To: | García, Jesús (GDB); Maestre Pujals, Arnaldo (GDB); Pascual, Miriam (GDB); dafne.santiago@bgfpr.com |
| Cc: | Ingrid I. Rivera; Samuel Sierra Rivera; Manuel Barreiro; Ileana Ortiz Reyes; Amilcar Torres Delgado; Elizabeth Torres López; Johanna Miranda |
| Subject: | FW: Conv. Center Auth. Bonds Payment due February 2015 |
| Attachments: | 20150203083735139.pdf |

Good morning. Included is a letter authorizing a transfer to cover the payment for the PR Convention Center District Authority's bond issuance debt. The payment is for the month of February 2015.

Please send us confirmation after the same has been completed.

Thank you

Sonia Ivette Rivera
Special Assistant – Finance
Puerto Rico Tourism Company
Ochoa Building, 3rd Floor, Old San Juan
787-721-2400  Ext. 3407
Email: sonia.rivera@tourism.pr.gov

-----Original Message-----
From: scanning@tourism.pr.gov [mailto:scanning@tourism.pr.gov]
Sent: Tuesday, February 03, 2015 9:38 AM
To: Sonia Rivera Ayala
Subject: Conv. Center Auth. Bonds Payment due February 2015

This E-mail was sent from "RNPF225DA" (Aficio MP 5000)

Scan Date: 02.03.2015 08:37:34 (-0500)
Queries to: scanning@tourism.pr.gov

1

CONFIDENTIAL                                        CCDA_STAY0004298

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.



GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO
CAPITAL MARKETS – INCOME OBLIGATIONS DEPARTMENT

*SENT BY EMAIL*

February 3, 2015

Treasury

**DISBURSEMENT FROM THE CONVENTION CENTER DISTRICT AUTHORITY (ADCC** by
its Spanish acronym) – **(PR Convention Center Authority $468.8MM Series A (2006) Bonds)**

A payment from **ADCC** for **$3,033,841.10** will be made which will be transferred from **IBA** Redacted 994–7
for payment of the debt for the ADCC issuance (PR Convention Center Authority $468.8 MM, Series A
(2006) Bonds) to be made on **February 4, 2015**. This payment must be transferred to:

The Bank of New York Mellon
ABA 021000018
Credit Redacted 1065
Further credit Redacted 6334– PR Convention Center
PRCCDA Bond Payment Fund
Ref: Diana F Torres 212-815-6955 / Christopher Byrnes 212-815-5541

Miriam T. Pascual Escribano

**"Please give us sufficient advance notice of any situation affecting the process of making this
transfer. If we do not receive notification, we will consider the transfer to have been completed as
requested."**

CONFIDENTIAL                                           CCDA_STAY0004299

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate
translation, to the best of my abilities, of the document in Spanish which I have seen.



# BGF

## FUNDS TRANSFER ORDER

CONTROL NO. **T 103389**

| Originated by (Agency Name) | | | | Date |
|---|---|---|---|---|
| Puerto Rico Convention Center District Authority | | | | **03-Feb-15** |

| Transfer to | Accounts to be Debited | Accounts to be Credited | ABA Number | Amount |
|---|---|---|---|---|
| Tourism Company Room Tax-Concentration Surplus | Redacted 9975-8 (IBA-Tourism | | | $ 3,033,841.10 |
| PRCCDA Series A Hotel Occupancy Tax Pledge Account | | Redacted 594-7 (IBA-ADCC) | | $ 3,033,841.10 |

15 FEB -3 PM 2:25

Special Instructions

Payment for the month of February 2015 for $3,033,841.10 for debt service of the $468,800,000 bond issuance by the Puerto Rico Convention Center District Authority, Series A.

| Prepared by: **Redacted** Miriam T. Pascual Escribano | Approved by: **Redacted** Arnaldo Maestre Pujals |
|---|---|

Government Development Bank for Puerto Rico is hereby authorized to make the funds transfer between the above mentioned accounts. Approved by:

| Authorized Signature | Authorized Signature |
|---|---|

### FOR GOVERNMENT DEVELOPMENT BANK USE ONLY

| Order Received by: | Approved by | Entered To DDA by: |
|---|---|---|
| Date: | Date: | Date |

NN25-0068-0590

GDB COPY

CONFIDENTIAL

CCDA_STAY0004300

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

[Logo]

COMMONWEALTH OF PUERTO RICO

DDEC – Puerto Rico Tourism Company

Redacted 3389

February 3, 2015

Jesús M. García, Vice President and Director
Income Obligation Financing Department
Government Development Bank for Puerto Rico
PO Box 42001
San Juan, PR 00940 – 2001

Via Email: jesus.m.garcia@bgfpr.com

DEBT SERVICE
CONVENTION CENTER DISTRICT AUTHORITY

Dear Mr. Maestre:

We authorize debiting of the "Room Tax – Concentration Surplus" account number [Redacted]975 – 8, for the amount of **$3,033,841.10** for purposes of issuing the **payment for the month of February 2015**. This is for purposes of covering the debt service of the bond issuance by the Convention Center District Authority, related to fiscal year 2014 – 2015.

**Please confirm with us, via email (sonia.rivera@tourism.pr.gov), after the transaction is completed**. If you have any additional questions, please contact me at extension 3043.

Sincerely,

Redacted

Samuel Sierra Rivera, CPA
Chief Financial Officer

Cc:      ingrid.rivera@tourism.pr.gov
         arnaldo.maestre@bgfpr.com
         miriam.t.pascual@bgfpr.com
         dafne.santiago@bgfpr.com

PO Box 9023960, San Juan, PR, 00902 – 3960
Tel. 787.721.2400                                           PUERTO RICO TOURISM COMPANY [logo]

CONFIDENTIAL                                                 CCDA_STAY0004301

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

[Translator note: This page is an exact duplicate of CCDA_STAY0004298.]

CCDA_STAY0004302

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



COMMONWEALTH OF PUERTO RICO
Government Development Bank for Puerto Rico

January 28, 2015

Samuel Sierra, CPA
Finance Director
Tourism Company
Paseo la Princesa 32
San Juan, PR 00902

Dear CPA Sierra:

In accordance with the Government Development Bank for Puerto Rico (GDB) Certificate of May 16, 2013, the amount needed to cover the service of Convention Center Series A bonds for $468.8 million amounts to $30,338,410.95 for fiscal year 2014 – 2015. Of this amount, the payment for the month of February 2015 is $3,033,841.10.

We request that you issue the payment for $3,033,841.10 within the next ten (10) business days so that we can transfer this money to the Trustee under the laws and agreements governing the transaction. This money must be deposited in the account titled "Hotel Occupancy Tax Pledge Amount" which the Bank uses to register the receipt transactions and transfer of said funds.

Please send the payment by check or authorization to debit your account at the GDB, attention: Arnaldo Maestre Pujals (email: arnaldo.maestre@bgfpr.com), Miriam Pascual (email: miriam.t.pascual@bgfpr.com) and Dafne Santiago Vega (email: dafne.santiago@bgfpr.com), floor 2 of the Bank. If you have any questions, you may contact me at telephone 722-2525, extensions 5948, 5961 and 5924, respectively.

Sincerely,

[Signature]
Jesús M. García
Vice President and Director
Income Obligations Financing Department

*Attachments*

[Logo]
GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO

CONFIDENTIAL                                              CCDA_STAY0004303

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

[Translator note: Pages CCDA_STAY0004303 through CCDA_STAY0004310 are in English in the Original; no translation required.]

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

**Pascual, Miriam (GDB)**

| | |
|---|---|
| From: | Pascual, Miriam (GDB) |
| Sent: | Thursday, January 29, 2015 3:26 PM |
| To: | 'Sonia Rivera Ayala' |
| Cc: | Maestre Pujals, Arnaldo (GDB); Garcia, Jesus (GDB); Betancourt Nieves, Hector (GDB); 'Manuel Barreiro'; 'Delilah Diaz'; 'Ingrid I. Rivera'; 'Samuel Sierra Rivera'; Elizabeth Torres Lopez; Johanna Miranda; Santiago, Dafne (GDB), Gonzalez, Brenda (GDB) |
| Subject: | Request for payment of ADCC bond service |
| Attachments: | DOC012915.pdf |

| Tracking: | Recipient | Delivery | Read |
|---|---|---|---|
| | 'Sonia Rivera Ayala' | | |
| | Maestre Pujals, Arnaldo (GDB) | Delivered: 1/29/2015 3:26 PM | |
| | Garcia, Jesus (GDB) | Delivered: 1/29/2015 3:26 PM | |
| | Betancourt Nieves, Hector (GDB) | Delivered: 1/29/2015 3:26 PM | Read: 1/29/2015 3:59 PM |
| | 'Manuel Barreiro' | | |
| | 'Delilah Diaz' | | |
| | 'Ingrid I. Rivera' | | |
| | 'Samuel Sierra Rivera' | | |
| | Elizabeth Torres Lopez | | |
| | Johanna Miranda | | |
| | Santiago, Dafne (GDB) | Delivered: 1/29/2015 3:26 PM | Read: 1/29/2015 3:26 PM |
| | Gonzalez, Brenda (GDB) | Delivered: 1/29/2015 3:26 PM | |

Good morning:

Included is a letter requesting payment of $3,033,841.10 to cover service of Convention Center District Authority Series A bonds.

Miriam Pascual
Income Obligations Analyst
Public Financing – Income Obligations
Government Development Bank for Puerto Rico
Telephone: 787-722-2525 Extension 15252
Email: Miriam.T.Pascual@bgfpr.com
Web: www.bgfpr.com

[Logo]
COMMONWEALTH OF PUERTO RICO
Government Development Bank for Puerto Rico [Logo]

CONFIDENTIALITY NOTE This electronic transmission contains information belonging to the Government Development Bank for Puerto Rico. Its subsidiaries and/or affiliates, which is confidential and/or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail or telephone that this message has been inadvertently transmitted to you and delete this e-mail from your system. If you have received this transmission in error, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of the information is strictly prohibited. Unauthorized use, dissemination distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful.

1

CONFIDENTIAL                                                      CCDA_STAY0004311

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

**GDB**

GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO
SAN JUAN, PUERTO RICO
ORDER TO TRANSFER

RECEIVED
PRE-INTERVENTION DEPT.
15 JAN 12 PH 4:14

Control Number: MCCP 4714

| Organization Unit: ☐ Pre-Audit ☒ Financing Area ☐ DDA ☐ Operations ☐ Treasury | | |
|---|---|---|
| ☐ Subsidiaries ☐ Affiliates ☐ Other-Unit Capital Markets | | |

**Redacted**

Verify by: Miriam T. [Redacted] | Date: 01/12/2015 | Date of Transfer: 01/14/2015 | Amount: $2,033,841.10
Approved by: Arnaldo M. [Redacted]
Transfer to:
**The Bank of New York Mellon** | ABA or Chips Number: 021000018

For the Account of:
P.R. Convention Center
( Rel. Diana P. Torres 212-815-6955 / Christopher Berrios 212-815-3541 )

Account Number:
Credit [Redacted] 1065
Further credit [Redacted] 6334- PR Convention Center
PRCCDA Bond Payment Fund

For Further Credit to: | Account Number:

Authorized by: | Dates: | Authorized by: | Date:

Message or Special Instructions:
PR Convention Center Authority $468.0MM , Series A (2005) Bonds (Commonwealth Appropriation Bonds), corresponding to fiscal 2014-15

| For Investment Operations Division Purposes Only | | | |
|---|---|---|---|
| Prenote | Security ID | Entered by | Approved by |
| | | Date | Date |

For Accounting Department Clearing Division Purposes Only
IBA [Redacted] 7084-7

☐ GL / ☒ IBA Account Number Is Be Debited

CONFIDENTIAL | CCDA_STAY0004312

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



**GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO**
**CAPITAL MARKETS – INCOME OBLIGATIONS DEPARTMENT**

*SENT BY EMAIL*

January 12, 2015

Treasury

**DISBURSEMENT FROM THE CONVENTION CENTER DISTRICT AUTHORITY (ADCC** by its Spanish acronym) – **(PR Convention Center Authority $468.8MM Series A (2006) Bonds)**

A payment from **ADCC** for **$3,033,841.10** will be made which will be transferred from **IBA** Redacted 994–7 for payment of the debt for the ADCC issuance (PR Convention Center Authority $468.8 MM, Series A (2006) Bonds) to be made on **January 14, 2015**. This payment must be transferred to:

**The Bank of New York Mellon**
**ABA 021000018**
**Credit** Redacted **1065**
**Further credit** Redacted **6334– PR Convention Center**
**PRCCDA Bond Payment Fund**
**Ref: Diana F Torres 212-815-6955 / Christopher Byrnes 212-815-5541**

Miriam T, Pascual Escribano

**"Please give us sufficient advance notice of any situation affecting the process of making this transfer. If we do not receive notification, we will consider the transfer to have been completed as requested."**

CONFIDENTIAL                                                    CCDA_STAY0004313

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

Pascual, Miriam (GDB)

From:          Maestre Pujals, Arnaldo (GDB)
Sent:          Monday, January 12, 2015 2:33 PM
To:            Pascual, Miriam (GDB)
Subject:       FW: PRCCDA debt service



**Arnaldo Maestre**

Senior Account Executive
Public Financing – Income Obligations
Government Development Bank for Puerto Rico
Telephone: 787-722-2525 Extension 15252
Email: Arnaldo.Maestre@bgfpr.com
Web: www.bgfpr.com



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Banco Gubernamental de Fomento
para Puerto Rico

BGF

CONFIDENTIALITY NOTE: This electronic transmission contains information belonging to the Government Development Bank for Puerto Rico, its subsidiaries and/or affiliates, which is confidential and/or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail or telephone that this message has been inadvertently transmitted to you and delete this e-mail from your system. If you have received this transmission in error, you are hereby notified that disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful.

From: Torres, Diana F [mailto:diana.f.torres@bnymellon.com]
Sent: Wednesday, July 02, 2014 4:16 PM
To: Maestre Pujals, Arnaldo (GDB)
Subject: RE: PRCCDA debt service

Hi Arnaldo,

Yes, the wire instructions are correct.

Saludos,
Diana

Diana F. Torres, Client Service Manager - BNY Mellon
101 Barclay ` West, New York, NY 10286 - Tel 212.815.6955 - Fax 212.815.5595 - diana.f.torres@bnymellon.com

From: Maestre Pujals, Arnaldo (GDB) [mailto:Arnaldo.Maestre@bgfpr.com]
Sent: Wednesday, July 02, 2014 4:09 PM
To: Torres, Diana F
Subject: PRCCDA debt service

Hola Diana:
Please confirm that the wire instructions for the PRCCDA debt service funds are.

CONFIDENTIAL                                           CCDA_STAY0004314

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

The Bank of New York Mellon
ABA 021000018
Credit Redacted 1065
Further credit Redacted 6334 - PR Convention Center
PRCCDA Bond Payment Fund
Ref: Diana F Torres 212-815-6955 / Christopher Byrnes 212-815-5541

Thank you.

**Arnaldo Maestre**

Senior Account Executive
Public Financing – Income Obligations
Government Development Bank for Puerto Rico
Telephone: 787-722-2525 Extension 15252
Email: Arnaldo.Maestre@bgfpr.com
Web: www.bgfpr.com



CONFIDENTIALITY NOTE: The electronic transmission contains information belonging to the Government Development Bank for Puerto Rico, its subsidiaries and/or affiliates, which is confidential and/or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail or telephone that this message has been inadvertently transmitted to you and delete the e-mail from your system. If you have received this transmission in error, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of the information is strictly prohibited. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful.

This email communication and any attachment thereto, contains information that belongs to Government Development Bank for Puerto Rico, its subsidiaries and/or affiliates and which may be confidential, privileged and/or proprietary. It is solely for the use of its intended recipient. Access, retention, dissemination, distribution, copying and/or any other use of this email or any attachments thereto, or any information contained herein, by another person other than its intended recipient, is strictly prohibited. If you are not the intended recipient of this communication please immediately notify the sender of the error and delete it (including all of its attachments) from your computer. Unauthorized interception of this e-mail is a violation of federal criminal law. Although we attempt to sweep all e-mail communications and attachments for viruses, we do not guarantee that either are virus free and disclaim any liability for any damage sustained as a result of viruses.

This is for informational purposes only; from sources the Firm believes reliable; may not be accurate or complete; is subject to change, is not a recommendation or offer to buy/sell a financial instrument or adopt any investment strategy; is not legal, tax, credit or accounting advice. Do not use e-mail to submit any instructions acceptances are at your risk. The Firm or its affiliates lends to, borrows from and provides other products/services to issuers and others, receives compensation therefor, and periodically has a direct or indirect financial interest in the financial instruments/transactions indicated. Additional risks may exist that are not referenced. Past performance is not indicative of future returns. Other than CDs, financial instruments: are not FDIC insured; are not deposits or other obligations of and are not guaranteed by the Firm or any bank or non-bank affiliate; and involve investment risk including possible

2

CONFIDENTIAL                                                    CCDA_STAY0004315

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

loss of principal. The Firm is a wholly owned, indirect non-bank subsidiary of The Bank of New York Mellon Corporation, and a member of FINRA and SIPC, and is solely responsible for its obligations and commitments.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.







I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



COMMONWEALTH OF PUERTO RICO
Government Development Bank for Puerto Rico

December 30, 2014

Samuel Sierra, CPA
Finance Director
Tourism Company
Paseo la Princesa 32
San Juan, PR 00902

Dear CPA Sierra:

In accordance with the Government Development Bank for Puerto Rico (GDB) Certificate of May 21, 2014, the amount needed to cover the service of Convention Center Series A bonds for $468.8 million amounts to $30,338,410.95 for fiscal year 2014 – 2015. Of this amount, the payment for the month of January 2015 is $3,033,841.10.

We request that you issue the payment for $3,033,841.10 within the next ten (10) business days so that we can transfer this money to the Trustee under the laws and agreements governing the transaction. This money must be deposited in the account titled "Hotel Occupancy Tax Pledge Amount" which the Bank uses to register the receipt transactions and transfer of said funds.

Please send the payment by check or authorization to debit your account at the GDB, to my attention or to the attention of Miriam Pascual (email: miriam.t.pascual@bgfpr.com) and Dafne Santiago Vega (email: dafne.santiago@bgfpr.com). If you have any questions, you may contact us at telephone 787-722-2525, extensions 15253 or 15295, respectively.

Sincerely,
[Signature]
Arnaldo Maestre Pujals
Senior Account Executive
Public Financing – Income Obligations
Government Development Bank for Puerto Rico
Arnaldo.Maestre@bgfpr.com

Cc:     Natalia Guzman
        Jesús M. García
        Brenda González

PO Box 42001
San Juan, PR 00940 - 2001
Telephone: 787-722-2525

[Logo]
GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO
CONFIDENTIAL
CCDA_STAY0004317

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

[Translator note: Pages CCDA_STAY0004318 through CCDA_STAY0004326 are in English in the Original; no translation required.]

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[Logo]
COMMONWEALTH OF PUERTO RICO
DDEC – Puerto Rico Tourism Company

*T103389*

January 12, 2015

Jesús M. García, Vice President and Director
Income Obligation Financing Department
Government Development Bank for Puerto Rico
PO Box 42001
San Juan, PR 00940 – 2001

Via Email: arnaldo.maestre@bgfpr.com

**DEBT SERVICE**
**CONVENTION CENTER DISTRICT AUTHORITY**

Dear Mr. Maestre:

We authorize debiting of the "Room Tax – Concentration Surplus" account number [Redacted] 975 – 8, for the amount of $3,033,841.10 for purposes of issuing the **payment for the month of January 2015**. This is for purposes of covering the debt service of the bond issuance by the Convention Center District Authority, related to fiscal year 2014 – 2015.

**Please confirm with us, via email (sonia.rivera@tourism.pr.gov), after the transaction is completed**. If you have any additional questions, please contact me at extension 3043.

Sincerely,

[Signature]
Samuel Sierra Rivera, CPA
Chief Financial Officer

Cc:     ingrid.rivera@tourism.pr.gov
        arnaldo.maestre@bgfpr.com
        miriam.t.pascual@bgfpr.com
        dafne.santiago@bgfpr.com

PO Box 9023960, San Juan, PR, 00902 – 3960
Tel. 787.721.2400                                              PUERTO RICO TOURISM COMPANY [logo]

CONFIDENTIAL                                                   CCDA_STAY0004327

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

**Pascual, Miriam (GDB)**

| | |
|---|---|
| **From:** | Sonia Rivera Ayala <sonia.rivera@tourism.pr.gov> |
| **Sent:** | Monday, January 12, 2015 2:13 PM |
| **To:** | Maestre Pujals, Arnaldo (GDB) |
| **Cc:** | Ingrid I. Rivera; Betancourt Nieves, Hector (GDB); Pascual, Miriam (GDB); Brenda Ruiz; daine.santiago@bgfpr.com; Samuel Sierra Rivera; Manuel Barreiro; Ileana Ortiz Reyes; Elizabeth Torres Lopez; Joharvia Miranda |
| **Subject:** | FW: Conv. Center Bonds Payment due January 2015 |
| **Attachments:** | 20150112140309534.pdf |

Good afternoon. Included is a letter authorizing transfer to cover the payment for the PR Convention Center District Authority's bond issuance debt. The payment is for the month of January 2015.

Please send us confirmation after the same has been completed.

Thank you

Sonia Ivette Rivera
Special Assistant – Finance
Puerto Rico Tourism Company
Ochoa Building, 3rd Floor, Old San Juan
787-721-2400, Ext. 3407
Email: sonia.rivera@tourism.pr.gov

— —Original Message— —
From: scanning@tourism.pr.gov [mailto:scanning@tourism.pr.gov]
Sent: Monday, January 12, 2015 3:03 PM
To: Sonia Rivera Ayala
Subject:  Conv. Center Bonds Payment due January 2015

This E-mail was sent from "RNPF225DA" (Aficio MP 5000).

Scan Date: 01.12.2015 14:03:09 (-0500)
Queries to: scanning@tourism.pr.gov

1

CONFIDENTIAL                                          CCDA_STAY0004328

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.



**FUNDS TRANSFER ORDER**  CONTROL NO  T 103378

| Originated by (Agency Name) | | | | Date |
|---|---|---|---|---|
| Puerto Rico Convention Center District Authority | | | | 12-Jan-15 |

| Transfer to: | Accounts to be Debited | Accounts to be Credited | ABA Number | Amount |
|---|---|---|---|---|
| Tourism Company Room Tax-Consumption Surplus | Redacted 975-8 (IBA-Tourism | | | $ 3,033,841.10 |
| PRCCDA Series A Hotel Occupancy Tax Pledge Account | | Redacted 994-7 (IBA-ADCC) | | $ 3,033,841.10 |

**Special Instructions**

Payment for the month of January 2015 for $3,033,841.10 for debt service of the $468,800,000 bond issuance by the Puerto Rico Convention Center District Authority, Series A.

**Redacted**

**Redacted**

Prepared by: Miriam T. Pascual Escribano

Approved by: Arnaldo Maestre Pujals

Government Development Bank for Puerto Rico is hereby authorized to make the funds transfer between the above mentioned accounts. Approved by:

Authorized Signature    Authorized Signature

**FOR GOVERNMENT DEVELOPMENT BANK USE ONLY**

| Order Received by: | Approved by | Entered To DDA by |
|---|---|---|
| Date. | Date. | Date. |

NN05-0D6B-0599    GDB COPY

CONFIDENTIAL    CCDA_STAY0004329

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

[Logo]
COMMONWEALTH OF PUERTO RICO
DDEC – Puerto Rico Tourism Company

Redacted 3376

January 12, 2015

Jesús M. García, Vice President and Director
Income Obligation Financing Department
Government Development Bank for Puerto Rico
PO Box 42001
San Juan, PR 00940 – 2001

Via Email: arnaldo.maestre@bgfpr.com

**DEBT SERVICE**
**CONVENTION CENTER DISTRICT AUTHORITY**

Dear Mr. Maestre:

We authorize debiting of the "Room Tax – Concentration Surplus" account number [Redacted] 975 – 8, for the amount of **$3,033,841.10** for purposes of issuing the **payment for the month of January 2015**. This is for purposes of covering the debt service of the bond issuance by the Convention Center District Authority, related to fiscal year 2014 – 2015.

**Please confirm with us, via email (sonia.rivera@tourism.pr.gov), after the transaction is completed**. If you have any additional questions, please contact me at extension 3043.

Sincerely,

[Signature]
Samuel Sierra Rivera, CPA
Chief Financial Officer

Cc:    ingrid.rivera@tourism.pr.gov
       arnaldo.maestre@bgfpr.com
       miriam.t.pascual@bgfpr.com
       dafne.santiago@bgfpr.com

PO Box 9023960, San Juan, PR, 00902 – 3960
Tel. 787.721.2400

PUERTO RICO TOURISM COMPANY [logo]

CONFIDENTIAL                                    CCDA_STAY0004327

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[Translator note: This page is an exact duplicate of CCDA_STAY0004328.]

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.