# **EXHIBIT 39**

BANCO
GUBERNAMENTAL
DE FOMENTO PARA
PUERTO RICO
ESTADO LIBRE ASOCIADO DE PUERTO RICO

San Juan, PR 00940-2001
Tel. 722-2525 Ext. 6193, 6194
Fax. 728-2355

Page 1 of 2

STATEMENT OF ACCOUNT

Account Number : [Redacted]9758
Account Name   : ROOM TAX-CONCENTRATION

Compania de Turismo de Puerto Rico
Manuel Barreiro Rivera
Director Interino Asuntos Fiscales
PO BOX 9023960
San Juan PR 00902 3960

AS OF : SEPTEMBER 2015

PREVIOUS BALANCE ON  08/2015   10,146,088.9[Redacted]

*** MONTHLY TRANSACTION DETAIL ***

| DATE | VALUE DATE | DESCRIPTION | TRANSACTION AMOUNT | BALANCE |
|---|---|---|---|---|
| 09/01/15 | | TRF DE PR TOURISM COMPANY | 622.38 | 10,146,711.30 |
| 09/02/15 | | TRF DE PR TOURISM COMPANY | 20,314.80 | 10,167,026.10 |
| 09/02/15 | | TRF 103510 TO [Redacted]9947 | 3,033,405.69- | 7,133,620.41 |
| 09/03/15 | | TRF DE PR TOURISM COMPANY | 40,258.40 | 7,173,878.81 |
| 09/04/15 | | TRF DE PR TOURISM COMPANY | 155,659.29 | 7,329,538.10 |
| 09/08/15 | | TRF JP MORGAN | 90,015.44 | 7,419,553.54 |
| 09/09/15 | | TRF JP MORGAN | 469,856.53 | 7,889,410.07 |
| 09/09/15 | | TRF JP MORTAN/[Redacted]9758 SWEEP CONCENT | 2,250,000.00- | 5,639,410.07 |
| 09/10/15 | | TRF JP MORGAN | 1,057,793.73 | 6,697,203.80 |
| 09/11/15 | | TRF JP MORGAN CHASE | 2,209,504.33 | 8,906,708.13 |
| 09/14/15 | | TRF JP MORGAN | 1,069,212.21 | 9,975,920.34 |
| 09/15/15 | | TRF JP MORGAN CHASE | 1,214.22 | 9,977,134.56 |
| 09/16/15 | | TRF JPMORGAN | 25,990.65 | 10,003,125.21 |
| 09/17/15 | | TRF JP MORGAN | 32,540.48 | 10,035,665.69 |
| 09/18/15 | | TRF JP MORGAN | 34,116.00 | 10,069,781.69 |
| 09/21/15 | | TRF JP MORGAN | 36,843.00 | 10,106,624.69 |
| 09/22/15 | | TRF DE PR TOURISM COMPANY | 966.00 | 10,107,590.69 |
| 09/22/15 | | [Redacted]083 TRF FROM IBA | 3,100,000.00- | 7,007,590.69 |
| 09/23/15 | | TRF DE PR TOURISM COMPANY | 536.53 | 7,008,127.22 |
| 09/24/15 | | TRF DE PR TOURISM COMPANY | 17,383.04 | 7,025,510.26 |
| 09/25/15 | | TRF DE PR TOURISM COMPANY | 935.00 | 7,026,445.26 |
| 09/28/15 | | TRF DE PR TOURISM COMPANY | 936.00 | 7,027,381.26 |
| 09/29/15 | | TRF DE PR TOURISM COMPANY | 7,535.00 | 7,034,916.26 |
| 09/30/15 | | TRF DE PR TOURISM COMPANY | 1,358.60 | 7,036,274.86 |
| 09/30/15 | 10/01/15 | Interest Payment | 667.87 | 7,036,942.73 |

*** MONTHLY TRANSACTION SUMMARY ***

NUMBER OF DEBIT(S)      :              3    NUMBER OF CREDIT(S) :             22
TOTAL AMOUNT DEBIT      :   8,383,405.69    TOTAL AMOUNT CREDIT :   5,274,259.50
CLOSING BALANCE  09/30/15 :  7,036,942.73

NOTA: CUALQUIER RECLAMACIÓN A ESTE ESTADO DE CUENTA DEBERÁ SER RECIBIDA POR ESCRITO EN ESTE BANCO DENTRO DE UN TERMINO DE TREINTA (30) DÍAS DESPUÉS DE LA FECHA DEL ESTADO. LA MISMA DEBE SER DIRIGIDA A LA SECCIÓN SERVICIOS AL CLIENTE, PO BOX 42001, SAN JUAN, PR 00940-2001. DEBE INDICARNOS SU NUMERO DE CUENTA, FECHA DE LA TRANSACCIÓN Y DESCRIPCIÓN DEL ERROR. DE NO RECIBIR NOTIFICACIÓN DENTRO DEL TERMINO DE TREINTA (30) DÍAS, ENTENDEREMOS QUE EL ESTADO ESTA CORRECTO Y QUE SE HA ACEPTADO POR EL CLIENTE.

**BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO**
ESTADO LIBRE ASOCIADO DE PUERTO RICO

San Juan, PR 00940-2001
Tel. 722-2525 Ext. 6193, 6194
Fax. 728-2355

Page 2 of 2

## STATEMENT OF ACCOUNT

AS OF : SEPTEMBER 2015

Account Number : [Redacted]9758
Account Name : ROOM TAX-CONCENTRATION

Compania de Turismo de Puerto Rico
Manuel Barreiro Rivera
Director Interino Asuntos Fiscales
PO BOX 9023960
San Juan PR 00902 3960

*** DAILY INTEREST ACCRUAL ***

| From Date | To Date | Balance | Days | Int. Rate | Day Count | Interest |
|---|---|---|---|---|---|---|
| 09 01 15 | 09 02 15 | 10,146,711.30 | 01 | 0.10000 | 365 | 27.80 |
| 09 02 15 | 09 03 15 | 7,133,620.41 | 01 | 0.10000 | 365 | 19.54 |
| 09 03 15 | 09 04 15 | 7,173,878.81 | 01 | 0.10000 | 365 | 19.65 |
| 09 04 15 | 09 08 15 | 7,329,538.10 | 04 | 0.10000 | 365 | 80.32 |
| 09 08 15 | 09 09 15 | 7,419,553.54 | 01 | 0.10000 | 365 | 20.33 |
| 09 09 15 | 09 10 15 | 5,639,410.07 | 01 | 0.10000 | 365 | 15.45 |
| 09 10 15 | 09 11 15 | 6,697,203.80 | 01 | 0.10000 | 365 | 18.35 |
| 09 11 15 | 09 14 15 | 8,906,708.13 | 03 | 0.10000 | 365 | 73.21 |
| 09 14 15 | 09 15 15 | 9,975,920.34 | 01 | 0.10000 | 365 | 27.33 |
| 09 15 15 | 09 16 15 | 9,977,134.56 | 01 | 0.10000 | 365 | 27.33 |
| 09 16 15 | 09 17 15 | 10,003,125.21 | 01 | 0.10000 | 365 | 27.41 |
| 09 17 15 | 09 18 15 | 10,035,665.69 | 01 | 0.10000 | 365 | 27.49 |
| 09 18 15 | 09 21 15 | 10,069,781.69 | 03 | 0.10000 | 365 | 82.77 |
| 09 21 15 | 09 22 15 | 10,106,624.69 | 01 | 0.10000 | 365 | 27.69 |
| 09 22 15 | 09 23 15 | 7,007,590.69 | 01 | 0.10000 | 365 | 19.20 |
| 09 23 15 | 09 24 15 | 7,008,127.22 | 01 | 0.10000 | 365 | 19.20 |
| 09 24 15 | 09 25 15 | 7,025,510.26 | 01 | 0.10000 | 365 | 19.25 |
| 09 25 15 | 09 28 15 | 7,026,445.26 | 03 | 0.10000 | 365 | 57.75 |
| 09 28 15 | 09 29 15 | 7,027,381.26 | 01 | 0.10000 | 365 | 19.25 |
| 09 29 15 | 09 30 15 | 7,034,916.26 | 01 | 0.10000 | 365 | 19.27 |
| 09 30 15 | 10 01 15 | 7,036,274.86 | 01 | 0.10000 | 365 | 19.28 |

Total : 667.87

*** YEARLY INTEREST SUMMARY ***

INTEREST EARNED YTD (JAN-DEC)        : 4,690.20
INTEREST EARNED YTD (FISCAL JUL-JUN) : 1,975.68

NOTA: CUALQUIER RECLAMACIÓN A ESTE ESTADO DE CUENTA DEBERÁ SER RECIBIDA POR ESCRITO EN ESTE BANCO DENTRO DE UN TERMINO DE TREINTA (30) DÍAS DESPUÉS DE LA FECHA DEL ESTADO. LA MISMA DEBE SER DIRIGIDA A LA SECCIÓN SERVICIOS AL CLIENTE, PO BOX 42001, SAN JUAN, PR 00940-2001. DEBE INDICARNOS SU NUMERO DE CUENTA, FECHA DE LA TRANSACCIÓN Y DESCRIPCIÓN DEL ERROR. DE NO RECIBIR NOTIFICACIÓN DENTRO DEL TERMINO DE TREINTA (30) DÍAS, ENTENDEREMOS QUE EL ESTADO ESTA CORRECTO Y QUE SE HA ACEPTADO POR EL CLIENTE.

CONFIDENTIAL

CCDA_STAY0000011

**BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO**
ESTADO LIBRE ASOCIADO DE PUERTO RICO

San Juan, PR 00940-2001
Tel. 722-2525 Ext. 6193, 6194
Fax. 728-2355

Page 1 of 2

## STATEMENT OF ACCOUNT

AS OF : SEPTEMBER 2015

Account Number : Redacted 3727
Account Name : ESCROW ACCOUNT INCENTIVOS BARCOS

Compania de Turismo de Puerto Rico
SAMUEL SIERRA
PRINCIPAL OFICIAL FINANCIERO
PO BOX 9023960
SAN JUAN PR 00902 3960

PREVIOUS BALANCE ON   08/2015          0.00

*** MONTHLY TRANSACTION DETAIL ***

| DATE | VALUE DATE | DESCRIPTION | TRANSACTION AMOUNT | BALANCE |
|---|---|---|---|---|

*** MONTHLY TRANSACTION SUMMARY ***

| | | | |
|---|---|---|---|
| NUMBER OF DEBIT(S) | : | 0 | NUMBER OF CREDIT(S) : 0 |
| TOTAL AMOUNT DEBIT | : | 0.00 | TOTAL AMOUNT CREDIT : 0.00 |
| CLOSING BALANCE 09/30/15 | : | 0.00 | |

NOTA: CUALQUIER RECLAMACIÓN A ESTE ESTADO DE CUENTA DEBERÁ SER RECIBIDA POR ESCRITO EN ESTE BANCO DENTRO DE UN TERMINO DE TREINTA (30) DÍAS DESPUÉS DE LA FECHA DEL ESTADO. LA MISMA DEBE SER DIRIGIDA A LA SECCIÓN SERVICIOS AL CLIENTE, PO BOX 42001, SAN JUAN, PR 00940-2001. DEBE INDICARNOS SU NUMERO DE CUENTA, FECHA DE LA TRANSACCIÓN Y DESCRIPCIÓN DEL ERROR. DE NO RECIBIR NOTIFICACIÓN DENTRO DEL TERMINO DE TREINTA (30) DÍAS, ENTENDEREMOS QUE EL ESTADO ESTA CORRECTO Y QUE SE HA ACEPTADO POR EL CLIENTE.

CONFIDENTIAL

CCDA_STAY0000012

BANCO
GUBERNAMENTAL
DE FOMENTO PARA
BGF PUERTO RICO
ESTADO LIBRE ASOCIADO DE PUERTO RICO

San Juan, PR 00940-2001
Tel. 722-2525 Ext. 6193, 6194
Fax. 728-2355

Page 2 of 2

S T A T E M E N T  O F  A C C O U N T

AS OF : SEPTEMBER 2015

Account Number : [Redacted]3727
Account Name    : ESCROW ACCOUNT INCENTIVOS BARCOS

Compania de Turismo de Puerto Rico
SAMUEL SIERRA
PRINCIPAL OFICIAL FINANCIERO
PO BOX 9023960
SAN JUAN PR 00902 3960

*** DAILY INTEREST ACCRUAL ***

| From Date | To Date  | Balance | Days | Int. Rate | Day Count | Interest |
|-----------|----------|---------|------|-----------|-----------|----------|
| 09 01 15  | 09 30 15 | 0.00    | 29   | 0.00000   |           | 0.00     |
| 09 30 15  | 10 01 15 | 0.00    | 01   | 0.00000   |           | 0.00     |
|           |          |         |      |           | Total :   | 0.00     |

*** YEARLY INTEREST SUMMARY ***

NOTA: CUALQUIER RECLAMACIÓN A ESTE ESTADO DE CUENTA DEBERÁ SER RECIBIDA POR ESCRITO EN ESTE BANCO DENTRO DE UN TERMINO DE TREINTA (30) DÍAS DESPUÉS DE LA FECHA DEL ESTADO. LA MISMA DEBE SER DIRIGIDA A LA SECCIÓN SERVICIOS AL CLIENTE, PO BOX 42001, SAN JUAN, PR 00940-2001. DEBE INDICARNOS SU NUMERO DE CUENTA, FECHA DE LA TRANSACCIÓN Y DESCRIPCIÓN DEL ERROR. DE NO RECIBIR NOTIFICACIÓN DENTRO DEL TERMINO DE TREINTA (30) DÍAS, ENTENDEREMOS QUE EL ESTADO ESTA CORRECTO Y QUE SE HA ACEPTADO POR EL CLIENTE.

CONFIDENTIAL

CCDA_STAY0000013