# **EXHIBIT 40**

BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO
BGF
ESTADO LIBRE ASOCIADO DE PUERTO RICO

San Juan, PR 00940-2001
Tel. 722-2525 Ext. 6193, 6194
Fax. 728-2355

Page 1 of 2

# STATEMENT OF ACCOUNT

AS OF : February 2016

Account Number : [Redacted]9758
Account Name   : ROOM TAX-CONCENTRATION

Compania de Turismo de Puerto Rico
Manuel Barreiro Rivera
Director Interino Asuntos Fiscales
PO BOX 9023960
San Juan PR 00902 3960

[Stamp: FINANCE OFFICE PUERTO RICO TOURISM 2016 MAR -4 AM 10:]

[Redacted]

PREVIOUS BALANCE ON 01/2016      8,363,807.97

*** MONTHLY TRANSACTION DETAIL ***

| DATE | VALUE DATE | DESCRIPTION | TRANSACTION AMOUNT | BALANCE |
|---|---|---|---:|---:|
| 02/01/16 | | TRF DE PR TOURISM COMPANY | 2,651.16 | 8,366,459.13 |
| 02/02/16 | | TRF JP MORGAN CHASE | 36,057.67 | 8,402,516.80 |
| 02/03/16 | | TRF DE PR TOURISM COMPANY | 78,373.09 | 8,480,889.89 |
| 02/04/16 | | TRF DE PR TOURISM COMPANY | 77,774.00 | 8,558,663.89 |
| 02/05/16 | | TRF DE PR TOURISM COMPANY | 89,396.14 | 8,648,060.03 |
| 02/05/16 | | TRF SCOTIA/COMP TURISMO | 3,033,405.69- | 5,614,654.34 |
| 02/08/16 | | TRF DE PR TOURISM COMPANY | 9,821.52 | 5,624,475.86 |
| 02/09/16 | | TRF DE PR TOURISM COMPANY | 1,098,068.67 | 6,722,544.53 |
| 02/10/16 | | TRF DE PR TOURISM COMPANY | 2,006,488.22 | 8,729,032.75 |
| 02/11/16 | | TRF DE PR TOURISM COMPANY | 3,474,754.73 | 12,203,787.48 |
| 02/12/16 | | TRF PR TOURISM COMPANY | 572,157.63 | 12,775,945.11 |
| 02/16/16 | | TRF DE PR TOURISM COMPANY | 190,426.92 | 12,966,372.03 |
| 02/17/16 | | TRF DE PR TOURISM COMPANY | 58,078.45 | 13,024,450.48 |
| 02/18/16 | | TRF JP MORGAN CHASE | 3,490.00 | 13,027,940.48 |
| 02/19/16 | | TRF DE PR TOURISM COMPANY | 13,079.71 | 13,041,020.19 |
| 02/22/16 | | TRF DE PUERTO RICO TOURISM COMPANY | 89,124.40 | 13,130,144.59 |
| 02/22/16 | | COMPANIA DE TURISMO | 7,000,000.00- | 6,130,144.59 |
| 02/23/16 | | TRF DE PR TOURISM COMPANY | 14,421.74 | 6,144,566.33 |
| 02/24/16 | | TRF DE PR TOURISM COMPANY | 49,257.06 | 6,193,823.39 |
| 02/25/16 | | TRF DE PR TOURISM COMPANY | 8,379.82 | 6,202,203.21 |
| 02/26/16 | | TRF DE PR TOURISM COMPANY | 6,537.37 | 6,208,740.58 |
| 02/29/16 | 03/01/16 | Interest Payment | 717.73 | 6,209,458.31 |

*** MONTHLY TRANSACTION SUMMARY ***

| | | | | |
|---|---|---|---|---:|
| NUMBER OF DEBIT(S) | | 2 | NUMBER OF CREDIT(S) | 20 |
| TOTAL AMOUNT DEBIT | | 10,033,405.69 | TOTAL AMOUNT CREDIT | 7,879,056.03 |
| CLOSING BALANCE | 02/29/16 | 6,209,458.31 | | |

NOTA: CUALQUIER RECLAMACIÓN A ESTE ESTADO DE CUENTA DEBERÁ SER RECIBIDA POR ESCRITO EN ESTE BANCO DENTRO DE UN TERMINO DE TREINTA (30) DÍAS DESPUÉS DE LA FECHA DEL ESTADO. LA MISMA DEBE SER DIRIGIDA A LA SECCIÓN SERVICIOS AL CLIENTE, PO BOX 42001, SAN JUAN, PR 00940-2001. DEBE INDICARNOS SU NUMERO DE CUENTA, FECHA DE LA TRANSACCIÓN Y DESCRIPCIÓN DEL ERROR. DE NO RECIBIR NOTIFICACIÓN DENTRO DEL TERMINO DE TREINTA (30) DÍAS, ENTENDEREMOS QUE EL ESTADO ESTA CORRECTO Y QUE SE HA ACEPTADO POR EL CLIENTE.

CONFIDENTIAL

CCDA_STAY0000036

BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO
BGF
ESTADO LIBRE ASOCIADO DE PUERTO RICO

San Juan, PR 00940-2001
Tel. 722-2525 Ext. 6193, 6194
Fax. 728-2355

Page 2 of 2

S T A T E M E N T   O F   A C C O U N T

AS OF : February 2016

Account Number : [Redacted]9758
Account Name   : ROOM TAX-CONCENTRATION

Compania de Turismo de Puerto Rico
Manuel Barreiro Rivera
Director Interino Asuntos Fiscales
PO BOX 9023960
San Juan PR 00902 3960

\*\*\* DAILY INTEREST ACCRUAL \*\*\*

| From Date | To Date  | Balance      | Days | Int. Rate | Day Count | Interest |
|-----------|----------|--------------|------|-----------|-----------|----------|
| 02 01 16  | 02 02 16 | 8,366,459.13 | 01   | 0.10000   | 366       | 22.86    |
| 02 02 16  | 02 03 16 | 8,402,516.80 | 01   | 0.10000   | 366       | 22.96    |
| 02 03 16  | 02 04 16 | 8,480,889.89 | 01   | 0.10000   | 366       | 23.17    |
| 02 04 16  | 02 05 16 | 8,558,663.89 | 01   | 0.10000   | 366       | 23.38    |
| 02 05 16  | 02 08 16 | 5,614,654.34 | 03   | 0.10000   | 366       | 46.02    |
| 02 08 16  | 02 09 16 | 5,624,475.86 | 01   | 0.10000   | 366       | 15.37    |
| 02 09 16  | 02 10 16 | 6,722,544.53 | 01   | 0.10000   | 366       | 18.37    |
| 02 10 16  | 02 11 16 | 8,729,032.75 | 01   | 0.10000   | 366       | 23.85    |
| 02 11 16  | 02 12 16 | 12,203,787.48 | 01  | 0.10000   | 366       | 33.34    |
| 02 12 16  | 02 16 16 | 12,775,945.11 | 04  | 0.10000   | 366       | 139.63   |
| 02 16 16  | 02 17 16 | 12,966,372.03 | 01  | 0.10000   | 366       | 35.43    |
| 02 17 16  | 02 18 16 | 13,024,450.48 | 01  | 0.10000   | 366       | 35.59    |
| 02 18 16  | 02 19 16 | 13,027,940.48 | 01  | 0.10000   | 366       | 35.60    |
| 02 19 16  | 02 22 16 | 13,041,020.19 | 03  | 0.10000   | 366       | 106.89   |
| 02 22 16  | 02 23 16 | 6,130,144.59 | 01   | 0.10000   | 366       | 16.75    |
| 02 23 16  | 02 24 16 | 6,144,566.33 | 01   | 0.10000   | 366       | 16.79    |
| 02 24 16  | 02 25 16 | 6,193,823.39 | 01   | 0.10000   | 366       | 16.92    |
| 02 25 16  | 02 26 16 | 6,202,203.21 | 01   | 0.10000   | 366       | 16.95    |
| 02 26 16  | 02 29 16 | 6,208,740.58 | 03   | 0.10000   | 366       | 50.89    |
| 02 29 16  | 03 01 16 | 6,208,740.58 | 01   | 0.10000   | 366       | 16.96    |

Total : 717.72

\*\*\* YEARLY INTEREST SUMMARY \*\*\*

INTEREST EARNED YTD (JAN-DEC)        :   1,260.98
INTEREST EARNED YTD (FISCAL JUL-JUN) :   3,988.94

NOTA: CUALQUIER RECLAMACIÓN A ESTE ESTADO DE CUENTA DEBERÁ SER RECIBIDA POR ESCRITO EN ESTE BANCO DENTRO DE UN TERMINO DE TREINTA (30) DÍAS DESPUÉS DE LA FECHA DEL ESTADO. LA MISMA DEBE SER DIRIGIDA A LA SECCIÓN SERVICIOS AL CLIENTE, PO BOX 42001, SAN JUAN, PR 00940-2001. DEBE INDICARNOS SU NUMERO DE CUENTA, FECHA DE LA TRANSACCIÓN Y DESCRIPCIÓN DEL ERROR. DE NO RECIBIR NOTIFICACIÓN DENTRO DEL TERMINO DE TREINTA (30) DÍAS, ENTENDEREMOS QUE EL ESTADO ESTA CORRECTO Y QUE SE HA ACEPTADO POR EL CLIENTE.

CONFIDENTIAL

CCDA_STAY0000037

**BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO**
ESTADO LIBRE ASOCIADO DE PUERTO RICO

San Juan, PR 00940-2001
Tel. 722-2525 Ext. 6193, 6194
Fax. 728-2355

Page 1 of 2

## STATEMENT OF ACCOUNT

AS OF : February 2016

Account Number : [Redacted] 3727
Account Name   : ESCROW ACCOUNT INCENTIVOS BARCOS

Compania de Turismo de Puerto Rico
SAMUEL SIERRA
PRINCIPAL OFICIAL FINANCIERO
PO BOX 9023960
SAN JUAN PR 00902 3960

PREVIOUS BALANCE ON 01/2016         0.00

*** MONTHLY TRANSACTION DETAIL ***

| DATE | VALUE DATE | DESCRIPTION | TRANSACTION AMOUNT | BALANCE |
|------|------------|-------------|--------------------|---------|

*** MONTHLY TRANSACTION SUMMARY ***

| NUMBER OF DEBIT(S)            | : | 0    | NUMBER OF CREDIT(S)  | : | 0    |
|-------------------------------|---|------|----------------------|---|------|
| TOTAL AMOUNT DEBIT            |   | 0.00 | TOTAL AMOUNT CREDIT  |   | 0.00 |
| CLOSING BALANCE   02/29/16    | : | 0.00 |                      |   |      |

NOTA: CUALQUIER RECLAMACIÓN A ESTE ESTADO DE CUENTA DEBERÁ SER RECIBIDA POR ESCRITO EN ESTE BANCO DENTRO DE UN TERMINO DE TREINTA (30) DÍAS DESPUÉS DE LA FECHA DEL ESTADO. LA MISMA DEBE SER DIRIGIDA A LA SECCIÓN SERVICIOS AL CLIENTE, PO BOX 42001, SAN JUAN, PR 00940-2001. DEBE INDICARNOS SU NUMERO DE CUENTA, FECHA DE LA TRANSACCIÓN Y DESCRIPCIÓN DEL ERROR. DE NO RECIBIR NOTIFICACIÓN DENTRO DEL TERMINO DE TREINTA (30) DÍAS, ENTENDEREMOS QUE EL ESTADO ESTA CORRECTO Y QUE SE HA ACEPTADO POR EL CLIENTE.

CONFIDENTIAL

CCDA_STAY0000038

**BGF** BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO
ESTADO LIBRE ASOCIADO DE PUERTO RICO

San Juan, PR 00940-2001
Tel. 722-2525 Ext. 6193, 6194
Fax. 728-2355

Page 2 of 2

# STATEMENT OF ACCOUNT

AS OF : February 2016

Account Number : [Redacted]3727
Account Name   : ESCROW ACCOUNT INCENTIVOS BARCOS

Compania de Turismo de Puerto Rico
SAMUEL SIERRA
PRINCIPAL OFICIAL FINANCIERO
PO BOX 9023960
SAN JUAN PR 00902 3960

\*\*\* DAILY INTEREST ACCRUAL \*\*\*

| From Date | To Date  | Balance | Days | Int. Rate | Day Count | Interest |
|-----------|----------|---------|------|-----------|-----------|----------|
| 02 01 16  | 02 29 16 | 0.00    | 28   | 0.00000   |           | 0.00     |
| 02 29 16  | 03 01 16 | 0.00    | 01   | 0.00000   |           | 0.00     |
|           |          |         |      |           | Total :   | 0.00     |

\*\*\* YEARLY INTEREST SUMMARY \*\*\*

NOTA: CUALQUIER RECLAMACIÓN A ESTE ESTADO DE CUENTA DEBERÁ SER RECIBIDA POR ESCRITO EN ESTE BANCO DENTRO DE UN TERMINO DE TREINTA (30) DÍAS DESPUÉS DE LA FECHA DEL ESTADO. LA MISMA DEBE SER DIRIGIDA A LA SECCIÓN SERVICIOS AL CLIENTE, PO BOX 42001, SAN JUAN, PR 00940-2001. DEBE INDICARNOS SU NUMERO DE CUENTA, FECHA DE LA TRANSACCIÓN Y DESCRIPCIÓN DEL ERROR. DE NO RECIBIR NOTIFICACIÓN DENTRO DEL TERMINO DE TREINTA (30) DÍAS, ENTENDEREMOS QUE EL ESTADO ESTA CORRECTO Y QUE SE HA ACEPTADO POR EL CLIENTE.

CONFIDENTIAL

CCDA_STAY0000039

**BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO**
BGF
ESTADO LIBRE ASOCIADO DE PUERTO RICO

San Juan, PR 00940-2001
Tel. 722-2525 Ext. 6193, 6194
Fax. 728-2355

Page 1 of 2

## STATEMENT OF ACCOUNT

AS OF : February 2016

Account Number : [Redacted]4978
Account Name   : LEY 77-INCAUTACIONES

Compania de Turismo de Puerto Rico
SAMUEL SIERRA
PRINCIPAL OFICIAL FINANCIERO
PO BOX 9023960
SAN JUAN PR 00902 3960

PREVIOUS BALANCE ON 01/2016         712.62

*** MONTHLY TRANSACTION DETAIL ***

| DATE | VALUE DATE | DESCRIPTION | TRANSACTION AMOUNT | BALANCE |
|---|---|---|---|---|
| 02/29/16 | 03/01/16 | Interest Payment | .06 | 712.68 |

*** MONTHLY TRANSACTION SUMMARY ***

| | | | | |
|---|---|---|---|---|
| NUMBER OF DEBIT(S) | | 0 | NUMBER OF CREDIT(S) | 1 |
| TOTAL AMOUNT DEBIT | | 0.00 | TOTAL AMOUNT CREDIT | 0.06 |
| CLOSING BALANCE | 02/29/16 | 712.68 | | |

NOTA: CUALQUIER RECLAMACIÓN A ESTE ESTADO DE CUENTA DEBERÁ SER RECIBIDA POR ESCRITO EN ESTE BANCO DENTRO DE UN TERMINO DE TREINTA (30) DÍAS DESPUÉS DE LA FECHA DEL ESTADO. LA MISMA DEBE SER DIRIGIDA A LA SECCIÓN SERVICIOS AL CLIENTE, PO BOX 42001, SAN JUAN, PR 00940-2001. DEBE INDICARNOS SU NUMERO DE CUENTA, FECHA DE LA TRANSACCIÓN Y DESCRIPCIÓN DEL ERROR. DE NO RECIBIR NOTIFICACIÓN DENTRO DEL TERMINO DE TREINTA (30) DÍAS, ENTENDEREMOS QUE EL ESTADO ESTA CORRECTO Y QUE SE HA ACEPTADO POR EL CLIENTE.

CONFIDENTIAL

CCDA_STAY0000040

**BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO**
ESTADO LIBRE ASOCIADO DE PUERTO RICO

San Juan, PR 00940-2001
Tel. 722-2525 Ext. 6193, 6194
Fax. 728-2355

Page 2 of 2

STATEMENT OF ACCOUNT

AS OF : February 2016

Account Number : [Redacted]4978
Account Name   : 77-INCAUTACIONES

Compania de Turismo de Puerto Rico
SAMUEL SIERRA
PRINCIPAL OFICIAL FINANCIERO
PO BOX 9023960
SAN JUAN PR 00902 3960

*** DAILY INTEREST ACCRUAL ***

| From Date | To Date  | Balance | Days | Int. Rate | Day Count | Interest |
|-----------|----------|---------|------|-----------|-----------|----------|
| 02 01 16  | 02 29 16 | 712.62  | 28   | 0.10000   | 365       | 0.05     |
| 02 29 16  | 03 01 16 | 712.62  | 01   | 0.10000   | 365       | 0.00     |
|           |          |         |      |           | Total :   | 0.05     |

*** YEARLY INTEREST SUMMARY ***

INTEREST EARNED YTD (JAN-DEC)          :   0.12
INTEREST EARNED YTD (FISCAL JUL-JUN)   :   7.68

NOTA: CUALQUIER RECLAMACIÓN A ESTE ESTADO DE CUENTA DEBERÁ SER RECIBIDA POR ESCRITO EN ESTE BANCO DENTRO DE UN TERMINO DE TREINTA (30) DÍAS DESPUÉS DE LA FECHA DEL ESTADO. LA MISMA DEBE SER DIRIGIDA A LA SECCIÓN SERVICIOS AL CLIENTE, PO BOX 42001, SAN JUAN, PR 00940-2001. DEBE INDICARNOS SU NUMERO DE CUENTA, FECHA DE LA TRANSACCIÓN Y DESCRIPCIÓN DEL ERROR. DE NO RECIBIR NOTIFICACIÓN DENTRO DEL TERMINO DE TREINTA (30) DÍAS, ENTENDEREMOS QUE EL ESTADO ESTA CORRECTO Y QUE SE HA ACEPTADO POR EL CLIENTE.

CONFIDENTIAL

CCDA_STAY0000041